```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CIVIL DOCKET ENTRIES FOR CASE J05-0008--CV (JKS)
       "NATL AUDUBON SOCIETY ET AL V GALE NORTON ET A"
```

Including terminated parties, excluding terminated counsel

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 03/28/05
           Closed: NO

     Jurisdiction: (2) U.S. Defendant
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (893) Environmental Matters
                   5 USC 702-706
           Origin: (1) Original Proceeding
           Demand: 99999
       Filing fee: Paid $250.00 on 03/28/05 receipt # 10096898
         Trial by:
```

Parties of Record:                                Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | NATIONAL AUDUBON SOCIETY | Deirdre A. McDonnell<br>Earthjustice<br>325 4th Street<br>Juneau, AK 99801-1145<br>907-586-2751<br>FAX 907-463-5891 |
| PLF 2.1 | ALASKA WILDERNESS LEAGUE | Deirdre A. McDonnell<br>(see above) |
| PLF 3.1 | CENTER FOR BIOLOGICAL DIVERSITY | Deirdre A. McDonnell<br>(see above) |
| PLF 4.1 | NATURAL RESOURCES DEFENSE COUNCIL | Deirdre A. McDonnell<br>(see above) |
| PLF 5.1 | NORTHERN ALASKA ENVIRONMENTAL CENTER | Deirdre A. McDonnell<br>(see above) |
| PLF 6.1 | SIERRA CLUB | Deirdre A. McDonnell<br>(see above) |
| PLF 7.1 | WILDERNESS SOCIETY, THE | Deirdre A. McDonnell<br>(see above) |
| DEF 1.1 | NORTON, GALE | Dean Dunsmore<br>Environment & Natural Resources<br>U.S. Department of Justice<br>801 B Street, Suite 504<br>Anchorage, AK 99501-3657<br>907-271-5452<br>FAX 907-271-5827 |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE J05-0008--CV (JKS)
         "NATL AUDUBON SOCIETY ET AL V GALE NORTON ET A"
```

Including terminated parties, excluding terminated counsel

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| DEF 2.1 | BISSON, HENRI | Dean Dunsmore (see above) |
| DEF 3.1 | BUREAU OF LAND MANAGEMENT | Dean Dunsmore (see above) |
| DEF 4.1 | U.S. DEPT OF INTERIOR | Dean Dunsmore (see above) |

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE J05-0008--CV (JKS)
                       "NATL AUDUBON SOCIETY ET AL V GALE NORTON ET A"

                                     For all filing dates


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 03/28/05
            Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (893) Environmental Matters
                    5 USC 702-706
            Origin: (1) Original Proceeding
            Demand: 99999
        Filing fee: Paid $250.00 on 03/28/05 receipt # 10096898
          Trial by:


Document #   Filed      Docket text

    1 -   1  03/28/05   Complaint filed; Summons issued.

   1A-   1  03/28/05   PLF 1-7 Notice of related cases.

    2 -   1  05/25/05   PLF 1-7 Return of Service Executed 3/29/05 on D-1, 4/5/06 on D-4 and
                        4/06/05 on D-1 and D-3.

    3 -   1  05/31/05   DEF 1-4 Answer to Complaint.

    4 -   1  06/01/05   JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/in 28 days from svc of this ord. cc: cnsl

    5 -   1  06/29/05   PLF 1-7 [Joint] motion to extend filing of scheduling and planning
                        conference report.

    6 -   1  07/13/05   JWS Order granting [Joint] motion to extend filing of scheduling and
                        planning conference (5-1); S&P report to be fld w/in 21 days after the
                        Secretary of the Interior releases the record of decision; or status
                        reprt due w/in 90 days if no decision has been issued. cc: cnsl

    7 -   1  10/11/05   PLF 1-7 Jnt Status Report.

    8 -   1  10/12/05   JKS Minute Order that further stat rpt due by 11/14/05. cc: cnsl

    9 -   1  11/14/05   PLF 1-7 Response to 10/12/05 Order  at 8-1 re status.

   10 -   1  11/29/05   JKS Minute Order that further stat rpt due by 1/13/06. cc: cnsl
```