Deirdre McDonnell
Layla Hughes
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: dmcdonnell@earthjustice.org

*Attorneys for Plaintiffs National Audubon Society, et al.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY, <br><br> Plaintiffs, <br><br> v. <br><br> GALE NORTON, Secretary of the Interior; HENRI BISSON, State Director, Bureau of Land Management; BUREAU OF LAND MANAGEMENT, and UNITED STATES DEPARTMENT OF THE INTERIOR, <br><br> Defendants. | Case No. J05-008 CV (JKS) |

**STATUS REPORT**

Plaintiffs file this status report in accordance with the Court's Order of November 29, 2005. As of January 9, 2006, the Secretary of Interior has not signed a record of decision (ROD). Attorney for the Plaintiffs conferred with the counsel for the Defendants on January 4, 2006, and the counsel for the Defendants stated that the Defendants did not have any information regarding the timing of the ROD. Accordingly, the parties request that the extension to file the scheduling and planning conference report remain in effect pending completion of the ROD.

Dated this 9th day of January 2006.

Respectfully submitted,

/s/ Deirdre McDonnell_____
Deirdre McDonnell (AK Bar # 0111082)
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: dmcdonnell@earthjustice.org

*Attorneys for Plaintiffs National Audubon Society, Alaska Wilderness League, Center for Biological Diversity, Natural Resources Defense Council, Northern Alaska Environmental Center, Sierra Club, and The Wilderness Society*

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2006, a copy of the STATUS REPORT was served electronically on:

**Dean K. Dunsmore**
U.S. Dept. of Justice
Environment & Nat. Resources
801 B. Street, Suite 504
Anchorage, AK  99501-3657

Courtesy copies were sent by first-class mail, postage prepaid to:

**David C. Crosby**
DAVID C. CROSBY, P.C.
5280 Thane Road
Juneau, Alaska 99801-7717

**Ethan Falatko**
**Lawrence Z. Ostrovsky**
State of Alaska
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811-0300

**Jeff Leppo**
**Laura J. Beveridge**
Stoel Rives LLP
600 University Street
Suite 3600
Seattle, WA 98101


/s/ Deirdre McDonnell
Deirdre McDonnell