**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>  NATIONAL AUDUBON SOCIETY et al.  </u>   v.   <u>  NORTON, et al.  </u>

THE HONORABLE JAMES K. SINGLETON, JR.

DEPUTY CLERK                                                CASE NO.  <u>1:05-CV-00008-JKS</u>

<u> Dan Maus </u>

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**    DATE: January 10, 2006

      The court has received a status report dated <u> January 9, 2006 </u>.  The report is accepted.

      A further status report shall be filed by counsel for plaintiff on or before <u> March 9, 2006 </u>, unless closing papers are sooner filed.

[]{IIA4.WPD*Rev.12/96}