DEAN K. DUNSMORE
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone:(907)271-5452
Facsimile: (907)271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, and THE WILDERNESS SOCIETY et al.,<br><br>              Plaintiffs,<br><br>  v.<br><br>GALE NORTON, Secretary of the Interior; HENRI BISSON, Bureau of Land Management State Director; and UNITED STATES DEPARTMENT OF THE INTERIOR et al.,<br><br>              Defendants, | No. J05-0008-CV(JKS)<br><br>DEFENDANTS' NOTICE OF ADMINISTRATIVE ACTION ISSUANCE OF RECORD OF DECISION |

    Defendants Gale Norton, Secretary of the Interior; Henri Bisson, Alaska State Director, Bureau of Land Management; the Bureau of Land Management; and the United States Department of the Interior, give notice that on January 11, 2006, defendants issued a Amendment to the Northeast National Petroleum Reserve Integrated Activity Plan/Environmental Impact Statement Record of Decision.

This is the anticipated ROD referred to in the Status Report (Docket Entry No. 11) filed January 9, 2006.

Dated this 19th day of January 2006.

/s/ Dean K. Dunsmore
DEAN K. DUNSMORE
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone:(907)271-5452
Facsimile: (907)271-5827
Email: dean.dunsmore@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 19th day of January 2006 a copy of the foregoing Defendants' Notice of Administrative Action Issuance of Record of Decision was served electronically on:

Deirdre McDonnell


/s/ Dean K. Dunsmore
DEAN K. DUNSMORE