DEAN K. DUNSMORE
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone:(907)271-5452
Facsimile: (907)271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, and THE WILDERNESS SOCIETY et al.<br><br>     Plaintiffs,<br> v.<br><br>GALE NORTON, Secretary of the Interior; HENRI BISSON, Bureau of Land Management State Director; and UNITED STATES DEPARTMENT OF THE INTERIOR et al.<br><br>     Defendants, | No. J05-0008-CV(JKS)<br><br>DEFENDANTS' REPORT TO THE COURT RE: SCHEDULING |

  Defendants Gale Norton, Secretary of the Interior; Henri Bisson, Alaska State Director, Bureau of Land Management; the Bureau of Land Management; and the United States Department of the Interior, on their behalf and on behalf of and with the consent of the plaintiffs report to the Court that the parties have been discussing a proposed schedule of proceedings for this case. Any proposed schedule is dependent on the when the administrative record for the agency action can be provided to the Court and to the plaintiffs. Defendants are attempting to determine when the

process of assembly and providing that record can be completed, and should be able to make that determination during the week of February 13-17, 2006. Therefore, the parties propose to submit a further report to the court with a proposed schedule by February 17, 2006.

Dated this 8th day of February, 2006.

/s/ Dean K. Dunsmore
DEAN K. DUNSMORE

DEPARTMENT OF JUSTICE
Environment & Natural Resources
 Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone:(907)271-5452
Facsimile: (907)271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 8th day of February, 2006 a copy of the foregoing DEFENDANTS' REPORT TO THE COURT RE: SCHEDULING was served electronically on the following:

Deirdre McDonnell


/s/ Dean K. Dunsmore
Dean K. Dunsmore