## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

NATIONAL AUDUBON SOCIETY, et al.   v.   GALE A. NORTON, et al.

THE HONORABLE JAMES K. SINGLETON, JR.

DEPUTY CLERK                                CASE NO.  1:05-CV-00008-JKS

Dan Maus

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: February 9, 2006

      The court has received a status report dated February 8, 2006. The report is accepted.

      A further status report shall be filed by counsel for plaintiff on or before February 22, 2006, unless closing papers are sooner filed.

[ ]{IIA4.WPD*Rev.12/96}