Deirdre McDonnell
Layla Hughes
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Phone: (907) 586-2751
Fax:     (907) 463-5891
Email: dmcdonnell@earthjustice.org

*Attorneys for Plaintiffs National Audubon Society, et al.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>GALE NORTON, Secretary of the Interior; HENRI BISSON, State Director, Bureau of Land Management; BUREAU OF LAND MANAGEMENT, and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>　　　　Defendants. | Case No. J05-008 CV (JKS) |

**SCHEDULING AND PLANNING CONFERENCE REPORT**

1.      **Meeting.**  In accordance with the Court's Orders, a series of phone calls beginning on or about February 7, 2006, have been held and attended by:

Deirdre McDonnell           Attorney for Plaintiffs National Audubon Society, et al.

Dean Dunsmore              Attorney for Defendants Gale Norton, et al.

The parties recommend the following:

2.      **Pre-Discovery Disclosures.**  This is an appeal of an agency decision brought under the Administrative Procedures Act.  Therefore, this case is exempt from the requirements of Fed.R.Civ.P. 26(a)(1) pursuant to Rule 26(a)(1)(E)(1).

3.      **Contested Issues of Fact and Law.**  The parties do not expect there to be any contested issues of fact regarding the merits.  The issues of law are identified in Plaintiffs' Complaint and Defendants' Answer and will be further identified in the Amended Complaint and subsequent answer.  Subject to Paragraph 5 G. below, and in accordance with D.Ak. LR 16.3 the parties propose to address these issues in appellate-style briefs.

4.      **Discovery Plan.**  The parties do not anticipate the need for discovery with regard to the merits.

5.       **Pretrial Motions.**  The parties propose the following changes to D.Ak. LR 16.3:

    A.  The Defendants expect to address any arguments that would give rise to a motion under Fed.R.Civ.P. 12(b) as part of their opposition brief on the merits of the claims, however, that cannot be finally determined until Plaintiffs' Amended Complaint is filed.

    B.  Plaintiffs will file an amended complaint on March 10, 2006.

    C.  Plaintiffs have not filed a motion for preliminary injunction and anticipate resolving the case without a need for interim relief, but may file a motion for preliminary injunction if needed to avoid irreparable harm.  Defendants represent that any sale of leases are not currently expected to take place before September of 2006.  The parties desire to resolve this litigation

before any lease sale takes place. Accordingly, they propose the following schedule, which will complete briefing in July of 2006.

      D. The parties have been contacted by additional entities that have expressed an interest in intervening in the case. These parties have indicated that their motions to intervene can be filed by March 31, 2006.

      E. Defendants will certify and file an index of the administrative record for the Northeast National Petroleum Reserve – Alaska Final Amended Integrated Activity Plan/ Environmental Impact Statement Record of Decision, issued January 11, 2006, and provide Plaintiffs with an electronic copy of that record on March 17, 2006.

      F. Defendants will file their response to the Amended Complaint by April 14, 2006.

      G. Briefing will be completed on the following schedule:

| | |
|---|---|
| Plaintiffs' Opening Brief | May 10, 2006 |
| Defendants and any Intervenor-Defendants' Brief | July 7, 2006 |
| Plaintiffs' Reply Brief | July 26, 2006 |

6.    **Other Provisions:**

      A. The parties do not request a conference with the court before entry of the scheduling order.

      B. This matter is not considered a candidate for court-annexed alternative dispute resolution.

      C. The parties do not consent to trial before a magistrate judge.

7.    **Trial.** The parties do not anticipate a trial on the merits.

Counsel for defendants has authorized the undersigned to submit this report as the joint report of the parties.

Dated this 22nd day of February, 2006.

                                      Respectfully submitted,

                                      /s/ Deirdre McDonnell
                                      Deirdre McDonnell (AK Bar # 0111082)
                                      Layla Hughes (AK Bar # 0312094)
                                      Eric P. Jorgensen (AK Bar # 8904010)
                                      EARTHJUSTICE
                                      325 Fourth Street
                                      Juneau, Alaska 99801
                                      Phone: (907) 586-2751
                                      Fax:    (907) 463-5891
                                      Email: dmcdonnell@earthjustice.org

*Attorneys for Plaintiffs National Audubon Society, Alaska Wilderness League, Center for Biological Diversity, Natural Resources Defense Council, Northern Alaska Environmental Center, Sierra Club, and The Wilderness Society*

                                      /s/ Dean K. Dunsmore (consent)
                                      Dean K. Dunsmore
                                      U.S. DEPARTMENT OF JUSTICE
                                      Environment & Natural Resources Division
                                      801 B. Street, Suite 504
                                      Anchorage, Alaska 99501-3657
                                      Phone: (907) 271-5452
                                      Fax:    (907) 271-5827
                                      Email: dean.dunsmore@usdoj.gov

*Attorney for Defendants Gale Norton, Secretary of the Interior; Henri Bisson, Bureau of Land Management; the Bureau of Land Management; and the Department of Interior*

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2006, a copy of the SCHEDULING AND PLANNING CONFERENCE REPORT was served electronically on:

**Dean K. Dunsmore**
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B. Street, Suite 504
Anchorage, Alaska 99501-3657


Courtesy copies were sent by first-class mail, postage prepaid to:


**David C. Crosby**
DAVID C. CROSBY, P.C.
5280 Thane Road
Juneau, Alaska 99801-7717

**Ethan Falatko**
**Lawrence Z. Ostrovsky**
State of Alaska
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811-0300

**Jeff Leppo**
**Laura J. Beveridge**
Stoel Rives LLP
600 University Street
Suite 3600
Seattle, WA 98101




  /s/ Deirdre McDonnell
  Deirdre McDonnell