# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

*National Audubon Society, et al. v. Norton*
Case No. 1:05-cv-0008-JKS

By:                THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:      Dan Maus, Case Management: 677-6123*

PROCEEDINGS:       ORDER FROM CHAMBERS

The parties have submitted a joint scheduling and planning conference report.  The Court adopts the joint report.  The filing dates agreed upon in the report are:

| | |
|---|---|
| **March 10, 2006,** | Plaintiff's Amended Complaint |
| **March 17, 2006**, | Certified Index of Administrative Record |
| **March 31, 2006**, | Motions to Intervene, if any |
| **April 10, 2006,** | Response to Amended Complaint |
| **May 10, 2006**, | Plaintiff's Opening Brief |
| **July 7, 2006,** | Defendant's and any Intervenor-Defendants' Brief |
| **July 26, 2006**, | Plaintiff's Reply Brief |

**IT IS SO ORDERED.**

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: February 28, 2006

\*      ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.
Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion.  *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b).  No one should telephone, fax, or write to chambers regarding pending cases.  The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.