DEAN K. DUNSMORE
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone:(907)271-5452
Facsimile: (907)271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, and THE WILDERNESS SOCIETY et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>GALE NORTON, Secretary of the Interior; HENRI BISSON, Bureau of Land Management State Director; and UNITED STATES DEPARTMENT OF THE INTERIOR et al.,<br><br>　　　　　　　　Defendants, | No. 1:05-cv-0008-JKS<br><br>DEFENDANTS'S MOTION FOR LEAVE TO FILE THE ADMINISTRATIVE RECORD ON A LAPTOP COMPUTER (UNOPPOSED) |

　　　Defendants move the Court for an order permitting them to file with the Court the administrative record in this case on a laptop computer.

　　　In support of the above motion the United States shows:

　　　1. In the course of the administrative process leading to the signing of a Amendment to the Northeast National Petroleum Reserve Integrated Activity Plan/Environmental Impact Statement Record of Decision on January 11, 2006, the Bureau of Land Management (BLM)

maintained the administrative record of those proceedings in electronic form. Thus, there is in this instance no extant paper record. The maintenance of this electronic record utilized the Microsoft Access program. The use of the Access program allowed for the most efficient and less costly inclusion of many of the materials being generated. This record will be provided to the plaintiffs on one or more DVDs.

2. Defendants have been informed that the court's system will not allow it to read the DVDs containing the administrative record since it utilizes the Microsoft Access program. The printing and creation of a paper record for the Court from the existing electronic record would be both time consuming and expensive. The record contains approximately 10,000 documents.

3. Defendants propose to file with the Court a complete copy of this record on laptop computer which will be configured so that it is read only, and is the same the record that will be provided to the plaintiffs on DVDs. The program on this computer will also permit the Court to print the documents if the court attaches a printer to it. Defendants have determined that this is the most efficient and cost effective way to provide the Court with the administrative record.

4. BLM will also place and retain during the course of this litigation an electronic copy of this record in the Bureau of Land Management, Public Information Center (Public Room), Federal Building and U.S. Courthouse, Room 148, 222 West 7th Avenue, Anchorage, Alaska 99513, where it will be available for examination by anyone including the public during regular business hours. These hours are 8:00 AM to 3:45 PM, Monday through Fridays, holidays

excepted.

    5. Defendants have been authorized to represent that plaintiffs have no objection to this motion.

    Dated this 13th day of March 2006.

                        /s/ Dean K. Dunsmore
                        DEAN K. DUNSMORE
                        DEPARTMENT OF JUSTICE
                        Environment & Natural Resources Division
                        801 B Street, Suite 504
                        Anchorage, Alaska 99501-3657
                        Telephone:(907)271-5452
                        Facsimile: (907)271-5827
                        Email: dean.dunsmore@usdoj.gov

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 13th day of March 2006 a copy of the foregoing DEFENDANTS' MOTION FOR LEAVE TO FILE THE ADMINISTRATIVE RECORD ON A LAPTOP COMPUTER was served electronically on:

Deirdre McDonnell


/s/ Dean K. Dunsmore
DEAN K. DUNSMORE