DEAN K. DUNSMORE
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone:(907)271-5452
Facsimile: (907)271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, and THE WILDERNESS SOCIETY et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>GALE NORTON, Secretary of the Interior; HENRI BISSON, Bureau of Land Management State Director; and UNITED STATES DEPARTMENT OF THE INTERIOR et al.,<br><br>    Defendants, | No. 1:05-cv-0008-JKS<br><br><br><br>ORDER |

   IT IS HEREBY ORDERED THAT Defendants' Motion for Leave to File the Administrative Record on a Laptop Computer (Unopposed) filed March 13, 2006, is granted. Defendants may file the administrative record in this action in electronic form by means of the delivery to the Court of a laptop computer that contains this record.

   IT IS FURTHER ORDERED THAT the defendants, until proceedings in this action are concluded, shall make a copy of this record available for examination by any person in the Bureau of Land Management, Public Information Center (Public Room), presently

located in Room 148, of the Federal Building and U.S. Courthouse, 222 West 7th Avenue, Anchorage, Alaska 99513, during the posted business hours of the Public Room.

IT IS FURTHER ORDERED THAT if during the course of the proceedings in this action the location of the Bureau of Land Management Public Room should change, defendants shall within thirty days thereafter give notice to the Court and the parties to this action of that change of address.

DATED this ____ day of _____, 2006.

_____
JAMES K. SINGLETON, Jr.
United States District Judge