DEAN K. DUNSMORE
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone:(907)271-5452
Facsimile: (907)271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants


                 UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF ALASKA

NATIONAL AUDUBON SOCIETY, ALASKA   )
WILDERNESS LEAGUE, et al.          )
                                   )
                   Plaintiffs,     )
                                   ) No. 1:05-cv-00008-JKS
      v.                           )
                                   )
GALE NORTON, Secretary of the      ) DEFENDANTS' NOTICE OF
Interior; HENRI BISSON, et al.     ) DELIVERY OF A LAPTOP
                                   ) COMPUTER
                   Defendants,     )
                                   )
_____)


     Pursuant to the Order (Docket Entry No. 20) filed March 14,

2006, defendants give notice that on this date they have delivered

to the Court a laptop computer containing the certified

administrative record in this case. The computer is a Dell Inspiron

Notebook, Model No. PP01X, Serial no. 3E564 A00, Department of the

Interior bar code no. 0451324.


DEFS' NOTICE DELIVERY
LAPTOP COMPUTER

A copy of this administrative record on two DVDs was sent by United States Mail to counsel for plaintiffs on March 16, 2006.

Dated this 17th day of March 2006.

/s/ Dean K. Dunsmore
DEAN K. DUNSMORE
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone:(907)271-5452
Facsimile: (907)271-5827
Email: dean.dunsmore@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of March 2006 a copy of the foregoing DEFENDANTS' NOTICE OF DELIVERY OF A LAPTOP COMPUTER was served electronically on:

Deirdre McDonnell

/s/ Dean K. Dunsmore
DEAN K. DUNSMORE