DEAN K. DUNSMORE
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone:(907)271-5452
Facsimile: (907)271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>GALE NORTON, Secretary of the Interior; HENRI BISSON, et al.<br><br>            Defendants, | No. 1:05-cv-00008-JKS<br><br>DEFENDANTS' NOTICE OF FILING OF CERTIFIED INDEX OF THE ADMINISTRATIVE RECORD |

Defendants give notice that on this date they have filed the Declaration of Susan A. Childs (Exhibit 1 hereto) certifying the administrative record for the Amendment to the Northeast National Petroleum Reserve-Alaska, Final Integrated Plan/Environmental Impact Statement, and Record of Decision signed on January 11, 2006. Attached to the certificate of Childs is an index (in two parts) to that record (Exhibit 2), a separate index of the privileged documents (Exhibit 3), and an index to the reference materials (Exhibit 4).

Th indices and the nonprivileged in the record are available In the Bureau of Land Management, Public Information Center (Public Room), Federal Building and U.S. Courthouse, Room 148, 222 West 7th Avenue, Anchorage, Alaska 99513, during the normal business hours

of 8:00 AM to 3:45 PM, Monday through Fridays, holidays excepted.

Dated this 17th day of March 2006.

> /s/ Dean K. Dunsmore
> DEAN K. DUNSMORE
> DEPARTMENT OF JUSTICE
> Environment & Natural Resources Division
> 801 B Street, Suite 504
> Anchorage, Alaska 99501-3657
> Telephone:(907)271-5452
> Facsimile: (907)271-5827
> Email: dean.dunsmore@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 17th day of March 2006 a copy of the foregoing **Notice of the Filing of the Certified Index of the Administrative Record** was served electronically on:

Deirdre McDonnell

/s/ Dean K. Dunsmore
DEAN K. DUNSMORE