## DECLARATION OF SUSAN A.CHILDS

Comes now the undersigned SUSAN A. CHILDS and declares, under penalty of perjury, that:

1. I am an employee of the Bureau of Land Management (BLM) in Anchorage, Alaska, employed as the planning coordinator for the Division of Energy and Solid Minerals and am project manager for the Amendment to the Northeast National Petroleum Reserve-Alaska Final Integrated Activity Plan/Environmental Impact Statement (the project) which Record of Decision (ROD) was signed on January 11, 2006.

2. In the course of my employment with the BLM, I am responsible for preparation and custody of the administrative record to support ROD and the Integrated Activity Plan/Environmental Impact Statement (IAP/EIS) for the project.

3. The chronological indices of the administrative record for the IAP/EIS and ROD for the project consists of two numerical listings - one for all documents, nonprivileged and privileged, containing 9413 items and one for privileged documents, containing 100 items. These indices contain listings of all documents which constitute the entire administrative record for the project, including the administrative record for the IAP/EIS, final Biological Opinion and ROD.

4.    The index of privileged documents is the chronological index for the documents in the administrative record for the IAP/EIS and ROD for the NPR-A for which privilege is claimed. Some of the listings on this index contain multiple items, such as chains of email

1

EXHIBIT  1
Page  1  of  2

correspondence.

5.   The indices and nonprivileged documents are available in electronic format for

public review at the BLM Public Room, 222 W. 7th Avenue, Anchorage, Alaska 99513, during

normal business hours of 8:00 a.m. to 3:45 p.m.

IN TESTIMONY WHEREOF, I have subscribed my name, and caused the seal of the

Department of the Interior to be affixed hereto on the 15th day of March, 2006.

SUSAN A. CHILDS
Alaska State Office
Bureau of Land Management
Anchorage, Alaska

EXHIBIT    1
Page  2  of  2