## Northeast NPR-A Administrative Record

| DOC ID | Date | To | From | Privilege | Pages |
|---|---|---|---|---|---|
| 000458 | 11/17/2003 | Paulus, S.; Hammond, T. | BLM - Childs, Susan | ☑ Attorney Work Product | 3 |
| **Summary:** | Memo discussing the maps that are included in the NW EIS are not contained in the June 2004 Draft EIS for the NE Amendment. | | | | |
| 000674 | 12/11/2003 | ENSR - Paulus, Stuart | BLM - Childs, Susan | ☑ Exectutive Privilege | 1 |
| **Summary:** | Discussion concerning missing scoping letters that were located. | | | | |
| 001028 | 1/9/2004 | BLM - Wilson, Curtis | DOI - Adams, Lauri | ☑ Attorney Work Product | 10 |
| **Summary:** | Fax explaining compliance with Wetlands and Floodplains Executive Order. Attached is a copy of the Executive Order. | | | | |
| 001086 | 1/11/2004 | DOI - Doehl, Lisa | T. Swem | ☑ Attorney Work Product | 2 |
| **Summary:** | T. Swem notes from telephone conversation between Swem (USFWS) and USDOI Solicitor (Lisa Doehl) regarding the Biological Opinion for the NE NPR-A Amendment. | | | | |
| 001103 | 1/12/2004 | DOI - Doehl, Lisa | T. Swem | ☑ Attorney Work Product | 1 |
| **Summary:** | T. Swem notes from telephone conversation between Swem (USFWS) and USDOI Solicitor (Lisa Doehl) regarding the Biological Opinion for the NE NPR-A Amendment. | | | | |
| 001205 | 1/21/2004 | BLM - Oviatt, G.; Wilson, C.; and list | DOI - Adams, Lauri | ☑ Attorney Work Product | 26 |
| **Summary:** | Comments from the Solicitor regarding the Final ROD | | | | |
| 002050 | 3/3/2004 | ENSR - Paulson, Merlyn | ENSR - Paulus, Stuart | ☑ Attorney Work Product | 2 |
| **Summary:** | Task list for visual resource management (VRM) and message that Solicitor may delete the visual assessment. | | | | |
| 002141 | 3/7/2004 | ENSR - Paulson, Merlyn | ENSR - Paulus, Stuart | ☑ Attorney Work Product | 2 |
| **Summary:** | Discussion of Solicitors advice RE: VRM sections to delete. | | | | |
| 002168 | 3/8/2004 | BAH - Dougherty, Sean | ENSR - Paulus, Stuart | ☑ Attorney Work Product | 1 |
| **Summary:** | Visual Resource Management sections to be removed from IAP/EIS. | | | | |
| 002209 | 3/10/2004 | ENSR - Paulus, Stuart | BLM - Childs, Susan | ☑ Attorney Work Product | 1 |
| **Summary:** | Discussions with the solicitor concerning roads between the pads and other issues. | | | | |
| 002320 | 3/18/2004 | | BLM - Yokel, Dave | ☑ Attorney Work Product | 36 |
| **Summary:** | Draft of Chapter 2: Alternatives. | | | | |
| 002352 | 3/19/2004 | DOI - Doehl, Lisa | BLM - Childs, Susan | ☑ Attorney-Client Privilege | 64 |
| **Summary:** | Section 7 Consultation Biological Assessment (BA) for review. | | | | |
| 002395 | 3/25/2004 | BLM - Childs, Susan | DOI - Adams, Lauri | ☑ Attorney Work Product | 19 |
| **Summary:** | Fax containing Lauri Adams' comments on the Executive Summary, Chapter 1 and Chapter 2 for the EIS for NE NPR-A Plan Amendment. | | | | |

