# Northeast NPR-A Administrative Record

Reference

40 CFR Chapter 1 part 60.18 and 60.19.

94th Congress. 1976. Public Law #94-258: Title I - National Petroleum Reserve in Alaska and Title II - Naval Petroleum Reserves.

Abele, G., J. Brown, and M.C. Brewer. 1984. Long-Term Effects of Off-road Vehicle Traffic on Tundra Terrain. Journal of Terramechanics 21(3):283-294.

ABR. 2001. Analysis and mapping of satellite telemetry for the Teshekpuk Caribou Herd 1990-1999 with a note on 5 Western Arctic Caribou. Draft Report. ABR, Inc. Fairbanks.

Ahmaogak, G. 2003. Scoping Testimony. Amendment to the Northeast National Petroleum Reserve - Alaska Integrated Activity Plan/Environmental Impact Statement, October 16, 2003, Barrow, Alaska.

Ahtuangaruak, R. 1997. Scoping Testimony. Transcript of Public Hearing, Draft Environmental Impact Statement for Beaufort Sea Proposed Oil and Gas Lease Sale 170, Nuiqsut, Alaska.

Ahtuangaruak, R. 2001. Scoping Testimony. Draft Environmental Impact Statement Hearing, Liberty Development and Production Plan, Nuiqsut, Alaska..

Ahtuangaruak, R. 2003. Scoping Testimony. Alpine Satellite Development Plan Environmental Impact Statement Scoping Meeting, Nuiqsut, Alaska.

Alaska Administrative Code (AAC). 1997. Title 18 Environmental Conservation, Chapter 50. Air Quality Control. Baseline Dates, Maximum Allowable Increases, and Maximum Allowable Ambient Concentrations (18 AAC 50.020).

Alaska Administrative Code. 05 AAC 92.080. Unlawful Methods of Taking Game; Exceptions.

Alaska Clean Seas. 1999. Alaska Clean Seas Technical Manual. North Slope Atlas. Prudhoe Bay, Alaska: [http://www.asgdc.state.ak.us/amps/cplans/ns/cleanseas/cleansesa.html]

Alaska Consultants, Inc, C.S. Courtnage, and SRBA. 1984. Barrow Arch Socioeconomic and Sociocultural Description. Technical Report Number 101. A99/PB 85  150019. Prepared for the U.S. Department of Interior, Minerals Management Service, Alaska Outer Continental Shelf Region, Social and Economic Studies, Anchorage, Alaska.

Alaska Consultants, Inc. (ACI), and SRBA. 1984. Subsistence Study of Alaska Eskimo Whaling Villages. Prepared for the U.S. Department of Interior, Anchorage, Alaska.

Alaska Department of Community and Economic Development (ADCED). 2002. Alaska Taxable Reports from 1972 to 2002, State Assessors Office: [http://www.dced.state.ak.us].

Alaska Department of Community and Economic Development (ADCED). 2003. Alaska Community Database, Community Information Summaries for Barrow, Atqasuk, Anaktuvuk Pass, and Nuiqsut: [http://www.dced.state.ak.us/cbd/commdb/CF_CIS.htm].

Alaska Department of Community and Economic Development (ADCED). 2004. National Petroleum Reserve - Alaska Impact Program. Report to the Second Session of the Twenty Third Legislature, State Fiscal Year 2004. Anchorage, Alaska.

Alaska Department of Environmental Conservation (ADEC). 1997. 18 AAC 70 Water Quality Standards as Amended through May 27, 1999. Juneau, Alaska.

Alaska Department of Environmental Conservation (ADEC). 2003. Alaska Department of Environmental Conservation North Slope Spill Database for January 1, 1995 to August 18, 2003. Provided on Compact Disc by Camille Stephens, Alaska Department of Environmental Conservation, via Ken Taylor, Alaska Department of Natural Resources, September 2003.

Alaska Department of Fish and Game (ADFG). 1986. Alaska Habitat Management Guide, Arctic Region. Alaska Department of Fish and Game, Habitat Division, Juneau, Alaska.

## Northeast NPR-A Administrative Record

Reference

Alaska Department of Fish and Game (ADFG). 1995. Community Profile Database. Update to Volume 5, Arctic Region. Alaska Department of Fish and Game, Division of Subsistence, Juneau, Alaska.

Alaska Department of Fish and Game (ADFG). 1996. Community Profile Database. Update to Volume 5, Arctic Region. Alaska Department of Fish and Game, Division of Subsistence, Juneau, Alaska.

Alaska Department of Fish and Game (ADFG). 2000. Subsistence in Alaska: A Year 2000 Update. Juneau, Alaska.

Alaska Department of Fish and Game (ADFG). 2001. Community Profile Database. Version 3.11. March 2001.

Alaska Department of Fish and Game (ADFG). 2002. Western Arctic Caribou Herd Cooperative Management Plan, 2002-2012. Public Review Draft. Alaska Department of Fish and Game, Fairbanks, Alaska.

Alaska Department of Fish and Game (ADFG). 2003. Unpublished Nuiqsut Subsistence Harvest Data, 1993.

Alaska Department of Labor and Workforce Development (ADOLWD). 2003. Local Area Profile, North Slope Borough: [http://almis.labor.state.ak.us/cgi/databrowsing].

Alaska Department of Labor and Workforce Development (ADOLWD). 2004. Resident Population Place Estimates for 2003: [http://146.63.75.50/research/pop/estimates/03T4-3.xls.].

Alaska Department of Natural Resources (ADNR), Office of History and Archaeology (ADNR OHA). 2003. Alaska Heritage Resource Survey. Database on File at Office of History and Archaeology, Anchorage, Alaska.

Alaska Department of Natural Resources (ADNR). 1976. State Comprehensive Outdoor Recreation Plan. Alaska Department of Natural Resources, Division of Parks, Juneau, Alaska.

Alaska Department of Natural Resources (ADNR). 1983. Coal Resources of Alaska. Division of Geological and Geophysical Surveys; Information Circular No. 17.

Alaska Department of Natural Resources (ADNR). 1997. Historical and Projected Oil and Gas Consumption. Alaska Department of Natural Resources, Anchorage, Alaska.

Alaska Department of Natural Resources (ADNR). 2000. 2000 Annual Report. Alaska Department of Natural Resources, Division of Oil and Gas, Anchorage, Alaska.

Alaska Department of Natural Resources (ADNR). 2001a. Summary of State Competitive Lease Sales. Division of Oil and Gas, Department of Natural Resources, State of Alaska: [http://204.126.119.8/oil/products/publications/otherreports/5year99/5year99%5Fsummary.html].

Alaska Department of Natural Resources (ADNR). 2001b. Alaska Well Files. Division of Oil and Gas, Department of Natural Resources, State of Alaska: [http://www.dog.dnr.state.ak.us/oil/].

Alaska Department of Natural Resources (ADNR). 2003. Alaska Oil and Gas Report. December 2003. Oil and Gas Division, Anchorage, Alaska.

Alaska Department of Natural Resources (ADNR). 2004a. Alaska Coastal Management Program Website, Juneau, Alaska: [http://www.alaskacoast.state.ak.us/].

Alaska Department of Natural Resources (ADNR). 2004b. Alaska Heritage Resource Survey. Database on File at Office of History and Archaeology, Anchorage, Alaska.

Alaska Department of Natural Resources (ADNR). 2004c. Division of Oil and Gas, Nikaichuq Unit Decision: [http://www.dog.state.ak.us/oil/programs/units/2004/nikaichuq-decision_4-29-2004.pdf].

**Northeast NPR-A Administrative Record**

Reference

Alaska Department of Revenue (ADR). 2002. Revenue Sources Book, Forecast and Historical Data, Fall 2002. State of Alaska Department of Revenue, Tax Division, Anchorage Alaska.

Alaska Department of Revenue (ADR). 2003a. Daily Production Summary, Calendar Years 1978 to 2002: [http://www.tax.state.ak.us/programs/oil/production/historicaldata/prodCYFY.htm#FYCYANS].

Alaska Department of Revenue (ADR). 2003b. Spring 2003 Revenue Sources Book. Alaska Department of Revenue, Tax Division.

Alaska Department of Revenue (ADR). 2004a. Monthly Oil Price Data: [http://www.tax.state.ak.us/programs/oil/prices/monthlydata].

Alaska Department of Revenue (ADR). 2004b. Tax Division Revenue Sources Book Spring 2004. Anchorage, Alaska.

Alaska Department of Transportation and Public Facilities, Statewide Planning Division. 2002. Rural Alaska Transportation Plans. September 19, 2002.

Alaska Department of Transportation and Public Facilities. 1996. Northern Regions Traffic Volume Reports for 1995. Alaska Department of Transportation and Public Facilities, Fairbanks, Alaska.

Alaska Department of Transportation and Public Facilities. 2003. Colville River Road Project Description. December 12, 2003.

Alaska Department of Transportation and Public Facilities. 2003. Industrial Roads Program - May 2003 Status Report. Juneau, Alaska.

Alaska Department of Transportation and Public Facilities. 2004. Industrial Roads Program: Colville River Road and Bridge.

Alaska Division of Governmental Coordination (ADGC). 1988. Coastal Zone Boundaries of Alaska. State of Alaska, Office of the Governor, Division of Governmental Coordination, Juneau, Alaska.

Alaska Earthquake Information Center. 2003. [http://www.giseis.alaska.edu/Seis/seis.html].

Alaska Federation of Natives. 2003. [http://www.nativefederation.org/frames/subsistence.html].

Alaska Gas Transmission Company. 2004. Just The Facts.

Alaska Journal of Commerce. 2004. Appropriation Battles Slow Gas Projects. March 15, 2004.

Alaska Journal of Commerce. 2004. TransCanada plays into deal's demise. April 19, 2004.

Alaska Migratory Bird Co-Management Council. 2004. Harvest Surveys. USFWS. Anchorage, Alaska

Alaska Migratory Bird co-Management Council. 2004. Subsistence Harvest Surveys. USFWS, Anchorage, Alaska.

Alaska Migratory Bird Co-Management Council. 2004. Subsistence Harvest Surveys: [http://alaska.fws.gov/ambcc/Harvest/harvest.htm], [http://alaska.fws.gov/ambcc/ambcc/Harvest/Subsistence%20EA%2004_total_Geese.htm].

Alaska Native Health Board, Inc. 1985. Rural Health Issues Study and Statewide Suicide Evaluation - A Resource Document. Alaska Native Health Board, Inc., Anchorage, Alaska.

# Northeast NPR-A Administrative Record

Reference

Alaska Natives Commission. 1994. Joint Federal-State Commission on Policies and Programs Affecting Alaska Natives. Final Report, 3 Volumes. Alaska Natives Commission, Anchorage, Alaska.

Alaska Oil and Gas Association (AOGA). 2001. Alaska's North Slope Oilfields. Technical Briefs. Anchorage, Alaska.

Alaska Oil and Gas Conservation Commission (AOGCC). 1998. 1998 Annual Report Summary: [http://www.aogcc.alaska.gov/annual/1998ann.htm].

Alaska Oil and Gas Conservation Commission (AOGCC). 2002. Electronic Mail Dated June 27, 2002, to C. Smith, U.S. Department of Interior, Minerals Management Service, Alaska Outer Continental Shelf Region, from S. McMaines, Alaska Oil and Gas Conservation Commission; Subject: North Slope Production Summary by Field and Pool for 2001.

Alaska Oil and Gas Conservation Commission (AOGCC). 2004. Summary by Year. Production by Field/Pool 2003. Anchorage, Alaska.

Alaska Oil and Gas Reporter. 2002. Anadarko Tests New Platform. 11/5/2002.

Alaska Oil and Gas Reporter. 2003. Alpine Field Pumps 100 Million Barrels: [http://www.oilandgasreporter.com/stories/111803/ind_20131118001.shtml].

Alaska Oil and Gas Reporter. 2004. Murkowski: Access to gas key to pipeline deal. February 17, 2004

Alaska Oil and Gas Reporter. 2004. State Announces Slope Road Plan. February 3, 2004.

Alaska Report. 1996. New North Slope Field (Alpine) Boasts 250-350 Million Barrels in Oil Reserves. Alaska Report 42(41):1-3.

Alaska Report. 1997. Arco, Syntroleum Begin Joint Development of Synfuels Reactor Technology. Alaska Report 43:1.

Alaska Shorebird Group. 2004. Draft: A Conservation Plan For Alaska Shorebirds. Unpublished report, Alaska Shorebird Group. Anchorage, Alaska.

Alaska's Democratic Legislators. 2003. Yet Another Opportunity to Sell Alaska's Natural Gas: Opposition by Governor and Legislature threaten voter-approved gas line.

Alexander's Gas & Oil Connection. 1998. Arco, Exxon, BP Exploration Discover Oil and Gas Around Orudhoe Bay. Vol. 3, Issue # 11 - 03-04-1998.

Alt, K.T, and D.R. Kogl. 1973. Notes on the Whitefish of the Colville River, Alaska. Journal of the Fisheries Research Board of Canada 30:554-556.

Alyeska Pipeline. 2004. Pipeline Facts: Throughput. Alyeska Pipeline Service Company website: [http://www.alyeska-pipe.com/Pipelinefacts/PipelineOperations/].

Amstrup, S.C, and C. Gardner. 1994. Polar Bear Maternity Denning in the Beaufort Sea. Journal of Wildlife Management 58:1-10.

Amstrup, S.C, and D.P. DeMaster. 1988. Polar Bear, Ursus maritimus. In Selected Marine Mammals of Alaska, J. W. Lentfer (ed.). Marine Mammal Commission, Washington, D.C.

Amstrup, S.C, I. Stirling, and J.W. Lentfer. 1986. Past and Present Status of Polar Bears in Alaska. Wildlife Society Bulletin 14:241-254.

Amstrup, S.C, T.L. McDonald, and I. Stirling. 2001. Polar Bears in the Beaufort Sea: A 30-year Mark-recapture Case History. Journal of Agricultural, Biological, and Environmental Statistics 6(2):221-234.

Amstrup, S.C. 1993. Human Disturbance of Denning Polar Bears in Alaska. Arctic 46(3):245-250.

## Northeast NPR-A Administrative Record

Reference

Amstrup, S.C. 2000. Polar Bear. In: The Natural History of an Arctic Oil Field, Development and the Biota. J.C. Trutt and S.R. Johnson (eds.). San Diego, California: Academic Press, pp. 133-157.

Anchorage Daily News. 1999. Alpine Oil Outlook Improves - Developers Peg Field Reserves at 429 million Barrels. Anchorage Daily News, Pages B-6 to B-7.

Anchorage Daily News. 2003. Alaska'a Natural Gas Can Take Any Avenue. Economy, October 5, 2003.

Anchorage Daily News. 2003. Lease Sales Threaten Eskimo Culture by George N. Ahmaogak Sr.

Anchorage Daily News. 2003. Lease Sales Threaten Eskimo Culture. George N. Ahmaogak, Sr. August 30, 2003.

Anchorage Daily News. 2004. Bush links ANWR drilling to gas prices. Anchorage Daily News, Anchorage, Alaska, 5/24/2004.

Anchorage Daily News. 2004. North Slope Borough Quits Alaska Gasline Port Authority. March 25, 2004.

Anchorage Daily News. 2004. Slope Firms Look to Extend Season. March 31, 2004. Associated Press, Anchorage, Alaska.

Anderson, B.A., and S.M. Murphy. 1988. Lisburne Terrestrial Monitoring Program - 1986 and 1987. The Effects of the Lisburne Powerline on Birds. Report Prepared by Alaska Biological Research, Inc., Fairbanks, Alaska, for ARCO Alaska, Inc., Anchorage, Alaska.

Anderson, B.A., C.B. Johnson, B.A. Cooper, L.N. Smith, and A. Stickney. 1999. Habitat Associations of Nesting Spectacled Eiders on the Arctic Coastal Plain of Alaska. Pages 27-33 In Behavior and Ecology of Sea Ducks, R.I. Goudie, M.R. Petersen, and G.J. Robertson (eds.). Canadian Wildlife Service Occasional Paper No. 100. Environment Canada, Canadian Wildlife Service, Ottawa, Ontario.

Anderson, B.A., R.J. Ritchie, A.A. Stickney, and A.M. Wildman. 2000. Avian Studies in the Kuparuk Oilfield, Alaska. Fairbanks, Alaska.

Anderson, B.A., S.M. Murphy, M.T. Jorgenson, D.S. Barber, and B.A. Kugler. 1992. GHX-1 Waterbird and Noise Monitoring Program Final Report. Prepared by Alaska Biological Research, Inc., and BNN Systems and Technologies Corporation for ARCO Alaska, Inc., Anchorage, Alaska.

Anderson, D.D. 1968. A Stoneage Campsite at the Gateway to America. Scientific American 218(6):24-33.

Anderson, D.D. 1970. Microblade Traditions in Northwest Alaska. Arctic Anthropology 7(2):2-15.

Anderson, D.D. 1984. Prehistory of North Alaska. In Handbook of North American Indians, W. Sturtevant (ed). Smithsonian Institution, Washington, D.C.

Anderson, P., and G. Weller (eds.). 1996. Preparing for an Uncertain Future: Impacts of Short- and Long-term Climate Change on Alaska. In Proceedings of a Workshop Held During the Arctic Science Conference, September 1995, Fairbanks, Alaska. University of Alaska, Center for Global Change and Arctic System Research, Fairbanks, Alaska.

Anderson, W. and Havera, S. Blood Lead, Protoporphyrin, And Ingested Shot For Detecting Lead Poisoning in Waterfowl.

Andres, B.A, and R.E. Gill. 2000. A Conservation Plan for Alaska Shorebirds. Alaska Shorebird Working Group. Anchorage, Alaska.

Andres, B.A. 1994. Coastal Zone Use by Post-breeding Shorebirds in Northern Alaska. Journal of Wildlife Management 58: 206-213.

Andres, B.A. 2004. Density of Shorebirds Breeding in the National Petroleum Reserve-Alaska. U.S. Fish and Wildlife Service, Division of Migratory Bird Management, Denver, Colorado.

# Northeast NPR-A Administrative Record

Reference

Angerbjorn, A., B. Arvidson, E. Noren, and L. Stromgren. 1991. The Effect of Winter Food on Reproduction in the Arctic Fox, Alopex lagopus: A Field Experiment. Journal of Animal Ecology 60:705-714.

Angliss, R.P., and K.L. Lodge. 2002. Alaska Marine Mammal Stock Assessments, 2002. National Oceanic and Atmospheric Administration Technical Memorandum NMFS-AFSC-133. U.S. Department of Commerce, National Oceanic and Atmospheric Administration, National Marine Fisheries Service, Alaska Fisheries Science Center, National Marine Mammal Laboratory, Seattle Washington.

Anker, W. and Chelgren, N. 1998. Pacific black Brant Population Model, User's Guide and Program Documentation. Department of Biology & Wildlife, University of Alaska, Fairbanks.

Anthony, R. M. 2003. Aerial Videography of Brant Colonies on Yukon Delta NWR in 2003. July 16, 2003. Alaska Science Center, Anchorage, Alaska.

Anthony, R.M. and Sedinger, J. 1987. Productivity in a brant colony improves with removal of arctic foxes. Research Information Bulletin, No. 87-7. US Fish and Wildlife Service.

Appropriations Bill, 42 U.S.C. 6508

ARCO Alaska, Inc. 1996. Alpine Environmental Evaluation Document. ARCO Alaska, Inc., Anchorage, Alaska.

ARCO Alaska, Inc. 1999. Oil Discharge Prevention and Contingency Plan, Alpine Development Participating Area North Slope Area. ARCO Alaska, Inc., Anchorage, Alaska.

Arctic Climate Impact Assessment (ACIA). 2004. Impacts of a Warming Arctic: Arctic Climate Impact Assessment. Cambridge University Press: [http://www.acia.uaf.edu].

Arctic Monitoring and Assessment Programme. 1997. Arctic Pollution Issues: A State of the Arctic Environment Report. Oslo, Norway.

Argonne National Laboratory. 2004. Development of an Integrated Science Program for the North Slope of Alaska: [http://www.ead.anl.gov/new/dsp_news.cfm?id=65]. Accessed on January 15, 2004.

Arnborg, L., H.J. Walker, and J. Peippo. 1967. Suspended Load in the Colville River, Alaska, 1962. Geografiska Annalar 49A:131-144.

Attanasi, E.C., and K.J. Bird. 1995. Economics and Undiscovered Conventional Oil and Gas Accumulations in the 1995 National Assessment of Oil and Gas Resources: Alaska. U.S. Geological Survey Open-File Report 95-75-J. U.S. Geological Survey, Washington D.C.

Audubon Alaska. 2002. Alaska's Western Arctic: A Summary and Synthesis of Resources, J.W. Schoen and S.E. Senner (eds.). Audubon Alaska, Anchorage, Alaska.

Audubon. 2004. Cry of the Loon in Audubon Magazine. 3/2004.

Auerbach, N.A., M.D. Walker, and D.A. Walker. 1997. Effects of Roadside Disturbance on Substrate and Vegetation Properties in Arctic Tundra. Ecological Applications 7(1):218-235.

Austin, J. E., and M.R. Miller. 1995. Northern Pintail. In The Birds of North America, A. Poole and F. Gill (eds.). American Ornithologists' Union and Academy of Natural Sciences, Philadelphia, Pennsylvania.

Bain, L.H. 1974. Life Histories and Systematics of Arctic Char (Salvelinus alpinus) in the Babbage River System, Yukon Territory. Chapter 1 In Life Histories of Three Species of Freshwater Fishes in Beaufort Sea Drainages, Yukon Territory, P.J. McCart (ed.). Arctic Gas Biological Report Series, Volume 18. Report Prepared by Aquatic Environments Limited for Canadian Arctic Gas Study Limited and Alaskan Arctic Gas Study Company.

# Northeast NPR-A Administrative Record

Reference

Baker (Michael Baker Jr., Inc). 2002. Lake Monitoring and Recharge Study, November 2002.

Baker, A., Gonzalez, P. et al. 2004. Rapid population decline in red knots: fitness consequences of refueling rates and late arrival in Delaware Bay. Proc. R. Soc. Lond. B (2004) 271, 875-882.

Ballard, W.B., M.A. Cronin, R. Rodrigues, R.O. Skoog, and R.H. Pollard. 2000. Arctic Fox, Alopex lagopus, Den Densities in the Prudhoe Bay Region, Alaska. Canadian Field-Naturalist 114:453-456.

Balogh, G. 1997. Spectacled Eiders: Threatened Seaduck on the National Petroleum Reserve - Alaska. National Petroleum Reserve - Alaska Symposium Proceedings: Science, Traditional Knowledge, and the Resources of the Northeast Planning Area of the National Petroleum Reserve - Alaska, April 16-18, 1997, Anchorage, Alaska.

Banet Jr., A.C. 1991. Oil and Gas Development on Alaska's North Slope: Past Results and Future Prospects. Open Field Report 34. Bureau of Land Management, Alaska State Office, Anchorage, Alaska.

Barnes, P.W., D.M. Schell, and E. Reimnitz (eds). 1984. The Alaskan Beaufort Sea, Ecosystems, and Environments. Academic Press, Inc., New York, New York.

Barsdate, R.J., and R.T. Prentki. 1973. Nutrient Metabolism and Water Chemistry in Lakes and Ponds of the Arctic Coastal Tundra. U.S. Tundra Biome Data Report 73-27. U.S. Research Program, U.S. International Biological Program, U.S. Tundra Biome, Hanover, New Hampshire.

Barsdate, R.J., M.C. Miller, V. Alexander, J.R. Vestal, and J.E. Hobbie. 1980. Oil Spill Effects. In Limnology of Tundra Ponds. Dowden, Hutchinson and Ross, Inc., Stroudberg, Pennsylvania.

Bart, J. 1977. The Impact of Human Visitation on Avian Nesting Success. Living Bird 16:187-192.

Barter, M. 2003. The Yellow Sea - A Race Against Time. Wader Study Group Bull. 100: 111-113.

Batzli, G.O., R.G. White, S.F. MacLean Jr., F.A. Pitelka, and B.D. Collier. 1980. The Herbivore-based Trophic System. In An Arctic Ecosystem: The Coastal Tundra at Barrow, Alaska. J. Brown, P.C. Miller, L.L. Tieszen, and F.L. Bunell (eds.). U.S./IBP Synthesis Series 12. Dowden, Hutchinson, and Ross, Inc., Stroudsberg, Pennsylvania.

Bee, J.W., and E.R. Hall. 1956. Mammals of Northern Alaska on the Arctic Slope. Museum of Natural History Miscellaneous Publication 8. University of Kansas, Lawrence, Kansas.

Belanger, L, and J. Bedard. 1989. Responses of Staging Greater Snow Geese to Human Disturbance. Journal of Wildlife Management 53(3):713-719.

Bellrose, F.C. 1976. Ducks, Geese, and Swans of North America. Stackpole Books, Harrisburg, Pennsylvania.

Bendock, T.N, and J.M. Burr. 1984a. Inventory and Cataloging of Arctic Area Waters. Alaska Department of Fish and Game, Federal Aid in Fish Restoration and Anadromous Fish Studies, Annual Performance Report 25:1-46.

Bendock, T.N, and J.M. Burr. 1984b. Freshwater Fish Distributions in the Central Arctic Coastal Plain (Ikpikpuk River to Colville River). Alaska Department of Fish and Game, Sport Fish Division, Fairbanks, Alaska.

Bendock, T.N. 1979a. Beaufort Sea Estuarine Fishery Study. In Environmental Assessment of the Alaskan Continental Shelf. Final Report, Volume 4. U.S. Department of Interior, Bureau of Land Management, and U.S. Department of Commerce, National Oceanic and Atmospheric Administration, Outer Continental Shelf Environmental Assessment Program.

Bendock, T.N. 1979b. Inventory and Cataloging of Arctic Area Waters. Alaska Department of Fish and Game, Federal Aid in Fish Restoration and Anadromous Fish Studies, Annual Performance Report 20:1-28.

# Northeast NPR-A Administrative Record

Reference

Bendock, T.N. 1982. Inventory and Cataloging of Arctic Area Waters. Alaska Department of Fish and Game, Federal Aid in Fish Restoration and Anadromous Fish Studies, Annual Performance Report 23:1-33.

Bente, P. 1998. Game Management Unit 26A: Western North Slope. In Federal Aid in Wildlife Restoration Grant W-27-1, Wolf, M.V. Hicks (ed.). Alaskan Department of Fish and Game, Juneau, Alaska.

Bercha Group, Inc. 2002. Alternative Oil Spill Occurrence Estimators for the Beaufort and Chukchi Seas - Fault Tree Method. MMS 2002-047. U.S. Department of Interior, Minerals Management Service, Alaska Outer Continental Shelf, Anchorage, Alaska.

Bergerud, A.T., R.D. Jakimchuk, and D.R. Carruthers. 1984. The Buffalo of the North: Caribou (Rangifer tarandus) and Human Developments. Arctic 37:7-22.

Bergman, R.D., R.L. Howard, K.F. Abraham, and M.W. Weller. 1977. Water Birds and Their Wetland Resources in Relation to Oil Development at Storkerson Point, Alaska. Resource Publication 129. U.S. Department of Interior, U.S. Fish and Wildlife Service, Washington, D.C.

Berman, M. 1997. Telephone Conversation in 1997 Between Matthew Berman, Ph.D., Economist, University of Alaska, Anchorage, Institute of Social and Economic Research, and Tim Holder, Economist, U.S. Department of Interior, Minerals Management Service, Alaska Outer Continental Shelf Region.

Bibliography - Literature Cited & Included in this Database
Northeast National Petroleum Reserve - Alaska
Final Amended Integrated Activity Plan / Environmental Impact Statement

Bickham, J.W., S.M. Carr, B.G. Hanks, D.W. Burton, and B.J. Gallaway. 1989. Genetic Analysis of Population Variation in the Arctic Cisco (Coregonus autumnalis) using Electrophoretic, Flow Cytometric, and Mitochondrial DNA Restriction Analyses. Biological Papers of the University of Alaska 24: 112-122.

Billings, W. D, and K.M. Peterson. 1980. Vegetational Change and Ice-wedge Polygons Through the Thaw-Lake Cycle in Arctic Alaska. Arctic and Alpine Research 12:413-432.

Billings, W. D, J.O. Luken, D.A. Mortensen, and K.M. Peterson. 1983. Increasing Atmospheric Carbon Dioxide: Possible Effects on Arctic Tundra. Oecologia 58:286-289.

Billings, W. D, K. M. Peterson, J. O. Luken, and D. A. Mortensen. 1984. Interaction of Increasing Atmospheric Carbon Dioxide and Soil Nitrogen on the Carbon Balance of Tundra Microcosms. Oecologia 65: 26-29.

Billings, W. D. 1987. Constraints to Plant Growth, Reproduction, and Establishment in Arctic Environments. Arctic and Alpine Research 19:357-365.

Bird, K.J, and D.W. Houseknecht. 2002a. U.S. Geological Survey 2002 Petroleum Resource Assessment of the National Petroleum Reserve in Alaska: Play Maps and Technically Recoverable Resource Estimates. U.S. Geological Survey Open-File Report 02-207: [http://wrgis.wr.usgs.gov/open-file/of02-207/].

Bird, K.J, and D.W. Houseknecht. 2002b. U.S. Geological Survey 2002 Petroleum Resource Assessment of the National Petroleum Reserve in Alaska. U.S. Geological Survey Fact Sheet 045-02: [http://geopubs.wr.usgs.gov/fact-sheet/fs045-02/].

Bird, K.J. 1988. Alaskan North Slope Stratigraphic Nomenclature and Data Summary for Government-Drilled Wells. In Geology and Exploration of the National Petroleum Reserve in Alaska, 1974 to 1982, G. Gryc (ed.). U.S. Geological Survey, Washington D.C.

Bird, K.J. 1995. Northern Alaska Province. In 1995 National Assessment of the United States Oil and Gas Resources - Results, Methodology, and Supporting Data, Gautier, D.L., G.L. Dolton, K.I. Takahashi, and K.L. Varnes (eds.): [http://energy.cr.usgs.gov/oilgas/noga/assessment/bybasin.htm].

Bliss, L.C, and R.W. Wein. 1972. Plant Community Responses to Disturbances in the Western Canadian Arctic. Canadian Journal of Botany 50:1097-1109.

# Northeast NPR-A Administrative Record

Reference

Bliss, L.C. 2000. Arctic Tundra and Polar Desert Biome. Chapter 1 In North American Terrestrial Vegetation, M.G. Barbour and W.D. Billings (eds.). Cambridge University Press, Cambridge, United Kingdom.

BLM. Alpine Footprint North of Teshekpuk Lake. Presentation to The Alliance. 4/3/2003.

Bockstoce, J.R, M. Freeman, W. Laughlin, W. Nelson, M. Orbach, R. Peterson, J. Taylor, and R. Worl. 1979. Report of the Panel to Consider Cultural Aspects of Aboriginal Whaling in North America. International Whaling Commission, Seattle, Washington.

Bockstoce, J.R. 1978. History of Commercial Whaling in Arctic Alaska. Alaska Geographic 54:17-26.

Bockstoce, J.R. 1988. The Journal of Rochfort Maguire, 1852-1854: Two Years at Point Barrow, Alaska aboard HMS Plover in the Search for Sir John Franklin, Vol. I and II. Bockstoce, J.R., (ed.). The Hakluyt Society, London.

Bockstoce, J.R. 1995. Whales, Ice, and Men: The History of Whaling in the Western Arctic. University of Washington Press, Seattle, Washington.

Boehm, P.D, M.S. Steinhauer, E.A. Crecelius, J. Neff, and C. Tuckfield. 1987. Analysis of Trace Metals and Hydrocarbons from OSC activities. Final Report on the Beaufort Sea Monitoring Program. Outer Continental Shelf Study MMS 87-0072. U.S. Department of Interior, Minerals Management Service, Anchorage, Alaska.

Boehm, P.D. 1987. Transport and Transformation Processes Regarding Hydrocarbon and Metal Pollutants in Offshore Sedimentary Environments. Pages 233-286 In Long-Term Environmental Effects of Offshore Oil and Gas Development, D.F. Boesch and N.N. Rabalais (eds.). Elsevier Applied Science, London.

Bogoslovskaya, L.S., L.M. Votrogov, and I.I. Krupnik. 1982. The Bowhead Whale off Chukotka: Migrations and Aboriginal Whaling. Report of the International Whaling Commission 32:391-399.

Bollinger, K.S., and D.V Derksen. 1996. Demographic Characteristics of Molting Black Brant near Teshekpuk Lake, Alaska. Journal of Field Ornithology 67(1):141-158.

Bond, W.A., and R.N. Erickson. 1985. Life-History Studies of Anadromous Coregonid Fishes in Two Freshwater Lake Systems on the Tuktoyaktuk Peninsula. Canadian Technical Report of Fisheries and Aquatic Sciences 1336.

Bond, W.A., and R.N. Erickson. 1987. Fishery Data from Phillips Bay, Yukon, 1985. Canadian Data Report of Fisheries and Aquatic Sciences 635.

Bowers, P.M. 1982. The Lisburne Site: Analysis and Cultural History of a Multi-Component Lithic Workshop in the Iteriak Valley, Arctic Foothills, Northern Alaska. Anthropological Papers of the University of Alaska 20(1-2): 79-112.

Bowers, P.M. 1999. AMS Dating of the Area 22 American PaleoArctic Tradition Microblade Component at the Lisburne Site, Arctic Alaska. Current Research in the Pleistocene 16:12-14.

Brabets, T.P. 1996. Evaluation of the Streamflow-gauging Network of Alaska in Providing Regional Streamflow Information. USGS Water Resources Investigation Report 96-4001. U.S. Geological Survey, Anchorage, Alaska.

Bradner, T. 2004. Arctic Millenium [sic] Rig Touted to Cut Costs, Improve Safety. March 15, 2004. Alaska Journal of Commerce, Anchorage, Alaska.

Brady, N.C., and R.R. Weil. 1999. The Nature and Properties of Soils. 12th Edition. Prentice-Hall, Inc, Upper Saddle River, New Jersey.

Braham, H.W., B.D. Krogman, and G.M. Carroll. 1984. Bowhead and White Whale Migration, Distribution, and Abundance in the Bering, Chukchi, and Beaufort Seas, 1975-78. National Oceanic and Atmospheric Administration Technical Report NMFS SSRF-778.

## Northeast NPR-A Administrative Record

Reference

Braham, H.W., M.A. Fraker, and B.D. Krogman. 1980. Spring Migration of the Western Arctic Population of Bowhead Whales. Marine Fisheries Review 43 (9-10):36-46.

Bratton, G.R., C.B. Spainhour, W. Flory, M. Reed, and K. Jayko. 1993. Presence and Potential Effects of Contaminants. Pages 701-744 In The Bowhead Whale, J.J. Burns, J.J. Montague, and C.J. Cowles. (eds.). Special Publication Number 2, The Society for Marine Mammalogy, Allen Press, Lawrence, Kansas.

Breiwick, J.M., L.L. Eberhardt, and H.W. Braham. 1984. Population Dynamics of Western Arctic Bowhead Whales (Balaena mysticetus). Canadian Journal of Fish and Aquatic Sciences 41:484-496.

Brelsford, T. 2002. Worksheet on Subsistence Impact Literature. October 21, 2002.

Brelsford, T. 2003. Subsistence Management in Alaska Under Title VIII of ANILCA. BLM, Anchorage, Alaska. April 15, 2003.

Brewer, K.M., P. Gallagher, P. Regos, P. Isert, and J. Hall. 1993. ARCO Alaska Incorporated Kuvlum Number 1 Exploration Prospect Site Specific Monitoring Program. Final Report from Coastal and Offshore Pacific Corporation, Walnut Creek, California to ARC Alaska, Inc., Anchorage, Alaska.

British Petroleum Exploration-Alaska, Inc. (BP Exploration [Alaska]), and ARCO. 1997. Arctic Oil: Energy for Today and Tomorrow, BP Exploration (Alaska), Inc. and ARCO Alaska, Inc., Anchorage, Alaska.

British Petroleum Exploration-Alaska, Inc. (BP Exploration [Alaska]). 1996. Badami Project Description and Environmental Assessment Supplement. British Petroleum Exploration-Alaska, Inc., Anchorage, Alaska.

British Petroleum Exploration-Alaska, Inc. (BP Exploration [Alaska]). 2000. Oil Discharge Prevention and Contingency Plan, Liberty Development Area, North Slope, Alaska, June 2000, Anchorage, Alaska.

British Petroleum Exploration-Alaska, Inc. (BP Exploration [Alaska]). 2001a. Database of British Petroleum Exploration Alaska North Slope Oil Spills from October 1999 to December 2001, A. Peloza. Anchorage, Alaska.

British Petroleum Exploration-Alaska, Inc. (BP Exploration [Alaska]). 2001b. Brant (Branta bernicla nigricans). Pages 51-54 In: Technical Briefs: Alaska's North Slope Oilfields, Anchorage, Alaska.

British Petroleum. 2001. British Petroleum Statistical Review of World Energy 2001, British Petroleum, London: [http//www.bp.com/centres/energy2002/001inreview.asp].

Brosge, W.P., and I.L. Tailleur. 1971. Northern Alaska Petroleum Province. In Future Petroleum Provinces of the United States - Their Geology and Potential, I.H. Cram (ed.). Memoir 15. American Association of Petroleum Geologists.

Brouwers, E.M., W.A. Clemmens, R.A. Spicer, T.A. Ager, L.D. Carter, and W.V. Sliter. 1987. Dinosaurs on the North Slope, Alaska: High Latitude, Latest Cretaceous Environments. Science 237:1608-1610.

Brower, A., Sr. 1976. Public Testimony. Federal Energy Hearings. Barrow, Alaska.

Brower, C.D. 1942. Fifty Years Below Zero: A Lifetime of Adventure in the Far North. R. Hale, London.

Brower, H.K., Jr, and R.T. Hepa. 1998. North Slope Borough Subsistence Documentation Project: Data for Nuiqsut, Alaska, for the Period July 1, 1994 to June 30, 1995. North Slope Borough, Department of Wildlife Management, Barrow, Alaska.

Brower, H.K., Jr, and R.T. Opie. 1996. North Slope Borough Subsistence Harvest Documentation Project: Data for Anaktuvuk Pass, Alaska for the Period July 1, 1994, to June 30, 1995. North Slope Borough, Department of Wildlife Management, Barrow, Alaska.

## Northeast NPR-A Administrative Record

Reference

Brower, H.K., Jr, and R.T. Opie. 1997. North Slope Borough Subsistence Harvest Documentation Project: Data for Nuiqsut, Alaska for the Period July 1, 1994 to June 30, 1995. Technical Report. North Slope Borough, Department of Wildlife Management, Barrow, Alaska.

Brower, H.K., Jr. 1997. Public Testimony. In National Petroleum Reserve - Alaska, Integrated Activity Plan Environmental Impact Statement, Scoping Hearings, Barrow, Alaska.

Brower, W.A., Jr., R.G. Baldwin, C.N. Williams, Jr., J.L. Wise, and L.D. Leslie. 1988. Climatic Atlas of the Outer Continental Shelf Waters and Coastal Regions of Alaska, Chukchi-Beaufort Sea, Volume III. Outer Continental Shelf Report MMS 87-0013 and NAVAIR 50-1C-553. U.S. Department of Defense, Naval Oceanographic Command Detachment, U.S. Department of Interior, Minerals Management Service, Alaska Outer Continental Shelf Region, and U.S. Department of Commerce, National Oceanic and Atmospheric Administration, Asheville, North Carolina.

Brown, S., C. Hickey, and B. Harrington (eds.). 2000. The U.S. Shorebird Conservation Plan. Manomet Center for Conservation Sciences, Manomet, Massachusetts.

Brown, S., C. Hickey, B. Harrington, and R. Gill. 2001. United States Shorebird Conservation Plan.  Manomet Center for Conservation Sciences, Maonmet, Massachusetts.

Brown, W.E. 1979. Nuiqsut Paisak  ich - Nuiqsut Heritage: A Cultural Plan. Prepared for the Village of Nuiqsut and the North Shore Bureau Planning Commission and Commission on History and Culture.

Bryner, W.M. 1995. Toward a Group Rights Theory for Remedying Harm to the Subsistence Culture of Alaska Natives. Alaska Law Review 12(2):293-294.

Buist, I.A., and D.F. Dickins. 1983. Fate and Behavior of Water-in-oil Emulsions in Ice. In Canadian Offshore Oilspill Research Association. Report CS 11. Dome Petroleum Ltd., Calgary, Canada.

Burch, E.S., Jr. 1970. The Eskimo Trading Partnership in North Alaska: A Study in Balanced Reciprocity. Anthropological Papers of the University of Alaska 15(1):49-80.

Burch, E.S., Jr. 1971. The Nonempirical Environment of the Arctic Alaskan Eskimos. Southwestern Journal of Anthropology 27(2).

Burch, E.S., Jr. 1975. Eskimo Kinsmen: Changing Family Relationships in Northwest Alaska. West Publishing Company, St. Paul, Minnesota.

Burger, J. 1981. The Effect of Human Activity on Birds at a Coastal Bay. Biological Conservation 21 (1981) 231-241.

Burger, J. 1986. The Effect of Human Activity on Shorebirds in Two Coastal Bays in Northeastern United States. Environmental Conservation 13(2):123-130.

Burgess, R.M, and A.A. Stickney. 1994. Interspecific Aggression by Tundra Swans Toward Snow Geese on the Sagavanirktok River Delta, Alaska. The Auk 111:204-207.

Burgess, R.M, and P.W. Banyas. 1993. Inventory of Arctic Fox Dens in the Prudhoe Bay Region, 1992. Northern Alaska Research Studies. British Petroleum Exploration-Alaska, Inc., Anchorage, Alaska.

Burgess, R.M, C.B. Johnson, A.M. Wildman, P.E. Seiser, J.R. Rose, A.K. Prichard, T.J. Mabee, A.A. Stickney, and B.E. Lawhead. 2003a. Wildlife Studies in the Northeast Planning Area of the National Petroleum Reserve - Alaska, 2002. Second Annual Report. Prepared by ABR, Inc., Environmental Research and Services, for ConocoPhillips Alaska, Inc., Anchorage, Alaska.

Burgess, R.M, C.B. Johnson, A.M. Wildman, P.E. Seiser, J.R. Rose, A.K. Prichard, T.J. Mabee, A.A. Stickney, and B.E. Lawhead. 2003b. Wildlife Studies in the Northeast Planning area of the National Petroleum Reserve - Alaska, 2002. Report Prepared by ABR, Inc., Fairbanks, Alaska, for Phillips Alaska, Inc., Anchorage, Alaska.

Burgess, R.M, C.B. Johnson, P.E. Seiser, A.A. Stickney, A.M. Wildman, and B.E. Lawhead. 2002. Wildlife Studies in the Northeast Planning Area of the National Petroleum Reserve-Alaska, 2001. Final Report. Prepared by ABR, Inc., Environmental Research and Services, for ConocoPhillips Alaska, Inc., Anchorage, Alaska.

## Northeast NPR-A Administrative Record

Reference

Burgess, R.M, J.R. Rose, P.W. Banyas, and B.E. Lawhead. 1993. Arctic Fox Studies in the Prudhoe Bay Unit and Adjacent Undeveloped Areas, 1992. Final Report Prepared by ABR, Inc., Fairbanks, Alaska, for British Petroleum Exploration-Alaska, Inc., Anchorage, Alaska.

Burgess, R.M. 2000. Arctic Fox. In The Natural History of an Arctic Oilfield: Development and the Biota. J.C. Truett and S.R. Johnson, (eds.). Academic Press, New York, New York.

Burns, J.J, C.B. Johnson, and S.R. Johnson. 2001. Marine Mammals. In Environmental Report for Trans-Alaska Pipeline System Right-of-Way Renewal. Trans-Alaska Pipeline System Owners.

Burns, J.J. 1981. Bearded seal (Erignathus barbatus), 1777. In Handbook of Marine Mammals, S. H. Ridgway and R. J. Harrison (eds.). Volume 2. Seals.Academic Press, New York, New York.

Burns, J.J. 1990. Proceedings of a Technical Workshop on Fishes Utilized in Subsistence Fisheries in the National Petroleum Reserve - Alaska, October 26-28, 1988, Barrow, Alaska. Report to North Shore Bureau, Department of Wildlife Management, Barrow, Alaska.

Bustnes, J.O., and G.H. Systad. 2001. Comparative Feeding Ecology of Steller's Eider and Long-tailed Duck in Winter. Waterbirds 24(3):407-412.

Cade, T.J. 1960. Ecology of the Peregrine and Gyrfalcon Populations in Alaska. Zoology 63:152-290.

Cairns, J., Jr. 1968. Suspended Solids Standards for the Protection of Aquatic Organisms. Engineering Bulletin No. 129. Purdue University.

Calef, G., E. DeBock, and G. Lortie. 1976. The Reaction of Barren-Ground Caribou to Aircraft. Arctic 29:201-212.

Cameron, R.D, and K.R. Whitten. 1979. Seasonal Movements and Sexual Segregation of Caribou Determined by Aerial Survey. Journal of Wildlife Management 43:626-633.

Cameron, R.D, D.E. Russell, K.L. Gerhart, R.G. White, and J.J. Ver Hoef. 2000. A Model for Predicting the Parturition Status of Arctic Caribou. Rangifer 12:1-3.

Cameron, R.D, D.J. Reed, J.R. Dau, and W.T. Smith. 1992. Redistribution of Calving Caribou in Response to Oil Field Development on the Arctic Slope of Alaska. Arctic 45(4):338-342.

Cameron, R.D, E.A. Lenart, D.J. Reed, K.R. Whitten, and W.T. Smith. 1995. Abundance and Movements of Caribou in the Oilfield Complex Near Prudhoe Bay, Alaska. Rangifer 15(1):3-8.

Cameron, R.D, K.R. Whitten, and W.T. Smith. 1981. Distribution and Movement of Caribou in Relation to the Kuparuk Development Area. Preliminary Report and Second and Third Interim Reports, 1980- 1981. Alaska Department of Fish and Game, Juneau, Alaska.

Cameron, R.D, K.R. Whitten, and W.T. Smith. 1983. Responses of Caribou to Petroleum-Related Development on Alaska's Arctic Slope. Federal Aid in Wildlife Restoration Research Program Progress Report, Volume VII, Projects W-21-2 and W-22-1, Job 3, 18R. Alaska Department of Fish and Game, Juneau, Alaska.

Cameron, R.D, W.T. Smith, R.G. White, and B. Griffith. 2002. The Central Arctic Caribou Herd. Part 1 Section 4 In Arctic Refuge Coastal Plain Terrestrial Wildlife Research Summaries, D.C. Douglas and P.E. Reynolds (eds.). Biological Sciences Report USGS/BRD/BSR-2002-0001. U.S. Geological Survey, Biological Resources Division, Anchorage, Alaska: [http://www.absc.usgs.gov/1002/index.html].

Cameron, R.D. 1994. Reproductive Pauses by Female Caribou. Journal of Mammalogy 75:10-13.

Cammaert, A.B. 1980. Oil and Gas under Ice Laboratory Study. Report No. RWC17. Canadian Marine Drilling Ltd. and Canada Environmental Protection Service, Ottawa, Ontario.

# Northeast NPR-A Administrative Record

Reference

Cannon, T.C., B.A. Adams, D. Glass, and T. Nelson. 1987. Fish Distribution and Abundance. Chapter 1 In Endicott Environmental Monitoring Program, Final Reports, 1985, Volume 6. Report Prepared by Envirosphere Company for U.S. Army Corps of Engineers, Alaska District, Anchorage, Alaska.

Carroll, G.M. 1992. Teshekpuk Lake Caribou Herd. Survey-inventory Progress Report, 1989-1990. In Caribou. Annual Report of Survey-Inventory Activities, S.M. Abbott (ed.). Federal Aid in Wildlife Restoration Grants W-23-3 and W-23-4. Alaska Department of Fish and Game, Juneau, Alaska.

Carroll, G.M. 1995. Teshekpuk Lake Caribou Herd. Survey-Inventory Progress Report. In Caribou. Management Report of Survey-Inventory Activities, M.V. Hicks (ed.). Federal Aid in Wildlife Restoration Grants W-24-1 and W-24-2. Alaska Department of Fish and Game, Juneau, Alaska.

Carroll, G.M. 1997. Teshekpuk Lake Caribou Herd. Survey-Inventory Progress Report. In Caribou. Management Report of Survey-Inventory Activities, M.V. Hicks (ed.). Federal Aid in Wildlife Restoration Grants W-24-3 and W-24-4. Alaska Department of Fish and Game, Juneau, Alaska.

Carroll, G.M. 1998. Unit 26A: Western North Slope. In Furbearers. Management Report of Survey-Inventory Activities, M.V. Hicks (ed.). Federal Aid in Wildlife Restoration Grants W-24-3, W-24-4, and W-24-5. Alaska Department of Fish and Game, Juneau, Alaska.

Carroll, G.M. 1999a. Teshekpuk Lake Caribou Herd. In Caribou. Management Report of Survey-Inventory Activities, M.V. Hicks (ed.). Federal Aid in Wildlife Restoration Grants W-24-5 and W-27-1. Alaska Department of Fish and Game, Juneau, Alaska.

Carroll, G.M. 2000a. GMU 26A: Western North Slope. In Wolf. Management Report of Survey-Inventory Activities, M.V. Hicks (ed.). Federal Aid in Wildlife Restoration Grants W-24-5, W-27-1, and W-27-2. Alaska Department of Fish and Game, Juneau, Alaska.

Carroll, G.M. 2000b. GMU 26A: Western North Slope. In Moose. Management Report of Survey-Inventory Activities, M.V. Hicks (ed.). Federal Aid in Wildlife Restoration Grants W-27-1, and W-27-2. Alaska Department of Fish and Game, Juneau, Alaska.

Carroll, G.M. 2001. Teshekpuk Lake Caribou Herd Survey-Inventory Progress Report. In Caribou. Management Report of Survey-Inventory Activities, M.V. Hicks (ed.). Alaska Department of Fish and Game, Juneau, Alaska.

Carroll, G.M. 2003. Teshekpuk Lake Caribou Herd Caribou Management Report. Pages 280-303 in C. Healy (ed.). Caribou Management Report of Survey-Inventory Activities 1 July 2000 - 30 June 2002. Federal Aid in Wildlife Restoration Grants W-27-4 and 5. Alaska Department of Fish and Game, Juneau. Alaska.

Carroll, G.M. In press. GMU 26A: Caribou Survey-Inventory Progress Report. In Caribou. Management Report of Survey-Inventory Activities, M.V. Hicks (ed.). Federal Aid in Wildlife Restoration Grants W-24-5, W-27-1. Alaska Department of Fish and Game, Juneau, Alaska.

Carruthers, D.R., R.D. Jakimchuk, and S.H. Ferguson. 1984. The Relationship Between the Central Arctic Caribou Herd and the Trans-Alaska Pipeline. Alyeska Pipeline Company, Anchorage, Alaska.

Carter, J. 1977. Executive Order 11990 Protection of Wetlands. May 24, l977, 42 F.R. 26961.

Carter, L.D, and J.P. Galloway. 1985. Engineering-geologic Maps of Northern Alaska, Harrison Bay Quadrangle. Open-File Report, No. OF 85-0256. U. S. Geological Survey, Reston, Virginia.

Carter, L.D, and J.P. Galloway. 1986. Engineering-geologic Maps of Northern Alaska, Umiat Quadrangle. Open-File Report, No. OF 86-0335. U. S. Geological Survey, Reston, Virginia.

Carter, L.D, and J.P. Galloway. 1988. Engineering-geologic Maps of Northern Alaska, Ikpikpuk River Quadrangle. Open-File Report, No. OF 88-0375. U. S. Geological Survey, Reston, Virginia.

## Northeast NPR-A Administrative Record

Reference

Carter, L.D. 1982. Late Wisconsin Desertification in Northern Alaska. Geological Society of America Abstracts with Programs 14:461.

Carter, L.D. 1983a. Fossil Sand Wedges on the Alaskan Arctic Coastal Plain and their Paleoenvironmental Significance. In Permafrost, Fourth International Conference Proceedings, July 1983, Fairbanks, Alaska. National Academy Press, Washington, D.C.

Carter, L.D. 1983b. A Pleistocene Sand Desert in Arctic Alaska. U.S. Geological Survey Polar Region Symposium, Abstracts with Program. USGS Circular 911:36.

Carter, L.D. 1983c. Engineering Geologic Maps of Northern Alaska; Teshekpuk Quadrangle. Open-File Report, No. OF 83-0634. U. S. Geological Survey, Reston, Virginia.

CH2M HILL. 2003. Resource Transportation Analysis: Phase II-Dalton Highway to Nuiqsut and NPR - A Access. Prepared by CH2M HILL in association with Northern Economics, Inc., for Alaska Department of Transportation and Public Facilities.

Chance, N.A. 1966. The Eskimo of North Alaska. Holt, Rinehart and Winston, Fort Worth, Texas.

Chance, N.A. 1990. The Iñupiat and Arctic Alaska: An Ethnography of Development. Holt, Rinehart and Winston, New York.

Chapin, F.S, R.J., Barsdate, and D. Barél. 1978. Phosphorus Cycling in Alaskan Coastal Tundra: A Hypothesis for the Regulation of Nutrient Cycling. Oikos 31:189-199.

Chapin, F.S, and G.R. Shaver. 1981. Changes in Soil Properties and Vegetation Following Disturbance of Alaskan Arctic Tundra. Journal of Applied Ecology 18(2)605-617.

Chapin, F.S, and G.R. Shaver. 1985. Individualistic Growth Response of Tundra Plant Species to Environmental Manipulations in the Field. Ecology 66: 564-576.

Chapin, F.S, P. C. Miller, A.E. Giblin, K.J. Nadelhoffer, and J.A. Laundre. 1995. Responses of Arctic Tundra to Experimental and Observed Changes in Climate. Ecology 76:694-711.

Chapin, F.S, P. C. Miller, W. D. Billings, and P. J. Coyne. 1980. Carbon and Nutrient Budgets and Their Control in Coastal Tundra. Pages 458-484 In An Arctic Ecosystem: The Tundra at Barrow, Alaska, J. Brown, P. C. Miller, L. L. Tieszen, and F. L. Bunell (eds.). Dowden, Hutchinson, and Ross, Stroudsberg, Pennsylvania.

Chapin, F.S., III, and M.C. Chapin. 1980. Revegetation of an Arctic Disturbed Site by Native Tundra Species. Journal of Applied Ecology 17(2):449-456.

Chapman, C. J., and A. D. Hawkins. 1969. The Importance of Sound in Fish Behavior in Relation to Capture by Trawls. Pages 717-729 In Proceedings of theARLIS  SH381.I484  : Techniques and Tactics, October 19-27, 1967, Rome, Italy, A. Ben-Tuvia and W. Dickson (eds.). FAO Fisheries Report 3(62).

Chapman, D.G. 1984. Estimates of Net Recruitment of the Alaska Bowhead Whales and Risk Associated with Various Levels of Kill. Report of the International Whaling Commission 34:469-471.

Charpentier, R.R., T.R. Klett, T.S. Ahlbrandt, and J.W. Schmoker. 2001. Total Petroleum System Concept for the Assessment of Undiscovered Petroleum Resources (abstract), Earth System Processes - Global Meeting, Geological Society of America, June 24-28, 2001, Edinburgh, Scotland.

Chesemore, D.L. 1967. Ecology of the Arctic Fox in Northern and Western Alaska. M.S. Thesis. University of Alaska, Fairbanks, Alaska.

Childers, J.M., D.R. Kemodle, and R.M. Loeffier. 1979. Hydrologic Reconnaissance of Western Arctic Alaska, 1976 and 1977. Open-File Report 79-699. U.S. Geological Survey, Anchorage, Alaska.

Chuvilin, E.M., N.S. Naletova, E.C. Miklyaeva, E.V. Kozlova, and A. Instanes. 2001. Factors Affecting Spreadability and Transportation of Oil in Regions of Frozen Ground. Polar Records 37:229-338.

**Northeast NPR-A Administrative Record**

Reference

Circumpolar Arctic Vegetation Map Team. 2003. Circumpolar Arctic Vegetation Map. Scale 1:7,500,000. Conservation of Arctic Flora and Fauna (CAFF) Map No. 1. U.S. Department of Interior, U.S. Fish and Wildlife Service, Anchorage, Alaska.

Circumpolar Research Associates (CRA). 2002. Sociocultural Impacts of the Alpine Field on the Colville River Community of Nuiqsut: An Initial Assessment. Final Report. Prepared by CRA for Phillips, Inc., and the Kuukpikmuit Subsistence Oversight Panel, Anchorage, Alaska.

Clinton, W. 1994. EXECUTIVE ORDER FEDERAL ACTIONS TO ADDRESS ENVIRONMENTAL JUSTICE IN MINORITY POPULATIONS AND LOW-INCOME POPULATIONS.

Clough, J. G., A. C. Christensen, and P. C. Patton (eds.). 1987. Arctic National Wildlife Refuge, Alaska, Coastal Plain Resource Assessment. U.S. Department of the Interior, Washington D. C.

Cohen, M.J. 1993. The Economic Impacts of the Exxon Valdez Oil Spill on Southcentral Alaska's Commercial Fishing Industry. In Exxon Valdez Oil Spill Symposium Abstract Book, Anchorage, Alaska, Feb. 2-5, 1993, B. Speis, L.J. Evans, B. Wright, M. Leonard, and C. Holba (eds.). Exxon Valdez Oil Spill Trustee Council, University of Alaska Sea Grant College Program, and American Fisheries Society, Alaska Chapter, Anchorage, Alaska.

Collins, C.M., C.H. Racine, and M.E. Walsh. 1993. Fate and Effects of Crude Oil Spilled on Subarctic Permafrost Terrain in Interior Alaska: Fifteen Years Later. CRREL Report 93-13. U.S. Army Corps of Engineers, Cold Regions Research and Engineering Laboratory, Hanover, New Hampshire.

Collins, F.R. 1958. Test Wells, Umiat Area; Exploration of the Naval Petroleum Reserve No. 4 and Adjacent Areas, Northern Alaska, 1944-53; Part 5, Subsurface Geology and Engineering Data. U.S. Geological Survey Professional Paper 305-B.

Collins, H.B. 1964. The Arctic and Subarctic. In Prehistoric Man in the New World, J.D. Jennings and E. Norbeck (eds.). University of Chicago Press, Chicago, Illinois.

Colonell, J.M., and B.J. Gallaway. 1997. Wind-driven Transport and Dispersion of Age-0 Arctic Cisco along the Beaufort Sea Coast. American Fisheries Society Symposium 19: 90-103.

Comfort, G., T. Roots, L. Chabot, and F. Abbott. 1983. Oil Behavior Under Multi-year Ice at Griper Bay, NWT. Proceedings of the Sixth Arctic and Marine Oilspill Program Technical Seminar, Ottawa, 1983. Environment Canada, Ottawa, Canada.

Conant, B. and King, R. 2003. Winter Waterfowl Survey Mexico West Coast and Baja California. USFWS.

Cottam, C. 1939. Food Habits of North American Diving Ducks. Technical Bulletin No. 643, US Department of Agriculture, Washington, D.C.

Cotter, P.A., and B.A. Andres. 2000. Nest Density of Shorebirds Inland from the Beaufort Sea Coast, Alaska. Canadian Field-Naturalist 114(2):287-291.

Council on Environmental Quality (CEQ). 1997. Considering Cumulative Effects Under the National Environmental Policy Act. Council of Environmental Quality, Executive Office of the President, Washington, D.C.

Cowardin, L.M., V. Carter, F.C. Golet, and E.T. LaRoe. 1979. Classification of Wetlands and Deepwater Habitats of the United States. FWS/OBS-79/31. U.S. Department of Interior, U.S. Fish and Wildlife Service, Washington, D.C.

Cox, C., L.A. Schultz, R.P. Johnson, and R.A. Shelsby. 1980. The Transport and Behavior of Oil Spilled in and under Sea Ice. U.S. Department of Commerce, National Oceanic and Atmospheric Administration, Outer Continental Shelf Environmental Assessment Program, Boulder, Colorado.

Craig, J.D., K.W. Sherwood, and P.P. Johnson. 1985. Geologic Report for the Beaufort Sea Planning Area, Alaska: Regional Geology, Petroleum Geology, Environmental Geology. Outer Continental Shelf Report MMS 85-0111. U.S. Department of Interior, Minerals Management Service, Alaska Outer Continental Shelf Region, Anchorage, Alaska.

# Northeast NPR-A Administrative Record

Reference

Craig, P.C. 1977a. Ecological Studies of Amphidromous and Resident Populations of Arctic Char in the Canning River Drainage and Adjacent Coastal Waters of the Beaufort Sea, Alaska. Chapter 1 In Studies of Fisheries Investigations Along the North Slope and Beaufort Sea Coast in Alaska with Emphasis on Arctic Char, P. McCart (ed.). Arctic Gas Biological Report Series, Volume 41. Report Prepared by Aquatic Environments Limited for Canadian Arctic Gas Study Limited and Alaskan Arctic Gas Study Company.

Craig, P.C. 1977b. Arctic Char in Sadlerochit Spring, Arctic National Wildlife Refuge. Chapter 2 In Studies of Fisheries Investigations Along the North Slope and Beaufort Sea Coast in Alaska with Emphasis on Arctic Char, P. McCart (ed.). Arctic Gas Biological Report Series, Volume 41. Report Prepared by Aquatic Environments Limited for Canadian Arctic Gas Study Limited and Alaskan Arctic Gas Study Company.

Craig, P.C. 1984. Fish Use of Coastal Waters of the Beaufort Sea: A Review. Transactions of the American Fisheries Society 113:265-282.

Craig, P.C. 1987. Subsistence Fisheries at Coastal Villages in the Alaskan Arctic, 1970-1986. Alaska OCS Socioeconomic Studies Program, Technical Report Number 129. Mineral Management Service, Anchorage, Alaska.

Craig, P.C. 1989a. An Introduction to Amphidromous Fishes in the Alaskan Arctic. Biological Papers of the University of Alaska 24:27-54.

Craig, P.C. 1989b. Subsistence Fisheries at Coastal Villages in the Alaskan Arctic, 1970-1986. Biological Papers of the University of Alaska 24:131-152.

Craig, P.C., and G.J. Mann. 1974. Life History and Distribution of Arctic Cisco (Coregonus autumnalis) along the Beaufort Sea Coastline in Alaska and the Yukon Territory. Chapter 4 In Life Histories of Anadromous and Freshwater Fish in the Western Arctic, P.J. McCart (ed.). Arctic Gas Biological Report Series, Volume 20. Report Prepared by Aquatic Environments Limited for Canadian Arctic Gas Study Limited and Alaskan Arctic Gas Study Company.

Craig, P.C., and L. Haldorson. 1981. Beaufort Sea Barrier Island-Lagoon Ecological Process Studies: Final Report, Simpson Lagoon. Part 4 In Environmental Assessment of the Alaskan Continental Shelf. Final Report, Volume 7. Bureau of Land Management and National Oceanic and Atmospheric Administration, Outer Continental Shelf Environmental Assessment Program.

Craig, P.C., and L. Haldorson. 1986. Pacific Salmon in the North American Arctic. Arctic 39 (1):2-7.

Craig, P.C., and P. McCart. 1974. Fish Use of Nearshore Coastal Waters in the Western Arctic: Emphasis on Anadromous Species. In Assessment of the Arctic Marine Environment: Selected Topics. Institute of Marine Science, University of Alaska, Fairbanks, Alaska.

Craig, P.C., and P. McCart. 1975. Classification of Stream Types in Beaufort Sea Drainages Between Prudhoe Bay, Alaska, and the Mackenzie Delta, N.W.T. Arctic and Alpine Research 7:183-198.

Craig, P.C., K.W. Sherwood, and P.P. Johnson. 1985. Geologic Report for the Beaufort Sea Planning Area, Alaska: Regional Geology, Petroleum Geology, Environmental Geology. Outer Continental Shelf Report MMS 85-0111. U.S. Department of the Interior, Minerals Management Service, Alaska Outer Continental Shelf Region, Anchorage, Alaska.

Critchlow, K.R. 1983. Fish Study. In Prudhoe Bay Waterflood Environmental Monitoring Program 1982. Report Prepared by Woodward-Clyde Consultants for U.S. Army Corps of Engineers, Alaska District, Anchorage, Alaska.

Cronin, M.A., B.J. Pierson, S.R. Johnson, L.E. Noel, and W.B. Ballard. 1997. Caribou Population Density in the Prudhoe Bay Region of Alaska. Journal of Wildlife Resources 2:59-68.

Cronin, M.A., H.A. Whitlaw, and W.B. Ballard. 2000. Northern Alaska Oil Fields and Caribou. Wildlife Society Bulletin 28(4):919-922.

Cronin, M.A., N. Balmysheva, and M.D. MacNeil. 2003. Genetic Variation in Caribou and Reindeer (Rangifer tarandus). Animal Genetics (in press).

## Northeast NPR-A Administrative Record

Reference

Cronin, M.A., S.C. Amstrup, G.M. Durner, L.E. Noel, and W.B. Ballard. 1998. Caribou Distribution During the Post-Calving Period in Relation to Infrastructure in the Prudhoe Bay Oil Field. Arctic 51:85-93.

Cronin, M.A., W.B. Ballard, J. Truett, and R. Pollard. 1994. Mitigation of the Effects of Oil Field Development and Transportation Corridors on Caribou. LGL, Inc., Anchorage, Alaska.

Curatolo, J.A. 1984. A Study of Caribou Response to Pipelines in and Near the Eileen West End, 1983. Sohio Alaska Petroleum Co., Anchorage, Alaska.

Curatolo, J.A., and S.M. Murphy. 1986. The Effects of Pipelines, Roads, and Traffic on the Movements of Caribou, Rangifer tarandus. Canadian Field-Naturalist 100(2):218-224.

Cutter Information Corp. 1997. International Oil Spill Statistics. Oil Spill Intelligence Report.

D. Peakall, D. Miller, et. Al. 1983. Toxicity of crude oil fractions to nestling herring gulls - 1. Physiological and biochemical effects. Marine Environmental Research 8 63-71.

D. Walker, D. Cate et al. 1987. Disturbance and recovery of arctic Alaskan tundra terrain. A Review of Recent Investigations. CRREL Report 87-11. July 1987.

Daling, P.S., and T. Strom. 1999. Weathering of Oil at Sea: Model/Field Data Comparisons. Spill Science and Technology 51:63-74.

Dames and Moore. 1985. Prudhoe Bay Unit Waterflood Marine Life Return Monitoring Program: June 11, 1984 through June 15, 1985. Annual Report to ARCO Alaska, Inc., and the Prudhoe Bay Unit Owners.

Dames and Moore. 1986. Prudhoe Bay Unit Waterflood Marine Life Return Monitoring Program: June 11, 1984 through September 22, 1985. Final Report to ARCO Alaska, Inc., and the Prudhoe Bay Unit Owners.

Dames and Moore. 1987. Kuparuk River Unit Waterflood Project Marine Life Bypass System Monitoring Program: January through December, 1986. Annual Report to ARCO Alaska, Inc., and the Kuparuk River Unit Owners.

Dames and Moore. 1988. Kuparuk River Unit Waterflood Project Marine Life Bypass System Monitoring Program. 1987 Annual Report to ARCO Alaska, Inc., and the Kuparuk River Unit Owners.

Danenberger, E.P. 1993. Outer Continental Shelf Blowouts, 1971-1991. Paper Presented at the 25th Annual Offshore Technology Conference, May 3-6, 1993, Houston, Texas.

Dau, C. 1974. Nesting Biology of the Spectacled Eider Somateria Fischeri (Brandt) on the Yukon-Kuskokwim Delta, Alaska. Graduate Thesis presented to University of Alaska May 1974. Fairbanks, Alaska.

Dau, C.P., and J.I. Hodges. 2003. Aerial Population Survey of Common Eiders and Other Waterbirds in Near Shore Waters and Along the Barrier Islands of the Arctic Coastal Plain of Alaska, June 27-30, 2003. Unpublished Report. U.S. Department of Interior, U.S. Fish and Wildlife Service, Anchorage, Alaska.

Dau, J.R. 1986. Distribution and Behavior of Barren-Ground Caribou in Relation to Weather and Parasitic Insects. M.S. Thesis. University of Alaska, Fairbanks, Alaska.

Dau, J.R. 2001. Muskox Survey-Inventory Management Report, Unit 23. In Muskox. Federal Aid in Wildlife Restoration - Inventory Management Report, Grants W-24-5 and W27-1, Study 16.0, M.V. Hicks (ed.). Alaska Department of Fish and Game, Juneau, Alaska.

Dau, J.R., and R.D. Cameron. 1986. Responses of Barren-Ground Caribou to Petroleum Development near Milne Point, Alaska. Final Report. Conoco, Inc., and Continental Pipeline Co., Anchorage, Alaska.

Daum, D., P. Rost, and M. Smith. 1984. Fisheries Studies on the North Slope of the Arctic National Wildlife Refuge, 1983. Fishery Resources Progress Report Number FY84-1. U.S. Department of Interior, U.S. Fish and Wildlife Service, Fairbanks, Alaska.

# Northeast NPR-A Administrative Record

Reference

Davies, J.R. 1997. The Impact of an Offshore Drilling Platform on the Fall Migration Path of Bowhead Whales: A GIS-Based Assessment. M.S. Thesis. Western Washington University, Pullman, Washington.

Davis, C.W., D.C. Linck, K.M. Schoenberg, and H.M. Shields. 1981. Slogging, Humping, and Mucking through the NPR - A: An Archaeological Interlude. Occasional Paper No. 25. Cooperative Park Studies Unit, Fairbanks, Alaska.

Davis, J.L., and P. Valkenburg. 1978. Western Arctic Caribou Herd Studies. Federal Aid in Wildlife Restoration Grants W-17-8 and W-17-9. Alaska Department of Fish and Game, Juneau, Alaska.

Davis, J.L., and P. Valkenburg. 1979. Caribou Distribution, Population Characteristics, Mortality, and Response to Disturbance in Northwest Alaska. In Studies of Selected Wildlife and Fish and their Habitat on and Adjacent to National Petroleum Reserve in Alaska (NPR - A), 1977-1978, P.C. Lent (ed.). Volume 1, Work Group 3, Field Study 3. U.S. Department of the Interior, Anchorage, Alaska.

Davis, J.L., P. Valkenburg, and H.V. Reynolds. 1980. Population Dynamics of Alaska's Western Arctic Caribou Herd. In Proceedings of the Second International Reindeer/Caribou Symposium, September 17-21, 1979, Røros, Norway, E. Reimers, E. Gaare, and S. Skennsberg (eds.). Direktorat for Vilt og Ferskvannsfisk, Trondheim, Norway.

Davis, J.L., P. Valkenburg, and R.D. Boertje. 1986. Empirical and Theoretical Considerations Toward a Model for Caribou Socioecology. Rangifer, Special Issue No. 1:103-109.

Davis, R. A., and D. H. Thomson. 1999. Review of Potential Effects of Seismic Exploration on Georges Bank. Report Prepared By LGL Limited Environmental Research Associates, King City, Ontario, for Georges Bank Review Panel, Halifax, Nova Scotia. LGL Report No. TA 2308-1. 38 pages.

Day, R.H. 1998. Predator Populations and Predation Intensity on Tundra-nesting Birds in Relation to Human Development. Report Prepared by ABR, Inc, Fairbanks, Alaska for U.S. Department of Interior, U.S. Fish and Wildlife Service, Northern Ecological Services, Fairbanks, Alaska.

Day, R.H., A.K. Prichard, J.R. Rose, and A.A. Stickney. 2003b. Migration and Collision Avoidance of Eiders and Other Birds at Northstar Island, Alaska, 2001 and 2002. Prepared by ABR, Inc., Fairbanks, Alaska, for British Petroleum Exploration-Alaska, Inc., Anchorage, Alaska.

Day, R.H., I.J. Stenhouse, and H.G. Gilchrist. 2001. Sabines Gull (Xema sabini). In: The Birds of North America, No. 593. A. Poole and F. Gill (eds.). The Birds of North America, Inc., Philadelphia, Pennsylvania.

Day, R.H., J.R. Rose, R.J. Ritchie, J.E. Shook, and B.A. Cooper. 2003a. Collision Potential of Eiders and Other Birds Near a Proposed Windfarm at St. Lawrence Island, October-November 2002. Prepared by ABR, Inc., Fairbanks, Alaska, and Forest Grove, Oregon, for Alaska Industrial and Development Authority - Alaska Energy Authority, Anchorage, Alaska.

DeCola, E. 2001. International Oil Spill Statistics 2000. Cutter Information Corp, Arlington, Massachusetts.

Dekin, A.A., Jr., R.R. Newell, E.S. Hall Jr., L. Brower, J. Cargill, R. Gill, R. Holloway, D. Libbey, J. Lobdell, J. Lothrop, R. Miraglia, R. Reanier, G. Reynolds, T. Smith, B.L. Turcy, C.G. Turner, C. Utermohle, and T. Webster. 1990. The 1981 Excavations at the Utqiaġvik Archaeological Site Barrow, Alaska. 3 Volumes. The North Shore Bureau Commission on Iñupiat History, Language and Culture, Barrow, Alaska.

Denbeste, J. 1984b. Results of Studies of the Long Term Effects of the Trans Alaska Pipeline System on Fish and Aquatic Habitats. Volume 2. Report to Alyeska Pipeline Service Company, Anchorage, Alaska.

Denbeste, J., and P. McCart. 1984a. Overview of Studies of the Long Term Effects of the Trans Alaska Pipeline System on Fish and Aquatic Habitats. Volume 1. Report to Alyeska Pipeline Service Company, Anchorage, Alaska. 49 pages.

## Northeast NPR-A Administrative Record

Reference

---

Denfeld, D.C. 1994. The Cold War in Alaska: A Management Plan for Cultural Resources, 1994-1999. With Contributions from J. Abel and D. Slaughter. U.S. Army Corps of Engineers, Alaska District, Anchorage, Alaska.

Department of Energy (DOE). 1999. Environmental Benefits of Advanced Oil and Gas Exploration and Production Technology. DOE-FE-0385. U.S. Department of Energy, Office of Fossil Energy, Washington, D.C.

Derksen, D.V., K.S. Bollinger, D. Esler, K.C. Jensen, E.J. Taylor, M.W. Miller, and M.W. Weller. 1992. Effects of Aircraft on Behavior and Ecology of Molting Black Brant near Teshekpuk Lake, Alaska. Final Report. U. Department of Interior, U.S. Fish and Wildlife Service, Anchorage, Alaska.

Derksen, D.V., T.C. Rothe, and W.D. Eldridge. 1981. Use of Wetland Habitats by Birds in the National Petroleum Reserve - Alaska. U.S. Fish and Wildlife Resource Publication 141. U.S. Department of Interior, U.S. Fish and Wildlife Service, Washington, D.C.

Derksen, D.V., W.D. Eldridge, and M.W. Weller. 1982. Habitat Ecology of Pacific Black Brant and other Geese Moulting near Teshekpuk Lake, Alaska. Wildfowl 33:39-57.

Derocher A.E., and I. Stirling. 1991. Oil Contamination of Polar Bears. Polar Record 27(160):56-57.

Dew, C.B., and E. Mancini. 1982. Beaufort Sea Fisheries Investigations in the Vicinity of the Sagavanirktok River Delta - Summer 1981. In Duck Island Development: Marine Environmental Studies. Report by Woodward-Clyde Consultants for Exxon Company, Los Angeles, California.

Dickins, D.F, and I.A. Buist. 1981. Oil and Gas Under Sea Ice. Prepared for Canadian Offshore Oil Spill Research Association by Dome Petroleum Limited, Calgary, Canada.

Dickson, D.L., R.S. Suydam, and G. Balogh. 2000. Tracking Movements of King Eiders from Nesting Grounds on Banks Island, Northwest Territories to Their Molting and Wintering Areas Using Satellite Telemetry. 2000/2001 Progress Report. Canadian Wildlife Service. Edmonton, Alberta.

Dieter, M. and Finley, M. 1978. Erythrocyte - Aminolevulenic Acid Dehydratase Activity in Mallard Ducks: Duration of Inhibition after Lead Shot Dosage. J. Wildl. Manage. 42(3):1978.

Dikov, N.N. 1977. Archaeological Monuments of Kamchatka, Chukotka, and the Upper Kolyma, Nauka. Moscow, Russia.

Dikov, N.N. 1979. Ancient Cultures of Northeast Asia. Nauka, Moscow, Russia.

Dikov, N.N. 1996. The Ushki Sites, Kamchatka Peninsula. In American Beginnings: The Prehistory and Paleoecology of Beringia, F.H. West (ed.). The University of Chicago Press, Chicago, Illinois.

Dikov, N.N. 1997. Asia at the Juncture with America in Antiquity: The Stone Age of the Chukchi Peninsula (R.L. Bland, translator). U.S. Department of the Interior, National Park Service, Beringia Program, Anchorage, Alaska.

Divoky, G.J., G.A. Sanger, S.A. Hatch, and C.J. Haney. 1988. Fall Migration of Ross' Gull (Rhodostethia rosea) in Alaskan Chukchi and Beaufort Seas. In Monitoring Seabird Populations in Areas of Oil and Gas Development on the Alaskan Continental Shelf. Outer Continental Shelf Report, MMS 88-0023. U.S. Department of Interior, Minerals Management Service, Alaska Outer Continental Shelf Region, Anchorage, Alaska.

Dixon, E.J. 1975. The Gallagher Flint Station, an Early Man Site on the North Slope, Arctic Alaska and its Role in Relation to the Bering Land Bridge. Arctic Anthropology 12(1):68-75.

Donaldson, G.M., C. Hyslop, R.I.G. Morrison, H.L. Dickson, and I. Davidson. 2001. Canadian Shorebird Conservation Plan. Canadian Wildlife Service Special Publications. Canadian Wildlife Service, Ottawa, Canada.

# Northeast NPR-A Administrative Record

Reference

Douglas, D. C.,  P. E. Reynolds, and E. B. Rhode (eds.). 2002. Arctic Refuge Coastal Plain Terrestrial Wildlife Research Summaries. U. S. Geological Survey, Biological Resources Division, Biological Science Report USGS/BRD/BSR-2002-0001. U.S. Geological Survey, Biological Resources Division, Reston, Virginia.

Duane Miller & Associates. 2002. Geotechnical Exploration, NPR - A Clover Material Site, Alaska. Duane Miller and Associates Job No. 4015.37.

Ducker, J. 1998. The NPR-A: Oil Exploration and Wilderness in the Arctic Presented at the Last Frontier, Last Wilderness: An Alaskan Environmental History Conference, 8/4/98.

Dumond, D. 1987. The Eskimos and Aleuts. Revised Second Edition. Thames and Hudson, London, England.

Durner, G.M., S.C. Amstrup, A.S. Fischbach. 2003. Habitat Characteristics of Polar Bear Terrestrial Maternal Den Sites in Northern Alaska. Arctic 56 (1):55-62.

Durner, G.M., S.C. Amstrup, and K.J. Ambrosius. 2001. Remote Identification of Polar Bear Maternal Den Habitat in Northern Alaska. Arctic 54(2):115-121.

Ebbley, N., Jr., and H.R. Joesting. 1943. Report of Investigation of Petroleum Seepages, Arctic Slope Area, Alaska. U.S. Bureau of Mines and the Alaska Territorial Department of Mines, Washington, D.C. and Juneau, Alaska. [Edition published on Alaska DGGS website as MR 195-27.pdf with additional material.]

Eberhardt, L.E., R.A. Garrott, and W.C. Hanson. 1983a. Winter Movements of Arctic Foxes, Alopex lagopus, in a Petroleum Development Area. Canadian Field-Naturalist 97(1):66-70.

Eberhardt, L.E., R.A. Garrott, and W.C. Hanson. 1983b. Den Use by Arctic Foxes in Northern Alaska. Journal of Mammalogy 64: 97-102.

Eberhardt, L.E., W.C. Hanson, J.L. Bengston, R.A. Garrot, and E.E. Hanson. 1982. Arctic Fox Home Range Characteristics in an Oil-Developed Area. Journal of Wildlife Management 46:183-190.

EDAW, Inc. In Prep. Quantitative Description of Potential Impacts of OCS Activities on Bowhead Whale Hunting Activities in the Beaufort Sea. U.S. Department of the Interior, Minerals Management Service, Alaska OCS Region Social and Economic Studies Program. Ongoing Study.

Edwards, W.C. 1985. Toxicology Problems Related to Energy Production. Veterinary and Human Toxicology 21:328-337.

Edwardson, C. 1976. Public Testimony. Federal Energy Hearings. Barrow, Alaska.

EG&G Idaho, Inc. 1991. Alaska Oil and Gas: Energy Wealth or Vanishing Opportunity. U.S. Department of Energy, Oak Ridge, Tennessee.

Ehrlich, P.R., D.S. Dobkin, and D. Wheye. 1988. The Birders Handbook. Simon and Schuster, Inc., New York, New York.

Eide, S.H., S.D. Miller, and M.A. Chihuly. 1986. Oil Pipeline Crossing Sites Utilized in Winter by Moose, Alces alces, and Caribou, Rangifer tarandus, in Southcentral Alaska. Canadian Field-Naturalist 100(2):197-207.

Elavgak, F. 1979. As cited In Brown, W.E., Nuiqsut Paisanjich. Arctic Environmental Information and Data Center. Prepared for the Village of Nuiqsut and the North Slope Borough Planning Commission and Commission on History and Culture.

Elliott, G.V. 1982. Evaluation of Stream Crossings and Effects of Channel Modifications on Fishery Resources Along the Route of the Trans-Alaska Pipeline, Final Report. U.S. Department of Interior, U.S. Fish and Wildlife Service, Anchorage, Alaska.

Ely, C.R., and A.X. Dzubin. 1994. Greater White-fronted Goose (Anser albifrons). In The Birds of North America No. 131, A. Poole and F. Gill (eds.). American Ornithologists' Union and Academy of Natural Science, Philadelphia, Pennsylvania.

## Northeast NPR-A Administrative Record

Reference

Ely, C.R., C.P. Dau, and C.A. Babcock. 1994. Decline in a Population of Spectacled Eiders Nesting on the Yukon-Kuskokwim Delta, Alaska. Northwestern Naturalist 75:81-87.

Emers, M., and J.C. Jorgenson. 1997. Effects of Winter Seismic Exploration on the Vegetation and Soil Thermal Regime of the Arctic National Wildlife Refuge. In Disturbance and Recovery in Arctic Lands: An Ecological Perspective, R.M.M. Crawford (ed.). Kluwer Academic Publishers, Dordrecht, The Netherlands.

Endter-Wada, J. 1992. Social, Economic, and Subsistence Effects of the Exxon Valdez Oil Spill on the Kodiak Region. Pages 238-288 In Conference Proceedings, Alaska Outer Continental Shelf Region, Fourth Information Transfer Meeting, January 28-30, 1992, Anchorage, Alaska. Outer Continental Shelf Study MMS 92-0046. U.S. Department of Interior, Minerals Management Service, Alaska Outer Continental Shelf Region, Anchorage, Alaska.

ENSR. 2004. Public Scoping Summary Report for the Amendment to the Northeast National Petroleum Reserve - Alaska Integrated Activity Plan/Environmental Impact Statement. Report Prepared for U.S. Department of Interior, Bureau of Land Management, Alaska State Office, Anchorage, Alaska.

Environmental Justice: Guidance Under the National Environmental Policy Act. Undated. Executive Office of the President, Washington D.C.

Environmental News Network. 2004. Alaska Governor Invites Drilling in State Waters off ANWR.

Envirosense. 1997. Summary of the Environmental Justice Movement: [http://es.inet.gov/program/initiative/justice/ejovrvw.html].

EPA. 1998. Final Guidance For Incorporating Environmental Justice Concerns in EPA's NEPA Compliance Analyses. EPA, Washington D.C.

Evans, D.D. 1988. Combustion of Oil Spills on Water. Pages 169-177 In Technology Assessment and Research Program for Offshore Minerals Operations. Outer Continental Shelf Study, MMS 86-0057. U.S. Department of Interior, Minerals Management Service, Washington, D.C.

Evans, D.D., G. Mulholland, D. Gross, H. Baum, and K. Saito. 1987. Environmental Effects of Oil Spill Combustion. Pages 95-130 In Proceedings of the Tenth Arctic Marine Oil Spill Program Technical Seminar, Edmonton, Alberta, Canada, Jun. 9-11, 1987. Environment Canada, Ottawa, Ontario.

Everett, K.R. 1980. Disturbance and Properties of Road Dust Along the Northern Portion of the Haul Road. Pages 101-128 In CRREL Report 80-19, J.B. Brown and R.L. Berg (eds.).

Everett, K.R., D.L. Kane, and L.D. Hinzman. 1996. Surface Water Chemistry and Hydrology of a Small Arctic Drainage Basin. In Landscape Function and Disturbance in Arctic Tundra, J.F. Reynolds and J.D. Tenhuen (eds.). Springer-Verlag, Berlin, Germany.

Everett, R.J., R.L. Wilmot, and C.C. Krueger. 1997. Population Genetic Structure of Dolly Varden from Beaufort Sea Drainages of Northern Alaska and Canada. American Fisheries Society Symposium 19:240-249.

Ewing, A.L. 1997. Letter Dated June 11, 1997 to J. Munson, Alaska National Petroleum Reserve - Alaska Representative, U.S. Department of Interior Bureau of Land Management, Alaska State Office, From A.L. Ewing, Deputy Commissioner, Alaska Department of Environmental Conservation, Juneau, Alaska.

Fairweather E&P Services, Inc. 2000. Historical Blowout Study, North Slope of Alaska. British Petroleum-Amoco Exploration Alaska, Anchorage, Alaska.

Fall, J.A. 1992. Changes in Subsistence Uses of Fish and Wildlife Resources in 15 Alaska Native Villages Following the Exxon Valdez Oil Spill. Pages 261-270 In Minerals Management Service-Alaska Outer Continental Shelf Region, Fourth Information Transfer Meeting Conference Proceedings, May 1992, Anchorage, Alaska. Outer Continental Shelf Study MMS 92-0046. U.S. Department of Interior, Minerals Management Service, Alaska Outer Continental Shelf Region, Anchorage, Alaska.

Fall, J.A., and C.J. Utermohle. 1995. An Investigation of the Sociocultural Consequences of Outer Continental Shelf Development in Alaska. Volume VI. Alaska Department of Fish and Game, Division of Subsistence, Anchorage, Alaska.

## Northeast NPR-A Administrative Record

Reference

Fall, J.A., R. Miraglia, W. Simeone, C.J. Utermohle, and R.J. Wolfe. 2001. Long-Term Consequences of the Exxon Valdez Oil Spill for Coastal Communities of Southcentral Alaska. Minerals Management Service Outer Continental Shelf Technical Report 163. Alaska Department of Fish and Game, Division of Subsistence, Anchorage, Alaska.

Fancy, S.G., L.F. Pank, K.R. Whitten, and W.L. Regelin. 1989. Seasonal Movements of Caribou in Arctic Alaska as Determined by Satellite Telemetry. Canadian Journal of Zoology 67:644-650.

Fantazzi, B. 2004. Personal Communication with B. Strom, ENSR, on January 30, 2004, with B. Fantazzi,Manager, Traffic Data & Forecasting, Alaska Department of Transportation, Northern Region.

Fawcett, M.H., L.L. Moulton, and T.A. Carpenter. 1986. Colville River Fishes. Chapter 2 In Colville River Fish Study (1985) Biological Report. Report by Entrix, Inc., Anchorage, Alaska, for ARCO Alaska, Inc.; North Shore Bureau, Barrow, Alaska; and City of Nuiqsut, Alaska.

Fay, C. 2001. Electronic Mail Dated June 25, 2001, from C. Fay, British Petroleum to R. Emerson, Minerals Management Service, Alaska Outer Continental Shelf Region, Anchorage, Alaska; Subject: Liberty Water.

Fechhelm, R.G. 1999. The Effect of New Breaching in a Prudhoe Bay Causeway on the Coastal Distribution of Humpback Whitefish. Arctic 52(4):385-393.

Fechhelm, R.G., and D.B. Fissel. 1988. Wind-aided Recruitment of Canadian Arctic Cisco (Coregonus autumnalis) into Alaskan Waters. Canadian Journal of Fisheries and Aquatic Sciences 45:906-910.

Fechhelm, R.G., and W.B. Griffiths. 1990. The Effect of Wind on the Recruitment of Canadian Arctic Cisco (Coregonus autumnalis) into the Central Alaskan Beaufort Sea. Canadian Journal of Fisheries and Aquatic Sciences 47:2164-2171.

Fechhelm, R.G., and W.B. Griffiths. 2001. Status of Pacific Salmon in the Beaufort Sea 2001: A Synopsis. LGL Alaska Research Associates, Inc., Anchorage, Alaska.

Fechhelm, R.G., J.S. Baker, W.B. Griffiths, and D.R. Schmidt. 1989. Localized Movement Patterns of Least Cisco (Coregonus sardinella) and Arctic Cisco (C. autumnalis) in the Vicinity of a Solid-fill Causeway. Biological Papers of the University of Alaska 24:75-106.

Fechhelm, R.G., L.R. Martin, B.J. Gallaway, W.J. Wilson, and W.B. Griffiths. 1999. Prudhoe Bay Causeways and the Summer Coastal Movements of Arctic Cisco and Least Cisco. Arctic 52(2):139-151.

Fechhelm, R.G., L.R. Martin, B.J. Gallaway, W.J. Wilson, and W.B. Griffiths. 2001. Estimating the Hydrographic Effects of Prudhoe Bay Causeway Breeches using the Before-After Control-Impact (BACI) Analysis. Arctic 542:162-173.

Fechhelm, R.G., R.E. Dillinger, Jr., B.J. Gallaway, and W.B. Griffiths. 1992. Modeling of In-situ Temperature and Growth Relationships for Yearling Broad Whitefish in Prudhoe Bay, Alaska. Transactions of the American Fisheries Society 121:1-12.

Fechhelm, R.G., W.B. Griffiths, B.E. Haley, and W.J. Wilson. 2003. Nearshore Beaufort Sea Fish Monitoring Study in the Prudhoe Bay Region, 2003. Draft Report for British Petroleum Exploration-Alaska, Inc., Anchorage, Alaska.

Fechhelm, R.G., W.B. Griffiths, L.R. Martin, and B.J. Gallaway. 1996. Intra- and Inter-annual Variation in the Relative Condition and Proximate Body Composition of Arctic Ciscoes from the Prudhoe Bay Region of Alaska. Transactions of the American Fisheries Society 125:600-612.

Fechhelm, R.G., W.B. Griffiths, W.J. Wilson, B.J. Gallaway, and J.D. Bryan. 1995. Intra- and Inter-seasonal Changes in the Relative Condition and Proximate Body Composition of Broad Whitefish from the Prudhoe Bay Region of Alaska. Transactions of the American Fisheries Society 124:508-519.

## Northeast NPR-A Administrative Record

Reference

Fechhelm, R.G., W.J. Wilson, B.E. Haley, and W.B. Griffiths. 2000. The 1999 Point Thomson Fish Study. Report Prepared by LGL Alaska Research Associates, Inc., for British Petroleum Exploration-Alaska, Inc., and Point Thomson Unit Owners, Anchorage, Alaska

Federal Energy Regulatory Commission. 1995. Yukon Pacific LNG Project: Final Environmental Impact Statement. FERC/EIS-0017. Federal Energy Regulatory Commission, Office of Pipeline Regulation, Washington, D.C.

Federal Register. 1977. Department of the Interior, Bureau of Land Management, National Petroleum Reserve in Alaska, Memorandum of Understanding.

Felix, N.A., M.K. Raynolds, J.C. Jorgenson, and K.E. DuBois. 1989. Resistance and Resilience of Tundra Plant Communities to Disturbance by Winter Seismic Vehicles. Arctic and Alpine Research 24:69-77.

Ferguson, D.E. 1997. Revised Temporal Assessment of a Proposed Paleoarctic Site in the Sagavanirktok Valley, Northern Alaska. Current Research in the Pleistocene 14:24-26.

Fingas, M.F. 1996. The Evaporation of Oil Spills: Variation with Temperature and Correlation with Distillation Data. Pages 29-72 In Proceedings of the Nineteenth Arctic and Marine Oilspill Program (AMOP) Technical Seminar, June 12-14, 1996, Calgary, Alberta. Volume I. Environment Canada, Ottawa, Ontario.

Fingas, M.F., F. Ackerman, P. Lambert, K. Li, and Z. Wang. 1995. The Newfoundland Offshore Burn Experiment: Further Results of Emissions Measurement. In Proceedings of the Eighteenth Arctic and Marine Oil Spill Technical Seminar, June 14-16, 1995, Edmonton, Alberta.

Fischer, J.B., T.J. Tiplady, and W.W. Larned. 2002. Monitoring Beaufort Sea Waterfowl and Marine Birds, Aerial Survey Component. Outer Continental Shelf Study, MMS 2002-002. U.S. Department of Interior, U.S. Fish and Wildlife Service, Division of Migratory Bird Management, Anchorage, Alaska.

Fleury, M.G.R. 1983. Outer Continental Shelf Oil and Gas Blowouts 1979-1982. Open-File Report 83-562. U.S. Geological Survey, Anchorage, Alaska.

Flint, P., Grand, B. et al. 2000. Late Summer Survival of Adult Female and Juvenile Spectacled Eiders on the Yukon Kuskokwim Delta - Alaska. Waterbirds 23(2): 292-297.

Flint, P.L., and J.B. Grand. 1997. Survival of Spectacled Eider Adult Females and Ducklings During Brood Rearing. Journal of Wildlife Management 61(1):217-221.

Flint, P.L., and M.P. Herzog. 1999. Breeding of Steller's Eiders, Polysticta stelleri, on the Yukon-Kuskokwim Delta, Alaska. Canadian Field Naturalist 113:306-308.

Flint, P.L., J.A. Reed, J.C. Franson, T.E. Hollmen, J.B. Grand, M.D. Howell, R.B. Lanctot, D.L. Lacroix, and C.P. Dau. 2003. Monitoring Beaufort Sea Waterfowl and Marine Birds. OCS Study Minerals Management Service 2003-037. U.S. Geological Service, Alaska Science Center, Anchorage, Alaska.

Flint, P.L., M.R. Peterson, C.P. Dau, and J.D. Nichols. 2000. Annual Survival and Site Fidelity of Steller's Eiders Molting Along the Alaska Peninsula. Journal of Wildlife Management. 64(1):261-268.

Flores, R.M., G.D. Strickler, and S.A. Kinney. 2003. Alaska Coal Resources and Coalbed Methane Potential. US Geological Survey Bulletin 2198, Version 1.0.

Ford, R.G. 1985. Oil Slick Sizes and Length of Coastline Affected: A Literature Survey and Statistical Analysis. U.S. Department of Interior, Minerals Management Service, Pacific Outer Continental Shelf Region, Los Angeles, California.

Foss, B. 2003. Drilling Innovation: New Arctic Platform Seen as Boon, Bane to Environment. The Associated Press, Published January 27, 2003.

Franson, C. J. Immunosuppressive Effects of Lead. Pp. 106-108.

Franson, J.C., M.R. Petersen, L.H. Creekmore, P.L. Flint, and M.R. Smith. 1998. Blood Lead Concentrations of Spectacled Eiders Near the Kashunuk River, Yukon Delta National Wildlife Refuge, Alaska. Ecotoxicology 7:175-181.

# Northeast NPR-A Administrative Record

Reference

Free, A.P., J.C. Cox, and L.A. Schultz. 1982. Laboratory Studies of Oil Spill Behavior in Broken Ice Fields. Pages 3-14 In Proceedings of the Fifth Arctic Marine Oil Spill Program Technical Seminar, June 15-17, 1982, Edmonton, Alberta. Environment Canada, Ottawa, Ontario.

Fried, N., and B. Windisch-Cole. 2003. The Oil Industry in Alaska Economic Trends: 23 (9): 3-12.

Fristoe, B. 1998. Comment on Northstar Draft Environmental Impact Statement. State of Alaska, Department of Environmental Conservation, Division of Air & Water Quality. July 20, 1998. File 395.97.001.

Frost, K.J. 1998. Harvest Report: Statewide Summary for the Eastern Bering Sea Beluga Population, 1995-97. Alaska Beluga Whale Committee Report 98-1.

Frost, K.J., and L.F. Lowry. 1981. Feeding and Trophic Relationship of Bowhead Whales and Other Vertebrate Consumers in the Beaufort Sea. Draft Report Submitted to the National Marine Fisheries Service, National Marine Mammal Laboratory, Seattle, Washington.

Frost, K.J., and L.F. Lowry. 1983. Demersal Fishes and Invertebrates Trawled in the Northeastern Chukchi Sea and Western Beaufort Seas, 1976-1977. Technical Report. National Marine Fisheries Service SSRF-764. U.S. Department of Commerce, National Oceanic and Atmospheric Administration.

Frost, K.J., and L.F. Lowry. 1988. Effects of Industrial Activities on Ringed Seals in Alaska, as Indicated by Aerial Surveys. Pages 15-25 In: Port and Ocean Engineering under Arctic Conditions, Volume 2, W.M. Sackinger and M.O. Jeffries (eds.). Geophysical Institute, University of Alaska, Fairbanks, Alaska.

Frost, K.J., and R. Suydam. 1995. Harvests of Beluga Whales, Delphinapterus leucas, in Alaska, 1987-1994. Working Paper for Alaska Beluga Whale Committee Scientific Workshop, April 5-7, 1995, Anchorage, Alaska.

Frost, K.J., L.F. Lowry, J.R. Gilbert, and J.J. Burns. 1988. Ringed Seal Monitoring: Relationships of Distribution and Abundance to Habitat Attributes and Industrial Activities. NTIS PB89-234645. U.S. Department of Commerce, National Oceanic and Atmospheric Administration, Outer Continental Shelf Environmental Assessment Program.

Fuller, A.S., and J.C. George. 1997. Evaluation of Subsistence Harvest Data from the North Slope Borough 1993 Census for Eight North Slope Villages: For the Calendar Year 1992. Department of Wildlife Management, North Slope Borough, Barrow, Alaska.

Fuller, A.S., and J.C. George. 1999. Evaluation of Subsistence Harvest Data from the North Slope Borough 1993 Census for Eight North Slope Villages for the Calendar Year 1992. North Slope Borough, Department of Wildlife Management, Barrow, Alaska.

Funk, D.W., E.R. Pullman, K.M. Peterson, P.M. Crill, and W.D. Billings. 1994. Influence of Water Table on Carbon Dioxide, Carbon Monoxide, and Methane Fluxes from Taiga Bog Microcosms. Global Biogeochemical Cycles 8: 271-278.

Funk, D.W., L.E. Noel, and A.H. Freedman. 2004. Environmental Gradients, Plant Distribution, and Species Richness in Arctic Salt Marsh Near Prudhoe Bay, Alaska. Wetlands Ecology and Management 12:215-233.

Furniss, R.A. 1974. Inventory and Cataloging of Arctic Area Waters. Alaska Department of Fish and Game, Federal Aid in Fish Restoration, Annual Performance Report 15:1-45.

Gal, R. 1982. Excavation of the Tunalik Site, Northwestern National Petroleum Reserve in Alaska. Anthropological Papers of the University of Alaska 20(1-2):61-78.

Galginaitis, M. 2003. Annual Assessment of Subsistence Bowhead Whaling near Cross Island. ANIMIDA Task Order 004: Draft Annual Report for 2001. U.S. Department of the Interior, Minerals Management Service, Alaska Outer Continental Shelf Region, Anchorage, Alaska.

Gallaway, B.J., and R.G. Fechlem. 2000. Anadromous and Amphidromous Fishes. Pp. 349-369 In: The Natural History of an Arctic Oil Field. J.C. Truett and S.R. Johnson (eds.). San Diego, California.

## Northeast NPR-A Administrative Record

Reference

Gallaway, B.J., R.G. Fechhelm, W.B. Griffiths, and J.G. Cole. 1997. Broad Whitefish (Coregonus autumnalis) Population Dynamics in the Prudhoe Bay Region of Alaska: Classical Density-dependence? American Fisheries Society Symposium 19:274-286.

Gallaway, B.J., W.B. Griffiths, P.C. Craig, W.J. Gazey, and J.W. Helmericks. 1983. An Assessment of the Colville River Delta Stock of Arctic Cisco - Migrants from Canada? Biological Papers of the University of Alaska 21:4-23.

Gallaway, B.J., W.J. Gazey, and L.L. Moulton. 1989. Population Trends for the Arctic Cisco (Coregonus autumnalis) in the Colville River of Alaska as Reflected by the Commercial Fishery. Biological Papers of the University of Alaska 24:153-165.

Gangloff, R.A. 1997. Paleontological Resources in the Northeast Planning Area of the NPR - A. Paper Presented at the NPR - A Symposium: Environmental and Subsistence Resources in the Northeast Planning Area of the National Petroleum Reserve in Alaska, April 16-18, 1997. U.S. Department of the Interior, Bureau of Land Management and Minerals Management Service, Alaska Outer Continental Shelf Region, Anchorage, Alaska.

Garner, G.W., and P.E. Reynolds (eds.). 1986. Impacts of Further Exploration, Development and Production of Oil and Gas Resources. In Arctic National Wildlife Refuge Coastal Plain Resource Assessment, Final Report. Baseline study of Fish, Wildlife, and Their Habitats, Volume II. U.S. Department of the Interior, Fish and Wildlife Service, Anchorage, Alaska.

Garrity, C.P., D.W Houseknecht, and K.J. Bird. 2002. U.S. Geological Survey 2002 Petroleum Resource Assessment of the National Petroleum Reserve in Alaska: GIS Play Maps: U. S. Geological Survey Open-File Report 02-43: [http://pubs.usgs.gov/of/2002/of02-439/].

Gavin, A. 1983. Spring and Summer Caribou Movements, Prudhoe Bay, 1969-1979. Report to Atlantic Richfield Co., Los Angeles, California.

General Accounting Office (GAO). 2002. Alaska's North Slope, Requirement for Restoring Lands after Oil Production Ceases. GAO-02-357.  Report to Congressional Requesters. Washington, D.C.

George, C. 2004. Personal Communication with C. George, NSB, Department of Wildlife Management. Phone Call; Subject: Confirmation of Various Previous Personal Communications Regarding Fish Issues on the North Slope of Alaska.

George, J.C., and B.P. Nageak. 1986. Observations on the Colville River Subsistence Fishery at Nuiqsut, Alaska for the Period July 4 - November 1, 1984. North Slope Borough, Barrow, Alaska.

George, J.C., and R. Kovalsky. 1986. Observations on the Kupigruak Channel (Colville River) Subsistence Fishery, October 1985. Barrow, Alaska.

George, J.C., J. Zeh, and R. Suydan. 2004. Abundance and Population Trend (1978-2001) of Western Arctic Bowhead Whales Surveyed near Barrow, Alaska. Marine Mammal Science 20(4):755-773.

George, J.C., J. Zeh, R. Suydan, and C. Clark. 2002. Population Size of the Bering-Chukchi-Beaufort Seas Stock of Bowhead Whales, Balaena mysticetus, Based on the 2001 Census off Point Barrow, Alaska. Reports to the Scientific Committee of the International Whaling Commission, SC/54/BRG5.

George, J.C., L.M. Philo, K. Hazard, D. Withrow, G.M. Carroll, and R. Suydam. 1994. Frequency of Killer Whale (Orcinus orca) Attacks and Ship Collisions Based on Scarring on Bowhead Whales (Balaena mysticetus) of the Bering-Chukchi-Beaufort Seas Stock. Arctic 47 (3):247-255.

Gerlach, C., and E. Hall. 1988. The Later Prehistory of Northern Alaska: The View from Tukuto Lake. In the Late Prehistoric Development of Alaska's Native People, R.D. Shaw, R.K. Harritt, and D.E. Dumond (eds.). Aurora No. IV. Alaska Anthropological Association, Anchorage, Alaska.

Gersper, P.L., V. Alexander, S.A. Barkley, R.J. Barsdate, and P.S. Flint. 1980. The Soils and Their Nutrients. In An Arctic Ecosystem: The Coastal Tundra at Barrow, Alaska, J. Brown, P.C. Miller, L.L. Tiezen, and F.L. Bunnell (eds.). US/IBP Synthesis Series US12. Dowden, Hutchinson, and Ross, Stroudsburg, Pennsylvania.

## Northeast NPR-A Administrative Record

Reference

Gibson, D. and Kessel, B., 1997. Inventory of the species and subspecies of Alaska birds. Western Birds, Volume 28, Number 2.

Giddings, J.L. 1964. The Archaeology of Cape Denbigh. Brown University Press, Providence, Rhode Island.

Giddings, J.L., and D.D Anderson. 1986. Beach Ridge Archaeology of Cape Krusenstern: Eskimo and Pre-Eskimo Settlements Around Kotzebue Sound, Alaska. Publications in Archaeology 20. U.S. Department of Interior, National Park Service, Washington, D.C.

Gilders, M.A., and M.A. Cronin. 2000. North Slope Oil Field Development. Pages 15-32 In The Natural History of an Arctic Oil Field, J.C. Truett and S.R. Johnson (eds.). Academic Press, San Diego, California.

Gill, R. and Handel, C. 1990. The importance of subarctic intertidal habitats to shorebirds: A study of the central Yukon-Kuskokwim Delta, Alaska.The Condor 92:709-725.

Gingrich, D. 2001. The Alpine Field after the First Year. Oral Presentation Given at the December 13, 2001Luncheon Meeting of the Geophysical Society of Alaska in Anchorage.

Glaeser, Lt. J.G. J. L., and Lt.Cdr. G. Vance. 1971. A Study of the Behavior of Oilspills in the Arctic. Report AD 717 142. U.S. Coast Guard, Washington, D.C.

Glass, D., C. Whitmus, and M. Prewitt. 1990. Fish Distribution and Abundance. Chapter 1 In Endicott Environmental Monitoring Program Final Reports, 1986, Volume 5. Report Prepared by Envirosphere Company for U.S. Army Corps of Engineers, Alaska District, Anchorage, Alaska.

Gollop, M.A., J.E. Black, B.E. Felske, and R.A. Davis. 1974a. Disturbance Studies of Breeding Black Brant, Common Eiders, Glaucous Gulls and Arctic Terns at Nunaluk Spit and Philips Bay, Yukon Territory, July 1972. In Arctic Gas Biological Report Series No. 14.

Gollop, M.A., J.R. Goldsberry, and R.A. Davis. 1974b. Effects of Gas Compressor Noise Simulator Disturbance to Terrestrial Breeding Birds, Babbage River, Yukon Territory, June, 1972. In Arctic Gas Biological Report Series No. 14.

Götmark, F. 1992. The Effect of Investigator Disturbance on Nesting Birds. Current Ornithology 9:63-104.

Gotthardt, T., and R. Lanctot. 2002. Status Report on the Buff-breasted Sandpiper (Tryngites subruficola). Prepared by Alaska Natural Heritage Program, Environmental and Natural Resources Institute; University of Alaska, Anchorage; and U.S. Geological Survey, Alaska Science Center, Anchorage, Alaska, for U.S. Department of Interior, U.S. Fish and Wildlife Service, Ecological Services, Anchorage, Alaska.

Goudie, R.I., G.J. Robertson, and A. Reed. 2000. Common Eider (Somateria mollissima). In The Birds of North America, No. 546, A. Poole and F. Gill (eds.). The Birds of North America, Inc., Philadelphia, Pennsylvania.

Grantz, A., and S.D. May. 1982. Rifting History and Structural Development of the Continental Margin North of Alaska. In Studies in Continental Margin Geology, J.S. Watkins and C.L. Drake (eds.). Memoir 34. American Association of Petroleum Geologists.

Griffith, B., D.C. Douglas, N.E. Walsh, D.D. Young, T.R. McCabe, D.E. Russell, R.G. White, R.D. Cameron, and K.R. Whitten. 2002. The Porcupine Caribou Herd-Part 1. Section 3 in Arctic Refuge Coastal Plain Terrestrial Wildlife Research Summaries. D.C. Douglas and P.E. Reynolds (eds.). Biological Science Report USGS/BRD/BSR-2002-0001. U.S. Geological Survey, Biological Resources Division; [http:Alaska.usgs.gov/BSR-2002/usgs-brd-bsr-2002-001.html].

Griffiths, W.B., and B.J. Gallaway. 1982. Prudhoe Bay Waterflood Fish Monitoring Program 1981. Report Prepared by LGL Alaska Research Associates, Inc., for U.S. Army Corps of Engineers, Alaska District, Anchorage, Alaska.

Griffiths, W.B., B.J. Gallaway, W.G. Gazey, and R.E. Dillinger, Jr. 1992. Growth and Condition of Arctic Cisco and Broad Whitefish as Indicators of Causeway-induced Effects in the Prudhoe Bay Region, Alaska. Transactions of the American Fisheries Society 121:557-577.

## Northeast NPR-A Administrative Record

Reference

Griffiths, W.B., D.R. Schmidt, R.G. Fechhelm, and B.J. Gallaway. 1997. The 1996 Endicott Development Fish Monitoring Program. Volume 1: Fish and Hydrography Data Report. Report Prepared by LGL Alaska Research Associates, Inc., for British Petroleum Exploration-Alaska, Inc., Anchorage, Alaska.

Griffiths, W.B., D.R. Schmidt, R.G. Fechhelm, B.J. Gallaway, R.E. Dillinger, Jr., W. Gazey, W.H. Neill, and J.S. Baker. 1983. Fish Ecology. In Environmental Summer Studies (1982) for the Endicott Development, Volume 3, B.J. Gallaway and R. Britch (eds.). Report Prepared by LGL Alaska Research Associates, Inc., and Northern Technical Services for British Petroleum Exploration-Alaska, Inc., Anchorage, Alaska.

Griffiths, W.B., R.G. Fechhelm, L.R. Martin, and W.J. Wilson. 1996. The 1995 Endicott Development Fish Monitoring Program: Fish and Hydrography Data Report. Volume 1: Report Prepared by LGL Alaska Research Associates, Inc., for British Petroleum Exploration-Alaska, Inc., Anchorage, Alaska.

Griffiths, W.B., R.G. Fechhelm, L.R. Martin, W.J. Wilson, and J.M. Colonell. 1995. The 1994 Endicott Development Fish Monitoring Program: Fish and Hydrography Data Report. Volume 1. Report Prepared by LGL Alaska Research Associates, Inc., for British Petroleum Exploration-Alaska, Inc., Anchorage, Alaska.

Groves, D. J. 2004. Alaska Productivity Surveys of Geese, Swans, and Brant 2003. Migratory Bird Management, USFWS. Juneau, Alaska. May 2004.

Groves, D.J., B. Conant, R.J. King, J.I. Hodges, and J.G. King. 1996. Status and Trends of Loon Populations Summering in Alaska, 1971-1993. Condor 98:189-195.

Gryc, G. (ed.). 1988. Geology and Exploration of the National Petroleum Reserve in Alaska, 1974-1982. U.S. Geological Survey Professional Paper 1399. U.S. Geological Survey, Anchorage, Alaska.

Gryc, G. 1985. The National Petroleum Reserve in Alaska: Earth-science Considerations. U.S. Geological Survey Professional Paper 1240-C. U.S. Geological Survey.

Hachmeister, L.E., D.R. Glass, and T.C. Cannon. 1991. Effects of Solid-Fill Gravel Causeways on the Coastal Central Beaufort Sea Environment. Pp. 81-96 In: Fisheries and Oil Development on the Continental Shelf. C.S. Benner and R.W. Middleton (eds.). American Fisheries Society Symposium 11. Bethesda, Maryland.

Hadland, J. 2004. Nonresidents Working in Alaska. Alaska Economic Trends 24 (2): 3-21.

Hall, E.S., Jr., and L. Fullerton (eds.). 1988. Excavation of a Prehistoric Catastrophe: A Preserved Household from the Utqiagvik Village, Barrow, Alaska. North Slope Borough Commission on Iñupiat History, Language and Culture, Barrow, Alaska.

Hall, E.S., Jr., and R. Gal. 1988. The U.S. Geological Survey - Bureau of Land Management Cultural Resource Program in the National Petroleum Reserve in Alaska, 1977-1981. In Geology and Exploration of the National Petroleum Reserve in Alaska, 1974-1982, G. Gryc (ed.). U.S. Geological Survey Professional Paper 1399. U.S. Geological Survey, Washington, D.C.

Hall, E.S., Jr., S.C. Gerlach, and M.B. Blackman. 1985. In the National Interest: A Geographically Based Study of Anaktuvuk Pass Iñupiat Subsistence Through Time. 2 Volumes. North Slope Borough, Barrow, Alaska.

Hall, J.D., M. Gallagher, K. Brewer, P. Regos, and P. Isert. 1994. 1993 Kuvlum Exploration Area Site Specific Monitoring Program. Prepared for ARCO Alaska, Inc., Anchorage, Alaska, by Coastal and Offshore Pacific Corporation, Walnut Creek, California.

Hamilton, C.I., S.J. Starr, and L.L. Trasky. 1979. Recommendations for Minimizing the Impacts of Hydrocarbon Development on Fish, Wildlife, and Aquatic Plant Resources of Lower Cook Inlet. Volumes I and II. Alaska Department of Fish and Game, Anchorage, Alaska.

Handel, C.M. and Dau, C. P. 1988. Seasonal occurrence of migrant Whimbrels and Bristle-thighed Curlews on the Yukon-Kuskokwim Delta, Alaska. The Condor 90:782-790.

Hanna, S.R., and P.J. Drivas. 1993. Modeling VOC Emissions and Air Concentrations from the Exxon Valdez Oil Spill. Journal of the Air and Waste Management Association 43:298-309.

## Northeast NPR-A Administrative Record

Reference

Hansen, D.J. 1981. The Relative Sensitivity of Seabird Populations in Alaska to Oil Pollution. BLM-YK-ES-006-1792. U.S. Department of Interior, Bureau of Land Management, Anchorage, Alaska.

Harcharek, R.C. 1992. North Slope Borough 1992 Economic Profile. Volume VI. North Slope Borough, Department of Planning and Community Services, Barrow, Alaska.

Harcharek, R.C. 1995. North Slope Borough 1993/94 Economic Profile and Census Report. Volume VII. North Slope Borough, Department of Planning and Community Services, Barrow, Alaska.

Harding L., and J.A. Nagy. 1980. Responses of Grizzly Bears to Hydrocarbon Exploration on Richards Island, Northwest Territories, Canada. Pages 277-280 In Fourth International Conference Bears Resource and Management, Volume 4. Bears, their Biology and Management.

Harrington, B. 2001. Red Knot (Calidris canutus). The Birds of North America, No. 563, 2001.The American Ornithologists' Union.

Harris, R.E., G.W. Miller, and W.J. Richardson. 2001. Seal Responses to Airgun Sounds During Summer Seismic Surveys in the Alaskan Beaufort Sea. Marine Mammals Science 17(4):795-812.

Harritt, R.K. 1994. Eskimo Prehistory on the Seward Peninsula, Alaska. Resources Report NPS/ARORCR/CRR-93/21. National Park Service, Anchorage, Alaska.

Hart Crowser, Inc. 2000. Estimation of Oil Spill Risk from Alaska North Slope, Trans Alaska Pipeline and Arctic Canada Oil Spill Data Sets. Outer Continental Shelf Study MMS 2000-007. U.S. Department of Interior, Minerals Management Service, Alaska Outer Continental Shelf Region, Anchorage, Alaska.

Haynes, T., and S. Pedersen. 1989. Development and Subsistence: Life After Oil. Alaska Fish and Game 21(6):24-27.

Hazard, K. 1988. Beluga Whale Delphinapterus leucas. In Selected Marine Mammals of Alaska: Species Accounts with Research and Management Recommendations, J. W. Lentfer (ed.). Washington, D.C.

Hazen, B. 1997. Use of Ice Roads and Ice Pads for Alaskan Arctic Oil Exploration Projects. In Proceedings: NPR - A Symposium: Science, Traditional Knowledge, and the Resources of the Northeast Planning Area of the National Petroleum Reserve in Alaska, April 16-18, 1997, Anchorage, Alaska. U.S. Department of Interior, Minerals Management Service, Alaska Outer Continental Shelf Region and Bureau of Land Management, Anchorage, Alaska.

Heinrich, A.C. 1963. Eskimo Type Kinship and Eskimo Kinship. Unpublished Ph.D. Dissertation. University of Washington Microfilms. University of Michigan, Ann Arbor, Michigan.

Hemming, C.R, P.K. Weber, and J.F. Winters. 1989. Limnological and Fisheries Investigations of Flooded North Slope Gravel Mine Sites, 1988. Technical Report 89-1. Alaska Department of Fish and Game, Habitat Division, Juneau, Alaska.

Hemming, C.R. 1988. Aquatic Habitat Evaluation of Flooded North Slope Gravel Mine Sites, 1986-1987. Technical Report 88-1. Alaska Department of Fish and Game, Habitat Division, Juneau, Alaska.

Hemming, C.R. 1990. Fisheries Investigations of Flooded North Slope Gravel Mine Sites, 1989. Technical Report 90-2. Alaska Department of Fish and Game, Habitat Division, Juneau, Alaska.

Hemming, C.R. 1991. Fish and Habitat Investigations of Flooded North Slope Gravel Mine Sites, 1990. Technical Report 91-3. Alaska Department of Fish and Game, Habitat Division, Juneau, Alaska.

Hemming, C.R. 1993. Tundra Stream Fish Habitat Investigations in the North Slope Oil Fields. Technical Report 93-1. Alaska Department of Fish and Game, Habitat and Restoration Division, Juneau, Alaska.

## Northeast NPR-A Administrative Record

Reference

Hemming, C.R. 1994. Fisheries Enhancement Investigations in the Kuparuk River Oil Field, 1992. Technical Report 94-4. Alaska Department of Fish and Game, Habitat and Restoration Division, Juneau, Alaska.

Hemming, C.R. 1995. Fish Enhancement Investigations in the Prudhoe Bay and Kuparuk River Oil Fields, 1993. Technical Report 95-31. Alaska Department of Fish and Game, Habitat and Restoration Division, Juneau, Alaska.

Henry, C.J., D.D. Rudis, T.J. Roffe, and E. Robinson-Wilson. 1995. Contaminants and Sea Ducks in Alaska and the Circumpolar Region. Environmental Health Perspectives 103 - 14:41-49.

Hepa, R., H.K. Brower, Jr., and D. Bates. 1997. North Slope Borough Subsistence Harvest Documentation Project: Data for Atqasuk, Alaska for the Period July 1, 1994 to June 30, 1995. North Slope Borough, Department of Wildlife Management, Barrow, Alaska.

Herlugson, C.J., J.D. McKendrick, and J.A. Parnell. 1996. Gravel Pad Restoration on Alaska's North Slope. Pages 51-56 In International Conference on Health, Safety, and Environment, June 9-12, 1996, New Orleans, Louisiana. Society of Petroleum Engineers.

Hernandez, H. 1973. Natural Plant Recolonization of Surficial Disturbances, Tuktoyaktuk Peninsula Region, Northwest Territories. Canadian Journal of Botany 51:2177-2196.

Hershey, A.E., W.B. Bowden, L.A. Deegan, J.E. Hobbie, B.J. Peterson, G.W. Kipphut, G.W. Kling, M.A. Lock, R.W. Merit, M.C. Miller, J.R. Vestal, and J.A. Schuldt. 1995. The Kuparuk River: A Long-term Study of Biological and Chemical Processes in an Arctic River. In Freshwater of Alaska: Ecological Synthesis, A.M. Milner and M.W. Oswood (eds.). Springer-Verlag, New York, New York.

Hill, B. and Targ, N. 2000. THE LINK BETWEEN PROTECTING NATURAL RESOURCES AND THE ISSUE OF ENVIRONMENTAL JUSTICE in Environmental Affairs, 28:1.

Hill, E.L. 1984. Behavior Reaction of Caribou to the Upper Salmon Hydroelectric Development in Newfoundland. Page 7 In Second North American Caribou Workshop, October 17-20, 1984, Montreal, Quebec, T. Meredith (ed.). McGill University, Montreal, Quebec.

Hinzman, L.D., D.L. Kane, and K.R. Everett. 1993. Hillslope Hydrology in an Arctic Setting. In Proceedings of the Sixth International Conference on Permafrost, Beijing, China.

Hobbie, J.E. 1982. Effects of Oil on Tundra Ponds and Streams. Final Report for Period October 1, 1978 to September 30, 1980. DOE/EV/02989-2. U.S. Department of Energy, Energy Research and Development Administration, Washington, D.C.

Hobbie, J.E. 1984. The Ecology of Tundra Ponds of the Arctic Coastal Plain: Community Profile. Report FWS/OBS-83/25. U.S. Department of Interior, U.S. Fish and Wildlife Service, Washington, D.C.

Hoffman, D., D. Libbey, and G. Spearman. 1988. Nuiqsut: Land Use Values Over Time in the Nuiqsut Area. North Slope Borough and the Anthropology and Historic Preservation Section of the Cooperative Park Studies Unit Occasional Paper No. 12. University of Alaska, Fairbanks, Alaska.

Hohenberger, C.J., W.C. Hanson, and E.E. Burroughs. 1994. Birds of the Prudhoe Bay Region, Northern Alaska. Western Birds 25(2):73-103.

Hok, J.R. 1969. A Reconnaissance of Tractor Trails and Related Phenomena on the North Slope of Alaska. U.S. Bureau of Land Management, Washington, D.C.

Hok, J.R. 1971. Some Effects of Vehicle Operation on Alaskan Arctic Tundra. M.S. Thesis, University of Alaska, Fairbanks.

Holmes, R. and Pitelka, F. 1998. Pectoral Sandpiper (Calidris melanotos). The Birds of North America, No. 348, 1998. The American Ornithologists's Union.

Hone, E. 1934. The Present Status of the Muskox in Arctic North America and Greenland. American Committee for International Wildlife Protection, Publication No. 5.

## Northeast NPR-A Administrative Record

Reference

Horejsi, B. 1981. Behavioral Response of Barren-Ground Caribou to a Moving Vehicle. Arctic 34(2):180-185.

Houseknecht, D.W. 2003. Beaufortian Stratigraphic Plays in the National Petroleum Reserve - Alaska (NPRA). U.S. Geological Survey Open-File Report 03-040: [http://pubs.usgs.gov/of2003/of03-040/text.htm].

Howe, M.A. et al. 1989. Population trends of North American shorebirds based on the International Shorebird Survey. Biological Conservation 49 (1989) 185-199.

Hsu, D.P., C.W. Davis, D.C. Linck, K.M. Schoenberg, and H.M. Shields. 1979. Studies of Cultural (Archaeological) Resources 1977-1978 (Part 1: 1977, Part 2: 1978). National Petroleum Reserve in Alaska Work Group 4, Field Study 4, 105(c) Land Use Study. U.S. Department of the Interior, National Petroleum Reserve in Alaska, Anchorage, Alaska.

Hubbard, R.J., S.P. Edrich, and R.P. Rattey. 1987. Geological Evolution and Hydrocarbon Habitat of the "Arctic Alaska Microplate." Marine and Petroleum Geology 4:2-34.

Hulen, D. 1996a. State Loses Subsistence Fight. Anchorage Daily News, page 1A. Anchorage, Alaska.

Hulen, D. 1996b. State Vows Subsistence Fight not Over; Lawyers Plan Return to Court to Resist Federal Takeover Plan. Anchorage Daily News, page 1B. Anchorage, Alaska.

Human Relations Area Files, Inc. (HRAF). 1992. Social Indicators Study of Alaskan Coastal Villages, Key Informant Summaries: Schedule A Regions (North Slope, NANA, Calista, Aleutian-Pribilof), Volume 1, J.G. Jorgensen, Principal Investigator. Technical Report 151. Outer Continental Shelf Study MMS 92-0031. U.S. Department of the Interior, Minerals Management Service, Alaska Outer Continental Shelf Region, Anchorage, Alaska.

Human Relations Area Files, Inc. (HRAF). 1994. Social Indicators Study of Alaskan Coastal Villages VI. Analysis of the Exxon Valdez Spill Area. Outer Continental Shelf Study MMS 92-0031. Technical Report No. 151. U.S. Department of the Interior, Minerals Management Service, Alaska Outer Continental Shelf Region, Anchorage, Alaska.

Hunt, G.L. Jr.  Chapter 11: Offshore Oil Development and Seabirds: The Present Status of Knowledge and Long-Term Research Needs.

IHS Energy Group. 2001a. Aurora Field - Reserves, Drilling Wire Alaska, Fields and Discoveries Database: [http://www.ihsenergy.com/products/iris21/fielddiscoveries.jsp].

IHS Energy Group. 2001b. Meltwater Field - Reserves, Drilling Wire Alaska, Fields and Discoveries Database: [http://www.ihsenergy.com/products/iris21/fielddiscoveries.jsp].

IHS Energy Group. 2001c. Polaris Field - Reserves, Drilling Wire Alaska, Fields and Discoveries Database: [http://www.ihsenergy.com/products/iris21/fielddiscoveries.jsp].

IHS Energy Group. 2002. Borealis Field - Reserves, Drilling Wire Alaska, Fields and Discoveries Database: [http://www.ihsenergy.com/products/iris21/fielddiscoveries.jsp].

Impact Assessment, Inc. (IAI). 1990a. Subsistence Resource Harvest Patterns: Nuiqsut. Special Report No. 8. Prepared for the U.S. Department of the Interior, Minerals Management Service, Alaska Outer Continental Shelf Region, Anchorage, Alaska.

Impact Assessment, Inc. (IAI). 1990b. Subsistence Resource Harvest Patterns: Kaktovik. Outer Continental Shelf Study, MMS 90-0039. Special Report 9. Prepared for the U.S. Department of Interior, Minerals Management Service, Alaska Outer Continental Shelf Region, Anchorage, Alaska.

Impact Assessment, Inc. (IAI). 1998. Exxon Valdez Oil Spill, Cleanup and Litigation: A Collection of Social Impacts Information and Analysis. Final Report. Prepared for the U.S. Department of Interior, Minerals Management Service, Alaska Outer Continental Shelf Region, Anchorage, Alaska.

Industry Task Group. 1983. Oil Spill Response in the Arctic, Part 2: Field Demonstrations in Broken Ice. Sohio Alaska Petroleum Company, Exxon Company, U.S.A., and Amoco Production Company, Anchorage, Alaska.

## Northeast NPR-A Administrative Record

Reference

Institute of Social and Economic Research (ISER). 1983. A Description of the Socioeconomics of the North Slope Borough. Technical Report No. 85 and 85A. Prepared by J.A. Kruse, M. Baring-Gould, W. Schneider, J. Gross, G. Knapp, and G. Sherrod for U.S. Department of the Interior, Minerals Management Service, Alaska Outer Continental Shelf Region, Anchorage, Alaska.

Intergovernmental Panel on Climate Change (IPCC). 2001. Note from the UN Climate Change 2001 Report: [http://www.cbc.ca/news/indepth/background/global_warming_report2.html].

Intergovernmental Panel on Climate Change (IPCC). 2002. IPCC Special Report on the Regional Impacts of Climate Change: An Assessment of Vulnerability: [http://www.grida.no/climate/ipcc/regional].

Iñupiat Community of the Arctic Slope (ICAS). 2004. Response to Northeast NPR-A Draft EIS. Letter dated July 20, 2004.

Irving, W.N. 1964. Punyik Point and the Arctic Small Tool Tradition. Ph.D. Dissertation. University of Wisconsin, Madison, Wisconsin.

Ito-Adler, J.P., and E.S. Hall, Jr. 1986. The Ones That Are Dead, I Can Call Their Names: Cultural Resource Sites Documented by the Beaufort Sea Coastal Survey. Technical Memorandum #23. Edwin Hall and Associates, Brockport, New York.

Itta, N. 2001. Public Testimony. Draft Environmental Impact Statement for Liberty Development and Production Plan, Outer Continental Shelf EIS/EA MMS 2001-001, March 19, 2001, Nuiqsut, Alaska. U.S. Department of Interior, Minerals Management Service, Anchorage, Alaska.

J. Pearce, D. Esler et al. Nesting Ecology of Spectacled Eiders; Somateria Fischeri on the Indigirka River Delta, Russia.

Jaiswal, N.J. Undated. Drilling Operations in the Arctic Area. Department of Petroleum Engineering, University of Alaska Fairbanks, Fairbanks, Alaska.

Jakimchuk, R.D., S.H. Ferguson, and L.G. Sopuck. 1987. Differential Habitat Use and Sexual Segregation in the Central Arctic Caribou Herd. Canadian Journal of Zoology 65:534-541.

Jamison, H.C, L.D. Brockett, and R.A. McIntosh. 1980. Prudhoe Bay- A 10 Year Persepective. Giant Oil and Gas Fields of the Decade 1968-1978, M.T. Halbouty (ed.). American Association of Petroleum Geologists, Tulsa, Oklahoma.

Jensen, K.C. 1990. Responses of Molting Pacific Black Brant to Experimental Aircraft Disturbance in the Teshekpuk Lake Special Area, Alaska. A Disseration.

Jensen, P.G., and L.E. Noel. 2002. Caribou Distribution in the Northeast National Petroleum Reserve - Alaska, Summer 2001. Chapter 3 In Arctic Coastal Plain Caribou Distribution, Summer 2001, M.A. Cronin (ed.). Unpublished Report Prepared by LGL Alaska Research Associates, Inc., for British Petroleum Exploration-Alaska, Inc., Anchorage, Alaska.

Jingfors, K.T. 1982. Seasonal Activity Budgets and Movements of a Reintroduced Alaskan Muskox Herd. Journal Wildlife Management 46(2):344-350.

Jingfors, K.T., and D.R. Klein. 1982. Productivity in Recently Established Muskox Populations in Alaska. Journal of Wildlife Management 46:1092-1096.

Johannessen, O.M., E.V. Shalina, and M.W. Miles. 1999. Satellite Evidence for an Arctic Sea Ice Cover in Transformation. Science 286(5446):1937-1939.

Johnson, C. 2001. Alpine Avian Monitoring Program, 2001, Fourth Annual and Synthesis Report. ABR, Inc. Fairbanks, Alaska.

Johnson, C.B., B.E. Lawhead, J.R. Rose, M.D. Smith, A.A. Stickney, and A.M. Wildman. 1998. Wildlife Studies on the Colville River Delta, Alaska, 1997. Report Prepared by ABR, Inc., Fairbanks, Alaska, for ARCO Alaska, Inc., Anchorage, Alaska.

# Northeast NPR-A Administrative Record

Reference

Johnson, C.B., B.E. Lawhead, J.R. Rose, M.D. Smith, A.A. Stickney, and A.M. Wildman. 1999. Wildlife Studies of the Colville River Delta, Alaska, 1998. Seventh Annual Report. Prepared by ABR, Inc., Fairbanks, Alaska, for ARCO Alaska, Inc., and Kuukpik Unit Owners, Anchorage, Alaska.

Johnson, C.B., M.T. Jorgenson, R.M. Burgess, B.E. Lawhead, J.R. Rose, and A.A. Stickney. 1996. Wildlife Studies on the Colville River Delta, 1995. Fourth Annual Report. ARCO Alaska, Inc., and the Kuparuk Unit Owners, Anchorage, Alaska.

Johnson, C.B., R.M. Burgess, B.E. Lawhead, J.A. Neville, J.P. Parrett, A.K. Prichard, J.R. Rose, A.A. Stickney, and A.M. Wildman. 2003b. Alpine Avian Monitoring Program, 2001. Fourth Annual and Synthesis report. Prepared by ABR, Inc., Fairbanks, Alaska, for ConocoPhillips Alaska, Inc., and Anadarko Petroleum Corporation, Anchorage, Alaska.

Johnson, C.B., R.M. Burgess, B.E. Lawhead, J.P. Parrett, J.R. Rose, A.A. Stickney, and A.M. Wildman. 2003a. Wildlife studies in the CD North study area, 2002. Third Annual Report Prepared by ABR, Inc.-Environmental Research and Services, Fairbanks, Alaska, for ConocoPhillips Alaska, Inc., Anchorage, Alaska.

Johnson, C.B., R.M. Burgess, B.E. Lawhead, J.R. Rose, A.A. Stickney, and A.M. Wildman. 2000. Wildlife Studies in the Colville Delta North Study Area, 2000. Report Prepared by Alaska Biological Research, Inc., Fairbanks, Alaska, for Phillips Alaska, Inc., Anchorage, Alaska.

Johnson, C.B., R.M. Burgess, B.E. Lawhead, J.R. Rose, A.A. Stickney, and A.M. Wildman. 2002. Wildlife Studies in the CD North Study Area, 2001. Report Prepared by ABR, Inc., Fairbanks, Alaska, for Conoco Phillips Alaska, Inc., Anchorage, Alaska.

Johnson, D.R., and B.E. Lawhead. 1989. Distribution, Movements and Behavior of Caribou in the Kuparuk Oil Field, Summer 1988. Unpublished Report. ARCO Alaska, Inc., Anchorage, Alaska.

Johnson, D.R., and M.C. Todd. 1977. Summer Use of a Highway Crossing by Mountain Caribou. The Canadian Field-Naturalist 91(3):312-314.

Johnson, O.W. 2003. Pacific and American Golden-Plovers: Reflections on conservation needs. Wader Study Group Bull. 100: 10-13.

Johnson, P.R., and S.M. Collins. 1980. Snow Pads Used for Pipeline Construction in Alaska, 1976: Construction, Use and Breakup. Cold Regions Research and Engineering Laboratory Report 80-17. Prepared for Directorate of Military Programs, Office of the Chief of Engineers, by U.S. Army, Corps of Engineers, Cold Regions Research and Engineering Laboratory.

Johnson, S. and Richardson, W.J. 1982. Waterbird Migration Near the Yukon and Alaska Coast of the Beaufort Sea: II. Moult Migration of Seaducks in Summer. Arctic Vol. 35, No. 2 (June 1982), p. 291-301.

Johnson, S.R. 1984. Habitat Use and Behavior of Nesting Common Eiders and Molting Oldsquaws at Thetis Island, Alaska, During a Period of Industrial Activity. Report Prepared by LGL Alaska Research Associates, Inc., for SOHIO Alaska Petroleum Company, Anchorage, Alaska.

Johnson, S.R. 2000a. Lesser Snow Goose. In The Natural History of an Arctic Oil Field: Development and the Biota, J.C. Truett and S.R. Johnson (eds.). Academic Press, New York, New York.

Johnson, S.R. 2000b. Pacific Eider. In The Natural History of an Arctic Oil Field: Development and the Biota, J.C. Truett and S.R. Johnson (eds.). Academic Press, New York, New York.

Johnson, S.R., and D.R. Herter. 1989. The Birds of the Beaufort Sea. British Petroleum Exploration of America, Anchorage, Alaska.

Johnson, S.R., and W.J. Richardson. 1981. Beaufort Sea Barrier Island-Lagoon Ecological Process Studies: Final Report, Simpson Lagoon. Outer Continental Shelf Environmental Assessment Program. Final Report (1980), Volume 7 (1981). U.S. Department of Commerce, National Oceanic and Atmospheric Administration, Boulder, Colorado, and U.S. Department of Interior, Bureau of Land Management, Anchorage, Alaska.

## Northeast NPR-A Administrative Record

Reference

Johnson, S.R., D.A. Wiggins, and P.F. Wainwright. 1993. Late Summer Abundance and Distribution of Marine Birds in Kasegaluk Lagoon, Chukchi Sea, Alaska. Arctic 46:212-227.

Jorgenson, J. 1990. Oil Age Eskimos. University of California Press.

Jorgenson, J.C., B.E. Reitz, and M.K. Raynolds. 1996. Tundra Disturbance and Recovery Nine Years after Winter Seismic Exploration in Northern Alaska. Unpublished Report. U.S. Department of Interior, U.S. Fish and Wildlife Service, Fairbanks, Alaska.

Jorgenson, M., J. Kidd, and T. Cater. 1992. Rehabilitation of a Thick Gravel Pad Using Snow Capture and Topsoil Addition, Drill Site 13, Prudhoe Bay Oil Field, Alaska, 1992. First Annual Report. Prepared by Alaska Biological Research, Inc., Fairbanks, Alaska.

Jorgenson, M.T. 1997. Effects of Petroleum Spills on Tundra Ecosystems. In Proceedings: Science, Traditional Knowledge, and the Resources of the Northeast Planning Area of the National Petroleum Reserve in Alaska, April 16-18, 1997, Anchorage, Alaska. Outer Continental Shelf Report MMS 97-0013. U.S. Department of Interior, Mineral Management Service, and Bureau of Land Management, Anchorage, Alaska.

Jorgenson, M.T., and E.R. Pullman. 2002. Geomorphology of the Northeast Planning Area of the National Petroleum Reserve - Alaska, 2001. First Annual Report. Prepared by ABR, Inc., for Phillips Alaska, Inc., Fairbanks, Alaska.

Jorgenson, M.T., and M.R. Joyce. 1994. Six Strategies for Rehabilitating Land Disturbed by Oil Development in Arctic Alaska. Arctic 47(4):374-390.

Jorgenson, M.T., J.E. Roth, M. Emers, S. Schlentner, and J. Mitchell. 2003. Assessment of Ecological Impacts Associated with Seismic Exploration Near the Colville Delta. Alaska Conference on Reducing the Effects of Oil and Gas Exploration and Production on Alaska's North Slope: Issues, Practices, and Technologies. National Engineering and Environmental Lab, Department of Energy, Boise, Idaho.

Joyce, M.R. L.A. Rundquist, L.L. Moulton, R.W. Firth, and E.H. Follmann. 1980. Gravel Removal Guidelines Manual for Arctic and Subarctic Floodplains. U.S. Department of Interior, U.S. Fish and  Wildlife Service Publication FWS/OBS-80/09. Washington, D.C.

Kachadoorian, R., and F.E. Crory. 1988. Engineering Geology Studies in the National Petroleum Reserve in Alaska. In Geology and Exploration of the National Petroleum Reserve in Alaska, 1974 to 1982, G. Gryc (ed.). U.S. Geological Survey Professional Paper 1399.

Kaigelak, B. 2003. Scoping Testimony. Alpine Satellite Development Plan Environmental Impact Statement Scoping Meeting. Nuiqsut, Alaska.

Kaktovikmuit. In This Place: A Guide for Those Who Work in The Country of The Kaktovikmiut An Unfinished and On-going Work Of the People of Kaktovik, Alaska. Kaktovik, Alaska.

Kalxdorff, S., and K. Proffitt. 2003. Demography and Behavior of Polar Bears Feeding on Stranded Mammal Carcasses. In Presentation Summaries of the U.S. Department of the Interior, Minerals Management Service Information Transfer Meeting, March 10-12, 2003, Anchorage, Alaska.

Keevil, B.E., and R. Ramseier. 1975. Behavior of Oil Spilled Under Floating Ice. Pages 497-501 In 1975 Conference on Prevention and Control of Oil Pollution. American Petroleum Institute.

Kelleyhouse, R.A. 2001. Calving Ground Habitat Selection: Teshekpuk Lake and Western Arctic Caribou Herds. M.S. Thesis. University of Alaska, Fairbanks, Alaska.

Kelly, B.P. 1988. Ringed Seal, Phoca hispida. In Selected Marine Mammals of Alaska: Species Accounts with Research and Management Recommendations, J.W. Lentfer (ed.). Marine Mammal Commission, Washington, D.C.

Kelly, B.P., J.J. Burns, and L.T. Quakenbush. 1988. Responses of Ringed Seals (Phoca hispida) to Noise Disturbance. Pp. 27-38 In: Port and Ocean Engineering under Arctic Conditions, Volume 2. .M. Sackinger and M.O. Jefferies (eds.). Geophysical Institute, University of Alaska, Fairbanks, Alaska.

# Northeast NPR-A Administrative Record

Reference

Kelly, B.P., L.T. Quakenbush, and B.D. Taras. 2002a. Correction Factor for Ringed Seal Surveys in Northern Alaska. In Annual Report 8, Outer Continental Shelf Study MMS 2002-001. Coastal Marine Institute, University of Alaska, Fairbanks.

Kelly, B.P., O.P. Harding, and M. Kunasranta. 2002b. Timing and Re-interpretation of Ringed Seal Surveys. In Annual Report 8. Outer Continental Shelf Study MMS 2002-001. Coastal Marine Institute, University of Alaska, Fairbanks.

Kempka, R.G., R.D. MacLeod, F.A. Reid, J. Payne, D.A. Yokel, and G. Balogh. 1995. National Petroleum Reserve; Alaska Landcover Inventory: Exploring Arctic Coastal Plain Using Remote Sensing. In Ninth Symposium on Geographic Information Systems, Vancouver, British Columbia, August 1995. GIS World, Inc., Vancouver, British Columbia.

Kendel, R.E., R. Johnston, U. Lobsiger, and M. Kozak. 1975. Fishes of the Yukon Coast. Beaufort Sea. Technical Report 6. Department of the Environment, Fisheries and Marine Service, Northern Operations Branch.

Kertell, K. 1991. Disappearance of the Steller's Eider from the Yukon-Kuskokwim Delta, Alaska. Arctic 44: 177-187.

Kertell, K. 1993. Macroinvertebrate Production and Waterbird Use of Natural Ponds and Impoundments in the Prudhoe Bay Oil Field, Alaska. Report Prepared by LGL Alaska Research Associates, Inc., Anchorage, Alaska, for British Petroleum Exploration-Alaska, Inc., Anchorage, Alaska.

Kertell, K. 1994. Water Quality and Pacific Loon Breeding Biology on Natural Ponds and Impoundments in the Prudhoe Bay Oil Field, Alaska. Report Prepared by LGL Alaska Research Associates, Inc., Anchorage, Alaska, for British Petroleum Exploration-Alaska, Inc., Anchorage, Alaska.

Kertell, K. 2000. Pacific Loon. Pages 181-195 In The Natural History of an Arctic Oil Field: Development and the Bota, J.C. Truett and S.R. Johnson (eds.). Academic Press, San Diego, California.

Kessel, B. and Gibson, D. 1978. Status and Distribution of Alaska Birds. Studies in Avian Biology No. 1. Cooper Ornithological Society/Department of Biology, Mexico State University.

Kessel, B., and T.J. Cade. 1956. Habitat Preferences of the Birds of the Colville River. Pages 179-181 In Science in Alaska 1953. Proceedings of the Fourth Alaskan Science Conference, Alaska Division, American Association for the Advancement of Science, Juneau, Alaska, September 28 - October 3, 1953. College, Alaska: University of Alaska.

Kessel, B., and T.J. Cade. 1958. Birds of the Colville River, Northern Alaska, F. Dean (ed.). Biological Papers of the University of Alaska Number 2. College, Alaska: University of Alaska.

Kevan, P.G., B.C. Forbes, S.M. Kevan, and V. Behan-Pelletier. 1995. Vehicle Tracks on High Arctic Tundra: Their Effects on the Soil, Vegetation, and Soil Arthropods. Journal of Applied Ecology 32:655-667.

Kharaka, Y.K., and W.W. Carothers. 1988. Geochemistry of Oil-Field Water from the North Slope. In Geology and Exploration of the National Petroleum Reserve in Alaska, 1974 to 1982, G. Gryc (ed.). U.S. Geological Survey Paper 1399. U.S. Geological Survey, Washington, D.C.

Kineman, J.J., R. Elmgren, and S. Hansson (eds). 1980. The Tsesis Oil Spill: Report of the First Year Scientific Study (October 1977 to December 1978). U.S. Department of Commerce, National Oceanic and Atmospheric Administration, Office of Marine Pollution Assessment, Boulder, Colorado.

King, J.G. and Derksen, D.V. 1986. Alaska goose populations: past, present and future. Trans 51st N.A. Wildl. & Nat. Res. Conf.

King, K. and Lefever, C. 1979. Effects of Oil Transferred from Incubating Gulls to their Eggs. Marine Pollution Bulletin, Vol 10, pp. 319-321.

King, R. 1998. Telephone Conversation in April 1998 Between R. King and J. Hubbard; Subject: Spring Arrival Dates for Waterfowl Species.

## Northeast NPR-A Administrative Record

Reference

King, R.J. 1997. A Discussion of Geese in the Teshekpuk Lake Area and Migratory Birds of the Arctic Coastal Plain. NPR - A Symposium Proceedings, Science, Traditional Knowledge, and the Resources of the Northeast Planning Area of the National Petroleum Reserve - Alaska, April 16-18, 1997, Anchorage, Alaska.

Kingsley, M.C.S. 1986. Distribution and Abundance of Seals in the Beaufort Sea, Amundsen Gulf, and Prince Albert Sound, 1984. Environmental Studies Research Funds Report 25. Department of Fish and Oceans, Winnipeg, Manitoba.

Kirschner, C.E., and B. Rycerski. 1988. Petroleum Potential of Representative Stratigraphic and Structural Elements in the National Petroleum Reserve in Alaska, 1974-1982, G. Gryc (ed.). U.S. Geological Survey Professional Paper 1399. U.S. Geological Survey, Anchorage, Alaska.

Kisil, C.A. 1981. A Study of Oil and Gas in Fresh and Salt Water-Ice Systems. University of Toronto, Toronto, Ontario.

Kistchinski, A.A. and Flint, V.E. On the biology of the Spectacled Eider. Pp. 5-15.

Kizzia, T. 1996. Hunting Disputes on Table: Rural Subsistence Issues Top Federal Board's Agenda. Anchorage Daily News, page B1. Anchorage, Alaska.

Klinger, L.F., D.A. Walker, and P.J. Webber. 1983. The Effects of Gravel Roads on Alaskan Arctic Coastal Plain Tundra. Pages 628-633 In Permafrost Fourth International Conference Proceedings. National Academy Press, Washington, D.C.

Klinger, L.F., D.A. Walker, and P.J. Webber. 1988. The Effects of Gravel Roads on Alaskan Arctic Coastal Plain Tundra. Pages 628-633 In Permafrost Fourth International Conference Proceedings, July 17-22, 1983, University of Alaska, Fairbanks. National Academy Press, Washington, D.C.

Knapp, G., and W. Nebesky. 1983. Economic and Demographic Systems Analysis, North Slope Borough. Technical Report Number 100. Final Report. Prepared by the University of Alaska Social and Economic Studies Program, Institute of Social and Economic Research (ISER), for the U.S. Department of the Interior, Minerals Management Service, Outer Continental Shelf Office, Anchorage, Alaska.

Kogl, D.R. 1971. Monitoring and Evaluation of Arctic Waters with Emphasis on the North Slope Drainages: Colville River Study. Division of Sports Fish, Alaska Department of Fish and Game. Job No. G-111-A, Project F-9-3, Annual Report 12:23-61. Alaska Department of Fish and Game, Anchorage, Alaska.

Kogl, D.R., and D. Schell. 1974. Colville River Delta Fisheries Research. In Environmental Studies of the Arctic Estuarine System. Final Report. U.S. Environmental Protection Agency, Ecology Research Service EPA-660/3-75-026. U.S. Environmental Protection Agency, Anchorage, Alaska.

Kohut, R.J., J.A. Lawrence, P. King, and R. Raba. 1994. Assessment of the Effects of Air Quality on Arctic Tundra Vegetation at Prudhoe Bay, Alaska. Final Report. Cornell University, Boyce Thompson Institute for Plant Research, Ithaca, New York.

Kornbrath, R.W. 1994. Analysis of Historical Lease Sale and Exploration Data for Alaska. Alaska Department of Natural Resources, Division of Oil and Gas, Anchorage, Alaska.

Kornbrath, R.W., M.D. Myers, D.L. Krouskop, J.F. Meyer, J.A. Houle, T.J. Ryherd, and K.N. Richter. 1997. Petroleum Potential of the Eastern National Petroleum Reserve - Alaska: Non-Serialized Report. Alaska Department of Natural Resources, Division of Oil and Gas, Anchorage, Alaska.

Krogman, B., D. Rugh, R. Sonntag, J. Zeh, and D. Ko. 1989. Ice-based Census of Bowhead Whales Migrating Past Point Barrow, Alaska 1978-1983. Marine Mammal Science 5:116-138.

Kruse, J.A. 1986. Changes in Rural Alaska Settlement Patterns. Alaska Review of Social and Economic Conditions, Institute of Social and Economic Research.

Kruse, J.A., M. Baring-Gould, W. Schneider, J. Gross, G. Knapp, and G. Sherrod. 1983. A Description of the Socioeconomics of the North Slope Borough. Technical Report No. 85. U.S. Department of the Interior, Minerals Management Service, Alaska Outer Continental Shelf Region, Social and Economic Studies Program, Anchorage, Alaska.

## Northeast NPR-A Administrative Record

Reference

Kumar, N., K.J. Bird, P.H. Nelson, J.A. Grow, and Kevin Evens. 2002. A Digital Atlas of Hydrocarbon Accumulations Within and Adjacent to the National Petroleum Reserve - Alaska (NPRA). U.S. Geological Survey Open-File Report 02-71: [http://wrgis.wr.usgs.gov/open-file/of02-071/].

Kunz, M.L. 1977. Mosquito Lake Site (PSM-049). In Pipeline Archaeology, J.P. Cook (ed.). Volume 2. Institute of Arctic Biology, University of Alaska, Fairbanks, Alaska.

Kunz, M.L., and R.E. Reanier. 1996. The Mesa Site, Iteriak Creek. American Beginnings: The Prehistory and Paleoecology of Beringia, F. West (ed.). University of Chicago Press, Chicago, Illinois.

Kuropat, P.J., and J.P. Bryant. 1980. Foraging Patterns of Cow Caribou on the Utukok Calving Grounds in Northwestern Alaska. In Proceedings of the Second International Reindeer/Caribou Symposium, September 17-21, 1979, Røros, Norway, E. Reimers, E. Gaare, and S. Skjenneberg (eds.). Direktoratet for vilt og ferskvannfisk, Trondheim, Norway.

LaBelle, R.P., C.M. Marshall, C.M. Anderson, W. Johnson, and E. Lear. 1996. Oil Spill Risk Analysis for Alaska North Slope Oil Exports (Domestic Movement). U.S. Department of Interior, Minerals Management Service, Branch of Environmental Operations and Analysis, Herndon, Virginia.

Lachenbruch, A.H., and B.V. Marshall. 1986. Changing Climate - Geothermal Evidence from Permafrost in the Alaskan Arctic. Science 234:689-696.

Lachenbruch, A.H., J.H. Sass, L.A. Lawyer, M.C. Brewer, B.V. Marshall, R.J. Munroe, J.P. Kennelly, S.P. Galanis, Jr., and T.H. Moses, Jr. 1988. Temperature and Depth of Permafrost on the Arctic Slope of Alaska. In Geology and Exploration of the National Petroleum Reserve in Alaska, 1974 to 1982, G. Gryc (ed.). U.S. Geological Survey Professional Paper 1399. U.S. Geological Survey, Anchorage, Alaska.

Lacroix, D.L., R.B. Lanctot, J.A. Reed, and T.L. McDonald. 2003. Effect of Underwater Seismic Surveys on Molting Male Long-Tailed Ducks in the Beaufort Sea, Alaska. Canadian Journal of Zoology 81:1862-1875.

Lampe, L. 1997. Public Testimony. In National Petroleum Reserve - Alaska, Integrated Activity Plan Environmental Impact Statement, Scoping Hearings. Barrow, Alaska.

Lampe, L. 2003. Personal Communication to G. Morris, March 11, 2003.

Lancaster, D. and Johnson, J. 1973. The Living Bird, Twelfth Annual of the Cornell Laboratory of Ornithology 1973. Cornell University, Ithaca.

Lance, R. 2000. Industry Overview - "Doing it Right", The Alpine Development on Alaska's North Slope. Presented at Established Oil Technologies and Practices on Alaska's North Slope Workshop, April 2000, Anchorage, Alaska.

Lanctot, R. et al. 2002. Conservation status of the buff-breasted sandpiper: historic and contemporary distribution and abundance in South America. Wilson Bull. 114(1), pp. 44-72.

Lanctot, R., Weatherhead, P. 1997. Ephemeral lekking behavior in the buff-breasted sandpiper, Tryngites subruficollis. Behavioral Ecology, Volume 8, Number 3: pp. 268-278.

Lanctot, R.B., and C.D. Laredo. 1994. Buff-breasted Sandpiper (Tryngites subruficollis). In The Birds of North America, No. 91, A. Poole and F. Gill (eds.). The Academy of Natural Sciences, Philadelphia, Pennsylvania, and the American Ornithologists' Union, Washington, D.C.

Langdon, S. 1995. Increments, Ranges, and Thresholds: Human Population Responses to Climate Change in Northern Alaska. In Human Ecology and Climate Change: People and Resources in the Far North, D.L. Peterson and D.R. Johnson (eds.). Taylor and Francis, Washington, D.C.

Lantis, M. 1959. Alaskan Eskimo Cultural Values. Polar Notes 1:35-48.

Lantis, M. 1973. The Current Nativistic Movement in Alaska. In Circumpolar Problems: Habitat, Economy, and Social Relationships in the Arctic, G. Berg (ed.). Pergamon Press, Elsmford, New York.

## Northeast NPR-A Administrative Record

Reference

Larned, B., T. Tiplady, R. Platte, and R. Stehn. 1999. Eider Breeding Population Survey Arctic Coastal Plain, Alaska, 1997-1998. U.S. Department of Interior, U.S. Fish and Wildlife Service, Migratory Bird Management, Waterfowl Management Branch, Soldotna and Anchorage, Alaska.

Larned, W. and Tiplady, T. et al. 1999. Eider breeding population survey, Arctic Coastal Plain, Alaska, 1997-1998.

Larned, W.W. 2003. Steller's Eider Spring Migration Surveys Southwest Alaska 2003. Report Prepared for U.S. Department of Interior, U.S. Fish and Wildlife Service, Migratory Bird Management, Waterfowl Branch, Anchorage, Alaska.

Larned, W.W., and G. Balogh. 1997. Eider Breeding Population Survey, Arctic Coastal Plain, Alaska, 1992-1996. Unpublished Report. U.S. Department of Interior, U.S. Fish and Wildlife Service, Migratory Bird Management, Anchorage, Alaska.

Larned, W.W., G. Balogh, and M.R. Petersen. 1995. Distribution and Abundance of Spectacled Eiders (Somateria fischeri) in Ledyard Bay, Alaska, September 1995. Report Prepared for U.S. Department of Interior, U.S. Fish and Wildlife Service, Migratory Bird Management, Alaska Science Center, Anchorage, Alaska.

Larned, W.W., R. Stehn, and R. Platte. 2003. Eider Breeding Population Survey Arctic Coastal Plain, Alaska 2002. U.S. Department of Interior, U.S. Fish and Wildlife Service, Anchorage, Alaska.

Lavrakas, D. 1996. Meeting Yields Northstar Questions. Arctic Sounder 1:5.

Lawhead, B.E. 1997. Caribou and Oil Development in Northern Alaska: Lessons from the Central Arctic Herd. Pages 7-5 - 7-7 In NPR - A Symposium Proceedings, Science, Traditional Knowledge, and the Resources of the Northeast Planning Area of the National Petroleum Reserve - Alaska, April 16-18, 1997, Anchorage, Alaska, D. Yokel (compiler). Outer Continental Shelf Report MMS 97-0013. U.S. Department of Interior, Bureau of Land Management and Minerals Management Service, Anchorage, Alaska.

Lawhead, B.E., A.K. Prichard, M.J. Macander, and M. Emers. 2003. Caribou Mitigation Monitoring for the Meltwater Project, 2002. Prepared by ABR, Inc., Fairbanks, Alaska.

Lawhead, B.E., A.K. Prichard, M.J. Macander, and M. Emers. 2004. Caribou Mitigation Monitoring for the Meltwater Project, 2003. Third Annual Report. Prepared for ConocoPhillips Alaska Inc., Anchorage, Alaska by ABR Inc. - Environmental Research & Services, Fairbanks, Alaska.

Lawhead, B.E., and A. K. Prichard. 2002. Surveys of Caribou and Muskoxen in the Kuparuk-Colville Region, Alaska, 2001. Final Report. Prepared by ABR, Inc., Fairbanks, Alaska, for Phillips Alaska, Inc.

Lawhead, B.E., and C.B. Johnson. 2000. Surveys of Caribou and Muskoxen in the Kuparuk-Colville Region, Alaska, 1999, With a Summary of Caribou Calving Distribution Since 1993. Final Report. Prepared by ABR, Inc., Fairbanks, Alaska, for Phillips Alaska, Inc.

Lawhead, B.E., and D.A. Flint. 1993. Caribou Movements in the Vicinity of the Planned Drill Site 3-T Facilities, Kuparuk Oilfield, Alaska, 1991-1992. Progress Report. ARCO Alaska, Inc., and the Kuparuk River Unit, Anchorage, Alaska.

Lawhead, B.E., and J.A. Curatolo. 1984. Distributions and Movements of the Central Arctic Herd, Summer 1983. Final Report. Prepared by Alaska Biological Research, Inc., Fairbanks, Alaska, for ARCO Alaska, Inc., Anchorage, Alaska.

Lawhead, B.E., C.B. Johnson, A.M. Wildman, and J.R. Rose. 1997. Caribou Distribution, Abundance and Calf Production in the Kuparuk Oilfield during the 1996 Calving Season. Final Report. Prepared by ABR, Inc., Fairbanks, Alaska.

Lawhead, B.E., C.B. Johnson, and L.C. Byrne. 1994. Caribou Surveys in the Kuparuk Oilfield During the 1993 Calving and Insect Seasons. Unpublished Report. ARCO Alaska, Inc., Anchorage, Alaska.

Lawson, D.E. 1986. Response of Permafrost Terrain to Disturbance: A Synthesis of Observations from Northern Alaska, U.S.A. Arctic and Alpine Research 18(1):1-17.

## Northeast NPR-A Administrative Record

Reference

---

Lawson, D.E., J. Brown, K.R. Everett, A.W. Johnson, V. Komarkova, B.M. Murray, D.F. Murray, and P.J. Webber. 1978. Tundra Disturbances and Recovery Following the 1949 Exploratory Drilling, Fish Creek, Northern Alaska. U.S. Army, Cold Regions Research and Engineering Laboratory 83-36. Hanover, New Hampshire.

Leffingwell, E. de K. 1919. The Canning River Region, Northern Alaska. U.S. Geological Survey Professional Paper 109. U.S. Government Printing Office, Washington, D.C.

Lehr, W.J. 2001. Review of Modeling Procedures for Oil Spill Weathering. Pages 51-90 In Oil Spill Modelling and Processes, C.A. Brebbia (ed.). WIT Press, Boston, Massachusetts.

Lenart, E.A. 1999a. Game Management Units 26B and 26C: Central and Eastern Arctic Slope. In Muskox Management Report of Survey-Inventory Activities, M.V. Hicks (ed.). Federal Aid in Wildlife Restoration Grants W-24-5 and W-27-1. Alaska Department of Fish and Game, Juneau, Alaska.

Lenart, E.A. 1999b. Central Arctic Herd. In Caribou. Management Report of Survey-Inventory Activities, M.V. Hicks (ed.). Federal Aid in Wildlife Restoration Grants W-24-5 and W-27-1. Alaska Department of Fish and Game, Juneau, Alaska.

Lenart, E.A. 2003. Caribou Survey-Inventory Management Report, Units 26B and 26C. In Inventory Management Report - Caribou, July 1, 1998 - June 30, 2001, M.V. Hicks (ed.). Federal Aid in Wildlife Restoration-Grants W-24-5 and W-27-1. Alaska Department of Fish and Game, Juneau, Alaska.

Lewis, J.P. and R. Sellers. 1991. Assessment of the Exxon Valdez Oil Spill on Brown Bears on the Alaska Peninsula. In Exxon Valdez Oil Spill Natural Resource Damage Assessment. NRDA Terrestrial Mammal Study No. 4. Unpublished Final Report. U.S. Environmental Protection Agency, Natural Resource Damage Assessment, Anchorage, Alaska.

LGL and Greenridge Sciences, Inc. 1987. Responses of Bowhead Whales to an Offshore Drilling Operation in the Alaskan Beaufort Sea, Autumn 1986. Report from LGL Limited, King City, Ontario, Canada and Greenridge Sciences, Inc., Santa Barbara, California for Shell Western E&P Inc., Anchorage, Alaska.

LGL and Greenridge Sciences, Inc. 1992. Use of Kasegaluk Lagoon, Chukchi Sea, Alaska, by Marine Birds and Mammals. Report Prepared by LGL Alaska Research Associates, Inc., and Alaska Department of Fish and Game, for U.S. Department of Interior, Minerals Management Service, Herndon, Virginia.

LGL and Greenridge Sciences, Inc., and Environmental Research Associates. 2001. Request by WesternGeco, LLC, for an Incidental Harassment Authorization to Allow the Incidental Take of Whales and Seals During an Open-Water Seismic Program in the Alaskan Beaufort Sea, Summer-Autumn 2001. LGL, King City, Ontario.

Libbey, D., G. Spearman, and D. Hoffman. 1979. Nuiqsut Synopsis, pp. 151-161. In: Native Livelihood and Dependence: A Study of Land Use Values Through Time. North Slope Borough Contract Staff. U.S. Department of the Interior, National Petroleum Reserve in Alaska. Anchorage, Alaska.

Limpert, R.J., and S.L. Earnst. 1994. Tundra Swan (Cygnus columbianus). In The birds of North America, No. 89, A. Poole and F. Gill (eds.). The Academy of Natural Sciences, Philadelphia, Pennsylvania, and The American Ornithologists' Union, Washington, D.C.

Lipkin, R., 1994. Personal Communication. As Cited In Public Hearings for the Northeast National Petroleum Reserve - Alaska Integrated Activity Plan/Environmental Statement, January 13, 1998. Nuiqsut, Alaska. U.S. Department of Interior, Bureau of Land Management, Anchorage, Alaska

Lipkin, R., and D. F. Murray. 1997. Alaska Rare Plant Field Guide. U.S. Department of the Interior, U.S. Fish and Wildlife Service, National Park Service, and Bureau of Land Management, Anchorage, Alaska.

Ljungblad, D.K., S.E. Moore, and D.R. Van Schoik. 1986. Seasonal Patterns of Distribution, Abundance, Migration and Behavior of the Western Arctic Stock of Bowhead Whales, Balaena mysticetus in Alaskan Seas. Reports of the International Whaling Commission 8:177-205.

Lobdell, J. 1985. The Putuligayuk River Delta Overlook Site: Fragile Traces of Ancient Man at Prudhoe Bay, Beaufort Sea, Alaska. Second Edition. ARCO Alaska, Inc., Anchorage, Alaska.

Lobdell, J. 1986. The Kuparuk Pingo Site: A Northern Archaic Hunting Camp of the Arctic Coastal Plain, North Alaska. Arctic 39(1):47-51.

## Northeast NPR-A Administrative Record

Reference

Lobdell, J. 1995. North Alaska Pingos: Ephemeral Refugia in Prehistory. Arctic Anthropology 32(1):62-81.

Lobdell, J.E., and G.S. Lobdell. 1999. 1998 and 1999 NPR - A Exploration Archaeological and Cultural Resources Reconnaissance, North Slope, Alaska. Prepared For ARCO Alaska, Inc.

Lobdell, J.E., and G.S. Lobdell. 2000. 1999 NPR - A Exploration Program Archaeological and Cultural Resources Reconnaissance, North Slope, Alaska. Prepared for British Petroleum Exploration, Inc., Anchorage, Alaska.

Lovvorn, J.R., S.E. Richman, J.M. Grebmeier, and LW. Cooper. 2003. Diet and Body Condition of Spectacled Eiders Wintering in Pack Ice of the Bering Sea. Polar Biology 26:259-267.

Lowenstein, T. 1981. Some Aspects of Sea Ice Subsistence Hunting in Point Hope, Alaska. North Slope Borough, Coastal Zone Management Plan, Barrow, Alaska.

Lowry, L.F. 1993. Foods and Feeding Ecology. Chapter 6 In The Bowhead Whale, J.J. Burns, J.J. Montague, and C.J. Cowles (eds.). The Society for Marine Mammalogy, Lawrence, Kansas.

Luton, H.H. 1985. Effects of Renewable Resource Harvests Disruptions on Socioeconomic and Sociocultural Systems: Wainwright, Alaska. Technical Report No. 91. U.S. Department of Interior, Minerals Management Service, Outer Continental Shelf Region, Social and Economic Studies Program, Anchorage, Alaska.

MacGillivray, A., D. Hannay, R. Racca, C.J. Perham, S.A. MacLean, and M.T. Williams. 2003. Assessment of Industrial Sounds and Vibrations Received in Artificial Polar Bear Dens, Flaxman Island, Alaska. Report Prepared by Jasco Research Ltd. and LGL Alaska Research Associates, Inc., for ExxonMobil Production Company, Anchorage, Alaska. 60 pages.

MacPhee, R. D. E., A.N. Tikhonov, D. Mol, C. de Marliave, H. van der Plicht, A.D. Greenwood, C. Flemming, and L. Agenbroad. 2002. Radiocarbon Chronologies and Extinction Dynamics of the Late Quaternary Mammalian Megafauna of the Taimyr Peninsula, Russian Federation. Journal of Archaeological Science 29:1017-1042.

MacWhirter, B., Austin-Smith, P. et al. 2002. Sanderling. The Birds of North America, No. 653, 2002. The American Ornithologists' Union.

Magoun, A.J. 1984. Population Characteristics, Ecology, and Management of Wolverines in Northwestern Alaska. Ph.D. Dissertation. University of Alaska, Fairbanks, Alaska.

Malins, D.C. 1977. Effects of Petroleum on Arctic and Subarctic Marine Environments and Organisms. Academic Press, Inc., New York, New York.

Mallek, E.J. 2004.  Teshekpuk Lake Area Goose Molting Survey-2003.  Unpublished Report, U.S. Fish and Wildlife Service, Waterfowl Management Division, Fairbanks, Alaska.

Mallek, E.J., R. Platte, and R. Stehn.  2004. Aerial Breeding Pair Surveys of the Arctic Coastal Plain of Alaska 2003. Unpublished Report by U.S. Department of Interior, U.S. Fish and Wildlife Service, Waterfowl Management, Fairbanks, Alaska.

Mallek, E.J., R. Platte, and R. Stehn. 2003. Aerial Breeding Pair Surveys of the Arctic Coastal Plain of Alaska-2002. Unpublished Report by U.S. Department of Interior, U.S. Fish and Wildlife Service, Waterfowl Management, Fairbanks, Alaska.

Mallory, C.R. 1998. A Review of Alaska North Slope Blowouts, 1974-1997. Document II-9 In Preliminary Analysis of Oil Spill Response Capability in Broken Ice to Support Request for Additional Information for Northstar Oil Spill Contingency Plan. Volume II. Prepared for British Petroleum Exploration-Alaska, Inc., and ARCO Alaska, Anchorage, Alaska.

Mann, M.E., R.S. Bradley, and M.K. Hughes. 1999. Northern Hemisphere Temperatures During the Past Millennium: Inferences, Uncertainties, and Limitations. Geophysical Research Letters 26:759-762.

## Northeast NPR-A Administrative Record

Reference

Markon, C. and Derksen, D. 1994. Identification Of Tundra Land Cover near Teshekpuk Lake, Alaska Using SPOT Satellite Data. Arctic. Vol. 47. No. 3, September 1994, pp. 222-231.

Martin, P.D. 1998. Prospects for Conflict Between Oil Development and Waterfowl in the Teshekpuk Lake Region, NPR-A.  U.S. Department of Interior, U.S. Fish and Wildlife Service, Northern Alaska Ecological Services, Fairbanks, Alaska.

Martin, S. 1979. A Field Study of Brine Drainage and Oil Entrainment in First-Year Sea Ice. Journal of Glaciology 22:473-502.

Maxim, L.D., and R.W. Niebo. 2001a. Analysis of Spills Associated with Alaska North Slope (ANS) Exploration and Production (E&P) Activities. Draft. Prepared by Everest Consulting Associates, Cranbury, New Jersey for TAPS Owners Alaska, Anchorage.

Maxim, L.D., and R.W. Niebo. 2001b. Appendix B. Oil Spill Analysis for North Slope Oil Production and Transportation Operations. Environmental Report for TAPS Right-of-Way Renewal. Draft. Available online [http://tapseis.anl.gov/documents/report.cfm].

Maxim, L.D., and R.W. Niebo. 2001c. Water Spills on the Alaska North Slope. Prepared by Everest Consulting Associates, Cranbury, New Jersey for Alaska Oil and Gas Association, Alaska, Anchorage.

Mayfield, H. 1975. Suggestions for Calculating Nest Success. The Wilson Bulletin, Vol. 87, No. 4, December 1975.

McCaffery, B. and Gill, R. 2001. Bar-tailed Godwit. The Birds of North America, No. 581, 2001. The American Ornithologists' Union.

McCaffery, B.J. 1996. The status of Alaska's large shorebirds: a review and an example. International Wader Studies 8: 28-32.

McCarthy, T.M., and R.J. Seavoy. 1994. Reducing Nonsport Losses Attributable to Food Conditioning: Human and Bear Modification in an Urban Environment. Pages 75-84 In Ninth International Conference on Bear Research and Management Bears - Their Biology and Management, February 1992, Missoula, Montana, J.J. Claar and P. Schullery (eds.). International Association for Bear Research and Management, Vancouver, British Columbia.

McDonald, L.L., G.W. Garner, and D.G. Robertson. 1999. Comparison of Aerial Survey Procedures of Estimating Polar Bear Density: Results of Pilot Studies in Northern Alaska. In Marine Mammal Survey and Assessment Methods, G.W. Gardner, S.C. Amstrup, J.L. Laake, B.F.J. Manly, L.L. McDonald and D.G. Robertson (eds.). A.A. Balkema, Rotterdam, Amsterdam.

McDonald, T.L., and W.J. Richardson. 2004. Acoustic Localization of Bowhead Whales near Northstar, 2001-2003: Quantifying the Deflection Effect. Pages 9-1 to 9-6 In Richardson, W.J. and M.T. Williams (eds). Monitoring of Industrial Sounds, Seals and Bowhead Whales Near British Petroleum's Northstar Oil Development, Alaskan Beaufort Sea, 1999-2003. Report Prepared by LGL Ltd. King City, Ontario, and Greenridge Sciences, Inc., Santa Barbara, California, for British Petroleum Exploration - Alaska, Inc., Anchorage, Alaska.

McDonald, T.L., S. Wolfe, P. Jensen, B. Haley, W.J. Wilson, and R.G.B. Senner. 2002. Risk Assessment for a Proposed Spectacled Eider Unusually Sensitive Area (USA), Alaska North Slope. Report Prepared by Western Ecosystems Technology, Inc., Cheyenne, Wyoming, and LGL Alaska Research Associates, Inc., Anchorage, Alaska.

McElderry, H.I., and P.C. Craig. 1981. A Fish Survey in the Lower Colville River Drainage with an Analysis of Spawning Use by Arctic Cisco. Appendix 2 In Environmental Assessment of the Alaskan Continental Shelf, Final Report of Principal Investigators. Volume 7. U.S. Department of Interior, Bureau of Land Management, and U.S. Department of Commerce, National Oceanic and Atmospheric Administration, Outer Continental Shelf Environmental Assessment Program, Boulder, Colorado.

McGarigal, K., R.G. Anthony, and F.B. Isaacs. 1991. Interactions of Humans and Bald Eagles on the Columbia River Estuary. Wildlife Monographs 115:1-47.

## Northeast NPR-A Administrative Record

Reference

McGrattan, K.B., W.D. Walton, A.D. Putorti, W.H. Twilley, J. McElroy, and D.D. Evans. 1995. Smoke Plume Trajectory from In Situ Burning of Crude Oil in Alaska - Field Experiments. Pages 901-913 In Proceedings of the Eighteenth Arctic and Marine Oilspill Program Technical Seminar, June 14-16, 1995, Edmonton, Alberta. National Institute of Standards and Technology, Gaithersburg, Maryland.

McKechnie, A.M., and D.N. Gladwin. 1993. Aircraft Overflight Effects on Wildlife Resources. Report No. 290940.22. Prepared by Harris, Miller, Miller, & Hanson, Inc., Lexington, Massachusetts, and Sterna Fuscata, Inc., Fort Collins, Colorado, for U.S. Department of Interior, National Park Service, Denver, Colorado.

McKendrick, J.E. 1987. Plant Succession on Disturbed Sites, North Slope, Alaska. Arctic and Alpine Research 19(4):554-565.

McKendrick, J.E. 1996. Gravel Vegetation Project Report. Fourth Through Sixth Year (1993-1995) Results from Gravel Revegetation Tests on BP Put River No.1 Pad. Prepared by University of Alaska Fairbanks, Alaska, Agricultural and Forestry Experiment Station, Palmer, Alaska, for British Petroleum Exploration - Alaska, Inc., Anchorage Alaska.

McKendrick, J.E. 1997. Recovery and Rehabilitation of Disturbed Wetland Sites. In Proceedings: NPR - A Symposium: Science, Traditional Knowledge, and the Resources of the Northeast Planning Area of the National Petroleum Reserve in Alaska, April 16-18, 1997, Anchorage, Alaska. Outer Continental Shelf Report MMS 97-0013. U.S. Department of Interior, Minerals Management Service and Bureau of Land Management, Anchorage, Alaska.

McKendrick, J.E. 2000. Vegetative Responses to Disturbance. In The Natural History of an Arctic Oil Field: Development and the Biota, J.C. Truett and S.R. Johnson (eds.). Academic Press, New York, New York.

McKendrick, J.E., and W. Mitchell. 1978. Fertilizing and Seeding Oil-Damaged Arctic Tundra to Effect Vegetation Recovery, Prudhoe Bay, Alaska. Arctic 31(3):296-304.

McKendrick, J.E., P. Scorup, W. Fiscus, and G. Turner. 1992. Gravel Vegetation Experiments: Alaska North Slope. Agroborealis 24(1):25-32.

McKendrick, J.E., V. Ott, and G. A. Mitchell. 1978. Effects of Nitrogen and Phosphorus Fertilization on Carbohydrate and Nutrient Levels in Dupotia fisheri and Arctagrostis latifolia. Pages 509-537 In Vegetation and Production Ecology of an Alaskan Arctic Tundra, L. L. Tieszen (ed.). Springer-Verlag, New York, New York.

McLean, R.F. 1993. North Slope Gravel Pit Performance Guidelines. Technical Report 93-9. Alaska Department of Fish and Game, Habitat and Restoration Division.

McLellan, B., and D.M. Shackleton. 1989. Immediate Reactions of Grizzly Bears to Human Activities. Wildlife Society Bulletin 17:269-274.

McLellan, B.N. 1990. Relationships Between Human Industrial Activity and Grizzly Bears. Pages 57-64 In Eighth International Conference on Bear Research and Management: Bears - Their Biology and Management, February 1989, Victoria, British Columbia, L.M. Darling and Archibald (eds.). International Association for Bear Research and Management, Vancouver, British Columbia.

McMaines, S. 2001. Electronic Mail from Steve McMaines, State of Alaska, Alaska Oil and Gas Conservation Commission, to Caryn Smith, Oceanographer, U.S. Department of Interior, Minerals Management Service, Alaska Outer Continental Shelf Region; Subject: North Slope Oil Production by Field to December 2001.

McMullen, E. 1993. Testimony Dated March 24, 1993, of Elenore McMullen, Chief, Native Village of Port Graham, Alaska, Before the U.S. House of Representatives' Committee on Merchant Marine and Fisheries. U.S. Government Printing Office, Washington, D.C.

McPhail, J.D., and C.C. Lindsey. 1970. The Freshwater Fishes of Northwestern Canada and Alaska. Fisheries Research Board of Canada Bulletin 173.

Meares, D. 1997. Telephone Conversation on May 7, 1997, Between D. Meares, U.S. Department of Interior, Bureau of Land Management, Fairbanks, Alaska, and J. Tremont, U.S. Department of Interior, Minerals Management Service, Anchorage, Alaska; Subject: Inigok Airstrip.

Mecklenburg, C.W., T.A. Mecklenburg, and L.K. Thorsteinson. 2002. Fishes of Alaska. American Fisheries Society, Bethesda, Maryland.

## Northeast NPR-A Administrative Record

Reference

Meehan, R.H. 1986. Impact of Oilfield Development on Shorebirds, Prudhoe Bay, Alaska. Ph.D. Dissertation, University of Colorado, Boulder, Colorado.

Mellor, J.C. 1987. A Statistical Analysis and Summary of Radar-Interpreted Arctic Lake Depths. Bureau of Land Management - Alaska Technical Report 11. U.S. Department of Interior, Bureau of Land Management, Anchorage, Alaska.

Mel'nikov, V.V., M.Z. Zelensky, and V.V. Bychkov. 1997. Seasonal Migrations and Distribution of Bowhead Whale in Waters of Chukotka. Russian Journal of Marine Biology 23(4):175-183.

Mendez, J., L.D. Hineman, and D.L. Kane. 1998. Evapotranspiration from a Wetland Complex on the Arctic Coastal Plain of Alaska. Nordic Hydrology 29(4/5):303-330.

Merritt, R.D., and C.C. Hawley. 1986. Map of Alaska's Coal Resources. Alaska Division of Geological and Geophysical Survey, Anchorage, Alaska.

Meyer, M.P. 1995. Executive Summary of the U.S. Bureau of Mines Investigations in the Colville Mining District, Alaska. Open-File Report 07-95. U.S. Department of Interior, Bureau of Mines.

Mickleson, P.G. 1975. Breeding Biology of Cackling Geese and Associated Species on the Yukon-Kuskokwim Delta, Alaska. Wildlife Monographs No. 45. The Wildlife Society.

Mid American Energy Holdings Company. 2004. News Release: Stranded Gas Act Application Approved to Build Alaska Pipeline. Des Moines, Iowa.

Milan, F.A. 1964. The Acculturation of the Contemporary Eskimo of Wainwright, Alaska. Anthropological Papers of the University of Alaska 11(2).

Miller, G.W., R.E. Elliott, and W.J. Richardson. 1996. Marine Mammal Distribution, Numbers, and Movements. In Northstar Marine Mammal Monitoring Program, 1995: Baseline Surveys and Retrospective Analyses of Marine Mammal and Ambient Noise Data From the Central Alaskan Beaufort Sea. LGL Report TA 2101-2. LGL Ecological Research Associates, Inc., Ontario, Canada.

Miller, M.C., R.T. Prentki, and R.J. Barsdate. 1980. Physics of the Ponds. In Limnology of Tundra Ponds, Barrow, Alaska, J.E. Hobbie (ed.). US/IBP Synthesis Series 13. Dowden, Hutchinson, and Ross, Stroudsburg, Pennsylvania.

Miller, M.C., V. Alexander, and R.J. Barsdate. 1978. The Effects of Oil Spills on Phytoplankton in an Arctic Lake and Ponds. Arctic 31(3):192-218.

Miller, M.W. 1994. Route Selection to Minimize Helicopter Disturbance of Molting Pacific Black Brant: A Simulation. Arctic 47(4):341-349.

Miller, S.D., and M.A. Chihuly. 1987. Characteristics of Nonsport Brown Bear Deaths in Alaska. In Seventh International Conference on Bear Research and Management: Bears - Their Biology and Management, February-March, 1986, Williamsburg, Virginia, P. Zager, J. Beecham, G. Matula, and H. Reynolds III (eds.). International Association for Bear Research and Management, Vancouver, British Columbia.

Milner, A.M., J.G. Idrons, III, and M.W. Oswood. 1995. The Alaskan Landscape: An Introduction for Limnologists. In Freshwaters of Alaska: Ecological Synthesis, A.M. Milner and M.W. Oswood (eds.). Springer-Verlag, New York, New York.

MJM Research. 2001. Fish Utilization of Lakes in Eastern NPR - A: 1999-2001. Report Prepared for Phillips Alaska, Inc., Anchorage, Alaska.

MJM Research. 2002. Fish Utilization of Lakes in the Upper Fish Creek Region of Eastern NPR - A: 2002. Report Prepared for Phillips Alaska, Inc., Anchorage, Alaska.

Moles, A., S.D. Rice, and S. Korn. 1979. Sensitivity of Alaskan Freshwater and Anadromous Fishes to Prudhoe Bay Crude Oil and Benzene. Transactions of the American Fisheries Society 108:408-414.

## Northeast NPR-A Administrative Record

Reference

Montgomery, S.L. 1998. National Petroleum Reserve - Alaska: A Review of Recent Exploration. National Petroleum Reserve - Alaska: A Review of Recent Exploration 82 (7).

Moore, S.E. 2000. Variability of Cetacean Distribution and Habitat Selection in the Alaskan Arctic, Autumn 1982-91. Arctic 53 (4):448-460.

Moore, S.E., and R.R. Reeves. 1993. Distribution and Movement. In The Bowhead Whale, J.J. Burns, J.J. Montague, and C.J. Cowles (eds.). Allen Press, Inc., Lawrence, Kansas.

Moore, S.E., D.P. DeMaster, and P.K. Dayton. 2000. Cetacean Habitat Selection in the Alaskan Arctic During Summer and Autumn. Arctic 53(4):432-447.

Moore, S.E., W.K. Wallace, K.J. Bird, S.M. Karl, C.G. Mull, and J.T. Dillon. 1994. The Geology of Northern Alaska. In The Geology of Alaska, G. Plafker and H.C Berg (eds.). The Geological Society of America.

Morales, J.C., B.G. Hanks, J.W. Bickham, J.N. Derr, and B.J. Gallaway. 1993. Allozyme Analysis of Population Structure in Arctic Cisco (Coregonus autumnalis) from the Beaufort Sea. Copeia 1993: 863-867.

Moran, T. 1996. Nesting Ecology of Spectacled Eiders on Kigigak Island, Yukon Delta NWR, 1995. US Fish and Wildlife Service, Bethel, Alaska.

Morris, W. 2003. Seasonal Movements and Habitat Use of Arctic Grayling (Thymallus arcticus), Burbot (Lota lota), and Broad Whitefish (Coregonus nasus) within the Fish Creek Drainage of the National Petroleum Reserve - Alaska, 2001-2002. Technical Report No. 03-02. Alaska Department of Natural Resources, Office of Habitat and Permitting, Anchorage, Alaska.

Morrison, G., Ross, K. and Niles, L. 2004. Declines in Wintering Populations of Red Knots in Southern South America. The Condor 106 60:70.

Morrison, R.I.G., Gill, R.E. Jr., Harrington, B.A. et al. 2001. Estimates of shorebird populations in North America. Occasional Paper Number 104. Canadian Wildlife Service.

Morrison, W. 1997. Telephone Conversation on May 2, 1997, Between W. Morrison, Chief, Kuparuk Camp Services, ARCO Alaska, and J. Tremont, Geographer, U.S. Department of Interior, Minerals Management Service, Alaska Outer Continental Shelf Region; Subject: Airports at Prudhoe Bay.

Morrow, J.E. 1980. The Freshwater Fishes of Alaska. Alaska Northwest Publishing Company, Anchorage, Alaska.

Mould, E. 1979. Seasonal Movement Related to Habitat of Moose Along the Colville River, Alaska. The Murrelet 60:6-11.

Moulton, L.L, and K.E. Tarbox. 1987. Analysis of Arctic Cod Movements in the Beaufort Sea Nearshore Region, 1978-79. Arctic 40:43-49.

Moulton, L.L, and L.J. Field. 1988. Assessment of the Colville River Fall Fishery 1985-1987. Report Prepared by Environmental Sciences and Engineering, Inc., for ARCO Alaska, Inc., Anchorage, Alaska.

Moulton, L.L, and L.J. Field. 1991. The 1989 Colville River Fishery. The 1989 Endicott Development Fish Monitoring Program. Volume III. Report Prepared by MJM Research for British Petroleum Exploration-Alaska, Inc., Anchorage, Alaska.

Moulton, L.L, and L.J. Field. 1994. The 1992 Colville River Fishery. The 1992 Endicott Development Fish Monitoring Program. Volume II. Report Prepared by MJM Research for British Petroleum Exploration-Alaska, Inc., Anchorage, Alaska.

Moulton, L.L, and M.H. Fawcett. 1984. Oliktok Point Fish Studies, 1983. Report Prepared by Woodward-Clyde Consultants for ARCO Alaska, Inc., Anchorage, Alaska.

## Northeast NPR-A Administrative Record

Reference

Moulton, L.L., B.J. Gallaway, M.H. Fawcett, W.B. Griffiths, K.R. Critchlow, R.G. Fechhelm, D.R. Schmidt, and J.S. Baker. 1986a. 1984 Central Beaufort Sea Fish Study. Waterflood Monitoring Program Fish Study. Report Prepared by Entrix, Inc., LGL Ecological Research Associates, Inc., and Woodward-Clyde Consultants for U.S. Army Corps of Engineers, Alaska District, Anchorage, Alaska.

Moulton, L.L., L.C. Lestelle, and L.J. Field. 1992. The 1991 Colville River Fishery. The 1991 Endicott Development Fish Monitoring Program. Volume III. Report Prepared by MJM Research for British Petroleum Exploration-Alaska, Inc., Anchorage, Alaska.

Moulton, L.L., L.C. Lestelle, and L.J. Field. 1993. The 1991 Colville River Fishery. The 1991 Endicott Development Fish Monitoring Program. Volume III. Report Prepared by MJM Research for British Petroleum Exploration-Alaska, Inc., Anchorage, Alaska.

Moulton, L.L., L.J. Field, and R. Kovalsky. 1990. The 1988 Endicott Development Fish Monitoring Program. The 1988 Fall Gill Net Fisheries for Ciscoes in the Colville River, Alaska. Volume IV. Report Prepared by Hunter/ESE, Inc., for British Petroleum Exploration-Alaska, Inc., Anchorage, Alaska.

Moulton, L.L., L.J. Field, and S. Brotherton. 1986b. Assessment of the Colville River Fishery in 1985. Chapter 3 In Colville River Fish Study, 1985 Biological Report, J.M. Colonell and L.L. Moulton (eds.). Report Prepared by Entrix, Inc., for ARCO Alaska, Inc., Anchorage, Alaska, the North Shore Bureau, Barrow, Alaska, and the City of Nuiqsut, Alaska.

Moulton, L.L. 1989. Recruitment of Arctic Cisco (Coregonus autumnalis) into the Colville Delta, Alaska, 1985. Biological Papers of the University of Alaska 24:107-111.

Moulton, L.L. 1994. The 1993 Endicott Development Fish Monitoring Program. The 1993 Colville River Fishery. Volume 2. Report Prepared by MJM Research for British Petroleum Exploration-Alaska, Inc., Anchorage, Alaska.

Moulton, L.L. 1995. The 1994 Endicott Development Fish Monitoring Program. The 1994 Colville River Fishery. Volume 2. Report Prepared by MJM Research for British Petroleum Exploration-Alaska, Inc., Anchorage, Alaska.

Moulton, L.L. 1996a. Lakes Sampled for Fish in and Near the Colville River Delta, Alaska. Report Prepared for ARCO Alaska, Inc., Anchorage, Alaska.

Moulton, L.L. 1996b. 1995 Colville Delta Fish Habitat Survey. Report Prepared for ARCO Alaska, Inc., Anchorage, Alaska.

Moulton, L.L. 1997. The 1996 Colville River Fishery. In The 1997 Endicott Development Fish Monitoring Program. Volume 2. Report Prepared by MJM Research for British Petroleum Exploration-Alaska, Inc., Anchorage, Alaska.

Moulton, L.L. 1999a. Alpine Development Project Fish Survey - 1998. Report Prepared for ARCO Alaska, Inc., Anchorage, Alaska.

Moulton, L.L. 1999b. The 1997 Fall Gillnet Fishery in Nuiqsut, Alaska. Report Prepared for ARCO Alaska, Inc., Anchorage, Alaska.

Moulton, L.L. 2000. Fish Utilization of Lakes in Eastern NPR - A - 1999. Report Prepared for ARCO Alaska, Inc., Anchorage, Alaska.

Moulton, L.L. 2001a. Monitoring of Water Source Lakes in the Alpine Development Project: 2000. Report Prepared for Philips Alaska, Inc., Anchorage, Alaska.

Moulton, L.L. 2001b. Harvest Estimate and Associated Information for the 2000 Colville River Fall Fishery. Report Prepared for Phillips Alaska, Inc., and British Petroleum Exploration-Alaska, Inc., Anchorage, Alaska.

Moulton, L.L. 2002a. Fish Surveys of Fish Habitats in Eastern NPR - A: 2001. Report Prepared for Phillips Alaska, Inc., Anchorage, Alaska, and Anadarko Petroleum Corporation, The Woodlands, Texas.

Moulton, L.L. 2002b. Baseline Surveys of Fish Habitats in the Eastern NPR - A: 2001. Report Prepared for Phillips Alaska, Inc., Anchorage, Alaska, and Anadarko Petroleum Corporation, The Woodlands, Texas.

# Northeast NPR-A Administrative Record

Reference

Moulton, L.L. 2004. Personal Communication. Phone Call and Electronic Mail on January 15, 2004; Subject: Effects of Intake Screens at West Dock.

Moulton, V.D., R.E. Elliot, and T.M. Williams. 2003. Fixed-wing Aerial Surveys of Seals Near British Petroleum's Northstar and Liberty Sites in 2002. Pages 4-1 and 4-3 In Monitoring of Industrial Sounds, Seals, and Bowhead Whales Near British Petroleum's Northstar Development, Alaskan Beaufort Sea, 1999-2002, W.J. Richardson and M.T. Williams (eds). Report Prepared by LGL Ltd., King City, Ontario, and Greenridge Sciences, Inc., Santa Barbara, California, for British Petroleum Exploration-Alaska, Inc., Anchorage, Alaska, and National Marine Fisheries Service, Anchorage, Alaska, and Silver Springs, Maryland.

Mull, C.G., D.W. Houseknecht, and K.J. Bird. 2003. Revised Cretaceous and Tertiary Nomenclature in the Collville Basin, Northern Alaska. U.S. Geological Survey Professional Paper 1673.

Muller, S.W. 1945. Permafrost or Permanently Frozen Ground and Related Engineering Problems. Special Report. U.S. Army, Office Chief of Engineers, Military Intelligence Division, Strategic Engineering Study 62. J.W. Edwards, Inc., Ann Arbor, Michigan.

Murdoch, J. 1982. Ethnological Results of the Point Barrow Expedition. In: 9th Annual Report of the Bureau of American Ethnology for the Years 1887-1888, Washington D.C. Reprinted by the Smithsonian Institution Press, Washington, D.C.

Murphy, G.M., and J.A. Curatolo. 1984. Responses of Caribou to Ramps and Pipelines in the West End of the Kuparuk Oilfield, Alaska, 1983. Final Report. ARCO Alaska, Inc., Anchorage, Alaska.

Murphy, S.M., and B.A. Anderson. 1993. Lisburne Terrestrial Monitoring Program, the Effects of the Lisburne Development Project on Geese and Swans, 1985-1989. Report Prepared by ABR, Inc., for ARCO Alaska, Inc., Anchorage, Alaska.

Murphy, S.M., and B.E. Lawhead. 2000. Caribou. In The Natural History of an Arctic Oil Field: Development and the Biota, J.C. Truett and S.R. Johnson (eds.). Academic Press, San Diego, California.

Murphy, S.M., B.A. Anderson, C.L. Cranor, and C.B. Johnson. 1988. Lisburne Terrestrial Monitoring Program - 1987: The Effects of the Lisburne Development Project on Geese and Swans. Report Prepared by ABR, Inc., Fairbanks, Alaska, for ARCO Alaska, Inc., Anchorage, Alaska.

Myers, G. 1949. Use of Anadromous, Catadromous, and Allied Terms for Migratory Fishes. Copeia 1949: 89-96.

Myers, M.T. 1958. Preliminary Studies of the Behavior, Migration and Distributional Ecology of Eider Ducks in Northern Alaska, 1958. University of British Columbia, Department of Zoology, Vancouver, British Columbia.

Nadelhoffer, K.J., A.E. Giblin, G.R. Shaver, and E.E. Linkins. 1992. Microbial Processes and Plant Nutrient Availability in Arctic Soils. Pp. 281-300 In: Arctic Ecosystems in a Changing Climate: An Ecophysiological Perspective. F.S. Chapin III, R.L. Jefferies, J.F. Reynolds, G.R. Shaver, J. Svoboda, and E.W. Chu (eds.). San Diego, California.

Nadelhoffer, K.J., A.E. Giblin, G.R. Shaver, and J.A. Laundre. 1991. Effects of Temperature and Substrate Quality on Elemental Mineralization in Six Arctic Soils. Ecology 72: 242-253.

Nageak, B.P. 1998. Letter Dated March 12, 1998, from B.P. Nageak, Mayor, North Slope Borough, to B. Babbitt, Secretary of the Interior; Subject: Comments on the NPR - A IAP/EIS.

Nageak, B.P., C.D. Brower, and S.L. Schliebe. 1991. Polar Bear Management in the Southern Beaufort Sea: An Agreement between the Inuvialuit Game Council and the North Slope Borough Fish and Game Committee. North American Wildlife Natural Resources Conference 56:337-343.

Nakapigak, E. 2003. Scoping Testimony. Alpine Satellite Development Plan Environmental Impact Statement Scoping Meeting. Nuiqsut, Alaska.

## Northeast NPR-A Administrative Record

Reference

Napageak, T. 1990. Scoping Testimony. Public Hearing Official Transcript of Proceedings, Alaska Outer Continental Shelf, Beaufort Sea Planning Area Oil and Gas Lease Sale 124, Draft Environmental Impact Statement. U.S. Department of Interior, Minerals Management Service, Alaska Outer Continental Shelf Region, Nuiqsut, Alaska.

Napageak, T. 2003. Scoping Testimony. Amendment to the Northeast National Petroleum Reserve - Alaska, Integrated Activity Plan Environmental Impact Statement. Anchorage, Alaska.

National Marine Fisheries Service (NMFS). 2002. Biological Opinion, Endangered Species Act-Section 7 Consultation and Operation of the Liberty Oil Production Island. Consultation Number F/AKR/2001/00889. Anchorage, Alaska: [http://www.fakr.noaa.gov/protectedresources/whales/bowhead/biop.pdf]

National Petroleum Reserve - Alaska Subsistence Advisory Panel. 1999. Draft Minutes, Subsistence Advisory Panel Meeting 12/16/1999. Barrow, Alaska.

National Petroleum Reserve in Alaska Task Force. 1978. National Petroleum Reserve in Alaska Physical Profile. Study Report 1. 105 (c) Land Use Study. Anchorage, Alaska.

National Research Council (NRC). 1999. The Community Development Quota Program in Alaska. Committee to Review the Community Development Quota Program, Ocean Studies Board, Commission on Geosciences, Environment, and Resources. National Academy Press, Washington, D.C.

National Research Council (NRC). 2003. Cumulative Environmental Effects of Oil and Gas Activities on Alaska's North Slope. Committee on Cumulative Environmental Effects of Oil and Gas Activities on Alaska's North Slope, Board of Environmental Studies and Toxicology, Polar Research Board, Division of Earth and Life Studies. The National Academies Press, Washington, D.C.

Neff, J.M. 1991. Long-term Trends in the Concentration of Polycyclic Aromatic Hydrocarbons in the Water Column of Prince William Sound and the Western Gulf of Alaska Following the Exxon Valdez Oil Spill. In Fourteenth Annual Arctic and Marine Oil Spill Program Technical Seminar, June 12-14, 1991, Vancouver, British Columbia.

Nellemann, C., and R.D. Cameron. 1996. Effects of Petroleum Development on Terrain Preferences of Calving Caribou. Arctic 491:23-28.

Nelson, K. 2003. Building Resource Roads. Petroleum News Alaska 8(17):1.

Nelson, R.K. 1969. Hunters of the Northern Ice. University of Chicago Press, Chicago, Illinois.

Nelson, T., T.C. Cannon, W.R. Olmstead, and K.C. Wiley. 1987. Surveys of Commercial and Domestic Fisheries in the Central and Eastern Beaufort Sea. Part VI In Endicott Environmental Monitoring Program, 1985. Final Reports, Volume 6. Report Prepared by Envirosphere Company for U.S. Army Corps of Engineers, Alaska District, Anchorage, Alaska.

Netsch, N.E., Crateau, G. Love, and N. Swanton. 1977. Freshwater Fisheries Reconnaissance of the Coastal Plain of National Petroleum Reserve - Alaska (NPR - A), July and August 1977. U.S. Department of Interior, U.S. Fish and Wildlife Service, Anchorage, Alaska.

Newbury, T.K. 1983. Under Landfast Ice. Arctic 36:328-340.

Nieman, D., Warner, K. et al. 2003. Fall inventory of mid-continent white-fronted geese.

Nigro, D., and R. Ritchie. 2004. Colville River Cliff-Nesting Raptor Survey, 2003. Unpublished Report by the U.S. Department of Interior, Bureau of Land Management, Northern Field Office, Fairbanks, Alaska.

NOAA. 1977. Outer Continental Shelf Environmental Assessment Program. Special Bulletin #15, 1 June 1977. Environmental Impacts of OCS Development in Northern Alaska. Barrow, Alaska. 7-11 February 1977.

## Northeast NPR-A Administrative Record

Reference

Noel, L.E. 1999. Calving Caribou Distribution in the Teshekpuk Lake Area, June 1998. Final Report Prepared by LGL Alaska Research Associates, Inc., for British Petroleum Exploration-Alaska, Inc., Anchorage, Alaska.

Noel, L.E. 2000. Calving Caribou Distribution in the Teshekpuk Lake Area, June 1999. Final Report Prepared by LGL Alaska Research Associates, Inc., for British Petroleum Exploration-Alaska, Inc., Anchorage, Alaska.

Noel, L.E., and J.C. George. In Press. Caribou Calving Distribution in the Northeast National Petroleum Reserve - Alaska, June 1998-2000. Rangifer Special Issue: Proceedings of the 9th American Caribou Workshop, April 23-27, 2001, Kuujjuaq, Quebec.

Noel, L.E., and R. H. Pollard. 1996. Yukon Gold Ice Pad Tundra Vegetation Assessment: 1993 through 1995. Final Report. Prepared by LGL Alaska Research Associates, Inc., for British Petroleum Exploration-Alaska, Inc., Anchorage, Alaska.

Noel, L.E., and T. L. Olson. 1999a. Caribou Distribution in the Milne Point Study Area, Summer 1998. Final Report. Prepared by LGL Alaska Research Associates for British Petroleum Exploration-Alaska, Inc., Anchorage, Alaska.

Noel, L.E., and T. L. Olson. 1999b. Bullen Point to Staines River Large Mammal Distribution, Summer 1998. Final Report. Prepared by LGL Alaska Research Associates for British Petroleum Exploration-Alaska, Inc., Anchorage, Alaska.

Noel, L.E., C.T. Schick, and S.R. Johnson. 1996. Quantification of Habitat Alterations and Bird Use of Impoundments in the Prudhoe Bay Oil Field, Alaska, 1994. Report Prepared by LGL Alaska Research Associates, Inc., for British Petroleum Exploration-Alaska, Inc., Anchorage, Alaska.

Noel, L.E., G.M. O'Doherty, and S.R. Johnson. 2002. Nesting Status of the Common Eider and the Glaucous Gull in the Central Alaskan Beaufort Sea 2002. Prepared by LGL Alaska Research Associates, Inc., for British Petroleum Exploration-Alaska, Inc., Anchorage, Alaska.

Noel, L.E., R.H. Pollard, W.B. Ballard, and M.A. Cronin. 1998. Activity and Use of Active Gravel Pads and Tundra by Caribou, Rangifer tarandus granti, within the Prudhoe Bay Oil Field, Alaska. Canadian Field Naturalist 112:400-409.

Noel, L.E., R.J. Rodrigues, and S.R. Johnson. 2001. Pre-nesting, Brood-rearing, and Molting Waterfowl in the NPR - A Planning Area, Summer 2000. Report Prepared by LGL Alaska Research Associates, Inc., for British Petroleum Exploration-Alaska, Inc., Anchorage, Alaska.

NORCOR Engineering and Research. 1975. The Interaction of Crude Oil with Arctic Sea Ice. Beaufort Sea Technical Report No. 27. Department of the Environment, Beaufort Sea Project, Victoria, British Columbia.

North Pacific Fishery Management Council. 1999. Environmental Assessment for Essential Fish Habitat. North Pacific Fishery Management Council, Anchorage, Alaska.

North Slope Borough (NSB). 1978. The Nuiqsut and Teshekpuk Lake Area Traditional Land Use Inventory. North Slope Borough, Commission on Iñupiat History, Language and Culture, Barrow, Alaska.

North Slope Borough (NSB). 1993. North Slope Borough 1992 Economic Profile. Volume 6. North Slope Borough, Department of Planning and Community Services, Barrow, Alaska.

North Slope Borough (NSB). 1995. North Slope Borough 1993/1994 Economic Profile and Census Report. Volume 7. North Slope Borough, Department of Planning and Community Services, Barrow, Alaska.

North Slope Borough (NSB). 1998. Economic Profile and Census Report. Barrow, Alaska.

North Slope Borough (NSB). 1999. North Slope Borough 1998/99 Economic Profile and Census Report. Volume 8. North Slope Borough, Department of Planning and Community Services, Barrow, Alaska.

## Northeast NPR-A Administrative Record

Reference

North Slope Borough (NSB). 2000. Comprehensive Annual Financial Report of the North Slope Borough, Alaska 2000. North Slope Borough, Alaska.

North Slope Borough (NSB). 2001. Comprehensive Annual Financial Report of the North Slope Borough, Alaska, July 1, 2000-June 30, 2001.

North Slope Borough (NSB). 2003a. A Review of Oil Spill Risk Estimates Based on Current Offshore Development Technologies. Prepared by North Slope Borough Science Advisory Committee. NSB-SAC-OR-130.

North Slope Borough (NSB). 2003b. Unpublished Data. North Slope Borough, Department of Wildlife Management, Barrow, Alaska.

North Slope Borough (NSB). 2004. Letter Dated August 23, 2004 Regarding Comments on the Draft Amended Integrated Activity Plan and Environmental Impact Statement for the Northeast Planning Area of the National Petroleum Reserve-Alaska. North Slope Borough, Alaska.

North Slope Borough Contract Staff. 1979. Native Livelihood and Dependence: A Study of Land Use Values Through Time. U.S. Department of the Interior, Anchorage, Alaska.

North, M.R. 1986. Breeding Biology of Yellow-billed Loons on the Colville River Delta, Arctic Alaska. M.S. Thesis. Fargo, North Dakota: North Dakota State University of Agriculture and Applied Science.

North, M.R. 1994. Yellow-billed Loon. In The Birds of North America No. 131, A. Poole and F. Gill (eds.). American Ornithologists' Union and Academy of Natural Science, Philadelphia, Pennsylvania.

Northcott, P.L. 1984. Impact of the Upper Salmon Hydroelectric Development on the Grey River Herd. In Abstracts of the Second North American Caribou Workshop, October 17-20, 1984, Montreal, Quebec, T. Merdith (chair). McGill University, Montreal, Quebec.

Northern Economics, Inc. 2004. NEI References for Economy and Sociocultural Sections.

Nowacki G., P. Spencer, M. Fleming, T. Brock, and T. Jorgenson. 2001. Unified Ecoregions of Alaska: 2001. Open File Report 02-297. U.S. Geological Survey, Anchorage, Alaska.

NPR-A Subsistence Advisory Board Panel. 2004. Final NPR-A Subsistence Advisory Panel Meeting Proceedings. March 16, 2004. Nuiqsut, Alaska.

NPR-A Subsistence Advisory Panel Meeting. Draft Minutes of Public Meeting. December 12, 2000. Barrow, Alaska.

NPR-A Subsistence Advisory Panel. 2000. Final Minutes NPR-A Subsistence Advisory Board Panel. Wainwright, Alaska. August 10, 2000.

NPR-A Subsistence Advisory Panel. 2000. Final Minutes of Public Meeting. NPR-A Subsistence Advisory Panel. Nuiqsut, Alaska. June 8, 2000.

NPR-A Subsistence Advisory Panel. 2001. NPR-A Subsistence Advisory Panel Public Meeting Notes. Barrow, Alaska. December 13, 2001.

NPR-A Subsistence Advisory Panel. 2001. Subsistence Advisory Panel Public Meeting. Nuiqsut, Alaska. June 12, 2001.

NPR-A Subsistence Advisory Panel. 2002. Draft NPR-A Subsistence Advisory Panel Workshop Proceedings. March 14, 2002. Barrow, Alaska.

NPR-A Subsistence Advisory Panel. 2002. Final Minutes. Subsistence Advisory Panel Meeting. Nuiqsut, Alaska. 3/7/00.

NPR-A Subsistence Advisory Panel. 2002. Final NPR-A Subsistence Advisory Panel Meeting Proceedings. June 6, 2002. Nuiqsut, Alaska.

NPR-A Subsistence Advisory Panel. 2003. Final NPR-A Subsistence Advisory Panel Meeting Proceedings. November 3, 2003. Atqasuk, Alaska.

## Northeast NPR-A Administrative Record

Reference

Nukapigak, I. 1998. As Cited in U.S. Department of Interior, Minerals Management Service, Alaska Outer Continental Shelf Region 1998. Liberty Scoping Meeting, March 18, 1998, Nuiqsut, Alaska. U.S. Department of the Interior, Minerals Management Service, Alaska Outer Continental Shelf Region, Anchorage, Alaska.

Nukapigak, R. 1982. Scoping Testimony. Public Hearings on the Proposed Oil and Gas Lease in the Diapir Field, Sale 71, Alaska Outer Continental Shelf Region, Nuiqsut, Alaska. U.S. Department of Interior, Minerals Management Service, Anchorage, Alaska.

Nukapigak, R. 1997. Public Testimony. In National Petroleum Reserve - Alaska, Integrated Activity Plan Environmental Impact Statement, Scoping Hearings, Nuiqsut, Alaska. U.S. Department of Interior, Bureau of Land Management.

Oasis Environmental, Inc. 2001. Winter Measurement of Water Quality and Water Levels: The Effects of Water Withdrawal for Ice Road Construction on Lakes of the NPR - A. Prepared by Oasis for British Petroleum Exploration-Alaska, Inc., Anchorage, Alaska.

O'Brien, W.J., M. Bahr, A.E. Hershey, J.E. Hobbie, G.W. Kipphut, G.W. Kling, H. Kling, M. McDonald, M.C. Miller, P. Rublee, and J.R. Vestal. 1995. The Limnology of Toolik Lake. In Freshwaters of Alaska: Ecological Synthesis, A.M. Milner and M.W. Oswood (eds.). Springer-Verlag, New York, New York.

Obritschkewitsch, T., Martin, P., Suydam, R. 2001. Breeding biology of Steller's eiders nesting near Barrow, Alaska, 1999-2000. Technical Report. US Fish and Wildlife Service and North Slope Borough, Alaska.

Oil Spill Intelligence Report. 1996. International Oil Spill Statistics.

Olemaun, N. 2003. Scoping Testimony. Alpine Satellite Development Plan, Environmental Impact Statement Scoping Meeting. Barrow, Alaska.

Olson, J.E. 1982. Acid Pollution and Acid Rain: Report 8, The Effects of Air Pollution and Acid Rain on Fish, Wildlife, and Their Habitats - Arctic Tundra and Alpine Meadows. FWS/OBS-80/40-8. U.S. Department of Interior, U.S. Fish and Wildlife Service, Biological Services Program, Eastern Energy and Land Use Team, Washington, D.C.

Olson, T.L., and B.K. Gilbert. 1994. Variable Impacts of People on Brown Bear Use of an Alaskan River. In Ninth International Conference on Bear Research and Management, February 1992, Missoula, Montana, J.J. Claar and P. Schullery (eds.). International Association for Bear Research and Management, Vancouver, British Columbia.

Olson, T.L., and L. E. Noel. 2000. Caribou Distribution in the Milne Point Study Area, Summer 1999. Final Report. Prepared by LGL Alaska Research Associates for British Petroleum Exploration-Alaska, Inc., Anchorage, Alaska.

Oritsland, N.A., F.R. Engelhardt, F.A. Juck, R.J. Hurst, and P.D. Watts. 1981. Effects of Crude Oil on Polar Bears. Environmental Study No. 24. Canadian Department of Northern Affairs, Ottawa, Ontario.

Ott, A.G. 1997. Letter Dated August 20, 1997, to Johanna Munson, State NPR - A Representative, from A.G. Ott, Regional Supervisor, Alaska Department of Fish and Game, Habitat and Restoration Division.

Overpeck, J., K. Hughen, D. Hardy, R. Bradley, R. Case, M. Douglas, B. Finney, K. Gajewski, G. Jacoby, A. Jennings, S. Lamoureaux, A. Lasca, G. MacDonald, J. Moore, M. Retelle, S. Smith, A. Wolfe, and G. Zielinski. 1997. Arctic Environmental Change of the Last Four Centuries. Science 278:1251-1256.

Overstreet, R., and J.A. Galt. 1995. Physical Processes Affecting the Movement and Spreading of Oils in Inland Waters. HAZMAT Report 95-7. U.S. Environmental Protection Agency, Region 5, Chicago, Illinois.

Owens, N.W. 1977. Responses of wintering brant geese to human disturbance. Pp. 5-14.

Pacific Flyway Council. 2003. Pacific Flyway Management Plan for the Pacific Population of Brant. Prepared by the Brant Subcommittee of the Pacific Flyway Study Committee.

## Northeast NPR-A Administrative Record

Reference

Pacific Meridian Resources. 1996. National Petroleum Reserve - Alaska Landcover Inventory: Phase 2, Eastern NPR - A. Interim Report PMR Job Number 401. Pacific Meridian Resources, Sacramento, California.

Paneak, S. 1990. We Hunt to Live. Reprinted by the North Slope Borough Planning Department, Barrow, Alaska from Alaska Magazine, March 1960. With Permission from His Widow Susie Paneak.

Parson, E.A., L. Carter, P. Aderson, B. Wang, and G. Weller. 2001. Potential Consequences of Climate Variability and Change for Alaska. In The Potential Consequences of Climate Variability and Change: Foundation Report. Cambridge University Press, Cambridge, United Kingdom.

Patten, S.M., and L.R. Patten. 1979. Evolution, Pathobiology, and Breeding Ecology of Large Gulls (Larus) in Northeast Gulf of Alaska and Effects of Petroleum Exposure on the Breeding Ecology of Gulls and Kittiwakes. U.S. Department of Commerce, National Oceanic and Atmospheric Administration, Boulder, Colorado.

Patten, S.M., R. Gustin, and T. Crowe. 1991. Injury Assessment of Hydrocarbon Uptake by Sea Ducks in Prince William Sound and the Kodiak Archipelago, Alaska. State-Federal Natural Resource Damage Assessment for December 1990-November 1991. Draft Preliminary Natural Resources Damage Assessment Status Report, Bird Study Number 11.

Pavlas, S.F., W.M. Fowler, S.J. Tonkins, and E.J. Young. 2000. ARCO Uses Vertical Loops to Contain Potential Oil Line Leaks. Pipeline and Gas Industry 83(6)53-57.

Payne, J.R., G.D. McNabb, and J.R. Clayton. 1991. Oil Weathering Behavior in Arctic Environments. In Proceedings from the Pro Mare Symposium on Polar Marine Ecology, May 12-16, 1990, Trondheim, Norway. Polar Research 10:631-662.

Payne, J.R., G.D. McNabb, Jr., L.E. Hachmeister, B.E. Kirstein, J.R. Clayton, Jr., C.R. Phillips, R.T. Redding, C.L. Clary, G.S. Smith, and G.H. Farmer. 1987. Development of a Predictive Model for Weathering of Oil in the Presence of Sea Ice. Outer Continental Shelf Environmental Assessment Program Final Reports of Principal Investigators. U.S. Department of Commerce, National Oceanic and Atmospheric Administration, Outer Continental Shelf Environmental Assessment Program, and U.S. Department of Interior, Minerals Management Service, Alaska Outer Continental Shelf Region, Anchorage, Alaska.

Peat, Marwick, Mitchell & Company. 1978. Beaufort Sea Region Socioeconomic Baseline. Social and Economic Studies Program Technical Report Number 11. Final Report. Prepared for the U.S. Department of the Interior, Bureau of Land Management, Alaska Outer Continental Shelf Office, Anchorage, Alaska.

Pedersen, S, and J. Taalak. 2001. 1999-2000 Subsistence Harvest of Caribou and Other Big Game Resources in Nuiqsut, Alaska. Alaska Department of Fish and Game, Division of Subsistence, Open File Report April 2001.

Pedersen, S, and N.S. Shishido. 1988. Subsistence Study at Nuiqsut. Alaska Department of Fish and Game, Division of Subsistence, Fairbanks, Alaska.

Pedersen, S, R.J. Wolfe, C. Scott and R.A. Caulfield. 2000. Part 1: Subsistence Economics and Oil Development - Case Studies from Nuiqsut and Kaktovik, Alaska. Part 2: Subsistence Harvest Variability in Alaska Native Communities. Open File Report No. 1-2000NS. Alaska Department of Fish and Game, Division of Subsistence, and the University of Alaska, Department of Alaska Native and Rural Development, Fairbanks, Alaska.

Pedersen, S. (No Date). Unpublished Nuiqsut Subsistence Harvest Data.

Pedersen, S. 1979. Regional Subsistence Land Use, North Slope Borough, Alaska. Occasional Paper No. 21. Anthropology and Historic Preservation, Cooperative Park Studies Unit, University of Alaska, Fairbanks, Alaska Conservation and Environmental Protection, and North Slope Borough, Barrow, Alaska.

Pedersen, S. 1995. Nuiqsut. Chapter 22 In An Investigation of the Sociocultural Consequences of Outer Continental Shelf Development in Alaska, J.A. Fall and C.J. Utermohle (eds.). Alaska Department of Fish and Game, Division of Subsistence Technical Report Number 160. Volume 5. U.S. Department of Interior, Minerals Management Service, Anchorage, Alaska.

Pedersen, S. 2004. Personal Communication via Electronic Mail Dated May 7, 2004.

## Northeast NPR-A Administrative Record

Reference

Pedersen, S. and Taalak, J. 2001. 1999-2000 Subsistence Harvest of Caribou and other Big Game Resources in Nuiqsut, Alaska. Open File Report. Divison of Subsistence, Arctic Region, Alaska Department of Fish and Game, Fairbanks, Alaska.

Pedersen, S. In Prep. North Slope Subsistence Data Atlas, Nuiqsut Map Series, Extent Land Use by Nuiqsut Residents circa 1973-1986. Alaska Department of Fish and Game, Subsistence Division, Fairbanks, Alaska.

Peratrovich, Nottingham, and Drage, Inc. 2002. NPRA Rendezvous Development, Road and Pad Construction, Materials Study. Appendix G In Roads, Bridges, Dock & Gravel Study - Roads. ConocoPhillips.

Petersen, M.R., J.B. Grand, and C.P. Dau. 2000. Spectacled Eider (Somateria fischeri). In The Birds of North America, No. 547, A. Poole and F. Gill (eds.). The Birds of North America, Inc., Philadelphia, Pennsylvania.

Petersen, M.R., J.F. Piatt, and K.A. Trust. 1998. Foods of Spectacled Eiders Somateria fischeri in the Bering Sea, Alaska. Wildfowl 49:124-128.

Petersen, M.R., W.W. Larned, and D.C. Douglas. 1999. At-sea Distribution of Spectacled Eiders: A 120-year-old Mystery Resolved. Auk 116(4):1009-1020.

Peterson, D.L., and D.R. Johnson (eds.). 1995. Human Ecology and Climate Change: People and Resources in the Far North. Taylor and Francis, Washington, D.C.

Petroleum News Alaska. 2001. Phillips and Anadarko Announce Five Discovery Wells in NPR-A. Petroleum News Alaska, News Bulletin 7(60-1). May 21, 2001.

Petroleum News Alaska. 2002. Road to NPR - A. Petroleum News Alaska 7(39).

Petroleum News Alaska. 2004a. ConocoPhillips Applies for Expansion of Alpine Oil Pool. Petroleum News Alaska, News Bulletin Volume10, Number 68. August 4, 2004.

Petroleum News Alaska. 2004b. New Pad, Pad Expansion at West Sak: 44 New Wells Planned. Petroleum News Alaska, News Bulletin Volume10, Number 69. August 10, 2004.

Petroleum News Alaska. 2004c. Governor Committed to Drilling ANWR Strat Well. Petroleum News Alaska, News Bulletin Volume10, Number 64. July 20, 2004.

Petroleum News Alaska. 2004d. Alaska to Lease Offshore ANWR Tracts in October 27 Aerawide Sale. Petroleum News Alaska, News Bulletin Volume10, Number 67. July 29, 2004.

Petroleum News Alaska. 2004e. State Issues RFP for Colville River Road EIS. Petroleum News Alaska, News Bulletin Volume10, Number 71. August 2, 2004.

Petroleum News Bulletin. 2000. Phillips Begins Permitting for Meltwater Development. Petroleum News Bulletin 6(46):1.

Petroleum News Bulletin. 2001. Phillips Submits Applications for Colville River Satellite Development, CD South (Nanuq). Petroleum News Bulletin 7(93):2.

Petroleum News, 2002. Expanding the Scope. ConocoPhillips Alaska Talking About Three More Alpine Satellites for a Total of Five; Company Plans to Sanction Alpine Facility Expansion Next Year. Petroleum News, December 15, 2002. Anchorage, Alaska.

Petroleum News.  2004. North Slope Foothill Road Studies Include East and West Routes from Dalton Highway. Petroleum News, November 21, 2004.

Petroleum News. 2000. PhillipsAlaska, BP announce discovery South of Kuparuk. Petroleum News Vol. 6, No. 18. May 2, 2000.

Petroleum News. 2001. Potential State and Federal Oil and Gas Lease Sales in Alaska. Volume 6, Number 9, September 23, 2001.

## Northeast NPR-A Administrative Record

Reference

Petroleum News. 2001. Second Alpine Satellite Discovery Announced. Nanuq, South of Alpine, Estimated to Contain more then 40 million Barrels of Recoverable Reserves. Petroleum News, Volume 6, Number 7. July 30, 2001.

Petroleum News. 2002. Anadarko Files Plans for Dolly Varden, Arctic Char Prospects in Foothills. Petroleum News, Volume 7, Number 29, July 21, 2002.

Petroleum News. 2002. Five Bucks a Barrel. Petroleum News, Vol. 7, No. 51. December 22, 2002.

Petroleum News. 2002. Road to NPR-A. Petroleum News. Volume 7, Number 39. September 29, 2002. Anchorage, Alaska

Petroleum News. 2003. Building resource roads: Alaska's industrial roads project directed at old and gas, mining. Volume 8, Number 17. April 27, 2003.

Petroleum News. 2003. ConocoPhillips Applies to Over Summer Rig at Kokoda or Carbon in NPR-A. Petroleum News, January 19, 2003.

Petroleum News. 2003. ConocoPhillips Gets Drilling Permits for Puviaq, Oberon Exploration Wells. Petroleum News Bulletin, Volume 9, Number 4. January 14, 2003.

Petroleum News. 2003. First meeting set for gas pipeline advisory group: Alaska municipalities to work with state on contract with North Slope gas producers for payments in lieu of taxes. Petroleum News, Vol. 8, No. 41, October 12, 2003.

Petroleum News. 2003. Governor Calls for Application under Alaska's Stranded Gas Act. Petroleum News Bulletin. Volume 9, Number 114. Anchorage, Alaska.

Petroleum News. 2003. TotalFinaElf meets with Agencies about 2004 NPR-A Drilling. Petroleum News Bulletin, Volume 9, Number 43,  April 25, 2003.

Petroleum News. 2004. Alpine Sets Production Record as First Phase of Capacity Expansion Kicks In. Petroleum News Bulletin, Volume 10, Number 81, October 5, 2004.

Petroleum News. 2004. Corps issues record of decision on two Alpine satellites. Petroleum News Bulletin, Volume 10, Number 111. December 7, 2004.

Petroleum News. 2004. Hot Ice Find Gas, But No Hydrates at Test Well. March 7, 2004: [http://www.petroleumnews.com/pmarch/050307-28.html].

Petroleum News. 2004. TransCanada Proposes Alaska Buy North Slope Gas and Guarantee Shipments. Petroleum News Bulletin, Volume 10, Number 28, March 19, 2004.

Phillips Alaska, Inc. (PAI). 2001. Colville River Unit Satellite Development Environmental Evaluation Document.

Phillips Alaska, Inc. (PAI). 2002. Colville River Unit Satellite Development Environmental Evaluation Document. Revised June, 2002. Anchorage, Alaska.

Phillips Petroleum Company. 2001. Phillips and Anadarko Announce New Satellite Discovery at Alpine. News Release 07/25/2001.

Phillips Petroleum Company. 2001. Phillips and BP Announce New Kuparuk Satellite. News Release 5/18/2001.

Phillips, R.L. 1989. Summary of Late Cretaceous Environments Near Ocean Point, North Slope, Alaska. U.S. Geological Survey Bulletin 1946:101-106.

Philo, L.M., E.B. Shotts, Jr., and J.C. George. 1993b. Morbidity and Mortality. In The Bowhead Whale, J.J. Burns, J.J. Montague and C.J. Cowles (eds.). The Society for Marine Mammalogy, Lawrence, Kansas.

Philo, L.M., G.M. Carroll, and D.A. Yokel. 1993c. Movements of Caribou in the Teshekpuk Lake Herd as Determined by Satellite Tracking: 1990-1993. Department of Wildlife Management, North Shore Bureau, Barrow, Alaska.

# Northeast NPR-A Administrative Record

Reference

Philo, L.M., J.C. George, and L.L. Moulton. 1993a. The Occurrence and Distribution of Anadromous and Freshwater Fish in Teshekpuk Lake, Alaska, 1990-1992. Department of Wildlife Management, North Slope Borough, Barrow, Alaska.

PI/Dwight's Plus Drilling Wire. 2001. Phillips, Anadarko Announce Five Discoveries in NPR - A. PI/Dwight's Plus Drilling Wire Alaska 47(21).

Pipeline & Gas Journal. 2004. Waiting for News on Alaskan Gas Pipeline? Better Not Hold Your Breath. January 2004.

PlanetSave.com. 2003. Plan to Extend Arctic Drilling Season Gets Chilly Reception from Environmentalists. Accessed 3/7/2004.

Platte, R., and R. Stehn 2004. Personal Communication to B. Rodrigues, January, 2004. U.S. Department of Interior, U.S. Fish and Wildlife Service, Migratory Bird Management, Anchorage, Alaska. LGL Limited Environmental Research Associates, Anchorage, Alaska.

Pollard, R.H., and W.B. Ballard. 1993. Caribou Distribution in the Prudhoe Bay Oil Field, Summer 1992. Northern Alaska Research Studies. British Petroleum Exploration-Alaska, Inc., Anchorage, Alaska.

Pollard, R.H., W.B. Ballard, L.E. Noel, and M.A. Cronin. 1996a. Parasitic Insect Abundance and Microclimate of Gravel Pads and Tundra within the Prudhoe Bay Oilfield, Alaska, in Relation to Use by Caribou, Rangifer tarandus granti. Canadian Field-Naturalist 110:649  658.

Pollard, R.H., W.B. Ballard, L.E. Noel, and M.A. Cronin. 1996b. Summer Distribution of Caribou, Rangifer tarandus granti, in the Prudhoe Bay Oil Field, Alaska, 1990-1994. Canadian Field-Naturalist 110:659-674.

Port Authority pushes multiple pipeline plans for gas line

Power, G. 1997. A Review of Fish Ecology in Arctic North America. Pp. 13-39 In: Fish Ecology in Arctic North America. J.B. Reynolds (ed.). American Fisheries Society Symposium 19. Bethesda, Maryland.

Prentki, R.T., M.C. Miller, R.J. Barsdate, V. Alexander, J. Kelly, and P. Coyne. 1980. Chemistry of the Ponds. In Limnology of Tundra Ponds, Barrow, Alaska, J.E. Hobbie (ed.). US/IBP Synthesis Series 13. Dowden, Hutchinson, and Ross, Stroudsburg, Pennsylvania.

Prichard, A.K., and S.M. Murphy. 2004. Analysis and Mapping of Satellite Telemetry Data for the Teshekpuk Caribou Herd 1990-2002. Unpublished Report. ABR, Inc., Fairbanks, Alaska.

Prichard, A.K., S.M. Murphy, and M.D. Smith. 2001. Analysis and Mapping of Satellite Telemetry Data for the Teshekpuk Caribou Herd 1990-1999 with a Note on Five Western Arctic Caribou. Prepared for North Shore Bureau Department of Wildlife Management, Alaska Department of Fish and Game, and U.S. Department of Interior, Bureau of Land Management.

Pullman, E.R., and B.E. Lawhead. 2002. Snow Depth Under Elevated Pipelines in Western North Slope Oilfields. Final Report. Prepared by ABR, Inc., Environmental Research & Services, Fairbanks, Alaska, for Phillips Alaska, Inc., Anchorage.

Purves, F. 1978. The Interaction of Crude Oil and Natural Gas with Laboratory-Grown Saline Ice. EPS-4-EC-78-9. Environment Canada, Ottawa, Ontario.

Quakenbush, L.T., and E. Snyder-Conn. 1993. Pathology and Contaminant Case Report on Three Steller's Eiders from Alaska. Technical Report NAES-TR-01. U.S. Department of Interior, U.S. Fish and Wildlife Service, Fairbanks, Alaska.

Quakenbush, L.T., and R. Suydam. 1999. Periodic Nonbreeding of Steller's Eiders Near Barrow, Alaska, with Speculations on Possible Causes in Behaviour and Ecology of Sea Ducks. Pages 34-40 In Behaviour and Ecology of Sea Ducks, R.I. Goudie, M.R. Petersen, and G.J. Robertson (eds.). Canadian Wildlife Service Occasional Paper No. 100. Environment Canada, Canadian Wildlife Service, Ottawa, Ontario.

## Northeast NPR-A Administrative Record

Reference

Quakenbush, L.T., R.H. Day, B.A. Anderson, F.A. Petelka, and B.J. McCaffery. 2002. Historical and Present Breeding Season Distribution of Steller's Eiders in Alaska. Western Birds 33:99-120.

Quakenbush, L.T., R.S. Suydam, K.M. Fluetsch, and C.L. Donaldson. 1995. Breeding Biology of Steller's Eiders Nesting Near Barrow, Alaska 1991-1994. Technical Report NAES-TR-95-03. U.S. Department of Interior, U.S. Fish and Wildlife Service, Fairbanks, Alaska.

Rausch, R. 1951. Notes on the Nunamiut Eskimos and Mammals of the Anaktuvuk Pass Region, Brooks Range, Alaska. Reprinted with Permission of the Author by the North Slope Borough Planning Department, Barrow, Alaska, from Arctic 4(3), December 1951.

Rausch, R. 1988. Notes on the Nunamiut Eskimo and Mammals of the Anaktuvuk Pass Region, Brooks Range, Alaska. North Slope Borough, Planning Department, Barrow, Alaska.

Raveling, D. 1984. Geese and hunters of Alaska's Yukon Delta: management problems and political dilemmas. Trans. N. Amer. Wildl. and Natur. Resour. Conf. 49.

Reanier, R.E. 1995. The Antiquity of Paleoindian Materials in Northern Alaska. Arctic Anthropology 32(1):31-50.

Reanier, R.E. 1996. Putu and Bedwell. In American Beginnings: The Prehistory and Paleoecology of Beringia, F. West (ed.). University of Chicago Press, Chicago, Illinois.

Reanier, R.E. 1997. Regional Cultural History and Prehistoric Sites 10,000 B.C. to 1,500 A.D. In National Petroleum Reserve - Alaska Symposium Proceedings: Traditional Knowledge and the Resources of the Northeast Planning Area of the National Petroleum Reserve - Alaska. Outer Continental Shelf Report MMS 97-0013. U.S. Department of the Interior, Minerals Management Service, Alaska Outer Continental Shelf Region, Anchorage, Alaska.

Reanier, R.E. 2000. Archaeological and Cultural Resources Reconnaissance in the Phillips Alaska Exploration Area, National Petroleum Reserve, Alaska, for the Year 2000. Prepared for Phillips Alaska, Inc., Anchorage, Alaska.

Reanier, R.E. 2002. Archaeological and Cultural Resources Reconnaissance in the Phillips Alaska Exploration Area, National Petroleum Reserve, Alaska, for the Year 2001. Prepared for Phillips Alaska, Inc., Anchorage, Alaska.

Reanier, R.E. 2003. Archaeological and Cultural Resources Reconnaissance for the Puviaq Prospect, National Petroleum Reserve, Alaska, for the Year 2002. Prepared for Conoco/Phillips Alaska, Inc., Anchorage, Alaska.

Reed, A., D.H. Ward, D.V. Derksen, and J.S. Sedinger. 1998. Brant (Branta bernicla). In The Birds of North America, No. 337, A. Poole and F. Gill, (eds.). The Birds of North American, Inc., Philadelphia, Pennsylvania.

Reed, E.B. 1956. Notes on Some Birds and Mammals of the Colville River, Alaska. Canadian Field-Naturalist 70:130-136.

Reed, M., N. Ekrol, P. Daling, O. Johansen, M.K. Ditlevsen, and I. Swahn. 2000. SINTEF Oil Weathering Model User's Manual, Version 1.8. SINTEF Applied Chemistry, Trondheim, Norway.

Reimnitz, E., S.M. Graves, and P.W. Barnes. 1985. Beaufort Sea Coastal Erosion, Shoreline Evolution, and Sediment Flux. Open-File Report 85-380. U.S. Department of the Interior, Geological Survey, Reston, Virginia.

Research Foundation of the State University of New York (RFSUNY). 1984. Ethnographic Study and Monitoring Methodology of Contemporary Economic Growth, Socio-cultural Change and Community Development in Nuiqsut, Alaska. Prepared for U.S. Department of Interior, Minerals Management Service, Alaska Outer Continental Shelf Region, Leasing and Environment Office, Social and Economic Studies Unit, Anchorage, Alaska.

Reub, G.S., J.D. Durst, and D.R. Glass. 1991. Fish Distribution and Abundance. Part IV, Chapter 1 In Endicott Environmental Program, 1987. Final Reports, Volume 6. Report Prepared by Envirosphere Company for U.S. Army Corps of Engineers, Alaska District, Anchorage, Alaska.

## Northeast NPR-A Administrative Record

Reference

Revkin, A.C. 2001. Hunting for Oil; New Precision, Less Pollution. New York Times. Section F, Page 1. January 30, 2001.

Reynolds, H.V. 1979. Population Biology, Movements, Distribution, and Habitat Utilization of a Grizzly Bear Population in NPR - A. In Studies of Selected Wildlife and Fish and Their Habitat on and Adjacent to National Petroleum Reserve in Alaska (NPR - A), 1977-1978, P.C. Lent (ed.). Volume 1, Work Group 3, Field Study 3. U.S. Department of the Interior, Anchorage, Alaska.

Reynolds, J.B. 1997. Ecology of Overwintering Fishes in Alaskan Freshwater. In Freshwaters of Alaska: Ecological Synthesis, A.M. Milner and M.W. Oswood (eds.). Springer-Verlag, New York, New York.

Reynolds, P.E. 1998. Dynamics and Range Expansion of a Reestablished Muskox Population. Journal of Wildlife Management 62:734-744.

Reynolds, P.E., and D.J. LaPlant. 1985. Effects of Winter Seismic Exploration Activities on Muskoxen in the Arctic National Wildlife Refuge. In Arctic National Wildlife Refuge Coastal Plain Resource Assessment. 1984 Update Report Baseline Study of the Fish, Wildlife, and Their Habitats, G.W. Garner and P.E. Reynolds (eds.). ANWR Progress Report No, FY85-2, Volume I. U.S. Department of Interior, U.S. Fish and Wildlife Service, Anchorage, Alaska.

Reynolds, P.E., and D.J. LaPlant. 1986. Effects of Winter Seismic Exploration Activities on Muskoxen in the Arctic National Wildlife Refuge, January-May, 1984-1985. Appendix V In Arctic National Wildlife Refuge Coastal Plain Resource Assessment, 1985 Update Report Baseline Study of the Fish, Wildlife, and Their Habitats, G.W. Garner and P.E. Reynolds (eds.). ANWR Progress Report No. FY86-4, Volume 3. U.S. Department of Interior, U.S. Fish and Wildlife Service, Anchorage, Alaska.

Reynolds, P.E., H.V. Reynolds, III, and E.H. Follmann. 1986. Responses of Grizzly Bears to Seismic Surveys in Northern Alaska. Pages 169-175 In International Conference on Bear Research and Management: Bears - Their Biology and Management. International Association for Bear Research and Management, Vancouver, British Columbia.

Rhoades, D. Whatever Happened to the Notion of Multiple Use in the NPR-A?. Letters from the People. Anchorage Daily News, April 2, 2003.

Rhodes, T. 2004. Tundra Openings Could be Tailored to Equipment Next Year. Alaska Journal of Commerce, March 30, 2004: [http://www.alaskajournal.com/stories/032904/oil_20040329037.shtml].

Rice, S.D. 1985. Effects of Oil on Fish. In Petroleum Effects in the Arctic Environment, F.R. Engelhardt (ed.). Canada Oil and Gas Lands Administration, Ottawa, Ontario.

Rice, S.D., A. Moles, T.L. Taylor, and J.F. Karinen. 1979. Sensitivity of 39 Alaskan Marine Species to Cook Inlet Crude Oil and No. 2 Fuel Oil. In Proceedings of the 1979 Oil Spill Conference, March 19-22, 1979, Los Angeles, California. American Petroleum Institute, Washington, D.C.

Richardson, W.J. (ed.). 1997. Northstar Marine Mammal Monitoring Program, 1996: Marine Mammal and Acoustical Monitoring of a Seismic Program in the Alaskan Beaufort Sea. LGL Report TA2121-2. Prepared by LGL Ltd., King City, Ontario, and Greeneridge Sciences, Inc., Santa Barbara, California, for BP Exploration (Alaska) Inc., Anchorage, Alaska, and NOAA Fisheries, Anchorage, Alaska, and Silver Spring, Maryland.

Richardson, W.J. (ed.). 1998. Marine Mammal and Acoustical Monitoring of BPXa's Seismic Program in the Alaskan Beaufort Sea, 1997. Prepared by LGL Ltd., King City, Ontario, and Greeneridge Sciences, Inc., Santa Barbara, California, for BP Exploration (Alaska) Inc., Anchorage, Alaska, and NOAA Fisheries, Anchorage, Alaska, and Silver Spring, Maryland.

Richardson, W.J. (ed.). 1999. Marine Mammal and Acoustical Monitoring of Western Geophysical's Open-Water Seismic Program in the Alaskan Beaufort Sea, 1998. LGL Report TA2230-3. LGL Ltd., Environmental Research Associates, King City, Ontario. 390 pages.

Richardson, W.J., and C. I. Malme. 1993. Man-made Noise and Behavioral Responses. Pages 631-700 In The Bowhead Whale, J.J. Burns, J.J. Montague, and C.J. Cowles. (eds.). Special Publication Number 2. The Society for Marine Mammalogy, Allen Press, Lawrence, Kansas.

## Northeast NPR-A Administrative Record

Reference

Richardson, W.J., and D.H. Thomson (eds.). 2002. Bowhead Whale Feeding in the Eastern Alaskan Beaufort Sea: Update of Scientific and Traditional Information. Outer Continental Shelf Study MMS 2002-012; LGL Report TA2196-7. Report Prepared by LGL Ltd., King City, Ontario for U.S. Department of Interior, Minerals Management Service, Anchorage, Alaska.

Richardson, W.J., and M. T. Williams, eds.. 2000. Monitoring of Ringed Seals During Construction of Ice Roads for BP's Northstar Oil Development, Alaskan Beaufort Sea, 1999. Prepared by LGL Ltd, King City, Ontario, and LGL Alaska Research Associates, Inc., Anchorage, Alaska for BP Exploration (Alaska) Inc., Anchorage, Alaska and NOAA Fisheries Service, Anchorage, Alaska, and Silver Spring, Maryland.

Richardson, W.J., and M.T. Williams. 2002. Monitoring of Industrial Sounds, Seals and Bowhead Whales Near British Petroleum's Northstar Oil Development, Alaskan Beaufort Sea, 1999-2002. Report Prepared by LGL Ltd. King City, Ontario, and Greenridge Sciences, Inc., Santa Barbara, California, for British Petroleum Exploration - Alaska, Inc., Anchorage, Alaska, and the National Marine Fisheries Service, Anchorage, Alaska, and Silver Spring, Maryland.

Richardson, W.J., and M.T. Williams. 2003. Monitoring of Industrial Sounds, Seals and Bowhead Whales Near British Petroleum's Northstar Oil Development, Alaskan Beaufort Sea, 1999-2002 [Dec. 2003 ed]. Report Prepared by LGL Ltd. King City, Ontario, and Greenridge Sciences, Inc., Santa Barbara, California, for British Petroleum Exploration - Alaska, Inc., Anchorage, Alaska.

Richardson, W.J., and M.T. Williams. 2004. Monitoring of Industrial Sounds, Seals and Bowhead Whales Near British Petroleum's Northstar Oil Development, Alaskan Beaufort Sea, 1999-2003. Report Prepared by LGL Ltd. King City, Ontario, and Greenridge Sciences, Inc., Santa Barbara, California, for British Petroleum Exploration - Alaska, Inc., Anchorage, Alaska.

Richardson, W.J., C.R. Greene Jr., C.I. Malme, and D.H. Thomson. 1995. Marine Mammals and Noise. Academic Press, San Diego, California.

Rieger, S., D.B. Schoephorster, and C.E. Furbush. 1979. Exploratory Soil Survey of Alaska. GPO 1979- 247-478/68. U.S. Department of Agriculture, Soil Conservation Service, Anchorage, Alaska.

Ritchie, R.J. 1987. Responses of Adult Peregrine Falcons to Experimental and Other Disturbance Along the Trans-Alaskan Pipeline System, Sagavanirktok River, Alaska, 1985, 1986. Final Report. Prepared by Alaska Biological Research, Inc., Fairbanks, Alaska, for Alyeska Pipeline Service Company, Anchorage, Alaska.

Ritchie, R.J., A.M. Wildman, and D.A. Yokel. 2003. Aerial Surveys of Cliff-Nesting Raptors in the National Petroleum Reserve-Alaska, 1999, with Comparisons to 1977. Technical Note 413, U.S. Department of the Interior, Bureau of Land Management, Fairbanks, Alaska.

Ritchie, R.J., and A.M. Wildman. 2000. Aerial surveys for nesting brant and snow geese, Kasegaluk Lagoon to Fish Creek Delta, Alaska, 1999. ABR, Inc. Fairbanks, Alaska.

Ritchie, R.J., and A.M. Wildman. 2000. Aerial Surveys of Cliff-nesting Raptors in the National Petroleum Reserve -Alaska, 1999. Report Prepared by ABR, Inc., Fairbanks, Alaska, for the U.S. Department of Interior, Bureau of Land Management, Fairbanks, Alaska.

Ritchie, R.J., and J.G. King. 2000. Tundra Swans. In The Natural History of an Arctic Oil Field: Development and the Biota, J.C. Truett and S.R. Johnson (eds.). Academic Press, New York, New York.

Ritchie, R.J., and J.G. King. 2001. Results of Steller's Eider Surveys near Barrow, Admiralty Bay, and Meade River, Alaska, 1999 and 2000. Unpublished Report Prepared for North Slope Borough Department of Wildlife Management, Barrow, Alaska by ABR, Inc., Fairbanks, Alaska.

Ritchie, R.J., and J.G. King. 2002. Steller's Eider Surveys Near Barrow and the Meade River, Alaska, 2001.

Ritchie, R.J., and J.G. King. 2003. Steller's Eider Surveys Near Barrow and the Meade River, Alaska, 2002.

## Northeast NPR-A Administrative Record

Reference

Ritchie, R.J., P. Lovely, and M.J. Knocke. 2002. Aerial Surveys for Nesting and Brood-Rearing Brant and Snow Geese, Barrow to Fish Creek Delta, Alaska, 2001. Final Report. ABR, Inc., Fairbanks, Alaska.

Ritchie, R.J., R.M. Burgess, and R.S. Suydam. 2000. Status and Nesting Distribution of Lesser Snow Geese and Brant on the Western Arctic Coastal Plain. Canadian Field-Naturalist 114:395-404.

Roby, D.D. 1978. Behavior Patterns of Barren-ground Caribou of the Central Arctic Herd Adjacent to the Trans-Alaska Oil Pipeline. M.S. Thesis. University of Alaska, Fairbanks, Alaska.

Rodgers, J.A., and H.T. Smith. 1995. Set-back Distances to Protect Nesting Bird Colonies from Human Disturbance in Florida. Conservation Biology 9(1):89-99.

Rodgers, J.A., and S.T. Schwikert. 2001. Buffer-zone Distances to Protect Foraging and Loafing Waterbirds from Disturbance by Personal Watercraft and Outboard-powered Boats. Conservation Biology 16(1):216-224.

Rodrigues, R. 1992. Bird Use of Abandoned Gravel Pads in Arctic Alaska: 1990 and 1991. Report Prepared by LGL Alaska Research Associates, Inc., Anchorage, Alaska, for British Petroleum Exploration-Alaska, Inc., Anchorage, Alaska.

Rodrigues, R. 2002. Nest Density, Nest Survival, and Habitat Use of Tundra-nesting Birds, Point Thomson, Alaska, 2002. Report Prepared by LGL Alaska Research Associates, Inc., Anchorage, Alaska, for British Petroleum Exploration-Alaska, Inc., Anchorage, Alaska.

Rodrigues, R., R.O. Skoog, and R.H. Pollard. 1994. Inventory of Arctic Fox Dens in the Prudhoe Bay Oil Field, Alaska. Final Report. Prepared by LGL Alaska Research Associates, Inc., Anchorage, Alaska, for British Petroleum Exploration-Alaska, Inc., Anchorage, Alaska.

Rolligon Corporation. 2004. All Terrain Vehicles. Anderson, Texas: [http.rolligon.com].

Rookus, A.J. 1997. Telephone Conversation Dated May 19, 1997, Between A.J. Rookus, Project Manager, Lounsbury and Assocs., Inc., and J. Tremont, Geographer, U.S. Department of Interior, Minerals Management Service, Alaska Outer Continental Shelf Region; Subject: Oliktok Dock.

Roseneau, D.A., C.E. Tull, and R.W. Nelson. 1981. Protection Strategies for Peregrine Falcons and Other Raptors Along the Planned Northwest Alaskan Gas Pipeline Route. Unpublished Report. Prepared by LGL Alaska Research Associates, Inc., Fairbanks, Alaska, for Northwest Alaskan Pipeline Company and Flour Northwest, Inc., Fairbanks, Alaska.

Ross, B.D. 1988. Causeways in the Alaskan Beaufort Sea. U.S. Environmental Protection Agency Publication 910/0-88-218. U.S. Environmental Protection Agency, Region 10, Alaska Operations Office, Anchorage, Alaska.

Rovansek, R.J., L.D. Hinzman, and D.L. Kane. 1996. Hydrology of a Tundra Wetland Complex on the Alaskan Arctic Coastal Plain, U.S.A. Arctic and Alpine Research 28:311-317.

Rowe, L., J. Dollahite, and B. Camp. 1973. Toxicity of Two Crude Oils and of Kerosene to Cattle. Journal of American Veterinary Medicine Association 16:60-66.

Rugh, D.J., K.E.W. Shelden, and D.E. Withrow. 1995. Spotted Seals Sightings in Alaska 1992-93. Annual Report to the U.S. Department of Commerce, National Oceanic and Atmospheric Administration, National Marine Fisheries Service, Office of Protected Resources, Marine Mammal Protection Act Assessment Program, Silver Spring, Maryland.

S. Cramp (ed.) 1977. Handbook of the Birds of Europe, the Middle East and North Africa. Vol. 1: Ostrich - Ducks. Oxford University Press, Oxford.

S.L. Ross Environmental Research, Ltd. 1998. Laboratory Testing to Determine Spill Related Properties of Liberty Crude Oil. British Petroleum Exploration-Alaska, Inc., Anchorage, Alaska.

Scandpower AS. 2001. Blowout Frequency Assessment of Northstar. Report No. 27.83.01/R1. British Petroleum Exploration-Alaska, Inc., Anchorage, Alaska.

## Northeast NPR-A Administrative Record

Reference

Schallenberger, A. 1980. Review of Oil and Gas Exploitation Impacts on Grizzly Bears. Pages 271-277 In Bears-Their Biology and Management, Fourth International Conference on Bear Research and Management, February 7, 1977, Kalispell, Montana, C.J. Martinka and K.J. McArthur (eds.). Bear Biology Association, Tonto Basin, Arizona.

Schell, D.M. 1975. Seasonal Variation in the Nutrient Chemistry and Conservative Constituents in Coastal Alaskan Beaufort Sea Waters. Research Reporting Series, Ecological Research Environmental Studies of an Arctic Estuarine System DPA-660/3-75-026. U.S. Environmental Protection Agency, National Environmental Research Center, Corvallis, Oregon.

Schell, D.M., and S.M. Saupe. 1993. Feeding and Growth as Indicated by Stable Isotopes. Chapter 12 In The Bowhead Whale, J.J. Burns, J.J. Montague, and C.J. Cowles (eds.). The Society for Marine Mammalogy, Lawrence, Kansas.

Schell, D.M., S.M. Saupe, and N. Haubenstock. 1987. Bowhead Whale Feeding: Allocation of Regional Habitat Importance Based on Stable Isotope Techniques. In Importance of the Eastern Alaskan Beaufort Sea to Feeding Bowhead Whales, 1985-86, W.J. Richardson (ed.). Prepared by LGL Ecological Research Associates, Inc., for U.S. Department of Interior, Minerals Management Service, Anchorage, Alaska.

Schindler, J.F. 1988. History of Exploration in the National Petroleum Reserve in Alaska, with Emphasis on the Period from 1975 to 1982. Pages 13-72 In Geology and Exploration of the National Petroleum Reserve in Alaska, 1974-1982, G. Gryc (ed.). U.S. Geological Survey Professional Paper 1399. U.S Government Printing Office, Washington, D.C.

Schliebe, S.L., S.B. Miller, and K. Profitt. (In Prep). Pack-ice Position and Polar Bear Distribution in the Central Beaufort Sea, Alaska during Fall Open Water and Freeze-up Period 2000-2002. In Presentations of the Fifteenth International Conference on Bear Research and Management, February 8-13, 2004, San Diego, California.

Schliebe, S.L., S.C. Amstrup, and G.W. Garner. 1995. The Status of Polar Bear in Alaska, 1993. In Polar Bears : Proceedings of the Eleventh Working Meeting of the IUCN/SSC Polar Bear Specialist Group, January 25-17, 1993, Copenhagen, Denmark, O. Wiig, E.W. Born, and G.W. Garner (eds.). IUCN, Gland, Switzerland.

Schmidt, D.R., W.B. Griffiths, and L.R. Martin. 1989. Overwintering Biology of Anadromous Fish in the Sagavanirktok River Delta, Alaska. Biological Papers of the University of Alaska 24:55-74.

Schmidt, D.R., W.B. Griffiths, D.K. Beaubien, and C.J. Herlugson. 1991. Movement of Young-of-the-year Arctic Ciscoes Across the Beaufort Sea Coast, 1985  1988. American Fisheries Society Symposium 11:132-144.

Schneider, W., and D. Libbey. 1979. Historic Context of Life on the North Slope in Native Livelihood and Dependence: A Study of Land Use Values Through Time. North Slope Borough Contract Staff. U.S. Department of the Interior, Anchorage, Alaska.

Schneider, W., S. Pedersen, and D. Libbey. 1980. The Barrow-Atqasuk Report: A Study of Land Use Values Through Time in the Barrow-Atqasuk Area. Occasional Paper No. 24. University of Alaska, Anthropology and Historic Preservation Cooperative Park Studies Unit, Fairbanks, Alaska, and North Slope Borough, Barrow, Alaska.

Schrader, F.C., and W.J. Peters. 1904. A Reconnaissance in Northern Alaska, Across the Rocky Mountains, Along Koyukuk, John, Anakuvuk, and Colville Rivers, and the Arctic Coast to Cape Lisburne, in 1901. U.S. Geological Survey Professional Paper 20. Government Printing Office, Washington, D.C.

Schulze, R.H., W.G. Grasskopf, J.C. Cox, and L.A. Schultz. 1982. Oil Spill Response Scenarios for Remote Arctic Environments. Technical Report EPA-600/2-82-036. U.S. Environmental Protection Agency, Municipal Environmental Research Laboratory, Cincinnati, Ohio.

Schweinsburg, R.E. 1974. Snow Geese Disturbance by Aircraft on the North Slope, September 1972. Arctic Gas Biological Report Series No. 14.

Scott, W.B., and E.J. Crossman. 1973. Freshwater Fishes of Canada. Fisheries Research Board of Canada Bulletin. 198.

Seaman, G.A., G.F. Tande, D.L. Clausen, and L.L. Trasky. 1981. Mid-Beaufort Coastal Habitat Evaluation Study: Colville River to Kuparuk River. Unpublished Report by the Alaska Department of Fish and Game for the North Shore Bureau, Barrow, Alaska.

## Northeast NPR-A Administrative Record

Reference

SECOR International, Inc. 2003. Nuiqsut Ambient Air Quality Monitoring Program Quarterly Data Report. October through December 2002 for ConocoPhillips Alaska, Inc., Nuiqsut Ambient Air Quality Monitoring Station, Nuiqsut, Alaska.

Sedinger, J.S., and A.A. Stickney. 2000. Black Brant. In The Natural History of an Arctic Oil Field: Development and the Biota, J.C. Truett and S.R. Johnson (eds.). Academic Press, New York, New York.

Sedinger, J.S., et al. 1993. Current status and recent dynamics of the black brant Branta bernicla breeding population. Wildfowl 44 (1993): 49-59.

Sellman, P.V., J. Brown, R.L. Lewellen, H. McKim, and C. Merry. 1975. The Classification and Geomorphic Implications of Thaw Lakes on the Arctic Coastal Plain, Alaska. Michael Baker, Jr., Inc., Anchorage, Alaska.

Shannon and Wilson Consultants. 1996. Flood-Frequency Analysis for the Colville River, North Slope, Alaska. Michael Baker. Jr., Inc., Anchorage, Alaska.

Shapiro, L.H., R.C. Metzner and K. Toovak. 1979. Historical References to Ice Conditions along the Beaufort Sea Coast of Alaska. Report UAG-R-268. University of Alaska, Geophysical Institute, Fairbanks, Alaska.

Sheehan, G.W. 1997. Overview of Late Prehistoric Sites and Culture. The NPR - A Symposium: Science, Traditional Knowledge, and the Resources of the National Petroleum Reserve in Alaska, April 16-18, 1997. U.S. Department of the Interior, Bureau of Land Management and Minerals Management Service, Alaska Outer Continental Shelf Region, Anchorage, Alaska.

Shelden, K.E.W., D.P. DeMaster, D.J. Rugh, and A.M. Olson. 2001. Developing Classification Criteria Under the U.S. Endangered Species Act: Bowhead Whales as a Case Study. Conservation Biology 15(5):1300-1307.

Sheppard, E.P., and P.E. Geroghiou. 1981. The Mutagenicity of Prudhoe Bay Crude Oil and its Burn Residues. Pages 195-213 In Proceedings of the Fourth Arctic Marine Oilspill Program Technical Seminar, June 16-19, 1981, Edmonton, Alberta. Environmental Protection Service, Environmental Emergency Branch, Ottawa, Ontario.

Sherwood, K.W. (ed.). 1998. Undiscovered Oil and Gas Resources, Alaska Federal Offshore, as of January 1995. Resource Assessment Models. Outer Continental Shelf Monograph, MMS 98-0054. U.S. Department of Interior, Minerals Management Service, Alaska Outer Continental Shelf Region, Anchorage, Alaska.

Shideler, R.T. 1986. Impacts of Human Developments and Land Use on Caribou: A Literature Review. In Impacts of Oil and Gas Development on the Central Arctic Herd. Volume 2. Technical Report 86-3. Alaska Department of Fish and Game, Habitat Division, Juneau, Alaska.

Shideler, R.T. 2000. Pipelines and Caribou Crossings - Agency Perspective. In Established Oil and Gas Practices and Technologies on Alaska's North Slope, Alaska Conference Proceedings. U.S. Department of Energy, National Energy Technology Laboratory and National Petroleum Technology Office, and the State of Alaska.

Shideler, R.T., and J. Hechtel. 1995. Grizzly Bear Use of Oil Fields Around Prudhoe Bay, Alaska. In The Tenth International Conference on Bears Resources and Management, July 16-20, 1995, Fairbanks, Alaska.

Shideler, R.T., and J. Hechtel. 2000. Grizzly Bear. Pages 105-132 In The Natural History of an Arctic Oil Field: Development and the Biota, J.C. Truett and S.R. Johnson, (eds.). Academic Press, San Diego, California.

Silva, J.B. (ed.). 1985. Teshekpuk Lake Special Area Study Habitat Evaluation. U.S. Department of Interior, Bureau of Land Management, Fairbanks, Alaska.

Sitnews. 2004. Governor Welcomes Enbridge Stranded Gas Application. April 2, 2004. www.sitnews.us

Skeel, M.A. and E.P. Mallory. 1996. Whimbrel (Numenius phaeopus). The Birds of North America, No. 219, 1996. The American Ornithologists' Union.

## Northeast NPR-A Administrative Record

Reference

Skoog, R.O. 1968. Ecology of the Caribou (Rangifer tarandus granti) in Alaska. Ph.D. Dissertation. University of California, Berkeley, California.

Sloan, C.E. 1987. Water Resources of the North Slope, Alaska. In Alaska North Slope Geology, I. Tailleur and P. Weimer (eds.). Society of Economic Paleontologist and Mineralogists, Pacific Section, and Alaska Geological Society.

Smith, F., W. Copeland, and J.S. Grundy. 1985. Interviews with Rick Smith, Management Officer, Alaska Department of Natural Resources, William Copeland, and J. Scott Grundy by John D. Tremont on March 5, 1985 and May 22, 1985.

Smith, L.N., L. C. Byrne, C.B. Johnson, and A.A. Stickney. 1994. Wildlife Studies on the Colville River Delta, Alaska, 1993. Report Prepared by Alaska Biological Research, Inc, Fairbanks, Alaska, for ARCO Alaska, Inc.

Smith, M.D. 1996. Distribution, Abundance, and Quality of Forage within the Summer Range of the Central Arctic Caribou Herd. M.S. Thesis. University of Alaska, Fairbanks, Alaska.

Smith, M.W., and R.S. Glesne. 1982. Aquatic Studies on the North Slope of the Arctic National Wildlife Refuge, 1981 and 1982. Fishery Resources Progress Report Number FY83-1. U.S. Department of Interior, U.S. Fish and Wildlife Service, Fairbanks, Alaska.

Smith, P.S., and J.B. Mertie. 1930. Geology and Mineral Resources of Northwestern Alaska. U.S. Geological Survey. U.S. Geological Survey Bulletin 815. U.S. Government Printing Office, Washington, D.C..

Smith, T.E. 1989. The Status of Muskoxen in Alaska. In Proceedings of the Second International Muskoxen Symposium, October 1-4, 1987, Saskatoon, Saskatchewan, P.F. Flood (ed.). National Research Council of Canada, Ottawa, Ontario.

Smith, T.E., and C. Lydersen 1991. Availability of Suitable Land-fast Ice and Predation as Factors Limiting Ringed Seal Populations, Phoca hispida, in Svalbard. Polar Research 19:585-594.

Smith, T.E., and M.O. Hammill. 1981. Ecology of the Ringed Seal, Phoca hispida, in its Fast Ice Breeding Habitat. Canadian Journal of Zoology 59 (6):966-981.

Smith, T.G., and L.A. Harwood. 2001. Observations of Neonate Ringed Seals, Phoca hispida, after Early Break-up of Sea Ice in Prince Albert Sound, Northwest Territories, Canada, Spring 1998. Polar Biology 24(3):215-219.

Smith, T.G., M.O. Hammill, and G. Taugbol. 1991. A Review of the Developmental, Behavioral and Physiological Adaptations of the Ringed Seal, Phoca hispida to life in the Arctic Winter. Arctic 44(2):124-131.

Smythe, C.W. 1990. In the Second Year: Continuing Village Impacts of the Exxon Valdez Oil Spill. In 1990 Alaska Science Conference, Proceedings of the 41st Arctic Science Conference: Circumpolar Perspectives, October 8-10, 1990, Anchorage, Alaska. American Association for the Advancement of Science, Alaska Division, Anchorage, Alaska.

Snyder-Conn, E., J.R. Garbarino, G.L. Hoffman, and A. Oelkers. 1997. Soluble Trace Metals and Total Mercury in Arctic Snow. Arctic 50(3):201-215.

Sopuck, L.G., and D.J. Vernam. 1984. Late Winter Distribution and Movements of Moose in Relation to the Trans-Alaska Pipeline in Interior Alaska. Alyeska Pipeline Service Co., Anchorage, Alaska.

Sopuck, L.G., and D.J. Vernam. 1986. Distribution and Movements of Moose (Alces alces) in Relation to the Trans-Alaska Pipeline. Arctic 39(2):138-144.

Spatt, P.D. 1978. Seasonal Variation of Growth Conditions on a Natural and Dust Impacted Sphagnum (Sphagnaceae) Community in Northern Alaska. M.S. Thesis. University of Cincinnati, Ohio.

## Northeast NPR-A Administrative Record

Reference

Spearman, G. 1979. Anaktuvuk Pass: Land Use Values Over Time. North Slope Borough, Barrow, Alaska, and the University of Alaska, Anthropology and Historic Preservation Cooperative Park Studies Unit, Fairbanks, Alaska.

Spencer, D.L. and C.J. Lensink. 1970. The Muskox of Nunivak Island. Journal of Wildlife Management 34:1-15.

Spencer, R.F. 1976. The North Alaskan Eskimo: A Study in Ecology and Society. Dover Publications, New York.

Spetzman, L.A. 1959. Vegetation of the Arctic Slope of Alaska. Exploration of Naval Petroleum Reserve No. 4 and Adjacent Areas, Northern Alaska, 1944-1953. Regional Studies, Part 2. U.S. Geological Survey Professional Paper 302-B. U.S. Geological Survey, Anchorage, Alaska.

Springer, A., and J. Pirtle. 1997. Spectacled Eiders in Norton Sound: Natural History and Conservation Concerns. Summary Report to the Spectacled Eider Recovery Team. Institute of Marine Science, University of Alaska, Fairbanks, Alaska.

St. Aubin, D.J., R.H. Stinson, and J.R. Geraci. 1984. Aspects of the Structure and Composition of Baleen and Some Effects of Exposure to Petroleum Hydrocarbons. Canadian Journal of Zoology 62(2):193-198.

Starr, S.J., M.N. Kuwada, and L.L. Trasky. 1981. Recommendations for Minimizing the Impacts of Hydrocarbon Development on Fish, Wildlife, and Aquatic Plant Resources of the Northern Bering Sea and Norton Sound. Alaska Department of Fish and Game, Anchorage, Alaska.

State of Alaska, Department of Natural Resources, Division of Oil and Gas. 2004. Sale Announcement. North Slope Foothills Areawide 2004 Competitive Oil and Gas Lease Sale. Anchorage, Alaska.

State of Alaska, Governor. 2004. State, TransCanada Sign MOU on Gas Pipeline. April 19, 2004.

State of Alaska. 2003. Murkowski Appoints Natural Gas Authority, Calls Board Important Step in Bringing Alaska Gas to Market. State of Alaska, No. 03-128.

Stehn, R., and R. Platte. 2000. Exposure of Birds to Assumed Oil Spills at the Liberty Project. U.S. Department of Interior, U.S. Fish and Wildlife Service, Migratory Bird Management, Anchorage, Alaska.

Stehn, R.A., C.P. Dau, B. Conant, and W.I. Butler, Jr. 1993. Decline of Spectacled Eiders Nesting in Western Alaska. Arctic 46(3):264-277.

Steidl, R.J., and R.G. Anthony. 1996. Responses of Bald Eagles to Human Activity During the Summer in Interior Alaska. Ecological Applications 6(2):482-491.

Steidl, R.J., and R.G. Anthony. 2000. Experimental Effects of Human Activities on Breeding Bald Eagles. Ecological Applications 10(1):258-268.

Steinhauer, M.S., and P.D. Boehm. 1992. The Composition and Distribution of Saturated and Aromatic Hydrocarbons in Nearshore Sediments, River Sediments, and Coastal Peat of the Alaskan Beaufort Sea: Implications for Marine Monitoring Studies. Marine Environmental Research 33:223-253.

Stephen R. Braund and Associates (SRBA), and Institute of Social and Economic Research [ISER]. 1993. North Slope Subsistence Study - Barrow, 1987, 1988, and 1989. U.S. Department of Interior, Minerals Management Service Technical Report Number 149. Prepared for U.S. Department of Interior, Minerals Management Service, and the North Slope Borough. Anchorage, Alaska.

Stephen R. Braund and Associates (SRBA). 2003a. Alpine Satellites Development Plan Preliminary Draft Environmental Impact Statement: Subsistence, Cultural Resources, and Traditional Knowledge Sections Prepared by SRBA Anchorage, Alaska.

Stephen R. Braund and Associates (SRBA). 2003b. Unpublished Field Notes from Interviews Conducted in Nuiqsut, Barrow, Atqasuk, and Anaktuvuk Pass. July and August 2003.

## Northeast NPR-A Administrative Record

Reference

Stern, R.O., E.L. Arobio, L.L. Naylor, and W.C. Thomas. 1980. Eskimos, Reindeer, and Land. Bulletin 59. University of Alaska, School of Agriculture and Land Resource Management, Agriculture Experiment Station, Fairbanks, Alaska.

Stickel, L.F., and M.P. Dieter. 1979. Ecological and Physiological/Toxicological Effects of Petroleum on Aquatic Birds. A Summary of Research Activities Fiscal Year 1976 through Fiscal Year 1978. FWS/OBS-79/23. U.S. Department of Interior, Fish and Wildlife Service, Biological Services Program, Slidell, Louisiana.

Stirling, I., and D. Andiashek. 1992. Terrestrial Maternity Denning of Polar Bears in the Eastern Beaufort Sea Area. Arctic 45(4):363-366.

Stirling, I., and N.A. Oritsland. 1995. Relationships between Estimates of Ringed Seal (Phoca hispida) and Polar Bear (Ursus maritimus) Populations in the Canadian Arctic. Canadian Journal of Fisheries and Aquatic Sciences 52:2594-2612.

Stirling, I., N.J. Lunn, and J. Iacozza. 1999. Long-Term Trends in the Population Ecology of Polar Bears in Western Hudson Bay in Relation to Climate Change. Arctic 52(3):294-306.

Stoker, S.W. 1983. Subsistence Harvest Estimates and Faunal Resource Potential at Whaling Villages in Northwestern Alaska. Pages A-1 - A-82 In Subsistence Study of Alaska Eskimo Whaling Villages. Prepared by Alaska Consultants, Inc., and Stephen R. Braund and Associates for U.S. Department of the Interior, Washington, D.C.

Stout, J. and G.W. Cornwell. 1976. Nonhunting mortality of fledged North American waterfowl. J. Wildl. Manage. 40(4):681-693.

Strang, C. A. 1980. Incidence of Avian Predators Near People Searching for Waterfowl Nests. Journal of Wildlife Management 44:220-222.

Suydam, R., Dickson, D.L., et al. 2000. Population declines of king and common eiders of the Beaufort Sea. The Condor. 102:219-222.

Suydam, R., L.T. Quakenbush, D.L. Dickson, and T. Obritschkewitsch. 2000. Migration of King, Somateria spectabilis, and Common, S. mollissima v-nigra, Eiders Past Point Barrow, Alaska, During Spring and Summer/Fall 1996. Canadian Field-Naturalist 114:444-452.

Suydam, R., L.T. Quakenbush, M. Johnson, J.C. George, and J. Young. 1997. Migration of King and Common Eiders Past Point Barrow, Alaska, in Spring 1987, Spring 1994, and Fall 1994. Pages 1-29 In Occasional Paper No. 94, D.L. Dixon (ed.). Canadian Wildlife Service, Ottawa, Ontario.

Swem, T.R. 1996. 1996 Colville River Raptor Survey. Unpublished Report Prepared for U.S. Department of Interior, U.S. Fish and Wildlife Service, Fairbanks, Alaska.

Swem, T.R. 1997. Personal Communication Concerning Distribution and Abundance of Arctic Peregrine Falcons and Gyrfalcons in NPR - A. During a Presentation at U.S. Department of Interior, Minerals Management Service NPR - A Symposium, April 16-18, 1997, Anchorage, Alaska.

Swem, T.R. 2001. Personal Communication Concerning U.S. Department of Interior, U.S. Fish and Wildlife Service Section 7 Concerns and Cliff-nesting Raptors, March 10, 2001.

Talbot, S.S. 1996. Vegetation Mapping in Arctic Alaska: An Annotated Bibliography. In Circumpolar Arctic Vegetation Mapping Workshop: Abstracts and Short Papers, C. J. Markon and D. A. Walker (eds). U.S. Geological Survey, Reston, Virginia.

Terres, J.K. 1982. The Audubon Society Encyclopedia of North American Birds. Alfred A Knopf, New York, New York.

The Nature Conservancy. 2004. Teshekpuk Lake Caribou Herd Maps 1990-1999. The Nature Conservancy in Alaska, June 2004.

The Nature Conservancy. 2004. Update #11: Application of Ecoregional Data - Teshekpuk Lake. August 10, 2004. Anchorage, Alaska.

Tieszen, L.L. 1978. Vegetation and Production Ecology of an Alaskan Arctic Tundra. Ecological Studies 29. Springer-Verlag, New York, New York.

Trans-Alaska Pipeline System Owners (TAPSO). 2001. Environmental Report for Trans-Alaska Pipeline System Rights-of-Way Renewal.

# Northeast NPR-A Administrative Record

Reference

Treacy, S.D. 1988. Aerial Surveys of Endangered Whales in the Beaufort Sea, Fall 1987. Outer Continental Shelf Study MMS 88-0030, NTIS PB89-168785. U.S. Department of Interior, Minerals Management Service, Anchorage, Alaska.

Treacy, S.D. 1989. Aerial Surveys of Endangered Whales in the Beaufort Sea, Fall 1988. Outer Continental Shelf Study MMS 89-0033, NTIS PB90-161464. U.S. Department of Interior, Minerals Management Service, Anchorage, Alaska.

Treacy, S.D. 1990. Aerial Surveys of Endangered Whales in the Beaufort Sea, Fall 1989. Outer Continental Shelf Study MMS 90-0047, NTIS PB91-235218. U.S. Department of Interior, Minerals Management Service, Anchorage, Alaska.

Treacy, S.D. 1991. Aerial Surveys of Endangered Whales in the Beaufort Sea, Fall 1990. Outer Continental Shelf  Study MMS 91-0055, NTIS PB92-176106. U.S. Department of Interior, Minerals Management Service, Anchorage, Alaska.

Treacy, S.D. 1992. Aerial Surveys of Endangered Whales in the Beaufort Sea, Fall 1991. Outer Continental Shelf  Study MMS 92-0017. U.S. Department of Interior, Minerals Management Service, Anchorage, Alaska.

Treacy, S.D. 1993. Aerial Surveys of Endangered Whales in the Beaufort Sea, Fall 1992. Outer Continental Shelf  Study MMS 93-0023. U.S. Department of Interior, Minerals Management Service, Anchorage, Alaska.

Treacy, S.D. 1994. Aerial Surveys of Endangered Whales in the Beaufort Sea, Fall 1993. Outer Continental Shelf  Study MMS 94-0032. U.S. Department of Interior, Minerals Management Service, Anchorage, Alaska.

Treacy, S.D. 1995. Aerial Surveys of Endangered Whales in the Beaufort Sea, Fall 1994. Outer Continental Shelf  Study MMS 95-0033. U.S. Department of Interior, Minerals Management Service, Anchorage, Alaska.

Treacy, S.D. 1996. Aerial Surveys of Endangered Whales in the Beaufort Sea, Fall 1995. Outer Continental Shelf Study MMS 96-0006, NTIS PB97-115752. Anchorage, Alaska.

Treacy, S.D. 1997. Aerial Surveys of Endangered Whales in the Beaufort Sea, Fall 1996. Outer Continental Shelf  Study MMS 97-0016, NTIS PB97-194690. U.S. Department of Interior, Minerals Management Service, Anchorage, Alaska.

Treacy, S.D. 2000. Aerial Surveys of Endangered Whales in the Beaufort Sea, Fall 1998-1999. Outer Continental Shelf Study MMS 2000-066. U.S. Department of Interior, Minerals Management Service, Anchorage, Alaska.

Treacy, S.D. 2002a. Aerial Surveys of Endangered Whales in the Beaufort Sea, Fall 2000. Outer Continental Shelf Study MMS 2002-014. U.S. Department of Interior, Minerals Management Service, Anchorage, Alaska.

Treacy, S.D. 2002b. Aerial Surveys of Endangered Whales in the Beaufort Sea, Fall 2001. Outer Continental Shelf Study MMS 2002-061. U.S. Department of Interior, Minerals Management Service, Anchorage, Alaska.

Tremont, J. 1987. Surface-Transportation Networks of the Alaskan North Slope. Outer Continental Shelf Report MMS 87-0010. U.S. Department of Interior, Minerals Management Service, Alaska Outer Continental Shelf Region, Anchorage, Alaska.

Trost, R.E. and M.S. Drut. 2003. 2003 Pacific Flyway Data Book. USFWS, Division of Migratory Bird Management. Portland, Oregon.

Troy Ecological Research Associates (TERA). 1991.  Bird Use of Disturbed Tundra at Prudhoe Bay, Alaska: Bird and Nest Abundance along the Abandoned Peat Roads, 1988-1989.ÿ Report to British Petroleum Exploration (Alaska) Inc., Anchorage, Alaska.

# Northeast NPR-A Administrative Record

Reference

Troy Ecological Research Associates (TERA). 1992. Trends in Bird Use of the Pt. McIntyre Reference Area 1981-1991. Report Prepared for British Petroleum Exploration-Alaska, Inc., Anchorage, Alaska.

Troy Ecological Research Associates (TERA). 1993. Bird Use of the Prudhoe Bay Oil Field. Final Report. Northern Alaska Research Studies. British Petroleum Exploration-Alaska, Inc., Anchorage, Alaska.

Troy Ecological Research Associates (TERA). 1995. Distribution and Abundance of Spectacled Eiders in the Vicinity of Prudhoe Bay, Alaska: 1991-1993. Report Prepared for British Petroleum Exploration-Alaska, Inc., Anchorage, Alaska.

Troy Ecological Research Associates (TERA). 1996. Distribution and Abundance of Spectacled Eiders in the Vicinity of Prudhoe Bay, Alaska: 1995 Status Report. Northern Alaska Research Studies. Report Prepared for British Petroleum Exploration-Alaska, Inc., Anchorage, Alaska.

Troy Ecological Research Associates (TERA). 1997. Distribution and Abundance of Spectacled Eiders in the Vicinity of Prudhoe Bay, Alaska: 1997 Status Report. Report Prepared for British Petroleum Exploration-Alaska, Inc., Anchorage, Alaska.

Troy Ecological Research Associates (TERA). 1999. Spectacled Eiders in the Beaufort Sea: Distribution and Timing of Use. Report Prepared for British Petroleum Exploration-Alaska, Inc., Anchorage, Alaska.

Troy, D.M. 1986. Prudhoe Bay Waterflood Project Environmental Monitoring Program Terrestrial Studies-1984. Envirosphere Co., Anchorage, Alaska.

Troy, D.M. 1988. Bird Use of the Prudhoe Bay Oil Field During the 1986 Nesting Season. Report Prepared by LGL Alaska Research Associates, Inc., Anchorage, Alaska, for Alaska Oil and Gas Association, Anchorage, Alaska.

Troy, D.M. 1993. Bird Use of the Prudhoe Bay Oil Field. Report Prepared by Troy Ecological Research Associates for British Petroleum Exploration Inc., Anchorage, Alaska.

Troy, D.M. 1996. Population Dynamics of Breeding Shorebirds in Arctic Alaska. International Wader Study 8:15-27.

Troy, D.M. 2000. Shorebirds. Pages 277-303 In The Natural History of an Arctic Oil Field, Development and the Biota, J.C. Truett and S.R. Johnson (eds.). San Francisco, California: Academic Press.

Troy, D.M. 2003. Molt Migration of Spectacled Eiders in the Beaufort Sea Region. Report Prepared by Troy Ecological Research Associates, Anchorage, Alaska, for British Petroleum Exploration-Alaska, Inc., Anchorage, Alaska.

Troy, D.M., and T.A. Carpenter. 1990. The Fate of Birds Displaced by the Prudhoe Bay Oil Field: The Distribution of Birds Nesting Before and After P-Pad construction. Report Prepared by Troy Ecological Research Associates, Anchorage, Alaska, for British Petroleum Exploration-Alaska, Inc., Anchorage, Alaska.

Truett, J.C. (ed.) 1993. Guidelines for Oil and Gas Operations in Polar Bear Habitats. U.S. Department of Interior, Minerals Management Service, Alaska OCS Region, 93-008.

Turnpenny, A. W. H., and J. R. Nedwell. 1994. The Effects on Marine Fish, Diving Mammals and Birds of Underwater Sound Generated by Seismic Surveys. Report Prepared By Fawley Aquatic Research Laboratories Ltd. for United Kingdom Offshore Operators Association Limited, London, England.

Tyler, N.J.C. 1991. Short-Term Behavioural Responses of Svalbard Reindeer Rangifer Tarandus Platyrhynchus to Direct Provocation by a Snowmobile. Biological Conservation 56:179-194.

U.S. Army Corp of Engineers (USACE). 1980. Final Environmental Impact Statement, Prudhoe Bay Oil Field, Waterflood Project. U.S. Army Corps of Engineers, Alaska District, Anchorage, Alaska.

## Northeast NPR-A Administrative Record

Reference

U.S. Army Corp of Engineers (USACE). 1984. Final Environmental Impact Statement, Prudhoe Bay Oil Field, Endicott Development Project. U.S. Army Corps of Engineers, Alaska District, Anchorage, Alaska.

U.S. Army Corp of Engineers (USACE). 1997a. Kuparuk River 124, Public Notice of Permit Application: Reference Number 4-970705, August 26, 1997. U.S. Army Corps of Engineers, Alaska Division, Anchorage, Alaska.

U.S. Army Corp of Engineers (USACE). 1997b. Alpine Development Project Environmental Evaluation Document. U.S. Army Corps of Engineers, Alaska Division, Anchorage, Alaska.

U.S. Army Corp of Engineers (USACE). 1998. Draft Environmental Impact Statement. Beaufort Sea Oil and Gas Development/Northstar Project. Appendix B. U.S. Army Corps of Engineers, Alaska Division, Anchorage, Alaska.

U.S. Army Corp of Engineers (USACE). 1999. Final Environmental Impact Statement. Beaufort Sea Oil and Gas Development/Northstar Project. Seven Volumes. U.S. Army Corps of Engineers, Alaska Division, Anchorage, Alaska.

U.S. Department of Commerce (USDOC), Bureau of the Census. 1971. 1970 Census of Population and Housing, Alaska Final Population and Housing Unit Counts. U.S. Government Printing Office, Washington, D.C.

U.S. Department of Commerce (USDOC), Bureau of the Census. 1981. 1980 Census of Population and Housing, Alaska Final Population and Housing Unit Counts. U.S. Government Printing Office, Washington, D.C.

U.S. Department of Commerce (USDOC), Bureau of the Census. 1991. 1990 Census of Population: Pacific Division. 1990 Census of Population and Housing, Summary Tape File 1A. Volume 1. Issued September 1991. CD90-1A-9-1. U.S. Department of Commerce, Bureau of the Census, Data User Division, Washington, D.C.

U.S. Department of Commerce (USDOC), Bureau of the Census. 2000. Census 2000 Summary File 3 (SF 3), Sample Data: [http://www.census.gov/main/www/cen2000.html].

U.S. Department of Commerce, Bureau of Economic Analysis (USDOC BEA). 2003. Regional Economic Accounts: [http://www.bea.doc.gov/bea/regional/reis].

U.S. Department of Commerce, National Oceanic and Atmospheric Administration (USDOC NOAA), and MMS. 1984. Proceeding of a Synthesis Meeting: The Barrow Arch Environment and Possible Consequences of Planned Offshore Oil and Gas Development (Sale 85), October 30 - November 1, 1983, Juneau, Alaska.

U.S. Department of Commerce, National Oceanic and Atmospheric Administration (USDOC NOAA), National Climatic Data Center. 2001. Data from the Global Surface Temperature Anomalies, The Global Anomalies and Index, The Annual Global Land Temperature Anomalies. Accessed on March 30, 2004: [http://www.ncdc.noaa.gov/oa/climate/research/anomalies/anomalies.html].

U.S. Department of Commerce, National Oceanic and Atmospheric Administration (USDOC NOAA), Outer Continental Shelf Environmental Assessment Program (OCSEAP). 1978. Interim Synthesis Report: Beaufort/Chukchi. U.S. Department of Commerce, National Oceanic and Atmospheric Administration, Outer Continental Shelf Environmental Assessment Program, Boulder, Colorado.

U.S. Department of Commerce, National Oceanic and Atmospheric Administration (USDOC NOAA). 1987. Proceedings of Synthesis Meeting: The Diapir Field Environment and Possible Consequences of Planned Offshore Oil and Gas Development. U.S. Department of Commerce, National Oceanic and Atmospheric Administration, Anchorage, Alaska.

U.S. Department of Commerce, National Oceanic and Atmospheric Administration (USDOC NOAA). 1988. Beaufort Sea (Sale 97) Information Update. U.S. Department of Commerce, National Oceanic and Atmospheric Administration, Anchorage, Alaska.

U.S. Department of Commerce, National Oceanic and Atmospheric Administration (USDOC NOAA). 1997. United States Government Flight Information Supplement for Alaska. U.S. Department of Commerce, National Oceanic and Atmospheric Administration, Washington, D.C.

## Northeast NPR-A Administrative Record

Reference

U.S. Department of Defense (USDOD), U.S. Army Corps of Engineers (USACE), and Environmental Research and Technology. 1984. Endicott Development Project, Final Environmental Impact Statement. U.S. Department of Defense, U.S. Army Corps of Engineers, Alaska District, Anchorage, Alaska.

U.S. Department of Energy (USDOE). 1997. Sale of Naval Petroleum Reserve No. 1 (Elk Hills) Kern County, California. Draft Supplemental Environmental Impact Statement for the Sale of NPR-1. DOE/SEIS/PEIR-0158S. U.S. Department of Energy, Washington, D.C.

U.S. Department of Energy (USDOE). 1999. Environmental Benefits of Advanced Oil and Gas Exploration and Production Technology. DOE-FE-0385. U.S. Department of Energy, Office of Fossil Energy, Washington, D.C.

U.S. Department of Energy (USDOE). 2002. Crude Oil Supply and Disposition, 1973-Present: [http://www.eia.doe.gove/pub/oil_gas/ petroleum/data_publications/petroleum_supply_monthly/current/txt/table_s02_a.txt].

U.S. Department of Energy (USDOE). 2004. Energy Information Administration Annual Energy Review 2003: [http://www.eia.doe.gov/emeu/aer/contents.html].

U.S. Department of the Interior (USDOI). 1986. Draft Arctic National Wildlife Refuge Resource Assessment Report for Technology and Operational Aspects of the Eastern North Slope.

U.S. Department of the Interior (USDOI). 1992. Environmental Status of 28 Oil and Gas Exploration Areas of Operation in the National Petroleum Reserve - Alaska.

U.S. Department of the Interior, Bureau of Land Management (USDOI BLM), and Minerals Management Service (USDOI BLM and MMS). 1998. Northeast National Petroleum Reserve - Alaska, Final Integrated Activity Plan/Final Environmental Impact Statement. Volumes I and II. BLM/AK/PL-98/016+3130+930. U.S. Department of the Interior, Bureau of Land Management and Minerals Management Service, Anchorage, Alaska.

U.S. Department of the Interior, Bureau of Land Management (USDOI BLM), and Minerals Management Service (USDOI BLM and MMS). 2003. Northwest National Petroleum Reserve - Alaska, Final Integrated Activity Plan/Environmental Impact Statement. Volumes 1 and 2. U.S. Department of the Interior, Bureau of Land Management and Minerals Management Service, Anchorage, Alaska.

U.S. Department of the Interior, Bureau of Land Management (USDOI BLM), and Minerals Management Service (USDOI BLM and MMS). 2004. Northwest National Petroleum Reserve - Alaska, Final Integrated Activity Plan/Environmental Impact Statement Record of Decision. U.S. Department of the Interior, Bureau of Land Management and Minerals Management Service, Anchorage, Alaska.

U.S. Department of the Interior, Bureau of Land Management (USDOI BLM). 1978a. National Petroleum Reserve - Alaska 105(c) Land Use Study: National Petroleum Reserve in Alaska, Physical Profile Study Report 1. U.S. Department of Interior, Bureau of Land Management, NPR - A Task Force, Anchorage, Alaska.

U.S. Department of the Interior, Bureau of Land Management (USDOI BLM). 1978b. National Petroleum Reserve - Alaska 105(c) Land Use Study: Visual Section. U.S. Department of Interior, Bureau of Land Management, NPR - A Task Force, Anchorage, Alaska.

U.S. Department of the Interior, Bureau of Land Management (USDOI BLM). 1978c. National Petroleum Reserve - Alaska 105(c) Investigations. U.S. Department of Interior, Bureau of Land Management, NPR - A Task Force, Anchorage, Alaska.

U.S. Department of the Interior, Bureau of Land Management (USDOI BLM). 1978d. National Petroleum Reserve - Alaska 105(c) Land Use Study: Recreation Resources Wildlife Viewing Area. Volume 2, Section 3. U.S. Department of Interior, Bureau of Land Management, NPR - A Task Force, Anchorage, Alaska.

U.S. Department of the Interior, Bureau of Land Management (USDOI BLM). 1978e. National Petroleum Reserve - Alaska 105(c) Land Use Study: Values and Resource Analysis Study Report 2. Volume 3, Section 6. U.S. Department of Interior, Bureau of Land Management, NPR - A Task Force, Anchorage, Alaska.

## Northeast NPR-A Administrative Record

Reference

U.S. Department of the Interior, Bureau of Land Management (USDOI BLM). 1979a. NPR - A 105(c) Values and Resources Analysis: Study Report Number 2. U.S. Department of Interior, Bureau of Land Management, Anchorage, Alaska.

U.S. Department of the Interior, Bureau of Land Management (USDOI BLM). 1979b. NPR - A 105 Policy Analysis Reports Generated for the Previous NPR - A Leasing. U.S. Department of Interior, Bureau of Land Management, Anchorage, Alaska.

U.S. Department of the Interior, Bureau of Land Management (USDOI BLM). 1979c. NPR - A 105(c) Final Study: Summaries of Values and Resources Analysis and Land Use Operations. Volume 1. U.S. Department of Interior, Bureau of Land Management, Anchorage, Alaska.

U.S. Department of the Interior, Bureau of Land Management (USDOI BLM). 1979d. NPR - A 105(c) Final Study: Record of Public Participation. Volume 3. U.S. Department of Interior, Bureau of Land Management, Anchorage, Alaska.

U.S. Department of the Interior, Bureau of Land Management (USDOI BLM). 1981. Engineering Considerations for Gravel Alternatives in the NPR - A. Appendix 8. U.S. Department of Interior, Bureau of Land Management, Anchorage, Alaska.

U.S. Department of the Interior, Bureau of Land Management (USDOI BLM). 1982a. Scoping Document for Future Oil and Gas Leasing in NPR-A. Anchorage, Alaska.

U.S. Department of the Interior, Bureau of Land Management (USDOI BLM). 1982b. The Scoping Process as a Decisions Framework: The NPR-A Experience. Anchorage, Alaska.

U.S. Department of the Interior, Bureau of Land Management (USDOI BLM). 1982c. Barrow Subsistence Hearing. Anchorage, Alaska.

U.S. Department of the Interior, Bureau of Land Management (USDOI BLM). 1983a. Oil and Gas Leasing in the National Petroleum Reserve in Alaska, Final Environmental Impact Statement. U.S. Department of Interior, Bureau of Land Management, Anchorage, Alaska.

U.S. Department of the Interior, Bureau of Land Management (USDOI BLM). 1983b. Oil and Gas Leasing in the National Petroleum Reserve in Alaska: A Record of Decision. U.S. Department of Interior, Bureau of Land Management, Anchorage, Alaska.

U.S. Department of the Interior, Bureau of Land Management (USDOI BLM). 1983c. Oil and Gas Leasing in the National Petroleum Reserve in Alaska: 810 Analysis. U.S. Department of Interior, Bureau of Land Management, Anchorage, Alaska.

U.S. Department of the Interior, Bureau of Land Management (USDOI BLM). 1985a. Habitat Evaluation for Teshekpuk Lake Special Area Study. Final Report. U.S. Department of Interior, Bureau of Land Management, Anchorage, Alaska.

U.S. Department of the Interior, Bureau of Land Management (USDOI BLM). 1985b. Mineral Evaluation for Teshekpuk Lake Special Area Study. Final Report. U.S. Department of Interior, Bureau of Land Management, Anchorage, Alaska.

U.S. Department of the Interior, Bureau of Land Management (USDOI BLM). 1988. National Environmental Policy Act Handbook H-1790-1. U.S. Department of Interior, Bureau of Land Management.

U.S. Department of the Interior, Bureau of Land Management (USDOI BLM). 1989. Utility Corridor Proposed Resource Management Plan and Final Environmental Impact Statement. U.S. Department of Interior, Bureau of Land Management, Arctic District Office, Fairbanks, Alaska.

U.S. Department of the Interior, Bureau of Land Management (USDOI BLM). 1990a. Western Arctic Resource Management Plan, Subsistence Management Situation Analysis. U.S. Department of Interior, Bureau of Land Management, Anchorage, Alaska.

U.S. Department of the Interior, Bureau of Land Management (USDOI BLM). 1990b. National Petroleum Reserve-Alaska. Lease History Summary.

## Northeast NPR-A Administrative Record

Reference

U.S. Department of the Interior, Bureau of Land Management (USDOI BLM). 1991. The NPR-A: A Reader. Anchorage, Alaska.

U.S. Department of the Interior, Bureau of Land Management (USDOI BLM). 1994. Northeast National Petroleum Reserve-Alaska Draft Integrated Activity Plan/Environmental Impact Statement. Anchorage, Alaska.

U.S. Department of the Interior, Bureau of Land Management (USDOI BLM). 1997. Public Scoping Meeting on the National Petroleum Reserve - Alaska, April 10, 1997, Nuiqsut, Alaska. U.S. Department of Interior, Bureau of Land Management, Anchorage, Alaska.

U.S. Department of the Interior, Bureau of Land Management (USDOI BLM). 1998. Record of Decision for the Northeast National Petroleum Reserve - Alaska Integrated Activity Plan/Environmental Impact Statement. U.S. Department of Interior, Bureau of Land Management, Anchorage, Alaska.

U.S. Department of the Interior, Bureau of Land Management (USDOI BLM). 2001. Bureau of Land Management Wilderness Inventory and Study Procedures Handbook H-6310-1. U.S. Department of Interior, Bureau of Land Management, Washington, D.C.

U.S. Department of the Interior, Bureau of Land Management (USDOI BLM). 2002. Final Environmental Impact Statement: Renewal of the Federal Grant for the Trans-Alaska Pipeline System Right-of-Way. Bureau of Land Management/Alaska/PT 03/005+2880+990. Seven Volumes. U.S. Department of Interior, Bureau of Land Management, Anchorage, Alaska.

U.S. Department of the Interior, Bureau of Land Management (USDOI BLM). 2003. Alaska Press Release - BLM Plans to Revise Plan for Northeast National Petroleum Reserve-Alaska. [http://www.alpine-satellites-eis.com/alpeis.nsf/?Open].

U.S. Department of the Interior, Bureau of Land Management (USDOI BLM). 2004a. Alpine Satellite Development Plan Draft Environmental Impact Statement. Volumes 1 and 2. U.S. Department of Interior, Bureau of Land Management, Anchorage, Alaska.

U.S. Department of the Interior, Bureau of Land Management (USDOI BLM). 2004b. Northeast National Petroleum Reserve - Alaska Draft Amended Integrated Activity Plan/Environmental Impact Statement.. Volumes 1 and 2. U.S. Department of Interior, Bureau of Land Management, Anchorage, Alaska.

U.S. Department of the Interior, Bureau of Land Management (USDOI BLM). 2004c. Alpine Satellite Development Plan Final Environmental Impact Statement. Volumes 1, 2, and 3. U.S. Department of Interior, Bureau of Land Management, Anchorage, Alaska.

U.S. Department of the Interior, Minerals Management Service (USDOI MMS), and U.S. Naval Ocean System Center. 2002. Incidental Sighting of Marine Mammals taken from the Following GIS databases: Minerals Management Service Bowhead Whale Aerial Survey Project, Treacy, 1998-2000 and NOSC; Ljungblad et al., 1986; and Moore and Clarke, 1992.

U.S. Department of the Interior, Minerals Management Service (USDOI MMS). 1979. Public Hearing, Official Transcript of Proceedings, Beaufort Sea BF Oil and Gas Lease Sale, Nuiqsut, Alaska. U.S. Department of Interior, Minerals Management Service, Alaska Outer Continental Shelf Region, Anchorage, Alaska.

U.S. Department of the Interior, Minerals Management Service (USDOI MMS). 1987a. Alaska Outer Continental Shelf Beaufort Sea Sale 97 Final Environmental Impact Statement. Outer Continental Shelf Environmental Impact Statement/Environmental Assessment MMS 87-0069. Two Volumes. U.S. Department of Interior, Minerals Management Service, Alaska Outer Continental Shelf Region, Anchorage, Alaska.

U.S. Department of the Interior, Minerals Management Service (USDOI MMS). 1987b. Chukchi Sea Oil and Gas Lease Sale 109 Final Environmental Impact Statement. Outer Continental Shelf Report Environmental Impact Statement/Environmental Assessment MMS 87-011. U.S. Department of Interior, Minerals Management Service, Alaska Outer Continental Shelf Region, Anchorage, Alaska.

U.S. Department of the Interior, Minerals Management Service (USDOI MMS). 1990a. Public Hearing, Official Transcript of Proceedings, Beaufort Sea Sale 124 Draft Environmental Impact Statement, April 19, 1990, Nuiqsut, Alaska. U.S. Department of Interior, Minerals Management Service, Alaska Outer Continental Shelf Region, Anchorage, Alaska.

# Northeast NPR-A Administrative Record

Reference

U.S. Department of the Interior, Minerals Management Service (USDOI MMS). 1990b. Public Hearing, Official Transcript of Proceedings, Beaufort Sea Sale 124 Draft Environmental Impact Statement, April 17, 1990, Barrow, Alaska. U.S. Department of Interior, Minerals Management Service, Alaska Outer Continental Shelf Region, Anchorage, Alaska.

U.S. Department of the Interior, Minerals Management Service (USDOI MMS). 1990c. Public Hearing, Official Transcript of Proceedings, Beaufort Sea Sale 124 Draft Environmental Impact Statement, April 18, 1990, Kaktovik, Alaska. U.S. Department of Interior, Minerals Management Service, Alaska Outer Continental Shelf Region, Anchorage, Alaska.

U.S. Department of the Interior, Minerals Management Service (USDOI MMS). 1990d. Beaufort Sea Planning Area Oil and Gas Lease Sale 124 Final Environmental Impact Statement. Outer Continental Shelf Environmental Impact Statement/Environmental Assessment MMS 90-0063. U.S. Department of Interior, Minerals Management Service, Alaska Outer Continental Shelf Region, Anchorage, Alaska.

U.S. Department of the Interior, Minerals Management Service (USDOI MMS). 1993. Guidelines for Oil and Gas Operations in Polar Bear Habitats. Outer Continental Shelf Study MMS 93-0008. U.S. Department of Interior, Minerals Management Service, Washington, D.C.

U.S. Department of the Interior, Minerals Management Service (USDOI MMS). 1994. Scoping Report, Beaufort Sea Sale 144. U.S. Department of Interior, Minerals Management Service, Alaska Outer Continental Shelf Region, Anchorage, Alaska.

U.S. Department of the Interior, Minerals Management Service (USDOI MMS). 1995a. Public Hearing, Official Transcript of Proceedings, Beaufort Sea Sale 144 Draft EIS, Kaktovik, Nov. 7, 1995. U.S. Department of Interior, Minerals Management Service, Alaska Outer Continental Shelf Region, Anchorage, Alaska.

U.S. Department of the Interior, Minerals Management Service (USDOI MMS). 1995b. Gulf of Alaska/Yakutat Planning Area Oil and Gas Lease Sale 158 EIS. U.S. Department of Interior, Minerals Management Service, Anchorage, Alaska.

U.S. Department of the Interior, Minerals Management Service (USDOI MMS). 1996a. An Assessment of the Undiscovered Hydrocarbon Potential of the Nation's Outer Continental Shelf. A Resource Evaluation Program Report. Outer Continental Shelf Report MMS 96-0034. U.S. Department of Interior, Minerals Management Service, Washington, D.C.

U.S. Department of the Interior, Minerals Management Service (USDOI MMS). 1996b. Proceedings of the 1995 Arctic Synthesis Meeting, October 23-25, 1995, Anchorage, Alaska. U.S. Department of Interior, Minerals Management Service, Alaska Outer Continental Shelf Region, Anchorage, Alaska.

U.S. Department of the Interior, Minerals Management Service (USDOI MMS). 1996c. Beaufort Sea Planning Area Oil and Gas Lease Sale 144 Final Environmental Impact Statement. Outer Continental Shelf Environmental Impact Statement MMS 96-0012. U.S. Department of Interior, Minerals Management Service, Alaska Outer Continental Shelf Region, Anchorage, Alaska.

U.S. Department of the Interior, Minerals Management Service (USDOI MMS). 1997a. Arctic Seismic Synthesis and Mitigating Measures Workshop, May 5-6, 1997, Barrow, Alaska. Whaler's Signed Statement. U.S. Department of Interior, Minerals Management Service, Alaska Outer Continental Shelf Region, Anchorage, Alaska.

U.S. Department of the Interior, Minerals Management Service (USDOI MMS). 1997b. Public Hearing on the Beaufort Sea Sale 170 Draft EIS, Nuiqsut, Alaska. June 24, 1997. U.S. Department of Interior, Minerals Management Service, Alaska Outer Continental Shelf Region, Anchorage, Alaska.

U.S. Department of the Interior, Minerals Management Service (USDOI MMS). 1998. Beaufort Sea Planning Area Oil and Gas Lease Sale 170 Final Environmental Impact Statement. Outer Continental Shelf Environmental Impact Statement/Environmental Assessment MMS 98-0007. U.S. Department of Interior, Minerals Management Service, Alaska Outer Continental Shelf Region, Anchorage, Alaska.

U.S. Department of the Interior, Minerals Management Service (USDOI MMS). 2001a. Transcript of Public Testimony, Draft Environmental Impact Statement for Liberty Development and Production Plan, March 19, 2001, Nuiqsut, Alaska. U.S. Department of Interior, Minerals Management Service, Alaska Outer Continental Shelf Region, Anchorage, Alaska.

## Northeast NPR-A Administrative Record

Reference

---

U.S. Department of the Interior, Minerals Management Service (USDOI MMS). 2001b. Active Lease Summary Table. List of Alaska Region Lease Sales. Minerals Management Services, Alaska Region, U.S. Department of the Interior: [http://www.mms.gov/alaska/lease/hlease/leastable.HTM].

U.S. Department of the Interior, Minerals Management Service (USDOI MMS). 2002a. Liberty Development and Production Plan, Final Environmental Impact Statement. Outer Continental Shelf Environmental Impact Statement/Environmental Assessment MMS 2002-019. Three Volumes. U.S. Department of Interior, Minerals Management Service, Alaska Outer Continental Shelf Region, Anchorage, Alaska.

U.S. Department of the Interior, Minerals Management Service (USDOI MMS). 2002b. Biological Evaluation for Threatened and Endangered Species with Respect to Reinitiation of Consultation for the Arctic Region Biological Opinion for the Beaufort Sea Outer Continental Shelf Planning Area. U.S. Department of Interior, Minerals Management Service, Alaska Outer Continental Shelf Region, Anchorage, Alaska.

U.S. Department of the Interior, Minerals Management Service (USDOI MMS). 2003a. Workshop on Traditional and Scientific Knowledge About Arctic Cisco in the Colville River, November 18-19, 2003, Nuiqsut, Alaska. U.S. Department of Interior, Minerals Management Service, Alaska Outer Continental Shelf Region, Anchorage, Alaska.

U.S. Department of the Interior, Minerals Management Service (USDOI MMS). 2003b. Lease Sale Bid Recaps: [http://www.mms.gov/alaska/lease/hlease/Bid_Recaps/Bid_Recaps.HTM]. U.S. Department of Interior, Minerals Management Service, Alaska Outer Continental Shelf Region, Anchorage, Alaska.

U.S. Department of the Interior, Minerals Management Service (USDOI MMS). 2003c. Alaska Outer Continental Shelf, Beaufort Sea Planning Area, Oil and Gas Lease Sales 186, 195, and 202. Final Environmental Impact Statement. Volume 1. U.S. Department of Interior, Minerals Management Service, Alaska Outer Continental Shelf Region, Anchorage, Alaska.

U.S. Department of the Interior, Minerals Management Service (USDOI MMS). 2004. Mineral Commodity and Revenue Statistics: [http://www.mrm.mms.gov/Stats/statsrm.htm]. Accessed on January 13, 2004. U.S. Department of Interior, Minerals Management Service, Minerals Revenue Management.

U.S. Department of the Interior, U.S. Fish and Wildlife Service (USDOI USFWS). 1986. Arctic National Wildlife Refuge Coastal Plain Resource Assessment. Final Report. Baseline Study of the Fish, Wildlife, and their Habitats, Section 1002C, Alaska National Interest Lands Conservation Act, Volume 1. G.W. Garner and P.E Reynolds (eds.). Anchorage, Alaska.

U.S. Department of the Interior, U.S. Fish and Wildlife Service (USDOI USFWS). 1995a. A Preliminary Review of the Arctic National Wildlife Refuge, Alaska, Coastal Plain Resource Assessment: Report and Recommendation to the Congress of the United States and Final Legislative Environmental Impact Statement. U.S. Department of Interior, U.S. Fish and Wildlife Service, Anchorage, Alaska.

U.S. Department of the Interior, U.S. Fish and Wildlife Service (USDOI USFWS). 1995b. Habitat Conservation Strategy for Polar Bears in Alaska. Anchorage, Alaska.

U.S. Department of the Interior, U.S. Fish and Wildlife Service (USDOI USFWS). 1996. Spectacled Eider Recovery Plan. U.S. Department of Interior, U.S. Fish and Wildlife Service, Anchorage, Alaska.

U.S. Department of the Interior, U.S. Fish and Wildlife Service (USDOI USFWS). 1998. Stock Assessment for Polar Bear (Ursus maritimus) Alaska Chukchi/Bering Seas Stock and Southern Beaufort Sea Stock. Marine Mammals Management, U.S. Fish and Wildlife Service, Anchorage, Alaska.

U.S. Department of the Interior, U.S. Fish and Wildlife Service (USDOI USFWS). 1999. Guide to Management of Alaska's Land Mammals. U.S. Department of Interior, U.S. Fish and Wildlife Service, Office of Subsistence Management, Anchorage, Alaska.

U.S. Department of the Interior, U.S. Fish and Wildlife Service (USDOI USFWS). 2000. Proposed Critical Habitat for the Steller's Eider in Alaska. Briefing Paper. U.S. Department of Interior, U.S. Fish and Wildlife Service, Ecological Service, Anchorage and Fairbanks, Alaska.

## Northeast NPR-A Administrative Record

Reference

U.S. Department of the Interior, U.S. Fish and Wildlife Service (USDOI USFWS). 2002a. Polar Bear (Ursus maritimus) Southern Beaufort Sea Stock. U.S. Department of Interior, U.S. Fish and Wildlife Service, Juneau, Alaska.

U.S. Department of the Interior, U.S. Fish and Wildlife Service (USDOI USFWS). 2002b. Steller's Eider Recovery Plan (Draft).  U.S. Department of Interior, U.S. Fish and Wildlife Service, Fairbanks, Alaska.

U.S. Department of the Interior, U.S. Fish and Wildlife Service (USDOI USFWS). 2003. Alaska's Threatened and Endangered Species. Unpublished Report, Anchorage Fish and Wildlife Field Office, Anchorage, Alaska.

U.S. Environmental Protection Agency (USEPA). 2003. Global Warming Impacts: Polar Regions: [http://yosemite.epa.gov/oar/globalwarming.nsf/congtent/ImpactsPolarRegons.html].

U.S. Fish and Wildlife Service, Migratory Bird Management Waterfowl Branch. Near Shore Surveys of Alaska's Arctic Coast, 1999-2003. Fairbanks, Alaska

U.S. Geological Survey (USGS). 1979. An Environmental Evaluation of Potential Petroleum Development of the National Petroleum Reserve in Alaska. U.S. Geological Survey.

U.S. Geological Survey (USGS). 1995. National Assessment of United States Oil and Gas Resources. Summary of the 1995 Oil and Gas Assessment: [http://energy.cr.usgs.gov/1995OGData/Execsum/ EXECSUM.pdf].

U.S. Geological Survey (USGS). 2004. National Uranium Resource Evaluation (NURE) Hydrogeochemical and Stream Sediment Reconnaissance Data: U.S. Geological Survey, Denver, Colorado. [http://tin.er.usgs.gov/nure/sediment/].

U.S. Global Change Research Program (USGCRP). 2000. Climate Change Impacts on the United States: The Potential Consequences of Climate Variability and Change. Cambridge University Press, Cambridge, United Kingdom.

Underwood, T.J., J.A. Gorden, M.J. Millard, L.A. Thorpe, and B.M. Osborne. 1995. Characteristics of Selected Fish Populations of Arctic National Wildlife Refuge Coastal Waters, 1988-1991. Final Report. Alaska Fishery Technical Report Number 28. U.S. Department of Interior, U.S. Fish and Wildlife Service, Fishery Resource Office, Fairbanks, Alaska.

United States Department of the Interior, Bureau of Land Management. 2003. Integration of the EPCA Inventory Results into Land Use Planning and Energy Use Authorizations. EMS Transmission 04/04/2003, Instruction Memorandum No. 2003-137.

US Code Title 23, Chapter 1, Subchapter I, Sec. 118 - Availability of Funds

USDOI, BLM. 1997. NPR-A Subsistence Impact Analysis Workshop. August 19-21, 1997. BLM, Fairbanks, Alaska.

USDOI, BLM. 1997. Proceedings of the Teshekpuk Lake Area caribou/waterfowl impact analysis workshop. BLM, Fairbanks, Alaska.

USDOI, BLM. 2001. Guidance on Preparing Federal Register Notices. EMS Transmission 07/19/2001. Instruction Memorandum 2001 - 179.

USDOI, BLM. 2002. Draft NPR-A Subsistence Advisory Panel Meeting Proceedings. August 15, 2002, Nuiqsut, Alaska. BLM, Fairbanks.

USDOI, BLM. 2002. Final NPR-A Subsistence Advisory Panel Meeting Proceedings. December 12, 2002, Barrow, Alaska. BLM, Fairbanks.

USDOI, BLM. 2003. Final NPR-A Subsistence Advisory Panel Meeting Proceedings. December 12, 2003, Barrow, Alaska. BLM, Fairbanks.

USDOI, BLM. 2003. Final NPR-A Subsistence Advisory Panel Meeting Proceedings. February 26, 2003, Barrow, Alaska. BLM, Fairbanks.

## Northeast NPR-A Administrative Record

Reference

USDOI, BLM. 2003. Final NPR-A Subsistence Advisory Panel Meeting Proceedings. June 19, 2003, Nuiqsut, Alaska. BLM, Fairbanks.

USDOI, BLM. 2003. Northwest National Petroleum Reserve Alaska. Final Integrated Activity Plan/Environmental Impact Statement.Table II-03. Anchorage, Alaska

USDOI, BLM. North East National Petroleum Reserve Alaska 1999 and 2002 Leases.

USDOI, MMS. 2002.Cook Inlet Planning Area Oil & Gas Lease Sales 191 & 199 Draft Environmental Impact Statement OCS EIS/EA MMS 2002-065. Anchorage, Alaska.

USDOI, MMS. 2003. Leasing Activities Information. Blocks Available for Leasing Oil and Gas Lease Sale 18 Beaufort Sea. September 24, 2003.

USDOI, MMS. Foreword to Guides to Working Effectively with the People of Nuiqsut and Kaktovik.

USDOI, USFWS. 1987. Numbers of black brant nesting on the Yukon-Koskokwim Delta have declined by more than 60 percent. USFWS Research Information Bulletin no. 87-126, November 1987.

USDOI, USFWS. 2003. Waterfowl Population Status 2003. US Department of the Interior, Washington, D.C.

USFWS, Northern Alaska Ecological Services. 1997. Service Recommendations Regarding Leasing Near Teshekpuk Lake, NPR-A. 1/20/1997.

Vacca, M.M., and C.M. Handel. 1988. Factors Influencing Predation Associated with Visits to Artificial Goose Nests. Journal of Field Ornithology 59(3):215-223.

Van Tuyn, P. 2000. Environmental Community Perspective. Presented at Established Oil and Gas Practices and Technologies on Alaska's North Slope Workshop, April 2000, Anchorage, Alaska.

Van Valin, W.B. 1941. Eskimoland Speaks, Caldwell, ID: The Caxton Printers, Ltd.

Van Zyll de Jong, C.G. 1975. The Distribution and Abundance of the Wolverine (Gulo gulo) in Canada. Canadian Field Naturalist 894:431-437.

Vanstone, J.W. 1977. A.F. Kashevarov's Coastal Explorations in Northwest Alaska, 1838, Translated by D.H. Kraus. Field Museum of Natural History, Chicago, Illinois.

Walker, D.A. 1996. Disturbance and Recovery of Arctic Alaskan Vegetation. Pages 55-71 In Landscape Function and Disturbance in Arctic Tundra, J.F. Reynolds and J.D. Tenhunen (eds.). Springer-Verlag, Berlin, Germany.

Walker, D.A., and K.R. Everett. 1987. Road Dust and its Environmental Impact on Alaskan Taiga and Tundra. Arctic and Alpine Research 19(4):479-489.

Walker, D.A., D.D. Cate, J. Brown, and C. Racine. 1987a. Disturbance and Recovery of Arctic Alaska Tundra Terrain: A Review of Recent Investigations. Cold Regions Research and Engineering Laboratory Report 87-11. U.S. Army Corps of Engineers, Cold Regions Research and Engineering Laboratory, Hanover, New Hampshire.

Walker, D.A., E.F. Binnian, N.D. Lederer, E.A. Nordstrand, R.H. Meehan, M.D. Walker, and P.J. Webber. 1986. Cumulative Landscape Impacts in the Prudhoe Bay Oil Field 1949-1983. U.S. Department of Interior, U.S. Fish and Wildlife Service, Anchorage, Alaska.

Walker, D.A., P.J. Webber, E. Binnian, K.R. Everett, N.D. Lederer, E. Norstrand, and M.D. Walker. 1987b. Cumulative Impacts of Oil Fields on Northern Alaskan Landscapes. Science 238:757-761.

Walker, H.J. 1994. Environmental Impact of River Dredging in Arctic Alaska (1981-1989). Arctic 47(2):176-183.

## Northeast NPR-A Administrative Record

Reference

Walters, V. 1955. Fishes of Western Arctic America and Eastern Arctic Siberia: Taxonomy and Zoogeography. Bulletin of American Museum of Natural History 106:259-368.

Ward, D.H. et al. 2004. Temporal and geographic variation in survival of juvenile black brant. The Condor 106:263-274.

Ward, D.H., and R.A. Stehn. 1989. Response of Brant and Other Geese to Aircraft Disturbance at Izembek Lagoon, Alaska. Final Report. Prepared by U.S. Department of Interior, U.S. Fish and Wildlife Service, Anchorage, Alaska, for U.S. Department of Interior, Minerals Management Service, Anchorage, Alaska.

Ward, D.H., et al. 1997. Seasonal and annual survival of adult Pacific brant. J. Wildl. Manage. 61(3):773-781.

Ward, D.H., R.A. Stehn, W.P. Erickson, and D.V. Derksen. 1999. Response of Fall-Staging Brant and Canada Geese to Aircraft Overflights in Southwestern Alaska. Journal of Wildlife Management 63(1):373-381.

Wardle, C.S., T.J. Carter, G.G. Urquhart, A.D.F. Johnstone, A.M. Ziolkowski, G. Hampson, and D. Mackie. 2000. Effects of Seismic Air Guns on Marine Fish. Continental Shelf Research 21(8-10): 1005-1027.

Warhaftig, C. 1965. Physiographic Divisions of Alaska. U.S. Geological Survey Professional Paper 482. U.S. Geological Survey, Anchorage, Alaska.

Warnock, N., and R.E. Gill, Jr. 1996. Dunlin (Calidris alpina). The Birds of North America, No. 203, 1996. The American Ornithologists' Union.

Warnock, N.D., and D.M. Troy. 1992. Distribution and Abundance of Spectacled Eiders at Prudhoe Bay, Alaska: 1991. Report Prepared by Troy Environmental Research Associates, Anchorage, Alaska, for British Petroleum Exploration-Alaska, Inc., Anchorage, Alaska.

Warnock, N.D., G.W. Page, and B.K. Sandercock.  1997.  Local Survival of Dunlin Wintering in California.  Condor 99:906-915.

Weimer, P. 1987. Northern Alaska Exploration - the Past Dozen Years. Pp. 31-37 in Alaskan North Slope Geology, Volume I, I.I. Tailleur and P. Weimer (eds.). Pacific Section, Society of Economic Paleontologists and Mineralogists, Bakersfield, California, and Alaska Geological Society, Anchorage, Alaska.

Wein, R. W., 1976. Frequency and Characteristics of Arctic Tundra Fires. Arctic 29: 213-222.

Weingartner, T.J., and S.R. Okkonen. 2001. Beaufort Sea Nearshore Under-Ice Currents: Science, Analysis and Logistics. In University of Alaska Coastal Marine Institute Final Report. Outer Continental Shelf Study MMS 2001-068. U.S. Department of Interior, Minerals Management Service, Alaska Outer Continental Shelf Region, Anchorage, Alaska.

WesternGeco. 2003. Comments submitted to U.S. Department of Interior, Bureau of Land Management on the Draft Northwest NPR - A IAP/EIS.

Wheathall, (first name omitted). 2003. Scoping Testimony. In Alpine Satellite Development Plan Environmental Impact Statement Scoping Meeting, Nuiqsut, Alaska. U.S. Department of Interior, Bureau of Land Management.

White R.G., F.L. Bunnell, E. Garre, T. Skogland, and B. Hubert. 1981. Ungulates on Arctic Ranges. Pages 397-483 In Tundra Ecosystems: A Comparative Analysis, International Biological Program, L.C. Bliss, O.W. Heal, and J.J. Moore (eds). Volume 25. Cambridge University Press, Cambridge, United Kingdom.

White, C.M., and T.J. Cade. 1971. Cliff-Nesting Raptors and Ravens along the Colville River in Arctic Alaska. Living Bird 10:107-150.

White, G.W., B.R. Thomson, T. Skogland, S.J. Person, D.E. Russell, D.F. Holleman, and J.R. Luick. 1975. Ecology of Caribou at Prudhoe Bay, Alaska. In Ecological Investigations of the Tundra Biome in the Prudhoe Bay Region, Alaska, J. Brown (ed.). University of Alaska Biological Papers, Special Report Number 2. University of Alaska, Fairbanks, Alaska.

Whitney, D. 1996. Stevens Pushes Subsistence Moratorium. Natives Oppose One-year Delay in Federal Takeover of State Fisheries. Anchorage Daily News, Page B1. Anchorage, Alaska.

## Northeast NPR-A Administrative Record

Reference

Whitten, K.R. 1997. Mammals of the Northeastern NPR - A. In NPR - A Symposium Proceedings: Science, Traditional Knowledge, and the Resources of the Northeast Planning Area of the National Petroleum Reserve - Alaska, April 16-18, 1997, Anchorage, Alaska.

Whitten, K.R., and R.D. Cameron. 1980. Nutrient Dynamics of Caribou Forage on Alaska's Arctic Slope. In Proceedings of the Second International Reindeer/Caribou Symposium, September 17-21, 1979, Røros, Norway, E. Reimers, E. Gaare, and S. Skjenneberg (eds.). Direktoratet for vilt og ferskvannfisk, Trondheim, Norway.

Whitten, K.R., and R.D. Cameron. 1983. Movements of Collared Caribou, Rangifer tarandus, in Relation to Petroleum Development on the Arctic Slope of Alaska. Canadian Field-Naturalist 97(2):143-146.

Whitten, K.R., and R.D. Cameron. 1986. Group Versus Individuals in the Determination of Caribou Distribution. Rangifer Special Issue No. 1: 325-329.

Wiley, R. H., and D. S. Lee. 2000. Pomarine Jaeger (Stercorarius pomarinus). In: The Birds of North America, Number 483. A. Poole and F. Gill (eds.). The Birds of North America, Philadelphia, Pennsylvania.

Williams, J.R. 1970. Ground Water in the Permafrost Regions of Alaska. U.S. Geological Survey Professional Paper 696. U.S. Geological Survey, Anchorage, Alaska.

Williams, M.T. 2002. Introduction and Description of British Petroleum Activities. Chapter 1 In Monitoring of Industrial Sounds and Whale Calls During Construction of British Petroleum's Northstar Oil Development, Alaskan Beaufort Sea, Summer and Autumn 2001: 90-day Report, W.J. Richardson (ed.). Report Prepared by LGL Ltd., King City, Ontario, and Greenridge Sciences, Inc., Santa Barbara, California, for British Petroleum Exploration-Alaska, Inc., Anchorage, Alaska, and U.S. Department of Commerce, National Oceanic and Atmospheric Administration, National Marine Fisheries Service, Silver Spring, Maryland.

Williams, M.T., and R. Rodrigues. 2003. Monitoring of Industrial Sounds and Whale Calls During Construction of British Petroleum's Northstar Oil Development, Alaskan Beaufort Sea, Summer and Autumn 2002: 90-day Report. Report Prepared by LGL Ltd., King City, Ontario, and Greenridge Sciences, Inc., Santa Barbara, California, for British Petroleum Exploration-Alaska, Inc., Anchorage, Alaska, and U.S. Department of Commerce, National Oceanic and Atmospheric Administration, National Marine Fisheries Service, Silver Spring, Maryland.

Wilson. W. 2001. Marine Discharges. Prepared by LGL Ecological Research Associates, Inc. Anchorage, Alaska, for TAPS Owners, Anchorage, Alaska.

Winneke, G.J. 2003. Future Oil Prices Likely Higher than Historic $18-$22/bbl Consensus. Page 30-37 In Oil and Gas Journal, Week of September 29, 2003, Tulsa, Oklahoma.

Winters, J.F., and R.T. Schideler. 1990. An Annotated Bibliography of Selected References of Muskoxen Relevant to the National Petroleum Reserve - Alaska. Alaska Department of Fish and Game, Fairbanks, Alaska.

Winters, J.F., P.K. Weber, A.L. DeCicco, and N. Shishido. 1988. An Annotated Bibliography of Selected References of Fisheries of the North Slope of Alaska: With Emphasis on Research Conducted in National Petroleum Reserve-Alaska, Alaska Department of Wildlife Management, North Slope Borough, Barrow, Alaska.

Wolf, S.A. 2000. Habitat Selection by Calving Caribou of the Central Arctic Herd, 1980-1995. M.S. Thesis. University of Alaska, Fairbanks, Alaska.

Wolfe, R. and Paige, A. 1995. The subsistence harvest of black brant emperor geese, and eider ducks in Alaska. Technical Paper No. 234. Alaska Department of Fish and Game, Subsistence Division. Juneau, Alaska.

Wolfe, R.J., and R.J. Walker. 1987. Subsistence Economies in Alaska: Productivity, Geography, and Development Impacts. Arctic Anthropology 24(2):56-81.

Woodby, D.A., and D.B. Botkin. 1993. Stock Sizes Prior to Commercial Whaling. In The Bowhead Whale, J.J. Burns, J.J. Montague, and C.J. Cowles (eds.). Allen Press, Inc., Lawrence, Kansas.

Woodby, D.A., and G.J. Divoky. 1982. Spring Migration of Eiders and Other Waterfowl at Point Barrow, Alaska. Arctic 35(3):403-410.

# Northeast NPR-A Administrative Record

Reference

Woodward, D.F., E. Snyder-Conn, R.G. Riley, and T.R. Garland. 1988. Drilling Fluids and the Arctic Tundra of Alaska: Assessing Contamination of Wetlands Habitat and the Toxicity to Aquatic Invertebrates and Fish. Archives of Environmental Contamination and Toxicity 17:683-697.

Woodward-Clyde Consultants. 1980. Gravel Removal Studies in Arctic and Sub-Arctic Floodplains in Alaska. FWS/OBS-80/08. Prepared for U.S. Fish and Wildlife Service, U.S. Department of the Interior, Washington, D.C., by Woodward-Clyde Consultants, Anchorage, Alaska.

Woodward-Clyde Consultants. 1983. Lisburne Development Area: 1983 Environmental Studies. Final Report. Prepared by Woodward-Clyde Consultants, Inc., for ARCO Alaska, Inc., Anchorage, Alaska.

Woodward-Clyde Consultants. 1984. Oliktok Point Fish Studies: 1983. Report Prepared by Woodward-Clyde Consultants, Inc., for ARCO Alaska, Inc., Anchorage, Alaska.

Worl, R. 1979. Sociocultural Assessment of the Impact of the 1978 International Whaling Commission Quota on the Eskimo Communities. University of Alaska, Arctic Environmental and Information Data Center, Anchorage, Alaska.

Wright, D.G., and G.E. Hopky. 1998. Guidelines for the Use of Explosives in or Near Canadian Fisheries Waters. Canadian Technical Report of Fisheries and Aquatic Sciences 2107.

Wright, M. 2001. Phone conversation June 6, 2001, Between Marsha Wright, Lead Tax Auditor, North Slope Borough, and Tim Holder, Economist, U.S. Department of Interior, Minerals Management Service, Alaska Outer Continental Shelf Region; Subject: Certified Tax Roll.

Würsig, B., and C. Clark. 1993. Behavior. In: The Bowhead Whale. Society for Marine Mammalogy.

Würsig, B., E.M. Dorsey, M.A. Fraker, R.S. Payne, and W.J. Richardson. 1985. Behavior of Bowhead Whales, Balaena mysticetus, Summering in the Beaufort Sea: A Description. Fisheries Bulletin 83 (3):357-377.

Yahoo! 2004. Application Filed to Build Pipeline. Yahoo! Finance, January 22, 2004: [http://biz.yahoo.com/prnews/].

Yelverton, J. T. 1981. Underwater Explosion Damage Risk Criteria for Fish, Birds, and Mammals. Paper Presented at the 102nd meeting of the Acoustical Society of America, Miami Beach, Florida.

Yershov, R.D., E.M. Chuvilin, O.G. Smirnova, and N.S. Naletova. 1997b.  Interaction of Oil with Frozen Soils. Pages 381-384 In Ground Freezing 97: Frost Action in Soils, S. Knutsson (ed.). A.A. Balkema, Rotterdam, Amsterdam.

Young, D.D., and T.R. McCabe. 1997. Grizzly Bear Predation Rates on Caribou Calves in Northeastern Alaska. Journal of Wildlife Management 61:1056-1066.

Yunker, M.B., and R.W. MacDonald. 1995. Composition and Origins of Polycyclic Aromatic Hydrocarbons in the Mackenzie River and on the Beaufort Sea Shelf. Arctic 48 (2):118-129.