Jeffrey W. Leppo
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, Washington  98101
Phone:  (206) 624-0900
Fax:  (206) 386-7500
Email: jwleppo@stoel.com

Attorney ConocoPhillips Alaska, Inc. and
and Anadarko Petroleum Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY, <br><br> Plaintiffs, <br><br> v. <br><br> GALE NORTON, Secretary of the Interior; HENRI BISSON, State Director, Bureau of Land Management; BUREAU OF LAND MANAGEMENT, and the UNITED STATES DEPARTMENT OF THE INTERIOR, <br><br> Defendants. | Case. No. <br> <u>1:05-CV-00008-JKS</u> |

**MOTION OF CONOCOPHILLIPS ALASKA, INC. AND ANADARKO PETROLEUM CORPORATION FOR LEAVE TO INTERVENE**

Pursuant to Rule 24 of the Federal Rules of Civil Procedure, ConocoPhillips Alaska, Inc.

("ConocoPhillips") and Anadarko Petroleum Corporation ("Anadarko") request leave to

intervene as defendants in this civil action and to assert the defenses set forth in their

National Audubon Society, et al. v. Norton, et al.
1:05-CV-00008-JKS

1

accompanying proposed Answer, attached as Exhibit A. As set forth more fully in the accompanying Memorandum of Points and Authorities and Declarations of Richard P. Mott and Gregory F. Hebertson, ConocoPhillips' and Anadarko's grounds for intervention, in accordance with Rule 24(a), are as follows:

1. The application for intervention is timely;

2. ConocoPhillips and Anadarko each have an interest relating to the transactions which are the subject of this action;

3. ConocoPhillips and Anadarko are so situated that the disposition of this action may as a practical matter impede or impair their ability to protect their interests; and

4. ConocoPhillips' and Anadarko's interests may not be adequately represented by existing parties.

Alternatively, in accordance with Rule 24(b), ConocoPhillips and Anadarko request permissive intervention, because their claims and defenses have questions of law and fact in common with those raised in this action, and intervention will not unduly delay or prejudice the adjudication of the rights of the other parties.

ConocoPhillips and Anadarko respectfully request that this Court enter the proposed order, attached as Exhibit B, granting them leave to intervene in this action as party defendants and directing that their Answer be filed.

DATED this 28th day of March, 2006.

STOEL RIVES LLP

 s/Jeffrey W. Leppo
Jeffrey W. Leppo, AK Bar #0001003
Attorney for Applicants for Intervention
ConocoPhillips Alaska, Inc. and Anadarko
Petroleum Corporation

National Audubon Society, et al. v. Norton, et al.
1:05-CV-00008-JKS

## Certificate of Service

I hereby certify that on March 28, 2006, a copy of foregoing *Motion of ConocoPhillips Alaska, Inc. and Anadarko Petroleum Corporation for Leave to Intervene* was served electronically on:

**Deirdre A. McDonnell**
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801

**Dean K. Dunsmore**
U.S. DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657

Courtesy copies were sent by first-class mail, postage prepaid to:

**David C. Crosby**
David C. Crosby, P.C.
5280 Thane Road
Juneau, Alaska 99801-7717

**Ethan Falatko**
**Lawrence Ostrovsky**
STATE OF ALASKA
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811-0300

s/Jeffrey W. Leppo
Jeffrey W. Leppo

National Audubon Society, et al. v. Norton, et al.
1:05-CV-00008-JKS

Seattle-3288359.1 0028116-00025