Jeffrey W. Leppo
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, Washington  98101
Phone:  (206) 624-0900
Fax:  (206) 386-7500
Email:  jwleppo@stoel.com

Attorney for ConocoPhillips Alaska, Inc.
and Anadarko Petroleum Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY,<br><br>Plaintiffs,<br><br>v.<br><br>GALE NORTON, Secretary of the Interior; HENRI BISSON, State Director, Bureau of Land Management; BUREAU OF LAND MANAGEMENT, and the UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Defendants. | Case. No.<br>    <u>1:05-CV-00008-JKS</u> |

**[PROPOSED] ORDER GRANTING THE MOTION OF
CONOCOPHILLIPS ALASKA, INC. AND ANADARKO PETROLEUM
<u>CORPORATION FOR LEAVE TO INTERVENE</u>**

THIS MATTER having come before the Court on ConocoPhillips Alaska Inc.'s and

Anadarko Petroleum Corporation's Motion for Leave to Intervene, either as of right, or, in the

National Audubon Society, et al. v. Norton, et al.
1:05-CV-00008-JKS

Seattle-3288358.1 0028116-00025

**Ex. B, p.** 1

alternative, permissively pursuant to Rule 24 of the Federal Rules of Civil Procedure, and the parties having had an opportunity to respond, it is hereby ORDERED that the Motion for Leave to Intervene is GRANTED. ConocoPhillips Alaska Inc. and Anadarko Petroleum Corporation are hereby admitted into this litigation as defendant-intervenors.

DATED this _____ day of _____, 2006.

_____
Honorable James K. Singleton

Presented by

STOEL RIVES LLP

s/Jeffrey W. Leppo
Jeffrey W. Leppo, AK Bar # 0001003
Attorney for Applicants for Intervention
ConocoPhillips Alaska, Inc. and Anadarko
Petroleum Corporation

National Audubon Society, et al. v. Norton, et al.
1:05-CV-00008-JKS