Jeffrey W. Leppo
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, Washington 98101
Phone: (206) 624-0900
Fax: (206) 386-7500
Email: jwleppo@stoel.com

Attorney for ConocoPhillips Alaska, Inc.
and Anadarko Petroleum Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY,<br><br>Plaintiffs,<br><br>v.<br><br>GALE NORTON, Secretary of the Interior; HENRI BISSON, State Director, Bureau of Land Management; BUREAU OF LAND MANAGEMENT, and the UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Defendants. | Case. No.<br>  1:05-CV-00008-JKS |

## DECLARATION OF JEFFREY W. LEPPO

1. My name is Jeffrey W. Leppo. I make this declaration on the basis of personal knowledge which I know to be true and correct.

National Audubon Society, et al. v. Norton, et al.
1:05-CV-00008-JKS

1

Seattle-3293474.1 0028116-00025

2.  I am counsel for ConocoPhillips Alaska, Inc. ("ConocoPhillips") and Anadarko Petroleum Corporation ("Anadarko").

3.  On July 29, 2005 I sent a letter to counsel for plaintiffs and the federal defendants stating ConocoPhillip's and Anadarko's intention to move for intervention in the above-captioned matter once plaintiffs filed an amended complaint.

4.  A true and correct copy of the July 29, 2005 letter is attached hereto as Exhibit A.

DATED this 28th day of March, 2006.

_____
Jeffrey W. Leppo

## Certificate of Service

I hereby certify that on March 28, 2006, a copy of foregoing *Declaration of Jeffrey W. Leppo* was served electronically on:

**Deirdre A. McDonnell**
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801

**Dean K. Dunsmore**
U.S. DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657


Courtesy copies were sent by first-class mail, postage prepaid to:

**David C. Crosby**
David C. Crosby, P.C.
5280 Thane Road
Juneau, Alaska 99801-7717

**Ethan Falatko**
**Lawrence Ostrovsky**
STATE OF ALASKA
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811-0300



s/Jeffrey W. Leppo
Jeffrey W. Leppo




National Audubon Society, et al. v. Norton, et al.
1:05-CV-00008-JKS

3