

**STOEL RIVES LLP**
ATTORNEYS AT LAW

600 University Street, Suite 3600
Seattle, Washington 98101
phone 206.624.0900
fax 206.386.7500
tdd 206.628.6202
www.stoel.com

July 29, 2005

JEFFREY W. LEPPO
Direct (206) 386-7641
jwleppo@stoel.com

**VIA E-MAIL**

Deirdre McDonnell
EarthJustice
325 Fourth Street
Juneau, Alaska 99801

Re: National Audubon Society v. Norton, et al. (Case No. J05-0008 CV (JKS))

Dear Deirdre:

As you know, ConocoPhillips Alaska, Inc. and Anadarko Petroleum Company are defendant-intervenors and appellees in the Northwest NPR-A litigation, NAEC v. Norton, which is now pending before the Ninth Circuit. ConocoPhillips and Anadarko are also defendant/intervenors in long-pending litigation in Washington, D.C. federal district court concerning the Northeast NPR-A, hold leases in the Northeast NPR-A and will be affected by the BLM's pending decision regarding amendments to the Northeast IAP.

Earlier this year, you provided us with a courtesy copy of the complaint protectively filed in National Audubon Society v. Norton. As you indicated at the time, and as reaffirmed recently in the parties' joint motion to extend time for filing a scheduling and planning conference report, plaintiffs in the National Audubon Society litigation plan to file an amended complaint once the BLM issues a ROD "to refine the NEPA claims if necessary and address other claims raised by the ROD." The parties' motion further confirms that at this time they cannot identify the administrative record, or assess discovery needs, settlement and other matters planning and scheduling matters for the litigation. A few days ago Judge Singleton granted the parties' motion extending the time for filing a report until after the BLM issues its ROD. In the interim, the case will not progress in any respect.

At this time, we want to make formal what seems obvious given the nature of the issues raised in the National Audubon Society litigation and what also seems implicit in your providing us with a copy of the original complaint. It is very likely that ConocoPhillips and Anadarko (as well as the other intervenor/defendants in the NAEC v. Norton litigation) will move to intervene in the National Audubon Society litigation at such point as the BLM issues its ROD and plaintiffs amend their complaint. We are confirming this in writing so that there no concern later that

Oregon
Washington



Deirdre McDonnell
July 29, 2005
Page 2

motions for intervention are surprising or prejudicial to plaintiffs. We are, of course, hopeful that plaintiffs will consent to intervention given the circumstances.

We sincerely appreciate your courtesy in providing us with the original complaint and ask that you provide us with a copy of the amended complaint when you file it. Please call me if you have any concerns regarding the status of the <u>National Audubon Society</u> litigation and intervention by affected parties as intervenors.

Very truly yours,

*/s/ Jeffrey W. Leppo*
Jeffrey W. Leppo

cc:  Dean Dunsmore, Esq.
     David Crosby, Esq.
     Ethan Falatko, Esq.

Ex. A, p. 2