Jeffrey W. Leppo
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, Washington 98101
(206) 624-0900 (phone)
(206) 386-7500 (facsimile)
Email: jwleppo@stoel.com

Attorney for ConocoPhillips Alaska, Inc.
and Anadarko Petroleum Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY,<br><br>Plaintiffs,<br><br>v.<br><br>GALE NORTON, Secretary of the Interior; HENRI BISSON, State Director, Bureau of Land Management; BUREAU OF LAND MANAGEMENT, and the UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Defendants. | Case. No.<br><u>1:05-CV-00008-JKS</u> |

### DECLARATION OF GREGORY F. HEBERTSON

1.  My name is Gregory F. Hebertson. I make this declaration on the basis of personal knowledge which I know to be true and correct.

National Audubon Society, et al. v. Norton, et al.
1:05-CV-00008-JKS

1

2. I am the Geoscience Manager for Anadarko Petroleum Corporation ("Anadarko") for Alaska Exploration. Anadarko's Alaska Exploration group is responsible for managing the exploration of approximately 1,140,000 gross acres and approximately 391,000 net acres of leased lands on over 160 leases in the Northeast Planning Area of the National Petroleum Reserve-Alaska ("Petroleum Reserve") and approximately 417,000 gross acres and 126,000 net acres of leased lands on 37 leases in the Northwest Planning Area. These leases are owned in various percentages by primarily Anadarko and co-owners ConocoPhillips Alaska, Inc. ("ConocoPhillips") and Pioneer Natural Resources Company ("Pioneer"). Anadarko also holds joint interest in leases within NPRA with PetroCanada Oil and Gas Corporation ("PetroCanada") and BG Group ("BG").

3. Anadarko has been a major participant in the exploration, development, and production of oil and gas on the North Slope of Alaska for over 12 years. Currently, Anadarko is a working interest owner of the Alpine production facility, which ConocoPhillips operates on behalf of itself and Anadarko. The Alpine field and production facility are located near the eastern edge of the Petroleum Reserve. The Alpine discovery ranks as the fifth largest on the North Slope in relation to the legendary Prudhoe Bay field.

4. ConocoPhillips and Anadarko discovered the Alpine field in winter of 1994-1995. As acknowledged by the Bureau of Land Management ("BLM"), the Alpine discovery played a significant role in re-igniting exploration interest in the Petroleum Reserve. The Alpine discovery revealed a new geologic play in previously under explored oil-bearing sands of the Jurassic Kingak Formation. The Alpine play extends westward into the Petroleum Reserve and

National Audubon Society, et al. v. Norton, et al.
1:05-CV-00008-JKS

it has been the principal target for exploration on leases in the eastern half of the Northeast Planning Area.

5. Anadarko has been one of the most active explorers in the Petroleum Reserve. The Petroleum Reserve is a major component of Anadarko's overall portfolio of exploration lands in Alaska. Anadarko is a significant oil and gas producer in the State of Alaska and has invested significant amounts of time and money in the Petroleum Reserve.

6. Anadarko recognizes that its long-term ability to develop oil and gas resources in Alaska is inextricably linked to the ability of all resource-developers to ensure that environmental impacts are minimized and the subsistence way of life is protected. Consequently, Anadarko has a stake in ensuring that oil and gas development, and the resource management on which it depends, takes place in an environmentally and culturally responsible manner using the best available technologies.

7. In June 1999, BLM conducted a lease sale, at which it offered 425 tracts of land in the Northeast Planning Area. Six oil companies submitted 174 bids, including Anadarko, Phillips Petroleum Company, and ARCO Alaska, Inc. (now ConocoPhillips). A total of 133 leases (covering 867,000 acres) were sold, the majority of which focused on the northeast corner of the Planning Area. ConocoPhillips and Anadarko submitted the highest bid received for a single tract ($ 3,650,000) and Anadarko, individually and/or jointly with other companies was awarded 99 leases comprising 628,000 gross acres and 181,000 net acres. Preparation for this lease sale took over two years and cost in excess of $ 20,000,000.

National Audubon Society, et al. v. Norton, et al.
1:05-CV-00008-JKS

8.  BLM held another lease sale in the Northeast Planning Area in June 2002. Of the 60 tracts offered, ConocoPhillips and Anadarko were awarded an additional 34 tracts, with winning bids of nearly $10,000,000.

9.  The decision to open the Northeast Planning Area of the Petroleum Reserve to oil and gas leasing is currently the subject of a lawsuit filed by a group that includes five of the plaintiffs in the above-captioned litigation. See Wilderness Society v. Norton, No. 98-2395 (D.D.C. filed Oct. 5, 1998). The district court in that case granted both ConocoPhillips (then Phillips Alaska, Inc.) and Anadarko intervention as of right to protect their interests. This lawsuit is still pending. Because the issues raised therein are similar to those raised in the present lawsuit, resolution of this case prior to completion of the litigation in D.C. has the potential to set precedent which will affect Anadarko's legally-protected interests.

10. In 2003, BP Exploration Alaska, Inc. and Chevron Texaco decided to sell all of their Petroleum Reserve leasehold interests and exit the area. ConocoPhillips and Anadarko purchased those leases. Also in 2003, Chevron USA decided to sell all of its Petroleum Reserve leasehold interests and exit the area. Anadarko purchased those lease interests.

11. Eighteen exploration wells (including one sidetrack) have been drilled in the Northeast Planning Area on leases acquired in the 1999 lease sale. The majority of which have encountered oil or gas and condensate. Anadarko has participated in all but the three of the wells.

