Jeffrey W. Leppo
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, Washington 98101
(206) 624-0900 (phone)
(206) 386-7500 (facsimile)
Email: jwleppo@stoel.com

Attorney for ConocoPhillips Alaska, Inc.
and Anadarko Petroleum Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY,<br><br>                Plaintiffs,<br><br>v.<br><br>GALE NORTON, Secretary of the Interior; HENRI BISSON, State Director, Bureau of Land Management; BUREAU OF LAND MANAGEMENT, and the UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>                Defendants. | Case. No.<br>1:05-CV-00008-JKS |

## DECLARATION OF RICHARD P. MOTT

1.    My name is Richard P. Mott. I make this declaration on the basis of personal knowledge which I know to be true and correct.

2.    I am the Vice President of ConocoPhillips Alaska, Inc. ("ConocoPhillips") for the Exploration and Land Business Unit. The Exploration and Land Business Unit is

responsible for managing ConocoPhillips' exploration programs on over 1 million gross acres comprising 159 federal oil and gas leases in the Northeast Planning Area of the National Petroleum Reserve-Alaska ("Petroleum Reserve") and over 800,000 gross acres comprising 71 federal oil and gas leases in the Northwest Planning Area of the Petroleum Reserve. These leases are owned in various percentages by ConocoPhillips and co-owners Anadarko Petroleum Corporation ("Anadarko") and Pioneer Natural Resources Alaska, Inc. ("Pioneer").

3. ConocoPhillips (formerly known as Phillips Alaska, Inc. and ARCO Alaska, Inc.) has been a major participant in the exploration, development, and production of oil and gas in Alaska.

4. ConocoPhillips is a major interest owner of the Prudhoe Bay Unit. ConocoPhillips operates the Kuparuk River Unit on behalf of itself and other interest owners. In addition, ConocoPhillips operates the Colville River Unit on behalf of itself and Anadarko. The Colville River Unit is located near the eastern edge of the Petroleum Reserve. The Colville River Unit's Alpine field discovery constitutes the single largest discovery of domestic onshore oil reserves in over a decade and ranks as the fifth largest on the North Slope in relation to the legendary Prudhoe Bay Unit field.

5. Alaska's oil production accounts for nearly 17 percent of all U.S. oil production, with over 800,000 barrels per day shipped down the Trans Alaska Pipeline System, including over 100,000 barrels per day from the Colville River Unit Alpine field. ConocoPhillips produces over one-third of the total oil daily volume of North Slope oil production.

6. ConocoPhillips recognizes that its long-term ability to develop oil and gas resources in Alaska is inextricably linked to the ability of all resource-developers to ensure that environmental impacts are minimized and the subsistence way of life is protected. Consequently, ConocoPhillips has a stake in ensuring that oil and gas development, and the resource management on which it depends, takes place in an environmentally and culturally responsible manner using the best available technologies. In recognition of the company's environmental accomplishments, ConocoPhillips received the 1999 Environmental Protection Agency Award ("EPA Award") for pollution prevention at the Kuparuk River Unit. This was the first time the EPA Award was presented to a company in Alaska and the first time, nationwide, that it was awarded to an oil field operator. ConocoPhillips also received the Interstate Oil and Gas Compact Commission's Stewardship Award for the outstanding environmental practices employed at Colville River Unit field operations, which demonstrates that resource development and ecosystem conservation are not mutually exclusive.

7. ConocoPhillips and Anadarko discovered the Alpine field in the winter of 1994-1995. As acknowledged by the Bureau of Land Management ("BLM"), the Alpine discovery played a significant role in re-igniting exploration interest in the Petroleum Reserve. See Exhibit A at 13-14 (3-14 to 3-15); Exhibit A is a true and correct copy of excerpts from BLM's Final Amended Integrated Activity Plan/Environmental Impact Statement ("IAP/EIS") for the Northeast Planning Area of the Petroleum Reserve. The Alpine discovery revealed a new geologic play in previously unknown oil-bearing sands of the Jurassic Kingak Formation. Id. The Alpine play extends westward into the

Petroleum Reserve and it has been a principal target for exploration on leases in the eastern half of the Northeast Planning Area. Id.

8. ConocoPhillips has been one of the most active explorers in the Petroleum Reserve. Id. The Petroleum Reserve is a major component of the company's overall portfolio of exploration lands in Alaska. ConocoPhillips is the number one oil and gas producer in the State, and has drilled more exploration wells in Alaska in recent years than any other explorer.

