David C. Crosby
David C. Crosby, P.C.
5280 Thane Road
Juneau, AK 99801-7717
Telephone: (907) 586-6262
Facsimile: (907) 586-5959
E-mail: crosbylaw@gci.net

Attorney for Intervenor/Defendant
Arctic Slope Regional Corporation


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| GALE NORTON, Secretary of the ) | |
| Interior, et al., ) | |
| ) | |
| Defendants. ) | Case No. J05-008 CV (JKS) |
| _____ ) | |

APPLICATION OF ARCTIC SLOPE REGIONAL CORPORATION FOR LEAVE
TO INTERVENE PURSUANT TO RULE 24(a)(2) OR RULE 24(b)

Arctic Slope Regional Corporation ("ASRC") applies to this Court for leave to intervene as a party defendant in these proceedings as a matter of right under Federal Rules of Civil Procedure, Rule 24(a)(2) because:

1.  No proceedings have occurred in this court, and the application is timely.

2.  ASRC has a "significantly protectable interest" in subsurface estate within the Planning Area and

    in federal leases that will be assigned to it in the future.

  3. ASRC's ability to protect its interests, as a practical matter, will be adversely affected were the relief requested by plaintiffs to be granted in that the terms of leases assigned to ASRC by the United States could make those leases more burdensome to administer and/or less valuable.

  4. None of the parties or prospective parties to this proceeding share ASRC's unique property interests and cannot adequately represent ASRC.

In the alternative, ASRC applies for leave to participate pursuant to Federal Rules of Civil Procedure, Rule 24(b) because:

  1. Its defenses and the main action have a question of law or fact in common; and

  2. ASRC, whose Inupiaq shareholders live in the Planning Area and rely on its resources for their subsistence, is in a unique position to significantly contribute to full development of the underlying factual issues in the suit and to the just and equitable adjudication of the legal questions involved.

This application is supported by ASRC's Memorandum in Support of Application for Leave to Intervene Pursuant to

Rule 24(a)(2) or Rule 24(b), the Declaration of Jacob Adams, and ASRC's proposed Answer and Affirmative Defenses.

DATED this 31st day of March, 2006, at Juneau, Alaska.

        Respectfully submitted,

        DAVID C. CROSBY, P.C.

        /s/ David C. Crosby
        David C. Crosby
        Alaska Bar No. 7106006

        Attorney for Intervenor/
        Defendant Arctic Slope
        Regional Corporation

CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2006, a copy of this document was served electronically on:

    Deirdre McDonnell
    Layla Hughes
    Eric P. Jorgensen
    EARTHJUSTICE
    325 Fourth Street
    Juneau, AK 99801

    Dean K. Dunsmore
    U.S. DEPARTMENT OF JUSTICE
    Environment & Natural Resources Division
    801 B Street, Suite 504
    Anchorage, AK 99501-3657

        /s/ David C. Crosby
        David C. Crosby

Pleading.045