IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
NATIONAL AUDUBON SOCIETY, et al.,)
                                 )
        Plaintiffs,              )
                                 )
    v.                           )
                                 )
GALE NORTON, Secretary of the    )
Interior, et al.,                )
                                 )
        Defendants.              ) Case No. J05-008 CV (JKS)
_____)
```

PROPOSED ORDER GRANTING ARCTIC SLOPE REGIONAL CORPORATION'S
APPLICATION TO INTERVENE AS A PARTY DEFENDANT

This matter came on for a decision pursuant to the application of Arctic Slope Regional Corporation for leave to intervene pursuant to Rule 24(a)(2) or Rule 24(b).

The Court having considered the pleadings in support of and opposition to the same, it is accordingly

**ORDERED** as follows:

❑ The application is **GRANTED** pursuant to Federal Rules of Civil Procedure, Rule 24(a)(2) a matter of right.

❑  The application is **GRANTED** pursuant to Federal Rules

of Civil Procedure, Rule 24(b) in the discretion of

the Court.

DATED this ___ day of _____, 2006, at Anchorage,

Alaska.


_____
James K. Singleton Jr.
Judge, United States
District Court, District of
Alaska


CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2006, a copy of this document
was served electronically on:

Deirdre McDonnell
Layla Hughes
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801

Dean K. Dunsmore
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, AK 99501-3657


/s/  David C. Crosby
David C. Crosby


Order_Intervention.045

2