DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Ethan Falatko
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska  99811-0300
Ph:  (907) 465-3600
Fax:  (907) 465-2417
ethan_falatko@law.state.ak.us
Attorney for the State of Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GALE NORTON, Secretary of the Interior, et al.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. J05-008CV (JKS) |

**THE STATE OF ALASKA'S MOTION TO INTERVENE AS A DEFENDANT**

　　　　The State of Alaska, through counsel, moves to intervene in the above captioned case pursuant to F.R.C.P. 24(a) on Counts 2, 3 and on the remedy phase of Count 1 of Plaintiffs' Complaint.  The State moves to intervene pursuant to F.R.C.P. 24(b) on the merits of Count 1.  In the alternative, the State moves to intervene

pursuant to F.R.C.P. 24(b) on all Counts.  This Motion is supported by the attached Memorandum of Points and Authorities.

Dated March 31, 2006, at Juneau, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By:   s/Ethan Falatko
Assistant Attorney General
Alaska Bar No. 0112093
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska  99811-0300
Ph:  (907) 465-3600
Fax:  (907) 465-2417
ethan_falatko@law.state.ak.us
Attorney for the State of Alaska

**Certificate of Service**

I hereby certify that on March 31, 2006, a copy of the Motion to Intervene, including the Memorandum in Support of Motion to Intervene, the Entry of Appearance, and the proposed Order were served electronically on:

Dean K. Dunsmore
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska, 99501-3657

Deirdre McDonnell
Layla Hughes
Eric P. Jorgensen
EARTHJUSTICE
325 4th Street
Juneau, Alaska  99801

Jeffrey W. Leppo.
600 University Street, Suite 3600
Seattle, Washington  98101

David Crosby
5280 Thane Road
Juneau, Alaska  99801

s/Ethan Falatko