DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Ethan Falatko
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811-0300
Ph: (907) 465-3600
Fax: (907) 465-2417
ethan_falatko@law.state.ak.us
Attorney for the State of Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| GALE NORTON, Secretary of the Interior, et al., | ) ) ) |
| Defendants. | ) ) |

Case No. J05-008CV (JKS)

**ORDER**

      THIS MATTER came before the court on the State of Alaska's Motion to

Intervene as a Defendant, either as a matter of right, or in the alternative, permissively,

pursuant to Rule 24 of the Federal Rules of Civil Procedure.  The parties having had

opportunity to respond, it is hereby ORDERED the State of Alaska's Motion to Intervene

is GRANTED. The State of Alaska is admitted into this litigation as defendant-intervenors.

Dated this _____ day of April, 2006, at Anchorage, Alaska

_____
James K. Singleton, Jr.
District Court Judge