DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Ethan Falatko
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska  99811-0300
Ph:  (907) 465-3600
Fax:  (907) 465-2417
ethan_falatko@law.state.ak.us
Attorney for the State of Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| GALE NORTON, Secretary of the Interior, et al., | ) ) ) ) |
| Defendants. | ) ) |
| | ) Case No. J05-008CV (JKS) |

### **ENTRY OF APPEARANCE**

Please take notice that Ethan Falatko, Assistant Attorney General, Department of Law, P.O. Box 110300, Juneau, Alaska, 99811-0300; telephone (907) 465-3600, enters his appearance as counsel of record in the above-captioned matter.

Copies of all notices, motions and pleadings should be sent to Mr. Falatko at the address referenced above.

Dated this 31st day of March 2006, at Juneau, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By:   s/Ethan Falatko
Assistant Attorneys General
Alaska Bar No. 0112093
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska  99811-0300
Ph:  (907) 465-3600
Fax:  (907) 465-2417
ethan_falatko@law.state.ak.us
Attorney for the State of Alaska