DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Ethan Falatko
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811-0300
Ph: (907) 465-3600
Fax: (907) 465-2417
ethan_falatko@law.state.ak.us
Attorney for the State of Alaska

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY et al.,          Plaintiffs, <br><br> v. <br><br> GALE NORTON, Secretary of the Interior, et al.,          Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. J05-008CV (JKS)

## ERRATA

This Errata is being filed to correct an error in the original filing of the

State of Alaska's Motion to Intervene as a Defendant. The attached Exhibit A should

have been attached as an exhibit with the State's Motion to Intervene.

Dated this 31st day of March 2006, at Juneau, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By:    s/Ethan Falatko
        Assistant Attorneys General
        Alaska Bar No. 0112093
        Office of the Attorney General
        P.O. Box 110300
        Juneau, Alaska 99811-0300
        Ph: (907) 465-3600
        Fax: (907) 465-2417
        ethan_falatko@law.state.ak.us
        Attorney for the State of Alaska

**Certificate of Service**

I hereby certify that on March 31, 2006, a copy of the Errata were served electronically on:

Dean K. Dunsmore
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska, 99501-3657

Deirdre McDonnell
Layla Hughes
Eric P. Jorgensen
EARTHJUSTICE
325 4th Street
Juneau, Alaska 99801

Jeffrey W. Leppo.
600 University Street, Suite 3600
Seattle, Washington 98101

David Crosby
5280 Thane Road
Juneau, Alaska 99801

s/Ethan Falatko