# 2.

# Executive Summary

## Total Governmental Revenue



2-1. FY 2005 Total Revenue: $9.0 Billion

- Investment $2.8 billion
- Federal $1.9 billion
- Other (except Federal & Investment) $0.8 billion
- Oil $3.4 billion

Total Revenue $9.0 billion

## Executive Summary

2-2. **Total Governmental Revenue by Major Component, FY 2005 and Forecasted FY 2006-2007**
$ Million

|  | History<br>FY 2005 | Forecast<br>FY 2006 | Forecast<br>FY 2007 |
|---|---|---|---|
| **OIL REVENUE** | | | |
| <u>Unrestricted</u> | | | |
| Property Tax | 42.5 | 42.5 | 36.7 |
| Corporate Petroleum Tax | 524.0 | 525.1 | 444.1 |
| Production Tax | 863.2 | 1,130.8 | 891.6 |
| Royalties (including Bonuses, Rents & Interest) | <u>1,419.8</u> | <u>1,728.5</u> | <u>1,397.5</u> |
| Subtotal | 2,849.5 | 3,426.9 | 2,769.9 |
| <u>Restricted</u> | | | |
| Royalties to Perm Fund and School Fund (includes Bonuses & Rents) | 486.5 | 589.9 | 474.9 |
| Tax Settlements to CBRF | 27.4 | 20.0 | 20.0 |
| NPR-A Royalties, Rents and Bonuses | <u>31.6</u> | <u>2.9</u> | <u>12.6</u> |
| Subtotal | 545.5 | 612.9 | 507.5 |
| Subtotal Oil Revenue | 3,395.0 | 4,039.8 | 3,277.3 |

(continued on next page)

**2-2. Total Governmental Revenue by Major Component** (continued from prior page)
$ Million

| | History FY 2005 | Forecast FY 2006 | FY 2007 |
|---|---|---|---|
| **OTHER REVENUE (EXCEPT FEDERAL & INVESTMENT)** | | | |
| <u>Unrestricted</u> | | | |
| Taxes | 227.7 | 265.2 | 248.0 |
| Charges for Services | 17.9 | 18.1 | 18.1 |
| Fines and Forfeitures | 8.8 | 10.9 | 10.9 |
| Licenses and Permits | 42.7 | 41.6 | 42.4 |
| Rents and Royalties | 9.3 | 9.6 | 9.6 |
| Other | <u>17.1</u> | <u>12.7</u> | <u>12.7</u> |
| Subtotal | 323.5 | 358.1 | 341.7 |
| <u>Restricted</u> | | | |
| Taxes | 82.6 | 83.3 | 82.6 |
| Charges for Services | 233.3 | 260.8 | 262.0 |
| Fines and Forfeitures | 23.3 | 22.6 | 22.5 |
| Licenses and Permits | 29.9 | 31.7 | 36.5 |
| Rents and Royalties | 4.5 | 4.6 | 4.6 |
| Other | <u>141.1</u> | <u>160.7</u> | <u>93.9</u> |
| Subtotal | 514.7 | 563.7 | 502.1 |
| Subtotal Other Revenue (Except Federal & Investment) | 838.2 | 921.8 | 843.8 |
| **FEDERAL REVENUE** | | | |
| <u>Restricted</u> | | | |
| Federal Receipts | <u>1,946.3</u> | <u>2,745.0</u> | <u>2,745.0</u> |
| Subtotal Federal Revenue | 1,946.3 | 2,745.0 | 2,745.0 |
| **INVESTMENT REVENUE** | | | |
| <u>Unrestricted</u> | | | |
| Investments | 23.6 | 23.6 | 26.6 |
| Interest Paid by Others | <u>1.1</u> | <u>1.1</u> | <u>1.1</u> |
| Subtotal | 24.7 | 24.7 | 27.7 |
| <u>Restricted</u> | | | |
| Investments | 13.3 | 12.4 | 13.6 |
| Constitutional Budget Reserve Fund | 97.4 | 76.0 | 112.3 |
| Other Treasury Managed Funds | 22.7 | 21.0 | 21.9 |
| Alaska Permanent Fund (GASB) [1] | <u>2,640.2</u> | <u>2,243.0</u> | <u>2,408.3</u> |
| Subtotal | 2,773.6 | 2,352.4 | 2,556.1 |
| Subtotal Investment Revenue | 2,798.3 | 2,377.1 | 2,583.8 |
| **Grand Total** | 8,977.8 | 10,083.7 | 9,450.0 |

(1) Both realized and unrealized gains and losses are included per GASB 34 as interpreted by the Finance Division of the Department of Administration in its Comprehensive Annual Financial Report.

