Executive Summary

The figure below shows: (1) the monthly West Coast ANS market price from January 1995 through October 2005, (2) the 60-month moving average West Coast market price for the same period and (3) the derived NYMEX crude oil futures price of ANS from November 2005.

The figure below illustrates a number of issues with respect to oil prices including:

- the volatility of month-to-month crude oil prices—monthly ANS West Coast prices during this time period ranged from just under $10 per barrel to $63.50 per barrel
- the average of the 60-month moving average is $24 per barrel and has increased dramatically since 1999
- the derived futures market price of November 2005 shows a slight downward trend

We assume that over the long-term, ANS oil prices will average $25.50 per barrel in nominal terms. This price assumption is unchanged from our fall 2004 forecast [1] even though ANS West Coast prices averaged $33.03 per barrel from November 2000 to November 2005. We will continue to evaluate our price assumptions, with our next forecast due in the spring of 2006.



2-7. Monthly Nominal ANS West Coast and Futures Market Oil Prices
$ per Barrel

[1] According to the department's price forecasting protocol, long-run crude oil price projections can only be changed every two years if price forecasting participants agree to a change over the two consecutive fall forecast sessions.

# Crude Oil Production Forecast

Alaska North Slope crude oil production peaked at 2.006 million barrels per day in FY 1988 and has steadily declined since. In FY 2005, ANS production averaged 0.917 million barrels per day, and we project FY 2006 production to decrease by 5.6% to 0.865 million barrels per day. FY 2006 ANS production has been affected by more than normal unplanned maintenance.

This production forecast has been revised since our spring 2005 forecast. We anticipate Fiord, Fiord-Kuparuk, Nanuq and Nanuq-Kuparuk will add almost 17,000 barrels per day in FY 2007. The National Petroleum Reserve-Alaska (NPR-A) and Liberty will add 55,000 barrels per day by FY 2011. We are also forecasting 10,000 to 40,000 barrels per day from additional known onshore and offshore fields starting in FY 2008.

More discussion of the fall 2005 oil production forecast can be found in Section 4, Oil Revenue. Also, a detailed field-by-field production forecast is included in the appendices section of this forecast.

We continue to present the ANS production forecast in three parts: (1) currently producing, (2) currently under development and (3) currently being evaluated for development. We do this so that the reader will have an understanding about the uncertainty associated with the production forecast. We continue to forecast production of those reserves that have already been discovered and at minimum are being evaluated for development. Overall, the decline in crude oil production average is about 1.2% per year between FY 2005 and FY 2016.

**2-8. Alaska North Slope Production, FY 2005 and Forecasted FY 2006-2016** [1]
Million barrels/day

| Fiscal Year | Currently Producing | Under Development | Under Evaluation | Total ANS |
|---|---|---|---|---|
| 2005 | 0.917 | . | . | 0.917 |
| 2006 | 0.815 | 0.051 | . | 0.865 |
| 2007 | 0.724 | 0.114 | 0.005 | 0.843 |
| 2008 | 0.658 | 0.138 | 0.035 | 0.832 |
| 2009 | 0.602 | 0.146 | 0.086 | 0.834 |
| 2010 | 0.555 | 0.149 | 0.128 | 0.832 |
| 2011 | 0.514 | 0.145 | 0.194 | 0.853 |
| 2012 | 0.479 | 0.136 | 0.231 | 0.845 |
| 2013 | 0.449 | 0.127 | 0.242 | 0.818 |
| 2014 | 0.423 | 0.121 | 0.244 | 0.789 |
| 2015 | 0.400 | 0.118 | 0.244 | 0.762 |
| 2016 | 0.380 | 0.114 | 0.306 | 0.800 |

(1) Some of the oil forecasted in the Under Development and Under Evaluation categories are from new projects in fields currently producing.



2-9. ANS Production Forecast by Category, FY 1998-2005 and Forecasted FY 2006-2016 [1]
Million barrels/day

(1) Some of the oil forecasted in the Under Development and Under Evaluation categories are from new projects in fields currently producing.

## New Oil Development

As production from the Prudhoe Bay and Kuparuk fields continues to decline, some of the decline will be offset by new oil development. In our reference-case forecast, new oil is defined as crude already discovered and under evaluation or under development. By FY 2010, as the table below shows, one-third of our projected oil production will come from projects requiring significant new investment.

