Jeffrey W. Leppo
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, Washington  98101
Phone:  (206) 624-0900
Fax:  (206) 386-7500
Email:  jwleppo@stoel.com

Attorney for Defendant-Intervenors
ConocoPhillips Alaska, Inc., and
Anadarko Petroleum Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY,<br><br>           Plaintiffs,<br><br>   v.<br><br>GALE NORTON, Secretary of the Interior; HENRI BISSON, State Director, Bureau of Land Management; BUREAU OF LAND MANAGEMENT, and the UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>           Defendants. | Case. No.<br>     1:05-CV-00008-JKS |

**MOTION FOR SPECIAL ADMISSION – PRO HAC VICE**

As a member in good standing with the Alaska State Bar Association, and counsel for

Applicants for Intervention ConocoPhillips Alaska, Inc. and Anadarko Petroleum Corporation in

National Audubon Society, et al. v. Norton, et al.
1:05-CV-00008-JKS

1

Seattle-3296056.1 0028116-00025

this case, I am presenting the following attorney for special admission *pro hac vice* pursuant to LR 83.1(d).

APPLICANT ATTORNEY INFORMATION

**(1)    Personal Data:**

      Attorney's Name:      Laura J. Beveridge
      Firm/Business Affiliation:      Stoel Rives LLP
      Mailing Address:      3600 One Union Square
                                         600 University Street
                                           Seattle, Washington 98101
      Business Telephone:      (206) 386-7615
      Fax Telephone:      (206) 386-7500

**(2)    Bar Admissions Information:**

I certify that I am a member in good standing with the Washington State Bar Association, Bar No. 33324, admitted on 1/22/03. (See attached Exhibit A.)

I am admitted to practice law in the following courts:

**Federal:**
      Ninth Circuit Court of Appeals (07/08/03)
      Tenth Circuit Court of Appeals (03/14/05)
      United States District Court, Western District of Washington (04/28/03)
      United States District Court, Eastern District of Washington (07/21/05)

**State:**
      State of Washington (01/22/03)

**(3)    Certification of Disciplinary Proceedings:**

  X  I certify that I am not now, nor have I ever been subject to any disciplinary action by any State or Federal bar association or administrative agency.

  _____  I certify that I am now, or have been subject to disciplinary action from a State or Federal bar association or administrative or administrative agency.

**(4)    Certification of Professional Liability Insurance:** I certify that I have a current professional liability insurance policy that will apply in this case, and that the policy will remain in effect during the course of these proceedings. (See attached Exhibit B.)

National Audubon Society, et al. v. Norton, et al.
1:05-CV-00008-JKS

**(5)   Certification as to Local Rules:**  I certify that I have read the local rules of this court.

**CERTIFICATION OF ASSOCIATED COUNSEL:**  I certify that I am a member in good standing of the Bar of this court, and that I will serve as designated counsel in this particular case:

(1)   Associated Counsel's Personal Data:

    (a)   Name and Alaska State Bar ID Number:  Jeffrey W. Leppo, AK Bar #0001003

    (b)   Firm or Business Affiliation:  Stoel Rives LLP

    (c)   Mailing Address:  600 University Street, Suite 3600, Seattle, Washington 98101

    (d)   Business Telephone Number:  (206) 386-7641

    (e)   FAX Telephone Number:  (206) 386-7500

    (f)   Representing:  Intervenor Defendants ConocoPhillips Alaska, Inc. and Anadarko Petroleum Corporation

(2)   Meaningful Participation Requirements:  I certify that I have discussed the participation requirements of LR 83.1(d) with my associate counsel.

(3)   SIGNATURES OF COUNSEL:

**DATED:** April 6, 2006          **DATED:** April 6, 2006

*s/Jeffrey W. Leppo*          *s/Laura J. Beveridge*
Associated Counsel          Applicant
Jeffrey W. Leppo, AK Bar #0001003     Laura J. Beveridge , WSBA#33324
Stoel Rives LLP          Stoel Rives LLP
600 University Street, Suite 3600      600 University Street, Suite 3600
Seattle, WA 98101-3197        Seattle, WA 98101-3197
Telephone:  206-386-7641       Telephone:  206-386-7615
Facsimile:  206-386-7500        Facsimile:  206-386-7500
Email:  jwleppo@stoel.com       Email:  ljbeveridge@stoel.com

National Audubon Society, et al. v. Norton, et al.
1:05-CV-00008-JKS

## Certificate of Service

I hereby certify that on April 6, 2006, a copy of foregoing *Motion for Special Admission – Pro Hac Vice.* was served electronically on:

**Deirdre A. McDonnell**
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801

**Dean K. Dunsmore**
U.S. DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657

Courtesy copies were sent by first-class mail, postage prepaid to:

**David C. Crosby**
David C. Crosby, P.C.
5280 Thane Road
Juneau, Alaska 99801-7717

**Ethan Falatko**
**Lawrence Ostrovsky**
STATE OF ALASKA
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811-0300


*s/Jeffrey W. Leppo*
Jeffrey W. Leppo


National Audubon Society, et al. v. Norton, et al.
1:05-CV-00008-JKS

4

Seattle-3296056.1 0028116-00025