

## ATTORNEYS' LIABILITY ASSURANCE SOCIETY, INC.,
### A RISK RETENTION GROUP

311 South Wacker Drive / Suite 5700 / Chicago, Illinois 60606-6622    (312) 697-6900  FAX (312) 697-6901

**Stoel Rives LLP**
Standard Insurance Center  900 SW Fifth Avenue, Suite 2600
Portland, OR 97204-1268

Invoice Number   1653-23646
Invoice Date   12/29/2005

ATTN: Kyle M. Davidson

Policy Information

Policy Number 1653  Lawyers' Professional Liability Coverage

01-Jan-2006 to 31-Dec-2006
$35MM/$70MM  Limits
$1,000,000/$2,000,000  Retention

Ex. B, p. 1