Jeffrey W. Leppo
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, Washington 98101
Phone: (206) 624-0900
Fax: (206) 386-7500
Email: jwleppo@stoel.com

Attorney for ConocoPhillips Alaska, Inc.
and Anadarko Petroleum Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY,<br><br>            Plaintiffs,<br><br>v.<br><br>GALE NORTON, Secretary of the Interior; HENRI BISSON, State Director, Bureau of Land Management; BUREAU OF LAND MANAGEMENT, and the UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>            Defendants. | Case. No.<br>    1:05-CV-00008-JKS |

**[PROPOSED] ORDER GRANTING MOTION FOR**
**SPECIAL ADMISSION - PRO HAC VICE**

THIS MATTER having come before the Court on ConocoPhillips Alaska Inc.'s and

Anadarko Petroleum Corporation's Motion for Special Admission – Pro Hac Vice, and the

National Audubon Society, et al. v. Norton, et al.
1:05-CV-00008-JKS

1

2

parties having had an opportunity to respond, it is hereby ORDERED that the Motion for Special Admission – Pro Hac Vice is GRANTED.  Laura J. Beveridge is hereby granted special admission pro hac vice in this action pursuant to LR 83.1(d).

DATED this _____ day of _____, 2006.

_____
Honorable James K. Singleton

Presented by

STOEL RIVES LLP

s/Jeffrey W. Leppo
Jeffrey W. Leppo, AK Bar # 0001003
Attorney for Applicants for Intervention
ConocoPhillips Alaska, Inc. and Anadarko
Petroleum Corporation

National Audubon Society, et al. v. Norton, et al.
1:05-CV-00008-JKS

Seattle-3297562.1 0028116-00025