**RECEIVED**

APR 0 7 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

```
          UNITED STATES
          DISTRICT COURT
          District of Alaska
          Anchorage Division

        # 00127999 - PS
          April 7, 2006


    Code    Case #    Qty       Amount

   6855XX-N 1:-05-08            150.00 CK


            TOTAL→              150.00


    FROM: STOEL RIVES LLP FOR
          LAURA J. BEVERIDGE
          PRO HAC VICE, ATTORNEY
          1:05-CV-00008 JKS
```