DEAN K. DUNSMORE
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone:(907)271-5452
Facsimile: (907)271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>GALE NORTON, Secretary of the Interior; HENRI BISSON, et al.<br><br>        Defendants, | No. 1:05-cv-00008-JKS<br><br>DEFENDANTS' NOTICE OF FILING OF THE ATTACHED SUPPLEMENT TO THE ADMINISTRATIVE RECORD |

Defendants give notice that on this date they have filed the Second Declaration of Susan A. Childs (Exhibit 1 hereto) certifying a supplement to the administrative record for the Amendment to the Northeast National Petroleum Reserve-Alaska, Final Integrated Plan/Environmental Impact Statement, and Record of Decision signed on January 11, 2006. That supplementation consists of four maps (Figures 1 - 4), marked as Exhibit 2, that were inadvertently not included in the electronic version of Document Number 8364. These maps are in color and do not scan in a fashion that is readable. Copies of Exhibit 2 will be conventionally filed and served on all parties.

The second document, attached as Exhibit 3 hereto, is a transmittal memorandum which has been marked as Document Number 8364a that accompanied Document Number 8364, but which was also inadvertently not included in the electronic version of the

Administrative Record.

Dated this 14TH day of April 2006.

/s/ Dean K. Dunsmore
DEAN K. DUNSMORE
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone:(907)271-5452
Facsimile: (907)271-5827
Email: dean.dunsmore@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 14TH day of April 2006 a copy of the foregoing DEFENDANTS' NOTICE OF FILING OF SUPPLEMENT TO THE ADMINISTRATIVE RECORD was served electronically on:

Deirdre McDonnell
Jeffrey W. Leppo
David C. Crosby
Ethan Falatko

Copies, including color copies of Exhibit 2, have also been served on each of the above by First Class mail.

/s/ Dean K. Dunsmore
DEAN K. DUNSMORE