UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| NATIONAL AUDOBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, and THE WILDERNESS SOCIETY et al. | ) ) ) ) ) ) ) ) | No. 1:05-cv-0008-JKS |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| GALE NORTON, Secretary of the Interior; HENRI BISSON, State Director Bureau of Land Management; BUREAU OF LAND MANAGEMENT; AND UNITED STATES DEPARTMENT OF THE INTERIOR, | ) ) ) ) ) ) | |
| Defendants, | ) ) ) | |

SECOND DECLARATION OF SUSAN A. CHILDS

Comes now the undersigned SUSAN A. CHILDS and declares, under penalty of perjury, that:

1. I am an employee of the Bureau of Land Management (BLM) in Anchorage, Alaska, employed as the planning coordinator for the Division of Energy and Solid Minerals and am project manager for the Amendment to the Northeast National Petroleum Reserve-Alaska Final Integrated Activity Plan/Environmental Impact Statement (the project) which Record of Decision (ROD) was signed on January 11, 2006.

1

EXHIBIT  1
Page  1  of  3

2. In the course of my employment with the BLM, I am responsible for preparation and custody of the administrative record to support ROD and the Integrated Activity Plan/Environmental Impact Statement (IAP/EIS) for the project.

3. BLM previously provided the U.S. Department of Justice attorney of record in this case, the administrative record for the project, including the IAP/EIS, final Biological Opinion and ROD. BLM also provided two chronological indices, nonprivileged and privileged, listing all documents in the administrative record. The documents in the administrative record were provided in an electronic format.

4. I signed a Declaration, which was filed in this case as Exhibit 1 to the Defendants' Notice of Filing of Certified Index of the Administrative Record, filed March 17, 2006.

5. Subsequent to the filing of my declaration, I became aware that the maps that were included in the Biological Opinion were inadvertently not included in the electronic record of the Biological Opinion, Document Number 8364 of the Administrative Record. These maps are a part of Document Number 8364 and consist of the following:

Figure 1: Spectacled Eider Distribution and Breeding Density Across the North Slope, Alaska;

Figure 2: Steller's and Spectacled Eider Abundance and Distribution Across the North Slope, AK;

Figure 3: BLM's Area of High Geologic Potential;

Figure 4: Spectacled Eider Breeding Densities on the North Slope, Alaska; and

Figure 5: Alpine Oilfield.

2

EXHIBIT    1
Page  2  of  3

6. I also became aware that the cover memorandum that transmitted the Biological

Opinion was inadvertently not included in the administrative record or in the index. The

memorandum should have been listed in the nonprivileged index as follows:

Document number 8364a
1/13/2005     To: BLM – Henri Bisson     From: USFWS     Pages: 3
          Summary: Memorandum transmitting Biological Opinion


IN TESTIMONY WHEREOF, I have subscribed my name, and caused the seal of the

Department of the Interior to be affixed hereto on the 12th day of April, 2006.

SUSAN A. CHILDS
Alaska State Office
Bureau of Land Management
Anchorage, Alaska

3

EXHIBIT 1
Page 3 of 3