EXHIBIT 2 TO:

DEFENDANTS' NOTICE OF FILING OF SUPPLEMENT

TO THE ADMINISTRATIVE RECORD


Consisting of Figures 1, 2, 3 & 4 to

Administrative Record Document No. 8364


These four documents are being filed conventionally with the court.