

# United States Department of the Interior
U.S. FISH AND WILDLIFE SERVICE
Fairbanks Fish and Wildlife Field Office
101 12th Avenue, Room 110
Fairbanks, Alaska 99701
January 13, 2005

Memorandum

To: Henri Bisson, Alaska State Director - Bureau of Land Management

From: Steve Lewis, Field Supervisor - U.S. Fish and Wildlife Service, Fairbanks Fish and Wildlife Field Office

Subject: Endangered Species Act, Section 7 Biological Opinion for the proposed Amendment to the Northeast National Petroleum Reserve-Alaska Integrated Activity Plan / Environmental Impact Statement

This document transmits the U.S. Fish and Wildlife Service's (Service's) final biological opinion (BO) based on our review of the Bureau of Land Management's (BLM's) biological assessment covering the proposed Amendment to the Integrated Activity Plan/Environmental Impact Statement (IAP/EIS) for the Northeast National Petroleum Reserve-Alaska (NE NPR-A), and its effects on Steller's eiders (*Polysticta stelleri*) and spectacled eiders (*Somateria fischeri*) in accordance with section 7 of the Endangered Species Act of 1973 (Act), as amended (16 U.S.C. 1531 et seq.). The NE NPR-A IAP/EIS Amendment (Amended IAP/EIS) states that it supersedes the 1998 NPR-A IAP/EIS and is now the sole National Environmental Policy Act (NEPA) analysis for the NE NPR-A Planning Area (NE Planning Area). BLM's June 3, 2004, letter requesting formal consultation for the proposed action was received on June 7, 2004. On July 8, 2004, the Service sent a letter to the BLM stating that, if no major revisions were to be made to the Amended Draft IAP/EIS and the Draft Biological Assessment (Draft BA), all information required to initiate formal consultation had been received or was otherwise accessible for our consideration and reference. On December 24, 2004, the Service received BLM's final BA (BA). As stated in the BA, BLM expects oil and gas leases under its Amended IAP/EIS's Preferred Alternative to have a life of ~10 years. Oil field production infrastructure resulting from leasing is expected to operate at least 30 years. If significant new information becomes available that is not described in the Amended IAP/EIS or the NE NPR-A Biological Assessment (BA), BLM should reinitiate formal consultation with the Service.

The NE Planning Area is within the breeding ranges of spectacled eiders and Alaska-breeding Steller's eiders, both listed as threatened under the Act. We are particularly

Case 1:05-cv-00008-JKS   Document 42-4   Filed 04/14/2006   Page 2 of 3

04/03/2006 09:20 FAX 907 271 4143   SOL AK REGION   ☒003/004
MAR-27-2006 MON 02:38 PM FBKS FISH&WILDLIFE FIELD   FAX NO. 907 456 0208   P. 03

concerned with the proposed action because the NE Planning Area contains important breeding habitat for over 15% of spectacled eiders on the Arctic Coastal Plain (ACP) and the species occurs/nests at comparatively high densities within the identified "Area of High Geologic Potential" (Figures 1 and 3). Across the NE Planning Area, we have found that spectacled eiders and Steller's eiders are unevenly distributed. Spectacled eiders are more abundant and more widely distributed than Steller's eiders across the NE Planning Area (Figure 2).

Based on the information provided on the proposed and potential activities, and the information currently available on listed and proposed species and designated and proposed critical habitat, the Service has determined that it is unlikely that the action will violate section 7(a)(2) of the Act. Section 7(a)(2) of the Act states that Federal agencies must ensure that their activities are not likely to: 1) jeopardize the continued existence of any listed species, or 2) result in the destruction or adverse modification of designated critical habitat. We arrived at this "non-jeopardy" determination based on the impacts outlined in the Effects of the Action and Conclusion sections and on BLM's commitment to consult with respect to all aspects of future oil development, production and field abandonment.

The Incidental Take Statement for this non-jeopardy opinion includes reasonable and prudent measures and terms and conditions which, upon finalization of this draft, become mandatory for the BLM to implement. These reasonable and prudent measures and implementing terms and conditions address take from habitat loss and migrants colliding with oil field structures within the NE Planning Area.

Despite this "no jeopardy" determination, the Service stresses that given the large amount of uncertainty described within the BA surrounding where development will occur subsequent to leasing, how that development will be managed (Administrative Officer discretion over application of stipulations and ROPs), and how Steller's and spectacled eiders will be affected by development/production, it is difficult to evaluate potential impacts from oil development to these two species. However, the potential for significant impacts is highest in/adjacent to the northeast portion of the NE Planning Area, because we believe a significant number of North Slope-breeding spectacled eiders nest within this area (Figure 4). If substantial development, beyond the levels identified in the BA, occurs within/adjacent to areas of high concentration for this species, the potential for significant impacts is high. If development is ultimately authorized in/adjacent to these areas, diligent management will likely be required to protect this threatened species (Area of High Geologic Potential overlaps or is adjacent to areas of comparatively high-density nesting and brood-rearing areas for spectacled eiders listed above). Because the effects of development on spectacled and Steller's eiders are inadequately studied and poorly understood, we believe that the only certain way to avoid significant impacts is to exclude development from high-density nesting areas.

Over the last several months the Service and BLM have worked closely together in reviewing and revising the attached document. We look forward to working collaboratively with the BLM staff in implementing the terms and conditions of the BO. A complete administrative record of this consultation is on file at the Fairbanks Fish and Wildlife Field Office, 101 12th Ave., Room 110, Fairbanks, Alaska 99701. A chronology

EXHIBIT 3
Page 2 of 3

of the consultation history is provided in Appendix 1. If you have any comments or concerns regarding this BO, please have your staff contact Ted Swem, Endangered Species Biologist, Fairbanks Fish and Wildlife Field Office at 907/456-0441.

Attachment

EXHIBIT 3
Page 3 of 3