Deirdre McDonnell
Layla Hughes
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Phone: (907) 586-2751
Fax:    (907) 463-5891
Email: dmcdonnell@earthjustice.org

*Attorneys for Plaintiffs National Audubon Society, et al.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY,<br><br>        Plaintiffs,<br><br>    v.<br><br>GALE NORTON, Secretary of the Interior; HENRI BISSON, State Director, Bureau of Land Management; ROWAN GOULD, Regional Director, United States Fish and Wildlife Service; BUREAU OF LAND MANAGEMENT, UNITED STATES FISH AND WILDLIFE SERVICE, and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>        Defendants, | Case No. 1:05-cv-00008-JKS |

**PLAINTIFFS' QUALIFIED NON-OPPOSITION TO MOTIONS TO INTERVENE**

On March 28, 2006, ConocoPhilips Alaska, Inc. and Anadarko Petroleum Corporation submitted their motion for leave to intervene as defendants in this matter. Docket No. 24. On March 31, 2006, Arctic Slope Regional Corporation and the State of Alaska submitted their respective motions for leave to intervene as defendants. Docket Nos. 30 and 34. Plaintiffs do not oppose these motions provided that the would-be Intervenor-Defendants do not seek to delay the case and comply with the scheduling order to which Plaintiffs and Defendants agreed and which the Court entered on February 28, 2006. Docket No. 17. Plaintiffs' counsel was informed by counsel for the Defendants that the would-be Defendant-Intervenors were informed of and did not object to the proposed schedule the parties negotiated. Further, it is Plaintiffs' counsel's understanding that the would-be Defendant-Intervenors agree to consolidated briefing, which is appropriate here to avoid excessive or duplicative briefing. *See* Fed. R. Civ. P. 24 advisory committee's note to the 1966 amendment ("An intervention of right under the amended rule may be subject to appropriate conditions or restrictions responsive among other things to the requirements of efficient conduct of the proceedings").

Dated this 17th day of April 2006.

Respectfully submitted,

 /s/ Deirdre McDonnell
Deirdre McDonnell (AK Bar # 0111082)
Layla Hughes (AK Bar # 0312094)
Eric P. Jorgensen (AK Bar # 8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Phone: (907) 586-2751
Fax:    (907) 463-5891
Email: dmcdonnell@earthjustice.org

*Attorneys for Plaintiffs National Audubon Society, Alaska Wilderness League, Center for Biological Diversity, Natural Resources Defense Council, Northern Alaska Environmental Center, Sierra Club, and The Wilderness Society*

## CERTIFICATE OF SERVICE

    I hereby certify that on April 17, 2006, a copy of the PLAINTIFFS' QUALIFIED NON-OPPOSITION TO MOTIONS TO INTERVENE was served electronically on:

**Dean K. Dunsmore**
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B. Street, Suite 504
Anchorage, AK 99501-3657

**Jeffrey W. Leppo**
**Laura J. Beveridge**
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101

**David C. Crosby**
DAVID C. CROSBY, P.C.
5280 Thane Road
Juneau, AK 99801-7717

**Ethan Falatko**
**Lawrence Z. Ostrovsky**
STATE OF ALASKA
Office of the Attorney General
P.O. Box 110300
Juneau, AK 99811-0300

 /s/ Deirdre McDonnell
 Deirdre McDonnell