Jeffrey W. Leppo
Laura J. Beveridge
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, Washington  98101
Phone:  (206) 624-0900
Fax:  (206) 386-7500
Email:  jwleppo@stoel.com

Attorneys for Defendant-Intervenors
ConocoPhillips Alaska, Inc., and
Anadarko Petroleum Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY, <br><br> Plaintiffs, <br><br> v. <br><br> GALE NORTON, Secretary of the Interior; HENRI BISSON, State Director, Bureau of Land Management; BUREAU OF LAND MANAGEMENT, and the UNITED STATES DEPARTMENT OF THE INTERIOR, <br><br> Defendants. | Case. No. <br> 1:05-CV-00008-JKS |

**JOINT REPLY OF APPLICANTS FOR INTERVENTION TO PLAINTIFFS' QUALIFIED NON-OPPOSITION TO MOTIONS TO INTERVENE**

National Audubon Society, et al. v. Norton, et al.
1:05-CV-00008-JKS

1

ConocoPhillips Alaska, Inc. ("ConocoPhillips"), Anadarko Petroleum Corporation ("Anadarko"), the Arctic Slope Regional Corporation ("ASRC") and the State of Alaska ("State") have moved this Court for permission to intervene as defendants in the above-captioned matter. Plaintiffs do not oppose any of the motions for intervention currently pending before the Court. Accordingly, ConocoPhillips' and Anadarko's intervention motion, as well as the motions for intervention filed by ASRC and the State, should be granted.

While Plaintiffs do not oppose the intervention motions, they do request that intervenors' participation in this case be conditioned in two ways. First, plaintiffs request that intervenors comply with the Court's February 28, 2006 scheduling order. Second, plaintiffs state that it is their "understanding" that the applicants for intervention have "agreed" to consolidated briefing. Docket No. 43 (Plaintiffs' Qualified Non-opposition to Motions to Intervene). ConocoPhillips and Anadarko have expressed their willingness to abide by the scheduling order issued by this Court. Docket No. 25 at 15 (Memorandum in Support of ConocoPhillips' and Anadarko's Motion to Intervene). However, neither ConocoPhillips and Anadarko, nor any other applicant for intervention have "agreed" to consolidating briefing.[1]

In previous cases, ConocoPhillips, Anadarko, ASRC and the State have successfully worked together and were able to file jointly. Applicants for intervention anticipate working together to the extent possible in this case as well. However, the applicants are a diverse group – consisting of a native corporation, the State, and members of industry. Each applicant, therefore, has very different interests in this litigation. Thus, it is not possible to say based on the

---

[1] Counsel for ConocoPhillips and Anadarko has consulted with counsel for ASRC and the State. Both counsel for ASRC and counsel for the State confirm that they have not entered into any agreement with the plaintiffs regarding consolidated briefing.

National Audubon Society, et al. v. Norton, et al.
1:05-CV-00008-JKS

2

generalized allegations contained in plaintiffs' complaint that the applicants will be able to adequately and effectively represent their interests by filing jointly.  Only after plaintiffs file their motion for summary judgment, and the applicants are able to fully assess plaintiffs' arguments, will they be able to determine whether filing a consolidated response will best represent their interests.

Because plaintiffs provide no reason for requiring intervenors to submit consolidated briefing other than their erroneous belief that the applicants for intervention "agreed" to it, and because it would be unreasonable to require applicants with such potentially divergent interests to file jointly without reviewing plaintiffs' motion for summary judgment, this Court should deny plaintiffs' attempt to condition the participation of intervenors in this case.[2]

DATED this 19th day of April, 2006.

STOEL RIVES, LLP

s/Jeffrey W. Leppo
Jeffrey W. Leppo, AK Bar #0001003
Laura J. Beveridge, Pro Hac Vice pending
600 University Street, Suite 3600
Seattle, Washington  98101
Phone:  (206) 624-0900
Fax:  (206) 386-7500
Email:  jwleppo@stoel.com

*Attorneys for Defendant-Intervenors
ConocoPhillips Alaska, Inc., and
Anadarko Petroleum Corporation*

s/David C. Crosby (consent)
David C. Crosby, ABA No. 7106006
*Attorney for Intervenor-Defendant
Arctic Slope Regional Corporation*

s/Ethan Falatko, (consent)
Ethan Falatko, ABA No. 0112093
*Attorney for Intervenor-Defendant
State of Alaska*

---

[2] For the convenience of the Court, a joint proposed order on applicants' motions for intervention is submitted herewith as Exhibit A.

National Audubon Society, et al. v. Norton, et al.
1:05-CV-00008-JKS

3

## Certificate of Service

I hereby certify that on April 19, 2006, a copy of the foregoing *Joint Reply of Applicants for Intervention to Plaintiffs' Qualified Non-Opposition to Motions to Intervene* was served electronically on:

**Deirdre A. McDonnell**
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801

**Dean K. Dunsmore**
U.S. DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657

**David C. Crosby**
David C. Crosby, P.C.
5280 Thane Road
Juneau, Alaska 99801-7717

**Ethan Falatko**
**Lawrence Ostrovsky**
STATE OF ALASKA
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811-0300


s/Jeffrey W. Leppo
Jeffrey W. Leppo


National Audubon Society, et al. v. Norton, et al.
1:05-CV-00008-JKS

4

Seattle-3310968.1 0028116-00025