Jeffrey W. Leppo
Laura J. Beveridge
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, Washington  98101
Phone:  (206) 624-0900
Fax:  (206) 386-7500
Email:  jwleppo@stoel.com

Attorneys for ConocoPhillips Alaska, Inc.
and Anadarko Petroleum Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY,<br><br>                Plaintiffs,<br><br>v.<br><br>GALE NORTON, Secretary of the Interior; HENRI BISSON, State Director, Bureau of Land Management; BUREAU OF LAND MANAGEMENT, and the UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>                Defendants. | Case. No.<br>1:05-CV-00008-JKS |

**[PROPOSED] ORDER GRANTING THE MOTIONS FOR LEAVE TO INTERVENE OF CONOCOPHILLIPS ALASKA, INC., ANADARKO PETROLEUM CORPORATION, ARCTIC SLOPE REGIONAL CORPORATION, AND THE STATE OF ALASKA**

THIS MATTER having come before the Court upon motions filed by ConocoPhillips

National Audubon Society, et al. v. Norton, et al.
1:05-CV-00008-JKS

Alaska Inc., Anadarko Petroleum Corporation, Arctic Slope Regional Corporation, and the State of Alaska for leave to intervene, either as of right, or, in the alternative, permissively pursuant to Rule 24 of the Federal Rules of Civil Procedure, and the parties having had an opportunity to respond, it is hereby ORDERED that the motions for leave to intervene are GRANTED. ConocoPhillips Alaska Inc., Anadarko Petroleum Corporation, Arctic Slope Regional Corporation, and the State of Alaska are hereby admitted into this litigation as defendant-intervenors. Intervenors will comply with the briefing schedule set forth in the Court's February 28, 2006 order and will coordinate their briefing to the extent possible.

DATED this _____ day of _____, 2006.

_____
Honorable James K. Singleton

Presented by

STOEL RIVES LLP

s/Jeffrey W. Leppo
Jeffrey W. Leppo, AK Bar # 0001003
Laura J. Beveridge, Pro Hac Vice pending
Attorney for Applicants for Intervention
ConocoPhillips Alaska, Inc. and Anadarko
Petroleum Corporation

s/David C. Crosby (consent)
David C. Crosby, ABA No. 7106006
Attorney for Intervenor-Defendant
Arctic Slope Regional Corporation

s/Ethan Falatko (consent)
Ethan Falatko, ABA No. 0112093
Attorney for Intervenor-Defendant
State of Alaska

National Audubon Society, et al. v. Norton, et al.
1:05-CV-00008-JKS