Deirdre McDonnell
Layla Hughes
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Phone: (907) 586-2751
Fax:    (907) 463-5891
Email: dmcdonnell@earthjustice.org

*Attorneys for Plaintiffs National Audubon Society, et al.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY,<br><br>              Plaintiffs,<br><br>       v.<br><br>GALE NORTON, Secretary of the Interior; HENRI BISSON, State Director, Bureau of Land Management; ROWAN GOULD, Regional Director, United States Fish and Wildlife Service; BUREAU OF LAND MANAGEMENT, UNITED STATES FISH AND WILDLIFE SERVICE, and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>              Defendants. | Case No. 1:05-cv-00008-JKS |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFFS'
OPENING SUMMARY JUDGMENT BRIEF.**

National Audubon Society, et al., v. Norton, et al.,
1:05-cv-00008-JKS

Plaintiffs hereby move for an extension of time in which to file their opening brief from May 10, 2006 until May 24, 2006. Plaintiffs' counsel has consulted with counsel for the Defendants and has been authorized to represent that Defendants do not oppose this motion.[1]

Good cause for this motion is provided by an unexpected medical emergency affecting Plaintiffs' counsel. Layla Hughes, an associate attorney with Earthjustice has worked on various matters relating to oil leasing in the National Petroleum Reserve—Alaska, and was one of the primary attorneys involved in this case. Ms. Hughes was scheduled to work on this case through April and then planned to take maternity leave because she was expecting a baby in May. Due to complications, however, she was hospitalized in Seattle in March and ended up having to deliver her baby on April 3, 2006 and has been out since then with her baby in the hospital. This abrupt, unexpected absence has complicated preparation of Plaintiffs' brief. Ms. Hughes was the only attorney, other than Plaintiffs' lead attorney Deirdre McDonnell, who had read the draft and final environmental impact statements. Without her assistance, review of the voluminous administrative record and preparation of Plaintiffs' opening brief has taken much longer than originally anticipated. Moreover, the sudden departure created a difficult transition.

In modifying this schedule, the parties have attempted to minimize the delay because Defendants and Plaintiffs both desire to permit resolution of the merits in this case before the planned lease sale anticipated for this fall. Plaintiffs request that the Court extend the due date

---

[1] Plaintiffs' counsel has informed counsel for the parties seeking intervention of this request. Plaintiffs are not representing any position they may have on this motion.

for their brief and all subsequent briefing be extended for fourteen days in accordance with the

Plaintiffs' Proposed Order.

Dated this 4th day of May 2006.

Respectfully submitted,

 /s/ Deirdre McDonnell
Deirdre McDonnell (AK Bar # 0111082)
Layla Hughes (AK Bar # 0312094)
Eric P. Jorgensen (AK Bar # 8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Phone: (907) 586-2751
Fax:    (907) 463-5891
Email: dmcdonnell@earthjustice.org

*Attorneys for Plaintiffs National Audubon Society, Alaska Wilderness League, Center for Biological Diversity, Natural Resources Defense Council, Northern Alaska Environmental Center, Sierra Club, and The Wilderness Society*

## CERTIFICATE OF SERVICE

  I hereby certify that on May 4, 2006, a copy of the UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFFS' OPENING SUMMARY JUDGMENT BRIEF was served electronically on:

**Dean K. Dunsmore**
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B. Street, Suite 504
Anchorage, AK 99501-3657

**Jeffrey W. Leppo**
**Laura J. Beveridge**
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101

**David C. Crosby**
DAVID C. CROSBY, P.C.
5280 Thane Road
Juneau, AK 99801-7717

**Ethan Falatko**
**Lawrence Z. Ostrovsky**
STATE OF ALASKA
Office of the Attorney General
P.O. Box 110300
Juneau, AK 99811-0300


  /s/ Deirdre McDonnell
  Deirdre McDonnell