Jeffrey W. Leppo
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, Washington 98101
Phone: (206) 624-0900
Fax: (206) 386-7500
Email: jwleppo@stoel.com

Attorney for ConocoPhillips Alaska, Inc.
and Anadarko Petroleum Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY,

Plaintiffs,

v.

GALE NORTON, Secretary of the Interior; HENRI BISSON, State Director, Bureau of Land Management; BUREAU OF LAND MANAGEMENT, and the UNITED STATES DEPARTMENT OF THE INTERIOR,

Defendants.

Case. No. 1:05-CV-00008-JKS

**ORDER GRANTING MOTION FOR**
**SPECIAL ADMISSION - PRO HAC VICE**

THIS MATTER having come before the Court on ConocoPhillips Alaska Inc.'s and Anadarko Petroleum Corporation's Motion for Special Admission – Pro Hac Vice, and the

parties having had an opportunity to respond, it is hereby ORDERED that the Motion for Special Admission – Pro Hac Vice is GRANTED. Laura J. Beveridge is hereby granted special admission pro hac vice in this action pursuant to LR 83.1(d). *

DATED this 3rd day of May, 2006.

/s/ James K. Singleton
Honorable James K. Singleton

Presented by

***Effective upon payment of the pro hac vice fee.**

STOEL RIVES LLP

s/Jeffrey W. Leppo
Jeffrey W. Leppo, AK Bar # 0001003
Attorney for Applicants for Intervention
ConocoPhillips Alaska, Inc. and Anadarko
Petroleum Corporation

National Audubon Society, et al. v. Norton, et al.
1:05-CV-00008-JKS

2

Seattle-3297562.1 0028116-00025