IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY, <br><br> Plaintiffs, <br><br> v. <br><br> GALE NORTON, Secretary of the Interior; HENRI BISSON, State Director, Bureau of Land Management; ROWAN GOULD, Regional Director, United States Fish and Wildlife Service; BUREAU OF LAND MANAGEMENT, UNITED STATES FISH AND WILDLIFE SERVICE, and UNITED STATES DEPARTMENT OF THE INTERIOR, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) Case No. 1:05-cv-00008-JKS ) ) ) ) ) ) ) ) ) ) ) ) ) |

**ORDER MODIFYING BRIEFING SCHEDULE**

Having considered Plaintiffs' motion to modify briefing schedule, it is hereby

ORDERED that Plaintiffs have show good cause for their request and the motion is GRANTED.

The schedule adopted by this Court on February 28, 2006 (Docket No. 17) is modified as follows:

| | |
|---|---|
| Plaintiffs' Opening Brief | May 24, 2006 |
| Defendants and any Intervenor-Defendants' Brief | July 21, 2006 |
| Plaintiffs' Reply Brief | August 9, 2006 |

IT IS SO ORDERED this 19th day of May 2006.

   /s/James K. Singleton, Jr.
JAMES K. SINGLETON, JR.
United States District Judge

National Audubon Society, et al., v. Norton, et al.,
1:05-cv-00008-JKS                            1