IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY, | ) ) ) ) ) ) ) | Case. No. 1:05-CV-00008-JKS |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| GALE NORTON, Secretary of the Interior; HENRI BISSON, State Director, Bureau of Land Management; BUREAU OF LAND MANAGEMENT, and the UNITED STATES DEPARTMENT OF THE INTERIOR, | ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**ORDER GRANTING THE MOTIONS FOR LEAVE TO INTERVENE OF CONOCOPHILLIPS ALASKA, INC., ANADARKO PETROLEUM CORPORATION, ARCTIC SLOPE REGIONAL CORPORATION, AND THE STATE OF ALASKA**

THIS MATTER having come before the Court upon motions filed by ConocoPhillips

Alaska Inc., Anadarko Petroleum Corporation, Arctic Slope Regional Corporation, and the State

of Alaska for leave to intervene, either as of right, or, in the alternative, permissively pursuant to

Rule 24 of the Federal Rules of Civil Procedure, and the parties having had an opportunity to

respond, it is hereby ORDERED that the motions for leave to intervene permissively are

GRANTED.  ConocoPhillips Alaska Inc., Anadarko Petroleum Corporation, Arctic Slope

Regional Corporation, and the State of Alaska are hereby admitted into this litigation as

National Audubon Society, et al. v. Norton, et al.
1:05-CV-00008-JKS

Seattle-3288358.1 0028116-00025                    1

defendant-intervenors.  Intervenors will comply with the briefing schedule set forth in the

Court's February 28, 2006 order and will coordinate their briefing to the extent possible.

     DATED this 23rd day of May 2006.


                                      ____/s/James K. Singleton_____

                                      Honorable James K. Singleton

National Audubon Society, et al. v. Norton, et al.
1:05-CV-00008-JKS