National Petroleum Reserve ~ Alaska
PREFERRED ALTERNATIVE

AREAS DELETED OR DEFERRED FROM
THE LEASING PROGRAM

- DELETED-CARIBOU CALVING
- DELETED-BLACK BRANT
- DEFERRED-WATERFOWL

AREAS OPEN UNDER THE LEASING PROGRAM

4(a-d) SPECIAL MANAGEMENT ZONES (SZM)
a – CARIBOU/GRIZZLY BEAR
b – WATERBIRDS
c – WATERFOWL/CARIBOU
d – PEREGRINE FALCON

SITE SPECIFIC MITIGATIONS

INFORMATION ITEMS

MAJOR SUBSISTENCE RIVERS

WILD AND SCENIC STUDY RIVERS

EXISTING LEASES

February 1, 1983

Exhibit 2, page 1 of 1