BRIEFING STATEMENT

Prepared for: Secretary Babbitt                         STATE: AK
Submitted:    June 13, 1997

TITLE:   Public Trust Resources of the National Petroleum Reserve - Alaska (NPR-A)

ISSUE:

O   The flat thaw lake plain of the NPR-A, a collection of habitats poorly represented in other federal conservation units in Alaska, includes some of the richest waterbird and shorebird habitat on the arctic coast. The northeast corner of NPR-A incorporates some of the most sensitive of these habitats (Teshekpuk Lake area) and is now being considered for possible oil and gas leasing via a Bureau of Land Management (BLM) planning process and EIS.

BACKGROUND/STATUS:

O   The Teshekpuk Lake area is well recognized as a unique and irreplaceable waterbird breeding, staging, and molting area. Most notable is the large concentrations of molting brant and other geese. As many as 32,000 brant have been reported to molt there, the most significant molting area for non-breeding geese on the arctic coast of Siberia and North America.

O   Breeding pairs of spectacled and Steller's eiders, both listed species, have been surveyed in greater-than-expected numbers to the north and west of Teshekpuk Lake. This may be one of the last areas in North America where Steller's eiders continue to nest.

O   Other species, namely shorebirds, geese, and loons either breed, molt, or stage in relatively high numbers within 5 miles of the coast from the Ikpikpuk River to the Colville River delta. In addition, over 100 cliffs and bluffs along the Colville River provide exceptional nesting habitat for raptors, most notably the recently delisted arctic peregrine falcon.

O   BLM has the lead in development of an EIS that will examine and assess the potential impacts of oil and gas leasing on the NPR-A. The BLM has been responsive to our request to closely examine the Teshekpuk Lake and Colville River corridor areas for potential impacts to trust resources. Special emphasis has been placed on assessing potential mitigation techniques for the Teshekpuk Lake area. Reasonable but adequate mitigation may or may not be possible in this area, but we applaud BLM's willingness to evaluate existing data objectively.

POSITION OF INTERESTED PARTIES:

O   Some representatives of Alaskan environmental organizations are opposed to leasing the NPR-A, and have been particularly antagonistic with regard to our open dialogue concerning potential mitigation in the Teshekpuk Lake area. They believe adequate mitigation is not possible in this area of densely spaced lakes and ponds, and simply discussing the issue communicates a less than determined stance to protect the area.

DEPARTMENT/BUREAU PERSPECTIVE:

O   There is no Departmental position regarding the leasing of sensitive wildlife habitats on the NPR-A. The Service position is to carefully evaluate both the potential impacts, and the potential effectiveness of the most current mitigative technology. We have serious doubts whether leasing can occur in the Teshekpuk Lake area without significant impacts to irreplaceable resources, but will continue to examine the data and the issues objectively. We recommend that the Secretary, at this time, avoid statements or positions relative to this issue.

CONTACTS:   Larry Bright, Fairbanks Ecological Services, 907-456-0324 (prepared Statement)
            Philip Martin, Fairbanks Ecological Services, 907-456-0325 (Service lead on NPR-A)

**Exhibit 3, page 1 of 1**