

United States Department of the Interior

1752

FISH AND WILDLIFE SERVICE
1011 E. Tudor Rd.
Anchorage, Alaska 99503-6199

IN REPLY REFER TO:
NAES

MAR 12 1998

Memorandum

To: State Director
    Bureau of Land Management

From: Regional Director

Subject: Draft EIS, Northeast National Petroleum Reserve-Alaska

The U.S. Fish and Wildlife Service has reviewed the Draft Environmental Impact Statement and Integrated Activity Plan prepared for the Northeast National Petroleum Reserve-Alaska. The DEIS document analyzes various management alternatives for a 4.6-million-acre planning area in the northeast sector of the National Petroleum Reserve-Alaska, with an emphasis on the potential impacts of an oil and gas lease sale. The Service is well aware of the tremendous effort that has been expended in compiling data and public comment. We commend you for soliciting and assimilating Service data pertaining to our trust resources, particularly migratory birds and marine mammals.

Comments that address specific aspects of the DEIS are attached, as well as background information and analysis that can be used in formulating your decision regarding oil and gas leasing in the Teshekpuk Lake Special Area. The Service believes that adequate protection of wildlife and habitat values can be achieved over most of the planning area through implementation and enforcement of the stipulations proposed in the DEIS. We have remaining concerns, however, regarding resource protection within the Teshekpuk Lake and Colville River Special Areas, and the associated Land Use Emphasis Areas.

Teshekpuk Lake Special Area

The area north and east of Teshekpuk Lake is designated in the DEIS as the Goose Molting Habitat LUEA, in recognition of its importance to molting geese. In deciding whether to lease this area, one must weigh the value of the wildlife resource against the potential risks inherent in development. The value of the resource is not in question. Tens of thousands of geese aggregate in this region annually, using the large lakes and adjacent shorelines as a secure habitat in which to complete their wing molt. As molt progresses, the birds remain flightless for several weeks; they are vulnerable to predators and therefore react strongly to disturbance. Four species of geese are present; notably, up to 23,000 brant use the area, representing up to one fifth of the Pacific Flyway population. Brant gather in the Teshekpuk Lake area from breeding colonies in Alaska and Canada, many hundreds of miles away. There is no comparable molting area for arctic-nesting geese in the world.

---

The value of the Goose Molting Habitat LUEA (molting area) as a unique and irreplaceable habitat for internationally important waterfowl populations is unquestionable. The risk to the habitat and populations, should oil and gas leasing be permitted, is more difficult to assess. The apparent conclusion of the DEIS that oil and gas leasing in the molting area will have only minor impact, however, lacks a firm foundation. The Service has reviewed a broad array of relevant studies (see attached). Observations and experimental study of molting geese within the planning area confirm that they react adversely to human activities at distances of hundreds, or thousands, of meters. The Service is aware of the evidence that geese have habituated to some aspects of human activity in the existing oil fields, but there is substantial uncertainty in the degree to which those results may be applied to birds using the molting area. There are some notable differences in circumstances: 001

- The molting area is used predominantly by birds that have not bred in that year. In contrast, the majority of oilfield birds are engaged in brood-rearing during the molt period, and this may be reflected in differing behavioral reactions to disturbance.

- Average flock size is larger in the molting area, and this may influence the birds' behavior, as larger flocks tend to react more strongly to disturbance.

- Birds exposed to oilfield activity as goslings are likely to be more habituated to human activity than the birds that molt at Teshekpuk, which likely have no prior experience with oilfield-related activities.

If molting geese in the planning area prove unable to habituate to human activity, then the predictions of the DEIS that discount the possibility of population-level impacts are unjustified. At the end of the molt period, brant in the Teshekpuk Lake area are in a state of depleted nutrient reserves. We do not know whether these birds have the ability to compensate for additional energy demands and loss of food intake associated with chronic disturbance. Again, birds in the oilfields are an imperfect model because the numbers and density of geese in the molting area far exceed those of the oilfields, habitat characteristics differ markedly, and physiological condition may differ according to breeding status.

Should leasing in the Goose Molting Habitat LUEA occur, the Service supports implementation of stipulations proposed to minimize impacts to geese. It must be recognized, however, that the stipulations represent a compromise between the goal of maximum protection, and the goal of allowing oil and gas development. The effectiveness of those stipulations is by no means assured. Furthermore, even with the best of intentions, stipulations may be rendered ineffective by problems associated with implementation and enforcement. Enforcement is key, and is a neglected topic in the DEIS. We note, for example, that neither State regulation nor industry policy has been effective in eliminating the problem of attraction of wildlife to waste disposal sites in the existing oilfields. A similar failure of enforcement could have disastrous consequences to waterfowl in the molting area. Also, while management flexibility is clearly needed, frequent waivers could reduce the effectiveness of the proposed stipulations. For these reasons, proposed mitigation may be insufficient. 002

An additional concern is that the level of human activity in the molting area may exceed that which is predicted in the DEIS. The history of the existing North Slope oilfields suggests that the eventual density of development and level of activity may far exceed initial predictions. The "minimal impact model" represented by the proposed Alpine facility, and assumed in the DEIS analysis, is untried and may prove unrealistic. To a large degree, DEIS predictions of minimal impact are based on the presumption that the area affected by development will be small. Once leased, however, there is no area-wide planning mechanism by which spreading infrastructure may be controlled, should the oil and gas potential of the area exceed expectations. This adds a substantial element of uncertainty in regard to the ultimate level of habitat alteration and disturbance. | 003

While the bird populations of the Arctic Coastal Plain of Alaska are spectacular, they are generally distributed at low densities. Therefore, the potential for limited human development to impact birds at the population level is diminished. The Teshekpuk Lake area is a clear exception to this generality. A single lake may support as many molting brant as the entire breeding population on the North Slope. Up to 22 percent of the Pacific brant population may be present in a single year. Given this degree of concentrated use, population-level impacts are clearly a distinct possibility. | 004

In summary, the risks associated with our uncertain capacity for effective protection argue against leasing in the molting area. The case for this position is strengthened by congruence with other important wildlife considerations. There is broad overlap with the area of greatest concern for the Teshekpuk Lake Caribou Herd, habitat for the threatened spectacled eider, and high density areas for a number of other water birds. Given the exceptional wildlife values of this region, leasing should be predicated on a high degree of confidence in predictions of minimal impact. That standard has not been met.

