16

in conflict with other portions of the document.  The document appears to be promoting bird-watching opportunities north of Teshekpuk Lake, because this area contains "the highest concentration of geese...."  Although not a problem at current use levels, increased sight-seeing in this area could result in unacceptable levels of disturbance to molting geese, and should be discouraged. | 082

The Beaufort Sea coast is alleged to offer "excellent opportunities to view marine mammals, specifically spotted seals, belukha, and gray whales, and walruses."  As described earlier in the DEIS (Page III-B-43 to III-B-46). gray whales and walruses are extremely rare offshore of the planning area, spotted seals are uncommon in the Beaufort Sea and known concentration areas are outside the planning area. Belukha whales, while reasonably numerous in the Beaufort Sea, generally migrate far offshore and are not often seen from land. | 083

Section III.  Description of the Environment, Social Systems, Recreational and Visual, Tourism, Page III-C-46.  The prediction that few tourists will leave the immediate vicinity of villages seems in conflict with the description of recreational opportunities that precedes this section. | 084

Section IV.  Environmental Consequences, Basic Assumptions, Table IV-A-1, Page IV-A-2, Footnote 1 refers to an appendix that does not exist. | 085

The caption for this table states that "Fields discovered under Alternative B are too far from Alpine [on the Colville River delta] to share production infrastructure and are, therefore, noncommercial.  Fields discovered under Alternative C could be located close enough to Alpine to share infrastructure and could be commercial under these circumstances." This analysis is flawed.  New oil fields would have to be within 25 miles of the proposed Alpine field in order to share Alpine infrastructure (ARCO 1997: 4-182).  Portions of the planning area within 25 miles of the proposed Alpine field would be leased under Alternative B, although much of the area within this radius is contained within the Kuukpik Entitlement LUEA.  Under Alternative B, leasing of the Kuukpik Entitlement LUEA would be deferred until Kuukpik (Native village corporation) lands are selected, rather than leased with royalties held in escrow.  The analysis appears to treat this deferral as a deletion.  This is erroneous, however, because the remainder of those lands would be available for Federal lease after Kuukpik Corporation land is selected. Furthermore, deferral may be incorporated into other alternatives as a result of comments from the public.  It is unreasonable to base any comparison of oil and gas potential under Alternatives B and C on the basis of the deferral alone, and the net result is an unjustifiably pessimistic characterization of oil and gas potential under Alternative B. | 086 / 087

Section IV.  Environmental Consequences, Basic Assumptions, Table IV-A-1.b-6, Page IV-A-27.  The preceding comment regarding assumptions associated with Alternative B are also applicable here. | 088

Section IV.  Environmental Consequences, Effects, Alternative A, Water Quality, Effectiveness of Stipulations, Page IV-B-3.  It is stated that effective protection for vegetation requires a | 089

17

minimum snow cover of 10 inches for seismic operations.  The DEIS needs to explain why the stipulation applied to seismic operations specifies a requirement for 6 inches of snow cover. | 089

Section IV, Environmental Consequences, Effects, Alternative A, Birds, Effects of Disturbance, Effects from Aircraft Operations, Page IV-B-8,  The discussion of aircraft disturbance should be revised, in consideration of the following. | 090

The conclusion that brant responded most severely to flights at intermediate altitudes is poorly supported by the literature (Jensen 1990, Derksen et al. 1992).  The conclusion that disturbed brant moved at a rate five times that of undisturbed birds should be treated with caution, as movement rates of the two groups were influenced by factors unrelated to disturbance.  It should be noted that it is not possible to verify the predictions of the referenced brant disturbance model with regard to weight loss.  As Ward and Stehn (1989) discuss in regard to similar work conducted at Izembek Lagoon (Alaska Peninsula), "...if brant are able to adjust their forage intake, the detrimental influence of disturbance on energetic balance will readily be minimized." The ability of molting birds to compensate for lost feeding time is unknown, and weight loss predictions are, therefore, theoretical.

The studies at Izembek did not conclude that brant exhibited "a greater response to helicopters than fixed-wing aircraft under most circumstances."  Three types of fixed-wing aircraft caused 50 percent flight response at greater distances and/or altitudes than a Bell 206B helicopter (Ward and Stehn 1989:113).

Many references are available on aircraft disturbance of waterfowl, raptors, and other species.  A more thorough literature review would be preferable.  There is additional information provided on p. IV-C-20 that would be relevant.

Section IV. Environmental Consequences, Effects, Alternative A, Birds, Effects of Disturbance, Effects From Ground-based Activities, Page IV-B-6.  It is impossible for the reader to trace the origin of the predictions regarding disturbance of ptarmigans, gyrfalcons, and snowy owls in winter.  The references supporting those predictions actually pertain to different species (e.g., bald eagles, waterfowl), and a variety of locations and seasons.  The DEIS should evaluate the applicability of those results and state the basis for the precise predictions regarding the range at which birds would be disturbed.  The assumption that birds may be displaced at distances of 700 feet to 0.6 mile from human activity forms the basis for predictions throughout the DEIS, and thus should be well supported. | 091

Section IV. Environmental Consequences, Effects, Alternative A, Birds, Effects of Disturbance, Effects of Spills, Page IV-B-9.  In the worst case, a fuel spill in a lake used by molting geese could affect thousands of birds, not hundreds. | 092

18

**Section IV. Environmental Consequences. Effects. Alternative A. Birds. Effects of Disturbance. Summary. Page IV-B-9** It is stated here and in numerous other instances, that "survey camps may disturb raptors and passerines for 3-5 days, but effects are expected to be negligible." Under some circumstances, a 3-5 day disturbance may be more than enough to cause nest failure, which would not be negligible. It is the type and intensity of disturbance that determines whether it will be negligible. A combination of education and active enforcement of permit conditions designed to protect nesting birds will likely be necessary to ensure an outcome of negligible impact to raptors.

093

**Section IV. Environmental Consequences. Effects. Alternative A. Birds. Effects of Disturbance. Summary. Page IV-B-13.** It is stated that "Spectacled eiders are widely distributed throughout the coastal plain portion of the planning area and are essentially absent from the area from October to May. Most nesting on the Arctic Slope occurs along this coastline, particularly west from the Sag River." This statement is very unclear and will likely lead to the misconception that nesting is confined to the coastline.

094

**Section IV. Environmental Consequences. Effects. Alternative B. Birds. Effects of Disturbance. Effects From Construction Activities and Vehicle Traffic. Page IV-C-20.** Summertime traffic and construction activities are neglected. Construction of facilities may occur in summer (as will be the case for the Alpine development).

