## Issues for the NE NPRA Scoping Meeting

Geoff Carroll, Area Wildlife Biologist
Alaska Department of fish and Game
PO Box 1284
Barrow Alaska, 99723
**Geoff_Carroll@fishgame**.State.AK.US

My name is Geoff Carroll. I am the area biologist for the Alaska Department of Fish and Game.

I want to thank you for coming here to hear what local people have to say about amending the Integrated Activity Plan for the NE NPRA. There are many issues to address in relation to these proposed amendments so I will just touch on some of them lightly and go into more detail on issues concerning the Teshekpuk Caribou Herd.

First, I object to what seems like a great rush to open everything to development as quickly as possible. In this rush it seems to me like you are getting ahead of yourselves. We are told that you want to align the stipulations for the NE area with the ones for the NW area, but you haven't yet provided us with the proposed stipulations for the NW area. You are working on writing an EIS for the Alpine Satellite Development project, which will bring about dramatic changes in that area. It is difficult to make informed comments on how the rest of NE NPRA should be managed when we don't know for sure what is planned for the Alpine Satellite area. The comment period for the NE area should at least be extended long enough for us to learn what is planned for the NW area and for Alpine. You have stated that the reason for the rush is so the process will be completed in time to sell leases in 2004. That makes it sound like you are willing to sacrifice the public process in order to expedite selling leases in this very important area as soon as possible.

When the original NE NPRA Integrated Activity Plan was developed there was extensive input from the public so if these decisions are going to be changed, there should be a similar public process. There was input from subsistence resource users and experts who had many years of conducting research in the area. There were workshops for subsistence and wildlife issues. The result of this public process was a plan that allowed exploration and development on 87% of the area, but protected subsistence hunting areas and crucial wildlife habitat areas. If these decisions are going to be changed, there should be a similar public process to determine whether or not people now think that these subsistence and wildlife habitat areas are not so important that they need protection. We also need to know if wildlife biologists now think that development can occur in crucial habitat areas without affecting wildlife populations. I hate to think that the decisions are already made and that we are just jumping through the hoops as quickly as possible so the area can be opened up in time for the next lease sale.

Alaska's BLM director, Henri Bisson stated that "we can safely explore this area without significant impact to wildlife and subsistence resources". That statement is questionable

for 2 reasons. First there have been no studies that indicate that seismic exploration does not impact wintering caribou. Second, even if exploration could occur without damage, exploration will probably not occur until leases are sold. It appears that the plan is to sell leases to encourage exploration. Past experience has indicated that, once leases are sold, then seismic exploration and test drilling take place. If there are significant petroleum discoveries, then areas are developed whether or not those areas contain crucial wildlife habitat and whether or not there is local opposition. This has occurred both offshore and onshore. The issue is not so much exploration, but the development that is sure to follow if leases are sold and marketable petroleum discoveries are made.

When the impact of oil development in NPRA is evaluated, the assumption has been made that it will be in the form of small "footprints", and the Alpine development is held up as a shining example. However, the Alpine project is a perfect example of why we need to be careful. The Alpine project was promoted as a small-footprint, no-roads development that was to be the wave of the future, However, there is already a proposed Alpine Satellite Development Project which will involve 4 new drill sites surrounding Alpine and be connected by pipelines and roads and will require a bridge to be built over a channel of the Colville River. So instead of a small footprint there will be a web of development in the area. It is predicted that oil in NPRA will be found in many small fields, so development there will also take place looking like a web of wells, pipelines, and roads. This web of development makes it hard to travel thru the area and will create impacts on wildlife and subsistence hunting, much like it has in the Kuparek area. In an analysis of potential development impacts, the impact of a network of structures should be made rather than using the "small footprint" concept.

I agree with the statements that Thomas Napageak made in Anchorage. He said that stipulations should not be weakened, but should be prescriptive and they should be fixed. They should not be discretionary and loose. I also believe that, if you are going to change stipulations from what was agreed to in the 1998 plan, which are the promises you made to the Nuiqsut people, you need to have enough of a public process to explain exactly what you are doing and gain their approval before making changes. People have seen it happen too many times where promises are made and then broken as soon as keeping the promise is not convenient. There should also be a clear process for monitoring compliance.

Impacts from petroleum development will take place on 2 levels in NE NPRA. There will be the Cumulative impacts which will be added to previous activities culminating in a huge North Slope wide impact on the tundra, wildlife, and subsistence hunting. Much of the North Slope is now one of the world's largest industrial parks. There should be a very thorough cumulative effects analysis done in the EIS for the NPRA NE amendments on how additional development in the Teshekpuk area will add to Cumulative impacts.

