# ALASKA'S WESTERN ARCTIC

# A SUMMARY AND SYNTHESIS OF RESOURCES

**Editors**
John W. Schoen and Stanley E. Senner

**Contributors**
Jeff Fair, Dave Norton, Eli Davidian, Jessica Nelson

**Technical Editor**
Judy Griffin

**GIS Support**
The Nature Conservancy of Alaska and the Conservation GIS Center

## AUDUBON ALASKA
308 G. St.
Anchorage, AK 99501

**DRAFT**
**DECEMBER 2002**

# TESHEKPUK CARIBOU HERD
## *(Rangifer tarandus)*

The Teshekpuk Caribou Herd (TCH) was documented as a separate herd in the 1970s (Davis and Valkenburg 1978). Although the TCH range overlaps with the Western Arctic Caribou Herd (WACH) and the Central Arctic Herd (CAH) ranges (Carroll 1999), the annual calving ground of the TCH is centered around Teshekpuk Lake on Alaska's North Slope, west of the Colville River Delta (Fig. II.1-6). Native caribou drive sites found within current TCH range suggest caribou presence in the western Arctic in prehistoric times. Extensive reindeer herding occurred here in the 1930s-1940s, but local residents report caribou sightings since the 1930s (Carroll 1999). The TCH is currently at a relatively high and stable population level, approximately in balance with subsistence harvests (Carroll 2002; C. George, North Slope Borough, Barrow, AK, personal communication 2002).

**SEASONAL DISTRIBUTION AND ABUNDANCE**

The TCH currently numbers about 28,000 caribou (Carroll 2002). The herd's range includes most of the western Arctic west of the Colville River (Murphy and Lawhead 2000, Kelleyhouse 2001) (Fig. II.1-6). Most of the TCH moves toward Teshekpuk Lake in May. In June, most pregnant cows enter calving areas south, east, and north of the lake and most bulls are southwest of the lake. Calving (single offspring) peaks by 9 June and is essentially over by 20 June. In late June and July, most TCH caribou of both sexes seek insect relief on unvegetated or elevated (windy) sites within 19 mi (30 km) of the Beaufort Sea coast (Yokel 1997) between Dease Inlet and the Kogru River mouth. Some TCH caribou can also be found along the edges of Teshekpuk Lake, on sand dunes along the Ikpikpuk River, and other areas such as the Pik Dunes south of the lake. Caribou of the TCH disperse in August. Rut occurs in October. Caribou disperse in smaller bands November-April to optimize foraging and decrease predation (Murphy and Lawhead 2000). Most TCH caribou winter on the coastal plain from Teshekpuk Lake to the Chukchi Sea. Winter distribution varies annually, however, and during some years, TCH caribou occur in scattered locations as far as the Anaktuvuk Pass area, Cape Lisburne, and the Seward Peninsula south of the Brooks Divide (Carroll 2002). Movements are influenced by habitat (forage quality and quantity) and weather. Arctic caribou tend to avoid roads and snow cover and select for new or wet forage higher in digestible protein (Wolfe 2000, Griffith et al. 2002). Both summer and winter migration distributions overlap with those of the WACH. Most cows with calves migrate through a narrow corridor between the east side of Teshekpuk Lake and the Kogru River in June, and both bulls and cows pass through a restricted corridor northwest of the lake in July and August.

2002 Western Arctic Summary—TESHEKPUK CARIBOU HERD
-----DRAFT 12-30-02-----

**CALVING GROUNDS**

Characteristics of good caribou calving habitat are poorly defined but likely include relatively fewer predators, availability of highly digestible forage, low levels of human disturbance, a tradition of use, gentle or moderate terrain, and proximity to insect-relief habitat (Yokel 1997, Wolfe 2000). Traditional calving grounds are important to the productivity of each herd; calf survival is higher in concentrated calving areas, and unrestricted movement to and within calving areas is important to optimize energy budgets of lactating females and calves (Griffith et al. 2002).

The TCH has traditionally used primary calving grounds that extend from south of Teshekpuk Lake, around the eastern side, and on to the north side of the lake, with the heaviest concentration on the east (Carroll 2002) (Fig. II.1-7). Kelleyhouse (2001) calculated and plotted extent of calving and extent of concentrated calving for the TCH from Alaska Department of Fish and Game (ADF&G) telemetry data from 1994 through 2000 (Fig. II.1-7). Calving distributions were estimated with fixed kernel techniques (Silverman 1986, Worton 1989). The extent of calving contains about 99% of the annual calving sites while the extent of concentrated calving contains about 50% of the calving sites in about 10% of the area of the annual calving ground. The extent of calving and concentrated calving is an aggregate of all annual calving.

