2002 Western Arctic Summary—BLACK BRANT
-----DRAFT 12-30-02-----

Alaska Department of Fish and Game [ADF&G], Anchorage, AK, personal communication 2002).

Brant breeding in the western Arctic represent 1 of 2 subpopulations of the brant subspecies (Reed et al. 1998). As discussed below, Pacific Flyway brant of all subspecies and subpopulations are currently managed as a single unit. This management structure precludes focused protection of the brant subspecies and individual breeding populations (Sedinger and Stickney 2000). Hunting mortality south of the breeding grounds is nonselective among subspecies (R. Suydam, North Slope Borough, Wildlife Department, Barrow, AK, personal communication 2002).

## STATUS AND PROTECTION

Brant total population estimates have declined from approximately160,000 in the 1960s to average approximately 130,000 in 2001-2002 (Sedinger et al. 1994, Trost and Drut 2002). Larned et al. (2001) reported an approximate annual growth rate of 10% in surveyed breeding season numbers of brant on Arctic Alaska coastal plain transects for 1992-2002. In contrast, Y-K Delta numbers of breeding pairs declined significantly since 1960 and have remained below historical levels (Sedinger et al. 1994, Larned 2001). Of 25,000 pairs of brant, 75% nest on the Y-K Delta (Sedinger and Stickney 2000).

Ritchie et al. (2000) estimated 1,100 breeding pairs at 135 nesting locations in the western Arctic (<5% of all brant breeding pairs) (Sedinger et al. 1993, Sedinger and Stickney 2000). An estimated 1,800 nesting pairs were found in Arctic Alaska east of the Colville River (Johnson et al. 1996, Stickney and Ritchie 1996), including 400 pairs on the Colville River Delta (Stickney and Ritchie 1996) for a total Arctic coastal plain nesting population of approximately 3,000 pairs (Ritchie et al. 2000). Some years, up to 60% of adult brant do not breed (Sedinger and Stickney 2000).

Molting brant in the western Arctic include nonbreeders and failed nesters from the Y-K Delta, Russia, and Canada. From 3,368 to 36,817 (mean = 15,685) molting brant were counted in a TLSA census during 1982-2001 (King and Butler 1990; Mallek, personal communication 2002), representing up to 30% of the worldwide brant population. As many as 8,500 brant molt elsewhere on the Arctic coastal plain (Ritchie and Wildman 2000 in Rothe, personal communication 2002). Annual molting numbers are highly variable among traditional areas. In 1995, Ritchie et al. (2000) counted 2,814 adults and 655 goslings molting between Barrow and the Colville River, and 1,200 adults with 57 goslings molting in Kasegaluk Lagoon. An estimated 4,900 brant (<20% goslings) molted throughout that study area.

Primary late-summer staging in Arctic Alaska occurs on the Halkett Peninsula northeast of Teshekpuk Lake, adjacent to primary molting habitat (King and Butler 1990; Ritchie et al. 2000; Mallek, personal communication 2002). Kasegaluk Lagoon, where as many as 63,000 brant gather at to feed during early fall migration (Johnson 1993) functions as an important secondary staging area (Suydam, personal communication 2002).

2002 Western Arctic Summary—BLACK BRANT
-----DRAFT 12-30-02-----

Pacific Flyway brant (all subspecies) are managed as a single population as a resource of the United States, Canada, Russia, Japan, and Mexico, under the Pacific Flyway Council's Pacific Brant Management Plan (Subcommittee on Pacific Brant 1992). Brant are harvested from Alaska to Mexico, although in recent years recreational hunting regulations have changed to reduce harvest numbers (Rothe, personal communication 2002) and harvests south of Alaska total less than 4,000/year (Sedinger et al. 1993). Current subsistence harvests on the North Slope are approach 3,000 brant/year, and in the remainder of Alaska, 8,000/year (Wolfe and Paige 1995). Alaska sport harvest, primarily in Izembek Lagoon, is estimated at 200-600 (Rothe, personal communication 2002).

## IMPLICATIONS FOR CONSERVATION

Accurate annual surveys of nesting pair and nonbreeding adult populations and of colony sites are needed to prepare a conservation strategy for brant nesting in the western Arctic. A better understanding of factors that influence abundance and distribution would allow better management and conservation for brant (Ritchie et al. 2000).

