# BLM/FWS NW NPRA Tel.                19 Mar 2003

A. Purpose —
   Consultation process, agency roles etc.

B. FWS F Banks [Ted]
   1. Role of BLM as action agency = 1° contact for main interaction? — (BLM)
   2. Effects by Jonathan — who to contact (Cmt, John?, Ted)
   3. Large action area
      Consult on oil & eiders — density of eiders is diffuse, low, at E. limit of range & projected pub. w/ small
      w/ pot. impacts on small pot. of pop → low impact
      — so easy to cancel. no grays.
   4. in DEIS (Bjorn) not clear on
      * SPEI 70% of N slope pop.  90% of STEI would pass
        based there — pot. sig impact at pop. level.
   5. Lit. risk (on Biol Rvw etc.)  local
      — already trying to in conf for not doing Estab. nr on N Slope
      — they view petro. devel not incompatible w/ recovery of listed species?
      — ag analysis is thought lacking → FWS will have to
                                          help in consult
   6. Biol Assess (DEIS) — (critique)
      * * "Eval impacts to trust spp. by FWS — assessmts w/ a lot short on analysis?" FWS ded
      — preceded by disc. — pot. impacts sig? (MMS happened in the same way log not
      — poss. types of impact to spp.             knowing what exactly will happen?)
      — inter-agency interaction on consult → D Biol Op → after taken.. →
      — need consensus. To det. what is needed
      → this EIS/BA short: doesn't give tangible descr. of project.
        — unclear if steps will be included.
   Map 10's ← — oil loc. not known, or infrastructure that may occur
      — uncertainty & large area → project details unclear
                                    what is proposed?
5406        — gravity of vagueness → implication seems due to where oil is & that
                                      eiders larger to pop. there

Ted Swem
Dave Rabel  474-2314
                456-0272
Steve Lewis - Supv
Tom Priday - B.O.  456-0499
Ann Wilson
John Payne
Fred King
Ted
Lisa

✓ 7. Consultation
- needs to say [proposed project] no jeopardy at outset — as divisive
  (won't reduce p of pop. survival)
✓ — so no def. title oil loc. stated ;
Dave — Pref. alt. focus might remove some uncertainty,
  not avail for months [NM state permitted by Dec.] → could eg. choose A or C. (May not be chosen)
✓ Curt ? — Areas where distro conc. prob, not dispersed
  Steps alleviate problem ?
✓ → Pref. alt. prob. betw. B & C ?
  → [FWS should] consider alt. w/ greatest pot. effect — eg A
>>> Ted — no mg. red. of "take" by stips. ?
  — uncertainty betw. alts & indiv. stips go w/ each. Table II-02, Tables IV-05 & IV-07
[*] Ted → Also, # devel. projects ? 8 or 16 for A
  — jeopardy likely — stop [w/] first site [if stop] alt to action → no jeop.
  — now ; est. devel. but no limit
✓ Ed : for leasing can't put such limit
[*] Ted — [have done] incremental consult w/ MMS, but not out to B Lse (FWS now notified, it will proceed as w/ MMS other sales)
  — don't philosoph. or same
  — leasing ser ; explor. minor ; devel. large ?
  — FWS not allowed to defer —
    ✓ → can't cause extinction of sp.
    ✓ → Oil co. tied (large investment) → can't never later say proj. can't go forward — unfair (need to provide fair leasing environment)
    → must be certain at outset how p of jeop. & how supported.
✓ — he thinks prob. no jeop. (but possible?) esp if random leasings
  [*] but if oil conc. where tickler conc. → possible jeop.
  — can't summarily discount jeop. → FWS vulnerable to litig. if can't definitely support no jeopardy
  — also [sites] prop. used in future emonium & level of development & level of take