

*The O&G development proposal (Marsh?)*

** FWS wants BLM/NMFS to take something off [so?] it won't possibly suggest jeopardy — can't do that since specifics not known in this large area where only at point of proposing, anticipating? leasing & exploration.

c1wilson@blm.gov

*generators, only short span lines between pads*

B.O. focus
- id mech of effect (e.g. [noise?], pads, disturbance, pipelines)
- info nec. to deal w/ these & provide focus
- authority to devel. on vac. classified lands

- [entire?] NW
  [transport?]  → then Craig

(Fred: conflicts w/ 1st half April, email ✓)



- Specifics on past. proj. [ESA] as in doc.
- Barrow ∆ — likely devel. in Barrow ∆ — oil pot. map
  (esp in NE in northernmost);
- Oil pot. map w/ boundaries (mng geol. opinion) → part of Barrow ∆ is in low area.
- now w/ little explor. just guessing.
- Pop. level impacts i.e. from oil doc & under distrib.
- Jut. of prot spp ↓
  ~ 120 days?
- → Deadline 22 Apr — pun. not by FWS if consumers support. ?

John P — split estate — auth. to lease subsurface, but need permission for surface access
  (need trib. HCP cons. plan?); if no Fed permit reqd, is not a Fed action.
  - Fed nexus to see & notion other HCP;
  - Private land: stips are on lease; ROP's on permit
  - BLM can impose lease stips including how to devel. privland.
  - lessee They can devel in manner they agreed w/ land owner to do
    on sfc, after they get a permit to drill for subsurface oil
  → once lease issued, activities under control of sfc owner? involvmt of COE?
  - what do stips apply to — sfc, subsfc?, (private, fed lands)
    (gen. obvious?)    Native Corp.

Ted — new ROD for NE NPRA → old Tech. prov. of stips on activities
  likely to take place → onto NW? Last NE
  — BLM proposing to look at NE NPRA FEIS to see if justification to
    alter Tech L. area; more open to explor. & stips applied?
  — need suppl. EIS.
  ✱ future consult: communic. in advance to get
    proj descriptor clear and how it will affect spp.
  — chg. approach on consult —  evaluating
  — Mgmt: lieul mtg. ind. sides recov. Team? etc.

Mgs: — all under distrib data (AK?, lowned)
  BLM scenario pulled together — finding how it takes these?
  → On EIS for what could accurately.