Ted Swem

03/28/2003 03:30 PM

To: Larry Bright/R7/FWS/DOI@FWS, Steve A Lewis/R7/FWS/DOI@FWS, Jonathan Priday/R7/FWS/DOI@FWS, Louise Smith/R7/FWS/DOI@FWS
cc:
Subject: Re: Revisions

I have touched up (actually, I think I went overboard in re-writing) the text you sent me. Please take a look at it, and consider that I ran out of time while finishing up on the revisions on the cover letter. Therefore, I'm sure that needs more tuning to be in sync with the other document. Edit as you guys see ft; I've done all I can and possibly much that I shouldn't have.

1 apologize for any over-revisions and for getting PO'd earlier. I recognize the importance of the issue to the office, as well as the significance of the area to these species, other species, and to the values of those of us who have had the privilege of knowing the country at stake here.

   

NPRA NWPA CoverMemo.teds rev.w   NPRA NWPA Comments.teds rev.w

5522

*This is for the Cover Memo::*

*Threatened and Endangered Species*

The Northwest Planning Area of the NPR-A provides nesting and brood-rearing habitat for significant numbers of threatened Steller's and spectacled eiders. The Service estimates that about 90% of the Alaska-breeding population of Steller's eiders and about 70% of the North Slope population of spectacled eiders nest within this area. Given the uncertainty surrounding how much development may occur, how that development would be managed (Stipulations and ROPs), and how Steller's and spectacled eiders may be affected by development, it is virtually impossible to evaluate potential impacts to these two species. Potential for significant impacts are highest in the northernmost portion of the planning area, because we believe a very large proportion of Alaska-breeding Steller's eiders nest within the area referred to as the "Barrow Triangle" (which is approximately that area north of 70 50' N, between Dease Inlet and the Chukchi Sea). High-density nesting and brood-rearing areas for spectacled eiders are found within the wetlands south of Peard Bay, including the Kugrua and Kungok river drainages, and within the wetlands adjacent to Dease Inlet, including the Meade, Chip, and Inaru river drainages. If significant development occurs within the Barrow Triangle or other areas of high concentration of either species, the potential for population-level impacts is high.   If development is authorized in these areas, extremely diligent management will likely be required, although the most certain way to avoid population-level impacts is to exclude development from high-density nesting areas.

**For Attachment (the main letter)::**

**Threatened and Endangered Species**

Spectacled eiders and the Alaska breeding population of Steller's eiders were listed as threatened under the Endangered Species Act of 1973, as amended, in 1994 and 1997, respectively. The Northwest Planning Area of the NPR-A provides nesting and brood-rearing habitat for significant numbers of threatened Steller's and spectacled eiders. The Service estimates that about 90% of the Alaska-breeding population of Steller's eiders and about 70% of the North Slope population of spectacled eiders nest within this area. Given the uncertainty surrounding how much development may occur, how that development would be managed (Stipulations and ROPs), and how Steller's and spectacled eiders may be affected by development, it is virtually impossible to evaluate potential impacts to these two species. If significant development occurs within areas of high concentration of either species, we believe the potential for population-level impacts is high.

Historically, Steller's eiders in Alaska nested discontinuously from the Aleutian Islands to the Seward Peninsula, from the vicinity of Point Lay to Point Barrow, and east of Point Barrow along the Arctic Coastal Plain to the United States-Canada border (Kertell 1991). Results of surveys conducted over the past decade however, indicate that the nesting range of the Steller's eider has been reduced to the vicinity of Barrow (Larned et al. 1999; Quakenbush et al. 2002; Obritschkewitsch et al. 2001; Ritchie and King 2001, 2002).

Steller's eiders nest in moist and wet sedge habitats, normally along the margins of ponds and basin wetland complexes. Steller's eiders nest in unusually high densities in the immediate vicinity of the village of Barrow, and preliminary surveys suggest this concentration may extend across the "Barrow Triangle" (which is approximately that area north of 70 50' N, between Dease Inlet and the Chukchi Sea), although how densities and the regularity of use vary across this area is unknown. Given the concentration of Steller's eiders near Barrow, we are concerned that significant development within this area could jeopardize the continued existence of the species. Obviously, the best way to avoid jeopardizing the species' survival and recovery is to exclude development from areas of extreme importance to the species. That is not possible in the immediate vicinity of the village of Barrow, so the Service is currently working with the North Slope Borough to develop a conservation plan to allow village growth while also protecting ' Steller's eider high-use areas. Because the NWNPR-A activity plan **(or please replace this with whatever term is appropriate)** could result in significant additional development within the important nesting area (although most would presumably occur well to the south of the actual village), it is imperative that the cumulative impacts of development are periodically evaluated and minimized. To that end, all proposed developments that are conducted, funded, or authorized by Federal agencies will require section 7 consultation. These consultations will evaluate whether the cumulative direct and indirect effects will jeopardize the species survival and recovery, and will contain reasonable and prudent measures to avoid or minimize adverse effects. In summary, it should be emphasized that significant development within the Barrow