

DIARY AND WORK RECORD

37th Week
252nd Day

TUESDAY
SEPTEMBER, 2003

DETAILS OF MEETINGS · AGREEMENTS · DECISIONS

Meeting all day w/ BLM MMS on NW Planning Area

if only 8 — no jeopardy — We have to make
sure we protect against upward creep.

Take one step at a time —
expectation for yesterday —

list — Alpine
NW planning area is precedent
do what we can,

8333

**Exhibit 12, page 1 of 1**