BLM Kickoff                                              -1-
9-26-03
Faith   Hers Gravell, Tim Hammond (GIS), Fred Mckay (PP), Stacy McIntosh (Cult Res)

P/H    Powerpoint Presentation
       Bush Energy policy
       4,600,000 ac

       Why amend.
         S yr old
         Do decisions make sense

       Issues
         Subsistence
         Caribou
         Birds
         oil/gas
         deep water lakes
         no oil/gas leasing on northernmost 600,000
         other 86% subject to lease

       Revisit decisions that exclude oil/gas leasing
           evaluate exploration/development

       map areas of potential
           ---- so limit at Barrow Arch
           MMS leasing offshore
           Need to identify offshore/onshore staging areas
             - do near old dewline station

       — oil/gas facts with Planning Area
           1.8 m ac high value
           589,000 not avail

-2-

- Develop consistent operating procedures for all of NPR-A

- Stipulations
NE NPR - 79, prescriptive, address 9 categories

Issues
 - waste prevention, handling
 - oil/gas drilling
 - facility design
 - explor drilling
 - oil field abandonment
 - air traffic / environ studies
 - local consultation
 - subsistence

2003 NW
 fewer stipulations
 remove requirements of other fed agencies
 area specific lease stipulations
 performance based

- Planning Schedule
 ROD DEC 2004

- Scoping
 - comment form
 - contact form

Powerpoint - Bob Schneider (except Anaktuvuk Pass)

Fairbanks - need to hire security
 fees in villages

-3-

Arrangements - travel

    Charter - wright Air
    Bob will bring PP Projector

- Presentation
    Powerpoint
    Flipchart
    maps

- BLM PA
    2 websites, State office website, Northern Field office website
    - need to link to BLM website

Axelrod
271-1298
Carol is technie
mike cleavon

meetings published in newspaper & Fed Register
    Newspaper ads - ENSR needs to do

    Steve Dorsun, Randy Goodwin    Also have Carol
    POC website - Bob Schneider    look at Aker ---

* villages - regular clothes - artic survival clothes

GIS -
    Done by ENSR
    Tim Hammond - GIS    356-5581
        474-2210
    E-planning issues
    Templates, common look with new Plan

-4-

Cultural Resources

    No need to collect new data - NEPA
    if critical data elements, may need data

NE '98 - no field surveys
North Slope Borough - analyzing data
Steve has access to some of this data
* No complaints to BLM about data adequacy for subsistence
   - wait to see what comes up at meetings

Alpine - more data collected
    - have specific design
    - politics
    - Conoco Phillips wanted it

Remind Steve this is like programmatic EIS

Cooperating Agencies
BLM doing 810 consultation

Renew NE Plan
    workshops - analyses from these not in plan

BA/USFWS

Concern - level of info in planning document
   - & got to consult at time development

Conner vs Burford - 9th Circuit - even siting above,
   have to consider development at some level in BA

Need to provide enough info
- rely on NWBA
- included performance-based strategy

    - contact John Paine

- need to submit letter to services

*

All data in EIS, development data since EIS
@ Coreo Phillips    Sally Rothwell - CIWO
    Jim

Scoping changes   271-6604, oct 10 271-1985

Weekly - 2 PM AK, 3 PM PDT Tuesday

cc -

Admin Record -

   Email -

Concerns other EISs

- Specialists have not used BLM specs
- send w/line
   Id series info - Id info since '98

- look at AK comments DEIS

— need to cc all communications

- multiplier 2.95
- LGL consultation / BA

Call Phil, get web site going

BAH - subcontract Tuesday

Steve
    travel — SW Anch/Fair
Janot
    meeting
Steve - PMP
    - website
    - make sure if do another person's task, they know it duplication, cost issue
    - stay on budget each phase adj 2.95

Phil H
    web
    Doan
    Sadler EIS example

SW
    Contact tech spec
    Cord Sason
    Budget

Weekly calls - Monday