*Slides for 10/7/03 meeting*

# Public Scoping

Plan Amendment
for the
Northeast National Petroleum
Reserve-Alaska
NE NPR-A

October 2003

## Introductions/Key Contacts

Bob Schneider, Field Manager
Stacie McIntosh, Subsistence Specialist
Susan Childs, Project Manager - BLM
Stuart Paulus, Project Manager - ENSR International
Steve Ellsworth, Assistant Project Manager- ENSR
Janet Wolf, Public Affairs-ENSR

# Why are we here?

# Why Now?

## President's National Energy Policy Goal

*America must have an energy policy that plans for the future, but meets the needs of today. I believe we can develop our natural resources and protect our environment.*

            President George W. Bush

# Recommendations of National Energy Development Policy Group

**The National Energy Policy Development Group recommends:**

That the President direct the Secretary of the Interior to consider additional environmentally responsible oil and gas development, based on sound science and the best available technology, through further lease sales in the National Petroleum Reserve-Alaska. Such consideration should include areas not currently leased within the Northeast corner of the Reserve.

# Recommendations of National Energy Development Policy Group

**The National Energy Policy Development Group recommends:**

That the President direct the Secretary of the Interior to <u>consider additional environmentally responsible oil and gas development</u>, based on sound science and the best available technology, through further lease sales in the National Petroleum Reserve-Alaska. Such consideration should include areas not currently leased within the Northeast corner of the Reserve.

## Recommendations of National Energy Development Policy Group

**The National Energy Policy Development Group recommends:**

That the President direct the Secretary of the Interior to <u>consider additional environmentally responsible oil and gas development</u>, based on sound science and the best available technology, through further lease sales in the National Petroleum Reserve-Alaska. **<u>Such consideration should include areas not currently leased within the Northeast corner of the Reserve.</u>**

## The Planning Process begins with Scoping

Scoping: The process of asking the public for help in defining <u>concerns</u> and <u>issues</u> to address in the plan amendment.

We are seeking information that will help us make meaningful decisions and allow us to conduct an accurate evaluation of the effects of those decisions.