# Northwest National Petroleum Reserve-Alaska

# Final
# Integrated Activity Plan/ Environmental Impact Statement

## Volume 1

Prepared by

U. S. Department of the Interior
Bureau of Land Management

In cooperation with the

U. S. Department of the Interior
Minerals Management Service

November 2003

### (1) Exceptions to Lease Stipulations and Required Operating Procedures

As specified in Congressional legislation, exploration, development and production of the National Petroleum Reserve-Alaska (NPR-A) shall be conducted in a manner that prevents unnecessary surface damage, minimizes ecological disturbances, and avoids conflicts with subsistence activities. However, such protection efforts are not intended as a prohibition of petroleum and related activities. The BLM acknowledges that effective mitigation will come with some cost to oil and gas operations. However, a balance must be achieved to provide opportunities for successful oil and gas operations while providing maximum protection for the environment and local residents. While many prescriptive stipulations have been converted to performance-based lease stipulations and required operating procedures (ROP's) based on resource management objectives, there will remain a need to consider exceptions and modifications on a case-by-case basis. The following guidelines for considering and granting exceptions to stipulations or ROP's will be used.

In the event that an exception to a stipulation or ROP is requested and before an exception may be granted, the lessee/permittee shall demonstrate to the satisfaction of the AO that implementation of the stipulation or ROP:

- is technically not feasible, or
- is economically prohibitive, or
- an environmentally preferable alternative is available and the alternative proposed by the lessee/permittee fully satisfies the objective(s) of the Lease Stipulation or ROP.

The lessee/permittee shall notify the AO in a timely manner that an exception is going to be requested. In demonstrating to the AO that the alternative proposal meets the above criteria, the lessee/permittee shall provide sufficient documentation (technical reports, new/revised procedures, results of scientific research, etc.) to allow for a thorough review and evaluation of the proposal.

Before the consideration or granting of an exception to a ROP, consultation requirements must be met. Except in the case of an emergency, the AO shall consult with the appropriate Federal, State, and NSB regulatory and resource agencies before an exception may be granted. The AO's power to grant exceptions to a ROP is limited to those subjects, uses, and permits over which the BLM has authority. Exceptions may be granted in emergencies involving human health and safety.

The BLM may also initiate an exception to a ROP when information (technical reports, new/revised procedures, results of scientific research, etc.) becomes available that demonstrates the alternative proposal satisfies the objective of the ROP and meets the management objectives for the area in which the alternative is proposed. Before granting an exception (other than those granted for emergencies), whether proposed by the lessee/permittee or the BLM, the action shall undergo appropriate National Environmental Policy Act (NEPA) review.

### (2) Lease Stipulations and Required Operating Procedures

The stipulations and required operating procedures for the Preferred Alternative are presented in Table II-03.

## D. COMPARISON OF ALTERNATIVES

The analyses of the potential impacts of the alternatives (Sec.IV.B. through IV.E. and Section V.B) are based on the scenarios presented in Section IV.A. The analyses assume that the stipulations and required operating procedures (Section II.C.6, Table II-02, and Table II-03) are adopted under each alternative. The analyses of the impacts of the alternatives assume compliance with existing laws and regulations (see Appendix 4). The alternatives are described in Section II.C. The cumulative analysis (Sec.IV.F.) discusses the effects that past, present, and reasonably foreseeable future actions might have on important resources in the Planning Area and the surrounding area. In addition to the potential effects of actions in the Northwest NPR-A Planning Area, the cumulative analysis includes the potential effects of activities elsewhere that may also affect the important resources of the Northwest NPR-A and surrounding areas. These activities are listed in Table IV-11, Table IV-12, Table IV-13, Table IV-14, Table IV-15, and Table IV-16. A comparison of the overall impacts of the first sale and multiple sales under each alternative is presented in Appendix 2. The overall impacts for each alternative are also summarized below. A summary of the conclusions of the cumulative analyses is also presented in Appendix 2.

Impacts are of several general types. Except for overland moves, non-oil and gas activities generally occur during the summer. They commonly are of short duration (e.g., aircraft flight or landing) and localized (e.g., a research or recreational camp). These are unlikely to have more than a short-term and localized impact.

