fields. For this analysis, an Alpine-size field is used as an example of the first oil development in Northwest NPR-A. Later satellite fields could be tied to the main field if they are located within 20 mi. However, no attempt is made to estimate the timing of later satellite developments tied to the first large field. A schedule for future gas production is not included because it is difficult to predict when major gas sales will occur from the North Slope (pending construction of a new gas transportation system).

### (c) Differences in Activity Levels for Leasing Alternatives

Four alternatives were analyzed in the draft Northwest NPR-A IAP/EIS, each with a different regulatory strategy to mitigate the environmental impacts and conflicts with subsistence activities that could potentially result from future petroleum activities. The Preferred Alternative (described below) was developed from the analysis of these four alternatives, review of public comments on the draft IAP/EIS, and additional discussions with affected stakeholder groups.

Regulatory strategies take two forms. One strategy (referred to as "prescriptive measures") places areas off-limits to leasing or occupancy by surface facilities. The other strategy involves "performance-based" goals that could vary according to site-specific conditions. The measures incorporated in the alternatives are stipulations, which would be applied to the lease and leaseholder activities, and required operating procedures (ROP's), which would be applied to all permitted activities in the Planning Area.

Regardless of the terminology used, all regulatory restrictions add some cost to commercial operations. Area closures or seasonal restrictions would reduce exploration opportunities and thereby decrease the likelihood that new fields would be discovered. The economic burdens related to regulations can be grouped into a general form called the "cost of mitigation." Individual components of the cost of mitigation cannot be defined exactly because they are site-specific, but the effects are additive for the components affecting a particular site. Cost of mitigation components could include: delays in permit approvals, modifications to projects, required biological or cultural studies, relocation of facilities from optimal sites, and lower oil/gas recoveries because of technology limitations or costs. In all cases, uncertainties surrounding mitigation cost would adversely affect industry interest and investment decisions regarding development.

Although the cost of mitigation cannot be precisely determined at present (because the locations of new fields are unknown), for purposes of environmental analysis it is assumed that the stipulations and ROP's would be enforced as written and exceptions (if granted) would provide comparable levels of protection.

The management objective for NPR-A is to protect surface resources from unnecessary disturbance while allowing opportunities for successful oil and gas operations. However, both industry and government are aware that all petroleum prospects in this remote area are marginally economic. The MMS/BLM resource assessment concluded that fields in Northwest NPR-A area are uneconomic at oil prices below $18/bbl (a price which represents an historical average). At this price level no activities--other than minimal leasing and rare exploration drilling--are expected to occur. Although the environmental analysis is made on extensive development activities projected from a higher price ($30/bbl), it is unrealistic to assume that companies would base their investment strategies on this anomalously high price level. The economics of petroleum development in Northwest NPR-A is therefore very sensitive to added costs or uncertainties associated with regulatory restrictions.

The No Action Alternative reflects current BLM management of the Northwest NPR-A Planning Area and does not provide for oil and gas leasing. Since no oil and gas leases would be offered, there would be no petroleum development or production. Under this alternative, there are two options with regard to seismic activity: one option would permit winter seismic surveys and the other option would prohibit such surveys. Under this alternative, summer aerial surveys and geologic field investigations would be permitted. It is reasonable to expect very low levels of petroleum activities without a firm schedule for leasing.

Alternative A would make all lands and submerged areas administered by BLM in the Northwest NPR-A Planning Area available for oil and gas leasing, exploration, and possible development. Under this alternative, no Special Areas, Wilderness Study Areas, or Wild and Scenic Rivers would be proposed. While all areas would be offered for leasing, petroleum-related activities would be conducted under comprehensive stipulations and ROP's (see Sec. II.C.6). The economic impact of the regulatory measures could range from negligible to significant, depending on site-specific conditions. Qualitative analysis of the overall cost of mitigation indicates that up to 30 percent of future commercial development opportunities could be lost as a result of regulatory restrictions and mitigation measures. Of this 30 percent "lost opportunity" estimate, 20 percent is attributed to the restrictive regulations in the adjacent Northeast Planning Area (through which most of the support for Northwest NPR-A operations must pass). The other 10 percent is attributed to unavoidable conflicts and project delays associated with subsistence activities or biologically sensitive areas.

