IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY,<br><br>    Plaintiffs,<br><br>    v.<br><br>P. LYNN SCARLETT, Acting Secretary of the Interior; HENRI BISSON, State Director, Bureau of Land Management; TOM MELIUS, Regional Director, United States Fish and Wildlife Service; BUREAU OF LAND MANAGEMENT, UNITED STATES FISH AND WILDLIFE SERVICE, and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>    Defendants, and<br><br>CONOCOPHILLIPS ALASKA, INC., ANADARKO PETROLEUM CORPORATION, ARCTIC SLOPE REGIONAL CORPORATION, and STATE OF ALASKA,<br><br>    Intervenor-Defendants. | Case No. 1:05-cv-00008-JKS |

**PROPOSED ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT**

Upon consideration of Plaintiffs' motion for leave to file their Second Amended Complaint (Docket No. ____), it is hereby ORDERED that the motion is GRANTED. The amended complaint is timely and does not prejudice the other parties. The clerk shall file the Second Amended Complaint lodged with Plaintiffs' motion and enter it on the docket.

    SO ORDERED this _____ day of _____ 2006.

                                        _____
                                        JAMES K. SINGLETON, JR.
                                        United States District Judge