# APPENDIX C: Final Endangered and Threatened Species Documentation





United States Department of the Interior
U.S. FISH AND WILDLIFE SERVICE
Fairbanks Fish and Wildlife Field Office
101 12th Avenue, Box 19, Room 110
Fairbanks, Alaska 99701
January 6, 2004

Memorandum

To:        Curt Wilson, Chief of Environmental Coordination - Bureau of Land Management, Alaska State Office

From:      Steve Lewis, Field Supervisor - U.S. Fish and Wildlife Service, Fairbanks Fish and Wildlife Field Office

Subject:   Endangered Species Act, Section 7 Biological Opinion for the Northwest National Petroleum Reserve-Alaska Integrated Activity Plan / Environmental Impact Statement

This document transmits the U.S. Fish and Wildlife Service's (Service's) biological opinion (BO) based on our review of the Bureau of Land Management's (BLM's) biological assessment (BA) addressing their proposed Integrated Activity Plan/Environmental Impact Statement (IAP/EIS) for the Northwest National Petroleum Reserve-Alaska (NW NPR-A), and its effects on Steller's eiders (*Polysticta stelleri*) and spectacled eiders (*Somateria fischeri*) in accordance with section 7 of the Endangered Species Act of 1973 (Act), as amended (16 U.S.C. 1531 et seq.).  BLM originally initiated formal consultation on December 9, 2002, and the BO was finalized on May 20, 2003.  However, BLM subsequently requested that formal consultation again be conducted, focusing on the Preferred Alternative, with the resulting BO to replace the original (May, 2003) BO.  This request (signed October 2, 2003) was received on October 10, 2003, with additional materials received on September 30, October 17 and October 30, 2003.

The NW Planning Area is within the breeding ranges of spectacled and Alaska-breeding Steller's eiders, both listed as threatened under the Act.  We are particularly concerned with the proposed action because the NW Planning Area contains important breeding habitat for over 70% of spectacled eiders and over 90% of Steller's eiders on the Arctic Coastal Plain (ACP) and both species are known to occur/nest at comparatively medium to high densities within BLM's designated Area of High Geologic Potential (Figure 1).  Across the NW Planning Area, we have found that these two species are unevenly distributed.  Although somewhat different, both species show a general gradient in density from high in the Northern and Western portions of the NW Planning Area to low in the

Southern and Southeastern portions.  Spectacled eiders tend to be more abundant and widely distributed than Steller's eiders across the NW Planning Area.  However, occasionally Steller's eiders are more numerous in the immediate vicinity of Barrow.  Steller's eiders appear to nest with greater regularity and in greater abundance near Barrow than elsewhere on the ACP.

Based on the information provided on the proposed and potential activities, and the information currently available on listed and proposed species and designated and proposed critical habitat, the Service has determined that it is unlikely that the action will violate section 7(a)(2) of the Act.  Section 7(a)(2) of the Act states that Federal agencies must ensure that their activities are not likely to: 1) jeopardize the continued existence of any listed species, or 2) result in the destruction or adverse modification of designated critical habitat.  We arrived at this "non-jeopardy" determination based on the impacts outlined in the Effects of the Action and Conclusion sections and on BLM's commitment to consult with respect to all aspects of future oil development, production and abandonment.

The Incidental Take Statement for this non-jeopardy opinion includes reasonable and prudent measures and terms and conditions which, upon finalization of this draft, become mandatory for the BLM to implement.  These reasonable and prudent measures and implementing terms and conditions address take from habitat loss and migrants colliding with oil field structures within the NW Planning Area.

