

U.S. Department of the Interior

Bureau of Land Management                                  June 2004

# Northeast National Petroleum Reserve – Alaska

# DRAFT Amended Integrated Activity Plan/ Environmental Impact Statement

# Volume 1



# Draft

# Amendment to the Northeast National Petroleum Reserve Integrated Activity Plan/ Environmental Impact Statement

# Volume 1

Prepared by

U.S. Department of the Interior, Bureau of Land Management
Anchorage, Alaska

June 2004

# TABLE OF CONTENTS AND LISTS OF TABLES, FIGURES, AND MAPS

# TABLE OF CONTENTS

## VOLUME 1

Abstract ................................................................................................................................ Abstract-i

Executive Summary ............................................................................................... Executive Summary-i

| | | |
|---|---|---|
| **Chapter 1.** | **Introduction** ........................................................................................................... 1-1 | |
| | 1.1 Preview of this Section ............................................................................. 1-3 | |
| | 1.2 Proposed Action ........................................................................................ 1-3 | |
| | 1.3 Purpose and Need for the Proposed Action .............................................. 1-3 | |
| |     1.3.1 Purpose and Need ........................................................................ 1-3 | |
| |     1.3.2 Authority ..................................................................................... 1-6 | |
| | 1.4 Northeast National Petroleum Reserve – Alaska Planning Area Boundary ...................... 1-7 | |
| | 1.5 Administrative History of the National Petroleum Reserve – Alaska .............................. 1-7 | |
| | 1.6 Other Documents that Influence the Scope of the Amended IAP/EIS ............................. 1-8 | |
| | 1.7 Decisions to be Made and Implementation .............................................. 1-9 | |
| |     1.7.1 Requirements for Further Analysis ............................................ 1-10 | |
| | 1.8 Consistency with Federal, State, and Local Laws and Regulations .............................. 1-10 | |
| | 1.9 Federal and State Permits and Approvals Needed to Implement the Proposed Action .. 1-12 | |
| | 1.10 Interrelationships and Coordination with Other Agencies ..................... 1-13 | |
| | 1.11 Consultation ............................................................................................. 1-16 | |
| | 1.12 Public Involvement, Scoping, and Key Issues ....................................... 1-16 | |
| |     1.12.1 Public Scoping Notices and News Releases ........................... 1-17 | |
| |     1.12.2 Public Scoping Meetings ......................................................... 1-17 | |
| |     1.12.3 Agency and Organization Meetings ........................................ 1-17 | |
| |     1.12.4 Key Issues and Concerns ......................................................... 1-17 | |
| | 1.13 Limitations of the Amended IAP/EIS .................................................... 1-19 | |
| | 1.14 Preview of the Remainder of the Amended IAP/EIS ............................. 1-20 | |

| | | |
|---|---|---|
| **Chapter 2.** | **Alternatives** .......................................................................................................... 2-1 | |
| | 2.1 Introduction .............................................................................................. 2-3 | |
| | 2.2 Formulation of the Alternatives ............................................................... 2-3 | |
| |     2.2.1 Areas with Additional Protections ............................................... 2-5 | |
| | 2.3 Description of the Alternatives ................................................................ 2-7 | |
| |     2.3.1 Alternative A – No Action Alternative ....................................... 2-7 | |
| |     2.3.2 Alternative B – Preferred Alternative ......................................... 2-7 | |
| |     2.3.3 Alternative C ............................................................................... 2-8 | |
| | 2.4 Alternatives Considered but Eliminated from Detailed Analysis ........... 2-9 | |
| |     2.4.1 Alternatives Considered in 1998 Northeast IAP/EIS ................. 2-9 | |
| |     2.4.2 Other Alternatives ..................................................................... 2-10 | |
| | 2.5 Other Management Actions Common to All Alternatives ..................... 2-10 | |
| | 2.6 Stipulations and Required Operating Procedures .................................. 2-11 | |
| |     2.6.1 Definitions ................................................................................. 2-12 | |
| |     2.6.2 Alternative B and Alternative C Stipulations and Required Operating Procedures ........................................................................ 2-13 | |
| | 2.7 Monitoring .............................................................................................. 2-33 | |

