**From:** Alexandra_M_Post@ak.blm.gov
**Sent:** Friday, October 29, 2004 1:49 PM
**To:** nenpraar@ensr.com
**Subject:** Fw: Teshkpuk from Jim Craig

----- Forwarded by Alexandra M Post/AKSO/AK/BLM/DOI on 10/29/2004 01:48 PM -----

**Colleen McCarthy**

08/03/2004 11:50 AM

To: 7Susan Childs/AKSO/AK/BLM/DOI@BLM
cc:
Subject: Re: Fw: Teshkpuk from Jim Craig Link

Susan,

Absolutely - Jim should be there.

Colleen McCarthy
Deputy State Director, Energy & Solid Minerals
(907)271-3128
Colleen_McCarthy@ak.blm.gov


**7Susan Childs**

08/03/2004 10:44 AM

To: Colleen McCarthy/AKSO/AK/BLM/DOI@BLM
cc:
Subject: Fw: Teshkpuk from Jim Craig

Colleen

Please read Jim's note below. I believe his assessment of a fair compromise regarding the lake is worthy of discussion and we should invite him to our meeting on Friday. Please let me know if you agree.

Thanks

Susan

Susan Childs
Environmental Program Analyst
NE NPR-A Amendment Project Manager
Bureau of Land Management - AKSO (930)
Anchorage Alaska 99513-7599

(907) 271-1985
(907) 271-5479 Fax

----- Forwarded by 7Susan Childs/AKSO/AK/BLM/DOI on 08/03/2004 10:42 AM -----

**Exhibit 22, page 1 of 3**

**James Craig/MMS/DOI@MMS**

08/03/2004 10:23 AM

To  7Susan Childs/AKSO/AK/BLM/DOI@BLM
cc
Subject  Teshkpuk

Susan.

Here are some thoughts from our phone conversation:

The northern edge of the Alpine reservoir trends through the middle of the lake. The Puviak prospect extends into the lake on its western side. It is likely that industry will attempt to identify additional prospects along this trend (through the lake).

Alpine-like prospects are defined entirely by 3-D seismic. The most cost-effective survey technique is vibroseis during the winter. Marine airgun and drag-cable surveys can collect good 3-D data in shallow water, although costs are much higher than vibroseis. Marine surveys are usually done offshore, not in isolated lakes. Good vibroseis data is collected out the depths where the ice floats above the seabed (or lake bottom). This is generally about 6 ft of water depth and could be several miles from the lake shore.

It is feasible to drill extended reach wells up to 4 miles on the North Slope. Thus reservoirs located within a few miles of the lake shore, and delineated by winter vibroseis surveys, could be tapped by ERD production wells. Assuming that open water seismic surveys in the lake are cost prohibitive, no prospects will be delineated beyond the 6 ft isobath.

It is important lease all areas that could be drained by production wells (insure that all revenues are collected by the government). Leases could be offered in the shallow areas around the lake shore (maybe out to 3 miles) with restrictions similar to Dease Inlet. That is, no in-lake production platforms, pipelines, etc. until clean-up capabilities are proven. Reservoir areas under the shallow parts of the lake could be drained using ERD wells from pads setback (1/4 mi) from the lake shore. Including the setback, wells could reach up to 4 miles under the lake while causing no disturbance to subsistence activities on the lake in summer. This would be consistent with BLM's regulatory approach for Dease Inlet. For one reason or another, no bids were received for tracts in Dease Inlet in the 2004 NW sale.

Previously, a 3-mile NSO buffer was created around the lake and no leases were issued in the lake. What I propose is to now push the NSO buffer out into the lake (with a ¼ shoreline setback). Industry can collect vibroseis data over their leases in the lake and drill exploration wells off ice pads in the lake. If discoveries are made, reservoirs can be tapped by ERD from facilities behind the ¼ mile setback.

I think this is a good compromise. Removing large parts of the lake from leasing and putting restrictions on operations (similar to Dease) to protect subsistence users could be played as a big concession to opponents of

the new NE plan.  Industry is not likely to try a summer marine survey in the lake (confirm with Dick Gerard, CPXA).

Let me know before Friday so I can gather some materials.

Jim