August, 23 2004

NE NPR-A Amendment Planning Team          197606
Bureau of Land Management (930)
Alaska State Office
222 West 7th Ave.
Anchorage, AK 99513-7599

Dear Planning Team:

As ornithologists and other wildlife professionals[1], we submit this letter[2] as part of the record of public comments on the Bureau of Land Management's (BLM) June 2004 draft integrated activity plan and environmental impact statement for Northeast National Petroleum Reserve-Alaska ("Reserve").

The northeastern portion of the National Petroleum Reserve-Alaska has exceptional wildlife values, including:

[1]
- the Teshekpuk Lake area, which is one of the most important wetland complexes and goose molting habitats in the entire circumpolar Arctic;
- the Colville River, which has some of the highest densities of nesting peregrine falcons, rough-legged hawks and other raptors in the world;
- nesting habitat for spectacled eiders, which are listed as threatened under the Endangered Species Act, and yellow-billed loons, king eiders, long-tailed ducks, buff-breasted sandpipers, and dunlin, which are on the Audubon *WatchList* because their populations are thought to be vulnerable or declining; and
- the Teshekpuk Lake Caribou Herd, which is the most important herd for subsistence harvests by Alaska Natives living on the North Slope.

[2]
Given that BLM is proposing to open a large proportion of the Teshekpuk Lake Surface Protection Area to oil and gas activity, our immediate concern and the focus of this letter is the Teshekpuk Lake area— its importance to molting geese and the potential impacts of large-scale oil and gas activity.

[3]
For more than 40 years, the area north and east of Teshekpuk Lake has been recognized for its importance to molting geese (King 1970[3]). This area is remote, has deep-water lakes where flightless geese can escape predators, and offers sedges and grasses as high-quality forage (Derksen et al. 1982[4]). With these attributes, the area attracts up to 37,000 brant, 35,000 greater white-fronted geese, and thousands of Canada and snow geese in July and

---

[1] This letter represents the viewpoints of the individual scientists listed below. Institutional affiliations are listed for identification purposes only, and do not in any way constitute an endorsement of this letter, nor does this letter necessarily reflect the views and opinions of the affiliated organizations.
[2] For informational purposes, contact Audubon Alaska, 715 L Street, Suite 200, Anchorage, AK 99501.
[3] King, J.G. 1970. The swans and geese of Alaska's Arctic slope. Wildfowl 21:11-17.
[4] Derksen, D.V., W.D. Eldridge and M.W. Weller. 1982. Habitat ecology of Pacific brant and other geese moulting near Teshekpuk Lake, Alaska. Wildfowl 33:39-57.

August for their annual molt (Mallek 2004[5]). For brant, this number represents as much as 30 percent of the entire Pacific Flyway population, with birds originating from Alaska's North Slope and Yukon-Kuskokwim Delta, the western Canadian Arctic, and Wrangell Island in Russia (Bollinger and Derksen 1996[6]).

**004 Birds**

The sensitivity of geese during their flightless, energy-demanding molt is well established (Derksen et al. 1979[7]). Molting geese will run at the sight of a distant person, and disturbance by aircraft overhead— to which brant apparently do not habituate— is a major problem (Jensen 1990[8], Miller et al. 1994[9]). Behavioral responses to disturbance add stress to the already-taxing requirements of molting geese (Jensen 1990, Taylor 1995[10]).

**005 Birds**

Reductions in feeding time or excessive energy expenditures ultimately may compromise fitness and, hence, survival or reproductive success (Taylor 1993[11]). The combined effects of industrial oil development in the Teshekpuk Lake area and the northward advance of woody vegetation due to climate warming in the Arctic (Sturm et al. 2001[12]) may shrink habitat available to molting geese and displace them to less optimal habitats. The likely result would be reduced populations of brant and possibly other species, such as greater white-fronted goose.

