*Task 410 Comments / from Stu 08-30-04 / FW Electronic Documents*

*3 docs*

*USFWS*

FWS/AFES                                              August 23, 2004

Memorandum

To:         State Director - Bureau of Land Management

From:       Acting Regional Director - Region 7    /s/ Gary Edwards

Subject:    Comments on the Draft Amended Integrated Activity Plan/Environmental Impact Statement for the Northeast Planning Area of the National Petroleum Reserve – Alaska

The U.S. Fish and Wildlife Service has reviewed the Draft Amended Integrated Activity Plan/Environmental Impact Statement (DEIS) prepared by the BLM for the Northeast Planning Area of the National Petroleum Reserve-Alaska (NPR-A). The DEIS presents two alternatives for amending the 1998 Record of Decision (ROD) regarding management of the 4.6 million-acre Northeast Planning Area, and it analyzes a No Action Alternative that would retain the current management strategy authorized by the 1998 ROD.

We appreciate this opportunity to review and comment on the DEIS and to provide resource data, maps, and other technical information throughout this process. The information and recommendations provided here reflect a refining of analyses and ideas the Service presented to the BLM during development of the DEIS. We look forward to continued opportunities to work closely with your agency as this effort proceeds toward the Final EIS and ROD.

Based on our review, the Service is providing general comments and recommendations (see Attachment). Specific comments related to the text of the DEIS will be provided under separate cover by the Fairbanks Field Office. We have summarized the fish and wildlife resources in the Planning Area and our most important comments and recommendations below.

Fish and Wildlife Resources

The Northeast Planning Area supports some of the most unique and irreplaceable biological resources on the Arctic Coastal Plain (ACP), the most significant of which are associated with the Teshekpuk Lake region and the Colville River corridor. These areas have been designated as *Special Areas* because of their concentrations of molting geese and other waterbirds, caribou, raptors, and passerines. Additionally, the central region of the Planning Area contains an unusual concentration of deep-water lakes and it provides habitats for species of management concern. The Northeast Planning Area also supports important subsistence resources including waterfowl, fish, and caribou. It provides spawning and overwintering habitats for resident and

2

anadromous fish, with important subsistence fisheries on the Colville and Ublutuoch Rivers, Fish Creek, Judy Creek, and their tributaries, and it provides critical habitats for the Teshekpuk Lake Caribou Herd.

*Teshekpuk Lake Special Area*

The Teshekpuk Lake Special Area (TLSA) supports one of the most productive, diverse, and ecologically unique wetland ecosystems on the ACP. Because BLM is considering additional acreage in this area for leasing, potential impacts to this system are a focus of these comments. The significant attributes and resources of the Teshekpuk Lake Special Area include:

- The most important known goose molting area on the Arctic coast of North America and Siberia. Most notable are the large concentrations of molting Pacific brant, representing up to 30 percent of the Pacific Flyway population. Large numbers of Canada and white-fronted geese molt here as well.
- Breeding pairs of threatened spectacled eiders have been recorded at higher than expected densities north of Teshekpuk Lake.
- Other species, primarily shorebirds, geese, pintail ducks, and loons either breed, molt, or stage in relatively high numbers within 5 miles of the coast from the Ikpikpuk River to the Colville River delta.
- Critical calving, migration and insect-relief habitats for the Teshekpuk Lake Caribou Herd are found here, which provides most of the caribou harvested for subsistence by the Native villages of Atqasuk, Barrow, Nuiqsut and Wainwright.
- Teshekpuk Lake, the largest on the North Slope, provides a variety of freshwater habitats and the greatest diversity of fish species among sampled lakes within the Planning Area.

*Colville River Special Area*

With their combination of river bluffs and riparian wetlands, the Colville River and several of its tributaries provide some of the most important raptor nesting and foraging habitats in North America. Regionally limited tall shrub habitats along the Colville also support moose and the North Slope's most diverse assemblage of nesting passerines.

