8

thresholds for granting exemptions are not clearly defined. Even if implemented and enforced, the effectiveness of the proposed mitigation measures remains unknown. These uncertainties should be clearly articulated in the final EIS.

The DEIS presents in several places that Stipulations and ROPs proposed under Alternatives B and C will impart resource protection similar to or greater than those currently in place in the Planning Area. Yet, major components of the existing Stipulations would be eliminated under these Alternatives. For example, much of the impact analysis conducted for the 1998 IAP/EIS was predicated upon a "roadless" development scenario that, while permitting in-field roads, prohibited a road connection to existing infrastructure outside the Planning Area. This requirement, which recognizes the potential for significant impacts of increased access in biologically sensitive areas, was incorporated into the 1998 ROD but is not a component of Alternatives B and C in the DEIS. Similarly, existing Stipulations prohibit exploratory drilling in lake beds and construction of permanent or gravel facilities, including roads, during exploration. These prohibitions are not included under Alternatives B and C, which, despite terrestrial and aquatic buffers, could allow drilling, pipelines, causeways and production pads in some lakes, including Teshekpuk Lake and large goose molting lakes, and which could allow construction of gravel roads and pads for exploration activities. It seems clear that the potential exists for greater impacts under proposed Stipulations and ROPs than under the existing management regime.

Criteria that would be used to determine if objectives of specific Stipulations and ROPs are met are not defined. For instance, the objective of ROP A-2 is to avoid human-caused changes in predator populations, which implies the need for sound pre-activity baseline data on predator populations; yet collecting baseline data is not a requirement. Requirement/Standard (a) of this ROP states: "All feasible precautions shall be taken to avoid attracting wildlife to food and garbage," yet it does not indicate what course of action would be taken if predator numbers increase in association with leasing or development activities despite feasible precautions. That is, it does not describe an adaptive management approach that would be used to correct such a situation. Although North Slope operators have, with the encouragement of resource agencies, implemented measures to reduce the availability of artificial nesting or denning structures and anthropogenic food sources, these measures have not been completely effective, as evidenced by the continued nesting of ravens on permanent and temporary structures and the persistence of unusually large concentrations of gulls associated with human activities.

Impacts to molting geese north of Tehsekpuk Lake continue to be a major concern with respect to potential oil development. Although Requirements/Standards (h) and (i) of proposed Lease Stipulation K-4 state that "[n]onessential" helicopter overflights "may be" suspended and restrictions on fixed-wing aircraft "may include" limits on the number of flights and flight corridors, there are no unequivocal restrictions on these activities, which are known to impact molting geese. It is unclear what constitutes a "nonessential" helicopter flight and under what conditions or upon what criteria restrictions on helicopter and fixed-wing aircraft travel would be implemented. Given the importance of this area to molting geese, the Service believes that clearly defined restrictions governing air traffic in the vicinity of the goose molting area are

needed for the Final EIS.

In addition to the Stipulations and ROPs proposed in the DEIS for the Colville River Special Area, the Service recommends permanent facility setbacks of *at least* 2 miles from the northern and western bluffs of the river due to the unusual concentration of nesting raptors in these areas and the uncertainty regarding how these birds would react to disturbance within this corridor. The larger buffer also would enhance the protection of adjacent habitats used as foraging areas by raptors. We also recommend that roads, if necessary, be minimized to a single consolidated crossing of the Colville River and CRSA, and that aircraft be restricted to altitudes of at least 1,500 feet AGL within 1/2 mile of cliffs identified as raptor nesting areas from March 15 - August 5.

**Alternatives**

The No Action Alternative represents the current management condition in the Northeast Planning Area, as approved by the 1998 EIS ROD, and it forms the basis of the DEIS analysis. The DEIS evaluates two alternatives for increasing the area available for oil leasing and development. Specifically, it analyzes the potential impacts to biological and cultural resources of allowing leasing and development in most (Alternative B) or all (Alternative C) of the current 589,000-acre no-lease area in the TLSA. Other major decisions considered in the DEIS include: 1) replacing existing Stipulations with performance-based Stipulations and ROPs consistent with those authorized by the January 2004 ROD for the Northwest Planning Area of the NPR-A, and 2) removing the surface occupancy restriction that governs a 269,000-acre band of lease tracts west and south of the current no-lease area.

