**From:** Jonathan_Schick@ak.blm.gov
**Sent:** Wednesday, January 05, 2005 9:34 AM
**To:** NENPRA Admin Record
**Subject:** Fw: NE sale

----- Forwarded by Jonathan Schick/AKSO/AK/BLM/DOI on 01/05/2005 09:33 AM -----

**James Craig/MMS/DOI@MMS**

09/10/2004 09:09 AM

To: Colleen McCarthy/AKSO/AK/BLM/DOI@BLM, 7Susan Childs/AKSO/AK/BLM/DOI@BLM
cc:
Subject: NE sale

Ladies.

I heard some disturbing news about lease terms for the 2005 NE sale (large tract size, NSO, plus other). The success of a sale and post-sale activities depends to a large extent on the sale design. For example, smaller tracts foster competition (more bonus$). More diversity in ownership fosters cooperation and minimizes the risk for single companies (they are more likely to pursue projects with partners). Large tracts allow large companies to dominate an area (looks like a monopoly). This will create another source of political heat. You might want to discuss these sale-design concepts before getting too far along in your decision process.

Jim

Exhibit 34, page 1 of 1