**From:** Alexandra_M_Post@ak.blm.gov
**Sent:** Friday, October 29, 2004 10:41 AM
**To:** nenpraar@ensr.com
**Subject:** Fw: response to Preferred Alternative map - NEAM

----- Forwarded by Alexandra M Post/AKSO/AK/BLM/DOI on 10/29/2004 10:41 AM -----

**Dave Yokel**

09/15/2004 01:46 PM

To: 7Susan Childs/AKSO/AK/BLM/DOI@BLM
cc:
Subject: response to Preferred Alternative map - NEAM

Susan,
I've had a bit more time to look at your Preferred Alternative map now. I'm referring to the one that would make all of the terrestrial area north and east of Teshekpuk Lake available for leasing, not the one that looks more like the DEIS Preferred Alternative.

I see for the most part how you selected the lakes to get the 1-mile buffer. They include those 8 lakes that had average counts of over 1000 geese (all four species). It looks like you also added a few small lakes in the northeast corner, perhaps because you felt you could do this and still reach any oil by directional drilling from ASRC lands (Cape Halkett) to the east or BLM lands to the west or southwest. Looking at a table that includes goose surveys up through 1996 (the most recent I have), the lakes you have enclosed within the 1-mile buffer would include about 55% of molting brant in the **average** year. I'm not going to say this is adequate protection. However, given the conflicting issues with which you are dealing, the 1/4 mile buffer around other lakes, all other mitigations we've discussed, and assuming that the 300 acre/lease block gravel restriction would be implemented with geese in mind, this may be just about as good as anything else you could have "reasonably" suggested (with "reasonable" accounting for those conflicting issues).

There is one change I would suggest to this map, and it involves the 3/4 mile coastal buffer down by its southeastern extremity. The map currently has it buffering the outer NPRA boundary south of Atigaru Pt., meaning it is drawn along a line involving offshore islands and imagination across the water. This has little relevance to the objectives for the buffer. It would make more sense to move it back to the mainland shore, as it was intended to be. Also, the newer caribou information we have (which I've mentioned before) shows some concentrations along the south shore of Harrison Bay, 9 miles south of Atigaru Pt. It would be beneficial to caribou if the buffer was extend the remaining 4-5 miles along the coast through the township labled "12 N" on your map. Beyond that is Kuukpik lands.

Let me know if you have any questions about the above. Thanks.

Dave Yokel, Wildlife Biologist
Bureau of Land Management
Northern Field Office
1150 University Avenue
Fairbanks, AK 99709
(907) 474-2314
dave_yokel@blm.gov

Exhibit 35, page 1 of 1