9-21-04 — Susan, Steve E, Alex Post, Bill Borg, S. Paulus

1. EPA

   Send spec response —

   need effectiveness statement by resource —

   cumulative effects
      need Pet news — go into cum impacts
      road — do like Alpine

Bill Bos —
   Jim responding to comments

   Fix & Fig 4-1, Table 4-3 so match

   Still have to do ANILCA hearing so not stated as such in EIS

   Need court reporter
      1 ENSR attendee
      no translator
      put hearing testimony in appendix
      have time/money
      need to get Bob to commit to schedule

   Key issues
      — have to say

   File saving — discussed saving with name/initials

9-21-04   NPR-A Call                                          -2-

Two alts still being considered
    one similar
    one very different

Decision at end of week

Responses to comments on draft

Printer Nov 20th
    Need to make edits on-line
    PFEIS - copy to Susan for very short review