

# Final Northeast NPR-A Plan Amendment

National Petroleum Reserve – Alaska



Exhibit 37, page 1 of 26



# Final Northeast NPR-A Plan Amendment

National Petroleum Reserve – Alaska



# National Petroleum Reserve - Alaska Briefing

**BLM Alaska**     **State Director**     **Henri Bisson**


# National Petroleum Reserve - Alaska



**Alaska's National Petroleum Reserve and BLM's Proposed Final Northeast Plan Amendment**


<mark>Final Amendment to the 1998 NE NPR-A Plan</mark>

# Final Amendment to the 1998 NE NPR-A Plan





# Northeast National Petroleum Reserve-Alaska Oil Potential

High Oil Potential Northeast NPR-A 1,509,931 acres total



# Northeast National Petroleum Reserve-Alaska 1998 ROD



4.6 million acres

**Not Available for Oil and Gas Leasing ~ 600,000 acres**

**Available for Oil and Gas Leasing with: No Surface Activity ~ 240,000 acres**

**No Permanent Oil and Gas Facilities**

**Sensitive Area Consultation**

**No Permanent Oil & Gas Facilities within ¼ miles of Fish-Bearing Lakes (*within this LUEA only*)**

Exhibit 37, page 6 of 26



# Reasons for Amending
# The 1998 Northeast NPR-A ROD

- Fulfills 2001 National Energy Policy Mandate

- Addresses The Energy Policy and Conservation Act Amendments of 2000 (EPCA)

    - *by considering removing the impediments restricting the development of energy resources while continuing to maintain environmental protective standards.*

**Exhibit 37, page 7 of 26**



# This Amendment Considers



1. **Making lands that are currently unavailable or restricted in the Northeast Planning area _open_ to oil and gas activities.**

2. **Applying performance-based mitigations consistent with the 2004 Northwest NPR-A Record of Decision to the entire Northeast Planning Area.**

**Exhibit 37, page 8 of 26**



# Objective of Final Amendment

To develop an alternative to the current Northeast 1998 Record of Decision which addresses:



*Subsistence Values*



*Environmental Impacts to Wildlife*

## *While Providing*

*Access for Oil and Gas Activities*





# Proposed Final Northeast Plan Amendment



# Alternative A

Alternative A is the No Action Alternative (current 1998 NE NPR-A ROD)

- Provides ~ 87% or 4.0 MM acres for oil and gas activities

- 600,000 acres unavailable for oil and gas activities

- 240,000 acres are restricted to No Surface Activity for either winter exploration or permanent development oil and gas activities including linear right-of-ways (e.g. major roads and pipelines)

- 79 prescriptive stipulations

**Exhibit 37, page 10 of 26**



# Proposed Final Northeast Plan Amendment

## Alternative B



Alternative B is the current Agency Preferred Alternative

- Provides ~ 96% or 4.4 million acres for oil and gas activities

- 213,000 acres of sensitive goose molting and caribou habitat are unavailable for leasing

- <u>Opens</u> ~ 400,000 acres North of Teshekpuk Lake currently closed to oil and gas activities and removes surface restrictions from ~ 240,000 acres south of Teshekpuk Lake

- 27 required operating procedures

- 8 general lease stipulations

- 8 site specific stipulations

**Exhibit 37, page 11 of 26**



# Proposed Final Northeast Plan Amendment



# Alternative C

- Provides 100% or 4.6 million acres for oil and gas activities

- 27 required operating procedures

- 8 general lease stipulations

- 8 site specific stipulations



# Proposed Final Northeast Plan Amendment



### Final Proposed Alternative 1

- Provides 91% or 4.2 million acres for oil and gas activities

- 213,000 acres of sensitive goose molting and caribou habitat are unavailable for leasing

- 211,000 acres of Teshekpuk Lake deferred from leasing for 10 years (entire surface of the lake)

- 141,119 acres south/southeast of Teshekpuk Lake restricted to No Surface Occupancy (NSO) for permanent Oil and Gas Development excluding linear rights-of-way (e.g. major road and pipelines). Allows for winter exploration only (removes No Surface Activity restriction, per 1998 ROD, on 240,000 acres)

- 16,590 acres between Teshekpuk Lake and Kogru River restricted to NSO including all linear features. Allows for winter exploration only.

- Defers leasing in the Colville River Special Area (CRSA) until the combined South Plan and CR Management Plan is completed.

- 27 required operating procedures
- 8 general lease stipulations
- 8 site specific stipulations

**Exhibit 37, page 13 of 26**