
# Proposed Final Northeast Plan Amendment



## Final Proposed Alternative 2

- Provides 95% or 4.3 million acres for oil and gas activities
- 213,000 acres of sensitive goose molting and caribou habitat are unavailable for leasing
- 52,104 acres inside Teshekpuk Lake deferred from leasing for 10 years
- 159,305 acres surrounding Teshekpuk Lake and 141,119 acres south/southeast of Teshekpuk Lake restricted to No Surface Occupancy (NSO) for permanent Oil and Gas Development excluding linear rights-of-way (e.g. major road and pipelines). Allows for winter exploration only
- 141,119 acres south/southeast of Teshekpuk Lake restricted to No Surface Occupancy (NSO) for permanent Oil and Gas Development excluding linear rights-of-way (e.g. major road and pipelines). Allows for winter exploration only (removes No Surface Activity restriction, per 1998 ROD, on 240,000 acres)
- 16,590 acres between Teshekpuk Lake and Kogru River restricted to NSO including all linear features. Allows for winter exploration only
- Defers leasing in the Colville River Special Area (CRSA) until the combined South Plan and CR Management Plan is completed
- 27 required operating procedures
- 8 general lease stipulations
- 8 site specific stipulations

**Exhibit 37, page 14 of 26**



# Proposed Final Northeast Plan Amendment



### Final Proposed Alternative 3

- Provides 97% or 4.5 million acres for oil and gas activities

- 68,000 acres of sensitive goose molting and caribou habitat are unavailable for leasing
- 145,000 acres surrounding Goose molting/caribou habitat use area northeast of Teshekpuk Lake restricted to No Surface Occupancy (NSO) for permanent Oil and Gas Development excluding linear rights-of-way (e.g. major road and pipelines); allows for winter exploration only

- 52,104 acres inside Teshekpuk Lake unavailable for leasing.
- 159,305 acres surrounding Teshekpuk Lake and 141,119 acres south/southeast of Teshekpuk Lake restricted to No Surface Occupancy (NSO) for permanent Oil and Gas Development excluding linear rights-of-way (e.g. major road and pipelines); allows for winter exploration only

- 141,119 acres south/southeast of Teshekpuk Lake restricted to No Surface Occupancy (NSO) for permanent Oil and Gas Development excluding linear rights-of-way (e.g. major road and pipelines); allows for winter exploration only (removes No Surface Activity restriction, per 1998 ROD, on 240,000 acres)
- 16,590 acres between Teshekpuk Lake and Kogru River restricted to NSO including all linear features; allows for winter exploration only

- Defers leasing in the Colville River Special Area (CRSA) until the combined South Plan and CR Management Plan is completed

- 27 required operating procedures
- 8 general lease stipulations
- 8 site specific stipulations

Exhibit 37, page 15 of 26

# Proposed Final Northeast Plan Amendment



### Final Proposed Alternative 4

- Provides 95% or 4.3 million acres for oil and gas activities

- 211,000 acres of Teshekpuk Lake deferred from leasing for 10 years

- 315,000 acres north of Teshekpuk Lake available for lease but subject to limitations of permanent oil and gas development facilities (excluding linear rights-of-way (e.g. major road and pipelines):
    - construction of permanent facilities within each discreet lease tract (description depicted on the map) north/northeast of Teshekpuk Lake shall not exceed 300 acres

- 141,119 acres south/southeast of Teshekpuk Lake restricted to No Surface Occupancy (NSO) for permanent Oil and Gas Development excluding linear rights-of-way (e.g. major road and pipelines); allows for winter exploration only (removes No Surface Activity restriction, per 1998 ROD, on 240,000 acres)

- 16,590 acres between Teshekpuk Lake and Kogru River restricted to NSO including all linear features; allows for winter exploration only

- Defers leasing in the Colville River Special Area (CRSA) until the combined South Plan and CR Management Plan is completed

- 27 required operating procedures
- 8 general lease stipulations
- 8 site specific stipulations

Exhibit 37, page 16 of 26



# Proposed Final Northeast Plan Amendment

## Final Proposed Alternative 3 Cont'd

1.       Total Acreage: **49,090**:
**39,418 acres** = **No Surface Occupancy for Permanent Oil
and Gas facilities excluding existing facilities and linear
rights-of-way (e.g. major roads ad pipelines)**
**9672 acres** = Area open to development subject to general stipulations
and required operating procedures. The total development
footprint cannot exceed **300 acres** (.6 **% of total acreage**) within the 9,672 acres

2.       Total Acreage: **45,953**:
**40,728 acres** = **No Surface Occupancy for Permanent Oil
and Gas facilities excluding existing facilities and linear
rights-of-way (e.g. major roads ad pipelines)**
**5,225 acres** = Area open to development subject to general stipulations
and required operating procedures. The total development
footprint cannot exceed **300 acres** (.6 **% of total acreage**) within the 5,225 acres

3.       Total Acreage: **53,545**:
**48,828 acres** = **No Surface Occupancy for Permanent Oil
and Gas facilities excluding existing facilities and linear
rights-of-way (e.g. major roads and pipelines)**
**4,717 acres** = Area open to development subject to general stipulations
and required operating procedures. The total development
footprint cannot exceed **300 acres** (**.5 % of total acreage**) within the 4,717 acres

