Laverne Smith  
10/13/2004 04:27 PM

To: Steve A Lewis/R7/FWS/DOI@FWS, Larry Bright/R7/FWS/DOI@FWS  
cc:  
Subject: Fw: first part of list

----- Forwarded by Laverne Smith/R7/FWS/DOI on 10/13/2004 04:15 PM -----

Laverne Smith  
10/13/2004 04:10 PM

To: Steve A Lewis/R7/FWS/DOI@FWS, Larry Bright/R7/FWS/DOI@FWS  
cc:  
Subject: first part of list

Questions:

1. What was the decision prior to the Clinton's Admin. ROD that set aside 213,00 acres? in the 70s?

2. If 30% of the brant molt in NE NPRA, where do the other 70% molt?

3. Are brant still hunted?   Are brant declining?

4. Why focus on brant?

5. p. 2 of our comments;  are the SPEI in the 213, acres or in the 289, acres?

6. Re: raptors - we stated "since they are Arctic and Subarctic breeders, a significant portion of the world breeding population occurs along the Colville River"  
Is there data to support this or is this speculation on our part?   What is the basis for this statement?

7. CRSA: we recommend it be a ..........bird conservation area.   What does that mean?  Is this like a refuge or national monumnet or is it just a place that BLM managers treat with sensitivity?

8. YBLO: we state that O & G development might result in hydrological changes that may reduce the suitability of the area for breeding.   What hydorlogical changes do we expect?  How will they be brought about by O & G development?

9. YBLO:   What do we know about how they respond to O & G development?

10. STIPS concerns about implementation and enforcement:  if we worked so closely with BLM why do we not trust them?  { I explained this one in terms of the use of performance based stips are new and folks inside BLM are still figuring out how to make them work from an enforcement perspective}

11. STEI - we stated that they haven't breed in the area in last 40 years;  correct?   is the ACP population declining?  the worldwide population?

12. SPEI - we stated that 15% of the ACP breed in NE NPRA;  is that population declining?

13. Brant Molt:  how would molting geese respond to O & G development?

14. When we say that the response of geese to oil field development can't be predicted:   How much do we really know versus how much is our best guess?   Don't we have a pretty good handle on this due to the fact that O & G development has been occurring in the arctic for decades?

15. Shorebirds: we state that cummulative impacts esp. in drier habitats is a concern.   What is the basis for our statement?

16. What does the NSO provision mean?   What is the difference between what we propose for the Southern NSO area and what BLM proposed?

**Exhibit 38, page 1 of 8**

17. For brant molting: what % does the 213, acres get you vs. the 289, acres?

18. AK State 8/23 comments: where do we differ from the State: here the State is doing what BLM is doing (i.e. balancing all the various issues where our comments)

Please email or fax (202-208-4684) to Julie tonight:
- P.D. Martin's work on "prospects for conflicts........" that we cited.
- 2 citations in previous email
- 2 Troy articles we cited

Responses to questions posed to LaVerne Smith by Julie McDonald regarding comments on the Northeast NPR-A Draft Amended EIS/IAP. October, 2004

Questions:

1. What was the decision prior to the Clinton's Admin. ROD that set aside 213,000 acres?

The BLM completed an EIS and ROD in 1983 that deferred approximately 217,000 acres (9.25 townships) northeast of Teshekpuk Lake from leasing. This area is similar to the 213,000-acre designated as a no-lease area under BLM's Draft Preferred Alternative in the 2004 Draft Amended EIS, although the latter changed the 1983 boundary in several places (compare Map 2-2 of the 2004 document with Figure III.B.1-2 [page III-B-4] of the 1998 Final EIS).

2. If 30% of the brant molt in NE NPRA, where do the other 70% molt?

Most brant that molt north of Teshekpuk Lake are non-breeders or failed-breeders from breeding areas in Alaska, Canada, and Russia. Brant that breed successfully molt at or near the breeding areas during the brood rearing stage; in Alaska, important breeding areas include the Yukon-Kuskokwim Delta and the Colville Delta, with smaller breeding colonies scattered along the coastal plain of northern and western Alaska. In addition, there are breeding areas in Russia and Canada. With regard to molting, however, there is no known molting area worldwide that supports similar concentrations of geese found north of Teshekpuk Lake.

3. Are brant still hunted? Are brant declining?

Brant are hunted by subsistence hunters in northern, western and southwestern Alaska and by sport hunters in Washington, Oregon, California and northwest Mexico. The brant population has been declining for decades, despite significant efforts by the Service and partners (e.g. Pacific Flyway Council) to manage for population growth; the cause of the decline is not known. Hunting regulations are based on 3-year running averages of population estimates. When the population declines below management objectives, harvest restrictions are implemented. Based on recent estimates, harvest restrictions may be implemented in 2005.

4. Why focus on brant?

For several reasons: A significant portion of the Pacific brant population molts annually in NE NPR-A, and their population status is unstable and declining. Brant are an important resource for Alaska subsistence hunters. The area north of Teshekpuk Lake is the most important known molting site for brant, which includes non-breeders and failed breeders from areas in Alaska, Canada and Russia. No other known molting area supports a similar concentration of molting brant and other geese. During molt, brant are flightless for 3-4 weeks, at which time they are sensitive to disturbance, energetically stressed, and vulnerable to predation. Aircraft traffic and other oil and gas related activity could disturb brant, causing reductions in nutrient uptake. Oil and gas infrastructure and human activity, such as the disposal of refuse, may increase predator numbers (fox, gulls and ravens) in NPR-A as they apparently have in other portions of northern Alaska, thereby increasing predation pressure on molting brant.

**Exhibit 38, page 3 of 8**