5. p. 2 of our comments; are the SPEI in the 213,000 acres or in the 289,000 acres?

The highest densities of breeding SPEI in NE NPR-A occur north of Teshekpuk Lake, however, they are dispersed broadly across this area. Based on aerial surveys, the Service's recommended no-lease area would protect a greater proportion of high density breeding habitat than BLM's proposed 213,000-acre no-lease area.

6. Re: raptors - we stated "since they are Arctic and Subarctic breeders, a significant portion of the breeding population occurs along the Colville River."
Is there data to support this or is this speculation on our part?

Alaska contains the only Arctic and sub-Artic areas in the U.S. Service personnel and partners have worked extensively to monitor raptors breeding along the Colville and other Alaskan rivers; they have documented high densities of breeding raptors along the Colville, and they have banded raptors that fledged from the Colville that were subsequently documented as breeders in other drainages. This suggests that the Colville is a source for raptor populations over a wide area of the North Slope.

7. CRSA: we recommend it be a bird conservation area.   What does that mean?

A Bird Conservation Area would simply be a land-use designation applied by BLM to help guide appropriate management decisions. The land would not change hands, it would simply highlight the importance of this area to certain avian populations, particularly raptors and passerines. This is not to say that other activities cannot occur, only that other uses should be managed to maintain the high quality of habitat that currently exists.

8. YBLO: we state that O & G development might result in hydrological changes that may reduce the suitability of the area for breeding.   What hydrological changes do we expect?

Yellow-billed loons (YBLO) are the largest of the four loon species on the North Slope. They nest on large, deep lakes and feed solely on fish. A number of hydrological changes related to oil and gas development have been documented on the North Slope and can be expected in response to similar development in NE NPR-A. Some of these could potentially impact YBLO. Water is withdrawn from beneath the ice of frozen lakes to build ice roads: this drawdown could affect the hydrology of the lake which in turn could reduce the suitability of YBLO nesting habitat. Drawdown also could impact populations of prey species in lakes. Gravel roads and pads often alter local hydrology, impounding water in some areas and altering natural drainage patterns; this could also impact lake levels and prey populations. (More detail provided below).

9. YBLO:   What do we know about how they respond to O & G development?

Very little research has been done; however, several avenues of potential impact exist. Changes in hydrological processes that affect connectedness, depth, or melt date of yellow-billed loon nesting or brood-rearing lakes may render those unsuitable as breeding. Water withdrawals used for ice roads and pads could have additional effects on habitat suitability by affecting fish

**Exhibit 38, page 4 of 8**

populations that breeding yellow-billed loons depend upon to feed themselves and young. Water withdrawal procedures may reduce prey in yellow-billed loon habitat. Reduction in biomass or protein by fish removal may affect yellow-billed loon nestlings similarly to common loon nestlings, which may not gain enough energy to fledge if fed only invertebrates. Observations have also indicated that yellow billed loons may be very sensitive to disturbance by human activity and more work is needed to understand this issue.

10. STIPS: concerns about implementation and enforcement consistency.

Performance-based measures are a new approach and have not undergone a science-based review. There is a great deal of uncertainty regarding their implementation and effectiveness; many include language suggesting that some measures "may be required" to "the extent practicable," based on technical and economic factors that are not clearly defined. The language in the Draft EIS makes it difficult to determine when and under what circumstances exceptions to the stipulations and ROPs might be requested and granted, and no clear criteria are defined to guide this process.

We believe that the value of some resources, particularly those in the vicinity of and north of Teshekpuk Lake, is such that the risks to these resources associated with some aspects of development are unacceptable in the absence of clearly defined and consistently implemented restrictions on certain activities at certain times of year.

We believe in certain circumstances that it benefits industry to have specific stipulations, some perhaps with "no exception" clauses, so they know exactly what will be expected and they can incorporate the costs of mandatory compliance with stipulations and ROPs into their economic analyses.

11. STEI - we stated that they haven't bred in the area in the last 40 years; correct? Is the ACP population declining? the worldwide population?

The Alaska-breeding population of Steller's eider was listed as threatened in 1997 due to concerns over apparent declines in numbers inferred from a reduction of nesting range in Alaska.

Aerial survey data indicates that breeding pair density currently is greatest near Barrow. Periodic non-breeding of this species has been documented, for example, nesting near Barrow has not been observed since 2000. The last documented nesting in NE-NPRA was in the 1970's. Due to the rarity of this species, and documented periodic non-breeding, we cannot definitively say that no nesting has occurred in the last 40 years, only that it has not been documented.

Steller's eiders occur only intermittently as breeders in Alaska, and in all years they occur in such low numbers that it is impossible to precisely ascertain population size or detect trends in abundance. The only current information we have on status on the entire ACP is from the Arctic Coastal Plain (ACP) surveys. These surveys, however, detect so few Steller's eiders (since 1993, the annual indices of breeding numbers have ranged between 10 and 392 pairs) that it is of little value for detecting a trend in this rare species (MBM acknowledges that this survey is not designed to detect Steller's eiders).

**Exhibit 38, page 5 of 8**