The only current information on the status of the Pacific population of Steller's eiders comes from aerial surveys of the Pacific-wintering population (includes both the Alaska-breeding population and the Russian-Pacific population) that have been conducted since 1992 during spring migration in southwestern Alaska. The number of Steller's eiders observed during these surveys has declined by an average of 6.1 percent per year. We have no current information on the status of the Russian breeding populations, however the spring migration survey, which includes the majority of the Russian-Pacific population, would indicate that the worldwide population may be in decline.

12. SPEI - we stated that 15% of the ACP breed in NE NPRA; is that population declining?

While we lack historical data on population trends of spectacled eiders on the North Slope, population declines were documented on the Yukon-Kuskokwim Delta (YKD). Between the 1970's and 1990's, breeding numbers on the YKD declined by over 96%, with current numbers at about 4,000 pairs.

Our most recent analysis of Arctic Coastal Plain (ACP) surveys suggests that the population trend of spectacled eiders on the North Slope is "flat," neither declining nor increasing. Since 1993, the annual indices of breeding numbers have ranged between 2,600 and 4,600 pairs. However, the annual variation among the population estimates combined with the wide confidence intervals surrounding population estimates makes it impossible to detect short-term trends in this population. Therefore, our confidence in status and trend estimates for the North Slope are low. We do not have enough information to allow an analysis of only the NE NPRA, but have no reason to suspect the NE NPRA (particularly the area north of Teshekpuk Lake) is different from other areas on the North Slope.

13. Brant Molt: how would molting geese respond to O & G development?

As mentioned in #4 above, during molt, brant are flightless for 3-4 weeks, at which time they are sensitive to disturbance, energetically stressed, and vulnerable to predation. Aircraft traffic and other potential oil and gas related activity (vehicular traffic, human activity on nearby pads and roads) has been documented to be a disturbance to molting brant and other geese. The disturbance is normally observed as a movement away from the activity and toward "escape" habitat such as the ocean or the middle of a lake or lagoon. These reactions bring a halt to feeding and resting and cause reductions in nutrient uptake. This leaves the birds, in an energetic sense, less prepared for migration. In addition, oil and gas infrastructure and human activity, such as the disposal of refuse, may increase predator numbers (foxes, gulls and ravens) in NPR-A as they apparently have in other portions of northern Alaska, thereby increasing predation pressure on molting brant.

14. When we say that the response of geese to oil field development can't be predicted: How much do we really know versus how much is our best guess? Don't we have a pretty good handle on this due to the fact that O & G development has been occurring in the arctic for decades?

The Service has studied the response of geese to development in the Prudhoe Bay area and, in general, has not documented negative population-level impacts. However, as articulated in Martin's 1998 analysis, most work to date in the oilfields has focused on breeding geese, and there is reason to believe that, for a variety of reasons, the huge concentrations of molting geese in the Teshekpuk Lake area would respond differently and perhaps be impacted to a greater degree than the much smaller concentrations of breeding geese in the existing oilfields.

The extent to which birds in the oilfields are an appropriate model for birds at Teshekpuk is questionable. Notable differences are:

- Teshekpuk is predominantly a molting area, not a breeding area. In contrast, the majority of oilfield birds are engaged in brood-rearing during the molt period.

- Flock sizes at Teshekpuk are larger, on average, and this may affect the birds' behavior, as larger flocks are believed to react more strongly to disturbance.

- Birds exposed to oilfield activity as goslings are likely to be more habituated to human activity than birds molting at Teshekpuk, which likely have no prior experience with oilfield-related activities.

- The numbers and concentrations of birds at Teshekpuk far exceed that of the oilfields. Mean number of brant on the most heavily used lake at Teshekpuk exceeds the average annual population (adults and young combined) in the oilfields. Competition for food may be more intense at Teshekpuk.

- Habitat characteristics, including dominant forage species, at Teshekpuk are different from the saline-influenced habitats used by oilfield brood-rearing groups.

The implications of these differing circumstances for predicting impacts are not well understood. It is not clear whether molting adults which are also attending broods differ from failed breeders in their sensitivity to disturbance or physiological vulnerability. Moderately large (>100 individuals) flocks of failed breeders occur at Prudhoe Bay also, and these birds represent close analogs to Teshekpuk birds. Although failed breeders in the oilfields use the same areas as brood groups, no studies have compared behavior of birds of differing breeding status. Differing circumstances do not necessarily lead one to the conclusion that greater impacts are to be expected at Teshekpuk, but do provide the basis for a cautious approach.

15. Shorebirds: we state that cumulative impacts esp. in drier habitats is a concern. What is the basis for our statement?

Case 1:05-cv-00008-JKS    Document 54-8    Filed 05/24/2006    Page 3 of 3

The Service has worked with the oil industry on the North Slope to avoid impacts to wetland habitats. As a result, many oil facilities, including roads, airstrips and drilling pads, have been located, where possible, in relatively drier habitats. Recently, there has been a concern that in some areas these drier habitats are relatively rare and important to some shorebirds. For example, the buff-breasted sandpiper, a species of concern which is thought to have declined dramatically in recent years, needs these relatively drier habitats to establish breeding leks and for nesting. Continued use of drier areas for oilfield infrastructure, especially in areas where this habitat type is rare, may have cumulative negative impacts on buff-breasted sandpipers.

16. What does the NSO provision mean? What is the difference between what we propose for the Southern NSO area and what BLM proposed?

The No Surface Occupancy (NSO) designation means that leasing can take place in the area and winter exploration can take place, but no permanent facilities (roads and pads) can be constructed. If oil is discovered, the oil would be removed through directional drilling from pads outside of the NSO area. The BLM proposal would remove this designation from the area south of the Lake and allow for permanent facilities to be constructed there. Our recommendation recognizes the importance of this area to the Teshekpuk Lake Caribou Herd for calving. The Teshekpuk Herd is the most important caribou herd on the North Slope in terms of subsistence harvest. Our recommendation would leave the NSO designation in place, would allow winter seismic and winter drilling operations, but would exclude permanent facilities from the calving area.

17. For brant molting: what % does the 213,000 acres get you vs. the 289,000 acres?

The analysis we conducted to support our comments, a re-analysis of all 25 years of Service aerial surveys of the goose molting area, showed that the 213,000-acre no-lease area proposed by BLM would protect, on average, lakes used by 56% of molting brant. Our recommended 289,000-acre no-lease area would protect, on average, lakes used by 89% of molting geese in any year.

18. AK State 8/23 comments: where do we differ from the State?

The State of Alaska recommended the adoption of Alternative C, which includes the exploration and potential development of all areas within the NE NPRA Planning Area. The State's comments balanced the varying interests of the State from facilitating oil and gas development to protection of fish and wildlife resources. BLM faces a similar challenge in that they must balance the facilitation of oil and gas development with protecting fish and wildlife and with providing for subsistence use of the land by Native Alaskans. Our comments will hopefully assist BLM by providing them an assessment of the potential impacts to the Service's trust resources (not all resources) and what we believe to be the most essential conservation and mitigation measures needed to protect those resources within the NE NPRA. The State's specific comments also expressed concerns over potential impacts to geese north of Teshekpuk Lake and calving and migrating caribou south, east and north of the Lake.

**Exhibit 38, page 8 of 8**