

# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Alaska State Office
222 West Seventh Avenue, #13
Anchorage, Alaska 99513-7599
http://www.ak.blm.gov



TAKE PRIDE®
IN AMERICA

OCT 2 2 2004                                                                                                    1793(931)

Memorandum

To:        Regional Director, U.S. Fish and Wildlife Service – Region 7 Alaska

From:      State Director

Subject:   U. S. Fish and Wildlife Service (USFWS) Comments on the Draft Amended
           Integrated Activity Plan/Environmental Impact Statement for the Northeast
           Planning Area of the National Petroleum Reserve – Alaska

The Bureau of Land Management (BLM) has reviewed the comments received from The U.S. Fish and Wildlife Service (the Service) regarding the Draft Amended Integrated Activity Plan/Environmental Impact Statement (DIAP/EIS) for the Northeast Planning Area of the National Petroleum Reserve-Alaska (Petroleum Reserve). The Service's time and efforts invested in this review are greatly appreciated. As we move forward in the development and preparation of a final document, there are topics of concern outlined in your comments which the BLM believes require further discussion and clarification in order to make the most informed decision in a final IAP/EIS and Record of Decision.

Please review and respond to the following discussion and clarification needs. We are currently reviewing a number of comments and public testimony as we work towards the development of a final Preferred Alternative. We request your attention to the following no later than COB, October 29, 2004, so that we may address and include your responses in this process.

Teshekpuk Lake Special Area (TLSA)

BLM recognizes the importance of the TSLA to fish and wildlife resources and we have constructed mitigations that we believe would provide significant protection for those resources including polar bears, black brant, caribou, etc.

- Please provide data that would support precluding oil and gas activities regarding polar bear habitat in the Northeast Planning Area. The Draft IAP/EIS analysis reports low population usage (one den) in the TLSA, and this one den is located in a developed area along the coastline near Point Lonely.

Exhibit 39, page 1 of 19

- Please provide specific information/data on subsistence take, sport harvest, and other forms of mortality/reduced recruitment of brant to support the statement on page 2 of attachment 1 of your comments that "the [Pacific Brant] population appears poised to decline below an established management threshold." Does this statement indicate that a Population Variability Assessment (PVA) has been performed?

- Define "critical" as it pertains to calving, migration, and insect-relief habitats for the Teshekpuk Lake Caribou Herd (TLH). If a definition in the literature exists that the BLM has overlooked, this information will assist in our review of the ROPs and stipulations, as well as the design of the final alternative (also on Page 2, Attachment).

- A workshop was convened in 1997 for the purposes of evaluating potential impacts to waterfowl and caribou associated with the 1998 Northeast NPR-A IAP/ EIS (1998) (Yokel 1997). Multiple recommendations from the 1997 workshop have been incorporated into the performance-base ROPs and stipulations in the draft amendment currently under consideration. What new information does the Service have that suggests the protections presented in the ROPs and stipulations in the draft amendment are now inadequate to provide sufficient protection for caribou, brant and other waterfowl? If specific recommendations from the 1997 workshop were not incorporated into the DIAP/EIS, which the Service believes are necessary, please include this in your response.

- The BLM is unaware of any new evidence to suggest that molting geese, caribou, or any other wildlife in the TLSA are more likely to be impacted by, or less likely to habituate to, the leasing and development scenarios proposed in Alternative B or C in the Draft IAP/EIS, than were considered in the analysis of leasing impacts in the 1997 workshop. Please provide that information to the BLM planning team.

Threatened and Endangered Species

The Alternatives are a management tool to be used when leasing occurs and when and if development follows. Our Alternatives and associated mitigations are developed with the utmost concern for Threatened and Endangered Species and recognition of our responsibility under the Section 7 consultation process. The BLM believes that performance-based mitigation measures would provide sound protective measures to ensure that Eider populations will be protected under any phase of oil and gas development.

- Regarding Page 4 of Attachment, what is the Service's definition of 1) significant development and 2) population level impacts? Please provide specific data within the discussion. This information will assist the BLM in any needed refinement of analysis of potential impacts to eiders.

