**MEETING NOTES**

To:            Files

From:          J. Zelenak

Date/Time:     Nov. 15, 2004/13:00-15:00

Subject:       Conference Call with Julie MacDonald re: USFWS Response to BLM's Oct. 22, 2004 Request for Clarification and Additional Information Regarding Service's Aug. 23, 2004 Comments on the NE NPR-A Draft IAP/EIS

Location:      FFWFO/Fairbanks, RO/Anchorage, USDOI/D.C.

Participants:  FFWFO – Steve Lewis, Larry Bright, Philip Martin, Jim Zelenak
               By Phone - LaVerne Smith, Marjorie Nelson (RO/Anchorage), Julie MacDonald (USDOI/D.C.)

Summary:       Primary purpose was to discuss the Service's Nov. 10, 2004 draft responses to BLM's Oct. 22, 2004 Request for Clarification and Additional Information Regarding Service's Aug. 23, 2004 Comments on the NE NPR-A Draft IAP/EIS.

Ms. MacDonald had several concerns regarding our responses; she felt they were "not very good" and "not particularly helpful." She made the following recommendations:

Question 1. She recommended we focus our response on the fact that there are no data available to support precluding oil development based on polar bear habitat concerns (we had not, in our Aug. 23 comments or in our draft response, suggested such data existed or that precluding leasing in any given area be based on polar bear habitat concerns alone).

Question 2. She felt we were being misleading in our response, perhaps exaggerating the potential threat to brant, especially as there are no data that suggest a link between oil development and brant population declines.

Question 3. She asked us to explain the difference between "critical habitat" and "run-of-the-mill habitat" with regard to the Teshekpuk Lake Caribou Herd.

Question 4. She said she was "unconvinced by your argument," and that we "stated that there were no data, and then you draw a line in the sand." She suggested that our answer state that we view the stipulations developed for Alternative E in the 1998 EIS as a starting point but are reluctant to use them because the situation today is so different. We explained that the current Alternative C is in fact essentially the same as Alternative E from 1998, and that we believe now, as we did then, that there are no data currently available to guide development of mitigation measures that would assure minimal impacts to the unique biological resources associated with the area north of Teshekpuk Lake, particularly molting Pacific brant, if leasing and development occurred there.

**Exhibit 40, page 1 of 22**

We agreed to try to address Ms. MacDonald's concerns in the next draft of our responses and to continue the discussion with another conference call at 09:30 on Nov. 16. A revised draft (Attachment 1) incorporating Ms. MacDonald' recommendations was e-mailed to her on Nov. 15.

Addendum: Nov. 16, 2004

The previously scheduled conference call was cancelled.

# DRAFT

FWS/AFES                                        November 10, 2004

Memorandum

To:             State Director - Bureau of Land Management

From:           Regional Director - Region 7

Subject:        BLM Request for Further Clarification of Service Comments on the Draft
                Amended Integrated Activity Plan/Environmental Impact Statement for the
                Northeast Planning Area of the National Petroleum Reserve – Alaska

The U.S. Fish and Wildlife Service Alaska Region has reviewed the BLM's October 22, 2004
request for further clarification of our comments on the Draft Amended Integrated Activity
Plan/Environmental Impact Statement (IAP/EIS) for the Northeast Planning Area of the National
Petroleum Reserve – Alaska (NPR-A). As requested, we are supplying further clarification and
information regarding the scientific basis for our analysis and recommendations regarding the
Teshekpuk Lake Special Area (TLSA) and associated trust resources, threatened and endangered
species, marine mammals, the Colville River Special Area (CRSA), Stipulations and Required
Operating Procedures (ROPs), and alternatives. Certain requests refer specifically to the 1997
Teshekpuk Lake Area Caribou/Waterfowl Impacts Analysis Workshop and the 1998 Northeast
NPR-A Final IAP/EIS and ROD.

The Service has stressed that risks to wildlife may be reduced through increased knowledge and
understanding, leading us to advocate for further research on the potential impacts of surface
development on wildlife, especially given the overlap of habitats important for species of
concern found in the TLSA. This is why the Service recommended and supported a Research
and Monitoring Team as an element of the 1998 ROD, and why we have joined with the BLM to
support the North Slope Science Initiative. This is also why we suggested in our most recent
comments (August 2004 General and Specific Comments) that a rigorous adaptive management
approach should be initiated to guide development in the Northeast Planning Area under a
modified Draft Preferred Alternative.

