# United States Department of the Interior

FISH AND WILDLIFE SERVICE
1011 E. Tudor Rd.
Anchorage, Alaska 99503-6199

IN REPLY REFER TO:

FWS/AFES

NOV 23 2004

Memorandum

To:        State Director - Bureau of Land Management  *Henri*

From:      Regional Director - Region 7

Subject:   BLM Request for Further Clarification of Service Comments on the Draft
           Amended Integrated Activity Plan/Environmental Impact Statement for the
           Northeast Planning Area of the National Petroleum Reserve – Alaska

The U.S. Fish and Wildlife Service Alaska Region has reviewed the BLM's October 22, 2004, request for further clarification of our comments on the Draft Amended Integrated Activity Plan/Environmental Impact Statement (IAP/EIS) for the Northeast Planning Area of the National Petroleum Reserve – Alaska (NPR-A). As requested, we are supplying further clarification and information regarding the scientific basis for our analysis and recommendations regarding the Teshekpuk Lake Special Area (TLSA) and associated trust resources, threatened and endangered species, marine mammals, the Colville River Special Area (CRSA), Stipulations and Required Operating Procedures (ROPs), and alternatives. Certain requests refer specifically to the 1997 Teshekpuk Lake Area Caribou/Waterfowl Impacts Analysis Workshop and the 1998 Northeast NPR-A Final IAP/EIS and ROD.

Given the information and data available, we acknowledge that the BLM has taken into account the impacts of oil and gas exploration and development on birds and other wildlife in their ROP's and Stipulations. We want to work with BLM to modify and improve those ROP's and Stipulations (when you make your final decision on a course of action) to make them as protective as possible for fish and wildlife resources. The Service believes that risks to wildlife may be reduced through increased knowledge and understanding, which leads us to advocate for further research on the potential impacts of surface development on wildlife, especially given the overlap of habitats important for species of concern found in the TLSA. The Service continues to support a Research and Monitoring Team, which was an element of the 1998 ROD. We also support, along with the BLM, the North Slope Science Initiative. This is why we suggested in our most recent comments (August 2004 General and Specific Comments) that a rigorous adaptive management approach should be initiated to guide development in the Northeast Planning Area. To further this end, we encourage baseline studies and monitoring program be built into your final decision. We recognize the BLM's multiple use mission and legal obligation as prescribed in the National Petroleum Reserve Production Act (1976) (NPRPA), subsequent amendments, and appropriations that provide for both protection of the environment and exploration and development activities. The Service will continue to work with the BLM to protect wildlife resources as the BLM moves forward with oil and gas development activities in the Northeast Planning Area.

Exhibit 41, page 1 of 17

2

<u>Responses to Specific Requests</u>: BLM requests (in *italics*) followed by Service responses.

1. *Please provide data that would support precluding oil and gas activities regarding polar bear habitats in the Northeast Planning Area. The Draft IAP/EIS analysis reports low population usage (one den) in the TLSA, and this one den is located in a developed area along the coastline near Point Lonely.*

The Service does not recommend precluding oil and gas activities in any part of the Northeast Planning Area based solely on polar bear habitat concerns. The U.S. Geological Survey Biological Resource Division (USGS/BRD), Alaska Biological Science Center reports, that dens have been documented within or immediately adjacent to the Northeast Planning Area in other locations including Cape Simpson, Smith Bay, Pogik Bay, Cape Halkett, Eskimo Islands, Atigaru Point, and the Colville River Delta (USGS 2004). The attached map (Figure 1) shows polar bear den locations documented within and adjacent to the Northeast Planning Area since 1910; of the 19 known den locations (Table 1), six have been documented since 1998. In any given year only a relatively small percentage of den locations is known with certainty (roughly 3-7% of potential denning females are radio-collared in a given year).

Polar bear use of terrestrial habitats adjacent to the Beaufort Sea has been increasing in the last decade (Stirling and Andriashek 1992, Amstrup and Gardner 1994, Amstrup 2000); this trend could increase the numbers of bears and dens that may come in contact with oil and gas activities and associated disturbances and a potential increase in bear-human conflicts.

2. *Please provide specific information/data on subsistence take, sport harvest, and other forms of mortality/reduced recruitment of brant to support the statement on page 2 of attachment 1 of your comments that "the [Pacific Brant] population appears poised to decline below an established management threshold." Does this statement indicate that a Population Variability Assessment (PVA) has been performed?*

The above statement is based on the population and harvest management objectives agreed to in the Pacific Flyway Management Plan for Pacific Brant (Pacific Flyway Council 2002), which manages the population "for sustained yield following management procedures designed to achieve and maintain population and winter distribution objectives." The Pacific Flyway Council, sets harvest thresholds and population objectives for Pacific brant, with input from the Service. The management plan strives to maintain 150,000 Pacific brant and 12,000 Western High-Arctic brant. The combined population objective of 162,000 brant is based on an historical average of the first 10 years of the comprehensive winter surveys (1960-1969); and is further supported by projections derived from the Black Brant Population Model (Anker and Chelgren 1998). The Western High Arctic Brant objective is based on historical counts averaging 12,200 brant (1953-1970).

