```
[Federal Register: January 28, 2005 (Volume 70, Number 18)]
[Notices]
[Page 4119-4120]
From the Federal Register Online via GPO Access [wais.access.gpo.gov]
[DOCID:fr28ja05-73]
```

-----------------------------------------------------------------------

ENVIRONMENTAL PROTECTION AGENCY

[ER-FRL-6659-9]


Environmental Impact Statements; Notice of Availability

   Responsible Agency: Office of Federal Activities, General
Information (202) 564-7167 or http://www.epa.gov/compliance/nepa/.


Weekly receipt of Environmental Impact Statements
Filed January 17, 2005 through January 21, 2005
Pursuant to 40 CFR 1506.9.
EIS No. 050017, Final EIS, NOA, ME, MA, RI, NH, CT, Atlantic Herring
Fishery Management Plan, Minimizing Impacts on Essential Fish Habitat
of Any Species, Gulf of Maine--Georges Bank, ME, NH, MA, CT and RI,
Wait Period Ends: February 22, 2005, Contact: Peter D. Colosi (978)
281-3332.

    The above NOA EIS should have appeared in the 01/21/2005 Federal
Register. The 30 day Wait Period is Calculated from 01/21/2005.

EIS No. 050018, Draft EIS, FAA, IL, O'Hare Modernization Program,
Proposes Major Development, Chicago O'Hare International Airport,
Airport Layout Plan (ALP), Federal Funding, US Army COE Section 404
Permit, City of Chicago, IL, Comment Period Ends: March 23, 2005,
Contact: Michael W. MacMullen (847) 294-8339.

    The above FAA EIS should have appeared in the 01-21-2005 Federal
Register.

EIS No. 050019, Final EIS, AFS, AK, Shoreline Outfitter/Guide Plan,
Commercial Permits Issuance for Shoreline-Based Activities on National
Forest System Lands, Admiralty Island National Monument, Hoonah, Sitka
and Juneau Ranger Districts, Tongass National Forest, AK, Wait Period
Ends: February 28, 2005, Contact: Bill Tremblay (907) 772-5877.
EIS No. 050020, Draft EIS, USN, FL, Navy Air-To-Ground Training at Avon
Park Air Force Range, To Conduct Air-to-Ground Ordnance Delivery and
Training, Fleet Forces Command's Fleet Readiness Training Program
(FRTP), Polk and Highlands Counties, FL, Comments Period Ends: March
14, 2005, Contact: Will Sloger (843) 820-5797.
EIS No. 050021, Draft EIS, NRC, WI, Generic-License Renewal for Point
Beach Nuclear Plant, Units 1 and 2, Supplement 23, to NUREG-1437 (TAC
Nos. MC2049 and MC2050), Lake Michigan, Manitowoc County, WI, Comment
Period Ends: April 13, 2005, Contact: Stacey Imboden (301) 415-2462.
EIS No. 050022, Draft EIS, AFS, WA, Methow Transmission Project,
Construction of New Transmission Line or Reconstruction an Existing
Line, Okanogan and Wenatchee National Forests, Methow Valley Ranger
District, Okanogan County, WA, Comment Period Ends: March 15, 2005,
Contact: Jan Flatten (509) 826-3277.
EIS No. 050023, Final EIS, DOE, SC, Savannah River Site Construction

and Operation of a Mixed Oxide (MOX) Fuel Fabrication Facility, NUREG-1767, Aiken, Barnwell and Allendale Counties, SC, Wait Period Ends: February 28, 2005, Contact: Matthew Blevins (301) 415-7684.
EIS No. 050024, Draft EIS, AFS, CO, Gold Camp Road Plan, Develop a Feasible Plan to Manage the Operation of Tunnel 3 and the 8.5 mile Road Segment, Pike National Forest, Pikes Peak Ranger District, Colorado Springs, El Paso County, CO, Comment Period Ends: March 29, 2005, Contact: Frank Landis (719) 477-4203.
EIS No. 050025, Final EIS, UAF, TX, Relocation of the C-5 Formal Training Unit from Altus Air Force Base, Oklahoma to Lackland Air Force Base, Bexar County, TX, Wait Period Ends: February 28, 2005, Contact: Lt.Col. Dee Anderson (210) 671-2907.
EIS No. 050026, Draft EIS, BIA, WI, Beloit Casino Project, To Expand to Tribal Governmental Revenue Base, St. Croix Chippewa Indians of Wisconsin and Bad River Band of the Lake Superior Tribe of Chippewa Indians, Rock County, WI, Comment Period Ends: March 14, 2005, Contact: Herb Nelson (612) 713-4400.
EIS No. 050027, Final EIS, BLM, AK, Northeast National Petroleum Reserve Alaska Amended Integrated Activity Plan, To Amend 1998 Northeast Petroleum Reserve, To Consider Opening Portions of the BLM-Administrated Lands, North Slope Borough, AK, Wait Period Ends: February 28, 2005, Contact: Susan Childs (907) 271-1985.
EIS No. 050028, Draft Supplement EIS, FHW, AK, Juneau Access Transportation Project, Improvements in the Lynn Canal/Taiya Inlet

[[Page 4120]]

Corridor between Juneau and Haines/Skagway, Updated Information, Special-Use-Permit and COE Section 10 and 404 Permits, Tongass National Forest, Klondike Gold Rush National Historic Park, Haines States Forest, City and Borough of Juneau, Haines Borough, Cities Haines and Skagway, AK, Comment Period Ends: 03/21/2005, Contact: Tim Haugh (907) 586-7430.

Amended Notices

EIS No. 050014, Final EIS, FAA, CA, Los Angeles International Aiport Proposed Master Plan Improvements, Alternative D Selected, Enhanced Safety and Security Plan, Los Angeles County, CA, Wait Period Ends: February 22, 2005, Contact: David B. Kessler (310) 725-3615.

    Revision of FR Notice Published on 01/21/2004: Correction to EIS Status from Draft to Final.

EIS No. 040544, Draft Supplemental EIS, FHW, UT, Legacy Parkway Project, Construction from I-215 at 2100 North in Salt Lake City to I-15 and US 89 near Farmington, Updated Information, Funding and US Army COE Section 404 Permit, Salt Lake and Davis Counties, UT, Comment Period Ends: March 4, 2005, Contact: Gregory Punske (801) 963-0182.

    Revision of FR Notice Published on 12/03/2004: CEQ Comment Period Ending 02/01/2005 has been Extended to 03/04/2005.

    Dated: January 25, 2005.
Robert W. Hargrove,
Director, NEPA Compliance Division, Office of Federal Activities.
[FR Doc. 05-1635 Filed 1-27-05; 8:45 am]

BILLING CODE 6560-50-M