**Alaska Coalition \* Alaska Wilderness League \* Audubon Alaska \***
**Earthjustice \* Northern Alaska Environmental Center \* Sierra Club \***
**The Wilderness Society**

February 18, 2005

<u>Sent via facsimile and regular mail</u>

Henri Bisson
Susan Childs
Bureau of Land Management
Alaska State Office
222 West 7th Avenue, #13
Anchorage, Alaska 99513

**Re:    Northeast NPR-A Amended Integrated Activity Plan/Environmental Impact**
**Statement**

Dear Mr. Bisson and Ms. Childs:

We, the undersigned, respectfully request that the public comment period for the Final Amended
Integrated Activity Plan/ Environmental Impact Statement (IAP/ EIS) for the Northeast Planning
Area of the National Petroleum Reserve-Alaska (NPR-A) be extended a minimum of 30
additional days.

Based on the length and complexity of the document, the importance of the resources at stake,
and the controversial nature of this decision, an extension of the 30-day wait period is warranted
here to allow the public to comment on the preferred alternative.  Given the vast amount of
scientific information and public comments contained in the three volumes (over 1,100 pages
and 134 files of public comments), the existing 30-day timeframe is clearly insufficient for
members of the public to accurately evaluate BLM's preferred alternative and analysis.

A 30-day extension is necessary to allow the public to understand the new preferred alternative.
Upon early examination of the final IAP/ EIS it appears that BLM's new preferred alternative is
a dramatic departure from the preferred alternative listed in the Draft Environmental Impact
Statement (DEIS) released in June 2004.

Production problems and difficulties with making the document available have hampered the
public's ability to understand BLM's new approach.  While BLM first posted the final IAP/ EIS
to its web site on January 25, 2005, inexplicably, the plan was abruptly removed from the site the
following day and not made available again online until January 27, 2005.  This resulted in initial
confusion among the public and the media as to the validity of the initial posting and the
information contained in the January 25 version of the final IAP/ EIS.

February 18, 2005
Page 2

In addition, the document is full of errors and omissions that have required BLM to publish 37 pages of errata sheets. These were not made available until February 7, 2005, making it impossible to determine the true extent of the plan's misinformation until 10 days after the initial release of the final IAP/ EIS. The requirement that reviewers sift through the bound volume and the errata necessitates extra time to review this document.

Moreover, even after integrating the errata and the documents, many errors remain that make the FEIS unnecessarily confusing. For instance, the Table of Contents erroneously indicates that there are only three alternatives analyzed and identifies Alternative B as the preferred alternative. Additional errors in the document make the preferred alternative difficult to understand. For instance, Table 2.2 refers to stipulation K-4(h)-K-4(k) for the preferred alternative, (see, e.g., FEIS at 2-114 to 2-116), but the text describing the stipulations only contains K-4(a) through (g). The map of the preferred alternative is extremely difficult to interpret. It fails to clearly delineate which areas within the Goose Molting Area are restricted by "NSO" stipulations. The map contains numerous overlays and the colors in the Goose Molting Area blend together.

As BLM has acknowledged, the plan to open previously protected areas around Teshekpuk Lake is among the most controversial actions it has even taken. Henri Bisson Remarks, January 20, 2000, at http://www.ak.blm.gov/affairs/asd_rdcspeech.html. BLM received nearly 215,000 individual comments during the public comment period for the DEIS. The vast majority of these comments opposed BLM's preferred alternative, specifically because the plan significantly weakened protections for the Teshekpuk Lake Special Area and its important bird and caribou habitat. Opposition to the plan was voiced by several, diverse groups, including Ducks Unlimited, Pacific Flyway Council, the North Slope Borough and other members of the Native community, U.S. Fish and Wildlife Service, EPA, 200 ornithologists and wildlife scientists and 20 members of Congress.

Remarkably, it appears upon initial review of portions of the final preferred alternative the concerns raised by these groups were completely disregarded by BLM in the development of the final IAP/ EIS.

We appreciate that the Department of Interior values public opinion and insight with regard to decisions made about the use of public land, and we believe it is imperative that the public be given an opportunity to adequately comment on the significant changes in BLM's new preferred alternative listed in the final IAP/ EIS. It is in this sense we kindly request you extend the public comment period by a minimum of 30 days.

February 18, 2005
Page 3

Respectfully submitted,

Deirdre McDonnell
Staff Attorney
Earthjustice

Tim Bristol
Director
Alaska Coalition

Cindy Shogun
Executive Director
Alaska Wilderness League

Stanley Senner
Executive Director
Audubon Alaska

Sally Smith
Executive Director
Northern Alaska Environmental Center

Betsy Goll
Alaska Representative/Conservation Organizer
Sierra Club

Eleanor Huffines
Alaska Regional Director
The Wilderness Society

cc:  Gale A. Norton, Secretary of the Interior
     Rebecca Watson, Assistant Secretary of the Interior, Land and Minerals Management
     Dinah Bear
     Anita Frankel
     Trustees for Alaska