

# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Alaska State Office
222 West Seventh Avenue, #13
Anchorage, Alaska 99513-7599
http://www.ak.blm.gov



TAKE PRIDE®
IN AMERICA

FEB 2 5 2005

2361 (940)

Ms. Deirdre McDonnell
Staff Attorney, Earthjustice
325 Fourth Street
Juneau, Alaska 99801

Dear Ms. McDonnell:

We have reviewed your letter dated February 18, 2005, requesting a 30-day extension of the public review period for the Bureau of Land Management's Final Amended Northeast National Petroleum Reserve-Alaska Integrated Activity Plan (Final Amended IAP/EIS). After taking your comments into consideration, we do not feel a 30-day extension is warranted for review of this document. The Final Amended IAP/EIS provides a comprehensive description and analysis of our proposed action in the Northeast Planning Area. We also believe that we have provided the public with adequate means of reviewing the document by making it available via hard copies, compact disc, and an integrated website.

Therefore, we will maintain the 30-day review period as it was provided in the Notice of Availability in both the BLM and EPA Federal Register Notices dated January 28, 2005.

Sincerely,

/S/ Henri R. Bisson

Henri R. Bisson
State Director

940:ts:SChilds:1985:EarthJustSusan.doc

Exhibit 51, page 1 of 1