

**U.S. Department of the Interior**

Bureau of Land Management                                     January 2006

# Northeast National Petroleum Reserve – Alaska Amended Integrated Activity Plan/ Environmental Impact Statement

# Supplemental Information Report



# The BLM Today

*Our Vision*

To enhance the quality of life for all citizens through the balanced stewardship of America's public lands and resources.

*Our Mission*

To sustain the health, diversity, and productivity of the public lands for the use and enjoyment of present and future generations.

*Our Values*

To serve with honesty, integrity, accountability, respect, courage, and commitment to make a difference.

*Our Priorities*

To improve the health and productivity of the land to support the BLM multiple-use mission.

To cultivate community-based conservation, citizen-centered stewardship, and partnership through consultation, cooperation, and communication.

To respect, value, and support our employees, giving them resources and opportunities to succeed.

To pursue excellence in business practices, improve accountability to stakeholders, and deliver better service to our customers.

---

**BLM/AK/PL-05/006+1610+930**

Cover photos



1. Lake Teshekpuk (Bureau of Land Management and Craig McCaa)
2. Snowy owl chick (Craig George, North Slope Borough, Department of Wildlife
3. Whale harvest (Craig George, North Slope Borough, Department of Wildlife
4. Drill rig and caribou herd (BP Exploration (Alaska), Inc.)

# ABSTRACT

## Northeast National Petroleum Reserve – Alaska Amended Integrated Activity Plan/ Environmental Impact Statement Supplemental Information Report

**Lead Agency:** U.S. Department of the Interior, Bureau of Land Management

**Proposed Action:** Northeast National Petroleum Reserve – Alaska Amended Integrated Activity Plan/Environmental Impact Statement (Amended IAP/EIS; amendment) Supplemental Information Report for lands within the North Slope Borough, Alaska.

**Abstract:** The U.S. Department of the Interior (USDOI) Bureau of Land Management (BLM) is proposing to amend its 1998 Northeast National Petroleum Reserve – Alaska IAP/EIS to 1) consider leasing portions of lands currently unavailable or under a No Surface Activity restriction to oil and gas leasing in the Northeast National Petroleum Reserve - Alaska, and 2) consider developing performance-based lease stipulations and Required Operating Procedures (ROPs) to provide the BLM with greater flexibility in protecting important surface resources from the impacts of oil and gas activities, similar to those developed for the Northwest National Petroleum Reserve – Alaska. A Final Amended IAP/EIS was prepared in January 2005. Since the Final Amended IAP/EIS was completed, new information has become available that requires the preparation of this Supplemental Information Report (SIR). This report was developed to inform the Secretary of the Interior's Representative of this new information so it could be considered prior to making his decision. This new information includes 1) the effects of increases in the price of oil on the analysis conducted for the Final Amended IAP/EIS; 2) proposals to develop a new pipeline to transport natural gas from the North Slope to the Midwest U.S. and/or West Coast terminals; 3) the effects of global climate change on polar bear habitat use and survival; and 4) proposals to conduct additional lease sales and seismic surveys in the Beaufort Sea and Chukchi Sea.

**Further Information:** Contact Susan Childs at (907) 271-1985 or via mail at Bureau of Land Management, Alaska State Office, 222 West 7th Avenue, Anchorage, Alaska 99513-7599.

# 1.0  Introduction

The U.S. Department of the Interior (USDOI) Bureau of Land Management (BLM) is proposing to amend its 1998 Northeast National Petroleum Reserve – Alaska Integrated Activity Plan/Environmental Impact Statement (Amended IAP/EIS) to 1) consider leasing portions of lands currently unavailable or under a No Surface Activity restriction to oil and gas leasing in the Northeast National Petroleum Reserve - Alaska, and 2) consider developing performance-based lease stipulations and Required Operating Procedures (ROPs) to provide the BLM with greater flexibility in protecting important surface resources from the impacts of oil and gas activities, similar to those developed for the Northwest National Petroleum Reserve – Alaska. The Final Amended IAP/EIS considers four alternatives, including the final Preferred Alternative (USDOI BLM 2005). The alternatives offer a range of options for the amount of lands that would be made available for oil and gas leasing, from 87 percent to 100 percent of the approximately 4.6 million acres in the Northeast National Petroleum Reserve - Alaska. In addition, the alternatives offer two types of mitigation for impacts to resources—prescriptive-based and performance-based. The Final Amended IAP/EIS evaluates the potential effects to air quality, paleontological resources, soil, water resources, vegetation, wetlands and floodplains, fish, wildlife, threatened and endangered species, cultural and subsistence resources, sociocultural systems, environmental justice, coastal zone management, recreation, and the economy. The alternatives propose a range of land allocations as well as stipulations and ROPs to mitigate impacts to resources and their uses. The Federal Register Notice of Availability of the Final Amended IAP/EIS was issued on January 28, 2005 (Federal Register 2005).

Since the Final Amended IAP/EIS was completed, new information has become available that requires the preparation of this Supplemental Information Report (SIR). This report was developed to inform the Secretary of the Interior's Representative of this new information so it could be considered prior to making his decision.

# 2.0  Proposed Action and Scope of Supplemental Information Report

The National Petroleum Reserve – Alaska consists of 23 million acres located on the North Slope of Alaska (see Map 1-1 of Final Amended IAP/EIS). The Northeast National Petroleum Reserve – Alaska (Planning Area) consists of approximately 4.6 million acres located in the northeastern portion of the National Petroleum Reserve – Alaska. The BLM is amending its 1998 Northeast IAP/EIS to consider opening portions of the BLM-administered lands (public lands) that are currently unavailable for oil and gas leasing in the Northeast National Petroleum Reserve – Alaska. In addition, the BLM proposes to develop performance-based lease stipulations and ROPs in the Planning Area similar to those stipulations and ROPs included in the *Northwest National Petroleum Reserve – Alaska IAP/EIS Record of Decision* (Northwest IAP/EIS ROD; USDOI BLM and Minerals Management Service [MMS] 2004).

