In addition to misrepresenting the public's concern about BLM's insufficient range of reasonable alternatives in the Draft Amended IAP/ EIS, BLM's response to this charge does nothing to address the specific concern from the public that BLM failed to analyze a full range of reasonable alternatives as required under NEPA.

In its response, BLM provided no explanation as to why it found only three reasonable alternatives sufficient for evaluation in its Draft Amended IAP/ EIS. Nor did BLM demonstrate that the Draft Amended IAP/ EIS rigorously explored and objectively evaluated these alternatives. In short, BLM effectively dismissed the public's concern that the agency did not fulfill its mandate under NEPA and BLM's response provided no evidence to the contrary.

On page 6-11, BLM takes up the following comment: "The recent findings of the scientific community that oil and gas development have had very negative impacts on the Arctic terrain, contrary to the industry's assertions, makes critical a careful evaluation of any further Arctic development."

In BLM's response, the agency cites the 2003 report by the National Research Council, *Cumulative Environmental Effects of Oil and Gas Activities on Alaska's North Slope*. BLM attempts to address the public's concern about cumulative impacts from oil and gas development by stating that this report did not conclude that "oil and gas development have had very negative impacts on the Arctic terrain." Incredibly, BLM is quoting its own paraphrasing of thousands of public comments as not being a word-for-word conclusion in the NRC report, and then implies that this somehow invalidates the public's concern.

One need only look at the *Summary* section of the NRC report to see the extent to which this is false and misleading. On page 5 of the NRC report, in the *Findings* section under the subtitle *Growth of Industrial Activity,* the committee states: "Nearly all of the roads, pads, pipelines, and other infrastructure are still in place [on the North Slope] and are likely to remain so for some time. The environmental effects of such structures are manifest not only at the "footprint" itself (the area physically covered by the structure), but also at distances that vary depending on the environmental component affected. Effects on hydrologic processes, vegetation, and animal populations occur at distances of up to a few miles (several kilometers) from the physical footprint of a structure. Effects on wildland values – especially visual ones – extend much farther, as can the effects on marine mammals of sound caused by some offshore activities."[3]

The report goes on to state under the section *Damage to Tundra from Off-Road Travel*, "The tundra of the North Slope has been altered by extensive off-road travel…Seismic exploration has adversely affected vegetation and caused erosion, especially along stream banks. In addition, because seismic trails are readily visible from the air, they have degraded visual experiences on the North Slope over a large area. How

---

[3] *Cumulative Environmental Effects of Oil and Gas Activities on Alaska's North Slope*, National Research Council of the National Academies of Science, March 2003, page 5.

long damages caused by seismic surveys and other off-road travel will persist is not known, but some effects are known to have persisted for several decades."[4]

It is outrageous that BLM would mischaracterize the findings of the NRC report by implying that the report did not raise any negative impacts to the Arctic from oil and gas activities. It is even more disturbing that BLM failed to even acknowledge in its response the important and extremely relevant concerns raised in the NRC report.

In short, BLM's failure to fully acknowledge, evaluate and respond to the nearly 215,000 comments it received on its Draft Amended IAP/ EIS is unacceptable and undermines the aim of fundamental environmental laws such as NEPA. The volume of comments alone should have been enough to give BLM pause about its course in amending the 1998 Northeast IAP/ EIS. This, in addition to the overlooked substance behind these comments and BLM's total failure to address the issues of most concern to the public, should clearly demonstrate to Secretary Norton that BLM has failed to fulfill its obligation under the law and the preferred alternative presented in the Final Amended IAP/ EIS should be rejected.

Finally, not only did BLM disregard public comments, it also did not coordinate closely with USFWS in the formulation of Alternative D or in the creation of stipulations and ROPs and management scenarios. Comments from USFWS biologists and other expert professionals on the DEIS were largely ignored regarding the sensitivity of caribou and waterfowl populations in the important habitats around Teshekpuk Lake and the need to provide greater protection than was provided in Alternative B, the preferred alternative in the DEIS. Instead, a new Alternative D was formulated that protected none of the critical habitats from leasing, and that was selected as the Preferred Alternative of the FEIS. Alternative D is not a reasonable derivative from the DEIS and agency or public comments thereon.

