**Primary Goose Molting Areas**



U.S. Fish & Wildlife Service

**Concentrated Caribou Calving Area**



Alaska Dept. Fish & Game

**Primary Caribou Insect Relief Area**



ADFG and No. Slope Borough Wildlife Dept.



due to climate warming. If this habitat is reduced or degraded by industrial infrastructure, human activity and overflights, the cumulative effects of climate warming and oilfield impacts would likely force many geese to use other, less optimal areas, with negative consequences for goose populations.

These effects would be felt in the Yukon-Kuskokwim Delta, where subsistence hunters harvest brant, and as far away as Mexico, where most Pacific brant overwinter. Nearly 70 percent of all banded brant recaptured at Teshekpuk Lake during their molt originated at nesting colonies on the Yukon-Kuskokwim Delta.

## Caribou Are Critical Subsistence Resources

In addition to molting geese, the Teshekpuk Lake Surface Protection Area was established to protect caribou, particularly during calving and insect-relief seasons. The Teshekpuk Lake Caribou Herd now numbers about 45,000 animals and is the most important herd for subsistence users on the North Slope, particularly from Atqasuk, Barrow, Nuiqsut and Wainwright.

The Teshekpuk Lake herd generally lives on the Arctic Coastal Plain year-round. In May, most of the herd converges on their annual calving grounds, primarily south, east and northeast of the lake, but also to the north. Caribou seek

*With hunters from seven villages taking animals from the Teshekpuk Lake Caribou Herd, it remains the most important herd on the North Slope from a subsistence standpoint.*

*George Ahmaogak, Mayor (2003)*
*North Slope Borough*
*NPR-A Scoping Comments*



Caribou are often funneled through narrow corridors around Teshekpuk Lake and in between smaller lakes and the coast.

calving grounds with few predators, low levels of disturbance, and abundant, high-quality forage. Oil development moving west of the Colville River Delta is now beginning to encroach on this important calving ground.

Following calving in June, most Teshekpuk Lake caribou seek relief from insects on unvegetated or elevated sites within a few miles of the Beaufort Sea coast, primarily between Dease Inlet and the mouth of the Kogru River. The most important insect-relief habitat is on the coast north and east of Teshekpuk Lake. The herd disperses widely starting in August.

Current numbers of Teshekpuk Lake caribou are relatively high and have increased over the last decade, and the herd is in balance with Native subsistence harvests. Wildlife managers are concerned about cumulative effects from potential impacts of oil development and climate change on caribou that could lead to population declines and reduced subsistence harvests.

Based on the experience with the Central Arctic Caribou Herd in the Prudhoe Bay and Kuparuk oilfields, most caribou biologists predict that pregnant cows and cows with newborn calves will avoid areas of oilfield infrastructure. If caribou are displaced from their traditional calving grounds to lower quality habitats, the herd would likely decline.

During calving in June, and in July, when the the herd moves continuously to avoid biting insects, the herd is often funneled through narrow corridors around Teshekpuk Lake and between smaller lakes and the coast. Oilfield infrastructure could restrict caribou movements in the areas between insect relief and foraging habitats, thus reducing nutritional intake. Displacement and disturbance of caribou could result in reduced recruitment and higher rates of mortality, likely reducing the size of the herd and subsistence harvests.



**Arctic fox are effective predators on bird eggs and young.**



**Spectacled eider ducklings.**

## Oilfields Attract Predators

Human garbage and oilfield structures attract predators and result in artificially high densities of gulls, common ravens, foxes and bears. All of these predators, in turn, prey on nesting birds and especially on their eggs and young.

According to the National Research Council, increased predation on bird nests is the most apparent effect of development on birds nesting in oilfields. According to the oil industry's own studies, predation has been a significant impact of oil development on Pacific loons, brant, snow geese and common eiders. A major field study now underway is looking more closely at impacts of oilfield predation on shorebirds nesting on the North Slope.

