| | |
|---|---|
| **From:** | Jonathan_Schick@ak.blm.gov |
| **Sent:** | Tuesday, December 14, 2004 2:28 PM |
| **To:** | NENPRA Admin Record |
| **Attachments:** | Effects on Sociocultural Systems.doc |

----- Forwarded by Jonathan Schick/AKSO/AK/BLM/DOI on 12/14/2004 02:28 PM -----

**7Susan Childs**

05/14/2004 01:54 PM

To:    Taylor Brelsford/AKSO/AK/BLM/DOI@BLM
cc:
Subject:

Susan Childs
Environmental Program Analyst
NE NPR-A Amendment Project Manager
Bureau of Land Management - AKSO (930)
Anchorage Alaska 99513-7599

(907) 271-1985
(907) 271-5479 Fax

*************************************************************
Information contained in this communication is confidential and privileged proprietary information for business purposes only.  Unauthorized use, distribution, copying or disclosure is prohibited.
If you received this email in error, please contact the sender immediately.
*************************************************************

| **EFFECTS ON SOCIOCULTURAL SYSTEMS** | | |
|---|---|---|
| General Effects: Oil and gas development in the Planning Area would further the perception that local residents are being surrounded by development, and would increase the difficulty, expense, and risk of traveling to subsistence harvest areas. As a result, the continued use of and access to traditionally used lands could decrease, potentially threatening the subsistence way of life. As Nuiqsut is the community closest to the oil and gas development, effects would likely be greatest for Nuiqsut residents. Atqasuk, Barrow, and Anaktuvuk Pass could also be affected. Oil spills could disrupt subsistence harvests by contaminating resources, or causing the perception that resources were contaminated. Stipulations would provide protections for subsistence resources, cabins, camps, and river corridors, as well as a system of negotiating conflicts between permittees, leaseholders, and subsistence users, and would help to allow cultural values to coexist with development. | General Effects: Effects would be greater in magnitude and extent than those occurring under the No Action Alternative. Development in areas north of Teshekpuk Lake could cause societal stress in Barrow, Nuiqsut, and Atqasuk by discouraging families from using traditional sites and increasing concerns about encroachment and contamination of subsistence resources. ==The effectiveness of stipulations is unknown, and changes to the stipulation package would likely be viewed as a violation of the trust relationship between communities and the federal agencies managing the National Petroleum Reserve – Alaska.== | General Effects: Effects would be greater in magnitude and extent than under the Preferred Alternative and No Action Alternative, as the amount of oil exploration and development could be highest under this alternative, affecting more traditional use sites and increasing the likelihood of conflicts between industry and the subsistence way of life. |
| **Cumulative Effects:** Cumulative effects, primarily those related to residents' reliance on caribou for subsistence, could chronically disrupt sociocultural systems in the community for a period longer than 5 years—a significant effect. Effects would be expected to disrupt community activities and traditional practices for harvesting, sharing, and processing subsistence resources, but are not expected to displace sociocultural institutions, social organization, or sociocultural systems. Cumulative effects would be similar under all three alternatives. | | |
| **Effects on Environmental Justice** | | |
| General Effects: Impacts to subsistence species and harvest patterns (as discussed above) would also have disproportional adverse effects on the minority Iñupiat population, which is dependent on subsistence resources. As effects to subsistence species would likely be localized, short-term, and minor, environmental justice effects would be minor as well. In the unlikely event that a major oil spill occurred in a key harvest area or near a community, environmental justice effects would be severe. | General Effects: Effects would be greater in magnitude and extent than those occurring under the No Action Alternative. ==The effectiveness of stipulations is unknown, and changes to the stipulation package would likely be viewed as a violation of the trust relationship between communities and the federal agencies managing the National Petroleum Reserve – Alaska.== | General Effects: Effects would greater in magnitude and extent than those occurring under the Preferred Action. |
| **Cumulative Effects:** Disproportionate, high adverse effects are expected. Cumulative effects would be similar under all three alternatives. | | |

**Exhibit 58, page 2 of 2**