Deirdre McDonnell
Layla Hughes
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Phone: (907) 586-2751
Fax:    (907) 463-5891
Email: dmcdonnell@earthjustice.org

*Attorneys for Plaintiffs National Audubon Society, et al.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY,<br><br>Plaintiffs,<br><br>v.<br><br>GALE NORTON, Secretary of the Interior; HENRI BISSON, State Director, Bureau of Land Management; ROWAN GOULD, Regional Director, United States Fish and Wildlife Service; BUREAU OF LAND MANAGEMENT, UNITED STATES FISH AND WILDLIFE SERVICE, and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Defendants, and<br><br>CONOCOPHILLIPS ALASKA, INC. and ANADARKO PETROLEUM CORPORATION,<br><br>Intervenor-Defendants. | Case No. 1:05-cv-00008-JKS |

**EXPERT DECLARATION OF JOHN SCHOEN**

I, John W. Schoen, hereby declare as follows:

1. I am a professional wildlife biologist living at 13240 Mountain Place, Anchorage, AK 99516. I have lived in Alaska for 29 years. Currently, I am employed as the Senior Scientist for the Alaska Office of the National Audubon Society.

2. I have worked for the National Audubon Society since January 1997.

3. Prior to working for Audubon, I worked for the Alaska Department of Fish and Game for 20 years. I was the principal investigator for research investigations of brown bear, black-tailed deer and mountain goats on the Tongass National Forest in southeast Alaska from 1977 through 1989. Following that assignment, I became the Research Coordinator for northern Alaska based in Fairbanks and was involved in supervising wildlife (including caribou) research on Alaska's North Slope. After my work in Fairbanks, I became Senior Conservation Biologist for the department and served in that statewide position until I retired in 1996.

4. My academic background includes a Ph.D. in Wildlife Ecology from the University of Washington. I am an Affiliate Associate Professor of Wildlife Biology at the University of Alaska Fairbanks. I am a member of the International Association for Bear Research and Management, The Wildlife Society, the Ecological Society of America, and the Society for Conservation Biology. I have published over 50 scientific papers and popular articles on wildlife topics.

5. I have been involved in Arctic wildlife conservation issues professionally since 1989 and have traveled extensively across Alaska's North Slope, including in the National Petroleum Reserve-Alaska.

6. I make the following statements based on my personal knowledge and professional experience regarding Arctic wildlife and my familiarity with the published scientific literature on this topic.

7. The Teshekpuk Lake Caribou Herd (TCH) was documented as a separate herd in the 1970s (Davis and Valkenburg 1978). Although the TCH range overlaps with the Western Arctic Caribou Herd (WACH) and the Central Arctic Herd (CAH) ranges (Carroll 1999, 2002), its annual calving ground is centered around Teshekpuk Lake on Alaska's North Slope, west of the Colville River Delta. The TCH currently numbers about 45,000 caribou (G. Carroll, ADF&G Biologist, Barrow, AK, personal communication 2006). The herd's range includes most of the western Arctic west of the Sagavanirktok River (Murphy and Lawhead 2000, Kelleyhouse 2001, Carroll personal communication 2006). Most of the TCH moves toward Teshekpuk Lake in May. In June, most pregnant cows enter calving areas south, east, and north of the lake and most bulls are southwest of the lake. In late June and July, most TCH caribou of both sexes seek insect relief on unvegetated or elevated (windy) sites within 19 mi (30 km) of the Beaufort Sea coast (Yokel 1997) between Dease Inlet and the Kogru River mouth. Caribou of the TCH disperse in August. Most TCH caribou winter on the coastal plain from Sagavanirktok River to the Chukchi Sea.

8. Caribou movements are influenced by habitat (including factors such as forage quality and quantity), weather, and predation. The TCH may favor the coastal plain because there is very little predation there. Most TCH cows with calves migrate through a narrow corridor between the east side of Teshekpuk Lake and the Kogru River in June, and both bulls and cows pass through a restricted corridor northwest of the lake in July and

**Exhibit 59, page 3 of 14**

August.

