Deirdre McDonnell
Layla Hughes
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Phone: (907) 586-2751
Fax:    (907) 463-5891
Email: dmcdonnell@earthjustice.org

*Attorneys for Plaintiffs National Audubon Society, et al.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY,<br><br>  Plaintiffs,<br><br>  v.<br><br>GALE NORTON, Secretary of the Interior; HENRI BISSON, State Director, Bureau of Land Management; ROWAN GOULD, Regional Director, United States Fish and Wildlife Service; BUREAU OF LAND MANAGEMENT, UNITED STATES FISH AND WILDLIFE SERVICE, and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>  Defendants. | Case No. 1:05-cv-00008-JKS |

**EXPERT DECLARATION OF JACK W. LENTFER**

I, Jack W. Lentfer, hereby declare as follows:

1. I am retired from working as a wildlife biologist in Alaska for over 46 years. I live in Homer, Alaska.

2. I have extensive polar bear experience and have followed the global warming issue closely. From 1964 through 1972, I directed the State of Alaska's polar bear research and management program, and from 1973 to 1977 I did the same for the U.S. Fish and Wildlife Service. I was a member of the international Polar Bear Specialist Group from its beginning in 1966 through 1979, and a delegate to the convention on the international Polar Bear Agreement in Oslo in 1973. As the first Alaska Department of Fish and Game area biologist for northern Alaska, stationed at Barrow for three years, I had contact with Native people and learned of the relationship of polar bears to their culture. I worked on polar bear projects in Svalbard and Canada. I was on the Scientific Advisory Committee of the U.S. Marine Mammal Commission (MMC) from 1973 to 1976 and from 1985 to 1991, and was a Commissioner on the MMC from 1991 to 1995. During my time with the MMC, it dealt with a number of polar bear issues, all of which I was involved with. I have published peer-reviewed articles for scientific journals and popular articles on polar bears. Since retiring, I have stayed involved with polar bears by reviewing papers for peer-reviewed journals and advocating for protection of polar bear habitat.

3. Polar bears den and have young along the north coast of Alaska, including the area north of Teshekpuk Lake in the National Petroleum Reserve Alaska (NPR-A). They also use the coastal area, including the area north of Teshekpuk Lake, for feeding in the fall, mainly by scavenging on marine mammal carcasses before sea ice conditions are suitable for hunting seals offshore.

4. Global warming can affect polar bears in several ways. Snow dens can melt earlier and cause cub mortality when cubs are not yet developed enough to withstand outside temperatures.

5. Global warming may reduce access to preferred onshore denning sites by increasing open water between offshore sea ice and the coast. Bears may thereby be forced to den in less suitable sites, and overall denning success may be reduced.

6. Coastal bluffs where snow accumulates are preferred denning sites. Global warming causes more open water and wave action that erodes some of these sites, and may contribute to an overall reduction in denning success.

7. Polar bears feed primarily on ringed seals that den in snow dens on top of sea ice. Global warming is reducing the amount of denning habitat for seals and may also cause dens to melt earlier, thereby reduce denning success and the number of seals available to bears. Changing ice conditions may also cause a change in ringed seal distribution and make seals less accessible to bears.

8. Recent research has disclosed that polar bears are making more use of terrestrial habitat along the Beaufort Sea coast and that as distances between the sea ice and shore increase, so does the number of bears on land. Increasing reduction of sea ice cover associated with global warming may mean an even larger number of bears will be using this coastal habitat for longer periods of the year, including habitat in the Teshekpuk Lake area.

9. Some bears, however, that now come ashore when ice first freezes or reaches shore in the fall will be delayed because of later freeze-up. The period during the fall when they would normally feed on marine mammal carcasses on the beaches would be shortened.

10. Polar bears that spend the winter on land may be stranded there during the summer because global warming causes open water to form between the beach and sea ice before bears have moved from land to the ice. This will deprive them of their normal diet of seals and force them to survive on scarcer and less nutritious foods on land. Survival rate of cubs will likely decline because mothers will not be getting the fat-rich diet from seal blubber necessary to nurse cubs successfully.

11. Bears stranded on shore during the summer would be especially vulnerable because of possible direct contact with humans. This would be exacerbated in areas with oil development.

12. Global warming increases the hazards and the success of hunting marine mammals by coastal residents and may result in fewer animals being killed and fewer carcasses for polar bears to scavenge on.

13. During the early spring breeding period, male polar bears find estrous females by following their tracks on sea ice. Increased expanses of open water due to global warming might disrupt this behavior and lower the pregnancy rate.

14. Global warming has already caused polar bear drownings off the Alaska coast as bears have been forced to spend more time swimming in open water. This type of mortality can be expected to increase if global warming continues.

15. Direct mortality effects of global warming from bear-human encounters, drownings, and loss of cubs because of early collapse of dens, when combined with indirect effects such as reduced pregnancy rates, reduction in quantity and quality of food, and reduced quality of denning habitat, indicate that global warming is a serious threat to polar bears at the

population level.  It also indicates the importance of maintaining as much polar bear habitat as possible in an undisturbed state.

16. The seriousness of the threat of global warming to polar bears is evidenced by the action of the international Polar Bear Specialist Group, comprised of polar bear scientists from the five polar bear nations.  In June 2005, the Group declared polar bears vulnerable to extinction because of global warming.  Also, the U.S. Fish and Wildlife Service is responding to a petition to give polar bears a threatened status under terms of the Endangered Species Act because of global warming.

17. As global warming reduces sea ice habitat, terrestrial habitat will become more important for polar bears.  The undeveloped area north of Teshekpuk Lake will become especially important as bears are displaced from sea ice habitat, and as bears displaced by development activities elsewhere move into it.  Development in the Teshekpuk area could affect bears as follows: (1) damage or destruction of essential habitat; (2) contact with and ingestion of oil from acute and chronic oil spills; (3) contact with and ingestion of other contaminants; (4) attraction to and disturbance by industrial noise and harassment by aircraft and other vehicles; (5) death, injury, or harassment resulting from interactions with humans; (6) increased hunting pressure; and (7) potential injury, mortality, and stress resulting from handling and interaction designed to evaluate and/or investigate all of the above.

18. The combined synergistic effect of global warming and development in the Teshekpuk area on polar bears is likely greater than the additive effects if they could be considered individually.  Potential adverse effects of global warming threaten polar bears on the population level.  Development in the Teshekpuk area in conjunction with global warming makes the threat even more severe for the southern Beaufort Sea population of bears.

19. The seriousness of the combined effects of increased Teshekpuk area development and global warming now needs to be analyzed. Alaska management agencies have data on use of coastal areas by polar bears and on potential drilling areas. Data on how global warming has actually affected polar bears is available for Hudson Bay in Canada and would aid in making projections on effects of global warming for the Alaska north coast population. The potential effect of global warming on polar bears is so great that an analysis of the combined effects of global warming and development in the Teshekpuk area of NPR-A should have been included in the Environmental Impact Statement.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 5-22-06          *Jack W. Lentfer*
                        Jack W. Lentfer