IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY,<br><br>      Plaintiffs,<br><br>      v.<br><br>GALE NORTON, Secretary of the Interior; HENRI BISSON, State Director, Bureau of Land Management; ROWAN GOULD, Regional Director, United States Fish and Wildlife Service; BUREAU OF LAND MANAGEMENT, UNITED STATES FISH AND WILDLIFE SERVICE, and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>      Defendants. | Case No. 1:05-cv-00008-JKS |

**DECLARATION OF DAVID VAN DEN BERG**
**(NORTHERN ALASKA ENVIRONMENTAL CENTER)**

I, David van den Berg, pursuant to the provisions of 28 U.S.C § 1746, hereby declare as follows:

1. I am the Executive Director of the Northern Alaska Environmental Center (NAEC, Northern Center), a non-profit environmental organization based in Fairbanks, Alaska. NAEC has approximately 1,100 members in Alaska and throughout the United States.

2. Since 1971, NAEC has worked to educate the public, the media, and decision-makers about critical land-use and resource development issues. NAEC's mission is to promote

"conservation of the environment and sustainable resource stewardship in Interior and Arctic Alaska through advocacy and education." NAEC seeks to educate its members and the general public through the publication of a newsletter in which relevant environmental and resource issues are discussed in detail, and through public meetings, petition drives, and public awareness campaigns.

3. The areas within the Northeast Planning Area of the National Petroleum Reserve-Alaska (Reserve) where oil and gas exploration and development activities are to occur are some of the most pristine in the region, and are thus far unspoiled by oil development infrastructure. Central to our concerns is the potential degradation of habitat surrounding Teshekpuk Lake. Teshekpuk Lake provides insect relief habitat and is the concentrated calving area for the Teshekpuk Lake Caribou Herd (TCH). More than 3,000 members of this herd are taken annually by subsistence hunters in the region. Thus their calving area must remain viable and protected. Teshekpuk Lake hosts the arctic's largest aggregations of Pacific black brant which congregate northeast of the Lake for molting and staging. In addition, Steller's and spectacled eider nest in the area. Both of these species of eider are listed as threatened under the Endangered Species Act.

4. NAEC has engaged in numerous efforts to gain protection for the Northeast corner of the Reserve and its outstanding wilderness and wildlife resources. Along with printing articles in our quarterly newsletter, issuing electronic updates, and encouraging other organizations to include Northeast Planning Area in their publications, the Northern Center has developed web pages, and an interactive web-based presentation to provide current information on all issues related to the Reserve, including developments in the Northeast Planning Area. Our other efforts have included escorting professional photographers to the Northeast Planning Area,

presenting slide shows highlighting the natural values of the area to groups of Alaskans and visitors from the Lower 48, and providing comments for local, statewide and national media.

5. The expansion of oil and gas exploration and development in the Northeast Planning Area presents a threat of irrevocable harm to this area's diversity of biological life, including caribou, polar bear, yellow-billed loons, and spectacled and Steller's eiders. In addition, the existence of active oil fields, production facilities, roads and pipelines will mar the visual qualities, air quality, watershed and environmental quality of this area of the Reserve. NAEC pointed out these issues in public comments submitted to the Bureau of Land Management (BLM) criticizing the draft and final Amended Environmental Impact Statements for the Northeast Planning Area.

6. The Northern Center has members who have used and will continue to use and enjoy the Northeast Planning Area for purposes such as hunting, fishing, rafting, canoeing, hiking, wildlife viewing, birding, photography and solitude. Proposed oil and gas development activities such as location of materials sites, the construction of oil fields, networks of pipelines, roads, drill pads and collection stations will interfere with these uses.

7. NAEC's concerns about development in the Reserve extend throughout the Western Arctic. NAEC is currently a plaintiff in two separate lawsuits challenging the 1998 Plan for the Northeast Planning Area and the 2004 Plan authorizing leasing in the Northwest Planning Area. One subject of our concerns is that the Department of the Interior is approaching planning for oil and gas development in the Reserve in actions being taken independently of each other. Carrying these actions out independently leads the American public to believe that the actions are not inter-related. A 2003 report by the National Academy of Sciences (NAS) found that after more than 25 years of drilling on Alaska's North Slope, the impacts of the current extent of

industrial activity have eroded wild land values, human health, clean air, and clean water over an area far exceeding the area of the industrial oil drilling complex itself. Cumulative impacts need to be accounted for collectively, not in independent actions that may mask the true impact to areas of high ecological value for both wildlife and subsistence activities. The Northeast and Northwest Planning Areas, and the so-called "southern" planning area, are part of a richer biological whole that needs to be evaluated as such.

8.  Defendants' failure to comply with the National Environmental Policy Act further interferes with NAEC's mission to educate the public about environmental issues affecting northern Alaska and imposes a burden on the organization. BLM's inadequate analysis of the direct, indirect, and cumulative environmental risks threatening the Northeast Planning Area has required NAEC to invest more time and resources to Reserve-related issues—time and resources that may have been directed towards other pressing issues and campaigns. In addition, without an adequate analysis of environmental impacts, NAEC is unable to educate the public with accurate information or to stimulate honest debate about oil development and its effects on the Northeast Planning Area and the entire North Slope environment.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Dated:  May 4, 2006          By: _____
                                  David van den Berg