IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY,<br><br>    Plaintiffs,<br><br>    v.<br><br>GALE NORTON, Secretary of the Interior; HENRI BISSON, State Director, Bureau of Land Management; BUREAU OF LAND MANAGEMENT, and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>    Defendants. | Case No. 1:05-cv-00008-JKS |

**DECLARATION OF STANLEY E. SENNER**

I, Stanley E. Senner, hereby declare as follows:

1. I am Executive Director and Vice President of Audubon Alaska, which is the Alaska State Office of the National Audubon Society.

2. The National Audubon Society is a non-profit organization with about 550,000 members. About 2,100 Audubon members reside in Alaska. Since our field trips and general meetings are open to the public at no cost, many non-Audubon members also participate in our activities. There are about 500 local chapters and 100 Audubon sanctuaries and nature centers nation wide.

**Exhibit 62, page 1 of 7**

1

3. The mission of the National Audubon Society is to conserve and restore natural ecosystems, focusing on birds, other wildlife, and their habitats, for the benefit of humanity and the earth's biological diversity. The Alaska staff works in close cooperation with six local chapters to create a culture of conservation and an environmental ethic that supports a healthy, sustainable economy and quality of life in harmony with Alaska's natural environment. Audubon Alaska's primary goal is the conservation of nationally and internationally significant fish and wildlife populations, especially on public lands and waters. In promoting this goal, Audubon Alaska seeks common ground shared by birdwatchers, wildlife viewers, photographers, hunters, fishers, hikers, educators, scientists, guides, tour operators, and other nature enthusiasts, but also by industry, Native Alaskans, and others. Audubon Alaska's actions to conserve wildlife and wildlands are based on sound science and common sense.

4. As part of its diverse program, the National Audubon Society supports several ongoing national campaigns, including in Western Arctic Alaska. The goal of this campaign is to seek protection for the highest priority wildlife habitats in western Arctic Alaska, including in the National Petroleum Reserve-Alaska (NPR-A). We are attempting to accomplish this goal through policy advocacy, informed grassroots activism, science-based planning, and public education. Audubon Alaska communicates with its members and the general public about NPR-A through the semi-annual *Audubon Alaska News*, the Audubon Alaska website at www.audubonalaska.org, the biweekly Audubon Advisory (an electronic bulletin circulated nationally), "action alerts" mailed to members and activists, and news releases and other contacts with the news media in Alaska and nationally.

5. In 2002, Audubon Alaska released its "Alaska WatchList" to highlight declining and vulnerable bird populations in the state. Among the 42 species and subspecies of Alaskan

**Exhibit 62, page 2 of 7**

2

birds on the WatchList are at least 12 found seasonally in the NPR-A. These include: Red-throated Loon, Yellow-billed Loon, Common Eider, King Eider, Long-tailed Duck, Black Scoter, Golden Eagle, Peregrine Falcon (tundra subspecies), Dunlin (Arctic subspecies), and Buff-breasted Sandpiper.

6. In December 2002, Audubon Alaska completed an 18-month-long study on the ecological and commercial resources of the western Arctic, including in the NPR-A. This study resulted in a report titled "Alaska's Western Arctic: A Summary and Synthesis of Resources," consisting of more than 200 pages of narrative and 49 maps. This synthesis report was followed in February 2003 by specific recommendations framed as a "Wildlife Habitat Alternative" for the Northwest Planning Area of the NPR-A. Most recently, in 2004, Audubon Alaska published a special report, "Wildlife and Oil Development at Teshekpuk Lake" (see Attachment 1) focusing on the critical wildlife habitats of the Teshekpuk Lake region, one of the most important wetland complexes in the entire circumpolar Arctic.

7. Audubon Alaska's major concern regarding land management in the western Arctic is that the same pattern of incremental, piecemeal development that has occurred in the central Arctic could be repeated as industry moves westward. The ecological integrity of the western Arctic will depend, in large part, on balancing industrial development with conservation measures, including a protected-areas strategy for this region.

8. Audubon Alaska has developed specific recommendations for protection of key biological hot spots of the Northeast Planning Area, including the Teshekpuk Lake Special Area (TLSA). Our recommendations for the Teshekpuk Lake area and its resource values are summarized below:

**Teshekpuk Lake Special Area**:  The TLSA, approximately 1.75 million acres (708,000 ha), encompasses highly vulnerable and important habitats, including a high percentage of wetland and riparian communities and significant wildlife populations, including black brant and other waterfowl nesting, molting, and staging areas, as well as the calving grounds and insect relief habitat for the Teshekpuk Caribou Herd (TCH).  The TLSA is also a particularly important nesting area for threatened spectacled eiders and rare yellow-billed loons.

