IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY,<br><br>      Plaintiffs,<br><br>v.<br><br>GALE NORTON, Secretary of the Interior; HENRI BISSON, State Director, Bureau of Land Management; ROWAN GOULD, Regional Director, United States Fish and Wildlife Service; BUREAU OF LAND MANAGEMENT, UNITED STATES FISH AND WILDLIFE SERVICE, and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:05-cv-00008-JKS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF BETSY GOLL**

I, Betsy Goll, hereby declare as follows:

1.  I am the Alaska Regional Representative for the Sierra Club Alaska Field Office. I have worked for Sierra Club since February 2002. In my role, I manage Alaska staff members and help guide and implement Sierra Club's goals for Alaska pubic lands issues.

2.  Sierra Club is a national non-profit organization of over 750,000 members dedicated to exploring, enjoying and protecting the wild places of the earth; to practicing and promoting the responsible use of the earth's ecosystems and resources; to educating and enlisting

**Exhibit 63, page 1 of 5**

humanity to protect and restore the quality of the natural and human environment; and to using all lawful means to carry out these objectives. Sierra Club's interests encompass a wide range of environmental issues, including wildlife conservation, wilderness public lands and waters protection, and the protection of clean air and water resources. Sierra Club members seek out wilderness for its scenery, wildlife and solitude.

3. The Alaska Chapter of Sierra Club has over 1,800 members. The Alaska Chapter includes three all-volunteer groups, whose members work to preserve and protect Alaska's resources, including the unique wilderness and wildlife resources of the Alaskan arctic.

4. Over the years, Sierra Club members have visited various parts of the National Petroleum Reserve-Alaska (Reserve), including the Northeast Planning Area, for recreation in a wilderness setting. Oil and gas leasing, exploration, and development activities authorized by the Bush administration's Bureau of Land Management (BLM) now threaten these activities. Because wilderness values and industrial activities are irreconcilable, oil and gas activities will reduce the amount of wilderness, and this will in turn cause direct and irreparable harm to Sierra Club members whose opportunities to experience wilderness, wilderness travel, and recreation in a natural landscape will be reduced.

5. The Reserve, including the Teshekpuk Lake and other parts of the Northeast Planning Area, contains extremely important habitat for wildlife, including among other things, internationally rare migratory birds and waterfowl, caribou, and polar bear. If lost to oil and gas development, this habitat and the wildlife that use it are irreplaceable. Sierra Club and its members are dedicated to the protection of healthy wildlife populations. Many of Sierra Club's members recreate in a wilderness setting such as the Reserve for the opportunity to observe

healthy, intact wildlife populations. If these opportunities are compromised, Sierra Club and our members will be negatively impacted.

6. Sierra Club has been actively involved in the protection of the unique wilderness and wildlife values of both the Northeast and Northwest Planning Areas of the Reserve.

7. In 1998, Sierra Club participated in the National Environmental Policy Act process for the Northeast portion of the Reserve by submitting comments on both the draft and final Environmental Impact Statements (EIS). Sierra Club is also one of the plaintiffs in the lawsuit challenging oil and gas leasing in the Northeast Planning Area (<u>The Wilderness Society, et al., v. Norton, et al.</u>, Civ. No. 98-2395 (RWR)(D.D.C)).

8. Sierra Club has also actively participated in the planning and decision-making process for the Northwest Planning Area of the Reserve, a process that resulted in the Department of the Interior's January 2004 decision to open the entire 8.8-million-acre area for oil and gas leasing. Together with several other environmental groups, Sierra Club submitted comments on both the draft and final EISs. Sierra Club alerted our members to the scheduled public hearings, staff and our members testified at public hearings, and subsequently joined in a lawsuit challenging the Secretary of Interior's final decision to lease the entire Northwest Planning Area.

9. When BLM announced its intent to Amend the 1998 Plan for the Northeast Planning Area (Northeast Plan Amendment), Sierra Club launched yet another campaign to protect this area of the Western Arctic from additional oil and gas development. We submitted organizational letters during the EIS process and asked our members to comment on the draft EIS, both nationally and in-state. This was done in the form of postcards and newsletter articles.

10. The BLM's final EIS and Record of Decision (ROD) for the Northeast Plan Amendment are fundamentally flawed and harm Sierra Club and its members' interests in the region. The final EIS and ROD adopted a Preferred Alternative that was not considered in the draft EIS, was not sufficiently analyzed or supported in the final EIS, and did not protect the critical natural and subsistence resources of the Teshekpuk Lake region. The agency's unlawful actions meant that Sierra Club and its members did not have the ability to comment on the Preferred Alternative and, therefore, our participation in the public process was not meaningful. In addition, the inadequacy of the site-specific analysis of potential impacts from oil and gas leasing and development, and the lack of an adequate cumulative impact analysis further hindered Sierra Club's staff from effectively evaluating the EIS. Consequently, we were not able to provide specific information to our members and the public, which would assist them in making comments related to the proposed leasing plan. As a result, additional staff time was devoted to Reserve issues than might have otherwise been the case, and this has detracted from time that staff can spend on other important Alaska issues.

11. Sierra Club educates its members of issues related to the Northeast Plan Amendment, and other issues related to oil and gas development on the North Slope, through our National Sierra Club website, our activist newspaper, The Planet, and in The Alaska Report, a publication of Sierra Club's Alaska Task Force. Together these publications are distributed to approximately 20,000 Sierra Club members. In addition, we have sent email alerts to our membership through our activist lists, which reach tens of thousands of households across the country, including Alaska.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 23, 2006          *Betsy Goll*
                              Betsy Goll