IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY,<br><br>            Plaintiffs,<br><br>       v.<br><br>GALE NORTON, Secretary of the Interior; HENRI BISSON, State Director, Bureau of Land Management; BUREAU OF LAND MANAGEMENT, and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>            Defendants. | Case No. J05-008 CV (JKS) |

**DECLARATION OF CINDY SHOGAN**

I, Cindy Shogan, hereby declare:

1.      I am the Executive Director of the Alaska Wilderness League (AWL). I am familiar with AWL's mission, purpose, and activities.

2.      AWL is a non-profit organization with approximately 10,000 members and activists located in Alaska and throughout the United States. It was founded in 1993 to advocate for protection of Alaska's public lands, which are threatened with environmental degradation.

3.      AWL supports legislative and administrative initiatives to protect Alaska's lands and waters, promotes national and local education and recognition of Alaska's environment, and provides leadership within the environmental community on issues that concern Alaska. Since

its inception, AWL has taken an active role on issues related to oil and gas development in Alaska's Arctic.

4. For example, AWL coordinates the activities of the "Alaska Coalition," comprised of more than 400 local, regional, and national conservation groups engaged in a campaign to protect the Arctic National Wildlife Refuge from oil exploration and drilling. The organization has helped to build a national constituency for protection of the Arctic Refuge through public outreach, earned media, research, publications, and advocacy. AWL has also successfully opposed leasing offshore of the Arctic Refuge, and educated the public about environmental problems associated with the existing oil fields at Prudhoe Bay and the Trans-Alaska Pipeline.

5. In 1998, given the threats to the world-class wildlife and wilderness resources in the area, AWL decided to participate in the public process for Bureau of Land Management's (BLM) proposed leasing and development program in the Northeast Planning Area of the National Petroleum Reserve-Alaska (NPR-A, Reserve), and eventually, the lawsuit challenging oil and gas leasing in this part of the Reserve (The Wilderness Society, et al., v. Norton, et al., Civ. No. 98-2395 (RWR)(D.D.C)).

6. Since 2002, AWL has also invested significant time and resources in protecting the Northwest Planning Area of the Reserve – an 8.8-million acre parcel located directly west of the Northeast Planning Area – from oil and gas development. AWL is one of the plaintiffs in a lawsuit challenging BLM's development plan for this area (The Northern Alaska Environmental Center, et al., v. Norton, et al., Civ. No. J04-0006 (JKS)(D. Alaska)).

7. In 2004, AWL, along with several other environmental organizations, submitted extensive and detailed comments on both the draft and final Environmental Impact Statements

(EIS) on BLM's Plan Amendment for the Northeast Planning Area. These comments pointed out, among other things, the flaws and inadequacies in BLM's analysis of impacts from oil and gas exploration and development activities to the wildlife and wilderness values of this Northeast corner of the Reserve. Specifically, BLM failed to acknowledge the cumulative nature of such impacts from continued exploitation of oil and gas resources on Alaska's North Slope, such as those identified by credible sources, including a March 2003 National Academies of Science report entitled, "Cumulative Environmental Effects of Oil and Gas Activities on Alaska's North Slope." The comments also focused on failure of BLM to provide an adequate range of reasonable and environmentally-responsible alternatives to the Preferred Alternative. The final Preferred Alternative chosen in the final EIS opened up 100% of the Northeast Planning Area, including the Teshekpuk Lake Special Area set off limits to leasing by previous administrations.

        8.       AWL also encouraged its members to attend and testify at public hearings held by BLM on the EIS. Several AWL members, staff, and activists attended these hearings. Several of them, including Natalie Brandon on behalf of AWL and all its members, presented testimony during BLM's July 2, 2004 hearing on the draft EIS in Arlington, VA. AWL also co-hosted a hospitality room at the Doubletree Hotel, where the above-mentioned hearing was held.

        9.       AWL has engaged in an extensive campaign related to the Northeast Planning Area of the Reserve, advocating for a responsible approach that balanced oil and gas development with protection for sensitive wilderness areas and wildlife habitat. AWL's campaign efforts included educating its members and the public about wilderness values in the Northeast Planning Area, carrying out a massive public comment drive in response to the draft and final EISs, submitting its own comments to BLM in collaboration with several other wilderness conservation organizations, encouraging AWL members and activists to attend public

hearings held by the BLM, releasing information about AWL's activities related to the Northeast Planning Area to the local and national media, educating congressional staff about the wilderness values of the Northeast NPR-A, and participating in litigation to challenge BLM's failure to provide a balanced approach in the Northeast Planning Area.

10. AWL uses several means to educate its members and the public about the Reserve, including the Northeast Planning Area. These include articles published in the "The Alaska Truth" (formerly "The Arctic Truth"), a series of special releases concerning Alaska's wild lands e-mailed semi-weekly to the media, as well as AWL's contributions to "Arctic Gems", a web site maintained by a coalition of conservation and wilderness groups. In addition, AWL provides background information about the wilderness values of the Reserve in its printed bi-monthly newsletter mailed to its members, as well as in the "Alaska Update", a monthly publication e-mailed to grassroots activists across the nation. AWL also posts information on the Northeast Planning Area to the "What's New" and "Campaigns" sections of its web site.

11. AWL exists to help promote education and recognition of Alaska's environment, and the issues affecting it, on both local and national levels. These organizational goals are hampered by BLM's actions in the instant case: without sufficient consideration of reasonable alternatives and thorough analysis of impacts, AWL is unable to effectively educate its members and the public about the threats posed by the proposed oil exploration, development, and production activities to the Northeast Planning Area. BLM's actions have also required AWL to expend its already limited resources on matters related to the Northeast Planning Area.

12. AWL members enjoy and use the Reserve, including the Northeast Planning Area, for numerous outdoor recreational activities, all of which depend on its vast open spaces, undeveloped wilderness, and abundant wildlife. Construction and drilling activities related to oil

development in the Reserve are inconsistent with these uses. Placement of drilling rigs, pipelines, roads, and gravel mines in the Northeast Planning Area will destroy AWL members' opportunity to enjoy the vast, undeveloped open spaces, wilderness, and wildlife of the Reserve.

13. Approval of oil and gas leasing, exploration, and development in the Northeast Planning Area diminishes the public lands base available for AWL members' activities. Members' long-term interests will only be protected if evaluated from a region-wide planning perspective alongside competing demands for North Slope resources. BLM has authorized oil and gas leasing, exploration and development in an undeveloped, wilderness area that provides important habitat for numerous species of birds, fish and game -- all without thoroughly assessing the individual and cumulative impacts to this unique environment. This usurps the rights of our members to have their interests considered fully in the public process surrounding the Northeast Planning Area.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/18/05, 2005

_____
Cindy Shogan
Executive Director
Alaska Wilderness League