IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY,<br><br>      Plaintiffs,<br><br>      v.<br><br>GALE NORTON, Secretary of the Interior;<br>HENRI BISSON, State Director, Bureau of Land Management;<br>ROWAN GOULD, Regional Director, United States Fish and Wildlife Service;<br>BUREAU OF LAND MANAGEMENT,<br>UNITED STATES FISH AND WILDLIFE SERVICE, and<br>UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>      Defendants. | Case No. 1:05-cv-00008-JKS |

**DECLARATION OF CHARLES M. CLUSEN**

I, Charles M. Clusen, hereby declare as follows:

1. I live at 4761 N. 24th Road, Arlington, Virginia.

2. I have a B.S. of Conservation from the School of Natural Resources, University of Michigan. I studied regional planning at the Rackham Graduate School, University of Michigan.

3. I have worked on Alaska issues since July of 1971 when I joined the staff of the Sierra Club. I worked on the Alaska Native Claims Settlement Act in 1971, and Section 17(d)2 and 17(d)1 withdrawals in 1972, and on the Naval Petroleum Reserve Production Act of 1976, working with bill-sponsor Rep. John Melcher to provide protection for Naval Petroleum

**Exhibit 65, page 1 of 9**

Reserve #4. I have been involved in national interest proposals for national parks, wildlife refuges, wild and scenic rivers and wilderness, including a proposal to make the National Petroleum Reserve-Alaska (Reserve) a national wildlife refuge in H.R. 39, the Alaska National Interest Lands Conservation Act of 1980 (ANILCA). I organized the Alaska Coalition and served as Chair during the late 1970's through passage of ANILCA, and served as Conservation Director and Vice President for The Wilderness Society (1979-1987). I joined NRDC in November of 1989, where I have continued my Alaska lands work, including organizing Celebrate Wild Alaska, commemorating the 10th anniversary of ANILCA, and laying out an agenda which included protecting the Reserve. I worked with the Northern Alaska Environmental Center to put out an educational booklet on the Reserve, and, starting in 1998, helped to organize conservation groups to defend the Reserve from oil and gas leasing. I have been involved in the planning processes for the 1998 plan for the NE Planning Area, the 2003 plan for the NW Planning Area, the 2003 Alpine expansion project, and finally, the Plan Amendment for the NE Planning Area. I have traveled many times to Alaska and have visited many regions of the state.

4. I have personally been a member of Natural Resources Defense Council (NRDC) since the late 70s, except for a few years in the 90s.

5. I currently serve as Alaska Project Director for NRDC. I am offering this declaration on behalf of both the Natural Resources Defense Council and myself.

## NRDC's Role and Interest in the Reserve

6. The Natural Resources Defense Council is a non-profit environmental membership organization with more than 650,000 members throughout the United States. I presently serve as Alaska Project Director for NRDC and have worked on Alaska issues at NRDC for 16½ years.

In my position as Alaska Project Director, I am familiar with NRDC's organization, objectives, and membership. I am also intimately familiar with NRDC's work to protect Alaska's undeveloped arctic regions. I have performed much of this work myself.

7. With its nationwide membership and a staff of scientists, lawyers, and other environmental specialists, NRDC plays a leading role in a diverse range of land and wildlife management and resource development issues. NRDC has had a long-standing interest in the protection of Alaska's vast, undeveloped arctic regions, including the entire North Slope, but in particular the Arctic Refuge Coastal Plain, the Reserve, and their off-shore areas.

8. NRDC has long been involved in efforts to protect the unique wilderness and wildlife values of the Reserve. In 1977, NRDC on its own and as a member of the Alaska Coalition supported the original H.R. 39 introduced by Representative Udall, which had a provision making the entire Reserve a national wildlife refuge. I coordinated the writing of the version of the bill (H.R. 39), writing portions myself which included the Reserve section, that was introduced by Representative Udall in January of 1976.

9. In 1976, I worked as a lobbyist on the Naval Petroleum Reserve Production Act and met several times with Representative John Melcher, the Chairman of the Public Lands Subcommittee of the House of Representatives and the bill's author, to urge him to provide protection for the Reserve's wildlife and habitat. The provision calling for the creation of Special Areas by the Bureau of Land Management was the result of my efforts. Further, in the period of 1974 through 1976, I met with Chairman Melcher frequently to urge the inclusion of the wilderness review section, Section 603, of the Federal Land Policy and Management Act of 1976.

