IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY,<br><br>      Plaintiffs,<br><br>      v.<br><br>GALE NORTON, Secretary of the Interior; HENRI BISSON, State Director, Bureau of Land Management; BUREAU OF LAND MANAGEMENT, and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. J05-0008 CV (JKS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF BRENDAN CUMMINGS**

I, Brendan Cummings, hereby declare as follows:

1.    I am a member of the Center for Biological Diversity ("the Center"). I am also on staff at the Center and serve as the Director of its Marine Biodiversity Protection Program. I also coordinate the Center's activities related to the protection of biodiversity and species habitat in Alaska. The Center's members and staff, including myself, rely on the Center to represent our interests in the preservation of imperiled species and habitats such as those in the National Petroleum Reserve-Alaska (NPR-A).

2.    I currently work out of our Joshua Tree, California office. As coordinator of the Center's Alaska Program, I analyze a variety of public and private projects in and affecting

**Exhibit 66, page 1 of 12**

Alaska and comment on their potential impacts on wildlife and wildlife habitat. I work with our legal and scientific staff and other organizations to advance the Center's goal of Alaska wildlife and habitat protection through administrative actions and reform, scientific research and the judicial process. In my capacity at the Center, I am familiar with all aspects of the Center's activities and organizational interests related to Alaska in general and the NPR-A in particular.

3. The Center is a non-profit organization based in Tucson, Arizona, with several regional offices. The Center has over 18,000 members, including members who live in Alaska.

4. The Center works to protect wild places and their inhabitants. The Center believes that the health and vigor of human societies and the integrity and wildness of the natural environment are closely linked. Combining conservation biology with litigation, policy advocacy, and an innovative strategic vision, the Center is working to secure a future for animals and plants hovering on the brink of extinction, for the wilderness they need to survive, and by extension for the spiritual welfare of generations to come.

5. The Center has been actively involved in protecting Alaska's wildlife since the early 1990's. Our involvement has included submitting Endangered Species Act (ESA) listing petitions for the Queen Charlotte goshawk, Alexander Archipelago wolf, Cook Inlet beluga whale, Aleutian sea otter, yellow-billed loon, Kittlitz's murrelet, and polar bear. We have also submitted petitions seeking critical habitat designations for the bowhead whale and the Pacific right whale. Additionally, we have submitted petitions seeking "depleted" designation under the Marine Mammal Protection Act (MMPA) for the Alaskan sea otter and the AT1 stock of killer whales. We are actively working on several additional petitions under the ESA and/or the MMPA for other imperiled Alaska species. Besides our administrative petitions, the Center has also engaged in numerous other activities related to the protection of biodiversity and habitat in

Alaska such as comments, appeals and/or litigation regarding forest plans, timber sales, oil and gas leasing, fisheries management, and other environmentally damaging activities. In sum, the Center has a significant history of advocacy and involvement in environmental issues affecting Alaska species. I believe our current involvement with regard to issues affecting the NPR-A falls squarely within our organizational interests and mission.

6. Specifically with regard to the NPR-A, the Center has been actively involved in attempting to protect the unique wildlife resources of this area since at least 1998. For example, in March 1999, the Center brought a legal challenge against the U.S. Fish and Wildlife Service (FWS) forcing the agency to designate critical habitat for the federally threatened spectacled and Steller's eiders under the ESA. The NPR-A provides important habitat for both species. The suit resulted in the designation of 40,832 square miles (26,133,120 acres) of critical habitat for these species in Alaska in February 2001. The proposed critical habitat rule included significant acreage within the NPR-A. The Center commented on this proposed rule. The Center remains committed to working to protect and recover the eiders and their habitat throughout their ranges, including in the NPR-A.

7. On March 30, 2004 the Center petitioned the FWS to list the yellow-billed loon under the ESA. Close to 80% of U.S. nesting yellow-billed loons are thought to occur in the NPR-A. We view the management of the NPR-A, particularly the decision made with regard to oil and gas leasing and exploration to be critical to the survival of this species.

8. The Center has also worked for the protection of the Pacific brant. The NPR-A supports a significant portion of the U.S. breeding population of this species. Moreover, close to a third of the global population of this species molts in the NPR-A in the area of Teshekpuk Lake. Protection of the brant habitat in the NPR-A is crucial for the survival of the brant. The

Center has also worked to protect this species elsewhere along its migratory routes, opposing potentially disruptive projects such as LNG facilities and port expansions in its wintering areas in Humboldt Bay in California and along the Baja California coast. Significant declines of this species observed in its primary wintering grounds in San Quintin Bay in Baja California last year highlight the importance of preserving this species' habitat throughout its range, including in the NPR-A.

