IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY,<br><br>    Plaintiffs,<br><br>v.<br><br>GALE NORTON, Secretary of the Interior; HENRI BISSON, State Director, Bureau of Land Management; ROWAN GOULD, Regional Director, United States Fish and Wildlife Service; BUREAU OF LAND MANAGEMENT, UNITED STATES FISH AND WILDLIFE SERVICE, and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>    Defendants. | Case No. J05-008 CV (JKS) |

### DECLARATION OF GARY BRAASCH

I, Gary Braasch, declare as follows:

1. My mailing address is P.O. Box 1465, Portland, Oregon 97207.

2. I am a member of the National Audubon Society and have been a member for most years since 1980. I am currently also a member of Natural Resources Defense Council and have been a member for most years since 2000.

3. I am a self-employed professional photographer focusing on educational and investigative environmental photography. The North American Nature Photography Association

**Exhibit 68, page 1 of 9**

named me "Outstanding Nature Photographer" for 2003. I have participated in several solo and collective photography exhibits over the years. These include my solo exhibit, "Polar Thaw," featuring areas, plants, and animals affected by climate warming in the Arctic, including the Northeast NPR-A, and the Antarctic along with some of the scientists that are studying global warming in these regions. "Polar Thaw" was originally sponsored by the Natural Resources Defense Council and showed at the American Association for the Advancement of Science in Washington D.C. from February to June 2000, the Science Museum of Minnesota from January to April 2001, and at the Field Museum in Chicago from September to November 2003. Among my many published photographs, thirteen national and international magazines have published my work on Alaska's Arctic since 1997. In addition, many of my individual photos from the Arctic have been used in magazines, websites, books and textbooks -- both nationally and internationally -- over the years.

4. Arctic Alaska images are a prime income source for my business, which is based on editorial use of photography and writing about ecosystems and conservation issues. This work is not very lucrative compared to advertising, corporate, or even portrait photography, but I choose to do it because it is compatible with my journalism background and because I believe that wilderness and intact ecosystems are important to Americans and to the mankind as a whole.

5. I first became interested in Alaska's Arctic in the late 1970s while traveling through southeast Alaska and Denali National Park. This interest led to a 1982 proposal -- by myself and my two partners in a co-owned company -- to do an extensive research project and slide presentation for the Washington Park (now the Oregon) Zoo's "Alaska Tundra" exhibit. This project took us to the Arctic Refuge in 1983, my first visit to the Arctic, where we photographed

for a multi-image, nine-projector slide show that was displayed from 1984 until about 2000 at the Oregon Zoo.

6. Although I made many trips to Alaska in the 1980s and 90s, I did not make it back to the Arctic until 1997. In June and July that year, I had the privilege of spending four weeks in the Arctic Refuge photographing the great migration of the Porcupine Caribou Herd. Afterwards, I photographed the Prudhoe Bay oil complex. These photographs include aerial photographs taken at low altitude when we flew over the entire coast of the Arctic Ocean from Kaktovik in the Arctic Refuge to the Kuparuk River west of Prudhoe Bay. The difference between areas being drilled for oil, with pipelines, roads, and facilities, and those areas that were still pristine, became very clear during this trip to the Arctic.

7. I first visited the NPR-A in August of 1997 on assignment for Audubon Magazine ("The Oil Pressure Rises," November 1997). During this trip, I flew with Jim Helmericks from Deadhorse to his home in the Colville River Delta and into the Northeast NPR-A. This corner of the NPR-A consists of countless lakes, meandering rivers and tiny creeks, and a fascinating variety of landforms that include bogs, polygon-patterned tundra, and mossy, multi-colored wetlands grading gently into the coastal bays. It is also home to Teshekpuk Lake, the largest lake north of Brooks Range, and one of the region's most important waterfowl habitats. While in the Northeast NPR-A, I photographed as far west as the Ikpikpuk River on the west side of Teshekpuk Lake, and then worked on the ground to the north and east of the lake for about a week. I photographed molting brants, unable to fly and swimming around an unnamed lake north of Teshekpuk Lake, caribou, and many migrating shorebirds and waterfowl. At my feet, and as far as I could see across the undulating plain, was a carpet of flowers, sedges, mosses, and

lichens. The polygons and other tundra patterns I had seen from the air had now became individual tussocks of sedge, mossy mud flats, flowered ridges and tiny, curving waterways.

