IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY,<br><br>   Plaintiffs,<br><br>   v.<br><br>GALE NORTON, Secretary of the Interior; HENRI BISSON, State Director, Bureau of Land Management; ROWAN GOULD, Regional Director, United States Fish and Wildlife Service; BUREAU OF LAND MANAGEMENT, UNITED STATES FISH AND WILDLIFE SERVICE, and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:05-cv-00008-JKS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF JEFF FAIR**

I, Jeff Fair, hereby declare as follows:

  1. I have been a resident of Alaska since 1995, and currently reside on Lazy Mountain in Palmer. My mail address is P.O. Box 2947, Palmer, AK 99645.

  2. I am a current and long-time member of the National Audubon Society, and I occasionally write for their magazine. I have also been a member on and off over the years of The Wilderness Society and the Northern Alaska Environmental Center.

  3. I am an independent consulting wildlife biologist and a free-lance writer. I earned a B.S. in Biology at Old Dominion University (Norfolk) in 1974 and an M.S. in Wildlife

**Exhibit 69, page 1 of 13**

Ecology at UNH in 1977. I have worked professionally as a biologist studying and managing populations of the family Gaviidae (loons) since 1978, and occasionally working with other species including black and grizzly bears. Loons and grizzlies inhabit the Alaskan Arctic, the National Petroleum Reserve – Alaska (Reserve), and the Northeast Planning Area of the Reserve. Since I arrived in Alaska, I have fulfilled numerous wildlife-related consulting contracts here, including several pieces of loon field work and numerous technical writing jobs focusing on loons, and several of which related directly to loons and other wildlife within the Reserve and the effects of development on those species. One of those jobs, which I performed for The Wilderness Society and Trustees for Alaska, was to write a status report on the yellow-billed loon populations of Alaska. Most of the yellow-billed loon's small nesting population nests within the Reserve, including the Northeast Planning Area. My report (2002) was later used as a template for the Center for Biological Diversity's et al. petition to list this species under the Endangered Species Act as threatened or endangered. That petition received a positive evaluation from the Alaska Regional Office of the U.S. Fish and Wildlife Service (USFWS), and is still pending at D.O.I. headquarters in Washington, D.C. I also was a co-author of the National Audubon Society's *Alaska's Western Arctic: A Summary and Synthesis of Resources* (2002), which focused on the Reserve and allowed me to study literature and undertake many expert biologist interviews regarding wildlife species extant in the Reserve, including the Northeast Planning Area. Another consulting job involved combing through the Northeast Planning Area Plan Amendment and drafting a set of comments for a suite of Alaskan NGOs including Audubon Alaska to send to the Bureau of Land Management (BLM). Most recently I assisted National Audubon Society with preparation of comments regarding the draft Conservation Agreement for Yellow-billed Loons authored by BLM and USFWS.

4. As a wildlife biologist and loon "expert," I have been invited along on two yellow-billed loon research visits in and near the Reserve by U.S. Geological Survey (USGS) research wildlife biologist Dr. Joel Schmutz. In 2003, I went to an area just southeast of Teshekpuk Lake and to Nuiqsut and from there to the Colville River Delta near Alpine. In 2004, I worked in the Chipp – Ikpikpuk Rivers area west of the Teshekpuk Lake. Both trips were approximately one week long. In 2005, I was also invited to participate in an avian nesting study by USFWS biologists on the coastal plain of the Arctic National Wildlife Refuge (Refuge).

5. As a writer, I focus chiefly on wildlife and wild places and the human experience as it connects us to our natural world. I've published four books on wildlife including three children's titles, and many dozens of essays in periodicals including *Audubon, Natural History, Ranger Rick, The Boston Globe, Wild Earth, Alaska magazine, Equinox, and Appalachia* (the oldest conservation journal in the U.S.), where I am a contributing editor. Several of my essays have been anthologized. I've been awarded the National Wildlife Federation Farrand/Strohm Writing Award (1998) and I served two terms as a selected writer on the Alaska Tumblewords project of the Alaska State Council on the Arts (2001 – 2003). In 2000 and 2005 I received a special permit to visit the McNeil River State Game Sanctuary as a professional writer. I have published stories specifically about wildlife in the Reserve three times for national magazines in the past three years, and have another story proposal pending currently.

