IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY,<br><br>           Plaintiffs,<br><br>           v.<br><br>GALE NORTON, Secretary of the Interior; HENRI BISSON, State Director, Bureau of Land Management; BUREAU OF LAND MANAGEMENT, and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>           Defendants. | Case No. J05-0008 CV (JKS) |

**DECLARATION OF MERRITT R. HELFFERICH**

I, Merritt Randolph Helfferich, hereby declare as follows:

1.     My current address is P.O. Box 80769 Fairbanks, Alaska 99708.

2.     I have lived in Alaska since August of 1958.

3.     I am currently a member in good standing of numerous local and national environmental and other organizations, including the Northern Alaska Environmental Center (member for at least 20 years, in the past also serving on the Center's board), National Audubon Society (member for at least 20 years), Natural Resources Defense Council (for around 10 years), The Wilderness Society, and Center for Biological Diversity.

4.     I have been fortunate enough to have a number of experiences in the Alaskan Arctic. In addition to having lived in Barrow for a year in 1998, I have been offshore in the

**Exhibit 70, page 1 of 5**

Arctic Ocean, including the Beaufort Sea, worked on Fletcher's (T3) Ice Island north of Barrow, and visited various parts of the National Petroleum Reserve-Alaska (NPR-A), including the Colville River. I have also visited the Kongakut River, Beaufort Lagoon, and Kaktovik regions of the Arctic National Wildlife Refuge (Refuge).

5. My first opportunity to see this remote and beautiful area came in 1967 when I visited Barrow. At the time, I worked for the Geophysical Institute of the University of Alaska and was sent to Barrow a couple of times to install and maintain equipment for research work on the Aurora Borealis. During my winter visits I traveled south of Barrow over snow in a tracked "Weasel" a sufficient distance to avoid the community lights for Aurora camera systems. Later I visited the same sites again.

6. I returned to the Arctic in 1969 when I worked for two months on the maiden voyage of Humble Oil's ice-breaking tanker S.S. Manhattan sailing from the U.S. East Coast to Barrow and back. On this trip I saw many birds, polar bears, caribou, Arctic fox, and seals. Not only did I experience the vastness of the area -- I was able to go ashore at Resolute, NWT, visit Banks Island at Johnson Point and Sachs Harbor (for my second visit to Sachs), Melville Island, and Barrow -- but also observed the way the oil industry treated the environment, including abandonment of supplies, buildings and equipment, apparent dumps of oil, garbage disposal overboard and losing helicopters and other equipment into the ocean.

7. My next trip to the Arctic brought me to the Kongakut River on the east side of the Smith Mountains in the Arctic National Wildlife Refuge. On this trip in 1989, I was a volunteer for the U.S. Fish and Wildlife Service, interviewing river runners and visitors to the upper river and exploring the upland hills to the West. I also visited and stayed in Kaktovik and at Beaufort Lagoon.

8.  In 1993, I took a two-week trip on the Colville River from the Awuna River, southern NPR-A, all the way to Bud Helmerick's place at the mouth of the river and into the Arctic Ocean.  Along the way, I also visited areas around Umiat, Ocean Point, and Nuiqsut.  I saw an abundance of wildlife, including caribou, fox, a wolf, many raptors nesting in the cliffs and other birds, small mammals, and bears.  At numerous points along the Colville, I took short hikes on the west and north side of the river.  The terrain was varied, with abrupt cliffs filled with raptors and other nesting birds, ground squirrels, and low hills bordering the river at different locations.  From the top of elevated vantage points, I could see out across the vast area to the West and North, including into the Northeast Planning Area.  The lakes and wildlife were plentiful.  The vegetation is diverse and interesting.  The bird life is profuse.

9.  At some points along the Colville, I could see signs of oil exploration and abandoned remains, including a destroyed aircraft from previous activities.  While I am not universally opposed to exploration and extraction of petroleum, the thought of such intrusions and their potential effects in biologically sensitive areas is alarming to me.

10.  In 1998, I spent the entire year in Barrow consulting for Ilisagvik College.  During that time, I traveled to Fairbanks and back over the NPR-A six or more times viewing the terrain and marveling at the geologic features and the vegetation in this broad and amazing region.  I saw caribou and Arctic fox occasionally in the region south and west of Barrow.  Polar bears came into the town and environs.  The bowhead whaling was a major feature of the community life.  My son-in-law, an avid birder, came from California especially to see the birds of this region and spent many hours viewing migratory waterfowl and other birds.  A major pleasure for me was the springtime influx of vast numbers of birds.  Nesting snowy owls dotted the tundra and many species of waterfowl enlivened the ponds around Barrow.

11. In 1999, I went on a weeklong paleontology dig with the University of Alaska Museum. We were at Ocean Point on the Colville River at the Big Bend downstream of the mouth of the Kikiakrorak River between Umiat and Nuiqsut, digging dinosaur remains and enjoying the beautiful Arctic scenery. During this week, I also saw much wildlife, including raptors, caribou, small mammals, and other birds. We then again traveled the Colville River by boat to Nuiqsut. This trip also involved a drive to and from Deadhorse with its views of the northern region and wildlife.

12. My experiences in the Arctic have been very rewarding. The Arctic in general, both in the U.S. and Canada, and sections of the Northeast NPR-A in particular, are very wild and biologically important places. I treasure this region personally and consider it truly a national treasure of very long-term value to the society. Expansion of oil exploration and leasing into the biologically sensitive areas will greatly diminish my opportunities for continued enjoyment of the area. More importantly, such development may have profound influence on the continued existence of bird and mammal species important to the survival of allied and interdependent species and other ecological genera. The opportunity to view such wildlife is an important component of my trips to the Arctic. Development in important wildlife habitat is troubling because it could be a serious contributor to the long-term reduction of an important national resource. I have lived and traveled throughout the Arctic and the Northeast NPR-A and I am also concerned about potential of wildlife and habitat reduction, because it threatens the livelihood and cultural survival of the Iñupiat, Gwich'in, and Nunamiut people, who depend on the wildlife that, in turn, depend on the habitat.

13. It has been over five years since I have been to the Northeast NPR-A, but I plan to head back as soon as possible. Specifically, I have fond memories of floating the Colville

**Exhibit 70, page 4 of 5**

River and plan to return to take in the wonderful wildlife and scenery again. Additionally, I hope to travel to Teshekpuk Lake with my family to enjoy the fantastic birding opportunities there. While I consider myself somewhat of an amateur birder, I find the activity very rewarding. Taking a trip to Teshekpuk Lake with my family – especially my son-in-law who is an extremely knowledgeable birder – is an opportunity I don't want to miss. Oil exploration and drilling in that area that results in a reduction in bird habitat would greatly diminish my opportunity to enjoy this wild place. Harm to such a biologically sensitive area is harmful to me, because I have enjoyed these wild places in the past, plan to continue to enjoy them in the future, and am concerned about the long-term biological implications to the Arctic ecosystem and our nation.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: July 27, 2005

By: _____
Merritt R. Helfferich