IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY,<br><br>    Plaintiffs,<br><br>    v.<br><br>GALE NORTON, Secretary of the Interior; HENRI BISSON, State Director, Bureau of Land Management; BUREAU OF LAND MANAGEMENT, and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>    Defendants. | Case No. J05-008 CV (JKS) |

**DECLARATION OF MARY HOGAN**

I, Mary Hogan, hereby declare as follows:

    1.  I am retired from working as a wildlife biologist in Alaska for 25 years. I live in Anchorage, Alaska.

    2.  I was employed by the U.S. Fish and Wildlife Service where I spent most of my career in management of migratory birds with two years of work in marine mammal management. Many facets of my work were closely connected with arctic Alaska.

    3.  From 1977 to 1985 I worked as a field biologist in the Special Studies Division of the U.S. Fish and Wildlife Service. Special Studies' projects were designed initially to collect baseline data in the National Petroleum Reserve-Alaska (NPR-A) and Prince William Sound. As

**Exhibit 71, page 1 of 6**

a biologist in Special Studies my original duties involved field research in Prince William Sound. However, in 1980 I was assigned to a project in the NPR-A.

4. In 1980, the field camp that I worked in was set up within the northeast corner of NPR-A, now known as the Northeast Planning Area. The field camp was situated between two lakes designated East Long Lake and West Long Lake (70'39'N152 '43 'W) approximately 26 km south of Camp Lonely. The objectives of the study were to record time and activity budgets for molting Pacific black brant and to assess the effect of aircraft on the behavior of brant. Time and activity budget data provide a mechanism to assign energetic costs to the daily life functions of birds. Observations were made from blinds erected on the west shore of East long Lake. Brant flocks were selected for observation from all flocks that were close enough to the observation blinds to allow the definition of individual brant behaviors. Each observation period lasted 1 minute. Incidental disturbances to molting flocks of brant were monitored to assess their significance on behavior. Aircraft were the most frequent cause of disturbance and prevented flightless brant from feeding 2.4% of the time. Subsequent work by other researchers confirmed the adverse effects of aircraft disturbance on the nutritional dynamics of molting brant.

5. Sometime between 1980 and 1982 (specific time uncertain) I worked on an interagency Habitat Management Planning Team (U.S. Fish and Wildlife Service, Alaska Department of Fish and Game, and Bureau of Land Management) that developed recommendations for NPR-A/Teshekpuk Lake Special Area (TLSA) habitats in need of special protections beyond the designated "special area." This resulted in the establishment of a core no-lease zone of more than 200,000 acres of wetland habitat north of the lake when the Reagan Administration opened an oil and gas lease sale in Northeast NPR-A in 1983.

**Exhibit 71, page 2 of 6**

6. From 1985-1988 I worked as the Alaska Assistant Migratory Bird Coordinator. In 1985, I worked in a field camp on the Colville River monitoring birds and banding tundra swans. In 1986, I worked on nest surveys of waterfowl on the Yukon-Kuskokwim Delta. I wrote two Pacific Flyway Management Plans for geese and wrote the Yukon Delta Goose Management Plan for four species of geese, including the Pacific black brant. A large proportion of molting geese in the Northeast Planning Area are from the Yukon-Kuskokwim Delta. As Assistant Migratory Bird Coordinator I coordinated with the Pacific Flyway – an organization comprised of the fish and wildlife agencies of the 11 western states, British Columbia, Alberta, and cooperators in Mexico. I provided regular updates on waterfowl species and the Teshekpuk Lake Special Area. In recent comments submitted to BLM in response to its draft environmental impact statement, the Pacific Flyway Council concluded that:

> The sensitive goose molting area should not be offered for leasing; it should not be open to construction of roads, pipelines, or other facilities; and seasonal human activity should be restricted, as necessary, to preserve the security of molting geese from disturbance and stress.

