IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY,<br><br>        Plaintiffs,<br><br>        v.<br><br>GALE NORTON, Secretary of the Interior; HENRI BISSON, State Director, Bureau of Land Management; ROWAN GOULD, Regional Director, United States Fish and Wildlife Service; BUREAU OF LAND MANAGEMENT, UNITED STATES FISH AND WILDLIFE SERVICE, and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>        Defendants. | Case No. 1:05-cv-00008-JKS |

## DECLARATION OF RACHEL JAMES

I, Rachel James, declare as follows:

1.    My mailing address is P.O. Box 595, Girdwood, Alaska 99587. I was born and raised in Southcentral Alaska, and have been an Alaskan resident for 25 years. Currently I am employed by the Alaska Conservation Foundation as the Alaska Coalition BLM Wildlands Coordinator.

2.    I am currently a member of The Wilderness Society and I have been a member since 2004.

3. I graduated from the University of Montana School of Forestry with a bachelor of science in Natural Resource Conservation and a minor in Wilderness Studies.

4. I have been involved in Arctic issues professionally since 2003. During this time, I have invested significant time participating in the public processes involving the National Petroleum Reserve-Alaska (Reserve), including the Plan Amendment process for the Northeast Planning Area. In October 2003 and June 2004, I testified at the Scoping Hearing and the hearing on the draft Environmental Impact Statement (EIS) for the Northeast Plan Amendment, respectively. In August 2004, I also attended the ANILCA 810 hearings in Atqasuk and Nuiqsut. In addition, I have attended several meetings related to oil and gas activities in the Northeast Planning Area: the Department of Transportation Roundtable Discussion on the proposed Colville River Road (Nuiqsut, June 26-27, 2003); BLM Subsistence Advisory Panel Meeting (June 2004 and March 2006); North Slope Borough Planning Commission Special Public Meeting in which the planning commission was evaluating a permit for ConocoPhillips (June 3, 2004). I also testified in Anchorage on February 23, 2004, on the draft Alpine Satellite Development Plan. Finally, I have attended numerous BLM Resource Advisory Council and North Slope Science Initiative meetings in the past three years in which there were discussions related to the Northeast Reserve.

5. I have visited the Reserve on several occasions since 2003. Majority of these trips were to Barrow and Nuiqsut. When traveling to and from these communities, however, I also had wonderful opportunities to fly over the Northeast Planning Area. There, I was struck by the beauty of the numerous lakes and other waterbodies that I saw from the air. On two of these flights, the weather was good and clear, and I was able to discern the Teshekpuk Lake, and the Ikpikpuk and Kogru Rivers.

6. Once, on a visit to Nuiqsut, I walked down to the boat dock northeast of town. I observed air traffic overhead as I walked by the river, but once I was down by the channel, all was quiet. I watched as the sun melted the ice into the thawing Colville River. Birds flew around me, cruising overhead. I was struck at how short, but vibrant, the summers are in the Arctic. The water in the channel could have originated as far away as the Utukok Uplands, some 200 miles to the west. The channel was alive with activity, and I felt like I understood what it meant when people talk about the rivers as the lifeblood. While in Nuiqsut, I also enjoyed running for exercise on the road northwest out of town. While on the run, I saw tundra birds and flowers, and enjoyed the fresh air and expansive skyline. It was a great feeling to be alone and made me want to explore further, beyond the road, over the tundra towards the Arctic Ocean.

7. In 2004, I visited Atqasuk within the Northwest Planning Area of the Reserve. I took some time late in the evening to hike across the tundra, jumping over deep, narrow channels of water, and exploring the country around the community of Atqasuk next to the Meade River. I munched on some akpik berries, which were perfectly ripe, and I was able to see fish swimming in the deep, clear creeks. It was a great hike, and I found myself staying out for hours enjoying the unusually clear water and air, and colors of the arctic light past midnight, the quiet glow of the tundra at night in summer.

8. Long wilderness sojourns have been an integral part of my life since I was 16 years old. I have participated in seven lengthy expeditions, between a month and 55 days each, and numerous week-long trips since 1997. The expeditions took me to the remote wilderness of the Alaska Range, Wrangell Mountains, and Chugach Range in Alaska, as well as the Coastal Mountains of the Yukon Territory, and the southern tip of South America in the mountains and glaciers of Tierra del Fuego, Chile. Traveling and climbing in wilderness is integral to who I am

as a person, and I will continue participating in long expeditions to remote places for decades to come.

9. One trip took place above the Arctic Circle. It was a multi-day backpacking trip in 1998, when I ventured east off the Dalton Highway near Atigun Pass. Though the landscape was much more mountainous, I found the tundra and thriving high-latitude ecosystem to be one of the most enjoyable environments to visit.

10. The brief but beautiful experiences I have had in the Arctic have left me longing to return to explore more of the region, meet more Inupiat people that have lived off the land for thousands of years. I am amazed at the lands, waters, wildlife and people that thrive in the Western Arctic!

11. I intend to return to visit the lands and freshwaters within the Arctic, and in particular, the Northeast Reserve in the future. I would like to see more of the Teshekpuk Lake region on foot and by boat. I understand that there may be a canoe route that can be completed along the lagoons of the northern coast. I may return to explore the Planning Area by boat. I am also interested in exploring the drier lands up the Colville River from Umiat. I enjoy hiking and traveling in remote corners of the world where the landscape and its components, which includes indigenous people, still thrives as a natural system, without the heavy hand of the outside world. I would some day like to explore the foothills on the north side of the Brooks Range that drain into the Colville. Based on the experiences I have had in the Arctic, what I have learned through talking to scientists, Inupiat residents, and from policy-makers, I firmly believe that oil and gas exploration and production should not be allowed to trump the thriving ecosystem in the ecologically sensitive and critical subsistence use areas of the Arctic. I deeply feel that the

placement of industrial infrastructure in sensitive areas would irrevocably harm the greater system of life.

12. The Preferred Alternative adopted in the final EIS and the Record of Decision opens every square inch of the Northeast Planning Area, including the Teshekpuk Lake Special Area, to oil and gas development. If oil and gas activities were to expand in this sensitive region, my interests there would be irrevocably harmed and my desire to return there in the future would be dramatically reduced. I want to travel back to the region because of the opportunity to see and experience an intact and thriving ecosystem, where humans are hunting, birds and caribou migrating, and bugs swarming with very little modern influence of roads or industrial activity. If production pads, roads, and pipelines were to dot the Northeast corner of the Reserve, I would choose to visit another part of the Arctic.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: May 8, 2006            By: /s/ Rachel James
                                  Rachel James