IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>GALE NORTON, Secretary of the Interior; HENRI BISSON, State Director, Bureau of Land Management; BUREAU OF LAND MANAGEMENT, and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:05-cv-00008-JKS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF JACK LENTFER**

I, Jack Lentfer, hereby declare as follows:

1. I am retired from working as a wildlife biologist in Alaska for over 46 years. I live in Homer, Alaska.

2. I was formerly employed by the Alaska Department of Fish and Game where I assisted with caribou research and management activities on Alaska's North Slope in 1964 and 1965. This included work in the Northeast Planning Area of the National Petroleum Reserve-Alaska (NPR-A). Following this, I directed the State of Alaska's polar bear research and management program. I was the state management biologist for the North Slope of Alaska,

including the Arctic National Wildlife Refuge and NPR-A, as well as state-owned lands in between.

3.   In October 1964 I stayed at Helmericks' camp on the Colville delta and flew with local pilot and guide Harmon "Bud" Helmericks surveying for polar bears, caribou, and wolves between Smith Bay and Prudhoe Bay and from the coast 30 to 40 miles inland.  About half of the survey work was in the Northeast Planning Area of NPR-A.  I also assisted Mr. Helmericks tend his fishing nets set under the Colville River ice.

4.   From 1969 to 1972, I was the Alaska Department of Fish and Game's Area Biologist located in Barrow, Alaska, and during that time in connection with my research on polar bears and other duties, and in subsequent years until 1977, I made numerous trips as a state and federal employee into NPR-A, including into the Northeast Planning Area between the Colville River delta on the east, Ikpikpuk River on the west, and south to Umiat.  Travel was by fixed wing aircraft, helicopter, and snow machine to obtain data primarily on polar bears, but also on caribou, wolves, marine mammals, and other wildlife.  Many of these trips were in March and April, when polar bears were emerging from their winter dens.  Places I landed included the Colville delta, Nuiqsut, Umiat, and locations where it appeared polar bears may have denned.

5.   When I lived in Barrow I hunted caribou throughout the year in NPR-A.  This included winter trips by snow machine about 100 miles to the south where we camped and then hunted during the very short periods of noon-time twilight.  Other activities included camping with family and friends at fish camps south of Barrow and traveling by snow machine or boat and camping along the coast of NPR-A.

6. Beginning in 1972, I was in charge of polar bear research and management for the U.S. Fish and Wildlife Service. I was also a member of the United States delegation that negotiated the International Agreement on Conservation of Polar Bears, a former member of the State of Alaska Board of Game, and a Scientific Advisor and then a Commissioner of the U.S. Marine Mammal Commission.

7. In 1982, I traveled and camped between Wainwright and Point Lay searching for polar bear dens to film bears emerging from dens after winter hibernations.

8. I am currently a member of the National Audubon Society, Sierra Club, Natural Resources Defense Council, and Alaska Wilderness League. Since the mid-1980s, I have also been a regular member of The Wilderness Society.

9. I last visited the NPR-A in 1995, when my wife and I flew into the upper Utukok River north of the No Luck Lake area and spent about ten days enjoying the wilderness, and watching caribou, birds and other wildlife. I had previously done caribou research work in this general area in the mid-1960s. During our ten days there, we did not see anyone else or hear a single plane, and that quiet was part of what I enjoy and look for in a wilderness experience.

10. In the summer of 1999, my wife and I drove the Dalton Highway north along the Trans-Alaska Pipeline to the Prudhoe Bay oil fields, periodically taking hikes off the road to view wildlife, including caribou, musk ox, and birds.

11. On a more recent Arctic trip, in the spring of 2003, my wife and I camped on the Aichilik River in the Arctic National Wildlife Refuge.

12. My wife and I had planned to go up to the NPR-A in 2001, but we decided to postpone that trip until after the 2003 trip to the Arctic Refuge. The Refuge is becoming so popular, we wanted to prioritize a visit there before it became even more heavily used, or

possibly opened to oil development. That trip ended up pushing back our plans to get up into the NPR-A. The trips we have in mind for 2007 and in the future are to areas near the headwaters of the Colville and Utukok Rivers when caribou are calving there in the spring, and to travel up the Kuk River out of Wainwright, camping with local residents. I very much look forward to revisiting the places, including those within the Northeast Planning Area, where I worked over the years as a state and federal wildlife researcher, to view wildlife and birds, and to experience the peace and quiet of these areas. As long as I am able, I hope to keep going back to NPR-A, as well as to other wild areas on the North Slope, for recreational and scientific purposes.

13.     Because I enjoy the quiet, solitude, and wildlife that are part of a true wilderness experience, the presence of oil and gas operations in the NPR-A planning area will detract from wilderness character of the area and thus mean I will not visit there for recreational purposes. I also prefer the wilderness character of many places in the NPR-A because they have not received the publicity and therefore the number of visitors that go to other locations such as the Arctic National Wildlife Refuge.

14.     Because of my long history of involvement with polar bear research, I retain a scientific interest in the behavior and protection of polar bears. In my judgment, oil and gas development that could occur within the NPR-A planning area might adversely affect polar bears, such as by deterring them from denning or foraging in areas that might otherwise be suitable habitat. Industrial activities such as aircraft traffic, seismic testing, construction, drilling and related activities could also increase bear-people encounters. Such encounters might result in injury or death of bears, selection of unsuitable denning sites, or more subtle changes in their behavior that could lead to long-term population declines. Any offshore oil spilled or onshore oil spilled that entered into salt water areas could be detrimental to polar bears and to seals, their

main food, especially in open water leads used by polar bears and because there is no known method of effectively cleaning up oil spilled in broken ice conditions. Industrial development could also increase environmental contaminants, already at high levels in the Arctic marine ecosystem.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Dated: 6-9-05                By: _____
                                  Jack Lentfer