IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY,<br><br>        Plaintiffs,<br><br>        v.<br><br>GALE NORTON, Secretary of the Interior; HENRI BISSON, State Director, Bureau of Land Management; ROWAN GOULD, Regional Director, United States Fish and Wildlife Service; BUREAU OF LAND MANAGEMENT, UNITED STATES FISH AND WILDLIFE SERVICE, and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:05-cv-00008-JKS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF DEBBIE S. MILLER

I, Debbie S. Miller hereby declare as follows:

1. I currently reside at 1446 Hans Way, Fairbanks, AK 99709.

2. My husband and I moved to Alaska in 1975, leaving the congested California freeways behind us. Lured by the great wilderness, we found teaching jobs and ended up making northern Alaska our home.

3. I am currently a member of the Alaska Wilderness League (AWL), National Audubon Society, and the Northern Alaska Environmental Center.

4. I am a founding board member of the AWL and currently serve on its Board of Directors. I have watched the AWL grow from a couple of staff members, a small office and a few dozen members, to one of the leading organizations and voices for Alaska on Capitol Hill. AWL is the only national environmental organization that focuses solely on Alaska conservation issues. AWL has become the leader on Alaska lands issues from its legislative and grassroots work, to public education about the extraordinary wilderness and wildlife values of places ranging from the Arctic to the Tongass National Forest.

5. I first became aware of Alaska's Arctic when I moved to Arctic Village in 1975. I worked there as a teacher of 5th through 8th grade students. During the summer months, I traveled extensively though the Brooks Range and the Arctic Refuge on wilderness backcountry trips. I also explored the Arctic during the school year, traveling by boat, hiking, skiing and by snow machine. In short, I fell in love with the Arctic region of Alaska within a few weeks of arriving in the state.

6. My husband, Dennis, and I lived in Arctic Village and in a nearby cabin that we built for about five years. Each year we explored different areas in the Arctic. In the early 1980s, Dennis acquired his private and commercial pilot's license, which allowed us to fly to many remote areas. As a wildlife survey pilot, Dennis has monitored the Porcupine, Central, Teshekpuk, and Western Arctic caribou herds for many years, flying tens of thousands of wildlife survey hours in the Arctic. On many occasions, our family has camped in areas where he has been based for the summers for this survey work.

7. My family has been making trips into the Arctic Refuge nearly every summer for the past 30 years. Many of the wilderness adventure trips we took between 1975 and 1987 are described in my first book, <u>Midnight Wilderness: Journeys in Alaska's Arctic National Wildlife</u>

Refuge, (Sierra Club Books, 1990). This book also describes research that I did in the Prudhoe Bay oil fields, where I personally witnessed the impacts of a major industrial complex in the Arctic.

      8. In the early 1980s, I accompanied former Arctic Refuge manager Ave Thayer to conduct a wilderness assessment of the Arctic Refuge coastal plain. During this same period, I also traveled into the National Petroleum Reserve-Alaska (Reserve) and camped along the upper Utukok River. Here I saw the highest concentration of grizzly bears that I've ever seen anywhere on the North Slope. I recall one morning seeing three separate groups of females with their cubs. The Utukok Uplands, just south of the Northwest planning area of the Reserve, also includes the calving grounds of the Western Arctic herd, Alaska's largest caribou herd. During my stay on the Utukok we saw many signs of caribou, grizzly, moose, and wolves, as well as a diversity of migratory birds, all of which range across the Northwest and Northeast planning areas.

      9. In the 1990s, I traveled to Barrow to research a children's book about polar bears. A Polar Bear Journey (Little, Brown, 1997) describes the life cycle of polar bears that live within the Beaufort Sea population. Exploring the Arctic coast and sea ice opened my eyes to the world of these magnificent bears. I was lucky enough to view a mother polar bear and her two cubs, several miles off the coast from Barrow. I also saw many signs of bears along the coast within the Northwest planning area. While in Barrow, I stayed with and was educated by Craig George, who has been a wildlife biologist in Barrow for over twenty years.

      10. Through my research on polar bears I have learned that they are extremely vulnerable to oil spills and industrial development. In one case near Prudhoe Bay, a polar bear ingested a can of anti-freeze, suffered, and died. In another case, a denning mother polar bear in

the Arctic Refuge was disturbed by a seismic cat train and abandoned her cubs. Polar bears have also been known to feed at the Prudhoe Bay landfill, and they've been shot in defense of life and property in the industrial zone. Research has shown that polar bears die a painful death if they are exposed to an oil spill. The bears immediately groom themselves to get rid of the oil and the toxicity kills them.

