IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY,<br><br>      Plaintiffs,<br><br>      v.<br><br>GALE NORTON, Secretary of the Interior; HENRI BISSON, State Director, Bureau of Land Management; ROWAN GOULD, Regional Director, United States Fish and Wildlife Service; BUREAU OF LAND MANAGEMENT, UNITED STATES FISH AND WILDLIFE SERVICE, and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>      Defendants. | Case No. 1:05-cv-00008-JKS |

## DECLARATION OF PAMELA A. MILLER

I, Pamela A. Miller, hereby declare as follows:

1. I live in Fairbanks, Alaska. My mailing address is P.O. Box 82803, Fairbanks, Alaska 99708.

2. I have a B.S in Wildlife Biology from The Evergreen State College, Olympia, Washington (1977) and a M.S. in Journalism from the University of Oregon, Eugene, Oregon (1991) where I was honored Kappa Tau Alpha.

3.   I was drawn to Alaska over two decades ago by the opportunity to study birds and intact, natural ecosystems. There is nothing more exciting for a field biologist, especially after having studied polluted habitats in Puget Sound and witnessing the ever-diminishing remnants of waterfowl and other bird habitats throughout these watersheds.

4.   My serious interest in birds and their habitats began in a field biology program in college, although I have always been interested in nature and its conservation. I also studied water quality of lakes and conducted field studies that revealed high levels of PCBs and other contaminants in the urbanized inlets of Puget Sound. I was a professional wildlife biologist from 1977 to 1988 on wildlife habitat and population studies. In Olympia, Washington, I worked on a bird habitat study at the Nisqually National Wildlife Refuge for The Evergreen State College. The next two years I conducted a floodplain mapping and bird study of the Snohomish River floodplain in my first position with the U.S. Fish and Wildlife Service.

5.   I first visited Alaska in 1978 for bird watching and hiking and my professional work in Alaska began in 1981 as a fishery biologist in Denali National Park and Preserve. In 1982, I was lured further north to work as a biologist for the Fish and Wildlife Service on the staff of the Arctic National Wildlife Refuge. This was the opportunity of a lifetime -- to study the nesting habitats of the sandpipers, loons, and ducks I had known from the lower 48 wintering grounds. From 1982 to 1985, I studied tundra bird habitat use on the coastal plain in the summers and for two winters was an environmental monitor for seismic exploration which took place in the Arctic Refuge. From 1985 to 1988, I worked for the Northern Alaska Ecological Services office where I reviewed the impacts of oil development projects in Prudhoe Bay and the Beaufort Sea, conducted bird contaminant studies on the North Slope and spent a summer in the Colville River delta as a field camp leader for a tundra bird study. I worked the summer of 1985

on waterfowl disturbance studies at the Lisburne oil field on the North Slope for Alaska Biological Research on contract to Arco Alaska, Inc.

6. After leaving the Fish and Wildlife Service, I worked in Washington, DC for the Alaska Coalition and was Alaska Representative for the National Wildlife Federation following the Exxon Valdez oil spill in 1989. After completing graduate school, I returned to Alaska in 1991 as Assistant Regional Director of The Wilderness Society until I moved again to Washington, DC to serve as Alaska Program Director from 1994 to 1995. During this time I took a number of trips to the Arctic National Wildlife Refuge, the Beaufort Sea, and Prudhoe Bay.

7. Since 1996, I have owned Arctic Connections, a small business in Anchorage, and operated it as a full-time consultancy through December 2005 and on a part-time basis since then. My environmental consulting and guiding business focuses on the Arctic wilderness and the environmental impacts of oil and gas exploration and development. I also do some guiding to introduce people unfamiliar with the Arctic to its wild places and to contrast this with the industrialization of the oil fields. I also enjoy being outdoors for my own recreation, and particularly enjoy the beauty, wildness, quiet and rich wildlife of the Arctic whenever I am able to travel there.

