IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY,<br><br>      Plaintiffs,<br><br>      v.<br><br>GALE NORTON, Secretary of the Interior; HENRI BISSON, State Director, Bureau of Land Management; ROWAN GOULD, Regional Director, United States Fish and Wildlife Service; BUREAU OF LAND MANAGEMENT, UNITED STATES FISH AND WILDLIFE SERVICE, and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>      Defendants. | Case No. 1:05-cv-00008-JKS |

**DECLARATION OF PAUL MORLEY**

I, Paul Morley, hereby declare as follows:

1.      I have been a resident of Alaska since 1989, and currently reside on Lazy Mountain in Palmer. My mailing address is P.O. Box 3893, Palmer, AK 99645.

2.      I am a current and member of the Sierra Club.

3.      I am a high school teacher (photography and journalism) and coordinate Palmer High School's gifted program in the Matanuska Susitna Borough School District. I earned a B.S. in Wildlife Science, and B.A. in General Studies (Photography) from the University of Washington in 1985. In 2002, I earned an M.Ed. in cross-cultural education from the University

of Alaska Fairbanks. I have taught in Yakusk, Russian Federation, Itadori, Japan, Fairbanks North Star Borough School District, Northwest Arctic School District, Bering Strait School District, and for the past six years, in the Matanuska Susitna Borough School District.

4.     I have worked professionally as a biologist studying marine plankton in Cook Inlet in 1979, northern fur seals (<u>Callorhinus</u> <u>ursinus</u>) in 1983 on Saint Paul Island, and as a foreign fisheries observer in the Bering Sea on the Japanese long-liner Rayo Maru 38 in 1987.

5.     My final project for my Photography program at UW was of a portfolio of prints and a slide program from a thousand-mile long solo canoe expedition down the Mackenzie River in the summer of 1984 from Great Slave Lake to Tuktoyaktuk, NWT, on the Beaufort Sea coast. This was my introduction to the arctic and from that point forward I have focused a great deal of my photography on this region. In 1986, I followed a portage route from the Mackenzie River Delta across the continental divide and ultimately into Alaska. On the way, I spent six weeks in Old Crow, where I learned first hand about the Gwitch'in people's cultural connection with the Porcupine Caribou Herd that is so central to debates regarding the future of the Arctic National Wildlife Refuge.

6.     Since then, I have traveled in the National Petroleum Reserve – Alaska (Reserve) on three separate occasions, most recently in July and August of 2005. The first time I went there was in 1988, when I traveled by canoe and on foot for 60 days across the Brooks Range, completing my journey at Umiat on the Colville River. My route was from Jim River, down the Koyukuk, and then lining up the Alatna and Unakserak Rivers, crossing through Survey Pass, down April Creek into the Killik, and from there, on down the Colville. I was surprised to see the great abundance of moose on the North Slope, even out toward the coastal plain. Along the stretch of the Colville upriver from Umiat I saw many peregrine falcons nesting on the bluffs

along the west bank of the broad meandering river.  Climbing up on various overlooks, the views of the vast open country were breathtaking and remain unforgettable.

7.      Upon returning to my home (at that time in Seattle), I exhibited my photographs of wildlife and landscapes in galleries there and at Campo Cultural Center in New York City.  I sold color prints over the fall and winter and presented slide shows at REI and University of Washington.

8.      The following summer I returned to the Reserve, flying back to Umiat, where I collected my canoe from the previous summer, and continued down the Colville to the ocean.  During an afternoon in Nuiqsut, I learned about the families that came to resettle the ancestral site as part of the Alaska Native Claims Settlement Act.  Strolling past modern prefabricated homes and skins stretching on a wall, fish nets and snowmachines, pick ups and dog sleds, I was reminded of how strong the ties of indigenous people throughout the north are with the land.  Although the tools of their subsistence culture have evolved, the connection of Native people with the wild places beyond town is as strong as in the past.  And in light of many of the more injurious developments that have accompanied contact with the West, drugs and alcohol, loss of Native language, and too often, familial decay, the connection with the land is all the more vital.

