IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY,<br><br>      Plaintiffs,<br><br>      v.<br><br>GALE NORTON, Secretary of the Interior; HENRI BISSON, State Director, Bureau of Land Management; BUREAU OF LAND MANAGEMENT, and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>      Defendants. | Case No. J05-008 CV (JKS) |

**DECLARATION OF RICHARD K. NELSON**

I, Richard Nelson, hereby declare as follows:

1. I am a thirty-plus year Alaska resident, currently residing in Sitka. My mailing address is P.O. Box 2808, Sitka, Alaska 99835.

2. I currently am a member of the Center for Biological Diversity and National Audubon Society. In the past, I have also been a regular member of the Sierra Club, Natural Resources Defense Council, and The Wilderness Society.

3. I am a cultural anthropologist, a writer, radio producer, and an educator. I earned a PhD in Cultural Anthropology from University of California Santa Barbara in 1971. My masters thesis, concerning Inupiat Inupiaq Eskimo knowledge of the sea ice environment, was based on research I conducted in Wainwright, Alaska, inside the NW Plan area. My doctoral dissertation,

on Gwich'in culture, resulted from research I did in and around Chalkyitsik in the northeast Interior of Alaska.

4.   Since I first came to Alaska in the 1960s, I have written several books focusing on the connections between people and nature, including, among others, <u>The Island Within</u>, a personal journey into the natural world surrounding Sitka; <u>Heart & Blood</u>, which explores the relationships between people and deer, with particular attention to hunting; and <u>Patriotism And The American Land</u>, a co-authored book with Berry Lopez and Terry Tempest Williams.  My work has appeared in over a dozen magazines and numerous anthologies.  I have received the John Burroughs Award for nature writing, the Lannan Literary Award for creative nonfiction writing, the Sigurd Olson Nature Writing Award, as well as a National Endowment for the Arts Fellowship.  In 2000, the Alaska State Council on the Arts named me the first Alaska State Writer.  As Alaska State Writer, I served through 2001 as an advocate for the written word and the oral tradition of Alaska.  I am especially interested in encouraging Alaskans of all ages and backgrounds to write about their lives, their cultures, their natural surroundings, and their home places.  I recently received an affiliation with the University of Alaska Southeast, and on April 30, 2004, I was awarded an honorary doctorate from University of Alaska Southeast.

5.   I have a life-long and on-going connection with Alaska's Arctic, including the NPR-A.

6.   My first visits to the NPR-A were in the 1960s, when I lived in the Village of Wainwright on three occasions -- in 1964, 1965, and 1966 -- while working under contract for the U.S. Air Force Arctic Aeromedical Library in Fairbanks, a research arm of the Air Force, to gather information for an Arctic survival manual.  This research also took me to Point Hope.

*National Audubon Society, et al., v. Norton, et al.*,   2
J05-008 CV (JKS)
**Exhibit 77, page 2 of 9**

7. In addition to the technical publications I produced under the Air Force contract, my work in Wainwright eventually led to my authoring two books: <u>Hunters of the Northern Ice</u> (University of Chicago Press 1969), and <u>Shadow of the Hunter: Stories of Eskimo Life</u> (University of Chicago Press 1980), both about Inupiaq Eskimos and their knowledge of the environment. <u>Hunters of the Northern Ice</u>, my first book, is about the sea ice, and <u>Shadow of the Hunter</u> is about knowledge of both the land and the ice.

8. While living in Wainwright I had my own dog team and I traveled widely on my own and with people from the village on hunting trips. In the winter, I went out fox trapping and hunting for caribou with the local people. I traveled to the upper reaches of the Kuk River by boat with people from the village on fishing trips in the summer, as well as caribou hunting trips in the summer. I traveled widely around the Village of Wainwright and between Wainwright and Barrow by dog team in the wintertime. We stored our caribou meet in ice cellars; my staple foods were caribou, seal, walrus, polar bear, bowhead whale, and beluga. I lived the way people in the village lived.

