IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY, <br><br> Plaintiffs, <br><br> v. <br><br> GALE NORTON, Secretary of the Interior; HENRI BISSON, State Director, Bureau of Land Management; ROWAN GOULD, Regional Director, United States Fish and Wildlife Service; BUREAU OF LAND MANAGEMENT, UNITED STATES FISH AND WILDLIFE SERVICE, and UNITED STATES DEPARTMENT OF THE INTERIOR, <br><br> Defendants. | ) ) ) ) ) ) ) ) Case No. 1:05-cv-00008-JKS ) ) ) ) ) ) ) ) ) ) ) ) |

**DECLARATION OF JOHN W. SCHOEN**

I, John W. Schoen, hereby declare as follows:

1.    I am a professional wildlife biologist living at 13240 Mountain Place, Anchorage, AK 99516.  I have lived in Alaska for 30 years.  Currently, I am employed as the Senior Scientist for the Alaska Office of the National Audubon Society.

2.    I have worked for the National Audubon Society since January 1997 and have been a long-time member.

3.    Prior to working for Audubon, I worked for the Alaska Department of Fish and Game for 20 years.  I was the principal investigator for research investigations of brown bear,

**Exhibit 78, page 1 of 8**

black-tailed deer and mountain goats on the Tongass National Forest in southeast Alaska from

1977 through 1989.  Following that assignment, I became the Research Coordinator for northern

Alaska based in Fairbanks and supervised wildlife research on Alaska's North Slope.  After my

work in Fairbanks, I became Senior Conservation Biologist for the department and served in that

statewide position until I retired in 1996.

4.   My academic background includes a Ph.D. in Wildlife Ecology from the University

of Washington.  I am an Affiliate Associate Professor of Wildlife Biology at the University of

Alaska Fairbanks.  I am a member of the International Association for Bear Research and

Management, The Wildlife Society, the Ecological Society of America, and the Society for

Conservation Biology.  I have published over 50 scientific papers and popular articles on wildlife

topics.

5.   I have been involved in Arctic wildlife conservation issues professionally since 1989

and have traveled extensively across Alaska's North Slope, including in the National Petroleum

Reserve-Alaska (Reserve).  The North Slope is the nation's only Arctic ecosystem and the state

of Alaska and federal resource agencies have an important responsibility to conserve

representative portions of this ecosystem for use by future generations of Americans.  The North

Slope is an immense wildland with high ecological values for Arctic wildlife.  It also represents

an important subsistence and recreational areas—an area that I personally expect to use in the

future.

6.   Since 1998, I have participated extensively in the public processes involving oil and

gas leasing and development in the Reserve.  In 1998, I prepared comments on the final

environmental impact statement (EIS) for the original Northeast Plan.  In 2003 and 2004, I also

prepared Audubon's scoping comments and comments on both the draft and final EISs for the

Northwest Planning Area of the Reserve.  In June 2003, the Bureau of Land Management (BLM) announced its intent to amend the 1998 Northeast plan opening previously-protected areas, including the globally significant Teshekpuk Lake region, for oil and gas leasing.  In collaboration with my colleague Stan Senner, we submitted detailed scoping comments and comments on both the draft and final EISs for this proposed Plan Amendment on behalf of Audubon Alaska.

7.    I also served as Audubon's project leader for preparing a resource synthesis and Conservation Strategy for the western Arctic, including the Reserve.  A major concern regarding land management in the western Arctic is that the same pattern of incremental, piecemeal development that has occurred in the central Arctic could be repeated as industry moves westward.  The ecological integrity of the western Arctic will depend, in large part, on balancing industrial development with conservation measures, including a protected-areas strategy for this region.  I coordinated developing specific recommendations for a conservation strategy to protect key biological hot spots of the Northeast Planning Area, including the Teshekpuk Lake Special Area (TLSA).  These recommendations for the Teshekpuk Lake area are summarized below:

> **Teshekpuk Lake Special Area**:  The TLSA, approximately 1.75 million acres (708,000 ha), encompasses highly vulnerable and important habitats, including a high percentage of wetland and riparian communities and significant wildlife populations, including black brant and other waterfowl nesting, molting, and staging areas, as well as the calving grounds and insect relief habitat for the Teshekpuk Caribou Herd (TCH).  The TLSA is also a particularly important nesting area for threatened spectacled eiders and rare yellow-billed loons.

The TLSA has significant wilderness and subsistence values and represents an important ecological benchmark for future research and monitoring activities of Arctic wetlands.

The 1998 final environmental impact statement and record of decision for oil and gas leasing in the Northeast Planning Area further recognized the unique values of the TLSA by prohibiting leasing in and around Teshekpuk Lake and restricting surface activity in a band around the western and southern portion of the lake (BLM 1998). This action was taken to protect the unique and sensitive habitat values of that region. The findings of Audubon Alaska's (2002) western Arctic synthesis suggest that the conservation measures applied to the TLSA, including the no-lease and no-surface activity zones, were justified on biological grounds and should remain in place.

8.   I have visited the Alaska Arctic, including the Northeast Planning Area, several times since 1989. My first trip to this region took place in July 1989 when I was working for the Alaska Department of Fish and Game. While working on a caribou project, I flew the entire coast of the North Slope from the Canadian border to Barrow, including the coastal portion of the Northeast Planning Area and Teshekpuk Lake. While we were on this flight, we were specifically looking for caribou and predators. My early observations clearly indicated that this area had high wildlife values, particularly for waterfowl and caribou.

