IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY,<br><br>      Plaintiffs,<br><br>      v.<br><br>GALE NORTON, Secretary of the Interior; HENRI BISSON, State Director, Bureau of Land Management; ROWAN GOULD, Regional Director, United States Fish and Wildlife Service; BUREAU OF LAND MANAGEMENT, UNITED STATES FISH AND WILDLIFE SERVICE, and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:05-cv-00008-JKS |

**DECLARATION OF DAVID VAN DEN BERG**

I, David van den Berg, hereby declare as follows:

1.    I have been a resident of Fairbanks, Alaska since 1990. My mailing address is P.O. Box 80433, Fairbanks, Alaska 99708.

<u>Environmental and Personal Background</u>

2.    I am currently a member of the Northern Alaska Environmental Center (Northern Center or Center), and have been a member continuously since 1990, with the

possible exception of a period in 1993 and 1994 when I was living in a remote location in the Brooks Range. I belong to the Northern Center personally, and donate money to the Center from my business, because the Northern Center represents me on wilderness issues and are more capable of watching "round the clock" what happens with oil development on the North Slope. I rely on the Center and other private organizations and governmental agencies to keep me abreast of the development issues facing the Arctic, especially those issues related to oil and gas development. The Center keeps me informed through its annual meetings, which I generally attend, quarterly newsletters, and through its action alerts and phone contacts that ask members to submit comments to agencies on important environmental issues.

3. Over the years, I have worked for the Northern Center in various capacities. In 1990-93, and again in 1995-96, I worked as Arctic Issues Coordinator for the Center. My responsibilities included tracking oil- and gas-related legislation at the state and federal level, tracking oil and gas development projects on the North Slope, drafting comments on federal NEPA projects, Coastal Zone Management actions, and State Best Interest Findings. I contributed several articles to various issues of *The Northern Line*, the Center's quarterly news journal, to inform our membership of our activities. I wrote briefing papers for use on Capitol Hill, and recruited and trained volunteer lobbyists. My responsibilities also included membership development and membership outreach through action alerts. Most recently I was made the Executive Director for the Northern Center. This declaration, however, is given in my personal capacity.

4. I am also a member of The Wilderness Society and Sierra Club.

5. I am a member of the Bureau of Land Management's (BLM) Resource Advisory Council (RAC) for Alaska. I was appointed to the RAC in August of 1997 by Secretary of the Interior Bruce Babbitt, and was recently re-appointed for a three-year term that expires in September 2007. The RAC's objective and scope, as stated in its Charter, is to "provide representative citizen counsel and advice to the Secretary of the Interior through the BLM designated federal officer concerning the planning and management of the public land resources located within the State of Alaska."

6. In the late 1990s, I served on the Fortymile Caribou Herd Management Team, an advisory group to the Alaska Department of Fish and Game.

7. In early 1989, while at Furman University, I founded the Furman Environmental Action Group, a student coalition working to educate fellow students about environmental issues and working to improve environmental and consumer practices on campus.

8. Later that year, in the summer of 1989, I worked for Alaska State Parks on Shuyak Island collecting dead animals and assessing and prioritizing oiled beaches for clean-up following the Exxon Valdez oil spill.

9. I graduated from Furman University with a Bachelor of Arts in History in 1990.

10. For eleven months—from August 1993 to June 1994—I lived at Wild Lake in the central Brooks Range.

<u>Wilderness Guiding</u>

11.     I have been employed as a wilderness guide in Alaska every summer since 1990. I worked for a company called Wilderness: Alaska/Mexico headquartered in Fairbanks, until I bought the Alaska portion of the company in March of 1999 and re-named it Arctic Wild, Inc. I have been a commercial permit holder on BLM lands since 1999.

12.     Arctic Wild, Inc. currently offers 12-27 guided trips each year throughout the Brooks Range and the North Slope, including the Arctic National Wildlife Refuge, Gates of the Arctic National Park, and the National Petroleum Reserve-Alaska (Reserve). During the summer of 2005, 16 of our 27 trips went into Alaska's North Slope area. This region is my favorite and is popular with clientele for numerous reasons, some of which are detailed below.

