

# United States Department of the Interior

**FISH AND WILDLIFE SERVICE**
1011 E. Tudor Rd.
Anchorage, Alaska 99503-6199

IN REPLY REFER TO:

AFES/FHC/FFW.FO

APR 2 2003

Memorandum

To: State Director - Bureau of Land Management

From: Regional Director - Region 7

Subject: Comments on the Draft Environmental Impact Statement for the Northwest Planning Area National Petroleum Reserve - Alaska

The U.S. Fish and Wildlife Service has reviewed the Draft Environmental Impact Statement and Integrated Activity Plan prepared for the Northwest Planning Area of the National Petroleum Reserve-Alaska. The DEIS presents information and analyzes various alternatives for the management of the 8.8 million-acre Northwest NPR-A Planning Area.

The Northwest Planning Area includes important nesting and staging habitat for waterfowl, shorebirds, and raptors; overwintering and spawning areas for fish; and habitat for caribou. The biological diversity and richness of NPR-A supports important subsistence resources for the Native villages of Nuiqsut, Barrow, Atqasuk, and Wainwright. The Service offers the following comments that we believe would serve to provide additional clarity and improve the DEIS as BLM seeks to balance the energy needs of our nation and the conservation of the biological and cultural resources found in the Northwest Planning Area. Our comments are limited to potential impacts to our Federal trusts resources including migratory birds, marine mammals, anadromous fish, subsistence resources and endangered species.

If you have questions concerning our comments please contact Mr. Steve A. Lewis, Field Supervisor of the Fairbanks Fish and Wildlife Field Office, at (907) 456-0272. If we can be of any assistance on technical resource questions such as the identification of high-value resource areas, the interpretation of published and unpublished survey data, and the analysis of potential impacts to migratory birds, listed species, polar bears and walrus, Mr. Lewis will arrange to have that assistance provided.

Attachment

5630

Alternative C would be appropriate for this area.

*Kasegaluk Lagoon*

The northern portion of Kasegaluk Lagoon and the associated wetlands of the Tunalik River have been identified in the DEIS as a potential Special Area under Alternatives B and C (approximately 267,000 acres). In addition, under both Alternatives, Kasegaluk Lagoon would be unavailable for oil and gas lease sales. The Service endorses the designation and the no-lease Stipulation because of the area's importance for migratory birds. Kasegaluk Lagoon and its associated wetlands are areas of high bird concentration and diversity, providing critically important habitats for specific species of waterfowl and shorebirds (Johnson et al. 1993). The lagoon also is seasonally important for molting and fall-staging waterfowl, particularly brant. The villages of Point Lay and Wainwright also use the area extensively for subsistence activities.

**Threatened and Endangered Species**

Spectacled eiders and the Alaska breeding population of Steller's eiders were listed as threatened under the Endangered Species Act of 1973, as amended, in 1994 and 1997, respectively. The Northwest Planning Area of the NPR-A provides nesting and brood-rearing habitat for significant numbers of threatened Steller's and spectacled eiders. The Service estimates that about 90 percent of the Alaska-breeding population of Steller's eiders and about 70 percent of the North Slope population of spectacled eiders nest within this area. Given the uncertainty surrounding how much development may occur, how that development would be managed (Stipulations and Required Operating Procedures (ROPs)), and how Steller's and spectacled eiders may be affected by development, it is difficult to evaluate potential impacts of any of the Alternatives on these two species. If significant development occurs within areas of high concentrations of either species, we believe the potential for population-level impacts is high for North Slope breeding spectacled eiders and for the listed Alaska breeding population of Steller's eiders.

Steller's eiders nest in moist and wet sedge habitats, normally along the margins of ponds and basin wetland complexes. Historically, Steller's eiders in Alaska nested discontinuously from the Aleutian Islands to the Seward Peninsula, from the vicinity of Point Lay to Point Barrow, and east of Point Barrow along the Arctic Coastal Plain to the United States-Canada border (Kertell 1991). Results of surveys conducted over the past decade however, indicate that the nesting range of the Steller's eider has been reduced to the vicinity of Barrow (Larned et al. 1999; Quakenbush et al. 2002; Obritschkewitsch et al. 2001; Ritchie and King 2001, 2002).

Steller's eiders nest in unusually high densities in the immediate vicinity of the village of Barrow, and preliminary surveys suggest this concentration may extend across the "Barrow Triangle" (which is approximately that area north of 70° 50' N, between Dease Inlet and the Chukchi Sea), although how densities and the regularity of use vary across this area is unknown.

The "Barrow Triangle" includes approximately 673,000 acres, or 7.6 percent, of the Northwest Planning Area. Given the concentration of Steller's eiders near Barrow, we are concerned that significant development within this area could jeopardize the continued existence of the listed Alaska breeding population. Obviously, the best way to avoid jeopardizing the species' survival and recovery is to exclude development from areas of extreme importance to the species. At the time development is proposed, Section 7 consultation will be required and the Service will evaluate whether the cumulative, direct and indirect effects will jeopardize the species survival and recovery. Any resulting Biological Opinions will contain reasonable and prudent measures to avoid or minimize adverse effects.

In the Arctic, spectacled eiders usually nest in wet meadows, basin wetland complexes, along the edges of shallow ponds and lakes, or on islands in larger lakes. Areas of high-density spectacled eider nesting have been identified in wetlands to the northwest, south, and southwest of Dease Inlet, including the Meade, Chip, and Inaru river drainages, and in wetlands extending to the south of Peard Bay, including the Kugrua and Kungok river drainages (Lamed et al. 2002, 2003; Mallek et al. 2002).

In order to protect these areas and minimize disturbance to nesting and brood-rearing spectacled and Steller's eiders, the Service recommends Stipulations and ROPs be developed to protect these critical areas. Based on our experience and observations, we believe that to avoid significant impacts to high density nesting and brood-rearing areas they should be protected with minimum one-half mile setbacks for permanent structures. The estuaries and coastlines of Peard Bay and Dease Inlet should be buffered as well with one-half mile setbacks for permanent facilities.

**Stipulations and Required Operating Procedures**

The Service has questions relative to the Stipulations and ROPs associated with the various DEIS Alternatives. We believe that the DEIS could be improved by more clearly defining the Stipulations and ROPs, by identifying the application criteria to be used for determining where and when they will be applied, and finally specifying the circumstances when exceptions to the stipulations and ROPs will be authorized. If these additions were made, the Service believes that the apparent contradictions in the DEIS regarding how the Stipulations and ROPs would be applied to additional lease-sales and subsequent permit in the Northwest Planning Area would be resolved. In certain cases, we have specific concerns regarding the language of some Stipulations such as those that identify measures indicating a maximum distance (e.g., a buffer zone) without specifying any minimum setback distance. We believe that any Stipulation or ROP should be defined in terms of minimum requirements. It is our position that the oil and gas industry and other users need to know, prior to leasing, the minimum extent of buffers and other protective measures they will be expected to employ. Without a clear explanation of how the Stipulations and ROPs are defined and applied to exploration and development activities, it is difficult to assess the Alternatives and determine their impacts on the resources of the Northwest Planning Area.