

## U.S. Department of the Interior

**Bureau of Land Management**                                    January 2005

# Northeast
# National Petroleum Reserve – Alaska

# FINAL
# Amended Integrated Activity Plan/
# Environmental Impact Statement

## Volume 1
**Abstract, Executive Summary, and Chapters 1, 2, 3, and 4.1 to 4.6**



**Exhibit 42, page 1 of 300**

# Final

# Amendment to the
# Northeast National Petroleum Reserve
# Integrated Activity Plan/
# Environmental Impact Statement

## Volume 1

**Abstract**
**Executive Summary**
**Chapter 1: Introduction**
**Chapter 2: Alternatives**
**Chapter 3: Affected Environment**
**Chapter 4: Environmental Consequences (Sections 4.1 to 4.6)**

Prepared by

U.S. Department of the Interior, Bureau of Land Management
Anchorage, Alaska

January 2005

**Exhibit 42, page 2 of 300**

# TABLE OF CONTENTS AND LISTS OF TABLES, FIGURES, AND MAPS

# TABLE OF CONTENTS

## VOLUME 1

Abstract ................................................................................................................................... Abstract-i

Executive Summary ................................................................................................ Executive Summary-i

Chapter 1.    Introduction ............................................................................................................. 1-1
    1.1    Preview of this Section .......................................................................................1-3
    1.2    Proposed Action ..................................................................................................1-3
    1.3    Purpose and Need for the Proposed Action ........................................................1-3
        1.3.1    Purpose and Need...............................................................................1-3
        1.3.2    Authority.............................................................................................1-5
    1.4    Northeast National Petroleum Reserve – Alaska Planning Area Boundary .............1-7
    1.5    Administrative History of the National Petroleum Reserve – Alaska .....................1-7
    1.6    Decisions to be Made and Implementation...........................................................1-9
        1.6.1    Requirements for Further Analysis.....................................................1-9
    1.7    Consistency with Federal, State, and Local Laws and Regulations.....................1-10
    1.8    Federal and State Permits and Approvals Needed to Implement the Proposed Action.......... 1-12
    1.9    Interrelationships and Coordination with Other Agencies .................................. 1-12
    1.10    Consultation ..................................................................................................... 1-15
    1.11    Public Involvement, Scoping, and Key Issues................................................... 1-15
        1.11.1    Public Scoping Notices and News Releases ..................................... 1-16
        1.11.2    Public Scoping Meetings.................................................................. 1-16
        1.11.3    Agency and Organization Meetings ................................................. 1-16
        1.11.4    Key Issues and Concerns ................................................................. 1-16
    1.12.    Draft Amended IAP/EIS Review and Public Comment ...................................... 1-18
    1.13.    Hearings........................................................................................................... 1-18
    1.14    Limitations of the Amended IAP/EIS ................................................................ 1-19
    1.15    Preview of the Remainder of the Amended IAP/EIS ........................................... 1-19

Chapter 2.  Alternatives ................................................................................................................ 2-1
    2.1    Introduction........................................................................................................2-3
    2.2    Formulation of the Alternatives ..........................................................................2-3
        2.2.1    Areas with Additional Protections .....................................................2-5
    2.3    Description of the Alternatives.............................................................................2-8
        2.3.1    Alternative A – No Action Alternative................................................2-8
        2.3.2    Alternative B – Preferred Alternative .................................................2-8
        2.3.3    Alternative C .................................................................................... 2-10
    2.4    Alternatives Considered but Eliminated from Detailed Analysis ........................ 2-13
        2.4.1    Alternatives Considered in 1998 Northeast IAP/EIS ........................ 2-13
        2.4.2    Other Alternatives ........................................................................... 2-13
    2.5    Other Management Actions Common to All Alternatives .................................... 2-14
    2.6    Stipulations and Required Operating Procedures ............................................... 2-15
        2.6.1    Definitions ....................................................................................... 2-16
        2.6.2    Stipulation(s) and Required Operating Procedure(s) and the Permitting/
             Authorization and Exception Process ................................................ 2-17
        2.6.3    Alternative A Stipulations and Alternative B and Alternative C Stipulations and
             Required Operating Procedures ........................................................ 2-19

**Exhibit 42, page 4 of 300**

TABLE OF CONTENTS

2.6.4   Final Preferred Alternative (Alternative D) Stipulations and Required
         Operating Procedures ................................................................................. 2-37
2.7   Monitoring .................................................................................................. 2-56
2.8   Effectiveness of Stipulations and Required Operating Procedures........................... 2-56
2.9   Comparison of the Consequences of Each Alternative ....................................... 2-57
2.9   Impacts to Current and Future Lease Holders from Revisions to 1998 Northeast
      IAP/EIS ROD ............................................................................................... 2-57

**Chapter 3.   Affected Environments...................................................................................3-1**
3.1   Preview of this Section ............................................................................. 3-7
3.2   Physical Environment................................................................................ 3-7
      3.2.1   Climate and Meteorology.................................................................. 3-7
      3.2.2   Air Quality ................................................................................... 3-9
      3.2.3   Physiography ................................................................................ 3-9
      3.2.4   Geology and Minerals ..................................................................... 3-9
      3.2.5   Petroleum Resources ..................................................................... 3-14
      3.2.6   Paleontological Resources.............................................................. 3-19
      3.2.7   Soil Resources .............................................................................. 3-19
      3.2.8   Sand and Gravel Resources............................................................. 3-20
      3.2.9   Water Resources ........................................................................... 3-22
      3.2.10  Hazardous Materials ...................................................................... 3-28
3.3   Biological Resources ................................................................................ 3-29
      3.3.1   Special Areas ................................................................................ 3-29
      3.3.2   Vegetation.................................................................................... 3-29
      3.3.3   Wetlands and Floodplains ............................................................... 3-31
      3.3.4   Wildland Fire ................................................................................ 3-32
      3.3.5   Fish............................................................................................. 3-32
      3.3.6   Birds............................................................................................ 3-38
      3.3.7   Mammals ...................................................................................... 3-48
      3.3.8   Threatened and Endangered Species ................................................. 3-56
3.4   Social Systems ........................................................................................ 3-61
      3.4.1   Cultural Resources......................................................................... 3-61
      3.4.2   Subsistence ................................................................................... 3-69
      3.4.3   Sociocultural Systems .................................................................... 3-86
      3.4.4   Environmental Justice .................................................................... 3-91
      3.4.5   Land Uses and Coastal Management.................................................. 3-92
      3.4.6   Recreational and Wilderness Resources............................................. 3-98
      3.4.7   Visual ......................................................................................... 3-105
      3.4.8   Transportation.............................................................................. 3-109
      3.4.9   Economy ...................................................................................... 3-114

