## ALTERNATIVES

Whaling Commission, the Nuiqsut Whaling Association, Barrow Whaling Captains Association, and the NSB to minimize impacts to the fall and spring subsistence whaling activities of the communities of the North Slope.

*K-7 Lease Stipulation - Colville River Special Area* (identified in Section 2.2.1.7; Colville River Special Area)
Objective: Prevent or minimize loss of raptor foraging habitat (also see Lease Stipulation K-1; Rivers Area).
Requirement/Standard for Permanent Facilities: If necessary to construct permanent facilities within the Colville Special Area, all reasonable and practicable efforts shall be made to locate permanent facilities as far from raptor nests as feasible. Within 15 miles of raptor nest sites, significant alteration of high quality foraging habitat shall be prohibited unless the lessee can demonstrate on a site-specific basis that impacts would be minimal or it is determined that there is no feasible or prudent alternative. Of particular concern are ponds, lakes, wetlands, and riparian habitats. Note: On a case-by case basis, and in consultation with appropriate federal and state regulatory and resource agencies, essential pipeline and road crossings will be permitted through these areas where no other feasible or prudent options are available.

Requirement/Standard for Activities: Restriction applies to overland moves, seismic work, and any similar use of heavy equipment (other than actual excavations as part of construction) on tundra surfaces during the winter season:

Motorized ground-vehicle use shall be minimized within the Colville Raptor, Passerine, and Moose Area from April 15 through August 5, with the exception that use will be minimized in the vicinity of gyrfalcon nests beginning March 15. Such use will remain ½ mile away from known raptor nesting sites, unless authorized by the AO.

*K-8 Lease Stipulation- Pik Dunes* (identified in Section 2.2.1.8; Pik Dunes)
Objective: Retain unique qualities of the Pik Dunes, including geologic and scenic uniqueness, insect-relief habitat for caribou, and habitat for several uncommon plant species.

Requirement/Standard: Surface structures, except approximately perpendicular pipeline crossings and ice pads, are prohibited within the Pik Dunes.

*K-9 Lease Stipulation* – Caribou Movement Corridor (identified in Section 2.2.1.8; Caribou Movement Corridor)
Objective: Minimize disturbance and hindrance of caribou, or alteration of caribou movements (that are essential for all season use, including calving and rearing, insect-relief, and migration) in the area extending from the eastern shore of Teshekpuk Lake to approximately 4 miles eastward towards the Kogru Inlet.

Requirement/Standard: Within the Caribou Movement Corridor, no permanent oil and gas facilities, including pipelines, would be allowed on the approximately 16,500 acres illustrated on Map 2-4. Note: In addition to the general stipulations and ROPs, site-specific stipulations, i.e. K-3, K-4, K-5, and K-11 would also apply.

*K-10 Lease Stipulation* – Southern Caribou Calving Area (identified in Section 2.2.1.8, Southern Caribou Calving Area).
Objective: Minimize disturbance and hindrance of caribou, or alteration of caribou movements (that are essential for all season use, including calving and post calving, and insect-relief) in the area south/southeast of Teshekpuk Lake.

Requirement/Standard: Within the Southern Caribou Calving Area, no permanent oil and gas facilities, excluding pipelines, would be allowed on the approximately 141,000 acres illustrated on Map 2-4. Note: In addition to the general stipulations and ROPs, site specific stipulations K-4, K-5, K-6, and K-11 would also apply.

*K-11 Lease Stipulation*: Lease Tracts A-G (identified in Section 2.2.1.8, Lease Tracts A-G).
Objective: To protect key surface resources and subsistence resources/activities resulting from permanent oil and gas development and associated activities.

Requirement/Standard: Surface disturbance is limited to 300 acres within the following described lease tracts (Map 2-4); this does not include surface disturbance activities from pipeline construction (No Exceptions).

A. Total Acreage: 59,134:
17,745 acres = No Surface Occupancy for Permanent Oil and Gas facilities excluding pipelines (the 17,745 acres does not include 5,605 acres of overlap from Coastal NSO).
41,389 acres = Area open to development subject to general and site specific stipulations and required operating procedures.
The total development footprint cannot exceed 300 acres (0.5 % of total acreage) within the 41,389 acres of Goose Molting Area.

B. Total Acreage: 49,250:
28,347 acres = No Surface Occupancy for Permanent Oil and Gas facilities, excluding pipelines (the 28,347 acres does not include 5,131 acres of overlap from Coastal NSO).
20,903 acres = Area open to development subject to general stipulations
and required operating procedures.
The total development footprint cannot exceed 300 acres (0.6 % of total acreage) within the 20,903 acres of Goose Molting Area.

C. Total Acreage: 46,085:
27,686 acres = No Surface Occupancy for Permanent Oil and Gas facilities, excluding pipelines (the 27,868 acres does not include 4,772 acres of overlap from Coastal NSO).
18,399 acres = Area open to development subject to general stipulations and required operating procedures.
The total development footprint cannot exceed 300 acres (0.7 % of total acreage) within the 18,398 acres of Goose Molting Area.

D. Total Acreage: 53,297:
39,531 acres = No Surface Occupancy for Permanent Oil.
and Gas facilities excluding pipelines (the 39,531 acres does not include 6,076 acres of overlap from Coastal NSO).
13,766 acres = Area open to development subject to general stipulations and required operating procedures.
The total development footprint cannot exceed 300 acres (0.5% of total acreage) within the 13,766 acres of Goose Molting Area.

E. Total Acreage: 51,388:
27,010 acres = No Surface Occupancy for Permanent Oil and Gas facilities, excluding pipelines.
24,378 acres = Area open to development subject to general stipulations and required operating procedures.
The total development footprint cannot exceed 300 acres (0.6% of total acreage) within the 24,378 acres of Goose Molting Area.

F. Total Acreage: 56,506:
39,844 acres = No Surface Occupancy for Permanent Oil and Gas facilities, excluding pipelines.
16,662 acres = Area open to development subject to general stipulations and required operating procedures.
The total development footprint cannot exceed 300 acres (0.5 % of total acreage) within the 16,661 acres of Goose Molting Area.

G. Total Acreage: 56,797:
35,904 acres = No Surface Occupancy for Permanent Oil and Gas facilities excluding pipelines (The 35,904 acres does not include 5,695 acres of overlap from Coastal NSO).
20,893 acres = Area open to development subject to general stipulations and required operating procedures.
The total development footprint cannot exceed 300 acres (0.5 % of total acreage) within the 20,892 acres of Goose Molting Area.

