Table 2-2. Continued.

| 1998 Northeast IAP/EIS Stipulations for the No Action Alternative | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for Alternative B and Alternative C | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for the Proposed Action |
|---|---|---|
| **WASTE PREVENTION, HANDLING, AND DISPOSAL AND SPILLS AND PUBLIC SAFETY** | | |
| | compatible with the stored product and capable of remaining impermeable during typical weather extremes expected throughout the storage period.<br>d. **Permanent Fueling Stations.** Permanent fueling stations shall be lined or have impermeable protection to prevent fuel migration to the environment from overfills and spills.<br><br>***A-5 Required Operating Procedure***<br><u>Objective</u>: Minimize the impact of contaminants from refueling operations on fish, wildlife and the environment.<br><u>Requirement/Standard</u>: Refueling of equipment within 500 feet of the active flood plain of any fish-bearing water body and 100 feet of non-fish-bearing water bodies is prohibited. Small caches (up to 210 gallons) for motorboats, float planes, ski planes, and small equipment, e.g. portable generators and water pumps, will be permitted. The AO may allow storage and operations at areas closer than the stated distances if properly designed to account for local hydrologic conditions. | compatible with the stored product and capable of remaining impermeable during typical weather extremes expected throughout the storage period.<br>d. **Permanent Fueling Stations.** Permanent fueling stations shall be lined or have impermeable protection to prevent fuel migration to the environment from overfills and spills.<br><br>***A-5 Required Operating Procedure***<br><u>Objective</u>: Minimize the impact of contaminants from refueling operations on fish, wildlife and the environment.<br><u>Requirement/Standard</u>: Refueling of equipment within 500 feet of the active flood plain of any fish-bearing water body and 100 feet of non-fish-bearing water bodies is prohibited. Small caches (up to 210 gallons) for motorboats, float planes, ski planes, and small equipment, e.g. portable generators and water pumps, will be permitted. The AO may allow storage and operations at areas closer than the stated distances if properly designed to account for local hydrologic conditions. |

*Alternative A - Stipulation 14 and Alternatives B, C, and D - ROP A-4 b, c, and d\* would be equally effective in protecting soil resources, paleontological and cultural resources, water resources and water quality, wetlands, vegetation, freshwater and marine fish and fish habitat, birds, terrestrial mammals, endangered and threatened species, subsistence-harvest patterns, wilderness and recreation resources, and wild and scenic river values by requiring lessees/permittees to develop a comprehensive spill prevention and response contingency plan per 40 CFR § 112 (Oil Pollution Act) before initiating any oil and gas or related activity or operation, including field research/surveys and/or seismic operations. The plan shall take into account specifications for storage containers, liner materials and permanent fueling stations. These mitigations would 1) effectively protect soil resources, paleontological and cultural resources, and water resources and water quality by regulating fuel and chemical storage, fuel handling, spill prevention, and cleanup plans; 2) reduce the impacts to wetlands by reducing the probability of oil spills reaching wetlands; 3) reduce the impacts to wetlands by reducing the probability of oil spills reaching wetlands; 4) reduce the impacts to vegetation by reducing the probability of oil spills reaching the tundra or spreading further if they reach the tundra and by providing better clean-up of spills; 5) provide increased protection to freshwater and marine fish and fish habitat during fuel use, handling, and storage; 6) reduce contamination risk to birds from accidental spills by preventing spills from entering into water bodies and wetlands through implementation of a comprehensive spill prevention and response contingency plan which includes specifications on cleanup, materials, storage containers, and liner materials; 7) reduce the potential effects of spills on grizzly bears, arctic foxes, and other terrestrial mammals; 8) reduce impacts to endangered and threatened species by preventing entry of fuel or liquid chemicals into water bodies and wetlands, thus reducing contamination risk to eiders from accidental spills of these substances; 9) reduce impacts on subsistence-harvest patterns by reducing the potential for impacts on birds, terrestrial mammals, fish and fish habitat, and marine mammals during fuel use, handling, and storage; 10) increase the protection of wilderness and recreation resources. This ROP would help reduce, if not eliminate, fuel spills in pristine areas; and 11) limit the impacts that oil and gas exploration and development will have on wild and scenic river values (Moderate).*

*Alternative A - Stipulation 14 would be somewhat more effective than Alternatives B, C, and D - ROP A-5\* in protecting water resources and water quality, wetlands, freshwater and marine fish and fish habitat, and wild and scenic river values because refueling activities would be prohibited within 500 feet of both fish- and non-fish-bearing waters under Stipulation 14; ROP A-5 would allow refueling operations within 100 feet of non-fish-bearing waters (Moderate).*

*Alternative A – Stipulation 14 and Alternatives B, C, and D – ROP A-5\* provide essentially the same level of protection to 1) vegetation by reducing the probability of oil spills*

Table 2-2. Continued.

| 1998 Northeast IAP/EIS Stipulations for the No Action Alternative | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for Alternative B and Alternative C | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for the Proposed Action |
|---|---|---|
| **WASTE PREVENTION, HANDLING, AND DISPOSAL AND SPILLS AND PUBLIC SAFETY** | | |
| reaching the tundra or spreading further if they reach the tundra and by providing better clean-up of spills; 2) **birds** by prohibiting the refueling of equipment within 500 feet of the active floodplain of fish-bearing and 100 feet of the active floodplain of non-fish-bearing water bodies, thus reducing the potential for spilled fuel to enter water bodies where water birds or their prey are found; 3) grizzly bears, arctic foxes, and other **terrestrial mammals** by reducing the potential effects of fuel spills; 4) **endangered and threatened species** by preventing spilled fuel from reaching water bodies where eiders could become contaminated; and 5) **subsistence-harvest patterns** by providing greater protection for terrestrial mammals, fish and fish habitat, and birds during fuel use, handling, near rivers and fish bearing lakes (Moderate). | | |
| 15. Fuels shall not be stored on the active floodplain of any water body. Although fuels may be off-loaded from aircraft on ice, fuels shall not be stored on lake or river ice. | *A-5 Required Operating Procedure* <br> Objective: Minimize the impact of contaminants from refueling operations on fish, wildlife and the environment. Requirement/Standard: Refueling of equipment within 500 feet of the active flood plain of any fish-bearing water body and 100 feet of non-fish-bearing water bodies is prohibited. Small caches (up to 210 gallons) for motorboats, float planes, ski planes, and small equipment, e.g. portable generators and water pumps, will be permitted. The AO may allow storage and operations at areas closer than the stated distances if properly designed to account for local hydrologic conditions. | *A-5 Required Operating Procedure* <br> Objective: Minimize the impact of contaminants from refueling operations on fish, wildlife and the environment. Requirement/Standard: Refueling of equipment within 500 feet of the active flood plain of any fish-bearing water body and 100 feet of non-fish-bearing water bodies is prohibited. Small caches (up to 210 gallons) for motorboats, float planes, ski planes, and small equipment, e.g. portable generators and water pumps, will be permitted. The AO may allow storage and operations at areas closer than the stated distances if properly designed to account for local hydrologic conditions. |
| *Alternative A - Stipulation 15 and Alternatives B, C, and D - ROP A-5\** would be equally effective in protecting **water resources and water quality** by prohibiting fuel storage and refueling operations in the active floodplain; would not reduce the acreage of **vegetation** impacted by an action, but would be equally effective in shifting the impacts from more valuable wetland or riparian vegetation types to habitats perceived as lesser in value; would be equally effective in reducing the loss of **wetland habitat** by restricting development of permanent oil and gas facilities within 500 feet of fish-bearing water bodies or 100 feet of non fish-bearing water bodies; would be equally beneficial to **freshwater fish habitat and fish** by reducing the likelihood of a spill occurring in habitat used by fish; would be equally effective in reducing the potential impacts to **birds** by prohibiting the refueling of equipment within 500 feet of the active floodplain of fish-bearing and 100 feet of the active floodplain of non-fish-bearing water bodies, thus reducing the potential for spilled fuel to enter water bodies where water birds or their prey are found; would be equally effective in reducing impacts to **endangered and threatened species** by reducing the potential for a fuel spill to impact wetland habitat ;would be equally effective in reducing impacts on **subsistence use patterns** by providing increased protection to fish and fish habitat by reducing the likelihood of fuel or oil contaminating water bodies; and would be equally effective in limiting the impacts that oil and gas exploration and development will have on **wild and scenic river** values (Moderate). | | |
| 16. Refueling of equipment within 500 feet of the highest high water mark of any water body is prohibited with the exception of refueling motor boats, float planes, and ski planes. (See Stipulation 24n for restrictions related to overland moves and seismic operations.) | *A-5 Required Operating Procedure as in No. 14 above.* | *A-5 Required Operating Procedure as in No. 14 above.* |
| *Effectiveness of Alternative A - Stipulation 16 and Alternatives B, C, and D - ROP A-5\** shown in No. 14 above. | | |
| 17. All fuel containers, including barrels and propane tanks, shall be marked with the responsible party's name, product type, and year filled or purchased. | *A-4e Required Operating Procedure* <br> Objective: Minimize the impact of contaminants on fish, wildlife, and the environment, including wetlands, marshes and marine waters, as a result of fuel, crude oil, | *A-4e Required Operating Procedure* <br> Objective: Minimize the impact of contaminants on fish, wildlife, and the environment, including wetlands, marshes and marine waters, as a result of fuel, crude oil, |

