Table 2-2. Continued.

| 1998 Northeast IAP/EIS Stipulations for the No Action Alternative | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for Alternative B and Alternative C | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for the Proposed Action |
|---|---|---|
| **FACILITY DESIGN AND CONSTRUCTION** | | |
| meet the requirement.<br><br>38. All crude oil, produced water, seawater, and natural gas pipelines shall be constructed to accommodate the best available technology for detecting corrosion or mechanical defects during routine structural integrity inspections.<br><br>*Alternative A Stipulation 34-36 and Alternatives B, C, and D Lease Stipulation K-5(b,c)* would be equally effective in reducing impacts on **terrestrial mammals** (primarily caribou) and **subsistence** use patterns by ensuring that pipelines are constructed in such a manner as to minimize any potential effects on caribou movement and subsistence use of these animals. Separating pipelines from roads by at least 500 ft, and burying or ramping the pipeline in critical funnel areas, should avoid most potential deflection of caribou movements and allow subsistence use (Moderate).<br>*Alternative A Stipulation 37* would be slightly less effective in preventing **bird and endangered species** collisions with pipelines than Alternatives B, C, and D *ROP E-7*, as pipeline height would be approximately 5 feet or higher for *Stipulation 37*, but 7 feet or higher for *ROP E-7* (Moderate). *Stipulations 34 to 36* and *ROP E-7* would be equally effective in reducing impacts of oil development on caribou and other large **terrestrial mammals** from insect-relief habitat to inland foraging habitat, as pipelines would be 5 feet or higher under *Stipulation 37*, but 7 feet or higher under *ROP E-7*. *Stipulations 34 to 36* and *ROP E-7* would be equally effective in reducing **sociocultural** impacts and disruption of **subsistence-harvest patterns** by minimizing the disruption of caribou movement by requiring pipelines and roads to be designed to allow the free movement of caribou and the safe and unimpeded passage of subsistence hunters. *Stipulation 37* (Moderate) would be less effective than *ROP E-7* (High) in reducing **sociocultural** impacts and disruption of **subsistence-harvest patterns** by minimizing the disruption of caribou movement as pipeline height would be approximately 5 feet or higher for *Stipulation 37*, but 7 feet or higher for *ROP E-7* (Moderate).<br>*Alternative A Stipulation 38* and Alternatives B,C, and D *ROP E-4* should provide equal benefit in the avoidance of impact to **soils, water quality and water resources, fish and fish habitat, wetlands, vegetation, and birds** by ensuring that pipelines are designed, constructed, and operated in a technically sound manner so as to prevent petroleum releases through pipeline failure.<br><br>39. Permanent oil and gas facilities, including roads, airstrips, and pipelines, are prohibited within and adjacent to the water bodies listed below at the distances identified to protect fish and raptor habitat, cultural and paleontological resources, and subsistence and other resource values. Setbacks include the bed of the water body and are measured from the bank's highest high water mark. | *E-4 Required Operating Procedure*<br>Objective: Minimize the potential for pipeline leaks, the resulting environmental damage and industrial accidents.<br>Requirement/Standard: All pipelines shall be designed, constructed, and operated under an AO-approved Quality Assurance/Quality Control plan that is specific to the product transported.<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>*K-1 Lease Stipulation - Rivers*<br>Objective: Minimize the disruption of natural flow patterns and changes to water quality; the disruption of natural functions resulting from the loss or change to vegetative and physical characteristics of floodplain and riparian areas; the loss of spawning, rearing or over-wintering habitat for fish; the loss of cultural and paleontological resources; the loss of raptor habitat; impacts to subsistence cabin and campsites; the disruption of subsistence activities; and impacts to scenic and other resource values.<br>Requirement/Standard: Permanent oil and gas facilities, including gravel pads, roads, airstrips, and pipelines, are prohibited in the streambed and adjacent to the rivers listed below at the distances identified. With the exception of the Ikpikpuk River, these setbacks are measured from the bank of the river as determined by the hydrology at | *E-4 Required Operating Procedure*<br>Objective: Minimize the potential for pipeline leaks, the resulting environmental damage and industrial accidents.<br>Requirement/Standard: All pipelines shall be designed, constructed, and operated under an AO-approved Quality Assurance/Quality Control plan that is specific to the product transported.<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>*K-1 Lease Stipulation - Rivers*<br>Objective: Minimize the disruption of natural flow patterns and changes to water quality; the disruption of natural functions resulting from the loss or change to vegetative and physical characteristics of floodplain and riparian areas; the loss of spawning, rearing or over-wintering habitat for fish; the loss of cultural and paleontological resources; the loss of raptor habitat; impacts to subsistence cabin and campsites; the disruption of subsistence activities; and impacts to scenic and other resource values.<br>Requirement/Standard: Permanent oil and gas facilities, including gravel pads, roads, airstrips, and pipelines, are prohibited in the streambed and adjacent to the rivers listed below at the distances identified. With the exception of the Ikpikpuk River, these setbacks are measured from the bank of the river as determined by the hydrology at |

Table 2-2. Continued.

