Table 2-2. Continued.

| 1998 Northeast IAP/EIS Stipulations for the No Action Alternative | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for Alternative B and Alternative C | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for the Proposed Action |
|---|---|---|
| | **GROUND TRANSPORTATION** | |
| b. From May 20 through August 1: <br> 1. Caribou movement will be monitored. <br> 2. Based on this monitoring, traffic will cease when a crossing by 10 or more caribou appears to be imminent. <br> c. From May 20 through August 20: <br> 1. Convoying will be used to minimize the number of disturbances due to road traffic. <br> 2. Personnel will be bussed between work sites and other facilities to minimize the number of vehicles on the road. | permanent facilities, the lessee shall design and implement a study of caribou movement unless an acceptable study(s) has been completed within the last 10 years. The study shall include a minimum of 3 years of current data on caribou movements and the study design shall be approved by the AO and should provide information necessary to determine facility (including pipeline) design and location. Lessees may submit individual study proposals or they may combine with other lessees in the area to do a single, joint study for the entire Teshekpuk Lake Caribou Habitat Area. Study data may be gathered concurrently with other activities. <br> b. Exploratory drilling will be allowed only from current production pads or platforms sited within a lake body from May 20 through August 20 in the Teshekpuk Lake Caribou Habitat Area, in compliance with setback requirements set forth in other stipulations. <br> c. Within the Teshekpuk Lake Caribou Habitat Area, lessees shall orient linear corridors when laying out oil field developments to the extent practicable, to address migration and corralling effects and to avoid loops of road and/or pipeline that connect facilities. <br> d. Ramps over pipelines, buried pipelines, or pipelines buried under the road may be required by the AO, after consultation with appropriate federal, state, and NSB regulatory and resource agencies, in the Teshekpuk Lake Caribou Habitat Area where pipelines potentially impede caribou movement. <br> e. The following ground-traffic restrictions shall apply to permanent oil and gas-related roads in the areas and time periods indicated: <br> 1. Within the Teshekpuk Lake Caribou Habitat Area, from May 20 through August 20, traffic speed shall not exceed | permanent facilities, the lessee shall design and implement a study of caribou movement unless an acceptable study(s) has been completed within the last 10 years. The study shall include a minimum of 3 years of current data on caribou movements and the study design shall be approved by the AO and should provide information necessary to determine facility (including pipeline) design and location. Lessees may submit individual study proposals or they may combine with other lessees in the area to do a single, joint study for the entire Teshekpuk Lake Caribou Habitat Area. Study data may be gathered concurrently with other activities. <br> b. Exploratory drilling will be allowed only from current production pads or platforms sited within a lake body from May 20 through August 20 in the Teshekpuk Lake Caribou Habitat Area, in compliance with setback requirements set forth in other stipulations. <br> c. Within the Teshekpuk Lake Caribou Habitat Area, lessees shall orient linear corridors when laying out oil field developments to the extent practicable, to address migration and corralling effects and to avoid loops of road and/or pipeline that connect facilities. <br> d. Ramps over pipelines, buried pipelines, or pipelines buried under the road may be required by the AO, after consultation with appropriate federal, state, and NSB regulatory and resource agencies, in the Teshekpuk Lake Caribou Habitat Area where pipelines potentially impede caribou movement. <br> e. The following ground-traffic restrictions shall apply to permanent oil and gas-related roads in the areas and time periods indicated: <br> 1. Within the Teshekpuk Lake Caribou Habitat Area, from May 20 through August 20, traffic speed shall not exceed |

Table 2-2. Continued.

