Table 2-3. Continued.

| No Action Alternative | Alternative B | Alternative C | Final Preferred Alternative |
|---|---|---|---|
| **EFFECTS ON WETLANDS AND FLOODPLAINS** | | | |
| wetland vegetation. Development activities could impact an additional 330 to 1,070 acres of wetland vegetation. | of wetland vegetation. Development activities could impact an additional 585 to 4,635 (3,310) acres of wetland vegetation. This would be about 4 times the level of impacts for the No Action Alternative. | impact 235 to 550 (460) acres of wetland vegetation. Development activities could impact an additional 630 to 5,685 (4,005) acres of wetland vegetation. This would be about 6 times the level of impacts for the No Action Alternative, and about 17% greater than for Alternative B. | impact 230 to 435 (370) acres of wetland vegetation. Development activities could impact an additional 350 to 3,920 (2,670) acres of wetland vegetation. This would be about 4 times the level of impacts for the No Action Alternative, but about 24% and 50% less than for Alternative B and C, respectively. |
| **Cumulative Effects:** Approximately 95 percent of the ACP in the Planning Area consists of wetlands. The ACP is also the area where the most significant oil and gas discoveries have occurred and where future major discoveries are most likely. In addition, most non-oil and gas development associated with villages and military facilities occurs within this area. Thus, wetlands have been affected by past activities, and will be susceptible to effects from future development, especially spills. New technologies, including use of low-impact equipment and less reliance on gravel roads and pads have reduced the potential for impacts to wetlands. However, other technologies, including use of ice roads and pads, may have effects on wetlands that are not well understood, but could be substantial in the long-term. Cumulative effects from human-induced activities on the North Slope, coupled with the potential cumulative effects of global climate change, could result in substantial alteration of North Slope wetland soil, water, and vegetation in the future. All of the Northeast National Petroleum Reserve – Alaska would be open to oil and gas leasing under Alternative C. Land unavailable for leasing and surface activity under the No Action Alternative, Alternative B, and the final Preferred Alternative would prevent development in areas that are predominately wetlands. The Goose Molting Area, in particular, contains a large percentage of the wetland vegetation types preferred by waterfowl, including aquatic vegetation dominated by water sedge and pendent grass. Under Alternative C, these areas would be more likely to be developed, and these vegetation classes would likely be impacted to a greater extent, than under any of the other alternatives. Under Alternative C, actions would contribute to cumulative wetland loss on the North Slope to a greater extent. Alternative B would contribute more to wetland loss than would the final Preferred Alternative. Assuming that 95 percent of the disturbance area would be to wetlands, approximately 760, 3,300, 4,000, and 2,670 acres of wetland soil, water, and vegetation resources would be directly and indirectly impacted by alternatives A through D, respectively. Total direct and indirect impacts to wetlands would occur on 0.02 (No Action Alternative) to 0.09 (Alternative C) percent of the Planning Area, and would comprise from 0.001 to 0.007 percent of the area impacted on the North Slope. | | | |
| **EFFECTS ON FISH** | | | |
| **General Effects:** A small number of individual fish could be killed, but it is unlikely that there would be a measurable effect on Arctic fish populations. Increased mortality would be anticipated if water withdrawals occurred in river pools, though it is unlikely that the entire population within a river system would be eliminated. Gravel extractions could lead to habitat enhancement in certain situations. Stipulations would limit winter activities, protect over wintering habitats, and offer other protections to fish. Overall, effects should be minor. | **General Effects:** Fish in Teshekpuk Lake and other deepwater lakes and streams in the area would have a greater potential to be impacted by spills and habitat degradation than under the No Action Alternative. However, these stipulations and ROPs would limit winter activities, protect over-wintering habitats, and offer other protections to fish. Overall, effects should be minor. | **General Effects:** Fish in Teshekpuk Lake and other deepwater lakes and streams in the area would have a greater potential to be impacted by spills and habitat degradation than under the other alternatives. Stipulations and ROPs would limit winter activities, protect over-wintering habitats, and offer other protections to fish. Overall, effects should be minor. | **General Effects:** Fish in deepwater lakes and streams in the area would have a greater potential to be impacted by spills and habitat degradation than under the No Action Alternative, but less potential than under alternatives B and C. Additional protection would be provided by deferring leasing in Teshekpuk Lake, and restricting permanent surface occupancy and amount of surface disturbance in portions of the Goose Molting Area and caribou protection areas to the north, northeast, and east of the lake. Stipulations and ROPs would limit winter activities, protect over-wintering habitats, and offer other protections to fish. Overall, effects should be minor. |

ALTERNATIVES

Table 2-3. Continued.

