AFFECTED ENVIRONMENT

may also occur on smaller wetlands adjacent to large lakes (North 1986; Burgess et al. 2003b; Johnson et al. 2003b). Pairs that nest in small lakes may move broods overland to nearby larger lakes (North 1986).

**Red-throated loons** are much less common than Pacific loons on the ACP. Mallek et al. (2003) reported an increasing trend in the red-throated loon population on the ACP from 1986 to 2002. However, Larned et al. (2003) reported a decreasing trend in the numbers of red-throated loons observed during the eider breeding population surveys from 1992 to 2003, and Groves et al. (1996) reported declines in the Alaska red-throated loon population since the 1970s. The study area in Alaska included the ACP, the Y-K delta, coastal Bristol Bay, and various locations in the interior. Red-throated loons are common in the Colville River Delta adjacent to the Planning Area (Map 3-12). In the Planning Area, red-throated loons occur in relatively high densities both northeast and southwest of Teshekpuk Lake (Map 3-12), and larger areas of red-throated loon concentration occur in the Northwest National Petroleum Reserve – Alaska. Red-throated loons winter along the Pacific Coast from the Aleutian Islands to northwestern Mexico, and along the Atlantic Coast from the St. Lawrence River south to the Gulf of Mexico.

**Table 3-6. Chronology of Activities for Birds Nesting on the Arctic Coastal Plain in the Planning Area.**

| Species or Groups | Arrival in Planning Area | Egg Laying | Hatch | Brood Rearing | Adult Molt | Fall Migration |
|---|---|---|---|---|---|---|
| Loons | Late May - early June | Mid-June - late June | Mid-July - late July | Mid-July - early September | Winter | Late August - September |
| Tundra swan | Mid-May - late May | Late May - early June | Late June - mid-July | Late June - mid-September | Mid-July - August | Late September -early October |
| Brant | Late May - early June | Early June - late June | Late June - mid-July | Late June - early September | Mid-July - mid August | Mid-August - early September |
| Greater white-fronted goose | Mid-May - early June | Late May - mid-June | Late June - early July | Late June - late August | Mid-July - early August | Mid-August - mid-September |
| Northern pintail males | Late May | Mid-June - late June | Early July - late July | Early July - early September | Mid-July - early August | Early August - mid-September |
| King eider | Mid-May - late May | Mid-June - early July | Early July - late July | Early July - early August | Early July - early August[1] | Early August - late October[1] |
| Long-tailed duck | Late May | Late June - early July | Mid-July - late July | Mid-July - early September | Late July - early September | Late September - October |

[1] Males stage in the Beaufort Sea for 2-3 weeks before molt-migration starts in mid-July; and females stage in the Beaufort Sea from mid-July to late August before they begin to depart in early August.
Sources: Johnson and Herter (1989); Burgess and Stickney (1994); Ely and Dzubin (1994); Limpert and Earnst (1994); North (1994); Austin and Miller (1995); King (1998); Dickson et al. (2000); and USDOI BLM and MMS (2003).

### 3.3.6.3   Waterfowl

Waterfowl, including ducks, geese, and swans, migrate to breeding grounds within the Planning Area and other locations on the ACP from wintering grounds located primarily in Canada, the lower 48 states, and Mexico. Several waterfowl species that occur in the Planning Area, including brant, long-tailed duck, common and king eiders, and black and surf scoters, are on the BLM Sensitive Species List for Alaska (Appendix G).

**Swans and Geese**

**Tundra swans** are common in the area surrounding Dease Inlet and Admiralty Bay in the Northwest National Petroleum Reserve – Alaska. In the Planning Area, tundra swan concentrations occur near Nuiqsut and southeast and northwest of Teshekpuk Lake (Map 3-13). Breeding pair surveys have reported an increasing trend in tundra swan numbers on the ACP since 1986; however, numbers declined in both 2001 and 2002 (Mallek et al. 2003). Most tundra swans nesting in the Beaufort Sea area probably winter along the Atlantic Coast from Maryland to North Carolina.

Four goose species commonly nest on the ACP. The greater white-fronted goose is by far the most abundant and widespread species; Canada goose, lesser snow goose, and brant occur in lower densities.

Mallek et al. (2003) reported an increasing trend in the **white-fronted goose** population on the ACP since 1985. The largest concentrations of greater white-fronted geese in the National Petroleum Reserve – Alaska occurs northeast of Teshekpuk Lake in the Planning Area, and northwest of Atqasuk and east of Point Lay in the Northwest National Petroleum Reserve – Alaska (Map 3-14). Derksen et al. (1981) reported that greater white-fronted geese nested on upland sites or polygonal ground near shallow sedge and pendant grass wetlands, while post-breeding birds used deep open lakes during the molting period (Map 3-14). The goose molting area north of Teshekpuk Lake is extremely important for molting white-fronted geese as well as other goose species (Mallek 2004). Mallek (2004) reported a 23-year mean of 11,950 white-fronted geese during surveys in the Goose Molting Area north and east of Teshekpuk Lake. However, the numbers have increased in recent years, with an annual mean of 20,864 white-fronted geese in this area since 1994, and a high of nearly 35,000 geese in 2002 (Map 3-15; Table 3-7). Over 90,000 geese of four species were recorded in this area during the 2001 molting season. White-fronted geese from the ACP winter along the coasts of Texas, Louisiana, and in Mexico. White-fronted geese and other waterfowl species are important to both subsistence and sport hunters, not only in Alaska, but also in other states and countries, such as Canada, Russia, and Mexico.

**Canada goose** is a common species that nests in low densities in the Prudhoe Bay area, the Colville River Delta, and in the Planning Area. The Canada goose is a much more common breeder in the interior of Alaska than on the ACP. After nesting, small flocks of these interior-nesting Canada geese migrate to the ACP where they aggregate with locally nesting geese to molt. The ACP population of Canada geese has varied from lows near 3,000 in 1989 and 1994 to highs near 47,000 in 1986 and 1999 (Mallek et al. 2003). The 2002 population estimate was 52 percent lower than the 1985 to 2001 mean population size. Mallek (2004) reported a 23-year mean of 12,144 Canada geese during surveys in the Goose Molting Area, north and east of Teshekpuk Lake (Map 3-15; Table 3-7).

**Lesser snow goose** nest primarily in Arctic Canada and Russia, although a few small colonies nest on Alaska's ACP. The population of snow geese on the ACP has increased in recent years, and a number of scattered nests or small colonies consisting of less than 13 nests have been reported in the Planning Area near the coast from Fish Creek to the Ikpikpuk River Delta (Ritchie et al. 2000). The largest nesting group is the Ikpikpuk colony with 335 nests in 2001. The colony on Howe Island in the Sagavanirktok River Delta, adjacent to the active Endicott oil production field, declined in the late 1990s, apparently as a result of predators, including foxes and bears (Johnson 2000a). Snow geese from the Howe Island colony winter primarily in northern California and southern Oregon (Johnson et al. 1996).

