own permanent fund, the NSB taking on more of the burden of its own capital improvements, and its emergence as the largest employer of local residents. However, NSB revenues from oil development at Prudhoe Bay are on the decline, and funding challenges (and subsequent challenges to the culture) continue as the state legislature alters accepted formulas for NSB bonding and funding for rural school districts.

North Slope residents exhibit an increasing commitment to area-wide political representation, local government (the revitalization of the Indian Reorganization Act [IRA] tribal governments), and the cultural preservation of such institutions as whaling crews and dancing organizations, as well as the revival of traditional seasonal celebrations. The NSB's Commission on Iñupiat History, Language, and Culture is an important body for preserving Iñupiat heritage, from conducting elders conferences and other cultural activities to preserving oral histories and actively pursuing the repatriation of cultural artifacts and remains under the Native American Graves Protection and Repatriation Act (Kruse et al. 1983; ACI et al. 1984; USDOI MMS 1994, 1995a, 1996a, 1997; USDOI BLM 1997; NSB 1998).

#### 3.4.3.4 Institutional Organization of the Communities

The NSB provides most government services for the communities that might be affected by activity in the Planning Area. These services include public safety, public utilities, fire protection, and some public-health services. Future fiscal and institutional growth is expected to slow because of economic constraints on direct Iñupiat participation in oil-industry employment and growing constraints on the statewide budget, although NSB revenues have remained healthy and its own permanent fund account continues to grow as does its role as primary employer in the region (Kruse et al. 1983; Harcharek 1992, 1995). The ASRC, formed under ANCSA, runs several subsidiary corporations. Most of the communities also have a village corporation, a Traditional Village or IRA Village Council, and a city government. The IRAs and village governments have not provided much in the way of services, but village corporations have made service contributions.

### 3.4.4 Environmental Justice

The Iñupiat, a recognized Alaska Native minority, are the predominant residents of the NSB. The Iñupiat rely heavily on subsistence foods. Oil and gas exploration and development could affect the subsistence resources and harvest practices they depend upon.

Environmental justice is an initiative that culminated with President Clinton's February 11, 1994, EO 12898, "Federal Actions to Address Environmental Justice in Minority Populations and Low-Income Populations," and an accompanying Presidential memorandum. The EO requires that each federal agency consider environmental justice to be part of its mission. Its intent is to promote fair treatment of people of all races, so no person or group of people bears a disproportionate share of the negative environmental effects from the country's domestic and foreign programs. While the EO focuses on minority and low-income populations, the USEPA defines environmental justice as the "equal treatment of all individuals, groups or communities regardless of race, ethnicity, or economic status from environmental hazards" (Envirosense 1997, U.S. Department of Energy 1997). Specific to the EIS process, the EO requires that proposed projects be evaluated for "disproportionately high adverse human health and environmental effects on minority populations and low income populations."

Executive Order 13175, "Consultation and Coordination with Indian Tribal Governments," requires the BLM to consult with Iñupiat tribal governments of the North Slope on federal matters that significantly or uniquely affect their communities. The USEPA's Environmental Justice guidance of July 1999 stresses the importance of government-to-government consultation. As one way to foster tribal participation and mitigate exploration and development impacts in the Planning Area, the BLM created the Subsistence Advisory Panel in 1998. Representatives from the communities of Anaktuvuk Pass, Atqasuk, Barrow, Nuiqsut, and Wainwright, a representative from the NSB, and BLM decision-makers, compose the Subsistence Advisory Panel. Since its inception, the Subsistence Advisory Panel has met numerous times in NSB communities, resulting in an ongoing dialogue that will guide the BLM in making decisions on future exploration and development activities in the National Petroleum Reserve – Alaska.

# CHAPTER 4

# ENVIRONMENTAL CONSEQUENCES

## Sections 4.1 to 4.6

# TABLE OF CONTENTS

Page


4.1 Preview of this Section ....4-9
4.1.1 Relative Severity Criteria, Best Management Practices, and Mitigation....4-9
4.2 Introduction and Basic Assumptions for the Environmental Consequences Assessment....4-10
4.2.1 Ground-impacting Management Actions ....4-10
4.2.1.1 Activities Not Associated With Oil and Gas Exploration and Development....4-11
4.2.1.2 Oil and Gas Exploration and Development Activities ....4-14
4.2.2 Oil Spills....4-45
4.2.2.1 History of North Slope Oil Spills ....4-46
4.2.2.2 Northeast National Petroleum Reserve – Alaska Oil Spill Analysis....4-47
4.2.2.3 Spills Associated with Gas-Only Development ....4-49
4.2.2.4 Fate and Behavior of Spilled Oil ....4-50
4.2.2.5 Spill Prevention and Response ....4-54
4.3 Alternative A (No Action Alternative) ....4-56
4.3.1 Air Quality....4-56
4.3.1.1 Activities Not Associated With Oil and Gas Exploration and Development....4-56
4.3.1.2 Oil and Gas Exploration and Development Activities ....4-57
4.3.1.3 Effectiveness of Stipulations ....4-59
4.3.1.4 Conclusion....4-59
4.3.2 Paleontological Resources....4-60
4.3.2.1 Activities Not Associated With Oil and Gas Exploration and Development....4-60
4.3.2.2 Oil and Gas Exploration and Development Activities ....4-60
4.3.2.3 Effectiveness of Stipulations ....4-61
4.3.2.4 Conclusion....4-61
4.3.3 Soil Resources ....4-62
4.3.3.1 Activities Not Associated With Oil and Gas Exploration and Development....4-62
4.3.3.2 Oil and Gas Exploration and Development Activities ....4-62
4.3.3.3 Effectiveness of Stipulations ....4-65
4.3.3.4 Conclusion....4-65
4.3.4 Water Resources....4-66
4.3.4.1 Surface Water and Groundwater Resources....4-66
4.3.4.2 Surface Water and Groundwater Quality ....4-70
4.3.4.3 Effectiveness of Stipulations ....4-72
4.3.4.4 Conclusion....4-72
4.3.5 Vegetation....4-73
4.3.5.1 Activities Not Associated With Oil and Gas Exploration and Development....4-73
4.3.5.2 Oil and Gas Exploration and Development Activities ....4-74
4.3.5.3 Effectiveness of Stipulations ....4-79
4.3.5.4 Conclusion....4-79
4.3.6 Wetlands and Floodplains ....4-80
4.3.6.1 Soils....4-80
4.3.6.2 Water Resources....4-81
4.3.6.3 Vegetation ....4-81
4.3.6.4 Effectiveness of Stipulations ....4-82
4.3.6.5 Conclusion....4-82
4.3.7 Fish ....4-83
4.3.7.1 Freshwater and Anadromous/Amphidromous Fish....4-83
4.3.7.2 Marine Fish....4-91
4.3.7.3 Essential Fish Habitat....4-94
4.3.7.4 Subsistence Harvest....4-94

