setbacks, to be determined on a case by case basis. Although this lease stipulation was designed primarily to protect fish habitat, it could also help to mitigate potential impacts to bird habitats.

Under the development scenario for the No Action Alternative, the gravel footprint for roads, pads, airstrips, staging areas and gravel extraction sites would range from approximately 20 to 90 acres. Some birds that nest at sites covered by gravel would be displaced and may not be able to find suitable habitat for breeding. Others would likely move to adjacent areas to nest. Troy and Carpenter (1990) reported that at least some shorebirds displaced by winter gravel placement may nest in adjacent habitats in subsequent years, and Johnson et al. (2003b) reported that waterbirds nesting near the Alpine field that were displaced from nesting sites by gravel placement probably moved their nests to nearby adjacent habitats. In addition, there may be a functional loss of habitat in areas near roads and pads if development-related disturbances preclude birds from utilizing these habitats. Impacts related to habitat loss may be more severe for species that have specific habitat requirements or are species of special concern due to low population numbers, such as buff-breasted sandpipers that use dry, upland sites, should these sites be lost due to gravel placement. Under the No Action Alternative, no permanent oil and gas facilities would be located in areas considered to be of high value to birds in the entire area surrounding Teshekpuk Lake, including the Teshekpuk Lake Goose Molting Area (Lease Stipulations 21 and 24[k]). Therefore, the number of birds displaced from feeding, nesting, or molting/brood-rearing habitats due to gravel placement and mining activities under the No Action Alternative could be lower than under the final Preferred Alternative and alternatives B and C. However, the potential effects of habitat loss under any alternative would depend on the location of the development, the types of habitat lost, and the level of bird use in the areas to be developed. Without specific information on locations of potential developments, it is difficult to make comparisons on the effects of habitat loss among alternatives. Lease Stipulation 39 provides for setbacks for permanent oil and gas facilities along specified rivers and creeks to protect nesting raptors.

**Temporary Habitat Loss.** In addition to permanent habitat loss, temporary loss of habitat associated with gravel placement could occur on tundra adjacent to gravel structures, where accumulated snow from snow plowing activities or snowdrifts would become compacted and lead to a delayed snowmelt. Delayed snowmelt persisting into the nesting season could preclude tundra-nesting birds from nesting in those areas. Delayed snowmelt resulting from the construction and use of ice roads during winter activities could also cause temporary habitat loss. Ice-roads could also cause compaction of vegetation, thereby reducing the availability of cover for nesting birds in the ice-road footprint. Potential impacts to tundra nesting birds from ice-roads could be reduced by alternating ice-road routes annually and by avoiding routes near known areas of high bird concentration. Lease Stipulation 18 would require that ice roads be offset from year to year to minimize impacts to vegetation.

Water withdrawal from lakes during ice-road construction could lower the level of lakes and affect waterfowl and shorebirds that use adjacent habitats, particularly small islands and shoreline areas that are used for nesting by loons and waterfowl. Changes in the surface levels of lakes due to water withdrawal would be dependent on the amount of water withdrawn, the volume of the lake, and the recharge rate. Lease Stipulation 20 places restrictions on the amount of water that could be withdrawn from individual lakes. In most cases, spring flooding during break-up would likely be sufficient to restore water levels (Rovansek et al. 1996).

Dust deposition can affect bird habitat by causing early green-up on tundra adjacent to roads and pads, which could attract waterfowl and shorebirds early in the season, when other areas were not yet snow free. Dust deposition could also increase thermokarst and soil pH, and reduce the photosynthetic capabilities of plants in areas adjacent to roads (Walker and Everett 1987; Auerbach et al. 1997). Traffic levels, air traffic (including helicopters), and wind can all influence the amount of dust that may be deposited adjacent to roads and pads. Troy (1988) reported higher densities of birds on lightly dusted sides of roads in the Prudhoe Bay oil field than on heavily dusted sides, although red-necked phalarope was an exception to this generality. Rodrigues (1992) also reported that red-necked phalarope nest densities were higher on tundra near abandoned gravel pads than in areas away from pads, and suggested that phalaropes may be attracted to areas of thermokarst near the edges of gravel pads.

Impoundments created by gravel structures could cause temporary or permanent flooding on adjacent tundra. Impoundments could be ephemeral, drying up early during the summer, or they could become permanent water

**Exhibit 42, page 199 of 300**

ENVIRONMENTAL CONSEQUENCES

bodies that would persist from year to year (Walker et al. 1987a, b; Walker 1996). Tundra covered by impounded water could result in a loss of nesting habitat for some birds. However, impoundments could also create new feeding and brood-rearing habitat that would be beneficial to some bird species. Noel et al. (1996) reported that the areas occupied by impoundments in the Prudhoe Bay area generally supported higher waterfowl densities than the same areas did prior to development. Kertell (1993, 1994) reported few differences in invertebrate numbers and numbers of Pacific loons when comparing use of natural ponds and impoundments in the Prudhoe Bay area. He also reported that ducks were more abundant on impoundments than natural ponds, although this difference was not statistically significant. Although the formation of impoundments could be beneficial to some species associated with water, impoundments that flooded upland habitats could negatively impact species such as plovers and buff-breasted sandpiper that use upland habitats for nesting or as courtship displaying areas. The effects of impoundments could be minimized or eliminated with culverts to allow for adequate cross-drainage at gravel structures. However, culverts blocked by snow or ice could prolong the spring flooding period (Walker 1996).

**Mortality.** Bird mortality could result from road kills due to collisions with vehicular traffic. Within the TAPS, road kills were the greatest source of bird mortality, particularly along the Dalton Highway where dust shadows caused early green-up along the road that attracted birds (TAPS 2001). The primary groups affected were grouse and passerines. Although the number of birds killed was not quantified, the level of mortality was probably minor when compared to the size of local populations. Reduced speed limits along roads, particularly during periods of poor visibility, could help to reduce the potential for bird collisions with vehicles.

Some bird mortality could also result from collisions with structures such as elevated pipelines, buildings, towers, boats, or bridges. However, visibility is generally good during long summer daylight hours in the Arctic, and collision has apparently been only a minor source of bird mortality associated with the TAPS (TAPS 2001). Bird collisions with powerlines in the Prudhoe Bay oil field have also been reported (Anderson and Murphy 1988).

Some predators, such as ravens, gulls, Arctic fox, and bears, would be attracted to areas of human activity where anthropogenic sources of food and denning or nesting sites are present (Eberhardt et al. 1982, 1983a, b; Day 1998; Burgess 2000). The availability of anthropogenic food sources, particularly during the winter, could increase winter survival of Arctic foxes and contribute to increases in their population. Increased levels of predation due to elevated numbers of predators could in turn impact nesting and brood-rearing birds. Major negative impacts have occurred at the Howe Island goose colony in the Sagavanirktok Delta from predation by Arctic fox and grizzly bears (Johnson 2000a), and Arctic foxes and glaucous gulls are predators of common eider and brant eggs and young on the barrier islands (Noel et al. 2002). Arctic fox predation can also impact tundra nesting shorebirds and passerines (Day 1998, Rodrigues 2002). In recent years, oil field operators have installed predator-proof dumpsters at camps and implemented new refuse handling techniques to minimize the attraction of predators to the landfill. In addition, oil field workers undergo training to make them aware of the problems associated with feeding wildlife. At the Alpine field, Johnson et al. (2003b) reported that numbers of predators and levels of predation after development did not increase in the area compared to pre-development levels. Lease Stipulations 1, 2, and 3 require proper disposal of refuse to avoid human-caused changes in predator populations.

There has been speculation that researchers conducting studies on avian nest density and success may inadvertently affect the results by attracting predators to nests and broods (Bart 1977, Strang 1980, Johnson 1984, Götmark 1992). Birds that are flushed from their nests during surveys may be more susceptible to nest predation than undisturbed birds. However, Vacca and Handel (1988) reported that covering eggs with down after incubating geese were flushed from nests essentially negated the effect of attracting predators during nest visits. Nonetheless, ongoing activities with repeated disturbance by researchers could cause some mortality to eggs and chicks of tundra nesting birds.

## Effects of Abandonment and Rehabilitation

The impacts of abandonment and rehabilitation of oil fields on birds would be similar in many respects to those incurred by construction activity. Activities occurring in the winter would cause little disturbance or displacement, because most species would be absent from the area. However, the melting of ice roads could be delayed,

**Exhibit 42, page 200 of 300**

compared to surrounding tundra, causing impoundments of water. Delay in the melting of ice roads, compared to the surrounding tundra, could also cause either complete loss of nesting habitat for a season or compaction of vegetation, which would reduce the quality of the nesting habitat for a nesting season. Such impacts would only affect nesting in the summer following ice road use, and would be minor. Summer road and air traffic generated by abandonment and rehabilitation activities could cause disturbance, displacement, and mortality to birds that would be similar to, and at the same levels as that caused by traffic during construction and operations. If pads, roads, and airstrips were not revegetated, their value to birds would be lessened. If they were revegetated without removing the gravel, the habitat would not return to its current utility for most birds of the area. If gravel was removed, habitat similar to that currently existing in the area could be created and used by birds, though the precise mix of habitat types would likely not be the same as what prevailed at the time of disturbance. Foam insulating materials used in pad construction could be broken up in the course of removal. Fine particles of foam not removed from the environment could be ingested by some birds incidentally; depending on the material's toxicity and the amount ingested, ingestion of foam could cause sickness or mortality, though the number of birds harmed would likely be very small.

