ENVIRONMENTAL CONSEQUENCES

likely known to the native inhabitants long before recorded history. In 1881-1883, John Murdoch, a member of the U.S. Navy's International Polar Expedition, visited Point Barrow and vicinity, and in 1892 reported that the expedition heard stories of a lake of tar on an island a 1 day sail east of Point Barrow, most likely Camp Simpson (Murdoch 1892). In August of 1886, the first non-native people to see the Cape Simpson seepages could have been Charles Brower and his partner Patrick Grey while on a hunting trip (Brower 1942). The North Slope's potential as a significant oil province was further shown when Ensign W.L. Howard found a pebble-sized piece of oil shale along the Etivuluk River in 1886 (Smith and Mertie 1930).

**1900 to 1940**

In 1904, W. Peters and F. Schrader, a topographer and a geologist, published the first recorded systematic geologic and geographic traverse of the Brooks Range and the North Slope (Schrader and Peters 1904). In 1901, the researchers traveled by way of the John, Anaktuvuk, and the Colville rivers, naming and describing the Lisburne Formation of the Mississippian age and the Cretaceous rocks in the area. They noted the anticlinal structures in the foothills of the Brooks Range and numerous coal seams along the Colville and Anaktuvuk rivers. They also described the coal exposures along the northwest coast, which were mined by Alaska natives and whalers for many years.

From 1906 to 1914, E. Leffingwell mapped the Arctic Coast east of Barrow and much of the inland area of what is now the Arctic National Wildlife Refuge (Leffingwell 1919). He described and named the rock formations that were later discovered as the oil-bearing rocks at Prudhoe Bay and noted the seepages at Cape Simpson. He concluded that, "Even if an oil pool were found in the northern region, there is serious doubt of its availability under present conditions, though it might be regarded as a part of the ultimate oil reserves that would some time be developed."

From 1909 to 1921, individuals and industry representatives staked claims, under the old mining laws, at Cape Simpson, Peard Bay, and along the Meade, Kukpowruk, and Kokolik rivers. During that time, large deposits of oil were discovered in Oklahoma and Texas and industry shifted their interest to those new places of production rather than the North Slope (Van Valin 1941).

About 1920, the U.S. Navy began to convert their engines from coal to oil, and an oil shortage was already being predicted. In 1923, in order to provide for the increased oil needs, the Naval Petroleum Reserve No. 4 (PET-4) was established by Executive Order No. 3797-1. The early reporting of oil seepages at Cape Simpson, Ensign Howard's discovery of oil shale along the Etivuluk River, the description of resources found in the North Slope by Peters and Schrader, and Leffingwell's mapping of the area, were all used to decide on the borders of PET-4. However, the geology and the geography of the PET-4 interior areas were still largely unknown, and it was necessary to increase the level of mapping and data gathering on the area.

From 1923 through 1926, USGS parties crossed the Brooks Range and PET-4 and mapped the geology and geography along many of the larger rivers, including the Kuk and Utukok rivers in the west and the Etivuluk, Killik, and Colville rivers in the east (Smith and Mertie 1930).

The USGS team, P. Smith and J. Mertie, also analyzed the petroleum potential of the Reserve. They concluded that the best possible sources of petroleum were in the apparently widespread oil shales, while the sources of oil in the Paleozoic rocks were problematic. They did not believe the Cretaceous rocks held much potential for petroleum, as they thought the rocks were small and sparse. Additionally, they concluded that the Cretaceous source rock in the Brooks Range was too deep for practicable drilling. They recommended that evaluating the petroleum potential in the PET-4 would be best realized by drilling for stratigraphic and structural information near Cape Simpson, and then by pursuing additional geologic field studies and drilling in other favorable areas.

**1940 – 1968**

*Government-Sponsored Exploration and Development Activities*

In 1943, the Bureau of Mines sent a field party to the North Slope to investigate oil and gas seepages, in response to inquires from the Alaska Defense Command and Territory of Alaska officials. The field party examined and sampled the Cape Simpson seepages, as well as several additional sites along the Arctic Coast. Samples were collected from 12 separate sites, and seepages were confirmed along Skull Cliff, Dease Inlet, Cape Simpson, Fish Creek, Brownlow Point, Manning Point, and Umiat Mountain.

In 1944, the first modern program of exploration, drilling, and geophysical and geological surveys was started by the U.S. Navy, and USGS geologic traverses began along the Colville River, later expanding to all major north-flowing rivers of the North Slope. In 1946, overland travel was necessary for the detailed structural geologic mapping. Weasels, military-style tracked vehicles were used to cross the Brooks Range by four different routes, covering much of interior area of the PET-4. By 1950, almost every stream capable of floating by boat was also traversed. Helicopters were first used for geologic studies in the Anaktuvuk Pass area; aerial photographs of over 70,000 square miles of the PET-4 and adjacent areas helped geologists interpret the possible geologic structure of the area, and a special series of photos were also used to analyze and plan field surveys by the USGS.

Between 1945 and 1952, geophysical studies, including experimental airborne magnetometer and gravity and seismic surveys, were completed and covered a large part of the Reserve. The seismic surveys covered about 67,000 square miles, which included areas outside of PET-4, the gravity-meter surveys covered about 26,000 square miles, and the airborne magnetometer surveys covered 75,000 square miles, nearly all of the ACP and much of the foothills of the North Slope. Travel and housing of the geophysical crews was by tractor-sled trains, smaller tracked vehicles, and small aircraft.

In 1944, the first drilling locations were determined by the presence of the seepages at Cape Simpson and a reconnaissance of the Umiat Anticline. It was decided that drilling should be limited to depths less than 10,000 feet, thought to be the economic limit at the time. In February and March of 1945, supplies were sledded to Umiat, where a drilling and logistic support camp was established and drilling began. The Umiat oil field, however, was not discovered until 1950, and still remains undeveloped. However, Umiat is still an important operating base for air transportation and geophysical and geological operations.

Also in 1945, 31 shallow core tests were drilled at Cape Simpson. Oil was produced, but the estimated reserves were considered too small to justify additional development. By 1948, geophysical surveys indicated the presence of a large basement high under the Barrow high and led to drilling near the top of the high. Gas was discovered, but neither oil nor hard rock basement was found at a depth of 2,500 feet. This area is now referred to as the Barrow Arch, the north limb of the Colville Basin.

In 1949, high sulfur, heavy oil was found at a test well drilled near the Fish Creek seepage at a depth of 3,000 feet. However, no structure was found and no reserve estimate was made, and continued geophysical exploration around the Barrow high found no significant oil reserves. Given the discovery of oil at Umiat, and the mapping of several closed anticlinal structures in and adjacent to PET-4, it was thought that further potential was in the northern foothills. Therefore, 10 shallow test holes were drilled on 6 structures; 1 gas field and 3 prospective gas fields were discovered; and 2 closed structures were mapped in the western part of PET-4. Test wells were drilled, one, Meade, of which showed strong gas, and one, Kaolak, of which was dry.

From 1945 through 1952, 45 core tests and 36 well tests were drilled within and adjacent to PET-4. The results showed one large oil field, Umiat, one large gas field, Gubik, one small gas field, Barrow, three prospective gas fields, Mead, Square Lake, and Wolf Creek, and two small oil deposits, at Cape Simpson and Fish Creek.

In 1947, the U.S. Navy, Bureau of Yard Docks, established and developed a research facility in the Seabee (Navy Construction Battalion) detachment, at Barrow. This was an important development for the Barrow community and for the exploration and development of the North Slope petroleum reserves. By May of 1947, a building program

## ENVIRONMENTAL CONSEQUENCES

began to provide housing and laboratory facilities for the Arctic Research Laboratory (ARL), Office of Naval Research (ONR), and in August of 1947, ONR occupied these new facilities. To more fully acknowledge the U.S. Navy's contribution to Arctic research, ARL became the Naval ARL (NARL) in the mid-1960s.

In 1949, the discovery of gas at Barrow was likely the most significant result of the PET-4 project to the people of Barrow. The South Field is the oldest producing gas field in Alaska and the South and East Gas fields are the farthest north producing oil or gas fields in North America. When the PET-4 project arrived in 1944, Barrow was home to about 400 inhabitants; the exploration activities provided employment opportunities for the local people and the population quickly increased.

In 1953, the PET-4 program was unexpectedly halted. By then, additional drill sites had been selected and supplies had started to arrive at a location east of PET-4, in the southern foothills near the head of the Shaviovik River and at another location at the head of the Utukok River in the southwest corner of the Reserve. Most of the supplies were later returned to Barrow and Umiat.

In 1964, Congress granted permission to extend the gas supply to Barrow, and the village was completely converted to natural gas by 1965. The gas was supplied by the U.S. Navy at a subsidized cost and use was unlimited, which the Barrow community was dependent on for heat and power.

After the PET-4 program was recessed in 1953, the entire camp facility was turned over to ONR until December 1954, when the Air Force took over the management of the base camp to support the DEW-Line program. The Air Force continued to operate the base camp through civilian contractors until October 1971, when the operation was returned to the U.S. Navy. During that period, ONR continued to manage the laboratory through a contract with the University of Alaska.

