ENVIRONMENTAL CONSEQUENCES

is relatively small, even if development occurs in the Planning Area. It is estimated that direct and indirect impacts to wetland vegetation would occur on 0.4 percent of the ACP and 0.1 percent of the North Slope.

Impacts to floodplains could occur from river channel crossings by pipelines and roads, which could destroy vegetation where bridge pilings or VSMs were required for the crossing. Construction of a buried pipeline under the river channel would also have impacts to floodplain vegetation in portions of the floodplain where the pipeline was buried. These impacts would be additive with impacts from other developments occurring on the North Slope.

Much of the gravel used for the construction of roads, pads and airstrips on the North Slope has been obtained from deposits in river floodplains. Impacts from these activities include habitat modifications, caused by increased braiding and spreading of flows (Woodward-Clyde Consultants 1980, NRC 2003). Established guidelines have largely restricted gravel mining to deep mining in upland pits, which may be flooded upon abandonment to create aquatic habitat including fish overwintering areas (NRC 2003). Approximately 500 acres of wetland vegetation would be disturbed by the establishment of gravel extraction sites on the North Slope; this acreage could be higher if one or more roads were built to connect the Dalton Highway to the National Petroleum Reserve - Alaska. These impacts would be additive with other impacts to floodplains across the North Slope, but the extent of impact would depend on the availability of gravel from upland areas.

### *Abandonment*

The North Slope presents special technical challenges to restoration and recovery. Extremely cold temperatures, meager precipitation (5 to 7 inches per year), and the short growing season lengthen recovery times substantially beyond those possible elsewhere in the United States. Natural recovery of disturbed sites to original soil and plant conditions has been estimated to require 600 to 800 years for upland sites and 100 to 200 years for wetland sites (AOGA 2001).

Recovery times in the Arctic, as elsewhere, depend in part on the nature and extent of disturbance and the type of habitat affected. For example, wet sites tend to recover quickly from light oil spills; dry sites affected by diesel fuel spills recover exceedingly slowly, with little recovery occurring after several decades (Walker 1996). Disturbed areas that would recover relatively quickly in more temperate climates (such as those caused by Caterpillar tractor tracks), can persist for many decades because of melted permafrost.

Removal of gravel fill has recently been done in wetlands, and preliminary studies suggest that wetland mosaics of vegetation can be restored, although the method is expensive and finding acceptable locations for the fill can be difficult. Open-pit gravel mine rehabilitation typically involves converting mine sites to wetlands, including lakes, with a channel usually cut between the pit and a stream or river so the site can be accessible to fish. Such sites create potential overwintering habitat for fish, but they also result in the permanent loss of the original habitats.

## Global Climate Change

The potential for many shallow streams, ponds, and wetlands in the Arctic to dry out under a warming climate is increased by the loss of permafrost (ACIA 2004). In other areas, warming of the surface permafrost could increase the formation of ponds, wetlands, and drainage networks, especially in areas with heavy concentrations of ground ice. Such thawing could also lead to large increases in sediment being deposited in rivers, lakes, and coastal marine environments, potentially impacting aquatic organisms.

Global climate change could alter species composition, increasing the prevalence of deciduous shrubs and decreasing the prevalence of wetland sedges and grasses, and could greatly influence wetlands through hydrological changes. Chapin et al. (1995) suggested that climate change might be altering the species composition of the Alaskan Arctic tundra. Global climate changes may eventually lead to shifts in the composition of Arctic tundra toward more shrub species at the expense of grass and sedge species. Warmer soil temperatures are likely to increase thermokarst and increases in sea level may inundate low lying tundra areas increasing aquatic and wet tundra vegetation types and increase erosion of coastal bluffs (ACIA 2004). Such impacts of climate change could

accelerate or exacerbate changes in soil thermal regimes that occur with development potentially leading to greater impacts to vegetation from changes associated with thermokarst.

### Contribution of Amendment Alternatives to Cumulative Effects

Seismic activities could disturb up to 238,000 acres of wetland soil, water, and vegetation under alternatives B, C, and D over a 25-year period, and 48,000 fewer acres would be disturbed under the No Action Alternative; these impacts would be short term. The number of acres disturbed annually would be similar to the acreage that has been disturbed annually by seismic surveys during the past decade on the North Slope. Based on vegetation recovery studies, these impacts to wetland soils should be minor and short term (NRC 2003). It is assumed that seismic train activities would originate from Kuparuk and traverse about 30 miles of lands east of the Planning Area in each direction. However, much of this distance would be along an ice road that is built annually from Kuparuk to the Alpine field, limiting most impacts of the seismic train outside of the Planning Area to the minor impacts associated with ice roads. Nonetheless, impacts associated with seismic operations occurring in the Northeast National Petroleum Reserve – Alaska would be additive with impacts from seismic operations in other portions of the National Petroleum Reserve – Alaska and across the North Slope.

All of the Northeast National Petroleum Reserve – Alaska would be open to oil and gas leasing under Alternative C. Land unavailable for leasing and surface activity under the No Action Alternative, Alternative B, and the final Preferred Alternative would prevent development in areas that are predominately wetlands. The Goose Molting Area, in particular, contains a large percentage of the wetland vegetation types preferred by waterfowl, including aquatic vegetation dominated by water sedge and pendent grass. Under Alternative C, these areas would be more likely to be developed, and these vegetation classes would likely be impacted to a greater extent, than under any of the other alternatives. Under Alternative C, actions would contribute to cumulative wetland loss on the North Slope to a greater extent. Alternative B would contribute more to wetland loss than would the final Preferred Alternative. Assuming that 95 percent of the disturbance area would be to wetlands, approximately 760, 3,300, 4,000, and 2,670 acres of wetland soil, water, and vegetation resources would be directly and indirectly impacted by alternatives A through D, respectively. Total direct and indirect impacts to wetlands would occur on 0.02 (No Action Alternative) to 0.09 (Alternative C) percent of the Planning Area, and would comprise from 0.001 to 0.007 percent of the area impacted on the North Slope.

Impacts to floodplains could occur from river channel crossings by pipelines and roads, which could destroy vegetation where bridge pilings or VSMs were required for the crossing. Construction of a buried pipeline under the river channel would also have impacts to floodplain vegetation in portions of the floodplain where the pipeline was buried. Compared to the No Action Alternative, Alternative B, and the final Preferred Alternative, the increased development under Alternative C would likely result in greater impacts, since additional river crossings would probably be necessary and the likelihood of buried river crossings would also increase. These impacts would be additive with impacts from other developments occurring on the North Slope.

Much of the gravel used for the construction of roads, pads and airstrips on the North Slope has been obtained from deposits in river floodplains. Impacts from these activities include habitat modifications, caused by increased braiding and spreading of flows (Woodward-Clyde Consultants 1980, NRC 2003). Established guidelines have largely restricted gravel mining to deep mining in upland pits, which may be flooded upon abandonment to create aquatic habitat including fish overwintering areas (NRC 2003). Approximately 20 to 285 acres of wetland vegetation are likely to be disturbed by the establishment of gravel extraction sites in the Planning Area. These impacts would be additive with other impacts to floodplains across the North Slope, but the extent of impact would depend on the availability of gravel from upland areas.

