distribution of female caribou during the summer season and interfered with caribou movements between inland feeding areas and coastal insect-relief areas. Female caribou may also experience lower parturition rates when in close proximity to oil field development. It has also been suggested that declines in CAH caribou productivity in the early 1990s may have been the result of additive effects of oil field development and high insect activity, although populations of TLH, CAH, and WAH caribou have steadily increased since the mid-1970s. Thus, disturbance of caribou due oil field development may adversely affect caribou, but these effects are not readily apparent based on population trends. Other mammal populations (e.g., fox and grizzly bear) have been little affected, or may even have benefited from development on the North Slope. Subsistence and recreational hunting pressure has likely increased from historic levels due to increases in human populations and better access to the North Slope. Still, based on subsistence harvest surveys, subsistence harvest of mammals was relatively stable during the 1980s and early 1990s. Based on population trends of game mammals on the North Slope, hunting does not appear to be adversely affecting mammal populations.

### *Future Effects and Their Accumulation*

**Activities Not Associated With Oil and Gas Exploration and Development.** Non-oil and gas activities, including archaeological and paleontological digs, camps associated with scientific studies, recreational use, overland moves by transport vehicles, and use of OHVs such as four-wheel vehicles and snowmachines, would continue to cause the loss of minor amounts of mammal habitat and disturb mammals. In most cases, loss of habitat would be temporary, lasting only a few years. DEW-Line and other military sites, villages, airstrips, and other non-oil and gas infrastructure are likely to persist into the indefinite future, and for villages, likely increase in size, causing the loss of additional habitat.

Although not part of the development scenario for the Planning Area, it is reasonably foreseeable that the State of Alaska would build a new highway connecting the village of Nuiqsut and the National Petroleum Reserve – Alaska to the Dalton Highway. Assuming a length of 18 miles (to connect the Spine Road with the proposed bridge on the Colville River) and assuming the same impacts for construction as for other gravel roads and pads, such a road would bury about 80 acres of habitat and potentially alter the vegetation on up to several hundred more acres as a consequence of dust or gravel spray and changes in the moisture regime caused by changes in natural drainage patterns. Another proposal is to build a road from TAPS to the Planning Area. This road could be 100 or more miles in length, and would directly impact 420 acres or morel. An additional 80 acres could be impacted due to development of gravel mines. Erosion associated with soil disturbance, and spills from equipment and construction activities, could impact mammal habitat and caribou and other large-mammal movements. The road may increase the number of visitors and hunters to the Planning Area, resulting in increased disturbance and hunting pressure to caribou. In addition, if the road is opened to the public, it would increase the number of visitors, and hunters, to the Planning Area. Increased disturbance and hunting pressure could have adverse, and accumulating, impacts to mammal populations.

**Oil and Gas Exploration and Development Activities**

<u>Seismic Activities and Exploration</u>
About 1,300 miles of seismic trails are added each year. Based on projections developed for the Planning Area, this activity could impact up to 100 acres of habitat annually that would still show moderate to high levels of disturbance a decade later. However, based on recent studies of the use of newer seismic technologies, it is likely that impacts to mammal habitat that persist for a decade or more would be substantially less than this estimate (Jorgenson et al. 2003).

Other sources of habitat loss include exploration sites with gravel pads, disturbed areas around these pads, exploration airstrips, and gravel exploration roads. These have been replaced in recent years by ice roads, airstrips, and drilling pads to reduce the costs and environmental effects of gravel construction (Johnson and Collins 1980, Hazen 1997). As a result, only a small amount of habitat is likely to be affected by long-term by exploration sites and facilities.

**Oil and Gas Development and Production.** Development activities that could contribute to cumulative effects to mammal habitat on the North Slope include oil development, including the Planning Area and northwestern and southern portions of the National Petroleum Reserve – Alaska; federal and state offshore oil development (through the construction of supporting onshore infrastructure); state onshore oil development; oil transportation; and road construction. All of these activities involve construction of infrastructure that would destroy habitat within the immediate footprint of the project and indirectly affect habitat through dust, flooding, changes in natural drainage patterns, snow drifting, increased water and air pollution, and oil and chemical spills.

Although the increase in the amount of area disturbed by oil and gas development has slowed dramatically in recent years, it is estimated that an additional 3,500 acres would be covered by gravel, and 500 acres impacted by gravel mines, in the next 25 years, much of this in the Planning Area. Approximately 9,200 acres would be indirectly affected by dust, changes in hydrology, and thermokarst. An additional 4,000 acres of mammal habitat could be impacted by oil and gas activities between 2030 and 2055; another 9,200 acres would be indirectly impacted by development.

These impacts are additive to the impacts to habitat that have accumulated in the past and persist today, but in the context of the ACP and North Slope, these cumulative impacts would be small. Based on direct (21,000 acres) and indirect (36,000 acres) that could still persist in 2050, direct and indirect impacts to habitat would occur on 0.43 percent of the ACP and 0.10 percent of the North Slope. These estimates do not take into account the quality of habitat that would be impacted on the North Slope. It is likely that the focus of future oil and gas exploration and development would be within the Barrow Arch, which is located in the ACP. Areas to the north and east of Teshekpuk Lake provide important calving, post-calving, and insect-relief habitat for TLH caribou (see Maps 3-24, 3-25, and 3-26). Thus, impacts to caribou and other mammals from development in this area would likely be much greater than if development occurred in areas that were little used by caribou.

Disturbance

Cumulative oil and gas development on the North Slope could result in a long-term displacement and/or functional loss of habitat for CAH, TLH, and WAH caribou. Future State of Alaska lease sales on the North Slope between the National Petroleum Reserve – Alaska and the Arctic National Wildlife Refuge, and in the foothills of the Brooks Range, would increase the amount of activity associated with oil exploration and development within the CAH caribou range. Future offshore leases in the Beaufort Sea could expose TLH and CAH caribou to additional activities related to oil and gas development (through onshore facilities to support offshore leases). Future lease sales in the National Petroleum Reserve – Alaska could expose a large number of the TLH caribou to exploration and development activities on their summer and winter grounds, and during migration. Animals from the WAH caribou would also be exposed to development activities in their summer range.

