

Map 1-1. National Petroleum Reserve-Alaska and the North Slope

Exhibit 42, page 299 of 300



Map 2-4. Northeast National Petroleum Reserve-Alaska Alternative D (Final Preferred Alternative)