## Northeast NPR-A Administrative Record

| DOC ID | Date | To | From | Privilege | Pages |
|---|---|---|---|---|---|
| 002551 | 4/4/2004 | DOI - Adams, Lauri | BLM - Wilson, Curt | ☑ Attorney Work Product | 2 |
| **Summary:** | Comments on Complaint for Declaratory and Injunctive Relief filed February 16, 2004 in the United States District Court for the District of Alaska, by Curt Wilson and Mike Kleven. | | | | |
| 002552 | 4/4/2004 | BLM - Childs, Susan | DOI - Adams, Lauri | ☑ Attorney Work Product | 32 |
| **Summary:** | Solicitor's comments on the remaining part of the Preliminary Draft EIS. | | | | |
| 002566 | 4/5/2004 | ENSR - Paulus, Stuart | BLM - Childs, Susan | ☑ Attorney Work Product | 18 |
| **Summary:** | Solicitors Comments on Chapters 4 (preliminary draft EIS) | | | | |
| 002567 | 4/5/2004 | ENSR - Paulus, Stuart | BLM - Childs, Susan | ☑ Attorney Work Product | 13 |
| **Summary:** | Includes Solicitor's comments on chapters 3 and 4. | | | | |
| 002571 | 4/5/2004 | BLM - Childs, Susan | ENSR - Paulus, Stuart | ☑ Attorney Work Product | 1 |
| **Summary:** | Discussion concerning the revised Executive Summary, Chapter 1 and Chapter 2. Email recipients included cc list. | | | | |
| 002588 | 4/6/2004 | MMS - Cranswick, Deborah | BLM - Childs, Susan | ☑ Attorney Work Product | 1 |
| **Summary:** | Discussion concerning the topics for the next teleconference. | | | | |
| 002590 | 4/6/2004 | BLM - Childs, Susan | DOI - Doehl, Lisa | ☑ Attorney Work Product | 2 |
| **Summary:** | Requested comments on the Biological Assessment for the NPR-A's Northeast planning area. | | | | |
| 002593 | 4/6/2004 | LGL - Funk, Dale | ENSR - Ellsworth, Steve | ☑ Attorney Work Product | 35 |
| **Summary:** | Fax transmitting Lauri Adams' comments on the preliminary draft Amended NE NPR-A IAP/EIS and a few pages of handwritten notes. | | | | |
| 002595 | 4/6/2004 | BLM - Childs, Susan | ENSR - Paulus, Stuart | ☑ Attorney Work Product | 2 |
| **Summary:** | Discussion about the Multiple Sales section. | | | | |
| 002824 | 4/21/2004 | LGL - Funk, Dale | ENSR - Ellsworth, Steve | ☑ Attorney Work Product | 1 |
| **Summary:** | Discussion concerning addressing Solicitor's comments. Recipients included cc list. | | | | |
| 002827 | 4/21/2004 | LGL - Funk, Dale | ENSR - Ellsworth, Steve | ☑ Attorney Work Product | 2 |
| **Summary:** | Request to include new edits which are in the attached document. | | | | |
| 002828 | 4/21/2004 | LGL - Funk, Dale | ENSR - Ellsworth, Steve | ☑ Attorney Work Product | 2 |
| **Summary:** | Attached DOI Solicitor comment no.1 | | | | |
| 002841 | 4/22/2004 | ENSR - Berg, William | ENSR - Paulus, Stuart | ☑ Attorney Work Product | 1 |
| **Summary:** | Discussion concerning solicitor questions. | | | | |
| 002901 | 4/26/2004 | ENSR - Strom, Bernhard | ENSR - Paulus, Stuart | ☑ Attorney Work Product | 5 |
| **Summary:** | Several emails between the two recipients, addressing Solicitor advice. | | | | |