12. BLM recently completed a final environmental impact statement and issued a record of decision authorizing ConocoPhillips and Anadarko to proceed with a nearly one billion dollar plan to develop five drill pads, three of which are in the Northeast Planning Area of the

National Audubon Society, et al. v. Norton, et al.
1:05-CV-00008-JKS

4

Petroleum Reserve. Production from these locations will be shipped via pipeline to the Colville River Unit for processing and will constitute the first sustained oil production from the Petroleum Reserve.

13.   In addition to commitments and investments in oil and gas development on the North Slope generally and in the Northeast Planning Area of the Petroleum Reserve, Anadarko is a substantial leaseholder in the Northwest Planning Area. Anadarko was one of a small number of bidders qualified to participate in the June 2004 lease for the Northwest Planning Area. As for the Northeast Planning Area lease sales, Anadarko actively participated in the administrative process and devoted considerable financial and other company resources to advance preparations necessary for participation in the Northwest Planning Area lease sale held in June 2004. Anadarko estimates that it spent over two years and in excess of $ 10,000,000 preparing for the June 2004 lease sale. Anadarko, either individually or jointly with ConocoPhillips and/or Pioneer were awarded 37of the 123 leases sold at the June 2004 lease sale based on winning bids totaling $ 7.8 million. Anadarko now manages approximately 417,000 gross acres and 126,000 net acres in the Northwest Planning area.

14.   The Secretary's decision to open the Northwest Planning Area to highly regulated oil and gas leasing is currently the subject of a nearly identical lawsuit filed by a similar collection of environmental plaintiffs. See Northern Alaska Environmental Center v. Norton, 361 F. Supp. 2d 1069 (D. Alaska 2005), decision on appeal pending Case No. 05-35085 (9th Cir. argued Sept. 15, 2005). In that case, this district court granted both ConocoPhillips and Anadarko intervention to protect their interests. Because the issues raised therein are substantially similar to those raised in the present lawsuit, resolution of this case prior to a

National Audubon Society, et al. v. Norton, et al.
1:05-CV-00008-JKS

5

decision on appeal has the potential to influence the appellate court in a manner that could affect Anadarko's legally-protected interests.

15. Anadarko has a certain and immediate interest in implementation of the Secretary of the Interior's ("Secretary's") final decision approving, with modifications, the final preferred alternative described in the Final Amended IAP/EIS for the Northeast Planning Area. The Secretary's decision opens new areas of the Northeast Planning Area to leasing and changes the mitigation measures applicable to both existing and new leases from prescriptive stipulations to performance-based stipulations and required operating procedures ("ROPs").

16. Anadarko's interest in the Secretary's decision is two-fold. First, Anadarko, individually and jointly with ConocoPhillips, currently holds leases in the Northeast Planning Area that will be subject to the new performance-based stipulations and ROPs. Second, Anadarko anticipates participating in the lease sale based on the Final Amended IAP/EIS, which BLM expects to hold in the fall of 2006.

17. Participation in the fall lease sale requires considerable advance preparation on the part of Anadarko. As prior Petroleum Reserve lease sales have shown, Anadarko generally spends several millions of dollars on the preparations necessary for a Petroleum Reserve lease sale. As detailed above, for past Northeast and Northwest Planning Area sales, Anadarko spent millions of dollars in data acquisition, evaluation, and analysis before submitting any bids at the sales. Anadarko will do the same for the lease sale announced for fall 2006. In addition, preparation for the fall lease sale will require the full- or part-time commitment of numerous company staff and outside consultants. Anadarko therefore anticipates making substantial commitments of financial and other company resources during the pendancy of this litigation.

National Audubon Society, et al. v. Norton, et al.
1:05-CV-00008-JKS

6

18. Anadarko has been active in the administrative process. On October 31, 2003, Anadarko submitted scoping comments in response to the Notice of Intent to Plan and Call for Nominations and Comments published by BLM in the Federal Register. A representative from Anadarko attended nearly all of the public meetings held by BLM in both Alaska and Washington, D.C., to take comments on the draft IAP/EIS. In addition, Anadarko submitted detailed written comments on the draft IAP/EIS. A true and correct copy of Anadarko's written comments is attached hereto as Exhibit A. Finally, Anadarko met numerous times with BLM, the North Slope Borough, the State of Alaska, and several environmental non-governmental organizations during the administrative process.

19. Based on the extensive time commitment and financial and other investments involved in preparing to bid at the fall lease sale and its current ownership in the Northeast Planning Area, Anadarko has a significant economic stake in the Secretary's decision to open new areas of the Northeast Planning Area to oil and gas leasing and in the upcoming lease sale. Consequently, any legal action that would result in altering or invalidating the final preferred alternative or delaying the lease sale would adversely affect the company's interests. In addition, any legal action which invalidates or delays implementation of the Secretary's decision regarding performance-based stipulations and ROPs would significantly affect Anadarko's interest as current holders of Northeast Planning Area leases.

DATED this 2 1 day of March, 2006.

_____
Gregory F. Hebertson

## Certificate of Service

I hereby certify that on March 28, 2006, a copy of foregoing *Declaration of Gregory F Hebertson* was served electronically on:

**Deirdre A. McDonnell**
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801

**Dean K. Dunsmore**
U.S. DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657

Courtesy copies were sent by first-class mail, postage prepaid to:

**David C. Crosby**
David C. Crosby, P.C.
5280 Thane Road
Juneau, Alaska 99801-7717

**Ethan Falatko**
**Lawrence Ostrovsky**
STATE OF ALASKA
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811-0300


s/Jeffrey W. Leppo
Jeffrey W. Leppo


National Audubon Society, et al. v. Norton, et al.
1:05-CV-00008-JKS