9. In June 1999, BLM conducted a lease sale, at which it offered 425 tracts of land in the Northeast Planning Area. Id. at 14 (Final Amended IAP/EIS at 3-15). Six oil companies submitted 174 bids, including Anadarko, Phillips Petroleum Company, and ARCO Alaska, Inc. (now ConocoPhillips). Id. A total of 133 leases (covering 867,000 acres) were sold, the majority of which focused on the northeast corner of the Northeast Planning Area. Id. ConocoPhillips and Anadarko submitted the highest bid received for a single tract and were awarded 92 leases with winning bids totaling $70,500,000. Preparation for this lease sale took over 12 man years and included acquisition and processing of more than 1500 square miles of two-dimensional seismic data and more than 1100 square miles of three-dimensional seismic data related to the Northeast Planning Area lease sale area at a cost of several millions of dollars.

10. BLM held another lease sale in the Northeast Planning Area in June 2002. Of the 60 tracts offered, ConocoPhillips and Anadarko were awarded 34 tracts, with winning bids totaling nearly $10,000,000.

11. The decision to open the Northeast Planning Area of the Petroleum Reserve to oil and gas leasing is currently the subject of a lawsuit filed by a group that

National Audubon Society, et al. v. Norton, et al.
1:05-CV-00008-JKS

4

includes five of the plaintiffs in the above-captioned litigation. See Wilderness Society v. Norton, No. 98-2395 (D.D.C. filed Oct. 5, 1998). The district court in that case granted both ConocoPhillips (then Phillips Alaska, Inc.) and Anadarko intervention as of right to protect their interests. A true and correct copy of the complaint and amended complaint filed in that case and ConocoPhillips' answer is attached hereto as Exhibit B. That lawsuit is still pending. Because the issues raised therein are similar to those raised in the present lawsuit, resolution of this case prior to completion of the litigation in the District of Columbia has the potential to set precedent that will affect ConocoPhillips' legally-protected interests.

12. In 2003, BP Exploration (Alaska), Inc. and Chevron Texaco decided to sell all of their Petroleum Reserve leasehold interests and exit the area. ConocoPhillips and Anadarko purchased those leases. Attached as Exhibit C is a true and correct copy of a lease map showing the leases in which ConocoPhillips currently owns working interests in the Northeast Planning Area of the Petroleum Reserve.

13. Seventeen exploration wells (including one sidetrack) have been drilled in the Northeast Planning Area on leases acquired in the 1999 lease sale. Almost half of these wells encountered oil or gas and condensate. ConocoPhillips participated in sixteen of the seventeen wells. Two wells have been drilled on the leases acquired in the 2002 lease sale and ConocoPhillips participated in one of those. ConocoPhillips alone has invested more than $120,000,000 in drilling wells in the Petroleum Reserve.

14. In addition, BLM recently completed a final environmental impact statement and issued a record of decision authorizing ConocoPhillips and Anadarko to proceed with a nearly one billion dollar plan to develop five drill pads, three of which are

in the Northeast Planning Area of the Petroleum Reserve. Production from these locations will be shipped via pipeline to the Colville River Unit facility for processing and will constitute the first sustained oil production from the Petroleum Reserve.

15. In addition to commitments and investments in oil and gas development on the North Slope generally and in the Northeast Planning Area of the Petroleum Reserve, ConocoPhillips is a substantial leaseholder in the Northwest Planning Area. See Ex. C. As for the Northeast Planning Area lease sales, ConocoPhillips actively participated in the administrative process and devoted considerable financial and other company resources to advance preparations necessary for participation in the Northwest Planning Area lease sale held in June 2004. These preparations included acquisition and processing of new seismic data and reprocessing of existing seismic data in the area, at a cost of approximately $20,000,000, and the commitment of numerous company staff and outside consultants. Preparation for the June 2004 lease sale took approximately six man years when considering all employees involved. ConocoPhillips, either individually or jointly with Anadarko and/or Pioneer, was awarded 71 of the 123 leases awarded at the June 2004 lease sale based on winning bids totaling $13,800,000.

16. The decision of the Secretary of the Interior ("Secretary") to open the Northwest Planning Area to highly regulated oil and gas leasing is currently the subject of a nearly identical lawsuit filed by a similar collection of environmental plaintiffs. See Northern Alaska Environmental Center v. Norton, 361 F. Supp. 2d 1069 (D. Alaska 2005), decision on appeal pending Case No. 05-35085 (9th Cir. argued Sept. 15, 2005). In that case, this district court granted both ConocoPhillips and Anadarko intervention to protect their interests. Because the issues raised therein are substantially similar to those

National Audubon Society, et al. v. Norton, et al.
1:05-CV-00008-JKS

6

raised in the present lawsuit, resolution of this case prior to a decision on appeal has the potential to influence the appellate court in a manner that could affect ConocoPhillips' legally-protected interests.