Executive Summary



2-3. FY 2005 Unrestricted and Restricted Revenue: $9.0 Billion

2-4. Unrestricted and Restricted Revenue by Major Source, FY 2005 and Forecasted FY 2006-2007
$ Million

|  | History FY 2005 | Forecast FY 2006 | Forecast FY 2007 |
|---|---|---|---|
| **Unrestricted** [1] | | | |
| Oil Revenue | 2,849.5 | 3,426.9 | 2,769.9 |
| Non-Oil Revenue | 323.5 | 358.1 | 341.7 |
| Investment Earnings | 24.7 | 24.7 | 27.7 |
| **Subtotal** | 3,197.7 | 3,809.7 | 3,139.3 |
| **Restricted** | | | |
| Oil Revenue | 545.5 | 612.9 | 507.5 |
| Non-Oil Revenue | 514.7 | 563.7 | 502.1 |
| Investment Earnings | 2,773.6 | 2,352.4 | 2,556.1 |
| Federal Revenue | 1,946.3 | 2,745.0 | 2,745.0 |
| **Subtotal** | 5,780.1 | 6,274.0 | 6,310.7 |
| **Grand Total** | 8,977.8 | 10,083.7 | 9,450.0 |

(1) Total unrestricted revenue as reported from Alaska State Accounting System (AKSAS) with adjustments for certain municipal sharing of statewide taxes and additional spending restrictions.

Executive Summary

# Unrestricted General Purpose Revenue

Unrestricted General Purpose Revenue is the amount generally used for budget planning purposes and is designated in budget documents as General Fund revenue. The table on the next two pages sets out FY 2005 Unrestricted General Purpose Revenue and our forecast for FY 2006 and 2007.

The Department of Revenue forecasts Unrestricted General Purpose Revenue by first estimating General Fund Unrestricted Revenue, which includes all unrestricted revenues in the Alaska State Accounting System (AKSAS), as well as certain program receipts. After consulting with the Governor's Office of Management and Budget and Legislative Finance, we adjust our forecast of General Fund Unrestricted Revenue to derive a forecast of total Unrestricted General Purpose Revenue. Reductions include: (1) revenue earmarked for specific programs, (2) pass-through revenue for qualified regional aquaculture and dive fishery associations, and (3) revenue shared with municipal governments and organizations (e.g., fisheries taxes.) Additions include transfers from the unclaimed property trust to the state treasury.

**2-5. Unrestricted General Purpose Revenue, FY 2005 and Forecasted FY 2006-2007**
$ Million

|  | History | Forecast | |
|---|---|---|---|
|  | FY 2005 | FY 2006 | FY 2007 |
| **Oil Revenue** | | | |
| Property Tax | 42.5 | 42.5 | 36.7 |
| Corporate Income Tax | 524.0 | 525.1 | 444.1 |
| Production Tax | | | |
|   Oil & Gas Production | 854.9 | 1,122.7 | 883.6 |
|   Oil & Gas Hazardous Release | 8.3 | 8.1 | 8.0 |
|  | 863.2 | 1,130.8 | 891.6 |
| Royalties (including Bonuses & Interest) | | | |
|   Mineral Bonuses & Rents | 17.4 | 16.1 | 23.5 |
|   Oil and Gas Royalties | 1,401.0 | 1,707.4 | 1,364.0 |
|   Interest | 1.4 | 5.0 | 10.0 |
|   Subtotal Royalties | 1,419.8 | 1,728.5 | 1,397.5 |
| **Total Oil Revenue** | 2,849.5 | 3,426.9 | 2,769.9 |
| **Other Revenue (except Federal & Investment)** | | | |
| Other Taxes | | | |
|   Sales and Use | | | |
|     Alcoholic Beverages | 17.3 | 17.6 | 17.8 |
|     Cigarette | 17.4 | 28.9 | 33.8 |
|     Other Tobacco Products | 7.7 | 8.1 | 8.4 |
|     Insurance Premium | 45.9 | 47.2 | 47.7 |
|     Electric and Telephone Cooperative | 0.2 | 0.2 | 0.2 |
|     Motor Fuel | 39.4 | 39.4 | 40.1 |
|     Tire Fees | 1.6 | 1.6 | 1.6 |
|     Vehicle Rental | 7.5 | 7.5 | 7.5 |
|     Subtotal | 137.0 | 150.5 | 157.1 |
| Corporate Income | 61.8 | 85.0 | 61.5 |
| Fish | | | |
|   Fisheries Business | 10.7 | 12.1 | 13.5 |
|   Fishery Resource Landing | 3.9 | 4.3 | 4.3 |
|   Subtotal | 14.6 | 16.4 | 17.8 |
| Other | | | |
|   Mining | 10.3 | 10.4 | 9.2 |
|   Estate | 1.5 | 0.5 | 0.0 |
|   Charitable Gaming | 2.5 | 2.4 | 2.4 |
|   Subtotal | 14.3 | 13.3 | 11.6 |
| Subtotal Other Taxes | 227.7 | 265.2 | 248.0 |