2-10. New Oil as a Percentage of Total Oil
Million barrels per day

| Fiscal Year | Total New Oil | ANS Total | Percent New Oil |
|---|---|---|---|
| 2006 | 0.051 | 0.865 | 5.9% |
| 2007 | 0.119 | 0.843 | 14.1% |
| 2008 | 0.173 | 0.832 | 20.9% |
| 2009 | 0.232 | 0.834 | 27.8% |
| 2010 | 0.277 | 0.832 | 33.3% |
| 2011 | 0.339 | 0.853 | 39.8% |
| 2012 | 0.367 | 0.845 | 43.4% |
| 2013 | 0.369 | 0.818 | 45.1% |
| 2014 | 0.366 | 0.789 | 46.4% |
| 2015 | 0.362 | 0.762 | 47.5% |
| 2016 | 0.420 | 0.800 | 52.5% |

**Executive Summary**

# Economic Limit Factor

The average production tax rate on the North Slope has been falling as the result of the tax adjustment known as the Economic Limit Factor (ELF). The ELF is a factor that results in an effective tax rate that is lower than the nominal tax rate on a producing lease or property based on the average rate of production and the average per-well productivity from that field.[1] Since oil production rates and well productivity decline over time as an oil field is being depleted, the average effective tax rate will fall as well. Further, the ELF reduces the tax rate on smaller oil fields such that most fields producing less than 20,000 barrels per day will pay little or no production tax.

An ever smaller percentage of Alaska's current and projected North Slope oil production will continue to come from old, declining fields, while new production will come from small fields. Therefore, in general, the average tax rate will continue to fall. The average effective oil production tax rate for North Slope production in FY 1995 was 13.5%; we project it will average 7.5% for FY 2006.



2-11. Economic Limit Factor, FY 1995-2005 and Forecasted FY 2006-2016

The bars in the figure above illustrate the actual weighted average ELF for North Slope oil production since FY 1995 and our projections of that weighted average through FY 2016. The increase in 2006 and 2007 reflects the effect of the department's January 12, 2005, decision to aggregate seven fields in the Prudhoe Bay Unit for purposes of calculating the ELF which is discussed more fully in Section 4, Oil Revenue.

The ELF of the Prudhoe Bay Initial Participating Area (IPA) is also shown, as well as the average ELF for all of the other North Slope Fields. The increase in the other fields average ELF in FY 2016 represents the impact of the assumed startup of Point Thomson production.

---

(1) The nominal production tax rate is 15% except during a field's first five years of production, when it is 12.25%.

# Longer-Term Unrestricted Revenue Outlook

Using the price and volume components developed for this fall 2005 forecast, the table below summarizes the department's forecast of total Unrestricted General Purpose Revenue through FY 2016.

2-12. **Total Unrestricted General Purpose Revenue, FY 2005 and Forecasted FY 2006-2016**
$ Million

| Fiscal Year | Unrestricted Oil Revenue | Unrestricted Other (except Federal & Investment Revenue) | Unrestricted Investment Revenue | Total Unrestricted Revenue | Percent from Oil |
|---|---|---|---|---|---|
| 2005 | 2,849.5 | 323.5 | 24.7 | 3,197.7 | 89% |
| 2006 | 3,426.4 | 358.1 | 24.7 | 3,809.7 | 90% |
| 2007 | 2,769.9 | 341.7 | 27.7 | 3,139.3 | 88% |
| 2008 | 2,196.8 | 347.4 | 27.7 | 2,571.9 | 85% |
| 2009 | 1,228.8 | 350.3 | 27.7 | 1,606.8 | 76% |
| 2010 | 1,198.0 | 352.6 | 27.7 | 1,578.3 | 76% |
| 2011 | 1,143.6 | 355.5 | 27.7 | 1,526.8 | 75% |
| 2012 | 1,096.4 | 359.4 | 27.7 | 1,483.4 | 74% |
| 2013 | 1,031.1 | 362.7 | 27.7 | 1,421.5 | 73% |
| 2014 | 977.1 | 366.1 | 27.7 | 1,370.9 | 71% |
| 2015 | 931.1 | 370.2 | 27.7 | 1,328.9 | 70% |
| 2016 | 979.2 | 373.6 | 27.7 | 1,380.5 | 71% |

Executive Summary

# Spending, Forecasted Revenue and the Constitutional Budget Reserve

The table below reflects the difference between the Department of Revenue's forecast of Unrestricted General Purpose Revenue and the annual General Fund budget, shown here as a flat $3,038.4 million going forward for all operating, capital, debt service and lease payments.