Only a portion of the calving area of the Teshekpuk Lake caribou herd would be protected by a deletion of the goose molting area from leasing. The Service has opposed oil and gas leasing within calving areas on the Arctic Coastal Plain, because of concerns regarding potential impacts of development on the distribution of female caribou during the calving and post-calving period. Several lines of evidence suggest a long-term negative impact on caribou populations resulting from displacement from intensively developed areas. Some studies suggest that reduced fecundity of caribou in the oilfields has resulted from displacement from preferred habitats and disruptions to normal movements. There is scientific uncertainty regarding these conclusions, but we agree with statements in the DEIS which indicate a potential for lowered productivity and abundance of caribou in the Teshekpuk Lake herd. The Teshekpuk Lake herd is relatively small, and is important to subsistence users. Until there is greater confidence that oil production can be accomplished without displacing calving caribou, it would be prudent to defer leasing within the concentrated calving area, including those portions of the Caribou LUEA located south and southeast of Teshekpuk Lake.

Colville River Special Area

The Colville River corridor overlaps a number of LUEAs, including those designed for protection of fish, raptor/passerine/moose habitat, recreation, scenic values, and the potential Wild and Scenic River designation. The Colville River Raptor, Passerine, and Moose LUEA (Colville River LUEA) is of most concern to the Service. We appreciate your commitment to maintaining the Colville River's outstanding raptor populations, as indicated by the recognition of this LUEA, and expansion beyond the original Colville River Special Area boundaries to include important habitat on the Kikiakrorak and Kogosukruk rivers. The Colville River LUEA would provide a one-mile buffer (within which permanent oil and gas surface structures would be prohibited) west of the Colville River bluffs, and on both sides of the above-named tributaries. The rationale for the chosen buffer size is unstated, but is consistent with Service protection guidelines for peregrine falcon nest sites.

The Colville River is well known for the abundance of raptors that nest along its course. As a result of the mosaic of habitat types in the river corridor and surrounding tundra, there is a variety and density of birds and small mammals that is unusual for high-arctic areas. These abundant prey resources, combined with the large number of cliffs along the river, results in a raptor guild that is noteworthy for both its numbers and density. Additionally, the taxa in this guild, which include arctic peregrine falcons, gyrfalcons, and rough-legged hawks, nest exclusively in arctic and subarctic areas. Therefore, a substantial proportion of the United States' breeding population of each of these taxa is contained within NPR-A and the Colville River drainage. For example, we estimate that about one-fourth of Alaska's arctic peregrine falcon nests (60 of 250) are located within the Colville River LUEA. The exceptionally high nest density is impressive testimony to the importance of the Colville River to raptors, but does not tell the whole story. Monitoring data suggest that peregrine recovery on the Colville River significantly preceded that in other areas, and peregrines banded on the Colville River have been found nesting along several other North Slope streams. We believe that the Colville River may be a core area or source population important for establishing and maintaining local populations in adjacent areas. Thus, maintaining habitat quality along the Colville River is important, not only for maintaining the significant local population, but perhaps also for maintaining stable populations over a broad area.

The multiple values of the Colville River corridor are important enough to warrant more comprehensive study. Perhaps because of its focus on oil and gas development, a wide variety of activities which may affect raptor productivity are insufficiently considered in the analysis, and in the formulation of proposed stipulations. Within the current EIS effort, a workshop to develop stipulations (similar to those conducted for the Caribou and Goose Molting LUEAs) would be appropriate. We urge you to convene such a workshop prior to publication of the final EIS. This would provide an opportunity to incorporate the extensive scientific literature on disturbance to raptors into the planning effort. The workshop should include nationally recognized experts in raptor management, as well as other technical experts and representatives of user groups. The results of the workshop would also be a useful first step toward developing a comprehensive habitat management plan for the entire Colville River Special Area. Considering the Special Area in its entirety (to include portions of the river system upstream of the planning area, as well as lands within the planning area but outside of the Colville LUEA) is consistent with an ecosystem management perspective. Unlike the LUEA, the Special Area has status independent of the current planning effort, therefore, it is desirable to develop management prescriptions | 005 006

pertaining to the Special Area that will not expire when the current EIS expires. We urge you to consider the following issues:

- The current effort, and the previous leasing EIS, recognized the importance of the Kikiakrorak and Kogosukruk rivers to raptors. A change in the boundaries of the Special Area, to include these tributaries, would be appropriate.

- While the one-mile buffer for raptor nests is consistent with recommended practice for individual nests, a larger buffer may be appropriate given the extraordinary nest densities on portions of the Colville River. The capabilities of extended-reach drilling suggest that an expanded set-back for facilities would not impede development of oil and gas resources, and would be consistent with the framework of "maximum protection" within the Special Area. A larger setback is one way to minimize the indirect effect of enhanced access which may accompany oil and gas development.

- It would be prudent to consider additional measures to minimize potential impacts of increased human activity (recreational, and subsistence-related, as well as commercial) along the Colville River. A combination of outreach efforts and permit restrictions, along with enforcement, will probably be necessary to minimize disturbance to nesting raptors.

- The Colville River corridor would be particularly vulnerable to impacts associated with road access, because it would be an attractive destination for a wide variety of users. Roadless development is critical to minimizing impacts to wildlife in this area.

As in the case of the Teshekpuk Lake Special Area, the case for enhanced protection along the Colville River is strengthened by the overlap of a wide variety of resource values associated with this area. Recognizing that the riparian habitat along the Colville River supports the most diverse land bird community in the Alaskan arctic, the Service encourages your agency to pursue designation of a Colville River Bird Conservation Area, irrespective of the leasing decision.