095

**Section IV. Environmental Consequences. Effects. Alternative B. Birds. Effects of Disturbance. Effects From Predator Attraction. Page IV-C-20.** There is no evidence presented to support the hypothesis that predator attraction to oil and gas facilities "...is not expected to cause other than local concentration of predators affecting local breeding success." Gulls, ravens, and arctic foxes may congregate at artificial food sources in the oil fields in winter or early spring. If this behavior results in increased survival and/or fecundity, there will be a numerical response in both the adult and juvenile components of the predator populations. Depending on the scale of dispersal, the effect on bird breeding success could be widespread. Here and throughout, the potential impacts of altered predator-prey relationships have been unjustifiably minimized. If predator populations rise in response to human activity, the effects could reach far beyond the footprint of the development, and long past the lifetime of the oilfields.

096

**Section IV. Environmental Consequences. Effects. Alternative B. Birds. Effects of Disturbance. Effects of Habitat Alteration and Loss. Page IV-C-21.** The blanket statement that most displaced birds would use other available habitat is not well-founded. It would be better to analyze the range of impacts possible, taking into account the scientific uncertainty regarding habitat as a limiting factor for North Slope bird populations.

097

**Section IV. Environmental Consequences. Effects. Alternative B. Birds. Effects of Disturbance. Effects of Habitat Alteration and Loss. Page IV-C-21.** Only a tiny fraction of the gravel fill areas on the North Slope have been restored to usable habitat. There is no basis for assuming

098

19

that future gravel fills will be restored to usable wildlife habitat, and proposed stipulations accompanying the DEIS do not require restoration.

098

The DEIS selectively uses information from Troy (1988), and TERA (1993) to suggest that shorebirds are attracted to areas adjoining light-traffic roads. TERA (1993) also found that six of seven shorebird species were significantly less abundant near roads, and three species had significantly lower nesting densities near roads. Red-necked phalarope was the only species to occur, and nest, at higher densities near roads.

**Section IV. Environmental Consequences. Effects. Alternative B. Birds. Effects of Disturbance. Effectiveness of Stipulations. Page IV-C-40.** Stipulations 50 and 77 are included in this discussion, but are not applicable to this Alternative, according to Section II-7.

099

**Section IV. Environmental Consequences. Effects. Alternative B. Terrestrial Mammals. Effects of Disturbance. Caribou. Page IV-C-27.** A statement of the concerns of local residents regarding interruption of caribou movements resulting from snow drifts under pipelines is followed by the statement, "However, such an effect is expected to be temporary, with the caribou moving across the corridors when vehicle traffic has passed." The relationship of traffic to the issue of snow drifts is unclear. Conflicting opinions have been expressed in regard to the prevalence of snow drifts under pipelines; the EIS would be an appropriate forum in which to present conflicting views and attempt a synthesis.

100

**Section IV. Environmental Consequences. Effects. Alternative B. Effects of Disturbance. Terrestrial Mammals. Effects on Grizzly Bears. Page IV-C-20.** Recent information on grizzly bears in the oil fields gathered by the Alaska Department of Fish and Game should be incorporated into the discussion. Contact Dick Shideler, (907) 459-7283.

101

**Section IV. Environmental Consequences. Effects. Alternative B. Threatened and Endangered Species. Effects From Aircraft Activities. Page IV-C-37.** The statement attributed to Balogh, that "helicopters flown at [150 ft] do not cause [spectacled eiders] to flush." Originated with a personal communication from Declan Troy (TERA, Anchorage). The statement should be attributed directly to Troy, following confirmation.

102

**Section IV. Environmental Consequences. Effects. Alternative B. Threatened and Endangered Species. Effects From Drilling Activities. Page IV-C-38.** There is no evidence cited for the speculation that eiders may relocate a nest, abandon a nest, or relocate a brood in response to disturbance.

103

Revise as follows, "Improper containment or disposal of refuse ~~could~~ would attract potential bird predators such as the arctic fox, grizzly bear, ravens, and glaucous gulls. It is ~~possible~~ likely that an increase in predators, should it occur, ~~could~~ would result in the loss of eggs, chicks, or even adult eiders.

**Exhibit 4, page 12 of 33**

Section IV. Environmental Consequences, Effects, Alternative B, Threatened and Endangered Species, Summary, Page IV-C-39. It is stated that "Due to relatively low density of eiders in the area, substantial disturbance is not expected to occur and is likely to be limited to within a few kilometers of the activities." The low density of spectacled eiders is relevant to predicting the number of eiders likely to be disturbed, but not to the severity of disturbance or the range at which birds will be disturbed.

| 104

Section IV. Environmental Consequences, Effects, Alternative B, Subsistence-Harvest Patterns, Page IV-C-46. The DEIS describes effects due to onshore oil developments at Prudhoe Bay that have affected subsistence harvests. The effects described in the DEIS are an indirect result of increased wage employment made available through projects and services funded by the North Slope Borough. Another effect not described in the DEIS in this section, but very important, has been changing subsistence harvest areas of Nuiqsut residents. There is some discussion of this issue later in the DEIS, with some excellent examples from Nuiqsut residents, but this discussion also needs to be included on page IV-C-46 under effects that have already occurred from Prudhoe Bay development. Sverre Pedersen (ADF&G Subsistence Division) has indicated in personal communication that Nuiqsut residents have altered their use patterns around Prudhoe Bay. This was substantiated by Nuiqsut residents' comments later in the DEIS. It would be useful to compare the mapping of Nuiqsut subsistence use areas done by Pedersen in the 1970s with the maps recently created by the North Slope Borough to see what changes might have occurred.

Another issue not dealt with on page IV-C-46 is that of access. Nuiqsut residents now have access to a winter "road" to Prudhoe Bay. A road can provide access to resources, as in the case of the Haul Road which brings hunters up to the North Slope who would otherwise most likely not be there. The winter road from Nuiqsut has also enhanced access to Prudhoe Bay. The close proximity of Nuiqsut to Prudhoe Bay also enables a higher proportion of Nuiqsut residents to work in Prudhoe Bay than residents of other North Slope communities, thus providing more money to the community. In the winter these workers can travel by road. Increased employment has many ramifications in the community and on subsistence hunting and fishing, both positive and negative.

| 105

Section IV. Environmental Consequences, Effects, Alternative B, Subsistence-Harvest Patterns, Effects on Subsistence, Nuiqsut, Page IV-C-55. Taqulik Hepa's official position with the North Slope Borough should be included in the reference to her testimony at the Nuiqsut Public Scoping Meeting.

| 106

Section IV. Environmental Consequences, Effects, Alternative C, Sociocultural Systems, Effects on Barrow, Atqasuk, and Nuiqsut, Page IV-D-21. The discussion regarding the effects on subsistence harvests for residents of Barrow, Atqasuk, and especially Nuiqsut also needs to appear on page IV-D-19 under the conclusion for subsistence. Reduced access to subsistence resources and permanently changing subsistence harvest areas are expected to be long-term and should not be ignored nor down-played. Nuiqsut will be particularly vulnerable, with potential

| 107

development surrounding the community. This should be discussed in the conclusion for subsistence on page IV-D-19. These comments also apply to Alternatives D and E.

| 107

Section IV. Environmental Consequences, Effects, Alternative E, Birds, Oil and Gas Exploration and Development Activities, Page IV-F-9. The discussion of potential effects to molting geese is incomplete. A detailed discussion of the issue, with additional background information is attached as an appendix to these comments. This section also includes a number of inaccuracies and contradictions, the most important of which are detailed below.

| 108

- It is stated that "...a large proportion of disturbing events are expected to result in effects from which individuals would recover within hours to 1 day." This statement is ambiguous and misleading. Although molting geese will almost certainly resume normal activities within hours following a single disturbance event, the cumulative effect of many disturbance events could affect the physiological condition of the birds, completion of molt, and survival.