In addition to the cumulative impacts, there will also be immediate and direct impacts on the land, wildlife resources, and subsistence hunters if the 1998 NE NPRA Integrated Activity Plan is amended and development is allowed in the protected area around Teshekpuk Lake.

One of my major responsibilities for the past 12 years has been to monitor North Slope wildlife populations and, particularly the Teshekpuk Caribou Herd. Most of my following comments will address issues relating to wildlife that should be addressed if you are considering amending the 1998 Integrated Activity Plan.

People from BLM have stated that there is new information that justifies amending the NE stipulations. I would say that every wildlife study that has occurred in NE NPRA since 1998 has reinforced the fact that the area around Teshekpuk is crucial habitat for several species of wildlife and that this habitat would be very sensitive to impacts from development.

**One of the major issues that needs to be addressed is that the Teshekpuk Caribou Herd is a very important subsistence resource and if development were to reduce productivity in the Teshekpuk Herd it would seriously impact subsistence hunters.** Most of the caribou that are harvested by Atqasuk, Barrow, Nuiqsut, and Wainwright are from the Teshekpuk herd. During some years many caribou from the Teshekpuk herd winter near Anaktuvuk Pass and Point Lay and provide an important source of meat. The new information that we have since 1998 is that the Teshekpuk Herd is even more important for subsistence than we originally thought. North Slope hunters generally harvest 2500 - 2700 Teshekpuk caribou per year (Carroll 2002). This is a considerably higher rate of harvest than for other arctic herds. By comparison, total harvest of the Central Arctic Herd is only 300–500 caribou per year. Fortunately, the Teshekpuk herd produces many calves that survive to be adults. The only way to maintain this level of harvest is for high calf production to continue.

**The Teshekpuk area, particularly to the south, east, and northeast of the lake are very important for Teshekpuk Herd calving and, if a network of development is allowed in the area, calving caribou would most likely be displaced.** Caribou studies since 1990 have shown that most pregnant Teshekpuk Caribou Herd females use the protected area around Teshekpuk Lake for calving (Carroll, 2002). Recent and past wildlife studies have indicated that calving caribou from the western segment of the CAH have been displaced to the south by development in their traditional calving area (Wolfe, 2000, NRC 2000). Studies have also indicated that female caribou with calves are particularly sensitive to disturbance and are most likely to be displaced by industrial activity (Cameron). It is quite likely that Teshekpuk caribou could be displaced from their calving area if development is allowed there.

**Displacement from calving areas and hindrance of movements to and from insect relief areas can result in reduced productivity a caribou herd.** In its 2003 Cumulative Impacts Report the National Research Council (NRC) concluded that Central Arctic Herd caribou had been displaced to the south of their traditional calving area and "as a result of conflicts with industrial activity during calving and an interaction of disturbance with the stress of summer insect harassment, reproductive success of CAH female caribou in contact with oil development from 1988 through 2001 was lower than undisturbed females, contributing to an overall reduction in herd productivity". Using what we have

learned from CAH studies, if exploration and development are permitted in the Teshekpuk Herd calving area, productivity will also be reduced.

**Our studies have shown that Teshekpuk Caribou that calve in the traditional calving area have much better calving success than those that calve out of the area.**

Radiotracking surveys flown since 1990 have shown that approximately 70% of collared pregnant females calve in the protected area around Teshekpuk Lake. A recent analysis of the data indicates that of the 151 radiocollared females that calved within the traditional calving area, 89% produced calves that survived through the calving period. Of 66 females that calved outside the area 32% calved successfully. During years when natural conditions prevented many caribou from returning to the calving area, calf survival was lower than when most females calved in the area. During 1997 and 2001 the migration was delayed and the calf survival rate was 53% and 44% late respectively compared to an average of 72% for other years. In 2001 a late snow melt-off slowed the spring migration and prevented many caribou from returning to the normal calving area in time for calving. Collared caribou that calved before reaching the calving area had poor calf survival (10%) compared to those that calved in the traditional calving area (76%) (Carroll, In Press). If the TCH is displaced from its calving area by development, as the CAH has been, or if caribou are impeded from reaching the calving area, recent surveys indicate that calving success will most likely be reduced.

**The fact that the CAH has continued to grow slowly during the time since oil development has taken place in its calving area is not an indication that the Teshekpuk Herd will maintain its population level if productivity is reduced.** The harvest level is so low for the CAH (1%-2%) that population numbers can be maintained even with decreased productivity. Because the harvest rate is so much higher for the Teshekpuk Herd (6%-8%), if productivity was decreased by impact from industry it is likely that population numbers would decline.