**KEY INTERSPECIFIC RELATIONSHIPS**

Insects, including mosquitoes (*Cuculidae*) and parasitic flies (*Oestridae*), through their harassment, substantially affect the feeding and movements of caribou in Arctic Alaska (Dau 1986). Negative energy balance and decreased calf growth may result from insect harassment, blood loss to mosquitoes, and parasitism by larvae of the Oestrid flies (Helle and Tarvainen 1984, Walsh et al. 1992, Toupin et al. 1996). Insect-caused energy costs can be significant on an annual basis if exacerbated by subsequent winter weather (J. Davis, ADF&G. Fairbanks, AK, personal communication 2002). Free access to insect relief areas is probably extremely important for Arctic caribou.

Wolf (*Canis lupus*) predation occurs predominantly during migration and on upland wintering grounds. Wolf numbers in the western Arctic declined in 1992-1998 (Carroll 2000), and predation is not recognized as a limiting factor on the TCH, but may be significant to calf survival when TCH cows calve away from traditional calving grounds (George, personal communication 2002). Wolf predation may regulate caribou populations at very low caribou densities (Dale et al. 1994). Grizzly bears (*Ursus arctos*) and golden eagles (*Aquila chrysaetos*) are also predators of Arctic caribou, and select for newborn calves (Reynolds and Garner 1987, Whitten et al. 1992). Eagle predation has been substantial in the Porcupine Caribou Herd (PCH) (Whitten et al. 1992). The TCH calving area exhibits a low predator density because of a low and unreliable prey base with few other prey species and a relatively heavy human harvest of predators (Yokel 1997).

Humans may affect the TCH through subsistence hunting and habitat alteration. The TCH is a very important subsistence resource for North Slope hunters, and annual hunter harvest may be as high as 2,500 caribou. This harvest represents a nearly 9%

harvest of the TCH or 60% of average annual mortality (Carroll 2002). The TCH is currently a subsistence food source for residents of several western Arctic communities, including Nuiqsut, Barrow, Atqasuk, Wainwright, Anaktuvuk Pass, and Point Lay (Carroll 1999, Yokel 1997) (Fig. III.1-1).

## STATUS AND MANAGEMENT

The TCH was estimated at 3,000-4,000 animals in 1982, 11,822 in 1984, 16,649 in 1989, and 27,686 in 1993, and remained fairly stable through 1999, when 28,627 animals were counted (Carroll 2002). The population increased at average rates of 14% per year during 1989-1993 and 3.4% per year during 1995-1999 (Carroll 2002).

Severe winters and dry summers stressed caribou across Alaska during the early 1990s (Whitten 2001). During the winter of 1996-1997, most of the TCH moved farther south than usual, and during 2000-2001 the migration was delayed by late snow melt-off. During both years, many caribou failed to reach traditional calving grounds by calving time. Cows that reached their traditional calving grounds exhibited normal neonate survival, and calving success for those still migrating was low (Carroll 1999; G. Carroll, ADF&G, Barrow, AK, personal communication 2002) because of higher predator density in the foothills or postpartum cows continuing migration, effectively abandoning calves, or both (George, personal communication 2002).

The TCH is managed by ADF&G, and regulations are promulgated through the state and federal regulatory system. Current management objectives include maintaining stable or increasing numbers and a harvestable yield for subsistence hunters (Carroll 1999). Subsistence harvest, important to several North Slope villages (Fig. III.1-1), is "fairly high" (Yokel 1997), but the population continues to increase, with a 14-26% recruitment rate (Carroll 2002). Critical calving habitat is currently withdrawn from leasing in the northeast National Petroleum Reserve-Alaska (NPR-A) (Carroll 2002).

## VULNERABILITY

Annual winter mortality rates averaged 15% during the period between 1990 and 2000, peaking at 28% in 1996-1997 due to an unusually long migration when most of the herd traveled south of the Brooks Range to northwest Alaska (Carroll, personal communication 2002). Periodic winter die-offs of $\geq 1,000$ caribou were observed in 1989-1990 and 1992-1993. Among the 4 Arctic Alaska herds, the TCH appears to receive a disproportionately high percentage of the North Slope subsistence harvest (George, personal communication 2002), which took 9% of the TCH during the period 1999-2000 (Carroll 2002). High recruitment rates will be necessary to maintain this level of harvest (Carroll 2002); the sustained balance of harvestable yield could fail due to future environmental stress, including severe weather or industrial development projects (Carroll, personal communication 2002; George, personal communication 2002).