Brant are vulnerable to low nesting success because of enhanced predation (Barry 1967, Sedinger and Stickney 2000) and impacts of human and traffic disturbance (Reed et al. 1998:21), potentially associated with oil field development. Jensen (1990) quantified molting brant response to aircraft overflights under various conditions. Miller et al. (1994) and Miller (1994) modeled effects of helicopter disturbance on energetic levels of molting brant and subsequently developed schedule, route selection, and equipment choice criteria to minimize impacts. Still needed are investigations into actual levels of disturbance that cause significant energy loss, relationships between gosling energy balance and habitat quality in brood-rearing and molting areas, and potential for compensatory feeding by disturbed brant. Other effects that require better evaluation and definition on sites proposed for development include potential oil spill mortality; alterations of hydrology; seismic and sound disturbances; the effects of roads, pads, and pipelines on brood movements, particularly from nesting to brood-feeding habitats; and public access from the transportation infrastructure (Reed et al. 1998; Sedinger and Stickney 2000; BP 2001; Derksen, personal communication 2002). Traditional nesting, brood-rearing, molting, and staging habitats should be deferred from leasing, unless conservation strategies can remove significant negative effects of development (Jensen 1990, Yokel 1997).

Most important for immediate protection are two areas used by large, vulnerable aggregates of molting and staging brant. Teshekpuk Lake molting and staging areas (TLSA) appear to be key to the survival of as many as 37,000 brant from three countries and numerous breeding populations. Kasegaluk Lagoon is an important staging and feeding area for as many as 63,000 brant. Habitat change, disturbance, development, and potential for oil and other toxic spills in these areas must be avoided.

Basic research providing a better understanding of genetic variation among brant subspecies and breeding populations would help establish the importance of populations

2002 Western Arctic Summary—BLACK BRANT
-----DRAFT 12-30-02-----

nesting in the western Arctic and facilitate management strategies for population subunits (Sedinger and Stickney 2000).

**REFERENCES CITED**

Audubon Alaska.  2002.  Alaska WatchList: highlighting declining and vulnerable bird populations. Audubon Alaska, Anchorage, AK.

Barry, T.W.  1967.  Geese of the Anderson River Delta, Northwest Territories.  Ph.D. Thesis, University of Alberta, Edmonton, Canada.

_____.  1982.  Effect of late seasons on Atlantic brant.  Journal of Wildlife Management 26:19-27.

Bollinger, K.S., and D.V. Derksen.  1996.  Demographic characteristics of brant near Teshekpuk Lake, Alaska.  Journal of Field Ornithology 67(1):141-158.

BP. 2001.  Brant (*Branta bernicla nigricans*).  Pages 51-54 *in* Technical briefs: Alaska's north slope oilfields.  BP, Anchorage, AK.

BLM.  1998.  Northeast National Petroleum Reserve-Alaska: final integrated activity plan/environmental impact statement.  Department of Interior, BLM, Anchorage, AK.

Day, R.H.  1998.  Predator populations and predation intensity on tundra-nesting birds in relation to human development.  Report to Northern Alaska Ecological Service, USFWS, Fairbanks, AK.  ABR, Fairbanks, AK.

Derksen, D.V., M.W. Weller, and W.D. Eldridge.  1979.  Distributional ecology of geese molting near Teshekpuk Lake, National Petroleum Reserve-Alaska.  Pages 180-207 *in* R.L. Jarvis and J.C. Bartonek, editors.  Management and biology of Pacific Flyway geese.  Oregon State University, Corvallis, OR.

_____, T.C. Rothe, and W.D. Eldridge. 1981.  Use of wetland habitats by birds in the National Petroleum Reserve-Alaska.  Resource Publication 141.  USFWS, Washington, DC.

_____, W.D. Eldridge, and M.W. Weller.  1982.  Habitat ecology of Pacific brant and other geese moulting near Teshekpuk Lake, Alaska.  Wildfowl 33:39-57.

Eberhardt, L.E., W.C. Bengtson, J.L. Hanson, R.A. Garrott, and E.E. Hanson.  1982.  Arctic fox home range characteristics in an oil-development area.  Journal of Wildlife Management 46(1):183-190.