Seismic activities, overland moves, and exploratory drilling occur during the winter when the ground is frozen and snow covered and many species have migrated out of the area. These activities can briefly impact the species that remain through the winter. Their effects can linger into the following summer and longer in the form of varied impacts to vegetation and soils, ranging from the compression of standing-dead vegetation to crushed tussocks and dead or broken shrubs.

The fall and winter harvest seasons are times when subsistence resources are available well beyond the coastal areas and rivers that are accessible during the summer. Winter allows access to an expanded harvest area for ungulates and furbearers, which could lead to greater frequency of potential industry/hunter contact and consequent disruption of harvest activities. Winter also is a time when wildlife is exposed to natural environmental stresses--limited forage, severe cold, high winds, and compacted snow cover. The effects produced by seismic surveying activities on subsistence resources already under environmental stresses--as well as on the harvest of these resources--may be more pronounced during winter.

While the greatest areal extent of impacts occurs during exploration activites--particulary seismic surveying operations--the greatest impacts in terms of intensity and duration of effects are associated with oil and gas development. Placement of gravel drilling pads, roads, airstrips, staging areas, and docks and the activities that take place on them, as well as construction of oil and gas pipelines will permanently disturb or destroy soil and vegetation; impound and disturb water; disturb, displace, or kill fish and wildlife; risk disturbing or destroying paleontological and cultural (archaeological and historical) resources; and potentially adversely affect subsistence (by affecting species or impeding user access) and recreation. The impacts from developing and using these facilities vary among resources. Because the land likely to be disturbed is a very small percentage of the 8.8 million surface acres BLM manages in the Planning Area, impacts to soil, vegetation, water, and paleontological and cultural resources will almost certainly be negligible to minor. Impacts to fish and wildlife and subsistence and recreation extend beyond the immediate vicinity of the disturbed ground and, depending on location and protective measures, can be more extensive than with a development's small footprint. If a development leads to a crude-oil or fuel spill, particularly one that extends beyond a pad, impacts could be more severe.

Alternative A would have the greatest impact primarily because it would likely lead to the most seismic surveys, exploratory drilling, and development. Impacts in most instances would be minor. The footprint would be unlikely to disturb more than 1,500 acres of soil or vegetation. Individual fish, mammals, and birds would probably die or be displaced, but it is likely that few or no populations would be measurably affected. Impacts to subsistence and recreation activities generally would not exceed minor levels. Three potential occurrences could increase the level of impact to some resources under Alternative A. One is oil-field development in the caribou insect-relief area. Development in this area could interfere with caribou movements and have adverse

reproductive consequences. This in turn could adversely impact subsistence hunters and those dependent on them. Secondly, an oil spill could also increase impacts above minor if it occurred in or entered a river delta or nearshore area occupied by waterbirds. Finally, if development activities were to have effects on a rare or vulnerable species, moderate or severe impacts could result. Certain vulnerable bird species--those with declining or with small or sensitive populations, including the threatened spectacled eider--could be moderately impacted if development occurred where the species was concentrated. Rare plants could be impacted severely if development overlapped the area in which such plants exist.

Alternative B would have slightly less impact than Alternative A.

Alternative C would have a significantly reduced impact primarily because development is considered unlikely under this alternative. If development did occur however, impacts for some species would still be significantly reduced from that anticipated under Alternatives A and B. Areas that would not be available for oil and gas leasing include important bird habitat and much of the caribou insect-relief area.

The Preferred Alternative would have less impact than either Alternative A or Alternative B. Although all BLM-administered lands would be made available for leasing under Alternative A and the level of projected activities would be comparable to that under Alternative B, the stipulations and ROP's under the Preferred Alternative would provide greater protection to resources of concern.

Impacts from the No Action Alternative would generally be negligible or minor, temporary, and localized.

The cumulative analysis (Sec. IV.F.) discusses the effects that past, present, and reasonably foreseeable future actions might have on important resources in the Planning Area and the surrounding area. In addition to the potential effects of actions in the Northwest NPR-A Planning Area, the cumulative analysis includes the potential effects of activities elsewhere that may affect the important resources of the Northwest NPR-A and surrounding areas. The conclusions of the cumulative analyses are summarized below.