Alternative B would offer 96 percent of Northwest NPR-A area for leasing. The proposed Kasegaluk Lagoon Special Area would not be offered for leasing, and no permanent facilities would be allowed in other lagoon and most nearshore areas. Stipulations and ROP's provide protective measures that include provisions for conflict resolution with subsistence groups, setbacks from large water bodies (rivers, lakes, and ocean), and seasonal restrictions on activities to protect biological resources and subsistence activities (see Sec. II.C.6). The economic impact of the regulatory restrictions could range from negligible to significant depending on site-specific conditions. Qualitative analysis of the overall cost of mitigation indicates that up to 40 percent of future commercial development opportunities could be lost as a result of regulatory restrictions and mitigation measures. Of this 40 percent "lost opportunity" estimate, 20 percent is attributed to the restrictive regulations in the adjacent Northeast Planning Area. Another 10 percent is attributed to unavoidable conflicts and project delays associated with subsistence activities and biologically sensitive areas, and the remaining 10 percent is attributed to technical limitations and economic burdens in the no-surface-occupancy areas (many of which are in the high-oil-potential area along the Beaufort Sea coastline).

Alternative C would make 47 percent of the BLM-administered lands in the Northwest Planning Area available for oil and gas leasing, but only 2 percent of the recognized high-petroleum-potential areas would be open. Eliminating areas of high oil potential would have a chilling effect on industry interest and negatively affect future development possibilities. Very restrictive mitigation measures (similar to the current regulations in the Northeast Planning Area) for the areas remaining open for leasing are likely to preclude effective commercial operations. Given the relatively low hydrocarbon potential of the areas remaining open for leasing, coupled with the regulatory restrictions, Alternative C is essentially equivalent to the No Action Alternative.

The Preferred Alternative attempts to achieve a balance between protection of the environment and subsistence traditions while providing opportunities for successful oil and gas operations. Of the BLM-administered land, 96 percent is offered for leasing, including all of the recognized high-oil and -gas-potential areas. Leasing would be deferred for 10 years in the western part of the Planning Area (low oil and gas-potential). The proposed Kaseguluk Lagoon Special Area (low oil and gas potential) would not be made available for leasing or petroleum exploration. In many ways the Preferred Alternative is similar to Alternative B (discussed above). Leases would be offered in Dease Inlet and nearshore lagoon areas, and the no-surface-occupancy restriction would be replaced by strict regulations and consultation requirements prior to the approval of permanent facilities (see Sec. II.C.6). Setback restrictions would provide no-development buffers along major rivers, deep lakes, and most shorelines. Extensive consultation steps would be required before approval of most activities, which could delay project approvals. Qualitative analysis of the overall "cost of mitigation" indicates that up to 40 percent of future development opportunities could be lost as a result of regulatory restrictions and mitigation measures. Of the 40 percent "lost opportunity" estimate, 20 percent is attributed to the restrictive regulations in the adjacent Northeast Planning Area. Unavoidable conflicts between proposed operations and subsistence account for a 10 percent reduction. The remaining 10 percent of "lost opportunity" is attributed to technical feasibility issues, project modifications, and long delays associated with required biological studies and consultations with natural resource agencies.

### (d) First Sale Scenarios

The estimated petroleum potential and number of fields associated with the first sale under each leasing alternative are summarized in Table IV-04. The projected activity levels, infrastructure components, and estimated peak production for the first sale under each alternative are summarized in Table IV-05. There are no development activities estimated at the low-price level ($18/bbl of oil and $2.56/Mcf of gas) for any of the alternatives because in the economic model, low prices did not support viable commercial development in the Northwest NPR-A Planning Area. Even under the high-price ($30/bbl of oil and $4.27/Mcf of gas) scenario, Alternative C's area closures and restrictive measures is very likely to preclude viable commercial development. If a sale is held under Alternative C, it is possible that leases will be purchased and some exploration could target gas prospects in the southern part of the area. A number of fields are projected to be discovered and developed under Alternatives A and B at the high-price level. Although it is impossible to predict the specific locations and characteristics of future commercial discoveries, oil development is likely to occur first in the Beaufortian play (Map 102) in the northern part of the Northwest NPR-A. Later gas development could drive exploration and development efforts in the southern part of the area from the gas-rich plays present there (Map 103 and Map 104).

These activity estimates are based on the assumptions listed below.

- Industry will actively purchase leases and drill exploration wells in Northwest NPR-A, and this activity will lead to the discovery of commercial-sized oil and gas pools.
- There will be no long-lasting legal or regulatory impediments to exploration or development.
- Future oil production from the NPR-A will use TAPS to transport oil to outside markets.
- Development and production of natural gas will not occur until a gas-transportation system is constructed from the Prudhoe Bay area to outside markets.