With this non-jeopardy BO, the Service would like to stress that given the amount of uncertainty surrounding where development may occur subsequent to leasing, how that development would be managed (discretion in enforcement of stipulations and required operating procedures), and how Steller's and spectacled eiders may be affected by oil and gas activity, it is difficult to evaluate potential impacts to these two species.  However, the potential for significant impacts is highest in/adjacent to the northernmost portion of the NW Planning Area, because we believe a very large proportion of Alaska-breeding Steller's eiders nest within the area referred to as the "Barrow Triangle" (approximately the area north of $70^0$ 50' N, between Dease Inlet and the Chukchi Sea).  High-density nesting and brood-rearing areas for spectacled eiders are found within the wetlands south of Peard Bay, including the Kugrua and Kungok river drainages, and within the wetlands adjacent to Dease Inlet, including the Meade, Chip, and Inaru river drainages.  If substantial development, beyond the levels identified in the BA, occurs within/adjacent to areas of high concentration for either species, the potential for significant impacts is high.  If development is ultimately authorized in/adjacent to these areas, diligent management will likely be required to protect these threatened species (Area of High Geologic Potential overlaps or is adjacent to areas of comparatively high-density nesting and brood-rearing areas for spectacled eiders listed above).  Because the effects of development on spectacled and Steller's eiders are inadequately studied and understood, we believe that the most certain way to avoid population-level impacts is to exclude development from high-density nesting areas.

Over the last several weeks the Service and BLM have worked closely together in reviewing and revising the attached document.  We look forward to working collaboratively with the BLM staff in implementing the terms and conditions of the BO.  A complete administrative record of this consultation is on file at the Fairbanks Fish and Wildlife Field Office, 101 12th Ave., Box 19, Room 110, Fairbanks, Alaska 99701.  A chronology of the consultation history is provided in Appendix 1.  If you have any comments or concerns regarding this BO, please have your staff contact Jonathan Priday, Endangered Species Biologist, Fairbanks Fish and Wildlife Field Office at 907/456-0499.

Attachment

**FINAL BIOLOGICAL OPINION**

INTRODUCTION

This document transmits the U.S. Fish and Wildlife Service's (Service's) final biological opinion (BO) based on our review of the Bureau of Land Management's (BLM's) biological assessment (BA) covering their proposed Integrated Activity Plan/Environmental Impact Statement (IAP/EIS) for the Northwest National Petroleum Reserve-Alaska (NW NPR-A), and its effects on Steller's eiders (*Polysticta stelleri*) and spectacled eiders (*Somateria fischeri*) in accordance with section 7 of the Endangered Species Act of 1973 (Act), as amended (16 U.S.C. 1531 et seq.).  The NW NPR-A IAP/EIS states that it supersedes the 1983 NPR-A EIS and is now the sole National Environmental Policy Act (NEPA) analysis for the NW NPR-A Planning Area (NW Planning Area).  BLM originally initiated formal consultation on December 9, 2002, and the BO was finalized on May 20, 2003.  However, BLM subsequently requested that formal consultation again be conducted, focusing on the Preferred Alternative, with the resulting BO to replace the original (May, 2003) BO.  This request (signed October 2, 2003) was received on October 10, 2003, with additional materials received on September 30, October 17 and October 30, 2003.  BLM expects oil and gas leases under its IAP/EIS's Preferred Alternative to have a life of ~15 years.  Oil field production infrastructure resulting from leasing is expected to operate at least 30 years.

BLM drafted the IAP/EIS to determine the appropriate multiple-use management of 8.8 million acres of the NW Planning Area, consistent with existing statutory direction for its management.  The NW Planning Area is within the breeding ranges of spectacled and Alaska-breeding Steller's eiders, both listed as threatened under the Act.  We are particularly concerned with the proposed action because the NW Planning Area contains important breeding habitat for over 70% of spectacled eiders and over 90% of Steller's eiders on the Arctic Coastal Plain (ACP) and both species occur/nest at comparatively high densities within BLM's designated Area of High Geologic Potential (Figure 1). Across the NW Planning Area, we have found that these two species are unevenly distributed.   Both species show a general gradient in density from high in the Northern and Western portions of the NW Planning Area to low in the Southern and Southeastern portions.  Spectacled eiders tend to be more abundant and more widely distributed than Steller's eiders across the NW Planning Area (Figure 2).  However, occasionally Steller's eiders are more numerous in the immediate vicinity of Barrow (Figure 3).