# TABLE OF CONTENTS

2.8    Comparison of the Mitigation for Each Alternative, and Consequences of Each Alternative .................................................................................................................. 2-34
2.9    Impacts to Current and Future Lease Holders from Revisions to 1998 Northeast IAP/EIS ROD ................................................................................................................. 2-34

**Chapter 3.    Affected Environments** ............................................................................................. 3-1
    3.1    Preview of this Section .................................................................................... 3-5
    3.2    Physical Environment .................................................................................... 3-5
        3.2.1    Climate and Meteorology ................................................................. 3-5
        3.2.2    Air Quality ......................................................................................... 3-7
        3.2.3    Physiography ..................................................................................... 3-7
        3.2.4    Geology and Minerals ....................................................................... 3-9
        3.2.5    Petroleum Resources ....................................................................... 3-12
        3.2.6    Paleontological Resources ............................................................... 3-17
        3.2.7    Soil Resources .................................................................................. 3-18
        3.2.8    Sand and Gravel Resources .............................................................. 3-19
        3.2.9    Water Resources .............................................................................. 3-20
        3.2.10    Hazardous Materials ....................................................................... 3-27
    3.3    Biological Resources ..................................................................................... 3-28
        3.3.1    Special Areas .................................................................................... 3-28
        3.3.2    Vegetation ........................................................................................ 3-29
        3.3.3    Wetlands and Floodplains ................................................................ 3-30
        3.3.4    Wildland Fire ................................................................................... 3-31
        3.3.5    Fish ................................................................................................... 3-32
        3.3.6    Birds ................................................................................................. 3-38
        3.3.7    Mammals .......................................................................................... 3-48
        3.3.8    Threatened and Endangered Species ............................................... 3-56
    3.4    Social Systems ............................................................................................... 3-60
        3.4.1    Cultural Resources ........................................................................... 3-60
        3.4.2    Subsistence ....................................................................................... 3-69
        3.4.3    Sociocultural Systems ...................................................................... 3-87
        3.4.4    Environmental Justice ..................................................................... 3-92
        3.4.5    Land Uses and Coastal Management .............................................. 3-94
        3.4.6    Recreational and Wilderness Resources ......................................... 3-100
        3.4.7    Visual .............................................................................................. 3-108
        3.4.8    Transportation ................................................................................ 3-112
        3.4.9    Economy ......................................................................................... 3-117

**Chapter 4.    Environmental Consequences** ................................................................................ 4-1

    4.1    Preview of this Section .................................................................................. 4-5
    4.2    Introduction and Basic Assumptions for the Environmental Consequences Assessment ...................................................................................................... 4-6
        4.2.1    Ground-impacting Management Actions ........................................ 4-6
        4.2.2    Oil Spills .......................................................................................... 4-41
    4.3    Alternative A (No Action Alternative) ....................................................... 4-52
        4.3.1    Air Quality ...................................................................................... 4-53
        4.3.2    Paleontological Resources .............................................................. 4-56
        4.3.3    Soil Resources ................................................................................. 4-58
        4.3.4    Water Resources ............................................................................. 4-62
        4.3.5    Vegetation ....................................................................................... 4-70