**006 Birds**

We note that brant in the Pacific Flyway are well below desired population levels and are important to subsistence hunters on the North Slope, Yukon-Kuskokwim Delta, and Bristol Bay, and also to sport hunters on the Alaska Peninsula (e.g., at Izembek Lagoon), from Washington to California, and Mexico. Any significant reductions in numbers of brant could trigger restrictions or closures of both subsistence and sport harvests (Pacific Flyway Council 2002[13]).

**007 Birds**

In January 1998, the Pacific Flyway Council (Greer 1998[14]), consisting of waterfowl biologists and wildlife managers from state and provincial wildlife agencies, reached the following conclusions:

---

[5] Mallek, E.J. 2004. Teshekpuk Lake area molting goose survey - 2003. unpubl. report, U.S. Fish and Wildlife Fairbanks, Alaska.

[6] Bollinger, K.S. and D.V. Derksen. 1996. Demographic characteristics of molting black brant near Teshekpuk Lake, Alaska. Journal of Field Ornithology 67:141-158.

[7] Derksen, D.V., M.W. Weller and W.D. Eldridge. 1979. Distributional ecology of geese molting near Teshekpuk Lake, National Petroleum Reserve-Alaska. pp. 189-207 *in* R.L. Jarvis and J.C. Bartonek (eds.). Management and Biology of Pacific Flyway Geese. Oregon State University Bookstores, Corvallis, OR.

[8] Jensen, K.C. 1990. Responses of molting Pacific black brant to experimental disturbance in the Teshekpuk Lake Special Area, Alaska. Ph.D. thesis. Texas A&M University, College Station, Texas.

[9] Miller, M.W., K.C. Jensen, W.E. Grant and M.W. Weller. 1994. A simulation model of helicopter disturbance of molting Pacific black brant. Ecological Modeling 73:293-309.

[10] Taylor, E.J. 1995. Molt of black brant (*Branta bernicla nigricans*) on the Arctic Coastal Plain, Alaska. Auk 112:904-919.

[11] Taylor, E.J. 1993. Molt and bioenergetics of Pacific black brant (*Branta bernicla nigricans*) on the Arctic Coastal Plain, Alaska. Ph.D. dissertation, Texas A&M University, College Station, Texas.

[12] Sturm, M., C. Racine, and K. Tape. 2001. Increasing shrub abundance in the Arctic. Nature 411:546-547.

[13] Pacific Flyway Council. 2002. Pacific flyway management plan for Pacific brant. Unpubl. report, Pacific Flyway Study Committee, c/o U.S. Fish & Wildlife Service, DMBM, Portland, OR.

[14] J. Greer. 1998. Letter to Secretary of the Interior Bruce Babbit in regard to proposed oil and gas leasing plan for the Northeast Planning Area, National Petroleum Reserve-Alaska. Pacific Flyway Council.

**007 (Cont'd) Birds**

Eventual development of oil and gas fields associated with structures and disturbance in or near this area [Teshekpuk Lake] could have significant, long-term impacts on unique habitats used by geese, and the condition and survival of molt-stressed brant.

The sensitive goose molting area should not be offered for leasing; it should not be open to construction of roads, pipelines, or other facilities; and seasonal human activity should be restricted, as necessary, to preserve the security of molting geese from disturbance and stress.

**008 Special Designation**

The Pacific Flyway Council also recommends that the Teshekpuk Lake Special Area be given permanent protection from future development by Secretarial designation.

**009 Basic**

More recently, BLM (2003)[15] stated:

BLM has conducted various scientific studies on the biological resources of the area in cooperation with the North Slope Borough, the State of Alaska and other federal agencies. Information gained since the completion of the NE plan [referring to the original plan in 1998] has led BLM to conclude that it is appropriate to consider amending it.

Unfortunately, we are not aware of any new studies that would lead to a scientifically-defensible conclusion that the harmful effects of oil and gas activities in and around the goose molting north and east of Teshekpuk Lake can be avoided or mitigated. Only last year the National Research Council (2003[16]) concluded:

If development moves into the Teshekpuk Lake area of the National Petroleum Reserve-Alaska, molting waterfowl could be adversely affected, especially brant.