*Central Planning Area*

The large central portion of the Planning Area (south of Teshekpuk Lake and between the Ikpikpuk and Colville River corridors) harbors an unusually high concentration of deep-water lakes (over four meters deep) compared to other areas on the ACP. This area supports approximately 25 percent of Alaska's breeding population of yellow-billed loons, a species the Service has recently been petitioned to consider for listing under the Endangered Species Act. Additionally, a large area immediately north and west of Fish Creek supports the largest high density nesting area for king eiders on the North Slope of Alaska. The Service is concerned about the status of the king eider because counts of flocks migrating past Barrow have declined by approximately 50 percent since the mid-1970s.

Exhibit 31, page 2 of 24

Conservation Strategies and Management Alternatives

As recognized by the BLM, the Northeast Planning Area supports internationally significant wildlife resources, namely large concentrations of molting geese, but also, nationally and regionally important populations of other waterbirds, fish, and caribou. The primary issue addressed in the DEIS is how to best protect these resources while allowing other activities to occur. With a great deal of specific information about the effects of development, protective measures could be precisely described. This kind of information, however, is not generally available, particularly for waterbirds. In the face of uncertainty regarding potential impacts on these unique resources, avoiding surface disturbance in the most biologically sensitive areas, as presented in the No Action Alternative, would provide the greatest level of protection (and least risk) to wildlife, and is our preferred management approach.

The Service acknowledges that such an approach limits the opportunity to explore for and develop other resources, and that the BLM faces a difficult challenge in trying to balance protection of unique biological resources with efforts to provide increased access to areas with high oil potential. Therefore, in evaluating the DEIS, we have considered measures that we feel would be essential to reduce the risk to fish and wildlife should a decision be made to expand leasing. We have attempted to formulate an alternative management approach based on modifications to the draft Preferred Alternative.

We initially focused our effort on Pacific brant because of their small and declining population, their potential vulnerability to development-related disturbances, their importance to subsistence, and the substantial segment of the population that annually molts in the area north of Teshekpuk Lake. Although our analysis is focused on brant, our recommendations are intended to protect other trust resources as well, including other geese. Reducing risks to molting geese would also benefit other species of concern including spectacled eiders and other waterfowl, loons, shorebirds, polar bears, and caribou. Of particular concern, the response of molting geese to oil field development cannot be predicted with confidence, and because the area is unique, there is a risk of irreversible population-level impacts. The distribution of molting geese varies annually, thus we adopted a management goal of protecting the area used by at least 90 percent of molting brant in any year. We propose to protect the identified area by retaining its no-lease status. We point out, however, that by focusing on brant, our recommended modification to the proposed no-lease area would not include all critical caribou habitats, particularly the important migration corridor east of Teshekpuk Lake.

Outside the recommended no-lease area, a rigorous adaptive management approach to monitoring and assessment could provide a better understanding of the risks entailed in exposing large flocks of molting geese to the disturbances that accompany oil development, should it occur, and information gained could be applied to future management decisions. That information gained, however, comes at the cost of diminished protection for wildlife in the portion of the Teshekpuk Lake area opened to development. Areas closed to leasing would function as a control with which to evaluate effects of human activity elsewhere in the Planning

4

Area. This approach controls risk to molting geese by limiting the proportion of their populations subject to disturbance while providing for a structured approach to reducing uncertainty. Our recommendations based on this analysis are summarized below and presented in more detail in our General Comments (see Attachment).

Recommendations and Conclusion

Recognizing the irreplaceable nature of the fish and wildlife resources in the Northeast Planning Area, particularly within the TLSA, the Service prefers the protective measures provided in the No Action Alternative. However, should leasing be expanded in the TLSA, we recommend the following modifications to the draft Preferred Alternative to reduce risks to trust resources in the Northeast Planning Area:

1. The no-lease area proposed under the draft Preferred Alternative would be increased from 213,000 to approximately 296,000 acres to protect molting brant and other trust resources.
2. Teshekpuk Lake and other fish-bearing lakes would be off-limits to surface development. A minimum ¼-mile undisturbed buffer around these lakes would be applied to prevent oil and other hazardous material spills from reaching these largely confined systems.
3. Other than approved surveys, non-emergency helicopter or fixed-wing transits over the no-lease zone would be prohibited from June 15 – August 20.
4. The no-surface-occupancy requirements for lease tracts west and south of the current no-lease area would be maintained to protect core calving habitat for the Teshekpuk Lake Caribou Herd.
5. To avoid potential impacts of increased access in biologically sensitive areas, a roadless design would be required for any development proposed within the existing no-lease and no-surface-occupancy areas of the TLSA. Within the CRSA, roads would be minimized to a single consolidated crossing of the Colville River and CRSA, if necessary.
6. Leasing of tracts within the CRSA would be deferred until this area has an approved management plan. This is consistent with the recent Northwest NPR-A Final Integrated Activity Plan/EIS, and would protect nesting raptors and passerines.
7. The no-permanent-facilities buffer adjacent to the Colville River would be expanded from one to two miles to encompass important raptor foraging habitats.
8. Until an approved management plan is completed for the CRSA, aircraft would be restricted to altitudes of at least 1,500 feet AGL within 1/2 mile of cliffs identified as raptor nesting areas from March 15 - August 5.
9. Construction of permanent facilities for exploration would be prohibited.

We thank you for this opportunity to comment. If you have questions concerning our comments, or if we can be of further assistance with regard to technical resource information, please contact Mr. Steve A. Lewis, Field Supervisor of the Fairbanks Fish and Wildlife Field Office, at (907) 456-0272.

Attachments

5

**Attachment 1**
**U. S. Fish and Wildlife Service General Comments**
**Northeast National Petroleum Reserve-Alaska**
**Draft Amended Integrated Activity Plan/Environmental Impact Statement**

Our General Comments are limited to a discussion of potential impacts to Department of the Interior Federal trusts resources including migratory birds, marine mammals, anadromous fish, subsistence resources and species listed under the Endangered Species Act. Specific Comments referenced to text in the Draft Amended Integrated Activity Plan/ Environmental Impact Statement (DEIS) will be provided under separate cover by the Fairbanks Field Office.

**GENERAL COMMENTS**

**Special Areas**

The Naval Petroleum Reserves Production Act of 1976 authorized the Secretary of the Interior to designate Special Areas within the NPR-A that contain significant surface resource values and to assure the maximum protection of these resources in conjunction with exploration of the reserve. Under 43 CFR 2361.1(e)(1), Federal regulations state that such values may be protected by limiting, restricting, or prohibiting the use of and access to appropriate lands. In 1977, as a result of the Act, the Secretary designated three Special Areas within the NPR-A; the Teshekpuk Lake Special Area (TLSA), the Colville River Special Area (CRSA), and the Utukok River Uplands Special Area (URUSA). The Northeast Planning Area encompasses most of the TLSA and about one-third of the CRSA, but none of the URUSA. The DEIS for the Northeast Planning Area recognizes the significance of the TLSA and the CRSA and proposes no changes in their boundaries.

*Teshekpuk Lake Special Area*

The value of the TLSA to molting geese, other waterbirds, caribou and subsistence has been well documented in the DEIS, Service documents, and in the literature. The numbers of Pacific brant and the total numbers of all geese that use this region exceed those of any known molting area in the North American and Siberian Arctic. Although recognized principally for its concentrations of molting geese, the TLSA also provides important nesting, brood-rearing and staging habitat for other waterfowl, including listed spectacled eiders, and for shorebirds. It also provides terrestrial denning habitat used by polar bears and important calving, migration, and insect-relief habitat for the Teshekpuk Lake Caribou Herd, the herd harvested most heavily by Alaskan North Slope subsistence communities.

The No Action Alternative of the DEIS represents the current management condition in the Northeast Planning Area, which is founded in the 1998 EIS Record of Decision (ROD). The 1998 decision was intended to protect geese, other waterbirds, caribou and subsistence activities to the maximum extent possible via no-lease and no-surface-occupancy measures to the south and north of Teshekpuk Lake, while allowing leasing and development in the remainder of the

2

TLSA. Perhaps the most significant decision to be made in the current planning process is whether, based on the best available information, leasing and development is appropriate in the current no-lease area, which includes most of Teshekpuk Lake and the area to its north and east. Important aspects of this analysis include an accounting of any changes in the resource values of this area, the likelihood of impacts to these resources, and our current level of understanding regarding the mitigation of potential impacts.