As recognized by BLM in the DEIS, making some areas unavailable for oil leasing and development is one means of providing protection to important biological resources. Of the Alternatives considered in the DEIS, the No Action Alternative would extend the greatest protection to molting geese including Pacific brant, other migratory waterfowl and shorebirds, polar bears, and subsistence resources, particularly the Teshekpuk Lake Caribou Herd, and thus, is our preferred management approach. We recognize, however, that this approach limits opportunities to develop other resources, and that BLM faces a difficult challenge in trying to balance protection of unique biological resources with efforts to provide increased access to areas with high oil potential. Therefore, we have attempted to formulate an alternative management approach based on modifications to the draft Preferred Alternative that we believe would be essential to reduce the risk to fish and wildlife should a decision be made to expand leasing within the TLSA.

We initially focused our effort on Pacific brant because of their small and declining population, their potential vulnerability to development-related disturbances, their importance to subsistence, and the substantial segment of the population that annually molts in the area north of Teshekpuk Lake. Although our analysis is focused on brant, our recommendations are intended to protect other trust resources as well, including other geese. Reducing risks to molting geese would also benefit other species of concern including spectacled eiders and other waterfowl, loons,

shorebirds, polar bears, and caribou. Of particular concern, the response of molting geese to oil field development cannot be predicted with confidence, and because the area is unique, there is a risk of irreversible population-level impacts. The distribution of molting geese varies annually, thus we adopted a management goal of protecting the area used by at least 90 percent of molting brant in any year. We propose to protect the identified area by retaining its no-lease status. We point out, however, that by focusing on brant, our recommended no-lease area would not include all critical caribou habitats, particularly the important migration corridor east of Teshekpuk Lake. Although not our management responsibility, we recommend BLM address the issue of protecting important caribou habitats, including migration corridors.

We re-analyzed waterfowl survey data, with an emphasis on brant, to guide determination of an appropriate no-lease area. Preliminary results indicate that the draft Preferred Alternative would, on average, protect 56% of molting brant under a no-lease designation. The remaining brant use lakes that: 1) occur on the boundary between the no-lease area and the area available to leasing, 2) occur entirely within the area available for leasing, 3) occur on private land (Cape Halkett) or 4) occur on the boundary between public and private lands. Our analysis also indicates that by enlarging the no-lease zone presented in the draft Preferred Alternative from 213,000 to approximately 296,000 acres, the goal of protecting 90 percent of molting brant is nearly achieved. Although our proposed revision to the boundary of the no-lease area (Figure 1) falls just short of the 90% goal, due largely to the importance of lakes on private lands in the Cape Halkett area to molting geese, it does encompass molting lakes that support, on average, 89 percent of molting brant (Table 1). Our proposal also would protect larger portions of molting greater white-fronted, Canada, and snow geese (Figure 2). The modified boundaries would increase protection of habitats important to spectacled eiders, brood-rearing waterfowl, seaducks, shorebirds, and denning polar bears. Finally, the modified no-lease area would increase protection of calving, migration, and insect-relief habitat used by the Teshekpuk Lake Caribou Herd.

Outside the modified no-lease area, a rigorous adaptive management approach to monitoring and assessment could provide a better understanding of the risks entailed in exposing large flocks of molting geese to the disturbances that accompany oil development, should it occur, and information gained could be applied to future management decisions. That information gained, however, comes at the cost of diminished protection for wildlife in the portion of the Teshekpuk Lake area opened to development. Areas closed to leasing would function as a control with which to evaluate the effects of human activity. This approach controls risk to molting geese by limiting the proportion of their populations subject to disturbance while providing for a structured approach to reducing uncertainty.



Figure 1. Proposed modification to Draft Preferred Alternative. No-lease Zone.



Figure 2. Average number of adult geese counted on survey lakes, 1976-1978, 1982-2003. Data from U.S. Fish and Wildlife Service, Migratory Bird Management, Anchorage.