4.       Total Acreage: **51,752**:
**29,094 acres** = **No Surface Occupancy for Permanent Oil
and Gas facilities excluding existing facilities and linear
rights-of-way (e.g. major roads ad pipelines)**
**22,658 acres** = Area open to development subject to general stipulations
and required operating procedures. The total development
footprint cannot exceed **300 acres** (**.5% of total acreage**) within the 22,658 acres

5.       Total Acreage: **56,829**:
**46,986 acres** = **No Surface Occupancy for Permanent Oil
and Gas facilities excluding existing facilities and linear
rights-of-way (e.g. major roads ad pipelines)**
**9,843 acres** = Area open to development subject to general stipulations
and required operating procedures. The total development
footprint cannot exceed **300 acres** (**.5% of total acreage**) within the 9,843 acres

6.       Total Acreage: **57,959**:
**46,364 acres** = **No Surface Occupancy for Permanent Oil
and Gas facilities excluding existing facilities and linear
rights-of-way (e.g. major roads ad pipelines)**
**11,595 acres** = Area open to development subject to general stipulations
and required operating procedures. The total development
footprint cannot exceed **300 acres** (**.5 % of total acreage**) within the 11,595 acres



# Proposed Final Northeast Plan Amendment



Figure 1. Proposed modification to Draft Preferred Alternative, No-lease Zone.

## Proposed Alternative from U. S. Fish and Wildlife Service

- Provides 89% or 4.1 million acres for oil and gas activities

- 211,000 acres of Teshekpuk Lake unavailable for leasing

- 296,000 acres north of Teshekpuk Lake unavailable for leasing

- Maintains the 240,000+ acres No Surface Activity restriction, per 1998 ROD, does not allow exploration or permanent oil and gas activities

- 79 Prescriptive-based stipulations as outlined in 1998 ROD or substantial edits to Performance-based stipulations and ROPs (similar to Alternative B)



**Consultations and Briefings Throughout this Process**

# Stakeholders Briefed
# on the Northeast NPR-A Amendment



- Federal and State Agencies

- Native Corporations

- Native Villages and Citizens

- Subsistence Advisory Groups

- Environmental Groups

- Industry Representatives





# Final Mitigations for the Northeast National Petroleum Reserve-Alaska Amendment Plan



# Lease Stipulations & Required Operating Procedures



General Lease Stipulations and Required Operating Procedures address 10 categories of oil and gas and related activities:

- Waste Prevention, Handling, Disposal, Spills, and Public Safety
- Water Use for Permitted Activities
- Winter Overland Moves and Seismic Work
- Oil And Gas Exploratory Drilling
- Facility Design and Construction
- Use of Aircraft for Permitted Activities
- Oil Field Abandonment
- Subsistence Consultation for Permitted Activities
- Orientation Programs Associated with Permitted Activities
- Endangered Species Act – Section 7 Consultation





## Area Specific Lease Stipulations:

- Rivers
- Deep Water Lakes
- Teshekpuk Lake
- Goose Molting Area
- Teshekpuk Lake Caribou Habitat Area
- Coastal Areas
- Colville River Special Area
- Pik Dunes



# CONSTITUENT VIEWS



- **The State of Alaska generally supports a leasing program and the planning process.**

- **The North Slope Borough and associated communities generally supported a leasing program and the planning process during the development of the draft amendment; however, representative comments reflect their desire for BLM to continue managing the Northeast planning area under the 1998 Record of Decision.**

- **Industry maintains they have the ability to conduct oil and gas activities with minimal harm to the environment and the subsistence way of life.**

- **Environmental groups remain adamantly opposed to any change to the 1998 Record of Decision land allocation and resulting stipulations.**



# Oil and Gas Resource Estimates



| Alternative | @$25 Barrel | @$30 Barrel |
|---|---|---|
| A<br>No Action | N/A | 600 million |
| B<br>Preferred | 1.5 billion* | 2.1 billion* |
| C | 1.9 billion | 2.5 billion |

*The elimination of 211,000 acres (Teshekpuk Lake) from leasing within the high potential zone, reduces the potential recovery as follows:

@ $25 – 1.5 billion bbls will be reduced by 1% or 126 million bbls

@ $30 – 2.1 billion bbls will be reduced by 1% or 141 million bbls

**Exhibit 37, page 24 of 26**


# Final Northeast National Petroleum Reserve-Alaska Amendment

## Final Northeast Amendment
## Tentative Schedule

| Date | Activity |
|---|---|
| | |
| October 8, 2004 | Identify Final Alternative, analyze and include in FEIS |
| October 11, 2004 | NOA goes to D. C. for approval |
| | |
| October 15, 2004 | Final review before delivering to printer |
| | |
| November 3, 2004 | Deliver FEIS for printing |
| | |
| November 17, 2004 | NOA published in Federal Register for BLM release of FEIS |
| November 19, 2004 | NOA published in Federal Register for EPA release of FEIS – 30 day review begins |
| December 19, 2003 | 30 day review period ends |
| | |
| Week of January 3 | Secretary Norton signs Record of Decision |


# BLM National Petroleum Reserve-Alaska Timeline