Marine Mammals

The Preferred Alternative and Alternative C provide the necessary restrictions through mitigation measures to adequately protect denning polar bears. Specifically:

*C-1 Required Operating Procedure*
<u>Objective</u>: Protect grizzly bear, polar bear, and marine mammal denning and/or birthing locations.

<u>Requirement/Standard</u>:

a. Cross-country use of heavy equipment and seismic activities is prohibited within ½ mile of occupied grizzly bear dens identified by the ADFG unless alternative mitigation measures are approved by the AO in consultation with the ADFG.

b. Cross-country use of heavy equipment and seismic activities is prohibited within 1 mile of known or observed polar bear dens or seal birthing lairs. Operators shall consult with the USFWS and/or NOAA Fisheries Service, as appropriate, before initiating activities in coastal habitat between October 30 and April 15.

- Based on the language in our General Required Operating Procedure outlined above, please explain what component of this ROP would preclude continued use of a preferred habitat or does not adequately protect bears.

<u>Other Species of Concern</u>

Please provide the necessary data to support your recommendation on Page 14, Attachment, of a 2+ mile buffer and your position that the additional setback will be more effective than our proposed 1 mile buffer along the Colville River in protecting nesting raptors.

<u>Stipulations and Required Operating Procedures</u>

Performance-based stipulations and Required Operating Procedures were developed to allow the BLM and industry greater adaptability to mitigate impacts at different sites once a specific development is proposed. In addition, performance based standards would provide a mechanism to incorporate new and emerging science and technology during any future development resulting in more effective environmental protection without the need for an amendment to the Record of Decision. Your comments on the BLM's proposed approach to mitigating surface impacts through performance-based objectives and requirement standards state that this flexibility and reliance on project-specific analysis could result in no, or inadequate, protection to the resource of concern. Your comments also state that there is no assurance that the BLM is capable of the proper compliance enforcement. As stated in the Draft IAP/EIS:

> "The BLM <u>cannot</u> <u>abrogate</u> <u>its</u> <u>regulatory</u> <u>responsibility</u> to take such action as deemed necessary to mitigate or avoid unnecessary surface damage and to minimize ecological disturbance throughout the National Petroleum Reserve – Alaska, consistent with the requirements of the National Petroleum Reserve Production Act (NPRPA, 43 CFR 2361.1."

- Please provide specific data or information that supports your position that the proposed performance-based mitigation scenario offered in the Draft IAP/EIS will not be as

effective in providing protection based on the stated Objective and Requirement Standard, while at the same time, providing specifics on your position that the BLM cannot assure enforced compliance of our mitigations required under our land management activities.

- In addition, please provide a substantiated discussion including data that supports the contention that the mitigation process as proposed in Section 2.6 is inadequate. The BLM believes that the flexibility provided in the proposed performance based mitigation package would allows us to better meet the objective at the time a specific development is proposed.

Alternatives

*Specifically with regard to impacts to Brant*

The following discussion is regarding the Service's management goal of protecting the area used by at least 90 percent of molting brant in any year (page 10 of Attachment). Your method is to prohibit leasing in a 296,000 acre area north/northeast of Teshekpuk Lake.

- Please provide support for the contention that any form of human activity within a 296,000 acre area could not be managed through activity restrictions and transportation management to minimize impacts to molting geese.

Evidence does exist that there are disturbance activities such as helicopter flights resulting in adverse affects to molting geese with the level (number of birds) and severity (estimated weight loss) driven by the number of flights, elevation, and size of the helicopter (Jensen 1990, Miller et al 1994). However, flight path and elevation controls could result in low levels of effects that would not likely impact survival (Miller 1994).

- Please provide the additional rationale for your recommended protective measures (Page 14, Attachment, No. 3).

The Service's assessment of impacted lakes used by molting geese assumes that the group of molting geese at any lake partially or totally outside of a No Surface Occupancy area would be completely impacted by oil and gas development even though many of these lakes are miles long. No examples are given of activity types generally associated with oil and gas activities extending far enough to impact the entire lake area, or information showing that molting geese respond to human activities at those distances in a manner that would result in decreased survival/future reproduction.