The Service is happy to supply the BLM with further detail and data that support and clarify our
comments, recommendations and conclusion. We are hopeful that this information will help you
in your decision making process.

2

Responses to Specific Requests: BLM requests (in *italics*) followed by Service responses.

1. *Please provide data that would support precluding oil and gas activities regarding polar bear habitats in the Northeast Planning Area. The Draft IAP/EIS analysis reports low population usage (one den) in the TLSA, and this one den is located in a developed area along the coastline near Point Lonely.*

The Service has not recommended precluding oil and gas activities in any part of the Northeast Planning Area based solely on polar bear habitat concerns, and we are not aware of data that would support that measure. The Service has, however, recommended a modified no-lease boundary based primarily on the potential impacts of oil development on Pacific brant and caribou. This recommendation would also benefit listed spectacled eiders, other molting geese, and shorebirds as well as polar bears.

The Draft IAP/EIS reported that only a single den, near Point Lonely, has been documented in the Northeast NPR-A. In our August 2004 General Comments (page 5, paragraph 1) and Specific Comments (page 15), we informed the BLM that researchers at the U.S. Geological Survey Biological Resource Division (USGS/BRD), Alaska Biological Science Center also have documented dens within or immediately adjacent to the Northeast Planning Area in other locations including Cape Simpson, Smith Bay, Pogik Bay, Cape Halkett, Eskimo Islands, Atigaru Point, and the Colville River Delta (USGS 2004). In fact, there are 19 documented dens within or immediately adjacent to the Northeast Planning Area (Table 1), and six of these have been documented since 1998. The attached map (Figure 1) shows known polar bear den locations within and adjacent to the Northeast Planning Area. This graphic presentation of den sites may be helpful in completing the Final IAP/EIS.

In any given year, only a relatively small percentage of den locations is known with certainty (roughly 3-7% of potential denning females are radio-collared in a given year), and the absence of a known den does not imply the absence of suitable denning habitat or preclude the possibility that undiscovered dens have occurred in the past or could occur there in the future. Polar bear use of terrestrial habitats adjacent to the Beaufort Sea has been increasing in the last decade (Stirling and Andriashek 1992, Amstrup and Gardner 1994, Amstrup 2000). If this trend continues, polar bears will occur with greater regularity and perhaps in increasing numbers in the coastal and near coast (northern) portions of the Planning Area, and there would be an increase in the numbers of bears and dens that would be exposed to oil and gas activities and associated disturbances and a potential increase in bear-human conflicts.

Deleted:
Deleted: t should be noted, however, that i
Deleted: . T
Deleted: ¶ ¶
Deleted: ; i
Deleted: . If this happens
Deleted: ,
Deleted: However, the Service has not recommended precluding oil and gas activities in any part of the Northeast Planning Area based solely on polar bear habitat concerns.

2. *Please provide specific information/data on subsistence take, sport harvest, and other forms of mortality/reduced recruitment of brant to support the statement on page 2 of attachment 1 of your comments that "the [Pacific Brant] population appears poised to decline below an established management threshold." Does this statement indicate that a Population Variability Assessment (PVA) has been performed?*

Our statement quoted above is based on the population and harvest management objectives agreed to in the Pacific Flyway Management Plan for Pacific Brant (Pacific Flyway Council

3

2002), which manages the population "for sustained yield following management procedures designed to achieve and maintain population and winter distribution objectives." The Pacific Flyway Council, composed of one member from the public wildlife agencies in each state and province in the western United States, Canada, and Mexico, sets harvest thresholds and population objectives for Pacific brant, with input from the Service. The management plan strives to maintain 150,000 Pacific brant and 12,000 Western High-Arctic brant. The combined population objective of 162,000 brant is based on an historical average of the first 10 years of the comprehensive winter surveys (1960-1969). It is further supported by projections derived from the Black Brant Population Model (Anker and Chelgren 1998). The Western High Arctic Brant objective is based on historical counts averaging 12,200 brant (1953-1970).