The Flyway Council sets harvest recommendations based upon the 3-year running average of the combined Pacific Flyway Brant Midwinter Survey, expected levels of take under current bag limits, and typical (average) recruitment and survival rates. A "moderate" harvest strategy (2 times the current allowable harvest) would be implemented if a 3-year running average of >135,000 was achieved; a "restrictive" strategy (the current situation) is implemented when the

3

average is 110,000 – 130,000; a "very restrictive" strategy (50% reduction in the current harvest level) would be implemented if the average declines to 90,000 – 110,000; and a complete harvest closure would be recommended if the average declined below 90,000 and the Yukon-Kuskokwin (YK) Delta nesting colony index declined by >50%.

The most recent (2002-2004) 3-year average is 116,631 brant; however, the 2002 count of 127,784 will rotate out of the average this year. Unless at least 116,890 brant are counted during the January 2005 survey, the 3-year average will drop below 110,000 into the "very restrictive" harvest strategy, which will require a 50% harvest reduction. Our Office of Migratory Bird Management does not expect that the January 2005 count will exceed this number (we expect survey results to be available by March 2005 and we will provide these to the BLM as soon as possible). This assessment is based on the estimated size of the brant population in January, 2004 (111,460), published adult and juvenile survival rates (Ward, et al. 1997, Ward et al. 2004), and fall 2004 age-ratio data (K. Sowl, Izembek NWR, pers. comm.). Specifically, by partitioning the adult annual survival rate of 0.84 into seasonal components, we expect that 87.7% of adults survived from January-October 2004, which could leave 97,797. Of those, 95.7% should survive from October 2004 to January 2005, leaving 93,626 adults. Based on the October age-ratio estimate at Izembek (18.2% juveniles), we estimate that 21,759 juveniles were alive this fall, of which 81.3% should survive to January, 2005, resulting in 17,690. These survival rate estimates project that the two age classes combined would yield a total count of 111,316 brant in January, 2005. As previously stated in our comments, the population, as measured by the three-year running average, does appear to be poised to decline below a management threshold that would lead to a 50% harvest reduction which could impact subsistence and sport hunting in Alaska and sport hunting in British Columbia, Washington, Oregon, California and northern Mexico.

In our August 2004 General Comments, we presented data that brant represent over 13% of the reported subsistence goose harvest among some communities on the North Slope and in northwest, western, and southwest Alaska. These data, tabulated by the Alaska Migratory Bird Co-Management Council, estimate that over 10,000 brant are harvested annually for subsistence consumption in Alaska. Our analysis considered harvest of brant and all geese reported in subsistence surveys conducted during 1992-2000 in communities on the YK Delta, the Bering Strait mainland, St. Lawrence Island, Togiak National Wildlife Refuge (NWR), the Nushagak-Dillingham-Illiamna area, Alaska Peninsula/Becharof NWR, the Northwest Arctic, the North Slope, and the Aleutian Islands. Among communities in these areas, brant represented from 7.5% to 34.6% of all geese harvested. These data can be accessed at:

http://alaska.fws.gov/ambcc/ambcc/Harvest/Subsistence%20EA%2004_total_Geese.htm

Subsistence harvest of brant by region of Alaska has also been summarized by Wolfe and Paige (1995), who estimated statewide subsistence harvest at nearly 11,000 brant. In addition to the YK Delta, where annual brant harvest approached 4,000, the authors listed other important harvest regions including the North Slope (3,000 brant); Seward Peninsula and Northwest Arctic (2,700); Eastern Aleutian Islands (1,200); and Bristol Bay (300).

4

Allowable sport harvest of brant is based on the most current 3-year average population estimate as described above. This allowable harvest is not a specific number, but is controlled by daily bag and possession limits, which are assessed annually and vary geographically by state or province as agreed to by the Flyway Council. In the U.S. and Canada from 1982 to 2000, for years in which harvest estimates are available from all regions (Alaska, British Columbia, Washington, Oregon and California), sport harvest averaged 2,264 brant and ranged from 1,143 in 2000 to 4,163 in 1982 (derived from Pacific Flyway Council 2002, Appendix K). Total harvest in northwest Mexico from 1974 to 2000 averaged roughly 1,600 – 2,250 brant annually. Additional information is available on brant population assessment, current and historic subsistence and sport harvest and harvest regulations over time in the Pacific Flyway Management Plan at:

http://pacificflyway.gov/Documents/Pb_plan.pdf

Additional recent harvest data for the U.S. can be viewed at:

http://migratorybirds.fws.gov/reports/whs/2003HIPHunterActivity.pdf

Many factors may influence mortality and recruitment of brant including predation, disease, severe weather, and loss of habitats. The extent to which these various factors, alone or in combination, influence brant populations is imperfectly understood; however, flooding of breeding colonies, predation, and subsistence harvest are thought to have been key factors in the declines on the YK Delta in the 1980s (Sedinger et al.1993, Anthony and Sedinger 1987, Lensink 1987, King and Derksen 1986, Raveling 1984). The reasons for the continuing population decline are unclear. There is no evidence that oil and gas development activities in the NE planning area are a contributing factor. We encourage provisions to protect and monitor brant in the final decision.