## 2.1  Proposed Action and Purpose and Need

The U.S. currently import's more than half of its petroleum supply, and the federal government projects that the proportion of the Nation's oil coming from overseas will continue to climb, approaching two-thirds by 2020 (U.S. Department of Energy 2002). Oil production in the U.S. overall, and on Alaska's North Slope, has been declining for several years. Importation of foreign oil increases this country's trade deficit, while domestic oil production, especially on federal lands, contributes directly to the health of the nation's economy and to federal revenues.

Northern Alaska is a very rich petroleum province, with an estimated in-place endowment of oil and gas equivalent to 77 billion barrels (Bbbl), and proven original oil reserves exceeding 20 Bbbl, of which over 13

Bbbl have been produced. Exploration in northern Alaska has located at least 38 oil and gas fields, although most reserves are in a few, very large oil fields near Prudhoe Bay. The essential oil-source rock and reservoir sequences creating these commercial oil fields extend across much of the North Slope, including the National Petroleum Reserve – Alaska. Because of these geologic trends and the abundance of untested potential traps, northern Alaska and the adjacent continental shelf are considered to hold high potential for new oil and gas fields.

Congress first authorized an oil and gas-leasing program in the National Petroleum Reserve – Alaska in the Department of the Interior and Related Agencies' Fiscal Year 1981 Appropriations Act (Public Law 96-514, December 12, 1980). To meet the provisions of the National Environmental Policy Act (NEPA) for conducting lease sales, the BLM completed an Environmental Assessment (EA) of the National Petroleum Reserve – Alaska in 1981 and an EIS in 1983 (USDOI BLM 1983). The 1983 EIS deleted some areas from leasing and recommended stipulations to protect surface resources, especially in areas with high surface values. A total of four lease sales were held during 1982 to 1985, resulting in the drilling of a single well that was abandoned as a dry hole in 1985. One other industry well was drilled in 1982 on private in-holdings at Cape Halkett, but information from that well remains confidential.

The Alpine discovery (Alpine field) played an important role in re-igniting exploration interest in the National Petroleum Reserve – Alaska. Atlantic Richfield Company (ARCO) and its partners discovered the Alpine field on state lands to the east of the Planning Area in the winter of 1994-1995 (Alaska Report 1996). Development and appraisal drilling has confirmed its reserve potential of 429 million barrels (MMbbl), and in the fall of 2003 the Alpine Field recorded 100 MMbbl of production (Alaska Oil and Gas Reporter 2003). The field may even have economically recoverable reserves as high as 500 MMbbl (Gingrich 2001). The Alpine field is one of the larger fields discovered in Alaska since discovery of the Prudhoe Bay field; it extends westward into the National Petroleum Reserve – Alaska. Similar reservoirs have been the principal targets for exploration on leases acquired in the Planning Area.

As a result of renewed interest in the National Petroleum Reserve – Alaska, and the need to update the environmental analysis of potential impacts from oil and gas development in the National Petroleum Reserve – Alaska, the BLM began an assessment in 1997 of the potential impacts from oil and gas development in the Planning Area, including all lands in the National Petroleum Reserve – Alaska east of the Northwest National Petroleum Reserve – Alaska. The *Northeast National Petroleum Reserve – Alaska IAP/EIS* (1998 Northeast IAP/EIS) culminated in a ROD in October 1998 that superseded the decisions of the 1983 EIS and included a decision to make approximately 4 million of the 4.6 million acres available for oil and gas leasing (USDOI BLM and MMS 1998).

The 1998 Northeast IAP/EIS ROD (see Appendix A of Final Amended IAP/EIS) outlined multiple-use management of the 4.6-million-acre Northeast National Petroleum Reserve – Alaska area, and emphasized restrictions on surface activities, consultation with local residents, and coordinated scientific studies to protect wildlife habitat, subsistence use areas, and other resources. Among other decisions, this document made approximately 589,000 acres in the Teshekpuk Lake area unavailable for leasing and an additional 268,862 acres were restricted to leasing with no permanent facilities and no exploratory wells. The area made unavailable to leasing near Teshekpuk Lake is an area with especially high oil and gas potential. By excluding these areas from future oil and gas leasing and placing restrictions on surface activities in other areas, approximately 1.8 billion of the estimated 3.1 billion barrels of technically recoverable oil in the Planning Area was made unavailable for helping to meet future energy needs. The 1998 Northeast IAP/EIS ROD also contained a set of prescriptive-based stipulations to protect natural and cultural resources in the Planning Area.

In the 7 years since the completion of the 1998 Northeast IAP/EIS ROD, the BLM has held oil and gas lease sales in the Planning Area, leasing 133 tracts in 1999, and leasing an additional 60 tracts in 2002 (see Map 1-2

in Final Amended IAP/EIS). Many lease tracts were sold around the perimeter of the Teshekpuk Lake area. Since the initial lease sale, industry has completed many miles of seismic lines and drilled 17 exploratory wells. ConocoPhillips Alaska, Inc. has proposed development of five drilling pads that would be satellites to its Alpine field, near the village of Nuiqsut. Two of the pads would be within the Planning Area.

Based on the results from exploration wells drilled on leases acquired in 1999, and from additional exploration and development drilling conducted in the Alpine field, the number and size of oil and gas deposits may be greater than previously thought. As noted above, the reserve potential for the Alpine field was estimated to be 365 MMbbl in 1998. More recent exploration studies have confirmed its reserve potential of 429 MMbbl, and the field may even have economically recoverable reserves as high as 500 MMbbl (Gingrich 2001). This would make the Alpine field one of the largest fields in Alaska.

To assess opportunities for oil and gas production on federal lands in the Northwest National Petroleum Reserve – Alaska, the BLM began assessing the potential impacts that could result from oil and gas development in the Northwest National Petroleum Reserve – Alaska in 2001. The Northwest IAP/EIS was completed in December 2003 (USDOI BLM and MMS 2003) and culminated in a ROD in January 2004 that superseded the decisions of the 1983 EIS and included a decision to make 8.8 million acres available for oil and gas leasing (USDOI BLM and MMS 2004). The ROD also contained a set of performance-based stipulations to protect natural and cultural resources in the Northwest National Petroleum Reserve – Alaska. These stipulations differ from those developed for the 1998 Northeast IAP/EIS in that they:

- Do not include actions that already exist in the form of regulation or law; and

- Provide the BLM and other land users, including industry, greater flexibility by emphasizing the intent or objective of the mitigation to protect the environment.