Many of BLM's responses to comments on the DEIS (Chapter 6 of FEIS) from professional experts presenting their judgments and additional data and references attempt to explain away and avoid the comments by presuming that the FEIS Alternative D stipulations and ROPs will mitigate industrial impacts on resources within the Planning Area. Examples include BLM responses to Comment Letter Numbers 191279, 196949, 197606, 197610, and 197618 regarding Birds, Caribou, Stipulations and ROPs, and Wildlife (Chapter 6). As we have discussed at length above, these ROPs are not adequate substitutes for full impact analysis and real protection measures.

## CONCLUSION

The Teshekpuk Lake area is a unique natural resource that is vital to wildlife and subsistence users on the North Slope and to scientists, wildlife watchers, subsistence and sport hunters throughout the United States. We are gravely concerned by BLM's

---

[4] *Cumulative Environmental Effects of Oil and Gas Activities on Alaska's North Slope*, National Research Council of the National Academies of Science, March 2003, page 6.

proposal to scale back protections for this area. Accordingly, we urge you at minimum to adopt the no action alternative. Any new analysis of the Northeast plan should consider adopting more protective measures in the Teshekpuk Lake area.

Respectfully submitted,

Deirdre McDonnell
Staff Attorney
Earthjustice

Cindy Shogun
Executive Director
Alaska Wilderness League

Stan Senner
Executive Director
Audubon Alaska

Sally Smith
Executive Director
Northern Alaska Environmental Center

Betsy Goll
Alaska Representative
Sierra Club

Eleanor Huffines
Alaska Regional Director
The Wilderness Society

Mike Frank
Senior Staff Attorney
Trustees for Alaska

CC: Henri Bisson
    Susan Childs
    Rebecca Watson

Literature Cited

Audubon Alaska. 2002. Alaska's Western Arctic: A Summary and Synthesis of Resources. J.W. Schoen and S.E. Senner, eds. Anchorage, Alaska.

Barr, J.F. 1997. Status Report on the Yellow-billed Loon *Gavia adamsii* in Arctic Canada. Report to Committee on Status of Endangered Wildlife in Canada. Guelph, Ontario, Canada.

Derksen, D.V., K.S. Bollinger, D. Esler, K.C. Jensen, E.J. Taylor, M.W. Miller, and M.W. Weller. 1992. Effects of Aircraft on Behavior and Ecology of Molting Black Brant Near Teshekpuk Lake, Alaska. Final Report. Department of Interior, U.S. Fish and Wildlife Service, Anchoprage, Alaska.

Earnst, S.L. 2004. Status Assessment and Conservation Plan for the Yellow-billed Loon (*Gavia adamsii*). U.S. Geological Survey, Scientific Investigations Report 2004-5258.

Fair, J. 2002. Status and Significance of Yellow-billed Loon Populations in Alaska. Report to The Wilderness Society and Trustees for Alaska. Anchorage, Alaska.

Griffith, B., D. Douglas, N. Walsh, D. Young, T. McCabe, D. Russell, R. White, R. Cameron, and K. Whitten. 2002. The Porcupine Caribou Herd. *In* D. Douglas, P. Reynolds, and E. Rhode (editors). Arctic Refuge Coastal Plain Terrestrial Wildlife Research Summaries. USDI USGS Biological Science Report USGS/BRD/BSR-2002-0001.

Jensen, K.C. 1990. Reponses of Molting Pacific Brant to Experimental Aircraft Disturbance in the Teshekpuk Lake Special Area, Alaska. Ph.D. Thesis, Texas A&M University, College Station, Texas.