The Teshekpuk Lake area, especially to the north and east, is very remote and presently free of the influences of industrial-scale oil development. This area provides prime nesting habitat for many waterfowl, shorebirds and loons, including rare yellow-billed loons (an Audubon *WatchList* species), which would be vulnerable to increased predation by gulls, ravens and foxes. Experience in the central Arctic oilfields suggests that the apparent stability of some bird populations nesting in oilfields is due to immigration, which means that these areas are population "sinks" for birds. In the long run, fragmenting and degrading some of the most important bird-nesting habitat in the Arctic can only be detrimental to bird populations.



According to BLM's 23 June 2003 *Federal Register* notice inviting scoping comments on a revised oil and gas leasing plan in the northeastern Reserve, "BLM has conducted various scientific studies on the biological resources of the area in cooperation with the North Slope Borough, the State of Alaska and other federal agencies. Information gained since the completion of the NE plan has led BLM to conclude that it is appropriate to consider amending it." Audubon's review of the scientific literature and consultations with experts does not bear out this conclusion.

## CONSIDER THE OPINIONS OF OTHER EXPERTS

From the National Research Council's 2003 report on the "Cumulative Environmental Effects of Oil and Gas Activities on Alaska's North Slope":

- Because of higher predator densities, increased predation on nests is the most apparent effect of oil development on birds that nest in the oil fields. (p. 122)

- If development moves into the Teshekpuk Lake area of the National Petroleum Reserve-Alaska, molting waterfowl could be adversely affected, especially brant. (p. 123)

- ...if inland lease tracts in the northeastern portion of the National Petroleum Reserve-Alaska are developed, effects on midsummer distribution, habitat use, and productivity of [Teshekpuk Lake caribou] are possible. (p. 115)

- Expanded loss of preferred habitats, which could accompany the spread of industrial activity across the National Petroleum Reserve-Alaska,... and climate change that increases insect harassment, are likely to depress energy and nutrient status and, therefore, summer weight gain of lactating [caribou] females. (p. 116)

From The Wildlife Society's Alaska Chapter October 2003 scoping comments to BLM on revised leasing plans for the northeastern Reserve:

- The Bureau of Land Management should retain the Teshekpuk Lake Surface Protection Area... as established in the 1998 Record of Decision.

- The Alaska Chapter... is unaware of scientific information published since the 1998... Record of Decision that clearly demonstrates that molting geese in the Teshekpuk Lake Surface Protection Area will not be negatively impacted by oil development...

- The Alaska Chapter... is unaware of scientific information published since the 1998...Record of Decision that clearly demonstrates that oil development in the Teshekpuk Lake Area will not result in the displacement of the Teshekpuk Lake Caribou Herd from traditional calving grounds...

From a January 1998 Pacific Flyway Council letter to Secretary of the Interior Bruce Babbitt on proposed oil and gas leasing in the northern Reserve:

- Eventual development of oil and gas fields and associated structures and disturbance in or near this area could have significant, long-term impacts on unique habitats used by geese, and the condition and survival of molt-stressed brant.

- The sensitive goose molting area should not be offered for leasing; it should not be open to construction of roads, pipelines, or other facilities; and seasonal human activity should be restricted, as necessary, to preserve the security of molting geese from disturbance and stress.

- The Pacific Flyway Council also recommends that the Teshekpuk Lake Special Area be given permanent protection from future development...

Yellow-billed loon

# ALPINE NO ENVIRONMENTAL SHOWPIECE

## Harm to Wildlife Habitat and Wilderness

Proponents of opening the Coastal Plain of the Arctic National Wildlife Refuge to oil development profess a commitment to strict environmental regulation, and they assert that new technologies – particularly ice roads and directional drilling – will make drilling in the Arctic Refuge environmentally benign. They cite the recent Alpine oil development as the state-of-the-art showcase for this new technology. Yet the sprawling, piecemeal development that has actually occurred at Alpine – has far exceeded the oil companies' initial disclosures, and its environmental and other impacts keep increasing.