9. The TCH is a very important subsistence resource for North Slope hunters, and annual hunter harvest may be as high as 4,400 (Carroll, 2005). The TCH is currently a subsistence food source for residents of several western Arctic communities, including Nuiqsut, Barrow, Atqasuk, Wainwright, Anaktuvuk Pass, and Point Lay (Carroll 1999, Yokel 1997).

10. Caribou are dependent on particular habitat types, and caribou distribution is correlated with high quality forage (White et al. 1975). The availability of that forage is directly related to body condition and the ability to reproduce. (Reimers 1983, Griffith et al. 2002). These forage areas are important for caribou after calving, when fat and protein reserves are low and metabolic demands are high.

11. Further, reproductive success of caribou is linked directly to nutritional status. Higher body weight and fat content increases the probability of producing a calf. (Cameron et al., 1993, 2000; Cameron and Ver Hoef, 1994; Gerhart et al., 1997). The availability of suitable habitat affects body weight and fat content and, therefore, reproductive success. Data shows that productivity can and will decline if the cumulative loss of preferred habitat, when superimposed on natural forces, is sufficient to compromise nutrition. (Cameron et al. 2005).

12. In the Central Arctic Herd (CAH) range, where oil development has occurred on a portion of the calving grounds, cows in the late stage of pregnancy and with newborn calves avoided and shifted concentrated calving away from developed areas, including prime calving and foraging habitat (Whitten and Cameron 1983; Dau and Cameron 1986; Cameron et al. 1992, 2002; Nelleman and Cameron 1996, 1998; Murphy and Lawhead

2000; Wolfe 2000). Displacement from calving grounds can result in overcrowding and competition as individuals concentrate on suboptimal habitat. Decreased forage availability and lower nutrient intake can reduce reproductive rates (Cameron 1995, Nelleman and Cameron 1998). Caribou cows within oil fields gained less weight and exhibited lower calving and calf survival rates than cows outside oil fields (Cameron 1995). Displacement from prime calving grounds may also increase predation (Whitten et al. 1992, Nelleman and Cameron 1998, Griffith et al. 2002, Young et al. 2002). Calving caribou of the CAH avoided areas within 2.5 mi (4 km) of roads and pipelines, functionally increasing habitat loss from 2% (the immediate footprint of roads and gravel pads) to 29% (Wolfe 2000).

13. In 2003, the National Research Council (NRC) of The National Academies completed a report entitled "Cumulative Environmental Effects of Oil and Gas Activities Alaska's North Slope." The NRC report included a chapter on caribou (pp 170-188). A summary of the NRC (2003) findings follow:

   - The intensively developed part of the Prudhoe Bay Oilfield Complex has altered the distribution of female caribou during the summer insect season. Elsewhere, a network of roads, pipelines, and facilities has interfered with their movements between coastal insect-relief and inland feeding areas. Possible consequences of these disturbances include reduced nutrient acquisition and retention throughout the calving and midsummer periods, poorer condition in autumn, and a lowered probability of producing a calf the following spring.

   - As a result of conflicts with industrial activity during calving and the interaction of disturbance and the stress of summer insect harassment, reproductive success of CAH

female caribou in contact with oil development from 1988 through 2001 was lower than for undisturbed females, which contributed to an overall reduction in herd productivity. The decrease in herd size between 1992 and 1995 may reflect the combined effects of surface development and relatively high insect activity, in contrast to an increase in the herd's size from 1995 through 2000, when insect activity was generally low.

- Unless future requirements for infrastructure can be greatly reduced, exploitation of the oil and gas reserves within the calving and summer ranges of the CAH, TCH, and Porcupine Caribou Herd (in the Arctic Refuge) will likely have similar consequences.

14. Scientific evidence clearly suggests that oil development activities can cause significant effects to caribou. Development "may have triggered changes on a regional scale" for the CAH. (Cameron et al. 2005). The caribou have avoided concentrated development and may have altered their primary routes of summer migration to avoid oil development. These changes may be as high as 78% reduction in use and 90% decrease in east-west movements. (Cameron et al. 2005).