The TLSA has significant wilderness and subsistence values and represents an important ecological benchmark for future research and monitoring activities of Arctic wetlands.  The border of Teshekpuk Lake was identified by the U.S. Bureau of Land Management (BLM) (1978) as an area of concentrated archeological sites.  The area around the lake was identified by the U.S. Geological Survey (USGS) as a potential landform and lifeform natural landmark (BLM 1978), proposed by Veireck and Zasada (1972) as an ecological reserve, and proposed by Koranda and Evans (1975) as a potential natural landmark.

The 1998 final environmental impact statement and record of decision for oil and gas leasing in the Northeast Planning Area further recognized the unique values of the TLSA by prohibiting leasing in and around Teshekpuk Lake and restricting surface activity in a band around the western and southern portion of the lake (BLM 1998).  This action was taken to protect the unique and sensitive habitat values of that region.  The findings of Audubon Alaska's (2002) western Arctic synthesis suggest that the conservation

measures applied to the TLSA, including the no-lease and no-surface activity zones, were justified on biological grounds and should remain in place. However, the existing TLSA does not protect all the important caribou and waterbird values that occur just outside the special area boundary to the southeast. An additional area of about 93,000 acres (37,600 ha) should be considered for inclusion in the TLSA, slightly expanding it to the southeast. A portion of this expanded special area should also be given consideration as a no-surface activity zone to protect waterbird nesting and caribou calving areas. The Ikpikpuk River should be protected with a 2 mi (3.2 km) no-surface activity zone on each side of the riverbank, except where strategic crossing areas may be necessary.

9.   Audubon Alaska does not oppose some oil drilling in the Northeast NPR-A, provided there is permanent protection for key areas with highest value wildlife habitat, such as the TLSA, and provided that any oil and gas activities are carried out with the highest environmental standards. Specifically in regard to the area around Teshekpuk Lake, Audubon Alaska believes that the existing Teshekpuk Lake Surface Protection Area, including the no-lease zone of 588,998 acres should be maintained as is. There should be no reduction in the size of the area, nor of the protections afforded to its surface and ecological and other resources.

10.   Audubon and its members in Alaska and nationally are potentially negatively impacted by oil and gas activities in the Northeast NPR-A. Some Audubon members visit this area for purposes of birding, wildlife viewing, nature photography, and wilderness recreation, and these activities will unavoidably be harmed by industrial-scale oil and gas activities in the Northeast Planning Area. Other members appreciate viewing migratory birds that nest or summer in NPR-A and adjacent areas, and which then migrate to locations throughout the

**Exhibit 62, page 5 of 7**

continent. Numbers of some migratory birds may be reduced by oil and gas activities in the Northeast NPR-A, thus harming the interests of Audubon and our members throughout these birds' migratory ranges.

11. In the interests of our members, Audubon Alaska has been actively involved in resource management issues in the NPR-A over the years, including participation in and testimony at numerous public meetings held by the Bureau of Land Management (BLM) on oil and gas leasing in the NPR-A, comments on the associated draft and final Environmental Impact Statements (EIS), and presentation of such materials such as our 2002 synthesis report, "Alaska's Western Arctic," and our "Wildlife Habitat Alternative for the Northwest NPR-A," for consideration by BLM. Audubon Alaska's input has consistently raised concerns for protecting ecological and other values, including wildlife, fish, and subsistence, in the NPR-A.

12. Since BLM announced the intent to amend the Northeast Plan, including opening Teshekpuk Lake and other previously-protected areas for oil and gas leasing, Audubon Alaska has invested significant organizational resources to analyze, comment, and educate its members on the proposal. Audubon Alaska submitted scoping comments to BLM in October 2003 in advance of the draft EIS on the Northeast Plan Amendment. In these comments, Audubon Alaska stressed the need to address the cumulative effects of incremental sprawl of oilfield infrastructure and asked BLM to describe in detail the new science that would justify opening the Teshekpuk Lake Surface Protection Area to oil and gas activities. In August 2004, Audubon Alaska submitted joint comments with National Wildlife Federation on the draft EIS itself. These comments endorsed the No-Action Alternative and provided detailed objections to the Preferred Alternative that would jeopardize the biological and subsistence resources of the Northeast Planning Area and the Teshekpuk Lake Surface Protection Area in particular. The

August 2004 comments were followed in November by a letter to BLM State Director Henri Bisson further expressing Audubon Alaska's concerns about the variations on BLM's Preferred Alternative B that we understood were under consideration.

13. The National Audubon Society, its members, and its staff rely on Audubon Alaska to represent their interests in the preservation of imperiled species and ecosystems, such as those found in the Northeast Planning Area. BLM's inadequate analysis of the environmental effects of the proposed Northeast Plan Amendment has interfered with Audubon Alaska's ability to accurately educate them, and the general public, regarding oil development and its effects on the Northeast NPR-A and the entire North Slope environment.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12 Sept. 2005             _____
                                        Stanley E. Senner

**Exhibit 62, page 7 of 7**