10. As a member of the Alaska Coalition, NRDC supported the House floor amendment, to add the entire Reserve to H.R. 39 as a wildlife refuge in 1978 and 1979. At that time I was serving as Chair of the Alaska Coalition.

11. In 1990, as part of Celebrate Wild Alaska, Alaska in the Twenty-first Century was written and distributed by seventeen groups, including NRDC and the Alaska Coalition. This agenda for the future of Alaska called for much of the Reserve to be made a national wildlife refuge. I oversaw the writing of this report and was the general chair of Celebrate Wild Alaska on behalf of NRDC and participating groups.

12. I helped the Northern Alaska Environmental Center find funding to write and distribute a report, The National Petroleum Reserve-Alaska: Time to Change Its Destiny. This report called for the Reserve to receive protection equivalent to a national wildlife refuge. Nicholas Lapham, my assistant, and I in our capacity with NRDC edited this publication.

13. Together with other conservation groups, NRDC submitted comments on the draft and final environmental impact statements for the NE Plan Amendment. These comments criticized any decision to open previously-protected areas of the NE Planning Area to oil and gas leasing, as well as BLM's analysis of impacts to the environment from oil-related activities. I also submitted comments and testified on NRDC's behalf on the original 1998 Plan for the NE Planning Area, and, more recently, submitted comments, together with other conservation groups, on the Alpine expansion development plan.

14. I have also submitted comments, together with other conservation groups, on the draft and final environmental impact statements for the NW Planning Area.

15. The decision to open previously-protected areas of the Teshekpuk Lake Special Area to oil and gas leasing, and to roll back protections throughout the NE Planning Area, will forever

harm wildlife, wetlands and vegetation, the wilderness values and the overall scenic quality of this region of the Reserve.  This area is critical for goose molting, caribou calving, and polar bear denning.  Flying over the area, I have seen many species of birds including black brants, loons, and eiders.

16.   The decision of the Secretary of the Interior and BLM to allow oil and gas leasing, exploration, development, and production in some of the most sensitive areas of the NE Planning Area injures NRDC's interests in preserving wildlife and wilderness values.  It also injures NRDC's members' use of the Reserve for various purposes, including birding, outdoor recreation, and solitude.  Members of NRDC have used and plan to return to the northeast region of the Reserve.

17.   The failure to prepare an environmental impact statement that complies with the National Environmental Policy Act (NEPA) also injures NRDC's informational and educational interests.  The failure to adequately analyze environmental impacts impairs NRDC's ability to disseminate accurate and detailed information about the impacts of land management decisions in the Arctic.  Without this information, NRDC cannot educate its members and the public regarding the true environmental effects of oil and gas exploration, development and production in the NE Planning Area.

Personal History with and Interest in the Reserve

18.   My first visit to the Reserve was in July 31—August 2, 2000, when I traveled with Pam Miller, Deb Moore, and my daughter Cara Clusen to the NE Planning Area. We flew a commercial airline into Nuiqsut and then chartered a thorough sightseeing flight of the entire NE Planning Area heading from Nuiqsut down (north) the Colville River to the Beaufort Sea and northwest along the coast to the western boundary of the NE Planning Area.  We then flew south

and then cut diagonally across Teshekpuk Lake toward its center and then south to Pik dunes and south to an abandoned airstrip that had been built for an old oil exploration well. We camped in the area two nights hiking, birding, and photographing. When our pilot came we flew further south to Umiat from whence we headed downriver (north) following the Colville River examining the river buffs and ultimately back up to Nuiqsut. We saw an occasional caribou from the air although the pilot reported that a major aggregation of caribou had been seen in the Umiat area in the past 24 hours. We were disappointed not to see them ourselves but were overjoyed to know they were nearby.

19. In 2002, I returned to the Reserve. The purpose of the trip was to see, experience, and learn more about the Reserve and to view wildlife. Two of my colleagues from NRDC, Joep Lujiten and Patricio Silva, accompanied me on this trip.

20. Our trip started in Prudhoe Bay on June 22, 2002. The first day, Mr. Silva, Mr. Lujiten and I flew a charter plane northwest to Barrow. This flight took us first over Nuiqsut, and the Alpine oil field. We then flew across the entire NE Planning Area, including over the Fish Creek, Teshekpuk Lake, and Ikpikpuk River. From there we flew into the NW Planning Area, flying over Dease Inlet and Elson Lagoon before landing in Barrow, where we stayed two nights in a local hotel and explored the area around town. On the flight between Nuiqsut and Barrow, we flew over the southern portion of the Teshekpuk Lake area and saw miles of marsh lands with slow meandering streams as well as hundreds if not thousands of birds on the water and on the ground. Only very few of the birds were air born.