      9.      In addition to the spectacled and Steller's eiders, the yellow-billed loon, and the Pacific brant, the Center has researched and/or advocated on behalf of several other sensitive species of birds that occur in the NPR-A. Both the common and king eiders nest in the NPR-A and have suffered significant declines over the past decades. Similarly, the buff-breasted sandpiper once numbered in the millions but has been reduced to perhaps 15,000 individuals. Protection of its breeding habitat in the NPR-A is critical to the survival of the buff-breasted sandpiper. Even relatively abundant species such as the red-throated loon, long-tailed duck, and dunlin have exhibited disturbing declines in recent years. For all of these species, protection of their nesting habitat in the NPR-A is crucial if further declines are to be prevented. Similarly, for species such as the Arctic peregrine falcon, which is recovering from declines caused by past DDT use, protection of its nesting habitat in the NPR-A is critical if the species is to truly recover.

      10.      In addition to concern over and advocacy on behalf of the birds that nest in the NPR-A, the Center has also been very involved in attempting to further protect the federally endangered bowhead whale. Bowheads migrate through the waters offshore of the NPR-A and are often found during summer months in nearshore waters east of Point Barrow. Development in the NPR-A poses risks to the bowhead from oil spills on land that would reach the marine

environment or via marine vessels transporting materials or equipment to onshore operations. Further, increased vessel traffic from the NPR-A may impact bowheads in the area. For example, in May 2005, the National Marine Fisheries Service (NMFS) published notice of a proposed incidental harassment authorization under the MMPA for barge traffic associated with NPR-A exploration and development activities. With further development of the NPR-A, such impacts on the bowhead and other marine mammals of the Beaufort Sea are certain to increase. In February 2000, the Center filed a petition to designate critical habitat for the Bering-Chukchi-Beaufort Sea Stock of the bowhead whale under the ESA.

11. The polar bear is another sensitive species that will be negatively impacted by further development of the NPR-A. Oil and gas development, associated seismic surveys and barge traffic threaten to disrupt this species on and offshore of the NPR-A. Moreover, the largest threat to the species is likely loss of its sea ice habitat from global warming, which will be exacerbated by continued development and use of fossil fuels such as the oil and gas in the NPR-A. In February 2005 the Center petitioned to list the polar bear as a threatened species under the ESA. In December 2005 the Center filed suit against the Secretary of Interior to force her to make the legally required findings on the petition.

12. The Center and its members also have an interest in the rare plants of the NPR-A. Such rare plants as Drummond's bluebell, Muir's fleabane, Hartz's bluegrass, and several endemic varieties of *Potentilla* occur or are likely to occur in the NPR-A. Parts of the NPR-A, such as near Umiat, contain extremely diverse bryophyte floras. Development of the NPR-A, particularly given the lack of surveys for rare plants required by Bureau of Land Management (BLM) before ground disturbance, threatens these and other rare plant species of the NPR-A.

13. In addition to the rare species of the NPR-A, the Center has an interest in many of the species of the NPR-A that are currently relatively abundant but, due to poor management decisions such as now occurring regarding the NPR-A, have declined elsewhere. Large predators such as grizzly, wolf and wolverine are threatened in the lower 48 states due in large part to habitat loss. Caribou are similarly imperiled in the lower 48. The Center and its members have a strong interest in maintaining these species in the NPR-A at levels where they remain important parts of the ecosystem. The ongoing and proposed development of the NPR-A threatens these interests.

14. As part of its efforts to protect wildlife and wildlife habitat in the NPR-A, the Center has invested considerable organizational resources in actively monitoring and aggressively advocating the conservation of this area. When the NPR-A Northeast planning area was first proposed for opening Center members commented in opposition to such development. Subsequently, the Center commented on proposed management actions for the Colville River corridor in the NPR-A. More recently, these efforts include analyzing and providing detailed comments regarding the adequacy of the analysis of the BLM's National Environmental Policy Act (NEPA) process for the NW NPR-A and the FWS's Biological Opinion prepared for the ROD on the NW NPR-A. The Center has also invested substantial resources into on-going research and public education regarding the plight of species that reside in and use the NW Planning Area. In NEPA comments and public forums, the Center has repeatedly highlighted the BLM and FWS's failure to adequately consider and disclose adverse impacts to wildlife from adoption of the ROD. The Center also maintains an active website and quarterly newsletter in which we have highlighted to our members and the public on numerous occasions our concerns regarding development across Alaska's Arctic, including the NPR-A.