8. After photographing in the Teshekpuk Lake area, I went to the mouth of the Fish Creek, where I was able to walk both to the tidelands and higher ground covered with sedges, including cotton grass. I saw many nesting shorebirds such as dunlin and various sandpipers, whose chicks were fledging or had just fledged, and several species of geese. I also saw caribou that had moved toward the ocean to escape insects. They were constantly moving along the tidelands and across the sedges. Many calves and young-of-the-previous-year were in the herd. This area is just north of where the new pipelines and roads will be put in if the western extension of the Alpine is built.

9. During my 1997 trip to the region, I could also see different kinds of patterns. From the air, I could see long, straight lines in the sedges, marking some of the 13,000 miles of seismic test routes, which are especially visible, even in August after a summer's sedge growth, from the Colville Delta into the Northeast NPR-A. And on the ground, just north of Teshekpuk Lake, I observed older exploration routes believed by my local pilot to have been made across the wet tundra by the U.S. government during summers in the 1950s. These routes now looked like deep ruts, some of which have widened into parallel trenches, like narrow lakes. I also witnessed the fragility of the tundra around the old test wells, including the Ikpikpuk Test Well, that – though "reclaimed" – still stand out in the landscape, with irregular shapes, gravel barrow pits or altered sedge re-growth patterns. I have seen similar sites in the Arctic Refuge, near the Canning River along the border of the Refuge, and within the Colville Delta. I fear that similar long-standing impacts will result from the ongoing and proposed new oil and gas activities in the Northeast

Planning Area, and that I will be forced to encounter and work around them while photographing in the region in the future.

10. In 1999, I drove to the Arctic on the Dalton Highway in the company of Terry Chapin, Professor of Biology at the University of Alaska. I photographed the National Science Foundation research station at Toolik Lake on the North Slope near the pipeline, and, later, at Prudhoe Bay.

11. In 2001, I returned to the Arctic twice. I first took a river trip on the Canning River, from the Brooks Range to the Beaufort Sea. Later, I spent about a week in the eastern part of the Arctic Refuge.

12. In 2002, I visited the Northwest Planning Area of the NPR-A, flying from Fairbanks over the Meade River to Barrow. I photographed climate researchers at the Barrow Arctic Science Center and guillemot researchers on Cooper Island near Barrow. Again, I saw first hand how human activities are altering the fragile Arctic ecosystems. Tundra around Barrow had been damaged by many vehicle tracks, apparently ranging from ATVs to bulldozer-tracked vehicles. Moreover, I observed obvious marks of rising sea level that included erosion along the shore and marks of emergency beach bulldozing by the city during increased erosion events. Finally, the seabird studies on Cooper Island were documenting effects of warming climate on the reduction in Arctic Ocean sea ice.

13. I had planned to go back to the NPR-A in 2003, but was weathered out.

14. In 2004, I returned to the NPR-A on two separate trips. First, in June, I did aerial photography specifically of areas that had been leased since 1997, new areas under consideration for leasing, and areas indicated by biologists as important to wildlife. Flights were from Fairbanks in a bush plane with overnights at the airstrip at Umiat, Northeast NPR-A. I flew at

low elevation to photograph the Colville River watershed and the upper Utukok River in the South and Northwest Planning Areas of the NPR-A. I focused specifically on the habitat of the Western Arctic Caribou Herd, and areas with potential for oil and coal exploration. I saw many caribou in the upper Utukok area (the location where, in 2003, nearly 500,000 animals were counted in a government survey). I also photographed areas of the upper (southern) Meade River drainage within the Northwest NPR-A that were leased in June 2, 2004, a region of flat lands with many meandering streams and extensive wetlands. Around our base camp at Umiat, a past and present oil exploration staging base, and at an abandoned test well nearby, I saw the damage and change that had been made to the landscape there.