6. I also visit schools across Alaska, including Bush schools within and around the Reserve, as an Alaskan author and biologist. Most of these visits are formed and informed by my experiences, biological work, and essay writing related to the Alaskan Western Arctic, including the Reserve. Relating real biological experience from the Bush students' own lifescapes creates a stronger link than any biology textbook can offer, and understanding their

own on-the-ground experiences and their wild landscapes allows me to relate more closely with them to encourage their writing and maturity.

7.      I became interested in Alaskan Arctic conservation issues while I lived in New Hampshire and Maine, as a practicing conservationist, hunter, fisherman, loon and bear biologist, wilderness traveler, and outdoor writer.  The Reserve contains habitat for many of the species I've studied in the field and in resource libraries, including foremost the loons and bears.  Upon arriving in Alaska and accepting the contract to write about yellow-billed loons, my attention became focused on the Arctic for its wildlife and wild-country.  I also concurrently was inspired by the parallel between the Native Inupiaq subsistence lifestyle (again, a connection to the natural world, and a direct one—one of my stronger themes in writing) and Inupiaq conservation traditions and related wisdom, with our Western culture conservation ethics.

8.      When word came out that BLM intended to reverse its protections of key waterfowl and caribou habitat within the Northeast Planning Area, I watched for the Amended Plan to appear for two reasons.  One, I wished to see how grossly it might affect the abundant wildlife (including yellow-billed loon) use of critical areas there and the people who depend on that wildlife's well-being and productivity; and two, I knew that this would suggest a precedent and paradigm for BLM behavior in the Alaskan Arctic, including the remainder of the Reserve and even the Refuge, under the current Administration.  This behavior will affect not only the entire Reserve in the Western Arctic, but also likely the 1002 area of the Refuge, so the trend is highly important.  I received more than I'd asked for when the National Audubon Society asked me to review the Amended Plan and assist with the preparation of comments on the Plan.  I did not submit personal comments, though my professional evaluations were reflected in the Audubon Society's comments.  And while I did not attend any hearings specifically held for the

presentation of and reactions to the Amended Plan, I did interview several who attended hearings, and, in January 2005, I participated as a member of a panel of loon "experts" convened in Anchorage by the BLM and USFWS, which specifically addressed many of the stipulations and required operating procedures regarding this species, that appeared in the Amended Plan.

      9.    I have made ten significant trips into Alaska's Arctic or North Slope region since 1993. Four of these were into the Reserve, and two specifically involved time within the Northeast Planning Area. To this writer's and free-lance biologist's way of seeing things, travel anywhere in Alaska's Arctic region (North Slope) significantly relates to the Northeast Planning Area. Alaska's Arctic is a unique region in this country, and its many parts are interrelated by similarities of habitat and local Inupiaq culture, and interwoven by the migrations of wildlife and even the effects of development. What I observed as effects upon the landscape and wildlife by development in Prudhoe Bay and Deadhorse and at Alpine may be expected elsewhere, in places near Teshekpuk Lake for example, as industrial development spreads. The Northeast Planning Area, which I have visited and studied closely in the literature, and which is only a politically designated segment of the U.S. Arctic, is not otherwise a landscape or biological entity unto itself. Caribou migrate in and out of the area. Inupiaq hunters and fishermen come from afar to fill their larders. Brant and other waterfowl arrive from all across the holarctic North to molt, and then move southward to be hunted clear to Mexico. Shorebirds from around the world breed here. So I think that, while trips into the Northeast Planning Area specifically are important, one's history of travel in and across the Alaskan Arctic is just as important, when one of the segments or blocks becomes endangered by development. How else might one judge or expect the effects of oil, gas, or coal extraction in the Northeast Planning Area to affect wildlife there, if they have not visited or studied or related to other parts, particularly the developed ones, of

Arctic Alaska? Obviously, that Arctic traveler is more in the know if he or she has seen Wainwright as well as Nuiqsut, the 1002 as well as Teshekpuk, or the Southern Planning Area as well as the Northeastern one.