7. From 1988-1990 I was the Alaska Regional Sea Otter Coordinator for the Fish and Wildlife Service. I was the primary author for small takes rulemaking for marine mammals in the Chukchi Sea and met with oil company personnel in Prudhoe Bay and an offshore oilrig in the Beaufort Sea.

8. From 1991 until my retirement in 2001 I was the Migratory Bird Subsistence Coordinator in Alaska. My primary duty was to implement amendments to the Migratory Bird Treaty with Canada to allow subsistence hunting of migratory birds in the spring. The major goal, accomplished in 2001, was to organize a Co-management Council composed of Alaska Native organizations, the Fish and Wildlife Service and Alaska Department of Fish and Game that

would be involved in the management and regulation of spring subsistence hunting of birds. As in all work involving migratory birds, it was also essential to coordinate with the Flyways, sports hunters and conservation groups. Throughout this process I traveled extensively in Alaska conducting public meetings and workshops. I made several trips to Barrow and worked with the North Slope Borough Wildlife Department. Through this process it was again reinforced to me how the nesting and molting birds found in NPR-A are of interest and importance to the subsistence hunter, sports hunter and conservationist. For example, the Association of Village Council Presidents, a Native non-profit organization for Natives on the Yukon-Kuskokwim Delta, are closely scrutinizing and criticizing plans on NPR-A because opening leasing in brant molting habitat could lead to disturbance of brant that originate from nesting grounds on the Delta, and the birds and eggs are important subsistence foods for western Alaska villagers.

9. I am a member of the National Audubon Society and am a Board Member of Audubon Alaska, the state office. I am also a Board Member of the Alaska Center for the Environment. I provided comments in 2004 to the Bureau of Land Management on the draft Amended Environmental Impact Statement for the Northeast NPR-A.

10. I would like to return to the area where I worked in 1980 – the northeast section of the NPR-A. Watching flocks of molting geese was a dream job for me because I was always interested in studying behavior of birds. Being surrounded by great numbers of flightless birds is a unique experience. I know of no other place in the world that could compare. Equally memorable was the opportunity to be surrounded by the Teshekpuk Lake Caribou Herd. From my blind I could watch them pass, as they had to walk the narrow ground between lakes. One day a caribou calf stuck its nose around the burlap bag that made up the door to my blind and we both went straight up in the air. One evening I left the blind to walk back to camp after a fog had

rolled in. I walked into the midst of a ghostly caribou herd before I even knew they were there. This area is full of memories of an experience that I would like to have again. Oil development in this area would completely ruin the experience for me.

11. I have let my former colleagues at the Fish and Wildlife Service know that I am available for volunteer work on any projects conducted in the NPR-A. In particular, I would like to return to the Northeast Planning Area. Should the opportunity arise, and the timing work, I plan to sign up as a volunteer on Fish and Wildlife Service projects in that area. Volunteering is an opportunity available to Service retirees, as well as others, and in the past I have been offered volunteer work in Prince William Sound and the Aleutians. My husband and I have also collected information on river trips in the Arctic National Wildlife Refuge and plan a trip somewhere in the arctic upon his retirement.

12. Because of my career in migratory bird management, I continue to be interested in and deeply concerned for migratory bird populations. Because of my work with subsistence hunters, I am keenly aware of how important migratory birds are to the traditional way of life of many Alaska villages. My work with the Pacific Flyway showed me the intense interest that state wildlife agencies and sports hunters share over migratory bird populations. The conservation groups I work with reveal the concern many citizens have over development in wildlife habitats. After years of work to manage migratory birds for the sustainable use of many groups, I fear that development within the NPR-A Planning Area could jeopardize all the management efforts to sustain viable population levels of birds, particularly the Pacific black brant. During the sensitive time of molt, the flightless geese are highly vulnerable to disturbance by people and aircraft. If they are displaced from what is now a very remote area, with relatively few predators

and abundant high-quality forage, goose populations are likely to decline. Such a result would make me feel like much of my career was spent in vain.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: June 7, 2005                    By: _____
                                           Mary Hogan