      11. In April of 2001, I spent a week in Nuiqsut doing research on an in-depth article for the Amicus Journal about the impacts of oil development on this Inupiat community of roughly 500 residents. Nuiqsut is located on the fringe of the North Slope oil fields and in the course of preparing my article I found that this village has experienced a tremendous amount of disruption from oil field activities, including an increase of outside workers, traffic, pollution, and reduced subsistence opportunities. My article from the Summer 2001 issue can be accessed at http://www.nrdc.org/amicus/01sum/arctic.asp

      12. During the course of my stay at Nuiqsut I interviewed numerous residents who shared strong views on the importance of their subsistence lifestyle and a profound connection to their homeland. Many residents were troubled by the fact that oil field activity has encroached upon their community. Hunters reported having to travel farther to gain access to caribou. Some elders no longer eat a specific species of burbot because they fear the fish are contaminated by toxics that have leaked into the Colville River from an old exploration site. Many residents expressed worry that their community could eventually be surrounded by oil fields.

      13. To the west of Nuiqsut is an expansive wilderness of pond-specked tundra that supports an incredible diversity of life, particularly with the arrival of breeding shorebirds, waterfowl and songbirds. This vast Reserve, including the wetland complex surrounding the

Teshekpuk Lake, offers critical habitat for birds such as spectacled and Steller's eiders, yellow-billed loons, and significant population molting brant. As an avid birder, I have just completed a book project about many of the birds that migrate to the Arctic from five different continents. Their life histories are incredible! This forthcoming book <u>Arctic Wings</u> (Mountaineers Books, 2006) will provide great insights for those wishing to have a greater appreciation of birds that visit the Arctic and depend on the Reserve's wetlands.

14. I plan to continue traveling throughout the Arctic as I have done for years, including the Northwest and Northeast planning areas. Especially, I would like to return to Barrow and other areas within the Reserve that offer outstanding opportunities to observe polar bears, bowhead whales, and other wildlife. I would also like to go back to the Reserve, including the Northeast Planning Area, to explore areas that offer high-density breeding and molting habitat for birds such as the yellow-billed loon, spectacled and Steller's eiders, and the buff-breasted sandpiper. The purpose of my future visits is to continue my research on the Arctic wildlife and landscape that provide the factual and inspirational basis for my writing.

15. I personally have encountered pollution from oil development on the North Slope. At Prudhoe Bay, you can smell the odor of diesel, see garbage that has blown across the tundra, and find oil drums and other discarded parts of equipment along streambeds and abandoned camps or pads. While the oil industry makes an effort to clean up, the nature of development is so widespread that it is impossible to maintain a pristine environment. There are more than 400 toxic spills per year in the North Slope oil fields. My Nuiqsut article in <u>Amicus Journal</u> and my chapter "A Week at Prudhoe Bay," in <u>Midnight Wilderness</u>, document these impacts in detail.

16. I've chosen to make my living as an author, who loves writing about Alaska's extraordinary wilderness, wildlife, and natural history. This has been my professional niche for

more than 20 years. Beginning in 1991, I decided to focus on children's literature through the writing of creative nonfiction nature books. Since that time I've authored ten children's books about Alaska's wildlife and environments. I've discovered that children throughout our nation love learning about the natural world, and they are awestruck by the beauty and wonders of Alaska.

17. My most recent children's book highlights some of the largest natural features of Alaska. In addition to Denali ("highest mountain") and other big features, the book describes some of the vast wetlands and tundra areas of Alaska. Big Alaska (Walker& Co., 2006) introduces children to the great diversity Alaska's habitats, including examples of wetlands that serve as a birthplace for millions of nesting birds.

18. I have been self-employed as a writer since 1986 and Alaska's wilderness and wildlife have been the foundation for all of my writing since that time. Well over 100,000 of my Alaska books have been distributed to libraries, bookstores, schools and to countless children. Without the experiential component in Alaska's wild places, none of my books would have been written.

19. I fear that piece by piece, lease by lease, and plan by plan, the Reserve is getting carved up for future oil exploration and development. I fear that the whole Arctic Region from the Canning River to the western boundary of the Reserve could one day turn into a fragmented landscape, a checkerboard of scattered drilling pads and interlocking pipelines consuming the Arctic landscape. Gone will be the wilderness and vast tracts of wild habitat for a multitude of species. The industrialization of the western Arctic, including the Northeast planning area, will permanently harm me because it will remove this area from my use as a source of inspiration and wild subjects. As a birder, I will also be harmed by any activity around the Teshekpuk Lake and

other areas within the Reserve that provide important nesting, rearing, and feeding habitats for Arctic birds.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 4, 2006                    By: *Debbie S. Miller*
                                          Debbie S. Miller