8. I have worked as Arctic Coordinator at the Northern Alaska Environmental Center since January 2006. My job includes activities to protect the coastal plain of the Arctic National Wildlife Refuge and the wild lands in the National Petroleum Reserve-Alaska (Reserve), including communicating to the public, media, federal and state agencies, and our members the wild values we support and strategies they might employ to protect or to manage for these values. I took this job because I wanted to use my scientific, technical, and extensive

first-hand knowledge of the Reserve gained from trips to the area and from extensive, long-term research to educate more people in protecting these wild lands of the Arctic.

9. I am a current member of the National Audubon Society and have been a member most of the time since at least 1988. I am also a current member of the Alaska Wilderness League (since 1996), the Natural Resources Defense Council (since 1991), the Northern Alaska Environmental Center (since 1991), the Sierra Club (since 1988), and The Wilderness Society (since 1991).

10. I have a long-standing professional, scientific and recreational interest in the Reserve and its resources and have visited the area many times.

11. I first traveled to Ocean Point in the Northeast Planning Area of the Reserve by boat up the navigable waters of the Colville River from a bird study camp on the delta on July 26, 1986. I recorded notes of this trip in a scientific field journal and species accounts that I was in the practice of keeping for my wildlife biology profession. About 3.5 miles upstream from Ocean Point, I saw a molting adult Canada goose swimming near the west shore. In the six miles stretch of the spectacular river bluffs staring about one mile upstream from Ocean Point, I saw three pairs of peregrine falcons that mobbed us. In one peregrine nest there were four downy white young. Another pair defended a site along a stream outlet, high on a cliff face. I watched a peregrine falcon chase a parasitic jaeger. I also noted two pairs of nesting rough-legged hawks. From atop the cliffs, within the Northeast Planning Area, I could see two young beginning to get feathers in a nest formed of a few sticks, on a platform nestled among grasses on the apex of an eroded bank. Another hawk nest was primarily sticks, also among a clump of grass. Along the tops of the river bluffs there was moist tundra with lots of Indian paintbrush.

12. About five miles downstream from Ocean Point I saw a ringed seal swimming in the Colville River and the lush riparian zone of the river with many birds. We stopped in the village of Nuiqsut on the way back. I presented my photographs from this trip in a slide show to the Alaska Bird Club in Fairbanks during the late 1980's as well as in more recent presentations about the area to the Anchorage Audubon Society. I made copies of some photographs available for use by the Alaska Wilderness League, National Audubon Society, Northern Alaska Environmental Center, and Sierra Club for slide shows and these continue to be used to the present.

13. I next visited the Reserve on August 10-12, 1998, as a volunteer with Dr. Jon Bart of the U.S. Geological Survey, Biological Research Division, who was conducting initial work for a study of shorebird habitats in this area. We traveled by Zodiak boat from a field camp in the Colville River delta along the coast of Harrison Bay to the west of Fish Creek, then back and up Fish Creek about 12 miles. I recorded information about birds, vegetation, and habitats on study plots selected by Dr. Bart in notes I provided to him. In the salt marshes and lakes along Harrison Bay I noted about 2,000 brant and greater white-fronted geese and flocks of northern pintails, long-billed dowitchers, red phalaropes, Lapland longspurs, semipalmated sandpipers, parasitic jaegers, yellow-billed loons, and glaucous gulls. There were lots of goose tracks and scat in the mud and some recent caribou trails. On August 11, I observed many bird species in tundra habitats near Fish Creek including pectoral sandpipers, greater white-fronted geese, lesser golden plover, willow ptarmigan, parasitic jaegers, northern pintail, long-billed dowitcher, red-throated loon, glaucous gull, redpolls, arctic terns, long-tailed jaeger, and fox dens. I observed three Pacific loons in a large lake acting defensive and a female spectacled eider with young. I saw a tundra swan swimming in Fish Creek; the setting was very beautiful. The dunes along the

OK—

creek are very impressive and there are extensive, tall willows growing in riparian thickets. On August 12, 1998, I noted flocks of hundreds of geese in the lakes and salt marshes at the Fish Creek delta, including Canada geese, brant, greater white-fronted geese, Pacific loon, glaucous gulls, yellow-billed loon, lesser golden plovers, dunlin, semipalmated sandpipers, and Lapland longspurs. Along the south edge of a large lake more than a mile inland, there was a driftwood line from a storm surge and areas of polygon tundra rims and ridges that seemed to have been killed by saltwater inundation. I traveled on the Colville River by boat to the village of Nuiqsut from which I departed to Prudhoe Bay.