9.      Departing Nuiqsut, I continued back to the east channel of the delta and, reaching the Beaufort coast, continued east toward Prudhoe Bay.  Along the way, I spent time on Pingok Island, where I caught arctic char through leads in the pack ice and photographed caribou and fox.  On the mainland, I encountered numerous nesting birds including common eider, tundra swans, dunlin, larkspurs, and arctic turns.  I occasionally came upon remnants of traditional sod dwellings, their presence a reminder of the long history of the Inupiaq in this unforgiving but life-sustaining country.

10. Further to the east I began to encounter what was then the perimeter of the Kuparuk oilfields. Methane flames burned atop towers throughout the arctic twilight, and I could hear the nearly constant rumble of machinery. I was entering an industrial zone. Walking around an abandoned DEW-line site, I found a storehouse that still contained canned goods, corned beef hash, green beans, and tuna. Steel drums, twisted steel, cables, and unidentifiable parts of machinery lay scattered about on gravel pads and in ponds formed were permafrost had been stripped bare of its insulating tundra.

11. Two days later I pulled my canoe up on a gravel causeway where security personnel quickly ferried me, my boat, and gear to my vehicle parked at the Deadhorse airport. Even in 1989 I was not a welcome visitor in the oil patch.

12. Since 1991 when I embarked in a 600-mile solo kayak journey from Deadhorse across the controversial 1002 portion of the Arctic National Wildlife Refuge, to Inuvik, NWT, I have been unable to return to the north slope until this past summer. It was an exciting reunion flying across the Brooks Range and again gazing at the myriad lakes, permafrost polygons, and serpentine creeks of the coastal plain. From Barrow, I flew to Nuiqsut and assembled my folding kayak on the banks of the Colville's Nechelik Channel.

13. Job Woods, Clarence, Steve, and others residents from town stopped in to visit while I prepared my equipment. Clarence and Job helped me ferry equipment on four wheelers from the post office and AC store. Others dropped in to meet the *gussuk*, observe my preparations, and visit. A group of young boys supervised my packing, proudly pointing out that I was traveling in an Eskimo boat, a *qayaq*.

14. Adults I spoke with expressed a range of feelings about Nuiqsut's imminent connection with the road system and presence of the Alpine facility visible from town. On one

hand, the development of the Alpine oilfield in the delta had brought jobs and money to their local economy. However, there was evident bitterness about numerous broken promises regarding the protection of and access to their traditional subsistence lands. Worry was that restrictions through leased oilfields would divert their usual routes of travel costing them additional gas and time. There was also concern that a bridge planned to cross the Colville (and presented to the village as a connection to the road system) was now being pushed forward with little regard for its use by residents.

15. Next day around noon I pushed off and followed the western edge of the Colville delta north. Around five miles downstream, standing on top of the cut bank, I scanned a long ribbon of elevated pipeline and gravel road some two miles distant. A gravel pad loaded with machinery and construction hardware sat 100 yards from the banks of the river. Tractors and road compactors drifted along the road like mumbling mechanical ants, diesel plumes trailing behind. I stood in an Inupiaq fish camp, around me a rack for hanging nets, a stack of weathered plywood, a listing tent frame, and a pile of wooden poles. The strip of road and pipeline beyond camp led to the looming tower of the Alpine drill head. It stood there blinking and clanging from within, the complex of structures strangely resembling a Martian outpost. "Will the entire Beaufort coast look like this someday?" I thought.

16. Continuing on my way, a helicopter came overhead and landed briefly downriver from me. A figure retrieved something and quickly returned to the chopper. It rose, arcing back toward the Alpine complex. An oil company hydrologist in an outboard heading upriver cut his engine to drift and chat with me for a few minutes. The land was abuzz with oil company activity.