9. I remember most vividly getting into the middle of very large herds of caribou during migration, but almost any time I went out by dog team in the winter I was likely to come upon smaller groups of caribou. These magnificent animals are a vital part of this region and the living world as a whole. The opportunity to be among the migrating herds and wintering groups of caribou is among the greatest experiences of my life. For me, it is equivalent to witnessing the migrations of buffalo on the American plains or the enormous congregations of passenger pigeons – events that no one will ever see again. I am concerned that development of the entire Western Arctic, and especially in important calving and insect-relief areas around the Teshekpuk

Lake, will adversely affect these animals. In my opinion, there could be no conceivable human justification for risking in any way the future of the great Alaskan caribou herds.

10. I also experienced many birds while in the NPR-A, birds that depend on this land and that provide for the beauty and richness of the entire region. These include a whole assemblage of waterfowl, swans, loons, and ducks, longspurs, as well as other tundra birds, shorebirds and gulls. As a hunter, writer, and an educator, I am passionate about birds and their habitats. Human actions that deplete them or destroy their habitats take away resources from me, the local people, and people from all over the world. Such actions also take something vital from the very core of my being.

11. I returned to the Village of Wainwright for the summer of 1966 and did more traveling in the region, both out on the ocean and as far inland as I could get on the river system.

12. I returned to the Northwest NPR-A several times in the 1970s and 1980s. In 1971, I went back to Wainwright during the whaling season, to conduct research under a graduate student fellowship for the University of California.

13. I stayed for a time in the Village of Wainwright again in 1978 to work as a writer and consultant helping with the preparation of a report to Congress, sponsored by the Inupiat Community of the Arctic Slope (ICAS), regarding positions of Inupiat villagers on land development. Also in 1978, I did a short-term research study of land uses and environmental knowledge in Wainwright, funded by the North Slope Borough.

14. In 1981, I traveled to Wainwright to conduct a research project for the North Slope Borough's Coastal Management Program on traditional uses of land and sea resources by the people of Wainwright.

*National Audubon Society, et al., v. Norton, et al.*,  4
J05-008 CV (JKS)
**Exhibit 77, page 4 of 9**

15. Between 2002 and spring of 2004, I helped develop Native studies curriculum for village schools on the North Slope. During this period I traveled to Barrow once, in 2003. I continue to be associated with this program.

16. I originally went to Wainwright in 1964 to work with indigenous communities because of my love for nature and the outdoors, as well as my fascination with Inupiaq tradition, and I wanted to learn about the natural world from the people who lived there. I found traveling out onto the tundra country of the North Slope to be extremely rich in two ways: one was the opportunity to learn about the land and ice from indigenous people; the other was the experience of being absorbed into the wildness of the country. That's what I still love most about going there.

17. The first time I went to Wainwright I was twenty-three years old. My time there changed the entire course of my life. I see my life having two main parts: the first is before I went to live among the people of Wainwright, and the second is everything since. It totally changed everything about my life, and led me to make my home in Alaska and eventually to become a nature writer.

18. I've been flying over the North Slope, including the Northeast NPR-A, since 1964. Flying over the country, getting a sense of the vastness and wildness of it, has always been an important part of the experience for me. Two of these flights, in 1965 and 1976, took me from Kaktovik to Barrow, and across the entire Northeast planning area. We flew our small charter plane at low elevation allowing me to absorb the landscapes below. I remember looking down on large expanses of undeveloped tundra in the NE NPR-A that stood in sharp contrast to the many roads, networks of drilling pads, and accumulations of drums and various buildings that I saw when we flew over Prudhoe Bay. I was astounded at the extent of development that had

occurred in the Prudhoe region. We were flying over country that I had seen in earlier years—enormous reaches of unaltered land. Seeing the scale of the changes, both in terms of intensity of industrial development, but also the extensiveness of it, I realized this area was altered forever. It was heartbreaking. I felt, and I still feel, that something really profound and vital has been lost there.

19. I also remember flying up along the boundary of the Arctic Refuge—you could look to the east and the land was as it had always been, and then, when you looked to the west, you saw strewn out over the land here and there, and there, and there, the oil buildings and rigs, etc. I remember that vividly, because I could look one direction and see the land as I remembered it and I could look the other direction and see the land as it has come to be.

20. If the entire northeastern NPR-A is leased and industrialized in the same fashion as these areas I've encountered further to the east, my longstanding relationship to the wilderness, wildlife, and indigenous people of the NPR-A is sure to suffer greatly.