9.   In late August-early September of 1991, I flew my personal aircraft to the North Slope with a friend to go caribou and moose hunting. We flew the Colville River drainage from

below Umiat to the Nigu River.  We explored this area and landed at several sites upriver from

Umiat.  We camped on the Colville River west of Umiat, an area located within the Northeast

Planning Area.  Although we did not get an animal, we observed numerous small caribou groups

and a number of moose, wolves, and brown bears on this trip.  We were very impressed with the

immensity of the country and the spectacular wildlife habitats around the Colville River corridor.

10.  In June of 1999, I returned to the North Slope, including the Reserve, to co-lead a

wildlife-viewing trip for the National Audubon Society Board of Directors.  The other leader was

birding expert Kenn Kaufman.  Mr. Kaufman and I first spent several days in the Prudhoe Bay

area and flew over the Arctic National Wildlife Refuge.  We then departed Deadhorse in a small

twin with our six Audubon guests and flew west from Prudhoe over the entire width of the

Northeast Planning Area.  We landed on an old herc strip somewhere near the NE-NW plan area

boundary where we hiked around looking at tundra vegetation and caribou.  After that, we flew

the coast near the Teshekpuk Lake and along the Smith Bay, Dease Inlet, and Elson Lagoon

looking for polar bears, ice seals, and waterbirds.  We finally landed in Barrow where we spent

the night and took several excursions along the coast and inland from Barrow looking for birds

and other wildlife.

11.  On June 16-22, 2000, I led a trip with my colleague Stan Senner to the Western

Arctic for three Audubon guests.  We camped in the foothills of the northwestern Brooks Range,

near the western border of the Reserve, overlooking Kasegaluk Lagoon.  We observed grizzly

bears, caribou, shorebirds and songbirds and their tundra habitat on this trip, wildlife and habitat

similar to those present in the Northeast Planning Area.

12.  I also visited the Reserve on June 10-12, 2004, when I led a trip to the Utukok River

with former Secretary of Interior Bruce Babbitt and three other conservationists.  We camped on

the Utukok River for several days observing caribou and birds. We then flew down the Utukok River and up the coast to Barrow where we met with the Mayors of Barrow and the North Slope Borough to discuss conservation issues within the Reserve and Teshekpuk Lake. Following that meeting, we overflew the coast north of Teshekpuk Lake and observed the important wildlife habitat around the smaller lakes northeast of Teshekpuk Lake.

13. The western Arctic, including the Northeast Planning Area of the Reserve, represents a vast landscape, largely unchanged in character over centuries. Much of this area has very high habitat values for many wildlife species including the Teshekpuk Lake caribou, polar bears, beluga whales, and immense flocks of waterbirds and shorebirds, and one of the world's highest density populations of birds of prey. In particular, the area north of Teshekpuk Lake is perhaps the most significant goose molting area in the entire circumpolar Arctic. It is also essential calving and insect relief habitat for the Teshekpuk Caribou Herd. In my view, the wildlife and wilderness values of this area rank among the highest on the continent. It is important to me that representative portions of the Reserve be protected for their unique wildlife and wildland values. I spent three and a half years working on a conservation strategy for the Western Arctic, including the Northeast Planning Area, to ensure that future oil and gas development also provides an option for conserving some of the highest value wildlife habitats, the biological hotspots, for the future. Opening the Teshekpuk Lake region for oil and gas leasing and development would substantially negate my personal and professional investment in conserving this area and its wildlife.

14. If the area north of Teshekpuk Lake is opened to oil and gas development, the long-term cumulative effects could likely result in significant declines in black brant, other waterbirds, and the Teshekpuk Lake Caribou Herd. This would be extremely disappointing to me. It is my

opinion, that there can be substantial oil and gas development in the Reserve. However, the most critical habitat areas must be protected to provide balance between development and conservation. There are few areas protected on the North Slope and none of the habitats similar to the area north of Teshekpuk Lake are protected. Not to provide some reasonable balance, including protection of representative habitats in the most critical areas, would be a significant and short-sighted management error by resource agencies that are responsible for managing these lands in the long-term public interest.

15. I plan to return to the western Arctic, including the Northeast Planning Area of the Reserve, in both the near and mid-term future. My interest will be in serving as an Audubon naturalist to help other people discover the values of this vast wilderness landscape and the significance of some of the key wildlife habitats like the Teshekpuk Lake area, the Utukok Uplands, and the Colville River.

16. Again, I do not oppose oil and gas development in the Reserve. However, I believe there should be a balance struck that includes permanent protection for the most important fish and wildlife habitat areas within this vast wild landscape. The Preferred Alternative that was adopted in the final EIS and the Record of Decision (ROD) for the Northeast Plan Amendment basically opens all of the Teshekpuk Lake Surface Protection Area for oil and gas exploration and development. This does not provide a reasonable balance for managing this area. I think that most of the areas with high oil potential could actually be explored and developed while providing substantial protection for other areas with exceptional wildlife habitat values like the area northeast of Teshekpuk Lake. My concern is that development will proceed like it has throughout the oil fields to the east resulting in a huge and expansive industrial infrastructure that will fragment wildlife habitat and displace populations that are essential to the western Arctic

ecosystem, local subsistence users, and wildlife enthusiasts like myself that plan to visit and explore this area in the future.  The plan, as laid out in the final EIS and ROD, commits virtually all of the area to industrial development and will significantly foreclose conservation options in the future and affect my enjoyment of and the desire to return to this area.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4-10-06           _____
                         John W. Schoen