13.     In the past, I have personally guided approximately five trips per year, spending over 60 days annually in bush Alaska as a guide. During my tenure with the Center, I will likely lead only one guided trip per year.

<u>NEPA Involvement In the Northeast Plan Amendment</u>

14.     I participated in the public planning process for the Northeast Plan Amendment. In my comments, I criticized the BLM for dismissing wilderness planning from consideration, and objected to the agency's overall predisposition to development. Further, I pointed out that the EIS offered no real protections for sensitive areas, and that the BLM was disregarding its obligation and opportunity to protect known surface resources. The EIS did not contain enough information or management tools for good decisions or effective

management of the many public resources in the Northeast Reserve. The BLM stubbornly refuses to hear or to accept expert counsel on how to protect the values of the Special Areas, opting instead to proffer stipulations that will not get the job done (e.g., one-mile buffer zones along navigable rivers through tundra terrain cannot protect the scenic, recreational and wilderness qualities of the areas in question).

15.   As with my comments and testimony on the original 1998 Northeast Plan and the Plan for the Northwest Planning Area in 2003 and 2004, I have again pleaded that the Colville River watershed be protected; if not the watershed, then at least the Colville River Special Area. The BLM proposes to "protect" the Colville's various values with a one-mile buffer and stipulations for Peregrine Falcons. I have been at pains to explain to the BLM that, as an expert on wilderness, what they propose will not protect the Colville River's wilderness values.

16.   On the strength of a resolution the Resource Advisory Council (RAC) passed in 1998 during the initial EIS for the Northeast Planning Area, the RAC was able to secure a lease deferral for the Colville River Special Area (CRSA) within the Northwest Planning Area boundaries (see Attachment A to this Declaration). Following from that same RAC resolution, lands within the CRSA that fall within the Northeast Reserve which were not leased previously have been deferred from leasing in this Amendment so that planning *at the activity level* for the CRSA may proceed as a whole (together with CRSA portions in the Northwest and South Reserve) at a later date.

17.   As I have argued before the BLM as early as 1998, the Colville watershed should enjoy special protections. The temporary deferral of the CRSA in the Northeast Plan

should be made permanent; similarly, permanent protections should be put in place for the Colville within the Northwest and South Planning Areas. Similarly, protections – real protections allowed through Special Area status, but discretionary to the designated federal officer and ultimately the Secretary - should be conferred on critical wildlife habitat in the Reserve.

18.     I believe the BLM and other relevant government agencies have neither the will nor the capability to monitor industrial activities to minimize damage to the land, cumulative impacts to wildlife, or the visual and aural qualities of the Reserve. For example, in 1998, I reported evidence of heavy use (helipad, landing strip, spray-painted orange rocks and willow "logs," flagging, and survey stakes) on a stretch of the Colville within the Northwest Planning Area and evidently in violation of several land use stipulations. BLM staff was unaware of the activity and the mess and were not even able to ascertain who the user had been.

## Use of the Reserve

19.     I have personally undertaken ten trips to the Reserve since 1996. Four of them were personal adventures (in 1996, 1997, 1999, and 2001), four of them were for guiding, and two were with the BLM as a RAC member. Additionally, my company, Arctic Wild, Inc., averages two trips a year into the Reserve, with two trips into the Northeast Planning Area since 1999.

20.     In the summer of 1996, I embarked on my first trip into the Colville country. I chose to invest a total of 70 days on this trip, which introduced me to the Colville watershed, because I wanted to experience this last, biggest chunk of what northern Alaska was--and will