**Chapter 4.   Environmental Consequences..................................................................4-1**
4.1   Preview of this Section ............................................................................. 4-9
      4.1.1   Relative Severity Criteria, Best Management Practices, and Mitigation.................... 4-9
4.2   Introduction and Basic Assumptions for the Environmental Consequences Assessment...... 4-10
      4.2.1   Ground-impacting Management Actions .............................................. 4-11
      4.2.2   Oil Spills ...................................................................................... 4-14
4.3   Alternative A (No Action Alternative)............................................................ 4-56
      4.3.1   Air Quality ................................................................................... 4-56
      4.3.2   Paleontological Resources............................................................... 4-60
      4.3.3   Soil Resources .............................................................................. 4-62
      4.3.4   Water Resources ........................................................................... 4-66
      4.3.5   Vegetation.................................................................................... 4-73

**Exhibit 42, page 5 of 300**

| | | |
|---|---|---|
| 4.3.6 | Wetlands and Floodplains | 4-80 |
| 4.3.7 | Fish | 4-83 |
| 4.3.8 | Birds | 4-96 |
| 4.3.9 | Mammals | 4-107 |
| 4.3.10 | Threatened and Endangered Species | 4-123 |
| 4.3.11 | Cultural Resources | 4-130 |
| 4.3.12 | Subsistence | 4-133 |
| 4.3.13 | Sociocultural Systems | 4-139 |
| 4.3.14 | Environmental Justice | 4-145 |
| 4.3.15 | Coastal Zone Management | 4-147 |
| 4.3.16 | Recreational Resources | 4-155 |
| 4.3.17 | Visual Resources | 4-159 |
| 4.3.18 | Economy | 4-162 |
| 4.4 | Alternative B | 4-162 |
| 4.4.1 | Air Quality | 4-163 |
| 4.4.2 | Paleontological Resources | 4-169 |
| 4.4.3 | Soil Resources | 4-170 |
| 4.4.4 | Water Resources | 4-174 |
| 4.4.5 | Vegetation | 4-181 |
| 4.4.6 | Wetlands and Floodplains | 4-186 |
| 4.4.7 | Fish | 4-188 |
| 4.4.8 | Birds | 4-198 |
| 4.4.9 | Mammals | 4-204 |
| 4.4.10 | Threatened and Endangered Species | 4-213 |
| 4.4.11 | Cultural Resources | 4-219 |
| 4.4.12 | Subsistence | 4-221 |
| 4.4.13 | Sociocultural System | 4-228 |
| 4.4.14 | Environmental Justice | 4-231 |
| 4.4.15 | Coastal Zone Management | 4-233 |
| 4.4.16 | Recreational Resources | 4-238 |
| 4.4.17 | Visual Resources | 4-242 |
| 4.4.18 | Economy | 4-244 |
| 4.5 | Alternative C | 4-250 |
| 4.5.1 | Air Quality | 4-251 |
| 4.5.2 | Paleontological Resources | 4-256 |
| 4.5.3 | Soil Resources | 4-257 |
| 4.5.4 | Water Resources | 4-261 |
| 4.5.5 | Vegetation | 4-268 |
| 4.5.6 | Wetlands and Floodplains | 4-272 |
| 4.5.7 | Fish | 4-274 |
| 4.5.8 | Birds | 4-279 |
| 4.5.9 | Mammals | 4-284 |
| 4.5.10 | Threatened and Endangered Species | 4-292 |
| 4.5.11 | Cultural Resources | 4-297 |
| 4.5.12 | Subsistence | 4-299 |
| 4.5.13 | Sociocultural System | 4-304 |
| 4.5.14 | Environmental Justice | 4-306 |
| 4.5.15 | Coastal Zone Management | 4-308 |
| 4.5.16 | Recreational Resources | 4-314 |
| 4.5.17 | Visual Resources | 4-318 |
| 4.5.18 | Economy | 4-320 |
| 4.6 | Alternative D (Final Preferred Alternative) | 4-326 |
| 4.6.1 | Air Quality | 4-327 |

**Exhibit 42, page 6 of 300**

TABLE OF CONTENTS

| | | |
|---|---|---|
| 4.6.2 | Paleontological Resources | 4-331 |
| 4.6.3 | Soil Resources | 4-333 |
| 4.6.4 | Water Resources | 4-336 |
| 4.6.5 | Vegetation | 4-344 |
| 4.6.6 | Wetlands and Floodplains | 4-347 |
| 4.6.7 | Fish | 4-350 |
| 4.6.8 | Birds | 4-354 |
| 4.6.9 | Mammals | 4-361 |
| 4.6.10 | Threatened and Endangered Species | 4-371 |
| 4.6.11 | Cultural Resources | 4-377 |
| 4.6.12 | Subsistence | 4-380 |
| 4.6.13 | Sociocultural System | 4-388 |
| 4.6.14 | Environmental Justice | 4-392 |
| 4.6.15 | Coastal Zone Management | 4-394 |
| 4.6.16 | Recreational Resources | 4-400 |
| 4.6.17 | Visual Resources | 4-404 |
| 4.6.18 | Economy | 4-406 |

## VOLUME 2

| | | | |
|---|---|---|---|
| 4.7 | | Effects of the Cumulative Case | 4-417 |
| | 4.7.1 | Structure of the Cumulative Impacts Analysis | 4-417 |
| | 4.7.2 | Activities Not Associated with Oil and Gas Exploration and Development Considered in the Cumulative Effects Analysis | 4-420 |
| | 4.7.3 | Oil and Gas Exploration and Development Activities Considered in the Cumulative Effects Analysis | 4-425 |
| | 4.7.4 | Advances in Technology | 4-454 |
| | 4.7.5 | Resource Protection Measures Considered in the Cumulative Effects Analysis | 4-468 |
| | 4.7.6 | Other Information Considered in the Cumulative Effects Analysis | 4-470 |
| | 4.7.7 | Analysis of Cumulative Effects by Resources | 4-471 |
| | 4.7.8 | Incremental Contribution of Alternatives to Cumulative Effects | 4-588 |
| | 4.7.9 | Cumulative Effects Outside of the Planning Area from the Transport of Northeast National Petroleum Reserve – Alaska Produced Oil | 4-589 |
| 4.8 | | Unavoidable Adverse Effects | 4-590 |
| | 4.8.1 | Air Quality | 4-590 |
| | 4.8.2 | Paleontological Resources | 4-591 |
| | 4.8.3 | Soil Resources | 4-591 |
| | 4.8.4 | Water Resources | 4-591 |
| | 4.8.5 | Vegetation | 4-591 |
| | 4.8.6 | Wetlands and Floodplains | 4-592 |
| | 4.8.7 | Fish | 4-592 |
| | 4.8.8 | Birds | 4-592 |
| | 4.8.9 | Mammals | 4-593 |
| | 4.8.10 | Threatened and Endangered Species | 4-593 |
| | 4.8.11 | Cultural Resources | 4-594 |
| | 4.8.12 | Subsistence | 4-594 |
| | 4.8.13 | Sociocultural Systems | 4-595 |
| | 4.8.14 | Environmental Justice | 4-595 |
| | 4.8.15 | Coastal Zone Management | 4-595 |
| | 4.8.16 | Recreation Resources | 4-595 |
| | 4.8.17 | Visual Resources | 4-596 |
| | 4.8.18 | Economy | 4-596 |