**Table 2-2. Comparison of the Effectiveness of Stipulations from the 1998 Record of Decision for the Northeast National Petroleum Reserve – Alaska Integrated Activity Plan and the Amended Northeast National Petroleum Reserve – Alaska Integrated Activity Plan's Alternatives B, C, and the final Preferred Alternative D.**

| 1998 Northeast IAP/EIS Stipulations for the No Action Alternative | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for Alternative B and Alternative C | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for the Preferred Alternative D |
|---|---|---|
| Note: The performance based stipulations and required operating procedures would offer greater flexibility to adapt requirements/standards to specific situations and to modify the requirements/standards if they prove ineffective. Prescriptive based mitigation often attempts to define a requirement with a "one size fits all" approach that does not allow adjustments when site and project-specific information. Accordingly, while we have in some cases found a performance-based stipulation or ROP to be less effective than the corresponding prescriptive stipulation in Alternative A; this lesser effectiveness may be compensated for by the additional flexibility in the performance-based ROPs. | | |
| **WASTE PREVENTION, HANDLING, AND DISPOSAL AND SPILLS AND PUBLIC SAFETY** | | |
| 1. To prevent and minimize present and future pollution, management decisions affecting waste generation shall be addressed in the following order of priority:<br>- Prevention and Reduction<br>- Recycling<br>- Treatment<br>- Disposal<br><br>a. Lessees shall prepare a waste-management plan approved by the AO, in consultation with appropriate federal, state, and NSB regulatory and resource agencies, to achieve specific waste-reduction and prevention goals for all phases of exploration and development (including activities conducted by contractors). The plan shall identify all waste streams that will be produced during each operation by type, volume, and toxicity and the method of disposal. For each waste stream, the lessee/operator shall describe what actions will be taken to minimize the volume. The plan should include activities that will integrate pollution prevention concepts into purchasing, inventory, shipping/receiving, operations maintenance, training, accounting, and design. The goal of the plan shall be continuous environmental improvement and achievement of reduction goals developed through the planning process. Lessees shall develop schedules for implementation and review to meet reduction and prevention goals, designate accountable personnel to carry out action items, | *A-2 Required Operating Procedure*<br>Objective: Minimize impacts on the environment from non-hazardous waste generation. Encourage continuous environmental improvement. Protect the health and safety of oil field workers and the general public. Avoid human-caused changes in predator populations.<br>Requirement/Standard: Lessees/permittees shall prepare and implement a comprehensive waste management plan for all phases of exploration and development, including seismic activities. The plan shall be submitted to the AO for approval, in consultation with federal, state, and NSB regulatory and resource agencies, as appropriate (based on agency legal authority and jurisdictional responsibility), as part of a plan of operations or other similar permit application. Management decisions affecting waste generation shall be addressed in the following order of priority: 1) Prevention and reduction, 2) recycling, 3) treatment, and 4) disposal. The plan shall consider and take into account the following requirements:<br><br>a. Methods to avoid attracting wildlife to food and garbage. All feasible precautions shall be taken to avoid attracting wildlife to food and garbage. (A list of approved precautions, specific to the type of permitted use, can be obtained from the AO.)<br><br>b. Disposal of putrescible waste. Requirements prohibit the burial of garbage. Lessees and permitted users shall have a written procedure to ensure that the handling and disposal of putrescible waste will be accomplished in a manner that prevents the attraction of wildlife. All putrescible waste shall be incinerated, | *A-2 Required Operating Procedure*<br>Objective: Minimize impacts on the environment from non-hazardous waste generation. Encourage continuous environmental improvement. Protect the health and safety of oil field workers and the general public. Avoid human-caused changes in predator populations.<br>Requirement/Standard: Lessees/permittees shall prepare and implement a comprehensive waste management plan for all phases of exploration and development, including seismic activities. The plan shall be submitted to the AO for approval, in consultation with federal, state, and NSB regulatory and resource agencies, as appropriate (based on agency legal authority and jurisdictional responsibility), as part of a plan of operations or other similar permit application. Management decisions affecting waste generation shall be addressed in the following order of priority: 1) Prevention and reduction, 2) recycling, 3) treatment, and 4) disposal. The plan shall consider and take into account the following requirements:<br><br>a. Methods to avoid attracting wildlife to food and garbage. All feasible precautions shall be taken to avoid attracting wildlife to food and garbage. (A list of approved precautions, specific to the type of permitted use, can be obtained from the AO.)<br><br>b. Disposal of putrescible waste. Requirements prohibit the burial of garbage. Lessees and permitted users shall have a written procedure to ensure that the handling and disposal of putrescible waste will be accomplished in a manner that prevents the attraction of wildlife. All putrescible waste shall be incinerated, |

Table 2-2. Continued.

| 1998 Northeast IAP/EIS Stipulations for the No Action Alternative | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for Alternative B and Alternative C | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for the Proposed Action |
|---|---|---|
| **WASTE PREVENTION, HANDLING, AND DISPOSAL AND SPILLS AND PUBLIC SAFETY** | | |
| and specify budget line items for plan elements. Lessees shall provide the AO with an annual waste-management report. | backhauled, or composted in a manner approved by the AO. All solid waste, including incinerator ash, shall be disposed of in an approved waste-disposal facility in accordance with USEPA and ADEC regulations and procedures. The burial of human waste is prohibited except as authorized by the AO.<br><br>c. *Disposal of pumpable waste products.* Except as specifically provided, the BLM requires that all pumpable solid, liquid, and sludge waste be disposed of by injection in accordance with USEPA, ADEC, and the Alaska Oil and Gas Conservation Commission regulations and procedures. On-pad temporary muds and cuttings storage, as approved by ADEC, will be allowed as necessary to facilitate annular injection and/or backhaul operations.<br><br>d. *Disposal of wastewater and domestic wastewater.* The BLM prohibits wastewater discharges or disposal of domestic wastewater into bodies of fresh, estuarine, and marine water, including wetlands, unless authorized by the NPDES or state permit.<br><br>***A-3 Required Operating Procedure***<br>Objective: Minimize pollution through effective hazardous-materials contingency planning.<br>Requirement/Standard: For oil- and gas-related activities, a Hazardous Materials Emergency Contingency Plan shall be prepared and implemented before transportation, storage, or use of fuel or hazardous substances. The plan shall include a set of procedures to ensure prompt response, notification, and cleanup in the event of a hazardous substance spill or threat of a release. Procedures applicable to fuel and hazardous substances handling (associated with transportation vehicles) may consist of Best Management Practices (BMPs) if approved by the AO. The plan shall include a list of resources available for response (e.g., heavy-equipment | backhauled, or composted in a manner approved by the AO. All solid waste, including incinerator ash, shall be disposed of in an approved waste-disposal facility in accordance with USEPA and ADEC regulations and procedures. The burial of human waste is prohibited except as authorized by the AO.<br><br>c. *Disposal of pumpable waste products.* Except as specifically provided, the BLM requires that all pumpable solid, liquid, and sludge waste be disposed of by injection in accordance with USEPA, ADEC, and the Alaska Oil and Gas Conservation Commission regulations and procedures. On-pad temporary muds and cuttings storage, as approved by ADEC, will be allowed as necessary to facilitate annular injection and/or backhaul operations.<br><br>d. *Disposal of wastewater and domestic wastewater.* The BLM prohibits wastewater discharges or disposal of domestic wastewater into bodies of fresh, estuarine, and marine water, including wetlands, unless authorized by the NPDES or state permit.<br><br>***A-3 Required Operating Procedure***<br>Objective: Minimize pollution through effective hazardous-materials contingency planning.<br>Requirement/Standard: For oil- and gas-related activities, a Hazardous Materials Emergency Contingency Plan shall be prepared and implemented before transportation, storage, or use of fuel or hazardous substances. The plan shall include a set of procedures to ensure prompt response, notification, and cleanup in the event of a hazardous substance spill or threat of a release. Procedures applicable to fuel and hazardous substances handling (associated with transportation vehicles) may consist of Best Management Practices (BMPs) if approved by the AO. The plan shall include a list of resources available for response (e.g., heavy-equipment |
| b. Lessees shall implement a hazardous-materials tracking system to ensure proper use, storage, and management of materials being used within industrial processes. The use of chlorinated solvents is prohibited. | | |
| c. Lessees shall conduct annual environmental compliance audits. | | |