Table 2-2. Continued.

| 1998 Northeast IAP/EIS Stipulations for the No Action Alternative | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for Alternative B and Alternative C | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for the Proposed Action |
|---|---|---|
| **WASTE PREVENTION, HANDLING, AND DISPOSAL AND SPILLS AND PUBLIC SAFETY** | | |
| | and other liquid chemical spills. Protect subsistence resources and subsistence activities. Protect public health and safety.<br>Requirement/Standard: Before initiating any oil and gas or related activity or operation, including field research/surveys and/or seismic operations, lessees/permittees shall develop a comprehensive spill prevention and response contingency plan per 40 CFR § 112 (Oil Pollution Act). The plan shall consider and take into account the following requirements:<br>e. Proper Identification of Containers. All fuel containers, including barrels and propane tanks, shall be marked with the responsible party's name, product type, and year filled or purchased. | and other liquid chemical spills. Protect subsistence resources and subsistence activities. Protect public health and safety.<br>Requirement/Standard: Before initiating any oil and gas or related activity or operation, including field research/surveys and/or seismic operations, lessees/permittees shall develop a comprehensive spill prevention and response contingency plan per 40 CFR § 112 (Oil Pollution Act). The plan shall consider and take into account the following requirements:<br>e. Proper Identification of Containers. All fuel containers, including barrels and propane tanks, shall be marked with the responsible party's name, product type, and year filled or purchased. |

*Alternative A - Stipulation 17 and Alternatives B, C, and D - ROP A-4e\* would all effectively reduce impacts to water resources and quality, freshwater and marine fish habitat and fish, birds, terrestrial and marine mammals, endangered and threatened species, and subsistence use patterns by requiring lessees/permittees to develop a comprehensive spill prevention and response contingency plan per 40 CFR § 112 (Oil Pollution Act); the plan shall consider and take into account the requirement of properly identifying containers which included all fuel containers, including barrels and propane tanks; and all containers shall be marked with the responsible party's name, product type, and year filled or purchased. This will ensure that should a spill occur, proper treatment procedures are implemented based on the type of material spilled (Moderate). These requirements would be equally effective in determining the type of material and its likely impacts to freshwater and marine fish habitat and fish should a spill occur (Moderate); would be equally effective in reducing the potential impacts to birds by ensuring that if a spill occurs, the spill material is correctly identified and proper response procedures implemented (Moderate); would be equally effective in reducing impacts to terrestrial and marine mammals by ensuring that should a spill occur, proper spill response and treatment procedures are implemented based on the type of material spilled (Moderate); would be equally effective in reducing impacts to endangered and threatened species by ensuring that should a spill occur, proper spill response and treatment procedures are implemented based on the type of material spilled (Moderate); and would be equally effective in reducing impacts on subsistence use patterns by ensuring that the risks of consuming subsistence species that come into contact with a spilled material are identified based on the type of material spilled (Moderate).*

| | | |
|---|---|---|
| **ICE ROADS AND WATER USE** | | |
| 18. The location of winter ice roads shall be offset from year to year to minimize vegetative impacts. The offset shall be greater than or equal to the width of the road. | *C-2e Required Operating Procedure*<br>Objective: Protect stream banks, minimize compaction of soils, and minimize the breakage, abrasion, compaction, or displacement of vegetation.<br>Requirement/Standard:<br>e. The location of winter ice roads shall be designed and located to minimize compaction of soils and the breakage, abrasion, compaction, or displacement of vegetation. Offsets may be required to avoid using the same route or track in the subsequent year. | *C-2e Required Operating Procedure*<br>Objective: Protect stream banks, minimize compaction of soils, and minimize the breakage, abrasion, compaction, or displacement of vegetation.<br>Requirement/Standard:<br>e. The location of winter ice roads shall be designed and located to minimize compaction of soils and the breakage, abrasion, compaction, or displacement of vegetation. Offsets may be required to avoid using the same route or track in the subsequent year. |

ALTERNATIVES

Table 2-2. Continued.