| 1998 Northeast IAP/EIS Stipulations for the No Action Alternative | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for Alternative B and Alternative C | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for the Proposed Action |
|---|---|---|
| | **FACILITY DESIGN AND CONSTRUCTION** | |
| a. **Ikpikpuk River:** a ½-mile setback from the bank of the Ikpikpuk River within the Planning Area (fish, raptors, subsistence, cultural, and paleontological resources). | the time of application. The standard setback is ½ mile (from the bank's highest high water mark) and increased to ¾ mile (from the bank's highest high water mark) where subsistence cabin and campsites are numerous. Along the Colville River and a portion of the Ikpikpuk a 1-mile (from the bank's highest high water mark) setback is required to protect important raptor habitat (for locations along rivers where setback distances change). On a case-by case basis, and in consultation with federal, state, and NSB regulatory and resource agencies (as appropriate, based on agency legal authority and jurisdictional responsibility), essential pipeline and road crossings to the main channel will be permitted (unless noted otherwise) through setback areas. The above setbacks may not be practical within river deltas. In these situations, permanent facilities shall be designed to withstand a 200-year flood event. <br><br> b. **Ikpikpuk River:** a ¾-mile setback from each side of the centerline (1½ miles total) of the Ikpikpuk River extending from the mouth south to Sec. 19, T. 7 N., R. 11 W., U.M. (Umiat Meridian). From Sec. 19, T. 7 N., R. 11 W., U.M., to Sec. 4, T. 3 N., R. 12 W., U.M., a 1-mile setback is required. Beginning at Sec. 4, T. 3 N., R. 12 W., U.M., a ½-mile setback from the centerline (1 mile total) will be required to the confluence of the Kigalik River and Maybe Creek. Note: The setback distances only apply to the east bank where the Ikpikpuk River is the Planning Area boundary. | the time of application. The standard setback is ½ mile (from the bank's highest high water mark) and increased to ¾ mile (from the bank's highest high water mark) where subsistence cabin and campsites are numerous. Along the Colville River and a portion of the Ikpikpuk a 1-mile (from the bank's highest high water mark) setback is required to protect important raptor habitat (for locations along rivers where setback distances change). On a case-by case basis, and in consultation with federal, state, and NSB regulatory and resource agencies (as appropriate, based on agency legal authority and jurisdictional responsibility), essential pipeline and road crossings to the main channel will be permitted (unless noted otherwise) through setback areas. The above setbacks may not be practical within river deltas. In these situations, permanent facilities shall be designed to withstand a 200-year flood event. <br><br> b. **Ikpikpuk River:** a ¾-mile setback from each side of the centerline (1½ miles total) of the Ikpikpuk River extending from the mouth south to Sec. 19, T. 7 N., R. 11 W., U.M. (Umiat Meridian). From Sec. 19, T. 7 N., R. 11 W., U.M., to Sec. 4, T. 3 N., R. 12 W., U.M., a 1-mile setback is required. Beginning at Sec. 4, T. 3 N., R. 12 W., U.M., a ½-mile setback from the centerline (1 mile total) will be required to the confluence of the Kigalik River and Maybe Creek. Note: The setback distances only apply to the east bank where the Ikpikpuk River is the Planning Area boundary. |
| b. **Miguakiak River:** a ½-mile setback from each bank of the Miguakiak River (fish and subsistence resources). | c. **Miguakiak River:** ½ mile (from the bank's highest high water mark) setback from the Miguakiak River. | c. **Miguakiak River:** ½ mile (from the bank's highest high water mark) setback from the Miguakiak River. |
| c. **Teshekpuk Lake:** a ½-mile setback from the bank and around the perimeter of Teshekpuk Lake (fish and subsistence resources). | | |
| d. **Fish Creek:** (1) a 3-mile setback from each bank of Fish Creek downstream from Sec. 31, T11 N., R. 1 E.; (2) a ½-mile setback from each bank of Fish Creek in and upstream from Sec. | e. **Fish Creek:** No permanent oil and gas surface facilities, except essential transportation crossings, would be allowed within 3 miles (from the bank's highest high water mark) of | e. **Fish Creek:** No permanent oil and gas surface facilities, except essential transportation crossings, would be allowed within 3 miles (from the bank's highest high water mark) of |

Table 2-2. Continued.