| 1998 Northeast IAP/EIS Stipulations for the No Action Alternative | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for Alternative B and Alternative C | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for the Proposed Action |
|---|---|---|
| **GROUND TRANSPORTATION** | | |
| 50. Major stockpiling of equipment, materials, and supplies for oil and gas activities in the Special Caribou Stipulations Area shall occur prior to or after the period May 20 through June 20 to minimize road traffic during that period. | 15 miles per hour when caribou are within ½ mile on the road. Additional strategies may include limiting trips, using convoys, using different vehicle types, etc., to the extent practicable.<br>2. The lessee or a contractor shall observe caribou movement. Based on these observations, traffic will be stopped temporarily to allow a crossing by 10 or more caribou. Sections of road will be evacuated when migrations of large numbers of caribou appears to imminent.<br>3. Major equipment, materials, and supplies to be used at oil and gas work sites in the Teshekpuk Lake Caribou Habitat Area shall be stockpiled prior to or after the period of May 20 through August 20 to minimize road traffic during that period.<br><br>*K-5e.3 Lease Stipulation - Teshekpuk Lake Caribou Habitat Area*<br>Objective: Minimize disturbance and hindrance of caribou, or alteration of caribou movements through portions the Teshekpuk Lake Caribou Habitat Area that are essential for all season use, including calving and rearing, insect relief, and migration.<br>Requirement/Standard: In the Teshekpuk Lake Caribou Habitat Area the following standards will be applied to permitted activities:<br>  e. The following ground-traffic restrictions shall apply to permanent oil and gas-related roads in the areas and time periods indicated:<br>    3. Major equipment, materials, and supplies to be used at oil and gas work sites in the Teshekpuk Lake | 15 miles per hour when caribou are within ½ mile on the road. Additional strategies may include limiting trips, using convoys, using different vehicle types, etc., to the extent practicable.<br>2. The lessee or a contractor shall observe caribou movement. Based on these observations, traffic will be stopped temporarily to allow a crossing by 10 or more caribou. Sections of road will be evacuated when migrations of large numbers of caribou appears to imminent.<br>3. Major equipment, materials, and supplies to be used at oil and gas work sites in the Teshekpuk Lake Caribou Habitat Area shall be stockpiled prior to or after the period of May 20 through August 20 to minimize road traffic during that period.<br><br>*K-5e.3 Lease Stipulation - Teshekpuk Lake Caribou Habitat Area*<br>Objective: Minimize disturbance and hindrance of caribou, or alteration of caribou movements through portions the Teshekpuk Lake Caribou Habitat Area that are essential for all season use, including calving and rearing, insect relief, and migration.<br>Requirement/Standard: In the Teshekpuk Lake Caribou Habitat Area the following standards will be applied to permitted activities:<br>  e. The following ground-traffic restrictions shall apply to permanent oil and gas-related roads in the areas and time periods indicated:<br>    3. Major equipment, materials, and supplies to be used at oil and gas work sites in the Teshekpuk Lake |

*Alternative A Stipulation 49 and Alternatives B, C, and D Lease Stipulation K-5 would be equally protective of air quality, water resources and water quality, and vegetation by reducing vehicle travel speeds that can cause dust (PM$_{10}$) emissions. Deposition of dust and soil deposition into nearby water bodies can affect water quality and water resources. Deposition on vegetation can harm or kill plants.*

*Alternative A Stipulation 49 and Alternatives B, C, and D Lease Stipulation K-5 would be equally effective in reducing impacts to terrestrial mammals, specifically TLH caribou, from traffic, and to subsistence use patterns by providing increased protection to caribou (Moderate).*

Table 2-2. Continued.

| 1998 Northeast IAP/EIS Stipulations for the No Action Alternative | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for Alternative B and Alternative C | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for the Proposed Action |
|---|---|---|
| **GROUND TRANSPORTATION** | | |
| | Caribou Habitat Area shall be stockpiled prior to or after the period of May 20 through August 20 to minimize road traffic during that period. | Caribou Habitat Area shall be stockpiled prior to or after the period of May 20 through August 20 to minimize road traffic during that period. |
| *Alternative A Stipulation 50 and Alternatives B, C, and D Lease Stipulation K-5e.3* would be equally effective in reducing, but not totally eliminating impacts to **terrestrial mammals**, specifically TLH caribou, by reducing traffic during the summer in areas used by caribou, and equally effective in reducing impacts on **subsistence use patterns** by providing increased protection to caribou (High). | | |
| 51. Chasing wildlife with ground vehicles is prohibited. | Alaska State Statute (5 AAC 92.080)** | Alaska State Statute (5 AAC 92.080)** |
| **AIR TRAFFIC** | | |
| *Alternative A Stipulation 51 and Alternatives B, C, and D Alaska State Statute (5 AAC 92.080)* would be equally effective in protecting **birds and terrestrial mammals** as chasing of wildlife using vehicles is prohibited under Alaska State Statute, which also applies to the Planning Area and would be applicable to all alternatives. | | |
| 52. Use of aircraft larger than a Twin Otter for authorized activities in the Planning Area, including oil and gas activities, from May 20 through August 20 within the Teshekpuk Lake Caribou LUEA is prohibited, except in cases of emergency. | *F-1 Required Operating Procedure*<br>Objective: Minimize the effects of low-flying aircraft on wildlife, traditional subsistence activities, and local communities.<br>Requirement/Standard: The lessee shall ensure that aircraft used for permitted activities maintain altitudes according to the following guidelines:<br>a. Aircraft shall maintain an altitude of at least 1,500 feet above ground level (AGL) when within ½ mile of cliffs identified as raptor nesting sites from April 15 through August 15 and within ½ mile of known gyrfalcon nest sites from March 15 to August 15, unless doing so would endanger human life or violate safe flying practices. Permitees shall obtain information from the BLM necessary to plan flight routes when routes may go near falcon nests.<br>b. Aircraft shall maintain an altitude of at least 1,000 feet AGL (except for takeoffs and landings) over caribou winter ranges from October 1 through May 1, unless doing so would endanger human life or violate safe flying practices. Caribou wintering areas will be defined annually by the AO.<br>c. The number of takeoffs and landings to support | *F-1 Required Operating Procedure*<br>Objective: Minimize the effects of low-flying aircraft on wildlife, traditional subsistence activities, and local communities.<br>Requirement/Standard: The lessee shall ensure that aircraft used for permitted activities maintain altitudes according to the following guidelines:<br>a. Aircraft shall maintain an altitude of at least 1,500 feet above ground level (AGL) when within ½ mile of cliffs identified as raptor nesting sites from April 15 through August 15 and within ½ mile of known gyrfalcon nest sites from March 15 to August 15, unless doing so would endanger human life or violate safe flying practices. Permitees shall obtain information from the BLM necessary to plan flight routes when routes may go near falcon nests.<br>b. Aircraft shall maintain an altitude of at least 1,000 feet AGL (except for takeoffs and landings) over caribou winter ranges from October 1 through May 1, unless doing so would endanger human life or violate safe flying practices. Caribou wintering areas will be defined annually by the AO.<br>c. The number of takeoffs and landings to support |
| 53. Helicopter overflights for BLM-permitted activities shall be suspended in the Goose Molting LUEA from June 15 through August 20. | | |
| 54. Fixed-wing aircraft traffic takeoffs and landing for BLM-permitted activities in the Planning Area shall be limited to an average of one round-trip flight a day from May 20 through June 20 at aircraft facilities in the Teshekpuk Lake Caribou Habitat LUEA. Within the Goose Molting LUEA, fixed-wing aircraft use for such activities shall be restricted from June 15 to August 20 to flight corridors and frequencies established by BLM in consultation with the appropriate federal, state, and NSB regulatory and resource agencies. | | |
| 55. Aircraft shall maintain an altitude of at least 1,000 feet above ground level (AGL) (except for takeoffs and landings) over caribou winter ranges from October 1 through May 15 and 2,000 feet AGL over the Teshekpuk Lake Caribou Habitat LUEA from May 16 through July 31, unless doing so would endanger human life or violate safe flying practices. | | |