| No Action Alternative | Alternative B | Alternative C | Final Preferred Alternative |
|---|---|---|---|
| **EFFECTS ON FISH** ||||
| **Cumulative Effects:** Non-oil and gas activities, including development, subsistence, and recreational fishing, have impacted fish and their habitat, but these effects have been minor and likely do not persist today. The energy produced by vibration equipment used to acquire seismic data has not been an issue because the vibrations are below the threshold known to affect fish in streams and lakes crossed during seismic investigations. Approximately 2,500 acres of direct impacts to uplands and wetlands from non-oil and gas activities persist today. Oil and gas activities have caused approximately 12,000 acres of direct impacts to uplands and wetlands that persist today; another 18,000 acres of indirect impacts may have also occurred, some of which persist today and affect water bodies. Although the amount of fish habitat that has been lost is not known, fish-bearing waters comprise about 5 percent of the Planning Area. During the early years of development, gravel mining for roads and pads often interrupted both ice sheet flow and stream flows, and hence fish movement. The permitting process and the regulatory environment for protecting fish have improved over time and are generally effective. Proper construction and placement of bridges and culverts have greatly reduced effects, but have not eliminated them; these remaining effects have accumulated. Little is known about the effects on fish from water withdrawals from lakes. Some fish would have been harmed or killed during water extraction, but these numbers would have been very small and would not accumulate. Localized changes to fish populations in the vicinity of a road connecting to the Dalton Highway would be possible. Synergistic impacts to fish from disturbance related to oil and gas production under any of the alternatives in this amendment are not anticipated. Beneficial effects related to material extraction at gravel sites would be possible in certain situations. Past reclamation of deep pits that have been mined has proved beneficial when new habitat for Arctic fish species has been established. If oil and gas activities occurred in areas with high fish populations, or populations of sensitive or important subsistence species, impacts to fish could be greater than impacts predicted based on the amount of area impacted. If oil prices average $25 per bbl, development in the Planning Area would directly impact 300, 1,120, 1,380, and 920 acres for alternatives A through D, respectively, and indirectly impact 400 to 2,400 acres (1,600 acres under the final Preferred Alternative). If development occurred in the northern portion of the Planning Area, 5 percent or more of the impacted area could be fish habitat; although, excluding Teshekpuk Lake, many of the lakes in the ACP are too shallow to support fish. If global climate change persists, the effects to fish could be much greater than predicted; although, some species are expected to benefit from global climate change. ||||
| **EFFECTS ON BIRDS** ||||
| **General Effects:** Disturbance effects from non-oil and gas activities are likely to be minor for most local and regional bird populations. Elevated activity and air traffic near large summer camps could result in minor impacts on local populations. Effects to regional populations should be minor, except in the case of species that are uncommon, decreasing, or recently declined, where effects could be minor. Routine summer air traffic, especially over higher bird density areas, would likely result in minor impacts. Gravel mining, pads, airstrips, short pad-connecting roads, and pipelines, directly and indirectly impacting 370 to 1,215 acres of breeding habitat and displacing small numbers of nesting birds, would likely result in few population effects. Raptors nesting along major rivers would experience minor effects from | **General Effects:** Effects to birds would be greater in extent than under the No Action Alternative because an area of high bird use in the Teshekpuk Lake Special Area would be available for leasing. Gravel mining, pads, airstrips, short pad-connecting roads, and pipelines, although directly and indirectly impacting 610 to 4,875 (3,480) acres of breeding habitat and displacing small numbers of nesting birds, would likely result in some population effects. However, stipulations and ROPs would minimize effects to birds; overall, impacts would be minor. | **General Effects:** Effects to birds would be greatest under this alternative because the amount of area of high bird use in the Teshekpuk Lake Special Area available for leasing would be greatest, and because the projected level of development is highest under this alternative. Gravel mining, pads, airstrips, short pad-connecting roads, and pipelines, although directly and indirectly impacting 665 to 5,985 (4,215) acres of breeding habitat and displacing small numbers of nesting birds, could cause minor population effects to some species, such as brant, that depend on the Planning Area for breeding habitat. | **General Effects:** Effects to birds would be higher than under the No Action Alternative, but less than for the other two alternatives. Under this alternative, Teshekpuk Lake would be deferred from leasing, providing protection to birds that use this lake. In addition, protection of habitat associated with the Goose Molting Area (Lease Stipulation K-4) and restrictions on the amount of area that can be disturbed within seven lease tracts associated with the Goose Molting Area, and No Surface Occupancy restrictions associated with caribou habitat areas to the east and southeast of the lake, would provide protection on an additional 374,000 acres (although much of this area would be closed to leasing under Alternative B). Gravel mining, pads, airstrips, short pad-connecting roads, and pipelines, although directly and indirectly impacting 365 to 4,130 |

Table 2-3. Continued.