**Brant** nest in both small and large colonies that are used year after year. These colonies generally are near the coast but may be 18 miles or more inland (Derksen et al. 1981; Reed et al. 1998; USDOI BLM and MMS 1998). The largest nesting concentration of brant on the ACP is located in the Colville River Delta (Johnson et al. 2002), and another sizeable colony is located in the Sagavanirktok River Delta (Sedinger and Stickney 2000). In the Planning Area, Ritchie et al. (2002) reported a brant colony near the coast west of Fish Creek that varied from 25 to 55 nests during surveys conducted from 1995 through 2001. Two other colonies in the Planning Area, one located south of Cape Halkett and the other just west of Teshekpuk Lake, had up to 35 and 40 nests, respectively, during the same period. Several smaller colonies were reported along the coast between Cape Halkett and Smith Bay, as well as numerous colonies near Dease Inlet in the Northwest National Petroleum Reserve – Alaska. Since 1992 the brant population on the ACP appears to be increasing (Larned et al. 2003). Brant winter along the Pacific Coast from the Aleutian Islands south to Mexico. Some birds also winter along the Asian coast, from Japan and southern China

**Exhibit 42, page 135 of 300**

AFFECTED ENVIRONMENT

(Bellrose 1976). Pacific black brant populations have experienced slow downward trends in recent years (USFWS 2003). Brant are valued by subsistence users in northern and western Alaska as well as along the West Coast and in Mexico. The Pacific Flyway Council has established a management plan for the brant population that outlines the status of Pacific brant and goals for the population (Pacific Flyway Council 2003).

Although brant are fairly common breeding birds in the Planning Area, the area is even more important as a molting area for brant and other goose species. The largest known concentration of molting and brood-rearing brant on the ACP occurs in the northern portion of the Teshekpuk Lake area (Maps 3-14 and 3-15; Derksen et al. 1982). As many as 30 percent of the Pacific flyway population of brant may be present in the Teshekpuk Lake goose molting area during the molting period. Many are failed breeders and non-breeders that have migrated from breeding colonies in western Alaska, Canada, and Siberia, and arrive in the Planning Area in late June and early July to molt (Bollinger and Derksen 1996. The origin of this molt-migrant population from such distant nesting areas emphasizes the international importance of the Teshekpuk Lake area to molting brant as well as other goose species. Mallek (2004) reported an annual 23-year mean of 17,556 brant during surveys in the Goose Molting Area north and east of Teshekpuk Lake (Table 3-7). When considering only the last 10 years, the annual mean number is approximately 18,500 birds, although as many as 36,817 brant have been reported (Table 3-7). The Teshekpuk Lake Goose Molting Area may be the single most important area for molting brant and other geese in the Arctic, based on information in Mallek et al. (2003) and Mallek (2004).

**Table 3-7. Number of Geese Recorded in the Teshekpuk Lake Goose Molting Habitat Area during Aerial Surveys (1982 – 2003).**

|  | All Geese | Brant | Greater White-Fronted Goose | Canada Goose | Snow Goose |
|---|---|---|---|---|---|
| 1982-2003 mean | 42,161 | 17,556 | 11,950 | 12,144 | 511 |
| 1994-2003 mean | 52,169 | 18,541 | 20,864 | 11,904 | 860 |
| Total geese in 2003 | 63,244 | 21,182 | 25,088 | 15,295 | 1,438 |
| Maximum number (1 year) | 91,238 (2001) | 36,817 (2001) | 34,929 (2002) | 26,681 (1984) | 2,674 (2001) |
| Maximum number (any lake) | 11,000 | 6,255 | 11,000 | 2,995 | 1,191 |
| Source: Mallek (2004). | | | | | |

**Ducks**

Fifteen duck species regularly occur on the ACP (Mallek et al. 2003). The two most common species are northern pintail and long-tailed duck, which together comprise about 85 percent of the total ACP duck population. Other species, including four eider species, occur in much lower densities. Two of the eider species, spectacled eider and Steller's eider, are federally-listed as threatened species and are discussed in Section 3.3.8 (Threatened and Endangered Species).

**Northern pintail** is the most abundant duck in the Planning Area (Table 3-8). Pintail numbers fluctuate from year to year, but no significant population trends have been reported since aerial surveys began in the mid-1980s (Larned et al. 2003; Mallek et al. 2003). Although no significant population trends are evident on the ACP, northern pintail populations in the lower 48 states and Canada have displayed declines (USFWS 2003). In the Planning Area, nesting pintails are concentrated in two areas, one northeast and one southeast of Teshekpuk Lake (Map 3-16). Additional concentration areas are located east of Wainwright, south of Barrow, and southeast of Dease Inlet in the Northwest National Petroleum Reserve – Alaska. Northern pintails winter from southeastern Alaska south throughout much of the central and southern U.S. and into Mexico and the Caribbean.

**Long-tailed duck** is the second most abundant duck on the ACP (Table 3-8). Mallek et al. (2003) reported a declining trend in the ACP long-tailed duck population from 1985 to 2002, with an annual average growth rate of

**Exhibit 42, page 136 of 300**

0.97. Larned et al. (2003) reported an increasing trend from 1992 through 2002 although numbers were lower in 2003. Over their entire range, long-tailed ducks have shown declining population trends (USFWS 1999). Long-tailed ducks winter along both coasts, with small numbers occurring as far south as California on the west and the Gulf of Mexico on the east.

**Table 3-8. Occurrence and Representative Abundance and Density of Selected Birds in the Northeast National Petroleum Reserve – Alaska.**

| Common Name | Status[1] | Presence on the Arctic Coastal Plain (ACP)[2] | Estimated Northern ACP Population Index | Estimated Proportion Observed in mid- to late June in Planning Area as a Percentage of Total Birds Observed in ACP[3] | Estimated Northern ACP Density Index (birds/mi²)[4] |
|---|---|---|---|---|---|
| **Loons/Waterfowl** | | | | | |
| Red-throated loon | C | Early June – late September | 2,917 | 25 | 0.02 |
| Pacific loon | C | Late May – late September | 26,673 | 26 | 0.17 |
| Yellow-billed loon | U | Mid-May – mid-September | 2,780 | 31 | 0.02 |
| Tundra swan | C | Mid-May – early October | 9,960 | 26 | 0.06 |
| White-fronted goose | C | Mid-May – mid-September | 121,038 | 26 | 0.76 |
| Brant | FC | Late May – early September | 8,038 | 55 | 0.05 |
| Canada goose | FC | Early June – mid-September | 17,375 | 64 | 0.11 |
| Northern pintail | A | Late May – mid-September | 72,472 | 26 | 0.46 |
| Scaup | C | Late May – mid-September | 18,901 | 29 | 0.12 |
| Common eider | C | Late May – late October | 2,682 | — | — |
| King eider | A | Late May – October | 12,823 | 35 | 0.08 |
| Long-tailed duck | A | Late May – October | 56,374 | 26 | 0.35 |
| Scoters | C | Late May – early September | 6,173 | 55 | 0.04 |
| **Passerines** | | | | | |
| Common raven | U | Resident | 66 | — | — |
| Lapland longspur | A | Mid-May – early September | — | — | 9.4 - 24.8 |
| **Raptors** | | | | | |
| Arctic peregrine falcon | U | Mid-April – mid-September | — | — | — |
| Gyrfalcon | U | Resident | 100 | — | — |
| Rough-legged hawk | U | Late April – early October | 600 - 1,000 | — | — |
| Snowy owl | FC | Resident | 858 | — | — |
| **Seabirds** | | | | | |
| Glaucous gull | C | Early May – November | 10,646 | 25 | 0.07 |
| Sabine's gull | FC | Late May – early September | 7,516 | 31 | 0.05 |
| Arctic tern | C | Late May – early September | 15,271 | 31 | 0.10 |
| Jaegers | FC | Late May – mid-September | 6,947 | 24 | 0.04 |
| **Other** | | | | | |
| Ptarmigan | C | Resident | — | — | — |

[1] A = Abundant; C = Common; FC = Fairly Common; and U = Uncommon.
[2] Resident = Present throughout the year.
[3] Values calculated from Breeding Pair Surveys (Platte and Stehn 2004). The Planning Area = 25 percent of the total ACP survey area.
[4] June indices in Breeding Pair Surveys (Platte and Stehn 2004), except ptarmigan and longspur (USDOI BLM and MMS 2003).
mi² = Square miles.
— = Data not available.
Sources: Ritchie and Wildman (2000); Swem (2001); Dau and Hodges (2003); Larned et al. (2003); Mallek et al. (2003); and Platte and Stehn (2004).