4.3.8 Birds ....................4-96
4.3.8.1 Activities Not Associated With Oil and Gas Exploration and Development ....................4-97
4.3.8.2 Oil and Gas Exploration and Development Activities ....................4-98
4.3.8.3 Effectiveness of Stipulations ....................4-106
4.3.8.4 Conclusion ....................4-106
4.3.9 Mammals ....................4-107
4.3.9.1 Terrestrial Mammals ....................4-107
4.3.9.2 Marine Mammals ....................4-119
4.3.10 Threatened and Endangered Species ....................4-123
4.3.10.1 Activities Not Associated With Oil and Gas Exploration and Development ....................4-123
4.3.10.2 Oil and Gas Exploration and Development Activities ....................4-124
4.3.10.3 Effectiveness of Stipulations ....................4-129
4.3.10.4 Conclusion ....................4-129
4.3.11 Cultural Resources ....................4-130
4.3.11.1 Activities Not Associated With Oil and Gas Exploration and Development ....................4-130
4.3.11.2 Oil and Gas Exploration and Development Activities ....................4-131
4.3.11.3 Effectiveness of Stipulations ....................4-132
4.3.11.4 Conclusion ....................4-132
4.3.12 Subsistence ....................4-133
4.3.12.1 Activities Not Associated With Oil and Gas Exploration and Development ....................4-133
4.3.12.2 Oil and Gas Exploration and Development Activities ....................4-135
4.3.12.3 Effectiveness of Stipulations ....................4-138
4.3.12.4 Conclusion ....................4-139
4.3.13 Sociocultural Systems ....................4-139
4.3.13.1 Activities Not Associated With Oil and Gas Exploration and Development ....................4-141
4.3.13.2 Oil and Gas Exploration and Development Activities ....................4-141
4.3.13.3 Effectiveness of Stipulations ....................4-143
4.3.13.4 Conclusion ....................4-144
4.3.14 Environmental Justice ....................4-145
4.3.14.1 Activities Not Associated With Oil and Gas Exploration and Development ....................4-146
4.3.14.2 Oil and Gas Exploration and Development Activities ....................4-146
4.3.14.3 Effectiveness of Stipulations ....................4-147
4.3.14.4 Conclusion ....................4-147
4.3.15 Coastal Zone Management ....................4-147
4.3.15.1 Activities Not Associated With Oil and Gas Exploration and Development ....................4-148
4.3.15.2 Oil and Gas Exploration and Development Activities ....................4-148
4.3.15.3 Effectiveness of Stipulations ....................4-155
4.3.15.4 Conclusion ....................4-155
4.3.16 Recreational Resources ....................4-155
4.3.16.1 Activities Not Associated With Oil and Gas Exploration and Development ....................4-155
4.3.16.2 Oil and Gas Exploration and Development Activities ....................4-156
4.3.16.3 Effectiveness of Stipulations ....................4-158
4.3.16.4 Conclusion ....................4-159
4.3.17 Visual Resources ....................4-159
4.3.17.1 Activities Not Associated with Oil and Gas Exploration and Development ....................4-159
4.3.17.2 Oil and Gas Exploration and Development Activities ....................4-159
4.3.17.3 Effectiveness of Stipulations ....................4-161
4.3.17.4 Conclusion ....................4-161
4.3.18 Economy ....................4-162
4.3.18.1 Activities Not Associated with Oil and Gas Exploration and Development ....................4-162
4.3.18.2 Oil and Gas Exploration and Development Activities ....................4-162

4.4 Alternative B ....4-162
4.4.1 Air Quality ....4-163
4.4.1.1 Activities Not Associated With Oil and Gas Exploration and Development ....4-163
4.4.1.2 Oil and Gas Exploration and Development Activities ....4-163
4.4.1.3 Effectiveness of Stipulations and Required Operating Procedures ....4-168
4.4.1.4 Conclusion ....4-168
4.4.2 Paleontological Resources ....4-169
4.4.2.1 Activities Not Associated With Oil and Gas Exploration and Development ....4-169
4.4.2.2 Oil and Gas Exploration and Development Activities ....4-169
4.4.2.3 Effectiveness of Stipulations and Required Operating Procedures ....4-170
4.4.2.4 Conclusion ....4-170
4.4.3 Soil Resources ....4-170
4.4.3.1 Activities Not Associated With Oil and Gas Exploration and Development ....4-170
4.4.3.2 Oil and Gas Exploration and Development Activities ....4-171
4.4.3.3 Effectiveness of Stipulations and Required Operating Procedures ....4-173
4.4.3.4 Conclusion ....4-173
4.4.4 Water Resources ....4-174
4.4.4.1 Surface Water and Groundwater Resources ....4-174
4.4.4.2 Surface Water and Groundwater Quality ....4-178
4.4.4.3 Effectiveness of Stipulations and Required Operating Procedures ....4-180
4.4.4.4 Conclusion ....4-181
4.4.5 Vegetation ....4-181
4.4.5.1 Activities Not Associated With Oil and Gas Exploration and Development ....4-181
4.4.5.2 Oil and Gas Exploration and Development Activities ....4-181
4.4.5.3 Effectiveness of Stipulations and Required Operating Procedures ....4-184
4.4.5.4 Conclusion ....4-185
4.4.6 Wetlands and Floodplains ....4-186
4.4.6.1 Soil Resources ....4-186
4.4.6.2 Water Resources ....4-186
4.4.6.3 Vegetation ....4-187
4.4.6.4 Effectiveness of Stipulations and Required Operating Procedures ....4-188
4.4.6.5 Conclusion ....4-188
4.4.7 Fish ....4-188
4.4.7.1 Freshwater and Anadromous/Amphidromous Fish ....4-188
4.4.7.2 Marine Fish ....4-193
4.4.7.3 Essential Fish Habitat ....4-196
4.4.8 Birds ....4-198
4.4.8.1 Activities Not Associated With Oil and Gas Exploration and Development ....4-198
4.4.8.2 Oil and Gas Exploration and Development Activities ....4-198
4.4.8.3 Effectiveness of Stipulations and Required Operating Procedures ....4-203
4.4.8.4 Conclusion ....4-203
4.4.9 Mammals ....4-204
4.4.9.1 Terrestrial Mammals ....4-204
4.4.9.2 Marine Mammals ....4-210
4.4.10 Threatened and Endangered Species ....4-213
4.4.10.1 Activities Not Associated With Oil and Gas Exploration and Development ....4-214
4.4.10.2 Oil and Gas Exploration and Development Activities ....4-214
4.4.10.3 Effectiveness of Stipulations and Required Operating Procedures ....4-218
4.4.10.4 Conclusion ....4-219
4.4.11 Cultural Resources ....4-219
4.4.11.1 Activities Not Associated With Oil and Gas Exploration and Development ....4-219
4.4.11.2 Oil and Gas Exploration and Development Activities ....4-219
4.4.11.3 Effectiveness of Stipulations and Required Operating Procedures ....4-220

4.4.11.4 Conclusion....4-221
4.4.12 Subsistence....4-221
4.4.12.1 Activities Not Associated With Oil and Gas Exploration and Development....4-221
4.4.12.2 Oil and Gas Exploration and Development Activities....4-223
4.4.12.3 Effectiveness of Stipulations and Required Operating Procedures....4-226
4.4.12.4 Conclusion....4-228
4.4.13 Sociocultural Systems....4-228
4.4.13.1 Activities Not Associated With Oil and Gas Exploration and Development....4-228
4.4.13.2 Oil and Gas Exploration and Development Activities....4-229
4.4.13.3 Effectiveness of Stipulations and Required Operating Procedures....4-230
4.4.13.4 Conclusion....4-231
4.4.14 Environmental Justice....4-231
4.4.14.1 Activities Not Associated With Oil and Gas Exploration and Development....4-231
4.4.14.2 Oil and Gas Exploration and Development Activities....4-231
4.4.14.3 Effectiveness of Stipulations and Required Operating Procedures....4-232
4.4.14.4 Conclusion....4-232
4.4.15 Coastal Zone Management....4-233
4.4.15.1 Activities Not Associated With Oil and Gas Exploration and Development....4-233
4.4.15.2 Oil and Gas Exploration and Development Activities....4-233
4.4.15.3 Effectiveness of Stipulations and Required Operating Procedures....4-238
4.4.15.4 Conclusion....4-238
4.4.16 Recreational Resources....4-238
4.4.16.1 Activities Not Associated With Oil and Gas Exploration and Development....4-238
4.4.16.2 Oil and Gas Exploration and Development Activities....4-239
4.4.16.3 Effectiveness of Stipulations and Required Operating Procedures....4-241
4.4.16.4 Conclusion....4-242
4.4.17 Visual Resources....4-242
4.4.17.1 Activities Not Associated with Oil and Gas Exploration and Development....4-242
4.4.17.2 Oil and Gas Exploration and Development Activities....4-242
4.4.17.3 Effectiveness of Stipulations and Required Operating Procedures....4-244
4.4.17.4 Conclusion....4-244
4.4.18 Economy....4-244
4.4.18.1 Activities Not Associated with Oil and Gas Exploration and Development....4-244
4.4.18.2 Oil and Gas Exploration and Development Activities....4-245
4.4.18.3 Effectiveness of Stipulations and Required Operating Procedures....4-248
4.4.18.4 Conclusion....4-250
4.5 Alternative C....4-250
4.5.1 Air Quality....4-251
4.5.1.1 Activities Not Associated With Oil and Gas Exploration and Development....4-251
4.5.1.2 Oil and Gas Exploration and Development Activities....4-251
4.5.1.3 Effectiveness of Stipulations and Required Operating Procedures....4-255
4.5.1.4 Conclusion....4-256
4.5.2 Paleontological Resources....4-256
4.5.2.1 Activities Not Associated With Oil and Gas Exploration and Development....4-256
4.5.2.2 Oil and Gas Exploration and Development Activities....4-256
4.5.2.3 Effectiveness of Stipulations and Required Operating Procedures....4-257
4.5.2.4 Conclusion....4-257
4.5.3 Soil Resources....4-257
4.5.3.1 Activities Not Associated With Oil and Gas Exploration and Development....4-258
4.5.3.2 Oil and Gas Exploration and Development Activities....4-258
4.5.3.3 Effectiveness of Stipulations and Required Operating Procedures....4-260
4.5.3.4 Conclusion....4-260