## Effects of Spills

Oil spills or leaks onto tundra or marine habitats could negatively impact birds in numerous ways. Oil could come in contact with and adhere to birds' feathers, causing the feathers to lose their insulating capabilities and result in hypothermia (Patten et al. 1991). This effect would be particularly severe for birds that come in contact with water where feather integrity is necessary to maintain water repellency and buoyancy. Birds could also suffer toxic effects from ingestion of oil by consumption of food contaminated by an oil spill or from oil ingestion resulting from preening of oiled feathers (Hansen 1981). Oil contacting bird eggs could cause toxic effects to embryos (Patten and Patten 1979, Stickel and Dieter 1979). Oil could come in contact with eggs directly as a result of a spill, or indirectly from oiled feathers of incubating adults.

Topographical features could confine oil spills and leaks from pipelines located in terrestrial habitats. Spilled oil could also enter a lake or pond and be contained by the banks of these waterbodies. McDonald et al. (2002) developed a hypothetical spill scenario involving terrestrial and aquatic spills in the Prudhoe Bay area that covered 24 and 186 acres, respectively. Assuming a nest density of 0.6 nests per acre on 145 acres of tundra covered by a terrestrial oil spill, approximately 87 nests would be affected by the spill.

During spring flooding, an oil spill could spread to a much larger area, depending on the amount of oil spilled, surface topography, and the extent and duration of flooding. Oil entering a river or stream would have the potential to spread into delta or coastal areas, where impacts to waterfowl (including sensitive species such as yellow-billed and red-throated loons, eiders, long-tailed duck, and brant) could be more severe. The potential for an oil spill to enter major rivers or streams would be minimized by Lease Stipulation 39 that provides setbacks of ½ to 3 miles from specified rivers. Permanent oil and gas facilities, including gravel pads, roads, airstrips, and pipelines, would be prohibited within these setbacks, although pipelines could be permitted for water crossings in some of these areas.

In marine habitats, wind and currents would have the potential to spread spilled oil over a larger area than in terrestrial habitats; therefore, birds residing in marine habitats could be particularly susceptible to the negative impacts of an oil spill. Offshore development has not been proposed for the Planning Area; however, a potential spill from an onshore source could spread to offshore marine areas, or a fuel barge could spill oil in offshore waters. A spill occurring during the summer breeding season would have a greater impact on birds than a spill occurring during the winter, when most birds are on wintering grounds. An oil spill spreading into offshore waters from Harrison Bay to Smith Bay could affect molting and staging waterfowl, including yellow-billed and red-throated loons, long-tailed ducks, scoters, and eiders (Fischer et al. 2002). An oil spill in coastal zone habitats of the Colville River Delta, which support thousands of post-breeding shorebirds, could affect large numbers of birds, particularly dunlin, although 17 other species have been reported from the area (Andres 1994). An onshore spill along the coastline could affect molting and brood-rearing brant and other geese and waterfowl, although very little coastline would be available for oil and gas leasing and development activities under the No Action Alternative.

**Exhibit 42, page 201 of 300**

ENVIRONMENTAL CONSEQUENCES

Cleanup of spilled oil during ice-covered periods or periods of broken ice may be difficult, and lingering oil may be present and may be hazardous to spring migrating birds. Lingering effects from a winter spill could impact returning birds during the following breeding season if clean-up activities did not adequately remove contaminants from bird habitats. In addition, oiled carcasses of dead birds washing up on beaches or shorelines could also be hazardous to scavenging birds such as gulls, golden eagle, gyrfalcon, and peregrine falcon, and to mammals such as Arctic fox and grizzly or polar bear, that feed on these carcasses.

### 4.3.8.3     Effectiveness of Stipulations

Numerous lease stipulations were developed to protect birds and their habitats within the Planning Area. These include Lease Stipulations (1 through 17) to ensure that solid, liquid, and hazardous wastes do not impact birds or their habitats, and to reduce the potential for garbage to attract animals that may prey upon birds to exploration and development sites. Lease Stipulation 21 ensures that water withdrawals do not impact lakes, or lake habitats, used by molting geese, while Lease Stipulation 24(k) prohibits seismic ground operations during spring and summer to prevent seismic activity-related disturbance to geese during the nesting and molting period. Disturbances caused by aircraft are controlled within the Goose Molting LUEA under Lease Stipulations 53 and 54. Wetlands used by shorebirds and other birds are given special protection (Lease Stipulation 46). In addition, there are numerous Lease Stipulations that regulate the types of activities that can occur near water bodies, including rivers and streams, types of equipment that can be used, and types of exploration and development activities that can be conducted in the Planning Area, to protect birds and their habitats.

### 4.3.8.4     Conclusion

Bird groups that could be affected by activities in the Planning Area include loons, waterfowl, shorebirds, raptors, passerines, seabirds, and ptarmigan. Most species in these groups migrate to wintering areas located outside of the Planning Area and would not be directly affected by winter exploration or construction activities, although their habitats could be affected. A few species, such as ptarmigan, gyrfalcon, and snowy owl, could remain in the Planning Area during the winter and could be temporarily displaced from preferred feeding or hunting habitats by winter exploration or construction activities. During the exploration period, summer fixed-wing or helicopter aircraft activity could result in disturbance to tundra-nesting birds, causing temporary or permanent displacement from preferred feeding, nesting, or brood-rearing habitats in localized areas near areas of activity. Aircraft support for summer research camps or for cleanup of abandoned sites in the Planning Area could also impact birds near these sites. Most aircraft disturbance would be confined to the area within approximately 2,300 feet of the site, and little disturbance would be likely beyond 6,500 feet. Predators attracted to areas of human activity could also impact tundra-nesting birds by causing depredation of eggs and young; however, lease stipulations designed to eliminate attraction of predators to camps or equipment maintenance sites would help to mitigate potential increases in predators. Although lease stipulations promote practices to discourage bird nesting at facility sites, it may be difficult to prevent ravens from nesting on buildings or other structures.

Activities related to oil development and production, such as vehicle, aircraft, pedestrian and boat traffic, routine maintenance activities, heavy equipment use, facility noise, and oil spill clean-up activities, could cause disturbances that would affect tundra-nesting birds. Most vehicle disturbance would likely be confined to areas within 160 to 685 feet of roads and pads. Disturbance related to aircraft activity would likely be confined to areas within 2,300 feet of landing strips, and little disturbance would be likely beyond 6,500 feet. Pedestrian traffic would be likely to cause more disturbance than other activities, as birds may acclimate to routine aircraft or vehicular activity and to equipment or facility noise.

Barges and other vessels could temporarily displace loons and waterfowl from preferred offshore feeding, staging, or molting areas. However, birds would likely move back to preferred areas after vessels passed through the area or continue to use adjacent areas, and the effects of vessel traffic would likely be minimal. Smaller watercraft on rivers or lakes used during oil spill training exercises also cause disturbance to tundra-nesting birds. Surveys conducted prior to development would help identify areas with low levels of bird use that would be suitable for oil

**Exhibit 42, page 202 of 300**

spill training activities and cause the least impact to tundra-nesting birds. Conducting activities during time periods of low bird activity may also reduce the potential impacts of spill exercises.

Permanent habitat loss would result from gravel placement for roads and pads, and at gravel mine sites. Temporary habitat loss or alteration could also occur in areas adjacent to gravel roads due to snow and/or dust deposition, thermokarst, and the formation of impoundments. Some types of habitat alteration, such as the formation of impoundments, could be beneficial to some species while having a negative impact on others. Withdrawal of water from source lakes during winter construction of ice-roads could impact tundra-nesting birds if water levels in source lakes were affected. Lake surveys conducted prior to water withdrawal, state regulations limiting the amount of water that may be withdrawn from specific lakes, and the ability of lakes to naturally recharge, would likely eliminate any potential negative impacts related to water withdrawal.

Bird mortality could result from collisions with vehicular or vessel traffic, or collisions with towers, buildings, pipelines, bridges, or other facilities. However, it is expected that collisions would only be a minor source of bird mortality. Bird mortality could also result from the attraction of predators to areas of human activity. Lease stipulations that require proper disposal of garbage to avoid human-caused changes in predator populations would likely minimize potential impacts to tundra-nesting birds from increased predation pressure. Additional bird mortality could result from subsistence hunting activities if oil field infrastructure were to provide hunters with access to previously inaccessible areas.

An oil spill could impact tundra-nesting birds on terrestrial or marine habitats. Potential impacts to tundra-nesting birds would depend on the location and size of the spill and on the time of year. Due to the actions of wind and currents, a marine spill would have a greater potential to spread to a large area than a terrestrial spill. A marine spill could impact molting and brood-rearing waterfowl and loons.

The expected number of fields and the level of development under the No Action Alternative would be lower than under the other alternatives. Therefore, the potential effects of disturbance, habitat loss and alteration, and bird mortality due to development would also likely be lower under the No Action Alternative than the other alternatives.

In general, impacts to birds from non-oil and gas activities, and from oil and gas activities, would likely be additive, except in those areas where the two types of activities overlapped. Impacts to birds from exploration and development activities would also be additive. However, once exploration and development/production ceased in an area, bird populations and habitat could recover, reducing overall effects in the Planning Area. In areas where two or more activities occurred, overall impacts would reflect those impacts associated with the first activity and any new impacts associated with later activities. Because of the smaller disturbance area, the potential for impacts to birds under this alternative would be about 50 percent less for oil and gas exploration activities, and one-third (final Preferred Alternative), one-fourth (Alternative B), and one-fifth (Alternative C) as much for oil production and development activities, as compared to the action alternatives.

### 4.3.9    Mammals

#### 4.3.9.1    Terrestrial Mammals

Terrestrial mammals that could be affected under the No Action Alternative include species such as caribou from the TLH, CAH, and WAH, moose, muskox, grizzly bear, wolf, wolverine, red fox, Arctic fox, and small mammals (e.g., Arctic ground squirrel, ermine, least weasel, lemming, voles, and shrews). For most species, effects would be localized (e.g., in close proximity to seismic lines, pipelines, gravel pads, and other facilities).