In 1980, the NARL was decommissioned and the camp and all facilities were turned over to the USDOI. From 1980 through 1984, the laboratory and camp facilities were managed by the USGS and their contractor, primarily as a base of operation for the Barrow Gas Fields. In 1984, NARL and the base facilities were tuned over to the local native corporation, Ukpeagvik Iñupiat Corporation (UIC).

### *State and Federal Leasing and Industry-Sponsored Exploration Activities*

In the mid- to late 1950's and early 1960s, a number of factors led to the beginning of industry actively exploring the North Slope for oil and gas resources. Although industry was aware of and interested in the North Slope, the lack of land availability, remoteness, and high costs associated with operating in the area precluded industry participation.

The factors that contributed to the entry of industry into the North Slope exploration scene were an overall encouragement of regional geological studies, the PET-4 program, the discovery of commercial quantities of oil and gas in Cook Inlet, and the end of the land availability moratorium on the North Slope, the latter of which was likely the most important factor in attracting industry to the area. The oil and gas found in the Cook Inlet demonstrated that it was economically feasible to explore for, develop, and sell hydrocarbons in and from Alaska. In 1957, ARCO made the initial discovery of Alaskan oil at Swanson River, on the Kenai Peninsula, which contributed significantly to Alaska statehood in 1959 and provided incentive to industry for the exploration of other sedimentary basins in the state.

After the federal government's decision, through the BLM, to make lands available for leasing, a total of 18,862 leases were offered in sales held in 1958, 1964, 1965, and 1966 (Jamison et al. 1980). Most of the sales were to the east and southeast of PET-4, however the lease sale in 1966 contained 3,022,716 acres to the west of PET-4.

In addition to the federal government lease sales, the State of Alaska selected 1,616,745 acres across the northern tier between the Colville and Canning rivers, to be offered for lease between 1964 and 1967. In 1964, the State's first lease sale on the North Slope offered 650,000 acres in the Colville River Delta area, and 196 tracts totaling

about 475,000 acres were leased. In 1965, the State's second North Slope lease sale offered 754,000 acres, and 151 tracts totaling 380,000 acres were leased. Richfield-Humble acquired 28 blocks on what is now the crest of the Prudhoe Bay oil field, and British Petroleum acquired 32 blocks on the flanks. During the third State lease sale, in 1967, Richfield-Humble acquired 7 of the 13 tracts offered and leased; the 7 tracts covered the remainder of the crestal area of the Prudhoe Bay field.

In 1958, Sinclair operated a 3-month field program out of Umiat in preparation for the federal lease sale that year. In order to gain a better understanding of the subsurface geology and the hydrocarbon potential of the region, many companies began to gather geological data during summer field programs and geophysical, primarily seismic, during winter seismic operations. Following Sinclair, an average of five to seven companies were in the field during the 1959 through 1961 seasons, and up to 10 companies per year were operating geological field programs from 1962 through 1964. Field programs began to decline after 1964 and only two or three companies were in the field per year.

In 1962, Sinclair and BP operated the first industry program, with the first seismic season consisting of about 6.5 crew-months. The crew-months grew to about 29 in 1963, peaked at about 53 in 1964, and decreased to about 27 in 1965. There was little seismic acquisition between 1965 and 1968, until the season following the Prudhoe Bay discovery (discussed below).

In 1963, industry began exploratory drilling, based on leasing, geologic field work, and seismic acquisition. A total of 11 dry wells were drilled between 1963 and 1968. Colorado Oil and Gas Company drilled the first well in the Gubik area, followed by seven other dry wells, all of which were drilled on leases acquired in the first round of federal lease sales. The wells were located in the foothills, within 30 miles of either the Umiat or Gubik discoveries, near the areas that had shown the most promise during the Navy's previous exploration efforts.

After the initial failure of the drilling programs in the Umiat-Gubik area, industry shifted efforts to the north and east areas of the North Slope. During 1966 and 1967, Sinclair and Union each drilled a well on the eastern flank of the Colville High; both wells were dry. During the same period, ARCO-Humble drilled another dry well, Susie No. 1, in the northern foothills of the Brooks Range. The decision was made to take the rig 60 miles north to drill in the Prudhoe Bay area, rather than releasing the rig and ceasing any further drilling.

In April of 1967, drilling began for Prudhoe Bay State No. 1. In January of 1968, ARCO-Humble announced the discovery of oil and gas with a recoverable economic reserve estimate of 9.6 Bbbl of oil and 26 Tcf of gas.

At this time, there were little to no geologic and seismic programs on the North Slope and, other than Prudhoe Bay State No. 1, all drilling activity had ceased. However, with the discovery at Prudhoe Bay, and the State's announcement for an additional lease sale in the fall of 1969, industry substantially increased the level of exploration activities on the North Slope. The geological and geophysical programs surpassed the 1967 levels to 12 geological crew-months and 24 seismic acquisition crew-months in 1968 and 20 and 97 crew-months, respectively, in 1969 (Jamison et al. 1980). Additionally, in 1969, several other oil accumulations were discovered: the Kuparuk, West Sak, and Milne Point fields.

In September of 1969, the Alaska State Competitive Lease Sale No. 23 was held, offering 179 tracts totaling 450,858 acres—the unleased portion of the State's 1,600,000-acre allotment for the Statehood Act. With an average price per lease of $2,181.66 per acre, high bids on the 164 of the 179 tracts totaled more than $900,000,000. This was the last sale on the North Slope for 10 years (ADNR 2001a).

### 1969-2004

Between 1969 and 1979, there were no additional lease sales held on the North Slope or the adjacent waters of the Beaufort Sea, making land accessibility the limiting factor for industry activity. Beginning in 1979, however, the shallow State waters and federal OCS areas of the Beaufort Sea were made available through a series of lease sales, and additional onshore sales were held in the Colville-Canning area. The State offered 71 tracts (341,140 acres)

ENVIRONMENTAL CONSEQUENCES

and granted leases on 62 tracts (296,308 acres). This sale marked the first major venture into offshore leasing in the Arctic by either the State or federal governments.

In the 1980s, 1999, 2002, and 2004, the federal government, through the BLM, opened portions of the National Petroleum Reserve – Alaska to leasing. Although there are Native inholdings, and a land trade with Native corporations was considered in the mid-1980s, the Arctic National Wildlife Refuge has never been opened for leasing. Also, at various times, the ASRC made portions of their lands available to companies under exclusive exploration/leasing agreements.

Table 4-32 lists the discoveries, date of initial production, and 2003 production and reserves for oil and gas fields on the North Slope. Individual oil pools have been developed together as fields that share common wells, production pads, and pipelines. Fields have been grouped into participating areas (or production units) sharing common infrastructure, such as processing facilities, roads, and pipeline systems. Table 4-33 provides information on the existing infrastructure. A map showing the location of these developments and the general infrastructure interconnecting them is shown in Map 3-3. All of these fields, with the exception of Northstar, Endicott, Sag Delta North, and Eider, are onshore on state leases. The Niakuk, Point McIntyre, and Badami oil pools are mainly offshore, but are produced from onshore sites. If the Point Thomson field, which is included in the list of future projects, is developed, it is expected that the proposed Point Thomson pipeline would tie into Badami's common-carrier pipeline.

The following discussion of the post-Prudhoe Bay activity focuses on four geographic areas that have different degrees of accessibility and economics. These are the Colville-Canning area/shallow State waters, the Beaufort Sea OCS, National Petroleum Reserve - Alaska, and the 1002 Area of the Arctic National Wildlife Refuge. The onshore areas frequently contain some combination of state/Native or federal/Native land ownership.

### *Colville-Canning Area/Beaufort Sea State Waters*

Through the 1970s, the area between the Colville and Canning rivers, from the Beaufort Sea south to the Brooks Range, was the sole area of industry exploration on the North Slope. Because of limited land availability and the success at and near Prudhoe Bay, this area has been the focus of exploration activity since the discovery well was drilled in 1968. The bulk of exploration and drilling has been concentrated in the northern portion of the area, near Prudhoe Bay and east and west along the coastline, following the structural trend of the Barrow Arch. The State leasing program that began in 1979, in the shallow state waters of the Beaufort Sea, is generally confined to a 3-mile-wide strip seaward from the shoreline and from Barrow to the Canadian border. The issue of ownership becomes somewhat irregular in the vicinity of the barrier islands and major inlets.

Seismic activity was at a high in 1970 with 96 crew-months. This decreased to 8 crew-months in 1972, and then grew back to 54 crew months in 1974. Following the high level of activity generated by the Prudhoe Bay discovery, geological and geophysical crew activity decreased sharply in the early 1970s and then slowly increased and stabilized by the late 1970s. In the early 1970s, geological field programs averaged about 20 crew-months per year. By 1974, this decreased to 6 crew-months and averaged 5 to 6 crew-months through the remainder of the 1970s (Jamison et al. 1980). During the 1980s and 1990s, the amount of fieldwork varied considerably, but the activity never reached the levels seen in the 1960s and 1970s. Over the last decade, geological activity has averaged 1 to 3 crew-months per year. Unlike seismic acquisition and exploration drilling, geological field activity frequently takes place external to the principal area of exploration interest. Much of the fieldwork was carried out in the Brooks Range to the south and in the Sadlerochit and Shublik Mountains of the Arctic National Wildlife Refuge.