### Conclusion

Approximately 95 percent of the ACP in the Planning Area consists of wetlands; a similar percentage of wetland area was assumed for the North Slope. The ACP is also the area where the most significant oil and gas discoveries have occurred, and where future major discoveries are most likely. In addition, most non-oil and gas development associated with villages and military facilities occurs within this area. Thus, water resources have been effected by

ENVIRONMENTAL CONSEQUENCES

past activities, and will be susceptible to effects from future development, especially spills. New technologies, including use of low-impact equipment and less reliance on gravel roads and pads have reduced the potential for impacts to water resources. However, other technologies, including use of ice roads and pads, may have effects on water resources that are not well understood, but could be substantial long-term. Cumulative effects from human-induced activities on the North Slope, coupled with the potential cumulative effects of global climate change, could result in substantial alteration of North Slope wetland soil, water, and vegetation in the future.

### 4.7.7.7  Fish

**Freshwater and Anadromous/Amphidromous Fish**

The life cycles of freshwater and diadromous fishes on the North Slope are adapted to the region's long winters and low productivity (Craig 1984, 1989a, b; Power 1997). After break-up, fish move quickly during the brief summer into many habitats, often at great distances from the wintering area. For example, Arctic cisco from the Colville River can return to spawning areas more than 370 miles from the wintering area (Gallaway and Fechhelm 2000). Locating a suitable wintering area at the end of the summer is critical to survival. Craig (1989a, b) estimated that substantially less than 5 percent of stream habitat remains available to fish by late winter. These widespread movements, and the greatly restricted area of habitat available to fish in winter, make many of these species highly vulnerable to the effects of oil and gas exploration and development.

A number of effects could impact fish on the North Slope and accumulate. These include subsistence and commercial fishing; disturbance of fish during seismic operations; loss and alteration of habitat due to exploration and development, including effects from drainage diversions and causeways; spills; and global climate change.

*Past Effects and Their Accumulation*

**Activities Not Associated With Oil and Gas Exploration and Development.** Non-oil and gas activities, including archaeological and paleontological digs, camps associated with scientific studies, recreational use, overland moves by transport vehicles, and use of OHVs such as four-wheel vehicles and snowmachines, have likely caused surface disturbance on less than 100 acres in the Planning Area. Where Caterpillar or similar tractors have been used, or the vegetation has been bladed, scars in the vegetation persist to this day. An estimated 250 acres of tractor trail/tundra scars were created before 1973; about 50 acres remain evident today (NRC 2003).

Of the 17 species taken by subsistence fishermen on the North Slope, Arctic cisco and broad whitefish have the highest subsistence value. Most subsistence fishing occurs during the summer and fall and is especially important to the coastal villages. An average of 40,800 pounds of Arctic cisco was harvested annually from the Colville River Delta each fall from 1985 to 1998, with an additional 7,100 to 8,800 pounds taken near Kaktovik (Craig 1987, Fuller and George 1997). The broad whitefish harvest by North Slope villages is estimated to be more than 62,000 pounds annually (Fuller and George 1997; Hepa et al. 1997), although in some years fish harvests can be substantially larger.

Based on surveys conducted in the late 1980s and early 1990s, Barrow residents harvested from 50,000 to 110,000 pounds of fish per year, or about 11 percent of the total subsistence harvest (see Appendix J). The estimated harvest of whitefish for Barrow in 1989 was over 90,000 pounds (SRBA and ISER 1993). Atqasuk residents harvested approximately 12,000 pounds of fish annually, or 37 percent of their subsistence harvest. Nuiqsut residents harvested from 50,000 to 90,000 pounds of fish annually, or 30 percent of their subsistence harvest. Only a few thousands pounds of fish were harvested annually by Anaktuvuk Pass residents. Small numbers of fish are caught by recreational fishermen during float trips on the Colville River and fishing near villages. Fish harvested for subsistence and recreational purposes comprise only a small portion of the fish population and these effects to fish at the population level would not accumulate.

Some fish habitat has been lost due to construction of DEW-Line sites and other military construction, and residential, commercial, and industrial development associated with villages and airstrips. Approximately

Past reclamation of deep pits that have been mined has proved beneficial when new habitat for Arctic fish species has been established. If oil and gas activities occurred in areas with high fish populations, or use by sensitive or important subsistence species, impacts to fish could be greater than impacts predicted based on the amount of area impacted.

### 4.7.7.8  Birds

About 80 species of birds occur in the Planning Area, and the North Slope provides habitat for millions of birds each year. Primary factors that limit avian populations are habitat loss, disturbances that displace birds from preferred habitat areas, hunting, and predation. An oil spill could cause the direct mortality to birds due to its toxic effects, and indirectly affect habitat. Global climate change is of concern because it may cause shifts in available habitat types, and a concurrent shift in the bird species that use these habitats. Oil and gas exploration and development in the Planning Area are the primary contributing activities in terms of cumulative effects on birds on the North Slope. Other factors that contribute to the cumulative loss of birds include permitted activities such as non-oil and gas overland moves and development, scientific data gathering, and recreational use by the public. In addition, any analysis of cumulative effects to birds must include effects to birds on migration and wintering areas, where impacts to birds could be independent of activities on the North Slope. Because bird populations can show substantial changes among years, it is often difficult to determine if effects are accumulating at the population level, or merely reflect short-term shifts in population numbers.

**Past Effects and Their Accumulation**

*Activities Not Associated With Oil and Gas Exploration and Development*

Activities that occur on the North Slope and are not directly related to oil and gas development can add to the cumulative impacts to birds. Activities include wildlife research and survey activities, recreation activities, village expansion, spills and other environmental contamination, predation, and subsistence harvest. These impacts are usually localized and would generally affect only small numbers of birds and would not accumulate at the population level.

**Research and Survey Activities.** Various types of disturbances affect tundra-nesting birds near summer camps. Noise and ground activities disturb feeding, nesting, or brood-rearing birds, causing temporary or permanent displacement from feeding or nesting areas potentially affecting energy budgets and productivity. Although pedestrian traffic has been shown to be particularly disruptive to some waterfowl and raptors (Roseneau et al. 1981; Ritchie 1987; Johnson et al. 2003b), some birds have acclimated to predictable daily activities of camp personnel. Disturbance to birds from aircraft traffic and camp activities is greatest within approximately 2,280 feet of the camps and little or no effect beyond 6,500 feet (Johnson et al. 2003b). Ward et al. (1999) also studied brant response to fixed-wing and rotary-wing aircraft and reported brant response to aircraft at a lateral distance to 3 miles, although the majority of birds responded to aircraft that were within a lateral distance of ½ mile or less. The greatest response to aircraft altitude occurred between 1,000 and 2,500 feet. Tundra-nesting birds near summer camps could suffer mortality or egg loss due to predators attracted to anthropogenic sources of food at camps.