Development of onshore oil and gas resources in the Northwest National Petroleum Reserve – Alaska could result in construction of an additional pipeline that would pass through the Planning Area. Construction of a pipeline from the Northwest National Petroleum Reserve – Alaska east to the Kuparuk River Unit, or a southern pipeline route connecting to TAPS Pump Station 2, would temporarily disrupt movements of CAH and TLH caribou. Movements of TLH and WAH caribou from wintering habitat to calving grounds could be temporarily disrupted. However, pipelines associated with sales under this amendment would not have associated roads, and should therefore have minimal effects on caribou movements once construction was completed. State of Alaska oil and gas leasing offshore and adjacent to the CAH and TLH caribou ranges, as well as federal OCS leases in Harrison Bay west to Barrow, might include offshore pipelines that would come onshore within the TLH caribou range and connect with the facilities at Kuparuk. Potential offshore oil development adjacent to the TLH and CAH caribou ranges could result in increased surface vehicle traffic, which would disturb caribou along transportation corridors that would connect offshore oil discoveries with the existing infrastructure. Development also might increase disturbance of caribou by ground vehicles and air traffic in insect-relief areas along the coast, and perhaps reduce the seasonal use of coastal areas by cows and calves.

The reduction in calving habitat use near oil development facilities could eventually limit the growth of the Arctic caribou herds within their present ranges and prevent the herds from reaching the maximum population size that

they could achieve without the presence of development. It is possible that such an effect would not be apparent, because natural changes in the distribution and productivity of the herds would be likely to influence the abundance and growth of caribou populations over and above the effect of reduced habitat use caused by cumulative oil development. The final Preferred Alternative and alternatives B and C would permit activities within the TLH caribou calving grounds; therefore, calving TLH caribou could be exposed to oil and gas development facilities and activities at a time of year when they are most sensitive to disturbance, possibly resulting in reduced calving success.

Oil development within the Planning Area could expose summering WAH caribou to noise and disturbance impacts. If development occurred in the southern part of the Planning Area, some WAH animals could be exposed to development activities during the insect season, and normal movement patterns could be disrupted. This herd is not currently exposed to oil and gas development activities in any other part of their primary range; therefore, cumulative impacts to the WAH caribou would be minor, although development in the Northwest National Petroleum Reserve – Alaska could increase these impacts. These effects on TLH, CAH, and WAH caribou would accumulate with other past effects on these herds, although the likely magnitude of these effects is difficult to ascertain, especially given the increase in herd sizes that have occurred in recent years in spite of oil and gas development on the North Slope.

The alteration of over 8,000 acres of tundra habitat in the Prudhoe Bay area has not had any apparent effect on the distribution and abundance of other terrestrial mammals, with the possible exception of Arctic foxes, which apparently have increased in numbers near the oil fields. Muskox have continued to expand their range westward across the North Slope from an introduced population in the Arctic National Wildlife Refuge. There have been no apparent effects on wolves or other terrestrial mammal populations associated with this development.

The increase in the number of development facilities on the North Slope would be expected to increase the number of negative interactions between humans and grizzly bears, and to result in the loss of bears because of their attraction to human refuse. These interactions could eventually result in a decline in grizzly bear abundance near development areas. It is also expected that cumulative oil development on the North Slope would result in an increase in the abundance of Arctic foxes near development areas, which could affect tundra-nesting birds and could also pose a health hazard to humans through the spread of rabies among the growing fox population. Efforts to minimize the amount of refuse available to mammals should lead to a long-term decline in fox and other mammal populations near oil fields.

Spills

The oil industry is required to have oil spill response and clean-up capabilities, and small spills on lands or waters in the Planning Area or in existing or future North Slope oil fields are expected to be contained and cleaned up before substantial mammal and habitat loss can occur. In addition to mortality through direct contact with oil, some mortality could result through ingestion of contaminants in food and water, from the cumulative effects of the numerous small spills expected from the operation of any oil field.

The spills associated with reasonably foreseeable future projects could affect terrestrial mammals on the North Slope. Cumulative effects would depend on the number, size, location, and timing of spills, the type and effectiveness of the oil spill response, and the species and population of terrestrial mammals exposed to the spill. Potential oil spills from both offshore and onshore oil activities associated with federal and state leases would be likely to have a small effect on terrestrial mammals because comparatively low numbers of animals would be expected to be disturbed or contaminated, or to ingest contaminated food sources and die as a result. Spills would have mostly sublethal effects on terrestrial mammals and would impact only a very minor percentage of the available habitat. The greatest potential for impact to terrestrial mammals would be through disturbance impacts during response, cleanup, and rehabilitation.

Oil produced as a result of development in the Planning Area would contribute to less than 13 percent of future spills from TAPS, but would increase the number of onshore oil spills and would likely impact tundra systems in some instances. The amount of oil produced on the North Slope under the reasonably foreseeable future scenario is

likely to continue to trend downward. As oil production slows, coupled with improvement in spill prevention and control technologies and training, the potential for effects to mammals should decline over time.

Abandonment

Abandoned gravel pads and roads could provide some benefits as insect-relief sites for caribou, and provide special habitat for burrowing species, such as Arctic ground squirrels and other mammals. The ultimate fate of the gravel pads and roads would not be known until closer to end of the production pad life. Permitting agencies could require that gravel be removed, in part or total, and the tundra revegetated. If other uses are determined by the permitting agencies to be preferable, the agencies could allow the permittee to leave the gravel pads in place, either revegetated or not revegetated. Removed gravel either would be disposed of or reused for another development.

Abandonment of airstrips could occur in conjunction with abandonment of pads. The gravel airstrips would be managed in a similar manner, depending on the decisions made by land managers and permitting agencies at the time of abandonment. Gravel airstrips would either be removed and the tundra revegetated, revegetated but otherwise left in place, or left in place and maintained for public use.