## Northeast NPR-A Administrative Record

| DOC ID | Date | To | From | Privilege | Pages |
|---|---|---|---|---|---|
| 002921 | 4/27/2004 | ENSR - Paulus, Stuart | BLM - Childs, Susan | ☑ Attorney Work Product | 2 |
| **Summary:** | Prepared in response to Solicitor comment 44. | | | | |
| 003061 | 4/29/2004 | ENSR - Paulus, Stuart | ENSR - Ellsworth, Steve | ☑ Attorney Work Product | 3 |
| **Summary:** | Draft per Solicitor Comment #8. | | | | |
| 003150 | 5/4/2004 | ENSR - Paulus, Stuart | ENSR - Ellsworth, Steve | ☑ Attorney Work Product | 3 |
| **Summary:** | Discussion regarding the attached document prepared per Solicitor's advice. | | | | |
| 003225 | 5/7/2004 | ENSR - Paulus, Stuart | BLM - Childs, Susan | ☑ Attorney Work Product | 6 |
| **Summary:** | E-mail string discussing Solicitor review of cumulative effects analysis. | | | | |
| 003263 | 5/11/2004 | ENSR - Ellsworth, Steve | ENSR - Paulus, Stuart | ☑ Attorney Work Product | 1 |
| **Summary:** | Email asking question about number of pump stations. | | | | |
| 003287 | 5/13/2004 | ENSR - Ellsworth, Steve | BLM - Childs, Susan | ☑ Exectutive Privilege | 5 |
| **Summary:** | Requests for information relating to the Arctic Model. | | | | |
| 004509 | 9/1/2004 | BLM - Hollen, Debbie | BLM - Childs, Susan | ☑ Attorney Work Product | 1 |
| **Summary:** | Amendment to the NOI, the solicitor advised. | | | | |
| 004511 | 9/1/2004 | DOI - Toussaint, Lisa | BLM - Childs, Susan | ☑ Attorney-Client Privilege | 1 |
| **Summary:** | A comment from the Environmental Coalition on the draft IAP/EIS. Susan asks Lisa to please respond to it. | | | | |
| 005154 | 9/20/2004 | BLM - Hollen, Bruce | BLM - Childs, Susan | ☑ Attorney-Client Privilege | 1 |
| **Summary:** | Discussion concerning the attached Alpine Solicitor EFH document. | | | | |
| 005299 | 9/22/2004 | DOI - Toussaint, Lisa | BLM - Childs, Susan | ☑ Attorney-Client Privilege | 4 |
| **Summary:** | Information about an impacts criteria system that could be used in the document. | | | | |
| 005425 | 9/27/2004 | ENSR - Paulus, Stuart | BLM - Childs, Susan | ☑ Attorney Work Product | 1 |
| **Summary:** | Discussion about Lake Teshekpuk, oil estimates, and Tables 4-4 and 4-5. | | | | |
| 005688 | 10/4/2004 | BLM - Childs, Susan | DOI - Toussaint, Lisa | ☑ Attorney Work Product | 5 |
| **Summary:** | Fax of a draft of a letter to Rachel James (Alaska Coalition). | | | | |
| 006140 | 10/15/2004 | Alaska Coalition - James, Rachel | BLM - Bisson, Henri | ☑ Attorney Work Product | 5 |
| **Summary:** | Letter response to Rachel James' 9-9-04 letter asking questions about the Alaska National Interest Lands Conservation Act (ANILCA) Section 10 hearings. Includes a fax cover sheet. | | | | |
| 006344 | 10/21/2004 | BLM - Childs, Susan | DOI - Toussiant, Lisa | ☑ Attorney Work Product | 2 |
| **Summary:** | Draft Northeast Amended IAP/EIS - Suggested Response to Public Comment About Site-Specificity. | | | | |