17. ConocoPhillips has a certain and immediate interest in implementation of the Secretary's final decision approving, with modifications, the final preferred alternative described in the Final Amended IAP/EIS for the Northeast Planning Area. The Secretary's decision opens new areas of the Northeast Planning Area to leasing and changes the mitigation measures applicable to both existing and new leases from prescriptive stipulations to performance-based stipulations and required operating procedures ("ROPs"). Attached hereto as Exhibit D are true and correct copies of excerpts from the Record of Decision ("ROD"), which describe the final decision. See Ex. D at 2-6 (ROD at 9-13); see also Ex. A at 2-8 (Final Amended IAP/EIS at ES-1 to ES-8).

18. ConocoPhillips' interest in the Secretary's decision is two-fold. First, ConocoPhillips currently holds leases in the Northeast Planning Area that will be subject to the new performance-based stipulations and ROPs. Second, ConocoPhillips anticipates participating in the lease sale based on the Final Amended IAP/EIS, which BLM anticipates holding this fall. Attached hereto as Exhibit E is a true and correct copy of a BLM press release announcing the agency's intention to hold a lease sale for the Northeast Planning Area in the fall of 2006.

19. Participation in the fall 2006 lease sale requires considerable advance preparation on the part of ConocoPhillips. As detailed above, for prior Northeast and Northwest Planning Area sales, ConocoPhillips devoted substantial staff and consultant

effort and time and spent millions of dollars in data acquisition, evaluation, and analysis before submitting any bids at the sales. ConocoPhillips therefore anticipates making substantial commitments of financial and other company resources during the pendency of this litigation.

20.  ConocoPhillips has also been active in the administrative process leading up to the Secretary's final decision. On October 30, 2003, ConocoPhillips submitted scoping comments in response to the Notice of Intent to Plan and Call for Nominations and Comments published by BLM in the Federal Register. A representative from ConocoPhillips has attended nearly all of the public meetings held by BLM in both Alaska and Washington, D.C., to take comments on the draft IAP/EIS. See Ex. A at 15, 16-18 (Final Amended IAP/EIS at 5-7, 6-6 to 6-8). In addition, ConocoPhillips submitted detailed written comments on the draft IAP/EIS. A true and correct copy of ConocoPhillips' written comments is attached hereto as Exhibit F. Finally, ConocoPhillips met numerous times with BLM, the North Slope Borough, the State of Alaska, and several environmental non-governmental organizations during the administrative process.

21.  Based on the extensive time commitment and financial and other investments involved in preparing to bid at the fall lease sale and its current lease ownership in the Northeast Planning Area, ConocoPhillips has a significant economic stake in the Secretary's decision to open new areas of the Northeast Planning Area to oil and gas leasing in the upcoming lease sale. Consequently, any legal action that would result in altering or invalidating the preferred alternative or delaying the lease sale would adversely affect ConocoPhillips' interests. In addition, any legal action which invalidates

or delays implementation of the Secretary's decision regarding performance-based stipulations and ROPs would significantly affect ConocoPhillips' interest as current holders of Northeast Planning Area leases.

DATED this 22 day of March, 2006.

_Richard P. Mott_
Richard P. Mott

## Certificate of Service

I hereby certify that on March 28, 2006, a copy of foregoing *Declaration of Richard P. Mott* was served electronically on:

**Deirdre A. McDonnell**
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801

**Dean K. Dunsmore**
U.S. DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657

Courtesy copies were sent by first-class mail, postage prepaid to:

**David C. Crosby**
David C. Crosby, P.C.
5280 Thane Road
Juneau, Alaska 99801-7717

**Ethan Falatko**
**Lawrence Ostrovsky**
STATE OF ALASKA
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811-0300

s/Jeffrey W. Leppo
Jeffrey W. Leppo

National Audubon Society, et al. v. Norton, et al.
1:05-CV-00008-JKS

## EXHIBITS – TABLE OF CONTENTS

Exhibit A:   Excerpts from BLM's Final Amended Integrated Activity Plan/Environmental Impact Statement for the Northeast Planning Area of the National Petroleum Reserve Alaska.

Exhibit B:   <u>Wilderness Society v. Norton</u>, No. 98-2395 (D.D.C. filed Oct. 5, 1998); Complaint, First Amended Complaint, and Answer of Intervenors Phillips Alaska, Inc. [now known as ConocoPhillips Alaska, Inc.] and Anadarko Petroleum Corporation to First Amended Complaint.

Exhibit C:   Map indicating leased lands in which ConocoPhillips currently owns interests in the Northeast Planning Area of the National Petroleum Reserve Alaska.

Exhibit D:   Excerpts from the Record of Decision.

Exhibit E:   BLM press release dated January 11, 2006.

Exhibit F:   ConocoPhillips' written comments on the draft IAP/EIS.

National Audubon Society, et al. v. Norton, et al.
1:05-CV-00008-JKS

Seattle-3292696.1 0028116-00025