(continued on next page)

**2-5. Unrestricted General Purpose Revenue** (continued from prior page)
$ Million

|  | History | Forecast | |
|---|---|---|---|
|  | FY 2005 | FY 2006 | FY 2007 |
| **Other Revenue (except Federal & Investment), cont.** | | | |
| Charges for Services | | | |
|   General Government | 14.7 | 14.9 | 14.9 |
|   Natural Resources | 1.4 | 1.4 | 1.4 |
|   Other | <u>1.8</u> | <u>1.8</u> | <u>1.8</u> |
| Subtotal Charges for Services | 17.9 | 18.1 | 18.1 |
| Fines and Forfeitures | 8.8 | 10.9 | 10.9 |
| Licenses and Permits | | | |
|   Motor Vehicle | 39.9 | 38.8 | 39.6 |
|   Other | <u>2.8</u> | <u>2.8</u> | <u>2.8</u> |
| Subtotal Licenses and Permits | 42.7 | 41.6 | 42.4 |
| Rents and Royalties | | | |
|   Land Leasing, Rental and Sales | 7.7 | 7.9 | 7.9 |
|   Coals Royalties | 1.3 | 1.4 | 1.4 |
|   Cabin Rentals | <u>0.3</u> | <u>0.3</u> | <u>0.3</u> |
| Subtotal Rents and Royalties | 9.3 | 9.6 | 9.6 |
| Other | | | |
|   Miscellaneous | 7.6 | 8.2 | 8.2 |
|   Unclaimed Property | <u>9.5</u> | <u>4.5</u> | <u>4.5</u> |
| Subtotal Other | 17.1 | 12.7 | 12.7 |
| **Total Other Revenue (except Federal & Investment)** | 323.5 | 358.1 | 341.7 |
| **Investment Revenue** | | | |
|   Investments | 23.6 | 23.6 | 26.6 |
|   Interest Paid by Others | <u>1.1</u> | <u>1.1</u> | <u>1.1</u> |
| Total Investment Revenue | 24.7 | 24.7 | 27.7 |
| **Total Unrestricted Revenue** | 3,197.7 | 3,809.7 | 3,139.3 |

# Crude Oil Price Forecast

Oil revenue will provide at least 75% of forecasted Unrestricted General Purpose Revenue through FY 2011. Two elements are critical to the oil revenue forecast: price and volume.

There is no price for Alaska crude oil on the New York Mercantile Exchange (NYMEX)[1] or other commodity exchanges. The spot price of Alaska North Slope (ANS) is calculated by subtracting a market differential from the price of West Texas Intermediate (WTI) quoted on the NYMEX. Four different assessment services estimate that market differential and report a daily spot price for ANS.

All of Alaska's oil production is delivered to refineries on the U.S. West Coast (including Alaska and Hawaii). Consequently, Alaska's royalty and production tax revenue depends in large part on the average market price of ANS crude oil at U.S. West Coast refining centers.

The table below contains crude oil prices for FY 2005 and the Department of Revenue's forecast of prices for the 11-year period beginning with the current fiscal year FY 2006 and continuing through FY 2016. The oil price forecast is based on a subjective assessment of market dynamics and trend analysis by participants at a Department of Revenue price scenario meeting.

2-6. Nominal WTI, ANS West Coast and ANS Wellhead, FY 2005 and Forecasted FY 2006-2016
$ per Barrel

| Fiscal Year | WTI | ANS West Coast | ANS Wellhead |
|---|---|---|---|
| 2005 | 47.19 | 43.43 | 38.76 |
| 2006 | 59.65 | 57.30 | 51.56 |
| 2007 | 51.50 | 49.20 | 43.31 |
| 2008 | 43.25 | 40.95 | 35.08 |
| 2009 | 27.50 | 25.50 | 19.59 |
| 2010 | 27.50 | 25.50 | 19.53 |
| 2011 | 27.50 | 25.50 | 19.38 |
| 2012 | 27.50 | 25.50 | 19.35 |
| 2013 | 27.50 | 25.50 | 19.11 |
| 2014 | 27.50 | 25.50 | 18.87 |
| 2015 | 27.50 | 25.50 | 18.73 |
| 2016 | 27.50 | 25.50 | 18.57 |

(1) The NYMEX futures market is one source for a WTI quote. A daily WTI spot quote could also be determined by a reporting service's daily assessment of the WTI spot market.