**2-13. Difference Between Unrestricted General Purpose Revenue and General Fund Spending**
$ Million

| Fiscal Year | Total Unrestricted General Purpose Revenue | General Fund Appropriation | Difference [1] |
|---|---|---|---|
| 2005 | 3,197.6 | 3,046.1 | 151.5 |
| 2006 | 3,809.7 | 3,038.4 [2] | 771.3 [2] |
| 2007 | 3,139.3 | 3,038.4 | 100.9 |
| 2008 | 2,571.9 | 3,038.4 | (466.5) [3] |
| 2009 | 1,606.8 | 3,038.4 | (1,431.6) |
| 2010 | 1,578.3 | 3,038.4 | (1,460.1) |
| 2011 | 1,526.8 | 3,038.4 | (1,511.6) |
| 2012 | 1,483.4 | 3,038.4 | (1,555.0) |
| 2013 | 1,421.5 | 3,038.4 | (1,616.9) |
| 2014 | 1,370.9 | 3,038.4 | (1,667.5) |
| 2015 | 1,328.9 | 3,038.4 | (1,709.5) |
| 2016 | 1,380.5 | 3,038.4 | (1,657.9) |

(1) The FY 2006-2016 budget of $3,038.4 million is simply a reference point for analysis. Proposed general appropriation numbers are from the Office of the Governor, Management and Budget.
(2) The FY 2006 appropriation includes $414 million in state spending from the Public Education Fund that was capitalized with FY 2005 surplus revenue. As a result, the FY 2006 projected difference is actually $1,185.3 million.
(3) The CBRF has been tapped in the past to cover projected shortfalls such as this.

**2-14. Revenue Shortfall Projection With Flat $3,038.4 Million General Fund Appropriation; Shortfall Traditionally Covered by CBRF Draw** [1]

$ Billion

Legend: General Fund; Revenue Shortfall Traditionally Covered by Draw from CBRF

Bars (FY 2006 through FY 2010) show General Fund of approximately $3.0 billion each year. CBRF draws appear beginning FY 2008, growing through FY 2009, and in FY 2010 the Revenue Shortfall CBRF is Depleted.

(1) Draws from the CBRF in FY 2008 of $466.5 million, $1,431.6 million in FY 2009 and $891.4 million in FY 2010 deplete the CBRF by February 2010.

## Executive Summary

As approved by voters in 1990, all receipts from oil and gas tax and royalty settlements are deposited into the Constitutional Budget Reserve Fund (CBRF). The state has deposited about $5.6 billion into the reserve fund, generating about $1.7 billion in investment earnings. For 10 of the past 14 years, the state has relied on the CBRF to fill the difference between unrestricted revenue and the annual state budget. Through September 30, 2005, approximately $5.1 billion had been withdrawn from the CBRF to balance the budget, leaving a balance of $2.2 billion.

The table below reflects the CBRF depletion matrix and the time period the fund could continue to make up the difference between Unrestricted General Purpose Revenue and the General Fund budget at various oil prices and budget levels. For example, assuming no change in the state's fiscal system, and if we are correct in our oil price forecast and if we assume a flat total General Fund budget of $3,038.4 million per year, the CBRF will be exhausted in February 2010.

### 2-15. When Would the CBRF Be Gone? [1]

| $Billion Annual State Budget | Fall 2005 Crude Oil Price Forecast[1] | Dates When the CBRF Goes to Zero — Assumes Crude Oil Prices Remain Unchanged Between FY 2007-2020 | | | | |
|---|---|---|---|---|---|---|
| | | $25/bbl | $35/bbl | $45/bbl | $55/bbl | $65/bbl |
| $2.4 billion | Feb-2013 | Nov-2009 | Mar-2015 | Dec-2020 | Dec-2020 | Dec-2020 |
| $2.6 billion | Oct-2011 | Feb-2009 | Jul-2012 | Dec-2020 | Dec-2020 | Dec-2020 |
| $2.8 billion | Nov-2010 | Sep-2008 | Oct-2010 | Oct-2017 | Dec-2020 | Dec-2020 |
| $3.0 billion | Mar-2010 | May-2008 | Sep-2009 | Mar-2014 | Dec-2020 | Dec-2020 |
| $3.2 billion | Sep-2009 | Feb-2008 | Feb-2009 | Jan-2012 | Jan-2020 | Dec-2020 |

(1) Department of Revenue fall 2005 forecast, Fiscal Driver Model of Oil Revenue and CBRF Performance. Matrix budget and price starts in FY 2007. The department's fall 2005 ANS price projection of $49.20 per barrel is used for FY 2007, $40.95 per barrel for FY 2008 and $25.50 per barrel for FY 2009-beyond. The date Dec-2020 indicates that the CBRF does not run out during matrix timeframe.