Thank you for the opportunity to comment on these important issues. If you have any questions on this matter, please contact Philip Martin (907-456-0325).

Attachments

1. U.S. Fish and Wildlife Service Comments on Draft NPR-A IAP/EIS

2. Prospects for Conflict Between Oil Development and Waterfowl in the Teshekpuk Lake Region, NPR-A

006

---

**Attachment 1. U.S. Fish and Wildlife Service Comments on the Northeast NPR-A Draft IAP/EIS**

The following comments are organized in two sections: general comments which address broad issues or issues applicable to several of the analyzed alternatives, and specific comments referenced to the applicable text in the DEIS. In the case of suggested revisions, text to be deleted is noted by "strike-outs," and additions to the text are indicated in bold-face.

**GENERAL COMMENTS**

**Description of the Affected Environment**

Wetlands

Wetlands have special significance, both from an ecological and regulatory perspective. The FWS provided information (incorporated into your November 1996 briefing book) on the amount and distribution of wetlands in the planning area. This information should be included in the EIS, and related to the description (p. II-38) of the U.S. Army Corps of Engineers Section 404 permitting process.

Spectacled Eider LUEA

The boundaries of the LUEA are based on the location of the high-density areas, as depicted in Figure III.B.6-1. While very useful for depicting general distribution, the exact shape of the density contours are unstable because of the low density of the birds, and because the appearance changes in response to parameters chosen in the analysis. Therefore, the LUEA as drawn may exclude some high-density areas for spectacled eiders. The FWS recommends revising the boundary of the LUEA to include all of the planning area north of, and including, Township 13 N. This area would include the point locations of most of the spectacled eiders observed on aerial surveys within the planning area.

**Impact Analysis**

Reliability of the Development Scenario

The assumptions on which impact analyses are based are unrealistically optimistic. The DEIS uses ARCO's proposed Alpine development (on the Colville River delta) as its model for future oil fields. It is premature to assume that this field will operate as currently envisioned. The DEIS language is likely to mislead the reader into believing that Alpine construction has begun, as in the statement (p. IV-A-21) that, "Pipeline crossings of large rivers...will use the HDD techniques demonstrated by the Alpine project." No "roadless" oilfields are currently operating, and it seems likely that the eventual footprint and activity level required to produce peripheral

007

008

009

1

2

fields will be greater than predicted, just as the Prudhoe Bay field grew well beyond the predictions in the original EIS. Depending on the spatial arrangement of oilfields, an extensive network of roads could develop. For instance, under the multiple sales scenario, the maximum number of oilfields predicted under Alternative C (Caribou LUEA deleted) is 3, compared to 10 under Alternative E (no deletions). This implies a possible total of seven fields concentrated in the area of maximum sensitivity for caribou and waterfowl. None of the analyses in the DEIS consider development at this density, and wildlife impacts under that scenario would be much greater than predicted. 009

It would be more realistic to model a range in the expected footprint of new oilfields, rather than assume a size (100 acres) which is even smaller than that proposed for Alpine.

The EIS analysis should not assume roadless development unless roadless development is a lease sale stipulation. If a road were built that connects the planning area to the existing network on State lands, this would have profound long-term wildlife and social impacts. The EIS should analyze these cumulative effects unless such a road is explicitly ruled out. 010

The discussion of material sites should be expanded. Material sites outside the planning area are ignored, despite the interrelationship between actions contemplated by the DEIS and gravel mining. Discussion of the likelihood of mining in the Colville River floodplain, and associated impacts, should be discussed. The scenario of barging gravel to coastal sites in the western portion of NPR-A would be unprecedented on the North Slope. What are the likely alternatives if that option proves prohibitively expensive? 011

Unjustified Selection of Optimistic Assumptions 012

When the potential impacts are uncertain, the DEIS tends to assume that impacts will be relatively benign, without justification. For example, the extent to which breeding birds displaced by North Slope development can use adjacent habitat is a subject of scientific debate. The DEIS assumes that all displaced birds can use adjacent habitat, but it is also possible that none of the displaced birds will find unoccupied habitat. The DEIS should model the full range of potential effects, not just the most optimistic scenario.

In another example, the DEIS routinely minimizes the potential effects of increased predator populations on prey species such as waterfowl. For instance (Page IV-C-21), attraction of predators is "not expected to cause other than local concentration of predators affecting local breeding success." Perhaps this conclusion is rooted in the scientific uncertainty regarding the relationship of human oil development to predator populations. This is a fallacy. If development results in higher predator populations, then the effects on waterfowl could be widespread and long-lasting, and the DEIS should consider this as an equally probable scenario. As a further manifestation of the optimistic outlook, the disposal of food waste is assumed to be improved relative to current practice.

3

Detection of Impacts versus Natural Population Fluctuation 013

We are repeatedly advised that impacts "may not be detectable above natural fluctuations of the population and survey methods/data available." This disclaimer is not grammatically correct and is subject to gross misinterpretation. The FWS has the following objections to its use.

- It is used in the context of certain impacts, such as breeding success, that can be measured effectively, without regard to population fluctuations.

- It is cited in cases, such as the recovery time for goose populations after an oil spill, that could be estimated on the basis of existing population models.

- It is used in cases where existing baseline information is insufficient, but could be collected prior to development. In many cases, even very large impacts would be undetectable using available data, but given sufficient effort this problem could be overcome. The ability to detect change is a function of the magnitude of change and the effort expended to measure change. The DEIS confuses these two issues.

The reader should not be misled into believing that an inability to detect population-level impact is equivalent to "negligible impact."

Chronic Effects 014

In some cases, chronic wildlife disturbances are treated as discrete, independent events. For example, unspecified disturbance effects to molting geese are predicted to last from "hours to 1 day," (p. IV-F-9). This analysis does not account for the cumulative effect of multiple disturbances.