- The existence of interlake areas removed from habitats used by molting geese does not assure minimal disturbance. Molting geese respond to aircraft at distances of several kilometers, and to pedestrians at distances greater than 500 m, and even the imposition of the proposed buffers would not completely eliminate these disturbing stimuli.

- Troy and Carpenter's (1990) study of birds displaced by oil and gas development is not applicable to molting geese. The study concerned nesting shorebirds and longspurs.

- It is erroneous to conclude that the proposed stipulations would "...remove most potential for disturbance or desertion." The workshop at which the stipulations were devised operated under a clear set of guidelines: to provide maximum protection for geese, while still allowing extraction of oil and gas resources. Thus, the recommended stipulations represented a compromise between two conflicting goals. The efficacy of the stipulations in eliminating disturbance to molting geese is not assured.

Section IV. Environmental Consequences, Effects, Alternative E, Birds, Conclusions, Page IV-F-10. Effects under this Alternative are predicted to be "...essentially the same as for Alternative B, except in the Goose Molting Habitat LUEA." Given the greater area to be leased, and increased level of activity expected even outside the Goose Molting Habitat LUEA, this is not a reasonable prediction.

| 109

Appendix E, Figure 6, Page E-35. The colored area in Smith Bay, and associated buffer, is an error of interpretation and should be deleted. The scale bar in this figure does not seem to correspond to the scale of the map, as indicated by Township boundaries.

| 110

23

23

References

ARCO. 1997. Alpine Development Project: environmental evaluation document. Prepared by ARCO Alaska, Inc., Anchorage, for U.S. Army Corps of Engineers, Anchorage. v.p.

Bollinger, K. and D.V. Derksen. Demographic characteristics of molting black brant near Teshekpuk Lake, Alaska. J. Field Ornithology 67:141-158.

Derksen, D.V., K.S. Bollinger, D. Esler, K.C. Jensen, E.J. Taylor, M.W. Miller, and M.W. Weller. 1992. Effects of aircraft on behavior and ecology of molting black brant near Teshekpuk Lake, Alaska. Final Report prepared by U.S. Fish and Wildlife Service and Texas A & M for U.S. Bureau of Land Management, Fairbanks, and Minerals Management Service, Anchorage. 226 pp.

Jensen, K.C. 1990. Responses of molting Pacific Black Brant to experimental disturbance in the Teshekpuk Lake Special Area, Alaska. Ph.D. Dissertation. Texas A & M Univ., College Station. 72 pp.

Kessel, B. and T. J. Cade. 1958. Birds of the Colville River, northern Alaska. Biol. Pap. Univ. Alaska, No. 2. 83 pp.

Moitoret, C.S., T.R. Walker, and P.D. Martin. 1996. Predevelopment surveys of nesting birds at two sites in the Kuparuk Oilfield, Alaska, 1988-1992. U.S. Fish and Wildlife Service, Northern Alaska Ecological Services, Fairbanks, AK, Technical Report NAES-TR-96-02. 104 pp.

Post, R.A. 1990. Effects of petroleum operations in Alaskan wetlands: a critique. Tech. Rept. No. 90-3. Habitat Division, Alaska Dept. Fish and game, Juneau, Alaska. 112 pp.

Troy, D.M. 1988. Bird use of the Prudhoe Bay Oilfield during the 1986 nesting season. Report by LGL Alaska Research Associates, Inc. for Alaska Oil and Gas Association, Anchorage, Alaska.

TERA. 1993. Bird use of the Prudhoe Bay oil field. Report by Troy Ecological Research Associates for BP Exploration (Alaska) Inc., Anchorage, AK. 58 pp.

Troy, D.M. and T. Carpenter. 1990. 1990. The fate of birds displaced by P-Pad, Prudhoe Bay, Alaska: the distribution of nesting birds before and after pad construction. Report by Troy Ecological Research Associates for BP Exploration (Alaska) Inc. 51 pp.

TERA. 1995. Distribution and abundance of spectacled eiders in the vicinity of Prudhoe Bay, Alaska, 1991-1993. Report by Troy Ecological Research Associates for BP Exploration (Alaska) Inc., Anchorage, AK. 18 pp.

Ward, D.H. and R.A. Stehn. 1989. Response of brant and other geese to aircraft disturbance at Izembek Lagoon, Alaska. Report prepared for Minerals Management Service by U.S. Fish and Wildlife Service, Anchorage, AK. 193 pp.

**Exhibit 4, page 14 of 33**

ATTACHMENT 2

PROSPECTS FOR CONFLICT BETWEEN
OIL DEVELOPMENT AND WATERFOWL IN THE
TESHEKPUK LAKE REGION, NPR-A

Philip Martin
Northern Alaska Ecological Services
U.S. Fish and Wildlife Service
101 12th Ave., Box 19, Rm. 110
Fairbanks, AK 99701

March 10, 1998

**Exhibit 4, page 15 of 33**

# DESCRIPTION OF THE TESHEKPUK LAKE GOOSE MOLTING AREA

## Physical Environment

The Teshekpuk Lake goose molting area is located north and east of Teshekpuk Lake (Figure 1). This 2000-km² area encloses approximately 200 lakes used regularly by large numbers of geese while they undergo wing molt (Derksen et al. 1981, 1982; Bollinger and Derksen 1996), during which time the birds are flightless for approximately 24 days (Taylor 1995).

The attraction of large numbers of geese to this area cannot be completely explained, but use has been related to some aspects of the physical and biological setting. The goose molting area is characterized by the presence of large, oriented thaw lakes. The prevalence of these lake basins in the Teshekpuk area has been attributed to the presence of fine-grained, ice-rich sediments formed or modified in the most recent marine transgression to have affected the arctic coastal plain during the Pleistocene Epoch (Sellman et al. 1975). The basins, separated by high (up to 10 m) ridges, undergo repetitive cycles of lake formation and drainage (Britton 1967, Weller and Derksen 1979). Erosion of lake margins results in coalescence of neighboring lakes, which can result in full or partial drainage of the lake with the higher water surface elevation. Once drained, thaw settlement may resume and is followed by formation of secondary lakes within the original basin. The partially drained basins typically contain shallow lakes surrounded by a low shoreline vegetated with sedge and moss (Derksen et al. 1982), used by geese for resting and feeding. The favorable habitat characteristics that are hypothesized to attract geese include: large lakes with persistent ice floes which function as islands for escape from terrestrial predators, adjacent habitat with sufficiently large patches of high-quality forage, relatively low numbers of predators, low levels of human disturbance, and proximity to coastal staging areas (Derksen et al. 1982, Weller et al. 1994).