**The geography of the Teshekpuk Lake region is also an issue because caribou are limited to narrow migratory corridors when traveling to and from the insect relief area north of Teshekpuk Lake.** Recent surveys have shown that as many as 75% of the collared caribou can be found north of the Lake in insect relief aggregations. It is very important nutritionally for animals to reach insect relief areas. There are 2 narrow corridors, one between the east side of Teshekpuk Lake and Kogru Inlet and one between the northwest corner of the Lake and Smith Bay that all caribou must use going to and from the insect relief area. Parturient females are particularly vulnerable because most of them pass through the Kogru corridor shortly before or after calving and, as many studies have shown females with calves are the most sensitive caribou to disturbance and development. Oil structures in or near narrow Kogru corridor could hinder the movements of caribou to and from the insect relief area. This could reduce calf survival and herd productivity

**Oil structures north of Teshekpuk Lake would be an issue because when caribou are in the insect relief area they must be able to move to and away from the coast.** It

is very important nutritionally for them to reach the coast to escape the impact of insects on buggy days, and to move inland to obtain adequate forage on less buggy days. Research has indicated that, highly motivated, insect harassed caribou will move through infrastructure to get to insect relief areas; but, when there is less insect harassment, they are less willing to move through infrastructure on their way to preferred grazing areas. If movements to and from insect relief areas are hampered by development infrastructure it could prevent them from putting on enough fat reserves to allow them to survive the winter and produce calves

**Teshekpuk caribou are less habituated to development than CAH caribou, so, initially, they will be impacted by development more strongly than are CAH caribou.** Most TCH caribou have rarely, if ever, encountered significant development activities. For example, any pilot or observer who has flown over caribou from the 2 herds notices a substantial difference, in that Teshekpuk caribou will run from the plane, while CAH caribou will stand and watch the plane fly by or just go back to their feeding. I think that we can assume that, if they are exposed to extensive development, Teshekpuk caribou will eventually become more habituated to industrial activity. However, initially TCH caribou will be more prone to displacement from areas of development and less willing to cross pipelines and roads than are CAH caribou under similar circumstances. Because of the difference in habituation, studies of CAH caribou reactions to development structures and activity are not always a good indicator of how Teshekpuk caribou will initially react to development. This lack of habituation will likely increase the impact of development and decrease productivity of the TCH.

**There have been no formal studies on the effect of seismic exploration on caribou in NPRA, so there is no evidence that even winter exploration can take place without impacting caribou.** In most years a large portion of the Teshekpuk Herd winters on the North Slope, so they are more likely to be exposed to seismic activity than caribou from other arctic herds.. During the winter of 2002-2003, when there was considerable seismic exploration in NPRA, there was high caribou mortality, mostly from starvation. Several North Slope hunters who witnessed the dead and starving caribou believed that much of the mortality took place near areas of seismic exploration. Satellite radio collars indicate that caribou are usually quite sedentary during winter months, presumably to save energy during a time of low nutritional intake. Seismic operations can force caribou to move during a time of year when they are normally sedentary and to move away from preferred feeding areas. It is possible that displacement caused by seismic operations during years when conditions are marginal could affect survival of animals. More studies are needed to determine the level of impact on caribou by seismic exploration.

**The Teshekpuk area has become even more important for nesting and molting waterfowl.** According to US Fish and Wildlife Service (USFWS) data (supplied by Ed Mallek in 2003), the area north of Teshekpuk Lake has continued to be a very important nesting and molting area for waterfowl. In most years approximately 20,000 molting black brant use the area, and in 2001 biologists counted 36,000 black brant in the area. This comprises approximately 1/3 of the entire black brant Pacific flyway population. The Teshekpuk Lake area has also become increasingly important for white-fronted

geese, with nearly 35,000 molting white-fronts counted there in 2002. In addition, many species of geese, ducks, swans, and other birds use the Teshekpuk area for nesting.

**Restrictions on development in important subsistence areas should continue.** In the original NE NPRA IAP very limited areas along Fish and Judy Creeks were designated as off limits to permanent oil and gas facilities because these were very important to Nuiqsut Subsistence hunters. In the version of the Alpine Satellite Development proposal that I saw, one of the first proposed drill sites was within this exclusion zone. This is also within NE NPRA. An issue that should be addressed is whether or not even minimal requests like this from subsistence hunters will be honored.

**In conclusion I'd like to say that I think oil development can take place on the North Slope while maintaining healthy wildlife populations and subsistence hunting opportunities. However, this can only happen if crucial wildlife habitat areas and subsistence hunting areas are protected. We should maintain strong, effective stipulations in NE NPRA and the crucial wildlife habitat areas around Teshekpuk Lake should remain off limits to leasing and development.**