Oil and gas development in the NPR-A have potential to affect the TCH. A geographical information system (GIS) analysis showed that 100% of the TCH calving areas overlap with high oil potential (Fig. II.1-8). The region of highest oil potential overlaps with 69% of the extent of calving, 89% of the concentrated calving, and 78% of

ADF&G's primary calving area. The TCH calving area has little overlap with areas of highest gas potential (Fig. II.1-9) and no overlap with bituminous coalfields (Fig. V.2-1).

Although the significance of observed short-term effects on Arctic caribou from oil exploration and development is debated by the oil industry because some caribou still use habitats within the Prudhoe Bay and Kuparuk oil fields, particularly during the post-calving period (Cronin et al. 2000), the potential long-term and cumulative effects on caribou nutrition, reproduction, and mortality may be significant. Wolfe et al. (2000) have reviewed the extensive scientific literature regarding the response of reindeer and caribou to human activities.

In the CAH range, where oil development has occurred on a portion of the calving grounds, cows in the late stage of pregnancy and with newborn calves avoided and shifted concentrated calving away from developed areas, including prime calving and foraging habitat (Whitten and Cameron 1983; Dau and Cameron 1986; Cameron et al. 1992; Nelleman and Cameron 1996, 1998; Murphy and Lawhead 2000; Wolfe 2000). Displacement from calving grounds can result in overcrowding and competition on suboptimal habitat. Decreased forage availability and lower nutrient intake can reduce reproductive rates (Cameron 1995, Nelleman and Cameron 1998). Caribou cows within oil fields gained less weight and exhibited lower calving and calf survival rates than cows outside oil fields (Cameron 1995). Displacement from prime calving grounds may also increase predation (Whitten et al. 1992, Nelleman and Cameron 1998, Griffith et al. 2002, Young et al. 2002).

Generally, some caribou appear to habituate to the presence of structures in oil fields (Ballard et al. 2000) but not to human presence and vehicular traffic (Nelleman and Cameron 1998). Caribou of the CAH avoided areas within 2.5 mi (4 km) of roads and pipelines, functionally increasing habitat loss from 2% (the immediate footprint of roads and gravel pads) to 29% (Wolfe 2000). The sensitivity of caribou to human activity and structures is greater during calving than during insect seasons, greater for maternal than nonmaternal caribou during the calving period, and greater during periods of intense insect harassment versus no insect harassment during summer (J. Dau, ADF&G, Kotzebue, AK, personal communication 2002). For example, Dau and Cameron (1986) clearly showed maternal caribou avoided roads during calving even when traffic levels were low, but nonmaternal caribou did not. During periods of intense insect harassment, some caribou have selected the elevated gravel of roads and shade from pipelines and buildings (Ballard et al. 2000). At Prudhoe Bay, large groups of caribou often crossed roads with traffic and feeder pipelines during intense insect harassment but were reluctant to cross the same areas after insect harassment abated (Dau, personal communication 2002). Air traffic also has stressed parturient and postpartum cows and calves (Yokel 1997). Roads and pipelines and the snowdrifts they cause may impede caribou movements between foraging and insect-relief areas or disrupt normal movements, especially if perpendicular to routes (Gilliam and Lent 1982). Groups of >100 caribou, common when under insect harassment and attempting to move to insect-relief areas at the coast, have greater difficulty crossing roads and pipelines than smaller groups (Smith and Cameron 1985). Raising pipelines and separating them from roads,

however, appears to enhance crossing (Curatolo and Murphy 1986). Measures to mitigate oil development impacts that appeared to work during exploration and onset of development may have become less effective as the cumulative effects of expanding development increased and the oil fields became operational (Whitten, personal communication 2002).

Demonstrable development related effects on the portion of the CAH occurring within the oil fields were observed during 1980-2000, despite masking effects of relatively low caribou densities and highly favorable weather on the calving grounds (Wolfe 2000, Griffith et al. 2002). Effects included shifting of concentrated calving from the Kuparuk oil field to the southwest of the field and delayed and deflected movement to and from coastal insect-relief areas (Whitten and Cameron 1983; Dau and Cameron 1986; Cameron et al. 1992; Nelleman and Cameron 1996, 1998; Murphy and Lawhead 2000; Wolfe 2000). Although the CAH increased from about 5,000 animals in 1978 to an estimated 27,000 in 2000, a population decline occurred from 1992 to 1995, followed by a rebound (Cameron et al. 2002). Cronin et al. (2000) argued that population-level impacts from oil field development have not occurred for the CAH. However, comparing the higher growth rate of the TCH to the growth rate of the CAH, Griffith et al. (2002) suggested that the CAH population may have been influenced by development infrastructure after approximately 1987. It appears that although oil field development has had a negative effect on the CAH, favorable environmental conditions, a low density of animals on the calving and post-calving grounds, and available calving area outside the oil fields on the broad coastal plain may have minimized the population-level impacts at this time. If displacement were to occur on a much larger herd like the WACH or PCH, both of which migrate long distances, the population-level impacts could be much higher. Griffith et al. (2002), in fact, have predicted significant population-level impacts to the PCH from industrial development of the concentrated calving ground. Potential transportation corridors and oil and gas pipelines associated with future NPR-A resource development have significant potential to affect caribou movements and seasonal migrations, particularly to the calving grounds and insect-relief habitat.