Federal Register.  1977.  Volume 42, Section 107.

Jensen, K.C.  1990.  Responses of molting Pacific brant to experimental aircraft disturbance in the Teshekpuk Lake Special Area, Alaska.  Ph.D. Thesis, Texas A&M University, College Station.

2002 Western Arctic Summary—BLACK BRANT
-----DRAFT 12-30-02-----

Johnson, C.B., M.T. Jorgenson, R.M. Burgess, B.E. Lawhead, J.R. Rose, and A.A.
    Stickney. 1996. Wildlife studies on the Colville River Delta, Alaska, 1995.
    Unpublished report for ARCO Alaska, Anchorage, AK. ABR, Fairbanks, AK.

Johnson, S.R. 1993. An early-autumn staging area for Pacific Flyway brant (*Branta
    bernicla*): Kasegaluk Lagoon, Chukchi Sea, Alaska. Journal of Field Ornithology
    64:539-548.

_____, D.A. Wiggins, and P.F Wainwright. 1992. Part II: marine birds. Pages 58-510 *in*
    Use of Kasegaluk Lagoon, Chukchi Sea, Alaska, by marine birds and mammals.
    Report to Minerals Management Service, Herndon, VA. LGL Alaska Resource
    Associates and ADF&G, AK.

King, J.G., and G.A. Sanger. 1979. Oil vulnerability index for marine oriented birds.
    Pages 227-239 *in* J.C. Bartonek and D.N. Nettleship, editors. Conservation of
    marine birds of North America, Department of Interior, USFWS. Wildlife
    Research Report 11.

King, R.J., and W.I. Butler. 1990. Teshekpuk Lake special area molting goose survey
    1989. Unpublished report. USFWS, Anchorage and Fairbanks, AK.

Larned, W.W., R. Stehn, J. Fischer, and R. Platte. 2001. Eider breeding population
    survey, Arctic coastal plain, Alaska, 2001. Unpublished report. USFWS,
    Migratory Bird Management, Anchorage, AK.

Martin, P. 1997. Predators and scavengers attracted to locales of human activity. Pages
    6-19 to 6-24 *in* K.L. Mitchell, report preparer. NPR-A Symposium Proceedings:
    Science, Traditional Knowledge, and the Resources of the Northeast Planning
    Area of the National Petroleum Reserve-Alaska. Department of Interior,
    Minerals Management Service, Anchorage, AK.

Miller, M.W. 1994. Route selection to minimize helicopter disturbance of molting
    Pacific black brant: a simulation. Arctic 47(4):341-349.

_____, K.C. Jensen, W.E. Grant, and M.W. Weller. 1994. A simulation model of
    helicopter disturbance of molting Pacific brant. Ecological Modeling 73:293-
    309.

Reed, A., D.H. Ward, D.V. Derksen, and J.S. Sedinger. 1998. Brant (*Branta bernicla*).
    *In* A. Poole and F. Gills, editors. The Birds of North America 337. The Birds of
    North America, Philadelphia, PA.

Ritchie, R.J., R.M. Burgess, and R.S. Suydam. 2000. Status and nesting distribution of
    lesser snow geese, *Chen caerulescens caerulescens*, and brant, *Branta bernicla
    nigricans*, on the western Arctic coastal plain, Alaska. Canadian Field-Naturalist
    114:395-404.

_____, and A.M. Wildman. 2000. Aerial surveys for nesting brant and snow geese,
    Kasegaluk Lagoon to Fish Creek Delta, Alaska, 1999. Final report to North Slope
    Borough. ABR, Fairbanks, AK.

2002 Western Arctic Summary—BLACK BRANT
-----DRAFT 12-30-02-----

Rothe, T.C., C.J. Markon, L.L. Hawkins, and P.S. Koehl. 1983. Waterbird populations and habitats of the Colville River Delta, Alaska: final 1981 field report. Unpublished administrative report. USFWS, Ecological Service, Anchorage, AK.