Cumulative impacts to soils, paleontological resources, water resources, water quality, air quality, freshwater and marine fish, wild and scenic river values, and visual resources are expected to be minimal, short term, and/or localized. Long causeways with inadequate breeches could have measurable, long-term impacts on hydrologic conditions; no such causeways are projected for any of the alternatives. Global climate change could alter the composition of vegetation species, increasing deciduous shrubs and decreasing sedges and grasses. Activities in the Northwest NPR-A are not expected to contribute significantly to greenhouse gas emissions. Opportunities for primitive recreation will continue to be reduced by oil and gas activities on the North Slope. Oil and gas activities will continue to impact visual resources of the North Slope with long-term impacts related to the long-term presence of production pads, support facilities, roads, and pipelines. Over the next 20 to 30 years, the onshore and offshore oil industry in and near Prudhoe Bay is expected to decline with a parallel decline in the economic indicators within the North Slope region.

Normal oil and gas activities are expected to cause the loss of small numbers of seaducks through disturbance effects on survival and productivity and collisions with structures. However, cumulative effects of North Slope oil industry activities (primarily mortality in the unlikely event of a large oil spill) could be substantial for loon species, long-tailed ducks, and king and common eiders. Any substantial loss of long-tailed ducks or king or common eiders would represent a significant effect.

Routine oil and gas activities may result in small losses or declines in productivity of spectacled or Steller's eiders, but are not likely to cause a significant adverse population effect. However, cumulative effects, particularly any substantial losses resulting from an oil spill, could represent a significant effect, which would prevent the populations' recovery from threatened status.

North Slope oil and gas development could result in a long-term displacement and/or functional loss of habitat for Central Arctic herd (CAH), Teshekpuk Lake herd (TLH), and Western Arctic herd (WAH) of caribou. Oil development in the Prudhoe Bay-Kuparuk area may be a cause of an observed shift in CAH calving distribution away from calving range near the oil fields. Calving by TLH caribou may be reduced near the pipeline corridors--a potential long-term (several-generation) effect on the distribution of the TLH caribou. The No Action Alternative and Alternative C would not allow development in the TLH insect-relief habitat. The alteration of tundra habitat in the Prudhoe Bay area has not had any apparent effect on the distribution and abundance of other terrestrial mammals, with the possible exception of arctic foxes, which have apparently increased in numbers near the oil fields.

Access to subsistence-hunting areas and subsistence resources, and the use of subsistence resources, could change if oil development reduces the availability of subsistence resources or alters their distribution patterns. The communities of Point Lay, Wainwright, Barrow, Atqasuk, and Nuiqsut would be most affected. Should caribou become unavailable, undesirable for use, or experience long-term population and productivity effects for a period longer than five years, it could chronically disrupt sociocultural systems in the community that are reliant on caribou for subsistence, which would be a significant adverse effect. Effects would be expected to disrupt community activities and traditional practices for harvesting, sharing, and processing subsistence resources, but not displace sociocultural institutions, social organization, or sociocultural systems. Disproportionate, high adverse effects to the subsistence communities of the North Slope are expected as a result of cumulative impacts from oil and gas activities.

## E. NEED FOR FURTHER NEPA ANALYSIS

Additional NEPA analysis would be required for any management decisions going beyond the scope of this document. Where possible, such analyses would tier from this IAP/EIS.

One important aspect of this IAP/EIS is possible oil and gas leasing. It is the subject of much of the analysis in Section IV and Section V. In compliance with current regulations of the Council on Environmental Quality (CEQ), part of this analysis relies on a hypothetical development scenario based on general information about where there is high potential for oil and gas in the Planning Area and current industry exploration and development practices. While this analysis is adequate for oil and gas leasing and includes analyses of potential impacts from projected exploration and development activities, future actions-- including a proposed exploratory drilling plan or proposed construction of the infrastructure for development of an oil discovery--would require further NEPA analysis based on specific and detailed information about where and what kind of activity would occur.

The analysis contained in this IAP/EIS addresses the direct, indirect, and cumulative impacts of making certain lands available for oil and gas leasing, exploration, and development, as well as other management actions by BLM. It also analyzes the impacts of a first sale and serves as NEPA documentation for that sale. Subsequent sales would be authorized under Alternatives A through C and the Preferred Alternative. Before each additional sale, BLM would conduct a NEPA analysis, tiering from the IAP/EIS. If the analysis in the IAP/EIS remains valid, second and subsequent sales may require only formal determination of NEPA adequacy.