### (e) Multiple Sales Scenario

The basic assumption for the multiple-sale scenario is that the total economic resource potential in the Planning Area could be discovered and developed if industry is given the opportunity. However, based on past experience it is unlikely that industry will provide the funding required to discover and develop all of the resources in a frontier province. However, for purposes of environmental analysis, such a conservative assumption makes it possible to evaluate worst-case impacts.

As a rough estimate of exploration costs, historical evidence shows that "finding costs" (including all wells and seismic surveys, but not lease acquisition costs) could average $1.00 per barrel of oil produced. This means that discovering the full economic oil potential of Northwest NPR-A (2.1 billion barrels) could cost $2.1 billion. Assuming exploration wells average $15 million each and seismic surveys cost $5 million, with 10 wells drilled for each seismic survey (or $155 million incremental cost), this would translate into 135 wells and 13 seismic surveys. These estimates exceed all past exploration activities in the entire NPR-A.

Usually the best prospects (largest, easiest to map, involving proven reservoirs) are leased and tested by drilling. The largest fields enjoy the economy of scale for development, and smaller fields are harder to find and have higher per-barrel development costs. All of the hypothetically economic resources may not be worth exploring for, particularly if commercial fields are not discovered early in the exploration cycle. Many promising areas remain underexplored because of changing economic conditions or corporate strategies unrelated to the undiscovered resource potential. For example, as a result of four BLM lease sales held in the early 1980's, only

one industry test well (ARCO's Brontosaurus prospect) was drilled in Northwest NPR-A.

The activities associated with the multiple-sale scenario are estimated using the full, undiscovered economic potential under each alternative. Several key assumptions are necessary to qualify this approach:

- an undetermined number of future lease sales will be held;
- industry will lease and drill tracts acquired in each sale in Northwest NPR-A;
- economic conditions (particularly oil prices) will remain favorable to development in northern Alaska (above $18/bbl);
- high-potential plays will not be condemned by future drilling;
- learning curves will improve operational efficiencies and technology advancements will lead to higher commercial success rates; and
- future petroleum production will continue to use existing North Slope infrastructure, most importantly the TAPS pipeline and a new gas transportation system.

With these qualifying assumptions clearly in mind, the estimates for the alternatives under the multiple-sale scenarios are provided in Tables IV-06 (petroleum resources) and Table IV-07 (petroleum activities).

The timeframes for development under the multiple-sale scenarios are not included because a future lease-sale schedule has not been established. While it is safe to assume that the development activities associated with multiple future sales would extend considerably beyond the schedule for a single project, it is not reasonable to assume that the activities associated with the first sale in the series would be replicated by subsequent lease sales. Historically, leasing and exploration interest drop during a series of lease offerings in the same area. The oil industry tends to evaluate its current lease inventory before leasing large numbers of additional tracts. A thorough evaluation of the petroleum resources in the NPR-A could stretch many decades into the future as new play concepts emerge and are tested.

### (8) Possible But Unlikely Activities

This section has presented the most likely scenarios for oil and gas development that BLM projects are reasonably foreseeable under each alternative. Less likely or unanticipated activities might occur. Three notable variations of the scenarios are briefly presented below.

#### (a) Early Development of Natural Gas Resources

The development scenarios for Alternative A, Alternative B, and the Preferred Alternative indicate that gas resources would probably not be developed in the southern part of the Northwest NPR-A Planning Area as the result of the first lease sale, but that following a second sale, natural gas development might occur. While BLM believes this is a realistic scenario, the oil and gas industry might conceivably become unexpectedly aggressive about developing gas resources. If that were to happen, gas development in the southern part of the Planning Area might actually occur on lands leased in the first lease sale. If natural gas development were to occur in the southern part of the Planning Area as a result of the first lease sale, the activities and potential impacts would generally be the same types as those described under the multiple sale analyses for Alternative A (Section IV.C), Alternative B (Sec. IV.D ), and the Preferred Alternative (Section V.B).