The IAP/EIS addresses the full range of BLM's management responsibilities in the NW Planning Area, with the potential use of the area for oil and gas development as a major focus.  The management plan includes various current and future surface-impacting activities that may affect the threatened spectacled and Steller's eiders, such as aircraft use, hazardous- and solid-material removal and remediation, overland moves, seismic activities, and oil and gas leasing/exploration and development/production activities.  Such activities, particularly oil and gas activities, temporary camps, and aircraft traffic may result in disturbance, altered habitat, and spills of oil or other contaminants.  These could adversely affect the behavior, distribution, and abundance of listed eiders in or adjacent to the NW Planning Area.

For long-term, multistaged activities for which agency actions occur in discrete steps, such as leasing large tracts of Federal land for mineral exploration, the Service must evaluate not only the proposed action, but also the potential resulting actions in order to determine the likelihood of the entire action violating section 7(a)(2) of the Act.  Consulting on actions such as those described by the IAP/EIS's Preferred Alternative is challenging in that the Preferred Alternative does not describe defined actions, but only contains the design standards that would be used to develop future actions.  The Preferred Alternative also contains temporal and spatial uncertainty regarding future actions, resulting

in corresponding uncertainty regarding potential impacts to listed eiders.  Therefore, while developing the effects analysis and associated Incidental Take Statement (ITS) for this BO, we have provided the benefit of the doubt to the species and developed reasonable projections of potential conflicts between activities that could occur under the BLM's Preferred Alternative and the protection of listed eiders.

This BO is based on information provided in BLM's October 17, 2003, BA, October 30, 2003, attachments to evaluate the effects of proposed oil/gas leasing, exploration, development, production and abandonment actions under the IAP/EIS's Preferred Alternative, and on other information available to the Service.  The following document represents the Service's BO on the effects of that action on the threatened spectacled eider (*Somateria fischeri*) and Steller's eider (*Polysticta stelleri*), in accordance with section 7 of the Act.  Based on the information provided on the proposed and potential activities, and the information currently available on listed and proposed species and designated and proposed critical habitat, the Service has determined that it is unlikely that the action will violate section 7(a)(2) of the Act.  Section 7(a)(2) of the Act states that Federal agencies must ensure that their activities are not likely to: 1) jeopardize the continued existence of any listed species, or 2) result in the destruction or adverse modification of designated critical habitat.  To arrive at this "non-jeopardy" determination, we used a five-step approach for applying the section 7(a)(2) standards. The steps are as follows:

1. Define the biological requirements and current status of each listed eider species,
2. Evaluate the relevance of the environmental baseline to the species' current status,
3. Determine the effects of the proposed or continuing action on listed species,
4. Determine whether the species can be expected to survive with an adequate potential for recovery under the effects of the proposed or continuing action, the effects of the environmental baseline, and any cumulative effects, and considering measures for survival and recovery specific to other life stages, and
5. Identify reasonable and prudent alternatives (RPAs) to a proposed or continuing action when that action is likely to jeopardize the continued existence of a listed species. Thus, this step is relevant only when the conclusion of the previously described analysis for Step 4, above, is that the proposed action would jeopardize listed species. The RPA would have to reduce the impacts associated with the proposed action to a level that does not jeopardize the species.

The BA and other documents provided to the Service include two important categories of information intended to clarify potential actions under the IAP/EIS.  Prior to leasing and exploration, it is difficult to predict exactly how much and where oil and gas development will occur.  Therefore, to form a basis for predicting impacts to spectacled and Steller's eiders, BLM provided a "reasonable and foreseeable oil development scenario" that describes the location and extent of development expected by BLM in the NW Planning Area.  Additionally, BLM further defined potential actions under the IAP/EIS through a set of explicit "assumptions" upon which impact evaluation could be based.  One example is the assumption that all of the projected development would occur in the Area of High Geologic Potential (Figure 1).  In combination, the development scenario and accompanying assumptions form the basis for the Service's impact evaluation, and provide a means of measuring the accuracy of this basis in the future.  Thus, should the development scenario prove unrealistic or one or more assumptions be violated, the need to evaluate impacts not considered in this BO can be assessed.