# TABLE OF CONTENTS

|  |  |  |  |
|---|---|---|---|
|  | 4.3.6 | Wetlands and Floodplains | 4-78 |
|  | 4.3.7 | Fish | 4-80 |
|  | 4.3.8 | Birds | 4-95 |
|  | 4.3.9 | Mammals | 4-106 |
|  | 4.3.10 | Threatened and Endangered Species | 4-123 |
|  | 4.3.11 | Cultural Resources | 4-131 |
|  | 4.3.12 | Subsistence | 4-134 |
|  | 4.3.13 | Sociocultural Systems | 4-140 |
|  | 4.3.14 | Environmental Justice | 4-146 |
|  | 4.3.15 | Coastal Zone Management | 4-149 |
|  | 4.3.16 | Recreational Resources | 4-157 |
|  | 4.3.17 | Visual Resources | 4-161 |
|  | 4.3.18 | Economy | 4-164 |
| 4.4 | Alternative B (Preferred Alternative) |  | 4-165 |
|  | 4.4.1 | Air Quality | 4-166 |
|  | 4.4.2 | Paleontological Resources | 4-172 |
|  | 4.4.3 | Soil Resources | 4-173 |
|  | 4.4.4 | Water Resources | 4-177 |
|  | 4.4.5 | Vegetation | 4-185 |
|  | 4.4.6 | Wetlands and Floodplains | 4-190 |
|  | 4.4.7 | Fish | 4-192 |
|  | 4.4.8 | Birds | 4-202 |
|  | 4.4.9 | Mammals | 4-208 |
|  | 4.4.10 | Threatened and Endangered Species | 4-218 |
|  | 4.4.11 | Cultural Resources | 4-224 |
|  | 4.4.12 | Subsistence | 4-226 |
|  | 4.4.13 | Sociocultural System | 4-233 |
|  | 4.4.14 | Environmental Justice | 4-236 |
|  | 4.4.15 | Coastal Zone Management | 4-238 |
|  | 4.4.16 | Recreational Resources | 4-244 |
|  | 4.4.17 | Visual Resources | 4-248 |
|  | 4.4.18 | Economy | 4-251 |
| 4.5 | Alternative C |  | 4-256 |
|  | 4.5.1 | Air Quality | 4-257 |
|  | 4.5.2 | Paleontological Resources | 4-262 |
|  | 4.5.3 | Soil Resources | 4-264 |
|  | 4.5.4 | Water Resources | 4-267 |
|  | 4.5.5 | Vegetation | 4-275 |
|  | 4.5.6 | Wetlands and Floodplains | 4-279 |
|  | 4.5.7 | Fish | 4-281 |
|  | 4.5.8 | Birds | 4-286 |
|  | 4.5.9 | Mammals | 4-292 |
|  | 4.5.10 | Threatened and Endangered Species | 4-299 |
|  | 4.5.11 | Cultural Resources | 4-305 |
|  | 4.5.12 | Subsistence | 4-307 |
|  | 4.5.13 | Sociocultural System | 4-312 |
|  | 4.5.14 | Environmental Justice | 4-315 |
|  | 4.5.15 | Coastal Zone Management | 4-317 |
|  | 4.5.16 | Recreational Resources | 4-324 |
|  | 4.5.17 | Visual Resources | 4-328 |
|  | 4.5.18 | Economy | 4-330 |