**010 Alternatives**

We appreciate that BLM recognizes the need to preclude oil and gas development in an area of 213,000 acres north and east of Teshekpuk Lake in order to protect molting geese. The 213,000-acre no-lease zone, however, is too small to encompass all the essential habitat used by molting geese, and, because the environmental effects of oil development extend well beyond the immediate "footprint" of an oilfield (National Research Council 2003)— particularly as a result of aircraft overflights— the functionally protected area will be even smaller. The proposed 213,000-acre no-lease zone also is too small to encompass essential habitats for caribou having calves or seeking relief from insects, nor does it provide adequate protection for nesting birds, which are vulnerable to increased numbers of predators (e.g., gulls, ravens and foxes) attracted to Arctic oilfields (e.g., Truett, J.C. and S.R. Johnson 2000[17]).

---

[15] Bureau of Land Management [BLM]. 2003. Notice of Intent to amend the Northeast National Petroleum Reserve-Alaska Integrated Activity Plan... Federal Register 68:37173-37174.

[16] National Research Council. 2003. Cumulative environmental effects of oil and gas activities on Alaska's North Slope. The National Academies Press, Washington, DC.

[17] Truett, J.C. and S.R. Johnson (eds.). 2000. The natural history of an Arctic oil field. Academic Press, San Diego, CA.

**Exhibit 30, page 3 of 24**

11

We recognize the nation's need for increased domestic supplies of energy and are not opposed to additional oil and gas leasing in the Reserve, provided there is permanent protection for the very most important wildlife habitats and that oil and gas activities are carried out with the highest environmental safeguards. However, BLM should reject its preferred alternative, which would allow oil and gas development in all but 213,000 acres of what is now the 857,859-acre Teshekpuk Lake Surface Protection Area. Instead, we favor Alternative A— No Action— which maintains the existing, appropriate balance between oil and gas development and protection of wildlife and their habitats in the northeast Reserve. The entire Teshekpuk Lake Surface Protection Area should be retained and given permanent protection, including the current no-lease zone of 588,998 acres and the no-surface-activity zone of 268,861 acres.

Thank you for considering these comments.

Sincerely,

Kenneth P. Able, Ph.D.
Professor Emeritus
Department of Biological Sciences
University at Albany, SUNY
Albany, NY

Jennifer Anderson
Lecturer and Program Development Coordinator
Environmental Studies
University of California, Santa Cruz
Santa Cruz, CA

Kathleen S. Anderson
Founding Director, Manomet Bird Observatory (retired)
Chair, MA Natural Heritage and Endangered Species
Advisory Committee, Division of Fisheries and Wildlife
Member, Technical Committee, Massachusetts IBA
Middleboro, MA

Richard M. Anthony
Research Zoologist
Alaska Science Center
Anchorage, AK

Heidi J. Auman, M.S. candidate
School of Zoology
University of Tasmania

Tom Aversa
Zookeeper
Woodland Park Zoo Raptor Center
Seattle, WA

Edgar P. Bailey, M.S.
Wildlife Biologist
USFWS, retired
Homer, AK

Lisa T. Ballance, Ph.D.
Marine Ecologist
La Jolla, CA

G. Thomas Bancroft, Ph.D.
Vice President & Senior Ecologist
The Wilderness Society
Washington, DC

Christopher Beck, Ph.D.
Department of Biology
Emory University
Atlanta, GA

Steven R. Beissinger, Ph.D.
A. Starker Leopold Chair in Wildlife biology
University of California at Berkeley
Berkeley, CA

James R. Belthoff, Ph.D.
Professor
Department of Biology and Raptor Research Center
Boise State University
Boise, ID

Craig W. Benkman, Ph.D.
Professor and Robert B. Berry Chair of Ecology
Department of Zoology and Physiology
University of Wyoming
Laramie, WY

Peter J. Bente, M.S.
Wildlife Biologist
Nome, AK

Keith L. Bildstein, Ph.D.
Sarkis Acopian Director of Conservation Science
Hawk Mountain Sanctuary
Orwigsburg, PA