Resource data collected since 1998 indicate the continuing importance of the TLSA to fish and wildlife resources. With particular regard to molting geese and caribou, there is evidence this area may be more important than previously thought. Service aerial surveys recorded 36,817 molting Pacific brant north of Teshekpuk Lake in 2001; this represented nearly 30 percent of the entire population of Pacific brant (Mallek 2004). In addition, the Pacific brant population is now below the Pacific Flyway population objective (Pacific Flyway Council 2002) and has been in slow decline for decades (Conant and King 2003). Recruitment has been poor in recent years (Groves 2004), and the population appears poised to decline below an established management threshold that will require a major reduction in harvest throughout the range, beginning perhaps as soon as 2005. Despite their low numbers, Pacific brant are an important resource for subsistence waterfowl hunters on the North Slope and in northwest, western and southwest Alaska; in surveys conducted from 1992-2000, brant accounted for over 13 percent of the reported subsistence goose harvest in these areas (AK Mig. Bird Co-Mgmt. Council 2004). In addition to being a valued subsistence resource in Alaska, these birds also represent an important sport harvest species on the west coast of the U.S. and Mexico.

The existing no-lease area, combined with the no-surface-occupancy area, also encompasses critical calving, migration and insect-relief habitats for the Teshekpuk Lake Caribou Herd (TLH). Recent telemetry data indicate that collared cows found within these areas during calving season have much higher calving success than those found outside the areas. In surveys conducted since 1990, 90 percent (147 out of 163) of collared TLH cows that calved successfully did so within these protected areas (Carroll 2003). During most years, over 75% of the herd uses the area around and north of the lake during the insect season. The TLH continues to be an important subsistence resource, providing most of the caribou harvested by the Native communities of Atqasuk, Barrow, Nuiqsut, and Wainwright. In recent years, 2,500 to 2,800 TLH caribou (about 6 percent of the herd) have been harvested annually (Carroll 2003).

In our review of the DEIS and related documents, we found no new information relative to the potential impacts of oil and gas development on molting geese and caribou in the TLSA. In 1998, the Service analyzed the potential for conflicts between oil development and waterfowl in the Teshekpuk Lake region (Martin 1998). That analysis, which is still relevant, noted evidence of behavioral and physiological responses by molting brant to aircraft and other sources of disturbance that would likely accompany oil and gas development. Such disturbance could cause increased energy expenditures, decreased foraging time, and depleted lipid and protein reserves, which could increase the duration of the flightless period and susceptibility to predation. Birds could be displaced from optimal to sub-optimal habitats, resulting potentially in over-crowding

and ensuing decline in forage availability. Each of these responses, or any combination of them, could result in reduced survival of molting brant. This is likely also true for other molting geese.

We are also unaware of new evidence to suggest that molting geese, caribou, or other wildlife in the TLSA are less likely to be impacted by, or more likely to habituate to, the leasing and development scenarios proposed in Alternatives B or C in the DEIS. Due to the continuing importance of the TLSA to molting geese, other waterbirds, caribou and subsistence users, and the lack of any new information regarding the likelihood of impacts or the ability to mitigate them, the Service believes avoiding surface disturbance in this biologically sensitive area, as presented in the No Action Alternative, would provide the greatest level of protection (and least risk) to wildlife, and is our preferred management approach.

The Service recognizes, however, that this approach limits the opportunity to explore for and develop other resources, and that the BLM faces a difficult challenge in trying to balance protection of unique biological resources with efforts to provide increased access to areas with high oil potential. Therefore, in evaluating the DEIS, we have considered measures that we feel would be essential to reduce the risk to fish and wildlife should a decision be made to expand leasing within the TLSA. With that in mind, we have attempted to formulate an alternative management approach based on modifications to the draft Preferred Alternative. Our analysis and recommended approach are presented in the *Alternatives* section below.

*Colville River Special Area*

The northeastern third of the 2.3-million acre CRSA lies within the Northeast Planning Area and forms its southern and much of its eastern boundary. The upper Colville River has long been identified as one of the most important raptor nesting areas, in both density of nests and diversity of species, in North America (Kessel and Cade 1956, 1958; Cade 1960; White and Cade 1971). The river corridor and surrounding tundra provide a diverse suite of habitats, resulting in an abundance of prey (small birds and mammals) for raptors nesting along the cliffs and bluffs formed by the river. Arctic peregrine falcons, gyrfalcons, and rough-legged hawks are regular breeders along the Colville River and some of its tributaries (Swem 1996, Ritchie and Wildman 2000).