13

Table 1. Proportion (%) of annual numbers of molting geese using lakes located in different land-use categories in the Northeast Planning Area of the NPR-A. Mean is the average proportion of geese using lakes in each category, calculated for all years of available survey data (1976-1978, 1982-2003); minimum and maximum show the range in proportions among years. "Not Available for Lease" represents molting lakes entirely protected within the boundary of the proposed no-lease zones; all other categories represent lakes that are partially or wholly outside the no-lease zones, or that occur on private land at Cape Halkett, and for which there is uncertainty with regard to protection of molting geese.

| Species | Draft Preferred Alternative No-lease Zone | | | | | Modified No-lease Zone | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Available for Lease | Private | Private Borderline | NPR-A Borderline | Not Available for Lease | Available for Lease | Private | Private Borderline | NPR-A Borderline | Not Available for Lease |
| **Brant** | | | | | | | | | | |
| Mean | 6 | 5 | 4 | 30 | 56 | 1 | 5 | 4 | 1 | 89 |
| Minimum | 1 | 0 | 0 | 18 | 41 | 0 | 0 | 0 | 0 | 81 |
| Maximum | 16 | 10 | 10 | 43 | 70 | 7 | 10 | 10 | 5 | 97 |
| **Greater White-fronted Goose** | | | | | | | | | | |
| Mean | 22 | 0 | 0 | 28 | 49 | 18 | 0 | 0 | 4 | 77 |
| Minimum | 6 | 0 | 0 | 16 | 27 | 1 | 0 | 0 | 0 | 63 |
| Maximum | 41 | 1 | 2 | 53 | 74 | 28 | 1 | 2 | 26 | 95 |
| **Canada Goose** | | | | | | | | | | |
| Mean | 9 | 2 | 1 | 36 | 51 | 8 | 2 | 1 | 2 | 87 |
| Minimum | 1 | 0 | 0 | 23 | 30 | 3 | 0 | 0 | 0 | 76 |
| Maximum | 23 | 12 | 5 | 54 | 67 | 15 | 12 | 5 | 13 | 96 |
| **Snow Goose** | | | | | | | | | | |
| Mean | 35 | 0 | 0 | 21 | 44 | 16 | 0 | 0 | 1 | 82 |
| Minimum | 0 | 0 | 0 | 1 | 7 | 0 | 0 | 0 | 0 | 52 |
| Maximum | 77 | 6 | 10 | 54 | 97 | 47 | 6 | 10 | 10 | 100 |

**Exhibit 31, page 18 of 24**

14

**Recommendations and Conclusion**

Recognizing the irreplaceable nature of the fish and wildlife resources in the Northeast Planning Area, particularly within the TLSA, the Service prefers the protective measures provided in the No Action Alternative. However, if BLM decides a portion of the current no-lease area is to be made available for leasing, the Service believes such activity should proceed only under a management plan that prioritizes protection of molting geese and other trust resources while allowing phased development guided by a rigorous adaptive management approach. Therefore, should leasing be expanded in the TLSA, we recommend the following modifications to the draft Preferred Alternative to reduce risks to trust resources in the Northeast Planning Area:

1. The no-lease area proposed under the draft Preferred Alternative would be increased from 213,000 to approximately 296,000 acres to protect molting brant and other trust resources (see Figure 1).

2. Teshekpuk Lake and other fish-bearing lakes would be off-limits to surface development. A minimum ¼-mile undisturbed buffer around these lakes would be applied to prevent oil and other hazardous material spills from reaching these largely confined systems.

3. Other than approved surveys, non-emergency helicopter or fixed-wing transits over the no-lease zone would be prohibited from June 15 – August 20.

4. The no-surface-occupancy requirements for lease tracts west and south of the current no-lease area would be maintained to protect core calving habitat for the Teshekpuk Lake Caribou Herd.

5. To avoid the potential impacts of increased access in biologically sensitive areas, a roadless design would be required for any development proposed within the existing no-lease and no-surface-occupancy areas of the TLSA. Within the CRSA, roads will be minimized to a single consolidated crossing of the Colville River and CRSA, if necessary.

6. Leasing of tracts within the Colville River Special Area would be deferred until this area has an approved management plan. This is consistent with the recent Northwest NPR-A Final Integrated Activity Plan/EIS, and would protect nesting raptors and passerines.

7. The no-permanent-facilities buffer adjacent to the Colville River would be expanded from one to two miles to encompass important raptor foraging habitats.

8. Until an approved management plan is completed for the CRSA, aircraft would be restricted to altitudes of at least 1,500 feet AGL within 1/2 mile of cliffs identified as raptor nesting areas from March 15 - August 5.

9. Construction of permanent facilities for exploration would be prohibited.

Attachment 2
U. S. Fish and Wildlife Service References
Northeast National Petroleum Reserve-Alaska
Draft Amended Integrated Activity Plan/Environmental Impact Statement

**References for General Comments**

Alaska Migratory Bird Co-Management Council. 2004. Subsistence Harvest Surveys. http://alaska.fws.gov/ambcc/harvest.htm, http://alaska.fws.gov/ambcc/ambcc/Harvest/ Subsistence%20EA%2004_total_Geese.htm.