- Please provide supported justification for assuming all molting geese would be impacted on these "borderline lakes."

On page 10 of Attachment, it appears the Service adopts a management goal of protecting the area used by at least 90 percent of the molting goose population by preventing oil and gas development around those lakes used by that percentage of the population. The workshop

convened in 1997 for the purposes of evaluating potential impacts to waterfowl and caribou associated with the 1998 Northeast NPR-A IAP/ EIS (1998) (Yokel 1997). The final proceedings of that endeavor does not include a recommendation that 90 percent of the molting goose population requires a moratorium on oil and gas leasing in order to be protected.

- Is there any published literature or population viability analysis to support this 90 percent protection goal? Particularly as it appears that the factors influencing the population are occurring elsewhere, does FWS expect that any adverse impact (mortality, reduced reproduction) would be compensatory or additive?

The BLM recognizes that the Service has an obligation to manage brant and other species for sport hunting, subsistence as well as persistence, just as the BLM has the responsibility to ensure maximum wildlife and habitat protection consistent with the requirements of National Petroleum Reserve Production Act for the exploration of the Reserve.

- To assist the BLM in refining our cumulative effects analysis, please provide information on allowable sports harvest and actual sports harvest and subsistence harvest.

- Please provide information on how the Service determined that the current and expected future levels of harvest are sustainable. At what population level is avoidable harvest/mortality not compatible with maintenance of a sustainable population?

Thank you for your assistance in this process.

Attachment
   USFWS – General Comments, NE-NPRA-Alaska, Draft Amended IAP/EIS

**Literature Cited:**

Jensen, K. C. 1990. Responses of molting Pacific black brant to experimental aircraft disturbance in the Teshekpuk Lake Special Area, Alaska. Ph.d Dissertation. Texas A&M University, College Station, TX.

Miller, M. W., K. C. Jensen, W. E. Grant, and M. W. Webber. 1994. A simulation model of helicopter disturbance of molting Pacific black brant. Ecological Monitoring: 73. pp 293-309.

Miller, M. W. 1994. Route selection to minimize helicopter disturbance of molting Pacific black brant: A simulation. Arctic: 47(4). Pp 341-349.

Yokel, D. A. (editor). 1997. Proceedings of the Teshekpuk Lake Area caribou/waterfowl impact analysis workshop. USDI-BLM Northern District Office. Fairbanks, Alaska

Attachment
U. S. Fish and Wildlife Service General Comments
Northeast National Petroleum Reserve-Alaska
Draft Amended Integrated Activity Plan/Environmental Impact Statement

Our General Comments are limited to a discussion of potential impacts to Department of the Interior Federal trusts resources including migratory birds, marine mammals, anadromous fish, subsistence resources and species listed under the Endangered Species Act. Specific Comments referenced to text in the Draft Amended Integrated Activity Plan/ Environmental Impact Statement (DEIS) will be provided under separate cover by the Fairbanks Field Office.

## GENERAL COMMENTS

### Special Areas

The Naval Petroleum Reserves Production Act of 1976 authorized the Secretary of the Interior to designate Special Areas within the NPR-A that contain significant surface resource values and to assure the maximum protection of these resources in conjunction with exploration of the reserve. Under 43 CFR 2361.1(e)(1), Federal regulations state that such values may be protected by limiting, restricting, or prohibiting the use of and access to appropriate lands. In 1977, as a result of the Act, the Secretary designated three Special Areas within the NPR-A; the Teshekpuk Lake Special Area (TLSA), the Colville River Special Area (CRSA), and the Utukok River Uplands Special Area (URUSA). The Northeast Planning Area encompasses most of the TLSA and about one-third of the CRSA, but none of the URUSA. The DEIS for the Northeast Planning Area recognizes the significance of the TLSA and the CRSA and proposes no changes in their boundaries.