The Flyway Council sets harvest recommendations based upon the 3-year running average of the combined Pacific Flyway Brant Midwinter Survey, expected levels of take under current bag limits, and typical (average) recruitment and survival rates. A "moderate" harvest strategy (2 times the current allowable harvest) would be implemented if a 3-year running average of >135,000 was achieved; a "restrictive" strategy (the current situation) is implemented when the average is 110,000 – 130,000; a "very restrictive" strategy (50% reduction in the current harvest level) would be implemented if the average declines to 90,000 – 110,000; and a complete harvest closure would be recommended if the average declined below 90,000 and the Yukon-Kuskokwin (YK) Delta nesting colony index declined by >50%.

The most recent (2002-2004) 3-year average is 116,631 brant; however, the 2002 count of 127,784 will rotate out of the average this year. Unless at least 116,890 brant are counted during the January 2005 survey, the 3-year average will drop below 110,000 into the "very restrictive" harvest strategy, which will require a 50% harvest reduction. Unfortunately, our Office of Migratory Bird Management does not expect that the January 2005 count will exceed this number. This assessment is based on the size of the brant population in January, 2004 (111,460), published adult and juvenile survival rates (Ward, et al. 1997, Ward et al. 2004), and fall 2004 age-ratio data (K. Sowl, Izembek NWR, pers. comm.). Specifically, by partitioning the adult annual survival rate of 0.84 into seasonal components, we expect that 87.7% of adults survived from January-October, 2004, leaving 97,797. Of those, 95.7% should survive from October, 2004 to January, 2005, leaving 93,626 adults. Based on the October age-ratio estimate at Izembek (18.2% juveniles), we estimate that 21,759 juveniles were alive this fall, of which 81.3% should survive to January, 2005, resulting in 17,690. Unless survival rates differ substantially from these estimates, the two age classes combined would yield a total count of 111,316 brant in January, 2005. Therefore, as we stated in our comments, the population, as measured by the three-year running average, does indeed appear to be poised to decline below a management threshold that would lead to a 50% harvest reduction, impacting both subsistence and sport hunters in Alaska and sport hunters in British Columbia, Washington, Oregon, California and northern Mexico.

In our August 2004 General Comments, we presented data that brant represent over 13% of the reported subsistence goose harvest among some communities on the North Slope and in northwest, western, and southwest Alaska. These data, tabulated by the Alaska Migratory Bird Co-Management Council, estimate that over 10,000 brant are harvested annually for subsistence consumption in Alaska. Our analysis considered harvest of brant and all geese reported in

**Exhibit 40, page 5 of 22**

4

subsistence surveys conducted during 1992-2000 in communities on the YK Delta, the Bering Strait mainland, St. Lawrence Island, Togiak National Wildlife Refuge (NWR), the Nushagak-Dillingham-Illiamna area, Alaska Peninsula/Becharof NWR, the Northwest Arctic, the North Slope, and the Aleutian Islands. Among communities in these areas, brant represented from 7.5% to 34.6% of all geese harvested. These data can be accessed at:

http://alaska.fws.gov/ambcc/ambcc/Harvest/Subsistence%20EA%2004_total_Geese.htm

Subsistence harvest of brant by region of Alaska has also been summarized by Wolfe and Paige (1995), who estimated statewide subsistence harvest at nearly 11,000 brant. In addition to the YK Delta, where annual brant harvest approached 4,000, the authors listed other important harvest regions including the North Slope (3,000 brant); Seward Peninsula and Northwest Arctic (2,700); Eastern Aleutian Islands (1,200); and Bristol Bay (300).

Approximately 80% of brant taken by Alaska subsistence hunters are harvested in the spring/summer (Alaska Migratory Bird Co-Management Council 2004) and spring-migrating waterfowl represent some of the first fresh meat of the year available to subsistence communities. The impending harvest restrictions on brant would eliminate the availability of this important food resource during the fall season and, if the brant population declines to the point at which a complete harvest closure is recommended, the spring/summer subsistence harvest would also likely be prohibited.