The Service has not performed a Population Viability Analysis (PVA) for Pacific brant. PVAs provide a mechanism for estimating the probability that a population of a specified size will persist for a specified time. They are generally used to assess variation in parameters of small populations to estimate the probability of extinction due to stochastic processes. Researchers at the University of Alaska – Fairbanks (UAF) have developed the Pacific Black Brant Population Model (Anker and Chelgren 1998), which can be accessed and downloaded at:

http://www.cabnr.unr.edu/brant/brant-model/USER_MAN.htm

> 3. *Define "critical" as it pertains to calving, migration, and insect-relief habitats for the Teshekpuk Lake Caribou Herd (TLH). If a definition in the literature exists that the BLM has overlooked, this information will assist in our review of the ROPs and stipulations, as well as the design of the final alternative (also on Page 2, Attachment).*

In its 2003 Caribou Management Report, ADF&G (Carroll 2003) for the Teshekpuk Lake Herd, (TLH), the following areas were described as "critical" to the herd:

> "Results of satellite telemetry studies (Philo *et al.* 1993, Prichard *et al.* 2001), VHF radio tracking flights, and composition surveys have indicated that the areas to the south, east, and north of Teshekpuk Lake are critical for calving; the area to the north of the lake is critical for insect relief and grazing; and the narrow corridors of land to the east and northwest of the lake are very important for migrating to and from the insect relief area."

> 4. *A workshop was convened in 1997 for the purposes of evaluating potential impacts to waterfowl and caribou associated with the 1998 Northeast NPR-A IAP/EIS (1998) (Yokel 1997). Multiple recommendations from the 1997 workshop have been incorporated into the performance-base ROPs and stipulations in the draft amendment currently under consideration. What new information does the Service have that suggests the protections presented in the ROPs and stipulation in the draft amendment are now inadequate to provide sufficient protection for caribou, brant and other waterfowl? If specific recommendations from the 1997 workshop were not incorporated into the DIAP/EIS, which the Service believes are necessary, please include this in your response.*

New information that emphasizes the importance of impact mitigation is cited in our response to question #5 pertaining to data recently collected on Pacific brant, TLH caribou, and polar bears. Again, we acknowledge that the BLM, given available information and data, has taken into account oil and gas impacts on wildlife resources – and we want to continue to work with the BLM to improve those protections when final leasing decisions are made.

The Services view of the 1997 workshop is as follows. Workshop participants were asked "to provide BLM with guidance for developing a package of stipulations for an environmental impact statement alternative [Alternative E] that would allow oil and gas leasing in the Teshekpuk Lake area" (Yokel 1997:1). Although the workshop culminated in a recommended set of stipulations intended to minimize impacts to caribou and molting geese, residual impacts were expected, although they were not described with any specificity, and the proceedings explained that, "this question could not be resolved because there was not adequate quantitative information for either caribou or molting geese" (Yokel 1997:23). The residual impacts were described qualitatively, however, and were predicted to include displacement of calving caribou and the likelihood of "energetic stress, increased mortality, and decreased productivity of caribou and geese" (*Ibid*).

In the 1998 Final EIS, the predicted effects of Alternative E (similar to the currently proposed Alternative C), with the proposed stipulations attached, included the finding that the cumulative effect of repeated disturbance to molting geese "...may adversely affect physiological condition, molt, and survival of individuals, and ultimately result in population-level effects" (BLM 1998: IV-F-11). With regard to caribou, it was the judgment of the participants that, "there could be a reduction in calving over 50% of the range," and that "...stipulations would reduce but not eliminate all effects on the TLH [Teshekpuk Lake Herd]" (BLM 1998: IV-F-14, IV-F-16).

> 5. *The BLM is unaware of any new evidence to suggest that molting geese, caribou, or any other wildlife in the TLSA are more likely to be impacted by, or less likely to habituate to, the leasing and development scenarios proposed in Alternative B or C in the Draft IAP/EIS, than were considered in the analysis of leasing impacts in the 1997 workshop. Please provide that information to the BLM planning team.*

New data collected by the ADF&G, USGS/BRD and the Service provide (1) increased knowledge about Pacific brant and polar bears use the TLSA and (2) increased knowledge about the importance of caribou calving and insect-relief habitat use in the area. That information and its potential ramifications were not considered during the 1997 Workshop and 1998 EIS proceedings.

Annual Service aerial surveys of the goose molting area indicate that the proportion of the brant population that molts north of the lake is larger in some years (almost 30% in 2001) than was thought in 1997-98 (Mallek 2004). These surveys have been reviewed and endorsed by the Pacific Flyway Council as the primary means of monitoring the molting population in the TLSA. Service analysis of winter survey data indicates that brant declined at a rate of 0.8% per year from 1960-2004, but that the rate of decline increased to 2% per year from 1995-2004.