In 2002, the President's National Energy Policy Development Group recommended that the President direct the Secretary of the Interior to "consider additional environmentally responsible oil and gas development, based on sound science and the best available technology, through further lease sales in the National Petroleum Reserve – Alaska" and that "such consideration should ***include areas not currently leased within the northeast corner of the National Petroleum Reserve – Alaska***" (bold added).

To carry out its management responsibilities and respond to the Presidential and Congressional directives to the Secretary of the Interior, the BLM is proposing to amend its 1998 Northeast IAP/EIS to:

- Consider leasing portions of lands currently unavailable or under a No Surface Activity restriction to oil and gas leasing in the Northeast National Petroleum Reserve - Alaska; and

- Consider developing performance-based lease stipulations and ROPs that would provide the BLM greater flexibility in protecting important surface resources from the impacts of oil and gas activities, similar to those developed for the Northwest National Petroleum Reserve – Alaska.

The BLM is undertaking this Amended IAP/EIS in accordance with the President's energy policy and the BLM's responsibilities to manage these lands under authority of two laws passed in 1976—the Naval Petroleum Reserves Production Act (NPRPA) and the Federal Land Policy and Management Act (FLPMA). The Final Amended IAP/EIS addresses the BLM's responsibilities under the NPRPA and FLPMA through a NEPA-required process. The BLM expects any plan amendment to have a life of 10 to 15 years, though it may prove suitable for either a shorter or longer period.

## 2.2  Scope of Supplemental Report

Since the Final Amended IAP/EIS was completed, new information has become available that requires the preparation of this SIR. This report was developed to inform the Secretary of the Interior's Representative of this new information so it could be considered prior to making his decision. This new information includes 1) the effects of increases in the price of oil on analysis conducted for the Final Amended IAP/EIS; 2) proposal to develop a new pipeline to transport natural gas from the North Slope to the Midwest U.S. and/or West Coast terminals; 3) the effects of global climate change on polar bear habitat use and survival; and 4) proposals to conduct additional lease sales and seismic surveys in the Beaufort Sea and Chukchi Sea.

Supplements are often prepared according to federal regulation. Section 40 of the Code of Federal Regulations (CFR) 1502.9 (c) (1) (ii), *Draft, Final and Supplemental Statements* states: "Agencies shall prepare supplements to either draft or final environmental impact statements if …(ii) there are significant new circumstances or information relevant to environmental concerns and bearing on the proposed action or its impacts."

This SIR evaluates whether or not the issues identified above have created a "significant new circumstance" or resulted in "new information" relevant to environmental concerns that may have a bearing on the proposed action or its impacts. This SIR will also provide technical information to the Secretary of the Interior's Representative to assist in determining whether or not a correction, supplement, or revision to the Final Amended IAP/EIS is necessary prior to signing the ROD.

This SIR has been prepared based on analysis conducted for Alternative D, the final Preferred Alternative identified in the Final Amended IAP/EIS. This alternative would make available approximately 95 percent (approximately 4,389,000 acres) of the Planning Area's 4.6 million acres for oil and gas leasing (see Map 2-4 of Final Amended IAP/EIS). Management practices would emphasize performance-based stipulations and ROPs on surface activities, consultation with local residents, and coordinated scientific studies to protect wildlife habitat, subsistence use areas, and other resources. Under the final Preferred Alternative, Teshekpuk Lake (approximately 211,000 acres) would be deferred from leasing. This deferral would preclude exploratory drilling and pipeline construction. Current leases are not affected by the deferral.

The final Preferred Alternative makes available approximately 389,000 acres that were unavailable in the 1998 Northeast IAP/EIS ROD. The additional lands made available by the final Preferred Alternative are within the area of highest oil and gas potential in the Northeast Planning Area, and are within the Teshekpuk Lake Special Area (TLSA). However, several major protective measures have been developed to protect important resources and subsistence activities in the TLSA:

- Areas north of Teshekpuk Lake that are important for molting black brant and other sensitive waterfowl would be protected with a No Surface Occupancy (NSO) stipulation (approximately 217,000 acres). Lakes and adjacent lands identified as important habitat for molting geese and other waterfowl would be included in the NSO area. Because many of these lakes are in very close proximity, the buffer areas around the lakes often overlap resulting in the NSO area depicted by Map 2-4 of the Final Amended IAP/EIS. In addition to providing protection to molting geese and other waterfowl, this restriction would also provide protection for caribou calving, and insect-relief habitats. While providing necessary protections to key resources, this stipulation would allow for exploration of the region. Within the NSO area(s), permanent oil and gas facilities would be prohibited, but pipelines and inter-community or other permanent roads constructed with public funds for general transportation purposes would be allowed. Exploration activities would be allowed within the NSO, including seismic acquisition and exploratory drilling during the winter season only. See Lease Stipulation K-4 in Section 2.6.4 (Alternative D Stipulations and Required Operating Procedures) of the Final Amended IAP/EIS.

- The area extending from the eastern shore of Teshekpuk Lake approximately 4 miles eastward towards the Kogru Inlet would be protected with a NSO stipulation (approximately 16,500 acres). This area has been identified as important for caribou movement during the calving and insect-relief seasons. The area is a relatively narrow passage between the Teshekpuk Lake and Kogru Inlet that is inundated with many smaller lakes, and has been identified as a "bottleneck" to caribou north/south movement. Within the NSO area, permanent oil and gas facilities would be prohibited, including pipelines and inter-community public access roads. Exploration activities would be allowed within this NSO including seismic acquisition and exploratory drilling during the winter season only. See Lease Stipulation K-9 in Section 2.6.4 (Alternative D Stipulations and Required Operating Procedures) of the Final Amended IAP/EIS.