Johnson, C.B., R.M. Burgess, B.E. Lawhead, J.A. Neville, J.P. Parrett, A.K. Prichard, J.R. Rose, A.A. Stickney, and A.M. Wildman. 2003. Alpine Avian Monitoring Program, 2001. Fourth Annual and Synthesis Report. Prepared by ABR, Inc., Fairbanks, Alaska, for ConocoPhillips Alaska, Inc., Anchorage, Alaska.

North, M.R. 1994. Yellow-billed Loon. *In*: A. Poole and F. Gill, editors. The Birds of North America 121. Academy of Natural Science, Philadelphia, PA: American Ornithological Union, Washington DC.

Noss, R. and A. Cooperrider. 1994. Saving Nature's Legacy: Protecting and Restoring Biodiversity. Island Press. Washington, D.C. ( quote from p 389)

Ward, D.H., R.A. Stehn, W.P. Erickson, and D.V. Derksen. 1999. Response of Fall-Staging Brant and Canada Geese to Aircraft Overflights in Southwestern Alaska. Journal of Wildlife Management 63 (1): 373-381.

Wolfe, S.A. 2000. Habitat Selection by Calving Caribou of the Central Arctic Herd, 1980-1995. M.S. Thesis, University of Alaska, Fairbanks, Alaska.

# WILDLIFE AND OIL DEVELOPMENT
## AT
# TESHEKPUK LAKE



Audubon ALASKA

*A Special Report by the National Audubon Society's Alaska State Office on Wildlife and Oil Development at Teshekpuk Lake, National Petroleum Reserve-Alaska*

Originally established in 1923 by President Warren Harding as a source of oil for the U.S. Navy, the 23.5 million-acre National Petroleum Reserve-Alaska ("Reserve") is the nation's largest single block of public land. In 1976, Congress transferred management authority from the Navy to the Department of the Interior and required "maximum protection" of fish, wildlife and other surface values during petroleum exploration in the Reserve. In 1980, Congress authorized leasing and development, but again directed the Secretary of the Interior to minimize ecological disturbance throughout the Reserve.

Indeed, the Reserve has superb surface resources, including two caribou herds, world-class densities of raptors, millions of migratory birds, tens of thousands of molting geese, large concentrations of beluga whales and other marine mammals, vast wilderness landscapes, wild rivers, and rich geological, scientific, archaeological and paleontological sites.

This booklet focuses on the area around Teshekpuk Lake—one of the most important wetland complexes in the entire circumpolar Arctic. Critical wildlife habitats in this wetland complex are now at risk from oil development proposed by the federal government.

**Mixed flock of eiders** Photo by Gary Braasch
**Inset: Northern pintail** Photo by David Menke

# AUDUBON'S FINDINGS

3

## A History of Protection

Congress and three Secretaries of the Interior—serving under three different Presidents—have recognized the importance of wildlife habitats around Teshekpuk Lake.

First was Secretary of the Interior Cecil Andrus. Prompted by Congress in 1976, Andrus created the 1,734,000-acre Teshekpuk Lake Special Area in 1977. Second was Secretary of the Interior James Watt. In 1983, under his leadership, the Bureau of Land Management ("BLM") initiated an oil and gas leasing program in the Reserve, but an area of more than 200,000 acres north of Teshekpuk Lake was closed to leasing. Although inadequate in size, this area was closed because of its high density of molting brant (a marine goose).

Third, in 1998, under the leadership of Secretary of the Interior Bruce Babbitt, BLM designated the 857,859-acre Teshekpuk Lake Surface Protection Area. Of this area, 588,998 acres were closed to oil and gas leasing in order to protect caribou, geese and other resources.

Under Secretary Babbitt, 87 percent of the 4,600,000-acre Northeast Planning Area was opened for leasing. To date, 1,300,000 acres have been leased; none of those leases are north or east of the lake.