### BIG SPRAWL UNFOLDS, AGAIN

*"Smallest footprint ever...we'll develop Alpine from just two drill sites of less than 115 acres."*
ConocoPhillips (formerly ARCO) "Alpine- Discovering the Future" (1998)

On December 6, 2004, federal agencies approved the industry's plans to build five more drill sites connecting to the initial Alpine oil field.[1] Once these are constructed, the Alpine Project will total 7 drill sites, 33 miles of permanent gravel roads; two airstrips; two gravel mines; and 72 miles of pipelines.[2]

By 2004, even the U.S. Army Corps of Engineers had documented the negative effects of Alpine oil development:

> *Cumulative effects to subsistence uses, hydrology and wetlands of the Delta, and aesthetics are the most obvious parts of the overall change that is occurring in this area. What was until 20 years ago a remote, wilderness area inhabited by a few hundred people, is becoming an industrial zone...*[3]

But that is just the beginning; the Bureau of Land Management shows future long-term oil and gas development for the Alpine Project could include 24 more production drill sites, 122 more miles of roads, 7 more airports, 150 miles of pipeline, and 1262 more acres of tundra smothered by gravel.[4]

> *"The Alpine experience has made us realize how great the differences are between what is planned and what actually happens.*    -- Community of Nuiqsut, 2002[5]

### FAILURE TO ENFORCE PROMISED ENVIRONMENTAL REGULATIONS

*Abandonment of previous restrictions on permanent roads has been commonplace*
Even though the U.S. Army Corps of Engineers permit for the initial Alpine oil field included a condition requiring roadless production facilities for future additions in the Colville Delta,[6] two roads for currently planned projects connect with Alpine.

> *"The industry touted roadless development as the way of the future, and is now abandoning the concept."*                     -- Community of Nuiqsut comments to BLM, 2004[7]

> *"The 'roadless' concept... has not been abandoned... "Roadless" development never meant no roads only that the construction of permanent roads would be minimized.*
>                         -- BLM response[8]

Even today the agency and industry promote Alpine as a "roadless" development despite the decision to build 33 new miles of permanent gravel roads.

Exhibit 55, page 29 of 34
Attachment B

*Buffer zones violated due to limits of directional drilling technology*
Despite the prohibition on permanent facilities in a three-mile buffer zone established to protect wildlife habitat and subsistence hunting and fishing areas along Fish Creek, BLM approved construction of an Alpine production drill site with 30 wells, a power plant, eight miles of permanent roads and pipelines within the buffer. BLM cited the economic and geological limitations of directional drilling for Alpine Satellites when it granted the oil company's requested exception to the lease stipulation.[9]

*Level of industry activity underestimated and impact to resources not measured*
During the initial Alpine permitting, the oil company said they would only need 13 flights per month to support summer construction and production activities.[10] This prediction was off by a factor or more than 100. During the June 1 and July 15, 2000 bird nesting season, 1,980 airplane and helicopter take-offs and landings occurred at Alpine—an average of 44 per day.[11]

**POLLUTION**
Negative impacts from the Alpine oil field extend well beyond the permanent production sites, roads and airports, pipelines, and the rest. Air pollution, spills and noisy disturbance to animals and people have occurred.

> "The impact of oil and gas development on our village has been far reaching... We are literally surrounded by the infrastructure required to produce oil and gas. This has affected our day-to-day lives in several ways. Our ability to hunt and gather traditional foods has been severely impacted by development..."[12]
> -- City of Nuiqsut Council, 2001

*Clean Air Act violations.* In 2004, the Alaska Department of Environmental Conservation imposed an $80,000 civil penalty on ConocoPhillips for Clean Air Act violations at the Alpine oil field.[13] High carbon monoxide emissions from turbines at the Central Processing Facility used to re-inject natural gas exceeded the air quality permit over a year-long period.

*Gas flaring.* When the Alpine oil field began production in 2000, gas flaring episodes lasting longer than one hour exceeded the quantities released in such upsets at all the other North Slope oil fields combined in 2000.[14] In that year, over 900 million cubic feet of gas was flared from Alpine. Adverse human health effects from chronic exposure to repeated flaring discharges have been observed for people living or working near flaring.[15] This oil field is located only 7 miles from the village of Nuiqsut.