15. An added complication in attempting to minimize the impact on the TCH of future industrial development is that the influence of global climate change must be factored in. The warming temperatures in Arctic Alaska, more pronounced than in most other areas, are already causing increased thawing of permafrost, changes in plant growth and plant community structure, changes in seasonal precipitation and snow cover, and alteration in insect ecology, all of which have potential influences on caribou (Klein 1999, 2000; Serreze et al. 2000). Unfortunately, the full consequences of climate change for caribou and the plants and other animals that are critical to caribou ecosystem relationships are

only starting to be understood. Climate change increased the complexity for predicting the impacts of industrial development on caribou.

16. A warming climate is projected to reduce tundra area as shrubs and trees expand northward in the Arctic region (ACIA 2004). This change will displace grass-sedges, which are an important food source for the TCH. As shrubs move north on the coastal plain, suitable foraging habitat in the southern portion of the range will be lost over time.

17. Warmer temperatures will also result in severe coastal erosion from lack of shore-fast sea ice as well as rising sea levels (ACIA 2004). This change will result in a loss of habitat in the northern portion of the area around Teshekpuk Lake. Thus, caribou using the Teshekpuk Lake region may be squeezed by two significant forces reducing habitat from the north and the south.

18. Global climate change also affects the freeze/thaw cycles during winter and the occurrences of freezing rain. Rather than staying uniformly frozen for months and then thawing, the freezing rain and freeze/thaw cycle can reduce the availability of forage to caribou by covering it in ice. As a result, the Teshekpuk, Western Arctic, and Central Arctic herds have all experienced local die-offs since the 1990s in which hundreds to thousands of caribou have starved due to lack of food. Warming also may result in an increased abundance of insects, which are a significant nuisance to caribou and which cause a significant energy expenditure

19. These changes in the location and quality of habitat could have several significant impacts on the distribution of the TCH and its use of the area around Teshekpuk Lake. First, the general decrease in suitable habitat will make the remaining calving, migration, and forage areas more important for the herd. Second, the areas of importance may move

**Exhibit 59, page 7 of 14**

over time as erosion, vegetation, and insects change. Areas currently suitable for migration, insect relief, calving, or foraging may become less important, and other areas may become much more important for the health of the herd. Third, an increase in insects will heighten the importance of insect relief areas.

20. In combination, climate change and the expanding sprawl of oil field infrastructure in the area around Teshekpuk Lake may have very significant effects on the TCH. Each will reduce the utility of habitat currently necessary for forage, calving, and insect relief. Further, as vegetation moves and habitat shrinks due to erosion, caribou may come to rely heavily on areas in which surface development is allowed under the chosen management alternative for the Northeast Planning Area.

21. These combined effects could cause significant population-level impacts on the TCH. The ability of the herd to move, seek insect relief, and feed will be reduced. At the same time, oil development activities will restrict access to calving grounds and insect relief areas. These factors could affect the physiological condition of the animals in the herd, resulting in lower reproduction and calf survival. The herd could potentially be displaced from the area north of the lake altogether. The result would likely be a reduction in productivity and size of the herd significantly limiting subsistence harvest by North Slope residents.

22. The effects of oil development and global climate change may not simply be additive. Oil development in the most sensitive areas could increase the chances of population-level impacts significantly more that an equivalent level of development in less sensitive areas. When considered in the framework of accelerating climate change, development in the area north of Teshekpuk Lake, in particular, has the potential to have very

significant detrimental effects on the TCH. Development elsewhere in the area around Teshekpuk Lake, while not beneficial, may not result in such a significant population level impact.

23. In combination, oil development activities and global climate change could result in a "tipping point" for the TCH. The loss of habitat and avoidance of development structures might cause the herd to abandon the area altogether or suffer a substantial and potentially long-term population decline. In my opinion, these cumulative and potentially synergistic effects have not been adequately evaluated in the planning process for the Northeast Planning Area.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 5-16-06    _____
                  John W. Schoen

References Cited

ACIA. 2004. Impacts of a warming Arctic: Arctic Climate Impact Assessment. Cambridge University Press.

Cameron, R.D. 1995. Can petroleum development depress the productivity of Arctic caribou? Proceedings of the 2nd Int. Arctic Caribou Conference 36. University of Alaska Fairbanks, AK.