21. On June 23, we continued our trip from Barrow, covering large tracts of the NW Planning Area by plane. We first flew southwest, along the coast, to Peard Bay, Pt. Blecher, Wainwright, Kasegaluk Lagoon and Icy Cape. We were flying at low altitudes that allowed us to

spot birds and marine mammals along the way. We then flew to the southern end of the Kasegaluk Lagoon observing seals and walruses, then turned east, flying over the southern part of the pristine Peard Bay area. We then flew over much of the Meade River system to Atqasuk, where we landed for refueling. From Atqasuk we flew to Barrow for our second night within the NW Planning Area. On our last day, June 24, Mr. Patricio Silva, Mr. Lujiten and I returned to Anchorage from Barrow in a southerly direction over the NW Planning Area.

22.  The coastal plain area of the Reserve is a seemingly endless system of lakes, ponds and rivers, teeming with migratory birds and wildlife. It is a gentle rolling and verdant landscape spotted with blue patches of water stretching in all directions. While flying at low altitudes you can see birds sitting on their nests, creating a mosaic of white dots. Caribou can be seen throughout the Reserve grazing or moving on to new areas. I sighted a wolf keeping watch. The landscape has a strange beauty due to the vast expanse of green tundra, water and wildlife. But, it also looks very fragile. Old seismic lines and off-road vehicle trails can be seen in some areas, appearing as scratches on a painting.

23.  My next trip to the Reserve took place in 2004. This time I was traveling with Stan Senner of Audubon Alaska and our guests, Katie Murtha, Legislative Assistant, Rep. John Dingell (D-MI), Anthony Caligiuri, Chief of Staff, Rep. Wayne Gilchrest (R-MD), and Jennifer Hattam of <u>Sierra</u> Magazine. On July 31st, we flew with Jim Helmericks of Golden Plover Air from Deadhorse airport at Prudhoe Bay to his lodge just outside the eastern boundary of the Reserve along the Colville River where we stayed for two nights. On August 1st, some in our group flew over portions of the NE Planning Area, including the Teshekpuk Lake Special Area, but a second flight that I was to go on was cancelled due to deteriorating weather. When we left Colville with Jim Helmericks we flew around Alpine oil field and then into the Inupiat village of

1:05-cv-00008-JKS

7

Exhibit 65, page 7 of 9

Nuiqsut where we landed. In Nuiqsut, we met with Mayor Rosemary Ahtuangaruak, City Administrator Kathy Ashby, and elders of the village. Stan Senner left our group and Pam Miller joined our party and we flew on a Cape Smythe charter flight west over the NE Planning Area, over the southern edge of the Teshekpuk Lake, then northwest crossing the southern end of Dease Inlet, and finally northwest to Barrow. On August 4th, we met with Geoff Carroll of Alaska Department of Fish & Game in Barrow and also attended an evening presentation by him on caribou and met with City of Barrow Mayor Edith Vorderstrassee. We also traveled out to the end of the Barrow spit, which is within the boundaries of the Reserve where we saw evidence of polar bear feeding on whale carcasses. We flew back to Fairbanks on August 5.

24. I tried to return to the Reserve in July 2005 to further explore the NE Planning Area, specifically the Teshekpuk Lake area, but the trip was cancelled due to the sale of the Cape Smythe air taxi company with which I had reservations. The purchaser refused to land me on airstrips in the Teshekpuk area. I do plan to visit the area again in order to experience the large flocks of diverse bird species. I am trying to arrange a trip for this summer. I also intend to re-visit the area regularly into the future.

25. Leasing and the resulting oil development in the entire NE Planning Area would scar the landscape, damage the ecology, create visual pollution, degrade the air and water, harm wildlife habitat, and diminish wildlife populations. These changes would destroy the experiences I have when I visit the area to the point I would not be interested in returning there. I thoroughly enjoy visiting the Reserve to view the thousands of birds that come from virtually all parts of the world. The wet marshes of the NE Planning Area are perfect habitat for dozens of species. The wet and very green landscape with blue meandering streams, ox bows, and lakes is very beautiful. It has a mystery and quietude quite unlike any other place. I look forward to returning

to the area and getting to learn more about its many living inhabitants. If all the special areas within this broader landscape are destroyed by oil and gas development we will have lost an incomparable area with vast biodiversity.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: *May 18, 2006*    By: *Charles M Clusen*
Charles M. Clusen