15. In sum, the Center has a strong organizational interest in the species and habitats of the NPR-A and the proper and lawful management of the NPR-A by the agencies entrusted to make decisions regarding impacts to those resources. In advocating for these interests, the Center represents itself and its members. Center members have visited and will continue to visit the NPR-A for recreational, aesthetic and educational purposes including hiking, wildlife watching, and photography. Center members rely on the Center to represent their interests with regard to advocacy on behalf of the species and habitats of the NPR-A, including the areas near Teshekpuk Lake recently opened to development. Oil and gas activities in the NPR-A would irreversibly harm the Center's members use and enjoyment of the area, and of the species that rely on the area. Specifically with regard to the portions of the NPR-A proposed to be opened to oil and gas development, including Teshekpuk Lake, the Center's members have visited and recreated in, near, and around, and/or flown over, the areas approved for oil and gas development. The Center's and its members' interests in the species and habitats of these areas will be harmed by oil and gas development which would alter and diminish the experience of visiting these areas. Such development also threatens to negatively impact the species and habitats of this region and the Center's and its members' interests in these species.

16. Because the NPR-A is important breeding or staging habitat for numerous migratory bird species, any impacts to these species or their habitats in the NPR-A, also threatens to impact the interests of the Center and its members in these species elsewhere in their range. For example, Center members in California participate in bird watching for the Pacific brant when the species winters in Humboldt Bay and Baja California. Declines in the brant caused by oil and gas development at Teshekpuk Lake would harm the interests of these members even if they themselves never visit the brant's breeding and molting areas in Alaska. Similarly, declines

of the buff-breasted sandpiper and other shorebirds caused by loss of their breeding habitat would harm the interests of Center members and other birdwatchers who live along or visit the migratory pathways of these species. In sum, oil and gas development in the NPR-A adversely affects the interests of the Center and its members, including members who have visited the areas subject to development as well as members who have interests in the migratory species that are dependent on the NPR-A.

17. The harm to the Center and its members is directly traceable to the actions of the BLM, FWS and the Department of Interior. If the laws governing management of the NPR-A and its wildlife resources, such as NEPA and the ESA had been complied with, oil and gas development at and near Teshekpuk Lake and other sensitive areas of the NPR-A would not have been approved. These areas and the species in them would have remained undeveloped and the Center and its members' interests in them would have been unharmed. Unfortunately, such development has been approved and harm to the Center and its members is certain to occur. Only a court ruling setting aside these illegal and unwise approvals will prevent such harm and protect the Center and its members' interests.

18. The Center and its members have an interest not just in the physical resources of the NPR-A (the wildlife, plants, and wilderness) but also an interest in the rule of law, the expectation that federal agencies such as BLM and FWS will comply with the procedural mandates of NEPA and the ESA that guarantee an informed public and informed decisionmaking. The deficiencies in the NEPA documents and biological opinions harm these procedural interests of the Center and its member. Again, only a court ruling setting aside these illegal and inadequate documents will prevent such harm and protect the Center and its members' interests.

19. I also have a long-running personal interest in the species and landscapes in Alaska generally, and in the Arctic and NPR-A in particular. My interests in the NPR-A will be irreversibly harmed by the proposed changes to the 1998 plan for the NE Planning Area.

20. My first visit to Alaska was in 1987 when I served as crew on a conservation vessel documenting the impacts of drift-gillnets on marine mammals and sea birds. As part of that trip I visited Dutch Harbor, various Aleutian Islands, and the Pribilof Islands. As a result of that voyage I developed a strong interest in Alaska wildlife and plants, particularly those of the Bering Sea and Arctic. I have subsequently visited Alaska at least a dozen times, in each case, at least in part, to view wildlife or plants.

21. In 1999 I visited the NPR-A for the first time. I helped organize, and participated in, a 3-week raft trip down the Colville River. We started near the confluence with the Kiligwa River and explored approximately 250 miles of the river and adjacent areas between the put-in and our take-out at Umiat. Along the way I was fortunate to observe numerous different wildlife species, including mammals such as grizzly, caribou, weasels, and lemmings, raptors such as peregrine falcons, gyrfalcons and rough-legged hawks, and waterbirds such as red-throated and yellow-billed loons and brant. At several places, such as along the Killik River and near Umiat, I went on extensive hikes looking for wildlife, as well as rare flowers, bryophytes, and fungi. I enjoyed the wildlife and wilderness of the NPR-A and surrounding regions not only when on the water or on foot, but also from above during the plane trips to and from the put-in and take-out.