15.     Second, in early July 2004, I returned to the NPR-A -- by way of Kotzebue and again with overnights in Umiat -- to photograph the headwaters of the Utukok and Colville Rivers in the DeLong Mountains, Western Brooks Range, Southwest NPR-A. I was guided by information from wildlife biologists and maps draw by the Conservation GIS Center showing areas of wildlife concentrations. This area of the NPR-A, the Southwest uplands, is a magnificent rugged and rolling land with many streams and valleys. It is as beautiful and important to wildlife (maybe more important to the caribou) as the protected areas across the Brooks Range to the south. It would certainly suffer visual and other degradation if extensively explored and drilled or dug for minerals. At the end of my July 2004 trip, I flew down the Colville River north past Nuiqsut and into the Colville River Delta and the Northeast Planning Area of the NPR-A. From the air, I first saw the Alpine drilling pads, landing strip and facilities, and also the area across the channels of the Colville River, where new exploration and drilling is planned. We then flew into the Northeast Planning Area, including over the Fish Creek area, where I had been on the ground in 1997, the Kogru River, areas just east of the Teshekpuk Lake,

and then south over the meandering streams and lakes that feed the lake and are included in areas leased in the late 1990s. This area is defined by water and serves as an important hunting and fishing area for native people from nearby Nuiqsut and, as I witnessed in 1997, as a prime breeding and rearing area for caribou and waterfowl.

16. In 2005, I returned to the Arctic to photograph areas farther to the west along the Chukchi Sea coast. Employing low-elevation bush planes, I flew out of Kotzebue to Icy Cape, the westernmost corner of the Northwest Planning Area. Low elevation clouds and fog prevented these flights until August 1, and by that time most of the wildlife common to the region (caribou and beluga whales, for instance) had scattered out of mating and birthing aggregations. Thus, I only made aerial photographs during this trip. The wilderness character of this land was impressive. I plan to return to the area other years in June and July as my goal remains to document the wildlife of this area. My future plans are very general at this point, but I expect to return to the NPR-A, including the Northeast Planning Area, most summers because it remains a wilderness and is very different in many ways from parks and refuges in other parts of Alaska. The Chukchi Sea coast is very different from the Teshekpuk Lake region, and they both require extensive documentation. Clearly, if parts of the Reserve are turned into industrial oil regions, they will have much less attractiveness to me due to loss of wilderness characteristics and wildlife.

17. My trips to Alaska are frequently self-funded. I am willing to bear the high costs because it is important for me to understand and capture images of important landscapes that are both protected and threatened by development. My work serves both those who appreciate untouched landscapes from an aesthetic and other points of view as well as those who monitor uses and management of public lands nationally.

18. Photographing Alaska's Arctic wilderness is extremely important to me both personally and professionally. When I travel in the NPR-A, I experience and exercise the urge to explore, freedom to seek solitude, drive to learn about the earth and its wild creatures, and desire to fit into the ecosystem that exists around me. In the area around Teshekpuk Lake lives a host of specialized arctic species found in the polar regions and nowhere else, including grizzly bear, arctic fox, collared lemming, musk ox, and caribou. Millions of shorebirds, waterfowl and songbirds migrate thousands of miles to nest here. If I am quiet, watchful, and patient, I might get to see some of these creatures. But being watchful also means I see the effects of careless human activities. Damage to the tundra does not easily heal, and scars from oil exploration vehicles and test wells within the Northeast area of the NPR-A persist years later. I have also seen Prudhoe Bay and the Kuparuk oilfields -- I know the "footprint" of petroleum extraction is huge and not easily limited. This is why wide areas crucial to wildlife must be left clear of oil development -- narrow protected areas along streams and lakes are not protected from noise, fumes, lights, aircraft, groundwater oil and fluid spills -- not to mention the inevitable intrusion of pipelines and winter roads. If the vast open spaces of the Western Arctic, including the Teshekpuk Lake area, become industrialized, and birds, caribou, and other migratory species that depend on this area are harmed, then I too will be harmed, because one of the most important places for my work and personal enjoyment will have been lost. Moreover, the BLM's proposal to open the entire Northeast Planning Area, including the Teshekpuk Lake area, to oil and gas leasing will harm me and, I believe, many other Americans, because I feel that our government has a legal and moral responsibility to conserve what little undisturbed wildlife and undeveloped land is left in the Arctic. The Western Arctic, including the Northeast NPR-A, constitutes a rare, internationally significant ecosystem and must not be damaged.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: 26 March 2006                    By: _____
                                             Gary Braasch