10. During my 2005 visit to the Refuge, I was privileged to happen upon and closely observe a pair of spectacled eiders, a species listed as threatened under the Endangered Species Act. These rare animals were going about their mating and nesting behaviors, something most humans will never see. I feel lucky to have collected my observations and plan to write about them in the near future. Nesting by this species is more heavily represented through the Reserve, including areas near Teshekpuk Lake, where I expect to spend time observing waterfowl, including loons and eiders, in the future. Any negative effects on this threatened species, with which I've now directly connected as a biologist and writer, will be a loss to me both in biodiversity in this part of the world, in my biological consulting work, and in my writing material and inspiration.

11. I toured the Prudhoe and Deadhorse area four times between 1993 and 2002, including one trip during which my son and I drove up the Haul Road (James Dalton Highway), camping and hiking along the way. In 2002 and 2003, I volunteered as part of a USGS study team that captured and satellite-tagged the rare yellow-billed loons in two areas of the Northeast Planning Area and a third area just ten miles west of the Planning Area. Later in July of 2003 I made my own trip, solo, in the Utukok Uplands near the sources of the Utukok and Colville Rivers; I chartered out of Kotzebue, up and over the top of the Brooks, to spend ten days backpacking in the foothills where the Western Arctic Herd caribou drop their calves. In early 2004 I made a school-visit tour to Point Hope, Wainwright, and Barrow, where I also spoke to the Barrow Arctic Science Center wildlife research community about yellow-billed loons. This

past June, 2005, I spent three weeks on the Canning River Delta within the 1002 Area of the Refuge. In September I returned to the Kaktovik area of the Refuge for a week, in order to observe the great exodus of the waterfowl as they migrated back toward their wintering grounds.

12. My trips into the Reserve, and particularly in and near the Teshekpuk Lake area and the Northeast Planning Area, have been some of the most awe-inspiring of my life. I compare them to my travels in Labrador, Yellowstone, Princess Royal Island (BC), the Alaska Peninsula, the Alaska Range, the lower Kuskokwim, and Norton Sound—and I believe that I've never felt nor lived in so distant and wild a place as when I've lived here. There is a certain intimacy with one's earth, during such experiences, and by earth I mean to include the wildlife as well. The coastal plain tundra glows like a prairie, rolling in some places and so flat in others you can watch a floatplane take off three miles away. Some places it is endless cotton grass as far as you can imagine, and in others there's more lake than tundra. From the air, within the Northeast Planning Area, two kinds of marks were evident on the tundra: the traditional routes and braided trails of the caribou (and a littering of their bone-white antlers), and the broad, discolored tracks of cat-trains criss-crossing the area, some of them years old.

13. On the yellow-billed loon research excursions, we visited lakes and observed this species that few humans will ever see on its nesting grounds. At night we would hear them chorusing with Pacific loons and red-throated loons in the neighborhood. The yellow-billed loons also seemed to have a curious relationship to the elegant tundra swans—a relationship that others have noted but no one yet understands. We observed caribou, huge flocks of waterfowl, dozens of shore- and song-bird species, foxes and grizzlies. It was a rich area, and we weren't there when the brant move in to molt. It is an awesome prairie, the vast Arctic prairie, as Ernest Thompson Seton termed it, so broad, so distant, and so far north. And so precious.

14.     I was moved by the rolling prairies of the upper Colville, where I sat one day among 5,000 caribou of the Western Arctic Herd as they plodded eastward with their calves, up from the Chukchi and on into the Brooks before breaking southward to their wintering grounds. I counted at least eight different grizzlies in the area, in attendance with the herd, and spent much of the night with one of them (not by choice), an experience I later wrote about in *Alaska* magazine.

15.     From my personal experience within the Reserve I was able to garner a better understanding of the rare yellow-billed loon and its ecology and habitats, and an empirical feel for the caribou out on their course, a hundred miles or more from the nearest human development. And from my field notes scribbled during those days and nights I've published two essays in *Audubon* magazine and one in *Alaska*.