      14.      I also took photographs on the trip of the salt marshes where the geese were feeding and along Fish Creek which I presented at an educational meeting of the Anchorage Audubon Society. I later wrote of my experiences for the newsletter of the Alaska Wilderness League.

      15.      I had several purposes for the trip. I wanted to explore new areas of the arctic, and to experience the sound of the loons and other waterfowl on the Colville delta again because of it holds a special place in my heart. I also wanted to see that area once again before it was completely overrun with pipelines and other facilities for oil development. The trip also was an investment in my business as I wanted to enrich my understanding of the Arctic ecosystems by seeing other lands within the Reserve in order to enhance my professional expertise of the arctic and to write articles about the changes transforming this wild landscape. I also wanted to see first hand some of the places that could be harmed by oil development in the Northeast Planning Area.

      16.      In 1999, I obtained a five-year recreation guide permit from the Bureau of Land Management (BLM) in order to bring small groups of people to learn about the natural

landscapes of the Northeast Reserve along the Colville River and in the inland wetlands as far south as Umiat, and along the coast and wetlands of the Teshekpuk Lake Special Area both north and south of the lake.

17.     I guided a trip to the Northeast Planning Area in 2000, and had planned trips in other years but participants had to cancel for a variety of reasons.  Because of my new position at the Northern Alaska Environmental Center, I have not renewed my guiding permit this year but I plan to visit wildlands in the Reserve again this year, although it is possible that due to financial constraints I may only visit areas in the Northwest and South Planning areas of the Reserve.  In future years, I plan to bring groups to the area as long as the habitats are intact and not fragmented by oil industry related facilities.

18.     On July 31, 2000, my group traveled to Nuiqsut and then visited the Colville River just north of Ocean Point, where we photographed and hiked in the wetlands and around lakes located along a bench on the west side of the river.  Looking south, the land seemed to go on forever.  The area was ablaze with flowers such as lupine, bistort, yellow saxifrage, and valerian.  Red-throated loons flew from large lakes containing rich, red Arctic Pendant grass and rimmed with heather, moss and bearberry.  We walked along the dry rims of polygons, saw many ptarmigan and parasitic jaegers, watched a large, bull caribou with impressive antlers skirt the lake's edge.  The caribou moved gracefully, fitting this pristine setting where you could see many miles of open tundra in the Reserve and in all directions there were ponds, lakes, wetlands, and fields of flowers.  The tapestry of the tundra reminded me of the first time I had traveled up the Colville River back in 1986.

19.     On August 1, 2000, we flew from Nuiqsut to do aerial photography and appreciate the vast wetland landscapes of Teshekpuk Lake, the Ikpikpuk River, and other areas.

Some of my photographs from this trip were used on the web sites and in slide shows of the Northern Alaska Environmental Center and the Natural Resources Defense Council. We travelled outside the edge of the Teshekpuk Lake goose molting and caribou areas, flying at roughly 4500' above ground level. One could appreciate the vast size of Teshekpuk Lake and why it was named "the largest lake of all." We also got a good perspective of the long lakes used by the geese during molting. Along the northern coast we flew over the Beaufort Sea. The pilot pointed out an old staging area used for dry hole, Mukluk, back in the 1980s and there was still old junk there from that time, in stark contrast to the pristine Teshekpuk wetlands and lakes. We flew south bordering the Ikpikpuk River where you could see many subsistence cabins in the distance. Along the southern side of Teshekpuk Lake, we were disappointed to see grids of seismic trails imprinted into the tundra. After flying for a few hours, we flew to the Inigok area where we landed in the wheeled plane at an old exploratory site (we had planned to travel by float plane to camp at a more remote site but it was unavailable so our pilot suggested this location). After setting up a camp, we went for a walk around the big lake to the north. We saw a gyrfalcon roosting on the eroding lake bank, many long-tailed jaegers, willow ptarmigan, water pipits, and lesser golden plover. In the lake, the sun cast reflective lines on the sandy bottom where lots of snail shells cast about. The cries of Pacific loons carried across the open tundra; I watched three pairs. The landscape was intriguing, with hilly cotton grass ridges separating big lakes with steep sandy banks. After midnight, I saw a female caribou with her calf walking across the tundra, and heard the calling of a yellow-billed loon in a lake to the south. The beautiful evening glowing with yellow low-angle light contrasted with the old exploratory junk, including a runway and road to the well site which was only sparsely vegetated with grass even though decades had elapsed. There were still old concrete, steel parts, and Styrofoam in the