17. Continuing down Nechelik Channel I passed several family camps. Residents of Nuiqsut come to their allotments to spend time out in the country, to fish, hunt waterfowl or caribou, and to spend time away from the trappings of village life. Now they do so amid the constant lights, aircraft noise, and steady drone of Alpine. The landscape and the experience have been permanently altered.

18. At Woods camp on the last stretch of tundra before the delta spills out into a fan of mud and silt, a family arrived by boat from Nuiqsut. I stopped in for a visit and was shown the grave of Job Woods's dad back on the tundra away from the river. Looking at it, I thought about how different the camp must have been in his lifetime, before the tentacles of the Prudhoe industrial complex extended into his front yard.

19. Three long days to the west on Harrison Bay, the tower at Alpine slowly sunk beneath the horizon behind me and I could hear it no more. I saw scattered clusters of caribou every day for the next two weeks, in larger and larger groups as I approached Teshekpuk. Even more often I encountered flocks of 50 – 100 molting white-fronted geese. Seeing me, they rushed away on foot squawking and flapping frantically, unable to take flight. Smaller groups of swimming spectacled eider, seeing me, would lay heads low on the water's surface, still as driftwood, then dive if I drew too near. A yellow-billed loon allowed me to glide close enough to fire off a few frames with my camera before vanishing without a ripple. A snowy owl watched me follow the coast then silently glided away.

20. Evidence of the Inupiaq's longtime presence in the country was widespread. A decrepit caribou corral due south of the Eskimo Islands, a stowed wooden boat encrusted with orange lichen up on a tundra plateau, and a collapsed sod house near VABM Harrison suggested some of the history of scattered families making a living on the land.

21.     Weather was harsh last July, and with the ice having passed out of Kogru River only days previously, the cold wind blew the ocean into whitecaps day after day.  Rather than endure more wind, fog, and waves, I opted to head overland at the western end of Kogru River.  A Native man in Nuiqsut had told me of an old route to Teshekpuk Lake I could follow.

22.     For five days I lined narrow channels, paddled shallow lakes, and portaged overland.  Along the way herds of hundreds of caribou passed through in waves.  Cows, bulls, and calves ambled along, feeding as they traveled.  One evening, as I unloaded equipment to make camp, a group approached.  I sat and waited as the herd grazed its way around me on all sides.  Even my camera's motor drive didn't distract them in their feeding, some as close as ten feet away.

23.     Eventually, a channel opened onto a bay on the vast Teshekpuk expanse.  Remnants of a sod house and three scattered graves there confirmed the Nuiqsut man's recollection of the traditional travel route.  I made a camp near this site and base camped for four days until I was picked up on Teshekpuk Lake by a float plane from Bettles.  During that time I cataloged numerous arctic plants that were new to me, including red-stemmed saxifrage, pixie eye primrose, <u>Dryas</u> <u>integrifolia</u>, and a yellow and orange-petaled arctic poppy.  A family of mink were my neighbors and numerous caribou my sporadic visitors.  At night I was serenaded with the moans and shrieks of pacific loons.

24.     I hiked the surrounding countryside unencumbered by travel and gear and shot black and white film to supplement my color slides.  These I would later hand-color.  My topographic maps indicated a "well head" on a point about four miles away.  So one afternoon I padded across the bay and hiked the remaining distance to a vertical post visible from my camp.  Some 50 feet from the object, I stepped off tundra onto mineral ground stripped of its thin living

skin. Heavy equipment tracks compressed the barren patch -- at its center, a rusty 12'' pipe thrust upward, a tad taller than a man.  A check valve at eye level projected like a steering wheel; next to it a sign with welded lettering read, "Teshekpuk East."

25.     The thought of more Alpine-style towers, gravel roads, pipelines, and unending industrial humm invading this landscape made me shiver.  It continues to do so today.  I fear for the thousands of ducks and geese (including 30% of the Pacific flyway population of brant) that molt in relative safety of lakes that cover the land.  I fear for the Teshekpuk caribou who congregate in the Northeast Planning Area, to drop calves, and for relief from the maddening insects.