21. Several years ago I flew from Anchorage to Prudhoe Bay to attend a conference sponsored by one of the oil companies. A couple of other anthropologists were there, and we were talking about Native communities and about being sensitive to Native values and interests. An oil company representative had said, "Let's fly up to Prudhoe Bay, and you'll see that the impact on the land isn't all that great." I was pleased to accept his invitation and have a look. But, to me, it was absolutely profound—an overwhelming impact on the land. Not to disparage the fact that they were trying hard to do their work as carefully and as responsibly as they could; I accept that. I wouldn't mean to imply that I had an objection to the way they were going about doing their work. It's just that when I got up there and saw this huge development on the North Slope, I saw how much the land truly can be changed.

22. I understand that it gives comfort to some people that caribou still wander around the industrial facilities at Prudhoe Bay, but they're not the same caribou. It's not the same. Granted, the animals are still there, but the world they live in is profoundly different. And that's what I feel about the decisions that we face on industrial development in the NPR-A, including the NE Planning Area. It isn't enough to say that these developments can be done in a way that doesn't harm the environment. I'm not qualified to judge whether or not such a claim is true. But development will profoundly, permanently, and unalterably change the environment; there's no arguing about that one.

23. As a person who burns petroleum products in order to travel and do my work, as well as in my daily life, I cannot in good conscience speak in opposition to all oil development. But I think there are places where oil development is appropriate and places where it is not. BLM's decision to allow oil exploration in the entire Northeast Planning Area, and especially within the Teshekpuk Lake Special Area, without a site-specific consideration of its particular values, seems to me to reflect an inability to understand the diversity inherent in a tundra landscape. If you talk to people who know that land really well, you start to learn that every single place is different from every other place. Not only because it carries a name and a history for the indigenous people, but also because each tract of land has a different ecological and physical texture. This lake here is not the same as that lake over there five miles away. What they have in them is different. This tributary of the river is not the same as that tributary of the river. This tract of land is not the same as that tract of land. This caribou or bird habitat is not the same as the one over there. If you learn one thing from living with indigenous people, it's how to recognize the fact that the land is an extraordinarily varied place, even though to the uninitiated it all looks the same.

24. From my experience living in indigenous communities, there are places on the land that have a deep history and that are profoundly important to people, and that history needs to be recognized. And the same thing is true for the natural history. There are places on the land that have a deep and profound significance biologically. And there are places on the land that have a deep and profound significance experientially—that have than ineffable quality of wildness, and of beauty, and of richness—and you absolutely have to give that priority consideration when deciding how the land is to be used.

25. Teshekpuk Lake is, no doubt, one of those profoundly significant places. This lake is huge. It supports exceptional congregations of birds and other wildlife. It provides for the incredible beauty and richness of this region. I am intrigued by the Teshekpuk Lake area and want to learn more about and report on its unique nature.

26. I had planned a trip to the Teshekpuk Lake area during the summer of 2005 to tape radio shows for my statewide nature program, "Encounters," but unfortunately this trip did not materialize. Instead, I made two trips to the Arctic Refuge to document caribou and polar bears. I am currently hoping to return to the North Slope next spring to work on programs on seals and sea ice. I also plan to travel to the Teshekpuk Lake region as soon as the opportunity rises to work on programs on geese and other waterfowl. Through my "Encounters," listeners from around the state, and from far beyond, are able to experience with me Alaska's untouched wild places and the animals and birds that depend on those places.

27. During the time I have been studying, teaching, and writing about Alaska I have seen much of its wilderness developed. True wilderness has become a precious commodity. I want to continue to produce radio programs, writings, and curricula to share the profoundly important experiences a human being can still encounter in the wild Arctic. This is why I intend

to continue to visit the NPR-A, including the NE planning area, regularly over the coming years. If the entire northeastern region of the NPR-A is opened to oil development, as currently proposed, opportunities for the kind of wilderness journalism I plan to conduct there, and the kind of experiences that are profoundly important to me, will surely be harmed and I will not be interested in returning to the area.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: April 20, 2006

By: _____
Richard K. Nelson