hopefully remain--before it succumbed to oil development pressure.  From my years at the Center, I was well aware of the menace posed to the Colville country by the oil industry and compliant state and federal governments.  I started in the Noatak River on May 2 and waited for the ice to melt.  As soon as it did, I paddled down to a tributary flowing in from the north.  I "lined" my canoe up the Nimiuktuk River to its source, portaged my gear and boat over the Arctic divide, at which point I was in the southern portion of the Reserve.  From there, I paddled down the Nuka River, then lined up that to Noluck Lake, where a friend flew in from Kotzebue to meet me.  Together, we paddled down Meridian Creek to the uppermost Colville, and ten days later reached Nuiqsut.  We paddled through what would become the three planning areas.  Though paddling nearly 60 miles per day, my friend and I took care to explore along our route.  We climbed river bluffs on both sides of the river once past what would become the boundary of the Northeast Planning Area.  A 2 a.m. climb up a ridge near Ninuluk Creek allowed a territorial view; similarly a climb past Uluksrak Bluff.  As with any eminence in the Reserve, views ended simply at the horizon.  At Nuiqsut my first friend left and another friend joined me for the paddle out through the Colville delta to our take-out at Deadhorse.  I wound up spending 10 days in Nuiqsut.  When we entered the delta, the signs of industrial impact burgeoned.  From our campsites in the Colville River delta--and many other places on the Colville for that matter--one can clearly see great distances.  From the top of the delta, for instance, the western-most oil wells in the Kuparuk oil field east of the Reserve are clearly visible some 30 miles away.  Without looking for it, we encountered evidence of soil compaction (both cat tread and rolligon tires) in the sand dunes and vegetation compaction (rolligon tires) from seismic or other exploratory work.  Also without looking, we found the

route of an ice road, evinced by smashed willow bushes and scattered reflective stakes marked "ice road."

21.     In April and May of 1997, Kevin Bopp of Cantwell and I mushed our 8-dog teams of huskies from Wiseman, Alaska, through Anaktuvuk Pass, to Umiat, to Nuiqsut and on to Deadhorse—a trip spanning over 450 miles in 27 days. This trip took us along the edge of and through the Northeast Planning Area. Upon reaching Nuiqsut, we heard reports of many polar bears between Oliktok Point and Cross Island. Upon reaching Oliktok in a dense fog, we opted for the overland route to avoid polar bears in the whiteout, rather than the coastal route we'd planned to bypass the oil fields. The industry obstacles we encountered on the overland route had a disturbing effect – and not just the annoyance of being among structures and human debris following a long period in the Arctic wilderness. After having traveled hundreds of trackless miles, every moment ahead of us an unknown, we suddenly began seizing on news of known routes. I noticed that once these kinds of psychological dynamics take hold, the wilderness adventure is over. When we were delayed or detoured by oil infrastructure, we found ourselves demoralized because we were now up against man-made obstacles rather than the challenges of nature we had faced over the preceding weeks. The idea that wilderness adventures like those enjoyed by my clients, my friends and myself can continue in the midst of oil and gas development all across the Reserve is a myth. As we have seen across the North Slope, development begets development.

22.     In late June of 1997, I guided a 3-day trip for Los Angeles Times reporter Kim Murphy in the Northeast Planning Area. The purpose of the trip was to show the reporter this area. We accessed the Colville delta by motorboat, driven by Job Woods, from Nuiqsut. We

accessed Nuiqsut and other parts of the Reserve via airplane charter from Deadhorse. From the air, it was easy to see the remains of several old drilling operations. We could also see the tracks of seismic vehicles on the still-frozen surface of Teshekpuk Lake. We landed on the edge of Teshekpuk Lake, Pik Dunes, and on the Colville River near the Kikiakrorak River to meet with biologists at a pre-arranged meeting at a raptor nesting area on the west side of the Colville.

23.   In August of 1998, I guided an 18-day kayak trip down the Colville River for two people, Greg McCarthy from Anchorage and Ralph Bomonti from New York City. We put in between the Kiligwa and Nuka Rivers. Again, this trip took us through what would become all three -- South, Northwest, and Northeast -- planning areas of the Reserve. As in 1996, after a day of paddling it was our wont to go exploring afoot. Below Killik Bend, the Colville really speeds up and braids extensively for roughly 60 miles to Umiat. It is a fine stretch of river. There are lovely willow forests in the riparian zone and when one finds the river bank, there is always an undercut ice lens to climb, or a low bluff to scale for a territorial view. Greg and I took an amazing hike through the brushy riparian zone and up onto the back side of Uluksrak Bluff for an amazing view of God's creation, not so majestic as eternal. On the last several days of the trip, as we traveled through the Colville delta, we saw the drill boring platform for the pipeline that now services the Alpine oil field. We encountered heavy helicopter traffic in the delta. It's fair to say that we expected it, but is it fair to expect us to be happy and undeterred by the roar?