**Exhibit 42, page 7 of 300**

4.9 Relationship Between the Local Short-term Uses and Maintenance and Enhancement of Long-term Productivity .................... 4-596
   4.9.1 Air Quality .................... 4-596
   4.9.2 Paleontological Resources .................... 4-596
   4.9.3 Soil Resources .................... 4-597
   4.9.4 Water Resources .................... 4-597
   4.9.5 Vegetation .................... 4-597
   4.9.6 Wetlands and Floodplains .................... 4-598
   4.9.7 Fish .................... 4-598
   4.9.8 Birds .................... 4-598
   4.9.9 Mammals .................... 4-598
   4.9.10 Threatened and Endangered Species .................... 4-599
   4.9.11 Cultural Resources .................... 4-599
   4.9.12 Subsistence .................... 4-600
   4.9.13 Sociocultural Systems .................... 4-600
   4.9.14 Environmental Justice .................... 4-600
   4.9.15 Coastal Zone Management .................... 4-600
   4.9.16 Recreation Resources .................... 4-600
   4.9.17 Visual Resources .................... 4-601
   4.9.18 Economy .................... 4-601
4.10 Irreversible and Irretrievable Commitment of Resources .................... 4-601
   4.10.1 Air Quality .................... 4-601
   4.10.2 Paleontological Resources .................... 4-601
   4.10.3 Soil Resources .................... 4-602
   4.10.4 Water Resources .................... 4-602
   4.10.5 Vegetation .................... 4-602
   4.10.6 Wetland and Floodplains .................... 4-602
   4.10.7 Fish .................... 4-602
   4.10.8 Birds .................... 4-603
   4.10.9 Mammals .................... 4-603
   4.10.10 Threatened and Endangered Species .................... 4-603
   4.10.11 Cultural Resources .................... 4-603
   4.10.12 Subsistence .................... 4-604
   4.10.13 Sociocultural Systems .................... 4-604
   4.10.14 Environmental Justice .................... 4-604
   4.10.15 Coastal Zone Management .................... 4-604
   4.10.16 Recreation Resources .................... 4-605
   4.10.17 Visual Resources .................... 4-605
   4.10.18 Economy .................... 4-605
   4.10.19 Oil and Gas Resources .................... 4-605
4.11 Low-Probability, Very Large Oil Spill .................... 4-605
   4.11.1 Introduction .................... 4-605
   4.11.2 Blowout Assumptions .................... 4-607
   4.11.3 Behavior and Fate of a Blowout Oil Spill During Various Seasons .................... 4-608
   4.11.4 Effects of a Low-Probability, Very Large Oil Spill .................... 4-609
   4.11.5 Comparison of Alternatives .................... 4-619
4.12 Possible But Unlikely Permanent Roads .................... 4-620
   4.12.1 Scenario for a Possible Permanent Road Within the Planning Area .................... 4-620
   4.12.2 Scenario for a Possible Permanent Road Connecting Northeast National Petroleum Reserve – Alaska to Outside of the Planning Area .................... 4-621
   4.12.3 Effects .................... 4-621

## TABLE OF CONTENTS

**Chapter 5.    Consultation and Coordination** ...................................................................**5-1**
5.1    Preview of this Section ................................................................................ 5-3
5.2    Formal Scoping............................................................................................ 5-3
5.3    Agency and Organization Meetings............................................................. 5-3
5.4    Agencies and Organizations Contacted ...................................................... 5-4
5.5    Government-to-Government Consultation ................................................... 5-5
5.6    Public Review and Comment on the Draft Amended IAP/EIS...................... 5-7
5.7    Development of the Final Preferred Alternative ......................................... 5-7
5.8    List of Preparers of the Draft IAP/EIS ...................................................... 5-8

**Chapter 6.    Comments and Responses** ...................................................................**6-1**
6.1    Summary of Comments on the Draft Amended IAP/EIS .............................. 6-3
6.2    Commenting Agencies, Organizations, and Individuals ............................. 6-4
     6.2.1    Written Comments ........................................................................ 6-4
     6.2.2    Public Meeting Testimony ............................................................6-6
6.3    General Comments and Responses ............................................................ 6-10
6.4    Specific Comments and Responses............................................................. 6-12

## VOLUME 3

**Appendix A.  Northeast 1998 Record of Decision** ........................................................**A-1**

**Appendix B.  ANILCA Section 810 Analysis of Subsistence Impacts** .........................**B-1**
B.1    Subsistence Evaluation Factors....................................................................B-3
B.2    ANILCA § 810(a) Evaluations and Findings for All Alternatives and the Cumulative
       Case .............................................................................................................B-5
     B.2.1    Evaluation and Findings for Alternative A (No Action Alternative)...........B-5
     B.2.2    Evaluation and Findings for Alternative B .....................................B-7
     B.2.3    Evaluation and Findings for Alternative C .....................................B-10
     B.2.4    Evaluation and Findings for Alternative D (final Preferred Alternative) .................B-12
     B.2.5    Evaluation and Findings for the Cumulative Case .........................B-14
B.3    Notice and Hearings ....................................................................................B-16
B.4    Subsistence Determinations Under ANILCA § 810(a)(3)(A), (B), and (C) ..........B-17
     B.4.1    A. Significance Restriction of Subsistence Use is Necessary, Consistent with
              Sound Management Principles for the Utilization of Public Lands.........................B-17
     B.4.2    B. The Proposed Activity will Involve the Minimal Amount of Public Lands
              Necessary to Accomplish the Purposes of such Use, Occupancy or Other
              Disposition ....................................................................................B-18
     B.4.3    C. Reasonable Steps will be taken to Minimize Adverse Impacts upon
              Subsistence Uses and Resources Resulting from such Actions ...............B-18

**Appendix C.  Federal, State, and Local Permits and/or Approvals for Oil and Gas Exploration,
Development, and Production Activities** ...................................................**C-1**

**Appendix D.  Biological Assessment** ............................................................................**D-1**
D.1    Introduction and Background ...................................................................... D-3
D.2    Description of Proposed Activities Using the Agency Preferred Alternative and Key
       Assumptions in the Analysis ........................................................................ D-5
     D.2.1    Reasonable and Foreseeable Oil Development Scenario and Key Assumptions ...... D-5
     D.2.2    Phase I: Leasing and Exploration.................................................. D-8
     D.2.3    Phase II: Development, Production, and Abandonment ................... D-10
     D.2.4    Production.................................................................................... D-16