Table 2-2. Continued.

| 1998 Northeast IAP/EIS Stipulations for the No Action Alternative | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for Alternative B and Alternative C | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for the Proposed Action |
|---|---|---|
| **WASTE PREVENTION, HANDLING, AND DISPOSAL AND SPILLS AND PUBLIC SAFETY** | | |
| operators, spill-cleanup materials or companies), and names and phone numbers of federal, state, and NSB contacts. Other federal and state regulations may apply and require additional planning requirements. All staff shall be instructed regarding these procedures. | operators, spill-cleanup materials or companies), and names and phone numbers of federal, state, and NSB contacts. Other federal and state regulations may apply and require additional planning requirements. All staff shall be instructed regarding these procedures. | operators, spill-cleanup materials or companies), and names and phone numbers of federal, state, and NSB contacts. Other federal and state regulations may apply and require additional planning requirements. All staff shall be instructed regarding these procedures. |

*Alternative A - Stipulation 1 and Alternatives B, C, and D - ROP A-2\** provides essentially the same benefit in effectively reducing impacts to soil, water resources, and water quality, wetlands, vegetation, freshwater and marine fishes, birds, terrestrial mammals (including grizzly bears, arctic foxes) and endangered and threatened species, recreation/wilderness and users, wild and scenic river values, and visual resources from solid and hazardous waste products by minimizing impacts on the environment from non-hazardous waste generation; by encouraging continuous environmental improvements; by protecting the health and safety of oil field workers and the general public; and avoiding human-caused changes in predator populations. Under all circumstances the lessee/permitee is required to prepare and implement a comprehensive waste management plan for all phases of exploration a development, including seismic activities; management decisions affecting waste general would be addressed in the following order of priority: 1) Prevention and reduction, 2) recycling, 3) treatment, and 4) disposal. Mitigations for all alternatives require containment of fuel, petroleum products, and liquid chemicals, reducing the likelihood of spills entering a lake or river; prohibits wastewater discharges or disposal of domestic wastewater into bodies of fresh, estuarine, and marine water, including wetlands, unless authorized by the NPDES or state permit. This reduces the potential of harming or killing forage fish, which would benefit the breeding success of fish-eating birds such as loons, mergansers, and terns, and threatened and endangered eiders; limits the availability of food and garbage and the discharge of solid and hazardous waste products that could attract predators or harm habitat; limits reductions in water quality, loss of critical winter habitat and declines in outstandingly remarkable values for fish, wildlife, and subsistence use; prohibits the disposal of solid and hazardous waste products that would impact the visual characteristics near oil and gas sites. The protection to subsistence resources is beneficial to the subsistence hunting and gathering (Moderate/High).

*Alternative A - Stipulation 1 and Alternative B, C, and D - ROP A-3\** would effectively provide protection from impacts to soil, paleontological and cultural resources, water resources and water quality, vegetation, freshwater and marine fish, birds, terrestrial mammals, endangered and threatened species, subsistence-harvest patterns, and wild and scenic river value from hazardous materials through the development of a Hazardous Materials Emergency Contingency Plan (HMECP). The HMECP will be effective in protecting the above listed habitats and/or species by addressing and implementing plans for fuel and chemical storage, fuel handling, spill prevention and cleanup. The HMECP will 1) reduce the acreage of impacts to vegetation by reducing the probability of oil spills reaching the tundra or spreading further if they reach the tundra by providing for better clean-up of spills; 2) will be effective in providing increased protection to freshwater and marine fish and associated habitat during fuel use, handling and storage; 3) would effectively reduce contamination risk to birds, terrestrial mammals, endangered and threatened species from accidental spills of fuel or other hazardous substances by preventing their entry into water bodies and wetlands; 4) would be beneficial in effectively providing protection from potential impacts to subsistence harvest patterns by assuring prompt response to spills which would minimize impacts to birds, terrestrial and marine mammals, and fish and fish habitat (Moderate/High).

| 2. Attracting wildlife to food and garbage is prohibited. All feasible precautions shall be taken to avoid attracting wildlife to food and garbage. A current list of approved precautions, specific to type of permitted use, can be obtained from the AO. Lessees and permitted users shall have a written procedure to ensure that the handling and disposal of putrescible waste will be accomplished in a manner to prevent the attraction of wildlife. | *A-2a, b Required Operating Procedure*<br>a. Methods to avoid attracting wildlife to food and garbage. All feasible precautions shall be taken to avoid attracting wildlife to food and garbage. (A list of approved precautions, specific to the type of permitted use, can be obtained from the AO.)<br>b. Disposal of putrescible waste. Requirements prohibit the burial of garbage. Lessees and permitted users shall have a written procedure to ensure that the handling and disposal of putrescible waste will be accomplished in a manner that prevents the attraction of wildlife. | *A-2a, b Required Operating Procedure*<br>a. Methods to avoid attracting wildlife to food and garbage. All feasible precautions shall be taken to avoid attracting wildlife to food and garbage. (A list of approved precautions, specific to the type of permitted use, can be obtained from the AO.)<br>b. Disposal of putrescible waste. Requirements prohibit the burial of garbage. Lessees and permitted users shall have a written procedure to ensure that the handling and disposal of putrescible waste will be accomplished in a manner that prevents the attraction of wildlife. |

Table 2-2. Continued.