| 1998 Northeast IAP/EIS Stipulations for the No Action Alternative | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for Alternative B and Alternative C | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for the Proposed Action |
|---|---|---|
| **ICE ROADS AND WATER USE** | | |
| *Alternative A - Stipulation 18 and Alternatives B, C, and D - ROP C-2e\** would all effectively provide protection for **soil, paleontological and cultural resources, water resources and water quality, vegetation, terrestrial mammals, endangered and threatened species, subsistence use patterns, wild and scenic river values**, and **visual resources** by requiring the lessees/permittees to design and locate winter ice roads to minimize compaction of soils and the breakage, abrasion, compaction, or displacement of vegetation. Offsets may be required to avoid using the same route or track in the subsequent year. This mitigation would reduce damage to stream banks, reducing rutting and erosion, and generally reducing impacts to vegetation by restricting seismic activity and overland moves to winter (Moderate); would be equally effective in providing protection from seismic and overland move activities that could potentially disturb the vegetative mat and impact paleontological and cultural resources that are near the surface (Moderate); would be equally effective in protecting water resources and water quality by regulating overland moves, seismic work, ice-road construction, and other heavy equipment travel during the winter (Moderate); would be equally effective in reducing the level of impacts to vegetation by reducing impacts of off-road vehicles (Moderate); would be equally beneficial to terrestrial mammals by reducing the amount of habitat disturbed during overland moves and seismic work. (Moderate); would be equally beneficial to endangered and threatened species by reducing the amount of habitat disturbed during overland moves and seismic work (Moderate); would be equally effective in reducing impacts on subsistence use patterns by providing increased protection to fish and wildlife habitat (Moderate); would be equally effective in limiting the impacts that oil and gas exploration and development will have on wild and scenic river values (Moderate); and would be equally beneficial to visual resources by reducing the amount of surface disturbance due to seismic activities (Moderate). | | |
| 19. Compaction of snow cover or snow removal from fish-bearing water bodies shall be prohibited except at approved ice-road crossings. | *B-2h Required Operating Procedure*<br>Objective: Maintain natural hydrologic regimes in soils surrounding lakes and ponds, and maintain populations of, and adequate habitat for, fish and invertebrates, and waterfowl.<br>Requirement/Standard: Water withdrawal from lakes may be authorized on a site-specific basis depending on size, water volume, depth and fish population and species diversification. Water withdrawal requirements specify:<br>h. Compaction of snow cover or snow removal from fish-bearing water bodies shall be prohibited except at approved ice road crossings, water pumping stations on lakes, or areas of grounded ice. | *B-2h Required Operating Procedure*<br>Objective: Maintain natural hydrologic regimes in soils surrounding lakes and ponds, and maintain populations of, and adequate habitat for, fish and invertebrates, and waterfowl.<br>Requirement/Standard: Water withdrawal from lakes may be authorized on a site-specific basis depending on size, water volume, depth and fish population and species diversification. Water withdrawal requirements specify:<br>h. Compaction of snow cover or snow removal from fish-bearing water bodies shall be prohibited except at approved ice road crossings, water pumping stations on lakes, or areas of grounded ice. |
| *Alternative A - Stipulation 19 and Alternatives B, C, and D - ROP B-2h\** would be equally effective in protecting **water resources and water quality, freshwater fish and their habitats, bird,** and **subsistence-harvest patterns** by requiring water withdrawal requirements to specify that compaction of snow cover or snow removal from fish-bearing water bodies be prohibited except at approved ice road crossings, water pumping stations on lakes. This requirement would effectively protect water resources and water quality and freshwater fish and their habitats by prohibiting snow compaction and removal from fish-bearing water bodies (High); would be equally effective in reducing impacts to some bird species by preventing winter die-off of prey of fish-eating birds (e.g., loons, mergansers, terns), which could adversely affect the breeding success of these bird species (High); and would be equally effective in reducing impacts on subsistence-harvest patterns by providing increased protection to fish and fish habitat and by limiting snow removal from water bodies (High). | | |
| 20. Water withdrawal from rivers and streams during winter is prohibited. Water withdrawal is prohibited during winter flooding by a fish-bearing stream. Water may be withdrawn from isolated lakes that are less than 7 feet (2.1 m) deep that lack connection to | *B-1 Required Operating Procedure*<br>Objective: Maintain populations of, and adequate habitat for, fish and invertebrates.<br>Requirement/Standard: Water withdrawal from rivers and streams during winter is prohibited. | *B-1 Required Operating Procedure*<br>Objective: Maintain populations of, and adequate habitat for, fish and invertebrates.<br>Requirement/Standard: Water withdrawal from rivers and streams during winter is prohibited. |

Table 2-2. Continued.

| 1998 Northeast IAP/EIS Stipulations for the No Action Alternative | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for Alternative B and Alternative C | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for the Proposed Action |
|---|---|---|
| ICE ROADS AND WATER USE | | |
| or are not subject to seasonal flooding by a fish-bearing stream. After consultation with the appropriate federal, state, and NSB regulatory and resource agencies, the AO may authorize withdrawals from any lake less than 7 feet (2.1 m) deep, if the proponent demonstrates that no fish exist in the lake.<br><br>Generally, water withdrawal drawdown during winter from lakes 7 feet (2.1 m) deep or deeper shall be limited to 15 percent of the estimated free-water volume (i.e., excluding the ice). After consultation with the appropriate federal, state, and NSB regulatory and resource agencies, the AO may authorize drawdown exceeding 15 percent from a lake greater than 7 feet (2.1 m) deep, if the proponent of the additional drawdown demonstrates that no fish exist in the lake. Operators are encouraged to use new ice-road and ice-pad construction methods, such as using aggregate 'chips' shaved from frozen lakes, to decrease water demands, construction time, and impact on fisheries. | **B-2 Required Operating Procedure**<br>Objective: Maintain natural hydrologic regimes in soils surrounding lakes and ponds, and maintain populations of, and adequate habitat for, fish and invertebrates, and waterfowl.<br>Requirement/Standard: Water withdrawal from lakes may be authorized on a site-specific basis depending on lake size, water volume, and depth, and fish population and species diversification. Water withdrawal requirements specify:<br>a. Lakes that are ≥7 feet with sensitive fish (any fish except ninespine stickleback or Alaska blackfish), water available for withdrawal is limited to 15% of calculated volume deeper than 7 feet; lakes that are between 5 and 7 feet with sensitive fish, water available for withdrawal would be calculated on a case by case basis.<br>b. Lakes that are ≥5 feet with only non-sensitive fish (i.e., ninespine stickleback or Alaska blackfish), water is available for withdrawal is limited to 30% of calculated volume deeper than 5 feet.<br>c. Any lake with no fish present, regardless of depth, water available for withdrawal is up to 100% as specified within the permit.<br>d. A water-monitoring plan may be required to assess draw down and water quality changes before, during, and after pumping any fish-bearing lake or lake of special concern.<br>e. The removal of naturally grounded ice may be authorized from lakes and shallow rivers on a site-specific basis depending upon its size, | **B-2 Required Operating Procedure**<br>Objective: Maintain natural hydrologic regimes in soils surrounding lakes and ponds, and maintain populations of, and adequate habitat for, fish and invertebrates, and waterfowl.<br>Requirement/Standard: Water withdrawal from lakes may be authorized on a site-specific basis depending on lake size, water volume, and depth, and fish population and species diversification. Water withdrawal requirements specify:<br>a. Lakes that are ≥7 feet with sensitive fish (any fish except ninespine stickleback or Alaska blackfish), water available for withdrawal is limited to 15% of calculated volume deeper than 7 feet; lakes that are between 5 and 7 feet with sensitive fish, water available for withdrawal would be calculated on a case by case basis.<br>b. Lakes that are ≥5 feet with only non-sensitive fish (i.e., ninespine stickleback or Alaska blackfish), water is available for withdrawal is limited to 30% of calculated volume deeper than 5 feet.<br>c. Any lake with no fish present, regardless of depth, water available for withdrawal is up to 100% as specified within the permit.<br>d. A water-monitoring plan may be required to assess draw down and water quality changes before, during, and after pumping any fish-bearing lake or lake of special concern.<br>e. The removal of naturally grounded ice may be authorized from lakes and shallow rivers on a site-specific basis depending upon its size, |

## ALTERNATIVES

Table 2-2. Continued.