| 1998 Northeast IAP/EIS Stipulations for the No Action Alternative | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for Alternative B and Alternative C | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for the Proposed Action |
|---|---|---|
| | **FACILITY DESIGN AND CONSTRUCTION** | |
| 31, T. 11 N., R. 1 E. (fish and subsistence resources). | the creek downstream from the eastern edge of Sec. 31, T. 11 N., R. 1 E., U.M. or within ½ mile (from the bank's highest high water mark) of the creek farther upstream. | the creek downstream from the eastern edge of Sec. 31, T. 11 N., R. 1 E., U.M. or within ½ mile (from the bank's highest high water mark) of the creek farther upstream. |
| e. **Judy Creek:** a ½-mile setback from each bank of Judy Creek extending from the mouth to the confluence of an unnamed tributary in Sec. 8, T8N, R.2W, Umiat Meridian (fish and subsistence resources). | f. **Judy Creek:** No permanent oil and gas surface facilities, except essential transportation crossings, would be allowed within ½ mile (from the bank's highest high water mark) of these water bodies. | f. **Judy Creek:** No permanent oil and gas surface facilities, except essential transportation crossings, would be allowed within ½ mile (from the bank's highest high water mark) of these water bodies. |
| f. **Colville River:** a 1-mile setback from the western bluff (or bank if there is no bluff) of the Colville River extending the length of the river as described in the Colville River Raptor, Passerine, and Moose LUEA. This restriction does not apply within 1½ miles of the Umiat airstrip (fish, raptor, passerine, moose, paleontological, subsistence, scenic, and recreational resources). | a. **Colville River:** a 1-mile setback from the northern bluff (or bank if there is no bluff) of the Colville River extending the length of that portion of the river located within the Planning Area. Note: The Planning Area excludes conveyed Native lands along the lower reaches of the Colville River. Development of road crossings intended to support oil and gas activities shall be consolidated with other similar projects and uses to the maximum extent possible. Note: This provision does not apply to intercommunity or other permanent roads constructed with public funds for general transportation purposes. This preserves the opportunity to plan, design, and construct public transportation systems to meet the economic, transportation, and public health and safety needs of the State of Alaska and/or communities within National Petroleum Reserve - Alaska. | a. **Colville River:** a 1-mile setback from the northern bluff (or bank if there is no bluff) of the Colville River extending the length of that portion of the river located within the Planning Area. Note: The Planning Area excludes conveyed Native lands along the lower reaches of the Colville River. Development of road crossings intended to support oil and gas activities shall be consolidated with other similar projects and uses to the maximum extent possible. Note: This provision does not apply to intercommunity or other permanent roads constructed with public funds for general transportation purposes. This preserves the opportunity to plan, design, and construct public transportation systems to meet the economic, transportation, and public health and safety needs of the State of Alaska and/or communities within National Petroleum Reserve - Alaska. |
| g. See Deep Water Lakes (below). | | |
| h. **Kikiakrorak River:** a 1-mile setback from each bluff (or bank if there is no bluff) of the Kikiakrorak River downstream from T.2 N, R. 4 W., Umiat Meridian (raptor, passerine, and moose resources). | d. **Kikiakrorak and Kogosukruk Rivers:** Note: The following discussion refers only to portions of the Kikiakrorak River downstream from T. 2 N., R. 4 W., U.M. and the Kogosukruk River (including the four tributaries off the southern bank) downstream from T. 2 N., R. 3 W. U.M. No permanent oil and gas surface facilities, except essential transportation crossings, would be allowed within 1 mile of the top of the bluff (or bank if there is no bluff) on either side of the | d. **Kikiakrorak and Kogosukruk Rivers:** Note: The following discussion refers only to portions of the Kikiakrorak River downstream from T. 2 N., R. 4 W., U.M. and the Kogosukruk River (including the four tributaries off the southern bank) downstream from T. 2 N., R. 3 W. U.M. No permanent oil and gas surface facilities, except essential transportation crossings, would be allowed within 1 mile of the top of the bluff (or bank if there is no bluff) on either side of the |
| i. **Kogosukruk River:** a 1-mile setback from each bluff (or bank if there is no bluff) of the Kogosukruk River (including the four tributaries off the southern bank) downstream from T.2 N., R.3W., Umiat Meridian (raptor, | | |

Table 2-2. Continued.

| 1998 Northeast IAP/EIS Stipulations for the No Action Alternative | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for Alternative B and Alternative C | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for the Proposed Action |
|---|---|---|
| | **FACILITY DESIGN AND CONSTRUCTION** | |
| passerine, and moose resources). On a case-by-case basis, essential pipeline and road crossings will be permitted, in consultation with appropriate federal, state, and NSB regulatory and resource agencies, through setback areas in those instances where no other suitable sites are available. Stream crossings will be sited perpendicular to the main channel flow; lake crossings will be at the narrowest point. Pipeline and road crossings are prohibited in the setback around Teshekpuk Lake, with no exceptions. Road crossings are prohibited in the setback adjacent to the Colville River with no exceptions.<br><br>g. **Deep Water Lakes:** a ¼-mile setback around the perimeter of any fish-bearing lake within or partially within the deep lake zone. If the fish-bearing status of the water body is unknown, the burden is on the lessee to demonstrate whether fish are present. | rivers and several of the Kogosukruk tributaries.<br><br>e. **Tingmiaksiqvik River:** No permanent oil and gas surface facilities, except essential transportation crossings, would be allowed within ½ mile (from the bank's highest high waster mark) of this river from the eastern edge of Sec. 22, T. 8 N., R. 1 E. U.M. (the western boundary of the Colville River Special Area) downstream to the confluence with Fish Creek. Note: This stipulation applies only to the Preferred Alternative.<br><br>**K-2 Lease Stipulation--Deep Water Lakes**<br>Objective: Minimize the disruption of natural flow patterns and changes to water quality; the disruption of natural functions resulting from the loss or change to vegetative and physical characteristics of deep water lakes; the loss of spawning, rearing or over wintering habitat for fish; the loss of cultural and paleontological resources; impacts to subsistence cabin and campsites; and the disruption of subsistence activities.<br>Requirement/Standard: Permanent oil and gas facilities, including gravel pads, roads, airstrips, and pipelines, are prohibited on the lake or lakebed and within ¼ mile of the ordinary high water mark of any deep lake as determined to be in lake zone III (i.e., depth greater than 13 feet [4 meters]; Mellor 1985). On a case-by case basis, and in consultation with federal, state and NSB regulatory and resource agencies (as appropriate based on agency legal authority and jurisdictional responsibility), essential pipeline, road crossings, and other permanent facilities may be permitted through or in these areas where the lessee can demonstrate on a site-specific basis that impacts would be minimal or if it is determined that there is no feasible or prudent alternative. | rivers and several of the Kogosukruk tributaries.<br><br>e. **Tingmiaksiqvik River:** No permanent oil and gas surface facilities, except essential transportation crossings, would be allowed within ½ mile (from the bank's highest high waster mark) of this river from the eastern edge of Sec. 22, T. 8 N., R. 1 E. U.M. (the western boundary of the Colville River Special Area) downstream to the confluence with Fish Creek. Note: This stipulation applies only to the Preferred Alternative.<br><br>**K-2 Lease Stipulation--Deep Water Lakes**<br>Objective: Minimize the disruption of natural flow patterns and changes to water quality; the disruption of natural functions resulting from the loss or change to vegetative and physical characteristics of deep water lakes; the loss of spawning, rearing or over wintering habitat for fish; the loss of cultural and paleontological resources; impacts to subsistence cabin and campsites; and the disruption of subsistence activities.<br>Requirement/Standard: Generally, permanent oil and gas facilities, including gravel pads, roads, airstrips, and pipelines, are prohibited on the lake or lakebed and within ¼ mile of the ordinary high water mark of any deep lake as determined to be in lake zone III (i.e., depth greater than 13 feet [4 meters]; Mellor 1985). On a case-by case basis, and in consultation with federal, state and NSB regulatory and resource agencies (as appropriate based on agency legal authority and jurisdictional responsibility), essential pipeline, road crossings, and other permanent facilities may be considered through the permitting process in these areas where the lessee can demonstrate on a site-specific basis that impacts would be minimal or if it is determined that there is no feasible or prudent |