Table 2-2. Continued.

| 1998 Northeast IAP/EIS Stipulations for the No Action Alternative | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for Alternative B and Alternative C | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for the Proposed Action |
|---|---|---|
| **AIR TRAFFIC** | | |
| 56. Aircraft shall maintain an altitude of at least 1,500 feet AGL when within ½ mile of cliffs identified as raptor nesting sites from April 15 through August 5, unless doing so would endanger human life or violate safe flying practices. Aircraft shall maintain an altitude of 1,500 feet AGL when within ½ mile of known gyrfalcon nest sites from March 15 to April 15. Permittees shall obtain information from BLM necessary to plan flight routes near gyrfalcon nests. | oil and gas operations with necessary materials and supplies should be limited to the maximum extent possible. During the design of proposed oil and gas facilities, larger landing strips and storage areas should be considered so as to allow larger aircraft to be employed, resulting in fewer flights to the facility.<br><br>d. Use of aircraft, especially rotary wing aircraft, near known subsistence camps and cabins or during sensitive subsistence hunting periods (spring goose hunting and fall caribou and moose hunting) should be kept to a minimum.<br><br>e. Aircraft used for permitted activities shall maintain an altitude of at least 2,000 feet AGL (except for takeoffs and landings) over the Teshekpuk Lake Caribou Habitat Area (Map 2-2) from May 20 through August 20, unless doing so would endanger human life or violate safe flying practices. Aircraft use (including fixed wing and helicopter) by oil and gas lessees in the Goose Molting Area (Map 2-2) should be minimized from May 20 through August 20, unless doing so would endanger human life or violate safe flying practices.<br><br>K-4h, i Lease Stipulation - Goose Molting Area<br>Objective: Minimize disturbance to molting geese and loss of goose molting habitat in and around lakes in the Goose Molting Area.<br>Requirement/Standard: In goose molting habitats, the following standards will be followed for permitted activities:<br><br>h. Nonessential helicopter overflights by oil and gas lessees and all other users shall be reviewed and may be suspended in and around Goose Molting Area lakes from May 20 through August 20.<br><br>i. Within the Goose Molting Area, use of fixed-wing aircraft by authorized users shall be restricted from May 20 to August 20. Restrictions may include 1) limited to two | oil and gas operations with necessary materials and supplies should be limited to the maximum extent possible. During the design of proposed oil and gas facilities, larger landing strips and storage areas should be considered so as to allow larger aircraft to be employed, resulting in fewer flights to the facility.<br><br>d. Use of aircraft, especially rotary wing aircraft, near known subsistence camps and cabins or during sensitive subsistence hunting periods (spring goose hunting and fall caribou and moose hunting) should be kept to a minimum.<br><br>e. Aircraft used for permitted activities shall maintain an altitude of at least 2,000 feet AGL (except for takeoffs and landings) over the Teshekpuk Lake Caribou Habitat Area (Map 2-2) from May 20 through August 20, unless doing so would endanger human life or violate safe flying practices. Aircraft use (including fixed wing and helicopter) by oil and gas lessees in the Goose Molting Area (Map 2-2) should be minimized from May 20 through August 20, unless doing so would endanger human life or violate safe flying practices.<br><br>K-4j,k Lease Stipulation - Goose Molting Area<br>Objective: Minimize disturbance to molting geese and loss of goose molting habitat in and around lakes in the Goose Molting Area.<br>Requirement/Standard (Development): In Goose Molting Area, the following standards will be followed for permitted activities:<br><br>j. Strategies to minimize ground traffic will be implemented from May 20 through August 20. These strategies may include limiting trips, use of convoys, different vehicle types, etc. to the extent practicable.<br><br>k. Aircraft use (including fixed wing and helicopter) within the Goose Molting Area, by authorized users shall be restricted from May 20 to August 20 unless doing so would |