| No Action Alternative | Alternative B | Alternative C | Final Preferred Alternative |
|---|---|---|---|
| EFFECTS ON BIRDS | | | |
| disturbance associated with human activities. Effects from crude oil spills, when confined to terrestrial and freshwater aquatic habitats, would be minor for most species, but could be moderate for rare species or those with declining populations if birds or critical habitat were impacted. If a spill were to enter a river delta or nearshore marine habitats occupied by substantial numbers of birds, minor to moderate effects would be likely for stable/increasing and declining populations, respectively. Quantitative effects might be difficult to separate from natural variation in population numbers. | | | (2,810) acres of breeding habitat and displacing small numbers of nesting birds, could result in minor population effects. |
| **Cumulative Effects:** Approximately 2,500 acres of direct impacts and about 5,000 acres of indirect impacts to bird habitat from non-oil and gas activities persist today. Oil and gas activities have directly impacted approximately 13,000 acres of bird habitat and indirectly impacted approximately 21,000 acres of habitat, and these impacts persist today. Since most of these impacts are associated with ongoing non-oil and gas residential and commercial developments well as oil and gas activities, these impacts to habitat are additive to future impacts and would be likely to persist for several decades or more, in the absence of a active reclamation program. The impacts of predators on bird populations may be slowly waning as industry reduces the amount of predator-attracting garbage in the fields. Other effects, including disturbance, are difficult to measure, but are likely accumulating as the number of developments and the amount of developed area increase. The typical amount of gravel pad and roadway needed to service a development have become smaller over time, reducing the amount of bird habitat lost due to development. However, new development often relies on aircraft support for transportation of personnel and equipment that can increase disturbance to feeding, nesting, and molting birds. Habitat loss and disturbance can add incrementally to the impacts of development on birds. Development in the Planning Area would directly and indirectly impact 790, 3,480, 4,210, and 2,810 acres of bird habitat for Alternatives A through D, respectively, if oil prices average $25/bbl. Wetlands, which are important to waterfowl and shorebirds, would comprise approximately 95 percent of this habitat loss. Given that the area most likely to developed under the action alternatives is located north and northeast of Teshekpuk Lake, an area that supports hundreds of thousands of waterfowl and shorebirds, impacts to birds could be much greater than predicted based on amount of area disturbed. As shown on Maps 3-13, 3-14, 3-15, 3-16, 3-17, 3-18, and 3-19, the area to the north, northeast, and east of Teshekpuk Lake has medium to high population densities of several species of waterfowl and shorebirds, including white-fronted geese, brant, and pintails. Depending on the types and locations of facilities, impacts to brant and other waterfowl could accumulate, especially where species are concentrated, and affect the long-term health of the local population. The effects to waterfowl, shorebirds, and other birds from oil and gas development would be less under the No Action Alternative and Alternative B because all (No Action Alternative or Alternative B) of this area would be closed to leasing under these alternatives. The effects would be greatest under Alternative C since the entire area would be open to leasing. The effects from the final Preferred Alternative would be less than Alternative C, but greater than Alternative B, since some development could occur within this area. Rising temperatures associated with global climate change are likely to favor the expansion of the northern boreal forest into areas currently occupied by tundra. Global climate change may also result in an increase in shrubs at the expense of forbs and graminoid vegetation characteristic of arctic tundra. In addition, rising sea levels resulting from increasing temperatures may further reduce the amount of tundra habitat available to nesting birds by causing coastal erosion and by inundating low-lying areas. These changes may be beneficial to some species such as those associated with boreal forest or shrub habitats, but a reduction in the amount of tundra habitat available could negatively impact tundra-nesting shorebirds and waterfowl. | | | |

Table 2-3. Continued.