Nesting concentrations are scattered across the ACP. The largest concentrations in the Planning Area occur southeast and southwest of Teshekpuk Lake, and in the south central portion of the Planning Area (Map 3-17). Other long-tailed

AFFECTED ENVIRONMENT

duck concentrations occur east of Dease Inlet and in the western portion of the Northwest National Petroleum Reserve – Alaska.

**King eider** is the most abundant eider species on the ACP (Larned et al. 2003). Evidence from counts of eiders as they pass Point Barrow during migration suggest that the king eider population has declined by approximately 56 percent since 1976 (Suydam et al. 2000). In spite of this, Larned et al. (2003) reported an increasing population trend for king eiders on the ACP from 1993 to 2003 with an annual average growth rate of 1.02. King eider winter as far north as open water is available in the Bering and Chukchi seas south through the Aleutian Islands to Kodiak Island. They are also found along coastal areas of Kamchatka Peninsula.

The largest concentration of king eiders in the Planning Area is in a large area south and east of Teshekpuk Lake (Map 3-18). Noel et al. (2001) reported two flocks of eider hens and ducklings on a lake in the Planning Area southeast of Teshekpuk Lake that contained approximately 800 birds in late July. Only one nest was discovered during ground searches around the entire perimeter of this lake during the incubation period, indicating that important brood-rearing areas may not necessarily be important for nesting. Broods may move some distance from nesting to brood-rearing areas.

**Common eider** is a seaduck that nests primarily in loose aggregations or colonies on barrier islands, although they also nest on coastal spits or beaches (Goudie et al. 2000). Nearshore coastal distributions during nesting surveys indicate that breeding pairs of common eiders are more numerous along the coast between the Colville River Delta and the Canadian border than they are along the coast of the Planning Area (Dau and Hodges 2003). Common eiders are generally not reported nesting along the coast of the Planning Area due to the lack of barrier islands along the coast. Low nesting densities occur on barrier islands in the Northwest National Petroleum Reserve – Alaska (Dau and Hodges 2003). Most common eiders from the Beaufort Sea population probably winter from the Bering Sea pack ice, south to the Aleutian Islands and Cook Inlet. Suydam et al. (2000) reported declining numbers of common eiders in the Barrow area in recent years.

### 3.3.6.4    Shorebirds

The North Slope provides some of the most productive shorebird habitat in northern Alaska (Map 3-19). More than 30 species of shorebirds are known to breed on the North Slope, and as many as 6 million shorebirds are thought to spend the summer in the National Petroleum Reserve – Alaska (Cotter and Andres 2000). Shorebirds occur in greater densities than other bird groups across the ACP. Based on observations on the Colville River Delta and near Barrow, about 15 shorebird species could be expected to breed regularly in the Planning Area and another 20 species could occur as migrants (Troy 2000). Cotter and Andres (2000) recorded 13 species nesting near Inigok in the central portion of the Planning Area during 1998. Burgess et al. (2003b) reported 12 shorebird species nesting on intensively searched study plots in the eastern portion of the Planning Area during 2 years of study. Andres (2004) reported that latitude was the best predictor of shorebird density and species richness for all species combined in the National Petroleum Reserve – Alaska with higher densities recorded in more northern latitudes. The greatest densities occurred at sites with high percentages of flooded and wet sedge-moss vegetation types; densities were lower at inland sites which were drier and had more shrubs. The most abundant species were semipalmated and pectoral sandpipers, and red phalarope.

In general, shorebirds are present on the North Slope from May to September. After hatching, brood-rearing shorebirds move to tundra and aquatic habitats adjacent to their nests. Many shorebirds move to coastal habitats to feed before migrating. Adults often migrate before juvenile birds, and juvenile shorebirds may not leave until late August or September (Johnson and Herter 1989, Andres 1994). Fall flocks may sometimes be composed entirely of juvenile birds. Wintering areas for shorebirds vary among species and include locations in the lower 48 states, Mexico, Central and South America, Asia, and Africa. One shorebird species, the buff-breasted sandpiper, regularly occurring in the Planning Area, is on the BLM Sensitive Species List for Alaska (Appendix G).

Shorebird nesting densities on the ACP vary depending on location and habitat (Table 3-9). Cotter and Andres (2000) reported shorebird nest densities of 30 nests per mi$^2$ on study plots in drained-lake basin habitat, but only 5 nests per

**Exhibit 42, page 138 of 300**

AFFECTED ENVIRONMENT

### Caribou

Caribou herds are defined by the geographic location of their calving areas because cow caribou have high fidelity to calving areas and usually return each year following seasonal migrations (Skoog 1968; Cameron and Whitten 1986; Davis et al. 1986). Genetic data and field observations indicate that fall and winter ranges of different herds sometimes overlap, and that this may result in some interbreeding between herds (Skoog 1968; Whitten and Cameron 1983; Prichard et al. 2001; Cronin et al. 2003).

**Table 3-10. Mammal Species Known or Suspected to Occur in the Planning Area.**

| Common Name | Scientific Name | Iñupiaq Name | Abundance[1] |
|---|---|---|---|
| **Large Mammals** | | | |
| Arctic fox | *Alopex lagopus* | Qusrhaaq/tiġiganniaq/qułhaaq | Common |
| Caribou | *Rangifer tarandus* | Tuttu | Abundant |
| Gray wolf | *Canis lupus* | Amaġuq | Rare or accidental |
| Grizzly (brown) bear | *Ursus arctos* | Akłaq | Uncommon |
| Lynx | *Lynx canadensis* | Niutuuyiq/niutuiyiq/nuutuuyiq | Rare or accidental |
| Moose | *Alces alces* | Tiniikaq/tuttuvak/titiniika | Uncommon |
| Muskox | *Ovibos moschatus* | Umiŋmak/imummak | Uncommon |
| Red fox | *Vulpes vulpes* | Kavviaq/kayuqtuq | Uncommon |
| Wolverine | *Gulo gulo* | Qavvik/qapvik | Uncommon |
| **Small Mammals** | | | |
| Arctic ground squirrel | *Spermophilus parryii* | Siksrik | Abundant |
| Barrenground shrew | *Sorex ugyunak* | Ugrugnaq | Common |
| Brown lemming | *Lemmus trimucronatus* | Aviŋŋaq | Uncommon |
| Collared lemming | *Dicrostonyx groenlandicus* | Qilaŋmiutauraq | Common |
| Ermine (short-tailed weasel) | *Mustela erminea* | Itiġiaq/tiġiaq | Common |
| Least weasel | *Mustela nivalis* | Naulayuq | Uncommon |
| Northern red-backed vole | *Clethrionomys rutilus* | Aviññaq | Rare or accidental |
| Singing vole | *Microtus miurus* | — | Common |
| Snowshoe hare | *Lepus americanus* | Ukalliuraq/ukalliq | Rare or accidental |
| Tundra shrew | *Sorex tundrensis* | Ugruŋnaq | Uncommon |
| Tundra vole | *Microtus oeconomus* | Aviññaq | Uncommon |
| **Other Mammals** | | | |
| Coyote | *Canis latrans* | Amaġuuraq | Rare or accidental |
| Mink | *Mustela vison* | Tiġiaqpak | Rare or accidental |
| Porcupine | *Erethizon dorsatum* | Iluqutaq/qiṇaġluk | Rare or accidental |
| River otter | *Lontra canadensis* | Pamiuqtuuq | Rare or accidental |

[1] Abundant – species is present in great numbers in an area; Common – species is very likely to be seen in a given area but in fewer numbers than an abundant species; and Uncommon – a species that is regularly present but it seen infrequently. Species designated as rare or accidental are at the limit of their range.
Source: This table was modified from Phillips Alaska, Inc. (2001).