4.5.4 Water Resources ....4-261
4.5.4.1 Surface Water and Groundwater Resources ....4-261
4.5.4.2 Surface Water and Groundwater Quality ....4-266
4.5.4.3 Effectiveness of Stipulations and Required Operating Procedures ....4-267
4.5.4.4 Conclusion ....4-268
.5.5 Vegetation ....4-269
4.5.5.1 Activities Not Associated With Oil and Gas Exploration and Development ....4-269
4.5.5.2 Oil and Gas Exploration and Development Activities ....4-269
4.5.5.3 Effectiveness of Stipulations and Required Operating Procedures ....4-271
4.5.5.4 Conclusion ....4-271
4.5.6 Wetlands and Floodplains ....4-272
4.5.6.1 Soils ....4-272
4.5.6.2 Water Resources ....4-273
4.5.6.3 Vegetation ....4-273
4.5.6.4 Effectiveness of Stipulations and Required Operating Procedures ....4-274
4.5.6.5 Conclusion ....4-274
4.5.7 Fish ....4-274
4.5.7.1 Freshwater and Anadromous/Amphidromous Fish ....4-274
4.5.7.2 Marine Fish ....4-277
4.5.7.3 Essential Fish Habitat ....4-279
4.5.8 Birds ....4-279
4.5.8.1 Activities Not Associated With Oil and Gas Exploration and Development ....4-280
4.5.8.2 Oil and Gas Exploration and Development Activities ....4-280
4.5.8.3 Effectiveness of Stipulations and Required Operating Procedures ....4-284
4.5.8.4 Conclusion ....4-284
4.5.9 Mammals ....4-285
4.5.9.1 Terrestrial Mammals ....4-285
4.5.9.2 Marine Mammals ....4-290
4.5.10 Threatened and Endangered Species ....4-292
4.5.10.1 Activities Not Associated With Oil and Gas Exploration and Development ....4-292
4.5.10.2 Oil and Gas Exploration and Development Activities ....4-292
4.5.10.3 Effectiveness of Stipulations and Required Operating Procedures ....4-296
4.5.10.4 Conclusion ....4-296
4.5.11 Cultural Resources ....4-297
4.5.11.1 Activities Not Associated With Oil and Gas Exploration and Development ....4-297
4.5.11.2 Oil and Gas Exploration and Development Activities ....4-297
4.5.11.3 Effectiveness of Stipulations and Required Operating Procedures ....4-298
4.5.11.4 Conclusion ....4-298
4.5.12 Subsistence ....4-299
4.5.12.1 Activities Not Associated With Oil and Gas Exploration and Development ....4-299
4.5.12.2 Oil and Gas Exploration and Development Activities ....4-301
4.5.12.3 Effectiveness of Stipulations and Required Operating Procedures ....4-303
4.5.12.4 Conclusion ....4-304
4.5.13 Sociocultural Systems ....4-304
4.5.13.1 Activities Not Associated With Oil and Gas Exploration and Development ....4-304
4.5.13.2 Oil and Gas Exploration and Development Activities ....4-304
4.5.13.3 Effectiveness of Stipulations and Required Operating Procedures ....4-305
4.5.13.4 Conclusion ....4-306
4.5.14 Environmental Justice ....4-306
4.5.14.1 Activities Not Associated With Oil and Gas Exploration and Development ....4-306
4.5.14.2 Oil and Gas Exploration and Development Activities ....4-306
4.5.14.3 Effectiveness of Stipulations and Required Operating Procedures ....4-307
4.5.14.4 Conclusion ....4-308

4.5.15 Coastal Zone Management ..... 4-308
4.5.15.1 Activities Not Associated With Oil and Gas Exploration and Development ..... 4-308
4.5.15.2 Oil and Gas Exploration and Development Activities ..... 4-308
4.5.15.3 Effectiveness of Stipulations and Required Operating Procedures ..... 4-314
4.5.15.4 Conclusion ..... 4-314
4.5.16 Recreational Resources ..... 4-314
4.5.16.1 Activities Not Associated With Oil and Gas Exploration and Development ..... 4-314
4.5.16.2 Oil and Gas Exploration and Development Activities ..... 4-315
4.5.16.3 Effectiveness of Stipulations and Required Operating Procedures ..... 4-317
4.5.16.4 Conclusion ..... 4-318
4.5.17 Visual Resources ..... 4-318
4.5.17.1 Activities Not Associated With Oil and Gas Exploration and Development ..... 4-318
4.5.17.2 Oil and Gas Exploration and Development Activities ..... 4-319
4.5.17.3 Effectiveness of Stipulations and Required Operating Procedures ..... 4-320
4.5.17.4 Conclusion ..... 4-320
4.5.18 Economy ..... 4-320
4.5.18.1 Activities Not Associated with Oil and Gas Exploration and Development ..... 4-320
4.5.18.2 Oil and Gas Exploration and Development Activities ..... 4-320
4.5.18.3 Effectiveness of Stipulations and Required Operating Procedures ..... 4-324
4.5.18.4 Conclusion ..... 4-324
4.6 Alternative D (Final Preferred Alternative) ..... 4-326
4.6.1 Air Quality ..... 4-327
4.6.1.1 Activities Not Associated With Oil and Gas Exploration and Development ..... 4-327
4.6.1.2 Oil and Gas Exploration and Development Activities ..... 4-327
4.6.1.3 Effectiveness of Stipulations and Required Operating Procedures ..... 4-331
4.6.1.4 Conclusion ..... 4-331
4.6.2 Paleontological Resources ..... 4-331
4.6.2.1 Activities Not Associated With Oil and Gas Exploration and Development ..... 4-331
4.6.2.2 Oil and Gas Exploration and Development Activities ..... 4-331
4.6.2.3 Effectiveness of Stipulations and Required Operating Procedures ..... 4-332
4.6.2.4 Conclusion ..... 4-332
4.6.3 Soil Resources ..... 4-333
4.6.3.1 Activities Not Associated With Oil and Gas Exploration and Development ..... 4-333
4.6.3.2 Oil and Gas Exploration and Development Activities ..... 4-333
4.6.3.3 Effectiveness of Stipulations and Required Operating Procedures ..... 4-335
4.6.3.4 Conclusion ..... 4-335
4.6.4 Water Resources ..... 4-336
4.6.4.1 Surface Water and Groundwater Resources ..... 4-336
4.6.4.2 Surface Water and Groundwater Quality ..... 4-340
4.6.4.3 Effectiveness of Stipulations and Required Operating Procedures ..... 4-342
4.6.4.4 Conclusion ..... 4-343
4.6.5 Vegetation ..... 4-344
4.6.5.1 Activities Not Associated With Oil and Gas Exploration and Development ..... 4-344
4.6.5.2 Oil and Gas Exploration and Development Activities ..... 4-344
4.6.5.3 Effectiveness of Stipulations and Required Operating Procedures ..... 4-346
4.6.5.4 Conclusion ..... 4-346
4.6.6 Wetlands and Floodplains ..... 4-347
4.6.6.1 Soils ..... 4-348
.6.6.2 Water Resources ..... 4-348
4.6.6.3 Vegetation ..... 4-348
4.6.6.4 Effectiveness of Stipulations and Required Operating Procedures ..... 4-349
4.6.6.5 Conclusion ..... 4-349