**Activities Not Associated With Oil and Gas Exploration and Development**

Activities such as resources inventories, aerial surveys, and research camps would have short-term effects on terrestrial mammals.

ENVIRONMENTAL CONSEQUENCES

### *Effects of Disturbances*

Non-oil and gas activities that could disturb terrestrial mammals include aerial surveys and ground activities such as resource inventories, paleontological excavations, research camps, recreational camps, seismic operations, and overland moves. Overland moves and seismic activities would occur during the winter on frozen tundra, ice roads, or stable shorefast ice. Other activities would occur from summer to early autumn (June-September). Potential causes of disturbance to terrestrial mammals from seismic and inventory activities and overland moves would be helicopter traffic (1 to 2 round trips per day for 3 to 6 weeks per survey party), fixed-wing aircraft traffic (2 trips per week per party), surface-vehicular traffic on ice roads, and humans on foot. Caribou have been shown to exhibit panic or violent flight reactions to aircraft flying at elevations of approximately 160 feet and to exhibit strong escape responses (animals trotting or running from aircraft) to aircraft flying at 150 to 1,000 feet (Calef et al. 1976). These documented reactions were responses to aircraft that circled and repeatedly flew over caribou groups. While aircraft associated with aerial wildlife surveys might circle or fly over a group of caribou more than once, aircraft associated with support of survey and inventory camps would pass over caribou only once on any given flight to or from a camp. Recreational and research camps could result in short-term displacement (24 hours to several weeks) or harassment of terrestrial mammals and minor disturbance to the vegetation and soil due to trampling. Potential habitat disturbance from large camps would be reduced by using existing sites whenever possible. Impacts would likely be localized and restricted to within about a mile of activities.

In some cases, recreational camps could attract grizzly bears and Arctic and red foxes, resulting in the shooting of bears that learn to associate humans with food sources, or the shooting of foxes that present a risk to personnel safety because of rabies. Any such losses would be minor to the bear or fox populations on the North Slope, but would contribute to cumulative effects.

Small rodents, such as lemmings and voles, and their predators, such as ermines and least weasels, would likely be affected locally, with direct mortality and loss of habitat possibly resulting from paleontological excavations and by overland moves. However, any such losses should be minor to populations of these species on the North Slope.

### *Effects of Spills*

Very small fuel spills (probably less than 1 bbl) could occur in association with resource-inventory surveys, recreational activities, and overland moves. These spills would likely involve aviation fuel and other light-fraction hydrocarbon fuels that would evaporate and disperse rapidly in the environment with only a local effect on vegetation. Under current BLM regulations, fuel spills would be cleaned up immediately, if possible. However, it is not clear how many spills go unreported. Small spills associated with non-oil and gas activities would not be expected to have a substantial effect on terrestrial mammals in the Planning Area.

## Oil and Gas Exploration and Development Activities

Under the No Action Alternative, approximately 87 percent of the Planning Area would be available for leasing and possible development. The development scenario under the No Action Alternative assumes that one to three oil fields would be discovered and developed south of the Teshekpuk Lake area. Impacts to terrestrial mammals are expected to come from motor vehicle, foot, and aircraft traffic; seismic operations; oil spills; gravel mining; and construction. The primary impacts to terrestrial mammals would likely be those associated with disturbance and habitat alteration.

### *Effects of Disturbances*

**Seismic.** Impacts to habitat used by terrestrial mammals would be minor, as most seismic activities would occur during the winter on frozen tundra or ice. Potential causes of disturbance to terrestrial mammals from seismic activities would include surface vehicular traffic on frozen tundra or ice and fixed-wing aircraft traffic. In most cases, these activities would cause short-term (a few minutes to greater than 1 hour) displacements of and/or disturbance to terrestrial mammals. Where 3-D seismic exploration survey lines were located only 500 to 2,000 feet apart, localized displacement of terrestrial mammals could last for several days.

**Exhibit 42, page 204 of 300**

Effects on caribou and moose would be similar in type to those discussed under non-oil and gas activities, but would likely be greater in extent, frequency, and duration. During winter, moose move to the riparian areas of large rivers; in the Planning Area they are most likely to concentrate along the Colville River. The TLH caribou are present throughout much of the Planning Area during the winter, with large numbers congregating in the central and eastern portions. Therefore, caribou would likely be encountered regularly during seismic surveys in the Planning Area.

Previous studies of the effects of oil and gas exploration on muskox in Alaska and Canada focused on disturbances associated with winter seismic operations. Some muskox reacted to seismic activities at distances up to 2½ miles from the operations; however, reactions were highly variable among individuals (Reynolds and LaPlant 1985). Responses varied from no response to becoming alert, forming defense formations, or running away (Winters and Shideler 1990). The movements of muskox away from the seismic operations did not exceed 3 miles and had no apparent effect on muskox distribution (Reynolds and LaPlant 1986). Unlike caribou, muskox are not able to travel and dig through snow easily. In the winter, they search out sites with shallow snow, and greatly reduce movements and activity to conserve energy (USDOI USFWS 1999). Muskox survive the winter by using stored body fat and reducing movement to compensate for low forage intake (Dau 2001). Because of this strategy, muskox may be more susceptible to disturbances during the winter. Repeated disturbances of the same animals during winter could result in increased energetic costs that could increase mortality rates. Depending upon the location of the seismic exploration, impacts on muskox would be non-existent to minor. Mixed-sex groups of muskox have occurred in the Planning Area, but there is currently no evidence of year-round occupancy. However, potential habitat occurs throughout, and populations outside of the Planning Area are gradually expanding their range. Most likely, seismic operations would be expected to encounter no more than one to a few bulls. Breeding groups would more likely be affected, if at all, by seismic crews accessing the Planning Area from overland routes from the Kuparuk River area.

Exploration activities and human presence pose potentially serious disturbances to denning bears. In one study, seismic activities within 1.2 miles of a grizzly bear den caused changes in heart rate and movement of the female bear and cubs (Reynolds et al. 1986). The investigators suggested that seismic testing activities within about 600 feet of a den may cause abandonment of the den. Under the No Action Alternative, Lease Stipulation 75 prohibits exploration activities within ½ mile of occupied grizzly bear dens. If den locations were known in the areas in which seismic work occurred, impacts to hibernating bears would be reduced. Overall, it is expected that impacts to bears would be minor, since the level of proposed seismic work is low. In addition, the area of highest potential for oil is the lowest density bear habitat (the highest bear density is located in the extreme southern portion of the Planning Area).

Seismic camps could result in localized disturbance and/or displacement of terrestrial mammals for up to a few days. Bears and foxes could also be attracted to camps, and in rare instances mortality could result. However, no impacts are anticipated. Since seismic camps generally move at least once a week and proper handling of wastes would be regulated by lease stipulations, the potential for bears or foxes to be attracted to human food sources would be minor. In addition, most seismic activity would occur when bears were hibernating.

The potential effects of oil and gas activities on wolverines would include disturbance from air and surface-vehicle traffic, and increased human presence. Wolverines are considered a shy and secretive species that is present at very low densities and may be sensitive to disturbance. Winter seismic activities in the Pik Dunes area south of Teshekpuk Lake are known to have caused the displacement of a wolverine from its den (Brower 1997 in USDOI BLM 1997). Wolverines have been sighted to the west of Teshekpuk Lake, along the Colville, Kikiakrorak, Kogosukruk rivers, and Judy and Fish creeks.

Small rodents could be locally affected through direct mortality and by minor loss of habitat from overland traffic associated with seismic operations. Their predators, such as short-tailed weasels, could be indirectly affected in local areas due to a reduction in prey. These losses would likely be minor at the population level.

The use of airguns for seismic work in Teshekpuk Lake during the summer would likely cause only temporary displacement of terrestrial mammals near the lake. Displacement would occur primarily from the support activity

**Exhibit 42, page 205 of 300**

ENVIRONMENTAL CONSEQUENCES

associated with the surveys, such as helicopter flights to bring equipment to the lake. Once surveys were finished, mammals would move back into the area around the lake.

**Exploratory Drilling.** Impacts to terrestrial mammals from exploratory drilling would be similar to those caused by seismic activity, though affecting a smaller area and lasting longer. Habitat impacts would be minimal, as exploratory drilling would occur during the winter on frozen tundra, packed snow roads, and ice roads, when most terrestrial mammals would be absent from the area, dormant, or present at low density.

Potential causes of disturbance to terrestrial mammals from exploratory drilling include surface vehicular traffic, humans on foot, and fixed-wing aircraft traffic. In most cases, these activities would be expected to cause short-term (a few minutes to 1 hour) displacements of and disturbance to terrestrial mammals. Camps at drill sites could result in localized disturbance and displacement of terrestrial mammals for several weeks to months.

Exploratory drilling operations and ice roads would traverse TLH caribou wintering areas and could encounter some wintering caribou from the WAH, although most WAH caribou winter a considerable distance to the south of the Planning Area. Any caribou in the immediate vicinity of the activity would be disturbed, possibly having a negative effect on their energy balance. Because these animals are mobile and the operation would be temporary, it is not expected that there would be any long-lasting effects on caribou.

The winter distribution of muskox and moose is such that exploratory drilling activities would be unlikely to have any impacts on these species unless they occurred in the southern portion of the Planning Area. Under such a circumstance, impacts would include short-term displacement or disturbance of animals, as described above. Impacts to Arctic fox, grizzly bear, and wolverine would be similar to impacts from seismic activities, but would be more frequent and/or longer in duration. There would be a greater potential for foxes to be attracted or habituated to camps associated with drill sites, as they would be in place for several months, rather than a week or less. Small rodents could be locally affected due to direct mortality and minor loss of habitat from snow compaction or ice road construction. However, these losses should be minor at the population level.