Seismic activity was at a high in 1970 with 96 crew-months, decreased to 8 crew-months in 1972, and grew back to 54 crew-months in 1974 (Jamison et al. 1980). In the late 1970s, seismic activity averaged about 25 crew-months per year. Since 1980, the level of seismic acquisition has varied, but likely averaged less than 20 crew-months per year. One of the major reasons for this decrease has been the departure of several companies and the merger of former competitors. Also, the existing regional seismic grid was found to be of sufficient quality to allow

companies to more finely tune their seismic acquisition and focus on specific areas. The more recent seismic acquisitions tend to be 3-D programs that provide a more detailed image of the subsurface than do the 2-D surveys. Seismic 3-D programs are too costly to be acquired on a truly regional scale and are generally limited to a maximum of 500 to 600 square miles.

From 1970 to the present, there have been 35 discoveries on state lands (ADNR 2001b). These range from the currently uneconomic Kavik (discovered in 1969) and Kemik (discovered in 1972) gas fields in the east-central portion of the Colville-Canning province to large oil discoveries at Endicott (discovered in 1978) and Alpine field (discovered in 1994). A significant undeveloped resource is the Point Thomson oilfield (discovered 1977)[1]. The field is located just to the west of the mouth of the Canning River and contains reserves estimated at 5 Tcf of gas and 360 MMbbl of oil.

Twenty of the 35 discoveries are either developed and on production, or are currently being developed (i.e., Northstar, located offshore). At least seven or eight of the discoveries are satellite fields and would not have been developed if they were not adjacent to a large field with an existing infrastructure. Tabasco and the Midnight Sun/Sambuca fields are satellites, each of which has oil reserves of 30 to 70 MMbbl.

The most recent fields to be developed in this region are associated with the Alpine oil field. The Alpine oil field encompasses approximately 890,000 acres of federal, state, and private lands in the central ACP of the North Slope. This area includes the Colville River Delta and the portions of the Tingmiaksiqvik River, Judy Creek, Fish Creek, Kalikpik River, and Kogru River drainages in the easternmost part of the Planning Area. During 1996, ARCO announced that the Alpine Prospect in the Colville River Delta was producible and contained an estimated 365 MMbbl of oil. More recent estimates of Alpine oil field reserves, however, are near 500 MMbbl. In November of 2000, production began in the Alpine field and approximately 105,000 bbls of oil are produced per day; there are plans to expand the facilities to handle up to 140,000 bbls of oil per day.

Alpine field oil reserves are extracted from two production pads (called CD-1 and CD-2) that are connected by a 3-mile long road and an oil processing facility has been constructed at CD-1. Infrastructure at the existing CD-1 pad fully supports the ongoing drilling and production operations, including activities at the CD-2 site. Facilities and equipment currently installed include processing facilities, production wells, camp facilities, sanitation utilities (water and wastewater), a drilling mud plant, an airstrip, a maintenance complex, warehouse buildings, disposal wells, an emergency response center, and communications, power generation, and various mobile equipment (USDOI BLM 2004c). Oil is transported through a 34-mile pipeline to a CPF in the Kuparuk River Unit, where Alpine field oil production is commingled with that of other fields in the area. Alpine field oil is then transported via the main Kuparuk River Unit pipeline to Pump Station 1 of TAPS. The Alpine oil field pipeline to the Kuparuk River Unit crosses under the Colville River channel. Ice roads and bridges provide access during the winter; otherwise there are no overland routes to this isolated field. There are no gravel roads connecting the road system in Kuparuk River Unit to the Alpine oil field. The footprint of the Alpine oil field infrastructure, excluding the pipeline to the Kuparuk River Unit, is approximately 100 acres.

Since the first commercial discovery at Prudhoe Bay in 1968, a total of 39 discoveries have been made on State leases and 24, nearly all in the immediate Prudhoe-Kuparuk area, were or are being developed. This area has been, and will continue to be, the primary exploration grounds until or unless large, attractive areas of the National Petroleum Reserve - Alaska and/or the Arctic National Wildlife Refuge become available for leasing.

---

[1] It is worth noting that in the 2000 State lease sale, one of the bidding groups acquired a substantial tract of leases in the Kavik-Kemik area. They picked up all of the leases, except those held by the discovery wells, which had been surrendered by previous lessees. The possibility of a gas pipeline from the North Slope has changed the perception of those discoveries. The wining companies are betting that the gas reserves are larger than previously estimated.

ENVIRONMENTAL CONSEQUENCES

### Federal OCS and Beaufort Sea

The Beaufort OCS lands were unavailable to industry until the joint State of Alaska/federal lease sale of 1979, which, along with subsequent sales, provided access to waters beyond the 3-mile limit, stretching from Point Barrow in the west to the Canadian border in the east. Including the 1979 lease sales, the Beaufort OCS has been the site of eight lease sales over a 20-year period. The most recent sale was held in 2003 (ADNR 2001a, USDOI MMS 2001b). Over 720 leases have been issued in the Beaufort Sea, totaling 3.7 million acres.

The data acquisition issue is somewhat different in the case of the OCS regions. There is little or no geologic field work conducted exclusively for the purposes of developing a better understanding of the offshore subsurface geology. Rather, the subsurface well control from onshore drilling activities and secondarily outcrop geology is tied into the seismic grids to extend the geologic interpretations into the offshore areas and assist in the definition of potential prospects.

Seismic acquisition in the OCS is not well documented; however, commencing in the mid- to late 1970s, both summer marine and winter ice programs were acquired to correlate the better explored and understood onshore geology into the Beaufort Sea. Most, if not all, of the existing seismic data are 2-D, with little if any 3-D acquisition outside of the areas of existing discoveries or prospects that are being prepared for drilling within the next few seasons. While the per season or total line miles are not known, the totals are easily in excess of 5,000 line-miles.

The existing seismic grid extends across state waters and ties into onshore wells or wells in the shallow near-shore portions of the Beaufort Sea. The acquisition area extends from near Point Barrow on the west to near the Canada border on the east.

The first OCS exploration well was the Beethy Point No.1 in 1981, and the most recent exploration well was the Warthog No. 1 in 1997. The peak of exploration drilling was in 1985 through 1986, when 11 of the 30 exploration wells were drilled. A secondary drilling mode occurred during 1991 through 1993, when seven wells were drilled. In 1997, two exploration wells were drilled, the only since 1993 (USDOI MMS 2001b). Phillips Alaska, Inc., planned to drill an exploration well on its McCovey Prospect in 2001, but was unable to drill the well because of permitting problems.

Depending on water depth, the OCS exploration wells are either drilled from man-made ice islands or large, heavy, bottom-anchored, ice-resistant drilling rigs. If a discovery is made and the field developed, a more permanent structure is built to provide the base for long-term operations.

Eleven of the OCS exploration wells are determined to be capable of production (USDOI MMS 2001b). Of these, five are termed significant discoveries, of which four are in the OCS waters: Tern/Liberty (discovered in 1983), Hammerhead (discovered in 1985), Sandpiper (discovered in 1986), and Kuvlum (discovered in 1992). The fifth well is the Northstar field (Seal well), which underlies both federal and state acreage (ADNR 2000, USDOI MMS 2001b).

Tern/Liberty, Sandpiper, and Northstar lie offshore from the well-established Kuparuk and Prudhoe Bay fields and their infrastructure. The Hammerhead and Kuvlum discoveries are well to the east of the Prudhoe Bay field, in relatively deep water. Hammerhead is offshore from the Point Thomson and Flaxman discoveries. The Kuvlum discovery is to the east of the Canning River and offshore from the 1002 Area of the Arctic National Wildlife Refuge. The Northstar field has been developed and began production in late 2001.

### National Petroleum Reserve – Alaska

In 1974, the high prices of oil and the discovery of oil at Prudhoe Bay renewed interest in PET-4, later renamed the National Petroleum Reserve – Alaska. The U.S. Navy began a small exploratory program, and in 1975, the Navy awarded a 5-year contract to Husky Oil, Inc., to manage and conduct a full-scale petroleum exploration program in

PET-4. The focus of the exploration work was in the northeastern portion of the Reserve where it was believed that it would be most likely to encounter an extension of the Prudhoe Bay productive zones.

In 1976, the Reserve was renamed the National Petroleum Reserve – Alaska, oversight of the Reserve was transferred from the Navy to the USDOI, and the USGS was assigned several tasks, including (1) continuing the program of exploration begun by the Navy, (2) continuing operation and management of the Barrow gas fields, and (3) completing the cleanup program, begun by the Navy, of the Reserve and adjacent areas. Between 1974 and 1982, 28 test wells were drilled, and although indications of oil or gas were found in nearly all of the test wells, no deposits were found that warranted development. In addition, six exploratory and development wells were drilled in the Barrow area to supplement the local gas supply. Exploratory drilling by the USGS ended in 1981 when the National Petroleum Reserve – Alaska was opened up to leasing.