Summer boat traffic occurs on the Colville, Kogosukruk, Kikiakrorak, and Ikpikpuk rivers for recreational or subsistence activities, or to re-supply camps along these rivers. Numerous studies have reported on the effects of boat disturbance to birds (McGarigal et al. 1991; Steidl and Anthony 1996); this activity could potentially affect nesting gyrfalcons, peregrine falcons, and rough-legged hawks in the Colville River Raptor, Passerine, and Moose LUEA and the Ikpikpuk River area. The current levels of boat activities on these rivers have apparently not impacted raptors negatively, as some populations, particularly the peregrine falcon, have been increasing on the ACP in recent years (Ritchie and Wildman 2000).

Aerial surveys for wildlife and to mobilize and re-supply summer camps in the Planning Area could include fixed-wing aircraft surveys for waterfowl and caribou, or helicopter surveys for tagging and subsequent radio-tracking of grizzly bears or caribou. Low-level fixed-wing aerial surveys likely had little effect on birds given the short amount of time aircraft would be in a particular area. Ward et al. (1999) reported a decreasing level of response to aircraft

ENVIRONMENTAL CONSEQUENCES

overflights by brant with increased lateral distance of aircraft. Additionally, pedestrian traffic has been shown to be more disruptive to some waterfowl species than other types of disturbance (Johnson et al. 2003b). The effects to birds from these activities have ranged from temporary displacement from preferred feeding habitats to nest abandonment and loss of production for the breeding season. These effects would be minor and likely would not accumulate at the population level.

**Development.** Non-oil and gas development at former military sites and in villages has caused the loss of habitat and increased levels of disturbance. These sites also provide a potential starting point for hunting trips. Approximately 2,500 acres have been disturbed, with most of the development along the coastline where large numbers of birds are found. Although there is limited information on historic numbers of birds found in these areas, the population density of some species, including Pacific loons, tundra swans, pintails, and long-tailed ducks is moderately high to high near Barrow and Nuiqsut. Development and loss of habitat and disturbance, coupled with hunting pressure at "Duck Camp" near Barrow, and other recreational and subsistence hunting near other villages, would cause the loss of birds and habitat that would accumulate.

**Subsistence.** Migratory birds, particularly eider ducks and geese, are an important food source for villages on the North Slope. Bird eggs are also gathered. Waterfowl are hunted during the spring whaling season, during late spring and early summer, and during early fall. In earlier times, Iñupiat resource users harvested flightless molted birds by cooperatively herding them into creeks, and dividing the harvest between the work group members. One resident remembered doing this cooperative herding as recently as the late 1940s at Oliktok Point. In the past, Nuiqsut people gathered and stored eggs from waterfowl nests on the tundra. According to 2003 interviews, eggs are no longer gathered, and certain species of waterfowl are not harvested. Some residents indicated that they do not eat certain varieties of ducks (e.g. oldsquaws and pintails), while many choose to avoid harvesting black brant and spectacled eiders because they are threatened or species of concern.

Barrow residents harvested about 8,000 pounds of waterfowl annually from 1962 to 1982, and 20,000 to 30,000 pounds of waterfowl annually during the late 1980s and early 1990s; waterfowl accounted for about 4 percent of the subsistence harvest (see Appendix J). Atqasuk hunters harvest migratory birds, especially white-fronted geese, during spring through fall. Bird harvests amount to a few hundred pounds per year, and about 3 percent of the subsistence harvest. Nuiqsut residents harvest about 3,000 to 8,000 pounds of waterfowl and their eggs annually, about 5 percent of the subsistence harvest. Much of the harvest occurs along Fish and Judy creeks. Birds and their eggs comprise less than 2 percent of the subsistence diet of Anaktuvuk Pass residents. Subsistence hunting, especially egg gathering and goose herding, has the potential to adversely impact local populations of waterfowl, although the number of birds harvested would be negligible in the context of the continent-wide harvest.

### Oil and Gas Exploration and Development Activities

**Seismic Activity and Exploration.** The two primary factors associated with seismic activities and exploration that could affect birds on the North Slope are loss of habitat and disturbance. Most seismic surveys and exploration drilling activities occur during the winter months when most birds are not present in the Planning Area. Therefore, these activities would have no direct impacts that would accumulate for most species. A few species, including snowy owl, gyrfalcon, ptarmigan, and common raven, which may be present in the Planning Area during winter, could be temporarily displaced from preferred feeding areas by oil and gas exploration activities. Given that these activities occurred within only a small portion of the North Slope, it is unlikely that these effects have accumulated.

The use of airguns for boat-based seismic work in Teshekpuk Lake likely displaced loons and waterfowl from preferred feeding habitats while surveys were being conducted. However, these surveys have only occurred a few times in the past, and it is unlikely that effects to birds have accumulated.

Seismic surveys have been conducted over most of the North Slope since the 1940s. Rolligons and track vehicles used during seismic exploration have left tracks on tundra habitats, but less than 100 acres of habitat has scars persisting today that could result in habitat loss for birds. Wet areas are less likely to be affected than dry areas (Walker 1996). Studies of seismic and camp-move trails created in the 1980s showed that only a small portion of

Case 1:05-cv-00008-JKS   Document 60-7   Filed 05/24/2006   Page 6 of 15

ENVIRONMENTAL CONSEQUENCES

seismic trails were still in evidence 8 years later, but that 5 percent of camp-move trails still showed moderate to high disturbance. Use of lightweight vehicles, dispersing traffic patterns, minimizing sharp turns, and requiring surveys to be done when snow and frost cover is adequate to protect the tundra have helped to minimize damage to vegetation used by birds (Walker 1996).

Other sources of vegetative loss include gravel pads, airstrips, roads and disturbances near gravel structures at exploration sites. Peat roads that were constructed in the 1960s also caused disturbances to tundra habitats that persist today. However, some evidence suggests that bird use of peat roads is similar to that of adjacent areas of undisturbed tundra (TERA 1991). Based on NRC (2003), in 2001, approximately 1,200 acres had been impacted by exploration sites in the past, and 740 acres of disturbance were still evident. Most of these sites were developed before 1977, thus, their effects on the vegetative landscape have persisted for decades, and are likely to persist for several more. As industry has shifted towards use of ice roads and ice pads during exploration, loss of habitat has slowed greatly.

Water used in the construction of ice roads and pads would be withdrawn from deep lakes in areas adjacent to the road and pad locations. Winter water withdrawal could alter lake levels and adjacent birds habitats, although flooding and recharge during spring break-up would likely minimize the potential for long-term effects (Rovansek et al. 1996). Since use of lakes in the past has varied, and few lakes would have had water withdrawn over several years, it seems unlikely that the effects of past use of lakes for water withdrawals would accumulate.

**Infrastructure and Road and Pad Construction.** Effects to birds habitat from road and pad construction and gravel mining, and disturbance associated with development and production activities, have occurred in the past and persist today. Gravel roads, gravel pads, and gravel mines have caused the direct loss of avian habitat, and also have led to the indirect loss of habitat from the effects of road dust and alteration of natural drainage patterns. Although over 500 acres of peat roads still show evidence of disturbance, it is not clear that this disturbance has resulted in negative impacts to birds. Gravel footprints have impacted over 9,200 acres, while gravel mines have impacted another 6,360 acres of vegetation. Of this, all but 70 acres of gravel footprint persisted in 2001, but over 4,500 acres of gravel mines were reclaimed. Loss of habitat has accumulated and could limit local bird populations.