Summer road and air traffic generated by abandonment and rehabilitation activities could cause disturbance, displacement, and mortality to caribou and other mammals that would be similar to, and at the same levels as that caused by traffic during construction and operations. If pads, roads, and airstrips were revegetated without removing the gravel, the habitat would likely not return to its current utility. If gravel was removed, habitat similar to that currently existing in the area could be created and used by mammals, though the precise mix of habitat types would likely not be the same as what prevailed at the time of disturbance. The effects of habitat loss would accumulate, as described above, to the extent that habitats were not, or could not be, restored to their original condition.

### *Global Climate Change*

Predicting the effects of climate change on terrestrial mammals is difficult because of the complexity of tundra ecosystems. It is predicted that an increase in abundance of deciduous shrubs, especially birch (less favorable caribou forage), and a decline in the abundance of grasses-sedges such as tussock cottongrass (an especially important food of calving caribou), would occur if temperatures in the Arctic were to increase, thereby reducing the amount of available forage for caribou on the North Slope (Anderson and Weller 1996). Over decades, warming temperatures could result in the invasion of tundra habitat by taiga woody plants (taiga forests), a less favorable habitat for tundra mammals, thereby potentially affecting their populations. Warmer temperatures could also result in increased insect abundance and periods of activity (NRC 2003). Changes in weather patterns could alter caribou movements and distribution. Calving grounds could shift in response to changes in vegetation. Insect-relief habitat could become increasingly important, because of increased insect abundance and activity. Coastal erosion and the inundation of low-lying areas along the coast due to increases in sea level may alter the availability and extent of insect-relief areas and may cause shifts in the usage of particular areas. Over time, areas that are currently closed to leasing could become less important to caribou, while areas that are open to leasing could become more important.

The ACIA (2004) noted that the Porcupine Caribou Herd, which is the largest migratory herd of mammals shared between the U.S. and Canada, has declined about 3.5 percent annually since 1989, possibly due to climatic effects. However, during this same period, the WAH, CAH, and TLH caribou populations have trended upward. A warming trend would stimulate faster plant growth in the spring, which should result in higher calf growth rate and allow cows to replenish fat reserves sooner. However, warmer springs have caused the Porcupine River to thaw earlier in spring. Historically, the herd crossed the river while still frozen to access calving grounds in the Arctic National Wildlife Refuge. With the river thawing earlier, cows that calve early must try cross the flowing river with their calves, causing thousands of calves to wash down the river and die (ACIA 2004).

### *Contribution of Amendment Alternatives to Cumulative Effects*

Long-term impacts to habitat from seismic surveys in the Planning Area would occur on approximately 150 (Alternative A) to 200 (alternatives B, C, and D) acres. Impacts from ice road construction would occur on another 210 acres annually, while impacts from ice pads would occur on 30 to 270 acres during the life of the project; these impacts to habitat would be short-term and would not accumulate.

Development in the Planning Area would directly and indirectly impact 790, 3,480, 4,210, and 2,810 acres of mammal habitat for Alternatives A through D, respectively, if oil prices average $25/bbl. These habitat losses would account for 3 to 14 percent of the habitat projected to be lost due to development on the North Slope during the next 50 years. Given that the area most likely to developed under the action alternatives is located north and northeast of Teshekpuk Lake, areas that provide critical habitat for TLH caribou and other mammals, impacts to caribou, other mammals, and their habitats could be much greater than predicted based on amount of area disturbed. As shown on Maps 3-24, 3-25, and 3-26, the area to the north, northeast, and east of Teshekpuk Lake and to the coastline provides important caribou calving and insect-relief habitat. Because of its importance, Lease Stipulations K-9 and K-10 were developed for the final Preferred Alternative to provide special NSO protection to caribou habitat. Lease Stipulation K-11 would limit development in the Goose Molting Area to the north of the lake. Still, caribou and other wildlife would be exposed to oil and gas disturbance in their summer, and potentially winter, range. Depending on the types and locations of facilities, impacts to caribou and other mammals could accumulate, especially where species are concentrated, and could affect the long-term health of the local population. The effects to caribou and other mammals from oil and gas development would be less under the No Action Alternative and Alternative B, because all (No Action Alternative) or most (Alternative B) of this area would be closed to leasing under these alternatives. The effects would be greatest under Alternative C, since the entire area would be open to leasing. The effects from the final Preferred Alternative would be less than Alternative C, but greater than Alternative B, since some development could occur within this area. Offshore development associated with leases in the Beaufort Sea could impact small areas along the coast for staging and storage of materials, but is unlikely to impact large areas of habitat.

### *Conclusion*

Cumulative oil development in the Prudhoe Bay-Kuparuk area encompasses more than 500 square miles, and hundreds of miles of gravel roads cross a large portion of the CAH calving range. More than 17,000 acres of habitat have been destroyed or altered where roads, gravel pads, gravel quarries, pipelines, pump stations, and other facilities are located on the Arctic Slope (USDOI BLM 1998b), and an additional 1,500 to 2,000 acres are expected to be directly affected by reasonably foreseeable development in the Northeast National Petroleum Reserve – Alaska. An additional 6,000 or more acres on the North Slope could be affected by construction of infrastructure associated with reasonably foreseeable future development on the North Slope.

Cumulative effects on caribou distribution and abundance are likely to be long term, lasting as long as the life of the oil fields. Any reduction in calving and summer habitat use by cows and calves as a result of future onshore leasing would represent a functional loss of habitat that accumulates and could result in long-term effects on the caribou herds' productivity and abundance. These impacts would likely be greatest under Alternative C and lowest under the No Action Alternative. However, this potential effect might not be measurable, given the great natural variability in the caribou population productivity. The effects of oil and gas activities in the National Petroleum Reserve – Alaska would be greatest on those herds that use the Planning Area (large numbers of TLH and smaller numbers of WAH caribou). If global climate change over the next several decades were to result in widespread changes in vegetation and insect abundance, effects to terrestrial mammals could be exacerbated and extend beyond the life of the oil fields. If these cumulative effects were to result in reductions in caribou populations, there could also be a reduction in the abundance of predators such as wolves, bears, and wolverines.