**Northeast NPR-A Administrative Record**

| DOC ID | Date | To | From | Privilege | Pages |
|---|---|---|---|---|---|
| 006705 | 11/10/2004 | | DOI - Doehl, Lisa | ☑ Attorney Work Product | 97 |
| **Summary:** | Drafts of letters between US Fish and Wildlife Service and the BLM regarding BLM request with Solicitor's comments. | | | | |
| 006737 | 11/12/2004 | BLM - Payne, J.; Ducker, J.; Standley, L. | BLM - Hollen, Debbie | ☑ Attorney Work Product | 1 |
| **Summary:** | Request that some time be taken to review the documents due to the solicitor's advice. | | | | |
| 006894 | 11/18/2004 | DOI - Calvert, Chad | BLM - Bisson, Henri | ☑ Attorney Work Product | 1 |
| **Summary:** | The standard of wildlife protection needed in the proposed area in the course of development. | | | | |
| 006924 | 11/18/2004 | BLM - Hammond, Tim | ENSR - Paulus, Stuart | ☑ Attorney Work Product | 1 |
| **Summary:** | Comments and suggestions on NE Maps, per Solicitor's advice. | | | | |
| 006958 | 11/19/2004 | BAH - Dougherty, Sean | ENSR - Paulus, Stuart | ☑ Attorney Work Product | 1 |
| **Summary:** | RE: Solicitor requested maps. | | | | |
| 007007 | 11/22/2004 | ENSR - Paulus, Stuart | BLM - Childs, Susan | ☑ Attorney Work Product | 1 |
| **Summary:** | E-mail requesting to include what solicitor requested. | | | | |
| 007018 | 11/22/2004 | BLM - Childs, Susan | DOI - Toussaint, Lisa | ☑ Attorney Work Product | 3 |
| **Summary:** | Fax of a brief memo discussing the Lands Council and other recent decisions relevant to the cumulative impacts portion of the EIS. | | | | |
| 007019 | 11/22/2004 | BLM - Childs, Susan | DOI - Toussaint, Lisa | ☑ Attorney Work Product | 3 |
| **Summary:** | Memo with the subject "Draft Northeast Amended IAP/EIS - Recent Case Law." | | | | |
| 007048 | 11/23/2004 | BLM - Childs, Susan | DOI - Toussaint, Lisa | ☑ Attorney Work Product | 3 |
| **Summary:** | Memo discussing draft northeast Amended IAP/EIS - section 2.4 of the Final Draft IAP/EIS. | | | | |
| 007270 | 12/2/2004 | BLM - Childs, Susan | DOI - Toussaint, Lisa | ☑ Attorney Work Product | 3 |
| **Summary:** | Comments on the portion of the draft table entitled, 'Table of Effectiveness of Stipulations and ROPs'. | | | | |
| 007271 | 12/2/2004 | BLM - Childs, Susan | DOI - Toussiant, Lisa | ☑ Attorney Work Product | 2 |
| **Summary:** | Draft NE Amended IAP/EIS - Table of Effectiveness of Stipulations and ROP's. Solicitor review and comments. | | | | |
| 007287 | 12/3/2004 | BAH - Dougherty, Sean | ENSR - Erickson, Ara | ☑ Attorney Work Product | 1 |
| **Summary:** | E-mail string concerning additional map work for NPR-A. | | | | |
| 007300 | 12/3/2004 | ENSR - Paulus, Stuart | LGL - Funk, Dale | ☑ Attorney Work Product | 1 |
| **Summary:** | Discussion concerning whether or not to include maps from the NW NPRA document and which maps should be carried over. | | | | |
| 007343 | 12/7/2004 | ENSR - Erickson, Ara | BLM - Hollen, Bruce | ☑ Attorney Work Product | 4 |
| **Summary:** | Discussion concerning the maps that the solicitor is requesting with attached maps within the email. | | | | |