Comparisons Among Alternatives 015

In many cases, comparisons of the magnitude of impacts among alternatives are unreasonable and contradictory. As an example, under Alternative B (p. IV-C-38), it is stated that, "...no leasing will occur in the northern portion of the planning area [where most spectacled eiders occur] under this alternative, so spectacled eiders will not be affected by vehicle traffic." However, the description of impacts to eiders under Alternative E, which leases all of the northern portion of the planning area, begins (p. IV-F-16) with the statement, "The potential effects on spectacled eiders and Steller's eiders from discharges, seismic surveys, construction activities, and oil spills associated with oil and gas activities are expected essentially to be the same under this alternative as under Alternative B."

4

### Stipulations

#### Applicability of Stipulations    016

We are surprised that only 7 of the proposed 82 stipulations are intended as lease sale conditions, with the remainder to be "attached to applicable individual permits." This creates unnecessary confusion regarding BLM's intentions. Will the remaining 75 stipulations be open to negotiation or waiver at the time of permit issuance? The impact analyses in the DEIS are predicated on application of the entire set of stipulations, which were developed in consultation with local and State government. To the extent possible, these stipulations should be included as lease sale conditions. This would provide up-front assurance to the public, and to agencies, which have provided their input during the NEPA process. It would also provide up-front notification to industry regarding the regulatory regime in which they will need to operate. In the later stages of permitting, the applicant may argue against conditions on the grounds of economic hardship — if all conditions are known at the time of the lease sale, then rational investment decisions can be based on a comprehensive analysis of development costs. We urge that stipulations with region-wide applicability be included as Lease Sale Stipulations.

#### Analysis of Effectiveness of Stipulations    017

In some cases, beneficial effects are predicted from stipulations that are not applicable to the specified Alternative. The lists of stipulations should be scrutinized carefully, and inapplicable stipulations deleted.

The discussion of stipulations assumes compliance but does not address the probability of compliance and what BLM will do to achieve it. For example, aircraft disturbance will be mitigated by maintenance of seasonal minimum flight altitudes and lateral distance over the Colville LUEA. This section should note the frequency with which weather will prevent compliance. The same is true in a general sense for Stipulations 1 and 75 that seek to avoid attracting wildlife. There is no discussion of the effectiveness of similar regulations elsewhere in the State, or of efforts (or lack thereof) to enforce these stipulations elsewhere. One approach would be to use information on enforcement and compliance on comparable stipulations as a model to predict what will happen in NPR-A. For example, has BLM ever enforced aircraft stipulations along the Colville, where restrictions near falcon nests sites have existed and been marked on aviation maps for years? Is the compliance rate acceptable? Are regulations regarding wildlife attraction to refuse effective elsewhere on the North Slope? If not, what improvements can BLM implement to ensure compliance?

#### Comments on Specific Stipulations    018

*Page II-29, Stipulation 20a.* The intent of this stipulation is to reduce impact to denning polar bears by restrictions on winter activities in favorable denning habitat, as well as in proximity to known dens. We fully support this intent, but expect that implementation may be problematic.

5

The current language suggests that seismic lines and overland roads could be realigned by 1/4 mile if feasible, however, re-aligning seismic lines by 1/4 mile is rarely feasible. The following revision is proposed:

> **Because polar bears are known to den predominantly within 25 miles of the coast, operators shall consult with FWS prior to initiating activities in such habitat between October 30 and April 15.** Activities are prohibited within 1 mile of known or observed polar bear dens; obtain locations from U.S. Department of Interior, Fish and Wildlife Service, (907) 786-3800. Operators are encouraged to apply for a Letter of Authorization from FWS to conduct activities in polar bear denning areas.

We believe that the language proposed above would allow for greater flexibility in dealing with activities in polar bear habitat. We believe that we could work with operators on a case by case basis to determine which course of action is most appropriate to protect polar bear habitat, and that seasonal and spatial restrictions applied at the permit level may be more appropriate than generic realignments.

Proposed stipulation 20a, in combination with stipulation 64 requiring employee orientation and stipulation 81 that mandates bear-human interaction plans, will substantially mitigate impacts on polar bears and their habitat.    019

*Page II-29, Stipulation 20b.* It is not clear whether this stipulation refers to winter travel, as well as summer travel. Gyrfalcons may occupy nesting cliffs as early as mid-March, and may be particularly prone to disturbance during the pre-nesting period. It would be appropriate to restrict vehicle traffic in the vicinity of known gyrfalcon nest sites beginning March 15.    020

*Page II-31, Stipulation 30.* To clarify intent, we suggest the following revision: "Exceptions under Alternative E may be granted or required by BLM in consultation with FWS, ~~if a development is permitted within 3,280 feet~~ to avoid siting such facilities within 0.6 mile of a high-use goose lake.    021

*Page II-31, Stipulation 30.* This stipulation, as written, focuses exclusively on arctic peregrine falcons. More effective protection for all raptors could be achieved by revising the stipulation as follows: "Aircraft will maintain an altitude of 1500' AGL from April 15 through August 5 when within ¼ mile of ~~peregrine falcon nests~~ **cliffs identified as raptor nesting sites**, unless doing so would endanger human life or violate safe flying practices. Compliance and enforcement will be simplified by specifying cliffs, rather than nests, because the location of nest sites is more difficult to determine from the air.    022

*Page II-33, Stipulation 51.* As written, this stipulation might encourage stockpiling of equipment during the period of maximum sensitivity for molting geese. This is in conflict with numerous    023

6

stipulations intended to minimize disturbance during that period. Within the Goose Molting LUEA, stockpiling should not be scheduled until after 20 August. | 023

*Page II-33, Stipulation 59.* Other Federal agencies, including the FWS, will have a role in the rehabilitation of wetland habitat, through the Corps of Engineers wetlands regulatory process. The BLM should broaden the scope of consultation, and list the appropriate Federal agencies (Corps, FWS, Environmental Protection Agency, National Marine Fisheries Service). | 024

*Page II-35, Stipulation 78.* This stipulation was modified from its original form, as recommended by the Teshekpuk Lake Area Caribou/Waterfowl Impacts Analysis Workshop (Appendix E-28). As currently proposed, this stipulation would allow subsistence users access to the goose molting area via oilfield facilities. Increased access is one of the major concerns regarding leasing in the goose molting area, because pedestrians and boat traffic are highly disturbing to the birds. In its current form, the stipulation is rendered ineffective, and poses an unacceptable risk to goose populations. This stipulation must be modified to prevent the use of oil and gas facilities for the purpose of increased access, subsistence activities included. | 025

Miscellaneous

Citations | 026

Numerous citations are missing from the literature cited section, making it difficult to check original sources for appropriateness of interpretation.