## Use by Geese

The Teshekpuk Lake goose molting area annually attracts 18,500-68,500 (x̄ = 37,827) geese, based on surveys conducted from 1982-1996 (R. King USFWS, unpublished data). Brant, greater white-fronted geese, and Canada geese are present in large numbers, along with smaller numbers of snow geese (Table 1). The numbers of brant and the total numbers of all geese using this region exceed that of any known molting area, worldwide.

Table 1. Numbers of geese using Teshekpuk Lake Goose Molting Area, 1982-1996 (USFWS, unpublished data).

| | All Geese | Brant | Gr. White-fronted Goose | Canada Goose | Snow Goose |
|---|---|---|---|---|---|
| Max. in Any Year | 66,484 | 27,035 | 27,710 | 26,681 | 419 |
| Max. on Any Lake | 6,770 | 4,745 | 4,020 | 2,935 | 225 |
| Mean for All Lakes | 37,827 | 17,570 | 7,024 | 13,001 | 232 |

1

**Exhibit 4, page 16 of 33**

| Highest Mean at Any Lake | 3,386 | 2,505 | 513 | 1,018 | 20 |
| --- | --- | --- | --- | --- | --- |

2

More is known about use of this area by brant than the other goose species. While the details likely vary among species, the broad outlines of brant molting ecology are probably applicable to other geese at Teshekpuk. Brant migrate to this area from breeding colonies in western and northern Alaska, Canada, and possibly Russia. Up to 22% of the Pacific Flyway population ( also known as "black brant") use this area on an annual basis. Most brant using the Teshekpuk Lake area are failed breeders while the remaining are non-breeding birds, primarily those of pre-breeding age (Bollinger and Derksen 1996). They arrive in the area from mid-June to mid-July. Most begin molt by 4-10 July (Derksen et al. 1979, Taylor 1995); however, some may begin molt as late as 25 July. Thus, flightless brant are present in the area from late June to mid-August, with peak numbers in the latter third of July (Derksen et al. 1979, 1982, Taylor 1995). Distribution of brant among the 200 surveyed lakes is clumped, with an average of 57% of the brant using the ten lakes with the highest among-year average number of birds, and 83% using 30 lakes (R. King, USFWS, unpublished data). Molting brant exhibit a marked tendency to return to the same lake year after year (Bollinger and Derksen 1996). After molt is complete the birds shift immediately to coastal areas (Derksen et al. 1982, Taylor 1993).

Physiological Aspects of the Molt Process

Brant body mass declines during wing molt to a varying extent among age, sex, and breeding classes, and among years. The decline in body mass is primarily explained by loss of lipid (fat) reserves, however, body protein reserves also declined (Taylor 1993). The decline in body reserves implies that abundance and/or quality of forage may not be sufficient to sustain molting requirements. Nutrients obtained via food intake may be insufficient to meet the energetic demands of molt, thus body lipid and protein reserves are likely used to offset the shortfall (E.J. Taylor, unpublished data). Brant at Teshekpuk may not be able to compensate for the energetic demands of disturbance by increasing their food intake (E. Rexstad, J.S. Sedinger, E.J. Taylor, pers. comm.).

POTENTIAL IMPACTS OF HUMAN DISTURBANCE

Behavioral Sensitivity

Molting geese react strongly to disturbance during their flightless period. Their behavioral responses include high levels of alertness, group response when any individual perceives danger, and mass movement from potentially threatening visual or noise stimuli (Jensen 1990, T. Rothe, pers. comm.). Derksen et al. (1982) reported that molting brant would not allow approach within 500 m, and that flocks responded to potential predators or human disturbance by moving to water. Flocks disturbed by low-flying aircraft moved to water, and in one case "a series" of aircraft disturbances caused a flock to move 3 km to the opposite side of a lake (Derksen et al. 1982).

3

Exhibit 4, page 18 of 33

Predicted Impacts

An increase in energy expenditure as a result of disturbance, coupled with decreased foraging time and depleted lipid and protein reserves, could have detrimental effects on the birds. These effects include increased duration of the flightless period (and susceptibility to predation), incomplete molt, and decreased capacity to migrate to coastal staging areas (Jensen 1990, Miller et al. 1994). Disturbance and fragmentation of habitat in the goose molting area could displace birds from traditionally favored lakes to inferior habitat, or result in over-crowding of undisturbed habitat with ensuing decline in availability of forage. Any and all of these impacts might result in a lowered survival rate.

A panel convened by the Bureau of Land Management (BLM) in 1982 (Gilliam and Lent 1982) to evaluate the potential impacts of oil and gas leasing predicted the following impacts.

- Aircraft disturbance could result in reduced survival.
- Vehicle traffic may lead to displacement from favored habitats.
- Exposure to toxic contaminants (e.g., hydrocarbon spills) could result in appreciable mortality, because the birds are flightless.

EVALUATION OF PREDICTED IMPACTS

This discussion draws on experimental disturbance studies and empirical observations of geese in the existing North Slope oilfields to evaluate predictions relative to potential impacts of development. The discussion focuses mainly on brant (for which there are more complete data, as well as heightened concern for the population), but information for other geese is included also. The focal questions are:

- Will human disturbance displace birds from preferred habitats?
- Whether or not displacement occurs, will disturbance result in lower survival?

I have not made an independent evaluation of the risk posed by oil spills.

Physiological Implications of Aircraft Disturbance

Aircraft have been identified as one of the more disturbing stimuli to geese (Owens 1977, Belanger and Bedard 1989). Response of molting brant at Teshekpuk Lake was examined by Jensen (1990), Miller (1994) and Miller et al. (1994). Jensen (1990) reported on experimental overflights by Bell 206 helicopters. Duration of disturbance declined when helicopters flew above 1000 m, but there was no statistical difference in duration of disturbance over the range of altitudes below 1000 m. The great majority of disturbances lasted less than 500 seconds (~8 minutes), although there were a few instances in which disturbance lasted from 1500-2700

4

seconds (24-45 minutes). Jensen (1990) reported that larger flocks (>100) were more prone to disturbance, however, the statistical relationship was probably strongly influenced by two cases with disturbance durations more than twice as long as the next largest record. In the absence of those two outlier points, it is possible that the relationship would not have been statistically significant. Jensen (1990) concluded that duration of disturbance decreased with increased lateral distance of the aircraft, and attenuated to a negligible level beyond 4 km lateral distance. Movement rates of radio-equipped birds subject to experimental helicopter disturbance were compared to a control population at an undisturbed lake. Jensen (1990) reported a rate of movement five times greater in the experimental birds compared to the control. This result is confounded, however, by the fact that the experimental population moved almost twice as much as the control population even in the **absence** of disturbance.