## IMPLICATIONS FOR CONSERVATION

The TCH is currently at a high population level but will continue to fluctuate naturally through time. Human-induced factors that could cause population declines, or affect the magnitude and duration of natural declines, must be balanced with management strategies to maintain natural herd populations and harvestable yield. Management strategies are important not just for caribou but also indirectly for the consumptive and nonconsumptive users of the herd. The potential effects of industrial development on caribou nutrition and recruitment may become a major challenge for land managers.

Carroll (personal communication 2002) has identified several characteristics of the TCH that must be considered in future management, research, and conservation activities. The TCH is significant for subsistence hunting for several of the North Slope villages, including Barrow, Atqasuk, and Wainwright. It is also important periodically for other villages such as Anaktuvuk Pass and Nuiqsut. Because as much as 8-9% of the

herd is harvested annually, Carroll suggested that any negative effect on population recruitment could have a strong impact on local hunters. Carroll also reported that the TCH demonstrates strong fidelity to a small calving area around Teshekpuk Lake and that calves born in this area have a higher survival rate than those born during migration. Further, the entire herd must travel through narrow corridors to the east and northwest of Teshekpuk Lake to get to the best insect-relief and foraging habitats. Carroll suggested that because most caribou of the TCH have been exposed to minimal development activity, they may react more strongly to industrial disturbance than caribou that may have become more habituated to such activity.

Effects on the TCH calving grounds from future oil development are currently mitigated, in part, by withdrawal of critical areas from oil leasing (Fig. II.1-10). The no lease and no surface activity area encompasses 51% of ADF&G's primary calving area and 74% of the extent of concentrated calving within the TLSA. The decision to protect this biologically sensitive area (also important for waterfowl nesting and goose molting) was a responsible conservation strategy. Facility development, roads, traffic, pipelines, and air travel elsewhere within TCH range and air traffic over the calving grounds, however, may cause effects such as those described above. Disturbance or displacement of the TCH could result in reduced recruitment and higher rates of mortality, which may have population-level impacts on the herd.

Assessment of cumulative impacts for any development within any portion of the TCH range must reflect current vulnerability to weather stress (Carroll 2002) and include all biological factors noted above and cumulative effects of all development and industrial growth in the western Arctic and throughout the TCH range. Nellemann and Cameron (1998) described a greater reduction of caribou tolerance to disturbance as development complexes grew. Cumulative and long-range effects of development impact on Arctic caribou may involve an increase of cumulative energy cost to a point at which survival or productivity is significantly reduced (Yokel 1997).

Some stipulations for development, based on current knowledge, have been proffered (Gilliam and Lent 1982, Yokel 1997, Ballard et al. 2000). Many additional questions remain unanswered. Effects on Arctic caribou of roads and pipelines, their physical specifications, separation, orientation to caribou routes and to each other, and traffic types and rates must be investigated and monitored. Effects include impacts on caribou mortality, recruitment, movements, use of calving grounds, and nutrition and energy balances in all seasons. Effects of aircraft traffic and corridors must be assessed, particularly near calving grounds, before regular operation. Effects of pipeline spill cleanup are largely untouched in the literature (Yokel 1997). Potential effects of North Slope strip mining on permafrost and adjacent habitat and drainages must also be investigated.

A major concern within NPR-A deals with incremental piecemeal development, which at some threshold level may have significant impacts for wildlife, including caribou. Currently, there are no field-tested data to demonstrate that NPR-A will not evolve into a far greater infrastructure of interconnected roads, pipelines, and drill pads that could have significant impacts on NPR-A's wildlife resources. The measurement of

impacts to habitat should be based on a larger sphere of influence, rather than the actual surface area of the road, pipeline, or drill pad. If caribou respond behaviorally to an area larger than the actual gravel footprint, then clearly a larger zone of displacement must be addressed.