Sedinger, J.S., C.J. Lensink, D.H. Ward, R.M. Anthony, M.L. Wege, and G.V. Byrd. 1993. Current status and recent dynamics of the brant *Branta bernicla* breeding population. Wildfowl 44:49-59.

_____, D.H. Ward, R.M. Anthony, D.V. Derksen, C.J. Lensink, and K.S. Bollinger. 1994. Management of Pacific brant: population structure and conservation issues. Transactions North America Wildlife Natural Resource Conference 59: 50-62.

_____, and A.A. Stickney. 2000. Brant. Pages 221-232 *in* J.C. Truett and S.R. Johnson, editors. The natural history of an Arctic oil field. Academic Press, San Diego, CA.

Senner, S., and B. Andres. 2000. Alaska WatchList. National Audubon Society, Anchorage, AK.

Silva, J.B., compiler. 1985. Habitat evaluation for Teshekpuk Lake Special Area study. Arctic Resource Area, BLM, Fairbanks, AK.

Stickney, A.A., and R.J. Ritchie. 1996. Distribution and abundance of brant (*Branta bernicla*) on the central Arctic coastal plain of Alaska. Arctic 49:44-52.

Subcommittee on Pacific Brant. July 1992. Pacific flyway management plan for Pacific brant. Unpublished report. Pacific Flyway Study Committee, USFWS, Migratory Bird Management, Portland, OR.

Taylor, E.J. 1995. Molt of brant (*Branta bernicla nigricans*) on the Arctic coastal plain, Alaska. Auk 112(4):904-919.

Trost, R.E., and M.S. Drut. 2002. 2002 Pacific Flyway data book: waterfowl harvests and status, hunter participation and success, and certain hunting regulations in the Pacific Flyway and United States. USFWS, Migratory Bird Management, Portland, OR.

Wolfe, R.J., and A.W. Paige. 1995. The subsistence harvest of brant, emperor geese, and eider ducks in Alaska. Technical Paper 224. Division of Subsistence, ADF&G, Juneau, AK.

Yokel, D.A., editor. 1997. Proceedings of Teshekpuk Lake Area Caribou/Waterfowl Analysis Workshop. BLM, Fairbanks, AK.

# TESHEKPUK LAKE SPECIAL AREA

The prominent feature of the Teshekpuk Lake Special Area (TLSA) in western Arctic Alaska is Teshekpuk Lake, the largest and deepest lake in Alaska north of the Brooks Range (Fig. I-8). The origin of Teshekpuk Lake, at least in part, is an extreme example of coalescence or combination of several adjacent oriented thaw lakes (Carson and Hussey 1962, Weller and Derksen 1979, Carson, 2001). The Kogru River (within the TLSA) and Dease Inlet are two further examples of large landscape features derived from the merging of several former thaw lakes on Alaska's North Slope. Weller and Derkson (1979) noted without explanation that these large-scale features are found only west of the Colville River Delta, whereas smaller thermoerosion features are found east of that river's south-north valley through the Arctic coastal plain. Segregation in size of thermoerosion features may be due to hydrological and geophysical influences of the Colville River itself on the Gubik Formation. The river's series of breakthroughs as it moved westward across the Arctic coastal plain would have eroded many of the higher features and deeper permafrost. Oriented thaw lakes, therefore, would have had fewer years to form, enlarge, and coalesce in the higher terrain not yet reworked by the Colville River (Brigham-Grette and Carter 1992, Brigham-Grette and Hopkins 1995, Walker 2001a).

The unique Teshekpuk Lake, many other lakes (of <1 to >1,000 acres [<1-400 ha]), and adjacent wetlands comprise the most productive, diverse, and sensitive wetlands ecosystem in the American Arctic (Silva 1985, Bureau of Land Management [BLM] 1998). The TLSA, designated in 1977 by the Secretary of the Interior under the authority of the National Petroleum Reserves Production Act (NPRPA) (Public Law 94-258, 5 April 5 1976, in BLM 1998), encompasses approximately 1.7 million acres (687,980 ha). (Of this area, 32% is water.) The TLSA, including Teshekpuk Lake (>200,000 acres [80,970 ha]) and surrounding coastal plain, consists of moist-to-wet tundra, lacustrine, and riparian habitats, including the Ikpikpuk and Kogru rivers, and coastal saltwater marshes (Silva 1985). The NPRPA specified that exploration for petroleum here must address maximum protection of surface values to the extent consistent with exploration (BLM 1998:I-3). The area is entirely within the National Petroleum Reserve-Alaska (NPR-A) and almost entirely within the Northeast Planning Area of NPR-A (Fig. I-2). The entire Special Area, with the exception of about 10,000 acres (4,048 ha) of Native allotment lands, is under BLM ownership and management.