## F. INTERRELATIONSHIPS

### 1. Introduction

possible impacts. Leasing and exploration in Northwest NPR-A represent an investment opportunity for an industry that must employ sound business practices. Most companies interested in Alaska also have opportunities for oil and gas investments in other parts of the world. Consequently, petroleum activities in the NPR-A must compete with alternative investments while achieving the delicate balance between corporate profit and environmental protection.

This section offers many different scenarios. Estimates for activities are typically correlated to oil and gas prices, where higher prices result in more industry activities. Two assumed prices ($18 and $30) bracket the range of possible scenario activities. There is also a distinction between two leasing phases: the "first-sale" scenario and the "multiple-sale" scenario. The first-sale scenario defines activities resulting from the lease sale tentatively scheduled for 2004. This will be the third lease sale in the NPR-A in the past five years. In the early 1980's, four lease sales were conducted in the NPR-A without resulting in commercial-size discoveries. It is assumed that oil and gas production resulting from the 2004 lease sale would amount to 50 percent of the total economically recoverable resources in the area offered for leasing. This estimate is based on a typical situation where the largest fields are often discovered early in the exploration cycle. Because of geologic complexity and limited exploration data, it is unlikely that industry would discover all of the commercial-size pools as a result of a single lease sale.

The multiple-sale scenario estimates activities associated with recovering the remaining economic potential after a series of lease sales. The basic assumption is that a relatively large proportion (50%) of the commercial petroleum resources are discovered from the first lease sale and lower volumes would be discovered after each subsequent sale. Petroleum-related activities, and possible environmental impacts, are assumed to follow a similar trend where the scale of new impacts steadily declines. This could be because the later fields are smaller or because they could share infrastructure with previously developed fields. The overall scope of petroleum development on the North Slope, including the NPR-A, in the reasonably near future is discussed under the cumulative case.

### (a) Resource Estimates

The National Environmental Policy Act (NEPA) requires that leasing on Federal lands consider the reasonable and foreseeable consequences of the proposed activities. Assessments of undiscovered, economically recoverable oil and gas resources are used to identify areas of high potential and to define reasonable development scenarios used in the environmental impact analysis. Development scenarios are hypothetical models for future activities. Although they are based on sound professional judgment, there is no way to evaluate the accuracy of these future scenarios today. There is no guarantee that the prerequisite conditions will be met; i.e., that a lease sale will be held, tracts will be leased, oil/gas pools will be discovered by exploration drilling, and discoveries will be economic to develop. Considering past exploration efforts in NPR-A that did not result in commercial production, the development scenarios offered here could be overstated.

Estimates of undiscovered resources are uncertain for numerous geologic, engineering, and economic reasons. An accurate accounting of all oil or gas reserves is possible only after the production cycle is completed, decades into the future. Geologic data is continuously collected and refined, and new concepts are revealed by ongoing studies and new interpretation technologies. Engineering evolves with innovation and experience. Economic conditions--such as the price of oil--are difficult to predict in the near term, let alone decades into the future. To account for these uncertainties, resource estimates are usually reported as a range of volumes to bracket the foreseeable economic conditions. Development scenarios are also provided as a range of activities that correspond to the estimated range of economically recoverable resources.

The petroleum resource estimates used to generate the development scenarios are bracketed by economic volumes corresponding to oil prices of $18.00 and $30.00 per barrel (bbl) and correlative gas prices of $2.56 and $4.27 per thousand cubic feet (Mcf) in constant 2002 dollars (2002$). These prices are long-term averages for real (inflation-adjusted) prices that include short-term price spikes lasting only a few years. The $18/bbl price level

corresponds to average real prices experienced over most of the 20th century. The $30/bbl price is used for a high-side bracket. Although oil prices have spiked higher than $30.00 recently, most economists view this to be a short-term anomaly. Oil prices have not remained above the $30/bbl level for longer than a few years at any time in the past century. This high price level would be more realistically viewed as a representation of increased production made possible by future technology. The assumed price range is comparable to the Energy Information Agency (U.S. Dept. of Energy, 2001) forecast for market prices in 2010 (a reasonable production start-up time frame for the first fields in Northwest NPR-A), where their "low price" is $17.64 (adjusted to 2002$) and their "high price" is $30.01 (adjusted to 2002$).