#### (b) Development Under Alternative C

# Northwest National Petroleum Reserve-Alaska

# Final
## Integrated Activity Plan/ Environmental Impact Statement

## Volume 3

Prepared by

U. S. Department of the Interior
Bureau of Land Management

In cooperation with the

U. S. Department of the Interior
Minerals Management Service

November 2003

**Table IV-06**
**Resource[1] Estimates for all Sales under each Alternative[2]**

| Alternative | $18/bbl Oil Price (MMbbl) | $30/bbl Oil Price (MMbbl) | $4.27/Mcf Gas Price[3] (Tcf) | Number of Fields[4] |
|---|---|---|---|---|
| A | 0 | 1,470 | 5.10 | 0 - 10 |
| B | 0 | 1,260 | 4.40 | 0 - 8 |
| C | 0 | 0 | 0 | 0 |
| PA | 0 | 1,260 | 4.40 | 0 - 8 |
| FEP[5] | 0 | 2,100 | 7.30 | 0 - 14 |

**Notes:**
[1] Resources are economic oil and gas pools expected to be leased, discovered, developed, and produced as a result of multiple lease sales in the Northwest NPR-A Planning Area.
[2] Assumes 100% of economic resources are leased and discovered as a result of multiple sales.
[3] Assumes that 2/3 of the economic gas resources is associated with oil and 1/3 is in non-associated gas pools.
[4] Number of fields includes both large stand-alone fields with processing facilities and satellite fields that share facilities.
[5] Full Economic Potential is not analyzed as an alternative in this IAP/EIS, but is presented in this table as additional information.

**Key:**
PA = Preferred Alternative.
FEP = Full Economic Potential.
Mcf = Thousand cubic feet.
MMbbl = Million barrels.
Tcf = Trillion cubic feet.

They must not know we use those camps" (City of Nuiqsut, 1995). Locally oil development impacts are believed to be the cause of reduced numbers of arctic cisco, smaller whitefish (Woods, 1979; Dames and Moore, 1996b; Brower and Opie, 1997; Ahtuangaruak, 1997).

Concerns about access restrictions have been voiced by local residents. Sarah Kunaknana, talking about local subsistence hunters, observed that others have stated that they don't hunt near Prudhoe Bay anymore because of oil development (S. Kunaknana, in Shapiro, Metzner, and Toovak, 1979). Nuiqsut's present Vice Mayor Mark Ahmakak, when asked in 1982 if people had been turned back from hunting and fishing areas, answered: "Oh, yes. I have experienced that myself in going out towards Nuiktuk [?] over toward DEW Line station. We have been told by oil company officials that we can't hunt near development area" (Kruse et al., 1983; Ahvakana, 1990; Dames and Moore, 1996c).

In Northeast Area NPR-A scoping meetings in the village, Thomas Napageak elaborated on the issue of lost access noting that oil development at Prudhoe Bay and Kuparuk had already cut off Nuiqsut residents from nearly one-third of their traditional subsistence harvest areas (Napageak, 1997; Lampe, 1997).

A major issue with the NPR-A development has been the velocity of the environmental assessment process and the way it has taxed the resources of the Native community. Nuiqsut residents believe it precludes them from having a meaningful involvement with the planning process and a thorough compilation of the vast cultural knowledge the Inupiat have gained over millennia (Lampe, 1997; Adams, 1997:5, 9; Ahtuangaruak, 1997; Napageak, 1997; Hepa, 1997). Oil spills also are an identified threat. Thomas Napageak stated in his testimony at the Nuiqsut NE Area NPR-A scoping meeting that: "The oil industry still does not have adequate technology for oil spill clean up in the Arctic, particularly in rivers, lakes, and the Beaufort Sea. Adequate spill response must be part of any development." (USDOI, BLM, 1997a)

### (f) Other Subsistence Communities

Because overall impacts to migratory birds in the Northwest NPR-A Planning Area, except eiders, are expected to be minor and these birds in general disperse over large migration and wintering areas, effects on stakeholders (including subsistence hunters) are also expected to be minor. Some mortality to subsistence waterfowl species in the Northwest NPR-A would be expected, but the mortality rates are expected to be low. There is no realistic way to translate this potential impact in the Northwest NPR-A Planning Area into a level of measurable effect on more distant subsistence users.

### e. Multiple Sales

**Terrestrial Mammals:** If several lease sales were to occur under the Preferred Alternative, considerably more exploration activity would be expected to occur in the habitat of the TLH and WAH caribou, with twice as many exploration wells being drilled. Up to 8 oil fields would be developed and the number of pipeline miles would be slightly less than those under Alternative A. A southern pipeline route to TAPS Pump Station 2 may be constructed, resulting in some disruption of CAH caribou. An increase in the number or miles of roads and pipelines with development under multiple sales is expected to further impede movements of TLH caribou to insect-relief areas along the coast. This effect is expected to persist over the life of the oil fields and may reduce productivity of the TLH. The number of spills, either small or large, is not expected to increase. However, the location of the spills may change. Small, chronic spills are expected to have about the same effect on terrestrial mammals and their habitats as under the single sale scenario but with a higher likelihood of impacts to WAH caribou.