This determination is also based on BLM's commitment to consult with respect to all aspects of future oil development, production and abandonment.   Additionally, consultation requirements must be met before granting of an exception to a Required Operating Procedure (ROP).  This does not mean that separate consultations must be done for each individual development project; several

development projects may be covered under a single consultation as long as section 7(a)(2) of the Act is satisfied.

With this "no jeopardy" determination, the Service stresses that given the large amount of uncertainty described within the BA surrounding how where development may occur subsequent to leasing, how that development would be managed (Administrative Officer discretion over application of stipulations and ROPs), and how Steller's and spectacled eiders may be affected by development/production, it is difficult to evaluate potential impacts from oil development to these two species.  However, the potential for significant impacts is highest in/adjacent to the northernmost portion of the NW Planning Area, because we believe a large proportion of Alaska-breeding Steller's eiders nest within the area referred to as the "Barrow Triangle" (which is approximately that area north of $70^0$ 50' N, between Dease Inlet and the Chukchi Sea) (Figure 4).  Comparatively high-density nesting and brood-rearing areas for spectacled eiders are found within the wetlands south of Peard Bay, including the Kugrua and Kungok river drainages, and within the wetlands adjacent to Dease Inlet, including the Meade, Chipp, and Inaru river drainages.  If substantial development, beyond the levels identified in the BA, occurs within/adjacent to areas of high concentration for either species, the potential for significant impacts is high If development is ultimately authorized in/adjacent to these areas, diligent management will likely be required to protect these threatened species (Area of High Geologic Potential overlaps or is adjacent to areas of comparatively high-density nesting and brood-rearing areas for spectacled eiders listed above).  Because the effects of development on spectacled and Steller's eiders are inadequately studied and understood, we believe that the most certain way to avoid significant impacts is to exclude development from high-density nesting areas.

A chronology of consultation actions regarding the BA is provided in Appendix 1.  A complete administrative record of this consultation is on file at the Fairbanks Fish and Wildlife Field Office, 101 12th Ave., Box 19, Fairbanks, Alaska 99701. If you have any comments or concerns regarding this biological opinion, please contact Jonathan Priday, Endangered Species Biologist, Fairbanks Fish and Wildlife Field Office at 907/456-0499.

DESCRIPTION OF THE PROPOSED ACTION

Background

Section 7(a)(2) of the Endangered Species Act, (16 U.S.C. § 1531 et seq.), requires that each Federal agency shall insure that any action authorized, funded, or carried out by such agency is not likely to jeopardize the continued existence of any endangered species or threatened species or result in the destruction or adverse modification of critical habitat of such species. When the action of a Federal agency may adversely affect listed species, that agency (i.e., the "action" agency) is required to consult with either the National Marine Fisheries Service (NMFS) or the U.S. Fish and Wildlife Service (Service), depending upon the protected species that may be affected. For the actions described in this document, the action agency is the BLM.  Due to the protected species involved, the consulting agency is the Service.  Section 7(b) of the Act requires that the consultation be summarized in a BO detailing how the action may affect protected species. The purpose of this BO is to fulfill the section 7 requirements for consultation on oil and gas activity within the NW Planning Area.  Section 7 regulations allow a formal consultation to encompass a number of similar actions within a given geographic area or a segment of a comprehensive plan (50 CFR 402.14). This opinion focuses on the potential effects of oil and gas activity on the threatened Steller's eider (*Polysticta stelleri*) and spectacled eider (*Somateria fischeri*).

If a lease sale were to result from the IAP/EIS's Preferred Alternative, it would be the seventh sale in the NPR-A since January 1982.  The first two oil and gas lease sales were held in January and May