Exhibit 18, page 6 of 10

TABLE OF CONTENTS

| | | | |
|---|---|---|---|
| 4.6 | | Effects of the Cumulative Case | 4-336 |
| | 4.6.1 | History of Development on the North Slope | 4-336 |
| | 4.6.2 | Structure of the Cumulative Impacts Analysis | 4-337 |
| | 4.6.3 | Scope of the Analysis | 4-337 |
| | 4.6.4 | Resource Protection Measures Considered in the Cumulative Impacts Analysis | 4-339 |
| | 4.6.5 | Oil and Gas Exploration and Development Activities Considered in the Cumulative Effects Analysis | 4-340 |
| | 4.6.6 | Impacting Oil and Gas Activities | 4-360 |
| | 4.6.7 | Abandonment | 4-363 |
| | 4.6.8 | Other Information Considered in Cumulative Impacts Analysis | 4-364 |
| | 4.6.9 | Analysis of Cumulative Effects By Resources | 4-365 |
| | 4.6.10 | Incremental Contribution of Alternatives to Cumulative Effects | 4-416 |
| 4.7 | | Unavoidable Adverse Effects | 4-419 |
| | 4.7.1 | Air Quality | 4-419 |
| | 4.7.2 | Paleontological Resources | 4-419 |
| | 4.7.3 | Soil Resources | 4-419 |
| | 4.7.4 | Water Resources | 4-419 |
| | 4.7.5 | Vegetation | 4-420 |
| | 4.7.6 | Wetlands and Floodplains | 4-420 |
| | 4.7.7 | Fish | 4-421 |
| | 4.7.8 | Birds | 4-421 |
| | 4.7.9 | Mammals | 4-422 |
| | 4.7.10 | Threatened and Endangered Species | 4-422 |
| | 4.7.11 | Cultural Resources | 4-423 |
| | 4.7.12 | Subsistence | 4-423 |
| | 4.7.13 | Sociocultural Systems | 4-423 |
| | 4.7.14 | Environmental Justice | 4-424 |
| | 4.7.15 | Coastal Zone Management | 4-424 |
| | 4.7.16 | Recreation Resources | 4-424 |
| | 4.7.17 | Visual Resources | 4-424 |
| | 4.7.18 | Economy | 4-425 |
| 4.8 | | Relationship Between the Local Short-term Uses and Maintenance and Enhancement of Long-term Productivity | 4-425 |
| | 4.8.1 | Air Quality | 4-425 |
| | 4.8.2 | Paleontological Resources | 4-425 |
| | 4.8.3 | Soil Resources | 4-426 |
| | 4.8.4 | Water Resources | 4-426 |
| | 4.8.5 | Vegetation | 4-426 |
| | 4.8.6 | Wetlands and Floodplains | 4-427 |
| | 4.8.7 | Fish | 4-427 |
| | 4.8.8 | Birds | 4-427 |
| | 4.8.9 | Mammals | 4-428 |
| | 4.8.10 | Threatened and Endangered Species | 4-428 |
| | 4.8.11 | Cultural Resources | 4-429 |
| | 4.8.12 | Subsistence | 4-429 |
| | 4.8.13 | Sociocultural Systems | 4-429 |
| | 4.8.14 | Environmental Justice | 4-429 |
| | 4.8.15 | Coastal Zone Management | 4-430 |
| | 4.8.16 | Recreation Resources | 4-430 |
| | 4.8.17 | Visual Resources | 4-430 |

TABLE OF CONTENTS

|         |         | 4.8.18  | Economy .................................................................................................... | 4-430 |
| 4.9     | Irreversible and Irretrievable Commitment of Resources .............................................. | 4-431 |
|         | 4.9.1   | Air Quality ................................................................................................... | 4-431 |
|         | 4.9.2   | Paleontological Resources ........................................................................... | 4-431 |
|         | 4.9.3   | Soil Resources ............................................................................................. | 4-431 |
|         | 4.9.4   | Water Resources .......................................................................................... | 4-431 |
|         | 4.9.5   | Vegetation ................................................................................................... | 4-431 |
|         | 4.9.6   | Wetland and Floodplains ............................................................................. | 4-432 |
|         | 4.9.7   | Fish ............................................................................................................. | 4-432 |
|         | 4.9.8   | Birds ........................................................................................................... | 4-432 |
|         | 4.9.9   | Mammals ..................................................................................................... | 4-432 |
|         | 4.9.10  | Threatened and Endangered Species ............................................................ | 4-433 |
|         | 4.9.11  | Cultural Resources ...................................................................................... | 4-433 |
|         | 4.9.12  | Subsistence .................................................................................................. | 4-433 |
|         | 4.9.13  | Sociocultural Systems ................................................................................. | 4-434 |
|         | 4.9.14  | Environmental Justice ................................................................................. | 4-434 |
|         | 4.9.15  | Coastal Zone Management ......................................................................... | 4-434 |
|         | 4.9.16  | Recreation Resources .................................................................................. | 4-434 |
|         | 4.9.17  | Visual Resources ......................................................................................... | 4-434 |
|         | 4.9.18  | Economy ..................................................................................................... | 4-435 |
|         | 4.9.19  | Oil and Gas Resources ................................................................................ | 4-435 |
| 4.10    | Low-Probability, Very Large Oil Spill ........................................................................... | 4-435 |
|         | 4.10.1  | Introduction ................................................................................................ | 4-435 |
|         | 4.10.2  | Blowout Assumptions ................................................................................. | 4-437 |
|         | 4.10.3  | Behavior and Fate of a Blowout Oil Spill During Various Seasons ............ | 4-438 |
|         | 4.10.4  | Effects of a Low-Probability, Very Large Oil Spill ..................................... | 4-439 |
|         | 4.10.5  | Comparison of Alternatives ........................................................................ | 4-450 |
|         | 4.11    | Possible But Unlikely Permanent Roads ..................................................... | 4-451 |
|         | 4.11.1  | Scenario for a Possible Permanent Road Within the Planning Area ........... | 4-451 |
|         | 4.11.2  | Scenario for a Possible Permanent Road Connecting Northeast National Petroleum Reserve – Alaska to Outside of the Planning Area ..................... | 4-452 |
|         | 4.11.3  | Effects ......................................................................................................... | 4-452 |