Mary Anne Bishop, Ph.D.
Research Ecologist

Prince William Sound Science Center
Cordova, AK

Lytle H. Blankenship, Ph.D.
Professor Emeritus
President
Texas Ornithological Society
Kerrville, TX

David E. Blockstein, Ph.D.
Chairman
The Ornithological Council
Washington, DC

Bonnie Bowen, Ph.D.
President, Cooper Ornithological Society
Adjunct Assistant Professor
Iowa State University
Ames, IA

Reed Bowman, Ph.D.
Associate Research Biologist
Lab Head, Avian Ecology Lab
Archbold Biological Station
Lake Placid, FL

Timothy D. Bowman, M.S.
Wildlife Biologist
Anchorage, AK

Jack W. Bradbury, Ph.D.
Professor
Cornell University
Ithaca, NY

Jeffrey D. Brawn, Ph.D.
Associate Professor
University of Illinois at Urbana-Champaign
Champaign, IL

Eli S. Bridge, Ph.D.
Department of Biology
University of Memphis
Memphis, TN

Patricia Bright, M.S., DVM
Vice President, Pesticides & Birds Campaign
American Bird Conservancy

The Plains, VA

Steve Brockmann, M.S.
Fish and Wildlife Biologist
Juneau, AK

Stephen Brown, Ph.D.
Director, Shorebird Conservation Research Program
Manomet Center for Conservation Sciences
Manomet, MA

Joanna Burger, Ph.D.
Distinguished Professor of Biology
Rutgers University
New Brunswick, NJ

Gregory S. Butcher, Ph.D.
Director of Bird Conservation
National Audubon Society
Washington, DC

Robert Butler, Ph.D.
Conservation Chair
Waterbird Society

Tom J. Cade, Ph.D.
Professor Emeritus
Dept. of Ecology and Evolutionary Biology
Cornell University
Boise, ID

Carolee Caffrey, Ph.D.
Science Associate
Audubon Science
Ivyland, PA

Jackie Canterbury, Ph.D. candidate
Adjunct Professor, Biology
Nebraska Wesleyan University
Lincoln, NE

Chris Carpenter, Ph.D.
Wildlands Studies Program
UC Santa Barbara Extension
Santa Barbara, CA

Geoff Carroll
Wildlife Biologist

Barrow, AK

John P. Cecil, M.S.
Director, Important Bird Areas Program
National Audubon Society
Ivyland, PA

Robert M. Chipley, Ph.D.
Director, Important Bird Areas Program
American Bird Conservancy
The Plains, VA

Edward E. Clark, Jr.
President
Wildlife Center of Virginia
Waynesboro, VA

David R. Cline, M.S.
Chairman
Kodiak Brown Bear Trust
Anchorage, AK

Theodore S. Cochrane, M.S.
Senior Academic Curator
Dept. of Botany
University of Wisconsin-Madison
Madison, WI

Malcolm C. Coulter, Ph.D.
Co-Chair
Specialist Group on Storks, Ibises and Spoonbills
IUCN - The World Conservation Union
Chocorua, NH

Joel Cracraft, Ph.D.
Lamont Curator and Curator-in-Charge
Department of Ornithology
American Museum of Natural History
New York, NY

Tim Cullinan, M.S.
Director of Science and Bird Conservation
Audubon Washington
Sequim, WA

Herbert Curl, Ph.D.
NOS/NOAA (retired)
Science Advisor

Seattle Audubon Society
Seattle, WA

Donald R. Dann
President
Bird Conservation Network
Skokie, IL

Justine B. de Cruz, Ph.D.
Wildlife Biologist
New Britain, CT

Mike Denega
Professor of Biology
Folsom Lake College, California
Folsom, CA

Kimberly S. Dietrich, M.S.
Seattle, WA

Bob Dittrick, M.S.
Co-Owner
Wilderness Birding Adventures
Eagle River, AK

George Divoky, Ph.D.
Research Associate
Institute of Arctic Biology
University of Alaska Fairbanks
Fairbanks, AK

Rita Dixon, Ph.D. candidate
Idaho Conservation Data Center
Boise, ID

David Cameron Duffy, Ph.D.
Graduate Professor of Ecology, Evolution and Conservation Biology
University of Hawai`i
Honolulu, HI