Because these species are considered Arctic and sub-Arctic breeders, it is probable that a significant proportion of the United States' population of these birds nest within the NPR-A, primarily along the Colville River. It is estimated that approximately one-fourth of Alaska's Arctic peregrine population nests along the Colville (Ritchie and Wildman 2000). Banded fledglings from peregrine nests on the Colville have been documented nesting in subsequent years along other North Slope waterways (USFWS unpubl. data). The Colville River may act as a population source for raptors regionally, important for establishing and maintaining populations in adjacent areas. Protecting the habitats within the CRSA, therefore, may not only be important for maintaining local populations of raptors, but for maintaining healthy populations over a broad area. In addition to its importance to nesting raptors, the CRSA

provides extensive and well-developed tall shrub habitats that are limited elsewhere on the North Slope and which support moose and the Slope's most diverse assemblage of nesting passerines.

Consistent with the recent Northwest NPR-A Final Integrated Activity Plan/EIS, the Service recommends that leasing of tracts in the Northeast Planning Area within the CRSA be deferred until this area has an approved management plan. When developing that plan, we recommend that the entire CRSA be considered for designation as the Colville River Bird Conservation Area, recognizing the area as supporting the most diverse land bird community in the Alaskan Arctic. Additional recommendations regarding management of the CRSA are addressed below in the *Stipulations and Required Operating Procedures* and *Alternatives* sections.

**Threatened and Endangered Species**

Spectacled eiders and the Alaska breeding population of Steller's eiders were listed as threatened under the Endangered Species Act of 1973, as amended, in 1994 and 1997. Steller's eiders in Alaska historically nested discontinuously from the Aleutian Islands to the Seward Peninsula, from the vicinity of Point Lay to Point Barrow, and east of Point Barrow along the Arctic Coastal Plain (ACP) to the United States-Canada border (Kertell 1991). Within the Northeast Planning Area, breeding Steller's eiders were recorded north of Teshekpuk Lake, near Cape Halkett and Pitt Point, prior to 1970 (Quakenbush et al. 2002). Since 1970, the species has been recorded as present but not breeding in these areas and at several other locations north and east of Teshekpuk Lake. Results of surveys conducted over the past decade indicate that the nesting range of the Steller's eider has apparently been reduced to the vicinity of Barrow (Larned et al. 1999; Obritschkewitsch et al. 2001; Ritchie and King 2001, 2002; Quakenbush et al. 2002). Given the evidence of past occupancy, the Northeast Planning Area, particularly the area north of Teshekpuk Lake, could reasonably be expected to provide suitable nesting and brood-rearing habitat for Alaska-breeding Steller's eiders in the event of population recovery.

Spectacled eiders, which are more evenly distributed on the ACP, usually nest in wet meadows, basin wetland complexes, along the edges of shallow ponds and lakes, or on islands in larger lakes. Approximately 15 percent of the ACP breeding population of spectacled eiders occurs within the Northeast Planning Area, and Breeding Pair Surveys have identified several areas of high-density spectacled eider nesting within the Northeast Planning Area to the north and northeast of Teshekpuk Lake (Larned et. al. 2003).

Given the uncertainty regarding future levels of development, how that development would be managed, and how spectacled eiders may be affected by development, it is difficult to evaluate potential impacts of any of the Alternatives on this species. If significant development occurs within areas of high concentrations of spectacled eiders, we believe the potential for population-level impacts exists. Clearly, the surest way to avoid such impacts, which could affect the species' ability to recover, is to exclude development from areas important to the species. The Service's Endangered Species Branch is coordinating with the BLM to complete the required Endangered Species Act Section 7 Consultation, which will evaluate whether the cumulative, direct and indirect effects will jeopardize the species' survival and recovery.