Amstrup, S.C. 2000. Polar Bear. Pp. 133-157, *in* J.J. Truett and S.R. Johnson, eds., The Natural History of an Arctic Oil Feild: Development and the Biota. Academic Press, Inc. NY.

Amstrup, S.C. and C. Gardner. 1994. Polar bear maternity denning in the Beaufort Sea. Journal of Wildlife Management 58:1-10.

Andres, B.A. 2004. Density of shorebirds breeding in the National Petroleum Reserve – Alaska. Unpubl. Report, U.S. Fish and Wildlife Service, Denver, CO.

Brown, S., C. Hickey, B. Harrington, and R. Gill. Eds. 2001. The U. S. Shorebird Conservation Plan, Second Edition. Manomet Center for Conservation Sciences. Manomet, MA.

Cade, T. J. 1960. Ecology of the peregrine and gryfalcon populations in Alaska. Zool. 63:151-290.

Carroll, G.M. 2003. Teshekpuk Lake Caribou Herd Caribou Management Report. Pages 280-303 *in* C. Healy, editor. Caribou Management Report of Survey-Inventory Activities 1 July 2000-30 June 2002. Alaska Department of Fish and Game. Federal Aid in Wildlife Restoration Grants W–27–4 and 5. Juneau, AK.

Conant, B. and R.J. King. 2003. Winter Waterfowl Survey, Mexico West Coast and Baja California. Unpubl. Report. U.S. Fish and Wildlife Service, Anchorage, AK. 23 pp.

Groves, D.J. 2004. Alaska Productivity Surveys of Geese, Swans, and Brant, 2003. Unpubl. Report. U.S. Fish and Wildlife Service, Migratory Bird Management, Juneau, AK. 14 pp.

Kertell, K. 1991. Disappearance of the Steller's eider from the Yukon-Kuskokwim Delta, Alaska. Arctic 44: 177-187.

Kessel, B. and T. J. Cade. 1956. Habitat preferences of the birds of the Colville River. *In*: Science in Alaska 1953, Proceedings of the fourth Alaska Science Conference. Univ. of Alaska, Fairbanks.

Kessel, B. and T. J. Cade. 1958. Birds of the Colville River, northern Alaska. Biol Paper Univ. Alaska, No. 2. 83pp.

Larned, W.W., R. Stehn, and R. Platte. 2003. Eider Breeding Population Survey, Arctic Coastal Plain, Alaska, 2003. Unpubl. U.S. Fish and Wildlife Service, Soldotna, AK. 44 pp.

Larned, W., T. Tiplady, R. Platte, and R. Stehn. 1999. Eider breeding population survey, Arctic Coastal Plain, Alaska, 1997-1998. Unpubl. report, USFWS-Migratory Bird Management, Anchorage, AK.

Mallek, E.J. 2004. Teshekpuk Lake Area Molting Goose Survey - 2003. Unpubl. Report, U.S. Fish and Wildlife Service, Waterfowl Management, Fairbanks, AK. 13 pp.

Mallek, E.J., R. Platte and R. Stehn. 2004. Aerial Breeding Pair Surveys of the Arctic Coastal Plain of Alaska – 2003. U.S. Fish and Wildlife Service, Waterfowl Management, Fairbanks, AK. 25 pp.

Martin, P.D. 1998. Prospects for conflict between oil development and waterfowl in the Teshekpuk Lake region, NPR-A. U.S. Fish and Wildlife Service, Northern Alaska Ecological Services, Fairbanks, AK. 18 pp.

Obritschkewitsch, T., P. D. Martin, and R. S. Suydam. 2001. Breeding biology of Steller's eiders nesting near Barrow, Alaska, 1999-2000. Ecological Services Fairbanks, AK, U.S. Fish and Wildlife Service, Technical Report NAES-TR-01-04. 113pp.

Pacific Flyway Council. 2002. Pacific Flyway Management Plan for Pacific Brant. Unpubl. Report, Pacific Flyway Study Committee, c/o U.S. Fish & Wildlife Service, DMBM, Portland, OR.

Quakenbush, L. T., R. H. Day, B. A. Anderson, F. A. Pitelka, and B. J. McCaffery. 2002. Historical and present breeding season distribution of Steller's eiders in Alaska. Western Birds 33: 99-120.