*Teshekpuk Lake Special Area*

The value of the TLSA to molting geese, other waterbirds, caribou and subsistence has been well documented in the DEIS, Service documents, and in the literature. The numbers of Pacific brant and the total numbers of all geese that use this region exceed those of any known molting area in the North American and Siberian Arctic. Although recognized principally for its concentrations of molting geese, the TLSA also provides important nesting, brood-rearing and staging habitat for other waterfowl, including listed spectacled eiders, and for shorebirds. It also provides terrestrial denning habitat used by polar bears and important calving, migration, and insect-relief habitat for the Teshekpuk Lake Caribou Herd, the herd harvested most heavily by Alaskan North Slope subsistence communities.

The No Action Alternative of the DEIS represents the current management condition in the Northeast Planning Area, which is founded in the 1998 EIS Record of Decision (ROD). The 1998 decision was intended to protect geese, other waterbirds, caribou and subsistence activities to the maximum extent possible via no-lease and no-surface-occupancy measures to the south and north of Teshekpuk Lake, while allowing leasing and development in the remainder of the TLSA. Perhaps the most significant decision to be made in the current planning process is

whether, based on the best available information, leasing and development is appropriate in the current no-lease area, which includes most of Teshekpuk Lake and the area to its north and east. Important aspects of this analysis include an accounting of any changes in the resource values of this area, the likelihood of impacts to these resources, and our current level of understanding regarding the mitigation of potential impacts.

Resource data collected since 1998 indicate the continuing importance of the TLSA to fish and wildlife resources. With particular regard to molting geese and caribou, there is evidence this area may be more important than previously thought. Service aerial surveys recorded 36,817 molting Pacific brant north of Teshekpuk Lake in 2001; this represented nearly 30 percent of the entire population of Pacific brant (Mallek 2004). In addition, the Pacific brant population is now below the Pacific Flyway population objective (Pacific Flyway Council 2002) and has been in slow decline for decades (Conant and King 2003). Recruitment has been poor in recent years (Groves 2004), and the population appears poised to decline below an established management threshold that will require a major reduction in harvest throughout the range, beginning perhaps as soon as 2005. Despite their low numbers, Pacific brant are an important resource for subsistence waterfowl hunters on the North Slope and in northwest, western and southwest Alaska; in surveys conducted from 1992-2000, brant accounted for over 13 percent of the reported subsistence goose harvest in these areas (AK Mig. Bird Co-Mgmt. Council 2004). In addition to being a valued subsistence resource in Alaska, these birds also represent an important sport harvest species on the west coast of the U.S. and Mexico.

The existing no-lease area, combined with the no-surface-occupancy area, also encompasses critical calving, migration and insect-relief habitats for the Teshekpuk Lake Caribou Herd (TLH). Recent telemetry data indicate that collared cows found within these areas during calving season have much higher calving success than those found outside the areas. In surveys conducted since 1990, 90 percent (147 out of 163) of collared TLH cows that calved successfully did so within these protected areas (Carroll 2003). During most years, over 75% of the herd uses the area around and north of the lake during the insect season. The TLH continues to be an important subsistence resource, providing most of the caribou harvested by the Native communities of Atqasuk, Barrow, Nuiqsut, and Wainwright. In recent years, 2,500 to 2,800 TLH caribou (about 6 percent of the herd) have been harvested annually (Carroll 2003).

In our review of the DEIS and related documents, we found no new information relative to the potential impacts of oil and gas development on molting geese and caribou in the TLSA. In 1998, the Service analyzed the potential for conflicts between oil development and waterfowl in the Teshekpuk Lake region (Martin 1998). That analysis, which is still relevant, noted evidence of behavioral and physiological responses by molting brant to aircraft and other sources of disturbance that would likely accompany oil and gas development. Such disturbance could cause increased energy expenditures, decreased foraging time, and depleted lipid and protein reserves, which could increase the duration of the flightless period and susceptibility to predation. Birds could be displaced from optimal to sub-optimal habitats, resulting potentially in over-crowding and ensuing decline in forage availability. Each of these responses, or any combination of them, could result in reduced survival of molting brant. This is likely also true for other molting geese.