Allowable sport harvest of brant is based on the most current 3-year average population estimate as described above. This allowable harvest is not a specific number, but is controlled by daily bag and possession limits, which are assessed annually and vary geographically by state or province as agreed to by the Flyway Council. In the U.S. and Canada from 1982 to 2000, for years in which harvest estimates are available from all regions (Alaska, British Columbia, Washington, Oregon and California), sport harvest averaged 2,264 brant and ranged from 1,143 in 2000 to 4,163 in 1982 (derived from Pacific Flyway Council 2002, Appendix K). Total harvest in northwest Mexico from 1974 to 2000 averaged roughly 1,600 – 2,250 brant annually. Additional information is available on brant population assessment, current and historic subsistence and sport harvest and harvest regulations over time in the Pacific Flyway Management Plan at:

http://pacificflyway.gov/Documents/Pb_plan.pdf

Additional recent harvest data for the U.S. can be viewed at:

http://migratorybirds.fws.gov/reports/whs/2003HIPHunterActivity.pdf

Other factors that may influence mortality and recruitment of brant include predation, disease, severe weather, and loss of habitats. The extent to which these various factors, alone or in combination, influence brant populations is imperfectly understood; however, flooding of breeding colonies, predation, and subsistence harvest are thought to have been key factors in the declines on the YK Delta in the 1980s (Sedinger et al.1993, Anthony and Sedinger 1987, Lensink 1987, King and Derksen 1986, Raveling 1984).

5

The Service has not performed a Population Viability Analysis (PVA) for Pacific brant. PVAs provide a mechanism for estimating the probability that a population of a specified size will persist for a specified time. They are generally used to assess variation in parameters of small populations to estimate the probability of extinction due to stochastic processes; thus a PVA would not be particularly helpful in addressing the vulnerability of brant to development impacts. The brant population has been declining and continues to decline; our recommendations are intended to avoid additional pressure on this declining population. Researchers at the University of Alaska – Fairbanks (UAF) have developed the Pacific Black Brant Population Model (Anker and Chelgren 1998), which can be accessed and downloaded at:

http://www.cabnr.unr.edu/brant/brant-model/USER_MAN.htm

3.  *Define "critical" as it pertains to calving, migration, and insect-relief habitats for the Teshekpuk Lake Caribou Herd (TLH). If a definition in the literature exists, that the BLM has overlooked, this information will assist in our review of the ROPs and stipulations, as well as the design of the final alternative (also on Page 2, Attachment).*

The Service did not use the word "critical" in the statutory or regulatory context normally associated with the Endangered Species Act. Our use of the term "critical" refers to habitats that provide the necessary biological requirements for the TLH. In terms of definitions in the literature, the Alaska Department of Fish and Game (ADF&G), in its 2003 Caribou Management Report (Carroll 2003) for the Teshekpuk Lake Herd (TLH) described the following areas as critical to the herd:

"Results of satellite telemetry studies (Philo *et al.* 1993, Prichard *et al.* 2001), VHF radio tracking flights, and composition surveys have indicated that the areas to the south, east, and north of Teshekpuk Lake are critical for calving; the area to the north of the lake is critical for insect relief and grazing; and the narrow corridors of land to the east and northwest of the lake are very important for migrating to and from the insect relief area."

4.  *A workshop was convened in 1997 for the purposes of evaluating potential impacts to waterfowl and caribou associated with the 1998 Northeast NPR-A IAP/EIS (1998) (Yokel 1997). Multiple recommendations from the 1997 workshop have been incorporated into the performance-base ROPs and stipulations in the draft amendment currently under consideration. What new information does the Service have that suggests the protections presented in the ROPs and stipulation in the draft amendment are now inadequate to provide sufficient protection for caribou, brant and other waterfowl? If specific recommendations from the 1997 workshop were not incorporated into the DIAP/EIS, which the Service believes are necessary, please include this in your response.*

In the absence of significant new information defining the impacts of development on molting geese and calving caribou, or the ability to mitigate them effectively, the Service's position

**Exhibit 40, page 7 of 22**

6

regarding mitigation has remained essentially unchanged since 1997. That is, we continue to recognize the potential for adverse population-level impacts to wildlife resources, should development occur in the Teshekpuk Lake area, despite the protections afforded by stipulations developed by the 1997 Workshop participants and included in the current EIS analysis. The 1997 Workshop Participants and the 1998 EIS authors came to the same conclusion, as discussed below.