Regarding habitats adjacent to Teshekpuk Lake and the coastline north of the lake, there are new data on the use of these areas by caribou, as described in ADF&G's 2003 Caribou Management Report (Carroll 2003). Recent telemetry data and surveys confirm that TLH cows located within the current no-lease and no-surface-occupancy zones have much higher calving success (83%) than cows located outside these areas (25%), and that the majority of the herd in most years uses the area north of the lake for insect-relief (Carroll 2003). The ADF&G Caribou Management Reports for the TLH have been produced for approximately twenty years. The methods used to identify distribution, calf mortality and population estimates are standard methods used, tested and approved by the ADF&G. These methods and results of this work are reviewed internally by species experts and then published in the form of biannual reports. These reports are reviewed by the public, local governments and the oil industry, and suggested improvements are considered by the ADF&G. The Service views this work as scientifically credible and the best information available regarding herd distribution and the relative value of the areas used by the herd.

As stated in our response to question #1, new data also indicate an increase in the number of known polar bear dens in the TLSA and an increasing trend in polar bear use of terrestrial habitats adjacent to the Beaufort Sea.

> 6. *Regarding Page 4 of Attachment [1], what is the Service's definition of 1) significant development and 2) population level impacts? Please provide specific data within the discussion. This information will assist the BLM in any needed refinement of analysis of potential impacts to eiders.*

7

With regard to impacts to threatened spectacled eiders, we would define significant development as a typical (Alpine-like) large-scale development, including production and processing facilities and associated pads, roads, pipelines, and airstrips constructed in high-density breeding areas, and the activities (air traffic, maintenance, etc.) that accompany such construction and production.

It has been challenging to evaluate potential impacts of oil development on listed eiders given the uncertainty regarding where development may occur subsequent to leasing. The potential for significant impacts is highest in and adjacent to areas that support high-densities of nesting and brood-rearing eiders. In the Northeast Planning Area, annual Service aerial surveys indicate two areas of comparatively high breeding density are known to occur north of Teshekpuk Lake; one immediately adjacent to the northeast shore of the lake, the other just west of Cape Halkett (Larned et al. 2003). These data were from the North Slope Eider Survey, which was initiated in 1992 to monitor breeding spectacled eiders. The methodology for this survey was peer-reviewed by the Spectacled Eider Recovery Team and approved as the means of monitoring the North Slope breeding population. The Spectacled Eider Recovery Team is composed of state and federal agency biologists, North Slope Borough biologists, oil industry consultants, and academics.

We would define population-level impacts as any impact that influences, positively or negatively, the size or probability of persistence of the spectacled eider population. Impacts may occur as a result of changes in a number of population variables including breeding success, productivity, survival and recruitment. Such changes may be the result of a variety of factors including disturbance, displacement, habitat loss, predation, and weather. Arctic Coastal Plain (ACP) surveys indicate that approximately 15% of North Slope breeding spectacled eiders occur in the Northeast Planning Area, with most of these adjacent to and north of Teshekpuk Lake. If significant development occurs, particularly in high-density breeding and brood rearing areas, it is reasonable to expect that there will be some North Slope population effect. Our objective is to avoid even small declines in this threatened population, which may limit our ability to recover the species. We have worked closely with the BLM to implement section 7 of the Endangered Species Act to avoid such declines, and we look forward to continuing these efforts as development proceeds in the NPR-A.

> 7. *The Preferred Alternative and Alternative C provide the necessary restrictions through mitigation measures to adequately protect denning polar bears. Specifically:*
>
> *C-1 Required Operating Procedure*
> *Objective: Protect grizzly bear, polar bear, and marine mammal denning and/or birthing locations.*
>
> *Requirement/Standard:*
>
> *a. Cross-country use of heavy equipment and seismic activities is prohibited within ½ mile of occupied grizzly bear dens identified by the ADFG unless alternative mitigation measures are approved by the AO in consultation with the ADFG.*

> b. *Cross-country use of heavy equipment and seismic activities is prohibited within 1 mile of known or observed polar bear dens or seal birthing lairs. Operators shall consult with the USFWS and/or NOAA Fisheries Service, as appropriate, before initiating activities in coastal habitat between October 30 and April 15.*
>
> *Based on the language in our General Required Operating Procedure outlined above, please explain what component of the ROP would preclude continued use of a preferred habitat or does not adequately protect bears.*

The Service does not contend that the referenced ROP or its component Objective or Requirement/Standard would preclude continued habitat use or otherwise inadequately protect bears. In fact, in our August 2004 General Comments, we recognized that proposed Stipulations and ROPs, if consistently implemented, monitored and enforced, would likely reduce impacts to polar bears and their habitats in areas of development.

As stated in response #1, only a relatively small percentage of den locations are known with certainty, and the potential does exist for development-related displacement or abandonment of undetected dens. The consultation required under Requirement/Standard (b) above combined with our recommended addition to ROP A-8 would allow case-by-case site specific evaluation of potential polar bear habitats and mitigation opportunities.