- The area south/southeast of Teshekpuk Lake would be protected with a NSO stipulation (approximately 141,000 acres). This area, in addition to areas north of Teshekpuk Lake, has been identified as important to caribou calving, post-calving, and insect relief. Within the NSO area, permanent oil and gas facilities would be prohibited, excluding pipelines and inter-community public access roads. Exploration activities would be allowed within this NSO, including seismic acquisition and exploratory drilling during the winter season only. See Lease Stipulation K-10 in Section 2.6.4 (Alternative D Stipulations and Required Operating Procedures) of the Final Amended IAP/EIS.

- The area north of Teshekpuk Lake would be delineated into seven large lease tracts. These tracts would range from 46,000 to 59,000 acres. Each tract would establish a maximum limit of 300 acres of permanent surface disturbance resulting from oil and gas activities. The total allowed surface disturbance in the Lease Tract Area would be approximately 2,100 acres. See Lease Stipulation K-11 in Section 2.6.4 (Alternative D Stipulations and Required Operating Procedures) of the Final Amended IAP/EIS.

Performance-based stipulations and ROPs (patterned after those developed for the northwest portion of the National Petroleum Reserve – Alaska) would be used to mitigate the impacts of energy development and other land uses throughout the Planning Area. These mitigation measures would provide BLM greater flexibility to adapt management decisions to changing and uncertain environmental conditions on the ground. These restrictions are presented in Section 2.6.4 (Final Preferred Alternative [Alternative D] Stipulations and Required Operating Procedures) of the Final Amended IAP/EIS and pertain to the following activities:

- Waste Prevention Handling, Disposal, Spills, and Public Safety
- Water Use for Permitted Activities
- Winter Overland Moves and Seismic Work
- Oil and Gas Exploratory Drilling
- Facility Design and Construction
- Use of Aircraft for Permitted Activities
- Oilfield Abandonment
- Subsistence Consultation for Permitted Activities
- Orientation Programs Associated with Permitted Activities
- Endangered Species Act Section 7 Consultation Process

Additional seasonal and spatial restrictions are applied to provide protection of specific environmentally sensitive areas. These areas are described in Section 2.2.1 (Areas with Additional Stipulations) and in the stipulations outlined in Section 2.6.4.2 (Stipulations That Apply to Biologically Sensitive Areas) of the Final

Amended IAP/EIS. These stipulations would also apply to the approximately 389,000 acres that are unavailable for leasing under the No Action Alternative, but would be made available under the final Preferred Alternative. Environmentally sensitive areas and their applicable stipulations are listed below.

- Rivers Area (see Lease Stipulation K-1)
- Deep Water Lakes (see Lease Stipulation K-2)
- Teshekpuk Lake (see Stipulation K-3)
- Goose Molting Area (see Lease Stipulation K-4)
- Teshekpuk Lake Caribou Habitat Area (see Lease Stipulation K-5)
- Coastal Area (see Stipulation K-6)
- Colville River Special Area (see Lease Stipulation K-7)
- Pik Dunes (see Lease Stipulation K-8)
- Caribou Movement Corridor Area (see Lease Stipulation K-9)
- Southern Caribou Calving Area (see Lease Stipulation K-10)
- Lease Tracts Area (see Lease Stipulation K-11)

# 3.0 Analysis of New Information and Changed Circumstances Relevant to Environmental Concerns

## 3.1 Effects of Recent Increases in the Price of Oil on Analysis Conducted for Final Amended IAP/EIS

**ISSUE:** The price of oil is near an all-time high and forecasters predict that high prices will persist into the future. The development scenarios based on economic petroleum assessments were tied to lower oil prices in the Final Amended IAP/EIS. Do these scenarios still represent reasonable models for environmental analysis, or should they be revised to include higher levels of activities and associated impacts?

**RELEVANT SECTIONS IN FINAL AMENDED IAP/EIS:** The analysis of development scenarios used in the alternatives analysis is based on different prices of oil and is found in Chapter 4 of Final Amended IAP/EIS (pages 4-38 to 4-49). For the analysis of effects, including direct, indirect, cumulative, and unavoidable adverse effects for each resource area (see Sections 4-3 through 4-12 of Final Amended IAP/EIS), three oil price scenarios were used for each alternative: $20, $25, and $30 per barrel of oil. Using these three scenarios, several estimates were made for each alternative that were used in the effects analysis: 1) amount of oil that would be recovered (see Table 4-4 in Final Amended IAP/EIS); 2) level of oil-related activities (see Table 4-5); and estimated number of facilities and acres of surface disturbance (see Table 4-6). As noted on page 4-39, oil prices exceeded $30 per barrel during preparation of the Final Amended IAP/EIS, but were not expected to remain over $30 per barrel over the long term.

**RESPONSE:** We recognize that the current price of oil is higher than the prices used to generate the scenarios. However, there are several relevant points to consider:

(1) **Price forecasting is speculative because the many factors that influence commodity prices are uncertain.** The Energy Information Administration (EIA) is considered the authoritative source for energy forecasts (EIA 2005), although its forecasting accuracy has frequently been questioned (Attanasi 2001). The main reason that EIA forecasts are inaccurate is that they largely involve

projections of current trends into the future. Unforeseen events can change oil prices in a drastic and unpredictable way (WTRG Economics 2005).

(2) **Prudent companies base their investment decisions on conservative price assumptions because future prices are uncertain and petroleum developments require long-term investments.** Companies are more likely to scale their activities according to average historical prices rather than speculative forecasts of future prices. For example, a representative time frame for an oil field is 20 years, and the average market price for Alaska North Slope (ANS) crude oil from 1985-present is $26.58 (in 2005 dollars; Alaska Department of Revenue 2005). Although investment parameters are not usually disclosed by companies, informal comments suggest that the current base prices used by the petroleum industry range from $25.00 to $30.00 per barrel—or about half of current oil prices.

(3) **Petroleum assessments evaluate the undiscovered potential of an area, but do not predict where or when the available resources will be discovered, developed, and produced.** Modeled economic resources represent only the <u>opportunity</u> for profitable operations, which individual companies may or may not pursue. In frontier areas without established development histories, resource assessments provide a tool to estimate the level of future activities, but it is likely that the scenarios overestimate the levels of activities and future production. We accept this projection of future activity because it provides for a conservative analysis of potential environmental impacts.