## Ecological Resources and Impacts of Oil Development

After nearly two years gathering information on ecological and commercial resources in the western Arctic, Audubon scientists reached the following conclusions:

- Teshekpuk Lake and the many nearby lakes and wetlands comprise one of the most important wetland complexes in the circumpolar Arctic;

- Tens of thousands of geese gather at Teshekpuk Lake to molt, making it one of the most important goose-molting habitats in the Arctic;

- Disturbance associated with routine human activities in an industrial oilfield could displace molting geese and reduce their populations;

- Oilfields attract predators, which then prey on nesting birds and their eggs and young;

- Most concentrated calving activity for the 45,000-animal Teshekpuk Lake Caribou Herd occurs south, east and northeast of the lake;

- After calving, much of the caribou herd moves to coastal habitats east, north and northwest of Teshekpuk Lake, seeking relief from swarms of biting insects;

- The Teshekpuk Lake herd is growing and is the most important herd for subsistence harvests by Alaska Natives living on the North Slope;

- It may not be possible to sustain the current level of subsistence harvests if industrial-scale oil development encroaches on calving and insect-relief habitats.

- The interactive, cumulative effects of climate warming and industrial oil development could have major consequences for Teshekpuk Lake wildlife.

*There is no permanent protection for any wildlife habitat on the Arctic Coastal Plain, and there are proposals to open even the coastal plain within the Arctic National Wildlife Refuge. Teshekpuk Lake is ecologically unique and one of the most critical wildlife habitats in the Arctic. It provides habitat for molting geese from three nations, nesting birds from six continents, and caribou on which several North Slope communities depend for subsistence. If this wetland wilderness is degraded by industrial-scale oil development, the likely impacts on wildlife will be felt in Alaska from Barrow to Hooper Bay and Izembek Lagoon, in the Lower 48 states, and in Mexico, Canada and Siberia.*



**Brant**
Photo by Nikolai Konyukhov

**Exhibit 55, page 24 of 34**

4          **AUDUBON'S ANALYSIS**

## Molting Geese Are Highly Vulnerable

Geese prefer remote, secure sites for their annual molt, during which they replace old, worn feathers. During this time, energy demands are high and geese are flightless. The area north and east of Teshekpuk Lake provides the conditions required by molting geese, and it is no accident they gather there by the tens of thousands. In fact, the Teshekpuk Lake area is among the most important goose molting habitats in the circumpolar Arctic:

- As many as 37,000 brant—up to 30 percent of all Pacific brant—gather each summer to molt north and east of Teshekpuk Lake. These brant come from elsewhere on the North Slope, the Yukon-Kuskokwim Delta to the south, the western Canadian high Arctic, and Siberia. The brant is an Audubon WatchList species.

- Numbers of greater white-fronted geese molting at Teshekpuk Lake are increasing and range as high as 35,000. These geese are part of the mid-continental population, wintering in gulf coastal states and Mexico; and

- Thousands of Canada and snow geese also gather to molt in the safety of this unique wetland complex.

Geese are gregarious creatures, highly vulnerable to disturbance during their molt. Human presence in molting areas and aircraft overflights are particularly disturbing. Many studies have shown that geese react more negatively to human presence in the post-breeding season than at other times. Behavioral responses to disturbance add stress to the already-taxing energetic requirements of molting and staging geese. Reductions in available feeding time or excessive energy expenditures can result from human disturbance. The ultimate effects may be to lower success of migration, completion of feather growth, and overall survival.

Teshekpuk Lake is located on a large, remote coastal peninsula, with many large lakes on which geese escape from natural predators and with rich food resources in the abundant drained-lake basins. The fine grasses and sedges grazed by the geese are vulnerable to encroachment by woody vegetation

*I saw a larger party of geese legging it upstream... They were extremely wild—much wilder than when they are full-winged. They saw me at over half a mile, and started running at once...*

    Peter Scott (1949)
    Perry River (Canada) Expedition



**Flocks of molting geese respond to disturbance by gathering on deep water.**



Greater white-fronted geese