*Lost drilling mud.* Over 2.3 million gallons of drilling muds -- toxic manmade fluids pumped into wells to make the oil easier to pump -- disappeared under the Colville River in 1998 during horizontal drilling of the crossing for the Alpine oil field pipeline below the river.[16] The following year, 24,654 gallons of hazardous drilling fluids spilled at the Colville River pipeline crossing.[17]

*Spills.* Oil industry activities for the Alpine fields caused 170 spills totaling 36,000 gallons of hazardous substances by 2004, according to the Alaska Department of Environmental Conservation.[18]

**This pattern of incremental expansion of oil field development sprawl and pollution has been reported over and over again across Alaska's North Slope, harming wildlife habitat and wilderness.**

**Most Americans maintain that there are some places so special that they should be off-limits to oil drilling and industrial development, and they believe the coastal plain of the Arctic National Wildlife Refuge is one of them. Policy makers evaluating proposals to open the Arctic Refuge to oil drilling should look carefully at the industry's promises and its track record.**

*February 2005*

## References

[1] BLM. November 8, 2004. *Alpine Satellite Development Plan Record of Decision*. Signed by Rebecca W. Watson, Assistant Secretary Land and Minerals Management.
U.S. Army Corps of Engineers. December 6, 2004. *Record of Decision, Alpine Satellite Development Project, Satellites CD-3 and CD-4*. Signed by Colonel Timothy J. Gallagher.

[2] Initial Alpine: U.S. Army Corps of Engineers. February 13, 1998. *Permit evaluation and decision document.* Application No. 2-960874. Colville River 18. Pp. 1-3. Initial Alpine (ASRC gravel mine): U.S. Army Corps of Engineers Alaska District. June 24, 1997. *Permit Colville River 17 4-960869)* to Nuiqsut Constructors.
Alpine Satellites: U.S. Army Corps of Engineers. December 6, 2004. *Record of Decision, Alpine Satellite Development Project, Satellites CD-3 and CD-4*. Signed by Colonel Timothy J. Gallagher. Table 1, P.6.; U.S. Army Corps of Engineers. September 3, 2004. *Public Notice POA-2004-253-2, Colville River.* (ConocoPhillips Alpine satellites CD-3, CD-4). Table 2, (CD-5, CD-6, CD-7).

[3] U.S. Army Corps of Engineers. December 6, 2004. P.42.

[4] BLM. September 2004. *Alpine Satellite Development Plan. Final Environmental Impact Statement.* Vol. 1, Sec. 2, Tables 2.4.1-6, 2.4.1-7, 2.4.1-8, pp.69-71.

[5] Kuukpik Corporation, Native Village of Nuiqsut, City of Nuiqsut, and Kuukpikmiut Subsistence Oversight Panel. March 6, 2002. Letter to U.S. Army Corps of Engineers, Alaska District, on Colville River 26 & 27, 4-2001-0321 CD South (Nanuq) and 4-2001-0322 CD North (Fiord). P.38.

[6] U.S. Army Corps of Engineers. February 13, 1998. *Permit evaluation and decision document.* Application No. 2-960874. Colville River 18. "*Permit Special Condition #10. If additional oil and gas development occurs between the East and Nechelik channels of the Colville River delta with pipeline connections tot the Alpine facility, it shall be accomplished with a minimum of additional fill. Within this region, the design of fields with pipeline connections to the Alpine facility shall incorporate the concept of roadless satellite production facilities. Exceptions may be granted in cases where alternative designs are environmentally preferable or if roadless design is infeasible.*"

[7] BLM. January 2005. *Final Amendment to the Northeast National Petroleum Reserve: Integrated Activity Plan/ Environmental Impact Statement.* Vol.2, Response to comments; Kuukpik Corporation, Native Village of Nuiqsut, City of Nuiqsut, and Kuukpikmuit Subsistence Oversight Panel. Comment Letter No. 197616. p.6-262.

[8] BLM. January 2005. Response to Comment Letter No. 197616. P.6-263; 6-271.

[9] BLM. November 8, 2004. p. 17.