_____ and J. Ver Hoef. 1994. Predicting parturition rate of caribou from autumn body mass. Journal of Wildlife Management 58:674.679.

_____, D.J. Reed, J.R. Dau, and W.T. Smith. 1992. Redistribution of calving caribou in response to oil-field development on the Arctic slope of Alaska. Arctic 45:338-342.

_____, W. Smith, S. Fancy, K. Gerhart, and R. White. 1993. Calving success of female caribou

in relation to body weight. Canadian Journal of Zoology 71:480-486.

_____, R. Russell, K Gerhart, R. White, and J Ver Hoef. 2000. A model of predicting the parturition status of Arctic caribou. Rangifer, Special Issue 12:1-3.

_____, W. T. Smith, R. G. White, and B. Griffith. 2002. The Central Arctic caribou herd. Pages 38-45 *in* D. C. Douglas, P. E. Reynolds, and E. B. Rhode, editors. Arctic Refuge coastal plain terrestrial wildlife research summaries. U. S. Geological Survey, Biological Resources Division, Biological Science Report USGS/BRD BSR-2002-0001.

_____, _____, _____, _____. 2005. Central Arctic caribou herd and petroleum development: distributional, nutritional, and reproductive implications. Arctic 58:1-9.

Carroll, G. 1999. Teshekpuk Lake caribou herd. Survey-inventory management report, Unit 26A. Pages 211-221 *in* M.V. Hicks, editor. Caribou. Federal Aid Wildlife Survey-Inventory Activities July 1996-June 1998. ADF&G, Juneau, AK.

_____. 2002. Teshekpuk Lake caribou herd. Survey-inventory manage. rep., Unit 26A. *In* M.V. Hicks, editor. Caribou. Federal Aid Wildlife Survey-Inventory Activities July 1998–June 2000. ADF&G, Juneau, AK. *In prep.*

_____. 2005. Unit 26A caribou management report. Pages 246–268 *in* C. Brown, editor. Caribou management report of survey and inventory activities 1 July 2002–30 June 2004. Alaska Department of Fish and Game. Juneau, Alaska.

Dau, J.R., and R.D. Cameron. 1986. Effects of a road system on caribou distribution during calving. Rangifer Spec. Iss. 1:950101.

Davis, J., and P. Valkenburg. 1978. Western Arctic Caribou Herd studies. Federal Aid in Wildlife Restoration. Final Report. W-17-8 and W-17-9. ADF&G, Juneau, AK.

Gerhart, K., D. Russell, D. Van De Wetering, R. White, and R. Cameron. 1997. Pregnancy of adult caribou (*Rangifer tarandus*): Evidence for lactational infertility. Journal of Zoology 242:17-30.

Griffith, B., D. Douglas, N. Walsh, D. Young, T. McCabe, D. Russell, R. White, R. Cameron, and K. Whitten. 2002. The Porcupine caribou herd. *In* D. Douglas, P. Reynolds, and E. Rhode, editors. Arctic Refuge coastal plain terrestrial wildlife research summaries. U.S. Geological Survey, Biological Resources Division, Biological Science Report BSR-2002-0001.

Kelleyhouse, R. 2001. Calving ground habitat selection: Teshekpuk Lake and Western Arctic Caribou herds. M.S. Thesis. University of Alaska Fairbanks, AK.

Klein, D.R. 1999. The roles of climate and insularity in establishment and persistence of

*Rangifer tarandus* populations in the high Arctic. Ecological Bulletins 47:96-104.

\_\_\_\_\_. 2000. Arctic grazing systems and industrial development: can we minimize conflicts? Polar Research 19:91-98.

Murphy, S.M., and B.E. Lawhead. 2000. Caribou. Pages 59-84 *in* J.C. Truett and S.R. Johnson, editors. The natural history of an Arctic oil field. Academic Press, San Diego, CA.

Nellemann, C. and R. Cameron. 1996. Effects of petroleum development on terrain preferences of calving caribou. Arctic 49:23-28.

\_\_\_\_\_. and R. Cameron. 1998. Cumulative impacts of an evolving oil-field complex on the distribution of calving caribou. Canadian Journal of Zoology 76:1425-1430.