22. My enjoyment of the NPR-A on this trip was not only of the wildlife and plants, but also of the sense of isolation, wilderness, quiet, and the "unspoilt" nature of the place. Over the course of three weeks on the river, we saw no other people until we reached Umiat. We only saw one plane fly overhead. While the primary experience was of an area seemingly untouched

by industry, in a few places we saw the debris and damage of previous oil exploration and related human activities: old ice roads, piles of abandoned 55 gallon drums, and of course the development and detritus of Umiat.  Seeing such things is, I fear, but a taste of the much greater devastation and impact that development of the NPR-A will bring.  For example, given the development of the Alpine field and associated activities nearby, it is unlikely that I, or anyone else for that matter, will ever be able to spend three weeks on the Colville without seeing other people and having the solitude disrupted by the sounds of airplanes.

23. I returned to the Arctic in 2000, visiting the Artic National Wildlife Refuge.  On this trip I was fortunate to see wolves, musk-ox, caribou, long-tailed ducks, common eiders, Pacific brant, and numerous other species of wildlife.  This trip reaffirmed my interest in the Alaskan Arctic, the species that inhabit it, and the wilderness values the area maintains.  I definitely intend to return, not just to the Refuge, but also to the NPR-A.

24. I am planning another trip to the Alaskan Arctic for next summer.  Current plans are for another river trip down the Colville, likely taking out at Nuiqsut, combined with fly-in visits to Teshekpuk Lake and the Beaufort Sea coast.  Prior to this, my next definite trip to Alaska is scheduled for this February when I will be in Girdwood for meetings of the Pacific Seabird Group.

25. In addition to my strong interest in the Alaskan Arctic and the NPR-A themselves, I also have a strong interest in the migratory species that use these areas for part of their life cycle.  I have enjoyed Pacific brant overwintering in Baja and on Humboldt Bay.  I have looked for buff-breasted sandpiper and other migratory shorebirds in Texas and Kansas.  I have observed yellow-billed loon wintering off the Pacific Coast of California and Oregon.  All of these species, and many others, rely on healthy, functioning, undisturbed breeding, feeding, and

molting areas in the NPR-A. I fear that the proposed oil development will harm these species and their habitats, and reduce the chances that I will be able to see and enjoy them, both in the NPR-A itself, as well as on their migratory routes and wintering grounds.

26. I intend to continue to look for and enjoy the migratory species that rely upon the NPR-A whenever I have the opportunity to do so. Most recently, in January 2006 I visited Baja California with the primary purpose of birdwatching. On this trip I visited brant and Arctic shorebird wintering locations at Estero Punta Banda near Ensanada, Estero de San Jose and Laguna Ojo de Liebre near Guerrero Negro, Laguna San Ignacio, and the primary wintering grounds for Pacific brant at Bahia San Quintin. Seeing brant in large numbers in these areas was one of the highlights of the trip. While I observed brant in these lagoons, my understanding is that they are only a shadow of their former abundance. Disruption of their breeding and molting grounds in the NPR-A by the planned oil and gas leasing and associated exploration and development activities threatens to further reduce the numbers of these sensitive birds. Such declines would render brant more difficult to see both in the NPR-A and on their wintering grounds, and would therefore lessen my enjoyment of trips to these areas and harm my interests.

27. Finally, I have strong concerns that global warming as a result of greenhouse gas emissions is causing irreversible harm to the global environment. Everything from coral reefs in the Caribbean, to sea-ice dependant species in the Arctic, to sea birds off California are being harmed by increasing global temperatures. Authorizing further oil and gas development in the NPR-A will inevitably lead to further greenhouse gas emissions, resulting in further harm to the global environment. The utter failure of BLM to analyze, much less mitigate these impacts further harms my interests, not just in Arctic wildlife and plants, but in virtually every aspect of my daily life.

28. In sum, I have been to the NPR-A and intend to return. My visit there rendered my interests in Arctic wildlife and plants into a concrete interest in the species present in and dependant upon the unspoilt habitats of the NPR-A. The recent decisions to open up additional areas of the NPR-A to oil and gas leasing, exploration, and development, threatens to gravely harm the species and habitats of the NPR-A, and consequently, my interest in them. If the approvals and decisions of BLM and FWS are set aside, and the agencies are forced to actually comply with the laws they are entrusted to implement and enforce, I believe that most of the impacts to the NPR-A and the species and wilderness values contained therein will be minimized and my interests will be protected. Absent such action by this Court, my interests, and the interests of the Center and its similarly situated members, will be severely and irreversibly injured.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/23/06

Brendan Cummings
Joshua Tree, California