16.     And during those experiences, I began to achieve a life goal of tasting the land and spirit of the ultimate north. A part of that taste involves the Inupiaq subsistence lifestyle, and the parallels between their Native outdoor and wildlife savvy, and the environmental ethics of our Western culture. I saw their lonely fish and duck-hunting camps out in the middle of the ever-reaching meadows, and I saw the abundance of fish and birds that are spawned there. I've been writing about those connections since I first came to Alaska.

17.     During one of those trips, I was going through a difficult emotional experience. After five or six days on the tundra, I found myself writing introspectively in my journal the very messages that I needed to hear and understand. For me, truly wild places offer the best availability of such inspiration, healing, and growth, and here is one of those places.

18.     Whether flying above, driving a dirt lane, or trekking along under a backpack in that country, there are many things that change as one leaves a village or oil development area

and courses into undeveloped landscape. For one thing, in a biologist's eyes, the wildlife balance returns to normal; the flightier species are present again, one hears their tender calls, and their behaviors are more natural and less affected by human behavior and provisions. For another thing, inside this writer at least, the soul relaxes; the scars upon the landscape diminish and the excitement of being in the moment of creation—of earth and life as well as of inspired ideas—wells up in the heart. I may not be connected so directly to the land as an Inupiaq hunter or fisherman, but I am connected in this way. And as the scars upon the delicate tundra and the threats such as oil spills and increased human disturbance retreat to the horizon, the ecologically aware mind can rest and enjoy the world as it was and is being created.

19. I have every intention of exploring more of the Alaskan Arctic, including the Northeast Planning Area, in the near future. I intend to continue my work with the yellow-billed loons within the Northeast Planning Area and across the Reserve, and to use the resulting material and inspirations for writing and for Alaskan school visits. I currently have plans to visit the area just west of Teshekpuk Lake two times this summer, once in July and once in August, on USGS-led yellow-billed loon research junkets. I also have a primary goal of seeing more of the Utukok Upland area of the Southern Planning Area before that, too, is threatened with the changes inherent to resource development. I may have the opportunity to float the Utukok River in 2007. I've pronounced my interest to the Refuge staff to volunteer again in their research activities, and specifically accepted a "possible" invitation to assess the loon populations of Lakes Peters and Schrader on the Refuge. I've recently been contacted by the musher Joe Henderson, the sole inhabitant of Kavik (a small camp between Prudhoe and the Refuge), who recently spent five months coursing all the major rivers of the North Slope within the Refuge by dogsled; he's asked me to write his story. I also intend to visit and revisit the Inupiaq villages in

the area of the Reserve and continue to cultivate my understanding of their subsistence relationship with the land and wildlife of the Teshekpuk Lake area and the Northeast Planning Area; I am a student of and writer about that paradigm, which I believe relates directly to our Western-culture conservation effort and ethic.  And as long as there remains open and undamaged country up there, I will return to study its wildlife and its People and their relationships to the land, and to seek my own connections and writing inspirations.  In support of this last reason, I'd like to point out that much of the best and most cherished American literature was inspired within those who probed the wild places ahead of the frontier—across the Great Plains, into the Rockies, and then northward.  Here is the last truly open and wild place for this American experience and the inspiration it spawns.

20.     If the amended plan is followed, I will lose future experiences and inspirations in this awe-inspiring place.  Once it is changed, I will not be able to share it with my children, who are now old enough to make such a trip and to understand the values I write about.  This would harm the legacy I leave for them.  In addition, this will remove both inspiration and subject matter for my writing about Arctic Alaska.  I will lose the chance to write the stories of its wildlife, its human spirits, Inupiat and others, and its perfect expanses.  It will harm the very landscape subject material that I write about and hope to continue to write about.  Even a few developments in that flat coastal plain country will be intrusively visible across hundreds of square miles, spoiling the feel of wildness and a self-willed earth.

21.     It would remove my personal opportunity for solitude and introspection in a wild place there—a part of mental health and well-being apart from my writing and scientific endeavors.  Many writers have said it in many ways, but a place in which to face the wild earth

alone is a place in which to face oneself. We need such experiences more than ever in our culture; we've already suffered a highly profound loss of them.