reserve pit, and at the well site the well cellar was filled with water where two dead birds floated (one of the visitors said "I won't want to remember this, its not natural," and walked away in disgust). I enjoyed the arctic light, the plaintive loons, hovering jaegers, flowers, and the minute details of God's creation. However, the old exploratory junk, an automated FAA weather building, fuel bladders for helicopters, and the scars on the land detracted from a wilderness experience we had hoped to have. I would not return with clients to this particular spot, especially now that it is a major staging area for new exploration.

20. On August 2, 2000, we were picked up by the plane and flew at a birds' eye perspective over 2500' above the ground, with a route south to see the hilly terrain of the Colville River, then we flew downstream to Nuiqsut and about a half-mile east of the river for great perspective on the cliffs, the floodplain, and watershed of this largest river on the North Slope. The carved edge of the earth rises hundreds of feet from the clear river channels and you could appreciate how big the river was and the beauty of wild, open country.

21. In July 10, 2001, I participated in a tour of Alpine with the National Research Council as part of their study on cumulative environmental effects of oil and gas activities on Alaska's North Slope. From the flight, I enjoyed briefly seeing the vast wetlands and other natural landscapes of the Northeast Planning Area extending west of the Nigliq channel.

22. On August 30, 2002, I flew over the Northeast Planning Area and brought two friends to view the area from Nuiqsut to Teshekpuk Lake. During this overflight, I took photographs of the extensive wetlands which have been used for public education by the Northern Alaska Environmental Center. Old ice roads, rolligon trails, and seismic lines were quite visible. I learned a lot about this region of the Reserve from my friends. Due to logistics, we were unable to camp in the Reserve during this trip. Instead, I spent the first evening in the

village of Nuiqsut, from where I could see the lights of Alpine facilities. Also visible from town were about twenty flares rising from Kuparuk and other fields, and I could feel the negative impacts from the surrounding oil development on this town.

23.     The next day, I traveled with friends by boat from Nuiqsut to the historic site, Nannie Woods camp, near the mouth of the Nigliq (western Colville) channel. It is a Native allotment to which I was invited, and the subsurface beneath it was offered in a lease sale by the BLM. It is listed on the National Register of Historic Places, and I learned it was the site of pre-historic gatherings of Inupiat from Russia and Canada, as well as elsewhere in Alaska. This was also the site of a commercial fish operation starting in the 1950s, and there were old smoke houses. The river banks were eroding and permafrost or ice lenses melting and I saw that one ice cellar that had been used for storing fish from the river was already gone and a second on the verge of disappearing into the river. The adverse effects of global warming on the ecosystem as well as the potential risks from erosion and permafrost melting to new oil and gas facilities were very evident. From Nannie Woods' camp, we walked to the west and could view the vast wetlands of the Northeast Planning Area to the west. Afterwards, because it was too late to return to town, we stayed overnight at a friend's cabin in the Colville River Delta where I enjoyed the loons and wetlands, but due to the dominant presence of the Alpine field, I felt heavy sadness seeing the rig, the huge planes lumbering in, helicopters, scarred land from seismic trails, and the rumble of the production facility and drilling creeping into the lulls between gusting wind. On September 1, we traveled back to Nuiqsut.

24.     On August 2, 2004, I returned to the Reserve with two reporters and other visitors. We traveled to Nuiqsut and then to Barrow and we did flight-seeing enroute. Due to poor weather, there was little opportunity for photography but I enjoyed seeing the impressive

Teshekpuk Lake from a distance, and the Ikpikpuk River. On August 3, 2004, we toured Pt. Barrow where we saw white-winged scoters, glaucous and Sabine's gulls, ruddy turnstones, black guillemots, Pacific loons, and ringed seals in Peard Bay.