26.     My goal in traveling to Teshekpuk Lake was and will continue be to convey in pictures the beauty and vitality of the arctic landscape, in particular, the plants, animals, and people that depend on the northeastern corner of the Reserve.  My hopes in doing so are twofold, first, that these images may contribute to efforts to preserve intact specific portions of the artic landscape, and secondly, that should industrial development proceed, my images may serve as a record of this land in its wild state.

27.     I will be unable to return to the Northeast Planning Area this coming summer due to teaching summer school and other obligations.  However, this region in particular, along with the coastal plain of the Arctic National Wildlife Refuge are priorities for future journeys.  My trip this past summer has renewed my connection with the Northeast Planning Area.  It has also renewed my passion for creating images that allow me to communicate some of what I see and feel there.  I'm still completing a portfolio of hand-colored photographs that I hope will be published in a magazine.  If that comes to be, perhaps more people will become aware of the Northeast Planning Area and add their voices to the call to keep it in its present wild state.

28. Despite the fact that our petroleum-thirsty society drives us to extract oil from Alaska's rich oil deposits in the far north, there are some places many feel are worthy of cordoning off as sacred. Many biologists, Native people, and concerned members of the public like myself feel that the Northeast Planning Area, particularly the region north of Teshekpuk Lake, is such a place.

29. It will be a sad day when our government authorizes some of the wealthiest corporations on this planet to permanently violate every available acre of wild land to extract a finite resource. Previous plans for petroleum development in the Reserve recognized specific areas, including the northeastern exclusion area, that have been identified through extensive scientific research as critical habitat.

30. In a March 9, 2005 speech, President Bush claimed that "(t)hanks to advances in technology . . . we can now reach all of ANWR's oil by drilling on just 2,000 acres." In reality, the impacts of even the most advanced oil-extraction technologies would stretch far more broadly than indicated by this deceptive claim. Area used in computing this figure only includes surface acreage covered by production and support facilities, that is to say, where oil facilities actually touch the ground. This figure does not account for effects on adjacent areas or those enclosed within a network of drilling rigs and other support facilities. The calculation also does not consider other damaging effects from exploration and development such as gravel mining, wide-spread seismic survey activities, areas excavated to burry pipe, or roads.

31. At the very least, places such as the Arctic National Wildlife Refuge, Utukok Uplands, and the Teshekpuk Lake/Meade River area should be kept in their pristine wild state – completely off limits to any and all oil and gas exploration and other industrial development.

32.  I will feel a great personal loss if this latest development plan actually moves forward as directed by the Bureau of Land Management. One of my personal motivations in returning to the north is for rejuvenation, a purification I receive taking in the silence of that vast open space. For in connecting with that land in body and spirit I connect with my most essential self – and in the process become a more whole individual. I cannot speak for the indigenous people of the land but I suspect that their experience incorporates something akin to this.

33.  Should the Northeast Planning Area of the Reserve become an industrial zone like around Alpine, I would be much less likely to return there. I would also loose a sense of security knowing that one of our most precious ecological keystones in the arctic was not spared from the consequences of our nation's excesses. This is the kind of place I hope to always be able to connect with – in person and in mind. Some people like me are drawn to visit these most wild of places, for others, inspiration can be drawn from the mere knowledge of their existence.

34.  The arctic environment, so potentially unforgiving to the unprepared, is at the same time, a network of life existing in delicate balance. Human technological advances make it easy for us to sever the delicate threads that keep it healthy and whole. If development of the most critical areas is allowed to proceed, we will rob ourselves and the future generations of a precious treasure -- a thriving arctic ecosystem that supports unique plants, animals, and Native cultures.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Dated: May 10, 2006     By: _____
                             Paul Morley

National Audubon Society, et al., v. Norton, et al.,                                  10
1:05-cv-00008-JKS