24.     In 1999, my fiancé and I paddled the whole of the Kurupa River, entering the Colville River within the Northwest Reserve, and then following the Colville all the way to Nuiqsut on a caribou-hunting trip.

25.     On September 1, 2001, my wife Jennifer and I started on the Nigu River and paddled to its confluence with the Etivluk, then onward to the Colville River – a five week trip that would have us hit all three planning areas.  Paddling into the Northeast Planning Area – which you'd only know if you knew the planning boundaries because on the ground it is a seamless wilderness – we climbed a bluff on the north side of the river and napped in the fall sun in the flattened grass where a momma gizzly bear and a large cub had slept some time before.  Some days later, camped on the west side of the river by Sentinel Hill, we were sitting by the fire when we watched a cow moose and her calf cross a deep braided channel.  Moments later a ptarmigan landed within the ring of fire light, exhausted, we assumed, and somewhat careless.  Carrying on past Umiat, the river is the swift, braided, and "forested" with willow thickets, home to lynx, song birds, and the views as expansive and lovely as any on the Colville.

26.     In July 2002, I participated in a field trip to the Northeast Planning Area under auspices of State Director Henri Bisson.  We overflew Teshekpuk Lake and tried vainly in poor weather to locate some "christmas tree" well heads; we visited Alpine; and we visited Umiat before and after an overnight raft trip on the Colville River with the BLM's Resource Advisory Council.  I was along as a RAC member, but also as something of a guide (and we used my boats and boating equipment).  The overflight was inspiring, but it must be monotonous for those without experience on the ground; Alpine was a technical wonder, a

better iteration than what came before, but still a huge, shiny, conspicuous thing on the landscape. Our time on the Colville was a lovely, sunny, and relatively bug-free two days. The only people to leave river's edge for a hike into the Northeast Planning Area were myself and two junior BLM staffers.

27.    In 2003, I guided a trip down the Killik River. In early July, we arrived at the Killik's confluence with the Colville River. We paddled across the Colville to make camp left of river on the highest point of open ground. We took a layover day to explore the area. After a long hike on the south side of the river, during which a heavy rain commenced, we came back to camp and I took off for a hike to climb up to the summit of Killik Bend on the north side of the river, the whole time within the Northwest Planning Area.

28.    Kevin Bopp and I returned to the Reserve in 2004 as guides to the Utukok River in the Southern Planning Area.

29.    In July, 2005, as the sole RAC member and as an "environmental rep," I toured the Reserve's Southern Planning Area with State Director Henri Bisson, Regional Director Bob Schneider and several other BLM leaders, including Tom Lonnie from the minerals division in DC.

30.    The business Arctic Wild, Inc. runs approximately two trips per summer in the NPR-A, but we have not been in the Northeast Planning Area since 2001 and 2002, when we ran canoe trips from the lower Etivluk to Umiat (again taking in all three planning areas). We have definite plans to return to the Reserve, to any and all of the planning areas. For 2006, we are advertising one trip to the Reserve: a Colville River trip from the Northwest into the

Northeast Planning Area. We have one "custom trip" (not advertised) from the Killik down to Umiat within the Northeast Reserve. I will lead this one.

### Harms to Future Use of the Planning Area

31. I have definite plans to continue to return to the Reserve, including the Northeast Planning Area, in the future. The Brooks Range and North Slope is still big country. It invites large trips, big undertakings, modern-day gestures in the spirit of our forefathers. It is also attractive to paying wilderness travelers (aka: clients). Looking at summer travel alone, I reckon there are 15 tributaries draining from the Brooks Range into the Colville that are reasonably--at certain times of the year--paddleable. It occurred to me that by the time I am 53, maybe I could have paddled one of these tributaries every year--and paddled the Colville to the delta as many times. Some day I would also love to repeat portions of my 1997 winter trip, from the Anaktuvuk River to Umiat or from Ingoyak Pass by a northeasterly vector across the flats to Nuiqsut. I'd also love to paddle the Chandler River to its confluence with the Colville. However, the amended Northeast Plan could mar this place with pipeline crossings, oil wells, pads, materials sites and other industry infrastructure by then. Moreover, my business Arctic Wild, Inc., will continue to offer trips to the various parts of the Reserve as long as this country remains wild and unmarred by oil and gas development.