**Exhibit 42, page 9 of 300**

TABLE OF CONTENTS

D.2.5   Abandonment and Restoration of Production Sites ...........................................D-17
D.2.6   Lease Stipulations and Required Operating Procedures ...............................D-17
D.2.7   Private Lands ...........................................................................................................D-18
D.2.8   Other Key Assumptions .......................................................................................D-18
D.3   Description of Listed Eiders Occurring in the Northeast National Petroleum Reserve –
Alaska ................................................................................................................................D-18
D.3.1   Spectacled Eider ....................................................................................................D-18
D.3.2   Steller's Eider .........................................................................................................D-23
D.4   Avenues of Take for Listed Eider Species Resulting from Activities in the Northeast
National Petroleum Reserve – Alaska ........................................................................D-25
D.4.1   Summer Seismic Surveys ...................................................................................D-25
D.4.2   Habitat Loss in High Density Nesting Areas ..................................................D-25
D.4.3   Oil Field Disturbance ...........................................................................................D-28
D.4.4   Collisions (Strikes) ..............................................................................................D-35
D.4.5   Increased Predation .............................................................................................D-39
D.4.6   Oil Spills .................................................................................................................D-40
D.4.7   Increased Subsistence Hunting .........................................................................D-41
D.4.8   Toxics ......................................................................................................................D-42
D.4.9   Mitigating Measures ............................................................................................D-42
D.4.10  Effects of Abandonment ....................................................................................D-43
D.4.11  Protection Recommendations ...........................................................................D-44
D.5   Cumulative Effects on Spectacled and Steller's Eiders.............................................D-44
D.5.1   Potential Effects to Subsistence Harvest .........................................................D-44
D.5.2   Potential Effects to Commercial Fishing ........................................................D-45
D.5.3   Recreational Activities ........................................................................................D-45
D.5.4   Nuiqsut Road Construction ...............................................................................D-45
D.6   Agency Determination ....................................................................................................D-45
D.7   Bibliography ......................................................................................................................D-46

**Appendix E.  Stipulations from the 1998 Northeast National Petroleum Reserve – Alaska Record of
Decision** ........................................................................................................................... **E-1**

**Appendix F.  Standardized Stipulations Applied to Mitigate the Impacts of Non-Oil and Gas
Authorizations** ................................................................................................................ **F-1**

**Appendix G.  BLM Sensitive Species List for Alaska** ................................................................ **G-1**

**Appendix H.  Common, Scientific, and Iñupiaq Names of Species Listed in Amended IAP/EIS** ............. **H-1**

**Appendix I.  Historic Sites**................................................................................................................... **I-1**
I.1   Documented Alaska Heritage Resource Services Sites in the Northeast National
Petroleum Reserve – Alaska........................................................................................ I-1
I.2   Documented Traditional Land Use Inventory Sites in the Northeast National Petroleum
Reserve – Alaska ............................................................................................................ I-6

**Appendix J.  Subsistence**..................................................................................................................... **J-1**
J.1   Introduction.....................................................................................................................J-3
J.2   Subsistence Defined ......................................................................................................J-3
J.3   Annual Cycle of Harvest Activities ...........................................................................J-5
J.4   Community Subsistence Harvest Patterns ................................................................J-5
J.5   Traditional Iñupiat Settlement Patterns and Subsistence Use Areas...................J-6
J.6   Cultural Values of Subsistence ...................................................................................J-7
J.7   Contemporary Subsistence Uses ................................................................................J-8

**Exhibit 42, page 10 of 300**

TABLE OF CONTENTS

J.8    Barrow.................................................................................................................J-8
    J.8.1    Contemporary Seasonal Round...................................................J-8
    J.8.2    Subsistence Harvest Estimates...................................................J-9
    J.8.3    Contemporary Subsistence Use Areas.......................................J-13
    J.8.4    Contemporary Subsistence Use Areas East of the Community...J-13
J.9    Atqasuk............................................................................................................J-17
    J.9.1    Contemporary Seasonal Round.................................................J-18
    J.9.2    Subsistence Harvests.................................................................J-19
    J.9.3    Contemporary Subsistence Use Areas.......................................J-21
    J.9.4    Atqasuk Subsistence Use Areas East of the Community............J-21
J.10    Nuiqsut...........................................................................................................J-22
    J.10.1    Nuiqsut Subsistence Activities..............................................J-23
    J.10.2    Contemporary Seasonal Round..............................................J-24
    J.10.3    Subsistence Harvests..............................................................J-25
    J.10.4    Contemporary Subsistence Use Areas....................................J-25
    J.10.5    Subsistence Expenditures.......................................................J-42
J.11    Anaktuvuk Pass..............................................................................................J-43
    J.11.1    Contemporary Seasonal Round..............................................J-44
    J.11.2    Subsistence Harvests..............................................................J-44
    J.11.3    Subsistence Use Areas............................................................J-45
    J.11.4    Contemporary Connections to Nuiqsut, the Colville River Area, and the Beaufort Sea Coast..............................................................J-47
J.12    Other Villages................................................................................................J-48
J.13    Subsistence Access Routes.............................................................................J-49
J.14    Bibliography...................................................................................................J-51

**Appendix K. Oil Spills**..................................................................................................**K-1**
K.1    Oil Spill Size Categories................................................................................K-3
    K.1.1    Probability of a Large Crude Oil Spill....................................K-3
    K.1.2    Probability of a Small Crude Oil Spill - Less Than 500 bbl....K-8
    K.1.3    Probability of a Very Large Oil Spill - Greater Than or Equal to 120,000 Barrels...................................................................K-11
K.2.    Oil Weathering and Spreading.......................................................................K-11
    K.2.1    Modeling Simulations of Oil Weathering...............................K-11
    K.2.2    Observations of Historic North Slope Spill Patterns..............K-13
K.3    Cumulative Analysis of Oil Spills.................................................................K-13
    K.3.1    Preparing the Cumulative Analysis.........................................K-13
    K.3.2    Estimating Possible Future Spills from All Sources...............K-14
K.4    Bibliography...................................................................................................K-16

**Appendix L.  Memorandum of Understanding to Establish Cabin and Campsite Registry**.....................**L-1**

**Bibliography**.........................................................................................................**Bibliography-1**

**Glossary**....................................................................................................................**Glossary-1**

**Index**.............................................................................................................................**Index-1**

**Exhibit 42, page 11 of 300**

# CHAPTER 1
# INTRODUCTION

## CHAPTER 1

# INTRODUCTION

## 1.1    Preview of this Section

This section provides important background information about this Amendment to the Northeast National Petroleum Reserve – Alaska (also referred to as the Planning Area) Integrated Activity Plan/Environmental Impact Statement (Amended IAP/EIS; amendment). This section:

- Briefly describes the proposed project;

- Explains why the U.S. Department of the Interior (USDOI) Bureau of Land Management (BLM) is considering amending the *1998 Northeast National Petroleum Reserve – Alaska IAP/EIS* (1998 Northeast IAP/EIS; USDOI BLM and Minerals Management Service [MMS] 1998);

- Describes the decisions that will be made during the amendment process;

- Summarizes other documents that influenced the development of the Amended IAP/EIS;

- Describes the administrative history of the National Petroleum Reserve – Alaska, and federal, state, and local laws and regulations that influence BLM activities in the Northeast National Petroleum Reserve – Alaska;

- Describes interrelationships and consultation activities among the BLM, government agencies, tribal governments, conservation groups, and private citizens;

- Describes how this Amended IAP/EIS is being constructed with the help of the public;

- Lists the major issues raised during scoping and considered in this Amended IAP/EIS; and

- Summarizes what will be covered in the remainder of the Amended IAP/EIS.