| 1998 Northeast IAP/EIS Stipulations for the No Action Alternative | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for Alternative B and Alternative C | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for the Proposed Action |
|---|---|---|
| WASTE PREVENTION, HANDLING, AND DISPOSAL AND SPILLS AND PUBLIC SAFETY | | |
| | All putrescible waste shall be incinerated, backhauled, or composted in a manner approved by the AO. All solid waste, including incinerator ash, shall be disposed of in an approved waste-disposal facility in accordance with USEPA and ADEC regulations and procedures. The burial of human waste is prohibited except as authorized by the AO. | All putrescible waste shall be incinerated, backhauled, or composted in a manner approved by the AO. All solid waste, including incinerator ash, shall be disposed of in an approved waste-disposal facility in accordance with USEPA and ADEC regulations and procedures. The burial of human waste is prohibited except as authorized by the AO. |
| 3. Burial of garbage is prohibited. All putrescible waste shall be incinerated or composted through an AO-approved system, unless otherwise authorized by the AO. All solid waste, including incinerator ash, shall be removed from BLM lands and disposed of in an approved waste-disposal facility in accordance with USEPA and ADEC regulations and procedures. Burial of human waste is prohibited, except as authorized by the AO. | *A-2b Required Operating Procedures*<br>b. Disposal of putrescible waste. Requirements prohibit the burial of garbage. Lessees and permitted users shall have a written procedure to ensure that the handling and disposal of putrescible waste will be accomplished in a manner that prevents the attraction of wildlife. All putrescible waste shall be incinerated, backhauled, or composted in a manner approved by the AO. All solid waste, including incinerator ash, shall be disposed of in an approved waste-disposal facility in accordance with USEPA and ADEC regulations and procedures. The burial of human waste is prohibited, except as authorized by the AO. | *A-2b Required Operating Procedures*<br>b. Disposal of putrescible waste. Requirements prohibit the burial of garbage. Lessees and permitted users shall have a written procedure to ensure that the handling and disposal of putrescible waste will be accomplished in a manner that prevents the attraction of wildlife. All putrescible waste shall be incinerated, backhauled, or composted in a manner approved by the AO. All solid waste, including incinerator ash, shall be disposed of in an approved waste-disposal facility in accordance with USEPA and ADEC regulations and procedures. The burial of human waste is prohibited, except as authorized by the AO. |
| *Alternative A - Stipulation 2 and 3 and Alternatives B, C, and D - ROP A-2a and b\* provide essentially the same benefit in effectively reducing impacts to water resources, and water quality, wetlands, vegetation, freshwater and marine fishes, birds, terrestrial mammals (including grizzly bears, arctic foxes) and endangered and threatened species, recreation/wilderness and users, wild and scenic river values, and visual resources from solid and hazardous waste products by minimizing impacts on the environment from non-hazardous waste generation; by encouraging continuous environmental improvements; by regulating garbage disposal; by protecting the health and safety of oil field workers and the general public requiring all putrescible waste be incinerated, backhauled, or composted in a manner approved by the AO; and avoiding human-caused changes in predator populations. Under all circumstances the lessee/permitee is required to prepare and implement a comprehensive waste management plan for all phases of exploration a development, including seismic activities; management decisions affecting waste general would be addressed in the following order of priority: 1) Prevention and reduction, 2) recycling, 3) treatment, and 4) disposal. Mitigations for all alternatives require containment of fuel, petroleum products, and liquid chemicals, reducing the likelihood of spills entering a lake or river; prohibits wastewater discharges or disposal of domestic wastewater into bodies of fresh, estuarine, and marine water, including wetlands, unless authorized by the NPDES or state permit. This reduces the potential of harming or killing forage fish, which would benefit the breeding success of fish-eating birds such as loons, mergansers, and terns, and threatened and endangered eiders; limits the availability of food and garbage and the discharge of solid and hazardous waste products that could attract predators or harm habitat; limits reductions in water quality, loss of critical winter habitat and declines in outstandingly remarkable values for fish, wildlife, and subsistence use; prohibits the disposal of solid and hazardous waste products that would impact the visual characteristics near oil and gas sites. The protection to subsistence resources is beneficial to the subsistence hunting and gathering (Moderate/High).* | | |
| 4. Except as specifically provided, all pumpable solid, liquid, and sludge waste shall be disposed of by | *A-2c Required Operating Procedure*<br>c. Disposal of pumpable waste products. Except | *A-2c Required Operating Procedure*<br>c. Disposal of pumpable waste products. Except |

Table 2-2. Continued.

| 1998 Northeast IAP/EIS Stipulations for the No Action Alternative | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for Alternative B and Alternative C | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for the Proposed Action |
|---|---|---|
| **WASTE PREVENTION, HANDLING, AND DISPOSAL AND SPILLS AND PUBLIC SAFETY** | | |
| injection, in accordance with USEPA, ADEC, and the Alaska Oil and Gas Conservation Commission regulations and procedures. On-pad temporary muds and cuttings storage will be allowed as necessary to facilitate annular injection and/or backhaul operations. | as specifically provided, the BLM requires that all pumpable solid, liquid, and sludge waste be disposed of by injection in accordance with USEPA, ADEC, and the Alaska Oil and Gas Conservation Commission regulations and procedures. On-pad temporary muds and cuttings storage, as approved by ADEC, will be allowed as necessary to facilitate annular injection and/or backhaul operations. | as specifically provided, the BLM requires that all pumpable solid, liquid, and sludge waste be disposed of by injection in accordance with USEPA, ADEC, and the Alaska Oil and Gas Conservation Commission regulations and procedures. On-pad temporary muds and cuttings storage, as approved by ADEC, will be allowed as necessary to facilitate annular injection and/or backhaul operations. |
| 5. Wastewater disposal:<br>a. Unless authorized by the National Pollution Discharge Elimination System (NPDES) or state permit, disposal of domestic wastewater into bodies of freshwater, including wetlands, is prohibited. | *A-2d Required Operating Procedure*<br>d. <u>Disposal of wastewater and domestic wastewater</u>. The BLM prohibits wastewater discharges or disposal of domestic wastewater into bodies of fresh, estuarine, and marine water, including wetlands, unless authorized by the NPDES or state permit. | *A-2d Required Operating Procedure*<br>d. <u>Disposal of wastewater and domestic wastewater</u>. The BLM prohibits wastewater discharges or disposal of domestic wastewater into bodies of fresh, estuarine, and marine water, including wetlands, unless authorized by the NPDES or state permit. |
| b. Surface discharge of reserve-pit fluids is prohibited unless authorized by applicable NPDES, ADEC, and NSB permits and approved by the AO. | *A-6 Required Operating Procedure*<br><u>Objective</u>: Minimize the impact on fish, wildlife, and the environment from contaminants associated with the exploratory drilling process.<br><u>Requirement/Standard</u>: Surface discharge of reserve-pit fluids is prohibited unless authorized by applicable NPDES, ADEC, and NSB permits (as appropriate) and approved by the AO. | *A-6 Required Operating Procedure*<br><u>Objective</u>: Minimize the impact on fish, wildlife, and the environment from contaminants associated with the exploratory drilling process.<br><u>Requirement/Standard</u>: Surface discharge of reserve-pit fluids is prohibited unless authorized by applicable NPDES, ADEC, and NSB permits (as appropriate) and approved by the AO. |
| c. Disposal of produced waters in upland areas, including wetlands, will be by subsurface-disposal techniques. The AO, in consultation with the ADEC and USEPA, may permit alternate disposal methods, if the lessee demonstrates that subsurface disposal is not feasible or prudent. | *A-7a Required Operating Procedure*<br><u>Objective</u>: Minimize the impacts to the environment of disposal of produced fluids recovered during the development phase on fish, wildlife, and the environment.<br><u>Requirement/Standard</u>: Procedures for the disposal of produced fluids shall meet the following requirements:<br>a. In upland areas, including wetlands, disposal will be by subsurface-disposal techniques. The AO may permit alternate disposal methods if the lessee demonstrates that subsurface disposal is not feasible or prudent and the alternative method will not result in adverse environmental effects. | *A-7a Required Operating Procedure*<br><u>Objective</u>: Minimize the impacts to the environment of disposal of produced fluids recovered during the development phase on fish, wildlife, and the environment.<br><u>Requirement/Standard</u>: Procedures for the disposal of produced fluids shall meet the following requirements:<br>a. In upland areas, including wetlands, disposal will be by subsurface-disposal techniques. The AO may permit alternate disposal methods if the lessee demonstrates that subsurface disposal is not feasible or prudent and the alternative method will not result in adverse environmental effects. |