| 1998 Northeast IAP/EIS Stipulations for the No Action Alternative | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for Alternative B and Alternative C | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for the Proposed Action |
|---|---|---|
| | **ICE ROADS AND WATER USE** | |
| | water volume, and depth, and fish population and species diversification.<br>f. Removed ice aggregate shall be included in the 15 percent or 30 percent withdrawal limits—whichever is the appropriate case—unless otherwise approved.<br>g. Any water intake structures in fish bearing or non-fish bearing waters shall be designed, operated, and maintained to prevent fish entrapment, entrainment, or injury. Note: All water withdrawal equipment must be equipped and must utilize fish screening devices approved by the Alaska Department of Natural Resources (ADNR). | water volume, and depth, and fish population and species diversification.<br>f. Removed ice aggregate shall be included in the 15 percent or 30 percent withdrawal limits—whichever is the appropriate case—unless otherwise approved.<br>g. Any water intake structures in fish bearing or non-fish bearing waters shall be designed, operated, and maintained to prevent fish entrapment, entrainment, or injury. Note: All water withdrawal equipment must be equipped and must utilize fish screening devices approved by the Alaska Department of Natural Resources (ADNR). |
| | *Alternative A - Stipulation 20 and Alternatives B, C, and D - ROP B-1\** would be equally beneficial in protecting **water resources and water quality, freshwater fish, bird species, subsistence-harvest patterns, wild and scenic rivers, water resources and water quality, and local hydrology** by prohibiting water removal from streams and rivers during winter. These mitigations would be effective in protecting overwintering habitat, and preventing harm to **freshwater fish** from fish intake structures (Moderate); would be equally effective in reducing impacts to some **bird** species by preventing winter die-off of fish prey of fish-eating birds (e.g., loons, mergansers, terns), which could adversely affect the breeding success of these water bird species (High); would be equally effective in reducing impacts on **subsistence-harvest patterns** by providing increased protection to fish and fish habitat and by prohibiting water removal from rivers and streams (High); would be equally effective in preserving instream flows in eligible **wild and scenic rivers** (High); and would be equally effective in protecting **water resources and water quality, and local hydrology** by prohibiting or limiting water removal from lakes and ponds (Moderate).<br>*Alternative A – Stipulation 20 and Alternatives B, C, and D - ROP B-2\** would be equally effective in reducing impacts on subsistence-harvest patterns by providing increased protection to fish and fish habitat and by limiting water removal from fish-bearing lakes and preventing harm to fish from fish intake structures (Moderate); would be essentially as effective as *ROP B-2* (Moderate) in protecting sensitive (any fish except nine-spine stickleback or Alaska blackfish) freshwater fish and their habitats.<br>*Alternative A – Stipulation 20* (High) may be more effective than *Alternative B, C, and D - ROP B-2\** (Moderate) in reducing impacts to some **bird** species by preventing winter die-off of fish prey of fish-eating birds (e.g., loons, mergansers, terns), which could adversely affect the breeding success of these water bird species; *ROP B-1* would allow water withdrawals in lakes with non-sensitive fish that are < 7 feet deep, whereas *Stipulation 20* would prohibit this activity. | |
| 21. The AO, in consultation with appropriate federal, state, and NSB regulatory and resource agencies, may allow water extraction from any lake used by molting geese, if it is determined that the withdrawal is consistent with *Stipulation 20* and will not adversely affect identified goose-feeding habitat along lakeshore margins. An analysis/demonstration of the hydrologic functions of the lake(s) under review may be required of the lessee by the AO prior to approval of the | *K-4a Lease Stipulation - Goose Molting Area*<br>Objective: Minimize disturbance to molting geese and loss of goose molting habitat in and around lakes in the Goose Molting Area.<br>Requirement/Standard: In goose molting habitats, the following standards will be followed for permitted activities:<br>a. Water extraction from any lake used by molting geese shall not alter hydrological conditions that could adversely affect identified goose-feeding habitat along lakeshore margins. Considerations will be given to seasonal use by | *K-4a Lease Stipulation - Goose Molting Area*<br>Objective: Minimize disturbance to molting geese and loss of goose molting habitat in and around lakes in the Goose Molting Area.<br>Requirement/Standard (General): Within the Goose Molting Area no permanent oil and gas facilities, except for pipelines, would be allowed on the approximately 217,000 acres illustrated on Map 2-4. No exceptions will be considered.<br>Requirement/Standard (Exploration): In goose molting habitat area, exploratory drilling shall be limited to temporary facilities such as ice pads, ice roads, ice |

Exhibit 42, page 53 of 300

Table 2-2. Continued.

| 1998 Northeast IAP/EIS Stipulations for the No Action Alternative | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for Alternative B and Alternative C | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for the Proposed Action |
|---|---|---|
| | **ICE ROADS AND WATER USE** | |
| withdrawal. | operators (generally in winter) and geese (generally in summer), as well as recharge to lakes from the spring snow melt. | airstrips, and temporary platforms, unless the lessee demonstrates that construction of permanent facilities (outside the identified Goose Molting No Surface Occupancy Areas) such as gravel airstrips, storage pads, and connecting roads is environmentally preferable (Also see *Stipulation K-11* regarding allowable surface disturbance). In addition, the following standards will be followed for permitted activities:<br>a. From May 20 through August 20 exploratory drilling and associated activities are prohibited. The intent of this rule is to restrict exploration drilling during the period when geese are present.<br>b. Water extraction from any lake used by molting geese shall not alter hydrological conditions that could adversely affect identified goose-feeding habitat along lakeshore margins. Considerations will be given to seasonal use by operators (generally in winter) and geese (generally in summer), as well as recharge to lakes from the spring snowmelt. |
| | *In the Goose Molting Area:* Where it applies, *Stipulation 21 (Alternative A)*, *Lease Stipulation K-4a (Alternatives B and C)* and *Lease Stipulation K-4b (Alternative D)* provide essentially the same level of protection for lakes used by molting geese (in the goose molting area north of Teshekpuk Lake) by ensuring that water extraction from any lake used by molting geese shall not alter hydrological conditions that could adversely affect identified goose-feeding habitat along lakeshore margins. However, other elements of each alternative, i.e. No Surface Occupancy restrictions, and/or management decisions that make lands available or unavailable to oil and gas leasing, provide a different means for resource protection. Therefore, while the mitigations are comparable in providing protection to this resource, this is not to say that the overall level of protection under the various *Alternatives* is necessarily equal or the same based on management decisions in the planning area. Please see Table 2.3 for a discussion regarding the comparison of impacts among alternatives.<br>Each of these stipulations would effectively protect **water resources and water quality, wetlands, vegetation, freshwater fish,** and **birds** by limiting water withdrawals from lakes used by molting geese; would effectively reduce impacts to **endangered and threatened species** by limiting habitat loss or disturbance of nesting and brood-rearing eiders and other birds by ensuring that water extraction from goose molting lakes does not harm foraging habitat; would effectively reduce impacts to **subsistence use patterns** by limiting habitat loss or disturbance of nesting and brood-rearing waterfowl and other birds, by ensuring that water extraction from goose molting lakes does not impact foraging habitat. | |
| 22. Except for approved crossings, alteration of the banks of a waterway is prohibited. Waterways include natural features with sufficient water to create riparian (willow) habitat such as rivers, streams, deep and shallow lakes, tundra ponds, and shallow water tracks. Clearing of willows along the riparian zone is prohibited. Movement of equipment through willow stands shall be avoided | *C-2c, e Required Operating Procedure*<br>Objective: Protect stream banks, minimize compaction of soils, and minimize the breakage, abrasion, compaction, or displacement of vegetation.<br>Requirement/Standard:<br>c. Bulldozing of tundra mat and vegetation, trails, or seismic lines is prohibited; however, on existing trails, seismic lines or camps, clearing | *C-2c, e Required Operating Procedure*<br>Objective: Protect stream banks, minimize compaction of soils, and minimize the breakage, abrasion, compaction, or displacement of vegetation.<br>Requirement/Standard:<br>c. Bulldozing of tundra mat and vegetation, trails, or seismic lines is prohibited; however, on existing trails, seismic lines or camps, clearing |