Table 2-2. Continued.

| 1998 Northeast IAP/EIS Stipulations for the No Action Alternative | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for Alternative B and Alternative C | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for the Proposed Action |
|---|---|---|
| | **FACILITY DESIGN AND CONSTRUCTION** | |
| | | alternative. Please see discussion regarding BLM's permitting/authorization process, Section 2.6.2. |
| | *Alternative A Stipulation 39 and Alternatives B, C, and D - Lease Stipulation K-1* would be equally effective in reducing the potential for **soil disturbance and erosion** and impacts to soil from oil spills by establishing setbacks along the major rivers and streams. The same would hold true for avoiding impacts to **paleontological and cultural resources** found on and within the soil, for **water resources and water quality** by protecting aquatic and riparian areas adjacent to major rivers and streams. (High). *Lease Stipulation K-1* would be more protective to water resources and water quality than *Stipulation 39* by providing protection to the Tingmiaksiqvik River, which is not protected under *Stipulation 39* (High). These stipulations would be equally protective of aquatic, floodplain and riparian **vegetation** and **wetlands** by protecting aquatic and riparian areas adjacent to major rivers and streams (High). *Stipulation 39 and Lease Stipulation K-1* would be equally beneficial to both **freshwater and marine fish and fish habitat** by reducing the potential for accidental spills to enter riverine waters which in turn could contaminate coastal/marine waters where marine fishes might be impacted. The setbacks also would increase the opportunity for oil spill response and cleanup to occur well before contaminants enter either riverine or coastal/marine fish habitats (High). *Stipulation 39 and Lease Stipulation K-1* would be equally effective in reducing disturbance of raptors nesting along listed waterways and other **birds** occupying adjacent corridors—as well as avoiding destruction of habitats—by prohibiting permanent oil and gas facilities within established setback zones along listed waterways (High). *Stipulation 39 and Lease Stipulation K-1* would be equally effective in reducing impacts to **endangered and threatened species** by helping to reduce disturbance of eiders nesting or occupying areas along identified waterways, as well as by avoiding destruction of habitats by prohibiting permanent oil and gas facilities within the listed setback areas (High). *Stipulation 39 and Lease Stipulation K-1* would be equally effective in reducing impacts on **subsistence-harvest patterns** by specifically identifying the rivers of prime importance to subsistence and defining setback requirements. These setbacks protect against impeding subsistence pursuits, guard against potential sociocultural disruptions that then fall under the purview of **environmental justice** (High). *Stipulation 39 and Lease Stipulation K-1* would be beneficial to **wild and scenic river** values by reducing the potential for disturbance to major rivers and streams and for accidental spills to enter riverine waters (High).<br><br>*Alternative A Stipulation 39 and Alternatives B, C, and D Lease Stipulation K-2* would be equally effective in reducing the potential for **soil disturbance and erosion** and impacts to soil from oil spills, and therefore reducing impacts to **paleontological and cultural resources** by establishing setbacks along fish-bearing (*Alternative A*) or deep-water (*Alternatives B, C, and D*) lakes (Moderate). They would also be equally protective of **water resources and water quality, vegetation, wetlands, and fish and fish habitat** by protecting aquatic and riparian areas adjacent to deep-water lakes by establishing setbacks along fish-bearing (*Alternative A*) or deep-water (*Alternatives B, C, and D*) lakes (Moderate). *Stipulation 39 and Lease Stipulation K-2* would be equally effective in reducing disturbance to **birds** by minimizing the loss of habitat of fish prey of fish-eating birds (e.g., loons, mergansers, terns), which could adversely affect the breeding success of these water bird species that use fish-bearing (*Alternative A*) or deep-water (*Alternatives B, C, and D*) lakes (Moderate). *Stipulation 39 and Lease Stipulation K-2* would be equally effective in reducing impacts to **endangered and threatened species** by helping to reduce disturbance of eiders nesting or occupying areas along identified lakes as well as by avoiding destruction of habitats by prohibiting permanent oil and gas facilities within the listed setback areas (Moderate). *Stipulation 39 and Lease Stipulation K-2* would be equally effective in reducing impacts on **subsistence-harvest patterns** by specifically identifying the rivers of prime importance to subsistence and defining setback requirements. These setbacks protect against impeding subsistence pursuits, guard against potential sociocultural disruptions that then fall under the purview of **environmental justice** (Moderate). | |
| 40. Gravel mining sites required for development activities will be restricted to the minimum necessary to develop the field efficiently and with minimal environmental damage. Where feasible and prudent, gravel sites shall be designed and constructed to function as water reservoirs for future use. Gravel mine sites are prohibited within the active floodplain of a river, stream, or lake unless the AO, in consultation with appropriate federal, state, and NSB | *E-8 Required Operating Procedure*<br>Objective: Minimize the impact of mineral materials mining activities on air, land, water, fish, and wildlife resources.<br>Requirement/Standard: Gravel mine site design and reclamation will be in accordance with a plan approved by the AO. The plan shall consider:<br>  a. Locations outside the active flood plain.<br>  b. Design and construction of gravel mine sites | *E-8 Required Operating Procedure*<br>Objective: Minimize the impact of mineral materials mining activities on air, land, water, fish, and wildlife resources.<br>Requirement/Standard: Gravel mine site design and reclamation will be in accordance with a plan approved by the AO. The plan shall consider:<br>  a. Locations outside the active flood plain.<br>  b. Design and construction of gravel mine sites |