Table 2-2. Continued.

| 1998 Northeast IAP/EIS Stipulations for the No Action Alternative | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for Alternative B and Alternative C | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for the Proposed Action |
|---|---|---|
| | **AIR TRAFFIC** | |
| | round-trip flights/week, and 2) restricted to flight corridors will be established by the BLM after discussions with appropriate federal, state, and NSB regulatory and resource agencies. Note: This site-specific stipulation is not intended to restrict flights necessary to survey wildlife to gain information necessary to meet the stated objective of this stipulation. However, flights necessary to gain this information would be restricted to the minimum necessary to collect such data.

*K-5e-4, 5, 6 Lease Stipulation - Teshekpuk Lake Caribou Habitat Area*
Objective: Minimize disturbance and hindrance of caribou, or alteration of caribou movements through portions the Teshekpuk Lake Caribou Habitat Area that are essential for all season use, including calving and rearing, insect-relief, and migration.
Requirement/Standard: In the Teshekpuk Lake Caribou Habitat Area the following standards will be applied to permitted activities:
  e.  The following ground-traffic restrictions shall apply to permanent oil and gas-related roads in the areas and time periods indicated:
  4.  Use of aircraft larger than a Twin Otter by authorized users of the Planning Area, including oil and gas lessees, from May 20 through August 20 within the Teshekpuk Lake Caribou Habitat Area, shall be for emergency purposes only.
  5.  Fixed-wing aircraft takeoffs and landings by authorized users of the Planning Area shall be limited to an average of one round-trip flight per day from May 20 through June 20, at aircraft facilities within the Teshekpuk Lake Caribou Habitat Areas.
  6.  Aircraft shall maintain a minimum height | endanger human life or violate safe flying practices. Restrictions may include 1) limited to two round-trip flights/week, and 2) restricted to flight corridors will be established by the BLM after discussions with appropriate federal, state, and NSB regulatory and resource agencies. Note: This site-specific stipulation is not intended to restrict flights necessary to survey wildlife to gain information necessary to meet the stated objective of this stipulation. However, flights necessary to gain this information would be restricted to the minimum necessary to collect such data.

*K-5e-4, 5, 6 Lease Stipulation - Teshekpuk Lake Caribou Habitat Area*
Objective: Minimize disturbance and hindrance of caribou, or alteration of caribou movements through portions the Teshekpuk Lake Caribou Habitat Area that are essential for all season use, including calving and rearing, insect-relief, and migration.
Requirement/Standard: In the Teshekpuk Lake Caribou Habitat Area the following standards will be applied to permitted activities:
  e.  The following ground-traffic restrictions shall apply to permanent oil and gas-related roads in the areas and time periods indicated:
  4.  Use of aircraft larger than a Twin Otter by authorized users of the Planning Area, including oil and gas lessees, from May 20 through August 20 within the Teshekpuk Lake Caribou Habitat Area, shall be for emergency purposes only.
  5.  Fixed-wing aircraft takeoffs and landings by authorized users of the Planning Area shall be limited to an average of one round-trip flight per day from May 20 through June 20, at aircraft facilities within the Teshekpuk Lake Caribou Habitat Areas.
  6.  Aircraft shall maintain a minimum height |

Exhibit 42, page 92 of 300

Table 2-2. Continued.