| No Action Alternative | Alternative B | Alternative C | Final Preferred Alternative |
|---|---|---|---|
| **EFFECTS ON TERRESTRIAL MAMMALS** | | | |
| **General Effects:** Non-oil and gas activities, seismic work, drilling of exploration wells, and spills would have minor effects on terrestrial mammals. Most effects would be localized and short term, and would not occur at the population level. Some TLH caribou would likely be disturbed and their movements delayed along an elevated pipeline to the Kuparuk oil field during periods of air traffic and construction. Near the oil fields, surface, air, and foot traffic is expected to displace some terrestrial mammals. If field development occurred in critical TLH insect-relief areas, movements of caribou from coastal insect-relief areas to foraging areas could be adversely affected. Extensive development could result in the loss of some insect-relief habitat for TLH caribou. Crude oil and fuel spills are expected to result in the loss of small numbers of terrestrial mammals. | **General Effects:** Effects would occur over more of the Planning Area than under the No Action Alternative, and a greater number of animals would potentially be disturbed. Impacts to terrestrial mammals in the vicinity of Teshekpuk Lake would be greater than under the No Action Alternative, particularly with respect to caribou calving and insect-relief habitat. Approximately 213,000 acres would be closed to leasing north/northeast of Teshekpuk Lake, an important area for TLH caribou, but an important migration corridor to the east of Teshekpuk Lake would not be given protection. Lease stipulations and ROPs would help minimize impacts to terrestrial mammals. | **General Effects:** Effects would occur over more of the Planning Area than under the other alternatives, and a greater number of animals would potentially be disturbed. Impacts to terrestrial mammals in the vicinity of Teshekpuk Lake would be greater than under the other alternatives, particularly with respect to caribou calving and insect-relief habitat. Lease stipulations and ROPs would help minimize impacts to terrestrial mammals. | **General Effects:** Effects would occur over more of the Planning Area than under the No Action Alternative, but effects to caribou would be similar to those for Alternative B, and less than those for Alternative C. Limits on the amount of disturbance that could occur in the seven lease tracts associated with the Goose Molting Area, and No Surface Occupancy restrictions in the Caribou Movement Corridor and Southern Caribou Calving Area, would provide protections to caribou and other mammals on 374,000 acres. Impacts to terrestrial mammals in the vicinity of Teshekpuk Lake would be greater than under the No Action Alternative and the Preferred Alternative, particularly with respect to caribou calving and insect-relief habitat. Lease stipulations and ROPs would help minimize impacts to terrestrial mammals. |
| **Cumulative Effects:** Approximately 2,500 acres of habitat have been directly impacted by non-oil and gas development, and these impacts continue to persist. Oil and gas activities have caused an additional habitat loss of 12,000 acres, and have indirectly impacted approximately 21,000 acres of habitat, and these impacts persist today. Since most of the impacts to habitat are associated with ongoing non-oil and gas residential and commercial development, and oil and gas activities, these impacts to habitat are additive to future impacts and would be likely to persist for several decades or more, in the absence of an active reclamation program. Oil and gas development has altered the distribution of female caribou during the summer season and interfered with caribou movements between inland feeding areas and coastal insect-relief areas. Female caribou may also experience lower parturition rates when in close proximity to oil field development. It has also been suggested that declines in CAH caribou productivity in the early 1990s may have been the result of additive effects of oil field development and high insect activity, although populations of TLH, CAH, and WAH caribou have steadily increased since the mid-1970s. Thus, disturbance of caribou due to oil field development may adversely affect caribou, but these effects are not readily apparent based on population trends. Other mammal populations (e.g., fox and grizzly bear) have been little affected, or may even have benefited from development on the North Slope. Subsistence and recreational hunting pressures have likely increased from historic levels due to increases in human populations and better access to the North Slope. Still, based on subsistence harvest surveys, subsistence harvest of mammals was relatively stable during the 1980s and early 1990s. These habitat losses would account for 0.001 to 0.007 percent of the habitat projected to be lost due to development on the North Slope during the next 50 years. Development in the Planning Area would directly and indirectly impact 790, 3,480, 4,210, and 2,810 acres of mammal habitat for Alternatives A through D, respectively, if oil prices average $25/bbl. These habitat losses would account for 0.001 to 0.007 percent of the habitat projected to be lost due to development on the North Slope during the next 50 years. Given that the area most likely to be developed under the action alternatives is located north and northeast of Teshekpuk Lake, an area that provides critical habitat for TLH caribou and other mammals, impacts to caribou, other mammals, and their habitats could be much greater than predicted based on the amount of area disturbed. As shown on Maps 3-24, 3-25, and 3-26, the areas to the north, northeast, and east of Teshekpuk Lake and along the coastline provide important caribou calving and insect-relief habitat. Because of the importance of these areas, Lease Stipulations K-9 and K-10 were developed for the final Preferred Alternative to provide special NSO protection to caribou habitat. Lease Stipulation K-11 would limit development in the Goose Molting Area to the north of the lake. Still, caribou and other wildlife would be exposed to oil and gas disturbance in their summer, and ||||

Table 2-3. Continued.