There are four caribou herds in Arctic Alaska: the Teshekpuk Lake Herd (Map 3-21), the Central Arctic Herd (CAH; Map 3-22), the Western Arctic Herd (WAH; Map 3-23), and the Porcupine Caribou Herd. Caribou of the TLH and CAH have a portion of their ranges in the Planning Area (Maps 3-21 and 3-22). Since the Planning Area is not used

**Exhibit 42, page 139 of 300**

AFFECTED ENVIRONMENT

by the Porcupine Caribou Herd and is peripheral range for the WAH, these two herds are not discussed further (USDOI BLM and MMS 2003).

**Teshekpuk Lake Herd (TLH)**

Sources of information on the TLH include White et al. (1975); Davis and Valkenburg (1978, 1979); Silva (1985); Dau (1986); Carroll (1992, 1995, 1997, 1999a, 2001, 2003); Philo et al. (1993c); Brower and Opie (1996, 1997); Whitten (1997); Cronin et al. (1998a); USDOI BLM and MMS (1998, 2003); Noel (1999, 2000); Ballard et al. (2000); Kellyhouse (2001); Pritchard et al. (2001); Jensen and Noel (2002); National Research Council [NRC] (2003); Prichard and Murphy (2004); and Noel and George (In Press).

**Population Status and Range.** The TLH was recognized as a separate herd from the WAH and CAH in the mid-1970s (Davis and Valkenburg 1978). The primary range of the TLH is the North Slope west of the Colville and Itkillik rivers, with the peripheral range sometimes extending as far south as the Nulato Hills of the Brooks Range and as far east as the Arctic National Wildlife Refuge.

Most of the herd's range is in the northern portion of the National Petroleum Reserve – Alaska (Map 3-21). In one study, the annual range of individual radio-collared caribou varied from 1,388 mi$^2$ to 80,670 mi$^2$. Visual estimates of the number of animals in the TLH were recorded in 1978 (3,000 to 4,000 caribou), and 1981-1982 (4,000 caribou; BLM unpublished data). In 1984, the first photocensus of the TLH counted 11,822 caribou. Other photocensus estimates in 1985 (13,406 caribou), 1989 (16,649 caribou), and 1993 (27,686 caribou) documented a steady increase in the TLH. This was followed by a decrease in the herd estimate in 1995 (25,076 caribou). The estimate again increased in 1999 (28,627 caribou) and in 2002 (45,166 caribou). It is most likely that the 1999 photocensus resulted in an underestimate, and the herd has gradually increased since the mid 1990's (Carroll, pers. comm.).

**Migration.** Most TLH caribou begin migrating from winter ranges across northwestern Alaska to the Teshekpuk Lake area during May. By early June, most of the cows move into calving areas around the lake. After calving, most TLH caribou move north of Teshekpuk Lake, with most parturient cows traveling through the narrow migration corridor between the lake and the Kogru River. Most of the herd uses the area along the coast for insect relief. After the insect-relief period, TLH caribou spread out and can be found across the North Slope coastal plain, primarily within the National Petroleum Reserve – Alaska. Fall movements of the TLH are variable among individual caribou and years. Most TLH caribou winter on the National Petroleum Reserve – Alaska coastal plain, but occasionally some or most of the herd winters in other places such as Anaktuvuk Pass or northwestern Alaska as far south as the Nulato Hills.

**Calving Grounds.** The calving grounds of the TLH are primarily in the northern portion of the Planning Area near Teshekpuk Lake (Map 3-24). If snowmelt occurs in late spring, more caribou will calve south of the lake than if snowmelt occurs in early spring. Kelleyhouse (2001) reported that the size of the TLH annual calving grounds ranged between 938 mi$^2$ and 1,861 mi$^2$.. Recent calving by the TLH has been concentrated southeast and northeast of Teshekpuk Lake (Prichard and Murphy 2004). Carroll (2001) reported that in 2000 calving occurred all around Teshekpuk Lake and that more calves than usual were seen south and west of the lake. Aerial transect data (1999–2001) agree with telemetry data (1990-2004) that during the calving period, caribou use the entire area around Teshekpuk Lake (Carroll, pers. comm.).

The importance of this area to calving caribou is emphasized by observed calving success in abnormal years. The return of pregnant cow caribou to the Teshekpuk Lake area can be delayed in years when the caribou migrate further away during winter, or when snow-pack is deeper than normal and/or spring melt-off is later than normal. When their return to the Teshekpuk Lake area is delayed, more cows than usual drop their calves along the way and this in turn results in lower calving success. During 1996-97 most of the herd migrated much farther south than usual and many cows arrived late to the Teshekpuk Lake area. Only 8 of 21 collared caribou were found in the lake area during calving time and 6 of these calved successfully. Of the other 13 collared cows, only one calved successfully for an overall successful calving percentage of 33 percent. In 2001, heavy snow and a late snow melt-off slowed the migration and only 16 (44 percent) of 36 collared cows calved successfully. Calving success for collared cows that

**Exhibit 42, page 140 of 300**

did make it back to the Teshekpuk Lake area in 2001 was much better (88 percent) than ones found outside the area (10 percent).

**Summer Distribution and Insect-relief Areas.** The Teshekpuk Lake area is important as summer range because of prevailing winds and proximity to the coast, river deltas, and lake edge that provide insect-relief habitat and adjacent forage (Maps 3-25 and 3-26, which show where insect density is greatest). On the ACP, caribou behavior and movements during summer are greatly influenced by harassment from mosquitoes and oestrid flies. During periods with little or no insect activity, summer distribution of caribou may be related to the availability of easily digestible forage.

The TLH summer range is between Barrow and the Colville River. In June and July, caribou are often located around the edges of Teshekpuk Lake and in the area between Teshekpuk Lake and the Beaufort Sea from the Ikpikpuk River to the Kogru River. Many other caribou use habitats as far east as Fish Creek. These areas are used regularly by the TLH for insect relief and foraging. Additionally, small groups of caribou occur at the Pik Dunes (about 18 miles south of Teshekpuk Lake) to avoid insects. Other insect-relief habitats in the summer range include sand dunes and ridges. The relatively narrow land areas on the east and west sides of the Teshekpuk Lake are important travel corridors for caribou moving between habitats north and south of the lake.

**Fall and Winter Range Use and Distribution.** Some caribou in the TLH are present year-round in the Teshekpuk Lake area. During fall (August-September), many caribou have been observed around the lake and as far east as Fish Creek. Use of this area as winter range may involve from 10 to 100 percent of the herd. During most years, the majority of TLH caribou winter on the coastal plain of the National Petroleum Reserve – Alaska, but portions of the herd may also winter in a variety of other places. In some years, portions of the herd have migrated as far as the Nulato Hills to the south, Point Hope to the west, and the Arctic National Wildlife Refuge to the east.