4.6.7 Fish ....4-350
4.6.7.1 Freshwater and Anadromous/Amphidromous Fish ....4-350
4.6.7.2 Marine Fish....4-353
4.6.7.3 Essential Fish Habitat....4-354
4.6.7.4 Subsistence Harvest....4-354
4.6.8 Birds ....4-354
4.6.8.1 Activities Not Associated With Oil and Gas Exploration and Development ....4-355
4.6.8.2 Oil and Gas Exploration and Development Activities ....4-355
4.6.8.3 Effectiveness of Stipulations ....4-360
4.6.8.4 Conclusion....4-360
4.6.9 Mammals ....4-361
4.6.9.1 Terrestrial Mammals ....4-361
4.6.9.2 Marine Mammals ....4-368
4.6.10 Threatened and Endangered Species ....4-371
4.6.10.1 Activities Not Associated With Oil and Gas Exploration and Development ....4-371
4.6.10.2 Oil and Gas Exploration and Development Activities ....4-371
4.6.10.3 Effectiveness of Stipulations and Required Operating Procedures ....4-376
4.6.10.4 Conclusion....4-376
4.6.11 Cultural Resources....4-377
4.6.11.1 Activities Not Associated With Oil and Gas Exploration and Development ....4-377
4.6.11.2 Oil and Gas Exploration and Development Activities ....4-377
4.6.11.3 Effectiveness of Stipulations and Required Operating Procedures ....4-378
4.6.11.4 Conclusion....4-379
4.6.12 Subsistence ....4-380
4.6.12.1 Activities Not Associated With Oil and Gas Exploration and Development ....4-380
4.6.12.2 Oil and Gas Exploration and Development Activities ....4-382
4.6.12.3 Effectiveness of Stipulations and Required Operating Procedures ....4-385
4.6.12.4 Conclusion....4-388
4.6.13 Sociocultural Systems....4-388
4.6.13.1 Activities Not Associated With Oil and Gas Exploration and Development ....4-388
4.6.13.2 Oil and Gas Exploration and Development Activities ....4-389
4.6.13.3 Effectiveness of Stipulations and Required Operating Procedures ....4-390
4.6.13.4 Conclusion....4-391
4.6.14 Environmental Justice....4-392
4.6.14.1 Activities Not Associated With Oil and Gas Exploration and Development ....4-392
4.6.14.2 Oil and Gas Exploration and Development Activities ....4-392
4.6.14.3 Effectiveness of Stipulations and Required Operating Procedures ....4-393
4.6.14.4 Conclusion....4-393
4.6.15 Coastal Zone Management....4-394
4.6.15.1 Activities Not Associated With Oil and Gas Exploration and Development ....4-394
4.6.15.2 4.6.15.2 Oil and Gas Exploration and Development Activities....4-394
4.6.15.3 Effectiveness of Stipulations and Required Operating Procedures ....4-399
4.6.15.4 Conclusion....4-399
4.6.16 Recreational Resources....4-400
4.6.16.1 Activities Not Associated With Oil and Gas Exploration and Development ....4-400
4.6.16.2 Oil and Gas Exploration and Development Activities ....4-400
4.6.16.3 Effectiveness of Stipulations and Required Operating Procedures ....4-403
4.6.16.4 Conclusion....4-403
4.6.17 Visual Resources ....4-404
4.6.17.1 Activities Not Associated with Oil and Gas Exploration and Development....4-404
4.6.17.2 Oil and Gas Exploration and Development Activities ....4-404
4.6.17.3 Effectiveness of Stipulations and Required Operating Procedures ....4-405
4.6.17.4 Conclusion....4-406

4.6.18 Economy....4-406
4.6.18.1 Activities Not Associated with Oil and Gas Exploration and Development....4-406
4.6.18.2 Oil and Gas Exploration and Development Activities....4-406
4.6.18.3 Effectiveness of Stipulations and Required Operating Procedures....4-411
4.6.18.4 Conclusion....4-411

## List of Tables

4-1. Summary of Selected Non-Oil and Gas Related Management Activities....4-11
4-2. Development Timeframe for a Typical Oil Field....4-18
4-3. Estimated Area of Surface Disturbance and Amount of Gravel Needed for Oil and Gas Facilities for a Field Consisting of a Central Production Facility Field with Five Satellite Fields....4-29
4-4. Oil Resource Estimates for Each Alternative....4-41
4-5. Estimated Levels of Oil-related Activities for Each Alternative....4-42
4-6. Estimated Number of Facilities (and Acres of Surface Disturbance) for Different Levels of Oil-related Activities for Each Alternative....4-43
4-7. Assumed Large (≥ 500 barrels) Crude Oil Spills for Life of the Northeast National Petroleum Reserve – Alaska....4-48
4-8. Assumed Small (<500 barrels) Crude/Refined Oil Spills for Life of Northeast National Petroleum Reserve – Alaska....4-50
4-9. Relevant Ambient Air Quality Standards (measured in µg/m3)....4-59
4-10. Estimated Property Taxes, Royalties, and Severance Taxes for Alternative B at $20 per Barrel....4-246
4-11. Estimated Property Taxes, Royalties, and Severance Taxes for Alternative B at $25 per Barrel....4-247
4-12. Estimated Property Taxes, Royalties, and Severance Taxes for Alternative B at $30 per Barrel....4-247
4-13. Effects on Employment (Expressed as Annual Average Jobs) for Alternative B at $20 per Barrel....4-249
4-14. Effects on Employment (Expressed as Annual Average Jobs) for Alternative B at $25 per Barrel....4-249
4-15. Effects on Employment (Expressed as Annual Average Jobs) for Alternative B at $30 per Barrel....4-249
4-16. Estimated Property Taxes, Royalties, and Severance Taxes for Alternative C at $20 per Barrel....4-322
4-17. Estimated Property Taxes, Royalties, and Severance Taxes for Alternative C at $25 per Barrel....4-323
4-18. Estimated Property Taxes, Royalties, and Severance Taxes for Alternative C at $30 per Barrel....4-324
4-19. Effects on Employment (Expressed as Annual Average Jobs) for Alternative C at $20 per Barrel....4-325
4-20. Effects on Employment (Expressed as Annual Average Jobs) for Alternative C at $25 per Barrel....4-325
4-21. Effects on Employment (Expressed as Annual Average Jobs) for Alternative C at $30 per Barrel....4-325
4-22. Estimated Property Taxes, Royalties, and Severance Taxes for the final Preferred Alternative at $20 per Barrel....4-407
4-23. Estimated Property Taxes, Royalties, and Severance Taxes for the final Preferred Alternative at $25 per Barrel....4-408
4-24. Estimated Property Taxes, Royalties, and Severance Taxes for the final Preferred Alternative at $30 per Barrel....4-409
4-25. Effects on Employment (Expressed as Annual Average Jobs) for the final Preferred Alternative at $20 per Barrel....4-410
4-26. Effects on Employment (Expressed as Annual Average Jobs) for the final Preferred Alternative at $25 per Barrel....4-410
4-27. Effects on Employment (Expressed as Annual Average Jobs) for the final Preferred Alternative at $30 per Barrel....4-410

## List of Figures

4-1. Seismic Surveys Conducted in the Northeast National Petroleum Reserve – Alaska....4-23
4-2 Hypothetical Layout of a Central Processing Facility and Satellite Fields....4-30
4-3. Sample Pipeline Layout....4-37

# CHAPTER 4

# ENVIRONMENTAL CONSEQUENCES

## 4.1 Preview of this Section

This section examines how authorized activities, including oil and gas exploration and development, may impact natural, cultural, and socioeconomic resources in the Planning Area under each alternative. The analyses for each alternative focuses on the potential impacts that may result from opening up areas currently closed to oil and gas exploration and development and from implementing prescriptive or performance-based ROPs and lease stipulations. The impacts associated with the No Action Alternative incorporates by reference the discussion of the Environmental Consequences of the Preferred Alternative in the 1998 Northeast IAP/EIS (see 1998 Northeast IAP/EIS; pages IV.6.1 through IV.6.88) and will focus further on those potential impacts that may have changed since the analysis was done. In that IAP/EIS, our current No Action Alternative was the Preferred Alternative as modified by the ROD for the 1998 Northeast IAP/EIS.