**Oil Development.** The primary effects of oil development on terrestrial mammals would result from the construction of facilities, such as roads and pipelines; motor vehicle traffic within the oil field(s) and on connecting roads; foot traffic near facilities and camps; aircraft traffic; crude-oil and fuel spills contaminating tundra, stream, and coastal habitats; and habitat alteration associated with gravel mining and construction. The greatest potential for impacts to caribou would be through disruption of the movement of TLH caribou from insect-relief habitat to foraging areas.

Caribou

Although much of the construction associated with oil development would occur primarily during winter, development would bring year-round facilities and activities within caribou range. Caribou could be disturbed by traffic, humans on foot, and low-flying aircraft (Calef et al. 1976; Horejsi 1981; Shideler 1986; Tyler 1991). The response of caribou to disturbance would be highly variable, ranging from no reaction to violent escape reactions depending on: distance from human activity; speed of the approaching disturbance source; frequency of disturbance; sex, age, and physiological condition of the animals; size of the caribou group; and season, terrain, and weather. Caribou cow and calf groups appear to be the most sensitive to traffic, especially in early summer during and immediately after calving, while bulls appear to be least sensitive all year. Tolerance to aircraft, ground vehicle traffic, and other human activities has been reported in several studies of caribou and other hoofed-mammal populations in North America (Johnson and Todd 1977; Davis et al. 1980). The variability and unpredictability of the Arctic environment dictate that caribou have the ability to adapt their behavior (such as changing the time and route of migration) to some environmental changes. Some groups of caribou that winter in the vicinity of Prudhoe Bay and have been frequently exposed to disturbance apparently have become somewhat accustomed to human activities (Cronin et al. 1994). It appears that caribou can habituate to structures, noise, and odors, but habituate slowly or not at all to humans on foot or large moving objects such as vehicles (Murphy and Lawhead 2000). Most of the caribou in the Planning Area are from the TLH and WAH caribou herds, however,

**Exhibit 42, page 206 of 300**

and have had less exposure to human activities and are less likely to be tolerant of disturbances than animals habituated to activities at Prudhoe Bay.

Some displacement of the CAH caribou from a portion of the calving range near the Prudhoe Bay and Milne Point facilities has been documented (Cameron et al. 1981, 1983, 1992). In the Kuparuk-Milne Point area, the relative distribution of calving has shifted away from development facilities (Lawhead et al. 1997; Wolf 2000). Cameron et al. (2002) evaluated changes in the distribution of calving CAH caribou associated with the Kuparuk-Milne Point area. Before construction of a road system to Milne Point, caribou were found in a single, more or less continuous concentration, roughly centered where the road was later built. After construction of the road, a bimodal distribution with separate concentrations of animals east and west of the road was apparent. Ground observations of caribou within the Kuparuk area from 1978 to 1990 indicated that caribou increasingly avoided zones of intense activity, especially during the calving period (Smith et. al. 1994). Lawhead et al. (2004) reported that maternal caribou with calves were displaced from areas near both the Tarn and Meltwater roads during calving and up to 2 weeks post calving. Very few calves were observed within 1.2 miles of either road during the calving period and densities appeared to be reduced as far away as 2.4 miles. Traffic convoying on the Meltwater road was not effective at reducing calving displacement to less than 1.2 to 2.4 miles, or reducing the disturbance reactions of caribou within 1,640 feet of the road. Data analyzed by Cameron et al. (2002) suggested that having roads too closely spaced would depress calving activity within the oil field complex. Other studies (Roby 1978; Cameron et al. 1981, 1983, 1992; Pollard and Ballard 1993) and literature reviews (Cronin et al. 1994, 1998) indicate some seasonal avoidance of habitats within 3 miles of existing Prudhoe Bay area facilities by cows and calves during calving and early post-calving periods (May through June).

The WAH and CAH caribou core calving ranges lie outside of the Planning Area, while the TLH caribou calving area is concentrated in the northern section of the Planning Area near Teshekpuk Lake. Under the No Action Alternative, no permanent oil and gas surface facilities would be permitted in the Teshekpuk Lake Surface Protection Area, which is a subset of the Teshekpuk Lake Special Area. Exploratory or delineation wells would not be allowed in this area; however, ice roads, seismic activities, winter overland moves, and other nonpermanent activities could be authorized. Under such conditions, development under the No Action Alternative would not result in the loss of any core calving habitat. On-site development would not be expected to effect caribou movements within the calving range, and no calving activity would be displaced unless access to calving grounds was disrupted.

In some years, 5 to 10 percent of the WAH caribou may winter on the North Slope. Depending upon the location of oil development infrastructure, movement of both TLH and WAH caribou from winter range to calving grounds could be disrupted by oil development. The level of effect would depend upon the level of development. An aboveground pipeline with no associated road would have little effect on movement between winter habitat and calving grounds. A road and associated traffic would have a greater impact. Pregnant caribou could be delayed in reaching the calving grounds because of delays in crossing roads or attempts to detour around roads or oil fields. Calving en route to calving grounds could result in reduced calf survival. One issue arising from oil field development is the ability of caribou to move freely through the oil fields to insect-relief habitats. Caribou under extreme insect harassment initially move rapidly to insect-relief habitat. For the TLH caribou, this is often coastal areas from west of Barrow to Smith Bay, outside of the Planning Area, and to the north and east of Teshekpuk Lake, predominately in the Teshekpuk Lake Special Area where permanent development would be prohibited under the No Action Alternative. After reaching these habitats, caribou often continue to move rapidly and may cover long distances. Caribou are generally insensitive to disturbance when under extreme insect harassment. When insect harassment abates, caribou drift inland to better foraging areas. At this time, they are more sensitive to disturbance and infrastructure and activities in oil fields or roads between oil fields could delay or alter movements of caribou from coastal insect-relief areas to foraging habitat further inland. Impaired movements between insect-relief habitat and inland foraging areas could reduce food intake and slow rates of weight gain (Smith 1996). The probability of producing a calf is directly related to body weight and fat content of females during the previous autumn (Cameron et al. 2000). Since reproductive success of caribou is highly correlated with nutritional status (Cameron et al. 2002), there could be reproductive consequences from extensive disruption of caribou during the insect-relief season.

**Exhibit 42, page 207 of 300**

ENVIRONMENTAL CONSEQUENCES

Cameron et al. (1995) noted that reports of insect-harassed caribou aggregations along the Beaufort Sea Coast and completely traversing the Prudhoe Bay complex, as reported in the 1970s, had become rare. An analysis of the distribution of radio-collared female CAH caribou from 1980 to 1993 suggested that caribou use of the oil field region at Prudhoe Bay has declined considerably from that observed in the 1970s (Cameron et al. 2002). However, the Prudhoe Bay field was not designed to facilitate caribou movement. It is complex and has many older pipelines that are less than 5 feet above the ground. Movement of insect-harassed caribou through the Kuparuk oil field has been examined in several studies (Johnson and Lawhead 1989; Lawhead et al. 1994; Smith et al. 1994). In the Kuparuk oil field where all pipelines are elevated a minimum of 5 feet above ground, mosquito-harassed caribou were able to pass through the field on their way to and from insect-relief habitat, although they typically detoured around drill pads and were often delayed up to several hours at road crossings. Smith et al. (1994) monitored caribou movement in relation to roads and increasing development in the Kuparuk Area from 1978 to 1990. They found that groups of mosquito-harassed caribou were deterred from crossing roads with higher levels of vehicular traffic. Over the 12 years of the study, a change in access to the oil field area by insect-harassed caribou occurred. During the early years of construction, large insect-harassed groups of caribou approached the road from the middle section. By the end of the study, most large groups were observed at the extremes of the road transect, indicating that caribou might have been avoiding the core areas of industrial activity.

Development in the TLH caribou insect-relief habitat would be unlikely under the No Action Alternative, since the majority of the insect-relief habitat is covered by the Teshekpuk Lake Surface Protection Area. When mosquito numbers decline and oestrid fly harassment increases in mid-July, the large aggregations of caribou generally disperse into smaller groups of animals seeking insect-relief habitats. These insect-relief habitats include a variety of unvegetated and elevated sites. Coastal areas apparently provide little relief from fly harassment (Ballard et al. 2000). Gravel pads and roads are sometimes used as fly-relief habitat by caribou (Johnson and Lawhead 1989; Pollard et al. 1996b). Oestrid flies are less common in shade than in sunlit areas (Pollard et al. 1996a), and caribou sometimes use the shade of elevated pipelines and buildings to escape from flies (Murphy and Lawhead 2000). Caribou are more aggregated at this time than during the fall and winter, and may move long distances when insect harassment occurs. At this time, oil field facilities and roads that temporarily delay movement of animals back to foraging habitats may negatively affect caribou movements. In the Planning Area, the majority of insect-relief habitat during the oestrid fly season is located around Teshekpuk Lake, although caribou tend to be more dispersed than they are during the mosquito season. Most oestrid fly relief habitat is located within the Teshekpuk Lake Surface Protection Area, and would not be affected under the No Action Alternative. However, caribou do range further south in search of relief and do enter areas where development is possible.