Nearly 15,000 miles of seismic survey was completed and interpreted between 1974 and 1982. Seismic activities covered 1,440 miles in 1976. In 1977, seismic surveys covered approximately 1,500 miles, primarily in the Foothills Province; this area and the Brooks Range were again explored in 1978 when 1,916 miles were surveyed. In 1979, 1,900 miles of seismic survey was obtained, including use of the Vibroseis method, rather than explosives. Much of the work was focused in the foothills area between Umiat and the western boundary near Icy Cape. In 1980, 1,096 miles of seismic surveys were run, with one party in the coastal area and the other in the foothills and Brooks Range. Most of these surveys were for fill-in reconnaissance. During 1980 and 1981, seismic activities slowed, as it became apparent that Congress would open the National Petroleum Reserve – Alaska to private exploration, which occurred in spring of 1981.

The federal leasing program in the National Petroleum Reserve-Alaska commenced in 1982 with two lease sales in January and May. Most of the acreage was located in the south and southeastern portions of the National Petroleum Reserve – Alaska. A total of 271 tracts, totaling 5,035,772 acres, were offered in the two sales, and 38 tracts, totaling 927,965 acres, were leased. The leased activity was focused in the areas west of Nuiqsut, west of Umiat, and west of the Lisburne well. In both sales, the lessees appeared to be pursuing Umiat play-types. In July of 1983, a third sale was held, where 84 tracts and 2,195,845 acres were offered, spread across the northern portion of the National Petroleum Reserve – Alaska; 20 tracts, totaling 419,618 acres, were leased (USDOI BLM 1990b). These tracts appear to have been selected to evaluate Prudhoe Bay play-types and were largely concentrated in the area between Admiralty Bay and the Chukchi Sea. A fourth sale was scheduled for July 1984, but was cancelled after no bids were submitted on the 64 tracts and 1,550,677 acres offered (Weimer 1987, Banet 1991).

The leasing in the early 1980s resulted in the drilling of only one industry exploration well within the National Petroleum Reserve – Alaska, located in the western portion about 40 miles south-southwest of Point Barrow. The hole was dry and all other plans to drill were abandoned.

After the discontinuance of leasing in 1984, a 15-year hiatus in leasing activity and exploration in the National Petroleum Reserve – Alaska took place. It was not until after the 1994 discovery of the Alpine field in the Colville River Delta area that the government recognized the renewed industry interest in the National Petroleum Reserve – Alaska. After the discovery of the Alpine field, and in preparation for pending sales in the National Petroleum Reserve – Alaska, the major participants in ongoing North Slope exploration began to conduct 2-D and 3-D seismic programs in the probable sale area. The total line-miles of seismic data acquired are not known. There were at least seven 2-D programs acquired between 1992 and 1997 totaling 2,615 line-miles. A single 3-D program was shot in 1996 and covered an area of 152 square miles (Konbrath et al. 1997). There were additional 2-D and 3-D programs acquired since 1997; however, the number of programs and coverage are not known.

The BLM re-instituted leasing in the Northeast National Petroleum Reserve – Alaska in May 1999, restricting the sale to the Planning Area. Approximately 3.9 million acres were offered, drawing 132 high bids on 861,368 acres. The bulk of the leased areas are in the vicinity of Nuiqsut and between Teshekpuk Lake and the Ikpikpuk River. After the 1999 sale (Sale No. 991), the industry began an extensive drilling program in the northeastern portion of the National Petroleum Reserve – Alaska. Three wells were drilled in the winter of 2000, and an additional six wells were drilled in 2001. Most, if not all, of these wells were probably targeting Alpine-style prospects. An

## ENVIRONMENTAL CONSEQUENCES

additional sale was held in 2002, where a total of 60 tracts with 579,269 acres were leased. The leased acreage is generally to the south and west of previously acquired leases.

Following signing of the Northwest IAP/EIS ROD, the BLM held a lease sale in 2004 for 484 tracts of land within the Northwest National Petroleum Reserve - Alaska and another 22 tracts that are combinations of Northwest National Petroleum Reserve – Alaska and Planning Area lands, totaling approximately 5.8 million acres. Bids were received on 123 of the tracts, totaling 1,403,561 acres.

At least five of the wells drilled in the National Petroleum Reserve – Alaska have discovered oil and/or gas. The size of the discoveries has not been made public, but the operators have indicated that the oil reserves are at least equal to those of the Alpine field.

### *Arctic National Wildlife Refuge*

The Alaska National Interest Lands Conservation Act (1980) established the Arctic National Wildlife Refuge (ANWR). In Section 1002 of that Act, Congress deferred a decision regarding future management of the 1.5-million acre coastal plain (1002 Area) in recognition of the area's potentially enormous oil and gas resources and its importance as wildlife habitat. A report on the resources (including petroleum) of the 1002 Area was submitted in 1987 to Congress by the USDOI. The 1002 Area of the Arctic National Wildlife Refuge has numerous active oil seeps, exposures of oil-stained sandstone, and large attractive structures. However, these lands are currently closed to industry and can only be opened for exploration and potential development by an act of Congress.

Because ANILCA prohibits it, there has been no leasing in the 1002 Area. However, in 1987, the Reagan administration proposed to trade land/exploration rights in the 1002 Area for Native corporation inholdings in National Parks and other sensitive areas. Six Native corporations were found qualified to participate and each chose an industry partner. The industry partners were to supply technical expertise and have exclusive right to explore any lands acquired by their Native corporation partners.

The federal government proposed and developed a tract selection/trade process and the Native corporations and their industry partners proceeded to bid on 71 complete or partial tracts; tracts were 4-square-mile parcels. Virtually all the prospective trade lands identified in the process were either along or to the east of the Marsh Creek Anticline. Unpublished industry evaluations tended to place a greater portion of the areas potential resources in the deformed area, including the Marsh Creek Anticline and areas to the east. This land trade, however, was never carried through to completion, nor were the lands transferred.

Data acquisition in the ANWR has been largely restricted to geological field parties in the Brooks Range, south of the 1002 Area, and to the limited seismic acquisition program conducted under government oversight in 1984 and 1985. These two seasons produced approximately 1,400 line-miles of mostly poor to moderately good data quality.

Since there has been no leasing within the 1002 Area, there has been no exploration drilling. However, Kaktovik Iñupiat Corporation holds surface title to some lands, and the city of Kaktovik lies within the boundaries of the refuge. British Petroleum/Chevron drilled a well on native lands through an exclusive exploration agreement with the Native corporation. The information from this well is held in confidentiality since it was drilled in 1986.

Furthermore, since there has been no drilling within the 1002 Area, there have been no discoveries. There were two discoveries, however, west of the Canning River that abut the 1002 Area. It is possible that either the Sourdough or Point Thomson fields may extend eastward into the 1002 Area. If and when they are developed, they may have the potential to drain oil and/or gas from beneath the Arctic National Wildlife Refuge.

### *Native Corporation Lands*

The ASRC and its various village corporations have extensive land holdings across the slope. These extend from Barter Island in the east to the Chukchi Sea in the west and from the Beaufort Sea in the north to the crest of the Brooks Range in the south. The regional corporation and several of the village corporations have entered into

ENVIRONMENTAL CONSEQUENCES

Table 4-32. Past, Present, and Reasonably Foreseeable Oil and Gas Development on the North Slope.