The passage of vehicle traffic over gravel pads and roads results in dust and gravel being sprayed over vegetation within about 30 feet of the pad or road, and a noticeable dust shadow out to 150 feet or more. Within 30 feet of gravel structures, the dust and gravel can smother vegetation. Based on assumptions used in this amendment, approximately 30 acres of vegetation could be impacted by dust for each 100 acres of development in the Planning Area, suggesting that 2,700 acres of bird habitat may be indirectly affected by existing gravel roads and pads on the North Slope. These impacts are likely to persist as long as vehicle travel occurs on the pads and roads.

Construction of gravel pads, roads, and airstrips has altered the moisture regime of tundra near these structures by changing natural drainage patterns and areas where snow accumulates. These changes alter the species composition of the plant community near gravel structures and adversely affect birds. However, impoundments created by road and pad construction and dust deposition have created new feeding and brood-rearing habitat that has been beneficial to some bird species. Noel et al. (1996) reported that the areas occupied by impoundments in the Prudhoe Bay area generally supported higher waterfowl densities than the same areas did prior to development. Kertell (1993, 1994) reported few differences in invertebrate numbers and numbers of Pacific loons when comparing use of natural ponds and impoundments in the Prudhoe Bay area. He also reported that ducks were more abundant on impoundments than natural ponds, although this difference was not statistically significant. These effects, both beneficial and adverse, persist today on approximately 18,000 acres of vegetation on the North Slope.

**Disturbance.** Numerous types of disturbances could result from oil and gas exploration, development, and production activities, including those caused by aircraft, vehicular, pedestrian, and vessel traffic, construction and drilling activities, noise and activity at facilities, and predator attraction. Some level of disturbance to birds from these activities would be unavoidable. Impacts have been most prevalent where facilities were located in habitats with high bird concentrations.

Northeast National Petroleum Reserve – Alaska            4-505            January 2005
Final Amended IAP/EIS

Exhibit 42, page 264 of 300

ENVIRONMENTAL CONSEQUENCES

Disturbance to waterfowl from aircraft is well documented (e.g., Schweinsburg 1974; Ward and Stehn 1989; Derksen et al. 1992; McKechnie and Gladwin 1993; Ward et al 1999). Johnson et al. (2003b) conducted the most thorough study of aircraft disturbance to waterfowl in the Arctic at the Alpine field. Responses of birds to aircraft included alert postures, interruption of foraging behavior, and flight. Aircraft disturbances could displace birds from feeding habitats and negatively impact energy budgets. However, an avian monitoring study at the Alpine field showed that successful white-fronted goose nests were generally closer to the Alpine field airstrip, the flight path, and the nearest gravel source than unsuccessful nests, although most comparisons were not substantially different. Johnson et al. (2003b) also reported on tundra swans and yellow-billed loons nesting in proximity to the Alpine field airstrip. Although the potential exists for displacement of some nesting birds near routinely used aircraft landing sites as a result of numerous overflights, landings, and takeoffs, some birds may habituate to routine air traffic.

During post-breeding studies in southwest Alaska, Ward et al. (1999) studied brant response to fixed-wing and rotary-wing aircraft and reported brant response to aircraft at a lateral distance to 3 miles, although the majority of birds responded to aircraft that were within a lateral distance of ½ mile or less. Brant did not habituate to the overflights, and temporary displacement from preferred feeding, brood-rearing, or molting habitats could affect energy budgets of some birds, and incubating birds could be temporarily displaced from nests. These effects may have had short-term impacts to brant and other waterfowl, but impacts to local populations were minor.

**Predators.** Predators such as glaucous gulls, Arctic foxes, ravens, and grizzly bears could be attracted to anthropogenic food sources associated with summer maintenance of exploratory drilling and seismic equipment, which may cause increased predation pressure on tundra-nesting birds. There is evidence that nesting success for several species of ground-nesting birds may be lower in oil fields than in undeveloped areas (Troy 1996; Anderson et al. 2000; Sedinger and Stickney 2000). Sedinger and Stickney (2000) attributed low brant nest success in oil fields to high predator populations. Johnson (2000) noted a similar relationship for snow geese in some years. Despite the poor production rates, snow goose and brant numbers have increased in oil fields since the early 1980s. Thus, effects of development to snow geese and brant are accumulating, although it is not entirely clear if oil field development has had an adverse (poor reproductive success) or positive (increased population size and growth rates) effect. Impacts to brant and snow geese on the North Slope may be the result of factors outside the breeding and molting grounds.

Increases in the number of predators in areas of development could have an additive impact on the effects of predation on bird populations, particularly for species with low or declining populations or species of special concern such as yellow-billed loon, long-tailed duck, and buff-breasted sandpiper. In recent years, North Slope oil field developers have installed predator-proof dumpsters to minimize attraction of predators to development. This policy has apparently been successful at the Alpine field, where Johnson et al. (2003b) reported no increase in the numbers of predator species, other than the common raven, after development.

**Collisions.** Bird mortality has resulted from collisions with buildings, vehicles, aircraft, vessels, towers, pipelines, platforms, or other structures associated with onshore and offshore oil and gas development. Offshore activities are most likely to impact birds during the late summer/fall staging period, when relatively large numbers of loons, long-tailed ducks, eiders, and other waterfowl are staging and molting in marine areas. Migration pathways may include areas where offshore production facilities are constructed, so collisions with offshore structures, and with vessel and helicopter traffic used for transport of personnel and equipment or responding to an oil spill, could occur. Bird collisions with vehicles, buildings or oil field infrastructure probably do not represent a significant source of bird mortality at the population level. However, bird losses due to collisions in developed areas accumulate with increases in development and add incrementally to other impacts.

**Spills.** No large oil spills have occurred on the North Slope. Small spills have occurred but cleanup and rehabilitation efforts have been successful and relatively few birds have been impacted (NRC 2003). The cumulative effects of oil spills on the North Slope have added only incrementally to impacts on birds.

**Marine Activities.** Offshore oil exploration and development, which occurs in both state and federal offshore marine waters of the North Slope, rely on helicopter and barge traffic more often than on fixed-wing flights. Most of this activity occurs during the winter when birds are not present. However, helicopter activity, barge and crew vessel traffic, and spill response training activities do occur during the summer. During the summer open-water seasons of 2001 and 2002 at the Northstar development off Prudhoe Bay, helicopter activity ranged from 477 to 989 round trips, crew vessel activity ranged from 469 to 824 round trips, and barge traffic ranged from 63 to 64 round trips (Williams 2002, Williams and Rodrigues 2003). Vessel traffic not related to oil development also occurs in marine waters off the coast of the North Slope. These activities have displaced marine birds in the past, but it is unlikely that effects have accumulated.