## Marine Mammals

This section discusses the cumulative effects on ringed, bearded, and spotted seals, walruses, polar bears, and beluga and gray whales from oil and gas leasing and development activities. Current and proposed development

activities could also affect other marine mammals whose ranges are located within oil tanker routes in the Bering Sea and Gulf of Alaska; the potential effects of development on marine mammal populations located along these tanker routes are discussed elsewhere (USDOI BLM 1998b). In addition to oil and gas leasing and development, other potential sources of effects to marine mammals in the Beaufort and Chukchi seas include North Slope fisheries activities, subsistence hunting, global contaminants, and the potential effects of global climate change.

#### *Past Effects and Their Accumulation*

**Activities Not Associated With Oil and Gas Exploration and Development.** Commercial fisheries compete with seals and beluga whales for prey species, and seals and whales have suffered mortality from entanglement in fishing nets. In addition, marine mammals thought to be raiding fishing nets have been shot by fishermen. Marine mammals have also been displaced from preferred feeding habitats by noise and visual disturbances caused by fishing activities.

Commercial fisheries on the North Slope are generally small operations that have likely affected only a small number of marine mammals. The extent of the impacts would depend on the level that fishing industry activities increased and their effects on the availability of prey species for marine mammals.

Before the Marine Mammal Protection Act became law in 1972, active sport hunting for polar bears off western and northern Alaska reduced the population (Amstrup et al. 1986). Since then, marine mammals can be hunted only for subsistence and handicraft purposes by Alaska Natives, and, unless populations are declared depleted, there are no federally-imposed limits on this type of hunting. Since 1988, hunting of polar bears from the southern Beaufort Sea stock has been controlled by a conservation agreement between the Iñupiat of northern Alaska and the Inuvialuit of the western Canadian Arctic, who hunt a shared population (Nageak et al. 1991). The number of animals taken each year is well documented; from 1988 to 1995, the average annual take of 58.8 bears was well below the estimated "potential biological removal level" of 73 (USDOI USFWS 1998) and therefore was considered safe.

Little is known about the number of ringed seals harvested, but they are an important subsistence resource to indigenous people throughout the Arctic (Smith et al. 1991). Alaska Native dependence on, and interest in, hunting marine mammals is influenced by many factors, including cultural involvement, employment, community wealth, logistics, and ice and weather conditions. The number of animals killed by hunters can be expected to vary accordingly. However, current legal restrictions should prevent harm to populations of these animals if they are properly enforced.

Approximately 7,000 to 11,000 mammals are killed annually on the North Slope by subsistence hunters. Based on information provided in Appendix J, Subsistence, approximately 5 whales, 1,130 seals, 20 walruses, and 15 polar bears are taken annually by Barrow subsistence hunters. Residents of Atqasuk harvest only a few seals annually. Nuiqsut hunters occasionally harvest beluga whales, polar bears, and walruses; approximately 50 seals are taken annually. Marine mammals, including bowhead whales, comprise about 32 percent of the subsistence harvest for Nuiqsut. Subsistence harvest surveys for Anaktuvuk Pass have showed that no marine mammals were harvested by residents during survey years from 1990 to 1995. Since marine mammal populations on the North Slope appear healthy, and are stable or increasing in numbers, hunter kill is likely replacing some of the loss of animals that would occur due to natural mortality, and effects are not accumulating.

Marine mammals are also killed in other ways. At least one ringed seal pup has been killed by a bulldozer that was clearing seismic lines on shore-fast ice of the Beaufort Sea. A polar bear died on the North Slope apparently after eating a container of dye used to mark temporary airstrips. It is not uncommon for residents to shoot polar bears in defense of life and property. Regulatory agencies and the oil and gas industry have made serious efforts to minimize interactions with polar bears, both to increase human safety and to safeguard the bears (Truett 1993).

**Oil and Gas Exploration and Development Activities**

Seismic Activities and Exploration

Seismic activities that occurred on offshore sea ice during exploratory operations in the Beaufort and Chukchi seas may have affected ringed seals. Seismic activities are conducted in a relatively small area; therefore, exploratory activities likely affected a different group of seals each year. Consequently, only a relatively small portion of the population would have been affected during any one year. During seismic operations, some seals could have been displaced from lairs within 500 feet of the seismic lines. These seals likely used alternate breathing holes and returned to lairs after the seismic equipment had passed through the area. A few pups could have been killed during seismic activities, and a small number of maternity lairs could have been abandoned or destroyed, causing the loss of a few pups. Since seismic activities would target different areas each year, ringed seal losses in a particular area would likely recover within a year or two and effects would be unlikely to accumulate.

Oil and Gas Development and Production

Gravel placement for construction of drilling and production islands, offshore platforms, drilling ships, and installation of buried pipelines are sources of habitat alteration. Gravel placement for island construction has covered relatively small areas of benthic habitat, which would be permanently lost. Installation of subsea pipelines may cause short-term effects to benthic habitats that would likely persist for less than 1 year. In general, marine mammals have large territories and are not dependant on local food sources, therefore the effects of habitat loss to marine mammals due to offshore oil and gas leasing and production probably have not accumulated.

Gravel islands and platforms could have localized effects on ice movements and formation around these structures, but would not be expected to affect the distribution of marine mammals. Naturally occurring variations in ice formation and movement would have a much greater effect on marine mammal distribution than localized changes near gravel islands and platforms. Noise and construction or other activities near gravel islands and platforms are more likely to caused disturbances that would affect a small number of marine mammals near these sites.

Effects of Noise and Disturbance

Noise from fixed-wing and helicopter aircraft traffic displaces marine mammals from preferred habitats, but animals likely return to these habitats shortly after the passage of the aircraft. Some animals would be unaffected by aircraft traffic or become habituated to this activity. Disturbance from vessel traffic could elicit greater responses from marine mammals because the duration of the disturbance would be greater than that caused by aircraft.