**Northeast NPR-A Administrative Record**

| DOC ID | Date | To | From | Privilege | Pages |
|---|---|---|---|---|---|
| 007352 | 12/7/2004 | BLM - Hollen, Bruce | ENSR - Erickson, Ara | ☑ Attorney Work Product | 4 |
| **Summary:** | | Attach current TLH caribou maps (3 of 3 .pfd). Email recipient include cc list. | | | |
| 007353 | 12/7/2004 | BLM - Hollen, Bruce | ENSR - Erickson, Ara | ☑ Attorney Work Product | 4 |
| **Summary:** | | Maps per Solicitor request. | | | |
| 007557 | 12/21/2004 | ENSR - Paulus, S.; Ellsworth, S. | BLM - Childs, Susan | ☑ Attorney Work Product | 1 |
| **Summary:** | | Discussion concerning area leased. | | | |
| 007599 | 12/22/2004 | BLM - Childs, Susan | DOI - Toussiant, Lisa | ☑ Attorney Work Product | 9 |
| **Summary:** | | Solicitor's comments on Draft Final EIS -- Executive Summary, Chapter 1 and Chapter 2. | | | |
| 007648 | 12/23/2004 | DOI - Adams, Lauri | BLM - Childs, Susan | ☑ Attorney Work Product | 8 |
| **Summary:** | | Solicitor's comments. | | | |
| 007656 | 12/23/2004 | BLM - Childs, Susan | DOI - Toussiant, Lisa | ☑ Attorney Work Product | 7 |
| **Summary:** | | Responses to questions sent by Susan Childs. | | | |
| 007739 | 12/27/2004 | BLM - Childs, Susan | DOI - Adams, Lauri | ☑ Attorney Work Product | 20 |
| **Summary:** | | Revisions to Notice of Availability (NOA) for NE NPR-A IAP/EIS. | | | |
| 007789 | 12/28/2004 | ENSR - Paulus, Stuart | BLM - Childs, Susan | ☑ Attorney Work Product | 1 |
| **Summary:** | | Discussion concerning Solicitor's advice for the Executive Summary. | | | |
| 007819 | 12/29/2004 | BLM - Childs, Susan | | ☑ Attorney Work Product | 1 |
| **Summary:** | | Response to Kuukpik Comment 197616-003 from the solicitor. | | | |
| 007845 | 12/30/2004 | BLM - Childs, Susan | | ☑ Attorney Work Product | 1 |
| **Summary:** | | Response to Kuukpik Comment 197616-005 from the solicitor. | | | |
| 007998 | 1/6/2005 | ENSR - Paulus, Stuart | BLM - Childs, Susan | ☑ Attorney Work Product | 1 |
| **Summary:** | | Discussion concerning the comments from the solicitor regarding the existing lease holder and other issues. | | | |
| 008024 | 1/6/2005 | BLM - Childs, Susan | ENSR - Paulus, Stuart | ☑ Attorney Work Product | 1 |
| **Summary:** | | Discussion concerning the solicitor's letter regarding items 13, 20 and 21. | | | |
| 008073 | 1/7/2005 | BLM - Childs, Susan | DOI - Toussiant, Lisa | ☑ Attorney Work Product | 14 |
| **Summary:** | | Solicitor's comments on Chapter 3 of the draft Final IAP/EIS | | | |
| 008087 | 1/7/2005 | BLM - Childs, Susan | ENSR - Paulus, Stuart | ☑ Attorney Work Product | 1 |
| **Summary:** | | A list of Solicitor's comments regarding various edits. | | | |