When citing unpublished data from FWS employees (e.g., Balogh, King, Larned, Martin), we prefer the citation "unpublished data" to "pers. comm."

Organization | 027

Chapter IV, Environmental Consequences, is extremely difficult reading. Some sections have a great deal of repetition, and the sheer volume of material makes the comparison of Alternatives difficult. Consideration should be given to restructuring the chapter by resource type, similar to the summary, Table II.D.2.

Research and Monitoring | 028

The DEIS is vague regarding the need for research and monitoring in relation to oil and gas development. Appendix A briefly describes current wildlife inventory work, but does not acknowledge the need for initiating new efforts specific to evaluating the impacts of oil and gas development. A comprehensive research and monitoring plan may be premature, but the DEIS should provide some indication of an expanded effort, should oil and gas leasing occur. Some examples (not a comprehensive list) of appropriate wildlife-related studies are provided below.

7

It will be necessary to collect additional data on bird distribution and habitat associations in order to plan facility layout in a manner which minimizes disturbance and loss of habitat value. Habitat use and densities of poorly studied taxa, such as shorebirds and loons, are needed. The existing inventory of waterfowl and raptors should be maintained and expanded. In consultation with the Spectacled Eider Recovery Team, research and monitoring necessary for the conservation of spectacled and Steller's eiders should be expanded. | 028

Completion of mapping a digitization of National Wetland Inventory maps for NPR-A would be useful in meeting the regulatory requirements of the Clean Water Act, and as a supplemental geographic data set to be used in conjunction with vegetation cover maps now in preparation.

Other inventory and monitoring efforts should be directed at evaluating the effectiveness of stipulations and environmental protection measures. Baseline data on environmental contaminants should be collected prior to development. Additional data on aircraft disturbance to birds are needed. The impact of human activities on predator/scavenger populations should be monitored, as well as the impact of facilities on distribution and movements of caribou.

Consideration should be given to integrating inventory and monitoring efforts through an inter-agency task force, in cooperation with industry. It would be appropriate for funding to come from both the public and private sector. Research and monitoring should be coordinated with evaluation of the effectiveness of lease sale and permit stipulations, and enforcement.

8

## SPECIFIC COMMENTS

*Section I. Introduction, Background, Figure I.5, Page I-7.* The figure showing the planning area with Inupiaq place names is excellent. An EIS summary in Inupiaq would be advisable and consistent with BLM's goal of working with the Inupiat people. — 029

*Section II. Alternatives. Land Use Emphasis Areas. Spectacled Eider Nesting Concentrations. Page II-2.* Based on a preliminary correction factor for observer bias obtained in 1997, the North Slope spectacled eider population is estimated to be 14,300, not 6,500 (W. Larned, FWS, unpublished data). — 030

*Section II. Alternatives. Interrelationships. Subsistence Advisory Panel. Page II-39.* Revise as follows, "The exact membership of and method for creating the panel will be determined by BLM in consultation with the NSB, the State of Alaska, and the FWS ~~Subsistence Division~~. — 031

*Section II. Alternatives. Table II.D.2c-1. Comparisons of Impacts for Alternatives A-E and the Cumulative Case. Pages II-41 to II-71.* The comments pertaining to this table also apply to the corresponding portions of Section IV, and should be addressed there, as well.

*Cumulative Case, All Resources, Alternatives A-E.* The reader has not been introduced to the concept of the cumulative case at this point in the document. A description of the cumulative case should be included in the discussion of Alternatives (pp.II-19 to II-20). The rationale for the analysis should be consistent and clear. For most resource categories, no description of cumulative effects are provided, only an estimate of the contribution of NE NPR-A activities to some (unspecified) total. — 032

*Vegetation, Alternatives B -E.* As described in Section IV (Effects, Alternative B, Vegetation, Development, Material Sites, p. IV-C-13), the analysis seems to ignore effects of gravel mining that occur outside the planning area. This is inconsistent with the purpose of the document, which is to evaluate the effects of the proposed action. If a gravel mine is developed to support oil and gas activities in the Planning area, the impact should be assessed regardless of the location of the mine. — 033

*Birds, Alternative A.* Moderate increases in boat traffic and other human activities on the Colville River could negatively influence nest success of raptors. — 034

*Birds, Alternative B.* There is scant evidence to support the statement that "displaced individuals are likely to use adjacent undisturbed habitats." This statement is apparently based on the conclusions of Troy and Carpenter (1990). For opposing views, see Post (1990) and Moitoret et al. (1996). The validity of Troy and Carpenter's conclusions is open to question, in part because of the small sample size upon which they were based (eight individual birds of three species that — 035

9

were displaced and renested nearby). The DEIS implies that these results can be extrapolated to all Coastal Plain species at all scales of habitat loss, which is clearly beyond the scope of the referenced study. In previous comments, the FWS suggested an alternative approach to predicting the population impacts of habitat loss. The EIS should present a range of predicted impacts under assumptions ranging from 0-100 percent success for continued nesting of displaced individuals. This approach would better represent the scientific uncertainty surrounding the population effects of habitat loss. — 035