Miller (1991) used Jensen's behavioral response data to develop a model to predict the impact of helicopter disturbance to brant in terms of lost body mass. Miller based his model of behavioral response on unpublished data (from Jensen) which provided point estimates of disturbance duration, categorized by flock size, aircraft altitude, and proximity of the birds to the aircraft. He combined those data with information on the distribution of geese within the molting area to simulate the impact of helicopter traffic (at the rate of 10 flights per day and 50 flights per day) using a number of different routes. The response variable was predicted weight loss of individual brant, classified as "light (10-120 g)," "moderate (130-270 g)," or "heavy (> 270 g)." The algorithm to convert activity to weight reduction is based on an unpublished model (McKnight and Taylor 1989). In general, the energy expense (in kilocalories) of disturbed activity (e.g., running, swimming) was estimated and converted to loss of lipid using a standard conversion factor of 1 g /13 kcal (Miller 1991). Unfortunately, as noted by Miller (1994b), "A threshold value for weight below which brant might experience significantly lower survival has not been established." Furthermore, the model's predictions relative to weight loss have not been tested against field data. The biological significance of his results, therefore, are not easily interpreted.

Displacement from Preferred Habitat

The potential for displacement can best be assessed by examining the data from the existing North Slope oilfields. Displacement could occur at various scales, ranging from withdrawal from a large area corresponding to the extent of oilfield activity, to localized loss of habitat resulting from gravel fill.

There is no evidence that geese have withdrawn from the general oilfield region. Lack of baseline data preclude evaluating the hypothesis that pre- and post-development numbers are equivalent, but one can evaluate the hypothesis that oilfield development may lead to region-wide displacement. All four species of Arctic Coastal Plain geese occur regularly in the oilfields: greater white-fronted goose, Canada goose, brant, and snow goose. White-fronted geese are the most widespread, nesting throughout the oilfields, but they are particularly abundant in the Kuparuk area, where nesting densities can be high (2-3.5 nests/km$^2$) (Moitoret et al. 1996).

5

Canada geese are uncommon, and limited as a nesting species to Prudhoe Bay and vicinity. Snow geese nest at a single colony (Howe Island, with approximately 370 breeding pairs), which is by far the largest breeding colony on the Alaska Arctic Coastal Plain. Brant nest in small colonies throughout the oilfields, from the coast to 20 km inland, and rear broods primarily in coastal salt marshes. The minimum number of nests in the oilfield region has varied from 300-500 between 1989 and 1992 (Stickney and Ritchie 1996). None of the four goose species has abandoned a portion of its range as oilfield infrastructure expanded.

Particularly in the Teshekpuk Lake area, where hundreds or thousands of birds use a single lake, local displacement would be of concern. It is difficult to assess the possibility that there have been local changes in distribution in response to siting of facilities in the existing oilfields. There has generally been insufficient pre-development baseline data to detect changes in local distribution, but there are several relevant case studies for nesting colonies. The Howe Island snow goose colony persisted after the construction of the nearby Endicott Project in 1985, which introduced oilfield facilities to within 2.5 km of the main colony, and intersected some preferred brood-rearing habitat. After construction, snow geese continued to use brood-rearing areas adjacent to the Endicott Road, although they largely abandoned areas within 200 m of the road during the two years (1985 and 1986) when there was heavy construction-related traffic (Burgess et al. 1992). The colony has experienced catastrophic breeding failure in four of the last eight years, probably due to predation by arctic foxes and/or brown bears. A small nesting colony of brant adjacent to the Surfcote Pad at Prudhoe Bay has been monitored



Figure 2. Number of Brant Nests at the Surfcote Colony, Prudhoe Bay.

since 1983. The nesting area is surrounded by roads, pads and pipelines, including a heavily traveled road 600 m to the west. Although nest numbers have varied between 13 and 32 (ABR Inc., unpublished data), no long-term decline is evident (Figure 2). Another small nesting colony close to the CPF-3 facility in the Kuparuk oil field has been monitored since 1985, the year in which the facility was constructed. Brant nested in a wetland basin at a distance of 600-1800 m from the CPF-3 facility (although a few nests were within 200 m of the access road). Nest numbers have varied between 10 and 43, but no long-term decline is evident (Figure 3).

6

**Exhibit 4, page 21 of 33**

If the behavior of nesting brant in the oilfields is not representative of molting birds at Teshekpuk Lake, the results described above are irrelevant, and the discussion should be restricted to molting geese. Members of all four species of geese molt in the oilfield region, most in conjunction with brood-rearing. During the brood-rearing/molting period, an average of 1,900 brant (range 900-3200, 26% to 48% goslings) are present in the oilfield region (Stickney and Ritchie 1996). Banding studies in the Kuparuk oilfield (1991-1997) have demonstrated that at least 90% of the broods found between Oliktok and Kavearak points moved into the oilfield region from the Colville River delta nesting colonies (Martin and Obritschewitsch 1997). Two of the most important brood-rearing areas in the oilfields, Oliktok (in the Kuparuk field) and the Put River mouth (Prudhoe Bay) are also the closest to centers of human activity. Brant (up to 650 birds) at Oliktok feed and loaf in areas within 0.5 km of buildings and within 100 m of the Oliktok Road and associated elevated pipeline. All (several hundred birds per year) of the Colville-origin birds that move east past Oliktok cross back and forth several times in a season (U.S. Fish and Wildlife Service, unpublished data). Birds using the Put River mouth are within an area of intense industrial development. Flocks of brant regularly use habitat within 500 m of gas-handling facilities that produce high noise levels, although the average distance from the birds to the facility center was 800-900m (Anderson et al. 1992). Brood-rearing brant in this area regularly use habitat 200-300m from a high-traffic road (Murphy et al. 1990) and sometimes move back and forth under an elevated pipeline (B.A. Anderson, ABR Inc., pers. comm.). There has been no decline in use of the Put River site by adult brant since 1985 (Figure 4; Murphy et al. 1986, 1987, 1988, 1989, 1990; A. A. Stickney, ABR Inc., pers. comm.). Low numbers of brant goslings at the Put River since 1990 are likely related to poor production at the main source colony (Howe Island).



Figure 3. Number of Brant Nests at the CPF-3 Colony, Kuparuk Oilfield.

7



Figure 4. Brant Use of the Put River Mouth During the Brood-rearing Period.