As planning and development of NPR-A pushes westward, industry should adequately describe potential transportation infrastructure within the region. Land managers must evaluate these changes and determine how they will be integrated within the entire western Arctic and the North Slope communities. Cumulative impacts from oil and gas development and the associated transportation infrastructure within the western Arctic and NPR-A need to be fully analyzed relative to their potential impacts on Arctic caribou.

In the western Arctic, an unprecedented opportunity exists to develop a conservation strategy for this area before it is entirely committed to development. Such a strategy does not require eliminating development, but rather planning for an orderly process that also maximizes conservation options and minimizes environmental damage. For example, at what threshold of oil field infrastructure will caribou alter their normal pattern of distribution and movements, and will this affect population productivity or mortality rates? With simulation modeling of ecological thresholds to expanding development across the landscape, land managers should be able to conduct risk assessments of different development alternatives.

An added complication in attempting to minimize the impact on the TCH of future petroleum, coal, or other mineral development is that of factoring in the influence of global climate change. The warming temperatures in Arctic Alaska, more pronounced than in most other areas of the Arctic, are already causing increased thawing of permafrost, changes in plant growth and plant community structure, changes in seasonal precipitation and snow cover, and alteration in insect ecology, all of which have potential influences on caribou (Klein 1999, 2000; Serreze et al. 2000). Unfortunately, the full consequences of climate change for caribou and the plants and other animals that are critical to caribou ecosystem relationships are only beginning to be investigated. Climate change adds an increased level of complexity for predicting consequences for caribou of the impacts of industrial development.

## REFERENCES CITED

Ballard, W.B., M.A. Cronin, and H.A. Whitlaw. 2000. Caribou and oil fields. Pages 85-104 *in* J.C. Truett and S.R. Johnson, editors. The natural history of an Arctic oil field. Academic Press, San Diego, CA.

Cameron, R.D. 1995. Can petroleum development depress the productivity of Arctic caribou? Proceedings of the 2nd Int. Arctic Caribou Conference 36. University of Alaska Fairbanks, AK.

_____, D.J. Reed, J.R. Dau, and W.T. Smith. 1992. Redistribution of calving caribou in response to oil-field development on the Arctic slope of Alaska. Arctic 45:338-342.

_____, W. T. Smith, R. G. White, and B. Griffith. 2002. The Central Arctic caribou herd. Pages 38-45 *in* D. C. Douglas, P. E. Reynolds, and E. B. Rhode, editors. Arctic Refuge coastal plain terrestrial wildlife research summaries. U. S. Geological Survey, Biological Resources Division, Biological Science Report USGS/BRD BSR-2002-0001.

Carroll, G. 1999. Teshekpuk Lake caribou herd. Survey-inventory management report, Unit 26A. Pages 211-221 *in* M.V. Hicks, editor. Caribou. Federal Aid Wildlife Survey-Inventory Activities July 1996-June 1998. ADF&G, Juneau, AK.

_____. 2000. Wolf survey-inventory manage. rep., Unit 26A. Pages 257-268 *in* M.V. Hicks, editor. Fed. Aid in Wildlife Restoration Management Report: 1996-1999. ADF&G, Division of Wildlife Conservation, Juneau, AK.

_____. 2002. Teshekpuk Lake caribou herd. Survey-inventory management report, Unit 26A. *In* M.V. Hicks, editor. Caribou. Federal Aid Wildlife Survey-Inventory Activities July 1998–June 2000. ADF&G, Juneau, AK.

Cronin, M., H. Whitlaw, and W. Ballard. 2000. Northern Alaska oil fields and caribou. Wildlife Society Bulletin 28:919-922.

Curatolo, J. and S. Murphy. 1986. The effects of pipelines, roads, and traffic on the movement of caribou (*Rangifer terandus*). Canadian Field Naturalist 100:218-225.

Dale, B.W., L.G. Adams, and R.T. Bowyer. 1994. Functional responses of wolves preying on barren-ground caribou in a multiple-prey ecosystem. Journal of Animal Ecology 63(3): 644-652.

Dau, J.R., and R.D. Cameron. 1986. Effects of a road system on caribou distribution during calving. Rangifer Special Issue 1:950101.

Davis, J., and P. Valkenburg. 1978. Western Arctic Caribou Herd studies. Federal Aid in Wildlife Restoration. Final Report. W-17-8 and W-17-9. ADF&G, Juneau, AK.

Gilliam, J.K., and P.C. Lent, editors. 1982. Proceedings of NPR-A caribou/waterbird impact analysis workshop. Bureau of Land Management, Anchorage, AK.