## KEY HABITATS AND WILDLIFE USE

Primary wildlife values for TLSA include use of the area by significant numbers of molting, nesting, and staging waterbirds (Figs. II.2-9, II.2-10), and critical calving and insect-relief habitats for the Teshekpuk Caribou (*Rangifer tarandus*) Herd (TCH) (Fig. II.1-7).

Exhibit 7, page 20 of 27

The TLSA provides essential molting habitat for internationally significant populations of black brant (*Branta bernicla*), greater white-fronted geese (*Anser Albifrons*), and Canada geese (*Branta Canadensis*) (King 1997.) In addition, the Teshekpuk Lake watershed provides nesting habitat for northern pintails (*Anas acuta*), long-tailed ducks (*Clangula hyemalis*), king eiders (*Somateria spectabilis*), black brant, greater white-fronted geese, Canada geese, tundra swans (*Cygnus columbianus*), and three species of loons—Pacific (*Gavia pacifica*), red-throated (*Gavia stellata*), and the rare yellow-billed loon (*Gavia adamsii*) (Silva 1985, Larned 2001, T. Swem, USF&WS, Fairbanks, Ak, personal communication 2001). Spectacled eiders (*Somateria fischeri*), listed as a threatened species, also have relatively high nesting densities in this area (Fig. II.2-4).

The significance of the Teshekpuk Lake wetlands complex to black brant is its best known and unique feature. Each year, nearly 22% of the world's Pacific black brant population molts in the Teshekpuk Lake area (King and Hodges 1979, Bollinger and Derksen 1996). There is no other comparable area with the combination of low-lying lakes, lush vegetation, and freedom from disturbance available to this Black Brant population along Alaska's northern coast (Weller et al. 1994).

Lakes north and east of Teshekpuk Lake provide the most significant molting habitat for black brant, greater white-fronted geese, and Canada geese in Arctic Alaska (BLM 1998) (Fig. II.2-14). The TLSA offers a rare juxtaposition of large open lakes for escape, moss flats, escape cover, and good forage that comprise prime waterfowl molting habitat (Weller et al. 1994, Yokel 1997). Black brant nest near Teshekpuk Lake, rear broods primarily on Harrison Bay salt marshes east of Teshekpuk Lake, molt primarily north and east of the lake, and stage in autumn near Cape Halkett, northeast of the lake—all within TLSA. The TLSA molting area is used by nonbreeding and failed nesting brant from Siberia, Alaska, and Canada, presumably because it offers a unique juxtaposition of large open lakes, moss flats, escape cover, and forage. In 2001, more than 36,000 Pacific black brant molted in TLSA, nearly one-third of the worldwide population (E. Mallek, U.S. Fish and Wildlife Service [USFWS], Fairbanks, AK, personal communication 2002).

The TLSA contains highly critical habitats for all reproductive functions of black brant. Molting waterfowl surveys at TLSA better reflect black brant population numbers than breeding pair surveys across the western Arctic. Smaller numbers of greater white-fronted geese molt in the TLSA. One area of relatively high nesting density of threatened spectacled eiders west of Teshekpuk Lake is already leased; two high concentrations north of the lake are currently but not permanently unavailable (BLM 1998, Larned et al. 2001). Threatened Steller's eiders (*Polysticta stelleri*) have been observed within TLSA (T. Swem, USFWS, Fairbanks, AK, personal communication 2002).