This analysis does not attempt to predict oil and gas prices or the nature of future technologies. Industry decisions are probably based on prices of $20 per barrel (or less) because they focus on long-term projects and must be conservative when considering high-cost and high-risk investments. If petroleum prices remain below $18/bbl (2002$), minimal leasing interest and no future production from the Northwest NPR-A would be expected. Although it is unrealistic to assume that industry would base investment decisions on $30/bbl prices, it is possible that volumes of oil recoverable now at $30 could be recovered at lower prices using future technologies that are more efficient than current methods. However, the effects of future technology cannot be directly evaluated. Considering all of the uncertainties, these two price levels present a reasonable range on which to base future scenarios for oil and gas development in this area.

The mean, undiscovered, economically recoverable oil and gas volumes for the Northwest NPR-A Planning Area range from 0 at the $18/ bbl of oil and $2.56/Mcf of gas price levels to 2.1 billion barrels (Bbbl) and 7.3 trillion cubic feet (Tcf) at the $30/bbl and $4.27/Mcf of gas price levels. These estimates assume that the entire area is open to leasing with normal restrictions on exploration and development. Leasing alternatives that remove promising areas from leasing or impose costly restrictions on industry activities will decrease the likelihood of successful exploration leading to commercial development. Regulatory restrictions (or "mitigation costs") are factored into lower estimated levels of activities and future production for different leasing alternatives.

### (b) Natural Gas

At present, there is no transportation system to carry natural gas from the North Slope to market. Proven gas resources are reported to range upwards of 38 Tcf, most of which is in the Prudhoe Bay unit (ADNR, 2000). Because there is no export system, gas resources were not evaluated by the economic model for the 1997 assessment of the Northeast NPR-A (USDOI, BLM and MMS, 1998, Final IAP/EIS for the Northeast NPR-A). However, options for commercializing the stranded resources on the North Slope are being actively discussed now by industry and government. A major gas transportation project seems more likely today than it did five years ago. If the project is eventually built, future gas discoveries in NPR-A could feed into this new transportation system.

Large scale gas export projects could involve a number of systems and routes to market. One group of conceptual projects includes large diameter pipelines installed in various routes to Midwest and West Coast markets. Another proposal calls for a large diameter gas pipeline from northern Alaska to a liquefied natural gas (LNG) processing plant in southern Alaska. Marine LNG carriers would transport the gas to markets in the Pacific Rim (Asia and West Coast). A third concept involves a new gas-processing technology, termed "gas-to-liquid" (GTL) in which natural gas is converted to high-purity liquid that could be transported through the Trans-Alaska Pipeline System (TAPS). Projects utilizing GTL technology have also been studied for plants near tidewater in southern Alaska. Ultimately, the choice of gas delivery system depends on economics and politics. It is possible that several gas export projects could be built to handle the huge gas resources stranded on the North Slope.

The gas development scenario for the Northwest NPR-A IAP/EIS accommodates all gas export options because it assumes only that natural gas will be delivered by pipelines to a new gas export hub near Prudhoe Bay. Beyond that point, any of the export options could be used. Oil production will continue to be the primary focus in

pipeline repairs likely would use the same forms of transportation. It is possible that hovercraft could be used in some areas for emergency repair work, particularly during periods when the tundra is wet (as opposed to frozen). Should an emergency pipeline repair be necessary, an on-site coordinator would consider the tradeoffs for various transportation-related remediation strategies.

Pipeline flow monitoring on the North Slope is now done largely using remote instrumentation. Numerous monitoring and safety systems are installed to provide redundancy in these automated electrical and mechanical systems. For example, mechanical shutoff valves are being replaced by vertical expansion loops to provide a more failsafe method of controlling pipeline pressures and leaks.

The use of ice roads does have limitations. Construction of ice roads cannot begin until temperatures are cold enough and tundra conditions (snow cover and frost depth) will support heavy equipment. Construction of ice roads is a time-consuming process as the route must be surveyed, permits for water use obtained, and the ice built up layer by layer. The average rate of ice-road construction is approximately 1 mile per day under optimum conditions. The time taken to construct the road to the drill site reduces the time available for winter drilling activities. A practical limit for ice roads is 50 miles over land and up to 100 miles on near-shore ice. For production activities, an ice road would need to be constructed each year and alternate access would have to be established to support operations during the summer.