**Chapter 5.**  **Consultation and Coordination** ........................................................................... 5-1
    5.1   Preview of this Section ........................................................................................................ 5-3
    5.2   Formal Scoping .................................................................................................................... 5-3
    5.3   Agency and Organization Meetings .................................................................................... 5-3
    5.4   Agencies and Organizations Contacted ............................................................................... 5-4
    5.5   Government-to-Government Consultation .......................................................................... 5-5
    5.6   List of Preparers of the Draft IAP/EIS ................................................................................ 5-6

**Chapter 6.**  **Bibliography** ............................................................................................................ 6-1

**Chapter 7.**  **Glossary** .................................................................................................................... 7-1

**Chapter 8.**  **Index** ......................................................................................................................... 8-1

Northeast National Petroleum Reserve – Alaska
Draft Amended IAP/EIS
v
June 2004

Exhibit 18, page 8 of 10

## 2.3 Description of the Alternatives

The three alternatives developed for the Amended IAP/EIS differ in two important areas: 1) the amount of land that would be made available for oil and gas leasing, and 2) the types of mitigation (lease stipulations and ROPS) that would be used to protect surface resources (Table 2-1). The following sections discuss these elements in more detail for each alternative. In addition, two tables (Table 2-2 and Table 2-3) found at the end of this chapter are used to compare the mitigations, for each alternative, and to describe the likely effects of actions taken under each alternative.

Table 2-1. Alternative Summary Comparison Table.

| | Alternatives | | |
|---|---|---|---|
| | Alternative A – No Action (1998 Northeast IAP/EIS ROD) | Preferred Alternative B | Alternative C |
| Lands Available for Lease | Approximately 4.0 million acres (87%) available for leasing | Approximately 4.387 million acres (97%) available for leasing | 4.6 million acres (100%) available for leasing (entire Planning Area) |
| Mitigation | 79 Prescriptive-based stipulations as outlined in 1998 Northeast IAP/EIS ROD | Performance-based stipulations and ROPs as given in Section 2.6 | Performance-based stipulations and ROPs (same as Alternative B) |
| Leasing and Occupancy Restrictions | Areas unavailable for leasing (approximately 600,000 acres [ 13%] of the Planning Area) | Goose molting/caribou habitat use area northeast of Teshekpuk Lake (approximately 213,000 acres [ 4.6%] of the Planning Area unavailable for leasing) | All areas available for leasing |

### 2.3.1 Alternative A – No Action Alternative

Alternative A is the No Action Alternative and is comprised of decisions established in the ROD for the 1998 Northeast IAP/EIS. The decisions described in this alternative constitute the existing management practices of the Northeast National Petroleum Reserve – Alaska.