Wallace Elton, Ph.D.
President
Ascutney Mountain Audubon Society (Vermont)
Springfield, VT

Peter Epanchin
Graduate Group in Ecology
University of California, Davis

Letter to BLM on amendment to NE Reserve plan

Sacramento, CA

John Faaborg, Ph.D.
Professor of Biological Sciences
University of Missouri
Columbia, MO

John W. Fitzpatrick, Ph.D.
Director
Cornell Laboratory of Ornithology
Ithaca, NY

Gail Fraser, Ph.D.
Faculty of Enivronmental Studies
York University
Toronto, ON

Bryan R. Gates, M.S. candidate, RPBio
Environmental Consultant - Ornithology
Victoria, BC

John Gerwin
Curator of Birds
North Carolina Museum of Natural Sciences
Raleigh, NC

Daniel D. Gibson
Bird Collection Manager
University of Alaska Museum
Fairbanks, AK

Frank B. Gill, Ph.D.
Ornithologist
Rushland, PA

Laurie J. Goodrich, M.S.
Senior Monitoring Biologist
Hawk Mountain Sanctuary
Orwigsburg, PA

Paul Green, Ph.D.
Director
Citizen Science
National Audubon Society
Ivyland, PA

Lisa M. Haggblom, M.S.
Biologist

Dillingham, AK

Jenna Hamm, M.S. candidate
Environmental Studies
Anitoch New England University
Keene, NH

J. Christopher Haney, Ph.D.
Conservation Scientist
Defenders of Wildlife
Washington, DC

Brian Harrington
Manomet Center for Conservation Sciences
Manomet, MA

Rebecca Harris, Ph.D.
SEANET Project Coordinator
Center for Conservation Medicine, Tufts University
N. Grafton, MA

Kristin Hasselblad, M.S. candidate
Boise State Univeristy
Boise, ID

Scott A. Hatch, Ph.D.
Research Wildlife Biologist
Anchorage, AK

Mary (Mimi) Hogan, M.S.
Alaska Migratory Bird Management
U.S. Fish and Wildlife Service (Retired)
Anchorage, AK

Rebecca L. Holberton, Ph.D.
Laboratory of Avian Endocrinology
Department of Biological Sciences
University of Maine
Orono, ME

Richard T. Holmes, Ph.D.
Professor Emeritus of Biology
Dartmouth College
Hanover, NH

Peter Houde, Ph.D.
Associate Professor of Biology
New Mexico State University

Las Cruces, NM

Richard Hoyer
Ornithologist
Tucson, AZ

Eduardo E. Iñigo-Elias, Ph.D.
Neotropical Bird Conservation Program
Cornell Lab of Ornithology
Ithaca, NY

David W. Inouye, Ph.D.
Director
Graduate Program in Sustainable Development and Conservation Biology
University of Maryland
College Park, MD

Brett Jenks
President and CEO
RARE
Arlington, VA

Oscar W. Johnson, Ph.D.
Adjunct Professor of Ecology
Department of Ecology
Montana State University
Bozeman, MT

Terry Johnson, M.S.
Geographic Information Systems Specialist
Center for Urban Initiatives and Research
University of Wisconsin-Milwaukee
Milwaukee, WI

Paul Joslin, Ph.D.
Wildlife Scientist
Anchorage, AK

Thomas Kashmer
Assistant Executive Director
Black Swamp Bird Observatory
Oak Harbor, OH

Kathy Keane, M.S.
Endangered Species Biologist
Cal State University Long Beach
Long Beach, CA

Warren Keogh, M.L.A.
Geographer
Anchorage, AK

Brina Kessel, Ph.D.
Prof. of Zoology and Curator of Ornithology, Emeritus
University of Alaska, Fairbanks
Fairbanks, AK

Ellen D. Ketterson, Ph.D.
Professor of Biology
Department of Biology
Indiana University
Bloomington, IN