## Marine Mammals

Polar bears occur throughout much of the NPR-A, primarily along or within a few miles of the coast, although they may use habitats 25 miles or more inland. The Beaufort Sea coastline, as well as river drainages and bluffs along lakes within the NPR-A, provide important areas used by polar bears for resting, feeding, denning, and seasonal movements. In the Northeast Planning Area, polar bears are known to have denned at or near Cape Simpson, Smith Bay, Lonely, Pogik Bay, Cape Halkett, Eskimo Islands, Atigaru Point, and the Colville River Delta. In the last decade, the number of polar bears occurring along coastal areas of the Beaufort Sea has been increasing (Stirling and Andriashek 1992, Amstrup and Gardner 1994, and Amstrup 2000). The reason for this increase is unknown but may be related to ice conditions. The USFWS (Schliebe et. al. in prep.) recently compared the distance of the ice edge from shore (during fall months) with the numbers of polar bears observed on land. A significant correlation was found to exist: as distance to the ice edge increased, so did the numbers of bears observed on land. The potential for continued reduction in ice cover from global climate change could result in greater numbers of polar bears occurring along the coastline for protracted periods of time, thereby also increasing potential conflicts from human activity.

As the primary entity responsible for conservation of polar bears, the Service believes the No Action Alternative would be most consistent with mandates set forth in the Marine Mammal Protection Act of 1972 and the 1973 International Agreement on the Conservation of Polar Bears. This Alternative would preclude oil and gas development in the majority of the coastal and near-coast inland habitats within the Planning Area. These areas are most likely to be used by polar bears for denning, feeding, and seasonal movements. Continued and permanent protection of these areas from oil and gas leasing would be the most effective of the three Alternatives presented with respect to minimizing potential impacts on polar bears. If, however, additional leasing is to occur, as proposed in the draft Preferred Alternative and Alternative C, our primary concerns for polar bears are: 1) disturbance to denning bears; 2) disturbance to feeding/resting bears during the open water period; 3) large-scale oil spills; and 4) cumulative effects from ongoing and future oil and gas development that would result in loss of polar bear habitats or that would preclude continued use of preferred habitats.

A number of proposed lease Stipulations and ROPs are intended to enhance protection for polar bears. For example, ROPs include measures to minimize bear attractants, prepare oil spill contingency plans, develop bear-human interaction plans, protect denning bears, and provide bear education and safety training. Stipulations developed for biologically sensitive areas, include setbacks for primary river drainages (Lease Stipulation K-1), deep-water lakes (Lease Stipulation K-2), and the coast (Lease Stipulation K-6). These Stipulations and ROPs, if they incorporate language recommended by the Service (see *Specific Comments*, under separate cover), are implemented consistently, monitored, and enforced, would likely reduce impacts to polar bears and their habitats.

**Other Species of Concern**

Several other species that could be impacted by oil development in the Northeast Planning Area are of concern to the Service. We have recently been petitioned to consider listing yellow-billed loons under the Endangered Species Act. The Northeast Planning Area supports approximately 25 percent of Alaska's breeding population of yellow-billed loons, with notable concentrations to the west, southwest, and east of Teshukpuk Lake. These areas provide unusually high concentrations of deep-water lakes (over four meters deep) as compared to other areas on the ACP. Although aerial surveys over the last two decades do not suggest a change in the number of adult yellow-billed loons on Alaskan breeding grounds (Mallek et. al. 2004), the ability of surveys to detect a significant change is relatively low (i.e. relatively large population declines could occur before current survey methods would detect a significant declining trend).

Yellow-billed loons in the Northeast Planning Area could be impacted by activities that reduce productivity, including direct or functional loss of preferred breeding habitats, reduction in prey populations and increases in nest predators. Disturbance, pollution, and hydrologic changes associated with oil development are mechanisms that may make breeding habitats temporarily or permanently unsuitable, and suitable alternative breeding sites may not be available. Increased opportunity for predation resulting from human-caused disturbance may decrease the already low annual productivity of yellow-billed loons, especially when combined with potential increases in predator numbers associated with industrial development. The Service and BLM have begun a collaborative effort to develop a Conservation Agreement for yellow-billed loons in the NPR-A. Additionally, the Service recognizes BLM's intent to protect yellow-billed loons by proposing Special Conditions associated with their habitats; however, we believe the language in Special Condition (b) should be strengthened to clearly prohibit development within defined buffers.