Ritchie, R. J., and J. G. King. 2002. Steller's eider surveys near Barrow and the Meade River, Alaska, 2002. Unpubl. report prepared for North Slope Borough Department of Wildlife Management, Barrow, AK, by ABR, Inc., Fairbanks, AK. 19pp.

Ritchie, R. J., and J. G. King. 2001. Results of Steller's eider surveys near Barrow, Admiralty Bay, and Meade river, Alaska, 1999 and 2000. Unpubl. report prepared for North Slope Borough Department of Wildlife Management, Barrow, AK, by ABR, Inc., Fairbanks, AK. 19pp.

Ritchie, R. J., and A. M. Wildman. 2000. Aerial surveys for nesting brant and snow geese, Kasegaluk Lagoon to Fish Creek Delta, Alaska, 1999. Unpubl. Rept. prep. by ABR, Inc., Fairbanks. 18pp.

Schliebe, S., S.B. Miller, and K. Proffitt. In Prep. Pack ice position and polar bear distribution in the Central Beaufort Sea, Alaska during fall open water and freeze-up period, 2000-2002. *In* Presentations of the Fifteenth International Conference on Bear Research and Management, Febrauary 8-13, 2004, San Diego, CA.

Stirling, I. and D. Andriashek. 1992. Terrestrial maternity denning of polar bears in the eastern Beaufort Sea area. Arctic 45:363-366.

Suydam, R.S., D.L. Dickson, J.B. Fadely, and L.T. Quakenbush. 2000. Population declines of king and common eiders of the Beaufort Sea. Condor 102:219-222.

Swem, T. R. 1996. 1996 Colville River raptor survey. Unpubl. Rept. USFWS, Fairbanks.

Troy, D.M. 2000. Shorebirds, pp 277-303 in *The Natural History of an Arctic* Oilfield, J.C.Truett and S.R. Johnson, eds. San Diego, Academic Press.

Troy, D.M. 1993. Bird use of the Prudhoe Bay Oil Field. Report prepared by Troy Ecological Research Associates for BP Exploration Inc., Anchorage, AK. 58 pp.

White, C. M. and T. J. Cade. 1971. Cliff-nesting raptors and ravens along the Colville River in Arctic Alaska. Living Bird. 10:107-150.

# Ellsworth, Steven

| | |
|---|---|
| **From:** | Paulus, Stuart |
| **Sent:** | Monday, August 30, 2004 12:37 PM |
| **To:** | Ellsworth, Steven |
| **Subject:** | FW: Electronic Documents - NPRA Comments |

  

NE NPRA     NE NPRA     NE NPRA
5_Attachment 2_Ge_CoverMemo_8_20_ _General Comment

```
-----Original Message-----
From: 7Susan_Childs@ak.blm.gov [mailto:7Susan_Childs@ak.blm.gov]
Sent: Thursday, August 26, 2004 11:46 AM
To: spaulus@ensr.com
Subject: Fw: Electronic Documents - NPRA Comments




Susan Childs
Environmental Program Analyst
NE NPR-A Amendment Project Manager
Bureau of Land Management - AKSO (930)
Anchorage Alaska 99513-7599

(907) 271-1985
(907) 271-5479 Fax


----- Forwarded by 7Susan Childs/AKSO/AK/BLM/DOI on 08/26/2004 09:28 AM
-----


                    Tauline_Davis@fws
                    .gov                        To:
7susan_childs@blm.gov
                                                cc:

                    08/24/2004 08:45      Subject:   Electronic
Documents - NPRA Comments
                    AM




Good morning!

Per your voice mail request, I have attached the files which contain our
NPRA comments.  Thanks!

(See attached file: NE NPRA DEIS_Attachment 2_Gen_Comm_Refs_8_18_04.doc)
(See attached file: NE NPRA DEIS_CoverMemo_8_20_04final.doc)(See
attached
file: NE NPRA DEIS_General Comments_8_20_04final.doc)
```

1            **Exhibit 31, page 23 of 24**

```
(See attached file: NE NPRA DEIS_Attachment 2_Gen_Comm_Refs_8_18_04.doc)
(See attached file: NE NPRA DEIS_CoverMemo_8_20_04final.doc)(See
attached
file: NE NPRA DEIS_General Comments_8_20_04final.doc)
```