We are also unaware of new evidence to suggest that molting geese, caribou, or other wildlife in the TLSA are less likely to be impacted by, or more likely to habituate to, the leasing and development scenarios proposed in Alternatives B or C in the DEIS. Due to the continuing importance of the TLSA to molting geese, other waterbirds, caribou and subsistence users, and the lack of any new information regarding the likelihood of impacts or the ability to mitigate them, the Service believes avoiding surface disturbance in this biologically sensitive area, as presented in the No Action Alternative, would provide the greatest level of protection (and least risk) to wildlife, and is our preferred management approach.

The Service recognizes, however, that this approach limits the opportunity to explore for and develop other resources, and that the BLM faces a difficult challenge in trying to balance protection of unique biological resources with efforts to provide increased access to areas with high oil potential. Therefore, in evaluating the DEIS, we have considered measures that we feel would be essential to reduce the risk to fish and wildlife should a decision be made to expand leasing within the TLSA. With that in mind, we have attempted to formulate an alternative management approach based on modifications to the draft Preferred Alternative. Our analysis and recommended approach are presented in the *Alternatives* section below.

*Colville River Special Area*

The northeastern third of the 2.3-million acre CRSA lies within the Northeast Planning Area and forms its southern and much of its eastern boundary. The upper Colville River has long been identified as one of the most important raptor nesting areas, in both density of nests and diversity of species, in North America (Kessel and Cade 1956, 1958; Cade 1960; White and Cade 1971). The river corridor and surrounding tundra provide a diverse suite of habitats, resulting in an abundance of prey (small birds and mammals) for raptors nesting along the cliffs and bluffs formed by the river. Arctic peregrine falcons, gyrfalcons, and rough-legged hawks are regular breeders along the Colville River and some of its tributaries (Swem 1996, Ritchie and Wildman 2000).

Because these species are considered Arctic and sub-Arctic breeders, it is probable that a significant proportion of the United States' population of these birds nest within the NPR-A, primarily along the Colville River. It is estimated that approximately one-fourth of Alaska's Arctic peregrine population nests along the Colville (Ritchie and Wildman 2000). Banded fledglings from peregrine nests on the Colville have been documented nesting in subsequent years along other North Slope waterways (USFWS unpubl. data). The Colville River may act as a population source for raptors regionally, important for establishing and maintaining populations in adjacent areas. Protecting the habitats within the CRSA, therefore, may not only be important for maintaining local populations of raptors, but for maintaining healthy populations over a broad area. In addition to its importance to nesting raptors, the CRSA provides extensive and well-developed tall shrub habitats that are limited elsewhere on the North Slope and which support moose and the Slope's most diverse assemblage of nesting passerines.

Consistent with the recent Northwest NPR-A Final Integrated Activity Plan/EIS, the Service recommends that leasing of tracts in the Northeast Planning Area within the CRSA be deferred until this area has an approved management plan. When developing that plan, we recommend that the entire CRSA be considered for designation as the Colville River Bird Conservation Area, recognizing the area as supporting the most diverse land bird community in the Alaskan Arctic. Additional recommendations regarding management of the CRSA are addressed below in the *Stipulations and Required Operating Procedures* and *Alternatives* sections.

**Threatened and Endangered Species**

Spectacled eiders and the Alaska breeding population of Steller's eiders were listed as threatened under the Endangered Species Act of 1973, as amended, in 1994 and 1997. Steller's eiders in Alaska historically nested discontinuously from the Aleutian Islands to the Seward Peninsula, from the vicinity of Point Lay to Point Barrow, and east of Point Barrow along the Arctic Coastal Plain (ACP) to the United States-Canada border (Kertell 1991). Within the Northeast Planning Area, breeding Steller's eiders were recorded north of Teshekpuk Lake, near Cape Halkett and Pitt Point, prior to 1970 (Quakenbush et al. 2002). Since 1970, the species has been recorded as present but not breeding in these areas and at several other locations north and east of Teshekpuk Lake. Results of surveys conducted over the past decade indicate that the nesting range of the Steller's eider has apparently been reduced to the vicinity of Barrow (Larned et al. 1999; Obritschkewitsch et al. 2001; Ritchie and King 2001, 2002; Quakenbush et al. 2002). Given the evidence of past occupancy, the Northeast Planning Area, particularly the area north of Teshekpuk Lake, could reasonably be expected to provide suitable nesting and brood-rearing habitat for Alaska-breeding Steller's eiders in the event of population recovery.