The 1997 Workshop participants were asked "to provide BLM with guidance for developing a package of stipulations for an environmental impact statement alternative [Alternative E] that would allow oil and gas leasing in the Teshekpuk Lake area" (Yokel 1997:1). Although the workshop culminated in a recommended set of stipulations intended to minimize impacts to caribou and molting geese, residual impacts were expected, although they were not described with any specificity, and the proceedings explained that, "this question could not be resolved because there was not adequate quantitative information for either caribou or molting geese" (Yokel 1997:23). The residual impacts were described qualitatively, however, and were predicted to include displacement of calving caribou and the likelihood of "energetic stress, increased mortality, and decreased productivity of caribou and geese" (*Ibid*).

In the 1998 Final EIS, the predicted effects of Alternative B (similar to the currently proposed Alternative C), with the proposed stipulations attached, included the finding that the cumulative effect of repeated disturbance to molting geese "... may adversely affect physiological condition, molt, and survival of individuals, and ultimately result in population-level effects" (BLM 1998: IV-F-11). With regard to caribou, it was the judgment of the participants that, "there could be a reduction in calving over 50% of the range," and that "...stipulations would reduce but not eliminate all effects on the TLH [Teshekpuk Lake Herd]" (BLM 1998: IV-F-14, IV-F-16).

Our August 2004 comments were based on an analysis of BLM's draft alternatives, and our recommendations were based on mitigation measures we consider minimal for sufficiently protecting brant and caribou while providing for increased access to the area north of Teshekpuk Lake. We have no further recommendations on mitigation measures beyond those provided in our comments.

5. *The BLM is unaware of any new evidence to suggest that molting geese, caribou, or any other wildlife in the TLSA are more likely to be impacted by, or less likely to habituate to, the leasing and development scenarios proposed in Alternative B or C in the Draft IAP/EIS, than were considered in the analysis of leasing impacts in the 1997 workshop. Please provide that information to the BLM planning team.*

We agree that there is little new evidence that would cause us to modify our comments regarding the behavioral responses of geese, caribou, or other wildlife. However, as explained above, the 1997 workshop did not conclude that leasing and development would be benign with respect to wildlife populations. New data collected by the ADF&G, USGS/BRD and the Service indicate that more Pacific brant and polar bears use the TLSA, and that the area is more important with regard to caribou calving and insect-relief habitats than was previously estimated.

**Deleted:** Workshop participants did not intend that the proposed stipulation package developed for Alternative E would provide full protection for caribou, brant, and other waterfowl. This addresses your question regarding sufficient protection.

**Deleted:** R

**Deleted:** .

**Formatted:** Font: Italic

**Deleted:** Yokel 1997:23

**Deleted:**

**Deleted:** T

**Deleted:** )

**Deleted:** In the absence of significant new information defining the impacts of development on molting geese and calving caribou, the Service's position regarding mitigation has remained essentially unchanged since 1997. However, new information that emphasizes the importance of impact mitigation is cited in our response to question #5 pertaining to data recently collected on Pacific brant, TLH caribou, and polar bears. At this time, we do not have further recommendations beyond our August 2004 comments to BLM. ¶

7

Annual Service aerial surveys of the goose molting area indicate that the proportion of the brant population that molts north of the lake is larger in some years (almost 30% in 2001) than was thought in 1997-98 (Mallek 2004). These surveys have been reviewed and endorsed by the Pacific Flyway Council as the primary means of monitoring the molting population in the TLSA. Additionally, Service analysis of winter survey data indicates that brant declined at a rate of 0.8% per year from 1960-2004, but that the rate of decline increased to 2% per year from 1995-2004. This means that an even greater segment of the population, which has been declining more rapidly in recent years than was recognized in 1998, could be exposed to disturbances and increased predator numbers that would accompany significant development in and adjacent to the molting area, at a time when they are flightless and energetically stressed and, therefore, vulnerable to disturbance and predation.

Our concerns about habitats adjacent to Teshekpuk Lake and the coastline north of the lake stem from new data on the use of these areas by caribou, as described in ADF&G's 2003 Caribou Management Report (Carroll 2003). Recent telemetry data and surveys confirm that TLH cows located within the current no-lease and no-surface-occupancy zones have much higher calving success (83%) than cows located outside these areas (25%), and that the majority of the herd in most years uses the area north of the lake for insect-relief (Carroll 2003). The ADF&G Caribou Management Reports for the TLH have been produced for approximately twenty years. The methods used to identify distribution, calf mortality and population estimates are standard methods used, tested and approved by the ADF&G. These methods and results of this work are reviewed internally by species experts and then published in the form of biannual reports. These reports are reviewed by the public, local governments and the oil industry, and suggested improvements are considered by the ADF&G. The Service views this work as scientifically credible and the best information available regarding herd distribution and the relative value of the areas used by the herd.