> 8. *Please provide the necessary data to support your recommendation on Page 14, Attachment [1], of a 2+ mile buffer and your position that the additional setback will be more effective than our proposed 1 mile buffer along the Colville River in protecting nesting raptors.*

In 1999, raptor specialists met in Fairbanks for the NPR-A Raptor Disturbance and Mitigation Workshop. A focus of the workshop was the adequacy of the one-mile development exclusion buffer along the Colville River. The intent of the buffer is to prevent the loss of raptor nesting habitat, protect nesting raptors from disturbance, and to provide protection to the diversity of habitats and prey species that raptors depend on. Workshop participants recognized the lack of data that compares buffers surrounding raptor nesting areas, particularly high-density cliff nesters. Biologists at the workshop also noted the expense, technical difficulties and intrusive nature of any research that would be aimed at comparing buffer sizes along the Colville. It was generally agreed that effective research of this type was not likely to occur. Regardless, it was the recommendation of these professionals that a larger, two-mile buffer along the Colville River would provide further protection for raptors, with particular regard to the wetlands and tall shrub habitats that harbor small bird prey species.

> 9. *Please provide specific data or information that supports your position that the proposed performance-based mitigation scenario offered in the Draft IAP/EIS will not be as effective in providing protection based on the stated Objective and Requirement Standard, while at the same time, providing specifics on your position that the BLM cannot assure enforced compliance of our mitigations required under our land management activities.*

9

The August 2004 comments were in reference to the analysis of impacts provided by the Draft IAP/EIS. The Service does not question BLM's ability or intent to design, implement and enforce fish and wildlife mitigation measures, and indeed recognizes the difficulties of this task. Our comments do, however, recommend that the realities of implementing and enforcing mitigation measures on the scale that exists in NPR-A be thoroughly examined and incorporated in the Final EIS analysis of impacts. Within this context, we will outline below the difficulties of mitigation implementation and enforcement that the Service has highlighted in previous comments.

> (1) Effectiveness of mitigation measures. The oil and gas industry has been aware of the potential problems associated with elevated predator populations for a number of years. Mitigation measures currently in place and taken seriously by operators (at the Alpine facility and elsewhere), have not been able to completely prevent ravens from nesting at development facilities.
>
> (2) Exceptions to mitigation measures. Exceptions to specific mitigation measures have been and continue to be a reality of management. The Service agrees with BLM that this is a necessary part of effective land management. Our recommendations have been to reduce the uncertainty associated with this process by outlining what criteria will be used to grant exceptions.
>
> (3) Monitoring and enforcement. The NPR-A is a vast landscape and the details of leasing, exploring and development are numerous. It is not possible or practical for BLM staff to observe every step of every project proposed on NPR-A. Again, an example involves the predator issue. A Biological Opinion Term and Condition associated with the 1998 IAP/EIS requires new infrastructure to be free of nesting platforms for ravens. However, one of the first exploratory wellheads in NPR-A was quickly exploited by a pair of ravens. This is not an indictment of BLM staff, rather it represents the difficulty in implementing and monitoring mitigation efforts, which should be expressed more completely in the Final EIS.
>
> *10. In addition, please provide a substantiated discussion including data that supports the contention that the mitigation process as proposed in Section 2.6 is inadequate. The BLM believes that the flexibility provided in the proposed performance based mitigation package would allows us to better meet the objective at the time a specific development is proposed.*

Please refer to our response to #9, above.

> *11. Please provide support for the contention that any form of human activity within a 296,000 acre area could not be managed through activity restrictions and transportation management to minimize impacts to molting geese.*

Activity restrictions and transportation management could minimize some impacts to molting geese; however, the current lack of scientific information makes it difficult to assess what mitigation measures would provide adequate assurance that population-level impacts would be

avoided. The 1997 workshop participants concluded that such information did not exist (Yokel 1997); we believe that is still the case. As indicated in the answer to question #4, workshop participants concluded that not enough scientific information was available to develop stipulations that provided sufficient protection for molting geese. Although many activities are ongoing in the TLSA, oil and gas exploration and development may be additive if not properly mitigated. While activity restrictions and transportation management would likely diminish impacts to molting geese, according to the 1998 EIS, population-level effects may still result under the package of stipulations developed at the 1997 workshop (BLM 1998: IV-F-11).

> *12. Evidence does exist that there are disturbance activities such as helicopter flights resulting in adverse affects [sic] to molting geese with the level (number of birds) and severity (estimated weight loss) driven by the number of flights, elevation, and size of the helicopter (Jensen 1990, Miller et al. 1994). However, flight path and elevation controls could result in low levels of effects that would not likely impact survival (Miller 1994). Please provide the additional rational for your recommended protective measures (Page 14, Attachment, No. 3).*

Miller (1994) illustrated that flight path influences the number of molting geese that are disturbed by helicopter use. Miller's conclusion was that helicopter disturbance was less likely to impact molting geese if the chosen route avoided areas of concentrated goose use. We have incorporated that logic into our recommendations, as high use by brant forms the basis for defining the "no-lease" area over which we proposed suspension of overflights during the molt period. Miller's work does not provide a reliable basis for choosing specific alternative routes, however. He used a 10-year average flock size per lake as the basis for comparing four routes, which were chosen arbitrarily for illustration purposes. Goose distribution is variable among years (in fact, change in the use patterns of geese in the molting area is the subject of a current USGS/BRD study). Route selections to avoid all potential impact from aircraft activity would require real-time survey data, and the ability to adapt to changing conditions.