**HOW DOES THIS INFORMATION INFLUENCE OUR ANALYSIS FOR THE FINAL AMENDED IAP/EIS?** We recognize that oil prices are high at present and accept that they could remain high in the future. However, the exact price at some future time is highly speculative, regardless of who is making the prediction. For this reason, the scenarios incorporated a range in prices to bracket the uncertainties of the analysis. For the Final Amended IAP/EIS, this price range is $20.00 to $30.00 per barrel.

The main question is whether this assumed price range accurately reflects future industry activities on the ANS. We believe that the scenarios are valid because industry is more likely to base its decisions on conservative (historical average) prices rather than volatile current market prices. In fact, monthly average ANS prices ranged from $41.12 to $63.47 in 2005 (Alaska Department of Revenue 2005). Indications are that industry investment decisions are being made with base prices of $25.00 to $30.00 per barrel, not market prices above $50.00. Our scenario price range ($20.00 to $30.00) brackets the prices likely to be used by industry, and therefore our estimates for activities are valid representations of industry efforts to explore and develop the Northeast National Petroleum Reserve - Alaska.

Long-term positive factors could easily be counteracted by other factors, such as government regulations that restrict opportunities and add costs to otherwise attractive projects. We discuss the "cost of mitigation" in the Final Amended IAP/EIS with its negative effect on industry interest in leasing and exploration. "The petroleum resource assessment indicates that a few plays could hold the majority of the total resource endowment. Restrictions affecting these 'rich plays' would have a disproportionate affect on the future development potential of the area." (see page 4-44 of Final Amended IAP/EIS). Burdensome government regulations could counteract the positive influence of higher oil prices, leading to decreased levels of industry exploration and development activities.

In conclusion, the scenarios are only conceptual views of the future. All of the factors that influence industry decisions are uncertain and cannot be accurately predicted today. Commodity price is only one of the many factors that could affect the level of activities. We believe that if the scenarios prove to be inaccurate, they will err on being too optimistic about the level of development and production from the Northeast National Petroleum Reserve - Alaska. Active exploration and drilling began in the National Petroleum Reserve - Alaska in the 1940s and has yet to result in a commercial field in this area.

## 3.2 Proposals to Develop a Pipeline to Transport Natural Gas from the North Slope of Alaska to the Midwest U.S and/or West Coast Terminals

**ISSUE:** Are the development scenarios for natural gas resources still valid for environmental analysis in the Final Amended IAP/EIS, given the increased interest in developing natural gas resources on the North Slope due to the increase in natural gas prices since the Final Amended IAP/EIS was prepared?

**RELEVANT SECTIONS IN FINAL AMENDED IAP/EIS:** The development scenarios analyzed in the Final Amended IAP/EIS did not include the recovery and sale of natural gas resources. As stated on page 4-45, "Because gas production from the National Petroleum Reserve – Alaska is beyond the time period considered in the foreseeable analysis, effects from gas development and production are not addressed in this amendment." Efforts to get natural gas from the North Slope to markets, including proposals to construct a pipeline from the North Slope to outside markets, are discussed in Section 4.7.3.4 under speculative development (see pages 4-443 to 4-448; Effects of the Cumulative Case; Speculative Development) of the Final Amended IAP/EIS. Based on this analysis, development of natural gas resources on the North Slope is considered speculative at the present time because there is no transportation system to move gas to outside markets. Numerous gas discoveries have been uneconomical to produce for several decades, and would remain undeveloped until a transportation system is constructed. The viability of a transportation system is questionable, and there is no guarantee that one would ever be built, despite the non-binding proposals by several pipeline development groups.

**RESPONSE:** The Alaska Natural Gas Pipeline Act, enacted on October 13, 2004, as part of the Military Construction Appropriations Act, 2005 (Public Law 108-324 or the Act), requires expeditious federal review of a natural gas transportation project that would carry Alaska natural gas to market. Public Law 108-324 also provides financial incentives for the construction of a pipeline in the form of federal loan guarantees. Public Law 108-324 authorizes the Federal Energy Regulatory Commission (FERC) to consider an application for a certificate of public convenience and necessity authorizing the construction and operation of an Alaska natural gas transportation project other than the Alaska Natural Gas Transportation System designated by President Carter in 1977 pursuant to the Alaska Natural Gas Transportation Act of 1976.

The State of Alaska and industry group proponents have been in confidential negotiations on development of a gas pipeline for more than 1 year. The State of Alaska is proposing a 20 percent ownership in the pipeline. The Governor announced in October 2005 that ConocoPhillips has agreed to the base terms of the contract negotiations. Exxon Mobile Corporation and British Petroleum, p.l.c., have not yet agreed to the terms with the State of Alaska. Negotiations with other corporations regarding other pipeline options are continuing. There is currently no federal application for a rights-of-way (ROW) or a FERC certificate for any of the options. If and when the State of Alaska and a company(s) reach an agreement, there are still several steps that must be completed prior to the formalization of the project. Specifically, the contract terms would be released to the public for a 30-day comment period, after which the contract would be submitted to the Alaska legislature for a vote. The Alaska legislature can either approve or deny the contract, but it cannot make any amendments or modifications. Should a contract be approved by the legislature, the successful company would initiate the pre-filing process with FERC and would file the ROW applications for both federal and state lands that would be impacted by the project. There is no current expected date for any proposal to be submitted to the Alaska legislature.

**HOW DOES THIS INFORMATION INFLUENCE OUR ANALYSIS FOR THE FINAL AMENDED IAP/EIS?** This project remains speculative as described in the Final Amended IAP/EIS and should have no significant impact on the human or wild environment of the Northeast National Petroleum Reserve - Alaska.

## 3.3 Effects of Global Climate Change on Polar Bear Habitat Use and Survival

**ISSUE:** Did the analysis in the Final Amended IAP/EIS consider the effects of global climate change on polar bear habitat use and survival, especially in light of recent reports in the newspapers (see Wall Street Journal December 14, 2005) that suggest that polar bears may be drowning while traveling to and from ice floes in search of food and other habitat needs and that more bears are congregating along beaches in search of food? In addition, the several environmental groups recently filed a lawsuit in District Court in San Francisco to force the U.S. Fish and Wildlife Service to consider whether or not the polar bear should be listed as a threatened species under the Endangered Species Act.