[10] ARCO Alaska, Inc., Anadarko Petroleum Corporation, and Union Texas Petroleum. September 1997 (revised). *Alpine Development Project: Environmental Evaluation Document.* Table 2.3.1.

[11] Johnson, C.B., B.E. Lawhead, D.C. Payer, J.L. Petersen, J.R. Rose, A.A. Stickney, and A.M. Wildman. May 2001. *Alpine avian monitoring program, 2000. Third annual report.* Prepared for Phillips Alaska, Inc. and Kuukpik Unit Owners. ABR, Inc. Fairbanks. P. i.

[12] City of Nuiqsut Council. April 11, 2001. Letter to National Research Council submitted by Vice-Mayor R. Ahtuangaruak.

[13] ConocoPhillips Alaska, Inc. and Alaska Department of Environmental Conservation. March 1, 2004. *Settlement Agreement on Alpine Central Processing Facility, Permit No. 0073-ACO60* issued January 31, 2001. 3 pp. Alaska Department of Law.
EPA. December 11, 2004 Enforcement & compliance history outline, Detailed facility report, ConocoPhillips Alaska- Alpine CPF. (CAA, AFS, Source IDs 0218500071; 0218500095; 021850095C). http://www.epa.gov/cgi-bin/get1cReport.cgi?tool=echo&IDNumber=110010418645. (accessed January 31, 2005).

[14] Alaska Oil & Gas Conservation Commission. 2000. *Annual Report.* P.50.

[15] Argo, J. 2001. *Unhealthy effects of upstream oil and gas flaring.* A report prepared for Save Our Seas and Shores, for presentation before the Public Review Commission into effects of potential oil and gas exploration, drilling activities within Licences 2364, 2365, 2368. Sydney, Nova Scotia, January 18, 2002. IntrAmericans Centre for Environment and Health, Wolfe Island, ON, Canada.

[16] *Fairbanks Daily News-Miner.* October 1, 1998. "Arco to adopt stricter monitoring after loss of drilling mud at Alpine." P. B-1. This drill muds spill was not to surface tundra, so it is not listed in ADEC's spill database.

[17] Alaska Department of Environmental Conservation. 2004. Spill database. Spill occurred March 5, 1999.

[18] Alaska Department of Environmental Conservation. 2004. Spill database.

# THE NEW TECHNOLOGY SCAM

## Permanent Harm to Wildlife Habitats Caused by North Slope Oil Development

In the push to open the Arctic National Wildlife Refuge to oil development, the big oil companies and their allies in the Congress, Administration, and Alaska state government say drilling on Alaska's North Slope has been clean and environmentally benign. They profess a commitment to strict environmental regulation, and they assert that new technologies – particularly ice roads and directional drilling – will reduce even further any impact of drilling in the Arctic National Wildlife Refuge.

This is misleading because industry has caused significant environmental damage, the benefits of dubious "new" technologies are often exaggerated, and state of the art practices are often not used due to economics or practical reasons. The result: cumulative harm to the pristine environment.

## LIMITATIONS OF ICE ROADS

*"Now let me show you how we operate. I said we are not going to have roads. We are not going to open up gravel pits. That is drilling in the Arctic. That is the same as in the 1002 area of ANWR. That is a winter road. It is a road that is frozen. It works fine... Where are they talking about these big gravel roads? It isn't done anymore. We use technology."*[1] Senator Frank Murkowski (April 17, 2002)

*Ice road travel season is melting away*
Global warming, a direct result of burning fossil fuels, is diminishing the oil industry's ability to use ice roads. Over the past three decades, ice road use on the North Slope has been shortened from 204 to 124 days.[2]

*Ice roads require vast quantities of water*
Construction of ice roads requires enormous quantities of fresh water, mostly in the winter when liquid water is hard to come by. According to Alaska Department of Natural Resources, North Slope oil exploration and development consumed 1.5 billion gallons of water in 2000.[3]

The Arctic Refuge coastal plain, however, has few lakes, and water is very limited. A 1995 U.S. Fish and Wildlife Service report confirmed earlier conclusions: *"Additional investigations since 1987 substantiate the fact that water in the 1002 area is very limited and the impact upon water resources should be considered major."*[4]