NRC. 2003. Cumulative effects of oil and gas activities on Alaska's North Slope. Washington D.C.: The National Academy Press.

Reimers, E. 1983. Reproduction in wild reindeer in Norway. Canadian Journal of Zoology 61:211-217.

Serreze, M.C., J.E. Walsh, F.S. Chapin III, T. Osterkamp, M. Dyurgerov, V. Romanovsky, W.C. Oechel, J. Morrison, T. Zhang, and& R.G. Barry. 2000. Observational evidence of recent change in the northern high-latitude environment. Climate Change 46:159-207.

White, R. B. Thomson, T. Skogland, S. Person, D. Russell, D. Holleman, and J. Luick. 1975. Ecology of caribou at Prudhoe Bay, Alaska. In: J. Brown, ed. Ecological investigations of the tundra biome in the Prudhoe Bay region, Alaska. Biological Papters of the University of Alaska, Special Report 2.

Whitten, K. and R. Cameron. 1983. Movements of collared caribou, *Rangifer tarandus*, in relation to petroleum development on the Arctic slope of Alaska. Canadian Field-Naturalist. 97:143-146.

\_\_\_\_\_, G. Garner, F. Mauer, and R. Harris. 1992. Productivity and early calf survival in the Porcupine caribou herd. Journal of Wildlife Management 56:201-212.

Wolfe, S.A. 2000. Habitat selection by the calving caribou of the Central Arctic Herd, 1980-1995. M.S. Thesis. University of Alaska Fairbanks, AK.

Yokel, D.A., editor. 1997. Proceedings of Teshekpuk Lake Area Caribou/Waterfowl Analysis Workshop. Bureau of Land Management, Fairbanks, AK.

Young, D., T. McCabe, R. Ambrose, G. Garner, G. Weiler, H. Reynolds, M. Udevitz, D. Reed. and B. Griffith. 2002. Predators. *in* D. Douglas, P. Reynolds, and E. Rhode, editors. Arctic Refuge coastal plain terrestrial wildlife research summaries. U.S. Geological Survey, Biological Resources Division, Biological Science Report BSR-2002-0001.

*CV*

# JOHN W. SCHOEN

| | |
|---|---|
| **Home Address**: | 13240 Mountain Place, Anchorage, AK 99516 |
| **Work Address**: | Alaska Audubon, 308 G St., Anchorage, AK 99501 |
| **Phone**: | 907-345-7994 (H)     e-mail: schoenak@gci.net |
| | 907-276-7034 (W) |
| | 907-276-5069 (FAX) e-mail: jschoen@audubon.org |
| | |
| **Birth Date**: | April 17, 1947 |
| **Marital Status**: | Married to Mary Beth Schoen, 35 years |
| | 2 children, Erik (25), Sarah (22) |

**Scholastic Training**:
| | |
|---|---|
| 1977: | Ph.D. in Wildlife Ecology, College of Forest Resources, University of Washington, Seattle, WA |
| 1972: | M.S. in Biology, University of Puget Sound, Tacoma, WA |
| 1969: | B.A. Whitman College, Walla Walla, WA |

**Work Experience**:
| | |
|---|---|
| 1999-present: | <u>Senior Scientist</u>, Alaska State Office of the National Audubon Society. directs Audubon science projects, collaborates with Agency and university scientists, develops conservation policy for Audubon Alaska. |
| 1990-present: | <u>Affiliate Associate Professor of Wildlife Biology</u>, University of Alaska Fairbanks. |
| 1997-1999: | <u>Executive Director</u>, Alaska State Office of the National Audubon Society. Responsible for managing Audubon's Alaska State Program including planning, budgeting, fundraising, coordinating with state chapters, and developing Alaska conservation strategies and policy. |
| 1990-1996: | <u>Senior Conservation Biologist</u> (Wildlife Biologist IV), Alaska Department of Fish and Game, Division of Wildlife Conservation, Anchorage, AK.  Major responsibilities included: statewide administration of the division's nongame, endangered species, marine mammals, wildlife education and watchable wildlife programs; member of division's management team; oversight of 16 staff. |
| 1989-1990: | <u>Regional Research Coordinator</u> (Wildlife Biologist IV), Alaska Department of Fish and Game, Division of Wildlife |