22.   As a wildlife biologist, I am concerned that, though we have the knowledge and care to protect rare and threatened species including the yellow-billed loon and the Steller's eider, we may lose them through careless invasion of their habitat. This would dramatically affect my scientific work on yellow-billed loons, and it would reduce my technical wildlife writing opportunities. It would also destroy one of the undeveloped "control areas" of yellow-billed loon and other species' habitat, which serves as a comparison to developed areas for scientific evaluation.

23.   Disruption of caribou movements, brant and other waterfowl production, and Inupiaq access to traditional and productive hunting and fish grounds (as occurred at Alpine) will degrade the Inupiat's relationship with the land and wildlife in this key area, and obscure my own study of it and reduce my related writing potential. I have spoken with Inupiaq hunters and fishermen in Nuiqsut; I heard from them and have seen for myself what happens to the Inupiaq traditions when development changes the landscape and promises are broken. And when those things are changed and hindered, my own connections and values are as well. It is harm enough to me to even have to worry about the extent of these changes and what age-old balances they will tip.

24.   As a hunter and fisherman myself, and one who respects the Inupiaq subsistence lifestyle, I fear harm to their connections with the land—this in addition to all of the other pressures currently threatening their culture and its values, and some of these pressures (e.g. alcoholism) augmented by industrial development.

25. The Plan Amendment will allow such harm to occur in and around the Teshekpuk Lake Area. In this recognized delicate and overpoweringly important area to wildlife upon which many people depend, drilling, roads, airplane and helicopter over flights, and other human disturbance will disrupt caribou migrations and movements to insect relief areas, and will scare and scatter the molting brant and other geese. As a conservationist—and one who shares conservation writings with readers and students across Alaska—I know that it can and should be avoided. If we fail to do so, then I am harmed in that way as well—by the losses of these values and the loss of writing and teaching subject matter.

26. The Plan Amendment will also harm science and our whole process of governmental scientific evaluation of environmental impacts, especially in the Alaskan Arctic. I have combed through this document, and found it to be highly unscientific, full of erroneous evaluations and baseless assumptions, little quantified, and highly (ridiculously) biased. The comments of professional agency wildlife biologists and Native representatives were ignored. The range and usefulness of new technologies were overstated. That the Final EIS would surprise us, after public input, with a new Alternative is not even acceptable. That it fails in its scientific evaluation of the effects of the proposed actions is poison to our conservation trail. We can only expect more of the same across the Arctic, if this Amended Plan is allowed to pass for acceptable scientific analysis. Specifically, throwing out the provisions for conservation in a few key areas that were agreed upon (promised) earlier, sets a new paradigm for greater developmental impact in other parts of the Reserve and potentially in the Refuge as well.

27. I have many friends who work in the oil and gas industry on the North Slope, and I've no doubt that they do the best job they can. In my visits to Prudhoe, I've taken tours and seen the efforts they make to minimize impact. I believe that my friends up there have a strong

appreciation for many of the values of the landscape and wildlife that I mention above. But I have seen where the track of one tundra-buggy has lasted as a scar in the tundra for over forty years. I have seen the lights of Prudhoe Bay interrupting the night around Joe Henderson's Kavik camp thirty miles away. I have lain in my tent at night on the Colville Delta and counted the dozens of airplane over flights associated with the Alpine development. I know the fallacy of the argument over how the Central Arctic Caribou Herd grew after Prudhoe was developed. (It grew significantly more slowly than all of its neighboring herds.) And I know that it wouldn't take much to tip the energetics balance of more than one-fifth of the world's black brant as they molt in the marshes near Teshekpuk. Even a small change in that delicate country makes an impact that can been seen and heard across hundreds of square miles and can affect many species, and one that will last a long, long time. I believe that we do harm to ourselves, to the future, and to our children, (in ways in which I, at least, feel personally) when we as a culture are so rapacious for oil that we cannot leave a few places of such rich wildlife abundance and importance alone.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Dated: MAY 2, 2006          By: _____
                                Jeff Fair