25. On July 14, 2005, I again traveled to Nuiqsut and down the Nigliq channel of the Colville River, for photography. From the air, I enjoyed seeing the Colville River and its bluff to the south and the vast wetlands to the west in the Northeast Planning Area.

26. My personal enjoyment of the resources of the Reserve, including the Northeast Planning Area, extends well beyond my visits there. Long before I visited the Reserve, I was aware of the importance of its wetlands and lakes for birds. I had conducted literature reviews on brant and other arctic bird species in the course of drafting project proposals for bird contaminant and tundra bird habitat studies for the Fish and Wildlife Service. In the late 1980's, I became familiar with the critical significance of habitats in the Teshekpuk Lake area for molting brant and the vulnerability of this species throughout its range due to human and aircraft disturbance and hydrological and other wetland impacts. From literature reviews I had conducted, I knew the importance of the Colville River cliffs as a stronghold for the declining peregrines and had enjoyed observing this species elsewhere in its range, including within the Grays Harbor National Wildlife Refuge.

27. I have watched species that breed in the Reserve not only in the Reserve, but also at many other sites that these birds depend on throughout their annual migration. I have done so in the course of my work and also for recreational enjoyment since becoming an avid birder in 1975. Most of my vacations over the past 23 years have involved birdwatching for recreation, and many of the species I have seen elsewhere depend on the Arctic wetlands and coastline of the Reserve for nesting, feeding, and staging.

28.     I have been quite interested in brant since I became a birdwatcher. Their key habitats throughout the Pacific flyway have been subject to major threats from various types of development. In the early to mid 1980's, the Fish and Wildlife Service was particularly concerned about reduced numbers of brant in the Pacific population and I conducted an extensive literature review, which included information on disturbance of brant and other birds. I have extensively watched brant at many of their wintering and migration habitats since 1975. These include Nisqually National Wildlife Refuge, Padilla Bay, and Dungeness Spit in Washington State. I traveled for vacation to at least two wintering areas in Mexico and birdwatching was the primary pursuit on these trips. I also visited San Quentin Bay along the Pacific coast of Baja California at the end of December 1984 to early January 1985. This bay is the southernmost major brant wintering area. On New Year's eve, we could hear the flocks of thousands of brant calling along the coast where there was extensive eelgrass. The large flocks of brant added to the special memories of the experience of walking along a beach with remnant volcano cones, cactus, and meadowlarks singing. In January, 1988, I traveled to Tular Lagoon at Guaymas, Sonora, Mexico. This was another wintering area and there I took photographs of the brant in the lagoon.

29.     I have also been interested in yellow-billed loons since I first observed this species in Jago Delta, Arctic National Wildlife Refuge, in 1984. Since then, I have seen many nesting pairs of yellow-billed loons in the time I spent on the Colville River Delta in 1986 and 1988. I also saw yellow-billed loons in wetlands along Fish Creek in the Northeast Planning Area during my visit in 1998. I also researched the literature about this species at that time and learned, among other things, that they are uncommon and not much is know about their habitat use in the Reserve. I was also discouraged to learn that yellow-billed loons were among the

species harmed by the Exxon Valdez oil spill. I am concerned that this species, which is found in its highest known Alaska nesting concentrations in the Colville Delta and the Northeast Planning Area of the Reserve, will experience a decline as the level of human and industrial activity increases in the Northeast Planning Area, just as the numbers of common loons have declined as a result of human intrusions. My photographs of yellow-billed loons were published in the newsletter of the Alaska Center for the Environment and are commonly used in slide shows.

30.     I have long had a scientific interest in the threatened spectacled and Steller's eiders. I first observed spectacled eiders at the Arctic National Wildlife Refuge in 1982 and a photograph taken then was published *in A Guide to Wildlife Viewing in Alaska*. While Alaska Regional Director at The Wilderness Society, I submitted comments on the proposal to list the Steller's eider as threatened under the Endangered Species Act and conducted extensive research on the status of the two species.