32. As the country is developed, my spirit dies. It is not a rapid, catastrophic event; the land and my spirit die a slow, incremental death as the land is developed. I wish it could be understood that what I do in wild country is not to me recreation in any pejorative or

limited sense. What I do out there is what I'm best at, it's what my family taught me how to do, it's what I've spent my adult life becoming expert at, it's how I identify myself. As noted before, I look forward to a lifetime of exploration. Widespread oil development in the Arctic simply undoes my plans, my hopes of a life well-lived. The real possibility of oil and gas exploration and development across all the areas of the Reserve threatens irrevocable harm to this area's diversity and mass of biological life, wildness, silence and beauty. I have seen--from the air, from the ground, even at sea offshore of the Arctic Refuge--the extent of industrial sprawl facing the Arctic. Now, from the Canning River to Teshekpuk Lake, we have oil development and a diminution of recreational, spiritual, subsistence, visual and wildlife values.

33. The vast majority of what I have experienced within and near the Reserve is a place undisturbed by humans, where the ground is unspoiled by oil development infrastructure. The incursion of exploratory and active oil wells, production facilities, pipelines, and roads will mar the visual and wilderness qualities of the Reserve – the natural essence of this wild place. From the perspective of a business owner, development in this region will eliminate my future use of parts of the Colville drainage and the planning areas because the clientele I serve won't pay to travel through areas where they will encounter oil fields and pipelines.

34. The Northeast Plan Amendment is based on an arrogant "can do" analysis of impacts from full-scale oil and gas leasing on wildlife and other resources in the Northeast Planning Area. This analysis is misleading in that it downplays much of what we know about cumulative impacts, and in so doing, the Northeast Plan Amendment has failed to disclose to

National Audubon Society, et al., v. Norton, et al.,                                                                13
1:05-cv-00008-JKS

the public the immense changes these activities will bring to the area. The BLM's downplaying of impacts under this plan has made it difficult for me to educate my fellow citizens and colleagues on the Resource Advisory Council as to the kinds of changes that will actually be coming to this once-undisturbed and isolated region of Alaska as a result of oil and gas exploration and development. And it has made it difficult for me to have or to instill in others confidence in public processes.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 4, 2006        By: _____
                                David van den Berg

# RAC RESOLUTIONS
Passed March 4, 1998

*The following resolution was unanimously approved by council members present during a vote at the March 4, 1998, regular council meeting held at the BLM Northern District Office in Fairbanks. Council Co-chair Brad Meiklejohn then forwarded the resolution to absent council members according to the council's policy for absentee vote within one week. It is anticipated that absent members will also approve the resolution and that the council will forward the resolution to the BLM State Director and the Secretary.*

## RESOLUTION ONE:

- Oppose wild and scenic river designation for that portion of the Colville River downstream of the point that BLM fails to own both banks of the river.
- Recommend that BLM, working with the State of Alaska, Arctic Slope Regional Corporation, the North Slope Borough and residents, and other affected interests, develop a Comprehensive Colville River Management Plan (to consider entire watershed) to guide future land uses.
- Recommend that BLM adopt a preferred alternative in the Final Environmental Impact Statement for the Northeast NPR-A which ensures "maximum protection" for the scenic, subsistence, recreational, fish and wildlife, and historic values in the Colville River Special Area (prior to adoption of the river management plan).

*The following resolution was not approved by a majority vote in each category of the RAC as required by council charter.*

## RESOLUTION TWO:

Recommend that BLM's definition of maximum protection include the withdrawal of the Colville River Special Area from surface occupancy and oil and gas leasing until completion of the Colville River Comprehensive Management Plan.

Attachment A

Exhibit 79, page 15 of 15