## 1.2    Proposed Action

The National Petroleum Reserve – Alaska consists of 23 million acres located on the North Slope of Alaska (Map 1-1). The Planning Area consists of approximately 4.6 million acres located in the northeastern portion of the National Petroleum Reserve – Alaska. The BLM is amending its 1998 Northeast IAP/EIS to consider opening portions of the BLM-administered lands (public lands) that are currently unavailable for oil and gas leasing in the Northeast National Petroleum Reserve – Alaska. In addition, the BLM proposes to develop performance-based lease stipulations and Required Operating Procedures (ROPs) in the Planning Area similar to those stipulations and ROPs included in the *Northwest National Petroleum Reserve – Alaska IAP/EIS Record of Decision* (Northwest IAP/EIS ROD; USDOI BLM and MMS 2004).

## 1.3    Purpose and Need for the Proposed Action

### 1.3.1    Purpose and Need

The U.S. currently import's more than half of its petroleum supply, and the federal government projects that the proportion of the Nation's oil coming from overseas will continue to climb, approaching two-thirds by 2020 (U.S. Department of Energy [USDOE] 2002). Oil production in the U.S. overall, and on Alaska's North Slope, has been declining for several years. Importation of foreign oil increases this country's trade deficit, while domestic oil

**Exhibit 42, page 12a of 300**

INTRODUCTION

production, especially on federal lands, contributes directly to the health of the nation's economy and to federal revenues.

Northern Alaska is a very rich petroleum province, with an estimated in-place endowment of oil and gas equivalent to 77 billion barrels (Bbbl), and proven original oil reserves exceeding 20 Bbbl, of which over 13 Bbbl have been produced. Exploration in northern Alaska has located at least 38 oil and gas fields, although most reserves are in a few, very large oil fields near Prudhoe Bay. The essential oil-source rock and reservoir sequences creating these commercial oil fields extend across much of the North Slope, including the National Petroleum Reserve – Alaska. Because of these geologic trends and the abundance of untested potential traps, northern Alaska and the adjacent continental shelf are considered to hold high potential for new oil and gas fields.

Congress first authorized an oil and gas-leasing program in the National Petroleum Reserve – Alaska in the Department of the Interior and Related Agencies' Fiscal Year (FY) 1981 Appropriations Act (Public Law [PL] 96-514, December 12, 1980). To meet the provisions of the National Environmental Policy Act (NEPA) for conducting lease sales, the BLM completed an Environmental Assessment (EA) of the National Petroleum Reserve – Alaska in 1981 and an EIS in 1983 (USDOI BLM 1983a). The 1983 EIS deleted some areas from leasing and recommended stipulations to protect surface resources, especially in areas with high surface values. A total of four lease sales were held during 1982 to 1985, resulting in the drilling of a single well that was abandoned as a dry hole in 1985. One other industry well was drilled in 1982 on private in-holdings at Cape Halkett, but information from that well remains confidential.

The Alpine discovery (Alpine field) played an important role in re-igniting exploration interest in the National Petroleum Reserve – Alaska. Atlantic Richfield Company (ARCO) and its partners discovered the Alpine field on state lands to the east of the Planning Area in the winter of 1994-1995 (Alaska Report 1996). Development and appraisal drilling has confirmed its reserve potential of 429 MMbbl, and in the fall of 2003 the Alpine Field recorded 100 MMbbl of production (Alaska Oil and Gas Reporter 2003). The field may even have economically recoverable reserves as high as 500 MMbbl (Gingrich 2001). The Alpine field is one of the larger fields discovered in Alaska since discovery of the Prudhoe Bay field; it extends westward into the National Petroleum Reserve – Alaska. Similar reservoirs have been the principal targets for exploration on leases acquired in the Planning Area.

As a result of renewed interest in the National Petroleum Reserve – Alaska, and the need to update the environmental analysis of potential impacts from oil and gas development in the National Petroleum Reserve – Alaska, the BLM began an assessment in 1997 of the potential impacts from oil and gas development in the Planning Area, including all lands in the National Petroleum Reserve – Alaska east of the Northwest National Petroleum Reserve – Alaska. The *Northeast National Petroleum Reserve – Alaska IAP/EIS* culminated in a ROD in October 1998 that superseded the decisions of the 1983 EIS and included a decision to make approximately 4 million of the 4.6 million acres available for oil and gas leasing (USDOI BLM and MMS 1998).

The 1998 Northeast IAP/EIS ROD (see Appendix A) outlined multiple-use management of the 4.6-million-acre Northeast National Petroleum Reserve – Alaska area, and emphasized restrictions on surface activities, consultation with local residents, and coordinated scientific studies to protect wildlife habitat, subsistence use areas, and other resources. Among other decisions, this document made approximately 589,000 acres in the Teshekpuk Lake area unavailable for leasing and an additional 268,862 acres were restricted to leasing with no permanent facilities and no exploratory wells. The area made unavailable to leasing near Teshekpuk Lake is an area with especially high oil and gas potential. By excluding these areas from future oil and gas leasing and placing restrictions on surface activities in other areas, approximately 1.8 billion of the estimated 3.1 billion barrels of technically recoverable oil in the Planning Area was made unavailable for helping to meet future energy needs. The 1998 Northeast IAP/EIS ROD also contained a set of prescriptive-based stipulations to protect natural and cultural resources in the Planning Area.

In the 5 years since the completion of the 1998 Northeast IAP/EIS ROD, the BLM has held oil and gas lease sales in the Planning Area, leasing 133 tracts in 1999, and leasing an additional 60 tracts in 2002 (Map 1-2). Many lease tracts were sold around the perimeter of the Teshekpuk Lake area. Since the initial lease sale, industry has

**Exhibit 42, page 12b of 300**

completed many miles of seismic lines and drilled 17 exploratory wells. ConocoPhillips Alaska, Inc. has proposed development of five drilling pads that would be satellites to its Alpine field, near the village of Nuiqsut. Two of the pads would be within the Planning Area.

Based on the results from exploration wells drilled on leases acquired in 1999, and from additional exploration and development drilling conducted in the Alpine field, the number and size of oil and gas deposits may be greater than previously thought. As noted above, the reserve potential for the Alpine field was estimated to be 365 MMbbl in 1998. More recent exploration studies have confirmed its reserve potential of 429 MMbbl, and the field may even have economically recoverable reserves as high as 500 MMbbl (Gingrich 2001). This would make the Alpine field one of the largest fields in Alaska.