Table 2-2. Continued.

| 1998 Northeast IAP/EIS Stipulations for the No Action Alternative | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for Alternative B and Alternative C | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for the Proposed Action |
|---|---|---|
| **WASTE PREVENTION, HANDLING, AND DISPOSAL AND SPILLS AND PUBLIC SAFETY** | | |
| d. Discharge of produced waters into open or ice-covered marine waters less than 33 feet (10 meters) in depth is prohibited. The AO, in consultation with ADEC and USEPA, may approve discharges into waters greater than 33 feet (10 meters) in depth based on a case-by-case review of environmental factors and consistency with the conditions of a NPDES permit.<br><br>e. Alternate disposal methods will require an NPDES permit certified by the State. | *A-7b Required Operating Procedure*<br>b. In marine waters, approval of discharges by the AO will be based on a case-by-case review of environmental factors and consistency with the conditions of an NPDES permit. Discharge of produced fluids will be prohibited at locations where currents and water depths, in combination with other conditions, are not adequate to prevent impacts to known biologically sensitive areas. Alternate disposal methods will require an NPDES permit certified by the state.<br><br>*A-2d Required Operating Procedure*<br>d. Disposal of wastewater and domestic wastewater. The BLM prohibits wastewater discharges or disposal of domestic wastewater into bodies of fresh, estuarine, and marine water, including wetlands, unless authorized by the NPDES or state permit. | *A-7b Required Operating Procedure*<br>b. In marine waters, approval of discharges by the AO will be based on a case-by-case review of environmental factors and consistency with the conditions of an NPDES permit. Discharge of produced fluids will be prohibited at locations where currents and water depths, in combination with other conditions, are not adequate to prevent impacts to known biologically sensitive areas. Alternate disposal methods will require an NPDES permit certified by the state.<br><br>*A-2d Required Operating Procedure*<br>d. Disposal of wastewater and domestic wastewater. The BLM prohibits wastewater discharges or disposal of domestic wastewater into bodies of fresh, estuarine, and marine water, including wetlands, unless authorized by the NPDES or state permit. |
| *Alternative A - Stipulation 5 and Alternatives B, C, and D – ROP A-2d, A-6, A-7a and b* * would essentially provide the same benefits in reducing impacts to **soil, vegetation, wetlands, birds, freshwater, estuarine, and marine water resources and water quality, marine and terrestrial mammals, freshwater and marine fish, endangered and threatened species, subsistence harvest patterns, and wild and scenic rivers** by *prohibiting* wastewater discharges or disposal of domestic wastewater into bodies of fresh, estuarine, and marine water, including wetlands, unless authorized by the NPDES or state permit; *prohibiting* surface discharge of reserve-pit fluids unless authorized by applicable NPDES, ADEC, and NSB permits (as appropriate) and approved by the AO; by minimizing the impacts to the environment of disposal of produced fluids recovered during the development phase on fish, wildlife, and the environment by requiring that disposal in upland areas, including wetlands, be by subsurface-disposal techniques; *prohibiting* the discharge of produced fluids at locations where currents and water depths, in combination with other conditions, are not adequate to prevent impacts to known biologically sensitive areas. Alternate disposal methods would require an NPDES permit certified by the state. Mitigations would 1) reduce impacts to wetlands, soil, vegetation, water resources and water quality by regulating solid, liquid, and sludge waste products and discharges and preventing such products from reaching the tundra or spreading further if they did actually reach the tundra; 2) lessen the impacts on birds by preventing wastewater, produced water, and reserve pit fluid discharges from impacting avian habitat; 3) be effective in reducing the potential for wastewater, produced water, and reserve pit fluid to be discharged and potentially impacting marine and terrestrial mammals; 4) lessen impacts to subsistence harvest patterns by providing increased protection for birds and terrestrial mammals; 5) be equally effective in protecting freshwater, estuarine, and marine water resources and water quality by regulating wastewater, produced water, and reserve pit fluid discharges to surface water bodies or marine waters; 6) be equally effective in reducing the likelihood of wastewater, produced water, and reserve pit fluid discharges contaminating environments inhabited by freshwater and marine fish; 7) effectively minimize impacts to endangered and threatened species from wastewater, produced water, and reserve pit fluid discharges into their habitat (Moderate/High). | | |
| 6. Areas of operation shall be left clean of all debris | *A-1 Required Operating Procedure*<br>Objective: Protect the health and safety of oil field workers and the general public by avoiding the disposal of solid waste and garbage near areas of human activity. | *A-1 Required Operating Procedure*<br>Objective: Protect the health and safety of oil field workers and the general public by avoiding the disposal of solid waste and garbage near areas of human activity. |

Table 2-2. Continued.

| 1998 Northeast IAP/EIS Stipulations for the No Action Alternative | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for Alternative B and Alternative C | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for the Proposed Action |
|---|---|---|
| **WASTE PREVENTION, HANDLING, AND DISPOSAL AND SPILLS AND PUBLIC SAFETY** | | |
| | Requirement/Standard: Areas of operation shall be left clean of all debris. | Requirement/Standard: Areas of operation shall be left clean of all debris. |
| *Alternative A - Stipulation 6 and Alternatives B, C, and D - ROP A-1* * would effectively provide the same benefits in reducing impacts to water resources and water quality, **wetlands, birds, freshwater, estuarine, and marine water resources and water quality, terrestrial mammals, freshwater and marine fish, endangered and threatened species, subsistence harvest patterns, wild and scenic rivers, recreation/wilderness, and visual resources** by requiring areas of operation be left clean of all debris and avoid the disposal of solid waste and garbage near areas of human activity. All mitigations would 1) protect water resources and water quality by reducing the potential for solid waste and garbage to contaminate surface waters; 2) protect wetlands from degradation from solid waste and garbage; 3) effectively protect birds by reducing the potential for solid waste and garbage to foul avian habitat or be consumed by birds; 4) reduce the potential effects of human refuse on grizzly bears, polar bears, arctic foxes, and other terrestrial mammals; 5) minimize potential inland and marine pollution and effects on freshwater and marine fish in areas where oil exploration and development may occur; 6) be effective in protecting endangered and threatened species by reducing the potential for solid waste and garbage to adversely impact habitat or be consumed by species of concern; 7) be effective in providing increased protection for terrestrial mammals, thus reducing the potential for impacts on subsistence-harvest patterns; 8) be effective in helping to protect the area's recreation/wilderness resources as well as the users; and 9) limit the degradation of visual resources caused by unregulated disposal of garbage (Moderate). | | |
| 7. All spills shall be cleaned up immediately and to the satisfaction of the AO and all agencies with regulatory authority over spills, including the USEPA, ADEC, and the U.S. Coast Guard. | *A-3 Required Operating Procedure as in No. 1 above.* | *A-3 Required Operating Procedure as in No. 1 above.* |
| Effectiveness of *Alternative A Stipulation 7 and Alternatives B, C, and D - ROP-3* * shown in No. 1 above. | | |
| 8. Notice of any spill shall be given to the AO as soon as possible. Other federal, state, and NSB entities shall be notified as required by law. | *A-3 Required Operating Procedure as in No. 1 above.*<br><br>*A-4f Required Operating Procedure*<br>Objective: Minimize the impact of contaminants on fish, wildlife and the environment, including wetlands, marshes and marine waters, as a result of fuel, crude oil and other liquid chemical spills. Protect subsistence resources and subsistence activities. Protect public health and safety.<br>Requirement/Standard: Before initiating any oil and gas or related activity or operation, including field research/surveys and/or seismic operations, lessees/permittees shall develop a comprehensive spill prevention and response contingency plan per 40 CFR § 112 (Oil Pollution Act). The plan shall consider and take into account the following requirements:<br>    f. Notice of Reportable Spills. Notice of any reportable spill (as required by 40 CFR § 300.125 and 18 AAC § 75.300) shall be given to the AO as soon as possible, but no later than 24 hours after occurrence. | *A-3 Required Operating Procedure as in No. 1 above.*<br><br>*A-4f Required Operating Procedure*<br>Objective: Minimize the impact of contaminants on fish, wildlife and the environment, including wetlands, marshes and marine waters, as a result of fuel, crude oil and other liquid chemical spills. Protect subsistence resources and subsistence activities. Protect public health and safety.<br>Requirement/Standard: Before initiating any oil and gas or related activity or operation, including field research/surveys and/or seismic operations, lessees/permittees shall develop a comprehensive spill prevention and response contingency plan per 40 CFR § 112 (Oil Pollution Act). The plan shall consider and take into account the following requirements:<br>    f. Notice of Reportable Spills. Notice of any reportable spill (as required by 40 CFR § 300.125 and 18 AAC § 75.300) shall be given to the AO as soon as possible, but no later than 24 hours after occurrence. |