Table 2-2. Continued.

| 1998 Northeast IAP/EIS Stipulations for the No Action Alternative | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for Alternative B and Alternative C | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for the Proposed Action |
|---|---|---|
| **ICE ROADS AND WATER USE** | | |
| whenever possible. | of drifted snow is allowed to the extent that the tundra mat is not disturbed.<br>e. The location of winter ice roads shall be designed and located to minimize compaction of soils and the breakage, abrasion, compaction, or displacement of vegetation. Offsets may be required to avoid using the same route or track in the subsequent year. | of drifted snow is allowed to the extent that the tundra mat is not disturbed.<br>e. The location of winter ice roads shall be designed and located to minimize compaction of soils and the breakage, abrasion, compaction, or displacement of vegetation. Offsets may be required to avoid using the same route or track in the subsequent year. |

*Alternative A – Stipulation 22 and Alternatives B, C, and D – ROP C-2c and e* would be equally effective in providing protection for **soils, paleontological and cultural resources, water resources and water quality, vegetation, wetlands, freshwater fish habitat and fish, terrestrial mammals, subsistence use patterns, wild and scenic river values, and visual resource values** by prohibiting bulldozing of tundra mat and vegetation, and seismic lines on existing trails; seismic lines or camps; clearing of drifted snow would only be allowed to the extent that the tundra mat is not disturbed. The location of winter ice roads shall be designed and located to minimize compaction of soils and the breakage, abrasion, compaction, or displacement of vegetation. Offsets may be required to avoid using the same route or track in the subsequent year. These mitigations would be equally: effective in providing protection for **soils** by reducing damage to stream banks, reducing rutting, and generally reducing impacts to **vegetation** by restricting seismic activity and overland moves to winter (Moderate); effective in providing protection from seismic and overland move activities that could potentially disturb the vegetative mat and impact **paleontological and cultural resources** that are near the surface (Moderate); effective in protecting **water resources and water quality** by regulating overland moves, seismic work, ice-road construction, and other heavy equipment travel during the winter to limit impacts to water resources (Moderate); equally effective in reducing the level of impacts to vegetation and wetlands by reducing impacts of off-road vehicles (Moderate); beneficial to **freshwater fish** habitat and fish by reducing damage to stream banks at river crossings and reducing rutting and other damage to the vegetative mat (Moderate); and would put restrictions on the types of heavy equipment used and the seasons of allowable use and would be equally beneficial to **terrestrial mammals** by reducing the amount of habitat disturbed during overland moves and seismic work (Moderate). They would be also equally effective in reducing impacts on subsistence use patterns by providing increased protection to **fish and fish habitat** (Moderate), and effective in limiting the impacts that oil and gas exploration and development would have on **wild and scenic river** values as well as **visual resource values** (Moderate).

**OVERLAND MOVES AND SEISMIC WORK**

| | | |
|---|---|---|
| 23. Seismic work is prohibited within 1,200 feet of any known, long-term cabin or campsite, identified by the AO, without the written permission of the AO. The AO's decision will be informed by the consultation process described in *Stipulation 61*. | **H-2 Required Operating Procedure**<br>Objective: Prevent unreasonable conflicts between subsistence activities and geophysical (seismic) exploration.<br>Requirement/Standard: In addition to the consultation process described above for permitted activities, before applying for permits to conduct geophysical (seismic) exploration, the applicant shall consult with local communities and residents. | **H-2 Required Operating Procedure**<br>Objective: Prevent unreasonable conflicts between subsistence activities and geophysical (seismic) exploration.<br>Requirement/Standard: In addition to the consultation process described above for permitted activities, before applying for permits to conduct geophysical (seismic) exploration, the applicant shall consult with local communities and residents. |

*Alternative A – Stipulation 23 and Alternatives B, C, and D – ROPs C-2(b)* provide some mitigation for potential impacts to **subsistence harvest patterns and sociocultural systems**. Subsistence operations can disturb and potentially displace (temporarily) subsistence species and therefore disrupt subsistence activities, therefore restriction or minimization of seismic operations in proximity to subsistence cabins should minimize and avoid some potential impacts to subsistence. *Stipulation 22 (Alternative A)* may be more effective (Moderate) in providing additional protection as it prohibits seismic operations within 1,200 ft of known cabins, whereas *ROP H-2* only requires notification of owners of cabins within 1,200 ft. *ROP H-2 (Low)* may allow oil and gas activities at less distance from cabins and camps than *Stipulation 24*. The AO must authorize the seismic program under

Table 2-2. Continued.

| 1998 Northeast IAP/EIS Stipulations for the No Action Alternative | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for Alternative B and Alternative C | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for the Proposed Action |
|---|---|---|
| | **OVERLAND MOVES AND SEISMIC WORK** | |
| either stipulation.<br><br>24. The following restrictions apply to overland moves, seismic work, and any similar use of heavy equipment (other than actual excavations as part of construction) on unroaded surfaces during the winter season:<br>a. Because polar bears are known to den predominantly within 25 miles of the coast, operators shall consult with the USFWS prior to initiating activities in such habitat between October 30 and April 15. Activities are prohibited within 1 mile of known or observed polar bear dens; obtain locations from the USFWS, (907) 786-3800. Operators are encouraged to apply for a letter of authorization from the USFWS to conduct activities in polar bear denning areas.<br>b. Motorized ground-vehicle use will be minimized within the Colville River Raptor, Passerine, and Moose Area LUEA from April 15 through August 5, with the exception that use will be minimized in the vicinity of gyrfalcon nests beginning March 15. Such use will remain ½ mile away from known raptor-nesting sites, unless authorized by the AO. The BLM shall consult with USFWS to plan travel routes to minimize disturbance to raptors. | *C-1b Required Operating Procedure*<br>b. Cross-country use of heavy equipment and seismic activities is prohibited within 1 mile of known or observed polar bear dens or seal birthing lairs. Operators shall consult with the USFWS and/or NOAA Fisheries, as appropriate, before initiating activities in coastal habitat between October 30 and April 15.<br><br>*K-7 Lease Stipulation - Colville River Special Area*<br>Objective: Prevent or minimize loss of raptor foraging habitat.<br>Requirement/Standard: If necessary to construct permanent facilities within the Colville River Special Area, all reasonable and practicable efforts shall be made to locate permanent facilities as far from raptor nests as feasible. Within 15 miles of raptor nest sites, significant alteration of high quality foraging habitat shall be prohibited unless the lessee can demonstrate on a site-specific basis that impacts would be minimal or it is determined that there is no feasible or prudent alternative. Of particular concern are ponds, lakes, wetlands, and riparian habitats. Note: On a case-by case basis, and in consultation with appropriate federal and state regulatory and resource agencies, essential pipeline and road crossings will be permitted through these areas where no other feasible or prudent options are available.<br>a. The following restrictions apply to overland moves, seismic work, and any similar use of heavy equipment (other than actual excavations as part of construction) on tundra surfaces | *C-1b Required Operating Procedure*<br>b. Cross-country use of heavy equipment and seismic activities is prohibited within 1 mile of known or observed polar bear dens or seal birthing lairs. Operators shall consult with the USFWS and/or NOAA Fisheries, as appropriate, before initiating activities in coastal habitat between October 30 and April 15.<br><br>*K-7 Lease Stipulation - Colville River Special Area*<br>Objective: Prevent or minimize loss of raptor foraging habitat.<br>Requirement/Standard: If necessary to construct permanent facilities within the Colville River Special Area, all reasonable and practicable efforts shall be made to locate permanent facilities as far from raptor nests as feasible. Within 15 miles of raptor nest sites, significant alteration of high quality foraging habitat shall be prohibited unless the lessee can demonstrate on a site-specific basis that impacts would be minimal or it is determined that there is no feasible or prudent alternative. Of particular concern are ponds, lakes, wetlands, and riparian habitats. Note: On a case-by case basis, and in consultation with appropriate federal and state regulatory and resource agencies, essential pipeline and road crossings will be permitted through these areas where no other feasible or prudent options are available.<br>a. The following restrictions apply to overland moves, seismic work, and any similar use of heavy equipment (other than actual excavations as part of construction) on tundra surfaces |