Table 2-2. Continued.

| 1998 Northeast IAP/EIS Stipulations for the No Action Alternative | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for Alternative B and Alternative C | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for the Proposed Action |
|---|---|---|
| regulatory and resource agencies, determines that there is no feasible and prudent alternative or that a floodplain site would enhance fish and wildlife habitat after mining operations are completed and the site is closed. Mine site development and rehabilitation within a floodplain shall follow the procedures outlined in McLean (1993), North Slope Gravel Pit Performance Guidelines; Alaska Department of Fish and Game, Habitat and Restoration Division Technical Report 93-9. | c. within active flood plains to serve as water reservoirs for future use.<br>c. Potential use of the site for enhancing fish and wildlife habitat. | c. within active flood plains to serve as water reservoirs for future use.<br>c. Potential use of the site for enhancing fish and wildlife habitat. |

**FACILITY DESIGN AND CONSTRUCTION**

*Alternative A Stipulation 40* and Alternatives B, C, and D *ROP E-8* would be equally effective in minimizing effects on **soils** through the design and reclamation of mine sites that minimizes the size of the mine footprint and reduces erosion and maintains natural drainages (Moderate). *Stipulation 40* and *ROP E-8* would equally effective in protecting **paleontological and cultural resources, water resources and water quality, vegetation, and freshwater fish** by limiting the size of the gravel mine site, and therefore impacts to floodplains (Moderate). *Stipulation 40* and *ROP E-8* would be equally effective in reducing impacts to vegetation by minimizing the size of the mine footprint and by increasing the likelihood of vegetation would eventually be returned to a natural (or at least more productive) state, and be equally beneficial in creating new wetland habitat (Moderate). *Stipulation 40* and *ROP E-8* would be equally beneficial in minimizing the mine site footprint to reduce loss of bird habitat, and reclaiming the site to provide habitat for **fish** and fish-eating **birds** and loafing habitat for other birds (Moderate). *Stipulation 40* and *ROP E-8* would reduce impacts on subsistence-harvest patterns by reducing the impact of gravel mining operations on **birds, fish, and fish habitat** (Moderate).

| | | |
|---|---|---|
| 41. For those water bodies not listed in *Stipulation 39*, permanent oil and gas facilities, including roads, airstrips, and pipelines, are prohibited upon or within 500 feet as measured from the highest high water mark of the active floodplain. Essential pipeline and road crossings will be permitted on a case-by-case basis. | *E-2 Lease Stipulation*<br>**Objective:** Protect fish-bearing water bodies, water quality, and aquatic habitats.<br>**Requirement/Standard:** The design and location of permanent oil and gas facilities within 500 feet of fish-bearing or 100 feet of non-fish-bearing water bodies will only be approved on a case by case basis if the lessee can demonstrate that impacts to fish, water quality, and aquatic and riparian habitats are minimal. Note: Also refer to Area-Specific Stipulations and ROPs for Rivers Area (*Lease Stipulation K-1*) and Deep Water Lakes (*Lease Stipulation K-2*). | *E-2 Lease Stipulation*<br>**Objective:** Protect fish-bearing water bodies, water quality, and aquatic habitats.<br>**Requirement/Standard:** The design and location of permanent oil and gas facilities within 500 feet of fish-bearing or 100 feet of non-fish-bearing water bodies will only be approved on a case by case basis if the lessee can demonstrate that impacts to fish, water quality, and aquatic and riparian habitats are minimal. Note: Also refer to Area-Specific Stipulations and ROPs for Rivers Area (*Lease Stipulation K-1*) and Deep Water Lakes (*Lease Stipulation K-2*). |

*Alternatives A Stipulation 41* (High) would be somewhat more effective than *Lease Stipulation E-2* (Moderate) in protecting **soil resources, paleontological and cultural resources, vegetation, wetlands, freshwater fish and fish habitat, threatened and endangered species, birds, and subsistence use patterns** because permanent oil and gas facilities would be prohibited within 500 feet of the active floodplain under *Stipulation 41*, but could be allowed within 100 feet of a non-fish-bearing water body, and perhaps even closer on a case-by-case basis, under *Lease Stipulation E-2*.

*Alternative A Stipulation 41* (Moderate) would be more effective than Alternatives B,C, and D *Lease Stipulation E-2* (Low) in protecting **water resources and water quality** because permanent oil and gas facilities would be prohibited within 500 feet of the active floodplain under *Stipulation 41*, but could be allowed within 100 feet of a non-fish-bearing water body, and perhaps even closer on a case-by-case basis, under *Lease Stipulation E-2*.