| 1998 Northeast IAP/EIS Stipulations for the No Action Alternative | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for Alternative B and Alternative C | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for the Proposed Action |
|---|---|---|
| | **AIR TRAFFIC** | |
| | of 1,000 feet AGL (except for takeoffs and landings) over caribou winter ranges from October 1 through May 1, and 2,000 feet AGL over the Teshekpuk Lake Caribou Habitat Area from May 20 through August 20, unless doing so would endanger human life or violate safe flying practices. | of 1,000 feet AGL (except for takeoffs and landings) over caribou winter ranges from October 1 through May 1, and 2,000 feet AGL over the Teshekpuk Lake Caribou Habitat Area from May 20 through August 20, unless doing so would endanger human life or violate safe flying practices. |

*Alternative A – Stipulation 52 and Alternatives B and C – ROPs F-1 and K-5(e)(4) and Alternative D ROPs F-1 and K-5(e)(4)* provide the same and equal benefit in effectively reducing impacts to **birds, terrestrial mammals, endangered and threatened species,** and **subsistence use** by limiting the size of the aircraft that can be utilized in the Teshekpuk Lake Caribou Habitat Area to a Twin Otter or smaller during the same critical (caribou calving) time period (May 20 – August 20). Some studies have shown that larger airplanes have a greater disturbance effect than smaller airplanes at the same distance, or cause such an effect at a greater distance. A reduction in the size of the airplane during the caribou calving periods should logically effect a reduction in caribou disturbance. While these stipulations are targeted at reducing impacts to caribou in this important area, they should result in similar reductions in potential impact to other sensitive wildlife species as well as the **subsistence** activities associated with these wildlife species (Moderate).

*Alternative A – Stipulation 53 and Alternatives B and C – ROPs F-1 and K-4(h) and Alternative D ROPs F-1 and K-4(k)* provide the same and equal benefit in effectively reducing impacts to **birds, terrestrial mammals, endangered and threatened species,** and **subsistence use** by limiting the number of helicopter landings and take-offs during critical periods (peak waterfowl nesting/molting period) in the Goose Molting Area. Helicopter flights have been shown in some instances and situations to disturb wildlife. A reduction in the number of flights should provide a concomitant reduction in wildlife disturbance. While these stipulations are targeted at reducing impacts to geese in this important area, they should result in similar reductions in potential impact to other wildlife species as well as the **subsistence** activities associated with these wildlife species (Moderate).

*Alternative A – Stipulation 54 and Alternatives B and C – ROPs F-1, K-4(i) and K-5(e)(5), and Alternative D ROPs F-1, K-4(k), and K-5(e)(5)* provide the equal benefit in effectively reducing impacts to **birds, terrestrial mammals, endangered and threatened species,** and **subsistence use** by limiting the number of fixed wing aircraft landings and take-offs during the same critical periods in the Teshekpuk Lake Caribou Habitat Area (peak caribou calving period) and restricting the number and location aircraft flights in the Goose Molting Area (peak waterfowl nesting/molting period). Aircraft flights have been shown in some instances and situations to disturb wildlife. A reduction in the number of flights should provide a concomitant reduction in wildlife disturbance and subsistence activities associated with these wildlife species. *ROPs F-1(c) and (d) for Alternatives B, C, and D* actually provide additional mitigation for beyond that provided for Alternative A. ROP F-1(b) requires lessees to minimize the number of aircraft take-offs and landings associated with their operations over the entire planning area, and F-1(d) specifically directs the lessees to limit aircraft use near known **subsistence camps and cabins** during hunting periods (Moderate).

*Alternative A – Stipulation 55 and Alternatives B, C, and D – ROPs F-1(b), F-1(e) and K-5(e)(6)* provide the same and equal benefit in effectively reducing impacts to **birds, terrestrial mammals, endangered and threatened species,** and **subsistence use** by establishing a minimum altitude (1,500 ft) that aircraft may be flown over caribou winter range (1,000 ft) during winter and over the Teshekpuk Lake Caribou Habitat Area (2,000 ft) during the calving period. Approximately the same time periods apply in all the above-referenced stipulations and ROPs and are designed to coincide with caribou wintering and peak calving. Studies have shown that wildlife disturbance tends to diminish with altitude, therefore holding aircraft flights to minimum altitudes should reduce impacts. While these stipulations are targeted at reducing impacts to caribou in these important areas, they should result in similar reductions in potential impact to other sensitive wildlife species as well as the **subsistence** activities associated with these wildlife species (Moderate).