| No Action Alternative | Alternative B | Alternative C | Final Preferred Alternative |
|---|---|---|---|
| **EFFECTS ON TERRESTRIAL MAMMALS** ||||
| potentially winter, range. Depending on the types and locations of facilities, impacts to caribou and other mammals could accumulate, especially where species are concentrated, and could affect the long-term health of the local population. Offshore development associated with leases in the Beaufort Sea could impact small areas along the coast as a result of staging and storage of materials, but this development is unlikely to impact large areas of habitat. Cumulative effects on caribou distribution and abundance are likely to be long term, lasting as long as the life of the oil fields. Any reduction in calving and summer habitat use by cows and calves as a result of future onshore leasing would represent a functional loss of habitat that accumulates and could result in long-term effects on the caribou herds' productivity and abundance. If global climate change over the next several decades were to result in widespread changes in vegetation and insect abundance, effects to terrestrial mammals could be exacerbated and extend beyond the life of the oil fields. If these cumulative effects were to result in reductions in caribou populations, there could also be a reduction in the abundance of predators such as wolves, bears, and wolverines. ||||
| **EFFECTS ON MARINE MAMMALS** ||||
| **General Effects:** Effects from non-oil and gas activities would be short term and localized. Seals and polar bears could be affected by offshore oil exploration and subsequent development on the coast of the Planning Area in Harrison Bay in a small area south of Atigaru Point. Seismic surveys near the coast could disturb denning polar bears, but relatively few would be affected. Noise associated with support aircraft could disturb marine mammals and temporarily displace them from preferred resting and feeding locations. Summer air traffic could disturb ringed, bearded, and spotted seals hauled out on ice or beaches. Polar bears could be attracted to oil field camps and killed in defense of life or property, but such occurrences would be rare. A small number of ringed seals, spotted seals, beluga whales, or polar bears could be adversely affected by oil spills reaching Fish Creek, Judy Creek, the Kogru River, the Colville River, or drainages that empty into the Colville River. Losses would be small and would not substantially impact marine mammal populations. | **General Effects:** The increased levels of seismic exploration would result in a greater likelihood of polar bear disturbance than under the No Action Alternative, primarily near the Colville River Delta and inner Harrison Bay. Because there would likely be more development under this alternative, there would be a greater potential for disturbance to marine mammals from aircraft, overland traffic, and barge traffic. Effects would be localized and short term, and would not substantially affect marine mammal populations. The potential effects of an oil spill would be similar to those under the No Action Alternative, although the likelihood of a spill would be greater. Stipulation K-6 would minimize the potential for oil development near the coast to impact ringed seals, spotted seals, beluga whales, and polar bears. | **General Effects:** There would likely be greater disturbance to marine mammals, primarily near the Colville River Delta and inner Harrison Bay areas than under the other alternatives. Effects should be localized and short term, and would not cause significant impacts to marine mammal populations. Stipulation K-6 would minimize the potential for oil development near the coast to impact ringed seals, spotted seals, beluga whales, and polar bears. | **General Effects:** There would likely be more disturbance to marine mammals under this alternative than under Alternative B, but less than would occur under the other two action alternatives. The amount of development proposed under this alternative would be less than for alternatives B and C. In addition, the amount of development that could occur within each of seven lease tracts north of Teshekpuk Lake, and adjacent to the coastline, would be limited to no more than 300 acres. Effects should be localized and short term, and would not cause major impacts to marine mammal populations. Stipulation K-6 would minimize the potential for oil development near the coast to impact ringed seals, spotted seals, beluga whales, and polar bears. |
| **Cumulative Effects** Industrial activity in marine waters of the Beaufort Sea has been limited and sporadic and has likely not caused substantial cumulative effects on seals or polar bears. However, noise and other disturbances may have displaced whales from preferred habitats in the past; although, these effects are difficult to quantify and to determine if they accumulate. In addition to noise and disturbance from existing oil development, seals, walruses, polar bears, and beluga and gray whales could be affected by future offshore development in the Beaufort and Chukchi seas. In addition, marine mammals wintering in the northern Bering Sea could be affected by disturbance from commercial fishing activities. Subsistence hunting of marine mammals by Alaska Natives is not likely to affect marine mammals at the population level. Disturbance could result in temporary ||||

ALTERNATIVES

Table 2-3. Continued.

| No Action Alternative | Alternative B | Alternative C | Final Preferred Alternative |
|---|---|---|---|
| **EFFECTS ON MARINE MAMMALS** | | | |
| displacement from preferred feeding habitats, and some animals could be shot by fishermen. An oil spill could affect marine mammals in offshore or coastal areas, with the impacts to marine mammals depending on the location and amount of oil spilled and the time of year. The effects of future habitat alteration associated with gravel island construction, platforms, or other structures related to oil development would likely be minor. The presence of small amounts of hazardous materials, including hydrocarbons and insecticides, would likely have minor effects on marine mammals. The effects of global climate change on marine mammals are unclear. While a reduction in the extent of Arctic ice coverage would likely have a dramatic negative impact on ice-dependent seal and polar bear populations, an increase in the amount of sea ice edge resulting from global warming may be beneficial to whales. North Slope fisheries are small and likely have only a minor impact on marine mammal populations. Impacts to marine mammals from development in the Planning Area would generally be similar under the four proposed alternatives. The increased development scenarios of alternatives B and C and the final Preferred Alternative would contribute additional barge and aircraft traffic impacts and would require a greater number of coastal staging areas than the development scenario under the No Action Alternative. If additional staging areas along the Northeast National Petroleum Reserve – Alaska coast led to increased offshore exploration and development activities, the potential for cumulative impacts to marine mammals by noise or other activities would increase. | | | |
| **EFFECTS ON ENDANGERED AND THREATENED SPECIES** | | | |
| **General Effects**: Activities would be unlikely to disturb bowhead whales, except vessel traffic under exceptional circumstances. Spectacled and Steller's eiders could be impacted by activities occurring during the summer breeding season, which would primarily be associated with development and production. Vehicle, aircraft, pedestrian, and boat traffic; maintenance activities; heavy equipment use; and spill cleanup activities could all result in temporary displacement of eiders from preferred habitats, decreased nest attendance or nest abandonment; and increased energy expenditures. Depending on the nature and duration of behavioral changes caused by disturbance, effects could be considered a "take" under the ESA. Gravel mining and placement associated with development could result in permanent habitat loss on up to 505 acres. An additional 710 acres of habitat could be indirectly impacted by oil development. Eider mortality could result from collisions with vehicles and structures associated with oil and gas development. Effects from oil spills would be minor when confined to terrestrial and freshwater aquatic habitats, where eider mortality should be relatively low. Minor | **General Effects**: Oil and gas activities would affect a larger portion of the Planning Area, and therefore more animals, than under the No Action Alternative. Bowhead whales would still be unlikely to be affected, except under exceptional circumstances. Gravel mining and placement associated with development could result (directly and indirectly) in permanent eider habitat loss on 615 to 4,875 (3,480) acres. Portions of high eider use in the Teshekpuk Lake Special Area would be available for leasing under this alternative, so the likelihood for disturbance to eiders and the number of eiders affected would be greater. Stipulations would decrease disturbance from most factors for threatened eiders and help prevent fuel and oil pollution and degradation of important bird habitats. | **General Effects**: Oil and gas activities would affect a larger portion of the Planning Area, and therefore more animals, than under the other alternatives. Bowhead whales would still be unlikely to be affected, except under exceptional circumstances. Gravel mining and placement associated with development could result (directly and indirectly) in permanent eider habitat loss on 665 to 5,985 (4,215) acres. In addition, a larger acreage in the areas of high eider use in the Teshekpuk Lake Special Area (particularly wetlands north of Teshekpuk Lake) would be available for leasing under this alternative, so the likelihood for disturbance to eiders and the number of eiders affected would be greatest under this alternative. Stipulations would decrease disturbance from most factors for threatened eiders and help prevent fuel and oil pollution and degradation of important bird habitats. | **General Effects**: Oil and gas activities would affect a similar portion of the Planning Area as under Alternative B, but 211,000 acres less area than under Alternative C. Bowhead whales would still be unlikely to be affected, except under exceptional circumstances. Gravel mining and placement associated with development could result (directly and indirectly) in permanent eider habitat loss on 365 to 4,130 (2,810) acres. Stipulations K-4 (Goose Molting Area) and K-11 (Lease Tracts Area) would limit or prohibit permanent surface facilities (excluding pipelines in some areas) in areas to the north and northeast of Teshekpuk Lake, high density areas for eiders (see Maps 3-33 and 3-34). Other stipulations and ROPs would decrease disturbance from most factors for threatened eiders and help prevent fuel and oil pollution and degradation of important bird habitats. |