**Harvest.** Subsistence harvest of the TLH is year-round, with most occurring between July and October by residents of Anaktuvuk Pass, Atqasuk, Barrow, Kaktovik, Nuiqsut, Point Hope, and Wainwright. It is difficult to determine precise numbers for TLH harvest because not all hunters report their harvest and because most villages harvest caribou from more than one herd. However, by examining village subsistence harvest studies and using radiotelemetry data to determine the percentage of caribou that are in village hunt areas during harvest season, a reasonable estimate can be made of TLH harvest. Approximately 2,500 TLH caribou in 1999-2000, and 2,760 during 2000-2001, were harvested by residents of North Slope villages. Harvest of the TLH by sport hunters is generally low and mostly confined to the Colville River drainage.

### Central Arctic Herd (CAH)

Sources of information on the CAH include White et al. (1975); Roby (1978); Cameron and Whitten (1979); Whitten and Cameron (1980); Gavin (1983); Carruthers et al. (1984); Lawhead and Curatolo (1984); Dau (1986); Jakimchuk et al. (1987); Fancy et al. (1989); Pollard et al. (1996a, b); Smith (1996); Noel et al. (1998); USDOI BLM and MMS (1998, 2003); Lenart (1999b, 2003); Lawhead and Johnson (2000); Murphy and Lawhead (2000); Noel and Olson (1999a, b); Olson and Noel (2000); Prichard et al. (2001); Burgess et al. (2002); Lawhead and Prichard (2002); Phillips Alaska, Inc. (2002); Douglas et al. (2002); Lawhead et al. (2003); and NRC (2003).

**Population Status and Range.** The range of the CAH extends east and west from the Colville River, to the Canning River and north and south from the Beaufort Sea coast to the southern slope of the Brooks Range (Map 3-22). During summer, the CAH may range short distances west of the Colville River in the Planning Area and east of the Canning River in the Arctic National Wildlife Refuge. The calving grounds are between the Colville and Canning rivers within 100 miles of the Beaufort Sea.

The CAH was estimated at approximately 5,000 caribou in 1975 and increased to approximately 23,444 in 1992. The CAH declined to 18,093 in 1995 and then increased again to 19,730 in 1997 and 27,128 in 2000. The most recent photocensus conducted in 2002 documented approximately 32,000 caribou.

**Exhibit 42, page 141 of 300**

AFFECTED ENVIRONMENT

**Migration.** The CAH caribou migrate between winter range in the Brooks Range and summer range on the ACP. In general, pregnant cows arrive on the ACP between early May and early June, calving occurs between the last week of May and the second week of June, and bulls arrive by early July. A gradual southward fall migration generally occurs after the insect-relief season ends in mid-August.

**Calving Grounds.** The CAH calves between the Colville and Canning rivers to the east of the Planning Area, within 100 miles of the Beaufort Sea, with calving concentrated in areas east and west of the Sagavanirktok River. Calving data in the Colville-Kuparuk region from 1993 to 2002 showed that the greatest calving densities were approximately 12 miles south of the Kuparuk oil field. Lower densities of calving have been reported within and adjacent to the Kuparuk and Milne Point oil fields. Calving has occurred since the oil fields were built in 1980–1981 in these areas, but the proportion of the herd calving in and near the oil fields has decreased since the mid-1980s.

**Summer Distribution and Insect-Relief Areas.** The summer range of the CAH encompasses the area between the Canning and Colville rivers and between the Brooks Range and Beaufort Sea. When harassed by insects, caribou of the CAH typically use coastal areas, river deltas and bars, and non-vegetated habitats such as gravel roads and pads for relief from insects. During periods of harassment by insects, large groups of caribou have been observed along the Beaufort Sea coastline, near Franklin Bluffs, on oil field roads and gravel pads, and on the deltas of the Canning, Kadleroshilik, Kuparuk, Sagavanirktok, Shaviovik, and Staines rivers. Aerial surveys have documented CAH caribou moving west into the Colville River Delta and the Planning Area. The largest such movement (more than 10,000 caribou) occurred in July 2001.

**Winter Range Use and Distribution.** Most CAH caribou move south from the summer range to the mountains and foothills of the Brooks Range. Surveys during March 2001 and February 2002 located caribou north and south of the Brooks Range and east and west of the Dalton Highway/Trans-Alaska Pipeline System (TAPS) corridor. As many as several hundred CAH caribou may overwinter on the ACP, some within the Kuparuk oil field. Fall and winter ranges of the CAH, TLH, and WAH may overlap.

**Harvest.** Local subsistence hunters from Nuiqsut and Kaktovik and non-local hunters harvest between 200 and 900 CAH caribou each year. Non-local subsistence and sport hunters hunt mostly along the Dalton Highway.

## Muskox

Muskox occurred throughout northern Alaska, but they were extirpated from the ACP in the mid-1800s (Hone 1934). Muskox were reestablished by translocation to Nunivak Island near the western Alaska coast in 1935 (Spencer and Lensink 1970), to Barter Island and the Kavik River near the Arctic National Wildlife Refuge in 1969 (Jingfors and Klein 1982, USDOI BLM and MMS 2003), and to the west of the Planning Area near Cape Thompson in 1970 and 1977 (Smith 1989). Thereafter, muskox numbers in northeastern Alaska increased and their range expanded to the Colville River on the west and beyond the Babbage River on the east (Reynolds 1998, USDOI BLM and MMS 2003).

An estimated 270 muskox were counted between the Colville River and the ANWR, 91 animals were recorded west of the TAPS near the Colville River (Whitten 1997), and a breeding population has become established in the Itkillik-Colville rivers area (Map 3-27; Johnson et al. 1996). The latter is the closest known breeding population to the Planning Area. A total of about 800 muskox were observed in the 300-mile area between the Itkillik River west of Prudhoe Bay and the Babbage River in northwestern Canada (Reynolds 1998). A transitory number of lone bulls probably frequent the Planning Area, coming from populations that breed east of the Colville River. Currently, there are small numbers of muskox west of the Colville River (Lenart 1999a).

## Moose

Moose occur at low densities on the ACP, which is the northern limit of the moose's range in Alaska. Moose are widely distributed during the summer, ranging from the northern foothills of the Brooks Range to the Arctic Coast (Map 3-27). As snow accumulates during fall, moose move to riparian corridors of large river systems, where they concentrate in winter. The largest winter concentrations of moose occur in the inland portions of the Colville River

**Exhibit 42, page 142 of 300**

To date, 343 (28 prehistoric and 76 historic AHRS and 239 TLUI) cultural resource sites have been recorded in the Planning Area (Map 3-35; Appendix I). These known cultural resource sites are clustered in a few locales within the Planning Area. This distribution does not reflect locational preference of prehistoric and historic people, but rather indicates that only portions of the Planning Area (e.g., well sites, portions of the coast, the Colville River, the Ikpikpuk River, and the Teshekpuk Lake area) have been examined through some type of organized reconnaissance for the presence of cultural sites. The TLUI sites generally cluster in these same areas with greater density on the lower Ikpikpuk River and associated drainages (NSB 1978, 2003). The absence of recorded cultural sites across most of the Planning Area is simply the result of the limited research that has been conducted there (NSB 1978, 2003; Davis et al. 1981; Hall and Gal 1988). In the most general terms, where inventories and surveys have been conducted, cultural sites usually have been found.

## 3.4.2   Subsistence

Subsistence hunting is an important part of the region's culture. In addition to its cultural significance, subsistence food production can be viewed as import substitution. Because of high transportation costs and a relatively small market size, food costs in North Slope communities are much higher than in Alaska's major urban population areas. According to a NRC (1999) study, young men in Iñupiat communities choosing to balance wage employment with seasonal subsistence activities and higher levels of household cash income are directly correlated with peoples' commitment to natural resource harvesting. Kruse (1986) found that young men participated in major subsistence activities as much as the older generation, and those who had been exposed to Western influences through outside schooling tended to be more interested in subsistence.