Within each resource area, applicable direct and indirect impacts are evaluated. In addition, cumulative impacts, unavoidable adverse impacts, and those resource commitments that cannot be reversed or are lost also are identified in separate sections that follow the analyses of direct and indirect impacts. These impacts are defined as follows:

- Direct impacts – Those effects that occur at the same time and in the same general location as the activity causing the effects (see Sections 4.3, 4.4, 4.5, and 4.6).
- Indirect impacts – Those effects that occur at a different time or in a different location than the activity to which the effects are related (Sections 4.3, 4.4, 4.5, and 4.6).
- Cumulative impacts – Those effects that result from the incremental impact of the action when it is added to other past, present, and reasonably foreseeable future actions (Section 4.7).
- Unavoidable adverse commitments – Those effects that could occur as a result of implementing any of the action alternatives. Some of these effects would be short term, while others could be long term (Section 4.8).
- Irreversible commitments – Those commitments that cannot be reversed, except perhaps in the extreme long term (see Section 4.10).
- Irretrievable commitments – Those commitments that are lost for a period of time (see Section 4.10).

### 4.1.1 Relative Severity Criteria, Best Management Practices, and Mitigation

Criteria were developed to indicate the relative severity of impacts for each resource. These criteria have been designed to reflect the context and the intensity of the effect, as defined in CEQ Regulations (40 CFR 1508.27). Although some criteria are based on legal or regulatory limits or requirements, others reflect discretionary judgment and use of lease stipulations and ROPs on the part of the BLM. Quantitative and qualitative analyses have been used to determine whether there would be an effect, and whether a particular effect would be minor, moderate, or high. These three terms are used throughout this Amended IAP/EIS to indicate the relative severity of the predicted effects.

- Minor – The term used to indicate the relative degree of severity of an environmental effect that could occur but might not be detectable, or that would be detectable, but would not be considered a moderate or high

offshore ice, if conditions allowed. If the ice were determined to be unsound, portions of the trip would be made overland, following the shoreline. For safety reasons, moves farther inland could also occur. Overland moves would typically begin in December, when there is adequate snow cover and the ground is frozen, and ends in early May. On a yearly basis, 20 to 60 trains of 10 to 15 vehicles and attached sleds could engage in overland travel. The width of overland trails is approximately 12 feet wide. Should oil and gas exploratory drilling and development increase the amount of general activity on the North Slope, the number of overland moves would likely be closer to the high end of this range.

The BLM may issue minimum-impact permits per 43 CFR § 2920 for a variety of uses. For example, the NSB is authorized to maintain a wildlife observation cabin on the north shore of Teshekpuk Lake, accessed by airstrip or boat and used year-round. Similar permits could be authorized in the Planning Area.

#### Recreation

The BLM issues Special Recreation Permits (SRPs) to commercial recreation operators, such as hunting and float-trip guides, who focus their activity along the Colville River. A typical hunting or float trip would consist of four people, and would take place in August or the first week of September. A limited number of SRPs could also be associated with other types of use. Float-equipped aircraft could be used to take hunters to lakes or sightseers to the Colville River. These flights could result in camping within the Planning Area at a level similar to that of fly camps or backpack camps.

Floating parties along the Colville River would carry enough fuel for a small stove and their boat engines. They would camp for no more than 1 night in any one place, and their camping practices and impacts would generally be consistent with those of fly camps or backpack camps described earlier in this section under Ground Activities and Camps.

### 4.2.1.2 Oil and Gas Exploration and Development Activities

#### Introduction

This section provides a general description of the activities typically associated with oil and natural gas operations on the North Slope of Alaska. Current state-of-the-art technologies and project designs are used to project scenarios for future petroleum development in the Planning Area. Petroleum-related activities include conducting seismic operations; constructing ice roads for transporting equipment and supplies for winter drilling of exploration wells; drilling exploration and delineation wells; constructing gravel pads, roads connecting production pads to main facilities, and landing strips; drilling production and service wells; and installing pipelines.

The activities described in the following section are reasonable scenarios based on oil and gas technology today, because the timing and location of future commercial-sized discoveries cannot be predicted until exploration of those reserves occur. It is reasonable to expect that new technologies and designs developed in the future will allow for better attainment of goals to maximize the safety and efficiency of operations while minimizing the effects of exploration and development on the environment.

The general descriptions of petroleum-related activities are followed by a discussion of possible reasonable development scenarios. A fundamental assumption of these scenarios is that the level of future activities is directly related to the petroleum-resource potential made available for leasing and development. However, industry's interest in exploring for new reserves is influenced by profit motives, where opportunities for new production in northern Alaska must compete with projects elsewhere. Consequently, future development activities and associated impacts are controlled by several factors, including the perceptions of economic potential of the area, the areas available for leasing, industry's ability to identify prospects to drill, and the competitive interest in exploring for new fields.

The scenarios include activities required to develop and produce the total economically recoverable oil potential. Future production of the natural gas potential is discussed under Effects of the Cumulative Case (Section 4.7) The

1998 Northeast IAP/EIS considered two sets of scenarios: the "first lease sale scenario" and the "multiple lease scenario." Since two lease sales have already occurred since 1998 in the Planning Area, the scenarios presented in this document assume multiple lease sales and full development of the estimated resources within the constraints of each alternative.

The potential extent of future petroleum development on the North Slope, including current as well as reasonably foreseeable activities, is discussed in Section 4.7 (Effects of the Cumulative Case).

### Resource Estimates

Estimates of oil and gas resources provide the basis for identifying areas for possible future leasing and projecting reasonably foreseeable development scenarios analyzed in environmental impact studies. At this time, it is not certain that future leasing in the Planning Area or that commercial discoveries will be made. However, the NEPA process requires reasonable and foreseeable consequences of the proposed action be considered.

Estimates of undiscovered resources are uncertain for geologic, engineering, and economic reasons. An accurate accounting for all oil or gas reserves is possible only after the entire production cycle is completed, perhaps decades into the future. Geologic data are in a nearly constant state of revision, as new concepts are revealed by detailed studies, mapping, and new well information. Engineering evolves with new technology and experience. Economic conditions, such as oil price, are difficult to predict beyond the near future. To account for these uncertainties, resource estimates usually are reported as a range of volumes. A corresponding range of activities, tied to resource production levels, is generated to represent reasonable scenarios, should leasing and exploration take place.

#### *Crude Oil*

The following resource estimates represent a range of production at oil prices of $20 to $30 per barrel (in constant dollars). This estimate does not imply that oil prices will always remain within this price range, as prices will be outside of this expected range during periods of short-term volatility. However, this price range represents reasonable long-term average prices to bracket commercial development scenarios. If oil prices remain below this range over long periods, very low levels of petroleum activity would be expected. It also is conceivable that greater volumes of oil could be recovered through future technologies that are unknown at present. Because the effects of future technology cannot be adequately quantified, the higher resource level (at $30) could represent additional production from advanced technology rather than a prediction of higher average oil prices in the future.

The full economic potential (FEP) in the Planning Area ranges from 435 MMbbls with a $20 per barrel oil price to 3,600 MMbbls with a $30 per barrel oil price. This estimate is based on the BLM and MMS resource assessment of the National Petroleum Reserve – Alaska conducted in 2002, a discussion of which is presented in Appendix 7 of the Northwest IAP/EIS (USDOI BLM and MMS 2003). Petroleum recovery amounting to the FEP assumes that all BLM-administered lands (approximately 4.6 million acres) in the Planning Area would be made available for leasing and that no regulatory restrictions would adversely affect leasing interest or the economic viability of future operations. The 2002 petroleum resource assessment increased the estimated economic potential at the $30 benchmark price by 1.4 billion barrels (2.2 Bbbl to 3.6 Bbbl) from the comparable estimate in the 1998 Northeast IAP/EIS. Since the former assessment was completed, additional drilling and seismic data resulted in revisions to oil and gas play parameters. The announced discoveries in the Planning Area and expansion of the Alpine field to include new satellites have confirmed that economically recoverable resources indeed exist in the Planning Area.

#### *Natural Gas*

The BLM and MMS 2002 oil and gas resource assessment estimated that 8.5 trillion cubic feet (Tcf) of natural gas resources are economically recoverable in the Planning Area at a benchmark price of $4.27 per Mcf (equivalent to a $30 oil price). This analysis was based on assumptions that a transportation system (pipeline) will be constructed and will have a delivery tariff to the U.S. Midwest of $2.50 per Mcf. Economic gas resources were not assessed at a price of $2.85 per Mcf (equivalent to a $20 oil price) because the minimum required market price for new gas

fields in the National Petroleum Reserve – Alaska is approximately $3.00 per Mcf. However, commercial gas production will not occur until there is a transportation system to move North Slope gas to outside markets.