Curatolo and Murphy (1986) evaluated the ability of caribou to cross roads and pipelines. They concluded that crossing success was reduced where pipelines were adjacent to heavily traveled roads (greater than 15 vehicles per hour). Isolated pipelines or roads had lesser effects on crossing success. Groups did eventually cross the roads and move through the oil field. For caribou in the Prudhoe Bay and Kuparuk oil fields and pipeline-road corridors, the greatest human-caused influence on behavior and movement is vehicle traffic (particularly high traffic levels, such as 40 to 60 vehicles per hour, or traffic levels of greater than 15 vehicles per hour) within the pipeline-road corridors (Murphy and Curatolo 1984, Lawhead and Flint 1993). Caribou are hesitant to cross the Dalton Highway and other roads on the oil fields because of the traffic (Lampe 1997 *in* USDOI BLM 1997). A decline in the frequency with which caribou cross pipeline corridors is attributed to high traffic levels on the adjacent road (Curatolo 1984). Caribou generally hesitate before crossing under an elevated pipeline, and may be delayed in crossing a pipeline and road for several minutes or hours during periods of heavy road traffic; however, successful crossings do occur. Caribou have returned to areas of previous disturbance after construction was complete in other development areas (Hill 1984, Northcott 1984).

A pipeline from an oil field(s) in the northern and central Planning Area would connect to the TAPS through facilities at the Kuparuk oil field, while an oil field in the extreme south of the Planning Area could connect to TAPS by a southern route. Any pipelines would be constructed during winter using ice roads, and no permanent road would be built. During construction, air traffic would include several flights per day, which could temporarily disturb some caribou within about a mile of the pipeline. It is expected that disturbance effects on caribou would be short term, interference with their movements would be temporary (a few minutes to less than a few days), and

**Exhibit 42, page 208 of 300**

they eventually would cross the pipeline area. Also, disturbance reactions would diminish after construction was completed. Disturbance of important riparian areas would be avoided. Oil field facilities (other than buried pipeline) would not be located within 1 mile of major stream drainages.

The mere physical presence of a pipeline would probably have a minimal effect on the behavior, movement, or distribution of caribou, except perhaps when heavy snowfall prevented some animals from crossing under or over the pipeline. During the winter, caribou movements could be blocked or interrupted along the elevated (5-foot) pipelines by snow drifting under the pipeline (Nukapigak 1997 in USDOI BLM 1997). Such an effect should be temporary and localized, however, with the caribou moving across the corridors at locations with shallower snow. Construction of additional pipelines from the Northwest National Petroleum Reserve – Alaska to the Kuparuk area would add to the cumulative effect of development on TLH and CAH caribou. Construction of a pump station in the National Petroleum Reserve – Alaska would result in the loss of up to 40 acres of tundra habitat and the temporary displacement or disturbance of caribou during construction.

Development of an oil field(s) could result in impacts to wintering TLH caribou; WAH caribou are unlikely to be encountered during winter since most winter south of the Brooks Range. Depending on the location of the development, some TLH caribou migration movements could be temporarily disrupted or diverted by air and surface traffic along pipelines and roads within the oil field. Wintering animals could also be temporarily disturbed or avoid the development area. Repeated disturbance of the same animals during the winter could have negative impacts on the energy balance of individual animals.

Development of oil fields would require large amounts of gravel (up to 5 million cubic yards). Gravel is a scarce resource in the National Petroleum Reserve – Alaska, and if local sources of gravel were not available, alternative strategies could be used, including barging construction materials to coastal staging areas for later transit over ice roads, processing bedrock for construction materials, using year-round ice pads, or reusing gravel from previous Husky drill sites. Gravel extraction (outside of the Planning Area), hauling of the gravel on ice roads (into the Planning Area), and deposition of gravel in the lease areas would result in local disturbance displacement of small numbers of individual animals but would not affect the overall distribution and abundance of caribou. The loss of relatively small areas of tundra habitat to gravel pads, roads, and other alterations generally has not had major effects on the CAH caribou, and would likely have a minimal impact on the TLH and WAH caribou.

Under the No Action Alternative, some terrestrial mammals could be affected by offshore drilling from an ice island, and subsequent oil development on the coast of the Planning Area in Harrison Bay, in a small area south of Atigaru Point. This area is used by TLH caribou as insect-relief habitat during the mosquito season and during the oestrid fly season. Barging of supplies could also occur in this area but is not expected to have a substantial impact on terrestrial mammals. Noise and disturbance from these activities would be local and are not likely to affect terrestrial mammal populations.

Moose

Moose occur in low densities in the Planning Area during the summer and are concentrated in major drainages at the southern edge of the Planning Area in the winter. Unless an oil field were to be developed in the extreme south of the Planning Area near the Colville River, development would be unlikely to impact moose. A number of studies show that the TAPS has no major effect on moose movements and habitat use near the pipeline (Sopuck and Vernam 1984, 1986; Eide et al. 1986). In one study, 94 percent of moose successfully crossed the pipeline corridor, and moose distribution was independent of distance from the pipeline (Sopuck and Vernam 1986). However, moose preferred to cross pipelines elevated above 5 feet (Sopuck and Vernam 1984). Under the No Action Alternative, in-field pipelines and a crude oil pipeline (elevated 5 feet) connecting with the TAPS would not be expected to affect moose habitat use and movements regardless of the location of the field(s). Air and surface traffic could also disturb moose, but the number of animals affected would likely be minor, and no impacts to the population would be anticipated; any air or surface traffic disturbance should be of short duration.

If gravel were mined from riverbeds in the Planning Area, a temporary displacement and disturbance of moose could occur. Borrow pit operations could destroy or degrade 20 to 90 acres of moose habitat.

ENVIRONMENTAL CONSEQUENCES

Muskox

Potential effects of oil and gas development activities on muskox include displacement and disturbance of individual animals, direct habitat loss from gravel mining in river floodplains and at oil field facilities, and indirect habitat loss through reduced access caused by physical or behavioral barriers created by roads, pipelines, and other facilities (Garner and Reynolds 1986; Clough et al. 1987). Muskox may be more exposed to oil exploration and development than caribou, because they tend to remain year-round in the same habitat area (Jingfors 1982); conversely, muskox may be more likely to habituate to these activities because of this year-round exposure. Muskox have been exposed to the TAPS and the Dalton Highway with the expansion of their range west from the Arctic National Wildlife Refuge and the Kavik River. Oil development activities would be unlikely to impact muskox. However, as populations continue to expand west into the Planning Area, they could move into areas of development. Construction of oil pipelines to Prudhoe Bay could result in temporary disturbance of mixed-sex groups of muskox in the Colville River and Fish Creek areas. Repeated disturbance of the same group during the winter, by air traffic, for example could negatively affect the energy balance of individual animals and potentially contribute to winter mortality. Under the No Action Alternative, lease stipulations are in place to minimize impacts to muskox—for example, by avoiding activities close to riparian habitat, prohibiting hunting by employees, limiting ground transportation, and controlling air traffic.

Grizzly Bears

Major sources of noise include construction of roads, installation of crude oil pipelines, pump stations, gravel mining, and drilling operations. These activities could disturb grizzly bears within a few miles of the noise sources. Industrial activities and human presence could also cause potentially serious disturbances to denning bears. In one study, seismic activities within 1.2 miles of a grizzly bear den caused changes in heart rate and movement of the female bear and cubs (Reynolds et al. 1986). The investigators suggest that seismic testing activities within about 600 feet of the den may cause abandonment of the den. A similar effect could occur from construction activities within 600 feet of dens. In a study of maternal denning of polar bears and their cubs (a comparable species), disturbances from capture, marking, and radio tracking did not affect litter sizes or the stature of cubs produced. This tolerance by bears, and the fact that maternal investment in the denning effort increases through the winter, indicate that spatial and temporal restrictions on development activities could prevent abandonment of the dens (Amstrup 1993).

Human scent and other noises could also disturb bears. When grizzly bears first encounter humans on foot, their initial response is to flee; responses to ground-based human activities are stronger than responses to aircraft, especially when encounters occur in open areas such as the North Slope (McLellan and Shackleton 1989). The increase in human presence and resulting encounters with grizzly bears associated with recreation and tourism are temporary in nature. The establishment of permanent settlements (oil fields, mines, etc.), however, usually leads to human-bear encounters on a regular basis and to conflict, particularly if bears learn to associate humans with food (Harding and Nagy 1980, Schallenberger 1980, Miller and Chihuly 1987, McLellan 1990). Grizzly bears initially avoid human settlements because of the noise and disturbance (Harding and Nagy 1980), but if the area includes an important food source, some bears are likely to habituate to the noise and human presence, leading to an increase in encounters. Individual bears, especially females with cubs, vary in the degree of habituation-tolerance to human presence, and some would continue to avoid areas when humans are present (Olson and Gilbert 1994). Although studies show that cub survival is higher in bears using anthropogenic food sources in the oil field region (Prudhoe and Kuparuk), this effect is countered by the fact that these bears have a lower than normal survival rate after becoming sub-adults (Shideler and Hechtel 2000).

The attraction of grizzly bears to garbage or other food odors at oil and gas facilities has led to encounters in which the need to protect workers results in the loss of bears (Schallenberger 1980). Once bears become conditioned to the availability of human sources of food, measures to reduce this availability by improved garbage handling are not always effective (McCarthy and Seavoy 1994). The bears respond by making an extra effort to get to the food sources that they are conditioned to having.

Under the No Action Alternative, oil exploration and development would likely attract some grizzly bears to oil production facilities, and could result in the loss of some bears due to interactions with humans, including

**Exhibit 42, page 210 of 300**

roadkills. The level of impacts to bears would be dependent upon the location of the oil fields. Bears are much less common in the ACP than in the foothills of the southern part of the Planning Area. Oil development in the area with the highest potential for oil reserves (the north) would initially have fewer impacts on bears than development in the middle to southern portion of the Planning Area. However, if bears were attracted to development, impacts could increase over time. Shideler and Hechtel (2000) estimated bear densities in the oil field region (Prudhoe Bay and Kuparuk river Unit) to be 1.5 bears per mi$^2$, more than twice the highest density estimate for the ACP. Because this higher density could not be attributed to anthropogenic food sources, the authors speculated that the oil field region was higher quality habitat than other parts of the ACP.