| Unit/Area | Field/Satellite | Year Discovered | Year Began | Oil and Condensate | | | Natural Gas | | | Natural Gas Liquids | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2003 (bbl)[1] | Cumulative (bbl)[2] | Reserves/ Resources (MMbbl)[3] | 2003 (Mcf) | Cumulative (Mcf) | Reserve (Bcf)[3] | 2003 | Cumulative |
| **Past Production and Development** | | | | | | | | | | | |
| Duck Island | Endicott | 1973 | 1987 | 9,104,149 | 419,868,726 | 162[4] | 141,555,553 | 1,694,395,682 | 843 | 1,188,955 | 19,403,953 |
| | Sag Delta North | 1989 | 1989 | | | | | | | -- | -- |
| | Eider | 1998 | 1998 | 242,135 | 2,572,163 | | 2,813,008 | 22,393,045 | -- | -- | -- |
| | Ivishak | | | 91,649 | 7,917,658 | | 64,026 | 6,487,744 | | 604 | 111,333 |
| Prudhoe Bay | Prudhoe Bay | 1967 | 1977 | 141,301,777 | 10,570,908,475 | 3,024 | 2,840,910,387 | 45,301,397,532 | 23,879 | 24,972,399 | 419,564,568 |
| | Lisburne | 1968 | 1981 | 3,335,277 | 136,411,220 | 36 | 66,748,432 | 1,388,844,548 | | 480,297 | 13,537,270 |
| | Niakuk | 1985 | 1994 | 4,599,262 | 76,464,287 | 44 | 3,385,803 | 64,418,997 | | 38,543 | 910,971 |
| | West Beach | 1976 | 1994 | 9,769 | 3,356,041 | | 201,454 | 19,952,910 | | 1,061 | 219,730 |
| | North Prudhoe Bay | 1970 | 1993 | | 1,984,791 | | | 6,616,438 | | | 84,599 |
| | Pt. McIntyre | 1988 | 1993 | 13,319,766 | 362,750,000 | 154 | 51,776,642 | 573,956,878 | | 517,815 | 7,287,040 |
| | Pt. McIntyre und. | 1988 | 1997 | | 33,480 | | | 30,008 | | | 600 |
| | Midnight Sun | 1998 | 1999 | 1,719,308 | 9,700,793 | 482[5] | 3,499,585 | 33,901,582 | | | |
| | Aurora | 1999 | 2001 | 3,782,231 | 8,178,290 | | 11,970,575 | 37,714,159 | | | |
| | Borealis | 1999 | 2001 | 11,790,725 | 21,574,963 | | 9,465,803 | 20,082,471 | | | |
| | Orion | 2001 | 2003 | 368,058 | 465,163 | | 311,963 | 369,868 | | | |
| | Polaris | 1999 | 2001 | 917,642 | 2,544,053 | | 999,965 | 3,093,267 | | | |
| | Niak IV-SR | | | | 65,388 | | | 504,427 | | | |
| Kuparuk River | Kuparuk | 1969 | 1981 | 58,536,233 | 1,918,003,873 | 1,031 | 107,454,326 | 2,284,395,578 | 611 | | 3,345,638 |
| | Tabasco | 1992 | 1998 | 1,541,615 | 8,261,495 | 11 | 187,877 | 1,146,436 | | | |
| | Tarn | 1992 | 1998 | 12,342,736 | 54,248,115 | 83 | 12,834,804 | 77,122,641 | | | |
| | West Sak | 1969 | 1998 | 2,856,897 | 11,353,598 | 343 | 812,737 | 3,192,738 | | | |
| | Meltwater | 2000 | 2001 | 2,124,967 | 5,175,705 | 33 | 5,594,761 | 9,820,332 | | | |
| | Palm | 2001 | 2002 | | | 94 | | | | | |
| Milne Point | Milne Point | 1969 | 1985 | 11,602,243[6] | 169,290,345[6] | 503[7] | 5,337,142 | 84,938,184 | 14 | | |
| | Cascade | 1993 | 1996 | | | | | | | | |
| | Schrader Bluff | 1969 | 1991 | 7,001,109 | 30,433,300 | | 6,095,224 | 18,806,792 | | | |
| | Sag River | 1968 | 1994 | 101,470 | 1,541,239 | | 121,173 | 1,568,098 | | | |
| | Ugnu | | 2003 | 2,212 | 2,212 | | 242 | 2,242 | | | |
| Badami | Badami | 1990 | 1998 | 281,552 | 4,347,065 | 0 | 3,697,960 | 22,891,313 | | | |
| Colville River | Alpine | 1994 | 2000 | 35,582,431 | 101,542,484 | 431 | 41,593,887 | 117,160,491 | 60 | | |
| Northstar | Northstar | 1984 | 2001 | 22,968,022 | 42,136,227 | 191 | 70,861,557 | 121,163,273 | 450 | | |

Exhibit 42, page 248 of 300

Table 4-32. Past, Present, and Reasonably Foreseeable Oil and Gas Development on the North Slope (Cont.).

| Unit/Area | Field/Satellite | Year Discovered | Year Began | Oil and Condensate 2003 (bbl)[1] | Cumulative (bbl)[2] | Reserves/ Resources (MMbbl)[3] | Natural Gas 2003 (Mcf) | Cumulative (Mcf) | Reserve (Bcf)[3] | Natural Gas Liquids 2003 | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Past Production and Development** | | | | | | | | | | | |
| National Petroleum Reserve Alaska | East Barrow | 1974 | 1981 | | | | 92,659 | 7,981,208 | 5 | | |
| | South Barrow | 1949 | 1950 | | | | 88,671 | 22,413,374 | 4 | | |
| | Walakpa | 1980 | 1993 | | | | 1,235,479 | 12,667,132 | 25 | | |
| | Umiat | 1946 | | | 40536[8] | 70[9] | | | | | |
| **Total** | | | | 345,527,063 | 13,971,194,825 | 6,692 | 3,389,811,695 | 51,959,727,860 | 25,891 | 27,199,674 | 464,465,702 |
| **Present Development and Production** | | | | | | | | | | | |
| Colville River | Fiord (CD-3) | Present Development | | | | | | | | | |
| | Nanuq (CD-4) | | | | | | | | | | |
| | Alpine West (CD-5) | | | | | | 332 | | | | |
| | Lookout (CD-6) | | | | | | | | | | |
| | Spark (CD-7) | | | | | | | | | | |
| **Reasonably Foreseeable Oil and Gas Development** | | | | | | | | | | | |
| Western Group | Kalubik | 1992 | | Offshore | | | | | | | |
| | Thetis Island | 1993 | | Offshore | | 250 | | | | | |
| | Oooguruk | 2003 | | Offshore | | | | | | | |
| | Nikaitchuq[10] | 2004 | | Offshore | | | | | | | |
| Central Group | Gwydr Bay | 1969 | | Offshore | | | | | | | |
| | Pete's Wicked | 1997 | | Onshore | | 320 | | | | | |
| | Sandpiper | 1986 | | Offshore | | | | | | | |
| Eastern Group | Point Thompson | 1977 | | Offshore | | | | | | | |
| | Liberty | 1983 | | Offshore | | | | | | | |
| | Mikkelson | 1978 | | Onshore | | 1,000 | | | | | |
| | Sourdough | 1994 | | Onshore | | | | | | | |
| | Yukon Gold | 1994 | | Onshore | | | | | | | |
| | Flaxman Island | 1975 | | Offshore | | | | | | | |
| | Stinson | 1990 | | Offshore | | | | | | | |
| | Hammerhead | 1985 | | Offshore | | | | | | | |
| | Kuvlum | 1987 | | Offshore | | | | | | | |
| Undiscovered | | | | Onshore | | 3,660 | | | | | |

Table 4-32. Past, Present, and Reasonably Foreseeable Oil and Gas Development on the North Slope (Cont.).

[1] Annual production of oil in barrels (bbl) in 2003 (AOGCC 2004).
[2] Cumulative oil production in barrels (bbl) and natural gas in thousand cubic feet (Mcf) since discovery through 2003 (AOGCC 2004).
[3] Past Production and Development: Remaining reserves of oil in million barrels (MMbbl) and of natural gas in billion cubic feet (Bcf) as of December 2002 per ADNR Division of Oil and Gas (ADNR 2003), except where noted. Present Development and Production: Undeveloped reserves (MMbbls) from Alpine Satellite Development FEIS (USDOI BLM 2004c). Reasonably Foreseeable Oil and Gas Development: Resource estimates (1,570 MMbbls) for Western-Central-Eastern categories from Northwest IAP/EIS (USDOI BLM and MMS 2003). Resource estimates (MMbbls) for the Undiscovered Onshore category are from this document and the Northwest IAP/EIS (USDOI BLM and MMS 2003). Includes one-half of the resource of 2,054 MMbbls from Northeast National Petroleum Reserve - Alaska and one-half of 1,260 MMbbls from the Northwest National Petroleum Reserve - Alaska at $30 per bbl. Also includes 2.0 billion bbls from unnamed satellite fields.
[4] Endicott reserves include those in Endicott, Sag Delta North, Eider, and Ivishak.
[5] Includes reserves for the Prudhoe Bay satellites Midnight Sun, Aurora, Borealis, Orion, and Polaris.
[6] Milne Point includes Cascade annual and cumulative production.
[7] Combined Milne Point Unit.
[8] Total of oil produced on formation tests from Umiat test wells 1946-1952 (Collins 1958).
[9] Kumar, et al. (2002).
[10] Unit application approved April 29,2004 (ADNR 2004c).