### *Factors Outside of the North Slope*

Numerous factors could affect birds at various locations around the world. Various types of contaminants and toxins from industrial and agricultural activities can enter either terrestrial or marine environments and affect bird mortality or reproductive success. Oil spills have been an obvious source of bird mortality at numerous locations around the world. Commercial fishing activities have caused changes in predator-prey relationships that could affect wintering loons and waterfowl that feed in offshore marine habitats. Marine birds could also become entangled in fishing gear currently being used in commercial fishing activities or in abandoned gear that persists in marine environments. Many waterfowl species are hunted for sport during the fall migration and on the wintering grounds. Subsistence users take waterfowl or other bird species during spring and fall hunts, as well as eggs during the nesting season. There is evidence that contamination of feeding habitat with spent lead shot may result in lead poisoning of waterfowl in some areas including the Y-K delta. Development along migration corridors and in wintering areas may result in habitat loss or disturbance that add to the cumulative impacts on bird populations. All of these factors can add to the cumulative loss of individual birds, and in some instances, can have population-level effects.

### *Summary of Past Impacts and Their Accumulation*

Approximately 2,500 acres of direct impacts, and about 5,000 acres of indirect impacts to bird habitat from non-oil and gas activities persist today. Oil and gas activities have directly impacted approximately 13,000 acres of bird habitat, and indirectly impacted approximately 21,000 acres of habitat that persist today. Since most of these impacts are associated with ongoing non-oil and gas residential and commercial developments, and oil and gas activities, these impacts to habitat are additive to future impacts and would be likely to persist for several decades or more, in the absence of an active reclamation program. The impacts of predators on bird populations may be slowly waning as industry reduces the amount of predator-attracting garbage in the fields. Other effects, including disturbance, are difficult to measure, but are likely accumulating as the number of developments and the amount of developed area increase. The typical gravel pad and amount of roadway needed to service a development have become smaller over time, reducing the amount of bird habitat lost due to development as compared to past levels. However, new development often relies on aircraft support for transportation of personnel and equipment that can increase disturbance to feeding, nesting, and molting birds. Habitat loss and disturbance can add incrementally to the impacts of development on birds.

## Future Effects and Their Accumulation

### *Activities Not Associated With Oil and Gas Exploration and Development*

Non-oil and gas activities, including archaeological and paleontological digs, camps associated with scientific studies, recreational use, overland moves by transport vehicles, and use of OHVs, such as four-wheel vehicles and snowmachines, would continue to result in the loss of minor amounts of bird habitat and cause disturbance to birds. In most cases, loss of habitat would be temporary, lasting only a few years. DEW-Line sites and other military facilities, villages, airstrips, and other non-oil and gas infrastructure are likely to persist into the indefinite future. Villages are likely to increase in size, causing the loss of additional habitat.

Although not part of the development scenario for the Planning Area, it is reasonably foreseeable that the State of Alaska would build a new highway from the existing oil fields or the TAPS to the Planning Area. One proposal is to build a road from the Spine Road to Nuiqsut. Assuming a length of 18 miles (to connect the existing Spine Road to a proposed bridge at the Colville River) and assuming the same impacts for construction as for other gravel roads and pads, such a road would cover approximately 80 acres for the road and 20 acres would be lost as bird habitat from development of gravel mines. Another proposal is to build a road from TAPS to the Planning Area. This road could be 100 or more miles in length, and would directly impact 425 acres or more. An additional 80 acres could be impacted due to development of gravel mines. Erosion associated with soil disturbance, and spills from equipment and construction activities, could impact bird habitat. The road may increase the number of visitors and hunters to the Planning Area, resulting in increased disturbance and hunting pressure to birds.

### Oil and Gas Exploration and Development Activities

**Seismic Activities and Exploration.** About 1,300 miles of seismic trails are expected to be added each year. Based on previous seismic exploration activity, this activity could impact up to 100 acres of habitat annually, with moderate to high levels of disturbance continuing a decade later. However, with the use of newer seismic technology, it is likely that impacts to vegetation that persist for a decade or more would be substantially less than this estimate (Jorgenson et al. 2003).

Other sources of habitat loss include exploration sites with gravel pads, disturbed areas around these pads, and airstrips and gravel roads at exploration sites. In recent years, gravel structures for exploration activity have been replaced by ice roads, airstrips, and drilling pads to reduce costs and environmental effects of gravel construction (Johnson and Collins 1980, Hazen 1997). As a result, the long-term effects of exploration activities are likely to affect only a small amount of habitat, although effects would accumulate.

**Oil and Gas Roads and Infrastructure.** Future development activities in the northwestern and southern portions of the National Petroleum Reserve – Alaska, federal and state offshore oil development (through the construction of supporting onshore infrastructure), state onshore oil development, and oil transportation could contribute to cumulative impacts on birds. All of these activities involve construction of infrastructure that would destroy habitat within the immediate footprint of the project, and indirectly affect bird habitat through dust deposition, changes in natural drainage patterns, thermokarst, and snow drifting.

Although the increase in the amount of area disturbed by oil and gas development has slowed dramatically in recent years, it is estimated that an additional 3,500 acres would be covered by gravel, and 500 acres impacted by gravel mines, in the next 25 years, much of this in the Planning Area. Approximately 9,200 acres would be indirectly affected by dust, changes in hydrology, and thermokarst. An additional 4,000 acres of bird habitat could be directly impacted by oil and gas activities between 2030 and 2055; another 9,200 acres would be indirectly impacted by development.

These impacts are additive to the impacts to vegetation that have accumulated in the past and persist today, but in the context of the ACP and North Slope, these cumulative impacts would be small. Based on direct (21,000 acres) and indirect (36,000 acres) impacts that could still persist in 2050, direct and indirect impacts to bird habitat from activities on the North Slope would impact approximately 0.43 percent of the ACP and 0.10 percent of the North Slope. These estimates do not take into account the quality of habitat that would be impacted on the North Slope. However, it is likely that the focus of future oil and gas exploration and development would be within the Barrow Arch, which is located in the ACP. Highest population densities of many species of waterfowl and shorebirds are also found in this area; thus, impacts to birds from development would likely be much greater than if estimates of impacts are based solely on size of the facility footprint.

**Disturbance.** It is reasonable to assume that with increased development would come increased disturbance to birds. Although there is no clear indication that disturbance effects have accumulated to the point that they are adversely affecting bird populations, the effects of future developments would be additive to effects of present and past development. If birds are displaced from prime habitat by loss of habitat to gravel infrastructure, and

disturbance further displaces birds, the effects of displacement and disturbance could result in energetic costs that reduce survival and productivity. These losses of individual birds would accumulate, and could persist as long as development occurred on the North Slope.

**Predators.** During the early years of oil field development, it is likely that predators were attracted to development by anthropogenic sources of food and shelter. Based on policies implemented by the BLM and private industry to discourage attraction of predators to areas of development, the effects of predators on birds are likely to stabilize or decrease over time. This policy has been successful at the Alpine field, where Johnson et al. (2003b) reported no increase in the numbers of most predator species, except ravens, after development.

**Collisions.** Bird mortality from collisions with buildings, vehicles, aircraft, vessels, towers, pipelines, platforms, or other structures associated with onshore and offshore oil and gas development is likely to persist into the future, and may increase with increasing levels of development. However, industry has implemented practices, including providing better lighting of facilities, burying power lines, and attaching power lines to pipelines, in an attempt to reduce the number of bird collisions oil and gas infrastructure. Losses from collisions are predicted to be small and would not adversely affect bird populations.