Beluga and gray whales could be affected by noise associated with the construction of gravel islands and drilling activities on gravel islands. However, since the migration corridor for most beluga and gray whales is far offshore, few whales have likely been affected. Much of this noise occurs during the winter and would not affect whales in their wintering areas. Some whales migrating close to gravel islands may have been deflected by noise disturbances (Richardson et al. 1995; Richardson and Williams 2003; NRC 2003). Noise associated with vessel traffic could have a greater effect on migrating whales than noise from other industrial sources, and noise associated with seismic exploration could have a greater effect on migrating whales than that of other types of vessel traffic. Construction of subsea pipelines from gravel islands to the mainland would occur during the winter when beluga and gray whales are on wintering grounds. If additional staging areas along the Northeast National Petroleum Reserve – Alaska coast led to increased offshore activities, the potential for marine mammals to be impacted by noise or other activities would likely increase. Staging areas for the Northeast Petroleum Reserve – Alaska may also increase potential for new offshore developments that could increase the amount of noise and other activities that could impact marine mammals.

Studies of the potential effects of disturbance on shore-fast ice on pupping ringed seals have showed that there was probably some displacement of ringed seals from areas close to artificial islands in the central Beaufort Sea (Frost and Lowry 1988), and that there was a higher abandonment rate of seal breathing holes close to seismic survey lines (Kelly et al. 1988). Noise likely affected haul out behavior of pinnipeds but no quantitative data are available. From data collected in the central Beaufort Sea from 1985 to 1987, Frost et al.

(1988) concluded that there were no broad-scale effects of industrial activity on ringed seals that could be measured by aerial surveys, but they also noted that there was little offshore activity during those years. Subsequent industry-funded monitoring studies for the Northstar and Liberty projects suggested minor effects on ringed seals from ice road construction and seismic exploration (Harris et al. 2001; Richardson and Williams 2000).

For most of the year, polar bears are not very sensitive to noise or other human disturbances (Amstrup 1993; Richardson et al. 1995). However, pregnant females and those with newborn cubs in maternity dens both on land and on sea ice are sensitive to noise and vehicular traffic (Amstrup and Gardner 1994). Seismic exploration has disturbed a bear in a maternity den (USDOI USFWS 1986). Current regulations require industry to avoid polar bear dens as much as possible (USDOI USFWS 1995b).

Oil Spills

The NRC's Committee on Cumulative Environmental Effects of Oil and Gas Activities on Alaska's North Slope (2003) found that most spills to date have had only local effects, and that there is no evidence that effects of spills have accumulated .

Effects of Hazardous Material

Solid and liquid hazardous materials associated with Department of Defense and oil industry activities have been discarded or dumped at various locations on the North Slope, including the National Petroleum Reserve – Alaska. Many of these sites have been cleaned up, but low levels of hydrocarbons and pesticides remain at some sites. These localized sites probably do not represent a substantial threat to marine mammal populations, but effects likely still persist.

**Summary of Past Effects and Their Accumulation.** Industrial activity in marine waters of the Beaufort Sea has been limited and sporadic and has likely not caused substantial cumulative effects on seals or polar bears. However, noise and other disturbances may have displaced whales from preferred habitats in the past, although these effects are difficult to quantify and to determine if they accumulate.

### *Future Effects and Their Accumulation*

**Activities Not Associated With Oil and Gas Exploration and Development.** Commercial fisheries would continue to compete with seals and beluga whales for prey species, and seals and whales would continue to suffer mortality from entanglement in fishing nets. In addition, marine mammals thought to be raiding fishing nets may be shot by fishermen. Marine mammals may also be displaced from preferred feeding habitats by noise and visual disturbances caused by fishing activities.

Commercial fisheries on the North Slope are generally small operations that are likely to affect only a small number of marine mammals. The commercial fishing industry in the northern Bering Sea, which is growing in size, could impact North Slope seals, walruses, and beluga whales wintering in this area. The extent of the impacts would depend on the level that fishing industry activities increased and their effects on the availability of prey species for these marine mammals. Prey species of seals and beluga whales, such as fish, could be directly impacted by the fishing industry, while benthic invertebrates that serve as prey for walruses could be indirectly impacted during trawling operations. Increased commercial fishing activities could also increase the potential for direct morality of marine mammals due to shooting, or displacement from preferred feeding habitats as a result of disturbance.

The Marine Mammal Protection Act allows the secretary of commerce to permit industrial operations (including oil and gas exploration and development) to take small numbers of marine mammals, provided that doing so has a negligible effect on the species and will not reduce the availability of the species for subsistence use by Alaska Natives. Regulations governing the permits identify permissible methods, means to minimize harm, and requirements for monitoring and reporting. The permits have been used to minimize the effects of on-ice activities on pupping ringed seals, to require planning and personnel training that minimize conflicts with polar bears, and to

provide buffer zones around known polar bear maternal den sites. Annual surveys are conducted of subsistence resources to monitor population trends. If species populations are monitored and carefully managed, effects to marine mammal populations should not accumulate.

**Oil and Gas Exploration and Development Activities**

Seismic Activities and Exploration

Seismic activities are conducted in a relatively small area; therefore, exploratory activities likely affect only a small group of seals and other marine mammals each year. Since seismic activities would target different areas each year, seal and other marine mammal losses in a particular area would likely recover within a year or two and effects would be unlikely to accumulate.

Oil and Gas Development and Production

No formal projections have been made of how likely effects on ringed seals or polar bears from future oil and gas activities are to accumulate with effects of other human activities. Future activity would occur in the Beaufort Sea from Barrow to Flaxman Island, and possibly to the Canadian border. Activity would occur mostly near shore, adjacent to onshore oil reserves, and development would entail methods and structures similar to those currently in use (gravel islands or bottom-founded structures, horizontal drilling, buried pipelines, and an emphasis on working during winter).

Full-scale industrialization of near-shore areas would most likely result in at least partial displacement of ringed seals. The frequency with which polar bears come into contact with people and structures is undoubtedly a function of the amount of activity in their habitats. Even with the best possible mitigation measures in place, it is certain that some bears would be harassed or killed. More human activity along the coast and near the shore could reduce the suitability of some areas for use by denning female bears. This effect is likely to be greatest east of the Canning River, especially within the 1002 Area of the Arctic National Wildlife Refuge, where the highest concentration of on-land dens is found (Amstrup 1993, Amstrup and Gardner 1994). Efforts to identify areas where polar bears are most likely to den in the eastern part of the North Slope (Durner et al. 2001), should improve the ability of regulators and industry to reduce disturbance of denned bears.