**Northeast NPR-A Administrative Record**

| DOC ID | Date | To | From | Privilege | Pages |
|---|---|---|---|---|---|
| 008088 | 1/7/2005 | BLM - Childs, Susan | ENSR - Paulus, Stuart | ☑ Attorney Work Product | 1 |
| **Summary:** | Discussion concerning a table of solicitor's map comments. | | | | |
| 008144 | 1/10/2005 | BLM - Odom, Kelly | BLM - Childs, Susan | ☑ Attorney Work Product | 21 |
| **Summary:** | Attached are the Final NOA for the NE NPRA in 4 versions. | | | | |
| 008182 | 1/10/2005 | BLM - Childs, Susan | DOI - Hopewell, Dennis | ☑ Attorney Work Product | 13 |
| **Summary:** | First set of Solicitor's comments on the draft Final IAP/EIS. | | | | |
| 008183 | 1/10/2005 | BLM - Childs, Susan | DOI - Toussiant, Lisa | ☑ Attorney Work Product | 16 |
| **Summary:** | Solicitor's comments on Chapter 4 of the NPR-A NE Amendment (pages 1 to 53). | | | | |
| 008285 | 1/11/2005 | BLM - Childs, Susan | DOI - Hopewell, Dennis | ☑ Attorney Work Product | 2 |
| **Summary:** | Third set of comments on the NE NPR-A Amendment FEIS from the Office of the Solicitor. | | | | |
| 008302 | 1/11/2005 | BLM - Childs, Susan | ENSR - Paulus, Stuart | ☑ Attorney Work Product | 1 |
| **Summary:** | Changes made based on the solicitor's comments are included in the email text. | | | | |
| 008304 | 1/11/2005 | BLM - Childs, Susan | ENSR - Paulus, Stuart | ☑ Attorney Work Product | 1 |
| **Summary:** | Edits to sections of chapter 2 based on the solicitor's comments. | | | | |
| 008346 | 1/12/2005 | BLM - Childs, Susan | DOI - Hopewell, Dennis | ☑ Attorney Work Product | 1 |
| **Summary:** | Additional comments on Table 2-3 in the NPR-A NE Amendment FEIS from the Office of the Solicitor. | | | | |
| 008347 | 1/12/2005 | BLM - Childs, Susan | DOI - Hopewell, Dennis | ☑ Attorney Work Product | 2 |
| **Summary:** | Last comment round for portions of Chapter 4 of the FEIS from the Office of the Solicitor. | | | | |
| 008348 | 1/12/2005 | BLM - Childs, Susan | DOI - Hopewell, Dennis | ☑ Attorney Work Product | 3 |
| **Summary:** | Last minute edits to Table 3-2 from the Office of the Solicitor. | | | | |
| 008427 | 1/13/2005 | ENSR - Strom, Bernhard | ENSR - Paulus, Stuart | ☑ Attorney Work Product | 1 |
| **Summary:** | Solicitor's advice on 11 AAC 112 and 6 AAC 80. | | | | |
| 008445 | 1/14/2005 | ENSR - Paulus, Stuart | BLM - Childs, Susan | ☑ Attorney Work Product | 1 |
| **Summary:** | Discussion concerning the date of the Lease sale and CZM provisions | | | | |
| 008471 | 1/14/2005 | BLM - Childs, Susan | ENSR - Paulus, Stuart | ☑ Attorney Work Product | 1 |
| **Summary:** | Discussion concerning the Alaska Coastal Zone Management Provisions. | | | | |
| 008674 | 1/31/2005 | BLM - Childs, Susan | DOI - Toussiant, Lisa | ☑ Attorney-Client Privilege | 2 |
| **Summary:** | Fax stating that several comments were cut-off and an errata must be produced and reviewed by Solicitor. | | | | |