*Birds, Alternative E.* The risk of oil spills to birds is greater in those portions of the Planning area where birds occur at higher concentrations. The goose molting area, where up to several thousand birds may be present on a single lake, is a prime example of such an area. Since leasing of the goose molting area is the distinguishing characteristic of Alternative B, it is not logical to conclude that "oil spill effects are not expected to be significantly greater than Alternative B." Impacts of disturbance to molting geese should be specified. — 036

*Birds, Cumulative Case.* Illogically, the predicted effects under the cumulative case are less than those described under Alternative E. It is stated that effects under the cumulative case would be "limited primarily to occasional disturbance from aircraft activities...." This is simply not credible. Issues such as habitat loss, disturbance from ground activities, contaminants, and changes in predator populations are ignored. The conclusion is in conflict with the analysis for mammals, which predicts (p.IV-G-9) an increase in arctic foxes, and negative impacts on birds. — 037

*Terrestrial Mammals. Alternative B.* The text in this section which predicts displacement of bears is inconsistent with the text on p. IV-C-28 which predicts attraction of bears. Potential effects on arctic fox (described on p. IV-C-29) should be included here. — 038

*Terrestrial Mammals. Cumulative Case.* This section seems to be an inadvertent duplicate of the discussion under Alternative E. This error only compounds the confusion surrounding the conceptual basis for the cumulative case. — 039

*Marine Mammals. Alternative B-E.* As noted in text (p. III-B-45), polar bears generally den within 25 miles of the coast. One would expect that potential for impacts to denning bears would increase along with the predicted level of human activity in this zone. It is not reasonable that predicted impacts for alternatives with leasing would be the same as those for Alternative A, the no-leasing alternative. — 040

*Marine Mammals. Cumulative Impacts.* The potential cumulative impacts of oil and gas activities to marine mammals, particularly polar bears, should not be dismissed. Seismic operations coincide with maternity denning and may preclude polar bears from using prime denning habitat, or displace maternal polar bears and their cubs from active dens, resulting in a loss of net recruitment into the population. No quantitative data are available on the cumulative effects of potential habitat loss or degradation, or a sustained loss of annual recruitment of animals into the population over time. Cumulative impacts from multiple sales within NPR-A, — 041

10

combined with ongoing activities at existing fields and proposed future lease sales adjacent to and offshore of the NPR-A as well as across the North Slope region pose a concern for the southern Beaufort Sea population. — 041

*Endangered and Threatened Species. Alternative B.* Although much remains unknown regarding the relationship between human activity and predators, the threat is grossly understated. The following revision is suggested: "Improper containment or disposal of refuse at support camps ~~could should~~ be expected to attract potential bird predators. ~~It is possible that~~ An increase in predators ~~could~~ may result in the loss of eggs, chicks, or even adult eiders." — 042

*Endangered and Threatened Species. Alternatives C-E.* The document states that "The potential effects on spectacled and Steller's eiders from oil and gas activities are expected to be essentially the same under this alternative as under B." This is not credible, given the greater extent of area affected (particularly in the area of relatively high spectacled eider density) and the increase in activity forecast under Alternatives C-E. — 043

*Endangered and Threatened Species. Cumulative Case.* It is stated that "Cumulative effects are likely to be greater on the Arctic Slope spectacled eider population than on the Arctic Slope Steller's eider population." This is true only if one considers exclusively the number of individuals impacted, but ignores the relative impacts at the population level. As the population of Steller's eiders is much smaller than that of spectacled eiders, impact to one pair of Steller's eiders would be much more significant (on a population level) than impact to several spectacled eiders. See also comments above on "*Birds, Cumulative Case*," relative to the focus on aircraft disturbance. — 044

Section III. Physical Characteristics, Terrestrial Environment, Mineral Potential, Coal Resources. Page III-A-2. The sentence beginning "If you take..." is not grammatically correct and is unclear. — 045

Section III. Description of the Environment, Biological Resources, Birds. Page III-B-11. At least 85 bird species can be expected to occur annually in the planning area. In addition to the 75 species listed in earlier drafts, the following 11 species should be included: green-winged teal, spectacled eider, Steller's eider, Say's phoebe, American robin, northern shrike, yellow warbler, Wilson's warbler, fox sparrow, white-crowned sparrow, and Smith's longspur. The period of residence for migratory species is generally May to September, rather than May to November. Revise as follows: "Accurate census figures are lacking, but several shorebird species (Table III.B.4-1), Lapland longspur, and presumably other passerines ~~other than the Lapland longspur~~ are present at ~~in equal or greater abundance levels than the species surveyed from the air.~~" — 046

Section III. Description of the Environment, Biological Resources, Birds, Habitat Types. Page III-B-11. Revise as follows: "...and wetter portions of **the cover type termed** "saltmarsh" habitat by other authors (e.g., Derksen, Rothe, and Eldridge 1981; Johnson et al., 1996) also would be ~~included here~~ **classified as aquatic**." — 047

11

Section III. Description of the Environment, Biological Resources, Birds, Goose-Molting Habitat. Page III-B-11. The goose molting LUEA covers approximately 2000 km$^2$, rather than the 2,000,000 km$^2$ indicated. This section should include the information that brant depart the inland lakes after they regain flight, and move to coastal areas. — 048

Section III. Description of the Environment, Biological Resources, Birds, Table III.B.4-1. Page III-B-12.