## Behavioral Response to Ground Activities in the Oilfields

For reasons of tradition or lack of alternative habitat, birds might continue to use an area even though they are subjected to a level of disturbance that is ultimately detrimental to their health and survival. Several oilfield studies have attempted to address the behavioral response of waterfowl to disturbance, notably the Lisburne Monitoring Program for geese and swans (Murphy and Anderson 1993) and the Endicott snow goose monitoring program (Burgess et al. 1992). Road traffic was the most frequent source of disturbance to geese but in most cases elicited mild reaction (no group movement away from the disturbance). Approximately 10 % of vehicle passes (n=50,000) elicited visible behavioral reactions in geese (Murphy and Anderson 1993). In 1989, brood-rearing brant reacted visibly to 1 of 2,400 passes by small vehicles (such as light trucks) and 11 of 1000 passes by heavy vehicles (Murphy et al. 1990). Large and noisy vehicles, and those of unusual shape, such as boom trucks, elicited the strongest response. For all four species, reactions to vehicles were mild at distances greater than 300 m (Murphy and Anderson 1993). Humans on foot were a greater source of disturbance; in three cases, pedestrians at distances between 450-600 m caused at least half of large brood-rearing groups to move (Murphy et al. 1990). Very few instances of boat-related disturbance were recorded, but in one case, a boat 1 km away caused a flock of brant to swim 2.5 km, displacing them from their feeding area for over an hour (Murphy and Anderson 1993).

Activity budget studies indicated that brood-rearing snow geese spent more time in alert postures and walking when they were close to the road relative to their behavior when they used brood-rearing areas further from the road, and in response to higher levels of traffic on the road bisecting the brood-rearing area (Burgess et al. 1992). Activity budgets of geese and swans in the Lisburne area were not strongly affected by the level of disturbance (Murphy and Anderson 1993). The researchers suggested that the birds had adjusted their position relative to the sources of disturbance, such that they were beyond the distance threshold at which significant differences in behaviors would have been recorded with changing human activity. Thus, the birds' response may have manifested itself in (unmeasured) displacement, rather than differences in activity

8

**Exhibit 4, page 23 of 33**

budgets (Murphy and Anderson 1993).

In summary, the oilfield studies indicated that behavioral responses to routine traffic and activity attenuated in the range of 200-400 m from the source of disturbance. Energetically expensive responses (walking, running, swimming) were rare at those distances, and were usually associated with unusual disturbance stimuli. In contrast, humans on foot and boats alarmed geese at distances up to 600-1000 m.

Growth Rates and Demographic Parameters

Behavioral response data are imperfect indicators of impact, because the true significance of alterations in the activity patterns depends on the degree to which behavioral changes influence body condition, and ultimately, survival. These relationships are seldom known, and difficult to model (Burgess 1992). Recent studies (U.S. Fish and Wildlife Service, unpublished) have focused on variables such as growth and survival, which in contrast to activity budgets, have clear population implications. Brant goslings in the oilfields grew more rapidly than goslings on the Yukon-Kuskokwim delta (Sedinger and Obritschkewitsch, in prep.) Also, goslings captured at a site close to facilities (Oliktok) grew at similar rates to goslings captured at sites more remote from oilfield facilities. This is an important result, because gosling growth rates can be a sensitive indicator of the quality of the brood-rearing environment (Sedinger et al. 1997). On the Yukon-Kuskokwim delta, gosling size was positively correlated with survival and adult size, which, in turn was correlated with greater fecundity (Sedinger et al. 1995). Despite possible (but unmeasured) interference with normal feeding behavior and habitat use resulting from human disturbance, gosling growth rates in the oilfields compare favorably to those from the Yukon-Kuskokwim delta. Differences in habitat quality and/or competition for food likely explain the difference in growth rates between the North Slope goslings and Yukon-Kuskokwim delta goslings.

Banding studies of brant that rear broods in the oilfields indicate that adult survival rates are statistically similar to those of birds from the Yukon-Kuskokwim Delta (Sedinger and Obritschkewitsch, in prep.). Thus, any potential disturbance in the oilfields does not appear to be reducing survival of adults relative to the population in western Alaska.

Nest success in the oilfields may be indirectly impacted by changes in predator activity related to human activity. Molting geese are vulnerable to predators, so an increase in predators at Teshekpuk may have significant impact. One of the hypothesized advantages of molt migration is use of areas with fewer predators (Sterling and Dzubin 1967).

9

RATIONALE AND EFFECTIVENESS OF PROPOSED STIPULATIONS

Although study results indicate a general ability of nesting geese to habituate to some aspects of oilfield-associated disturbance, potential sources of conflict have been identified.

- Displacement of birds within 400 m of facilities and activities.

- Strong behavioral reactions to the following: some aircraft disturbances; loud, large, and/or unusual shaped vehicles; humans on foot; boat traffic.

- Low nest success (attributed to predation) could be depressing population growth.

This section discusses the rationale of stipulations proposed in the DEIS, and their effectiveness in addressing the issues above. It must be recognized that until the Record of Decision on the EIS is reached, there is no commitment to implement these stipulations. Furthermore, the DEIS commits to inclusion of only a few of the stipulations as terms of the Lease Sale. It is unclear how firmly the Record OF Decision would compel managers to include the proposed stipulations as conditions in future permitting actions.

Aircraft Operations

The DEIS proposes two stipulations that would impose seasonal restrictions regarding aircraft operations in the goose molting area. Stipulation 54 would suspend helicopter overflights from June 15 to August 20. Stipulation 55 would restrict fixed-wing aircraft takeoffs and landings to two round-trips per week to aircraft facilities within the goose molting area from June 15 to August 20. Thus, the worst-case scenario for an individual bird would be exposure to 4 flights per week. This level of aircraft activity is well below the range modeled by Miller (1994) and also would involve a different type of aircraft. Helicopters are often assumed to be more disturbing than fixed-wing aircraft, but this conclusion has not always been supported by field data (Ward and Stehn 1989; Burgess et al. 1992; Murphy and Anderson 1993). For modeling purposes, it is safest to assume that fixed-wing flights would be equally disturbing. A preliminary analysis suggests that in a reasonable worst-case scenario (a bird in a large flock subjected to 4 overflights per week for all 4 weeks of flightlessness, all within 0.5 km lateral distance and at less than 1000 m altitude) cumulative weight loss attributable to the aircraft overflights would be under 20 g. This analysis does not incorporate the scenario of multiple airstrips or overflights that are not associated with oil and gas activities. Detailed analysis should be undertaken by a qualified modeling team in order to evaluate the effectiveness of the proposed mitigation.

10

Exhibit 4, page 26 of 33

Siting of Facilities

Stipulation 25 would establish a 500-m buffer around all lakes used by geese, and a 1-km buffer around 40 "high use" lakes, which include those that (on average) support 83% of brant, 69% of Canada geese, 58% of snow geese, and 73% of white-fronted geese (Figure 5). Facilities other than pipelines would not be permitted within these buffers. The exclusion for pipelines is based on the observations in the oilfields that brood-rearing brant and other geese tolerate, and cross under, elevated pipelines. The minimum 500-m buffer width was based on the observation that routine vehicle traffic had little effect on geese beyond 300-400 m (see above). The 1-km buffer is somewhat arbitrary; it may or may not be sufficient to reduce disturbance from pedestrians or boat traffic, and it is certainly not sufficient to eliminate aircraft disturbance.