Griffith, B., D. Douglas, N. Walsh, D. Young, T. McCabe, D. Russell, R. White, R. Cameron, and K. Whitten. 2002. The Porcupine caribou herd. *In* D. Douglas, P. Reynolds, and E. Rhode, editors. Arctic Refuge coastal plain terrestrial wildlife research summaries. U.S. Geological Survey, Biological Resources Division, Biological Science Report BSR-2002-0001.

Helle, T., and L. Tarvainen. 1984. Effects of insect harassment on weight gain and survival in reindeer calves. Rangifer 4:24-27.

Kelleyhouse, R. 2001. Calving ground habitat selection: Teshekpuk Lake and Western Arctic Caribou herds. M.S. Thesis, University of Alaska Fairbanks, Fairbanks, AK.

2002 Western Arctic Summary—TESHEKPUK CARIBOU HERD
-----DRAFT 12-30-02-----

Klein, D.R. 1999. The roles of climate and insularity in establishment and persistence of *Rangifer tarandus* populations in the high Arctic. Ecological Bulletins 47:96-104.

_____. 2000. Arctic grazing systems and industrial development: can we minimize conflicts? Polar Research 19:91-98.

Murphy, S.M., and B.E. Lawhead. 2000. Caribou. Pages 59-84 *in* J.C. Truett and S.R. Johnson, editors. The natural history of an Arctic oil field. Academic Press, San Diego, CA.

Nellemann, C. and R. Cameron. 1996. Effects of petroleum development on terrain preferences of calving caribou. Arctic 49:23-28.

_____, and R. Cameron. 1998. Cumulative impacts of an evolving oil-field complex on the distribution of calving caribou. Canadian Journal of Zoology 76:1425-1430.

Serreze, M.C., J.E. Walsh, F.S. Chapin III, T. Osterkamp, M. Dyurgerov, V. Romanovsky, W.C. Oechel, J. Morrison, T. Zhang, and& R.G. Barry. 2000. Observational evidence of recent change in the northern high-latitude environment. Climate Change 46:159-207.

Silverman, B. 1986. Density estimation for statistics and data analysis. Chapman and Hall, London, England.

Skoog, R.O. 1968. Ecology of caribou (*Rangifer tarandus*) in Alaska. Ph.D. Thesis, University of California Berkeley, CA.

Smith, W.T., and R.D. Cameron. 1985. Reactions of large groups of caribou to a pipeline corridor on the Arctic coastal plain of Alaska. Arctic 38:53-57.

Stephenson, R., and D. James. 1982. Wolf movements and food habits in northwest Alaska. Pages 26-42 *in* F.H. Harrington and P.C. Paquet, editors. Wolves of the world: perspectives of behavior, ecology, and conservation. Noyes Publications, NJ.

Toupin, B., J. Huot, and M. Manseau. 1996. Effect of insect harassment on the behavior of the Riviere George caribou. Arctic 49:375-382.

Walsh, N., S. Fancy, T. McCabe, and L. Pank. 1992. Habitat use by the Porcupine caribou herd during predicted insect harassment. Journal of Wildlife Management 56:465-473.

Whitten, K. and R. Cameron. 1983. Movements of collared caribou, *Rangifer tarandus*, in relation to petroleum development on the Arctic slope of Alaska. Canadian Field-Naturalist. 97:143-146.

_____, G. Garner, F. Mauer, and R. Harris. 1992. Productivity and early calf survival in the Porcupine caribou herd. Journal of Wildlife Management 56:201-212.

II.1.2-9

**Exhibit 7, page 10 of 27**

2002 Western Arctic Summary—TESHEKPUK CARIBOU HERD
-----DRAFT 12-30-02-----

Wolfe, S.A. 2000. Habitat selection by the calving caribou of the Central Arctic Herd, 1980-1995. M.S. Thesis, University of Alaska Fairbanks, AK.

_____, B. Griffith, and C. Gray. 2000. Response of reindeer and caribou to human activities. *Polar Research* 19:63-73.

Worton, B. 1989. Kernel methods for estimating the utilization distribution in home-range studies. Ecology 70:164-168.

Yokel, D.A., editor. 1997. Proceedings of Teshekpuk Lake Area Caribou/Waterfowl Analysis Workshop. Bureau of Land Management, Fairbanks, AK.

Young, D., T. McCabe, R. Ambrose, G. Garner, G. Weiler, H. Reynolds, M. Udevitz, D. Reed. and B. Griffith. 2002. Predators. *In* D. Douglas, P. Reynolds, and E. Rhode, editors. Arctic Refuge coastal plain terrestrial wildlife research summaries. U.S. Geological Survey, Biological Resources Division, Biological Science Report BSR-2002-0001.