The TCH, with an estimated population of approximately 28,000 (Carroll 2002), calves in the vicinity of Teshekpuk Lake. The most concentrated calving generally occurs northeast, east, and southeast of Teshekpuk Lake (Silva 1985, Carroll 1999, Kelleyhouse 2001), with additional, scattered use south of the lake (Fig. II.1-7). In June and July, both sexes of the herd use lake edges and the coastal area within 19 mi (30 km)

of the Beaufort Sea coast between Dease Inlet and the mouth of the Kogru River for insect relief. A few polar bear (*Ursus maritimus*) dens have been located adjacent or within coastal areas of the TLSA, and this area offers potential habitat for maternal denning of polar bears (BLM 1998).

Of 17 major fish species known to be extant, 5 occur within TLSA: Arctic grayling (*Thymallus Arcticus*), Arctic char (*Salvelinus alpinus*), lake trout (*S. namaycush*), and 2 whitefish (*Coregonus* spp., *Prosopium* spp.) (Silva 1985). The TLSA includes numerous deep lakes around Teshekpuk Lake that support overwintering fish (BLM 1998) (Fig. II.3-1).

## SUBSISTENCE USE

The Teshekpuk Lake area is of prime value to subsistence fishermen and caribou hunters; waterfowl hunting and furbearer trapping are of secondary value (Silva 1985). Subsistence use occurs year-round. The TLSA has been used by Native subsistence resource users for thousands of years, and remained replete with fish and game through recent decades (Davis et al. 1981, Silva 1985). Much of TLSA lies within the Barrow core subsistence area, and historical subsistence access routes are found throughout the TLSA, linking it with Barrow, Atqasak, Nuiqsut, and Colville River routes (Silva 1985, BLM 1998) (Figs. III.1-3, III.1-4).

## WILDERNESS VALUE

The TLSA is a unique wetlands ecosystem in Arctic Alaska with high wilderness values, particularly in terms of its importance to waterbirds and shorebirds. The area has been proposed as a National Landmark (Fig. III.2-2) and its ecosystem of water-edge, wet tundra is currently unrepresented in the U.S. Wilderness System.

## VULNERABILITY

Intensive studies on habitat use, energetics, and disturbance of black brant conducted by the USFWS and university biologists during the late 1980s documented the sensitive nature of these unique wetlands and their importance to the entire Pacific population of black brant (Jenson 1990, Taylor 1993, Miller 1994, Weller et al. 1994, Bollinger and Derksen 1996). In addition, the studies documented the susceptibility of black brant to disturbance from helicopters and overflights by fixed-wing aircraft, as well as from other oil industry activities, and that black brant did not habituate to these activities. Studies documenting significant behavioral effects to black brant from helicopter overflights (Derksen et al. 1992) found that molting brant did not habituate to repeated aircraft disturbances (Jensen 1990). A scientific model developed for this area found that as many as 25% of the flightless, molting population could experience weight loss, which, in turn, could affect their migration success (Miller 1994). In addition to the effects of disturbance and potential pollution from oil spills and other contaminants, major modifications of wetlands hydrology through road building, water use, gravel mining, and flooding are likely to induce major morphological changes in the lake systems important to migratory waterfowl (Weller and Derksen 1979).

**Exhibit 7, page 22 of 27**

Substantial oil-deposits are estimated to throughout the TLSA (USGS 2002; Fig. V.1-1). Oil wells exist in the TLSA, and proposed pipelines and access roads would lie west, south, and east of the lake. Oil leasing in the prime Teshekpuk Lake caribou calving and waterfowl breeding and goose molting areas was deferred for the present (BLM 1998) (Figs. II.1-10, II.2-11). This area is particularly important because alternative habitats do not exist on the North Slope (Derksen et al. 1982, Weller et al. 1994). According to USGS (2002), most of the potential gas reserves are south of the TLSA (Fig. V.1-2).

Caribou populations depend on traditional calving grounds for successful reproduction and recruitment. Caribou are vulnerable to habitat degradation within calving grounds and disturbance along migration routes. Pregnant and postpartum denning female polar bears are vulnerable to disturbance from traffic, industrial noise, and seismic testing. Fish and piscivorous fauna are vulnerable to riparian and lacustrine habitat change and toxic runoff and spills. Several key wildlife species inhabiting the TLSA occur in critically low numbers, are sensitive to traffic and human disturbance, and are closely linked to complex habitat and predator-prey relationships that may be affected by industrial development (for example, Steller's eiders and yellow-billed loons).