## (7) Development Scenarios

### (a) Resource Potential and Related Activities

A sequence of activities is associated with petroleum development, beginning with tract leasing and exploration drilling, and ending decades later with the abandonment of depleted fields and site remediation. A general timeframe for exploration, development, and production activities in northern Alaska is given as Table IV-02. For environmental impact analysis, it is assumed that the scope of activities and associated impacts are correlated to the economic resource potential that is available to industry. In practical terms, industry interest in leasing and exploring for new oil and gas reserves is driven largely by profit motives, and each company may view the geologic or economic opportunities of a particular area differently. Industry opinions can change quickly with new geologic data or economic conditions, and activities can be negatively affected by regulatory hurdles. The total volume of oil and gas recoverable from an area cannot be defined accurately until all of the commercial-sized fields are discovered and produced to depletion. Leasing is just the first step in the sequence of activities. There is no guarantee that later activities will occur.

As previously discussed in Section III.A.1.a and Appendix 7, the petroleum resource potential is evaluated using two assessment models. The conventionally recoverable (or "geologic") resources represent pooled oil and gas recoverable by current technology without regard to engineering or economic constraints. The conventionally recoverable estimates provide an optimistic view of an area's hydrocarbon endowment, but they do not reflect the realities of commercial operations. Engineering, economic, and environmental factors will determine the commercial viability of oil and gas discoveries. When these factors are considered, the number of undiscovered pools capable of supporting commercial production is significantly lower than the total endowment expressed by the geologic assessment. It is more accurate to base environmental impact analyses on economically recoverable petroleum estimates because they better represent the commercial potential.

A resource assessment including the Northeast and Northwest NPR-A Planning Areas was conducted by MMS and BLM in early 2002. The methodology and results of this assessment are discussed in Section III.A.1.a and in Appendix 7. The resource potential for the combined assessment areas were then divided into estimates for the individual areas (Table App7-02). The petroleum resource estimates for the Northwest NPR-A Planning Area were then used as a basis for the development scenarios analyzed in this IAP/EIS. Petroleum resource estimates

for the Northeast Planning Area are generally discussed in the cumulative case, but detailed information is not supplied.

Because the location of future commercial-size pools is impossible to predict, one method to define the potential in smaller areas is to proportion the resources areally on a play-by-play basis. This method implies that commercial-size pools are uniformly distributed throughout the play area, which they are not. It is more likely that large pools would occupy only a few percent of the total play area and contain most of the economically recoverable resources. However, at the present time no one can precisely locate these commercial pools, so a general allocation model is reasonable. The resource allocations for each play analyzed in the economic assessment is summarized in Table App7-02.

The results of the economic assessment are described by a range in potentially recoverable volumes correlated to both probability of occurrence and average real commodity price. To simplify the analysis, only volumes associated with the mean, or expected, case (risked average of the distribution) are reported. Mean values can be combined in a straightforward manner, whereas other probabilities cannot. The economically recoverable volumes at the mean are further bracketed by price levels corresponding to $18 to $30 per bbl for oil and $2.56 to $4.27 per Mcf for gas in 2002 dollars. These prices are thought to represent average future market conditions.

Several conclusions are apparent from the economic analysis:

1. The Northwest NPR-A Planning Area has a much lower economic resource potential on a per-acre basis than the adjacent Northeast NPR-A Planning Area. The Northwest Planning Area is over twice as large (9.8 million acres compared to 4.6 million acres in the Northeast Planning Area), but it has estimated economic resources of less than half of the combined assessment area (more precisely, 31 percent of total oil and 46 percent of total gas). This is largely related to the remoteness of the Northwest Planning Area and proportionally higher operation costs.

2. The $18 per barrel price level does not support economically viable development for new standalone oil fields in the Northwest Planning Area. Considering that historical price levels have averaged below $18 per barrel (in constant dollars) over most of the 20th century, this means that any development project could be marginal as an investment opportunity. It is likely that industry will use conservative prices in their economic evaluations and not the price spikes above $30 per barrel seen recently. If this conclusion is true, future operations are more likely to involve only exploration activities (leasing, seismic surveys, and a few wells) rather than extensive field development, such as the Prudhoe-Kuparuk complex.