Under this alternative, approximately 87 percent (4 million acres) of the Planning Area's 4.6 million acres would be available for oil and gas leasing (Map 2-1). Management practices would emphasize prescriptive-based stipulations on surface activities, consultation with local residents, and coordinated scientific studies to protect wildlife habitat, subsistence use areas, and other resources. The prescriptive-based stipulations developed for this alternative in the 1998 Northeast IAP/EIS ROD are listed in Appendix E. Appendix F (Standardized Stipulations Applied to Mitigate the Impacts of Non-Oil and Gas Authorizations), lists stipulations that apply to all non-oil and gas related activities conducted for the No Action and action alternatives. Table 2-2, found at the end of this chapter, compares the prescriptive-based stipulations developed for this alternative with the performance-based stipulations and ROPs developed for the Preferred Alternatives and Alternative C.

### 2.3.2 Alternative B – Preferred Alternative

Alternative B, the Preferred Alternative, makes available approximately 97 percent (4.4 million acres) of the Planning Area's 4.6 million acres for oil and gas leasing (Map 2-2). Management practices would emphasize performance-based stipulations and ROPs on surface activities, consultation with local residents, and coordinated scientific studies to protect wildlife habitat, subsistence use areas, and other resources. In addition approximately 213,000 acres would be unavailable for oil and gas leasing, to provide for protection of wildlife and subsistence resources (Map 2-2).

ALTERNATIVES

Performance-based stipulations and ROPs (patterned after those developed for the northwest portion of the National Petroleum Reserve – Alaska) would be used to mitigate the impacts of energy development and other land uses throughout the Planning Area. These restrictions are presented in Section 2.6 (Stipulations and Required Operating Procedures) and pertain to the following activities:

- Waste Prevention Handling, Disposal, Spills, and Public Safety
- Water Use for Permitted Activities
- Winter Overland Moves and Seismic Work
- Oil and Gas Exploratory Drilling
- Facility Design and Construction
- Use of Aircraft for Permitted Activities
- Oilfield Abandonment
- Subsistence Consultation for Permitted Activities
- Orientation Programs Associated with Permitted Activities
- Endangered Species Act Section 7 Consultation Process

Additional seasonal and spatial restrictions are applied to provide protection of specific environmentally sensitive areas. These areas are described in Section 2.2.1 (Areas with Additional Stipulations) and in the stipulations outlined in Section 2.6.2.3 (Stipulations That Apply to Biologically Sensitive Areas). These stipulations would also apply to the approximately 387,000 acres that are unavailable for leasing under the No Action Alternative, but would be made available under the Preferred Alternative. Environmentally sensitive areas and their applicable stipulations are listed below.

- Rivers Area (see Lease Stipulation K-1)
- Deep Water Lakes (see Lease Stipulation K-2)
- Teshekpuk Lake (see Stipulation K-3)
- Goose Molting Area (see Lease Stipulation K-4)
- Teshekpuk Lake Caribou Habitat Area (see Lease Stipulation K-5)
- Coastal Area (see Stipulation K-6)
- Colville River Special Area (see Lease Stipulation K-7)
- Pik Dunes (see Lease Stipulation K-8)

### 2.3.3   Alternative C

Alternative C is intended to allow maximum oil and gas activities permitted by law. Alternative C also utilizes the same performance-based stipulations and ROPs developed for the Preferred Alternative to mitigate the impacts of energy development and other land uses on resources in the Planning Area.

All lands within the Planning Area would be available for leasing; however, additional seasonal and spatial stipulations would be applied to protect environmentally sensitive areas (Map 2-3). Performance-based stipulations and ROPs (patterned after those developed for the northwest portion of the National Petroleum Reserve – Alaska) will be used to mitigate the impacts of energy development and other land uses, throughout