Warren B. King
President
Otter Creek Audubon Society
Addison County, VT

James G. (Jim) King
Waterfowl Biologist
U.S. Fish and Wildlife Service (retired)
Juneau, AK

Matthew Kirchhoff, M.S.
Wildlife Biologist
Juneau, AK

David R. Klein, Ph.D.
Professor Emeritus
Institute of Arctic Biology
University of Alaska Fairbanks
Fairbanks, AK

Fritz Knopf, Ph.D.
Elected Fellow
American Ornithologists' Union
Ft. Collins, CO

Kenneth Kriese, Ph.D. candidate
Waterfowl Ecology Specialist
Graduate Group in Ecology
University of California
Davis, CA

Richard Lanctot, Ph.D.
Wildlife Biologist

Anchorage, AK

David B. Lank, Ph.D.
University Research Associate and Adjunct Professor
Center for Wildlife Ecology
Simon Fraser University
Burnaby, BC

Geoffrey S. LeBaron, M.S.
Christmas Bird Count Director
National Audubon Society
Williamsburg, MA

Carl Leopold, Ph.D.
Professor Emeritus
Cornell University
Ithaca, NY

Estella B. Leopold, Ph.D.
Professor Emeritus of Biology
University of Washington
Seattle, WA

Norm Lewis, M.S.
Research Associate
Department of Zoology
Denver Museum of Nature & Science
Lakewood, CO

Mark Lindberg, Ph.D.
Waterfowl Ecologist
Department of Biology and Wildlife and Institute of Arctic Biology
University of Alaska Fairbanks
Fairbanks, AK

James R. Lovvorn, Ph.D.
Professor
Department of Zoology
University of Wyoming
Laramie, WY

Christine Maack
Board of Directors
Bird Treatment & Learning Center
Anchorage, AK

Lynn A. Maguire, Ph.D.
Associate Professor of the Practice of Environmental Management

Nicholas School
Duke University
Raleigh, NC

Timothy Male, Ph.D.
Senior Ecologist
Environmental Defense
Washington, DC

Jim Martin, M.S.
Conservation Director
Pure Fishing
Former Fisheries Chief, Oregon Department of Fish and Wildlife
Honolulu, HI

Fran Mauer, M.S.
Wildlife Biologist
USFWS (retired)
Fairbanks, AK

Donald A. McCrimmon, Ph.D.
Vice President for Academic Affairs and Dean of the Faculty
Cazenovia College
Cazenovia, NY

Donald E. McIvor, M.S.
NV Director of Bird Conservation
National Audubon Society
Carson City, NV

Vivian M. Mendenhall, Ph.D.
Ornithologist and Wildlife Biologist
Anchorage, AK

Kurt Merg, Ph.D.
Resident Director
Landels-Hill Big Creek Reserve
University of California at Santa Cruz
Big Sur, CA

Walter Messier, Ph.D.
Chief Technology Officer
Evolutionary Genomics
Aurora, CO

Tamara Mills, M.S.
Outreach and Education Biologist
Anchorage, AK

Letter to BLM on amendment to NE Reserve plan                    16

Steven Lee Montgomery, Ph.D.
Biologist
Conservation Council for Hawai'i
Honolulu, HI

Lisa Moorehead, M.A.
Co-Owner
Wilderness Birding Adventures
Eagle River, AK

Tina Moran
Wildlife Biologist
Kotzebue, AK

Joan L. Morrison
Associate Professor
Trinity College
Hartford, CT

Eugene Morton
Senior Scientist
Migratory Bird Center
Smithsonian Institution
Cambridge Springs, PA

Colleen Moulton, M.S.
Wildlife Research Biologist
Idaho Department of Fish and Game
Boise, ID

William P. Mueller, M.S.
Conservation Chair
Wisconsin Society for Ornithology
Milwaukee, WI

Edward C. Murphy, Ph.D.
Professor
Department of Biology and Wildlife
University of Alaska Fairbanks
Fairbanks, AK

John Peterson Myers, Ph.D.
Board Chair
National Environmental Trust
Charlottesville, VA

Val Nolan, Jr.