The king eider, another species for which the Service has management concerns, is found in significant numbers in the north-central portion of the Northeast Planning Area. A large area immediately north and west of Fish Creek supports the largest high-density nesting area for king eiders on the North Slope of Alaska (Larned et. al. 2003). King eiders surveyed as they migrate past Barrow have declined by approximately 50 percent since the mid-1970s (Suydam et. al. 2000). Additional measures to minimize disturbance and prevent increase in predators may be appropriate in high-density nesting areas.

In general, the DEIS needs further information on the importance of the Planning Area to shorebirds, and the potential impacts of oil and gas development on shorebirds. The DEIS concludes that oil leasing and development would likely have only minor impacts on shorebirds. Although such statements may be true when developments are viewed independently, the cumulative effects from many developments may have more than minor negative effects on a given species. This may be particularly true for species that use the drier habitats within the NPR-A. Such areas, frequently selected as sites for pads, pipelines and roads as managers attempt to avoid wetland sites, may be relatively limited and locally more important to some species compared to adjacent wetland areas. In the Northeast Planning Area, these drier areas

are selected by buff-breasted sandpipers, a Species of High Conservation Concern (Brown et. al. 2001). Other species of Conservation Concern that occur in the NPR-A include American golden plovers, ruddy turnstones, sanderlings, red knots, bar-tailed godwits, and whimbrels.

Many species of shorebirds are highly site faithful, and loss or alteration of traditional breeding sites may prevent these birds from breeding successfully. Thus, displaced birds may become part of the nonbreeding portion of the population, resulting in reduced productivity and lower recruitment rates. Cumulative effects from many developments over a large area could have a negative impact on less common species, especially if facilities and roads are built in their preferred habitats. Most shorebirds occur in lower-than-expected densities adjacent to oil field roads (Troy 1993, 2000), and snow drifts and impoundments adjacent to oil field facilities during nest initiation can displace shorebirds from formerly suitable nesting. If additional leasing results in development of new oil fields, impacts to shorebirds will increase. Shorebird breeding densities in NPR-A tend to exhibit a coastal gradient, with higher densities nearer the coast compared to inland areas (Andres 2004), and concentrations of staging shorebirds are most notable at coastal locations, particularly north and east of Teshekpuk Lake. Development within the TLSA will have disproportionately greater effect than development further inland. Concerns are greatest for those species that are declining and are found in greater than average abundance in the TLSA, including dunlin, red phalarope, and ruddy turnstone (Andres 2004).

**Stipulations and Required Operating Procedures**

A major component of Alternatives B and C in the DEIS is the proposal to replace existing Stipulations with performance-based Stipulations and ROPs consistent with those authorized recently by the Northwest Planning Area ROD. The performance-based measures are objective-driven and include Requirements/Standards that are intended to impart greater flexibility to the lessee or operator in meeting objectives. These measures include five General Lease Stipulations, each with a single Requirement/Standard; 29 General Lease ROPs, some with multiple Requirements/Standards; and eight Stipulations that apply in Biologically Sensitive Areas. The No Action Alternative would retain the 79 existing Stipulations authorized by the 1998 ROD.

The Service has concerns with several aspects of the proposed Stipulations and ROPs. Throughout the DEIS it is stated that these measures will provide protection for a variety of resources and will mitigate adverse impacts associated with oil leasing and development. This statement is based on the assumptions that 1) Stipulations and ROPs will be implemented and enforced consistently, and 2) they will be effective in achieving mitigation objectives; neither is assured. Many of the Requirements/ Standards contain language suggesting implementation will be subjective and, therefore, inconsistent (e.g. pg. 2-15 "All feasible precautions shall be taken...," pg. 2-17 "...may be authorized," "...prohibited unless authorized," pg. 2-18 "...may be required"). Additionally, lessees may be granted exemptions from Stipulations and ROPs if they are able to demonstrate that the impacts of their activities would be minimal, or that implementing the measure is technically not feasible or economically prohibitive. However, the criteria that would be used to determine minimal impact, technical and economic feasibility, and