Spectacled eiders, which are more evenly distributed on the ACP, usually nest in wet meadows, basin wetland complexes, along the edges of shallow ponds and lakes, or on islands in larger lakes. Approximately 15 percent of the ACP breeding population of spectacled eiders occurs within the Northeast Planning Area, and Breeding Pair Surveys have identified several areas of high-density spectacled eider nesting within the Northeast Planning Area to the north and northeast of Teshekpuk Lake (Larned et. al. 2003).

Given the uncertainty regarding future levels of development, how that development would be managed, and how spectacled eiders may be affected by development, it is difficult to evaluate potential impacts of any of the Alternatives on this species. If significant development occurs within areas of high concentrations of spectacled eiders, we believe the potential for population-level impacts exists. Clearly, the surest way to avoid such impacts, which could affect the species' ability to recover, is to exclude development from areas important to the species. The Service's Endangered Species Branch is coordinating with the BLM to complete the required Endangered Species Act Section 7 Consultation, which will evaluate whether the cumulative, direct and indirect effects will jeopardize the species' survival and recovery.

**Marine Mammals**

Polar bears occur throughout much of the NPR-A, primarily along or within a few miles of the coast, although they may use habitats 25 miles or more inland. The Beaufort Sea coastline, as well as river drainages and bluffs along lakes within the NPR-A, provide important areas used by polar bears for resting, feeding, denning, and seasonal movements. In the Northeast Planning Area, polar bears are known to have denned at or near Cape Simpson, Smith Bay, Lonely, Pogik Bay, Cape Halkett, Eskimo Islands, Atigaru Point, and the Colville River Delta. In the last decade, the number of polar bears occurring along coastal areas of the Beaufort Sea has been increasing (Stirling and Andriashek 1992, Amstrup and Gardner 1994, and Amstrup 2000). The reason for this increase is unknown but may be related to ice conditions. The USFWS (Schliebe et. al. in prep.) recently compared the distance of the ice edge from shore (during fall months) with the numbers of polar bears observed on land. A significant correlation was found to exist: as distance to the ice edge increased, so did the numbers of bears observed on land. The potential for continued reduction in ice cover from global climate change could result in greater numbers of polar bears occurring along the coastline for protracted periods of time, thereby also increasing potential conflicts from human activity.

As the primary entity responsible for conservation of polar bears, the Service believes the No Action Alternative would be most consistent with mandates set forth in the Marine Mammal Protection Act of 1972 and the 1973 International Agreement on the Conservation of Polar Bears. This Alternative would preclude oil and gas development in the majority of the coastal and near-coast inland habitats within the Planning Area. These areas are most likely to be used by polar bears for denning, feeding, and seasonal movements. Continued and permanent protection of these areas from oil and gas leasing would be the most effective of the three Alternatives presented with respect to minimizing potential impacts on polar bears. If, however, additional leasing is to occur, as proposed in the draft Preferred Alternative and Alternative C, our primary concerns for polar bears are: 1) disturbance to denning bears; 2) disturbance to feeding/resting bears during the open water period; 3) large-scale oil spills; and 4) cumulative effects from ongoing and future oil and gas development that would result in loss of polar bear habitats or that would preclude continued use of preferred habitats.

A number of proposed lease Stipulations and ROPs are intended to enhance protection for polar bears. For example, ROPs include measures to minimize bear attractants, prepare oil spill contingency plans, develop bear-human interaction plans, protect denning bears, and provide bear education and safety training. Stipulations developed for biologically sensitive areas, include setbacks for primary river drainages (Lease Stipulation K-1), deep-water lakes (Lease Stipulation K-2), and the coast (Lease Stipulation K-6). These Stipulations and ROPs, if they incorporate language recommended by the Service (see *Specific Comments*, under separate cover), are implemented consistently, monitored, and enforced, would likely reduce impacts to polar bears and their habitats.

**Other Species of Concern**

Several other species that could be impacted by oil development in the Northeast Planning Area