As stated in our response to question #1, new data also indicate an increase in the number of known polar bear dens in the TLSA and an increasing trend in polar bear use of terrestrial habitats adjacent to the Beaufort Sea. USGS/BRD data indicate that six of 19 known polar bear dens in or immediately adjacent to the Northeast Planning Area were documented from 1998-2003 (Table 1). If these trends continue, polar bears will occur with greater regularity and perhaps in increasing numbers in the coastal and near-coast (northern) portions of the Planning Area and, consequently, there would be an increase in the numbers of bears and dens that would be exposed to oil and gas activities and associated disturbances and a potential increase in bear-human conflicts.

Given recent data indicating that the area is used by a larger segment of the declining brant population than previously known, improved understanding of the importance of this area as caribou calving and insect-relief habitat, and new information regarding polar bear dens and habitat use, we recommend the BLM Planning Team consider that impacts of oil development in the TLSA could be more severe than those considered during the 1997 Workshop and 1998 EIS proceedings. We agree that a thorough analysis of potential impacts should guide the design of a preferred alternative in the Final EIS.

**Exhibit 40, page 9 of 22**

8

6. *Regarding Page 4 of Attachment [1], what is the Service's definition of 1) significant development and 2) population level impacts? Please provide specific data within the discussion. This information will assist the BLM in any needed refinement of analysis of potential impacts to eiders.*

With regard to impacts to threatened spectacled eiders, we would define significant development as a typical (Alpine-like) large-scale development, including production and processing facilities and associated pads, roads, pipelines, and airstrips constructed in high-density breeding areas, and the activities (air traffic, maintenance, etc.) that accompany such construction and production.

We have consistently stated in our comments and Biological Opinions on the oil leasing programs in both the Northeast and Northwest Planning Areas of the NPR-A that it is difficult to evaluate potential impacts of oil development on listed eiders given the large amount of uncertainty regarding where development may occur subsequent to leasing and how that development would be managed. The potential for significant impacts is highest in and adjacent to areas that support high-densities of nesting and brood-rearing eiders. In the Northeast Planning Area, annual Service aerial surveys indicate two areas of comparatively high breeding density are known to occur north of Teshekpuk Lake; one immediately adjacent to the northeast shore of the lake, the other just west of Cape Halkett (Larned et al. 2003). These data were from the North Slope Eider Survey, which was initiated in 1992 to monitor breeding spectacled eiders. The methodology for this survey was peer-reviewed by the Spectacled Eider Recovery Team and approved as the means of monitoring the North Slope breeding population. The Spectacled Eider Recovery Team is composed of state and federal agency biologists, North Slope Borough biologists, oil industry consultants, and academics.

We would define population-level impacts as any impacts that influence, positively or negatively, the size or probability of persistence of the spectacled eider population. Impacts may occur as a result of changes in a number of population variables including breeding success, productivity, survival and recruitment. Such changes may be the result of a variety of factors including disturbance, displacement, habitat loss, predation, and weather. Arctic Coastal Plain (ACP) surveys indicate that approximately 15% of North Slope breeding spectacled eiders occur in the Northeast Planning Area, with most of these adjacent to and north of Teshekpuk Lake. If significant development occurs, particularly in high-density breeding and brood rearing areas, it is reasonable to expect that there will be some North Slope population effect. Our objective is to avoid even small declines in this threatened population, which could limit our ability to recover the species. We have worked closely with the BLM to implement section 7 of the Endangered Species Act to avoid such declines, and we look forward to continuing these efforts as development proceeds in the NPR-A.

7. *The Preferred Alternative and Alternative C provide the necessary restrictions through mitigation measures to adequately protect denning polar bears. Specifically:*

*C-1 Required Operating Procedure*
*Objective: Protect grizzly bear, polar bear, and marine mammal denning and/or birthing*

**Exhibit 40, page 10 of 22**