In addition, Miller stated that along a given flight path, estimated weight loss of geese may be reduced by restricting timing, elevation, frequency, and helicopter size. Flights above 1220 m (>4000 ft) caused practically no weight loss. However, he also recognized some of the practical difficulties in implementing altitude restrictions, noting that, "Unfortunately, low cloud ceilings and poor visibility in this area often prohibit aircraft from flying at those [higher] altitudes."

The 1997 workshop participants were unable to identify a biologically valid safe threshold for aircraft activity. The workshop participants took the approach of restricting aircraft use to the minimum that was absolutely necessary to sustain oil development activities. It was determined that helicopters were not essential where fixed-wing access existed; therefore, the workshop concluded that helicopters should be prohibited seasonally except in emergency. Fixed-wing flights were restricted to those necessary to provide for crew changes at facilities located within the goose molting area (estimated at two round-trip flights per week).

Miller (1994) did not identify a specific combination of flight frequency, route, timing, and aircraft type which would result in "low levels of effects that would not likely impact survival." His model helps predict which options would be more or less likely to result in impact, but he

11

recognized that, "A threshold value for weight below which brant might experience significantly lower survival has not been established" (Miller 1994: 346). No further progress on this issue has been made in the decade since Miller's publication.

> *13. Please provide supported justification for assuming all molting geese would be impacted on these "borderline lakes."*

Until recent years, the resolution of the molting goose survey data was sufficient only to assign birds to a lake, not to a specific location. This presents difficulties in classifying specific groups of birds as either "inside" or "outside' of a boundary line. Recognizing this, we classified geese using borderline lakes separately from those using lakes either wholly within, or wholly outside a proposed lease area, and the data we provided in our August 2004 General Comments clearly identify those categories. There is no precise way to identify the proportion of the birds on borderline lakes that would be influenced by human activity, for a variety of reasons. However, documented lake use patterns of brant indicate that birds use the entire lake border for foraging. Flocks circumnavigate lakes continually as they reduce the standing crop of available forage (Derksen et al. 1982). This pattern likely allows forage to recover between foraging bouts. Development on any portion of a lake that is used by molting geese may interrupt or alter this cycle. We also know that geese, during their flightless period, move from one portion of a lake to another in response to disturbance.

The goal was to choose analytical conventions that were reasonable given the limits of our data and to apply them consistently. The decision to classify borderline lakes as "impacted" is based on documented forage behavior around lakes (as described above) and numerous observations by biologists of brant responding to disturbance by moving to the opposite side of a lake or even departing the lake altogether. Because the potential exists for development on the leased portions of these borderline lakes, molting geese using them could be affected by disturbance and avoidance of previously available foraging areas. The model also assumed that birds immediately outside the lease area would be unaffected by activity within the lease area, a decision-rule which ignores the fact that the zone of influence of some activities (aircraft operation, for instance) would extend up to several kilometers beyond the boundary.

A precise estimate of the proportion of geese that would be impacted as a result of oil and gas activities is not possible at this time, given the uncertainties regarding the ultimate effects of behavioral and physiological responses of molting geese to disturbance. This analysis provided a useful framework for comparison of alternatives with respect to their effectiveness in protecting molting geese.

> *14. Is there any published literature or population viability analysis to support this 90 percent protection goal? Particularly as it appears that the factors influencing the population are occurring elsewhere, does FWS expect that any adverse impact (mortality, reduced reproduction) would be compensatory or additive?*

No, there is no corresponding literature that can provide a definitive answer with regard to the effective level of protection needed for brant or other species of geese at this specific location. The management issues we face in the Teshekpuk Lake goose molting area are unique to the circumpolar Arctic. We know of no other area that supports an equivalent number of molting geese or a comparable proportion of molting brant. To address the issue of an appropriate level of protection for brant, we first collaborated with experts in the Service's Migratory Bird Management Office and the USGS/BRD. All of these individuals have conducted or are currently conducting research on or are involved in monitoring brant populations. The consensus was threefold. First, the Pacific brant population was relatively small, as compared to other geese species, and despite our best efforts to maintain or increase the population, it has been slowly declining for years and possibly declining more rapidly in the past nine years. Second, brant are known to be relatively sensitive to disturbance as compared to other common species. Third, the Teshekpuk Lake area has been documented to harbor a substantial segment of the Pacific brant population during molting.