**RELEVANT SECTIONS IN FINAL AMENDED IAP/EIS:** The direct and indirect effects of proposed activities on polar bears under each alternative are discussed under Marine Mammals in the Mammal section for each alternative (see pages 4-119 to 4-122; 4-210 to 4-213; 4-290 to 4-292; and 4-368-4-371 of the Final Amended IAP/EIS). The general cumulative effects of global climate change on Arctic resources, including polar bears, are discussed in Section 4.7.4.5, Global Climate Change (pages 4-467 to 4-468 of the Final Amended IAP/EIS). The cumulative effects of global climate change to polar bears are discussed in more detail under Marine Mammals in Section 4.7.7.9 (Mammals; pages 4-519 to 4-524 of the Final Amended IAP/EIS). The following information on the effects of global climate change on marine mammals was provided in that section:

> Studies in recent years have indicated a general global climate change trend that has caused a reduction in the extent and thickness of the total Arctic sea ice coverage and could potentially affect food chains and trophic levels. Continued reduction in sea ice coverage could affect the distribution and abundance of seals, walruses, and polar bears in the Arctic (Arctic Climate Impact Assessment 2004). The potential effects of these changes on marine mammal populations are unclear, but there is speculation that a reduction in the extent of Arctic sea ice coverage would cause drastic reductions in seal, walrus, and polar bear populations. Another hypothesis is that a reduction in sea ice coverage would create greater areas of ice edge, which is productive habitat for seals and polar bears.
>
> In the last decade, the numbers of polar bears occurring along coastal areas of the Beaufort Sea have been increasing (Stirling and Andriashek 1992, Amstrup and Gardner 1994, Amstrup 2000). The reason for the increase in numbers of polar bears is unknown but could be related to ice conditions. The USFWS (Schliebe et al. in prep) recently compared the distance of the ice edge from shore (during fall months) with the numbers of polar bears observed on land. A significant correlation was found as distance to the ice edge increased, so did the numbers of bears observed on land. The potential for continued reduction in ice cover from global climate change could result in greater numbers of polar bears occurring along the coastline for protracted periods of time, thereby also increasing potential conflicts with humans.
>
> Other studies suggest that global climate change could be adversely impacting polar bear and seals. Stirling et al. (1999) documented decreased body condition and reproductive performance in polar bears in the western Hudson Bay that correlated with a trend toward earlier breakup of sea ice in recent years. The earlier breakup gives bears a shorter feeding season. They are leaner when they come ashore, and they must fast longer. Many ringed seals give birth to and care for their pups on stable shore-fast ice, and changes in the extent and stability or the timing of breakup of the ice could reduce productivity (Smith and Harwood 2001). Because of the close predator-prey relationship between polar bears and ringed seals, decreases in ringed seal abundance can be expected to cause declines in polar bear populations (Stirling and Oritsland 1995).

**RESPONSE:** Polar bears live throughout the ice-covered waters of the circumpolar Arctic, particularly in near shore annual ice over the continental shelf where biological productivity is highest. However, these preferred sea ice habitats will be substantially altered to a large degree under scenarios predicted by global climate change models. Spatial and temporal sea ice changes will lead to shifts in trophic interactions involving polar bears through reduced availability and abundance of seals, their main prey.

In the short term, global climatic change may improve bear and seal habitats in higher latitudes over continental shelves if currently thick multiyear ice is replaced by annual ice with more leads that is more suitable for seals. As sea ice thins and becomes more fractured and labile, however, it is likely to move in response to winds and currents so that polar bears will need to walk or swim more and thus use greater amounts of energy to maintain contact with the remaining preferred habitats. Increased energy expenditures for travel due to less sea ice could lead to reduced adipose (fat) stores in polar bears and lowered reproductive rates because females would have less fat to invest in cubs during the winter fast. Non-pregnant polar bears may have to fast on land or offshore through progressively longer periods of open water while they await freeze-up and a return to hunting seals. The effects of global climate change are likely to show large geographic, temporal, and even individual differences and be highly variable, making it difficult to develop adequate monitoring and research programs for polar bears. Polar bears show behavioral adaptability, but given the rapid pace of ecological change in the Arctic, and the long generation time and the highly specialized nature of polar bears, it is unlikely that polar bears would survive as a species if the sea ice were to disappear completely as has been predicted by some (Derocher et al. 2004).

**HOW DOES THIS INFORMATION INFLUENCE OUR ANALYSIS FOR THE FINAL AMENDED IAP/EIS?** Based on current scientific research, there is growing concern about the potential effects of primary greenhouse gases (carbon dioxide, methane, nitrogen oxides, ozone, water vapor, and chlorofluorocarbons) on global climate. Through many complex interactions on a regional and global scale, the lower layers of the atmosphere experience a net warming effect. These trends could be caused by greenhouse warming or natural fluctuations in the climate. There is an ongoing scientific debate about the cause of these trends. As discussed in the Final Amended IAP/EIS and in the *Arctic Climate Impact Assessment* (Arctic Climate Impact Assessment 2004), global climate change is contributing to the loss and thinning of sea ice in the Arctic. Loss of sea ice may be contributing to the polar bear mortality and loss of polar bear habitat.

As discussed under the cumulative effects analysis for air quality (see page 4-473 of the Final Amended IAP/EIS), while it is difficult to estimate greenhouse gas emissions from past and future oil and gas production activities in northern Alaska, it is assumed that greenhouse gas emissions would continue to be proportional to the oil production rate at the current ratio. Based on an assessment for the Alaska Department of Revenue (2004), it is projected that oil production would remain near current levels (0.985 MMbbl), or decline somewhat, during the next decade. Based on this assumption, the regional greenhouse gas emissions associated with future cumulative production would be approximately the same as current emission levels, and approximately ½ the emission levels in the late 1980s. Greenhouse gas emissions associated with production activities can be reduced by using more fuel-efficient power generating equipment and vehicles and by minimizing flaring. The cumulative future oil production in northern Alaska would produce a relatively small (approximately 1 percent) additive contribution to global greenhouse gas emissions. Global greenhouse gas emissions could be reduced by conserving energy, improving energy efficiency, and developing alternative energy sources. The need for continued development of domestic new oil and gas resources will continue to exist, regardless of any downward pressure on the growth of future oil consumption as a result of measures to reduce greenhouse gas emissions. If Alaskan energy sources were not developed in the future, resources would have to be produced in other areas of the globe. The impacts on greenhouse gas emissions on the planet would be very similar, regardless of the location of the energy source.