*There is not one oil field on Alaska's North Slope that does not have permanent gravel roads.*
Gravel roads are still standard practice for oil development on land. The Tarn and Meltwater oil fields were developed between 1998 and 2001 with 20 miles of new road as well as a new 25-acre gravel mine.[5] Exxon recently proposed 15 miles of new roads joining new drill pads, jet airport, dock, gravel mine, and production sites for its Pt. Thomson gas hydrocarbon project.[6]

Even the original Alpine field -- promoted to this day as a "roadless development" -- had three miles of roads when it began pumping crude in 2000. In December 2004, a new road into NPR-A and others connecting to the initial oil field bump the total to 33 miles of Alpine roads and BLM predicted 122 more miles would be needed for the next phase of Alpine expansion.[7]

Alaska's Governor Frank Murkowski vaulted two major roads on the North Slope to the top of his "industrial roads" program in 2005.[8] These would be year-round, permanent gravel roads:
- Foothills Road heading for 50 miles west from the Trans-Alaska Pipeline towards the NPR-A.
- Bullen Point Road pushing east from Prudhoe Bay for 48 miles to ExxonMobil's Pt. Thomson oil and gas field--just a few miles from the Arctic National Wildlife Refuge.

# ECONOMIC AND GEOLOGIC LIMITATIONS OF DIRECTIONAL DRILLING

*"With new horizontal drilling, companies make one hole and tap reserves up to 7 miles away."[9]*
                                                    Interior Secretary Gale Norton (April 5, 2001)

Contrary to Secretary Norton's claims, no wells have extended out 4 miles on the North Slope. Of more than 4,800 wells drilled on the North Slope to date, only 21 have reached more than 3 miles away.[10] For 95% of all North Slope wells, the reach across the landscape was less than 2 miles away from where the drill rig sat. Even at the recently developed Alpine oil field—touted as a model of new technology—the average production well has extended only 1.6 miles laterally from the wellhead.[11]

Economic factors play a major role in determining whether extended-reach wells are drilled at all. In 2000, BP noted "the company stopped drilling extended reach wells—those which reach out a long distance from the pad—after oil prices crashed in the late 1990's, because extended-reach drilling is expensive."[12] In 2004, BLM cited economic and geological limitations of directional drilling when it granted ConocoPhillips an exemption from a lease stipulation prohibiting the company from building a drill site for 30 wells, powerplant, road, and other permanent facilities in the sensitive fish and wildlife habitat of Fish Creek.[13]

Even if the technology performed as well as its proponents claimed, directional drilling would do little if anything to mitigate the full impacts of oil production in the Arctic Refuge. Permanent gravel roads and busy airports are still used for access, and production well sites must be connected by pipelines. Intrusive, noisy and damaging seismic surveys on the surface are still necessary for exploration.

## WINTER ONLY FALLACY

*"Oil and gas activity only takes place in the winter time—not in the summertime."[14]*
                                                    Senator Ted Stevens (April 10, 2002)

### *Oil development and production activities occur year round*
Like directional drilling, the chorus of "we'll only drill in the winter" is deliberately misleading propaganda. Once oil is discovered, efforts to recover it continue year-round. Year-long vehicle traffic, production plant noise, helicopter and airplane traffic, air pollution, and other activities create inevitable conflicts with wildlife in every month and season. Oil companies have never ceased production activity in the summer months on the North Slope.[15]

### *Winter exploration is anything but harmless to the environment.*
Winter exploration can disturb polar bears in their maternity dens and frighten sensitive muskoxen, year-round residents of the Coastal Plain. Exploration also impacts fish habitats in rivers and lakes by removing massive amounts of water to build ice roads and ice pads, and seismic trails damage plants and permafrost even through snow and ice.[16]

Ultimately, drilling proponents have no intention of limiting their activity to the winter season – they drill and produce oil through the summer now, and they can be expected to do so in the future.