|  |  |
|---|---|
|  | Conservation, Fairbanks, AK. Major responsibilities included: administration and supervision of wildlife research program within the northern Alaska Region. Supervised staff of 12. |
| 1977-1989: | <u>Research Wildlife Biologist </u>(Wildlife Biologist III), Alaska Department of Fish and Game, Division of Wildlife Conservation, Juneau, AK. Principal Investigator for wildlife research projects on mountain goats, Sitka black-tailed deer, and brown bears within Tongass National Forest. |
| 1976-1977: | Game Biologist II, Alaska Department of Fish and Game, Anchorage, AK |
| 1996: | Undergraduate Advisor, Institute for Environmental Studies, University of Washington, Seattle. |
| 1972-1975: | Research Assistant, College of Forest Resources, University of Washington, Seattle. |
| 1971-1972: | Teaching Assistant, Biology Dept., University of Puget Sound, Tacoma. |
| **Professional Memberships**: | Ecological Society of America, Society for Conservation Biology, The Wildlife Society, International Association for Bear Research and Management |
| **Honors, Awards**: | TWS Fellow (5-06, lifetime appointment); Aurthur S. Einarsen Award, Northwest Section of The Wildlife Society (2002) for exemplorary  professional service;  Olaus Murie Award, Alaska Conservation  Foundation (1994); Outstanding Contribution to the Habitat Division (Alaska  Department of Fish and Game (1988); Alaska Resource Professional of  the Year, National Audubon Society (1981), Phi Sigma (Biological  Honorary), Xi Sigma Pi (Forestry Honorary) |
| **Other Experience**: | **The Wildlife Society**:  Position Statement Committee on the conservation and Management of Old-Growth Rainforest on the Pacific  Coast of North America (2006); Technical Review Committee on  Wildlife Performance Measures for Ecosystem Management (1996); Technical Session Committee for the North American Wildlife and  Natural Resources Conference (1994); Peer Reviewer for TWS  review of the Draft Supplemental EIS on Management of Habitat for Late-successional and Old-growth Related Species within the  Range of the Northern Spotted Owl (1993); Twice testified before  congress for TWS on Tongass |

|   |   |
|---|---|
|   | Timber Reform Act; Alaska Chapter President, TWS (1986); TWS Old-growth Ad Hoc Technical Committee (1986); TWS Grizzly Bear Ad Hoc Technical Committee (1985). |
|   | **International Association for Bear Research and Management**: IBA Review Committee on Delisting of the Yellowstone Grizzly Bear; IBA Council Member (1995-97); Associate Editor, 10th IBA Proceedings. |
|   | **International:** NGO representative to the Northern Forum Brown Bear Working Group; Alaska Delegate to Brown Bear Working Group Meeting of the Northern Forum in Petropavlovsk, Kamchatka, Russia (2000); IUCN Species Survival Committee and Bear Specialist Group (1996-2000); Science Advisor to B.C. Spirit Bear Study (1998-2000); Member of Khutzeymateen River Grizzly Bear Reseaerch Advisory Group to B.C. Ministry of Environment (1988-92). |
|   | **Alaska**: Western Arctic Caribou Herd Working Group member (2001-present); Alaska Sea Life Center Board of Directors (2001-Present); Ad Hoc Member, Kenai Interagency Brown Bear Study Team (1998-present); Member Animal Care Committee, Alaska Science Center, USGS, Biological Resources Division (2000); Kenai Brown Bear Stakeholder Group Member (1999-2000); Board Member, Alaska Watchable Wildlife Conservation Trust (1992-96); Chair, Alaska Watchable Wildlife Steering Committee (1991-95); Co-editor Sitka Black-tailed Deer Proceedings (1978); Commercial, Instrument rated pilot with over 30 years experience including 15+ years as a pilot/biologist for the Alaska Department of Fish and Game. Flying experience over much of the state. |
| **Journal Referee**: | Journal of Wildlife Management, Wildlife Society Bulletin, Ecological Applications, Proceedings of the International Conference on Bear Research and Management, Canadian Journal of Zoology; |
| **Publications**: | Over 50 scientific and popular publications |