31.     I have also researched tundra swans. I have learned that intensive oil field construction activities reduced nesting success of this species. I have observed tundra swans in the Reserve, as well as in their wintering area in Chesapeake Bay.

32.     Over the past two decades, I have also watched many other species of birds which nest in the Reserve on their wintering grounds in Puget Sound and other areas, including Pacific and red-throated loons, oldsquaws, a variety of other waterfowl and shorebirds, including long-billed dowitcher and dunlin. I have watched semipalmated sandpipers at Cape May and Delaware Bay during their spring migration northward in the early 1990's. I have enjoyed watching bar-tailed godwits that use the mudflats along the Coastal Trail in Anchorage during their migrations to and from the Arctic breeding grounds.

33. I have seen the effects of seismic trails on the ground in the Northeast Planning Area. These trails include new ones made since the 1998 ROD and permanent scars from historic exploration operations that have not been restored even after many decades. I have both personal and scientific knowledge of the long-term impacts of both exploration and development operations and the limitations of mitigation measures relevant to understanding the long-lasting negative effects of BLM decisions on the Arctic.

34. I intend to visit the Reserve, including the Northeast Planning Area, in the future. I plan to return to Nuiqsut and the Northeast Planning Area within the next year; this summer I plan to visit areas near Barrow in early July, and some of the Northwest and South Planning Areas that I have not yet visited at all either in early June or in August, 2006. I plan to continue returning to the area into the future.

35. My future recreational, scientific, and professional interest in the wildlife and habitats of the Reserve, including the Northeast Planning Area, will be irreversibly harmed by oil and gas development. My longstanding love of the birds that nest, feed, and molt in the Reserve and the wildness of their natural ecosystem is the basis for my involvement in professional and volunteer efforts to provide better protection for wildlife habitats in the Reserve and to prevent harm from oil and gas development. Given my knowledge of the way in which the oil and gas industry infrastructure has spread to date, and the tremendous resources at stake in the Reserve, I knew that this was a critical time to take a hard look at the government's information, yet it was lacking in key areas for which I had questions based on my experiences in other areas on the North Slope.

36. My long-standing recreational, scientific, and professional interests in the nationally and internationally significant habitats for migratory bird species I have watched

throughout their range will be harmed because there was inadequate information on their habitats in the EIS and, therefore, these will be destroyed or degraded without us knowing what is actually going to be lost.  I used every possible opportunity to stress this lack of critical information, and was hampered because better information on these and other species was necessary for adequate design of alternatives and mitigation measures.  This lack of information kept the BLM from doing an adequate job of protecting the species that I enjoy watching.  We are at a turning point for this vast, wild land from which there is no turning back.  As I wrote after my visit during the summer of 1998, it struck me how far away you can hear the sounds of the amazing yellow-billed, red-throated, and Pacific loons and the honking of geese – and how distant a helicopter or airplane is when you first hear it.  I looked at the land with an eye and an ear as to what would be there next winter, in five-years, and for the next hundred.  It will be a much different place.  More noise.  More air pollution.  More helicopters.  And then, pipelines, roads, mines.  Flaring in all directions.  It will be changed in ways fundamentally different but hard to measure due to how little recent research and monitoring has occurred on the ground.  Loss of the wilderness values is especially hard to measure but no less real.   Because of these changes, the areas in the Reserve, including in the Northeast Planning Area, I wish to visit will be damaged in ways that will harm my ability to enjoy them recreationally and aesthetically, and to learn from them.  My experiences visiting the area in the future will be degraded by the industrial use of the area.  With the fragmentation of habitats as development intensifies, I will not enjoy this place.  Even though I plan at this time to return in the future, if development proceeds, I would not be excited about returning because it will no longer be a wild arctic land that feeds my soul, or a place that I would be interested in taking other people to with my guiding business.  The decision to open the entire Teshekpuk Lake goose molting area to leasing is

especially disturbing to me as the Fish and Wildlife Service and many scientific organizations recommended against such leasing. This leasing program will put at great risk from oil industry disturbances and habitat destruction and fragmentation the brant and other geese I have enjoyed watching all of my adult life.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 23 day of May, 2006.

Pamela A. Miller