To assess opportunities for oil and gas production on federal lands in the Northwest National Petroleum Reserve – Alaska, the BLM began assessing the potential impacts that could result from oil and gas development in the Northwest National Petroleum Reserve – Alaska in 2001. The Northwest IAP/EIS was completed in December 2003 (USDOI BLM and MMS 2003) and culminated in a ROD in January 2004 that superseded the decisions of the 1983 EIS and included a decision to make 8.8 million acres available for oil and gas leasing (USDOI BLM and MMS 2004). The ROD also contained a set of performance-based stipulations to protect natural and cultural resources in the Northwest National Petroleum Reserve – Alaska. These stipulations differ from those developed for the 1998 Northeast IAP/EIS in that they:

- Do not include actions that already exist in the form of regulation or law; and

- Provide the BLM and other land users, including industry, greater flexibility by emphasizing the intent or objective of the mitigation to protect the environment.

In 2002, the President's National Energy Policy Development Group recommended that the President direct the Secretary of the Interior to "consider additional environmentally responsible oil and gas development, based on sound science and the best available technology, through further lease sales in the National Petroleum Reserve – Alaska" and that "such consideration should *include areas not currently leased within the northeast corner of the National Petroleum Reserve – Alaska*" (bold added).

To carry out its management responsibilities and respond to the Presidential and Congressional directives to the Secretary of the Interior, the BLM is proposing to amend its 1998 Northeast IAP/EIS to:

- Consider leasing portions of lands currently unavailable or under a No Surface Activity restriction to oil and gas leasing in the Northeast National Petroleum Reserve - Alaska; and

- Consider developing performance-based lease stipulations and ROPs that would provide the BLM greater flexibility in protecting important surface resources from the impacts of oil and gas activities, similar to those developed for the Northwest National Petroleum Reserve – Alaska.

## 1.3.2   Authority

The BLM is undertaking this Amended IAP/EIS in accordance with the President's energy policy and the BLM's responsibilities to manage these lands under authority of two laws passed in 1976—the Naval Petroleum Reserves Production Act (NPRPA) and the Federal Land Policy and Management Act (FLPMA). The Amended IAP/EIS addresses the BLM's responsibilities under the NPRPA and FLPMA through a NEPA-required process. The BLM expects any plan amendment to have a life of 10 to 15 years, though it may prove suitable for either a shorter or longer period.

The authority for the management options in the Amended IAP/EIS comes from several statutes, including NEPA, the Alaska National Interest Lands Conservation Act (ANILCA), and particularly the FLPMA and the NPRPA. Under FLPMA, the Secretary has broad authority to regulate the use, occupancy, and development of the public

**Exhibit 42, page 13 of 300**

INTRODUCTION

lands and to take whatever action is required to prevent unnecessary or undue degradation of the public lands (43 United States Code [USC] § 1732).

Under the NPRPA, the Secretary has the authority to conduct oil and gas leasing and development in the National Petroleum Reserve – Alaska (42 USC § 6508). The NPRPA specifically directs the Secretary to undertake "an expeditious program of competitive leasing of oil and gas" in the National Petroleum Reserve-Alaska 42 USC § 6508. The NPRPA also provides that the Secretary "shall assume all responsibilities" for "any activities related to the protection of environmental, fish and wildlife, and historical or scenic values" (42 USC § 6503[b]). In addition, the NPRPA authorizes the Secretary to "promulgate such roles and regulations as he deems necessary and appropriate for the protection of such values within the reserve." The NPRPA, as amended, contains special provisions that apply to any exploration or development activities within areas "designated by the Secretary of the Interior containing any significant subsistence, recreational, fish and wildlife, or historical or scenic value" (42 USC § 6504[b], 6508).

Based on this authority, the Secretary in 1977 designated two Special Areas within the Planning Area (Map 1-3), in which all activities were to "be conducted in a manner which will assure maximum protection" consistent with the NPRPA 42 USC § 6504. The Teshekpuk Lake Special Area, which is almost entirely within the Planning Area, was created to protect migratory waterfowl and shorebirds. The Colville River Special Area, a third of which is in the Planning Area, was created to protect the Arctic peregrine falcon, which at that time was an endangered species. Provisions in the NPRPA require that any oil and gas exploration or development within a special area "shall be conducted in a manner which will assure maximum protection of such surface resources to the extent consistent with the requirements of [the] Act for the exploration of the reserve" (42 USC § 6504[b], 6508). To ensure that maximum protection is given to the Teshekpuk Lake Special Area, BLM has developed resource specific stipulations, which apply under the various alternatives, specifically to: 1) protect Teshekpuk Lake (Stipulation K-3 [Teshekpuk Lake has been deferred from oil and gas leasing (approximately 211,000 acres)]); 2) protect goose molting areas in the vicinity of Teshekpuk Lake that provide important habitat for black brant, Canada geese, and white-fronted geese (Lease Stipulation K-4); and 3) protect caribou habitat in the Teshekpuk Lake Special Area (Lease Stipulations K-3, K-5, K-6, K-8, K-9, K-10, and K-11). Coastal areas within the Teshekpuk Lake Special Area would be afforded special protection to minimize alteration of caribou movement within caribou coastal insect-relief areas and to protect other coastal and marine resources (Stipulation K-6). To ensure that maximum protection is given to the Colville River Special Area, the BLM has developed a Lease Stipulation (K-7) to ensure that the loss of raptor habitat associated with the river is prevented or minimized. Under Lease Stipulation K-1, which is designed to protect natural flow patterns and habitat of several rivers in the Colville River Special Area, permanent oil and gas facilities, except essential transportation and pipeline crossings, would not be allowed within 1 mile of the west bluff (or bank if there is no bluff) along that portion of the Colville River within the Planning Area. For the Kikiakrovak and Kogosukruk rivers, also within the Colville River Special Area, permanent oil and gas surface facilities, except essential transportation crossings, would not be allowed within 1 mile of the bluff (or bank if there is no bluff). In addition, Lease Stipulation K-8 prohibits most types of surface structures in the Pik Dunes. These stipulations are discussed further in Chapter 2 (Alternatives). Oil and gas activities must also include or provide for "conditions, restrictions, and prohibitions as the Secretary deems necessary or appropriate to mitigate reasonably foreseeable and significantly adverse effects on the surface resources of the National Petroleum Reserve – Alaska" (42 USC § 6508[1]). In conducting this Amended IAP/EIS, the BLM is fulfilling these statutory mandates.

Section 1320 of the ANILCA exempted the National Petroleum Reserve – Alaska from Section 202 of FLPMA (43 USC § 1712), which requires the preparation of land use plans (called Resource Management Plans, or RMPs, in regulations adopted by the BLM). Because of this exemption, the proposed amendment is not a RMP (as most BLM planning efforts are called). The statute (FLPMA 202) and regulations governing the preparation of RMPs (43 Code of Federal Regulations [CFR] § 1610) do not apply to this amendment.