## ALTERNATIVES

Table 2-2. Continued.

| 1998 Northeast IAP/EIS Stipulations for the No Action Alternative | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for Alternative B and Alternative C | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for the Proposed Action |
|---|---|---|
| **WASTE PREVENTION, HANDLING, AND DISPOSAL AND SPILLS AND PUBLIC SAFETY** | | |
| 9. For oil and gas-related activities, a Hazardous-Materials Emergency-Contingency Plan shall be prepared and implemented prior to transportation, storage, or use of fuel. The plan shall include a set of procedures to ensure prompt response, notification, and cleanup in the event of a hazardous substance spill or threat of a release. Procedures applicable to fuel handling (associated with transportation vehicles) may consist of BMPs approved by the AO. The plan shall include a list of resources available for response (e.g., heavy-equipment operators, spill-cleanup materials or companies), and names and phone numbers of federal, state, and NSB contacts. Other federal and state regulations may apply and require additional planning requirements. All staff shall be instructed regarding these procedures. | A-3 Required Operating Procedure as in No. 1 above. | A-3 Required Operating Procedure as in No. 1 above. |
| Effectiveness of *Alternative A - Stipulation 9 and Alternatives B, C, and D - ROP A-3\* shown in No. 1 above.* | | |
| 10. Oil-spill-cleanup materials (absorbents, containment devices, etc.) shall be stored at all fueling points and vehicle-maintenance areas and be carried by field crews on all overland moves, seismic work trains, and similar overland moves by heavy equipment. | *A-4a Required Operating Procedure* <br> **Objective**: Minimize the impact of contaminants on fish, wildlife and the environment, including wetlands, marshes and marine waters, as a result of fuel, crude oil and other liquid chemical spills. Protect subsistence resources and subsistence activities. Protect public health and safety. <br> **Requirement/Standard**: Before initiating any oil and gas or related activity or operation, including field research/surveys and/or seismic operations, lessees/permittees shall develop a comprehensive spill prevention and response contingency plan per 40 CFR § 112 (Oil Pollution Act). The plan shall consider and take into account the following requirements: <br> a. On-site clean-up materials. Sufficient oil-spill-cleanup materials (absorbents, containment devices, etc...) shall be stored at all fueling points and vehicle-maintenance areas and shall be carried by field crews on all overland moves, seismic work trains, and similar overland moves by heavy equipment. | *A-4a Required Operating Procedure* <br> **Objective**: Minimize the impact of contaminants on fish, wildlife and the environment, including wetlands, marshes and marine waters, as a result of fuel, crude oil and other liquid chemical spills. Protect subsistence resources and subsistence activities. Protect public health and safety. <br> **Requirement/Standard**: Before initiating any oil and gas or related activity or operation, including field research/surveys and/or seismic operations, lessees/permittees shall develop a comprehensive spill prevention and response contingency plan per 40 CFR § 112 (Oil Pollution Act). The plan shall consider and take into account the following requirements: <br> a. On-site clean-up materials. Sufficient oil-spill-cleanup materials (absorbents, containment devices, etc...) shall be stored at all fueling points and vehicle-maintenance areas and shall be carried by field crews on all overland moves, seismic work trains, and similar overland moves by heavy equipment. |

Table 2-2. Continued.