ALTERNATIVES

Table 2-2. Continued.

| 1998 Northeast IAP/EIS Stipulations for the No Action Alternative | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for Alternative B and Alternative C | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for the Proposed Action |
|---|---|---|
| | **OVERLAND MOVES AND SEISMIC WORK** | |
| | during the winter season:<br>1. Motorized ground-vehicle use shall be minimized within the Colville Raptor, Passerine, and Moose Area from April 15 through August 5, with the exception that use will be minimized in the vicinity of gyrfalcon nests beginning March 15. Such use will remain ½ mile away from known raptor nesting sites, unless authorized by the AO. | during the winter season:<br>1. Motorized ground-vehicle use shall be minimized within the Colville Raptor, Passerine, and Moose Area from April 15 through August 5, with the exception that use will be minimized in the vicinity of gyrfalcon nests beginning March 15. Such use will remain ½ mile away from known raptor nesting sites, unless authorized by the AO. |
| c. Crossing of waterway courses shall be made using a low-angle approach to avoid disruption of the natural stream or lake bank. Except at approved crossings, operators are encouraged to travel a minimum of 100 feet from overwintering fish streams and lakes. | *C-4 Required Operating Procedure*<br><u>Objective</u>: Avoid additional freeze-down of deep-water pools harboring over-wintering fish and invertebrates used by fish.<br><u>Requirement/Standard</u>: Travel up and down streambeds is prohibited unless it can be demonstrated that there will be no additional impacts from such travel to over-wintering fish or the invertebrates they rely on. Rivers and streams shall be crossed at shallow riffles from point bar to point bar whenever possible. | *C-4 Required Operating Procedure*<br><u>Objective</u>: Avoid additional freeze-down of deep-water pools harboring over-wintering fish and invertebrates used by fish.<br><u>Requirement/Standard</u>: Travel up and down streambeds is prohibited unless it can be demonstrated that there will be no additional impacts from such travel to over-wintering fish or the invertebrates they rely on. Rivers and streams shall be crossed at shallow riffles from point bar to point bar whenever possible. |
| d. If snow ramps or snow bridges are used at water crossings for bank protection, the ramps and bridges shall be substantially free of soil and/or debris. Snow bridges shall be removed or breached immediately after use or before spring breakup. | *C-3 Required Operating Procedure*<br><u>Objective</u>: Maintain natural spring runoff patterns, avoid flooding, prevent streambed sedimentation, protect water quality and protect stream banks.<br><u>Requirement/Standard</u>: Crossing of waterway courses shall be made using a low-angle approach. Snow and ice bridges shall be removed, breached, or slotted before spring breakup. Ramps and bridges shall be substantially free of soil and debris.<br><br>*C-4 Required Operating Procedure as above.* | *C-3 Required Operating Procedure*<br><u>Objective</u>: Maintain natural spring runoff patterns, avoid flooding, prevent streambed sedimentation, protect water quality and protect stream banks.<br><u>Requirement/Standard</u>: Crossing of waterway courses shall be made using a low-angle approach. Snow and ice bridges shall be removed, breached, or slotted before spring breakup. Ramps and bridges shall be substantially free of soil and debris.<br><br>*C-4 Required Operating Procedure as above.* |
| e. To avoid additional freeze down of deep-water pools harboring overwintering fish, waterways shall be crossed at shallow riffles from point bar to point bar whenever possible. | *C-2 Required Operating Procedure*<br><u>Objective</u>: Protect stream banks, minimize compaction of soils, and minimize the breakage, abrasion, compaction, or displacement of vegetation.<br><u>Requirement/Standard</u>: | *C-2 Required Operating Procedure*<br><u>Objective</u>: Protect stream banks, minimize compaction of soils, and minimize the breakage, abrasion, compaction, or displacement of vegetation.<br><u>Requirement/Standard</u>: |

Exhibit 42, page 57 of 300

Table 2-2. Continued.

| 1998 Northeast IAP/EIS Stipulations for the No Action Alternative | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for Alternative B and Alternative C | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for the Proposed Action |
|---|---|---|
| **OVERLAND MOVES AND SEISMIC WORK** | | |
| f. On-the-ground activities shall use low-ground-pressure vehicles such as Rolligons, ARDCO, Trackmaster, Nodwell, or similar types of vehicles. A current list of approved vehicles can be obtained from the AO. Limited use of tractors equipped with wide tracks or "shoes" will be allowed to pull trailers. | b. Only low-ground-pressure vehicles shall be used for on-the-ground activities off ice roads or pads. A list of approved vehicles can be obtained from the AO. Limited use of tractors equipped with wide tracks or "shoes" will be allowed to pull trailers, sleighs or other equipment with approved undercarriage. Note: This provision does not include the use of heavy equipment such as front-end loaders and similar equipment required during ice road construction. | b. Only low-ground-pressure vehicles shall be used for on-the-ground activities off ice roads or pads. A list of approved vehicles can be obtained from the AO. Limited use of tractors equipped with wide tracks or "shoes" will be allowed to pull trailers, sleighs or other equipment with approved undercarriage. Note: This provision does not include the use of heavy equipment such as front-end loaders and similar equipment required during ice road construction. |
| g. Bulldozing of tundra, trails, or seismic lines is prohibited. This stipulation, however, does not prohibit the clearing of drifted snow along a trail, seismic line, or in a camp, to the extent that the tundra mat is not disturbed. Snow may be cleared from a water body ice surface to prepare an aircraft runway, if approved by the AO in consultation with appropriate federal, state, and NSB regulatory and resource agencies. | c. Bulldozing of tundra mat and vegetation, trails, or seismic lines is prohibited; however, on existing trails, seismic lines or camps, clearing of drifted snow is allowed to the extent that the tundra mat is not disturbed. | c. Bulldozing of tundra mat and vegetation, trails, or seismic lines is prohibited; however, on existing trails, seismic lines or camps, clearing of drifted snow is allowed to the extent that the tundra mat is not disturbed. |
| h. To reduce the possibility of ruts, vehicles shall avoid using the same trails for multiple trips unless necessitated by serious safety or superseding environmental concern. This provision does not apply to ice roads (see Stipulation 18 above). | d. To reduce the possibility of ruts, vehicles shall avoid using the same trails for multiple trips unless necessitated by serious safety or superseding environmental concern. This provision does not apply to hardened snow trails for use by low-ground-pressure vehicles such as Rolligons. | d. To reduce the possibility of ruts, vehicles shall avoid using the same trails for multiple trips unless necessitated by serious safety or superseding environmental concern. This provision does not apply to hardened snow trails for use by low-ground-pressure vehicles such as Rolligons. |
| i. Ground operations are to begin only after the seasonal frost in the tundra and underlying mineral soils has reached a depth of 12 inches, and the average snow cover is 6 inches deep. The exact date shall be determined by the AO. | a. Ground operations shall be allowed only when frost and snow cover are at sufficient depths to protect the tundra. Ground operations shall cease when the spring snowmelt begins (approximately May 5 in the foothills area where elevations reach or exceed 500 feet and approximately May 15 in the northern coastal areas). The exact dates will be determined by the AO. | a. Ground operations shall be allowed only when frost and snow cover are at sufficient depths to protect the tundra. Ground operations shall cease when the spring snowmelt begins (approximately May 5 in the foothills area where elevations reach or exceed 500 feet and approximately May 15 in the northern coastal areas). The exact dates will be determined by the AO. |
| j. Ground operations shall cease when the spring melt of snow begins; approximately May 5 in the foothills area where elevations exceed 300 feet, and approximately May 15 in the northern | | |