*Alternative A Stipulation 41* and Alternatives B, C, and D *Lease Stipulation E-2* would be equally effective in reducing the potential effects of fuel spills on grizzly bears, arctic

Table 2-2. Continued.

| 1998 Northeast IAP/EIS Stipulations for the No Action Alternative | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for Alternative B and Alternative C | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for the Proposed Action |
|---|---|---|
| **FACILITY DESIGN AND CONSTRUCTION** | | |
| foxes, and other **terrestrial mammals** (Moderate). | | |
| *Alternative A Stipulation 41 and Alternatives B, C, and D Lease Stipulation E-2* would be more effective than *Alternatives B, C, and D Lease Stipulation E-2* (Moderate) in limiting the impacts that oil and gas exploration and development will have on **wild and scenic river** values because refueling activities would be prohibited within 500 feet of both fish- and non-fish-bearing waters; *ROP A-5* would allow refueling operations within 100 feet of non-fish-bearing waters. | | |
| *Alternative A Stipulation 41* (High) would be equally effective in increasing the protection of **wilderness and recreation resources** (Moderate). | | |
| 42. Bridges, rather than culverts, shall be used for any allowed road crossings on all major rivers, including those water bodies listed in *Stipulation 39* or identified by the AO in consultation with appropriate federal, state, and NSB regulatory and resource agencies, to reduce the potential of ice-jam flooding and erosion. When necessary on smaller streams, culverts shall be large enough to avoid restriction of fish passage or adversely affecting natural stream flow. | *E-6 Required Operating Procedure*<br>Objective: Reduce the potential for ice-jam flooding, impacts to wetlands and floodplains, erosion, alteration of natural drainage patterns, and restriction of fish passage.<br>Requirement/Standard: Stream and marsh crossings shall be designed and constructed to ensure free passage of fish, maintain natural drainage, and minimize adverse effects to natural stream flow. Note: Bridges, rather than culverts, are the preferred method for crossing rivers. When necessary, culverts can be constructed on smaller streams, if they are large enough to avoid restricting fish passage or adversely affecting natural stream flow. | *E-6 Required Operating Procedure*<br>Objective: Reduce the potential for ice-jam flooding, impacts to wetlands and floodplains, erosion, alteration of natural drainage patterns, and restriction of fish passage.<br>Requirement/Standard: Stream and marsh crossings shall be designed and constructed to ensure free passage of fish, maintain natural drainage, and minimize adverse effects to natural stream flow. Note: Bridges, rather than culverts, are the preferred method for crossing rivers. When necessary, culverts can be constructed on smaller streams, if they are large enough to avoid restricting fish passage or adversely affecting natural stream flow. |
| *Alternative A Stipulation 42 and Alternatives B, C, and D - ROP E-6* would be equally effective in minimizing effects on **soils, water resources and water quality, wetlands, freshwater fish habitat and fish, subsistence use patterns** for these species, and **wild and scenic rivers** values, by maintaining natural drainages that may reduce erosion, and requiring construction in a manner that allows free passage of fish (High). Maintenance of the natural drainage would protect stream flows and therefore the fish, fish habitat within the streams, and riparian habitats such as wetlands. Reducing impacts on fish and will minimize and impacts to subsistence-harvest patterns associated with the fish. The stipulations would also be effective in limiting the impacts that oil and gas exploration and development will have on wild and scenic river values. Without this ROP we expect greater impacts due to the obstruction to fish passage and declines in outstandingly remarkable values for fish, and subsistence use (High). | | |
| 43. The natural drainage pattern will be identified prior to and maintained during and after construction. All permanent structures constructed adjacent to a body of water, such as approved road and pipeline crossings, shall be sited and designed to limit erosion from flooding and wave action (e.g., through use of slope-protection measures). Cross-drainage structures will be sited, maintained, and properly abandoned to prevent impoundments or alteration of local or area-wide hydrology. Gravel structures shall be designed and sited to minimize the length that is perpendicular to sheet flow. | *E-5 Required Operating Procedures as in No. 32 above.*<br><br>*E-6 Required Operating Procedures as in No. 42 above.*<br><br>*E-12 Required Operating Procedure*<br>Objective: Use ecological mapping as a tool to assess wildlife habitat before development of permanent facilities, to conserve important habitat types during development.<br>Requirement/Standard: An ecological land classification map of the development area shall be developed before approval of facility construction. The map will integrate geomorphology, surface form, and vegetation at a scale, level of resolution, and level of positional accuracy adequate for detailed analysis of development | *E-5 Required Operating Procedures as in No. 32 above.*<br><br>*E-6 Required Operating Procedures as in No. 42 above.*<br><br>*E-12 Required Operating Procedure*<br>Objective: Use ecological mapping as a tool to assess wildlife habitat before development of permanent facilities, to conserve important habitat types during development.<br>Requirement/Standard: An ecological land classification map of the development area shall be developed before approval of facility construction. The map will integrate geomorphology, surface form, and vegetation at a scale, level of resolution, and level of positional accuracy adequate for detailed analysis of development |

Table 2-2. Continued.