*Alternative A – Stipulation 56 and Alternatives B, C, and D – ROPs F-1(a)* provide equal benefit in effectively reducing impacts to **birds, terrestrial mammals, endangered and threatened species,** and **subsistence use** by establishing a minimum altitude (1,500 ft) that aircraft may be flown when within ½ mile of gyrfalcon nests or cliffs identified as raptor nest sites, during the nesting period. The identified nesting period is approximately the same for each of the identified stipulations and ROPs. Studies have shown that wildlife disturbance tends to diminish with altitude and distance, therefore holding aircraft flights to minimum altitudes within certain distances should reduce any potential impacts. While these stipulations are targeted at reducing impacts to gyrfalcons and other raptors at their nesting sites, they should result in similar reductions in potential impact to other sensitive

Table 2-2. Continued.

| 1998 Northeast IAP/EIS Stipulations for the No Action Alternative | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for Alternative B and Alternative C | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for the Proposed Action |
|---|---|---|
| **AIR TRAFFIC** | | |
| wildlife species in the area as well as the **subsistence activities** associated with these wildlife species (Moderate). | | |
| 57. Hazing of wildlife by aircraft is prohibited. | Alaska State Statute (5 AAC 92.080)** | Alaska State Statute (5 AAC 92.080)** |
| *Alternative A Stipulation 57 and Alternatives B, C, and D Alaska State Statute (5 AAC 92.080)* would be equally effective in protecting **birds and terrestrial mammals** as chasing of wildlife using vehicles is prohibited under Alaska State Statute, which also applies to the Planning Area and would be applicable to all alternatives. | | |
| 58. Upon field abandonment or expiration of a lease or oil- and gas-related permit, all facilities shall be removed and sites rehabilitated to the satisfaction of the AO, in consultation with appropriate federal, state, and NSB regulatory and resource agencies. The AO may determine that it is in the best interest of the public to retain some or all of the facilities. Lessees shall comply with all exploration and development bonding required by law and regulation (43 CFR 3154.1 and 3134.1). No exceptions shall be granted to this provision. | *G-1 Lease Stipulation*<br>Objective: Ensure the final disposition of the land meets the current and future needs of the public.<br>Requirement/Standard: Upon abandonment or expiration of the lease, all oil- and gas-related facilities shall be removed and sites rehabilitated to as near the original condition as practicable, subject to the review of the AO. The AO may determine that it is in the best interest of the public to retain some or all facilities. | *G-1 Lease Stipulation*<br>Objective: Ensure the final disposition of the land meets the current and future needs of the public.<br>Requirement/Standard: Upon abandonment or expiration of the lease, all oil- and gas-related facilities shall be removed and sites rehabilitated to as near the original condition as practicable, subject to the review of the AO. The AO may determine that it is in the best interest of the public to retain some or all facilities. |
| *Alternative A – Stipulation 58 and Alternatives B, C, and D – Lease Stipulation G-1* provide equal benefits in the avoidance and minimization of potential impacts to **vegetation, water resources, water quality, and estuarine water quality**, by mandating the removal of all or most oil and gas facilities and rehabilitation of the sites after abandonment or expiration of the lease. Removal of facilities and rehabilitation of the site should prevent the possibility of petroleum releases from abandoned facilities that could negatively affect soils, water quality and water resources, and restore any previously affected drainage patterns that could affect water resources (High). The rehabilitation should eventually permit or accelerate the return of natural vegetation communities, however the effectiveness is considered moderate as some gravel may be left in place, and because in some areas rehabilitation may not yield the same vegetation type (Moderate). | | |
| **SUBSISTENCE** | | |
| 59. During exploration, development, and production, the lessee shall develop and implement a plan, approved by the AO in consultation with the Research and Monitoring Team and the Subsistence Advisory Panel, to monitor the effects of activities on subsistence. The lessee shall provide biannual reports to BLM, the Research and Monitoring Team, and the Subsistence Advisory Panel.<br>60. Lessees shall not unreasonably restrict access by subsistence users in oil field development areas.<br>  a. Lessees shall establish procedures for entrance to facilities, the use of roads, and firearms discharge. These procedures shall be developed in consultation with affected local communities, NSB, and the Subsistence Advisory Panel and | *H-1c-1, 5 Required Operating Procedure*<br>Objective: Provide opportunities for participation in planning and decision making to prevent unreasonable conflicts between subsistence uses and oil and gas and related activities.<br>Requirement/Standard: Lessee/permitee shall consult directly with affected communities using the following guidelines:<br>  c. A subsistence plan addressing the following items must be submitted:<br>    1. A detailed description of the monitoring effort to take place, including process, procedures, personnel involved and points of contact both at the work site and in | *H-1c-1, 5 Required Operating Procedure*<br>Objective: Provide opportunities for participation in planning and decision making to prevent unreasonable conflicts between subsistence uses and oil and gas and related activities.<br>Requirement/Standard: Lessee/permitee shall consult directly with affected communities using the following guidelines:<br>  c. A subsistence plan addressing the following items must be submitted:<br>    1. A detailed description of the monitoring effort to take place, including process, procedures, personnel involved and points of contact both at the work site and in |

Table 2-2. Continued.