Table 2-3. Continued.

| No Action Alternative | Alternative B | Alternative C | Final Preferred Alternative |
|---|---|---|---|
| EFFECTS ON ENDANGERED AND THREATENED SPECIES ||||
| to moderate effects would be likely for eider populations if a spill were to enter a river delta or nearshore marine habitat when substantial numbers of brood-rearing, staging, or migrating individuals were present. Stipulations would decrease disturbance and help prevent fuel and oil pollution and degradation of important bird habitats. | | | |

**Cumulative Effects:** Hunting and disturbance are the two primary factors that have impacted bowhead whales in the past and have accumulated. Although bowhead whale populations have recovered from very depressed levels in the early 1900s, they are still about 80 percent below estimated levels at their peak. Noise and disturbance associated with offshore seismic and drilling activities, and boat and barge traffic have impacted whales, although their long-term effects, and likelihood of having cumulative impacts to whales, are unknown. A few whales could experience sublethal or lethal effects from entanglement in fishing gear, collisions with ships, or encounters with subsistence whalers. Most activities related to oil and gas development onshore on the North Slope and in the Planning Area would not impact bowhead whales. There would be an increase in barge traffic that would contribute to cumulative impacts to bowhead whales from underwater noise and the presence of boat traffic. Bowhead whales could display a cumulative response to activities that produce underwater noise by increasing their distance from such sources by temporarily diverting their route of travel or by temporarily changing their behavior. In general, these impacts would be minor and short term. Should development of the Planning Area stimulate greater interest in oil and gas activity offshore, these impacts could increase proportionately. Bowhead whales that come into contact with freshly-spilled oil could suffer temporary, non-lethal effects, and a few whales could suffer lethal effects. Bowhead whales could also be displaced by oil spill clean-up activities. Cumulative effects are likely to have only a minor impact on the bowhead whale population. Impacts to bowhead whales from development in the Planning Area would generally be similar to that discussed for marine mammals. The increased development scenarios of alternatives B and C and the final Preferred Alternative would contribute additional barge and aircraft traffic impacts and would require a greater number of coastal staging areas than the development scenario under the No Action Alternative. If additional staging areas along the Northeast National Petroleum Reserve – Alaska coast led to increased offshore exploration and development activities, the potential for cumulative impacts to bowhead whales by noise or other activities would increase. Should boat and barge traffic along the Beaufort Sea coast increase as a result of offshore leases and development in the National Petroleum Reserve – Alaska, deflection of the bowhead whale migration could occur. It is unlikely that such deflection would have high impacts on individual bowhead whales or the whale population, but the deflection of whales away from the coast could impact subsistence hunting of whales.