The Planning Area is comprised of federal land managed by BLM. Therefore, management of subsistence hunting in the Planning Area is ruled by Title VIII of the ANILCA, which defines subsistence uses as:

> the customary and traditional uses by rural Alaska residents of wild, renewable resources for direct personal or family consumption as food, shelter, fuel, clothing, tools, or transportation; for the making and selling of handicraft articles out of inedible byproducts of fish and wildlife resources taken for personal or family consumption; for barter or sharing for personal or family consumption; and for customary trade (16 USC § 3113).

On federal lands in Alaska, federal law grants subsistence priority over other uses, and federal agencies now are managing these hunts and will continue to do so until legislation bringing state law into compliance with federal regulations can be enacted (USDOI USFWS 1992). The USDOI also manages subsistence fisheries on federal lands (Hulen 1996a, b; Kizzia 1996; Whitney 1996).

The NSB Municipal Code defines subsistence as:

> an activity performed in support of the basic beliefs and nutritional needs of the residents of the borough and includes hunting, whaling, fishing, trapping, camping, food gathering, and other traditional and cultural activities (NSB Municipal Code 19.20.020 [67]).

For Alaska Natives, subsistence is more than the harvesting, processing, sharing, and trading of marine and land mammals, fish, and plants. Subsistence embodies cultural, social, and spiritual values that are the essence of Alaska Native cultures (Bryner 1995, ADNR 1997). The Alaska Federation of Natives (2003) describes subsistence as:

> the hunting, fishing, and gathering activities which traditionally constituted the economic base of life for Alaska's Native peoples and which continue to flourish in many areas of the state today... Subsistence is a way of life in rural Alaska that is vital to the preservation of communities, tribal cultures, and economies. Subsistence resources have great nutritional, economical, cultural, and spiritual importance in the lives of rural Alaskans... Subsistence, being integral to our worldview and among the strongest remaining ties to our ancient cultures, is as much spiritual and cultural, as it is physical.

**Exhibit 42, page 143 of 300**

AFFECTED ENVIRONMENT

Subsistence resources are highly valued and central to the customs and traditions of many cultural groups in Alaska, including the North Slope Iñupiat. These customs and traditions encompass sharing and distribution networks, cooperative hunting, fishing, and ceremonial activities. Subsistence fishing and hunting are important sources of nutrition and non-traditional employment in almost all rural communities. The ADFG estimates that the annual wild food harvest in the Arctic area of Alaska is approximately 10,507,255 pounds, or 516 pounds per person per year. Subsistence harvest levels vary widely from one community to the next. Sharing of subsistence foods is common in rural Alaska (ADFG 2000).

Subsistence is part of a rural economic system, called a "mixed, subsistence-market" economy, wherein families invest money into small-scale, efficient technologies to harvest wild foods (ADFG 2000). Fishing and hunting for subsistence provide a reliable economic base for many rural regions. Domestic family groups who have invested in gill nets, motorized skiffs, and snowmachines conduct these important activities. Subsistence is not oriented toward sales, profits, or capital accumulation (commercial market production), but is focused toward meeting the self-limiting needs of families and small communities. Participants in this mixed economy in rural Alaska augment their subsistence production by cash employment. Cash (from commercial fishing and trapping) and/or wages (from public sector employment, construction, fire fighting, oil and gas industry, or other services) provides the means to purchase the equipment, supplies, and gas used in subsistence activities. The combination of subsistence and commercial-wage activities provides the economic basis for the way of life so highly valued in rural communities (Wolfe and Walker 1987). As one North Slope hunter observed: "The best mix is half and half. If it was all subsistence, then we would have no money for snowmachines and ammunition. If it was all work, we would have no Native foods. Both work well together" (Alaska Consultants, Inc. [ACI] et al. 1984).

Full-time, year-round wage employment has positively and negatively affected the pursuit of subsistence resources. It has positively affected the subsistence hunt by providing cash for snowmachines, boats, motors, fuel, equipment, and ammunition required for the hunt. Full-time year-round employment limits the time a subsistence hunter can spend hunting to after work hours. Employment in the oil fields or away from the communities further limits the pursuit of subsistence resources, as the primary hunters may be away working at the best times for harvesting certain resources. During midwinter, this time window is further limited by waning daylight. In summer, extensive hunting and fishing activities can be pursued after work without any light limitation, but travel is limited to raised ground and waterways by difficult travel on wet tundra. Speaking at the 2001 meeting in Nuiqsut for the *Liberty Development and Production Plan Draft EIS*, Rosemary Ahtuangaruak, then-acting mayor of the community, put the conflict in these terms: "They require the guns and the snowmachines to allow them to harvest in the narrow windows of time that exist due to commitment to work. They are torn by the traditional needs of providing from the land and the stresses of needing cash to purchase items that save on time" (USDOI MMS 2001).

The following sections briefly describe subsistence harvest activities in and near the Planning Area. A more detailed discussion of contemporary subsistence activities, including activities conducted by the residents of Anaktuvuk Pass, Atqasuk, Barrow, and Nuiqsut, is in Appendix J.

### 3.4.2.1    Annual Cycle of Harvest Activities

The primary subsistence-harvest areas for Barrow, Atqasuk, Nuiqsut, and Anaktuvuk Pass, communities whose residents harvest or rely on subsistence resources that may spend time in the Planning Area, are shown in Map 3-36. Seasonal movement to hunting sites and camps for subsistence activities involves travel over and use of extensive areas from as much as 70 miles offshore to the mountains of the Brooks Range. Barrow and its environs have a long history of use by Iñupiat hunters, with numerous archaeological deposits attesting to a long and continuous occupation. Atqasuk and Nuiqsut represent seasonally occupied traditional subsistence use areas that were recently reestablished as sedentary villages, as people who had moved to Barrow from these areas after World War II returned to places where they had historic connections. Knowledge of the land and subsistence resource availability in those formerly used areas was part of the web of connections to these areas (IAI 1990a, b).

**Exhibit 42, page 144 of 300**

### 3.4.2.2    Community Subsistence-Harvest Patterns

Subsistence resources are often harvested from specific camps where multiple resource harvest opportunities are available in each season. Generally, communities harvest resources nearest to them, but harvest activities may occur anywhere in the Planning Area. Harvests tend to be concentrated near communities, along rivers and coastlines at particularly productive sites. The distribution, migration, and the seasonal and more extended cyclical variation of animal populations makes determining what, where, and when a subsistence resource will be harvested a complex activity. Areas might be used infrequently, but they can be quite important harvest areas when they are used (USDOI BLM 1978e).

Species use and harvest success can vary greatly over short periods of time, and short-term harvest data analyses can be misinterpreted as a result. For example, if a particular community did not harvest any bowhead whales in one year, community use of caribou and other species likely would increase in absolute and percent terms to compensate for the loss of that resource. If caribou are not available in one winter, other marine and terrestrial species would be hunted with greater intensity. Similar scenarios have taken place in Kaktovik and Nuiqsut in the last 25 years (Brower and Hepa 1998). In cases such as these, the cultural value of sharing and reciprocity ensures that other communities will contribute subsistence foods to the communities affected. In some cases, communities have sponsored hunts in their vicinity for communities suffering a harvest failure—Anaktuvuk Pass and Nuiqsut have recently participated in such an exchange (Stephen R. Braund and Associates [SRBA] 2003b). The reliance on household survey data could result in underestimation of actual harvests. While the data may suggest how wide an area is being avoided, it does not indicate how Nuiqsut's residents have adjusted or will adjust to the Alpine field or other development near the village. Household surveys may not address people who harvest in all possible geographic areas. However, household surveys provide the best available data at this time.