In January 2004, a consortium of companies (MidAmerican Holdings Company) filed a formal proposal under the Stranded Gas Act to the Alaska Department of Revenue to build a natural gas pipeline from the North Slope into Canada that would ultimately be used to ship natural gas into the lower 48 states (Yahoo! 2004). The proposed 745-mile pipeline route would go from the North Slope southward to the Alaska-Yukon border at Beaver Creek. The application was approved but subsequently withdrawn, however a number of other groups have submitted applications or indicated that they will soon file applications. The North Slope producers (ExxonMobil, ConocoPhillips, BP) have also filed an application under the Stranded Gas Act for a gas pipeline to the Lower 48. Two pipeline companies Enbridge and Trans Canada Corporation (ANGTS project discussed above) have filed similar applications. The Alaska Natural Gas Authority was created by a statewide ballot measure, with the stated purpose of developing a gas pipeline from the North Slope to Valdez where the gas would be liquefied and transported as LNG. They have not filed an application for their project. An Alaska Gasline Port Authority consisting of the City of Valdez and the Fairbanks North Star Borough has also filed an application for a similar pipeline to transport ANS gas to Valdez for liquefication and sale. Several large pipelines have also entered into agreements with the State of Alaska indicating they would be submitting applications for various pipeline projects to get ANS gas to market. It should be noted that all these applications are under the Stranded Gas Act and relate only to fiscal negotiations with the State.

Because there are abundant gas reserves on the North Slope, it is likely that some exploration targeting new undiscovered gas resources in areas remote from existing infrastructure may occur during the life of this plan. However, the development scenarios do not include the production of natural gas for sale outside of the Planning Area. Until a major transportation system is constructed, future gas discoveries will be shut-in (startup delayed for an undetermined period). Associated gas recovered as a by-product of oil production would be used as fuel for facilities or reinjected into reservoirs to increase oil recovery. The reinjected gas would not be lost as a potential future resource, but gas sales to outside markets would be postponed for the foreseeable future. Future natural gas development scenarios are discussed in a general sense under Effects of the Cumulative Case (Section 4.7).

A new gas-processing technology, termed "gas-to-liquid" (GTL), can be used to convert natural gas to a refined liquid product that could be transported through the TAPS. This strategy could accelerate natural gas production on the North Slope, including stranded gas fields in National Petroleum Reserve – Alaska. However, this new technology is untested for large-scale operations and is, at the present time, a more expensive proposition than constructing a large-diameter gas pipeline. In the future, GTL technology could be used to produce gas from small, remote fields in the Planning Area, but this situation is beyond the scope of reasonably foreseeable scenarios for the intended life of this plan and the present analysis. Therefore, it will not be considered in this amendment.

### Petroleum Operations in Arctic Conditions

#### *Past Experience*

Oil and gas operations have been conducted in the North American Arctic for over 80 years. Early exploration drilling in northern Canada resulted in oil discovery at Norman Wells in 1920, a field that has been produced intermittently since then. The Umiat oil field, located in the southeastern National Petroleum Reserve – Alaska, was discovered during exploration by the U.S. Navy in 1946, but remains undeveloped today. The South Barrow gas field was also discovered by the U.S. Navy program and began production in 1950 to supply government facilities and the community of Barrow. Extensive exploration in the National Petroleum Reserve – Alaska, managed first by the Navy and later by the USDOI (USGS/Husky), ended in the early 1980s. Extensive exploration in the 1960s resulted in numerous oil and gas discoveries in northern Alaska and the Mackenzie Delta in Canada. The largest of the discoveries, Prudhoe Bay, which was found in 1967, has produced 13 Bbbl of oil. After the completion of TAPS in 1977, a number of oil discoveries on State of Alaska land on the North Slope fed into TAPS, reaching a peak production rate of 2.0 million barrels per day in 1988. A leasing program in the National Petroleum Reserve – Alaska was initiated in the early 1980s and restarted by the BLM in 1999. A recent discovery, and undoubtedly the most important factor in the renewed interest in the Planning Area, is the Alpine field in the

Colville River Delta. Oil production from the Alpine field began in November 2000. Additional discoveries in the Northeast National Petroleum Reserve – Alaska have also influenced renewed interest in additional leasing of National Petroleum Reserve – Alaska lands.

Information from decades of experience in Arctic exploration, development, and production is contained in a variety of government and industry reports. No attempt is made here to cite all the historical literature relevant to the National Petroleum Reserve – Alaska, but readers are directed to excellent documentation in the 105 Policy Analysis Reports generated for previous National Petroleum Reserve – Alaska leasing (USDOI BLM 1979a, b, c, d); an operational history of government-sponsored exploration in the National Petroleum Reserve – Alaska (Gryc 1988, Schindler 1988); the *Draft Arctic National Wildlife Refuge (ANWR) Resource Assessment Report* for technology and operational aspects of the eastern North Slope (USDOI 1986); the *Alpine Environmental Evaluation Document*, containing detailed descriptions of current project designs (ARCO Alaska, Inc. 1996); and the *Cumulative Environmental Effects of Oil and Gas Activities on Alaska's North Slope* report published by the NRC (2003).

### *Technology Advancement*

The following discussion is an update of the text previously provided in the 1998 Northeast IAP/EIS (USDOI BLM and MMS 1998). It is important to recognize that numerous technological advancements have been made during the decades of operations on the North Slope that have allowed current development activities to proceed at a lower cost and with less environmental impact than previous operations. It has become apparent that lower levels of impact often translate into lower overall development costs. Some of these advancements are listed below, and others will be discussed under subsequent headings of this amendment.

- Vehicles involved with seismic operations have been modified to reduce their ground pressure, thereby extending the season for overland travel with minimal impact to the tundra surface. Packed snow trails allow vehicles to move supplies into remote areas.
- Three-dimensional (3-D) seismic surveys and interactive workstations have improved drilling efficiencies, resulting in fewer dry exploration wells, more efficient facility placement, and higher recovery volumes.
- Drilling-pad footprints have been reduced over 80 percent from older pad designs by using closer wellhead spacing and by eliminating surface mud-reserve pits (tanks have replaced pits).
- Winter ice roads are used instead of permanent gravel roads to move heavy equipment and materials to drill sites. These seasonal roads melt in the summer, leaving minimal impact to the tundra.
- Ice pads are used for winter exploration drilling and airstrips. Some pads have been maintained over the summer, thereby decreasing the time to mobilize rigs for exploration drilling the following winter season.
- Spent drilling fluids and rock cuttings are processed and injected into subsurface disposal wells. Current practices allow no discharge of drilling fluids or dumping of drilling wastes on the land surface.
- Extended-reach drilling can tap reservoir targets miles away from the surface pad. Fewer drilling pads are needed to develop subsurface reservoirs, resulting in a smaller overall footprint for development facilities.
- Portions of a single well bore can be used to produce from multiple lateral legs, thus increasing well productivity and reducing the number of surface wellheads. Fewer wellheads at closer spacing reduces the pad footprint.
- A new modular-drilling platform designed and built by Anadarko, offers additional technology and the possibility of year-round drilling in remote or higher-relief areas not suitable for constructing ice roads and ice pads.