Gravel mining in riparian corridors along major rivers could result in the disturbance and loss of 20 to 90 acres of bear habitat. Shideler and Hechtel (2000) found that bears often used riparian habitats on the North Slope. An average of 51 percent of the observations of radio-collared bears were in riparian corridors along major rivers and streams.

Lease Stipulations 24, 29, 39, and 41 restrict industrial activities close to riparian habitat and bear dens, and should reduce impacts.

## Wolves
Potential effects on wolves include short-term disturbances from air and surface traffic and human presence, and increased hunting and trapping pressure through improved access or increased human presence associated with oil development. If caribou abundance were negatively affected by oil development, wolf abundance could in turn be affected. Wolves are generally not abundant in the Planning Area, and the highest populations are located in the southern portions of the area. Therefore, oil development in the high potential area would have minimal impact on wolves.

## Wolverines
The potential effects of oil development on wolverines could include disturbance from air and surface vehicle traffic, increased human presence, and habitat alteration. Because wolverines are considered a shy and secretive species, they could be sensitive to oil exploration and development activities. Winter seismic activities in the Pik Dunes area south of Teshekpuk Lake caused the displacement of a wolverine from its den (Brower 1997 *in* USDOI BLM 1997). If caribou abundance were affected by oil development, wolverines could also be affected. Decline in the distribution and abundance of wolverines in Canada was attributed to increased harvest and decline in caribou populations (Van Zyll de Jong 1975). Alteration of riparian habitats through gravel excavation or pipeline construction could affect wolverines, especially during the winter, when these habitats provide cover and important hunting areas. Under the No Action Alternative, some wolverines could be displaced near (within a few miles) oil field facilities. Lease stipulations that control or prohibit development activities near riparian areas in the vicinity of the Pik Dunes and in the Teshekpuk Lake Special Area would help mitigate impacts on wolverines.

## Foxes
Oil development activities could affect the Arctic fox by increasing the availability of food and shelter. Oil field facilities provide additional food sources for foxes at dumpster sites near the galley and dining halls and at dump sites (Eberhardt et al. 1982; Rodrigues et al. 1994). Crawl spaces under housing, culverts, and pipes provide foxes with shelter for resting and, in some cases, artificial dens (Eberhardt et al. 1982; Burgess and Banyas 1993). Localized oil development activities do not appear to have any dramatic, deleterious effect on Arctic fox populations (Eberhardt et al. 1982). A study of den sites and fox productivity near Prudhoe Bay indicates that adult fox densities and pup production are higher in the oil fields than in surrounding undeveloped areas (Burgess et al. 1993). An increase in the fox population associated with oil development could affect some fox-prey species (such as ground-nesting birds) in the development area and over a region larger than the oil field itself. If development were to occur in the Arctic foothills or mountains, similar impacts to red foxes could occur. Standard waste management practices and employee training would reduce the likelihood that foxes would be attracted to oil field facilities.

**Exhibit 42, page 211 of 300**

ENVIRONMENTAL CONSEQUENCES

Other Mammals

Small rodents and their predators would be affected locally (direct mortality and loss of habitat of individuals or small groups of lemmings and voles) along pipelines, gravel pads, and other facilities. Arctic ground squirrels sometimes den in gravel fill in the oil fields (Shideler and Hechtel 2000). The availability of suitable burrowing habitat could increase the local densities of ground squirrels.

### Effects of Abandonment and Rehabilitation

Abandonment and rehabilitation activities would disturb and displace terrestrial mammals in a manner similar to that associated with construction. The intensity of the disturbance would be less than during construction, because it is likely that caribou, muskox, and other terrestrial mammals would have become habituated to road and air traffic over the course of construction and operation of the facilities. Some individuals could be killed by collisions with road traffic. If roads were left in place and maintained in useable condition upon abandonment, they could continue to provide improved access to hunting areas, with consequent hunting pressure on caribou and other subsistence species. Revegetation of the roads, pads, and the airstrip left in place would facilitate restoration of habitat. Plant communities on these raised gravel structures would likely be different from those that prevail in adjacent areas. However, pads, roads, and airstrip, if left in place, could provide some insect-relief habitat for caribou. If gravel fill was removed and the pad revegetated with vegetation similar to the surrounding plant communities, caribou, and possibly other terrestrial mammals, would use the area. Foam insulating materials that could be used in pad construction could be broken up in the course of removal and used by fox as denning material. Depending on the material's toxicity and the amount ingested by fox, this could cause mortality, though the numbers of fox killed would likely be very small. Overall, the impacts of abandonment and rehabilitation activities would be measured as impacts to individuals; no adverse impacts to populations are expected.

### Effects of Spills

The extent of environmental impacts would depend upon the type and amount of materials spilled, the location of the spill, and the effectiveness of the response. The majority of small spills would be contained on the gravel pad and would have no impact on terrestrial mammals or their habitat.

Caribou and other terrestrial mammals could be coated with oil or ingest contaminated vegetation. Adult caribou, moose, and muskox that were to become oiled would not likely suffer from a loss of thermal insulation during the summer, although toxic hydrocarbons could be absorbed through the skin or inhaled. However, the oiling of young calves could reduce thermal insulation, leading to their death (USDOI BLM and MMS 1998). Oiled caribou, moose, and muskox hair would be shed during the summer before the winter fur was grown. If caribou were oiled in the winter after shedding their summer coats, oiling would not be expected to affect thermal insulation, because the outer guard hairs of caribou are hollow. Depending upon the timing of oiling, the oiled fur might not be shed until the following summer. No documented caribou deaths have been attributed to spills associated with TAPS. Toxicity studies of crude-oil ingestion in cattle indicate that anorexia (substantial weight loss) and aspiration pneumonia leading to death are possible effects (Rowe et al. 1973). Exposure of livestock (horses and cattle) utilizing grazing lands with oil development has resulted in mortality and morbidity (Edwards 1985). Exposure could involve heavy metals, salt water, caustic chemicals, crude oil, and condensates. In cattle, this exposure has been shown to result in a wide variety of symptoms including effects on the central nervous system, cardio-pulmonary abnormalities, gastrointestinal disorders, inhalation pneumonia, and sudden death. Caribou, moose, and muskox that become oiled by contact with a spill in contaminated lakes, ponds, rivers, or coastal waters could die from toxic hydrocarbon inhalation and absorption through the skin.

Spill response would disturb terrestrial mammals; some oiled animals could be captured for treatment, while non-oiled animals could potentially be hazed from the area under agency guidance. The extent of the disturbance would depend upon a variety of factors, including spill size and location, response actions, and season. Aircraft or overland vehicles would temporarily disturb terrestrial mammals present in the vicinity of the spill. Response to disturbance could last from a few minutes to a few hours. Larger and more mobile terrestrial mammals would be temporarily displaced by human activity around the clean-up site; displacement could last for a few days to a few

**Exhibit 42, page 212 of 300**

weeks. Small mammals, such as lemmings and voles, could be killed during clean-up activities. It is not expected that these disturbance impacts would have population level effects on any terrestrial mammals.

If an oil release from a pipeline, or a spill large enough to escape from a gravel facility pad were to occur, some tundra vegetation would become contaminated. Caribou, moose, and muskox probably would not ingest oiled vegetation, because they tend to be selective grazers and are particular about the plants they consume (Kuropat and Bryant 1980). For most spills, control and clean-up operations (ground traffic, air traffic, and personnel) at the spill site would frighten caribou, moose, and muskox away from the spill and limit the likelihood that these animals would graze on the oiled vegetation. In most cases, onshore oil spills would not be expected to affect caribou, moose, and muskox through ingestion of oiled vegetation. For large spills that are not immediately or successfully cleaned up, the potential for contamination would persist for a longer time and there would be a greater likelihood of animals being exposed to the oil. Cleanup success would likely vary depending upon the environment. Over time, any remaining oil would gradually degrade. Although oiling of animals would be unlikely to remain a threat after clean-up efforts, some toxic products could remain for some time. Depending upon the spill environment, a portion of the oil could persist for 5 years (USDOI BLM and MMS 1998).

Oil spills on wet tundra would kill the moss layers and aboveground parts of vascular plants and could potentially kill all of the macroflora at the site (McKendrick and Mitchell 1978). Damage to oil-sensitive mosses could persist for several years if the site were not rehabilitated. The length of time that a spill would persist would be dependent upon soil moisture and concentration of the product spilled. McKendrick (2000) reported that complete vegetation recovery occurred within 20 years on a wet sedge meadow without any cleanup. At a dry habitat exposed to the same application, vegetation cover was less than 5 percent after 24 years. For the most part, onshore oil spills would be very localized (less than 1 acre) in their effects and would not be expected to substantially contaminate or alter caribou, moose, and muskox habitat. However, some local contamination of tundra vegetation would likely occur near production wells and processing facilities. Spills occurring within or near streams and lakes could affect foraging habitat along these waterbodies.

Grizzly bears depend on coastal streams, beaches, mudflats, and river mouths during the summer and fall for catching fish and finding carrion. If an oil spill were to contaminate beaches and tidal flats along the Beaufort Sea coast (an extremely unlikely situation under the No Action Alternative), some grizzly bears would be likely to ingest contaminated food, such as oiled birds, seals, or other carrion (USDOI BLM and MMS 1998). Such ingestion could result in the loss of a few bears. An oiling experiment on captive polar bears indicated that if a bear's fur becomes oiled and the bear ingests a considerable amount of oil while grooming, kidney failure and other complications could lead to the bear's death (Oritsland et al. 1981). Brown bears on the Shelikof Strait Coast of Katmai National Park (an area contacted by the *Exxon Valdez* oil spill) were observed with oil on their fur and were consuming oiled carcasses; one young bear that died had high concentrations of aromatic hydrocarbons in its bile and might have died from oil ingestion (Lewis and Sellers 1991). Anecdotal accounts of polar bears deliberately ingesting hydraulic and motor oil, and foreign objects from human garbage sites suggest that both bear species are vulnerable to ingesting oil directly, especially from oiled carrion and other contaminated food sources (Derocher and Stirling 1991). Skin damage and temporary loss of hair can result from oiling of bears, with effects on thermal insulation. The No Action Alternative could result in the loss of a very small number of grizzly bears through ingestion of contaminated prey or carrion.