ENVIRONMENTAL CONSEQUENCES

Table 4-33. North Slope Oil Infrastructure (1968-2001).

| | 1968 | 1973 | 1977 | 1983 | 1988 | 1994 | 2001 |
|---|---|---|---|---|---|---|---|
| **Gravel Roads** | | | | | | | |
| Oil field (miles) | 0 | 100 | 139 | 294 | 358 | 370 | 400 |
| Oil field (acres) | 0 | 677 | 1,002 | 2,029 | 2,448 | 2,536 | 2,745 |
| Dalton Highway (miles)[1] | 0 | 170 | 170 | 170 | 170 | 170 | 170 |
| Dalton Highway (acres)[1] | 0 | 332 | 332 | 332 | 332 | 332 | 332 |
| **Gravel Pads** | | | | | | | |
| Production, processing, support, exploration (facilities) | 4 | 100 | 158 | 277 | 325 | 341 | 353 |
| Production, processing, support, exploration (acres) | 14 | 901 | 1,981 | 4,570 | 5,552 | 5,692 | 5,817 |
| Airstrips | 1 | 15 | 19 | 20 | 20 | 20 | 20 |
| Airstrips (acres) | 6 | 136 | 252 | 287 | 313 | 313 | 287 |
| Offshore islands | 0 | 0 | 2 | 12 | 15 | 16 | 17 |
| Offshore islands (acres) | 0 | 0 | 5 | 54 | 133 | 149 | 155 |
| **Gravel Mines** | | | | | | | |
| In rivers (acres) | 25 | 4,732 | 4,996 | 5,011 | 5,063 | 5,061 | 5,082 |
| In tundra (acres) | 0 | 34 | 151 | 745 | 1,179 | 1,186 | 1,283 |
| **Pipeline Corridors (miles)** | | | | | | | |
| Oil field[2] | NA | NA | NA | NA | NA | NA | 450 |
| Trans-Alaska Pipeline[3] | 0 | 166 | 166 | 166 | 166 | 166 | 166 |
| **Tundra Impacted Areas (acres)** | | | | | | | |
| Gravel footprint areas[4] | 352 | 2,045 | 3,620 | 7,354 | 9,013 | 9,225 | 9,557 |
| Other impacted areas[5] | 308 | 1,388 | 1,552 | 1,694 | 1,698 | 1,765 | 1,765 |
| Gravel mines | 25 | 4,766 | 5,146 | 5,756 | 6,241 | 6,364 | 6,364 |
| **Total Disturbed Area (acres)** | 685 | 8,200 | 10,319 | 14,804 | 16,952 | 17,354 | 17,686 |

[1] Does not include portions of the highway south of the North Slope.
[2] Multiple pipelines are included in some corridors, e.g., 366 miles have 1-5 pipelines and 73 miles have 6-11 pipelines.
[3] A buried gas pipeline roughly parallels the oil pipeline for 144 miles south to Pump Station No. 4; mileage only includes those on the North Slope.
[4] Includes gravel roads, gravel or paved airstrips, and offshore and onshore gravel pads/islands.
[5] Includes exploration site-disturbed area around gravel pad, exploration airstrip, peat roads, tractor trail, exploration roads, and gravel pad removed.
NA – Not available.
Source: NRC (2003).

exploration agreements with various petroleum companies. These agreements have generally required some form of initial monetary commitment, specific work commitments, and an agreement to lease potential acreage or forfeit the right to explore at an agreed upon date. One or more exploratory wells are also required if the company elects to go to lease.

There is no competitive leasing process utilized to make lands available to industry. The negotiations are generally confidential. Chevron, Texaco, ARCO, and Unocal have had such agreements in the past. Anadarko Petroleum and its partners currently have an exclusive exploration agreement with ASRC for nearly 3 million acres in the foothills of the Brooks Range.

The data acquired on Native corporation lands, especially seismic and geophysical data, are usually kept confidential, with the data only available to the corporation and its industry partners. However, with the recent interest in a gas pipeline, there is increased activity in the Brooks Range foothills, and the Native corporation lands are being reevaluated for both oil and gas. This has resulted in a recent increase and refocus of geologic field efforts in the foothills belt. Similarly, new seismic data were acquired during recent winter seasons. These seismic

programs included both 2-D and 3-D acquisition technologies.

Through ASRC's exploration agreements with various companies, one exploration well was drilled on Native corporation lands on the North Slope (ADNR 2001b). Some of these Native corporation holdings are in the form of inholdings within national parks, national monuments, and wildlife refuges. This has afforded those companies with Native corporation exploration agreements the opportunity to drill and evaluate areas that are not otherwise accessible and are off limits to the rest of the industry. These wells were drilled on inholdings within the Arctic National Wildlife Refuge and the National Petroleum Reserve – Alaska, as well as in the foothills of the Brooks Range south of the state acreage in the Colville-Canning area. There were also wells drilled on ASRC lands to the west of the National Petroleum Reserve – Alaska and there was one discovery associated with ASRC lands in the Colville River Delta. The Alpine field extends beneath leases jointly held with the state and BLM.

### *Cleanup and Rehabilitation Activities on the North Slope*

Concurrent with exploration in the 1970s was a greater awareness of the need to protect the Arctic environment from exploration activities and to clean up debris left from earlier exploration activities. Equipment and supplies that were previously hauled by D-8 Cat trains, sometimes during the summer with the blade down, were now moved in winter by rolligons—large vehicles with low-pressure balloon-like tires. In 1975, the Navy began preparing an EIS for activities in the northeastern portion of PET-4; this EIS would later expand to cover the entire Reserve and was completed in spring 1977. As part of the Final EIS, the Navy, in cooperation with the USGS, drew up stipulations concerning winter road and trail construction.

In 1976, drilling fluids from a site near Teshekpuk Lake broke through a retaining berm and flowed into Teshekpuk Lake. Although the amount of damage to the environment was minimal, all future reserve pits were designed to contain the total estimated volume of drill cuttings and muds below the level of the original tundra surface.

In 1976, a cleanup program was initiated, based out of Point Lonely and Barrow. During the summer of 1976, over 23,500 drums were retrieved and 750,000 pounds of debris collected. In 1977, another 26,500 drums and 485 tons of debris were collected. In 1978, over 2 million pounds of debris were collected, primarily from the Skill Cliff Air Force Tower site and the Navy's Topagoruk and East Topagoruk test well sites. In 1979, another 1.8 million tons of debris were collected at old Navy sites and other sites in the National Petroleum Reserve – Alaska.

Rehabilitation of pads and other disturbed sites began in the late 1970s, with the focus on lowering the drill pads and obliterating their straight edges, filling reserve pits, and revegetating sites. Germination success varied depending upon growing conditions during the summer; wet and foggy summers usually resulted in poor germination. It is estimated that about 550 acres were disturbed during the 1975-1982 USGS exploration program, that revegetation was attempted on 440 acres, and that vegetation became well established on nearly 400 acres by 1982.

### 4.7.3.2   Present Development and Production on the North Slope and in the Planning Area (2005-2008)

Present Development and Production (within the next few years) includes fields that are in the final planning stages for development or are under construction but have not yet begun production (Table 4-32). Infrastructure components, scheduling, and reserve estimates are fairly well defined, although reserve volumes are likely to be revised as information is obtained during production operations. Because many new developments on the periphery of existing infrastructure would be tied to these facilities, continued operation of current production facilities and transportation systems is vital to new development projects.

The Alpine Satellite Development Plan would develop five new fields (CD-3 through CD-7) tied into the existing Alpine oil field infrastructure (USDOI BLM 2004c). This project is in the permitting stage, with the first of these satellite fields expected to be operational by 2007. The ADNR estimates the five pads, corresponding with former

ENVIRONMENTAL CONSEQUENCES

exploratory well locations, could produce a total of 330 MMbbl of oil in the next 2 decades (ADNR 2003). In August 2004, ConocoPhillips announced a proposed expansion of the CD-2 field, with original oil in place in the expansion area estimated at 31 to 55 MMbbl (Petroleum News Alaska 2004a).

Produced fluids would be transported by pipeline to the Alpine CPF for processing. Gravel roads would connect CD-4 through CD-7 to existing Alpine oil field infrastructure. Proposed field CD-3 would be constructed with a gravel airstrip, but without a gravel access road. Gravel used for construction of roads, pads, and airstrips would be obtained from the existing ASRC Mine Site and the Clover Potential Gravel Source. A bridge across the Nigliq Channel near CD-2 would accommodate road traffic and the pipelines. Proposed field CD-6 and its access road and pipelines would be within a 3-mile setback from Fish Creek, established by the 1998 Northeast IAP/EIS ROD (Lease Stipulation 39[d]). Consistent with the requirements of the 1998 Northeast IAP/EIS ROD, the Alpine Satellite Development ROD grants an exception to allow this infrastructure within the setback. Additional exceptions are granted to locate oil infrastructure within 500 feet of some water bodies (Lease Stipulation 41) and to allow roads between separate oil fields (Lease Stipulation 48). Aboveground pipelines would be supported on VSMs and would be at elevations of at least 7 feet above the tundra at VSMs. Powerlines would be supported by cable trays placed on the pipeline VSMs; cable trays would not hang below the pipelines. Both industry and local residents would use the gravel roads.

Other projects likely to come into production in the next few years include additional development at two drill sites in the Kuparuk River Unit West Sak oil field, where production would increase by approximately 45,000 bbl per day in 2007 (Petroleum News Alaska 2004b).

### 4.7.3.3 Reasonably Foreseeable Future Development and Production (Within the Next 20 Years)

Reasonably Foreseeable Future Development and Production includes projects that are reasonably foreseeable to begin development within the next 20 years. These projects could develop discoveries that are listed in Table 4-32; however, many of the listed discoveries were made decades ago and have remained non-commercial to this day. Development of these discoveries would depend largely on technology advancements and higher petroleum prices. The developments most likely to occur would be near existing fields, so infrastructure systems could be shared.

Additional amounts of oil could be produced by enhanced recovery technology from existing fields and from undeveloped (or undiscovered) satellite pools adjacent to existing production areas. Some of this production would replace declining production at existing fields. Although the extent of both of these new resources (reserve growth and satellites) is as yet undetermined, it is reasonable to assume that a portion would be brought into production in the next 20 years. It is assumed for analysis that half of the 4 Bbbl estimated for enhanced recovery and satellite fields would be brought into production in the foreseeable future. Because enhanced recovery and satellite fields would be developed largely from existing infrastructure, the incremental addition of new infrastructure and related land disturbance is expected to be minimal.