**Spills.** The oil industry is required to have oil spill response and clean-up capabilities, and small spills on lands or waters in the Planning Area or in existing or future North Slope oil fields are expected to be contained and cleaned up before substantial bird loss can occur. In addition to mortality through direct contact with oil, some mortality could result through ingestion of contaminants in food and water, and from the cumulative effects of the numerous small spills expected from the operation of any oil field.

A large onshore spill released in the Planning Area during the summer season could affect loons, waterfowl, shorebirds, and other bird groups. In the immediate vicinity of the spill, some habitat contacted by oil would become unsuitable for bird use, and oil entering freshwater aquatic habitats could spread more widely, potentially entering river deltas and nearshore marine habitats. Direct mortality could occur from loss of insulating capabilities of feathers should birds come in contact with oil, or from ingestion of contaminated prey. Oil that came in contact with eggs, either directly or through contact with partially oiled feathers of incubating adults, could negatively impact embryonic development. These effects would be additive to the effects of a spill in the existing North Slope oil fields, or to the effects of potential future spills that could occur in the Northwest and South National Petroleum Reserve – Alaska, if these areas were developed.

If future oil field development were to occur in state or federal marine waters offshore of the Planning Area, there would be a minor probability of a large oil spill. If one or more spills were to occur, substantial losses to loons and waterfowl could result if oil were released during the summer/fall season when large flocks of these birds were present. Large numbers of molting waterfowl are known to use the lagoon systems in offshore areas of the Beaufort and Chukchi seas. Thousands of molting or staging loons and waterfowl could be impacted by an offshore spill occurring in areas of high bird use, such as the lagoon system near Prudhoe Bay in the central Beaufort Sea or in Kasegaluk Lagoon in the Chukchi Sea. An offshore spill could also affect feeding habitats in littoral habitats, such as extensive mudflats in the Colville River Delta, which are used by staging shorebirds. The Colville River delta supports thousands of postbreeding shorebirds, the most abundant of which is dunlin (Andres 1994). The *arcticola* subspecies of dunlin is considered to be highly imperiled (Brown et al. 2001). An oil spill could also contaminate prey populations in foraging areas at any time of year, which could result in secondary impacts to loons, waterfowl, and shorebirds by affecting productivity and/or survival.

Tanker spills of crude oil from oil fields in the Planning Area could impact birds in marine habitats along the entire tanker route from the port at Valdez to West Coast refineries. A large oil spill in the Prince William Sound area, similar to the Exxon Valdez spill in 1989, would impact many thousands of waterfowl and marine birds at any time of the year. Large numbers of loons and waterfowl use Prince William Sound as a migratory stopover or wintering area. The Copper River Delta is a migratory stopover area for millions of shorebirds during spring and fall migration; if an oil spill were to spread to this area, it could impact many thousands of birds. Marine birds and waterfowl could also be impacted by an oil spill in the Gulf of Alaska or in open water or bay habitats along the

ENVIRONMENTAL CONSEQUENCES

Pacific Coast of Canada, Washington, Oregon, and California. Oil spills occurring in coastal areas would likely produce greater impacts to birds than a spill occurring several hundred miles offshore, where bird densities are much lower. Spills, such as the Exxon Valdez spill and many smaller spills, have already caused extensive bird mortality in many of these areas. The actual numbers of birds impacted by an oil spill is likely much higher than the number of oiled carcasses recovered, because the carcasses of many oiled birds may never be recovered. The length of time required for populations to recover and the lingering effects of contamination varies among species.

Oil produced as a result of development in the Planning Area would contribute to less than 13 percent of future spills from TAPS, but would increase the number of onshore oil spills and would likely impact tundra systems in some instances. The amount of oil produced on the North Slope under the reasonably foreseeable future scenario is likely to continue to trend downward. As oil production slows, coupled with improvement in spill prevention and control technologies and training, effects to birds should decline over time.

**Marine Activities.** Offshore oil exploration and development is likely to slowly trend downward, reducing the risks to birds from offshore development over time. However, development near the coastline in the National Petroleum Reserve – Alaska and elsewhere on the North Slope would cause increased vessel traffic in the Beaufort Sea. Global climate change could increase the duration of the open-water period and vessel traffic could occur in the region for longer periods of time each year. As a result, effects to birds from vessel traffic and disturbance is likely to persist near current levels into the foreseeable future, and may even increase. This traffic could impact bird habitat use and behavior and cause the death or injury to some individuals, and impact energy budgets and the ability of some birds to store fat prior to migration.

**Abandonment.** The impacts of abandonment and rehabilitation of oil fields on birds would be similar in many respects to those incurred by construction activity. Activities occurring in the winter would cause little disturbance or displacement, because most species would be absent from the area. However, the melting of ice roads could be delayed, compared to surrounding tundra, causing impoundments of water. Delay in the melting of ice roads, compared to the surrounding tundra, could also cause either complete loss of nesting habitat for a season or compaction of vegetation, which would reduce the quality of the nesting habitat for a nesting season. Such impacts would only affect nesting in the summer following ice road use, and would be minor. Summer road and air traffic generated by abandonment and rehabilitation activities could cause disturbance, displacement, and mortality to birds that would be similar to, and at the same levels as that caused by traffic during construction and operations. If pads, roads, and airstrips were not revegetated, their value to birds would be lessened. If they were revegetated without removing the gravel, the habitat would not return to its current utility for most birds of the area. If gravel was removed, habitat similar to that currently existing in the area could be created and used by birds, though the precise mix of habitat types would likely not be the same as what prevailed at the time of disturbance. The effects of habitat loss would accumulate, as described above, to the extent that habitats were not, or could not be, restored to their original condition.

### Other Factors on the North Slope

Numerous other factors could add to cumulative impacts on bird populations. Subsistence harvest of waterfowl and their eggs continues to impact these species, although overall numbers of birds and eggs taken over their entire range are not known. Aside from direct mortality due to subsistence harvest, the accumulation of lead shot in waterfowl foraging habitat in the Y-K Delta may be impacting waterfowl survival. Although the proposed development scenario does not include a road to connect Nuiqsut with roads in the Planning Area, future construction of such a road could allow access that would increase subsistence hunting pressure on waterfowl, and increase the potential for lead shot contamination in feeding habitats. It is currently illegal to use lead shot while hunting waterfowl, although lead shot is allowed for hunting upland species. Illegal use of lead shot for hunting waterfowl, or legal use of lead shot for hunting upland species near waterfowl habitats, could contribute to the effects of lead poisoning on waterfowl populations.

**Factors Outside of the North Slope**

Wintering grounds and portions of migratory routes of many bird species lie in areas outside of the U.S., and regulated or non-regulated development in these areas can impact critical bird habitats. Habitat losses in non-breeding areas could be particularly significant for species of concern or species with low population numbers, such as buff-breasted sandpiper. Habitat losses may occur directly from habitat destruction due to development, or from pollution, such as exposure to agricultural pesticides that may reduce the ability of birds to reproduce or may cause direct mortality to birds. Other activities, such as commercial fishing, may also have the potential to cause changes in predator/prey relationships or damage benthic habitats that could affect some marine bird populations. Impacts related to subsistence hunting and sport hunting in wintering areas and along migratory routes can be additive to the effects of development on the North Slope. Spent lead shot that remains in waterfowl feeding habitat has been linked to lead poisoning for some waterfowl species (Franson et al. 1998). Impacts of subsistence hunting may impact species of concern such as brant, bar-tailed godwit, and threatened eiders as well as many more abundant species. Cumulative effects to birds would include habitat loss and disturbance related to activities on the migration and wintering grounds that could result in permanent or temporary displacement from preferred feeding and roosting habitats.