Oil Spills

An offshore spill would have a greater potential to affect marine mammal species than an onshore spill, although an onshore spill that spread to coastal habitats could affect small numbers of seals and polar bears. An offshore spill could affect beluga whales, gray whales, seals, walruses, and polar bears, particularly at the edge of the shorefast ice, which is an important habitat for marine mammals. The potential impacts to marine mammals from an offshore oil spill would depend on the location and amount of oil spilled, and the time of year. An offshore spill during the open-water season could have the potential to spread to a large area by the action of wind and currents, and could impact more marine mammals than a localized spill from an onshore source near the coast. A winter spill could affect small numbers of adult ringed seals and their pups. The effects of a winter spill could extend into the summer season if oil spill clean-up operations of a winter spill were not adequate to remove the majority of the spilled oil. Oil spilled during periods of broken ice is difficult to clean up and could persist for longer periods in the environment. In general, the likelihood of an oil spill is low, and marine mammal populations affected by an oil spill would likely recover within one generation. However, increased development of offshore leases, coupled with exploration and development in the National Petroleum Reserve – Alaska and ongoing development at Alpine, Northstar, Prudhoe Bay and Point Thomson, increases the risks of oil spills that could impact marine mammals in the area.

The potential for increased dependence on terrestrial habitats by polar bears, combined with increased human development from multiple lease sales and subsequent exploration and development within the National Petroleum Reserve – Alaska and ongoing development at Alpine, Northstar, Prudhoe Bay, and Point Thompson, increases risks to polar bears from oil spills. Increased encounters with humans and spilled oil or other contaminants could increase cumulative effects to the polar bear population.

### *Global Climate Change*

Studies in recent years have indicated a general global climate change trend that has caused a reduction in the extent and thickness of the total Arctic sea ice coverage and could potentially affect food chains and trophic levels. Continued reduction in sea ice coverage could affect the distribution and abundance of seals, walruses, and polar bears in the Arctic (ACIA 2004). The potential effects of these changes on marine mammal populations are unclear, but there is speculation that a reduction in the extent of Arctic sea ice coverage would cause drastic reductions in seal, walrus, and polar bear populations. Another hypothesis is that a reduction in sea ice coverage would create greater areas of ice edge, which is productive habitat for seals and polar bears.

In the last decade, the numbers of polar bears occurring along coastal areas of the Beaufort Sea have been increasing (Stirling and Andriashek 1992, Amstrup and Gardner 1994, Amstrup 2000). The reason for the increase in numbers of polar bears is unknown but could be related to ice conditions. The USFWS (Schliebe et a1. in prep) recently compared the distance of the ice edge from shore (during fall months) with the numbers of polar bears observed on land. A significant correlation was found: as distance to the ice edge increased, so did the numbers of bears observed on land. The potential for continued reduction in ice cover from global climate change could result in greater numbers of polar bears occurring along the coastline for protracted periods of time, thereby also increasing potential conflicts with humans.

Other studies suggest that global climate change could be adversely impacting polar bear and seals. Stirling et al. (1999) documented decreased body condition and reproductive performance in polar bears in the western Hudson Bay that correlated with a trend toward earlier breakup of sea ice in recent years. The earlier breakup gives bears a shorter feeding season. They are leaner when they come ashore, and they must fast longer. Many ringed seals give birth to and care for their pups on stable shore-fast ice, and changes in the extent and stability or the timing of breakup of the ice could reduce productivity (Smith and Harwood 2001). Because of the close predator-prey relationship between polar bears and ringed seals, decreases in ringed seal abundance can be expected to cause declines in polar bear populations (Stirling and Oritsland 1995).

### *Contribution of Amendment Alternatives to Cumulative Effects*

Impacts to marine mammals from development in the Planning Area would generally be similar under the four proposed alternatives. The increased development scenarios of alternatives B and C, and the final Preferred Alternative, would contribute additional barge and aircraft traffic impacts and would require a greater number of coastal staging areas than the development scenario under the No Action Alternative. If additional staging areas along the Northeast National Petroleum Reserve – Alaska coast led to increased offshore exploration and development activities, the potential for cumulative impacts to marine mammals by noise or other activities would increase. The potential for a spill would be expected to increase with increasing levels of exploration and development. Thus, risks to marine mammals from a spill would be greatest under Alternative C, and least under the No Action Alternative.

### *Conclusion*

In addition to noise and disturbance from existing oil development, seals, walruses, polar bears, and beluga and gray whales could be affected by future offshore development in the Beaufort and Chukchi seas. In addition, marine mammals wintering in the northern Bering Sea could be affected by disturbance from commercial fishing activities. Subsistence hunting of marine mammals by Alaska Natives is not likely to affect marine mammals at the population level. Disturbance could result in temporary displacement from preferred feeding habitats, and some animals could be shot by fishermen. An oil spill could affect marine mammals in offshore or coastal areas, with the impacts to marine mammals depending on the location and amount of oil spilled and the time of year. The effects of future habitat alteration associated with gravel island construction, platforms or other structures related to oil development would likely be minor. The presence of small amounts of hazardous materials, including hydrocarbons and insecticides, would likely have minor effects on marine mammals. The effects of global climate change on marine mammals are unclear. While a reduction in the extent of Arctic ice coverage would likely have a

dramatic negative impact on ice-dependent seal and polar bear populations, an increase in the amount of sea ice edge resulting from global climate change may be beneficial. North Slope fisheries are small and likely have only a minor impact on marine mammal populations.

## 4.7.7.10 Threatened and Endangered Species

### Bowhead Whale

#### *Past Effects and Their Accumulation*

The activities most likely to affect bowhead whales are subsistence hunting, marine seismic exploration, exploratory drilling, ship and aircraft traffic, discharges into the water, dredging and island construction, and production drilling. To date, there have been documented effects of industrial noise. The bowhead whale population has been growing steadily for several decades, however, despite oil and gas activities occurring in the Beaufort Sea and throughout the bowhead whale's range.