## Northeast NPR-A Administrative Record

| DOC ID | Date | To | From | Privilege | Pages |
|---|---|---|---|---|---|
| 008828 | 2/18/2005 | BLM - Hollen, Bruce | DOI - Doehl, Lisa | ☑ Attorney Work Product | 2 |
| Summary: | Fax of a page from the draft ROD that she has concerns with. | | | | |
| 008922 | 2/28/2005 | BLM - Weil, Jody | BLM - Childs, Susan | ☑ Exectutive Privilege | 13 |
| Summary: | Notification of the PDF file that contains four colored maps. (Also word doc - Briefing for DC and Senator Final.doc. | | | | |
| 008961 | 3/3/2005 | BLM - Childs, Susan | DOI - Adams, Lauri | ☑ Attorney Work Product | 2 |
| Summary: | Fax discussing the Alaska Wilderness League's letter. | | | | |
| 009118 | 3/26/2005 | BLM - Childs, Susan | DOI - Toussaint, Lisa | ☑ Attorney Work Product | 9 |
| Summary: | Fax containing Solicitor's handwritten comments. | | | | |
| 009171 | 5/5/2005 | BLM - Childs, Susan | DOI - Toussaint, Lisa | ☑ Attorney Work Product | 5 |
| Summary: | Recommendation paper for BLM concerning the AEWC's request. | | | | |
| 009180 | 5/10/2005 | | BLM - Childs, Susan | ☑ Attorney Work Product | 3 |
| Summary: | Confidential Solicitor Review Paper. | | | | |
| 009181 | 5/10/2005 | BLM - Brong-Marquis, Elaine | BLM - Childs, Susan | ☑ Attorney Work Product | 15 |
| Summary: | Lisa Toussiant's synopsis and recommendations for changes to the Final Amended Northeast National Petroleum Reserve-Alaska IAP/EIS. | | | | |
| 009226 | 5/25/2005 | BLM - Childs, Susan | DOI - Toussiant, Lisa | ☑ Attorney Work Product | 19 |
| Summary: | Fax of draft Answer in the National Audubon concerning the Northeast Plan Amendment. | | | | |
| 009260 | 6/8/2005 | BLM - Childs, Susan | DOI - Toussiant, Lisa | ☑ Attorney Work Product | 12 |
| Summary: | Summary of Solicitor's comments on the most recent draft of the Record of Decision for the amended plan in the NE NPR-A. Contains illegible handwritten edits. | | | | |
| 009264 | 6/9/2005 | BLM - Childs, Susan | DOI - Toussiant, Lisa | ☑ Attorney Work Product | 1 |
| Summary: | Fax discussing modifications to the Goose Molting Area regarding NSO lands and the 5,000 acre study area. | | | | |
| 009265 | 6/10/2005 | USFWS - Swem, Ted | BLM - Hollen, Bruce | ☑ Attorney Work Product | 1 |
| Summary: | Letter regarding changes to the ROPs and Stipulations based on Solicitor's comments. | | | | |
| 009272 | 6/16/2005 | DOI - Adams, Lauri | BLM - Childs, Susan | ☑ Attorney-Client Privilege | 2 |
| Summary: | Discusses the release of the final IAP/EIS changes. | | | | |
| 009355 | 8/26/2005 | Hughes, J.; Ditton, P.; and list | BLM - Bisson, Henri | ☑ Exectutive Privilege | 2 |
| Summary: | Email response about the Claude Allen Alaska visit, that explains that Henri did brief the guys on the gas pipeline and other information from their meeting seniors from the O&G Industry. | | | | |
| 009356 | 8/29/2005 | BLM - Sierra, S.; Hughes, J.; | BLM - Benna, Larry | ☑ Exectutive Privilege | 2 |
| Summary: | An email forward about Claude Allen's (Presidents Domestic Policy Advisor) visit to Alaska. Larry asks if anyone is working on it. | | | | |

**Northeast NPR-A Administrative Record**

| DOC ID | Date | To | From | Privilege | Pages |
|---|---|---|---|---|---|
| 009389 | 12/16/2005 | BLM - Childs, Susan | DOI - Toussiant, Lisa | ☑ Attorney Work Product | 2 |
| **Summary:** | | Fax following up on discussions about supplemental information reports. | | | |
| 009394 | 1/5/2006 | BLM - Childs, Susan | DOI - Hopewell, Dennis | ☑ Attorney Work Product | 20 |
| **Summary:** | | Fax transmitting comments on the Draft Supplemental Information Report for the NPR-A NE planning area amendment. | | | |
| 009412 | 1/13/2006 | BLM - Childs, Susan | DOI - Toussaint, Lisa | ☑ Attorney Work Product | 3 |
| **Summary:** | | Fax of the memo about BLM's briefing on the Supplemental Information Report with Solicitor comments. | | | |