*King Eider.* Including 1997 data (U.S. Fish and Wildlife Service unpublished data from Bill Larned, Migratory Bird Management) the updated data for king eider are as follows. The coastal plain population is estimated at 25,716, 8,418 of which are within the planning area, for an estimated density of 0.65/km$^2$. The DEIS neglects to point out that the planning area includes the highest breeding densities for this species recorded in Alaska. — 049

*Raptors.* Numbers of nesting rough-legged hawks far exceed those of gyrfalcons, yet rough-legs are listed as "uncommon" and gyrfalcons as "fairly common." Data provided by the FWS is sufficient to provide an estimated population size for peregrines. Also, there is no source cited for the raptor information, though sources are cited for the other information on the table. — 050

*Glaucous Gull and Arctic Tern.* The population estimate for the tern is roughly twice that of the gull, yet the tern is listed as "fairly common" and the gull is listed as "common." — 051

Section III. Description of the Environment, Biological Resources, Birds, Figure III.B.4-1. Page III-B-13. This meaning of this figure is obscure. The caption should read, "Overlap of High Density Areas for Selected Water Birds." The legend and/or the text should list the taxa and years of survey upon which this map is based. The intent of this figure to identify "diversity hot-spots" is commendable, but if it is not presented clearly (including the limitations of the underlying data), it should be deleted. — 052

Section III. Description of the Environment, Biological Resources, Birds, Figures III.B.4-2, 4-8, 4-10, and 4-11. Pages III-B-16 ff. The data for these maps were obtained from a distinct survey of molting geese, not from a "breeding pair survey" as indicated in the legend. — 053

Section III. Description of the Environment, Biological Resources, Birds, Figure III.B.4-7. Page III-B-21. As noted in earlier comments, this figure gives a misleading impression of both the numbers and distribution of brood-rearing geese in the planning area. The data on goose broods from which this figure is derived are collected incidentally to the primary survey objectives, which are to enumerate molting adults. Two species are represented: greater white-fronted goose and brant. White-fronted geese breed in low densities across much of the planning area, and are not restricted to the area shown in this figure. Brood-rearing surveys for brant, conducted by ABR Inc. for the North Slope Borough have identified other locations with greater numbers of birds; these data have been made available to the EIS team. The referenced figure should be — 054

12

deleted, and either replaced with a figure that represents the North Slope Borough's data or simply described in text. — 054

Section III. Description of the Environment, Biological Resources, Birds, Loons and Waterfowl, Brant, Page III-B-23. The maximum number of brant using the Goose Molting Habitat LUEA is listed in text as 23,500, and in Table III.B.4-2 as 27,035. — 055

Section III. Description of the Environment, Biological Resources, Birds, Loons and Waterfowl, Brant, Page III-B-23. The first paragraph, left-hand column, should be revised as follows: "Distribution of brant within the goose-molting area is not uniform. Over 80 percent of the brant used the 30 lakes with the highest among-year average number of birds, and over half the birds used 10 lakes between Teshekpuk Lake and Cape Halkett. Counts of several thousand have been recorded on the most heavily used lakes. Individuals tend to return to the same lake in successive years (Bollinger and Derksen, 1996)." — 056

Section III. Description of the Environment, Biological Resources, Birds, Loons and Waterfowl, Greater White-fronted Goose, Page III-B-23. The discussion fails to convey to the reader that this species (as opposed to other geese) occurs at low to moderate densities across most of the planning area. Higher densities of white-fronted geese are found in the goose molting LUEA, in comparison to other portions of the planning area, but use of the LUEA is over-emphasized given the broad distribution of breeding birds. — 057

Section III. Description of the Environment, Biological Resources, Birds, Loons and Waterfowl, Other Geese, Page III-B-27. Revise first sentence in this section as follows: " Several hundred Canada geese were found nesting along banks and bluffs of the Colville River above Umiat by Kessel and Cade (1958) as far down-river as Ocean Point, and more recently they have been found nesting on bluffs along the Colville (Kessel and Cade 1958, U.S. Fish and Wildlife Service, unpublished data)." — 058

Section III. Description of the Environment, Biological Resources, Birds, Loons and Waterfowl, Ducks, Page III-B-27. The second sentence in this section ("Distribution of some species...) attempts to convey a rather complicated concept, and is probably not understandable to most readers. The focal question of interest is whether any species are unusually abundant in the planning area relative to the Arctic Coastal Plain as a whole. It is misleading to express this concept as a demonstration of uniform distribution across the coastal plain, since there are strong habitat-related patterns of distribution. The conclusion that the listed species are present in the planning area at a level of abundance similar to the Coastal Plain as a whole is unsupported by objective analysis. For king eiders, the difference between the proportion of the population in the planning area (about one-third of total) is almost certainly statistically different from the expected proportion under the assumption of uniform distribution (about one-quarter). Either the data should be analyzed statistically and results clearly expressed, or the text should be deleted. — 059

13

Section III. Description of the Environment, Biological Resources, Birds, Loons and Waterfowl, Ducks, Page III-B-27. The importance of the planning area for king eiders needs more emphasis. The northeastern portion of the planning area supports the highest breeding density for this species in the State. This is a species of concern, as some indications of declining populations have been obtained, primarily through migration counts at Barrow. — 060

Section III. Description of the Environment, Biological Resources, Birds, Loons and Waterfowl, Ducks, Page III-B-27. In the paragraphs describing oldsquaws and pintails, comparisons between densities derived from aerial surveys (described as "average density") are inappropriately compared with densities derived from ground surveys of Derksen et al. (1981). The survey methods are not comparable and the comparison is more misleading than informative, and should be deleted. As suggested in comments on earlier drafts in progress, density estimates derived from a variety of sources could be relegated to a table. — 061

Section III. Description of the Environment, Biological Resources, Birds, Shorebirds, Page III-B-35. In the first paragraph of the section, reference to Table III.B.4-2 is incorrect. It appears that no table in the DEIS pertains to nesting chronology of shorebirds. — 062

Section III. Description of the Environment, Biological Resources, Mammals, Figure III.B.5.a-1, Page III-B-40. This figure is difficult to interpret and misleading. It is misleading to represent caribou use areas as if they stopped at the NPR-A border. This information would be best portrayed in two separate figures — one could show general use areas for the three North Slope herds, and the other could show the details of calving locations in the Teshekpuk Lake area. Alternatives to the black cross-hatching should be considered. — 063