Ground Activities

Stipulation 33 requires that facility layout shall incorporate features (e.g., temporary fences, siting/orientation) that screen or shield human activity from view of any goose molting lake within 3 km. The rationale for this stipulation is the observation that pedestrians are among the most disturbing influences, and that the maximum range of this effect is unknown. Stipulation 77 generally prohibits off-pad activities during the goose molting period; this provision is also intended to eliminate highly disturbing pedestrian traffic.

Stipulation 78 prohibits public access (except by subsistence users) to goose-molting areas by way of, or through the use of, oilfield facilities, and proposed Stipulation 60 would require removal of roads, airstrips, and other gravel fill upon field abandonment so as to render them unusable for enhanced access into and within the goose molting area. The purpose of these provisions is to limit uncontrolled use of the goose molting area during, and after, the life of the oilfield. The exception for subsistence activities was inserted by BLM staff, not by the panel which drafted the stipulations. Unless some agreement can be reached with the local subsistence users, the geese will be unprotected from disturbance caused by activities such as boating, even if hunting activities are not directed at the birds. If the oilfield facilities enhance access to this area (which is remote and currently little used), substantial disturbance could occur.

Stipulation 34 suspends major construction activities (sand/gravel extraction and transport, pipeline and pad construction) during the goose molting period. The intention of this stipulation is to eliminate the use of large and noisy equipment while geese are in the area, based on the data that show such activities can be much more disturbing than routine traffic by light vehicles.

Stipulation 50c requires convoying to minimize the daily duration of traffic disturbance from 20 May to 20 August (this applies to the caribou calving season, as well as to the goose molting period) and 50d requires minimization of road traffic during the molting period.

Waste Disposal

Stipulation 1 requires handling and disposal of putrescible waste in a manner which prevents the

12

attraction of predators. Increased populations of gulls, foxes, and bears in the Teshekpuk area could have a devastating impact, both in direct mortality, and because of the disturbance predators cause. It is critical that this stipulation receive adequate enforcement. Neither state regulations nor company policies have been successful in eliminating the problem of predator attraction in the oilfields.

## CONCLUSION

The potential for aircraft disturbance will be diminished if the proposed stipulations are adopted. The aircraft disturbance model should be used to predict the behavioral response of molting geese to aircraft use at realistic rates (e.g., 4 per week per route). Predicted weight loss attributable to disturbance should be determined. Interpretation may not be straightforward, however, because the birds' ability to compensate for lost feeding time and energy expense is not known. Also, the biological significance of light weight loss (*sensu* Miller 1991) is not known. Taylor's (1993) work indicates that the birds may be in such a depleted nutritional status, that any increment of disturbance could be harmful. It may not be possible to make a confident prediction regarding the physiological and survival implications of anticipated aircraft activity.

The potential for disturbance from ground activities would be lessened by the application of the proposed stipulations. **If** brant at Teshekpuk behave similarly to those in the oilfields, then there is a reasonable expectation that they will continue to use the area with minimal disturbance from oilfield activities on the ground, provided that the proposed stipulations are adopted and enforced. It cannot be assumed, however, that the available data from the oilfields are adequate to predict all future impacts. It is necessary to conduct research on oilfield impacts which are poorly understood (such as the numerical and functional response of predator populations), in order to formulate effective management strategies. Also, the extent to which birds in the oilfields are an appropriate model for birds at Teshekpuk is questionable. There are some notable differences in circumstances:

- Teshekpuk is predominantly a molting area, not a breeding area. In contrast, the majority of oilfield birds are engaged in brood-rearing during the molt period, a difference which may be reflected in behavioral response or physiological state.

- Flock sizes at Teshekpuk are larger, on average, and this may affect the birds' behavior, as larger flocks are believed to react more strongly to disturbance.

- Birds exposed to oilfield activity as goslings are likely to be more habituated to human activity than the birds that molt at Teshekpuk, which may have no prior experience with oilfield-related activities.

- The numbers and concentrations of birds at Teshekpuk far exceed that of the oilfields. Mean number of brant on the most heavily used lake at Teshekpuk exceeds the average annual population (adults and young combined) in the oilfields, and geese occur on most

13

**Exhibit 4, page 28 of 33**

lakes within the molting area.

- Habitat characteristics, including dominant forage species, at Teshekpuk are different from the saline-influenced habitats used by oilfield brood-rearing groups. Competition for food may be more intense at Teshekpuk.

The implications of these differing circumstances for predicting impacts are not well understood. It is not clear, for instance, whether molting adults which are also attending broods differ from failed breeders in their sensitivity to disturbance or physiological vulnerability. A subset of the birds at Prudhoe Bay are failed breeders in moderately large flocks (>100 individuals), and thus represent close analogs to Teshekpuk birds, but no studies have compared behavior of birds of differing breeding status at Prudhoe Bay. The differences in circumstances reduce the level of confidence in predicting future impacts from current information. Given the uncertainties, a cautious approach is warranted.

14

**Exhibit 4, page 29 of 33**

Literature Cited

Anderson, B.A., S.M. Murphy, and M.T. Jorgenson. GHX-1 waterbird and noise monitoring program. Final Report prepared for ARCO Alaska, Inc., by Alaska Biological Research, Fairbanks, AK. 132 pp.

Belanger, L and Bedard, J. 1989. Responses of staging greater snow geese to human disturbance. Journal of Wildlife Management 53:713-719.

Brackney A. W. and R. J. King. 1996. Aerial breeding pair surveys of the Arctic Coastal Plain of Alaska: distribution and abundance 1995. U.S. Fish and Wildlife Service, Migratory Bird Management, Fairbanks. 20 pp.

Bollinger, K. and D.V. Derksen. Demographic characteristics of molting black brant near Teshekpuk Lake, Alaska. J. Field Ornithology 67:141-158.

Burgess, R.M., A.A. Stickney, J.R. Rose, and R.J. Ritchie. 1992. 1990 Endicott Environmental Monitoring Program Final Report. Snow goose. Prepared by Alaska Biological Research, Inc. for U.S. Army Corps of Engineers, Alaska District, Anchorage. v.p.

Derksen, D.V., T.C. Rothe, and W.D. Eldridge. 1981. Use of wetland habitats by birds in the National Petroleum Reserve --Alaska. U.S. Fish and Wildlife Service Resource Publication 141. Washington, D.C. 27 pp.

Derksen, D.V., W.D. Eldridge, and M.W. Weller. 1982. Habitat ecology of Pacific black brant and other geese moulting near Teshekpuk lake, Alaska. Wildfowl 33:39-57.

Jensen, K.C. 1990. Responses of molting Pacific Black Brant to experimental disturbance in the Teshekpuk Lake Special Area, Alaska. Ph.D. Dissertation. Texas A & M Univ., College Station. 72 pp.