# PACIFIC BLACK BRANT
*(Branta bernicla nigricans)*

The Pacific black brant, 1 of 3 subspecies of brant worldwide, nests in distinct colonies and groups across the western Arctic (Stickney and Ritchie 1996, Reed et al. 1998:3, Ritchie et al. 2000). Black brant are monogamous and highly philopatric to places where they hatch, molt, and overwinter (Bollinger and Derksen 1996, Reed et al. 1998, Sedinger and Stickney 2000). Dynamics of nesting populations are poorly known (Reed et al. 1998). Annual U.S. Fish and Wildlife Service (USFWS) surveys of waterfowl breeding pairs on the Arctic coastal plain do not accurately reflect brant breeding population trends (E. Mallek, USFWS, Fairbanks, AK, personal communication 2002). Molting surveys in the Teshekpuk Lake Special Area (TLSA) are more reflective of the entire brant population than of breeding numbers in the western Arctic alone (Mallek, personal communication 2002). The Pacific black brant was apparently the most common waterfowl species nesting near Barrow a century ago, but no longer is (Ritchie et al. 2000). Brant numbers have declined since 1960, primarily due to declines on the Yukon-Kuskokwim (Y-K) Delta (Sedinger et al. 1994). Black brant are listed by the National Audubon Society on its WatchList (Audubon Alaska 2002).

## DISTRIBUTION AND ABUNDANCE

Distribution of brant in the western Arctic varies among nesting, brood-rearing, molting, and staging periods. Ritchie et al. (2000) found brant nesting in 135 coastal plain locations (1-53 nests/location) from Kasegaluk Lagoon to the Colville River (Fig II.2-3). Most locations (87%) and nests (94%) were distributed between Barrow and Fish Creek (east Harrison Bay); 11% of locations were in Kasegaluk Lagoon. Preferred nesting and brood-rearing habitats are limited west of Barrow, where most brant observed during the nesting season were nonbreeders. Ritchie et al. (2000) found 76% of brant nests less than 6 mi (10 km) from the coastline; most brant nests occur 3-25 mi (5-40 km) from coastlines (Bureau of Land Management [BLM] 1998).

Larned et al. (2001) found highest densities of nesting brant on the Arctic coastal plain in 1992-2001 northeast of Teshekpuk Lake, in the Colville Delta to Sagavanirktok River area, and between Barrow and Icy Cape (Fig. II.2-3). Brant nesting and brood rearing on the oil fields area just east of the western Arctic represent the largest breeding aggregation on the Arctic coast of North America and approximately 6% of the brant nesting population (Sedinger and Stickney 2000).

Brood rearing in the western Arctic occurs primarily on Harrison Bay salt marshes between Kogru River and Fish Creek just east of Teshekpuk Lake, and secondarily on salt marshes between the mouth of the Chipp River and the West Ikpikpuk River Delta (Ritchie et al. 2000). Molting occurs primarily north and east of Teshekpuk

2002 Western Arctic Summary—BLACK BRANT
-----DRAFT 12-30-02-----

Lake in TLSA (Derksen et al. 1979, 1981, 1982; Bollinger and Derksen 1996) and in Kasegaluk Lagoon (BLM 1998, Ritchie et al. 2000) (Fig. II.2-14).

Staging occurs August-September. Near Cape Halkett, northeast of Teshekpuk Lake in TLSA, 3,400-36,800 brant staged in 1970-2001 (King and Butler 1990; Ritchie et al. 2000; Mallek, personal communication 2002). Johnson et al. (1992) surveyed an average of ~22,000 annually in 1989-1991 staging to feed in early fall migration in Kasegaluk Lagoon, with a peak survey of approximately 63,000 brant, 49% of the population (Johnson 1993).

**BREEDING HABITAT**

Near Meade River, brant nest on raised mounds in flooded tundra within wetland basin complexes. Near Teshekpuk Lake, nests have been found near the lake shore or on small islands in shallow or deep *Arctophila* wetlands or deep open wetlands (Ritchie et al 2000). Less than 10% of nesting occurs on delta islands. Brant nesting in Kasegaluk Lagoon use gravel spits and islands (Ritchie et al. 2000). Black brant nesting densities and colonies in the western Arctic are shown in Figure II.2-3.

Broods are moved to areas of high-protein food availability (Derksen et al. 1981, Reed et al. 1998), including river channels, deep open lakes, coastal flats, and tidal sloughs (Derksen et al. 1981, Rothe et al. 1983, BLM 1998). In the western Arctic, Ritchie et al. (2000) found the greatest numbers of brood-rearing brant on salt marshes.