Subsistence harvests are vulnerable to population declines of subsistence species, restrictions on access to hunting and fishing areas, and improved public access that could result in competition for resources.

Any significant industrial development (including enhanced public access, alteration of habitat or wildlife abundance, and industrial activity) would degrade the wilderness values of the unique wetland ecosystem in TLSA.

## IMPLICATIONS FOR CONSERVATION

The TLSA encompasses highly vulnerable and significantly important habitats, including a high percentage of wetland and riparian communities, and significant wildlife populations, including black brant and other waterfowl nesting, molting, and staging areas and the TCH calving grounds, as well as potential nesting by two species of threatened eiders and yellow-billed loons. This area represents an important ecological benchmark for future research and monitoring activities of Arctic wetlands. The TLSA also has significant wilderness and subsistence values. These diverse and concentrated values justify strong protection measures for the unique TLSA.

Deferred oil leases in the goose molting area of the TLSA should be made permanent. Aircraft overflights in the area should be minimized and restricted to acceptable guidelines (Jenson 1990, Miller 1994, Miller et al. 1994). Until acceptable disturbance levels of black brant and other key species are known, development activities should be deferred in adjacent areas that would affect concentrated populations. All known high-density sites of spectacled and Steller's eider and yellow-billed loon nesting should also receive permanent habitat protection, as should the concentrated caribou calving area.

Industrial development should avoid concentrated caribou calving areas and polar bear denning areas, and seismic testing should avoid all potential polar bear denning areas during the denning season. Development and transportation corridors should avoid lakes with significant fisheries. Future development adjacent to this sensitive area, including transportation corridors, should be carefully planned to avoid habitat fragmentation and degradation of sensitive habitat and disturbance to breeding populations of sensitive species. Sensitive habitats, fish and wildlife populations, and subsistence activities should be closely monitored to evaluate the cumulative, long-term effects of industrial development in this portion of the NPR-A.

## REFERENCES CITED

Bollinger, K., and D. Derksen. 1996. Demographic characteristics of molting Black Brant near Teshekpuk Lake, Alaska. Journal of Field Ornithology 67:141-158.

BLM. 1998. Northeast National Petroleum Reserve-Alaska: final integrated activity plan/environmental impact statement. Department of Interior, BLM, Anchorage, AK.

Brigham-Grette, J., and L.D. Carter. 1992. Pliocene marine transgressions of northern Alaska: circumarctic correlations and paleoclimatic interpretations. Arctic 45(1):74-89.

_____, and D.M. Hopkins. 1995. Emergent marine record and paleoclimate of the last interglaciation along the northwest Alaskan coast. Quaternary Research 43:159-173.

Carroll, G. 1999. Teshekpuk Lake Caribou Herd. Survey-inventory management report, Unit 26A. Pages 211-221 *in* M. Hicks, editor. Federal Aid Wildlife Survey-Inventory Activities: July 1996-June 1998. Alaska Department of Fish and Game, Juneau, AK.

_____. 2000. Wolf. Survey-inventory management report, Unit 26A. Pages 257-268 *in* M.V. Hicks, editor. Federal Aid in Wildlife Restoration Management Report: 1996-1999. Alaska Department of Fish and Game, Division of Wildlife Conservation, Juneau, AK.

_____. 2002. Teshekpuk Lake Caribou Herd. Survey-inventory management report, Unit 26A. Pages 211-221 *in* M. Hicks, editor. Federal Aid Wildlife Survey-Inventory Activities: July 1998-June 2000. Alaska Department of Fish and Game, Juneau, AK. In press.

Carson, C.E., and K.M. Hussey. 1962. The oriented lakes of Arctic Alaska. Journal of Geology 70:417-439.

_____. 2001. The oriented thaw lakes: a retrospective. Pages 129-138 *in* D.W. Norton, editor. Fifty more years below zero: tributes and meditations for the Naval Arctic Research Laboratory's first half-century at Barrow, Alaska, Fairbanks, Alaska, and Calgary, Alberta. Arctic Institute of North America.