3. Within the price brackets most of the economic resource potential is contained in only a few geologic plays. The Beaufortian play (Play 8) contains 60 percent of the total economic oil resources and 36 percent of the total economic gas resources in the Northwest NPR-A. Two other plays in the southern part of the area (Brookian foldbelt, Play 14 and Fortress Mountain, Play 23) together contain 53 percent of the total economic gas resources in the Northwest NPR-A Planning Area. As most analysts agree on these high-potential plays, it is likely that future exploration will be focused on the recognized high potential area. Regulatory restrictions affecting operations in the high-potential area could undermine industry interest and reduce the likelihood that commercial fields will be discovered, developed, and produced.

**(b) General Scenarios**

As previously discussed, possible environmental impacts associated with future oil and gas activities are correlated to the economic petroleum estimates. That is, higher levels of development are likely to be associated with higher levels of impacts. However, there is no way to accurately predict when or how much of the

theoretical (undiscovered) potential will actually be converted to future production. For a reference point, we assume that if the entire area is open to unrestricted exploration and development, all of the economic potential would eventually be converted to producing reserves. This may be an overly generous assumption. Industry groups could easily lose interest in exploration after a number of costly wells and sub-economic discoveries. However, using the full economic potential to scale impacts provides a conservative (worst-case) view of possible environmental disturbances.

The environmental analysis contained in this IAP/EIS is based on hypothetical development scenarios tied to estimates of undiscovered resources. There are many uncertainties regarding future events. It is acknowledged that other scenarios are possible. Given that environmental analysis and decisions regarding leasing must happen now, future activity estimates have been based on the available data and current trends. It is not reasonable to offer dozens of other speculative scenarios. The scenarios adopted for this IAP/EIS provide a common basis for environmental analysis within a broad spectrum of scientific disciplines.

The exploration-only scenario assumes that long-term oil prices average less than $18/bbl and that a new gas transportation system is not constructed from the North Slope to southern markets. It is also possible that limited exploration efforts will fail to identify commercial-size pools. At low oil prices, it would be difficult to design a profitable project in this remote, high-cost area. Under low-price conditions, industry could buy leases and drill exploration wells at a modest pace. Winter seismic surveys would probably concentrate on the high-potential area for 3-D survey work. Exploration drilling might be limited to prospects with good access logistics (near the coast or an all-season airstrip). If the exploration results in discoveries, it is likely that commercial development would be postponed in anticipation of higher oil prices or new technologies.

The development scenario includes economic conditions where average oil prices remain between $18/bbl and $30/bbl (2002$). Since 1990, North Slope crude oil has bounced between $14/bbl and $30/bbl (averaging $22.77/bbl in 2003), while the OPEC cartel has attempted to maintain oil prices in the $22/bbl to $28/bbl price range. It is not realistic to assume that long-term prices will average $30/bbl in real dollar terms. However, it is conceivable that future technologies will decrease oil/gas finding and recovery costs and increase the fraction of resources that can be economically recovered. Although the direct effects of future technologies cannot be addressed at this time, the higher oil price level ($30/bbl) can be viewed as a surrogate for higher recoveries aided by technology.

Two sets of development scenarios are discussed here. The first set includes estimated activities occurring as a result of the first lease sale in Northwest NPR-A, now scheduled for mid-2004. Although it is referred to as the "first-sale" scenario in the present IAP/EIS, it will be the seventh lease sale in NPR-A. All tracts leased in four previous sales (1982-1984) have been relinquished. Two lease sales (1999 and 2002) were held in the Northeast NPR-A. A relatively large proportion (50%) of the petroleum activities and production is expected to occur as a result of the first sale, with progressively lower levels of activities resulting from each later sale.

A second set of scenarios includes the total activities associated with all lease sales envisioned for the Northwest Planning Area. This is referred to as the "multiple-sale" scenario. For the development scenario, it is optimistically assumed that all of the undiscovered economic resources would be discovered and developed if many lease sales are held and industry actively explores the area.

A hypothetical activity schedule for the first commercial development in the Northwest NPR-A is represented in Table IV-02. It is assumed that initial development would involve only oil recovery, as gas recovery would be postponed until a gas transportation system is built from the Prudhoe Bay area. It is also assumed that gas handling would not bottleneck oil production and that the gas would be reinjected to increase oil recovery. In a normal sequence of events, the largest pools are usually discovered and developed first. Later fields would attempt to share this existing infrastructure to lower costs. The first field would "anchor" development in a remote area by providing the necessary processing and transportation facilities, including a long, overland pipeline connecting to TAPS. This would allow the economic development of a number of surrounding, small "satellite"