Professor Emeritus of Biology
Indiana University
Bloomington, IN

Dave Norton, Ph.D.
Arctic Rim Research
Fairbanks, AK

Reed F. Noss, Ph.D.
Davis-Shine Professor of Conservation Biology
Department of Biology
University of Central Florida
Orlando, FL

M. Philip Nott, Ph.D.
Research Ecologist
The Institute for Bird Populations
Point Reyes Station, CA

Russell M. Oates, M.S.
Certified Wildlife Biologist
Anchorage, AK

Gordon Orians, Ph.D.
Professor Emeritus of Biology
University of Washington
Seattle, WA

Brent Ortego, Ph.D.
Avian Ecologist
Victoria, TX

William Ostrand, M.S.
Wildlife Biologist
Anchorage, AK

Susan Patla, M.S.
Nongame Biologist
Wyoming Game and Fish Dept.
Jackson, WY

Ellen Paul, M.S.
Executive Director
The Ornithological Council
Chevy Chase, MD

Richard T. Paul, M.S.
Manager, Florida Coastal Islands Sanctuaries

Audubon of Florida (retired)

Dennis Paulson, Ph.D.
Director, Slater Museum of Natural History
University of Puget Sound
Tacoma, WA

Wayne R. Petersen, M.A.T.
Birding Community Leader for North America
Swarovski Birding Community
Hanson, MA

Laura Phillips
Research Assistant
Department of Biology and Wildlife
University of Alaska Fairbanks
Fairbanks, AK

Vicki Piaskowski, M.S.
Ornithologist
Wauwatosa, WI

Dwight R. Platt, Ph.D.
Professor Emeritus of Biology
Bethel College
North Newton, KS

Jeff Price, Ph.D.
Department of Geological and Environmental Sciences
Chico, CA

Robert L. Pyle, Ph.D.
Associate in Residence for Science
B. P. Bishop Museum
Honolulu, HI

Mark J. Rauzon
Restoration ecologist
Marine Endeavours
Oakland, CA

Heidi Regehr, Ph.D.
Consulting Biologist
Wildwing Environmental Research
Bralorne, BC

Paul R. Reillo, Ph.D.
Director

Letter to BLM on amendment to NE Reserve plan

Rare Species Conservatory Foundation
Loxahatchee, FL

Barbara C. Reynolds, Ph.D.
Assistant Professor
University of North Carolina at Asheville
Asheville, NC

Daniel Richards, M.A.
Marine Biologist
Ventura, CA

Robert S. Ridgely, Ph.D.
VP, Endangered Bird Conservation
American Bird Conservancy
Furlong, PA

Christopher C. Rimmer, M.S.
Director of Conservation Biology
Vermont Institute of Natural Science
Woodstock, VT

Lee Robinson, M.S.
Wildlife Biologist
USFWS (retired)
Bainbridge Island, WA

Daniel D. Roby, Ph.D.
Associate Professor (Courtesy)
Oregon State University
Corvallis, OR

Michael S. Rodway, Ph.D.
Consulting Biologist
Wildwing Environmental Research
Bralorne, BC

Olga Romanenko, M.S.
Wildlife consultant
Anchorage, AK

Stephen Rothstein, Ph.D.
Professor of Zoology
University of California at Santa Barbara
Santa Barbara, CA

Margaret Rubega, Ph.D.
Assistant Professor and CT State Ornithologist

Department of Ecology and Evolutionary Biology
University of Connecticut
Storrs, CT

Allen T. Rutberg, Ph.D.
Research Assistant Professor
Center for Animals and Public Policy
Tufts University School of Veterinary Medicine
North Grafton, MA

Daniel R Ruthrauff, M.S.
Wildlife Biologist
Anchorage, AK

George B. Schaller, Ph.D.
Wildlife Conservation Society
Bronx, NY

Karl B. Schneider, M.S.
Alaska Dept. of Fish & Game (retired)
Homer, AK

Betty Anne Schreiber, Ph.D.
President, Waterbird Society
Research Associate
National Museum of National History
Washington, DC