The Service believes that a high level of protection was warranted for this species to avoid any additional downward pressure on the population. We next discussed protection levels ranging from 80 to 100% with the Migratory Bird Management Office and USGS/BRD while analyzing the distribution of brant molting lakes north of Teshekpuk Lake. Aerial surveys indicate that, on average, approximately 9% of molting brant use lakes wholly or partially located on private land near Cape Halkett. These are molting lakes that could be affected by private development over which federal agencies have no control. A general consensus emerged among our staff and biologists with the Migratory Bird Management Office and USGS/BRD that a target protection level of 90% was warranted on federal property given that a portion of the remaining birds were outside of our management control.

Although reasons for the continuing brant population decline are unclear, oil and gas development is not a current stressor and not impacting brant in the Northeast Planning Area. However, compensatory relationships in nature are most commonly related to influences of density dependence, and there is little likelihood that adverse effects in the molting area would be compensatory; rather, such effects would be considered additive. This is corroborated by the UAF Pacific Black Brant Population Model, which assumes no compensatory mortality factors in the absence of harvest (Anker and Chelgren 1998). Brant that molt north of Teshekpuk Lake are primarily second-year birds (non-breeders) and after-second-year birds (primarily failed breeders). These age classes typically have higher survival rates than young of the year. If there was an increase in mortality due to development in the molting area, it may have a proportionally greater impact on the overall population than other mortality factors that affect a more representative age structure.

> *15. To assist the BLM in refining our cumulative effects analysis, please provide information on allowable sports harvest and actual sports harvest and subsistence harvest.*

This information is provided in our response to request #2, above, and in the Pacific Flyway Council Management Plan for Pacific Brant (Pacific Flyway Council 2002).

13

*16. Please provide information on how the Service determined that the current and expected future levels of harvest are sustainable. At what population level is avoidable harvest/mortality not compatible with maintenance of a sustainable population?*

The Pacific Flyway Council, composed of one member from the public wildlife agencies in each state and province in the western United States, Canada, and Mexico, sets harvest thresholds for Pacific brant, with input from the Service. The Service and the Department of the Interior are the regulatory entities that establish harvest regulations typically consistent with the Flyway Council recommendations. The Council, in cooperation with the Service, identifies specific criteria based on population estimates to guide modifications to allowable harvest. These criteria, specified in our response to request #2, are reviewed extensively by technical subcommittees within the Council, and are revised when new studies support improved management techniques. The Flyway Council has determined that if the 3-year population average is less than 90,000 birds, avoidable harvest mortality is not compatible with population goals, and a complete harvest closure would be implemented until surveys indicated the population had recovered to a point at which some harvest could again be allowed. The actual harvest limits/closures are set through a formal process. The Pacific Flyway Council provides recommendations to the Service's Regulations Committee. The Committee then provides a recommendation to the Service's Director, who advises the Assistant Secretary for Fish, Wildlife and Parks. Final determination of harvest levels rests with the Assistant Secretary for Fish, Wildlife and Parks.

14

Figure 1. Known polar bear den locations within and adjacent to the Northeast Planning Area of the NPR-A.



Table 1. Polar Bear Den Locations – Colville River to Ikpikpuk River (USGS/BRD Den Database).

| DEN I.D. | YEAR | LOCATION | LATITUDE | LONGITUDE |
|---|---|---|---|---|
| 238 | - | Colville River | 70.421 | 151.147 |
| 248 | - | Point Poleakoon – Smith Bay | 70.812 | 154.002 |
| 262 | - | Point Poleakoon – Smith Bay | 70.814 | 154.006 |
| 127 | 1910 | Cape Halkett | 70.833 | 152.25 |
| 131 | 1917 | Colville River | 70.2 | 150.833 |
| 151 | 1975 | Point Lonely | 70.88 | 153.91 |
| 233 | 1987 | Atigaru Point | 70.41 | 151.87 |
| 234 | 1989 | Atigaru Point | 70.399 | 151.897 |
| 605 | 1989 | Cape Simpson | 70.833 | 154.033 |
| 235 | 1993 | Colville River | 70.391 | 151.097 |
| 613 | 1993 | Lonely | 70.883 | 153.7 |
| 855 | 1994 | Lonely – Pack Ice | 70.864 | 152.833 |
| 653 | 1997 | Colville River | 70.429 | 150.556 |
| 654 | 1998 | Atigaru Point | 70.533 | 151.730 |
| 679 | 2000 | Lonely | 70.867 | 152.726 |
| 822 | 2002 | Colville River | 70.440 | 150.725 |
| 884 | 2003 | Eskimo Island | 70.577 | 151.924 |
| 886 | 2003 | Cape Halkett | 70.802 | 152.283 |
| 889 | 2003 | Eskimo Island | 70.575 | 151.923 |

Literature Cited

Alaska Migratory Bird Co-Management Council. 2004. Subsistence Harvest Surveys. http://alaska.fws.gov/ambcc/harvest.htm. http://alaska.fws.gov/ambcc/ambcc/Harvest/Subsistence%20EA%2004_total_Geese.htm.

Amstrup, S.C. 2000. Polar Bear. Pp. 133-157, in J.J. Truett and S.R. Johnson, eds., The Natural History of an Arctic Oil Feild: Development and the Biota. Academic Press, Inc. NY.