Although the loss and thinning of sea ice is of concern, these effects of global climate change, and how current and future activities would contribute to this thinning and loss of sea ice, are discussed in the Final Amended IAP/EIS and would not differ based on recent studies showing loss or polar bears and their habitat due to sea ice conditions.

## 3.4     Proposals to Conduct Additional Lease Sales and Seismic Surveys in the Beaufort Sea and Chukchi Sea

**ISSUE:**  Did the analysis in the Final Amended IAP/EIS consider the cumulative effects of new lease sales and seismic surveys for oil and natural gas that are proposed in the Beaufort and Chukchi Seas?

**RELEVANT SECTIONS IN FINAL AMENDED IAP/EIS:** A history of seismic testing, exploration, and development in the Outer Continental Shelf (OCS) and Beaufort Sea were included in Section 4.7.3.1 (Past Exploration, Development, and Production on the North Slope and in the Planning Area) of the Final Amended IAP/EIS. Past, present, and reasonably foreseeable future State of Alaska and federal lease sales in the federal OCS and Beaufort Sea were analyzed in the cumulative effects analysis (see pages 4-449 to 4-451) for the Final Amended IAP/EIS. However, lease sales in the Chukchi Sea, and reasonably foreseeable future seismic testing in the Beaufort Sea were not evaluated in the Final Amended IAP/EIS. Since release of the Final Amended IAP/EIS in January 2005, the BLM has become aware of proposed seismic surveys in the Chukchi and Beaufort Seas that could impact resources in the Planning Area and on the North Slope.

**RESPONSE:** Lease sales by the MMS in the federal waters of the OCS in the Beaufort Sea were considered in the cumulative impact analysis in the Final Amended IAP/EIS. As reported in the Final Amended IAP/EIS, the most recent Beaufort Sea lease sale that occurred prior to publication of the Final Amended IAP/EIS occurred in 2003 (Lease Sale 186). The Lease Sale 186 area was included in the analysis of reasonably foreseeable production in the Final Amended IAP/EIS. The Beaufort Sea Lease Sale 195 was held in March 2005, after publication of the Final Amended IAP/EIS. This sale was discussed in the Final Amended IAP/EIS as a planned lease. These leases encompass proven reserves that were considered producible but unleased in the Final Amended IAP/EIS; however, the geographic area and reserves included in Lease Sales 186 and 195 are the same.

At least one of the lessees in Lease Sale 195 has indicated that they will undertake geophysical (seismic) surveys in some of these newly leased areas during the open water period of 2007 and in subsequent years. Seismic surveys using modern air-gun technologies have been shown to have some impacts on marine fish, birds, and mammals. These impacts were specifically evaluated for Lease Sale 195 in a multiple lease sale EIS (USDOI MMS 2003) and again in a Lease Sale 195-specific Environmental Assessment (USDOI MMS 2004). Impacts from offshore seismic surveys were also addressed in the cumulative effects section of the Final Amended IAP/EIS in Section 4.7.3.1.

Past and future lease sales in the Chukchi Sea were not included in the cumulative effects analysis of the Final Amended IAP/EIS. At the time of publication of the Final Amended IAP/EIS, there had only been two lease sales in the Chukchi Sea that resulted in the leasing of 378 blocks. None of these blocks were actively leased at the time of the Final Amended IAP/EIS, and there are no active leases in the Chukchi Sea at this time. A total of five exploration wells were drilled in the Chukchi Sea in 1989-1991, but no production took place. In February 2005, the MMS issued a Call for Information to the oil and gas industry and found that there was interest in leasing blocks in the Chukchi Sea. Based on this show of interest, the MMS issued a Notice of Intent in September 2005 indicating that the MMS planned to prepare an EIS and subsequently hold Lease Sale 193 in the Chukchi Sea. The lease sale is expected to occur in 2007 or later. The level of interest by industry may result in some exploration offshore, but potential reserves should be considered speculative. One operator has begun permitting efforts to conduct seismic surveys in the Chukchi Sea in advance of the lease

sale. The environmental impacts of seismic surveys in the Chukchi Sea would be similar to those addressed for the Beaufort Sea in the cumulative effects section (Section 4.7.3.1) of the Final Amended IAP/EIS.

**HOW DOES THIS INFORMATION INFLUENCE OUR ANALYSIS FOR THE FINAL AMENDED IAP/EIS?** Based upon the new information, there is increased interest by oil and gas companies in exploration within the Beaufort and Chukchi seas. This interest has resulted in additional or planned lease sales, and proposed offshore seismic surveys, in these seas. The effects of seismic surveys on marine wildlife were addressed in the Final Amended IAP/EIS, and therefore the new information on proposed seismic surveys in the Beaufort and Chukchi seas should not alter the analyses in the Final Amended IAP/EIS. Reserves associated with Beaufort Sea lease sales that have taken place since the Final Amended IAP/EIS was published were addressed in the Final Amended IAP/EIS. The information that the MMS intends to prepare an EIS and subsequently hold a lease sale in the Chukchi Sea should also not change analyses in the Final Amended IAP/EIS, as reserves in the Chukchi Sea continue to be speculative.

## 4.0 Final Summary and Statement of Findings

This Supplemental Information Report will be presented to the Secretary of U.S. Department of the Interior's Representative for consideration and contains the following finding for the *Northeast National Petroleum Reserve – Alaska Final Amended Integrated Activity Plan/Environmental Impact Statement*:

**Finding**: There is no need to correct, supplement or revise the *Northeast National Petroleum Reserve – Alaska Final Amended Integrated Activity Plan/Environmental Impact Statement* or change the proposed management direction in the Final Amended IAP/EIS.