**Most Americans maintain that there are some places so special that they should be off-limits to oil drilling and industrial development, and they believe the coastal plain of the Arctic National Wildlife Refuge is one of them. Policy makers evaluating proposals to open the Arctic Refuge to oil drilling should look carefully at the industry's promises and its track record.**

*February 2005*

# References

[1] Senator Frank Murkowski. April 17, 2002. *Congressional Record.* P. S2861.

[2] BLM. 2002. *Environmental Assessment: EA: AK-023-03-008. National Petroleum Reserve-Alaska (NPR-A) Exploration Drilling Program Puviaq #1 and #2 Exploration wells.* ConocoPhillips Alaska, Inc. p.4-22.

[3] National Research Council. 2003. *Cumulative environmental effects of oil and gas activities on Alaska's North Slope.* National Academies Press, Washington DC. P. 40.

[4] U.S. Fish and Wildlife Service. 1995. *A preliminary review of the Arctic National Wildlife Refuge, Alaska, coastal plain resource assessment: report and recommendation to the Congress of the United States and Final Legislative Environmental Impact Statement.* Anchorage.

[5] U.S. Army Corps of Engineers. October 11, 2000. Public notice of application for permit Kuparuk River 128 (4-2000-1037), p. 1 {Meltwater field development}; U.S. Army Corps of Engineers, Public notice of application for permit (August 26, 1997), Kuparuk River 124 (4—970705) p.1 {Tarn field}.

[6] ExxonMobil. July 30, 2001. *Point Thomson Gas Cycling Project, Environmental Report,* Fig. 2-1.

[7] BLM. September 2004. *Alpine Satellite Development Plan. Final Environmental Impact Statement.* Vol. 1, Sec. 2, p. 28.

[8] Alaska Department of Transportation and Public Facilities. December 2004. *Industrial Ports and Roads Program. Status Report.* Mike McKinnon. http://www.dot.state.ak.us/stwdplng/industrialroads/assets/IRP12-04.pdf

[9] *Denver Post.* April 5, 2001. "*Norton Praises Oil Drilling Practices.*"

[10] Data analysis by A. Baldivieso, GIS Analyst, Alaska Center for the Environment. February 4, 2005. Well data base obtained from H. Okland, January 13, 2005, Alaska Oil and Gas Conservation Commission (geographic areas: Arctic Foothills, Arctic Ocean, Arctic Slope, Beaufort Sea, Chukchi Sea), supplemented with 27 offshore wells from Alaska Department of Natural Resources, Division of Oil and Gas, (well database, last updated in 2002) (http://www.dog.dnr.state.ak.us/oil/products/data/wells/wells.htm; www_well_lat_lon).
Drilling distance was calculated as lateral offset between top-hole and bottom-hole latitude and longitude locations for a total of 4865 wells that have been drilled (wells with insufficient data were excluded; a total of 5119 wells were in the combined database but we excluded those without completion dates for the analysis). Information for all wells was used for charts categorized by miles, and for determining total number greater than 2 or 3 miles away. Chart for average distance by year is based on production wells only (excluding exploratory wells; including all types of production wells –service, injection, ngls, and waste disposal). The average distance for 4865 wells (production and exploration) analyzed was 0.93 miles.

[11] Analysis by A. Baldivieso, February 4, 2005, for Alpine wells, defined as encompassing all within the Colville River Unit. Alaska Department of Natural Resources. August 23, 2004.

[12] *Petroleum News Alaska.* October 2000. "BP plans busy exploration season, both in NPR-A and satellites."

[13] BLM. September 2004. *Alpine Satellite Development Plan. Final Environmental Impact Statement.* Vol. 3. Appendix I, CPAI request for exception to stipulations. ConocoPhillips letter dated April 8, 2004 to BLM. Pp.3-4.

[14] Senator Ted Stevens. April 10, 2002. Congressional Record. P. S.2461.

[15] BLM. 2004. *Alpine satellite development plan: Final Environmental Impact Statement, Vol.1.* Table 2.3.10-1. Sec. 2, p.53.

[16] National Research Council. 2003. *Cumulative environmental effects of oil and gas activities on Alaska's North Slope.* Pp. 48; 86-88; 117; 126-127; 155-158.