**Exhibit 42, page 14 of 300**

## 1.4    Northeast National Petroleum Reserve – Alaska Planning Area Boundary

Map 1-1 shows the Planning Area in relation to the rest of Alaska and to Alaska's North Slope, respectively. Map 1-4 provides the same view with Iñupiat place names. The Amended IAP/EIS covers federal public lands within the planning boundary (Map 1-5). The Amended IAP/EIS does not address sub-surface estates if owned by Alaska Native Claims Settlement Act (ANCSA) regional or village corporations, primarily located near the community of Nuiqsut; the surface lands within certified Native Allotments owned by private individuals; or the airstrip at Umiat, owned by the State of Alaska. However, the cumulative impacts of reasonably foreseeable activities on these adjacent non-federal lands are considered in the cumulative impact section of this Amended IAP/EIS (Section 4.7; Effects of the Cumulative Case). For a more extensive discussion of land status, see Section 3.4.5.1 (Land Ownership and Uses), which also contains a land status map.

A few technicalities regarding the boundary of the Planning Area are worth mentioning. The eastern boundary of the Planning Area is the eastern boundary of the National Petroleum Reserve – Alaska along the western bank of the Colville River. That boundary is defined in Executive Order (EO) 3797-A as the "highest highwater mark... on the [western] bank," which the U.S. District Court in Alaska construed to be "on and along the bank at the highest level attained by the waters of the river when they reach and wash the bank without overflowing it" *(Alaska v U.S.; A78-069 Civ)*. Thus, neither the Colville River nor its bank immediately adjacent to the river are in the Planning Area. Most of the western boundary is along the eastern bank of the Ikpikpuk River, so that river is also outside the Planning Area. Finally, the U.S. Supreme Court (*in* U.S. v Alaska; No. 84, Orig. decided on June 19, 1997) determined that the National Petroleum Reserve – Alaska included tidally influenced waters and that those waters and the submerged lands underlying them did not transfer to the State of Alaska at statehood.

## 1.5    Administrative History of the National Petroleum Reserve – Alaska

Petroleum exploration in northern Alaska began in the early 1900s with field parties sponsored by the U.S. Geological Survey (USGS). Prompted by reports of oil seeps in the Cape Simpson area and concerns about domestic fuel supplies, President Warren Harding established Naval Petroleum Reserve Number 4 (PET-4) in 1923. In an era in which naval armaments around the world regularly appeared in newspaper headlines and the U.S. Navy was converting its ships to oil power, the President issued an EO establishing PET-4, and noting that "the future supply of oil for the Navy is at all times a matter of national concern." He observed that "there are large seepage's of petroleum along the Arctic Coast of Alaska," but that existing laws to "promote development seem imperfectly applicable in the region because of its distance, difficulties, and large expense of development" (EO 3797-A, February 27, 1923). The EO withdrew the lands from the application of the land and mineral laws for 6 years. Later, the time limit was deleted.

Fuel shortages during World War II prompted the first intensive government-funded exploration program in the National Petroleum Reserve – Alaska by the Navy from 1944 to 1952. This drilling produced eight oil and gas discoveries: Umiat, Fish Creek, South Barrow, Simpson, Meade, Wolf Creek, Gubik, and Square Lake.

With Alaska achieving statehood in 1959, petroleum exploration shifted to state lands on the North Slope in the area between the National Petroleum Reserve – Alaska on the west and the Arctic National Wildlife Refuge (ANWR) on the east. State lease sales in 1964 and 1965 were followed by the discovery of the enormous Prudhoe Bay field in 1968. With 13.7 Bbbl of original oil reserves, Prudhoe Bay is the largest oil field ever found in North America. Four other very large oil fields were soon discovered near Prudhoe Bay, including the Kuparuk River field (2.6 Bbbl, 1969), the Milne Point field (404 MMbbl, 1970), the Endicott-Duck Island field (582 MMbbl, 1978), and the Point McIntyre field (549 MMbbl; ADNR 2000). These five fields account for 92 percent of North Slope oil and nearly 16 percent of all U.S. oil production (5.88 million barrels per day [MMbpd]). Known North

**Exhibit 42, page 15 of 300**

INTRODUCTION

Slope natural gas deposits are also huge, with original proven reserves in the Prudhoe Bay field of 26 trillion cubic feet (Tcf) and about 35 Tcf for the North Slope.

By the mid-1970s, the Navy's dependence on oil was dwarfed by that of the Nation's economy. The oil embargo of 1973 highlighted this need. There was also a rising environmental consciousness and interest in the variety and richness of wildlife and other values in PET-4. Consequently, President Gerald Ford signed the NPRPA to develop PET-4 and the other three Naval Petroleum Reserves, but to do so "in a manner consistent with the total energy needs of the Nation" (PL 94-258, April 5, 1976). Twenty-eight exploration wells were drilled, and numerous finds of oil and gas were reported, but no commercial fields were discovered.

The NPRPA authorized production of oil from the reserves in the contiguous 48 states. Two of the three petroleum reserves in these states are now extensively developed. For example, the Elk Hills, California, reserve has produced over 1.1 Bbbl of oil, including 17.3 MMbbl in 2000, ranking it as the 11th largest producer in the U.S. outside Alaska (U.S. Crude Oil, Natural Gas, and Natural Gas Liquids Reserves: 2000 Annual Report, December 2001). The NPRPA prohibited petroleum production from National Petroleum Reserve – Alaska until authorized by Congress.

In 1977, management of PET-4 was transferred from the Navy to the USDOI, and the area was renamed the National Petroleum Reserve – Alaska. In 1980, Congress granted authorization to develop oil and gas resources, and directed the Secretary to undertake "an expeditious program of competitive leasing of oil and gas" in the Reserve (PL 96-514, December 12, 1980). To meet the provisions of NEPA to conduct lease sales, the BLM completed an EA of the National Petroleum Reserve – Alaska in 1981 and an EIS in 1983 (USDOI BLM 1983a). The 1983 EIS removed some areas from leasing and recommended additional stipulations, especially in areas with high surface values.

Little activity occurred in the Planning Area from the mid-1980s through mid-1990s. In 1997, the BLM began assessing the potential impacts from oil and gas development activities in the Planning Area, including all lands in the National Petroleum Reserve – Alaska east of the Northwest National Petroleum Reserve – Alaska. The 1998 Northeast IAP/EIS culminated in a ROD in October 1998 that superseded the decisions of the 1983 EIS and included a decision to make approximately 4 million acres available for oil and gas leasing (Appendix A; USDOI BLM and MMS 1998).

In 2001, the BLM began planning for the Northwest National Petroleum Reserve – Alaska, including all lands west of the Planning Area. The Northwest National Petroleum Reserve – Alaska is approximately 9.4 million acres, of which approximately 8.8 million acres are under federal jurisdiction. This plan, which culminated in a ROD in January 2004, will guide future management of the Northwest National Petroleum Reserve – Alaska, and will supersede management guidelines developed under the 1983 EIS for that area.