| 1998 Northeast IAP/EIS Stipulations for the No Action Alternative | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for Alternative B and Alternative C | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for the Proposed Action |
|---|---|---|
| **WASTE PREVENTION, HANDLING, AND DISPOSAL AND SPILLS AND PUBLIC SAFETY** | | |
| *Alternative A - Stipulation 10 and Alternatives B, C, and D – ROP A-4a\** would effectively provide the same benefits in reducing impacts to soil resources, water resources and water quality, wetlands, birds, marine and freshwater fish habitat, terrestrial mammals, endangered and threatened species, subsistence harvest patterns, wild and scenic rivers, recreation/wilderness, and visual resources by requiring that oil-spill-cleanup materials (absorbents, containment devices, etc.) shall be stored at all fueling points and vehicle-maintenance areas and be carried by field crews on all overland moves, seismic work trains, and similar overland moves by heavy equipment. These mitigations would 1) be effective in preventing fuel or crude oil spills from impacting soil resources; 2) be effective in protecting water resources and water quality by requiring clean-up materials be stored on-site; 3) reduce the impacts to vegetation by reducing the probability of oil spills reaching the tundra or spreading further if they reach the tundra and by providing better clean-up of spills; 4) protect wetlands from degradation by fuel and oil spills and by requiring spill prevention cleanup materials be on-site; 5) reduce contamination risk to birds from accidental spills of fuel or liquid chemicals during oil and gas activities by preventing their entry into water bodies and wetlands through implementation of a comprehensive spill prevention and response contingency plan which includes specifications on cleanup, materials, storage containers, and liner materials; 6) provide increased protection to marine and freshwater fish and fish habitat during fuel use, handling and storage; 7) reduce the contamination risk to grizzly bears, polar bears, arctic foxes, and other terrestrial mammals from fuel or crude oil spills; 8) minimize impacts to endangered and threatened species by reducing the risk of fuel or liquid chemical spills entering into water bodies and wetlands; 9) minimize impacts on subsistence-harvest patterns by reducing the potential for impacts on birds, terrestrial mammals, fish and fish habitat, and marine mammals during fuel use, handling, and storage; 10) limit the impacts that oil and gas exploration and development would have on wild and scenic river values; and 11) limit the degradation of visual resources caused by spills (Moderate). | | |
| 11. Lessees shall provide refresher spill-response training to NSB and local community spill-response teams on a yearly basis. | *OPA 90 and 40 CFR 112*<br>*A-3 Required Operating Procedure as in No. 1 above.*<br><br>*A-4 Required Operating Procedure*<br><u>Objective</u>: Minimize the impact of contaminants on fish, wildlife, and the environment, including wetlands, marshes and marine waters, as a result of fuel, crude oil, and other liquid chemical spills. Protect subsistence resources and subsistence activities. Protect public health and safety.<br><br><u>Requirement/Standard</u>: Before initiating any oil and gas or related activity or operation, including field research/surveys and/or seismic operations, lessees/permittees shall develop a comprehensive spill prevention and response contingency plan per 40 CFR § 112 (Oil Pollution Act). The plan shall consider and take into account the following requirements:<br>  a.  <u>On-site Clean-up Materials</u>. Sufficient oil-spill-cleanup materials (absorbents, containment devices, etc…) shall be stored at all fueling points and vehicle-maintenance areas and shall be carried by field crews on all overland moves, seismic work trains, and similar overland moves by heavy equipment.<br>  b.  <u>Storage Containers</u>. Fuel and other petroleum | *OPA 90 and 40 CFR 112*<br>*A-3 Required Operating Procedure as in No. 1 above.*<br><br>*A-4 Required Operating Procedure*<br><u>Objective</u>: Minimize the impact of contaminants on fish, wildlife, and the environment, including wetlands, marshes and marine waters, as a result of fuel, crude oil, and other liquid chemical spills. Protect subsistence resources and subsistence activities. Protect public health and safety.<br><br><u>Requirement/Standard</u>: Before initiating any oil and gas or related activity or operation, including field research/surveys and/or seismic operations, lessees/permittees shall develop a comprehensive spill prevention and response contingency plan per 40 CFR § 112 (Oil Pollution Act). The plan shall consider and take into account the following requirements:<br>  a.  <u>On-site Clean-up Materials</u>. Sufficient oil-spill-cleanup materials (absorbents, containment devices, etc…) shall be stored at all fueling points and vehicle-maintenance areas and shall be carried by field crews on all overland moves, seismic work trains, and similar overland moves by heavy equipment.<br>  b.  <u>Storage Containers</u>. Fuel and other petroleum |

Exhibit 42, page 44 of 300

Table 2-2. Continued.

| 1998 Northeast IAP/EIS Stipulations for the No Action Alternative | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for Alternative B and Alternative C | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for the Proposed Action |
|---|---|---|
| WASTE PREVENTION, HANDLING, AND DISPOSAL AND SPILLS AND PUBLIC SAFETY | | |
| | products and other liquid chemicals shall be stored in proper containers at approved locations. Except during overland moves and seismic operations, fuel, other petroleum products, and other liquid chemicals designated by the AO in excess of 1,320 gallons in storage capacity shall be stored within an impermeable lined and diked area or within approved alternate storage containers, such as over packs, capable of containing 110 percent of the stored volume.<br>c. *Liner Materials.* Liner material shall be compatible with the stored product and capable of remaining impermeable during typical weather extremes expected throughout the storage period.<br>d. *Permanent Fueling Stations.* Permanent fueling stations shall be lined or have impermeable protection to prevent fuel migration to the environment from overfills and spills.<br>e. *Proper Identification of Containers.* All fuel containers, including barrels and propane tanks, shall be marked with the responsible party's name, product type, and year filled or purchased.<br>f. *Notice of Reportable Spills.* Notice of any reportable spill (as required by 40 CFR § 300.125 and 18 AAC § 75.300) shall be given to the AO as soon as possible, but no later than 24 hours after occurrence.<br>g. *Identification of Oil Pans ("duck ponds").* All oil pans shall be marked with the responsible party's name.<br>h. *OSRP Training:* Will consider and implement facility response training and drills/exercises per 40 CFR § 112 (Oil Pollution Act). | products and other liquid chemicals shall be stored in proper containers at approved locations. Except during overland moves and seismic operations, fuel, other petroleum products, and other liquid chemicals designated by the AO in excess of 1,320 gallons in storage capacity shall be stored within an impermeable lined and diked area or within approved alternate storage containers, such as over packs, capable of containing 110 percent of the stored volume.<br>c. *Liner Materials.* Liner material shall be compatible with the stored product and capable of remaining impermeable during typical weather extremes expected throughout the storage period.<br>d. *Permanent Fueling Stations.* Permanent fueling stations shall be lined or have impermeable protection to prevent fuel migration to the environment from overfills and spills.<br>e. *Proper Identification of Containers.* All fuel containers, including barrels and propane tanks, shall be marked with the responsible party's name, product type, and year filled or purchased.<br>f. *Notice of Reportable Spills.* Notice of any reportable spill (as required by 40 CFR § 300.125 and 18 AAC § 75.300) shall be given to the AO as soon as possible, but no later than 24 hours after occurrence.<br>g. *Identification of Oil Pans ("duck ponds").* All oil pans shall be marked with the responsible party's name.<br>h. *OSRP Training:* Will consider and implement facility response training and drills/exercises per 40 CFR § 112 (Oil Pollution Act). |

*Alternative A - Stipulation 11 and Alternatives B, C, and D - OPA 90 and Federal Regulations at 40 CFR 112* would essentially provide equal benefit in minimizing potential impacts to **water quality and water resources, wetlands, vegetation, birds, mammals, and subsistence** from oil spills by requiring training on oil spill prevention and response.

Effectiveness of *Alternative A - Stipulation 11 and Alternatives B, C, and D - ROP A-3\** as in No. 1 above.

Table 2-2. Continued.