Table 2-2. Continued.

| 1998 Northeast IAP/EIS Stipulations for the No Action Alternative | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for Alternative B and Alternative C | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for the Proposed Action |
|---|---|---|
| **OVERLAND MOVES AND SEISMIC WORK** | | |
| coastal areas. The exact date will be determined by the AO. | | |
| k. Seismic activities and overland moves within the Goose Molting LUEA and the Teshekpuk Lake Caribou Habitat LUEA from May 1 through September 30 are prohibited. (Note that this overrides language in *Stipulation 24j*.) | | |
| l. To prevent surface disturbance to tundra and other vegetation, tracked vehicles will not execute tight turns by locking one track. | | |
| m. Operators shall use best available technology (e.g., self-contained containment systems) or other appropriate spill containment measures, approved by the AO, to prevent fuel migration from fuel or chemical storage areas to the environment due to overfills and spills. | *A-4 Required Operating Procedure as in No. 11 above.* | *A-4 Required Operating Procedure as in No. 11 above.* |
| n. Refueling of equipment is prohibited within the active floodplain of any water body. | *A-5 Required Operating Procedure as in No. 14 above.* | *A-5 Required Operating Procedure as in No. 14 above.* |

*Alternative A – Stipulation 24(a) and Alternatives B, C, and D – ROP C-1(b)* provide the same benefit in minimizing potential impacts to **marine and terrestrial mammals**, specifically polar bears and seals, and subsistence use patterns for these resources by prohibiting the use of heavy equipment or seismic activities within 1.0 miles of any known polar bear dens or seal lairs throughout the area within the Planning Area where they may be found. Such activities could potentially disturb denning polar bears putting cubs at greater risk. It is thought that such disturbance is unlikely at a distance of 1.0 miles or greater. Such activities could also crush snow lairs used by seal pups or potentially disturb the seals. The location of all such dens and lairs is not known so the mitigation measure is thought to be moderate (Moderate).

*Alternative A – Stipulation 24 and Alternatives B, C, and D – ROP K-7* provide similar benefit in the avoidance and minimization of potential impacts to vegetation, **wetlands, endangered and threatened species**, and **birds**, particularly raptors, by reducing ground transportation activities in the area where most of the raptor nests occur. Raptors are most sensitive to disturbance when nesting. The lower two thirds of the Colville River support the highest concentration of raptor nests on the North Slope. Both mitigation measures are identical in prohibiting motorized ground transportation within ½ mile of the nests during the defined nesting period. It is thought that vehicle transport more than ½ mile from raptor nests will not disturb nesting raptors. *ROP K-7* actually applies to a larger area (Colville River Special Area) and includes all of the area covered under *Stipulation 24*. (Moderate). Both areas include the high raptor concentration area along the Colville. *ROP K-7 also mandates (Stipulation 24 does not)* that permanent oil and gas facilities be located as far as possible from raptor sites and prohibits significant alteration of high value wetlands and foraging habitats within 15 miles of nests, which should be moderately effective in reducing impacts to birds (specifically raptors), endangered and threatened species (eider habitat). The ROP would have low effectiveness in reducing impacts to vegetation as impacts would be shifted to other areas.

*Alternative A – Stipulation 2(c), (d), and (e), and Alternatives B, C, and D – ROP C-3 and C-4* provide equal benefits in the avoidance and minimization of potential impacts to **fish, subsistence** activities associated with fish, and freshwater fish habitat by directing lessees or seismic operators to cross streams at locations that are not over-wintering habitat, and by crossing at locations where the bank will not be disturbed. Clearing or compaction of snow over ice covered streams can increase the depth to which streams freeze. If this were to happen in the deeper areas where fish overwinter, the habitat could be lost temporarily, oxygen depleted, or fish displaced. These stipulations and ROPs direct the lessees and seismic operators to conduct their stream crossings in areas that are not overwintering fish habitat (e.g. riffles) effectively avoiding potential impacts to the overwintering habitat. These stipulations and ROPs also mandate that only clean snow be used in construction of snow bridges, and to use a low angle approach at the stream

Table 2-2. Continued.

| 1998 Northeast IAP/EIS Stipulations for the No Action Alternative | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for Alternative B and Alternative C | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for the Proposed Action |
|---|---|---|
| **OVERLAND MOVES AND SEISMIC WORK** | | |
| banks at crossings so the riparian habitat is maintained, and there is no subsequent degradation of aquatic habitats, wetlands, and riparian habitats due to erosions, protecting water resources and water quality, and wild and scenic rivers values (Moderate). *Alternative A – Stipulation 24(f), (g), (h), (i), and (e), and Alternatives B, C, and D – ROP C-2* provide equal benefits in the avoidance and minimization of potential impacts to soils, **paleontological and cultural resources, vegetation,** and the **terrestrial mammals** and **birds** dependent on the vegetation, by restricting the equipment, season, and manner in which overland moves and seismic operations can be conducted. Many tundra habitats are sensitive to physical disturbance and the movement of heavy equipment across the tundra can result in long-standing damage or changes to the soils and vegetation. Under all alternatives, these mitigation measures require the use of approved low ground-pressure vehicles, bulldozing of tundra, the off-setting of trails to prevent damage by repeated use in the same area, and the cessation of activities when spring snow melt begins. *Stipulation 24(i)* – *Alternative A* allows commencement of such overland moves only after there are 12 inches of frost and 6 inches of snow cover, while *ROP C-2(a)* permits activities when frost and snow cover are of sufficient depth to prevent damage, which should result in the same benefit. Studies have shown that little long-term changes or damage result when overland moves on the North Slope are conducted under these conditions (Moderate). *Alternative A – Stipulation 24(m), and (n), and Alternatives B, C, and D – ROP A-4 and A-5* provide equal benefits in the avoidance and minimization of potential impacts to soils, **vegetation,** and the **terrestrial mammals** and **birds** dependent on the vegetation, fish and freshwater fish habitat by restricting the location and manner in which refueling of heavy equipment can take place. These measures should significantly reduce fuel spills by mandating proper fuel containment, and prevent them from entering the aquatic environment by prohibiting refueling within floodplains. While *Alternative A - Stipulation 24(n)* prohibits refueling within active floodplain, *Alternatives B, C, and D, ROP A-5* extends that prohibition to the area within 500 ft of the floodplain and 100 ft of non-fish-bearing water bodies (Moderate). | | |
| **OIL AND GAS EXPLORATORY DRILLING** | | |
| 25. From May 1 through September 30, exploratory drilling other than from production pads is prohibited in the Special Caribou Stipulations Area. | *C1-b Required Operating Procedure as in No. 24 above.*<br><br>*K-7 Lease Stipulation – Colville River Special Area in No. 24 above.*<br><br>*C-4 Required Operating Procedure as in No. 24 above.*<br>*C-3 Required Operating Procedure as in No. 24 above.*<br>*C-2 Required Operating Procedure as in No. 24 above.*<br>*A-4 Required Operating Procedure as in No. 11 above.*<br>*A-5 Required Operating Procedure as in No. 14 above.* | *C1-b Required Operating Procedure as in No. 24 above.*<br><br>*K-7 Lease Stipulation – Colville River Special Area in No. 24 above.*<br><br>*C-4 Required Operating Procedure as in No. 24 above.*<br>*C-3 Required Operating Procedure as in No. 24 above.*<br>*C-2 Required Operating Procedure as in No. 24 above.*<br>*A-4 Required Operating Procedure as in No. 11 above.*<br>*A-5 Required Operating Procedure as in No. 14 above.* |
| Effectiveness of *Stipulation 25 and ROP C-1b* shown in No. 24 above.<br>Effectiveness of *Stipulation 25 and Lease Stipulation K-7* shown in No. 24 above.<br>Effectiveness of *Stipulation 25 and ROP C-4* shown in No. 24 above.<br>Effectiveness of *Stipulation 25 and ROP C-2* shown in No. 24 above.<br>Effectiveness of *Stipulation 24 and ROP A-4* shown in No. 11 above.<br>Effectiveness of *Stipulation 24 and ROP A-5* shown in No. 14 above. | | |
| 26. Exploratory drilling is prohibited within 1,200 feet of any known, long-term cabin or campsite, identified by the AO, without written permission of the AO. The AO's decision will be informed by the | *H-1 Required Operating Procedure*<br>Objective: Provide opportunities for participation in planning and decision making to prevent unreasonable conflicts between subsistence uses and oil and gas and | *H-1 Required Operating Procedure*<br>Objective: Provide opportunities for participation in planning and decision making to prevent unreasonable conflicts between subsistence uses and oil and gas and |