| 1998 Northeast IAP/EIS Stipulations for the No Action Alternative | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for Alternative B and Alternative C | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for the Proposed Action |
|---|---|---|
| **FACILITY DESIGN AND CONSTRUCTION** | | |
| alternatives. The map shall be prepared in time to plan one season of ground-based wildlife surveys, if deemed necessary by the AO, before approval of the exact facility location and facility construction. | alternatives. The map shall be prepared in time to plan one season of ground-based wildlife surveys, if deemed necessary by the AO, before approval of the exact facility location and facility construction. | |
| Effectiveness of *Stipulation 43 and ROP E-6* shown in No. 42 above. | | |
| *Alternative A Stipulation 43 and Alternatives B, C, and D - ROP E-12* would be equally effective in minimizing impacts to soil, **water resources and water quality, vegetation, wetlands, birds, and terrestrial mammals**, by ensuring that facilities are sited to minimize alteration of local or area-wide hydrology. Preventing changes to hydrology will avoid impacts to water resources and water quality, vegetation, and the birds and terrestrial mammals that use the area habitats. *Stipulation 43 and ROP E-12* would be equally effective in mitigating impacts to vegetation by requiring development of an ecological land classification map or facility site plan that reduces impacts to vegetation (Moderate). *Stipulation 43 and ROP E-12* would be equally effective in mitigating impacts to **wetlands, birds, terrestrial mammals, and endangered and threatened species, subsistence use, and sociocultural systems** by requiring development of an ecological land classification map or facility site plan that reduces the amount of important habitat types that might be impacted by development. (Moderate). Conserving important habitat types will minimize impacts to the **endangered species** (eiders), **terrestrial mammals, birds, and subsistence use** of these habitats and species. Minimization of impacts to subsistence translates directly to avoidance of **sociocultural systems** impacts. (Moderate). | | |
| 44. Dewatering during construction shall be conducted using BMPs. A current list of BMPs will be available from the AO. Examples include the use of splash plates, dewatering points, natural filtration through vegetation, and dewatering during low-water period. | *E-12 Required Operating Procedure as in No. 43 above.* | *E-12 Required Operating Procedure as in No. 43 above.* |
| Effectiveness of *Stipulation 44 and ROP E-12* shown in No. 43 above. | | |
| 45. No surface structures, except essential transportation crossings, are allowed within the Pik Dunes LUEA. | *K-8 Lease Stipulation - Pik Dunes*<br>Objective: Retain unique qualities of the Pik Dunes, including geologic and scenic uniqueness, insect-relief habitat for caribou, and habitat for several uncommon plant species.<br>Requirement/Standard: Surface structures, except approximately perpendicular pipeline crossings and ice pads, are prohibited within the Pik Dunes. | *K-8 Lease Stipulation - Pik Dunes*<br>Objective: Retain unique qualities of the Pik Dunes, including geologic and scenic uniqueness, insect-relief habitat for caribou, habitat for several uncommon plant species.<br>Requirement/Standard: Surface structures, except approximately perpendicular pipeline crossings and ice pads, are prohibited within the Pik Dunes. |
| *Alternative A Stipulation 45 and Alternatives B,C, and D Lease Stipulation K-8* would be equally effective in protecting **soil, vegetation, terrestrial mammals, and the visual characteristics** by prohibiting surface structures on the Pik Dunes, except for essential transportation crossings (Moderate). The prohibition should protect the unique vegetation found on the Pik Dunes. The prohibition should also reduce disturbance of or loss of habitat for terrestrial mammals, particularly caribou that use the Pik Dunes as important insect-relief habitat. The visual characteristics of the Pik Dunes should be maintained by prohibiting the construction of surface structures on the dunes, except for essential transportation crossings. | | |
| 46. Lessees shall minimize the impact of industrial development on key wetlands. Key wetlands are those wetlands that are important to fish, waterfowl, and shorebirds because of their high value or scarcity in the region. Lessees shall identify on a map or | *E-12 Required Operating Procedure as in No. 43 above.* | *E-12 Required Operating Procedure as in No. 43 above.* |

Table 2-2. Continued.

| 1998 Northeast IAP/EIS Stipulations for the No Action Alternative | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for Alternative B and Alternative C | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for the Proposed Action |
|---|---|---|
| **FACILITY DESIGN AND CONSTRUCTION** | | |
| aerial photograph the largest surface area, including future expansion areas, within which a facility is to be sited or an activity is to occur. The AO will consult with federal, state, and NSB regulatory and resource agencies to identify key wetlands and work with lessees during the development of operating plans. To minimize impact, the lessee shall avoid siting facilities in the identified wetlands, unless no feasible and prudent alternative exists. Key wetland types include but are not limited to fish-bearing lakes and streams, riparian shrub, and the following classes described by Bergman et al. (1977): shallow and deep-*Arctophila* ponds, deep-open lakes, basin-complex wetlands, and coastal wetlands. | | |
| Effectiveness of *Stipulation 46 and ROP E-12* shown in No. 43 above. | | |
| 47. Permanent oil and gas facilities are prohibited within 1 mile of known long-term cabins or long-term campsites, identified by the AO, except that pipelines and roads are allowed up to ¼ mile from such cabins or campsites. The AO's decision will be informed by the consultation process described in *Stipulation 61*. | *H-1 Required Operating Procedure as in No. 26 above.* | *H-1 Required Operating Procedure as in No. 26 above.* |
| Effectiveness of *Stipulation 47 and ROP H-1* shown in No. 26 above. | | |
| 48. Permanent roads (i.e. gravel, sand) connecting to a road system or docks outside the planning area are prohibited, and no exceptions may be granted. Permanent roads necessary to connect pads within independent, remote oil fields are allowed but they must be designed and constructed to create minimal environmental impacts. Roads connecting production sites between separate oil fields may be considered if road-connected operations are environmentally preferable to independent, consolidated operations that each include airstrip, housing, production, and support facilities. This exception will only be granted following consultations with appropriate federal, state, and NSB regulatory and resources agencies, and the appropriate level of NEPA review. | *E-1 Required Operating Procedure*<br>Objective: Protect subsistence use and access to traditional subsistence hunting and fishing areas and minimize the impact of oil and gas activities on air, land, water, fish and wildlife resources.<br>Requirement/Standard: All roads must be designed, constructed, maintained, and operated to create minimal environmental impacts and to protect subsistence use and access to traditional subsistence hunting and fishing areas. Subject to approval by the AO, the construction, operation and maintenance of oil field roads is the responsibility of the lessee. Note: This provision does not apply to intercommunity or other permanent roads constructed with public funds for general transportation purposes. This preserves the opportunity to plan, design and construct public transportation systems to meet the | *E-1 Required Operating Procedure*<br>Objective: Protect subsistence use and access to traditional subsistence hunting and fishing areas and minimize the impact of oil and gas activities on air, land, water, fish and wildlife resources.<br>Requirement/Standard: All roads must be designed, constructed, maintained, and operated to create minimal environmental impacts and to protect subsistence use and access to traditional subsistence hunting and fishing areas. Subject to approval by the AO, the construction, operation and maintenance of oil field roads is the responsibility of the lessee. Note: This provision does not apply to intercommunity or other permanent roads constructed with public funds for general transportation purposes. This preserves the opportunity to plan, design and construct public transportation systems to meet the |