| 1998 Northeast IAP/EIS Stipulations for the No Action Alternative | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for Alternative B and Alternative C | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for the Proposed Action |
|---|---|---|
| | **SUBSISTENCE** | |
| be approved by the AO. In cases where the lessee and the Panel disagree, the AO will determine the appropriate procedure.<br>b. Lessees shall develop and distribute information about how to conduct subsistence activities in development areas safely (so equipment is not damaged and people are not endangered) to the communities through public meetings, newsletters, radio, and signs in both English and Inupiaq. | the local community.<br>5. Procedures necessary to facilitate access by subsistence users to conduct their activities. | the local community.<br>5. Procedures necessary to facilitate access by subsistence users to conduct their activities. |
| 61. Exploration and development and production operations shall be conducted in a manner that prevents unreasonable conflicts between the oil and gas industry and subsistence activities.<br>Prior to submitting an exploration plan or development and production plan (including associated oil-spill contingency plans) to the BLM, the lessee shall consult with potentially affected subsistence communities (e.g., Barrow, Nuiqsut, Atqasuk, or Anaktuvuk Pass), NSB, and the Subsistence Advisory Panel to discuss potential conflicts with the siting, timing, and methods of proposed operations and safeguards or mitigating measures that could be implemented by the operator to prevent unreasonable conflicts. Through this consultation, the lessee shall make every reasonable effort, including such mechanisms as a conflict avoidance agreement, to ensure that exploration, development, and production activities are compatible with subsistence hunting, fishing, and other subsistence activities and will not result in unreasonable interference with subsistence harvests.<br>A discussion of resolutions reached during this consultation process, specific conflict avoidance agreement(s), and plans for continued consultation shall be included in the permit application, exploration plan, or the development and production plan. In particular, the lessee shall show | *H-1 Required Operating Procedure as in No. 26 above.* | *H-1 Required Operating Procedure as in No. 26 above.* |

Table 2-2. Continued.

| 1998 Northeast IAP/EIS Stipulations for the No Action Alternative | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for Alternative B and Alternative C | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for the Proposed Action |
|---|---|---|
| | **SUBSISTENCE** | |
| in the plan how its activities, in combination with other activities in the area, will be scheduled and located to prevent unreasonable conflicts with subsistence activities. Lessees also shall include a discussion of multiple or simultaneous operations, such as exploration and delineation well drilling and seismic activities, that can be expected to occur during operations to more accurately assess the potential for any cumulative effects. Communities, individuals, and other entities who were involved in the consultation shall be identified in the application or plan. The AO shall send a copy of the exploration plan or development and production plan (including associated oil-spill-contingency plans) to the potentially affected communities, the NSB, and the Subsistence Advisory Panel at the time they are submitted to the BLM to allow concurrent review and comment as part of the plan approval process.<br><br>In the event no agreement is reached between the parties, the AO shall consult with representatives from the subsistence communities, Subsistence Advisory Panel, NSB, and the lessee(s) to specifically address the conflict and attempt to resolve the issues before making a final determination on the adequacy of the measures taken to prevent unreasonable conflicts with subsistence harvests.<br><br>The lessee shall notify the AO of all concerns expressed by subsistence users during operations and of steps taken to address such concerns. Lease-related use will be restricted, when the AO determines it is necessary to prevent unreasonable conflicts with local subsistence hunting, fishing, and other subsistence activities.<br><br>In enforcing this stipulation, the AO will work with other agencies and the public to assure that potential conflicts are identified and efforts are taken to avoid these conflicts, e.g., planning | | |

Table 2-2. Continued.