Approximately 2,500 acres have been disturbed from non-oil and gas development on the North Slope. Although not all of this area would have been used by eiders, much of it has occurred along the coastline and near Barrow, areas where spectacled and Steller's eiders are often seen (see Maps 3-33 and 3-34). Oil and gas activities have directly impacted approximately 12,000 acres of bird habitat, and indirectly impacted approximately 21,000 acres of habitat that persist today. Since most of these impacts are associated with ongoing non-oil and gas residential and commercial developments, as well as oil and gas activities, these impacts to habitat are additive to future impacts and would be likely to persist for several decades or more, in the absence of an active reclamation program. Eider populations are larger northeast of Teshekpuk Lake and west of the Planning Area, thus the amount of eider habitat impacted by development to date is probably minor, but could increase in the future. The impacts of predators on bird populations may be reduced compared to the early years of oil field development, as industry has reduced the amount of garbage that is available in fields to attract predators. Other effects, including disturbance, are difficult to measure, but are likely accumulating as the number of developments and the amount of developed area increase. The gravel footprints of current developments are reduced compared to the footprints of previous oil field development, resulting in less habitat loss in modern oil fields. However, new development often relies on aircraft support for transportation of personnel and equipment, which that can increase disturbance to feeding, nesting, and molting eiders. Habitat loss and disturbance can add incrementally to the impacts of development on eiders. The cumulative effects from typical activities associated with exploration and development of oil and gas prospects in the Planning Area, lands to the west, and adjacent marine areas, could include small declines in local nesting or loss of small numbers of spectacled eiders, and potentially Steller's eiders, through effects on survival and productivity, predation pressure enhanced by human activities, and collisions with structures. Development in the Planning Area would directly and indirectly impact 790, 3,480, 4,210, and 2,810 acres of potential eider habitat for Alternatives A through D, respectively,

Table 2-3. Continued.

| No Action Alternative | Alternative B | Alternative C | Final Preferred Alternative |
|---|---|---|---|
| EFFECTS ON ENDANGERED AND THREATENED SPECIES |||| 
| | if oil prices average $25/bbl. Wetlands, which are important to waterfowl and shorebirds, would comprise approximately 95 percent of this habitat loss. Given that the area most likely to be developed under the action alternatives is located north and northeast of Teshekpuk Lake, an area that supports some of the highest nesting densities of eiders on the North Slope, impacts to birds could be much greater than predicted based on amount of area disturbed (Maps 3-33 and 3-34). Depending on the types and locations of facilities, impacts to spectacled and Steller's eiders could accumulate, especially where species are concentrated, and affect the long-term health of the local population. The effects to eiders from oil and gas development would be less under the No Action Alternative and Alternative B because all (No Action Alternative) or most (Alternative B) of this area would be closed to leasing under these alternatives. The effects would be greatest under Alternative C since the entire area would be open to leasing. The effects from the final Preferred Alternative would be less than Alternative C, but greater than Alternative B, since some development could occur within this area. |||
| EFFECTS ON CULTURAL RESOURCES ||||
| **General Effects:** Impacts from non-oil and gas activities would be minimal. There is a very low risk that cultural resources would be encountered and damaged during seismic surveys, ground-disturbing activities, excavation of materials, or oil spills associated with oil and gas development. Potential impacts would be minor, as surveys would be conducted prior to all ground-disturbing activities. | **General Effects:** The likelihood that cultural resources would be encountered during destructive activities would be somewhat greater than under the No Action Alternative because there would be more development and a greater portion of the Planning Area would be open to leasing. Overall, potential impacts to cultural resources would likely still be minor because surveys would be conducted prior to all ground-disturbing activities. In addition, stipulations that provide setbacks from lakes, streams, and rivers would help prevent impacts because concentrations of cultural resources are common in these areas. | **General Effects:** The likelihood that cultural resources would be encountered during destructive activities would be greater than under the other alternatives because there would be more development and a greater portion of the Planning Area would be open to leasing. Overall, it is likely that potential impacts to cultural resources would still be minor because surveys would be conducted prior to all ground-disturbing activities. In addition, stipulations that provide setbacks from lakes, streams, and rivers would help prevent impacts because concentrations of cultural resources are common in these areas. | **General Effects:** The likelihood that cultural resources would be encountered during destructive activities would be somewhat greater than under the No Action Alternative because there would be more development and a greater portion of the Planning Area would be open to leasing. However, the potential for impacts to cultural resources would be less than for the other alternatives. Overall, it is likely that potential impacts to cultural resources would still be minor because surveys would be conducted prior to all ground-disturbing activities. In addition, stipulations that provide setbacks from lakes, streams, and rivers would help prevent impacts because concentrations of cultural resources are common in these areas. |

**Cumulative Effects:** Effects to cultural resources from road and pad construction, gravel mining, and disturbance associated with development and production activities have occurred in the past and persist today. Gravel roads, gravel pads, and gravel mines have caused surface disturbances that could have impacted cultural resources. Over 500 acres of peat roads were constructed, and gravel footprints have impacted over 9,200 acres. Gravel mines have impacted another 6,360 acres, with over 5,000 acres of gravel being mined in rivers, where cultural resources are often found. Federal regulations and management stipulations were developed to mitigate impacts to cultural resources. However, increased development and exploration activities while prompting the identification of the majority of cultural resources in National Petroleum Reserve – Alaska and the North Slope, have increased the cumulative effects to these resources. The greatest potential for cumulative effects would occur under Alternative C, as the entire Planning Area would be available for leasing, and the amount of development proposed under this alternative is greater than for the other alternatives. The potential for cumulative effects under Alternative B and the final Preferred Alternative would be similar. Although much of the northeastern portion of the Planning Area would be closed to leasing under Alternative B, the amount of development proposed under this alternative would be about 20 percent greater than for the final Preferred Alternative. Teshekpuk Lake would be deferred from leasing under the final Preferred Alternative, but the likelihood of a large number of cultural resources being found in the lake would be small. However, NSO restrictions on permanent facilities in caribou habitat protection areas and the Goose Molting Area would limit the amount of surface disturbance that could occur north and east of Teshekpuk Lake; these restrictions would reduce the likelihood of cumulative effects to cultural resources. Under the No Action Alternative, 600,000 acres associated with the Teshekpuk Lake Special Area would be closed to leasing. In addition, further lease sales and exploration and development in the South and Northwest portions of the National Petroleum Reserve – Alaska, and areas outside (e.g., Point Thomson), would increase the potential area of effects. Stipulations and ROPs developed for the 1998 Northeast IAP/EIS ROD and this amendment would reduce the likelihood of