While subsistence resource harvests differ between communities, the resource combination of bowhead whales, caribou, and fish are the main subsistence resources for Barrow, Nuiqsut, and Atqasuk. Bowhead whale hunting, which includes a great deal of cooperation and preparation year-round, is the impetus and focus of the Iñupiat sociocultural system. The bowhead whale is the preferred meat and the subsistence resource of primary importance because it provides a unique and powerful cultural basis for sharing and community cooperation (Stoker 1983). Caribou is the most important overall subsistence resource in terms of number of animals harvested and consumed, and the greatest frequency of hunting trips taken. Depending on the community, fish is the second or third most important resource after caribou and bowhead whales. Bearded seals and waterfowl are also considered primary subsistence species. Seal meat, oil, and hides are important staples and necessary complements to other subsistence foods. Seal oil, in particular, is desired for use as a condiment. Waterfowl are important during the spring, when they provide the first fresh meat of spring and add variety to the subsistence diet. Migratory birds from the project area are important to Native peoples in western, southwestern, and interior Alaska, and along the Pacific Flyway.

The subsistence pursuit of bowhead whales is of major importance to the communities of Barrow and Nuiqsut, and some Atqasuk men whale with Barrow or Wainwright crews. The sharing of whale *maktak* and meat is important to inland communities. Whaling continues to be the most valued activity in the subsistence economy of these communities, even in light of harvest constraints imposed by International Whaling Commission quotas. Seasonally plentiful supplies of other subsistence resources such as caribou and fish, as well as supplies of retail grocery foods, supplement and support whale harvests. Whaling traditions include kin-based crews, use of skin boats in Barrow for their spring whaling season, onshore preparations for distribution of the meat, and regional and extra-regional participation and sharing. These traditions remain central values and activities for Iñupiat in these North Slope communities. Bowhead whaling strengthens family and community ties and the sense of a common Iñupiat heritage, culture, and way of life. In this way, whaling activities provide strength, purpose and unity in the face of rapid change. Barrow is the only community within the area that harvests whales in both the spring and the fall. Subsistence whaling for the community of Nuiqsut occurs only during the fall season, although some Nuiqsut hunters travel to Barrow to participate with Barrow whaling crews during the spring whaling season (NSB 1998).

**Exhibit 42, page 145 of 300**

AFFECTED ENVIRONMENT

### 3.4.2.3     Traditional Iñupiat Settlement Patterns and Subsistence Use Areas

The North Slope Iñupiat have undergone numerous changes as they adapted to changing cultural, social and physical environments. Before sustained contact with Euro-Americans, the Iñupiat moved seasonally between coastal and riverine environments on the ACP, gathering at communally recognized locations for seasonal bowhead whale hunts or cooperative hunts using caribou drive lines and subsequent celebrations of successful harvests. If the whale harvest was successful, the meat and *maktak* were distributed and a celebration, *Nalukataq*, was held. The Iñupiat would again disperse to coastal and riverine winter residences after whaling (SRBA and Institute of Social and Economic Research [ISER] 1993). Numerous regional groups of Iñupiat and Athabaskans gathered at trading fairs, including one in the Nuiqsut area (Elavgak *in* Brown 1979).

The Iñupiat developed adaptive responses to the variable distribution and availability of subsistence resources, including sociocultural and technological strategies. Sociocultural strategies included an emphasis on sharing and hospitality, non-restrictive land use rules, wide-ranging mobility to extract sparsely distributed resources, and an adaptive set of hunting rules and techniques. Examples of hunting rules included letting caribou herd leaders pass so the main herd follows and taking only as many caribou as necessary. Examples of hunting techniques included the use of caribou drivelines and *allu*, or breathing hole, hunting for seals. Technological adaptations included specialized tools for harvesting subsistence species, innovation as new materials were introduced (e.g., steel, plastic, woven fabrics), and a willingness to adopt new technologies from other cultures if there were clear advantages in their use (e.g., rifles, outboard motors, snowmachines; Brown 1979; IAI 1990a, b).

Euro-American contact began intermittently in the early 19th century and intensified with the shift of commercial whaling north of the Bering Strait in the 1850s. The establishment of a shore-based whaling station at Barrow in 1884 brought Iñupiat from other areas to Barrow in pursuit of wage employment, access to technologically advanced and trade goods, and increased trade opportunities. Eskimo people from as far as Siberia and Saint Lawrence Island moved to Barrow to participate in the commercial whale harvest. After the Pacific Steam Whaling Company ceased shore-based whaling from Barrow in 1896, Iñupiat whalers took over the shore-based whale harvest, with more affluent captains maintaining as many as six crews year-round (SRBA and ISER 1993).

Changes in resource distribution, fluctuations in whale and caribou populations, epidemic disease, and prolonged contact with Euro-Americans caused major changes in the geographic distribution and lifeways of the Iñupiat (SRBA and ISER 1993). The eventual depletion of whales and other marine mammals, as well as the increased hunting pressure caused by the need to provision commercial whaling crews, may have caused critical resource shortages. The promise of jobs and access to trade goods in conjunction with famine and disease caused a decline in the overall population of the region and the relocation of inland peoples to the coastal villages. In response to the famine and a need to feed stranded commercial whalers, the federal government instituted reindeer herding programs in Point Hope, Wainwright, and Barrow, which lasted until the 1930s. The Barrow reindeer herd dispersed by 1952 because of inattention, predation by wolves, and assimilation into wild caribou herds.

Commercial whaling ended by 1910, and fur trapping became an alternative method for the Iñupiat to participate in the cash economy. While commercial whaling had brought Iñupiat from the interior to the coast, specifically to Barrow and Wainwright, trapping encouraged the Iñupiat to disperse along the coast and return to the interior to winter trapping camps. The Depression forced fur prices down and made trapping unprofitable for Iñupiat hunters. Following the Depression, the Iñupiat population again aggregated into centralized communities following the establishment of schools, missions, and churches, and the enforcement of truancy laws. Economic growth presented opportunities that drew Iñupiat to the growing cities of Fairbanks and Anchorage (Hoffman et al. 1988).

During World War II, the U.S. Navy and other federal agencies began exploring the then PET-4, mapping the Beaufort Sea coast, and establishing research stations near Barrow (Ebbley and Joesting 1943). After the war, DEW-Line sites provided employment to Iñupiat people and allowed them to continue to use subsistence resources while providing access to Euro-American goods and services (Hoffman et al. 1988). Wage employment (e.g., National

**Exhibit 42, page 146 of 300**

in itself, although community status and esteem accrue to the generous. The sharing and exchanging of subsistence resources strengthen kinship ties (Nelson 1969; Burch 1971; Worl 1979; ACI et al. 1984; Luton 1985; Chance 1990).

The following describes the communities that may be affected by development in the Planning Area. These community-specific descriptions discuss factors relevant to the sociocultural analysis of the community in relation to industrial activities, population, and current socioeconomic conditions. Following these descriptions, social organization, cultural values, and other issues of all the communities are discussed.