A generalized timetable for a typical project in a remote area of the North Slope is presented in Table 4-2. Discoveries could be announced at any time within a 10-year period (assumed primary lease term) following the sale. Delineation and development activities usually take from 3 to 6 years after discovery. Production activities

continue year-round for 10 to 30 years, depending on field size. Field abandonment, including well plugging and site restoration, can take from 2 to 5 years after production ends. This general timeframe suggests that new oil production from leases in the Planning Area are not expected for a minimum of 7 to 8 years following a lease sale. Considering the logistics of oil and gas exploration and development and distances between existing operations and

**Table 4-2. Development Timeframe for a Typical Oil Field.**

| Project Phase | Duration of Activity (years)[1] | Activities |
|---|---|---|
| Exploration | 1 to 10 | • conduct seismic surveys to define prospects<br>• conduct well-site surveys and permitting<br>• drill exploration wells |
| Discovery | Can occur anytime during or after exploration | • determine producible well<br>• drill delineation well(s)<br>• conduct additional seismic survey (3-D)<br>• appraise and engineer reservoirs<br>• complete project design and environmental studies/factors<br>• apply for permits |
| Development | Normally takes 3 to 6 years past the initial discovery | • establish construction base camp<br>• set up environmental monitoring programs<br>• install gravel pads for facilities<br>• design and build production modules<br>• begin drilling development wells<br>• install pipelines and pump stations<br>• install production facilities and hookup |
| Production | 10 to 30 years post-development | • continue development-well drilling<br>• ramp-up production (2 to 5 years)<br>• reach peak production plateau (3 to 8 years)<br>• expect production declines<br>• well workovers (every 3 to 5 years)<br>• conduct infill drilling (well spacing reduced)<br>• employ tertiary recovery methods<br>• progressively shut in wells<br>• reach an economic limit |
| Abandonment | Individual wells can take 2 to 5 years | • plug and abandon wells<br>• remove production equipment<br>• dismantle facilities<br>• decommission pipeline<br>• restore and re-vegetate sites<br>• phase out environmental monitoring |

[1] See Section 4.2.1.2 (Oil and Gas Exploration and Development Activities) for more information.

potential future operations in the Planning Area, it is more likely that 10 years or more would pass between a lease sale and the startup of oil production from new fields. Gas production from Planning Area lease sales would not occur until many years after a transportation system was constructed from the North Slope. Considering the economic and political aspects of future project(s), gas production from the Planning Area could be delayed several decades.

### *Logistics*

The difficult logistics faced by operations on the North Slope typically result in long delays between leasing and production activities. Other than the basic materials (gravel, water, and fuel), nearly all personnel, equipment, and supplies must be transported to the North Slope from elsewhere in Alaska or outside the state. Heavy equipment, such as production modules, is usually fabricated near ports on the West Coast or in Cook Inlet and then transported thousands of miles to the North Slope by marine barge trains (sealifts). Although this mode of transportation is more economical than other means, sealifts are restricted to a short period during the ice-free summer months. The scheduling of fabrication and delivery of modules by sealift is critical.

Two jet airports and a haul road (the Dalton Highway extending north from Fairbanks) provide service to the oil-field infrastructure surrounding Prudhoe Bay. Although the airport and haul road are generally open year-round, the type of carrier (aircraft or truck) restricts load capacity, and both road and airports are frequently closed during winter storms.

Today, the North Slope infrastructure offers a variety of supplies and service-industry support. However, all of the materials and supplies needed for Planning Area operations must move at least 75 miles from the westernmost road-accessible base camp in the Kuparuk River Unit. Overland transportation is relatively unrestricted in the winter months (January to May), but temperatures are extremely cold (commonly -40 °F or colder) and "whiteout" conditions are frequent. It is completely dark for 2½ months (late November-February). Low-ground-pressure vehicles (Rolligons, sleds) can travel on frozen tundra, and packed snow roads can be used by conventional trucks and earth-moving equipment. Ice roads are constructed to move very heavy equipment such as drilling rigs and production modules. Heavy equipment typically moves slowly (2 miles per hour) on ice roads or permanent gravel roads.

Remote base camps, which can be established for year-round use, typically consist of facilities housed on gravel pads. These camps contain storage tanks for fuel, warehouses for supplies, housing for personnel, and permanent airstrips capable of handling large capacity aircraft, such as the Hercules C-130. Staging bases located on the coast also are designed as receiving terminals for sealifts, and have docks and marine loading equipment. Barges can transport heavy equipment and supplies to coastal staging bases during the short summer months (mid-July to late-September), and materials are stockpiled for operations at remote sites during the winter. In winter months, materials and equipment are moved by temporary roads (ice or packed snow) or by aircraft to drilling sites. Remoteness is a major factor that adds time and cost to operations in the Planning Area, compared to similar activities in the Prudhoe Bay area.

## Exploration

It is anticipated that a maximum of six exploration drill rigs would be available for use in the Planning Area at any one time, over a maximum exploration phase of 10 years. Drilling would be conducted entirely during the winter months (early December to mid-April) in most portions of the Planning Area. In the Teshekpuk Lake Caribou Habitat Area, however, exploratory drilling would only be allowed from existing production pads or platforms sited within a lake body from May 20 through August 20, and depending upon which alternative allows this activity. Upon completion of drilling operations, all equipment and materials would be removed (during winter operations) over ice roads to staging areas and then to other locations on the North Slope, or to recycling centers out of the country. If an exploratory drilling program were to lead to a new field discovery, delineation of the field could take place over 1 to 3 drilling seasons.

### *Seismic Surveys*

Seismic survey work is an integral part of exploration for oil and gas fields, because the data from seismic surveys are used primarily to identify drilling targets. Although seismic data has been collected in the National Petroleum Reserve – Alaska for decades, collection of additional seismic data is warranted for several reasons: 1) to provide a closer grid spacing for more subsurface detail; 2) to acquire new data using advanced techniques for better resolution of subtle geologic features and stratigraphy; and 3) to delineate fields discovered by exploration wells.

In contrast to early seismic programs that used dynamite in shot holes as the energy source, seismic programs now use vibrator equipment (Vibroseis) to generate energy into the subsurface. This newer technique provides high-quality data with minimal disturbance to the area. In aquatic settings (summer surveys), different survey methods could be used.

**Seismic Survey Methods.** Vibroseis is the standard method for acquiring seismic data on the North Slope of Alaska, and only occurs in the winter months. The Vibroseis sound source is designed to produce a specific bandwidth of frequencies in a repeatable and consistent fashion. Electronics control a hydraulic system that transmits vibrations through a base plate on the ground. Reflected signals from the subsurface are recorded by arrays of receivers, called geophones, which are installed by hand on the frozen surface of the tundra or frozen water bodies. Vibroseis trucks are typically run in groups of four or five, with their output signals coordinated to generate the energy necessary to record the seismic records to depths of 20,000 feet or more. Returning signals are gathered from the geophone array and processed to tune the seismic data into a coherent representation of the subsurface geology. The Vibroseis technique works best on a hard surface, as a spongy surface does not transmit the output energy very well. Intervening layers (a water layer below a frozen lake surface) degrade both the outgoing and incoming signal for Vibroseis survey. For these reasons, Vibroseis is not an effective tool for summer conditions on the North Slope or for water bodies where the surface ice layer is not frozen to the seabed or lake bottom.

Seismic surveys also have occurred, and could continue to occur, in deeper bodies of water where Vibroseis surveys are not effective. Collection of seismic reflection data in aquatic areas (ocean, lakes, bays, and lagoons) is commonly accomplished using vessels of varying size during ice-free periods. Typically, one or more airguns are used as a sound source. Airguns, which are deployed behind the seismic vessel, generate a seismic signal by creating a sharp air bubble pulse in the water at intervals on the order of once every 10 seconds. Marine receivers are composed of piezoelectric hydrophones that are contained in long, sealed tubes. Receiver systems can be deployed either as "streamers" that are towed behind a vessel or "cables" that are laid directly on the seabed or lake bottom. Seismic streamers can be several miles in length and are generally used in deeper water where maneuverability is not an issue. Seismic cables (On-Bottom-Cables) are used in shallower water. Both receiver systems contain numerous hydrophones that measure faint pressure signals returning from reflections in the subsurface. To increase sensitivity and cancel out unwanted noise, responses from groups of hydrophones are summed to produce a single seismogram, thus acting as an antenna to focus faint pressure signals. These seismic data acquisition techniques are generally intended for imaging subsurface depths of several hundred feet to 6 miles. Surveys designed for shallower subsurface depths and higher resolution generally employ lower sound levels and shorter hydrophone systems, while surveys focusing on deep subsurface features employ higher sound sources (usually airgun arrays) and longer hydrophone streamers or On-Bottom-Cables.

Alternatively, seismic surveys have been conducted over frozen lakes using dynamite as the sound source. Shot holes approximately 3 inches in diameter are drilled through the ice and several feet into the lake bottom. Dynamite (or other explosive) charges are installed in boreholes, and geophone receivers are placed on the ice surface. The dynamite charges are then detonated, and reflected energies are recorded by the geophones. Over-ice seismic surveys were conducted in this fashion on Teshekpuk Lake in 1974 and 1975. The approximately 120 line-miles of seismic data that were collected during these surveys are the only seismic data available for large portions of Teshekpuk Lake.