Small mammals and furbearers could be affected by spills due to oiling or ingestion of contaminated forage or prey items. These impacts would be localized around the spill area and would not have population level impacts.

If seawater were used for enhancement of oil production, a saltwater spill could occur within the Planning Area. According to McKendrick (2000), brine spills kill plants on contact and increase soil salinity to the point that many species cannot survive. Unlike oil, salts are not biodegradable, and natural recovery occurs only after salts have leached from the soil. A spill would have effects on salt-intolerant vegetation near the seawater pipeline, but the amount of tundra habitat affected would be no more than a few acres. Thus, saltwater spills would probably not affect forage availability for caribou, muskox, moose, or other terrestrial mammals in the Planning Area. In cattle, ingestion of saltwater at greater than 10,000 ppm salt can cause sodium-ion toxicity and at lower levels may affect

**Exhibit 42, page 213 of 300**

impacts to the animals. Bears and foxes could be attracted to developments, although the attractiveness of developments could be limited by proper waste handling.

In general, impacts to mammals from non-oil and gas activities, and from oil and gas activities, would likely be additive, except in those areas both types of activities occurred. Impacts to mammals from exploration and development activities would also be additive, except where development occurred in areas previously disturbed during exploration. In areas where two or more activities occurred, overall impacts would reflect those impacts associated with the first activity and any new impacts associated with later activities. Because of the smaller disturbance area, the potential for impacts to mammals under this alternative would be about 50 percent less for oil and gas exploration activities, and one-third (final Preferred Alternative), one-fourth (Alternative B), and one-fifth (Alternative C) as much for oil production and development activities, as compared to the action alternatives, based on the amount of habitat impacted. If oil and gas activities occurred in areas with an abundance of caribou or other mammals, or in areas with high quality habitat, impacts could be greater than those based strictly on number of acres of habitat impacted.

### 4.3.9.2    Marine Mammals

**Activities Not Associated With Oil and Gas Exploration and Development**

The principal non-oil and gas activities occurring in the Planning Area would be aircraft traffic (both rotary- and fixed-wing) associated with surveys and wildlife studies; ground activities such as resource inventories, paleontological excavations and research, and recreational camps; overland traffic; and human foot traffic. Overland moves would occur during the winter on stable sea ice or frozen tundra, and could impact small numbers of seals and polar bears. Most of the other non-oil and gas activities would take place in summer and early fall (June-September) and would only impact marine mammals if they occurred along the coast of the Planning Area. Activities occurring near the coast could cause short-term displacement or harassment of hauled-out seals and polar bears.

Overland moves would take place during the winter, and follow routes from Prudhoe Bay or Oliktok Point to Barrow or Nuiqsut. Overland routes would occur over stable sea-ice and over frozen tundra. Vehicle and sled trains could disturb denning ringed seals if the routes occurred over denning habitat in floating fast-ice, and could temporarily displace basking seals near the traffic route. Polar bears could also be displaced a short distance within approximately 1 mile of traffic along the route.

Some polar bears could be attracted to anthropogenic sources of food at camps used for various activities, which could result in some polar bear mortality if bears were killed in defense of human life and property. Such losses, by themselves, would not be expected to impact the population, but could contribute to cumulative effects. Camps would not be expected to impact other marine mammals.

Small fuel spills would likely occur in association with resource inventories and surveys, recreational activities, and overland moves. These spills would most likely involve aviation fuel and other light-fraction hydrocarbons fuels that would evaporate and disperse rapidly, and would be cleaned up immediately whenever possible, as required by lease stipulations. These small spills would not be expected to impact marine mammals in or near the Planning Area.

The effects of non-oil and gas activities on marine mammals in the Planning Area should be localized and short term.

**Oil and Gas Exploration and Development Activities**

*Effects of Disturbances*

Under the No Action Alternative, seismic surveys conducted near the coast could expose a few denning polar bears to noise and associated disturbances. This disturbance could result in the displacement of a few maternal polar

**Exhibit 42, page 214 of 300**

ENVIRONMENTAL CONSEQUENCES

bears and their dependent cubs, leading to the abandonment of the den site and possible death of a small number of cubs. However, relatively few polar bears would be affected because of the low number of recorded maternal den sites in and adjacent to the Planning Area. Lease stipulations prohibit seismic surveys within 1 mile of known or suspected polar bear dens. Onshore seismic surveys would not be expected to have any impacts on marine mammal species other than polar bears since no other marine mammals occur onshore during the winter.

Potential noise disturbance to marine mammals could result from support aircraft (there would be several helicopter round trips/day during exploration and development) from Prudhoe Bay or the Alpine field traveling to and from Planning Area exploration and production facilities, and from seismic activities along and near the coast from the Colville River Delta to Harrison Bay. Effects should be localized and short term, and include displacement from preferred resting and feeding locations. Aircraft would be required to be above minimum altitudes, except on takeoff and landing, which would reduce the potential for aircraft disturbance. Overflights by fixed-wing aircraft or helicopters could cause the temporary displacement of seals from their haul outs. The number of seals affected would depend on the number of disturbance incidents and the number of seals hauled out on the ice. Moulton et al. (2003) reported minor responses by seals to fixed-wing surveys flown at 300 feet; only 1.5 percent of the observed seals were reported to dive into their holes in response to the aircraft. Aircraft routes would not likely occur over ringed seal pupping habitat, so no impacts to ringed seal pups are expected.

During the summer, some of the air traffic to and from exploration and production facilities could disturb ringed, bearded, and spotted seals hauled out on nearshore ice or on beaches. Such disturbance could result in the displacement of seals into the water. Aircraft disturbance to seals hauled out along the coast or on nearshore ice would not be expected to result in the death of any seals, although increases in physiological stress resulting from frequent disturbance could reduce the fitness of individual seals.

Exploratory drilling near the coast during winter (December to mid-April) would potentially disturb, displace, or attract polar bears. Female polar bears denning within 1 mile of the construction activity could be disturbed by vehicle traffic or construction noise. Disturbance of females in maternity dens could result in abandonment of the cubs or premature exposure of cubs (Amstrup 1993). Few dens have been reported in the Planning Area in the last 10 years (Map 3-30), although bears are known to occasionally den in the area. Lease Stipulation 24(a) requires that industrial activities maintain a 1-mile buffer around known or suspected polar bear dens. MacGillivray et al. (2003) measured noise from industrial activities in the air and within artificial polar bear dens at varying distances from the activity. Noise within the dens from vehicle traffic was generally attenuated to background levels when vehicles were approximately 1,600 feet away. Thus, it appears that current lease stipulations would be sufficient to prevent disturbance to polar bears in natal dens.

It is possible, but unlikely, that denning polar bears would be affected by the construction of roads, pads, or pipelines. The number of bears affected would depend on the number of undetected dens located within the 1-mile buffer around construction activity. The severity of the effect would depend on the reaction of individual bears, whether the den was active or abandoned, and the age of the cubs when the disturbance occurred.

Some polar bears could be attracted to oil field camps by food odors and curiosity. Attraction to the area would increase the potential for human-bear interactions, and could result in intentional harassment or death of the bear in defense of human life or property. However, such actions have been rare in the past, and should not be common in the Planning Area. Workers would be required to participate in bear-awareness training programs (Lease Stipulation 63), and Lease Stipulations 76 and 77 have been established that would minimize the potential for polar bear interaction with humans. Consultation between oil field developers and the USFWS should result in the use of nonlethal means of deterrence in most cases. Therefore, the number of bears lost as a result of such encounters is expected to be minor.

Under the No Action Alternative, seals and polar bears could be affected by possible offshore oil exploration and subsequent development on the coast of the Planning Area in Harrison Bay, in a small area south of Atigaru Point. The effects of these activities would be localized and would not be likely to affect marine mammal populations.

**Exhibit 42, page 215 of 300**

Most exploration and development activities would occur onshore, where they would be unlikely to affect individual marine mammals or populations.

### Effects of Abandonment and Rehabilitation

Impacts of abandonment and rehabilitation activities are expected to be similar to those for construction. Aircraft flights could disturb ringed or bearded seals and non-denning polar bears, and spotted seals could be disturbed by spring or summer activities. Denning polar bears could be disturbed, and mortality caused to cubs if they are abandoned or prematurely exposed to adverse weather conditions, by activities within about 1 mile of their dens if these dens were not detected and disturbance avoided as required by lease stipulations.

### Effects of Spills

**Effects from a Large Spill.** If a large spill occurred near the Colville River Delta, some oil could reach the marine environment. Some spotted seals and beluga whales within the Colville River Delta could be exposed to oil if the spill occurred during the open-water season. A spill could affect ringed seals if it occurred during spring break-up. Assuming that the spill occurred during the open-water season, the coastline of many small islands in the Colville River Delta could be oiled. A small number of spotted seals regularly use the Colville River main channel and Nigliq Channel in summer. Johnson et al. (1998, 1999) reported spotted seals in the East Channel of the Colville River, at the mouth of the Kachemach River, and on the southwest end of Anachlik Island. Local residents of Nuiqsut reported that spotted seals regularly use Nigliq Channel, and the Fish Creek and Judy Creek deltas. Spotted seals have been observed as far upstream as Ocean Point, and occur regularly as far as the mouth of the Itkilik River (Reed 1956; Seaman et al. 1981). There are limited records of coastal sightings of beluga whales near the Colville River Delta. Beluga whales are common near shorefast ice in the Colville River Delta region until ice moves offshore in July. Seaman et al. (1981) reported sightings of a few groups, ranging up to 100 beluga whales, near Jones, Pingok, and Thetis islands, north and east of the Colville River Delta, during fall migration. Recently, Nuiqsut hunters reported that beluga whales have been seen in Niglik Channel in the Colville River, and were seen stranded in shallow water in the Fish Creek Delta (Lampe 2003). An oil spill located in the waters or along the islands in the Colville River Delta could result in the loss of some spotted seals and beluga whales. The spotted seal population would be expected to replace lost individuals within a few years. The beluga population would likely replace lost individuals within 1 year.