The full-field development scenario for the Alpine Satellite Development was included under reasonably foreseeable future development/production for the *Alpine Satellite Development Plan EIS* and in the assumptions made for the cumulative effects analysis for this amendment. Under the full-field development scenario, 2 additional CPFs (with production facilities), and 22 additional production pads, could be constructed in the Alpine Satellite Development Area. Gravel roads would connect all pads except four pads in the lower Colville River Delta (downstream from the existing CPF), and one pad near the Kogru River. Production pads not accessed by roads would be accessed by air, and would have gravel airstrips. Although considered reasonable foreseeable for purposes of this amendment, it is uncertain whether the oil and gas resources would be discovered in the future.

**Northwest National Petroleum Reserve - Alaska**

The *Northwest National Petroleum Reserve – Alaska IAP/EIS* evaluated the potential for oil and gas development in the Northwest National Petroleum Reserve – Alaska (USDOI BLM MMSA 2003). The January 2004 ROD

resulted in the opening of all BLM lands within the Northwest National Petroleum Reserve-Alaska to oil and gas leasing with the exception of 1,570,000 acres in the Wainwright area that were deferred for 10 years, and 440,000 acres in the Colville River Special Area were that deferred until a Colville River Management is completed. This left approximately 77 percent of the Northwest National Petroleum Reserve - Alaska open to leasing.

The Northwest National Petroleum Reserve – Alaska has a much lower economic potential on a per-acre basis than the Planning Area. The Northwest National Petroleum Reserve – Alaska is over twice as large as the Planning Area, but has only an estimated 31 percent of the combined total oil resources, and 46 percent of the combined total gas resources found in the National Petroleum Reserve - Alaska. The Northwest IAP/EIS predicted that under a high oil price ($30 per bbl) and a multiple lease scenario, as many as 36 exploration wells, 36 delineation wells, 12 production pads, and 295 miles of pipelines would be constructed (USDOI BLM MMS 2003). Under this scenario, up to eight fields are expected to be developed and would produce up to 1,260 MMbbl of oil, with a peak oil production of 50 MMbbl per year.

**South National Petroleum Reserve - Alaska**

The BLM intends to prepare an IAP/EIS for the South National Petroleum Reserve - Alaska to determine the appropriate management for these 9.2 million acres of federal lands located southwest of the Planning Area. The IAP/EIS would determine what lands would be made available for oil and gas leasing and for exploration and potential development of coal and hard rock mineral resources.

Although it is unlikely that the South National Petroleum Reserve - Alaska has oil resources equivalent to the volumes thought to occur in the Planning Area, the natural gas potential is relatively high. Presently, all natural gas on the North Slope is stranded as there is no natural gas transportation system for delivering the product to markets. However, exploration and production of natural gas could occur in the South National Petroleum Reserve - Alaska if a gas pipeline was constructed to transport the gas from the North Slope. The construction of such a pipeline, and the consequential development of North Slope natural gas resources, is considered speculative at this time (see Section 4.7.3.4, Future Gas Development).

The South National Petroleum Reserve - Alaska may contain important hardrock mineral deposits. A series of high-grade lead-zinc-silver veins are believed to occur in the South National Petroleum Reserve - Alaska. Phosphate rock resources, with an indicated volume of 15.7 tons, are thought to occur in the Upper Cretaceous Lisburne Group to the east of the South National Petroleum Reserve - Alaska and these same geologic formations extend westward across much of the southern portion of the South National Petroleum Reserve - Alaska. Seven barite occurrences hosted by the Permian Siksikpuk Formation have been identified and industry has expressed interest in development of these resources. Occurrences of uranium would also be expected in this geologic environment.

The South National Petroleum Reserve - Alaska could also contain coal resources located within the Nanushak Group formation, where coal seam thickness totals more than 300 feet. Martin and Hawley (1986) identified North Slope coal resources totaling 150 billion tons, the bulk of which lies within the National Petroleum Reserve-Alaska. Coal bed methane could also be associated with such coal deposits.

The National Petroleum Reserve - Alaska was closed to mining as part of the creation of PET-4 in 1923. This intent was reinforced by Section 102 of the NPRPA, which withdrew the area from all forms of disposition and entry under the mining laws. These laws would have to be changed for the BLM to lease lands within the South National Petroleum Reserve - Alaska for mineral exploration and development. Additionally, there are no transportation routes for the export of minerals, making development of these resources unlikely in the in the near term.

### 4.7.3.4   Speculative Development (Beyond 20 Years)

Speculative Development includes undiscovered (purely speculative) resources that may be developed beyond the

of the directly affected habitat on the North Slope, retain moisture and nutrients poorly and thus slow recovery processes.

Recovery times in the Arctic, as elsewhere, depend in part on the nature and extent of disturbance and the type of habitat affected. For example, wet sites tend to recover quickly from light oil spills; dry sites affected by diesel fuel spills recover exceedingly slowly, with little recovery occurring after several decades (Walker 1996). Disturbed areas that would recover relatively quickly in more temperate climates (such as those caused by Caterpillar tractor tracks), can persist for many decades because of melted permafrost.

**Reclamation Research**

During the past few decades, considerable industry research has examined the feasibility of rehabilitating areas disturbed by oil field activities (McKendrick 1997). Until recently, work focused on revegetating sites with exotic grasses to avert erosion. More recent efforts have focused on the use of native grasses and forbs and on the restoration of habitat processes and aesthetics, all of which are much more challenging goals (AOGA 2001).

A variety of rehabilitation strategies has been developed, including flooding of gravel mine sites to create overwintering habitat for fish; creation of wetlands in ponds perched on overburden stockpiles; revegetation of thick gravel fill and overburden to compensate for lost wildlife habitat; removal of gravel fill to help restore wet tundra habitats; restoration of tundra on less severely modified habitat; and remediation of areas contaminated by oil spills, seawater spills, and drilling mud (Jorgenson and Joyce 1994). The oil industry is conducting experiments at several sites throughout the Prudhoe Bay oil field and at old well sites in the National Petroleum Reserve – Alaska. Preliminary results indicate that, if cost is not a factor, a productive and diverse vegetative cover can be established even on sites with severe ecological limitations. Most of the studies suggest that natural recolonization occurs relatively rapidly on thin fill and on organic rich fill where moisture and nutrients are not severely limiting (Jorgenson 1997). Low temperatures near the coast, however, reduce the number of species available and the rate at which recolonization occurs. A survey of 12 revegetated pads in the National Petroleum Reserve – Alaska showed that, on average, only 3 native species were found on pads at the cold coastal sites, 10 were found on inland coastal plain pads, and 24 were found on relatively warm foothills sites (McKendrick 1987). Fertilization and seeding with normative species appears to delay natural recolonization (Jorgenson 1997).

More costly methods are required for rehabilitating the gravel roads, pads, and mine sites that dominate disturbed land. Construction of berms and basins, application of topsoil, and use of various plant cultivation techniques are required on these sites. However, only a very limited amount of topsoil has been stockpiled for future use in the oilfields (Jorgenson 1997). Sewage sludge is being considered as an alternative source of organic material. Native legumes with nitrogen-fixing ability could be essential for sustaining the long-term productivity of those sites.

Removal of gravel fill has recently been done in wetlands, and preliminary studies suggest that wetland mosaics of vegetation can be restored, although the method is expensive and finding acceptable locations for the fill can be difficult.

Open-pit gravel mine rehabilitation typically involves converting mine sites to lakes, with a channel usually cut between the pit and a stream or river so the site can be accessible to fish. Such sites create potential overwintering habitat for fish, but they also result in the permanent loss of the original habitats.

### 4.7.4.5   Global Climate Change

Based on current scientific research, there is growing concern about the potential effects of primary greenhouse gases ($CO_2$, methane, $NO_x$, ozone, water vapor, and chlorofluorocarbons) on global climate. Through many complex interactions on a regional and global scale, the lower layers of the atmosphere experience a net warming effect. These trends could be caused by greenhouse warming or natural fluctuations in the climate. There is an ongoing scientific debate about the cause of these trends.

ENVIRONMENTAL CONSEQUENCES

The assessment of the impacts of climate change is in its formative phase, and it is not yet possible to know with confidence the net impact of such change. The potential effects of global climate change could alter water supply, food security, sea-level fluctuations, increasing levels of ultraviolet radiation, and natural variances in the ecosystem (ACIA 2004). Global climate change may affect surface resources in the Planning Area. Arctic average temperature has increased at almost twice the rate as the rest of the world.