**Global Climate Change**

Much research in recent years has focused on the effects of naturally-occurring or man-induced global climate regime shifts and the potential for these shifts to cause changes in habitat structure over large areas. Although many of the forces driving global climate regime shifts may originate outside the Arctic, the impacts of global climate change are exacerbated in the Arctic (ACIA 2004). Temperatures in the Arctic have risen faster than in other areas of the world as evidenced by glacial retreat and melting of sea ice. A few bird species, such as black guillemot that feed near the ice edge, may not be able to bring food to their young as the pack ice moves further offshore.

The increasing thickness of the active layer of soil above arctic permafrost is likely to cause changes in moisture regimes and the distribution of vegetation types over much of the Arctic in coming years. Thawing of the permafrost may result in increased amounts of surface water in some areas. Areas of permafrost with substrates composed of fine-grained materials may be susceptible to drying, erosion, and desertification (ACIA 2004). Rising temperatures are likely to favor the expansion of the northern boreal forest into areas currently occupied by tundra. Global climate change may also result in an increase in shrubs at the expense of forbs and graminoid vegetation characteristic of Arctic tundra. In addition, rising seal levels resulting from increasing temperatures may further reduces the amount of tundra habitat available to nesting birds by causing coastal erosion and by inundating low-lying areas. These changes may be beneficial to some species such as those associated with boreal forest or shrub habitats, but a reduction in the amount of tundra habitat available could negatively impact tundra-nesting shorebirds and waterfowl.

**Contribution of Amendment Alternatives to Cumulative Effects**

Impacts to habitat from seismic surveys in the Planning Area would occur on approximately 150 (Alternative A) to 200 (alternatives B, C, and D) acres. Impacts from ice road construction would occur on another 210 acres annually, while impacts from ice pads would occur on 30 to 270 acres during the life of the project; these impacts to habitat would be short-term and would not accumulate.

Development in the Planning Area would directly and indirectly impact 790, 3,480, 4,210, and 2,810 acres of bird habitat for alternatives A through D, respectively, if oil prices average $25/bbl. Wetlands, which are important to waterfowl and shorebirds, would comprise approximately 95 percent of this habitat loss. These habitat losses could account for 3 to 14 percent of the habitat projected to be lost due to development on the North Slope during the next 50 years. Given that the area most likely to developed under the action alternatives is located north and northeast of Teshekpuk Lake, areas that support large numbers of waterfowl and shorebirds, impacts to birds could be much greater than predicted based on amount of area disturbed. As shown on Maps 3-13, 3-14, 3-15, 3-16, 3-17, 3-18, and 3-19, the area to the north, northeast, and east of Teshekpuk Lake and to the coastline has medium to

high population densities of several species of waterfowl, and shorebirds, including white-fronted geese, brant, and pintails. Depending on the types and locations of facilities, impacts to brant and other waterfowl could accumulate, especially where species are concentrated, and affect the long-term health of local populations. The effects to waterfowl, shorebirds, and other birds from oil and gas development would be less under the No Action Alternative and Alternative B, because all (No Action Alternative) or most (Alternative B) of this area would be closed to leasing under these alternatives. The effects would be greatest under Alternative C, since the entire area would be open to leasing. The effects from the final Preferred Alternative would be less than Alternative C, but greater than Alternative B, since some development could occur within this area.

### Conclusion

Birds are not distributed evenly across the Planning Area and some areas and habitats are more important to some species than others. Areas northeast and northwest of Teshekpuk appear to be areas with high densities of nesting shorebirds, and the Goose Molting Area north of Teshekpuk Lake is extremely important for brant and other molting geese. If these areas were developed, impacts to birds could be greater than those predicted based on amount of disturbance area in the overall Planning Area.

Potential future oil and gas leasing, exploration, and development activities would be the major source of cumulative effects to birds that could occur in the Planning Area. These effects would be additive to the effects of activities that have occurred in the past on the North Slope, along migratory routes, and in wintering areas. These include all of the activities related to oil and gas development in existing fields east of the Planning Area, and potential future oil and gas leasing and development in North Slope areas west of the Planning Area. The effects of global climate change are difficult to predict, but changes in habitat structure associated with climate change would likely have a cumulative impact on bird populations.

### 4.7.7.9   Mammals

**Terrestrial Mammals**

Onshore and offshore oil and gas exploration and development in the Planning Area are the primary contributing activities in terms of cumulative effects on mammals on the North Slope. The primary effects from oil and gas exploration include habitat loss and disturbances that displace mammals from preferred habitat areas or impact their behavior. An oil spill could cause the direct harm or mortality to mammals due to its toxic effects, and also affect habitat.

Other factors that contribute to the cumulative effects on mammals on the North Slope include permitted activities such as non-oil and gas-related overland moves and development, scientific data gathering, recreation, hunting, and development. Global climate change is of concern because it may cause shifts in available habitat types, and a concurrent shift in mammal species that use these habitats. In addition, an analysis of cumulative effects to marine mammals cannot ignore effects to animals on migration and wintering areas, where impacts to marine mammals could be independent of activities on the North Slope. Because mammal populations can show substantial changes between years and even over longer periods of time, it is often difficult to determine if effects are accumulating at the population level, or merely reflect short-term shifts in population numbers.

*Past Effects and Their Accumulation.*

**Activities Not Associated With Oil and Gas Exploration and Development.** Excluding development associated with villages, military sites, rural airstrips, and hunting, non-oil and gas activities have had only a minor impact on terrestrial mammals. The amount of non-oil and gas activity on the North Slope is very low, and impacts consist primarily of short-term disturbance to individual animals. Aircraft disturbance of terrestrial mammals associated with resource-inventory survey activities (particularly by helicopter traffic) would be expected to have short-term effects on some caribou and muskox (particularly cow/calf groups), with animals being briefly displaced within about 1 mile of feeding and resting areas when aircraft pass nearby. It is unlikely that these effects persist today.

Approximately 7,000 to 11,000 mammals are killed annually on the North Slope by subsistence hunters. Based on surveys conducted in the 1980s and early 1990s (see Appendix J; Subsistence), Barrow residents killed approximately 1,800 mammals annually. An additional 200, 1,250, and 770 mammals were killed annually by residents of Atqasuk, Nuiqsut, and Anaktuvuk Pass, respectively. An additional 3,000 to 7,000 Porcupine Caribou Herd caribou are killed annually (ACIA 2004). Since mammal populations on the North Slope appear healthy and are stable or increasing in numbers (except for the Porcupine Caribou Herd, which has declined about 3.5 percent annually since 1989), hunter kill is likely replacing some of the loss of animals that would occur due to natural mortality, and effects are not accumulating.