**Activities Not Associated With Oil and Gas Exploration and Development.** Bowhead whales, caribou, and fish are the main subsistence resources for Barrow, Nuiqsut, and Atqasuk, although subsistence resource harvests differ between communities. Bowhead whale hunting, which requires a great deal of cooperation and year-round preparation, is the impetus and focus of the Iñupiat sociocultural system. The bowhead whale is the preferred meat and the subsistence resource of primary importance, because it provides a unique and powerful cultural basis for sharing and community cooperation (see Appendix J; Stoker 1983 *in* ACI and SRBA 1984). Barrow is the only community within the area that harvests whales in both the spring and the fall, while Nuiqsut only harvests during the fall; however, some Nuiqsut hunters travel to Barrow to participate with Barrow whaling crews during the spring (NSB 1998).

Before commercial whaling, there were over 50,000 bowhead whales (estimated) in the north polar region. Commercial whalers discovered the bowhead whale as early as 1611 in the eastern Arctic and in 1848 in the western Arctic. Unregulated commercial whaling continued into the early 1900s, reducing the bowhead whale populations to near the point of extinction. Bowhead whales have been completely protected from commercial whaling since 1946; Eskimos have hunted "the whale" for centuries. In accordance with International Whaling Commission rules, Eskimos are legally allowed to hunt an allocated number of bowhead whales each year for food and oil.

During 1987 to 1992, Barrow whalers harvested 7 to 22 bowhead whales each year; approximately 10 whales are harvested annually (Stoker 1983, SRBA and ISER 1993). Some Atqasuk residents are members of Barrow whaling crews and return with shares after a successful harvest. Nuiqsut whalers have had unsuccessful whaling years in the past (20 whales from 1972-1995), but their success has improved in recent years. Unsuccessful harvests were common in the 1980s, with no whales taken in 1983 to 1985, or 1988; however, in the 1990s, the only unsuccessful years were 1990 and 1994 (USDOI MMS 1996a, USACE 1998). Nuiqsut whalers harvest two to three whales annually. Anaktuvuk Pass is unlike the other NSB communities in that resource users have no direct access to the marine mammal resource that in many ways defines the Iñupiat of the coast.

Whaling continues to be the most valued activity in the subsistence economy of the communities, even in light of harvest constraints imposed by International Whaling Commission quotas. In part a result of whaling quotas, the number of bowhead whales of the Chukchi-Beaufort-Bering Sea is estimated to exceed 8,000, those of the eastern Canadian Arctic and of the Okhostsk Sea in far east Russia are in the hundreds. Although the number of bowhead whales has increased from depressed levels in the early 1900s, the cumulative effects of commercial whaling persist today, as bowhead whale numbers are only one-fifth of numbers estimated to have occurred before commercial whaling.

# CHAPTER 6

# COMMENTS AND RESPONSES

# CHAPTER 6

# COMMENTS AND RESPONSES

This section provides a summary of the comments received on the Draft Amended IAP/EIS. A list of the agencies, organizations and individuals who submitted substantive comments is provided. Finally, both general and specific comments and the BLM's responses to those comments are presented.

## 6.1 Summary of Comments on the Draft Amended IAP/EIS

Approximately 214,665 individual comments on the Draft Amended IAP/EIS were received during the public comment period from June 9 through August 23, 2004. Comments on the Draft Amended IAP/EIS were received via letter, electronic mail (email), facsimile (fax), the project website (http://nenpra.ensr.com), and formal public meetings. Comments were received from many states of the United States, Canada, and Europe.

Approximately 212,860 comments were received in response to solicitations from advocacy groups, and many of these were identical statements or slight variations thereof. Each of the form letters was read and substantive issues were identified

Twelve public subsistence-related hearings were held during June, July, August, November, and December 2004. More than 129 people made statements. The meetings were held at Anaktuvuk Pass, Anchorage, Atqasuk, Barrow, Bethel, Fairbanks, and Nuiqsut, Alaska, and Washington, D.C. Comment letters and hearing transcripts were assigned tracking numbers and entered into a database. Individual tracking numbers were assigned to only one representative letter for identical or nearly identical form letters. All comments received on the draft document are included in the Administrative Record

The project interdisciplinary team reviewed all comment letters and hearing transcripts, and substantive comments (as defined in the BLM NEPA Handbook H-1790-1) requiring specific responses. A comment received a specific response if it 1) was substantive and related to inadequacies or inaccuracies in the analysis or methodologies used; and/or 2) identified new impacts or recommended reasonable new alternatives or mitigation measures; and/or 3) involved substantive disagreements on interpretation of significance. After all comment letters were reviewed, each substantive comment was assigned a comment issue code and letters were annotated to identify each coded substantive comment. The original and annotated letters have been entered into the Administrative Record.

Specific comments and responses are provided in Section 6.4. The text of the Final Amended IAP/EIS has been revised or edited where appropriate to address the comments. Much of the additional information, either requested or provided by public input, has been incorporated in the Final Amended IAP/EIS. Information on how specific comments were addressed and where they are addressed within the Final Amended IAP/EIS is detailed in the response to each issue statement in Section 6.4.

The approximately 214,665 comment letters received and the transcripts from the six public hearings, four ANILCA 810 subsistence hearings, and the public subsistence meeting in Bethel have not been reproduced in this document. The issue statements presented in Section 6.4 summarize the substantive and general comments received. Copies of all meeting transcripts, substantive comment letters, and representative letters received from advocacy groups are included in the CD-ROM located in the back pocket of Volume I of the Final Amended IAP/EIS. Information contained on the CD-ROM is also included on the project website (http://nenpra.ensr.com). The comment letters are part of the Administrative Record and can be inspected upon request to the BLM.

**Response To:** Comment 196086-006

Your concerns regarding the potential effects of development on wildlife in the TLSA is legitimate and shared by many others including regulatory agencies. Stipulations and Required Operating Procedures have been established for the various alternatives in an effort to reduce or eliminate the vulnerability of molting geese and other waterfowl including threatened eiders, and species of concern such as yellow-billed loon and northern pintails, to the potential impacts of oil development. Your comments were considered in developing the final Proposed Action.