Section III. Description of the Environment, Biological Resources, Mammals, Wolves Page III-B-43. Reference to Fig. III.B.5a-2 is incorrect. No wolf data are presented in the referenced figure. — 064

Section III. Description of the Environment, Biological Resources, Marine Mammals, Figure IIB.5.b-1, Page III-B-44. Replace the text in the brackets next to "Polar Bear Maternity Den Locations (1972-91)" with "(1972-94)." Replace the word "huntings" in the figure legend with the word "hunters." Several known den locations are missing from the map. The FWS has provided data to the EIS team which should be used to update the figure. — 065

Section III. Description of the Environment, Biological Resources, Marine Mammals, Polar Bear, Page III-B-45. Revise as follows: "The Beaufort Sea population (from Point Barrow Icy Cape to Cape Bathurst...)." — 066

Section III. Description of the Environment, Biological Resources, Marine Mammals, Polar Bear, Page III-B-45. Revise as follows: "Recorded den locations from 1972 to 1991 1994 are indicated on Figure III.B.5.b-1." — 067

14

**068** Section III. Description of the Environment, Biological Resources, Marine Mammals, Polar Bear, Page III-B-45. The following sentence is unclear: "The clumped distribution shown in Figure III.B.5.b-1 may be related to the greater topographic relief east of 146°59" west longitude or to weather, ice conditions, and prey availability." The area east of 146°59" is not shown on the map. We recommend deleting the sentence, or expanding the map.

**069** Section III. Description of the Environment, Biological Resources, Marine Mammals, Polar Bear, Page III-B-46. In the final paragraph of this section we recommend adding the following text after the second sentence: "In 1988, the Inupiat of the North Slope Borough and the Inuvialuit of Canada ratified an agreement that ensures that harvests of polar bears do not exceed the replacement rate of the southern Beaufort Sea stock. Alaska Natives are implementing these terms through self-regulation. The Fish and Wildlife Service and Canadian Wildlife Service provide technical assistance in supporting this agreement."

**070** Section III. Description of the Environment, Biological Resources, Endangered and Threatened Species, Page III-B-46. The introductory paragraph inaccurately implies that there is doubt whether Steller's eiders occur in the planning area. Revise as follows, "The endangered bowhead whale occurs seasonally in the Beaufort Sea adjacent to the planning area, and the threatened spectacled eider occurs and Steller's eiders occur seasonally in the planning area. and the threatened Steller's eider may occur seasonally in the planning area."

**071** Section III. Description of the Environment, Biological Resources, Endangered and Threatened Species, Spectacled Eider, Page III-B-47. Recent analysis, including 1997 survey data, indicates a declining trend in the North Slope population of spectacled eiders (USFWS unpublished data). The following text should be inserted: "Survey data from 1993-1997 indicate a decline in this population of 10-13 percent/year. This rate of decline is comparable to that documented for spectacled eiders on the Yukon-Kuskokwim Delta in the late 1980s; variation in survey timing, however, may explain some of the calculated trend (U.S. Fish and Wildlife Service, unpublished)."

**072** Too much detail is provided regarding the population on the Yukon-Kuskokwim Delta, which is likely to confuse the reader.

**073** The North Slope population estimates are presented in a confusing manner. The TERA's (1995) estimate of 20,000-30,000 is provided first, then FWS survey estimates from Larned and Balogh (unpublished), which are in the range of 5,800-9,300. It is suggested that TERA's estimate corroborates Larned and Balogh's work, when in fact the results appear to be in conflict. The order in which the data are presented could give the impression that TERA's estimates are more reliable, when in fact they are not. We recommend that TERA's results (which are outdated and based on the unrealistic assumption that Prudhoe Bay densities are typical of the entire Arctic Coastal Plain) be deleted. If both estimates are provided, then a more detailed description of methods is needed, being careful to note that Larned and Balogh's results are based upon much more extensive surveys, and are therefore more likely to provide a reliable estimate for the North Slope as a whole.

15

**074** The 1997 aerial survey yielded an index of 5,817 birds, uncorrected for visibility. A preliminary study of observer bias indicated that observers were seeing about half of the birds present. Using that information to correct the raw estimate of numbers, we now estimate the North Slope population at 14,300. This estimate differs from the estimates for previous years, because a visibility correction factor has been applied.

**075** Section III. Description of the Environment, Biological Resources, Endangered and Threatened Species, Spectacled Eider, Page III-B-47. Balogh's (1997) statement concerning the impact of survey timing should be deleted. This topic is covered by text provided for insertion in the first paragraph of this section (see above).

**076** Section III. Description of the Environment, Biological Resources, Endangered and Threatened Species, Steller's Eider, Page III-B-49. Annual estimates from Bristol Bay are unnecessary. It is sufficient to provide the maximum number, noting that this also serves as the minimum global population estimate.

**077** The date of proposed listing is irrelevant. Also, the FWS did not list the Steller's eider as threatened, only the Alaska-breeding population.

**078** The number of Steller's eiders breeding on the Yukon-Kuskowim Delta is irrelevant, as is the number seen in North Slope surveys in 1986-88.

**079** This document cites ARCO 1996 as the source of information on the range of Steller's eider on the North Slope. The original references should be cited, or the FWS documents that have repeatedly been cited up to this point.

**080** Only *one* female with young was seen at Prudhoe in 1993.

**081** The following statement is unclear, "Reproductive success generally is low with occasional good years, suggesting that productivity is highly dependent on adult survival."

We suggest that this section be rewritten and organized around the following key issues:

1) protected status, with date of final rule only;
2) range and numbers of the species on the North Slope, in Alaska, and globally;
3) general ecology of the species;
4) a discussion of vulnerabilities of the species to disturbance or other relevant factors, such as information from Barrow on the influence of ravens and gulls on Steller's eider productivity, or discussions of work at Prudhoe.

**082** Section III. Description of the Environment, Social Systems, Recreational and Visual, Sightseeing, Page III-C-46. The description of wildlife viewing opportunities is inaccurate and