Gilliam, J.K. and P.C. Lent. 1982. Proceedings of the NPR-A caribou/waterbird impact analysis workshop. May 11-13, 1982. Anchorage, Alaska. Bureau of Land Management, Anchorage, AK. v.p.

King, J.G. 1970. The swans and geese of Alaska's Arctic Slope. Wildfowl 21:11-17.

Kramer, G.W., Rauen, L.R., and Harris, S.W. 1979. Populations, hunting mortality, and habitat use of black brant at San Quentin bay, Baja California, Mexico. Pages 242-245 in: Jarvis, R.L. and Bartonek, J.C., eds. Management and biology of Pacific Flyway geese. Corvallis, Oregon: Oregon State University Book Stores, Inc. 242-254.

15

Madsen, J. 1985. Impact of disturbance on field utilization of pink-footed geese in West Jutland, Denmark. Biological Conservation 33:53-63.

Martin, P. 1997. Predators and scavengers attracted to locales of human activity. Pp. 6-19-6-24 in: NPR-A Symposium Proceedings. Science, traditional knowledge, and the resources of the Northeast Planning Area of the National Petroleum Reserve-Alaska. April 16-18, 1997, Anchorage, Alaska. Prepared for Minerals Management Service, Anchorage.

McKnight, S.K., and Taylor, E.J., 1989. The effects of aircraft disturbance on the bioenergetics of molting Pacific black brant in arctic Alaska. Unpubl. Rep. WFSC, Texas A&M University, College Station, Texas.

Miller, M.W. 1994. Route selection to minimize helicopter disturbance of molting Pacific black brant: a simulation. Arctic 47:341-349.

Miller, M.W. 1991. A simulation model of the response of molting Pacific black brant to helicopter disturbance. M.S. Thesis. Texas A&M University, College Station, Texas. 86 pp.

Miller, M.W., K.C. Jensen, W.E. Grant, and M.W. Weller. 1994. A simulation model of helicopter disturbance of molting Pacific black brant. Ecological Modelling 73:293-309.

Moitoret, C.S., T.R. Walker, and P.D. Martin. 1996. Predevelopment surveys of nesting birds at two sites in the Kuparuk Oilfield, Alaska. 1988-1992. NAES-TR-96-02. Fish and Wildlife Service, Fairbanks. 104 pp.

Murphy, S. M., B. A. Anderson, and C. L. Cranor. 1986. Lisburne Terrestrial Monitoring Program-1985: the effects of the Lisburne Development Project on geese and swans. First annual rep. prepared for ARCO Alaska, Inc., Anchorage, AK, by Alaska Biological Research, Fairbanks, AK. 152 pp.

Murphy, S. M., B. A. Anderson, C. L. Cranor, and R. H. Day. 1987. Lisburne Terrestrial Monitoring Program-1986: the effects of the Lisburne Development Project on geese and swans. Second annual rep. prepared for ARCO Alaska, Inc., Anchorage, AK, by Alaska Biological Research, Inc., Fairbanks, AK. 246 pp.

Murphy, S. M., B. A. Anderson, C. L. Cranor, and C. B. Johnson. 1988. Lisburne Terrestrial Monitoring Program--1987: the effects of the Lisburne Development Project on geese and swans. Third annual rep. prepared for ARCO Alaska, Inc., Anchorage, AK, by Alaska Biological Research, Inc., Fairbanks, AK. 205 pp.

16

Murphy, S. M., B. A. Anderson, C. L. Cranor, and M. T. Jorgenson. 1989. Lisburne Terrestrial Monitoring Program--1988: the effects of the Lisburne Development Project on geese and swans. Fourth annual rep. prepared for ARCO Alaska, Inc., Anchorage, AK, by Alaska Biological Research, Inc., Fairbanks, AK. 255 pp.

Murphy, S. M., B. A. Anderson, C. L. Cranor, M. T. Jorgenson, and B. K. Lance. 1990. Lisburne Terrestrial Monitoring Program--1989: The effects of the Lisburne Development Project on geese and swans. Fifth annual rep. prepared for ARCO Alaska, Inc., Anchorage, AK, by Alaska Biological Research, Inc., Fairbanks, AK. 275 pp.

Murphy, S. M., and B. A. Anderson. 1993. Lisburne Terrestrial Monitoring Program: the effects of the Lisburne Development Project on geese and swans, 1985-1989. Final synthesis rep. prepared for ARCO Alaska, Inc., Anchorage, AK, by Alaska Biological Research, Inc., Fairbanks, AK. 202 pp.

Owens, N.W. 1977. Responses of wintering brent geese to human disturbance. Wildfowl 28:5-14.

Sellman, P.V., J. Brown, R.I. Lewellen, H. McKim, and C. Merry. 1975. The classification and geomorphic implications of thaw lakes on the Arctic Coastal Plain, Alaska. Research Report 344. U.S. Army Cold Regions Research and Engineering Laboratory. Hanover. 21 pp.

Sedinger, J.S., P.L. Flint, and M.S. Lindberg. 1995. Environmental influence on life-history traits: growth, survival and fecundity in black brant (Branta bernicla). Ecology 76:2404-2414.

Sedinger, J.S., M.S. Lindberg, M. Eichholz, and N. Chelgren. 1997. Influence of hatch date versus maternal and genetic effects on growth of Black Brant goslings. Auk 114:129-132.

Sedinger, J.S. and T. Obritschkewitsch. In prep. Relationship between oilfield facilities and movements, behavior, growth, nest success, and survival of black brant. Draft Report for U.S. Fish and Wildlife Service, Fairbanks, AK.

Sterling, T. and A. Dzubin. 1967. Canada goose molt migrations to the Northwest Territories. Trans. N. Am. Wildl. Conf. 32:355-373.

Taylor, E.J. 1993. Molt and bioenergetics of Pacific black brant (Branta bernicla nigricans) on the Arctic Coastal Plain, Alaska. Ph.D. Dissertation, Texas A&M Univ., College Station. 285 pp.

Taylor, E.J. 1995. Molt of black brant (Branta bernicla nigricans) on the Arctic Coastal Plain,

17

Alaska. Auk 112:904-919.

Ward, D.H. and R.A. Stehn. 1989. Response of brant and other geese to aircraft disturbance at Izembek Lagoon, Alaska. Report prepared for Minerals Management Service by U.S. Fish and Wildlife Service, Anchorage, AK. 193 pp.

Weller, M.W. and D.V. Derksen. 1979. The geomorphology of Teshekpuk Lake in relation to coastline configuration of Alaska's coastal plain. Arctic 32:152-160.

Weller, M.W., K.C. Jensen, E.J. Taylor, M.W. Miller, K.S. Bollinger, D.V. Derksen, D. Esler, and C. Markon. 1994. Assessment of shoreline vegetation in relation to use by molting black brant *Branta bernicla nigricans* on the Alaska coastal plain. Biol. Conserv. 70:219-225.

18