**MOLTING HABITAT**

Nonbreeding and failed nesting brant from Siberia, Alaska (including the Y-K Delta), and Canada molt northeast of Teshekpuk Lake in TLSA, the most significant waterfowl molting habitat on the Arctic coast of Siberia and North America (Silva 1985) (Fig. II.2-14). The area offers an unusual juxtaposition of large open lakes, moss flats, and escape cover, as well as the most nutrient-rich foraging habitats on the Arctic Alaska coastal plain (Silva 1985, Yokel 1997, Sedinger and Stickney 2000). The TLSA molting habitat is more important to Pacific flyway brant than western Arctic breeding areas (Mallek, personal communication 2002). Females with broods molt at their brood-rearing locations and habitats.

**KEY INTERSPECIFIC RELATIONSHIPS**

Nesting success, typically greater than 80%, may decline to less than 60% because of predation by Arctic foxes (*Alopex lagopus*), glaucous gulls (*Larus hyperboreus*), ravens (*Corvus corax*), and brown bears (*Ursus arctos*) (Sedinger and Stickney 2000, BP Exploration [Alaska] [BP]) 2001). Predation levels may be related to prey-switching due to varying microtine populations (Day 1998). Greater numbers of predators may occur in industrial areas due to anthropogenic sources of food and shelter provided at developed sites (Eberhardt et al. 1982, Martin 1997, Day 1998).

On Banks Island, brant nests are sometimes associated with gull (*Larus* spp.) and snowy owl (*Nyctea scandiaca*) nests (J. Hines and R. Cotter, personal communications in Reed et al. 1998).

Alaskan subsistence hunters annually harvest more than 10,000 brant, of which approximately 3,000 are taken on the North Slope (Wolfe and Paige 1995, Sedinger and Stickney 2000).

**VULNERABILITY**

Brant are more vulnerable to periodic breeding failures and significant starvation loss than other geese (Reed et al. 1998). Colony nesting increases vulnerability to nest failure from local land-based disturbance (Derksen et al. 1982). Late spring thaw delays nesting phenology or precludes nesting, decreasing productivity (Sedinger and Stickney 2000, Barry 1982). The leading cause of brant nest failure may be egg predation by Arctic foxes (Reed et al. 1998), whose populations are enhanced near developed areas in the Arctic by anthropogenic food sources (Eberhardt et al. 1982, Martin 1997, Day 1998).

Western Arctic brant are vulnerable to displacement from optimal breeding-ground nutrient availability and to increases in predation and industrial disturbance during brood rearing. Brant feed more during nesting and depend more heavily on breeding grounds nutrient availability than other geese (Sedinger and Stickney 2000). Brant goslings grow faster than other geese, but require uninterrupted feeding and optimal habitat (Reed et al. 1998). Approximately 33% of Arctic coastal plain brant nests occur in areas already affected by oil development (Johnson et al. 1996, Stickney and Ritchie 1996, Ritchie et al. 2000, Sedinger and Stickney 2000) and suffer low nesting success rates (BP 2001) primarily due to enhanced predation. High (97%) nest-area philopatry (Sedinger and Stickney 2000) may restrict breeder relocation to undeveloped habitats.

Molting brant are flightless and concentrated in number (>36,000 near Teshekpuk Lake in 2001, representing 30% of the worldwide population of brant [Mallek, personal communication 2002]). They also are philopatric to molting lakes (Bollinger and Derksen 1996) and very sensitive to disturbance by low-flying aircraft (Derksen et al. 1979). Brant are significantly affected by helicopter overflights below 3,200 ft (1,000 m), and do not habituate to helicopter disturbance (Jensen 1990). Disturbance during molting may reduce energy intake at the low point of the energy cycle before migration, leading to "heavy weight loss" (>25%) and the inability to complete molting and migration to the staging area (Jensen 1990, Miller et al. 1994). Flightless brant are present at the TLSA from the last week in June through the third week in August (Taylor 1995). Molting brant and staging aggregations on the Halkett Peninsula (up to 32,000 [Ritchie et al. 2000]) and in Kasegaluk Lagoon (up to 63,000 [Johnson 1993]) are also vulnerable to impacts on large numbers of individuals from potential industrial disturbance, toxic leakage, and oil spills (BP 2001). King and Sanger (1979) rated brant 70 out of 100 points in their oil vulnerability index, or 20th highest of 176 species of marine birds rated. Oil leasing in the Teshekpuk Lake molting area (TLSA) has been deferred (BLM 1998), and alternative habitats do not exist on the North Slope (Derksen et al. 1982). The Interagency Pacific Flyway Study Committee rated cumulative threats to North Slope nesting and staging areas as "high" and "medium," respectively (T. Rothe,