2002 Western Arctic Summary—TESHEKPUK LAKE SPECIAL AREA
-----DRAFT 12-30-02-----

Davis, C.W., D.C. Link, K.M. Schoenberg, and H.M. Shields. 1981. Slogging, humping, and mucking through the NPR-A. Occasional Paper 25. Anthropological and Historical Preservation., Cooperative Park Studies Unit, University of Alaska Fairbanks, Fairbanks, AK.

Derksen, D.V., W.D. Eldridge, and M.W. Weller. 1982. Habitat ecology of Pacific black brant and other geese moulting near Teshekpuk Lake, Alaska. Wildfowl 33:39-57.

_____, K. Bollinger, D. Esler, K. Jensen, E. Taylor, M. Miller, and M. Weller. 1992. Effects of aircraft on behavior and ecology of molting Black Brant near Teshekpuk Lake, Alaska. Final report submitted by USFWS, Alaska Fish & Wildlife Research Center, Anchorage, AK. Outer Continental Shelf Study MMS 92-0063.

Jensen, K.C. 1990. Responses of molting Pacific Black Brant to experimental aircraft disturbance in the Teshekpuk Lake Special Area, Alaska. Ph.D. Thesis, Texas A&M University, College Station.

Kelleyhouse, R. 2001. Calving ground habitat selection: Teshekpuk Lake and Western Arctic Caribou herds. M.S. Thesis, University of Alaska Fairbanks, Fairbanks, AK.

King, J., and J. Hodges. 1979. A preliminary analysis of goose banding on Alaska's Arctic slope. Pages 176-188 *in* R. Jarvis and J. Bartonek. Management and Biology of Pacific Flyway Geese: a Symposium, Oregon State University, Corvallis, OR.

King, R. 1997. A discussion of geese in the Teshekpuk Lake area and migratory birds of the Arctic coastal plain. *In* NPR-A Symposium Proceedings: Science, Traditional Knowledge, and Resources of the Northeast Planning Area of the National Petroleum Reserve-Alaska, Anchorage, AK. 16-18 April 1997. Minerals Management Service, Outer Continental Shelf Study MMS 97-0013.

Larned, W.W., R. Platte, and R. Stehn. 2001. Eider breeding population survey, Arctic coastal plain, Alaska, 1999-2000. Unpublished report. USFWS, Migratory Bird Management, Anchorage, AK.

Miller, M.W. 1994. Route selection of minimize helicopter disturbance of molting Pacific Black Brant: a simulation. Arctic 47(4):341-349.

_____, K.C. Jensen, W.E. Grant, and M.W. Weller. 1994. A simulation model of helicopter disturbance of molting Pacific Black Brant. Ecological Modeling 73:293-309.

Silva, J.B., editor. 1985. Habitat evaluation for Teshekpuk Lake Special Study Area. BLM, Fairbanks, AK.

2002 Western Arctic Summary—TESHEKPUK LAKE SPECIAL AREA
-----DRAFT 12-30-02-----

Taylor, E.  1993.  Molt and bioenergetics of Pacific Black Brant (*Branta bernicla nigricans*) on the Arctic coastal plain, Alaska.  Ph.D. Thesis, Texas A&M University.

Walker, H.J.  2001a.  Research on the Colville River Delta: lab and local support.  Pages 15-22 *in* D.W. Norton, editor.  Fifty more years below zero: tributes and meditations for the Naval Arctic Research Laboratory's first half-century at Barrow, Alaska, Fairbanks, Alaska, and Calgary, Alberta.  Arctic Institute of North America.

Weller, M., and D. Derksen.  1979.  The geomorphology of Teshekpuk Lake in relation to coastline configuration of Alaska's coastal plain.  Arctic 32:152-160.

_____, K. Jensen, E. Taylor, M. Miller, K. Bollinger, D. Dersen, D. Esler, and C. Markon.  1994.  Assessment of shoreline vegetation in relations to use by molting Black Brant, *Branta bernicla nigricans*, on the Alaska coastal plain.  Biological Conservation 70:219-225.

Yokel, D.A., editor.  1997.  Proceedings of Teshekpuk Lake Area Caribou/Waterfowl Analysis Workshop.  BLM, Fairbanks, AK.

2002 Western Arctic Summary—TESHEKPUK LAKE SPECIAL AREA
-----DRAFT 12-30-02-----