James S. Sedinger, Ph.D.
Professor of Wildlife Ecology
Reno, NV

Stanley E. Senner, M.S.
Executive Director
Audubon Alaska
Anchorage, AK

Nathan R. Senner
2004 Watson Fellow
Anchorage, AK

Scott A. Shaffer, Ph.D.
Asst. Research Biologist
University of California Santa Cruz
Santa Cruz, CA

Jay M. Sheppard, M.A.
Managing Editor and Historical Data Coordinator

Ornithological Worldwide Literature (OWL)
Laurel, MD

Steve K. Sherrod, Ph.D.
Executive Director
George Miksch Sutton Avian Research Center
Bartlesville, OK

David Sibley
Author and Illustrator
The Sibley Guide to Birds
Concord, MA

Debra A. Siefken, M.S.
Biological Aide
Gettysburg, PA

W. John Smith, Ph.D.
Professor of Biology
University of Pennsylvania
Philadelphia, PA

Loren M. Smith
Kleberg Professor of Wildlife Ecology
Wildlife and Fisheries Management Institute
Texas Tech University
Lubbock, TX

Christine M. Steele, M.S.
Biologist
Institute for Wildlife Studies
Arcata, CA

Yoyi Steele, M.S.
Important Bird Areas Coordinator for Wisconsin
Madison, WI

Stacy Strickland
Experimental Biology Aide
Oregon Dept. of Fish & Wildlife
Seal Rock, OR

Cheryl Strong, M.S.
Program Director, Biologist
San Francisco Bay Bird Observatory
Alviso, CA

Joseph P. Sullivan, Ph.D.

Owner and Certified Wildlife Biologist
Ardea Consulting
Woodland, CA

Dale L. Taylor, Ph.D.
Retired Biologist
Department of the Interior, Biological Resources Division
Whittier, AK

Eric J. Taylor, Ph.D.
Wildlife Biologist
Anchorage, AK

Paul Tebbel, M.S.
Director
Rowe Sanctuary
Gibbon, NE

Stanley A. Temple, Ph.D.
Beers-Bascom Professor in Conservation
Department of Wildlife Ecology
University of Wisconsin-Madison
Madison, WI

Julie Thayer, Ph.D. candidate
Wildlife, Fish & Conservation Biology
University of California, Davis
Davis, CA

Max C. Thompson, M.A.
Adjunct Curator, Ornithology
University of Kansas Museum of Natural History
Lawrence, KS

Richard R. Vance, Ph.D.
Department of Ecology and Evolutionary Biology
University of California, Los Angeles
Los Angeles, CA

Nils Warnock, Ph.D.
Co-Director, Wetlands Division
PRBO Conservation Science
Stinson Beach, CA

Scott Weidensaul
Science Chair
Audubon Pennsylvania
Schuylkill Haven, PA

Milton W. Weller, Ph.D.
Professor Emeritus of Wildlife & Fisheries Sciences
Texas A & M University
Ft. Myers, FL

George C. West, Ph.D.
Ornithologist
Professor, Emeritus
University of Alaska Fairbanks
Green Valley, AZ

David Whitacre, Ph.D.
Research Scientist
The Peregrine Fund
Boise, ID

Clayton White, Ph.D.
Professor of Zoology
Department of Integrative Biology
Brigham Young University
Provo, UT

John A. Wiens, Ph.D.
Emeritus Distinguished Professor
Colorado State University
Fort Collins, CO

Scott L. Wilbor
Conservation Biologist
Tucson Audubon Society
Tucson, AZ

Hope Woodward, Ph.D. candidate
Department of Biology
New Mexico State University
Mesquite, NM

John M Wright, M.S.
Alaska Department of Fish & Game
Fairbanks, AK

Ric Zarwell, M.S.
Important Bird Areas (IBA) Coordinator
Iowa Audubon
Lansing, IA

Steven T. Zimmerman, Ph.D.

Letter to BLM on amendment to NE Reserve plan                                    24

Assistant Regional Administrator (retired)
Alaska Region, National Marine Fisheries Service
Juneau, AK