Amstrup, S.C. and C. Gardner. 1994. Polar bear maternity denning in the Beaufort Sea. Journal of Wildlife Management 58:1-10.

Anker, W. and N. Chelgren. 1998. Pacific Black Brant Population Model, User's Guide and Program Documentation. Department of Biology and Wildlife, University of Alaska – Fairbanks. http://www.cabnr.unr.edu/brant/brant-model/USER_MAN.htm

Anthony, R. M., and J. S. Sedinger. 1987. Productivity in a brant colony improves with removal of arctic foxes. U.S. Fish and Wildl. Serv. Res. Info. Bull. 87-7. 2 pp.

BLM. 1998. Northeast National Petroleum Reserve – Alaska, Integrated Activity Plan/Environmental Impact Statement. Bureau of Land Management, Alaska State Office, Anchorage, AK.

Carroll, G. M. 2003. Teshekpuk Lake Caribou Herd Caribou Management Report. Pages 280-303 in C. Healy, editor. Caribou Management Report of Survey-Inventory Activities 1 July 2000-30 June 2002. Alaska Department of Fish and Game. Federal Aid in Wildlife Restoration Grants W–27–4 and 5. Juneau, AK.

Derksen, D. V., W. D. Eldridge, and M. W. Weller. 1982. Habitat Ecology of Pacific black brant and other geese moulting near Teshekpuk Lake, Alaska. Wildfowl 33:39-57.

King, J. G. and D. V. Derksen. 1986. Alaska goose populations: past, present and future. Transactions of North American Wildlife and Natural Resource Conference 51: 464-479.

Larned, W. W., R. Stehn, and R. Platte. 2003. Eider Breeding Population Survey, Arctic Coastal Plain, Alaska, 2003. Unpubl. U.S. Fish and Wildlife Service, Soldotna, AK. 44 pp.

Lensink, C. J. 1987. Numbers of black brant nesting on the Yukon-Kuskokwim Delta have declined by more than 60 percent. U.S. Fish and Wildl. Serv. Res. Info. Bull. 87-126. 2 pp.

Mallek, E. J. 2004. Teshekpuk Lake Area Molting Goose Survey - 2003. Unpubl. Report, U.S. Fish and Wildlife Service, Waterfowl Management, Fairbanks, AK. 13 pp.

Pacific Flyway Council. 2002. Pacific Flyway Management Plan for Pacific Brant. C/o U.S. Fish and Wildlife Service, Portland, Oregon.

Philo, L. M., G. M. Carroll, and D. A. Yokel. 1993. Movements of caribou in the Teshekpuk Lake Herd as determined by satellite tracking, 1990–1993. North Slope Borough Department of Wildlife Management Report. 60pp. Available from North Slope Borough Department of Wildlife Management, Box 69, Barrow, Alaska 99723.

Prichard, A. K., S. M. Murphy, and M. D. Smith. 2001. Analysis and mapping of satellite telemetry for the Teshekpuk Caribou Herd 1990-1999 with a note on 5 Western Arctic Caribou. Draft Report prepared by ABR Inc. for the North Slope Borough Department of Wildlife Management, Alaska Department of Fish and Game, and Bureau of Land Management. 102 pp.

Raveling, D. G. 1984. Geese and hunters of Alaska's Yukon Delta: management problems and political dilemmas. Transactions of North American Wildlife and Natural Resource Conference 49: 555-575.

Sedinger, J. S., C. J. Lensink, D. H. Ward, R. M. Anthony, M. L. Wege, and G. V. Byrd. 1993. Current status and recent dynamics of the black brant *Branta bernicla* breeding population. Wildfowl 44: 49-59.

Stirling, I. and D. Andriashek. 1992. Terrestrial maternity denning of polar bears in the eastern Beaufort Sea area. Arctic 45:363-366.

U.S. Geological Survey, Biological Resource Division. 2004. Alaska Biological Science Center Polar Bear Research Database.

Ward, D. H., E. A. Rexstad, J. S. Sedinger, M. S. Lindberg, and N. K. Dawe. 1997. Seasonal and annual survival of adult Pacific brant. Journal of Wildlife Management 61:773-781.

Ward, D. H., J. A. Schmutz, J. S. Sedinger, K. S. Bollinger, P. D. Martin, and B. A. Anderson. 2004. Temporal and geographic variation in survival of juvenile black brant. Condor 106:263-274.

Wolfe, R. J. and A. W. Paige. 1995. The subsistence harvest of black brant, emperor geese, and eider ducks in Alaska. Tech. Paper No. 224. Division of Subsistence, Alaska Dept. of Fish and Game, Juneau. 39 pp. + appendices.

Yokel, D.A. (editor). 1997. Proceedings of the Teshekpuk Lake Area caribou/waterfowl impact analysis workshop. USDI-BLM Northern District Office. Fairbanks, Alaska.

Personal Communication

Sowl, Kristine, Wildlife Biologist, Izembek National Wildlife Refuge, Cold Bay, AK.