This Supplemental Information Report will be made available to the public, federal, state and local agencies, elected officials, and organizations as outlined in the Public Participation Plan, developed for the specific purpose of sharing this information as part of the public administrative record for the Final Amended IAP/EIS.

Dated this_____day of January, 2006.

# 5.0  Literature Cited

**Alaska Department of Revenue. 2004.** Monthly Oil Price Data. Available at: http://www.tax.state.ak.us/programs/oil/prices/monthlydata. Anchorage, Alaska.

_____. **2005.** Fall 2005 Revenue Sources Book. Available at: http://www.tax.state.ak.us/sourcesbook/2005/fall2005/index.asp. Anchorage, Alaska.

**Alaska Report. 1996.** New North Slope Field (Alpine) Boasts 250-350 Million Barrels in Oil Reserves. Alaska Report 42(41):1-3.

**Alaska Oil and Gas Reporter. 2003.** Alpine Field Pumps 100 Million Barrels. Available at: http://www.oilandgasreporter.com/stories/111803/ind_20131118001.shtml.

**Amstrup, S.C. 2000.** Polar Bear. Pages 133-157 i*n* The Natural History of an Arctic Oil Field, Development and the Biota. J.C. Trutt and S.R. Johnson (eds.). Academic Press. San Diego.

_____**, and C. Gardner. 1994.** Polar Bear Maternity Denning in the Beaufort Sea. Journal of Wildlife Management 58:1-10.

**Arctic Climate Impact Assessment (ACIA). 2004.** Impacts of a Warming Arctic: Arctic Climate Impact Assessment. Cambridge University Press. Available at: http://www.acia.uaf.edu. United Kingdom.

**Attanasi, E.D. 2001.** U.S. Gas Production: Can We Trust the Projections*?* Public Utilities Fortnightly, August 2001:12-19.

**Derocher, A.E., N.J. Lunn, and I. Stirling. 2004.** Polar Bears in a Warming Climate. Integrative and Comparative Biology 44:163-176.

**Energy Information Administration. 2005.** Annual Energy Outlook 2006. Available at: http://www.eia.doe.gov/oiaf/aeo/index.html. U.S. Department of Energy. Washington, D.C.

**Federal Register. 2005.** Notice of Availability of the Amendment to the Northeast National Petroleum Reserve-Alaska Final Integrated Activity Plan/Environmental Impact Statement. U.S. Department of the Interior Bureau of Land Management. January 28, 2005. Volume 70, Number 18, Pages 4140-4141.

**Gingrich, D. 2001.** The Alpine Field after the First Year. Oral Presentation Given at the December 13, 2001Luncheon Meeting of the Geophysical Society of Alaska in Anchorage, Alaska.

**Schliebe, S.B. Miller, and K. Profitt. (In Prep).** Pack-ice Position and Polar Bear Distribution in the Central Beaufort Sea, Alaska during Fall Open Water and Freeze-up Period 2000-2002. In Presentations of the Fifteenth International Conference on Bear Research and Management, February 8-13, 2004, San Diego, California.

**Smith, T.G., and L.A. Harwood. 2001.** Observations of Neonate Ringed Seals, *Phoca hispida*, after Early Break-up of Sea Ice in Prince Albert Sound, Northwest Territories, Canada, Spring 1998. Polar Biology 24(3):215-219.

Stirling, I., and D. Andiashek. 1992. Terrestrial Maternity Denning of Polar Bears in the Eastern Beaufort Sea Area. Arctic 45(4):363-366.

_____, and N.A. Oritsland. 1995. Relationships between Estimates of Ringed Seal (*Phoca hispida*) and Polar Bear (*Ursus maritimus*) Populations in the Canadian Arctic. Canadian Journal of Fisheries and Aquatic Sciences 52:2594-2612.

_____, N.J. Lunn, and J. Iacozza. 1999. Long-Term Trends in the Population Ecology of Polar Bears in Western Hudson Bay in Relation to Climate Change. Arctic 52(3):294-306.

U.S. Department of Energy. 2002. Crude Oil Supply and Disposition, 1973-Present. Available at: http://www.eia.doe.gove/pub/oil_gas/petroleum/data_publications/petroleum_supply_monthly/current/txt/table_s02_a.txt.

U.S. Department of the Interior Bureau of Land Management (USDOI BLM). 1983. Oil and Gas Leasing in the National Petroleum Reserve in Alaska, Final Environmental Impact Statement. U.S. Department of Interior, Bureau of Land Management, Anchorage, Alaska.

_____. 2005. Northeast National Petroleum Reserve – Alaska Final Amended Integrated Activity Plan/Environmental Impact Statement. Volumes I, II, and III. BLM/AK/PL-05/006+1610+930. Anchorage, Alaska.

U.S. Department of the Interior Bureau of Land Management, and Minerals Management Service (USDOI BLM and MMS). 1998. Northeast National Petroleum Reserve – Alaska, Final Integrated Activity Plan/Final Environmental Impact Statement. Volumes I and II. BLM/AK/PL-98/016+3130+930. Anchorage, Alaska.

_____, and _____. 2003. Northwest National Petroleum Reserve – Alaska, Final Integrated Activity Plan/Environmental Impact Statement. Volumes 1 and 2. Anchorage, Alaska.

_____, and _____. 2004. Northwest National Petroleum Reserve – Alaska, Final Integrated Activity Plan/Environmental Impact Statement Record of Decision. Anchorage, Alaska.

U.S. Department of Interior Minerals Management Service. 2003. Alaska Outer Continental Shelf Oil and Gas Lease Sales 186, 195, and 202 Final Environmental Impact Statement. Anchorage, Alaska.

_____. 2004. Proposed Oil and Gas Lease Sale 195 Beaufort Sea Planning Area. Alaska Outer Continental Shelf Region. Anchorage, Alaska.

WTRG Economics. 2005. Oil Price History and Analysis. Available at: http://www.wtrg.com/prices.htm. London, Arkansas.