ConocoPhillips Alaska, Inc. proposed development of five drilling pads that would be satellites to its Alpine field, near the village of Nuiqsut. Two of the pads would be on public lands within the Planning Area. The BLM, in cooperation with the U.S. Army Corps of Engineers (USACE), U.S. Environmental Protection Agency (USEPA), the U.S. Coast Guard, and the State of Alaska conducted an EIS for this project (Alpine Satellite Development Plan). The draft EIS was released in January 2004 for public review and comment (USDOI BLM 2004a); the final EIS was released in September 2004, followed by a Record of Decision in November, 2004 (USDOI BLM 2004c).

The National Petroleum Reserve – Alaska has been the subject of several studies since its creation more than a quarter century ago. Section 105(c) of the NPRPA mandated studies of the resources of the National Petroleum Reserve – Alaska, which were published in 1978 and 1979. In 1985, the BLM completed separate habitat and mineral evaluations of the Teshekpuk Lake Special Area (USDOI BLM 1985a, b). Current planning draws from these previous studies and EISs, and incorporates data from research and monitoring conducted since their completion.

INTRODUCTION

### 1.11.1  Public Scoping Notices and News Releases

Public notices were issued announcing the scoping period, which were placed in newspapers in or near locations where public meetings were held. These included the Anchorage Daily News (October 5 and 7, 2003), Fairbanks Daily News Miner (October 5 and 8, 2003), and Arctic Sounder (October 9, 16, and 23, 2003).

### 1.11.2  Public Scoping Meetings

Six public scoping meetings were held throughout Alaska between October 7 and November 13, 2003. Meetings (and dates) were as follows: Anchorage (October 7), Fairbanks (October 8), Nuiqsut (October 15), Barrow (October 16), Anaktuvuk Pass (October 28), and Atqasuk (November 13). The scoping meetings were conducted in an open-house style. Informational displays were provided, and a formal presentation provided the public with additional information on program goals and objectives. The formal presentation was followed by a public comment session.

In addition, informal public meetings were held in 2004 in Nuiqsut (January 19) and Barrow (January 26) to describe the proposed alternatives and ROPs and stipulations.

### 1.11.3  Agency and Organization Meetings

The BLM conducted a 2-day workshop in Anchorage on December 3-4, 2003, to describe and develop ROPs and stipulations for use in the Planning Area. Attendees included representatives from federal, state, and local agencies, and representatives from the village of Nuiqsut. In addition, the BLM has held ongoing discussions with numerous federal, state, and local agencies and organizations. These groups are listed in Chapter 5 (Consultation and Coordination).

### 1.11.4  Key Issues and Concerns

The BLM received 72 requests to be placed on the project mailing list from individuals, organizations, and government agencies, and 84 written comment letters or facsimiles on the proposal. In addition, the public provided comments on the project at the public scoping meetings. Over 1,000 catalogued individual comments (written and oral) were given during public scoping. In many cases, multiple respondents submitted the same comment. A *Public Scoping Summary Report for the Amendment to the National Petroleum Reserve – Alaska Integrated Activity Plan/Environmental Impact Statement* (ENSR 2004) was prepared that summarized the issues and alternatives identified during scoping. This document was made available to the public in February 2004 and is available for viewing on the project website (http://nenpra.ensr.com).

The BLM reviewed the concerns and questions raised during the public scoping process and integrated solutions to many of the issues into elements of the alternatives that are analyzed in this amendment (see Chapter 2, Alternatives). Some of the key issues and concerns addressed in the Amended IAP/EIS are summarized below.

#### 1.11.4.1  Impacts on Water Resources

Numerous comments addressed water quality issues, and the effects of water withdrawals on hydrology and fish and wildlife habitat. Comments recommended that ROPs regarding water resources conform to state stipulations since the ADNR has the authority to approve water withdrawals from surface and subsurface water bodies in Alaska.

**Exhibit 42, page 17 of 300**

### 1.11.4.2    Impacts on Waterfowl and Shorebirds and Their Habitats

Comments encouraged the BLM to address impacts from disturbance, spills, garbage dumping, thermokarsting, displacement, and an increase in predator populations on bird nesting, rearing, and molting habitats. The following species were specifically mentioned: loon (yellow-billed and red-throated), brant, eider (spectacled, king, and Steller's), goose, duck (long-tailed), raptors, and shorebird (buff-breasted sandpiper) populations. It was also suggested that impacts to subsistence use of bird resources and impacts to waterbird populations on their ranges outside of the North Slope be addressed.

### 1.11.4.3    Impacts to Caribou, Polar Bear, and Grizzly Bear

Concern was expressed over the impacts to caribou, polar bear, and grizzly bear and subsistence use of these wildlife resources. It was suggested that important habitat areas be identified and protected. Some comments requested clarification about how populations would be monitored. Other comments suggested specific ROPs and stipulations to protect these resources.

### 1.11.4.4    Wilderness Values and Special Area Protections

The protection of important historic, cultural, and scenic values, and fish and wildlife resources was encouraged, and consideration of the wilderness qualities of lands in the Planning Area was also recommended.

The Teshekpuk Lake Special Area is important to North Slope residents for subsistence hunting and fishing and is recognized for its importance during critical lifestages of waterbirds and the Teshekpuk Lake caribou herd. This area also includes some of the lands under study considered to have the highest potential for oil and gas resources. Surface resources could be impacted by oil and gas development and other potential land use activities in the Planning Area.

### 1.11.4.5    Impacts to Cultural Resources and Subsistence

Some commentors were concerned about minimizing the impacts on the Iñupiat subsistence culture by maintaining cultural, historic, scientific, and wildlife values, and understanding, respecting, and protecting the historic uses of the Iñupiat people. There was concern about alterations to subsistence resources, access, Native food sources, fish and wildlife migration patterns, and traditional places both within and outside the Planning Area. Some worry that oil and gas pipelines or roads may affect caribou migration, that oil spills could affect fish or marine mammals, and that shoreline development such as docks or causeways, could impact marine animal migrations.

### 1.11.4.6    Social and Economic Impacts

Comments encouraged the analysis of social, cultural, and traditional uses, interests, and views of the Iñupiat Eskimo people, other residents of the NSB (particularly residents within or immediately adjacent to the National Petroleum Reserve – Alaska such as Nuiqsut, Barrow, Atqasuk, and Wainwright), and Arctic Slope Regional Corporation's shareholders. The impacts from an increased number of visitors to the North Slope and impacts from recreationists that do not reside within the North Slope were also mentioned. Commentors were concerned about impacts to minority and/or low income populations, how these impacts would be mitigated, and demonstrating how environmental justice requirements would be met in the Amended IAP/EIS process. There was support for environmentally sound oil and gas exploration and development because of related tax revenues. Some comments encouraged employment and economic opportunities for affected Native communities, institutions, and local governments.

### 1.11.4.7    Transportation and Infrastructure Impacts

The construction of gravel roads and drill pads, permanent roads, ice roads, pipelines, airstrips, docks, bridges, and other infrastructure were raised as issues that should be considered both as benefits and environmental impacts.

**Exhibit 42, page 18 of 300**