| 1998 Northeast IAP/EIS Stipulations for the No Action Alternative | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for Alternative B and Alternative C | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for the Proposed Action |
|---|---|---|
| **WASTE PREVENTION, HANDLING, AND DISPOSAL AND SPILLS AND PUBLIC SAFETY** | | |
| *Alternative A – Stipulation 11 and Alternatives B, C, and D – ROP A-4*\* would essentially all be effective in helping to prevent large fuel or crude oil spills, and consequently reduce the potential for impacts to the various resources mentioned below because mitigations under all alternatives call for some level of spill response training. Under *Alternatives B, C, and D*, the requirements of 40 CFR § 112 must be met - spill response training requirements fall under the enforcement authority of the Environmental Protection Agency 40 CFR § 112. 40 CFR § 112.21(a) calls for the owner and operator of any facility to prepare a facility response plan, and develop and implement a facility response training program and a drill/exercise program that satisfy the requirements of this section. Under all *Alternatives*, spill response training requirements would educate and train participants in the specific area of oil spill response and clean-up techniques, skills and knowledge associated with the ability to perform spill response duties. Mitigations under all alternatives: would be equally effective in helping to prevent large fuel or crude oil spills, and consequently reduce the potential for impacts to **soil resources** from spill cleanup (Moderate); effectively help to prevent large fuel or crude oil spills, and consequently reduce the potential for impacts to **paleontological and cultural resources** from spill cleanup (Moderate); be effective in protecting **water resources and water quality** by regulating fuel and chemical storage, fuel handling, and developing and implanting spill prevention and cleanup plans (Moderate); effectively reduce the impacts to **vegetation** by decreasing the probability of oil spills reaching the tundra or spreading further if they reach the tundra and by providing better clean-up of spills (Moderate); effectively protect **wetlands and freshwater and marine fish and fish habitat** by regulating fuel and chemical storage, fuel handling and developing and implanting spill prevention and cleanup plans (Moderate); be beneficial to **birds** by reducing contamination risk from accidental spills of fuel or liquid chemicals entering into water bodies and wetlands through implementation of a comprehensive spill prevention and response contingency plan, which would also include specifications on cleanup, materials, storage containers, and liner materials (Moderate); help protect grizzly bears, arctic foxes, and other terrestrial mammals by reducing the potential effects of spills on this animals and their habitat (Moderate); minimize impacts to **endangered and threatened species** by preventing entry of fuel or liquid chemicals into water bodies and wetlands, thus reducing contamination risk to eiders and whales from accidental spills of these substances (Moderate); be effective in reducing impacts on **subsistence-harvest patterns** by reducing the potential for impacts on birds, terrestrial mammals, fish and fish habitat, and marine mammals during fuel use, handling, and storage (Moderate); increase the protection of **wilderness and recreation resources**. ROP A-4 would help reduce, if not eliminate, fuel spills in pristine areas (Moderate); would effectively limit the impacts that oil and gas exploration and development will have on **wild and scenic river** values and limit the degradation of **visual resources** caused by spills (Moderate). | | |
| 12. Lessees shall plan and conduct a major spill-response field-deployment drill annually. | A-3 *Required Operating Procedure as in No. 1 above.*<br>A-4 *Required Operating Procedure as in No. 11 above.* | A-3 *Required Operating Procedure as in No. 1 above.*<br>A-4 *Required Operating Procedure as in No. 11 above.* |
| *Alternative A - Stipulation 12 and Alternatives B, C, and D - OPA 90 and Federal Regulations at 40 CFR 112* would essentially provide equal benefit in minimizing potential impacts to **water quality and water resources, wetlands, vegetation, birds, mammals, and subsistence** by requiring field deployment drills to ensure prompt and adequate response to oil spills.<br>Effectiveness of *Alternative A - Stipulation 12 and Alternatives B, C, and D - ROP A-3*\* shown in No. 1 above.<br>Effectiveness of *Alternative A - Stipulation 12 and Alternatives B, C, and D - ROP A-4*\* shown in No. 11 above. | | |
| 13. Prior to production and as required by law, lessees shall develop spill prevention and response contingency plans and participate in development and maintenance of the North Slope Subarea Contingency Plan for Oil and Hazardous Substances Discharges/Releases for the National Petroleum Reserve - Alaska operating area. Planning shall include development and funding of detailed (e.g., 1:26,000 scale) environmental sensitivity index maps for the lessee's operating area and areas outside the lessee's operating area that could be affected by their activities. (The specific area to be mapped shall be | A-3 *Required Operating Procedure as in No. 1 above.*<br>A-4 *Required Operating Procedure as in No. 11 above.* | A-3 *Required Operating Procedure as in No. 1 above.*<br>A-4 *Required Operating Procedure as in No. 11 above.* |

## ALTERNATIVES

**Table 2-2. Continued.**

| 1998 Northeast IAP/EIS Stipulations for the No Action Alternative | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for Alternative B and Alternative C | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for the Proposed Action |
|---|---|---|
| WASTE PREVENTION, HANDLING, AND DISPOSAL AND SPILLS AND PUBLIC SAFETY ||| 
| defined in the lease agreement and approved by the AO in consultation with appropriate resource agencies). Maps shall be completed in paper copy and geographic information system format in conformance with the latest version of the U.S. Department of Commerce, National Oceanic and Atmospheric Administration's Environmental Sensitivity Index Guidelines. Draft and final products shall be peer reviewed and approved by the AO in consultation with appropriate federal, state, and NSB resource and regulatory agencies. | | |
| Effectiveness of *Alternative A - Stipulation 13 and Alternatives B, C, and D - ROP A-3\** shown in No. 1 above.<br>Effectiveness of *Alternative A - Stipulation 13 and Alternatives B, C, and D - ROP A-4\** shown in No. 11 above. |||
| 14. Except during overland moves and seismic operations (see *Stipulation 24m*), fuel, other petroleum products, and other liquid chemicals designated by the AO, whether in excess of 660 gallons in a single tank or in excess of 1,320 gallons in multiple containers, shall be stored within an impermeable lined and diked area capable of containing 110 percent of the stored volume. The liner material shall be compatible with the stored product and capable of remaining impermeable during typical weather extremes expected throughout the storage period. Permanent fueling stations shall be lined or have impermeable protection to prevent fuel migration to the environment due to overfills and spills. The storage area shall be located at least 500 feet from any water body with the exception of small caches (up to 210 gallons) for motor boats, float planes, and ski planes. | *A-4b, c, d Required Operating Procedures*<br>Objective: Minimize the impact of contaminants on fish, wildlife, and the environment, including wetlands, marshes and marine waters, as a result of fuel, crude oil, and other liquid chemical spills. Protect subsistence resources and subsistence activities. Protect public health and safety.<br>Requirement/Standard: Before initiating any oil and gas or related activity or operation, including field research/surveys and/or seismic operations, lessees/permittees shall develop a comprehensive spill prevention and response contingency plan per 40 CFR § 112 (Oil Pollution Act). The plan shall consider and take into account the following requirements:<br>  b. <u>Storage Containers</u>. Fuel and other petroleum products and other liquid chemicals shall be stored in proper containers at approved locations. Except during overland moves and seismic operations, fuel, other petroleum products, and other liquid chemicals designated by the AO in excess of 1,320 gallons in storage capacity shall be stored within an impermeable lined and diked area or within approved alternate storage containers such as over packs, capable of containing 110 percent of the stored volume.<br>  c. <u>Liner Materials</u>. Liner material shall be | *A-4b, c, d Required Operating Procedures*<br>Objective: Minimize the impact of contaminants on fish, wildlife, and the environment, including wetlands, marshes and marine waters, as a result of fuel, crude oil, and other liquid chemical spills. Protect subsistence resources and subsistence activities. Protect public health and safety.<br>Requirement/Standard: Before initiating any oil and gas or related activity or operation, including field research/surveys and/or seismic operations, lessees/permittees shall develop a comprehensive spill prevention and response contingency plan per 40 CFR § 112 (Oil Pollution Act). The plan shall consider and take into account the following requirements:<br>  b. <u>Storage Containers</u>. Fuel and other petroleum products and other liquid chemicals shall be stored in proper containers at approved locations. Except during overland moves and seismic operations, fuel, other petroleum products, and other liquid chemicals designated by the AO in excess of 1,320 gallons in storage capacity shall be stored within an impermeable lined and diked area or within approved alternate storage containers such as over packs, capable of containing 110 percent of the stored volume.<br>  c. <u>Liner Materials</u>. Liner material shall be |

Exhibit 42, page 47 of 300