ALTERNATIVES

Table 2-2. Continued.

| 1998 Northeast IAP/EIS Stipulations for the No Action Alternative | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for Alternative B and Alternative C | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for the Proposed Action |
|---|---|---|
| | **OIL AND GAS EXPLORATORY DRILLING** | |
| consultation process described in *Stipulation 61*. | related activities.<br>Requirement/Standard: Lessee/permitee shall consult directly with affected communities using the following guidelines:<br>a. Before submitting an application to the BLM, the applicant shall consult with directly affected subsistence communities, the NSB, and the National Petroleum Reserve - Alaska Subsistence Advisory Panel to discuss the siting, timing and methods of proposed operations. Through this consultation, the applicant shall make every reasonable effort, including such mechanisms as conflict avoidance agreements and mitigating measures, to ensure that proposed activities will not result in unreasonable interference with subsistence activities.<br>b. The applicant shall submit documentation of consultation efforts as part of its operations plan. Applicants should submit the proposed plan of operations to provide an adequate time for review and comment by the National Petroleum Reserve - Alaska Subsistence Advisory Panel and to allow time for formal Government-to-Government consultation with Native Tribal governments. The applicant shall submit documentation of its consultation efforts and a written plan that shows how its activities, in combination with other activities in the area, will be scheduled and located to prevent unreasonable conflicts with subsistence activities. Operations plans must include a discussion of the potential effects of the proposed operation, and the proposed operation in combination with other existing or reasonably foreseeable operations.<br>c. A subsistence plan addressing the following items must be submitted:<br>  1. A detailed description of the activity(ies) to take place (including | related activities.<br>Requirement/Standard: Lessee/permitee shall consult directly with affected communities using the following guidelines:<br>a. Before submitting an application to the BLM, the applicant shall consult with directly affected subsistence communities, the NSB, and the National Petroleum Reserve - Alaska Subsistence Advisory Panel to discuss the siting, timing and methods of proposed operations. Through this consultation, the applicant shall make every reasonable effort, including such mechanisms as conflict avoidance agreements and mitigating measures, to ensure that proposed activities will not result in unreasonable interference with subsistence activities.<br>b. The applicant shall submit documentation of consultation efforts as part of its operations plan. Applicants should submit the proposed plan of operations to provide an adequate time for review and comment by the National Petroleum Reserve - Alaska Subsistence Advisory Panel and to allow time for formal Government-to-Government consultation with Native Tribal governments. The applicant shall submit documentation of its consultation efforts and a written plan that shows how its activities, in combination with other activities in the area, will be scheduled and located to prevent unreasonable conflicts with subsistence activities. Operations plans must include a discussion of the potential effects of the proposed operation, and the proposed operation in combination with other existing or reasonably foreseeable operations.<br>c. A subsistence plan addressing the following items must be submitted:<br>  1. A detailed description of the activity(ies) to take place (including |

Exhibit 42, page 61 of 300

Table 2-2. Continued.

| 1998 Northeast IAP/EIS Stipulations for the No Action Alternative | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for Alternative B and Alternative C | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for the Proposed Action |
|---|---|---|
| | **OIL AND GAS EXPLORATORY DRILLING** | |
| | the use of aircraft). | the use of aircraft). |
| | 2. A description of how the lessee/permitee will minimize and/or deal with any potential impacts identified by the AO during the consultation process. | 2. A description of how the lessee/permitee will minimize and/or deal with any potential impacts identified by the AO during the consultation process. |
| | 3. A detailed description of the monitoring effort to take place, including process, procedures, personnel involved and points of contact both at the work site and in the local community. | 3. A detailed description of the monitoring effort to take place, including process, procedures, personnel involved and points of contact both at the work site and in the local community. |
| | 4. Communication elements to provide information on how the applicant will keep potentially affected individuals and communities up-to-date on the progress of the activities and locations of possible, short-term conflicts (if any) with subsistence activities. Communication methods could include holding community meetings, open house meetings, workshops, newsletters, radio and television announcements, etc. | 4. Communication elements to provide information on how the applicant will keep potentially affected individuals and communities up-to-date on the progress of the activities and locations of possible, short-term conflicts (if any) with subsistence activities. Communication methods could include holding community meetings, open house meetings, workshops, newsletters, radio and television announcements, etc. |
| | 5. Procedures necessary to facilitate access by subsistence users to conduct their activities. | 5. Procedures necessary to facilitate access by subsistence users to conduct their activities. |
| | In the event that no agreement is reached between the parties, the AO shall consult with the directly involved parties and determine which activities will occur, including the timeframes. During development, monitoring plans must be established for new permanent facilities, including pipelines, to assess an appropriate range of potential effects on resources and subsistence as determined on a case-by-case basis given the nature and location of the facilities. The scope, intensity, and duration of such plans will be established in consultation with the AO and Subsistence Advisory Panel. | In the event that no agreement is reached between the parties, the AO shall consult with the directly involved parties and determine which activities will occur, including the timeframes. During development, monitoring plans must be established for new permanent facilities, including pipelines, to assess an appropriate range of potential effects on resources and subsistence as determined on a case-by-case basis given the nature and location of the facilities. The scope, intensity, and duration of such plans will be established in consultation with the AO and Subsistence Advisory Panel. |

Exhibit 42, page 62 of 300