ALTERNATIVES

**Table 2-2. Continued.**

| 1998 Northeast IAP/EIS Stipulations for the No Action Alternative | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for Alternative B and Alternative C | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for the Proposed Action |
|---|---|---|
| | **FACILITY DESIGN AND CONSTRUCTION** | |
| | economic, transportation, and public health and safety needs of the State of Alaska and/or communities within the National Petroleum Reserve - Alaska. | economic, transportation, and public health and safety needs of the State of Alaska and/or communities within the National Petroleum Reserve - Alaska. |
| | *Alternative A Stipulation 48* would be somewhat more effective than *Alternatives B, C, and D - ROP E-1* in minimizing effects on **soils, paleontological and cultural resources, water resources and water quality, vegetation, and wetlands** because it would not allow the construction of a permanent road connecting to a road system or docks outside of the Planning Area that could impact near-surface resources and increase the amount of disturbance area. However, if such a road was not constructed, *Stipulation 48 and ROP E-1* would be equally effective (Moderate).<br><br>*Alternative A Stipulation 48* would be somewhat more effective than *Alternatives B, C, and D - ROP E-1* in minimizing effects **on endangered and threatened species, terrestrial mammal and bird habitat** because it would not allow the construction of a permanent road connecting to a road system or docks outside of the Planning Area that could impact habitat. *ROP E-1* may be more effective than *Stipulation 48* in protecting threatened and endangered species (eiders), terrestrial mammals (including caribou) and birds if construction of a permanent road connecting to a road system or docks outside of the Planning Area reduces the number of aircraft flights, which could disturb animals, between facilities. If such a road was not constructed, *Stipulation 48 and ROP E-1* would be equally effective (Moderate). *Stipulation 48* be somewhat more effective than *ROP E-1* in protecting **subsistence use** and access to traditional hunting and fishing areas because it would not allow the construction of a permanent road connecting to a road system or docks outside of the Planning Area that could impact caribou and other subsistence resources and the ability of hunters to pursue subsistence resources (Moderate). *Stipulation 48* would be somewhat more effective than *ROP E-1* in limiting the impact that oil and gas exploration and development would have on **recreation, wilderness, and wild and scenic river** values. Without this ROP, we would expect greater impacts from road construction, and declines in outstandingly remarkable values for fish, wildlife, and subsistence use (Moderate). *Alternative A Stipulation 48* would be somewhat more effective than *Alternatives B, C, and D - ROP E-1* in limiting the impact that oil and gas exploration and development would have on **visual resource** values. Without this ROP, we would expect greater impacts from road construction, and declines in the beneficial visual characteristics of the landscape (Moderate).<br><br>Lessees under all alternatives are subject to the requirements of the Federal Endangered Species Act, which prohibits killing or harassing **threatened and endangered species**. *Alternative B, C, D – ROP E-11* provide additional (beyond *Alternative A*) and equal (*Alternatives B, C, and D*) benefits in the avoidance and minimization of potential impacts to **endangered species**, specifically eiders, by mandating that lessees conduct surveys for eiders for at least three years before construction of facilities can be authorized, and then consult with USFWS in the construction timing, and design and placement of the facilities. The requirement for surveys should help ensure that the lessee knows of the presence or absence of eiders and therefore prevent accidental impacts. The stipulation also mandates burial of communications cables and marking of tower support wires to minimize that possibility of eider collisions. (Moderate). *ROP E-11* also requires surveys for yellow-billed loons, a species of special concern for which the USFWS has received petitions for listing. The surveys are required when facilities are to be within one mile of a lake 25 acres or more in size. Disturbance must be minimized for any identified nesting loons with a 1-mile buffer around nests and 1,625-ft buffer around the remainder of the lake (Moderate). | |
| | **GROUND TRANSPORTATION** | |
| 49. The following ground-traffic restrictions apply to permanent roads (as authorized in *Stipulation 48* above) in the Special Caribou Stipulations Area:<br>a. From May 20 through June 20:<br>  1. Traffic speed will not exceed 15 miles per hour.<br>  2. Traffic will be minimized (a reasonable target would be four convoy round-trips per day between facilities). Nonessential operations requiring vehicles shall be suspended during this time period. | *K-5 Lease Stipulation - Teshekpuk Lake Caribou Habitat Area*<br>**Objective:** Minimize disturbance and hindrance of caribou, or alteration of caribou movements through portions the Teshekpuk Lake Caribou Habitat Area that are essential for all season use, including calving and rearing, insect relief, and migration.<br>**Requirement/Standard:** In the Teshekpuk Lake Caribou Habitat Area the following standards will be applied to permitted activities:<br>a. Before authorization of construction of | *K-5 Lease Stipulation - Teshekpuk Lake Caribou Habitat Area*<br>**Objective:** Minimize disturbance and hindrance of caribou, or alteration of caribou movements through portions the Teshekpuk Lake Caribou Habitat Area that are essential for all season use, including calving and rearing, insect relief, and migration.<br>**Requirement/Standard:** In the Teshekpuk Lake Caribou Habitat Area the following standards will be applied to permitted activities:<br>a. Before authorization of construction of |