| 1998 Northeast IAP/EIS Stipulations for the No Action Alternative | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for Alternative B and Alternative C | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for the Proposed Action |
|---|---|---|
| SUBSISTENCE ||| 
| seismic operations to avoid traditional land use sites and allotments. These efforts may include seasonal drilling restrictions, seismic restrictions, and directional drilling requirements or use of other technologies deemed appropriate by the AO. | | |
| The consultation process described in this stipulation will also be required of applicants for geophysical (i.e. seismic) permits to address potential conflicts with the setback requirements for cabins and campsites described in *Stipulation 23*. This consultation will help provide information to the AO on the advisability of modifying or waiving the restriction on seismic activity identified in *Stipulation 23*. | *H-2 Required Operating Procedures as in No. 23 above.* | *H-2 Required Operating Procedures as in No. 23 above* |
| 62. The following subsistence, wildlife habitat, and traditional/cultural land use areas are of significant concern to local communities and will be given special consideration during the consultation process outlined in *Stipulation 61*:<br>a. **Long-term cabins and campsites:** a 2-mile zone around the cabins and campsites.<br>b. **Ikpikpuk River:** a 2-mile zone from the east bank of the river.<br>c. **Miguakiak River:** a 3-mile zone from each bank of the river.<br>d. **Fish Creek:** (1) a 3-mile zone from each bank downstream from Sec. 31, T. 11 N., R. 1 E. U.M.; (2) a 2-mile zone from each bank in and upstream from Sec. 31, T. 11 N., R. 1 E. U.M.<br>e. **Judy Creek:** a 2-mile zone from each bank of the creek.<br>f. **Kogosukruk River:** a 2-mile zone from each bluff (or bank if there is no bluff) of the river (including the four tributaries off the southern bank) downstream from T. 2 N., R. 3 W., U.M.<br>g. **Kikiakrorak River:** a 2-mile zone from each bluff (or bank if there is no bluff) of the river downstream from T. 2 N, R. 4 W., U.M.<br>h. **Colville River:** a 2-mile zone from the west | *K-1 Lease Stipulation – Rivers as in No. 39 above.*<br>*H-1 Required Operating Procedure as in No. 26 above.*<br>*H-2 Required Operating Procedures as in No. 23 above.* | *K-1 Lease Stipulation – Rivers as in No. 39 above.*<br>*H-1 Required Operating Procedure as in No. 26 above.*<br>*H-2 Required Operating Procedures as in No. 23 above.* |

Table 2-2. Continued.

| 1998 Northeast IAP/EIS Stipulations for the No Action Alternative | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for Alternative B and Alternative C | Comparable/Applicable Amended IAP/EIS Lease Stipulations and Required Operating Procedures for the Proposed Action |
|---|---|---|
| **SUBSISTENCE** | | |
| bluff (or bank if there is no bluff) extending the length of river in the Colville River Raptor, Passerine, and Moose LUEA. In addition, a permitee or lessee engaged in oil and gas related activity shall consult with the BLM, USFWS, ADFG, and the NSB regarding wildlife concerns prior to submitting a geophysical (i.e. seismic) permit, exploration plan, or development and protection plan involving activity within the 2-mile zones around the Kogosukruk (and its tributaries), Kikiakrorak, and Colville rivers described above. In the event that the permitee or lessee and the agencies are unable to reach agreement on steps necessary to address wildlife concerns, the AO will consult with the other agencies and the permitee or lessee before making a determination on the adequacy of the measures taken to prevent conflicts with wildlife. | | |
| *Alternative A – Stipulations 59, 60, and 61 and Alternatives B, C, and D – ROP H-1(c) provide equal benefits in the avoidance and minimization of potential impacts to subsistence harvest patterns, sociocultural systems, as well as address environmental justice concerns, by mandating that lessees consult with subsistence users, and develop and implement a plan to prevent unreasonable conflicts between subsistence uses and oil and gas related activities. The plan must provide procedures that facilitate access by subsistence users, and provide follow-up monitoring to document the effectiveness. (Moderate). The effectiveness of Stipulation 61 (Alternative A) and ROP H-2 are shown above in No. 23. Effectiveness of Stipulations 59-62 and Lease Stipulation K-1 (Alternatives B, C, D) is indicated above in No. 39.* | | |
| **ORIENTATION PROGRAM** | | |
| 63. The lessee shall include in any application for permit to drill a proposed orientation program for all personnel involved in exploration or development and production activities (including personnel of lessee's agents, contractors, and subcontractors) for review and approval by the AO. The program shall be designed in sufficient detail to inform individuals working on the project of specific types of environmental, social, and cultural concerns that relate to the planning area. The program shall address the importance of not disturbing archaeological and biological resources and habitats, including endangered species, fisheries, bird colonies, and marine mammals and provide guidance | *I-1 Required Operating Procedure*<br>Objective: Minimize cultural and resource conflicts.<br>Requirement/Standard: All personnel involved in oil and gas and related activities shall be provided information concerning applicable stipulations, ROPs, standards, and specific types of environmental, social, traditional, and cultural concerns that relate to the region. The lessee/permitee shall ensure that all personnel involved in permitted activities shall attend an orientation program at least once a year. The proposed orientation program shall be submitted to the AO for review and approval and should:<br>a. Provide sufficient detail to notify personnel of applicable stipulations and ROPs as well as | *I-1 Required Operating Procedure*<br>Objective: Minimize cultural and resource conflicts.<br>Requirement/Standard: All personnel involved in oil and gas and related activities shall be provided information concerning applicable stipulations, ROPs, standards, and specific types of environmental, social, traditional, and cultural concerns that relate to the region. The lessee/permitee shall ensure that all personnel involved in permitted activities shall attend an orientation program at least once a year. The proposed orientation program shall be submitted to the AO for review and approval and should:<br>a. Provide sufficient detail to notify personnel of applicable stipulations and ROPs as well as |