Table 2-3. Continued.

| No Action Alternative | Alternative B | Alternative C | Final Preferred Alternative |
|---|---|---|---|
|  EFFECTS ON CULTURAL RESOURCES — oil and gas exploration and development activities impacting cultural resources in the Planning Area. | | | |
|  EFFECTS ON SUBSISTENCE-HARVEST PATTERNS | | | |
| **General Effects:** Non-oil and gas activities would have limited effects on subsistence resources, though short-term, localized disturbances to subsistence species and harvest patterns could occur. Subsistence species, such as caribou, muskox, and moose, would avoid areas of oil and gas activity, resulting in long-term localized effects. Fish could also be killed, potentially affecting harvests in localized areas for one to several years. With the movement of subsistence species away from areas of development, they could become more difficult to locate and harvest by hunters. Nuiqsut hunters, in particular, would be affected by the movement of caribou, as development would proceed west from the Nuiqsut vicinity. Waterfowl might also avoid traditional harvest locations. Oil spills that entered water could contaminate, or cause concerns about contamination of, marine mammals and fish. | **General Effects:** Effects would be greater in magnitude, extent, and duration than those occurring under the No Action Alternative, as an additional 387,000 acres would be open to oil and gas development. Stipulations would help to minimize the effects on subsistence species and harvest patterns. | **General Effects:** Effects would be greater in magnitude, extent, and duration than those occurring under the other alternatives. Additional areas available for leasing under this alternative, which would be closed under the other alternatives, are important caribou harvest areas and fishing areas for Barrow, Atqasuk, and Nuiqsut. Development in this area could exclude subsistence users from important traditional harvest areas. Stipulations would help to minimize the effects on subsistence species and harvest patterns. | **General Effects:** Effects would be greater in magnitude, extent, and duration than those occurring under the No Action Alternative, similar to those effects occurring under Alternative B, and much less than those effects occurring under Alternative C. Limits on the amount of disturbance that could occur in the seven lease tracts associated with the Goose Molting Area, and No Surface Occupancy restrictions in the Caribou Movement Corridor and Southern Caribou Calving Area, would provide protections to TLH caribou on approximately 374,000 acres of important calving, migration, and insect-relief habitat for caribou (see Maps 2-4 and 3-21). Development that is allowed in this area, and in other areas outside of the protection zones, could exclude subsistence users from important traditional harvest areas. Stipulations would help to minimize the effects on subsistence species and harvest patterns. |

**Cumulative Effects:** Prior to sustained contact between the Iñupiat of the North Slope and Euroamericans, the Iñupiat were a highly mobile, geographically widespread, and technologically capable people who lived in dispersed, small communities based on family and social connections. They harvested local resources as needed and as available. Beginning with commercial whaling in the 1850s, and followed by establishment of the Naval Petroleum Reserve and subsequent exploration activity that marked the beginning of resource extraction activity in lands occupied by the Iñupiat of the North Slope, the Iñupiat have had to adapt to the "external pressures impacting their environment and regulatory actions that restrict their subsistence pursuits." Subsistence is currently, and has been since the mid-19th century, part of a rural economic system, called a "mixed, subsistence-market" economy, wherein families invest money into small-scale, efficient technologies to harvest wild foods. Over time, the Iñupiat experienced a growing reliance on an external market system to purchase introduced technological innovations to support subsistence activities (e.g., traps, boat motors, snowmachines). Avoidance of formerly utilized harvest areas due to industrial activity was made possible by cultures other than their own. The effects of these constraints on the Iñupiat persist today and will accumulate with future effects on their subsistence activities and lifestyle. Development along the north side of Teshekpuk Lake, outside the area closed to leasing, could deflect or divert caribou hunted in and near the area by Nuiqsut, Barrow, and Atqasuk residents in the summer and winter. Numbers of animals available for harvest could be reduced through the slow destruction of species by habitat loss, predation, climate change, and disease. Diverting animals from their usual and accustomed locations, or building facilities in proximity to those locations, could compel resource harvesters to travel further to avoid development areas. Harvest of subsistence resources in areas further from the communities would require increased effort, risk, and cost on the part of subsistence users. Increasing the areas open for leasing and exploration would lead to development in previously closed areas, leading to concentrating subsistence harvest efforts in the undeveloped areas and increasing the potential for conflict over harvest areas within a community. Climate change and the associated effects of anticipated