### Atqasuk

Atqasuk is a small, predominantly Iñupiat community, located inland from the Arctic Ocean on the Meade River about 60 miles south of Barrow. In 2000, there were 228 residents, 94.3 percent of whom were Iñupiat (USDOC Bureau of the Census 1991, 2000). The community was established in the mid-1970s under the ANCSA by Barrow residents who had traditional ties to the area. People lived in tents until NSB-sponsored housing arrived in 1977. Atqasuk is an inland village and caribou and fish are the primary subsistence resources. Social ties between Barrow and Atqasuk remain strong, and men from Atqasuk go to Barrow to join bowhead whaling crews.

To a large degree, Atqasuk has avoided the rapid social and economic changes experienced by Barrow and Nuiqsut brought on by oil development activities, but future change could accelerate as a result of oil exploration and development in the National Petroleum Reserve – Alaska. Possible new pipeline routes could cross Atqasuk's terrestrial subsistence-harvest areas, as most of its traditional subsistence-use area is within the Northwest National Petroleum Reserve – Alaska. Atqasuk is located to the west of the Planning Area, and the eastern edge of its subsistence-use area approaches the western boundary of the Planning Area.

### Barrow

On the North Slope, Barrow is the largest community and the regional center. Barrow's entire terrestrial subsistence-harvest area is within the boundary of the National Petroleum Reserve – Alaska, and the Planning Area is considered Barrow subsistence territory. Barrow already has experienced dramatic population changes because of increased revenues from onshore oil development and production in Prudhoe Bay and other smaller oil fields; these revenues have stimulated the NSB Capital Improvement Projects. Barrow is the largest community on the North Slope and its regional center. Barrow's population in 2003 was 4,417 (Alaska Department of Labor and Workforce Development [ADOLWD] 2004).

### Nuiqsut

Nuiqsut, one of three abandoned Iñupiat villages in the North Slope region identified in the ANCSA, was resettled in 1973 by 27 families from Barrow. The population was 354 (92.7 percent Iñupiat) in 1990 and 433 (89.1 percent Iñupiat) in 2000 (USDOC Bureau of the Census 1991, 2000). Between 1990 and 2000, the population of Nuiqsut grew at a rate of 2.2 percent per year, which was slower than the rate of growth during the previous decade, and also slower than the growth of Barrow. However, Nuiqsut grew faster than Atqasuk during this period. Today, Nuiqsut is experiencing rapid social and economic change, with a new hotel, an influx of non-Iñupiat oil workers from the Alpine field adjacent to the community, and potential development of oil in the National Petroleum Reserve – Alaska. Much of Nuiqsut's subsistence use occurs within the proposed Planning Area, including many of its subsistence-harvest areas for caribou, fish, and birds. The estimated population for 2003 is 416 (ADOLWD 2004).

### 3.4.3.3    Characteristics of the Population

The North Slope includes two relatively distinct populations: local residents who are predominately indigenous Iñupiat natives, and the oil and gas industry workforces, who rotate on a regular schedule and are temporary worker/residents in the region. As temporary residents, the oil and gas industry workers have minimal participation in the local economy, and their needs for all services are provided by industry. On the other hand, full-time residents of the region form the primary social structure and the local economy.

Exhibit 42, page 147 of 300

AFFECTED ENVIRONMENT

The North Slope has a fairly homogeneous population of Iñupiat—about 72 percent in 1990. This is an approximation, as the 1990 Census did not distinguish between Iñupiat and other Alaskan Natives and American Indians, although there were only 110 individuals (1.8 percent of the total NSB population) in the NSB that fell into these latter two classifications. The Census did distinguish between Eskimo, Aleut, and Indian, although Iñupiat, Yup'ik, Cup'ik, and Siberian Yup'ik were grouped together as "Eskimos;" "Indians" included the Haida, Eyak, and Tsimsian Athabascan tribes. The percentage in 1990 ranged from 92.7 percent Iñupiat in Nuiqsut to 61.8 percent Iñupiat in Barrow (USDOC Bureau of the Census 1991). In 1990, the populations of the communities near the Planning Area were 139 in Point Lay, 492 in Wainwright, 3,469 in Barrow, 216 in Atqasuk, and 354 in Nuiqsut. In 2000, population counts were 247 for Point Lay, 546 for Wainwright, 228 for Atqasuk, 4,581 for Barrow, and 433 for Nuiqsut (USDOC Bureau of the Census 2000). The percentages in 2000 ranged from 89.1 percent Iñupiat in Nuiqsut to 64.0 percent Iñupiat in Barrow. In 2000, 5,450 (73.8 percent) NSB residents reported they were all or part Alaska Native or American Indian. Although the Census did not differentiate between Eskimo, Aleut, and Indian, it did ask for the individual's "Alaska Native or American Indian tribe(s)." Based on tribal data, at least 4,594 of the 7,385 NSB residents were Eskimo.

North Slope society responded to early contacts with outsiders by successfully changing and adjusting to new demands and opportunities (Burch 1975a; Worl 1978; NSB Contract Staff 1979). Since the 1960s, the North Slope has witnessed a period of intense change, with the pace of change quickened by the area's oil developments (Lowenstein 1981). In the Prudhoe Bay/Kuparuk River industrial complex, oil-related work camps have altered the seascape and landscape, making some areas off limits to traditional pursuits such as hunting. Large NSB Capital Improvement Projects have dramatically changed the physical appearance of NSB communities.

Social services have increased dramatically from 1970 to the present, with increased NSB budgets and grants acquired by or through the Arctic Slope Native Association and other nonprofit organizations, and village and regional tribal governments. In 1970 and 1977, residents of North Slope villages were asked about their state of well being in a survey conducted by the University of Alaska-Anchorage (UAA) Institute of Social and Economic Research (Kruse et al. 1983). The survey noted significant increases in complaints about alcohol and drug use in all villages between 1970 and 1977. Health and social-services programs have attempted to meet the needs of alcohol and drug-related problems with treatment programs and shelters for wives and families of abusive spouses and with greater emphasis on recreational programs and services, yet a lack of adequate funding for individual NSB city governments has hampered the development of these programs. In addition, declining revenues from the State of Alaska have seriously impaired the overall function of NSB city governments. Partnering together, tribal governments, city governments, and the NSB government may be able to provide programs, services, and benefits to residents. For several years, all communities in the NSB have banned the sale of alcohol, although alcohol possession is not banned in Barrow, and many communities are continually under pressure to bring the issue up for a local referendum vote (NSB 1998).

The introduction of modern technology has tied the Iñupiat subsistence economy to a cash economy (Kruse et al. 1982 *in* IAI 1990b). Nevertheless, oil-supported revenues help support a lifestyle that still is distinctly Inupiaq; indeed, outside pressures and opportunities have sparked what may be viewed as a cultural revival (Lantis 1973). What exists in the communities of the North Slope is a dual economic system "in which a modern cash economy and traditional subsistence are interwoven and interdependent," and through which the culture adapts and perpetuates itself (USDOI BLM 1979a, NSB 1998). People continue to hunt and fish, but aluminum boats, outboards, and all-terrain vehicles now help blend these pursuits with wage work. Iñupiat whaling remains a proud tradition that involves ceremonies, dancing, singing, visiting, cooperation between communities, and the sharing of foods. The possible effects of the proposed action on subsistence have been and will continue to be a major issue for residents in the North Slope communities.

The baseline of the present sociocultural system includes change and strain. The very livelihood and culture of North Slope residents have come under increasing scrutiny, regulation, and incremental alteration. Increased stresses on social well being and on cultural integrity and cohesion have come at a time of relative economic well being. The expected challenges on the culture by the decline in Capital Improvement Projects funding from the state have not been as significant as once expected. The buffer effect has come mostly through the dramatic growth of the NSB's

**Exhibit 42, page 148 of 300**