**Seismic Survey Types.** Two types of seismic surveys could be used in the Planning Area. Two-dimensional surveys (2-D seismic), which involve rather widely spaced survey lines, are useful for broad reconnaissance survey work. Three-dimensional surveys (3-D seismic), which involve a dense grid of seismic lines, are a more modern technology that provides a complete image of the subsurface under the survey area. Similar energy sources and recording equipment are used for both survey types; however, the density of survey lines, the amount of data collected, and the overall cost of the survey are greater in 3-D surveys. The techniques of setting up geophone arrays and Vibroseis shot points are similar for 2-D and 3-D surveys; however, 3-D surveys are more efficient because the equipment does not have to be moved far between new survey lines. Because of the extra expense, 3-D surveys are generally not used for reconnaissance mapping unless they are essential to map subtle stratigraphic

prospects. Therefore, 3-D surveys are most commonly conducted for the delineation of fields, while 2-D surveys are more commonly conducted for reconnaissance.

Typically, three to four seismic crews are active on the North Slope each winter; one to two crews could be expected to collect seismic data in the Planning Area in future winter seasons. Overland seismic surveys on the North Slope are always collected in the winter when sufficient snow cover and ground frost is present to minimize any damage to the tundra surface. These surveys employ low ground pressure vehicles (soft tracks) to further minimize potential impacts. While the winter operating period could be as long as 5½ months (early December to mid-May), typical seismic operations for an individual survey would last about 100 days.

Mobile camps (called "cat trains") to support seismic operations would likely originate from the Kuparuk oil field. Each cat train would consist of survey vehicles and modular camp units. A train would consist of the approximately 10 (2-D) to 15 (3-D) vehicles that would run the seismic testing equipment, and 1 or more fuel trucks and strings of trailers comprising the camp modular units pulled by bulldozers. A train typically would include two or three strings of trailers. Each string would have four to eight trailers and would be pulled by a single bulldozer. These bulldozers and modular units generally exert greater ground pressure than do the vehicles that run the seismic lines. Seismic survey equipment is currently stored at the Inigok airstrip for use in next winter's seismic program. This location is preferable to the Kuparuk oil field because it puts the seismic trains much closer to the area of exploration interest.

Once in the area of operation, camps typically are moved every few days to once a week. The fuel truck or trucks make runs back to a fuel-supply depot, such as the Inigok airfield, through the course of the seismic operation. These fuel runs may occur daily or every few days, depending on a variety of factors, including the size of the operation and weather conditions.

Data collection operations are conducted by all-terrain, low ground-pressure vehicles (both wheel and articulated-track designs). Camp supplies (food, fuel) are transported to the survey area by both ground vehicles and fixed-wing aircraft. Seismic operations would be supported by fixed-wing aircraft. The only summer activities would be reconnaissance by aircraft to prepare for winter surveys. It is expected that seismic crews would be active in the Planning Area for the foreseeable future.

A 2-D seismic party typically consists of 40 to 60 persons, including all support personnel associated with the winter camp. The survey party can collect 5 to 10 line-miles of seismic data per day, and a typical 2-D operation would collect about 250 line-miles of data in one winter season. The individual survey lines would be several miles apart. In some cases, shorter 2-D surveys would be collected to supplement seismic data already collected over most of the Planning Area. These short surveys would be collected as ties between wells or as infill to existing grid lines. The 2-D surveys could also be used to extend well data or connect areas of 3-D coverage. Each survey line of 2-D seismic would be run by about 10 vehicles, including Vibroseis (sound source) vehicles and receiving vehicles (geophone support and recording equipment).

A typical 3-D seismic operation would collect about 600 $mi^2$ of data in a single winter season. An operation typically would involve about 15 vehicles. Each line-mile would consist of a pair of linear areas, each about 100 feet wide, through which the vehicles would drive. The grid patterns for 3-D seismic surveys would be considerably closer spaced than those of 2-D surveys. The exterior dimensions of 3-D survey blocks could range to tens of miles on a side. The number of line-miles crossed in a 3-D survey area would be much greater than for 2-D surveys because the survey lines would be closer together. Impacts to soil and vegetation from 3-D surveys are usually less than for 2-D surveys as rubber-tracked vehicles are used and camp moves generally move down the center of the survey line.

Following the end of each winter seismic season, each crew would store its equipment at approved staging areas on existing gravel pads. During summer, a repair crew would spend 2 to 4 weeks performing annual maintenance and installing upgrades to seismic equipment. These activities would require aircraft support, with one to two fixed-wing and two to three helicopter flights per week. Upon completion of maintenance work, the crew would leave

the equipment at the staging area, and their activity would cease until the following winter. Maintenance operations would be self-contained and use accommodations that were part of the seismic camp. Upon completion of the work, all wastes would be removed and disposed of at approved disposal sites on the North Slope. Disposal of solid wastes would take place in accordance with applicable rules and regulations; none of these activities would require the establishment of new landfill locations. No solid waste would be of disposed on site.

### *Seismic Operations*

**Proposed Seismic Operations.** Seismic survey operations are a fundamental part of an exploration program because they are used to identify targets for drilling. After discoveries are made, seismic surveys can be collected to define the limits of the oil pool and to help design efficient development drilling programs. The level of future seismic survey work would be dependent on drilling results and regulatory restrictions on activities.

A 2-D survey area varies in size, but for this analysis it is assumed that 250 line-miles would be collected in a 600-mi2 (384,000-acre) area during the next 15 years. Surveys would likely be used to tie between existing wells or as infill to existing surveys. The 2-D surveys would occasionally be used to connect areas of 3-D coverage. Each line of 2-D seismic would be run by about 10 vehicles. Approximately 40 to 60 personnel would be required for each survey group. The vehicles would run parallel to each other through an area about 200 feet wide. The maximum area covered by seismic vehicles would be approximately 6,060 acres (250 miles x 200 feet wide), although not all of the area within the 200-foot-wde path would be traversed by vehicles.

A typical 3-D seismic operation can survey an area of about 600 $mi^2$ in a single winter season. An operation like this typically would involve about 15 vehicles. Each line-mile would consist of a pair of linear areas, each about 100-feet wide, through which the vehicles would drive. The receiver lines would be spaced 1,100 feet apart, while the source line upon which the survey units and vibrator travel would be spaced 1,320 feet apart and cross diagonally to the receiver lines. Vehicle travel would be restricted within the grid area. In general, all vehicles would travel within 50 feet of receiver lines. For any given receiver line, a path of about 100 feet could be impacted by vehicle use (50 feet on either side of the line). The area impacted along the source line would be less than 50 feet wide. For each square mile surveyed, 24.2 acres would be impacted along the source lines, and 58.2 acres would be impacted along the receiver lines, or 82.4 acres total per square mile surveyed (13 percent of the survey area). This estimate is considered high, since some areas impacted would be common to both the source and receiver lines.

The techniques of setting up geophone arrays and shot points are similar for 2-D and 3-D surveys. However, 3-D surveys are more efficient because the equipment does not have to move far between lines, and 3-D surveys generally provide better coverage of subsurface features. They are more expensive than 2-D surveys, and are not used for initial reconnaissance mapping unless it is essential to map subtle stratigraphic prospects.

To date, almost the entire Planning Areas has been covered by 2-D surveys. An extensive exploration program was conducted by the U.S. Navy, and later by the USGS/Husky during the 1970s to early 1980s. Figure 4-1 shows areas surveyed by the USGS during the 1970s and 1980. Additional 2-D surveys have been conducted since the late 1970s in the Planning Area, but information from these surveys is proprietary and is not included in Figure 4-1. Almost the entire area of high oil and gas potential in the Planning Area has been covered by 3-D seismic surveys. These 3-D surveys have identified stratigraphic prospects in the Planning Area that are similar to the Alpine, Tarn, and Meltwater fields. Since 1998, about a dozen 3-D seismic surveys have covered approximately 2 million acres (3,200 $mi^2$), or 44 percent of the Planning Area. A basic assumption is that seismic surveys would not be repeated in areas for which survey data are already available. It would be much less expensive to purchase data from the original contractor (or client) rather than conduct a new survey. Therefore, it is assumed that future seismic surveys would be conducted only in unsurveyed areas.

South of the existing 3-D seismic coverage area, the foothills might require additional seismic surveys. Current 2-D seismic data on a reconnaissance grid has been used to identify numerous anticlinal structures. Although 2-D seismic data is less expensive to acquire than 3-D seismic data, and can adequately image subsurface structure