An oil spill would be unlikely to contaminate benthic food organisms and bottom-feeding habitats of walruses, bearded seals, and gray whales because little oil would be expected to reach offshore feeding areas. Thus, a spill in the Colville River Delta would not be likely to have any food-chain effects on marine mammals.

Polar bears are known to travel and den along the Colville River and would be most vulnerable during fall (open water), winter, and spring months. Polar bears may be affected directly through contacting spilled oil or ingesting contaminated prey, or indirectly through loss of habitat or prey species. However, the low probability of a large scale oil spill combined with the likelihood of low numbers of bears occurring in the area suggests that population-level effects would likely be minor, unless spilled oil traveled extensively into the marine environment, or aggregations of bears encountered oil.

**Effects from Small Onshore Spills.** Small onshore spills would generally not have any effects on marine mammals unless the spills entered and contaminated streams that run into the Colville River Delta, Fish Creek or Judy Creek, or the Kogru River. In this scenario, a small number of spotted seals or beluga whales might be exposed to oil in nearshore habitats and suffer lethal or sublethal effects. A small number of ringed seals and their pups could be contaminated if a spill were to reach the marine environment during early winter. Such contamination could result in the death of a small number of pups. If the spill occurred during the open-water season, a small number of spotted seals could be exposed to oil. A few spotted seals could suffer sublethal or lethal effects. A small number of beluga whales could be exposed to oil in the Colville River Delta and in Fish or Judy creeks. A small number of polar bears could be directly exposed to oil or indirectly exposed through consumption of contaminated seals. The small number of deaths that could occur from small onshore spills is not expected to

**Exhibit 42, page 216 of 300**

ENVIRONMENTAL CONSEQUENCES

Preferred Alternative; however it would still be a very rare event. Impacts from spills would be less likely under the final Preferred Alternative than under alternatives B and C.

Most oil spills cover less than 500 square feet (<0.01 acres), though a pressured aerial mist may cover substantially more area (Ott 1997). The average spill would cover 0.1 acre; about 107 acres could be impacted during the lifetime of development in the Planning Area under the final Preferred Alternative, and about three times the amount that would be impacted under the No Action Alternative. Overall, past spills on Alaska's North Slope have resulted in minor ecological damage and ecosystems have shown good potential for recovery (Jorgenson 1997).

### Abandonment and Rehabilitation

During abandonment activities, vegetation and wetlands would be impacted by dust fallout along roads, by ice roads and other off-road tundra travel associated with dismantling of pipelines and power lines, and by disturbance to vegetation adjacent to VSMs and power line poles during their removal. The level of impact from these activities would be roughly the same as that during construction if gravel fill was removed; impacts would be less if the gravel were to be left in place. If roads and pads were left in place, and especially if cross drainage across roads was not maintained, water impoundment would occur, and could alter plant communities as described for the construction period. It is also likely that the unmaintained roads would have occasional washouts, where tundra vegetation would be covered with washed-out gravel. Roads and pads, if left in place, would likely need to be revegetated with plants native to gravel bars and ridges in the Arctic (i.e., different from the plant communities surrounding the facilities). Revegetation activities could take several years, as initial attempts are not always successful. Removal of gravel from pads, roads, and airstrips could be mandated. Partial or complete removal of gravel can result in faster reestablishment of native plant growth, although establishment can take many years (more than a decade). In addition, thaw subsidence is difficult to predict, and complete restoration to preexisting conditions is improbable. In general, impacts from abandonment and rehabilitation for the final Preferred Alternative would be greater than what would occur under the No Action Alternative and less than what would occur under alternatives B and C given the numbers of fields likely to be developed under each of these alternatives.

## 4.6.5.3    Effectiveness of Stipulations and Required Operating Procedures

The final Preferred Alternative would have the same lease stipulations and ROPs as those outlined under alternatives B and C. Development in the Planning Area would result in impacts to vegetation and plant communities. The ROPs and lease stipulations associated with the final Preferred Alternative would provide protections to limit impacts, and should be effective in minimizing destruction of vegetation and alteration of plant communities. The final Preferred Alternative also has several additional lease stipulations that limit surface occupancy in portions of the Planning Area. These lease stipulations would prevent surface occupancy in areas north and east of Teshekpuk Lake in the Goose Molting Area and in caribou calving and migration areas to the south and east of Teshekpuk Lake. These additional lease stipulations would also protect vegetation in these areas.

## 4.6.5.4    Conclusion

Under the final Preferred Alternative, impacts to vegetation from activities other than oil and gas development would include minor impacts from aircraft landings, archaeological and paleontological excavations, camps, and overland moves. The duration of these impacts would be short term, ranging up to 5 months, and recovery would vary from 1 to several years. The amount of impact from these activities would be similar for all alternatives.

Impacts associated with oil and gas development would occur from seismic work and construction of well collars during exploratory drilling. The duration and recovery time for impacts associated with seismic work would be similar to those for overland moves. Effects of well collar construction would be permanent. The effects of oil and gas development and operation would include destruction of vegetation during the construction of gravel pads, roads, and airstrips; excavation of material sites; construction of VSMs; and spills of oil and other chemicals.

**Exhibit 42, page 217 of 300**

These impacts would be permanent except for those associated with spills, which would be cleaned up, allowing for recovery within a few years to several decades. Plant communities could also be altered by dust deposition, salinity from gravel fill used in construction, snowdrifts, and blockage of or change to natural drainage patterns. These indirect impacts would not be permanent but would persist for an extended period depending on the level of rehabilitation following abandonment. An estimated 365 to 4,130 (2,810) acres would be directly and indirectly impacted from development. This is approximately 0 to 2,915 more acres than for Alternative A, 245 to 745 fewer acres than Alternative B, and 295 to 1,855 fewer acres than for Alternative C; vegetation impacted by oil spills could comprise another 107 acres.

It is assumed that impacts to vegetation types or communities would occur in proportion to their occurrence within the Planning Area. However, the final Preferred Alternative also has several additional lease stipulations that limit surface occupancy in portions of the Planning Area. These lease stipulations would prevent surface occupancy in areas north and east of Teshekpuk Lake in the Goose Molting Area and in caribou calving areas to the south and east of Teshekpuk Lake. These additional lease stipulations would protect vegetation in these areas, which have a higher percentage of wet vegetation communities.

Under the final Preferred Alternative, development would be unlikely to substantially affect any plant species or communities. However, if development facilities were constructed in an area containing a population of a rare plant species, the impacts to that species could be severe. Three rare North Slope plant species are known to occur in the Planning Area, and four other rare species are known to occur on the North Slope but have not been documented in the Northeast National Petroleum Reserve – Alaska. Sabine grass is an aquatic grass that rarely occurs between the pendent grass and sedge zones in lakes and ponds. This species is known from a few locations north and northeast of Teshekpuk Lake, which would be protected from development under the alternatives A and B, but would not be protected under Alternative C. Although some development would be allowed in the area north of Teshekpuk Lake under the final Preferred Alternative, most areas where Sabine grass could be found would be protected by the additional lease stipulations associated with this alternative. Stipulated cinquefoil has been found at Umiat. This Asian species is found in sandy substrates, such as sandy meadows, and riverbank silts and sands other than dunes. This species would be protected by setbacks along rivers in the Planning Area and by the designation of the Colville River Special Area. Muir's fleabane, Drummond's bluebell, and Hartz's bluegrass all occur in dry habitats associated with bluffs, floodplains, river terraces, sand dunes, rocky outcrops and fellfields. These habitats are the primary sources of gravel fill used during construction and development (NRC 2003) and could be impacted by development in these areas.

Impacts to vegetation from non-oil and gas activities, and from oil and gas activities, would likely be additive, except in those areas where the two types of activities overlapped. Impacts to vegetation from exploration and development activities would also be additive, except where development activities occurred in areas previously disturbed during exploration. In areas where two or more activities occurred, overall impacts would reflect those impacts associated with the first activity and any new impacts associated with later activities.

## 4.6.6   Wetlands and Floodplains

In compliance with Executive Order 11990, Protection of Wetlands and Floodplains, the BLM has prepared a comprehensive impact analyses on those areas within the Planning Area that are considered to have the function and value of wetlands, as described in Section 3.3.2 (Wetlands and Floodplains).

Approximately 95 percent of the Planning Area would be considered wetlands, according to established criteria for determining wetland status. Assuming that impacts would be distributed across all vegetation types equally based on their occurrence in the Planning Area, most of the acreage that would be impacted by development activities in the Northeast National Petroleum Reserve – Alaska would be wetlands. In general, the northern portion of the Planning Area has the greatest percentage of wetlands and is thought to be the area with the greatest oil and gas potential. All of the Northeast National Petroleum Reserve – Alaska, except Teshekpuk Lake, would be open to oil and gas leasing under the final Preferred Alternative. However, three additional lease stipulations would provide additional protection in the Teshekpuk Lake Special Area by prohibiting permanent oil and gas facilities, excluding

**Exhibit 42, page 218 of 300**