Possible impacts of global climate change include negative effects on the ecology of the Arctic tundra, sea ice, and changes in the permafrost depth. Reduction in sea ice as a result of global climate change would affect marine mammals (particularly polar bears), fish, and birds, with related implications for Native subsistence harvests. A reduction in sea ice would likely increase marine transport and allow increased offshore extraction of oil and gas. Species ranges are predicted to move northward. Due to loss of habitat, or from competition from other species whose ranges shift northward, some Arctic species may be pushed toward extinction. Treeline is expected to move northward, with forests replacing tundra and tundra vegetation moving into unvegetated areas. Early thawing of rivers may impact caribou migrations to calving grounds. In addition, potential sea level rise, increases in severe weather, and thawing of tundra could have negative effects on oil and gas-related infrastructure. Elevated ultraviolet radiation levels could lead to higher levels of skin cancer, cataracts, and immune system disorders in Alaska Natives. However, some Arctic fisheries are expected to become more productive.

Because climate change must be viewed from a global perspective, the magnitude of the emissions potentially contributed by oil and gas activities in the Planning Area needs to be viewed in that context. Activities associated with exploration, development, and production of oil and gas resources from the Planning Area would produce some of the listed greenhouse gases, primarily as a result of power requirements and fuel consumption, activities that produce CO. The incremental contribution of greenhouse gases from the proposed alternatives in the Planning Area would be minor when compared to total greenhouse gas contributions. Despite the fact that a relatively small percentage of the world's greenhouse gas emissions originate in the Arctic, the changes in climate in the Arctic are among the largest on earth.

The winter drilling season on the North Slope has been shortened by half because warmer temperatures result in later freezing of the tundra and earlier thaws in the spring. Although the 2003-2004 winter drilling season had the earliest opening in several years, no conclusions can be drawn as to whether it is the beginning of a trend. Based on the last 30 years, the overall trend is that the drilling season is getting shorter, in spite of an occasional earlier opening or later spring thaw. If this trend continues, the continued shortening of the drilling season would have serious impacts on the way in which oil and gas activities are conducted, with the greatest impact on exploration activities. It is possible that technological advances in transportation and drilling equipment would mitigate the effects of shorter seasons and result in an entirely new approach to drilling in the Arctic that would have much less impact on the environment. It is not possible at this time to estimate the long-term effects of the shortened seasons on the discovery of hydrocarbon resources, but if trends continue, shorter drilling seasons could have the effect of reducing the recovery of the available resource.

## 4.7.5 Resource Protection Measures Considered in the Cumulative Effects Analysis

The cumulative impacts assessment assumes that ROPs and lease stipulations developed for the alternatives (see Appendix E and Section 2.6.1) would be adopted to protect environmental and social resources in the Planning Area. The effectiveness of these protections has been identified under each resource area for each alternative in Sections 4.3, 4.4, 4.5, and 4.6, and in Table 2-2.

In addition, a number of federal, state, NSB, and Alaska Native resource management and monitoring programs have been established to protect environmental resources and, in cases where there is existing environmental impairment, to effect restoration. The assessment of cumulative impacts must recognize the existence of these programs and assume that the mandate under which each program was established will continue. The practical effect of these programs is that they are assumed to require avoidance or mitigation of the environmental impacts

ENVIRONMENTAL CONSEQUENCES

If oil prices average $25 per bbl, development in the Planning Area could directly impact approximately 300, 1,120, 1,380, and 920 acres, and indirectly impact 450, 2,360, 2,730, and 1,890 acres of vegetation for Alternatives A through D, respectively. These impacts would be long-term and would accumulate. Total direct and indirect impacts to vegetation would occur on 0.02 (No Action Alternative) to 0.09 (Alternative C) percent of the Planning Area.

**Conclusion**

Impacts to vegetation on the North Slope from oil and gas exploration and development are expected to be additive with respect to impacts from other past, present, and future non-oil and gas and oil and gas activities. The impacts in the Planning Area would increase the total amount of vegetation impacted by all oil and gas development, but would not be expected to have synergistic effects that would affect additional acreage. The area impacted by oil and gas development, relative to the amount of available habitat on the ACP in Alaska and on the North Slope as a whole, is relatively small. The four alternatives differ in the acreage of vegetation that would be impacted. The No Action Alternative would contribute a smaller amount to cumulative vegetation loss across the North Slope than the action alternatives. The final Preferred Alternative would result in less vegetation loss than alternatives B and C.

### 4.7.7.6   Wetlands and Floodplains

In compliance with Executive Order 11990, Protection of Wetlands and Floodplains, the BLM has prepared an impact analysis on those areas within Planning Area that are considered to have the function and value of wetlands, as described in Section 3.3.2 (Wetlands and Floodplains). Approximately 95 percent of the ACP in the Planning Area consists of wetlands. Resources included in the summary discussion below are classified as having the function and value of wetlands and floodplains on the North Slope. The reader should read the soil (Section 4.7.7.3), water (Section 4.7.7.4), and vegetation (Section 4.7.7.5) resource sections for more detailed information on the cumulative effects to these resources.

**Past Effects and Their Accumulation**

*Soil Resources*

Based on the analysis for soil resources, and assuming approximately 95 percent of past disturbance areas were wetlands, approximately 2,400 acres of direct impacts to wetland soil from non-oil and gas activities persist today. Oil and gas activities have caused approximately 11,400 acres of direct impacts to wetland soil that persist today; another 17,100 acres of indirect impacts have also occurred, some of which persist today. Since most of these impacts are associated with ongoing non-oil and gas residential and commercial development, and oil and gas activities, these impacts to soil are additive to future impacts and would be likely to persist for several decades or more. However, the rate at which wetland soil is disturbed by development has slowed substantially in recent years due to advances in technology and a slowing of oil field development on the North Slope. In addition, greater effort has been placed on avoiding wetlands when siting permanent facilities.

*Water Resources*

Based on the above analysis, direct and indirect effects from non-oil and gas activities, especially those associated with activities at villages, and oil and gas activities have caused approximately 14,500 acres of direct impacts to lands on the North Slope, much of which consist of water bodies; indirectly impacted water bodies and flows on another 18,000 acres. Since most of these impacts are associated with ongoing non-oil and gas residential and commercial development, and oil and gas activities, these impacts to water are additive to future impacts and would be likely to persist for several decades or more. Several spills have occurred on the North Slope, but their effects have been minor and have likely not accumulated. Effects of discharges from offshore facilities and subsurface injection of drilling wastes are largely unknown, but likely have had little cumulative effect on water quality on the North Slope. Large amounts of debris was left on the North Slope from exploration and military

activities from 1940 to 1970 that impacted water quality, but clean-up efforts since the 1970s have removed much of this debris and reduced effects to water.

### *Vegetation*

Based on the above analysis, approximately 2,400 acres of direct impacts, and 4,800 acres of indirect impacts to wetland vegetation from non-oil and gas activities persist today. Oil and gas activities have caused approximately 11,400 acres of direct impacts, and 20,000 acres of indirect impacts to wetland vegetation that persist today. Since most of these impacts are associated with non-oil and gas residential and commercial development, and oil and gas activities, these impacts to wetland vegetation are additive to future impacts and would be likely to persist for several decades or more.

## Future Effects and Their Accumulation

### *Soil Resources*

Oil and gas exploration and development and other activities on the North Slope have impacted, and will impact in the future, a very small fraction of the wetland soil on the North Slope. An average of about 1,300 miles of seismic trails is added each year on the North Slope. Based on projections developed for the Planning Area, this activity could impact up to 100 acres of wetland soil annually. However, based on recent studies of the use of newer seismic technologies, it is likely that impacts to wetland soil that persist for a decade or more would be substantially less than this estimate (Jorgenson et al. 2003).

Other sources of wetland soil loss include exploration sites with gravel pads, disturbed areas around these pads, exploration airstrips, and gravel exploration roads. These have been replaced in recent years by ice roads, airstrips, and drilling pads to reduce costs and environmental effects of gravel construction (Johnson and Collins 1980, Hazen 1997). As a result, only a small amount of wetland soil is likely to be effected in the long term by exploration sites and facilities.

### *Water Resources*

Water use by North Slope villages and oil and gas activities will continue to draw from local surface water sources. Water is abundant on the North Slope, and impacts should be localized and minimal.

The amount of wetland area directly and indirectly impacted by oil and gas exploration and development activities in the Planning Area would be a very small portion of the ACP (0.04 percent). Direct and indirect impacts to surface water resources from past, present, and reasonably foreseeable future development would occur on approximately 0.4 percent of the ACP and 0.1 percent of the North Slope. Impacts associated with the Planning Area would be additive to past, present, and reasonably foreseeable future impacts on the North Slope, although it is expected that water resource characteristics and quality would improve once oil and gas exploration and/or development activities cease in an area.

Oil and gas activities may produce short-term local impacts to water quality. Oil spills can create short and long-term impacts to surface water. A crude oil spill from a tanker could cause short-term water quality impacts to saltwater along the tanker routes south of Valdez.

### *Vegetation*

The northern portion of the North Slope in general has a greater proportion of wetlands and is thought to be the area with the greatest oil and gas potential. Impacts to wetlands on the North Slope from oil and gas exploration and development are expected to be additive with respect to impacts from other present and future oil and gas activities outside of the Planning Area. The impacts in the Planning Area and on the North Slope would increase the total amount of wetland vegetation impacted by oil and gas development. The area impacted by oil and gas development, relative to the amount of available habitat on the ACP in Alaska and on the North Slope as a whole,