Non-oil and gas development at former military sites and in villages has caused the loss of habitat and increased levels of disturbance. Approximately 2,500 acres have been disturbed for non-oil and gas development on the North Slope. These villages and developments are within or near important mammal use areas, including important summer, winter, and migration range for the TLH, WAH, and CAH caribou (see Maps 3-21, 3-22, 3-23, 3-24, 3-25, and 3-26). Development has led to the loss of habitat and increased disturbance effects to mammals. These effects, coupled with subsistence and non-subsistence recreational hunting pressure, have resulted in effects to caribou that persist today.

**Oil and Gas Exploration and Development Activities**

Seismic Activities and Exploration
Loss of habitat and disturbance are the two primary factors associated with seismic activities and exploration that could affect mammals on the North Slope. Until recently, seismic testing resulted in few conflicts with caribou in Arctic Alaska (NRC 2003). Seismic surveys on the summer ranges of the CAH, TLH, and WAH caribou were conducted during winter, when the animals were not present. In a few cases, winter seismic survey areas at times overlapped with CAH, TLH, WAH, and Porcupine Herd caribou winter ranges, but impacts were probably limited to small groups of animals. It is likely that these activities briefly disturbed and displaced TLH caribou near seismic grids, exploration drill sites, and along ice roads and aircraft transportation routes. However, it is unlikely that this effect persisted after exploration was completed, and there was likely no consequential effect on the abundance or productivity of the caribou. More recently, seismic line intensity has increased as more 3-D surveys are conducted and exploration extends into the foothills of the Brooks Range and to the west of the Planning Area, areas where more wintering caribou are found.

Much of the ACP has been surveyed since the 1940s, and nearly all of the Planning Area (see Figure 4-1). Rolligons and track vehicles used during seismic exploration have left tracks on tundra habitats that are still visible today and that could make the habitat unsuitable for mammals (about 100 acres; Kevan et al 1995). Only a small portion of seismic and camp move trails are still in evidence. Use of lightweight vehicles, dispersing traffic patterns, minimizing sharp turns, and requiring surveys to be done when there is adequate snow and frost cover to protect the tundra have helped to minimize damage to vegetation used by caribou (Walker 1996).

Other sources of habitat loss include exploration sites with gravel pads, disturbed areas around these pads, exploration airstrips, and gravel exploration roads. Based on a report by the NRC (2003), in 2001, approximately 1,200 acres had been impacted by these sites in the past, and 740 acres of disturbed areas were still evident. Most of these sites were developed before 1977, thus, their effects on the vegetative landscape have persisted for decades, and are likely to persist for several more decades. As industry has shifted towards use of ice roads and pads during exploration, loss of mammal habitat has slowed greatly. Ice roads and pads have effects that could impact mammal habitat for several years, but would be unlikely to accumulate.

Oil and Gas Development and Production
Loss of mammal habitat from road and pad construction and gravel mining, and disturbance associated with development and production activities, are effects to mammals that have occurred in the past and that persist today. Peat and gravel roads, gravel pads, and gravel mines have caused the direct loss of mammal habitat, and also have led to the indirect loss of habitat from road dust and alteration of natural drainage patterns. Through 2001, over 500 acres of peat roads still showed evidence of disturbance, even though most of these roads were constructed over 30

years ago. Gravel footprints had impacted over 9,200 acres, while gravel mines had impacted another 6,360 acres of vegetation. Of this, all but 70 acres of gravel footprint persisted in 2001, but over 4,500 acres of gravel mines were reclaimed.

Motorized traffic along about 400 miles of roads has disturbed, impeded the movement of, or displaced, caribou and other terrestrial mammals (NRC 2003). Disturbance of caribou from road traffic associated with pipelines has been shown to cause short-term displacement of caribou within about 1 mile of the road (2 ½ miles for parturient females and calves). Road traffic has delayed the successful crossing of pipelines and roads by caribou, and could have adverse energetic effects on some animals. Grizzly bears, wolves, Arctic foxes, and other mammals generally seem to cross roads more easily than caribou.

Road construction has increased access to previously undeveloped areas and has increased hunting pressure on terrestrial mammals from public and subsistence hunters in more remote regions of Alaska. Hunting pressure and harvests have increased for many wildlife species near the TAPS since its construction but have not produced adverse population effects (TAPSO 2001).

Oil development in the Prudhoe Bay-Kuparuk River Unit area has caused displacement of CAH caribou from a portion of the calving range, with a shift in calving distribution away from the oil fields (Nellemann and Cameron 1996; Lawhead 1997; Cameron et al. 2002; NRC 2003). The reduction in calving habitat use near oil development facilities could eventually limit the growth of the Arctic caribou herds within their present ranges and prevent the herds from reaching the maximum population size that they could achieve without the presence of development. It is possible that such an effect would not be apparent, because natural changes in the distribution and productivity of the herds would be likely to influence the abundance and growth of caribou populations over and above the effect of reduced habitat use caused by cumulative oil development. For example, the CAH caribou population estimate decreased from 23,000 in 1992 to 18,100 animals in 1995, and then rose to 31,857 caribou in 2002. However, recent information on the body weights of CAH cow caribou that calve west of the Sagavanirktok River, compared with CAH cow caribou calving east of the river, and suggested that disturbance displacement of cow caribou may be affecting CAH caribou productivity (Cameron 1994; Nellemann and Cameron 1996; Cameron et al. 2002). On the other hand, differences in densities and movements between segments of the CAH caribou on the oil fields and east of the fields may have contributed to the decline (Cronin et al. 1997). The NRC (2003) suggested that the combined effects of industrial activity and infrastructure, and the stress imposed by insects, might have contributed to the reduction in size of the herd seen from 1992 through 1995. Cronin et al. (2000) argued that population-level impacts from oil field development have not occurred for this herd. However, comparing the higher growth rate of the TLH to the growth rate of the CAH, Griffith et al. (2002) suggested that the CAH might have been influenced by development infrastructure after 1987.

The alteration of over 8,000 acres of tundra habitat in the Prudhoe Bay area has not had any apparent effect on the distribution and abundance of other terrestrial mammals, with the possible exception of Arctic foxes, which apparently have increased in numbers near the oil fields. Muskox have continued to expand their range westward across the North Slope from an introduced population in the Arctic National Wildlife Refuge. There have been no apparent effects on wolves or other terrestrial mammal populations associated with this development.

Spills
The NRC's Committee on Cumulative Environmental Effects of Oil and Gas Activities on Alaska's North Slope found that most spills to date have had only local effects, and that there is no evidence that effects of spills have accumulated (NRC 2003).

**Summary of Past Effects and Their Accumulation.** Approximately 2,500 acres of habitat have been directly impacted by non-oil and gas development that continue to persist. Oil and gas activities have caused an additional habitat loss of 13,000 acres, and indirectly impacted approximately 21,000 acres of habitat that persist today. Since most of these impacts are associated with ongoing non-oil and gas residential and commercial development, and oil and gas activities, these impacts to habitat are additive to future impacts and would be likely to persist for several decades or more, in the absence of an active reclamation program. Oil and gas development has altered the