**Comment From:** Michael R. North (Comment Letter No. 196264)

*The range of alternatives considered in the draft EIS is inadequate (see page 2-9). Alternatives that would open up less areas than allowed in the 1998 ROD should be considered as well. They seem to be dismissed because of the 1998 ROD, but if that is the basis for dismissing them, than current Alternatives B and C should be dismissed as well.* ***(Comment No.* 196264-007)**

**Response To:** Comment 196264-007

Closing areas would not meet the stated objectives of this amendment process. In 2002, the President's National Energy Policy Development Group recommended that the President direct the Secretary of the Interior to "consider additional environmentally responsible oil and gas development, based on sound science and the best available technology, through further lease sales in the National Petroleum Reserve – Alaska" and that "such consideration should include areas not currently leased within the northeast corner of the National Petroleum Reserve – Alaska" (emphasis added). See Purpose and Need Section 1.3 in the Final Amended IAP/EIS.

**Comment From:** George Ahmaogak, Mayor North Slope Borough (Comment Letter No. 196407)

*The three alternatives presented in the Draft Plan are not a sufficient range of choices. As noted above, BLM has indicated on its project website and elsewhere that it has already made the decision to convert the existing 79 stipulations into performance-based mitigation measures. If this is the case, then Alternative A is meaningless as written. If this is not the case, then offering conflicting information on an issue of such central importance to reviewers violates the National Environmental Policy Act (NEPA) regulations governing the preparation of EIS alternatives.* ***(Comment No.* 196407-022)**

**Response To:** Comment 196407-022

One of the primary reasons the BLM has undertaken this IAP/EIS is to evaluate the impacts of changing stipulations to be more performance based (See Section 1.3.1, Purpose and Need). Alternative A is the No Action alternative, which is included in conformance with federal regulations at 40 CFR 1502.14(d). No decision will be made until final completion of the NEPA evaluation.

**Comment From:** George Ahmaogak, Mayor North Slope Borough (Comment Letter No. 196407)

*Not analyzed is a modified No Action Alternative that would seem logically to flow from a No Action adherence to the status quo paired with BLM's statements concerning its decision to restructure mitigation measures. Such an alternative would leave the areas now closed and off-limits to surface facilities as they are, while converting the stipulations from prescriptive to performance-based as they apply to the remaining acreage of the planning area. The statement that the decision has been made to make the conversion into thinking that this alternative is included in the document might understandably have misled a reviewer. It is not. A reviewer might understandably have been misled into thinking that support for Alternative A was meaningless if a conversion of mitigation measures was certain to occur. Such confusion over a choice that would predictably be the central focus of many potential commenters seems a plain and legally indefensible flaw in the Draft Plan.* ***(Comment No.* 196407-024)**

**Response To:** Comment 196407-024

The Draft IAP/EIS has provided a full range of alternatives and through this NEPA process has evaluated those alternatives, and compared the effectiveness of the prescriptive and performance-based mitigations. Evaluating the performance based mitigation measures within an Alternative (A) that does not provide leasing in or around the most sensitive areas of this planning area is of little value in terms of assessing the effectiveness of mitigations. Alternative C in the amended Draft IAP/EIS makes 100% of the Northeast Planning Area available for oil land gas leasing and it is under this Alternative (C) that oil and gas development would most likely occur; thereby, providing analysts an opportunity to assess or evaluate the effectiveness of the proposed performance-based stipulations and required operating procedures. The BLM strongly believes that the Performance-based stipulation and ROP package is superior to the Prescriptive approach used in Alternative A in the 1998 ROD; the adaptability and flexibility provided by the Performance-based strategy allows the BLM to make decisions based on new information and project-specific details. This allows mitigations to be adaptable to the specific needs of the area of potential impact from oil and gas activities. While we believe that the Performance-based are a better way to provide protection, we have made no final decisions.

**Comment From:** George Ahmaogak, Mayor North Slope Borough (Comment Letter No. 196407)

*The evaluation of Alternative A in the mandated ANILCA Section 810 Analysis of Subsistence Impacts found in Appendix B of the Draft reaffirms the conclusion of the 1998 analysis of the current management plan that the alternative would not significantly restrict subsistence uses and needs. We concur with the finding, but only to the extent that existing stipulations are strictly adhered to. Should the granting of exceptions to these stipulations become routine, and incremental impacts accumulate, restrictions on subsistence uses and needs could occur. The analysis also concludes with respect to both Alternative B and Alternative C that they would not significantly restrict subsistence uses and needs. We strongly disagree with these conclusions. We agree with the conclusion that the cumulative case would result in a reasonably foreseeable and significant restriction of subsistence use for at least four affected North Slope communities* ***(Comment No.*** **196407-039)**

**Response To:** Comment 196407-039

Using BLM policy with regard making a finding under ANILCA, to determine if a restriction of subsistence uses and needs may result from an action the following three factors in particular are considered (from Kunaknana et al. vs. Watt, December 20, 1983):

- The reduction in the availability of subsistence resources caused by a decline in the population or amount of harvestable resources;
- Reductions in the availability of resources used for subsistence purposes caused by alteration of their normal locations and distribution patterns; and
- Limitations on access to subsistence resources, including from increased competition for the resources.

To determine if the restriction is "significant" the following factors are considered:

- when an action substantially reduces populations or their availability to subsistence users
- when an action substantially limits access by subsistence users to resources

To quote the decision:

"Significant restrictions are differentiated from insignificant restrictions by a process assessing whether the action undertaken will have no or a slight effect, as opposed to large or substantial effects."

The ANILCA 810 analysis of alternatives is based on the various analyses presented in the main body of the Environmental Impact Statement. The analyses presented in the EIS are based on the best available data, and are conducted by individual resource specialists, such as wildlife biologists, hydrologists, and other subject-matter experts. The ANILCA 810 findings are based on these individual analyses, and include all resources and habitat that could affect subsistence hunters, such as marine mammals, land mammals, fish, migratory waterfowl, and furbearers. The ANILCA 810 findings also rely on the social, economic, and subsistence analyses from the EIS. All of the analyses