BIOLOGICAL ASSESSMENT

- Recreational off-highway vehicle (OHV) use would be restricted to winter use for snowmachines and other low-ground-pressure vehicles. Within the National Petroleum Reserve – Alaska, no summer recreational use of OHVs would be permitted. To support traditional subsistence activities and access, the summer use of OHVs, including all-terrain vehicles (ATVs) and airboats, would be allowed. The use of airboats during the summer would be limited to streams, lakes, and estuaries that are otherwise seasonably accessible by propeller- or jet-powered motorboat. To prevent impacts to soils, water quality, vegetation, and wildlife (especially nesting waterfowl), airboat use in areas of seasonal flooding of tundra and temporary shallow waters adjacent to streams, lakes, and estuaries would be prohibited.
- All facilities would be removed and rehabilitated to the satisfaction of the AO.

### D.2.7    Private Lands

The Arctic Slope Regional Corporation (ASRC) owns private lands in the Northeast National Petroleum Reserve – Alaska. The best available geologic information about these lands is from the two existing gas fields near Barrow. Currently, the area is thought to be gas prone, and without a transportation system to a larger market, it is unlikely that there would be extensive interest in leasing and developing those lands at this time. The development of ASRC lands is considered to be speculative at this time, but the potential construction of pipelines and support facilities associated with development of fields in the Planning Area would reduce the potential development costs of oil and gas fields on private lands.

### D.2.8    Other Key Assumptions

The North Slope Borough would be able to tax and receive income from the development of any oil and gas resources developed from the proposed activities. These taxes would add to the income available to the Borough for capital expenditures or to fund Borough operations. However, these potential projects would begin at the same time that income from other taxable projects, such as Prudhoe Bay, was declining. It is likely the additional income from these projects would offset the loss of income from fields that are declining or have been abandoned. While this income would be positive and beneficial, and would likely help maintain the current level of government activity and capital expenditure, it is unlikely to create a significant change in the growth rate of the communities on the North Slope, which could then increase subsistence or other pressures on eider populations.

## D.3  Description of Listed Eiders Occurring in the Northeast National Petroleum Reserve – Alaska

### D.3.1    Spectacled Eider

#### D.3.1.1    Population Status

The spectacled eider is a medium-sized sea duck that breeds along coastal areas of western and northern Alaska and eastern Russia, and winters in the Bering Sea (Petersen et al. 2000). Three breeding populations have been described: one in the Yukon-Kuskokwim (Y-K) Delta in western Alaska, a second on the North Slope of Alaska (Cape Simpson to the Sagavanirktok River), and the third in the Chaun Gulf and the Kolyma, Indigirka, and Yana River deltas of Arctic Russia. During the 1970s, approximately 50,000 female spectacled eiders nested in western Alaska. Data collected by the USFWS from ground-based study plots in the Y-K Delta suggested that the number of female spectacled eiders nesting in the Y-K Delta declined by approximately 8 to 14 percent per year from the 1970s to 1992 (Stehn et al. 1993, Ely et al. 1994). By 1992, the Y-K Delta spectacled eider population was reduced to approximately 4 percent of the population existing there in the 1970s, and it was federally-listed as a threatened species in 1993 (58 FR 27474).

Little information is available describing the status of the North Slope spectacled eider population prior to 1992. Historically, the North Slope population has likely been much smaller than the Y-K Delta population. The USFWS began conducting aerial surveys for breeding eiders in 1992 that have continued annually since then (Larned et al. 2003). The 1992 survey was flown too late in the season to be included in analyses with subsequent years, but since 1993 the North Slope spectacled eider population has remained relatively stable with a non-significant decreasing trend of approximately –0.7 percent corresponding to a mean growth rate of 0.99 (Larned et al. 2003). During this time period, the indicated total bird population index for the North Slope survey area has ranged from approximately 5,000 to 9,000 birds. The timing of surveys can influence the results of eider surveys and be an important factor when considering results of spectacled eider surveys (Troy Ecological Research Associates [TERA] 1997).

The latest population survey for the 2003 breeding season placed the ACP spectacled eider population index at 7,149 birds (Larned et al. 2003). The largest breeding population of spectacled eiders is located in Arctic Russia and the population there has been estimated at over 140,000 individuals (Hodges and Eldridge 2001). Based on estimates of the wintering population in the Bering Sea, the total world population may number around 375,000 birds (Larned and Tiplady 1999).

### D.3.1.2    Spring Migration

Spring migration routes of spectacled eiders are not well documented. Most of the data are from counts of eiders as they pass Point Barrow in late May and early June (Suydam et al. 1997, 2000). During spring migration, thousands of king and common eiders follow offshore leads, and small numbers of spectacled eiders have been recorded during spring counts. Richardson and Johnson (1981) also reported small numbers of spectacled eiders offshore during spring migration counts east of the Colville River at Simpson Lagoon, although some of these birds may have been local breeders rather than migrants. Few researchers have conducted inland counts of migrating birds on the North Slope, but Myers (1958) reported that the spectacled eider was the most abundant eider species migrating along river systems south of Barrow in the spring. Because only small numbers of spectacled eiders have been recorded migrating along the coast during spring, it may be that most birds migrate overland from the Chukchi Sea across the ACP following river drainages.

### D.3.1.3    Nesting

Spectacled eiders arrive on the North Slope breeding grounds paired in late May or early June. They occur in low densities across the North Slope from Wainwright to the Prudhoe Bay area. The highest concentrations occur within approximately 45 miles (70 km) of the coast in the Northwest National Petroleum Reserve – Alaska between Barrow and Wainwright, and in the Northeast National Petroleum Reserve – Alaska north of Teshekpuk Lake (USDOI BLM and MMS 1998; USDOI BLM and Ducks Unlimited 2002; Larned et al. 2003). Overall densities during the eider breeding population aerial surveys on the ACP have ranged from approximately 0.067 to 0.12 birds per $mi^2$ (0.174 to 0.305 birds per $km^2$) between 1993 and 2003 (Larned et al. 2003). The density during the 2003 breeding population survey was 0.09 birds per $mi^2$ (0.232 birds per $km^2$). Burgess et al. (2003a) reported spectacled eider densities of 0.008 to 0.015 birds per $mi^2$ (0.02 to 0.04 birds per $km^2$) during 2 years of aerial surveys in the eastern portion of the Planning Area. These estimates are lower than densities reported during aerial surveys for the Colville River Delta (0.08 birds per $mi^2$ [0.20 birds per $km^2$]; Burgess et al. 2003b, Johnson et al. 2003a), and in the Kuparuk oil field (0.03 birds per $mi^2$ [0.08 birds per $km^2$]; Anderson et al. 2003). During aerial surveys in the central-eastern portion of the Planning Area, Noel et al. (2001) reported higher densities of spectacled eiders in the Fish Creek Delta than in other portions of their study area. In the Planning Area, spectacled eiders have been reported consistently, and nests have been located during ground searches, in the vicinity of the U.S. Air Force Short-Range Radar Site at Point Lonely (Day et al. 1995; Day and Rose 2000; Ritchie et al. 2003). Burgess et al. (2003a) reported four spectacled eider nests discovered during ground searches on study plots in the eastern portion of the Planning Area.

In general, on the ACP, spectacled eiders breed near large shallow productive thaw lakes, often with convoluted shorelines and/or small islands (Larned and Balogh 1997), and nest sites are often located within 3 feet of a

BIOLOGICAL ASSESSMENT

lakeshore (Johnson et al. 1996). Spectacled eiders on the Colville River Delta have been reported to nest in salt-killed tundra, aquatic sedge with deep polygons, and patterned wet meadow, although only salt killed tundra was preferred based on an analysis of habitat selection (ABR 2002; Johnson et al. 2003a). In the Kuparuk oil field, Anderson et al. (1999) reported that spectacled eider nests were located in basin wetland complexes, a mosaic of water bodies with stands of emergents and complex shorelines with numerous islands and peninsulas. Spectacled eiders on the ACP nest mainly in areas near the coast rather than at inland locations (Derksen et al. 1981; Burgess et al. 2003b). Of 62 nests reported in the Colville River Delta, none were further than 8 miles (13 km) from the coast (Burgess et al. 2003b).

Based on a small sample size of band returns, there is some evidence that spectacled eider males, as well as females, may exhibit both breeding site and mate fidelity (TERA 1997). Females begin to lay eggs during the second week of June, and clutch sizes range from four to nine eggs, although five to six is more common (Dau 1974). The incubation period is approximately 26 to 28 days with eggs hatching around mid-July. Males depart the breeding grounds with the onset of incubation. Young leave the nest 1 to 2 days after hatching and begin feeding on their own immediately. Broods are quite mobile and may move as far as 0.6 to 1.9 miles (1 to 3 km) from the nest site within the first few days after hatching (TERA 1996). Some broods move to areas used for feeding by females prior to the onset of incubation. In the Y-K Delta, Grand et al. (1994 in TERA 1995) reported that one spectacled eider brood moved as far as 8.5 miles (14 km) from the nest site. In most cases, brood-rearing apparently does not occur in ponds adjacent to nest sites even if suitable habitat is present (TERA 1995), indicating that not only is nest site location important, but spectacled eiders may also require a much larger area in the general vicinity of the nest site for brood-rearing. After an initial post-hatch dispersal in the Prudhoe Bay area, there was a tendency for broods to settle into a particular area for a time, and then abruptly move to a new area. Successful females and young-of-the-year begin to depart the breeding grounds in late July, and movement continues until the end of August. Troy (2003) reported that Smith Bay was an area of concentration for female spectacled eiders located with satellite transmitters and that the area near the Stockton Islands may be a secondary area of concentration. Juvenile birds in the Y-K Delta departed the breeding grounds approximately 59 days after hatch (Flint et al. 2000a). Female and young spectacled eiders depart northern Alaska breeding grounds in August and September.

### D.3.1.4    Post-nesting Period

Most males depart the breeding grounds in mid-June after the onset of incubation, moving to coastal bays and lagoons to molt and stage for fall migration. Important molting and staging areas include Harrison Bay and Simpson Lagoon, Smith Bay, Peard Bay, Kasegaluk Lagoon, Ledyard Bay, and eastern Norton Sound (LGL 1992; Larned et al. 1995; Springer and Pirtle 1997; Petersen et al. 1999; TERA 1999; Troy 2003). TERA (1999) and Troy (2003) reported that some males may travel overland to the Chukchi Sea, but that some birds remain about 6 miles (10 km) offshore in Harrison Bay for 7 to 10 days before continuing their fall migration to molting areas such as Ledyard Bay in the Chukchi Sea (Map 3-34). Males moving overland along the coast directly to the Chukchi Sea departed the breeding grounds earlier than those that lingered in the Beaufort Sea (Troy 2003). However, Petersen et al. (1999) reported that molting and fall migrations occurred in offshore waters, and found no evidence that spectacled eiders nesting on the North Slope migrate over the coastal plain. Fischer et al. (2002) reported that spectacled eiders were generally uncommon in offshore surveys from Harrison Bay to Brownlow Point, with small numbers occurring in July and August in Harrison Bay. During this time, Simpson Lagoon and Harrison Bay may be important staging areas for several weeks (Petersen et al. 1999, TERA 1999).

Early departing females may be non-breeders or have had failed nesting attempts. Troy (2003) reported that female spectacled eiders use Beaufort Sea waters from east of the Sagavanirktok River west to Barrow and beyond to the Chukchi Sea during fall migration. In the Planning Area, spectacled eiders have been reported during migration in the offshore waters of the Beaufort Sea near the mouth of the Colville River, Harrison Bay, and Smith Bay, and near the coast in the area northwest of Teshekpuk Lake (Map 3-34). Arrival onto molting areas, departure from molting areas to winter areas, and arrival onto wintering areas all follow a similar pattern: males are followed by unsuccessful females, who are followed by successfully breeding females (Petersen et al. 1999). It is likely that more female than male spectacled eiders migrate through the marine waters of the Beaufort Sea because more open

water exists in offshore areas when females depart than earlier in the year when males migrate. This availability of open water allows for more extensive use of marine habitats by later migrating birds. TERA (1999) reported that the average distance offshore for migrating males was 6.2 miles (10.1 km) compared to 13.5 miles (21.8 km) for migrating females. Troy (2003) reported that the average residency for females in the Beaufort Sea was almost 2 weeks with the Smith Bay area receiving the greatest level of use.

### D.3.1.5   Non-breeding Season

Spectacled eiders winter primarily in the Bering Sea south of St. Lawrence Island (Petersen et al. 1999; Petersen et al. 2000). Based on counts and photography from aerial surveys, this population may number around 360,000 to 375,000 (Larned and Tiplady 1999). The birds congregate here to forage for invertebrates at depths of 150 to 230 feet (45 to 70 meters) in areas of open leads. Petersen et al. (1998) reported that stomach samples from spectacled eiders collected near St. Lawrence Island included snails, clams, barnacles, amphipods, and crabs. The samples were collected during May and June of 1987 and 1992, and the primary species group consumed was the clam *Macoma* species. However, Lovvorn et al. (2003) reported that esophagi of spectacled eiders collected on the wintering grounds southwest of St. Lawrence Island in 2001 contained only clams, mostly *Nuculana*, with no trace of *Macoma*. The difference in diet in the two studies may reflect temporal differences in prey availability.

### D.3.1.6   Factors Affecting Population Status

The reasons behind declines in spectacled eider breeding populations are unknown. On the North Slope, historical data are lacking and the extent of declines there, if any, are difficult to assess. A number of potential factors that may have contributed to the spectacled eider population decline on the Y-K Delta have been identified, but the relative importance of each has not been determined.

Extensive research has been conducted on the effects of ingestion of lead shot by foraging birds. Lead poisoning has been confirmed to be a cause of mortality for spectacled eiders on the Y-K Delta. The first reports of lead poisoning in spectacled eiders came from four birds found dead or moribund on the Yukon Delta National Wildlife Refuge from 1992 to 1994 (Franson et al. 1995). Ingested lead shot was found in the lower esophagus of one bird, and analyses revealed higher than normal lead concentrations in the livers. Subsequent studies examined lead-exposure rates of Y-K Delta spectacled eiders (Flint et al. 1997). Ingested lead shot was detected in the gizzards of 11.6 percent of the birds sampled. During the brood-rearing period, 13.0 percent of the adult females and 6.6 percent of the adult males sampled had elevated blood lead levels, and during the brood-rearing period, 35.8 percent of the adult females and 12.2 percent of the ducklings had been exposed to lead. Flint and Grand (1997) also reported mortality of female spectacled eiders due to lead poisoning resulting from ingestion of lead shot, and speculated that lower adult female survival during the breeding season may be contributing to the overall population decline. Franson et al. (1998) collected 342 blood samples from spectacled eiders in the Y-K Delta and reported detectable lead in 58 percent of the samples. Detectable concentrations of lead occurred more frequently in females than in males, and maximum lead concentrations in the blood of females was greater than that of males and ducklings. Grand et al. (1998) reported that female spectacled eiders on the Y-K Delta exposed to lead prior to hatching their eggs survived at a much lower rate than females not exposed to lead before hatching. During a study of spectacled eider brood survival in the Y-K Delta, Flint et al. (2000a) reported detectable concentrations of lead in 73.7 percent of the bones of depredated female spectacled eiders and 21.1 percent of the duckling bone samples. Flint (1998) established experimental plots to determine the settlement rates of lead shot in wetland types commonly used by foraging waterfowl. There was no change in the proportion of lead shot collected in the surface layer of the habitats sampled over a 3-year period, suggesting that spent lead shot persists in waterfowl foraging habitat for many years.

Tundra nesting birds are subjected predation pressure from Arctic and red foxes (*Alopex lagopus* and *Vulpes vulpes*), grizzly bears (*Ursus arctos*), gulls, jaegers, ravens, and snowy owls (*Bubo scandiacus*). Some predators, such as ravens, gulls, Arctic fox, and bears, may be attracted to areas of human activity where they find anthropogenic sources of food and denning or nesting sites (Eberhardt et al. 1982, Day 1998, Burgess 2000). The availability of anthropogenic food sources, particularly during the winter, may increase winter survival of Arctic

BIOLOGICAL ASSESSMENT

foxes and contribute to increases in the Arctic fox population. Anthropogenic sources of food at dumpsters and refuse sites may also help to increase populations of gulls and ravens above natural levels. Major negative impacts have occurred at the Howe Island goose colony in the Sagavanirktok Delta from predation by Arctic fox and grizzly bears (Johnson 2000). Arctic foxes and glaucous gulls (*Larus hyperboreus*) are predators of common eider (*Somateria mollissima*) and brant (*Branta bernicla*) eggs and young on the barrier islands (Noel et al. 2002). Arctic fox predation can also impact tundra-nesting birds (Day 1998, Rodrigues 2002). Reduced levels of Arctic fox trapping on the North Slope may also have contributed to an increase in fox numbers (USDOI BLM 2003). Increased levels of predation due to elevated numbers of predators could impact nesting and brood-rearing spectacled eiders.

Subsistence harvest of eider eggs and adults occurs in coastal areas during the spring and fall. The annual subsistence harvest reported for the Y-K Delta and for the Bristol Bay area averaged 112 and 90 spectacled eiders, respectively, from 1995 to 2000 (Alaska Migratory Bird Co-Management Council 2003). Fewer data are available for other areas. In the Bering Strait mainland area, 23 spectacled eiders were reported harvested in 1995, and the subsistence harvest at St. Lawrence Island averaged five birds for 1993 and 1996. Few data are available from the North Slope villages documenting the numbers spectacled eiders harvested annually, and none were reported by AMBCC (2003). However, Stephen R. Braund and Associates and Institute for Social and Economic Research (SRBA and ISER 1993) reported 155 spectacled eiders taken at Wainwright during 1988 and 1989, and two taken at Barrow. Reported subsistence spectacled eider egg harvest in the Y-K Delta has averaged 11 eggs annually from 1995 to 2000. During the same period, the average annual spectacled eider egg harvest at the Togiak National Wildlife Refuge was 42 eggs. In both areas, the reported harvests actually occurred in 1 year but were averaged over the period from 1995 to 2000. Reporting on harvest of spectacled eiders and their eggs is probably not complete, and reported harvest numbers represent only minimum values. Actual harvest numbers are likely higher.

Exposure to contaminants, including petroleum-related compounds, organochlorine compounds, and elements, has also been proposed as a possible contributing factor in the decline of the spectacled eider population. Trust et al. (2000) sampled male spectacled eiders from St. Lawrence Island and reported that a few contained trace concentrations of chlorinated organic compounds. However, levels of copper, cadmium, and selenium were elevated when compared to literature values for other marine birds. Other elements that could potentially impact eiders include mercury, selenium, and zinc (Stout 1998; Stout et al. 2002). However, the birds sampled by Trust et al. (2000) appeared to be in good health, and if the presence of contaminants is a factor involved in the spectacled eider population decline, it may act by reducing fecundity or survival of young rather than via direct health impacts on adults.

There has been speculation that researchers conducting studies on avian nest density and success may inadvertently affect the results by attracting predators to nests and broods (Bart 1977, Götmark 1992). Birds that are flushed from their nests during surveys may be more susceptible to nest predation than undisturbed birds. Ongoing activities by researchers could cause some mortality to spectacled eider eggs and chicks. The collection of birds for dietary or contaminant studies obviously impacts small numbers of spectacled eiders. Implantation of satellite transmitters has provided the best information available on spectacled eider movements and locations of molting and winter areas, but the invasive nature of the surgery may impact the ultimate survival of a small number of birds.

In recent years, numerous studies have been conducted documenting global climate change and climate regime shifts that may affect various animal and plant populations (e.g., Mantua et al. 1997, Merrick 1997, Benson and Trites 2002). These studies document changes in variables such as ocean water temperatures at the surface and in the water column, atmospheric pressure, river outflows, polar ice recession, and others that influence the abundance and distribution of various species in marine ecosystems. The causes of these climatic regime shifts are unclear, but regime shifts that cause changes in primary productivity can affect other members of an ecosystem, including apex predators. Climatic regime shifts that alter the abundance and distribution of marine benthic invertebrates in the Bering Sea could have implications for spectacled and Steller's eiders wintering in this area (Lovvorn et al. 2003).

Naturally occurring factors, such as the effects of disease and parasites (Hollmén et al. 2000), predation (Martin 1997a, Day 1998), and weather may also affect spectacled and Steller's eider survival. In addition, eiders are potentially at risk from sources related to human activities including the accumulation of environmental pollutants (Stout 1998; Trust et al. 2000; Stout et al. 2002), and commercial fishing activities that may potentially affect winter feeding areas.

**Recovery Plan**

A Recovery Plan for spectacled eiders was published by the USFWS (USDOI USFWS 1996) to delineate reasonable actions which are believed to be required to provide for recovery and/or protection of this species. The plan summarizes facts known regarding the status of spectacled eiders, causes for the decline in the population, current management activities, and reasons for listing as a threatened species. The plan reviews strategies for promoting spectacled eider recovery including management actions and specific tasks directed to enumerate actions that address threats to spectacled eiders.

**Critical Habitat**

Critical habitat for the spectacled eider has been designated in molting areas in Norton Sound and Ledyard Bay, breeding areas in central and southern Y-K Delta, and wintering area in waters south of St. Lawrence Island. A total of 38,991 mi$^2$ (101,000 km$^2$) is designated as critical habitat for spectacled eiders. No critical habitat has been designated for spectacled eiders on lands administered by BLM in the National Petroleum Reserve – Alaska.

## D.3.2   Steller's Eider

Three breeding populations of Steller's eiders are recognized by the USFWS Steller's Eider Recovery Plan, two in Arctic Russia (Russian Atlantic and Russian Pacific populations), and one in Alaska (Fredrichson 2001, USDOI USFWS 2002). The Alaska population nests primarily on the ACP; however, a very small subpopulation exists on the Y-K Delta. Steller's eiders were formerly common breeders in the Y-K Delta, but numbers there declined drastically, and Kertell (1991) reported the Steller's eider as apparently extinct as a breeding species on the Y-K Delta. However, Flint and Herzog (1999) reported single Steller's eider nests in the Y-K Delta in 1994, 1996, and 1997, and three nests in 1998. Steller's eider density on the ACP is low. The largest population, which is located in eastern Russia, may number over 128,000 birds (Hodges and Eldridge 2001). In Alaska, Steller's eiders spend most of the year in shallow marine habitats along the Alaska Peninsula and the eastern Aleutian Islands to lower Cook Inlet, with stragglers south to British Columbia. In Eurasia, they winter from Scandinavia and northern Siberia south to the Baltic Sea, southern Kamchatka, and the Commander and Kurile islands (Johnson and Herter 1989). In the spring, the majority of the world population migrates along the Bristol Bay coast of the Alaska Peninsula, crosses Bristol Bay toward Cape Pierce, and continues northward along the Bering Sea coast (Larned 2003). Steller's eider was federally-listed as a threatened species in 1997 (62 FR 31748-31757) because of a reduction in the number of birds nesting in Alaska and substantial reduction in the breeding range in Alaska.

The range of Steller's eider range on Alaska's ACP apparently once extended from Wainwright east into the Canada's Northwest Territories (Johnson and Herter 1989; Quakenbush et al. 2002, and references therein). They are currently reported east at least to Prudhoe Bay (TERA 1997), but no recent records have been reported east of the Sagavanirktok River (Quakenbush et al. 2002). Steller's eider has not been recorded nesting east of Cape Halkett, other than one recent record inland near the Colville River (Quakenbush et al. 2002). Aerial surveys conducted by the USFWS indicate that Steller's eiders are widely distributed across the ACP in low densities (0.0045 birds per mi$^2$ [0.003 birds per km$^2$] in 2003; Larned et al. 2003) from Point Lay to the Sagavanirktok River, with very few sightings east of the Colville River. The highest concentrations occur near Barrow (Quakenbush et al. 1995, 2002; Ritchie and King 2002, 2003), although breeding there does not occur every year and may be related to predator/prey cycles (Quakenbush and Suydam 1999). During the 1990s, Steller's eider breeding at Barrow coincided with highs in the lemming population.

BIOLOGICAL ASSESSMENT

Based on aerial breeding pair surveys, Mallek et al. (2003) reported that the ACP Steller's eider population averaged around 1,000 birds from 1986 to 2001. Eider breeding population surveys conducted earlier in the year indicated a lower population, averaging around 170 birds from 1992 to 2003 (Larned et al. 2003). Differences in the two averages are likely related to survey timing. Larned et al. (2003) reported a non-significant population growth rate of 1.007 from 1993 to 2003 but, because of the small numbers of birds and high inter-annual variability, statistical tests probably lacked the power to determine significant trends. However, based on comparisons of historical and recent data, Quakenbush et al. (2002) suggested that a reduction in both occurrence and breeding frequency of Steller's eiders had occurred on the ACP, except in the Barrow area. Larned (2003) also reported a declining trend during annual spring surveys for Steller's eiders in the Bristol Bay area, although some of the variation may have been due to inter-annual variability in the timing of the eider migration that may have precluded portions of the population from being counted during some years.

Steller's eiders arrive on the ACP in early June, and evidence from the Barrow area suggests that nesting effort may vary from year to year (Quakenbush and Suydam 1999). At Barrow, Steller's eiders apparently nest during high lemming years when predators such as snowy owl and pomarine jaeger (*Stercorarius pomarinus*) that feed on lemmings are also nesting. Steller's eiders, as well as snowy owls and pomarine jaegers, may not nest at all during low lemming years. This cycle has been consistent since the initiation of intensive studies of Steller's eider nesting biology in the Barrow area in 1991, and has continued through 2003 (Quakenbush et al. 1995; Obritschkewitsch et al. 2001; Obritschkewitsch and Martin 2002a, b; Rojek and Martin 2003). Theoretically, an ample supply of lemmings may divert potential predators away from eider eggs and chicks, thus making it more advantageous for eiders to nest during years of high lemming populations. Some evidence also suggests that Steller's eiders may benefit by nesting close to nests of avian predators such as jaegers and snowy owls. These aggressive birds defend their own nests against other predators, and eider nests located nearby may benefit when potential predators are driven from the area. Other variables, such as weather and snow conditions, did not explain the inter-annual variability of eider nesting. Although intensive studies of Steller's eider breeding biology have been conducted in the Barrow area, little information is available for other portions of the ACP, including the Planning Area, where most information consists of scattered sightings during aerial surveys.

Steller's eider nests are most often found on tundra habitats, and are often associated with polygonal ground both near the coast and at inland locations. Emergent *Carex* and *Arctophila* provide import areas for feeding and cover. Males may remain on the breeding grounds for 2 weeks after the onset of the 24-day incubation period (Fredrichsen 2001). Clutch size ranges from three to eight, but averages five to six eggs. Nest success is variable, and ranged from approximately 14 to 71 percent at Barrow in the 1990s (Quakenbush and Suydam 1999). Nest predators include jaegers, common ravens (*Corvus corax*), glaucous gulls, and Arctic foxes. Steller's eider broods apparently are less mobile than those of spectacled eiders and remain in ponds with emergent *Carex* and *Arctophila* within a thousand feet of the nest site.

Male departure from the breeding grounds begins in late June or early July, after females begin incubation. Most of the available information on migration comes from Barrow, where birds disperse across the area from Admiralty Inlet to Wainwright and enter marine waters during the first week of July. They make use of coastal areas along the Chukchi Sea coast from Barrow to Cape Lisburne, and also use bays and lagoons of Chukotka (USDOI BLM 2003). Females that fail in breeding attempts may remain in the Barrow area into late summer (USDOI BLM 2003). Male, and non or failed-breeding, Steller's eiders concentrate in several lagoons on the Alaska Peninsula in August and September to molt (Flint et al. 2000b). Females and fledged young depart the breeding grounds in early to mid-September.

Causes for the decline of the Steller's eider population in Alaska are unknown, but may include increased predation pressure on the North Slope and Y-K Delta breeding grounds, subsistence harvest, and ingestion of lead shot and contaminants (Henry et al. 1995). Bustnes and Systad (2001) also suggested that Steller's eiders might have specialized feeding behavior that limits the availability of winter foraging habitat.

### D.3.2.1  Recovery Plan

A Recovery Plan was published by the USFWS (USDOI USFWS 2002) to provide strategies to promote recovery of the Alaska breeding population of Steller's eiders to the point that protection under the ESA is no longer required. The interim objectives of the plan are to prevent further declines in the Alaska breeding population, protect Steller's eider breeding habitat, identify and alleviate causes of decline and/or obstacles to recovery, and determine size, trends, and distribution of the northern and western Alaska breeding populations.

### D.3.2.2  Critical Habitat

For the Steller's eider, critical habitat has been designated in breeding areas on the Y-K Delta, staging area in the Kuskokwim Shoals, and molting areas in waters associated with the Seal Islands, Nelson Lagoon, and Izembek Lagoon in southwestern Alaska. A total of 2,830 mi$^2$ (7,330 km$^2$) is designated as critical habitat for Steller's eiders. There is no designated critical habitat for Steller's eiders on lands administered by the BLM in the National Petroleum Reserve – Alaska.

## D.4  Avenues of Take for Listed Eider species Resulting from Activities in the Northeast National Petroleum Reserve – Alaska

### D.4.1  Summer Seismic Surveys

The use of airguns for seismic work in Teshekpuk Lake during the summer could temporarily displace spectacled or Steller's eiders from preferred feeding habitats while surveys were being conducted. Because setbacks around the perimeter of the lake presumably would eliminate the potential for disturbance to eiders nesting near the lakeshore, only eiders using habitats in the open water of the lake would potentially be disturbed. Eiders displaced by seismic activities would likely return to preferred habitats after the airgun arrays passed through the area. Disturbance to threatened eiders near the shoreline could result from support activities, such as use of helicopters to transport personnel and supplies. Disturbance related to support activities could result in permanent or temporary displacement from nesting, feeding, or brood-rearing habitats. Conducting surveys after the completion of the nesting period would eliminate the potential for nest abandonment, but could impact hens and their broods.

### D.4.2  Habitat Loss in High Density Nesting Areas

#### D.4.2.1  Fill and Structures That Displace Use

The oil and gas development activities with the greatest potential for causing loss of spectacled and Steller's eider habitat are gravel mining and placement. North Slope oil field roads and pads are constructed using gravel, and tundra covered by gravel would no longer be available for eider nesting, brood-rearing, or foraging. This loss of habitat would continue for as long as the proposed development was in operation. As abandonment plans call for allowing gravel pads and roads to "bed" naturally, loss of habitat may be considered permanent, or at least considerably longer than the end of the operational life of the field. Habitat loss for eiders would be minimized by locating gravel roads, pads, airstrips, and mine sites in areas where eider use is infrequent. Under ROP E-11, aerial surveys would be conducted for at least 3 years prior to construction authorization for developments located within the USFWS North Slope eider survey area. If spectacled or Steller's eiders were present within the proposed development area, the applicant would be required to consult with the BLM and USFWS about the design and placement of roads and facilities.

Locating infrastructure in areas with low eider densities could reduce loss of occupied eider habitat. Although specific studies have not been conducted to investigate the population effects of eider displacement as a result of

BIOLOGICAL ASSESSMENT

infrastructure construction, spectacled and Steller's eiders displaced from nesting or brood-rearing sites may move to adjacent habitats. Anderson et al. (2003) and TERA (1996) reported spectacled eider nests within several hundred feet of roads and pads in the Kuparuk and Prudhoe Bay oil fields. Since nest site fidelity has been demonstrated by spectacled eiders (TERA 1997), it is possible that spectacled or Steller's eiders displaced from traditional nesting sites by gravel placement would remain in or return to the same general area and utilize similar habitats. Troy and Carpenter (1990) reported that returning shorebirds displaced by winter gravel placement may nest in adjacent habitats in subsequent years, and Johnson et al. (2003b) reported that waterbirds nesting near the Alpine field in the Colville River Delta that were displaced from nesting sites by gravel placement for oil field infrastructure likely moved their nests to nearby adjacent habitats.

The reasonably foreseeable development scenario specifies two developments, including CPF pads and satellite fields with adjoining roads and airstrips, one roadless pump station, up to six gravel extraction sites, and two staging areas that would create a total gravel footprint of approximately 1,356 acres (5.6 km$^2$; Table D-4). Loss of eider habitat could be permanent in the area occupied by the development footprint, and any eiders nesting in this area would be displaced to other areas. If spectacled and Steller's eider densities are assumed to be 2.85 and 0.16 birds per mi$^2$ (1.10 and 0.06 birds per km$^2$), which are relatively high estimates based on aerial survey data (Larned et al. 2003; Ritchie and King 2003), it is expected that 6.0 and 0.3 spectacled and Steller's eiders, respectively, could be directly displaced by the gravel footprint of the development, including the gravel extraction sites.

### D.4.2.2   Gravel and Other Hard Rock Mining

Gravel for construction of roads, pads, and airstrips would be mined from gravel extraction sites during the winter. Under the development scenario, six gravel extraction sites covering 20 to 50 acres each could be required. Under the maximum development scenario, 225 acres of potential eider habitat could be lost as a result of gravel extraction (Table D-4). If gravel extraction sites were located in areas of high eider concentration, where it is assumed that spectacled and Steller's eider densities are 2.85 and 0.16 birds per mi$^2$ (1.10 and 0.06 birds per km$^2$) respectively, approximately 1.8 and 0.1 spectacled and Steller's eiders would be displaced by the gravel extraction sites under the maximum development scenario.

Table D-4. Gravel Footprint and Zones of Influence for Production and Effects on Eiders.

| Development | Gravel Footprint in Acres (km$^2$)[1] | 200-Meter Zone of Influence in Acres (km$^2$)[2] | 500-Meter Zone of Influence in Acres (km$^2$)[3] |
|---|---|---|---|
| CPF developments (2)[4] | 161 (0.7) | 1,252 (5.1) | 4,019 (16.3) |
| Satellite developments (10)[4] | 872 (3.5) | 17,436 (70.6) | 46,803 (189.4) |
| Gravel extraction sites (8 at 20-50 acres each) | 225 (0.9) | Not Applicable | Not Applicable |
| Staging areas (2) | 100 (0.4) | 257 (1.0) | 939 (3.8) |
| Total Area | 1,356 (5.5) | 18,945 (76.7) | 51,761 (209.5) |
| Spectacled eiders affected (assuming density of 1.1 eiders per km$^2$) | 6.0 | 84.3 | 230.4 |
| Steller's eiders affected (assuming density of 0.06 eiders per km$^2$) | 0.3 | 4.6 | 12.6 |

[1] Includes only the gravel footprint of the structure.
[2] Includes only the area outside the structure but within 200 meters of the edge of the structure.
[3] Includes only the area outside the structure but within 500 m of the edge of the structure.
[4] Includes footprint of pads, roads, and airstrips.

### D.4.2.3 Damage to Tundra From Exploration and Other Winter Oil Field Activities

In addition to permanent habitat loss, temporary loss of habitat associated with gravel placement could occur on tundra adjacent to gravel structures, where accumulated snow from plowing activities or snow drifts could become compacted and cause delayed snowmelt. Delayed snowmelt persisting into the nesting season could preclude eiders from nesting in those areas. Delayed snowmelt and temporary habitat loss could also result from the construction and use of ice roads during winter activities.

Dust deposition could affect eider habitat by causing early green-up on tundra adjacent to roads and pads, which could attract spectacled and Steller's eiders and other waterfowl early in the season when other areas are not yet snow free. Birds attracted to these areas could be susceptible to injury or death if hit by traffic associated with roads and pads. Dust deposition could also increase thermokarst and soil pH, and reduce the photosynthetic capabilities of plants in areas adjacent to roads (Walker and Everett 1987; Auerbach et al. 1997). Traffic levels, air traffic (including helicopters), and wind could all influence the amount of dust that would be deposited adjacent to roads and pads. Assuming a 656-foot (200-meter) zone of influence around gravel infrastructure within which dust and snow deposition could impact eider habitats, approximately 84.3 spectacled and 4.6 Steller's eiders could be affected under the maximum development scenario (Table D-4).

Rolligons and track vehicles used during seismic exploration could leave tracks on tundra habitats that would affect vegetation, soil chemistry, soil invertebrates, and soil thaw characteristics, and cause small-scale hydrologic changes (Kevan et al. 1995). The most noticeably affected areas would include terrain with considerable microtopographic relief caused by mounds, tussocks, hummocks, and high-centered polygons. These areas are used by eiders for nesting and loafing. Wet areas would be less likely to be affected than drier sites (Walker 1996). Because snow would act as a buffer against these impacts, avoidance of areas with low snow cover, use of lightweight vehicles, dispersing traffic patterns, and minimizing sharp turns could help to minimize damage (Walker 1996). Required Operating Procedure C-2 would require measures to protect stream banks, minimize soil compaction, and minimize the breakage, abrasion, compaction, or displacement of vegetation while using heavy equipment during winter overland moves or seismic work.

Ice roads could also cause compaction of vegetation, which could affect the availability of cover for nesting eiders in the ice road footprint. Potential impacts to spectacled eiders from ice roads could be reduced by alternating ice road routes annually, by avoiding routes near known eider nesting locations, and by routing ice roads over habitats not preferred by eiders. Under the development scenario the annual construction of approximately 50 miles of ice road covering 212 acres are proposed. Assuming the same spectacled and Steller's eider densities used in the analysis of habitat loss and gravel mining (above), ice road construction could affect tundra habitat supporting 0.9 spectacled and 0.05 Steller's eiders.

Ice roads would connect to ice pads where winter drilling activities for exploratory and delineation wells would be conducted. As many as half of the ice pads could be multi-year pads used for summer activities such as storage of equipment. Tundra habitat under the footprint of multi-years pads would be lost as spectacled and Steller's eider habitat during the lifetime of the pad. Vegetation under the footprint of multi-year pads would be relatively unaffected after the pad melted (McKendrick 2000). Some vegetation within a 3- to 6-foot- (1- to 2-meter-) wide band around the perimeter of multi-year ice pads could be damaged and require several years to recover. Under the maximum development scenario, 50 multi-year ice pads and 50 single-season ice pads covering 6 acres each could be constructed, resulting in a total footprint of 600 acres during the life of the project. Assuming the same spectacled and Steller's eider densities used in the analysis of habitat loss and gravel mining (above), ice pad construction could affect tundra habitat supporting 2.7 spectacled and 0.2 Steller's eiders.

### D.4.2.4 Withdrawal of Freshwater From Lakes and Ponds

Construction of ice roads and pads involves water withdrawal from deep lakes near road and pad locations. Bergman et al. (1977) reported that spectacled eiders at Point Storkerson used deep *Arctophila* lakes during pre-

BIOLOGICAL ASSESSMENT

nesting, nesting, and post-nesting periods, and Derksen et al. (1981) reported that some spectacled eider brood-rearing occurred on deep open and deep *Arctophila* lakes in the National Petroleum Reserve – Alaska. Spectacled eider nests are often located within several feet of lake shorelines; therefore, water withdrawal from lakes during ice road construction that lowered the level of lakes could affect spectacled eider nesting habitat. Changes in the surface levels of lakes as a result of water withdrawal would be dependent on the amount of water withdrawn, the size of the lake, and the recharge rate. Lake studies would be conducted prior to water withdrawal for ice road construction, and the State of Alaska places restrictions on the amount of water that may be withdrawn from individual lakes. Most lakes would likely return to pre-withdrawal levels during spring flooding (Rovansek et al. 1996).

Required Operating Procedure B-2 would specify water withdrawal requirements based on lake size, depth, volume, and fish populations that could help minimize potential impacts to eider habitats. During winter water withdrawal operations, care should be taken to minimize or eliminate water withdrawal from deep, open and deep, *Arctophila* lakes that could be used by spectacled or Steller's eiders. Aerial and/or ground-based surveys of potential water withdrawal lakes conducted during the summer breeding and post-breeding season could identify lakes used by threatened eiders, and help to determine which lakes would be most suitable for water withdrawal activities to minimize potential impacts on threatened eiders.

### D.4.2.5    Disruption/Alteration of Hydrology That May Possibly Destroy Habitat

Impoundments created by gravel structures could cause temporary or permanent flooding on adjacent tundra. Impoundments could be ephemeral and dry up early during the summer, or they could become permanent water bodies that would persist from year to year (Walker et al. 1987; Walker 1996). Tundra covered by impounded water could be lost as nesting habitat for some birds. However, impoundments could also create new feeding and brood-rearing habitat that would be beneficial to some bird species. Noel et al. (1996) reported that the areas occupied by impoundments in the Prudhoe Bay area generally supported higher waterfowl densities than the same areas did prior to development, and that spectacled eiders nested on some impoundments. Warnock and Troy (1992) and Anderson et al. (1992) also reported use of impoundments in the Prudhoe Bay and Kuparuk oil fields by spectacled eider. Kertell (1993, 1994) reported few differences in numbers of invertebrates and Pacific loons when comparing use of natural ponds and impoundments in the Prudhoe Bay area. He also reported that feeding and resting ducks were more abundant on impoundments than natural ponds, although this difference was not significant. The effects of impoundments could be minimized or eliminated by using engineering plans that provided culverts to allow for adequate cross-drainage at gravel structures. However, culverts blocked by snow or ice could prolong the spring flooding period (Walker 1996).

## D.4.3    Oil Field Disturbance

Activities related to oil development and production in the Planning Area, such as vehicle, aircraft, pedestrian, and boat traffic; routine maintenance activities; heavy equipment use; and oil-spill clean-up activities, could cause disturbances that would adversely affect threatened eiders. These disturbances could result in nest abandonment or decreased nest attendance, and increased energy expenditures that could affect the physiological condition of birds and their rate of survival or reproduction.

### D.4.3.1    Construction Period (Pads, Roads, Runways, and Pipelines)

Installation of pipelines and placement of gravel for oil field infrastructure (e.g., roads, airstrips, and pads associated with well, camps, staging areas, and processing facilities) would be conducted during the winter. Because eiders are not present in the Planning Area during winter, there would be no disturbance to threatened eiders associated with construction of infrastructure in the Planning Area. The potential effects of permanent and temporary habitat loss associated with these activities are discussed in the section on habitat loss.

### D.4.3.2 Pad Activity

Various types of disturbances associated with oil and gas operations, such as vehicular traffic, machinery, facility noise, and pedestrian traffic, may occur on pads. Some of these disturbances, such as vehicular traffic, may also occur on roads and are therefore discussed below in Section D.4.3.5 (Roads).

Because spectacled and Steller's eider densities in the Planning Area are low, few studies have documented responses of threatened eiders to oil field disturbances, although Anderson et al. (1992) reported that during the nesting period, spectacled eiders near the GHX-1 facility in the Prudhoe Bay area appeared to adjust their use of the area to locations further from the facility in response to noise. Disturbance from facility noise could affect the activity and energy budgets of spectacled and Steller's eiders.

TERA (1996) reported no conspicuous avoidance of facilities in the Prudhoe Bay oil field by brood-rearing spectacled eiders. Brood movement was extensive during the first few days after hatching, and broods often spent a portion of their time within 656 feet (200 meters) of facilities, including high-noise areas such as gathering centers and the Deadhorse airport. Spectacled eiders may be able to acclimate to periodic, but regularly occurring, disturbances related to oil field activities on roads and pads. A potentially more serious situation could develop if spectacled or Steller's eiders nested near roads or pads where little or no activity occurred early during the nesting period, but activity did occur later in the summer. In such cases, nest failure or abandonment by eiders could occur, as nesting eiders might not be acclimated to oil field activities.

Evidence suggests that pedestrian traffic may have a greater negative impact than vehicular traffic on some birds. Pedestrian traffic is likely to occur on well pads during well maintenance activities, and more regular pedestrian traffic is likely to occur on larger pads that support camps and production facilities. During a study of the effects of disturbance related to the Lisburne Development in the Prudhoe Bay oil field, Murphy and Anderson (1993) reported that of the more common sources of disturbance, humans on foot elicited the strongest reactions from geese and swans. Ritchie (1987) reported that pedestrians caused greater disturbance to nesting raptors than other sources of disturbance. Restricting or reducing the level of foot traffic on gravel roads and pads, particularly in areas adjacent to potential spectacled and Steller's eider habitat, could help to reduce the potential for disturbance to nesting or brood-rearing eiders.

Two CPF developments and 10 satellite developments, entailing 13 pads covering approximately 216 acres in total, are proposed under the development scenario. A 656-foot (200-meter) buffer around the developments would result in a zone of influence covering 1,140 acres within which disturbance could affect threatened eiders. If spectacled and Steller's eider densities are assumed to be 2.85 and 0.16 birds per mi$^2$ (1.10 and 0.06 birds per km$^2$), 5.1 and 0.3 spectacled and Steller's eiders, respectively, would potentially be affected by disturbance related to activities at the developments. If the zone of influence is increased to a 1,640-foot (500-meter) buffer, 21.3 spectacled eiders and 1.2 Steller's eiders could be affected by disturbances related to the developments.

### D.4.3.3 Staging Area Activity

It is likely that staging areas would be established on the coast to support development activities. Summer barge traffic would occur from mid-July to early October, with barges used to transport equipment to coastal staging areas for storage until they could be transported to exploration or development sites during winter. Summer activity at staging areas would require the use of heavy equipment for offloading and storage of equipment and supplies from barges. Disturbance to eiders could result from equipment noise and movement, and from pedestrian activity. The types of disturbances would be the same as those described for other oil field activities, although their potential to affect threatened eiders could be reduced, given the smaller size of staging areas compared to the proposed development scenario for the Planning Area. Under the maximum development scenario, two staging areas covering approximately 100 acres could be in operation. A 656-foot (200-meter) buffer around the staging area would produce a 257-acre zone of influence that could affect habitat supporting 1.1 spectacled and 0.1 Steller's eiders. A 1,640-foot (500-meter) buffer around the staging areas would produce a 939-acre zone of influence that could affect habitat supporting 4.2 spectacled and 0.2 Steller's eiders.

BIOLOGICAL ASSESSMENT

### D.4.3.4 Aircraft

Both fixed-wing aircraft and helicopters could be used to transport personnel, supplies, and equipment to airstrips or staging areas during development and production activities in the Planning Area. The potential for disturbance to waterfowl from aircraft is well documented (e.g., Schweinsburg 1974; Ward and Stehn 1989; Derksen et al. 1992; McKechnie and Gladwin 1993), although few studies have reported specifically on spectacled or Steller's eiders. Johnson et al. (2003b) conducted the most thorough study of aircraft disturbance to waterfowl in the Arctic at the Alpine field on the Colville River Delta. Responses of birds to aircraft include alert postures, interruption of foraging behavior, and flight. Such disturbances may displace birds from feeding habitats and negatively impact energy budgets. Gollop et al. (1974) suggested that helicopters may be more disturbing to wildlife than low-flying fixed-wing aircraft, although Balogh (1997) indicated that fixed-wing aircraft flown at 150 feet often caused spectacled eiders to flush, while helicopters flown at similar altitudes in the vicinity of Prudhoe Bay did not.

**Oil Field Support**

The effects of routine aircraft flights into airstrips could range from avoidance of certain areas by eiders to abandonment of nesting attempts or lowered survival of young. The potential for noise associated with aircraft to have negative impacts on eiders would probably be greatest during the nesting period when the movements of incubating eiders are restricted. The highest levels of aircraft noise would occur during takeoffs as engines reached maximum power levels. During landings, levels of aircraft noise would be reduced as engine power decreased. In the Planning Area, aircraft activity would likely be greater during the construction period, when more personnel and equipment would be transported to areas being developed, than during the production period, when activity levels would be reduced.

The Alpine field avian monitoring program in the Colville River Delta was a multi-year project designed to identify the potential effects of aircraft noise and disturbance on birds nesting near the airstrip and on large waterbirds during brood-rearing (Johnson et al. 2003b). The average number take-offs and landings of all types of aircraft combined at the Alpine field airstrip during the summer breeding season was greater during construction period in 2000 (41.8 take-offs and landings per day; Johnson et al. 2001, 2003b) than in the number of summer operational flights in 2004 (15 take-offs and landings per day; ConocoPhillips Alaska, Inc. unpubl. data). Other sources of disturbance included vehicle and pedestrian traffic, and predators. Although spectacled eiders nested in the general area, none nested in the study area, so the effects of aircraft disturbance reported by Johnson et al. (2003b) do not pertain specifically to spectacled eiders. However, it is reasonable to assume that spectacled eiders (and Steller's eiders, which occur at much lower densities) would have a respond to aircraft disturbance similar to that of other waterfowl in the study area.

The number of waterfowl nests located within 0.6 miles (1,000 meters) of the airstrip at the Alpine field declined after construction began, as compared to pre-construction levels (Johnson et al. 2003b). However, the number of nests located between 0.6 miles (1,000 meters) and 0.9 miles (1,500 meters) of the airstrip increased. The decline near the airstrip could not be directly linked to disturbance, because other factors, such as lower than normal temperatures and severe flooding later into the breeding season during construction years, may also have influenced nest densities. During years of heavy construction, nests of white-fronted geese (*Anser albifrons*) were apparently displaced to habitats similar to those used prior to construction at locations further from the airstrip. Johnson et al. (2003b) suggested that preferred white-fronted goose nesting habitats in the Alpine field development area had not been saturated with nests prior to development. Generally, white-fronted geese exhibited statistically non-significant and weak distributional changes in relation to sources of disturbance at the Alpine field, including increased noise levels, aircraft, vehicles, and pedestrians, which suggests that the geese moved their nests away from the gravel footprint and the noisiest areas, but not enough to be detected at the larger scale of approximately 1.2 miles (2,000 meters) surrounding the airstrip. The difference in distributions of nests between pre-construction and heavy construction years appeared to occur within the first 2,300 feet (700 meters) surrounding the airstrip (Johnson et al. 2003b).

At the Alpine field, white-fronted geese at failed nests were more likely to take incubation recesses than geese at successful nests. A higher frequency and duration of recesses may allow for increased predation by jaegers, gulls, ravens, and foxes at unattended nests. The probability of taking a recess increased as noise level increased, when aircraft were present, when the number of vehicles decreased, and when pedestrians were present. Geese nesting less than 1.2 miles (2,000 meters) from the airstrip were more likely to take a recess than birds nesting greater than 1.2 miles (2,000 meters) from the airstrip. Of the various disturbance types, helicopters were the least predictable because they did not have a restricted flight pattern. Incubating white-fronted geese and tundra swans (*Cygnus columbianus*) reacted to fixed-wing aircraft more often than helicopters, although monitored nests were closer to the airstrip than to the helipad. Airplanes and pedestrians elicited the highest rates of response from incubating geese, and vehicles the lowest. Nonetheless, successful white-fronted goose nests were generally closer to the Alpine field airstrip, the flight path, and the nearest gravel than unsuccessful nests, although most comparisons were not significant (Johnson et al. 2003b).

Johnson et al. (2003b) also reported on tundra swans and yellow-billed loons (*Gavia adamsii*) nesting near the Alpine field airstrip. There was no difference among years in the mean distance of tundra swan nests relative to the airstrip, closest gravel, or aircraft flight path. In 1998, a tundra swan nested successfully 520 feet (160 meters) northeast of the airstrip, despite daily helicopter activity at the airstrip during late June and early July. Another pair of tundra swans nested successfully from at least 1997 through 2002 at a site approximately 1,500 feet (450 meters) southwest of the airstrip and 475 feet (145 meters) from the infield road. The nest site was moved slightly during 2001, perhaps in response to increased vehicle traffic, but the original site was again occupied in 2002. These nests hatched successfully despite their proximity to the airstrip and their locations under the takeoff and approach patterns of aircraft. Johnson (1984) reported that at least three common eider hens nested successfully within 1,000 feet (330 meters) of a helicopter landing pad on Thetis Island offshore from the Colville River Delta that averaged approximately 12 flights per day. Disturbance effects of the various components of the Alpine field apparently were not severe enough to cause major changes in the selection of nest sites by tundra swans (Johnson et al. 2003b). Similarly, no evidence was found for disturbance effects on the distribution and abundance of yellow-billed loon nests near the Alpine field airstrip, although the sample size was small.

There is a potential for numerous overflights, landings, and takeoffs to displace some nesting eiders near routinely used aircraft landing sites. However, although the reaction of eiders to aircraft is unknown, there is also a potential for habituation to routine air traffic by spectacled eiders. In the Prudhoe Bay area, nests have been reported in wetlands within approximately 0.45 mile (750 meters) of the Deadhorse Airport (TERA 1996), including one less than 0.15 mile (250 meters) from the runway (Martin 1997b), suggesting that some nesting individuals are tolerant of aircraft activity. Given that spectacled and Steller's eiders occur in low densities in the Planning Area, and given the potential for habituation to aircraft disturbance, the potential for disturbance related to aircraft activity to negatively impact threatened eiders is probably low. However, spectacled eiders are sometimes known to nest at traditional colonial sites (TERA 1996; Anderson et al. 2003), and airports and landing strips should be located away from colonial nesting areas if possible. The ROP F-1 and Stipulation K-4 should help to minimize the potential effects of aircraft on spectacled and Steller's eiders by limiting air traffic in and around the goose molting lakes north of Teshekpuk Lake from May 20 to August 20.

A 1,640-foot (500-meter) buffer established around an airstrip 0.6 miles (1,000 meters) in length would produce a zone of influence in habitat capable of supporting 3 spectacled and 0.2 Steller's eiders. A 0.6-mile (1,000-meter) buffer established around the airstrip would produce a zone of influence in habitat capable of supporting 7 spectacled and 0.4 Steller's eiders.

**Increased Research**

The potential effects of low-level aerial survey flights for monitoring bird or caribou populations on eiders are unknown. In general, however, disturbance of a particular area would be of short duration, and surveys would cover only a small percentage of the ACP each season. Such flights would likely cause negligible disturbance to eiders. In the northeastern portion of the Planning Area, wildlife survey activity would likely be more frequent

BIOLOGICAL ASSESSMENT

during a 3-week period in June and July. During this time, the area of disturbance in the Planning Area would be increased, or certain areas would be disturbed more intensively than others.

Eiders could be disturbed by helicopters used for studies in which caribou and grizzly bears are captured for attachment of radio collars. It is expected that relatively few nest sites would be affected, because eider nest sites generally are scattered at relatively low densities over the ACP and in the Planning Area. Effects resulting from aircraft activity would be difficult to quantitatively separate from natural variation in population numbers. Activity levels and associated disturbance to threatened eiders at remote research camps would probably be reduced compared to the amount occurring at active development sites where aircraft traffic levels would be much higher.

Overflights of support aircraft or aircraft conducting waterfowl surveys could occur during the open-water period when spectacled and Steller's eiders may be staging in the nearshore waters of the Planning Area. Overflights would be brief, and disruption of eider foraging or resting behavior would be minimal. Support aircraft could be routed inland and/or at elevations sufficient to minimize or eliminate disturbance. Aerial survey aircraft could cause more disturbance than support aircraft because they could fly at low elevations during surveys. Required Operating Procedure F-1 would require measures to minimize the effects of low-flying aircraft on wildlife, traditional subsistence activities, and local communities.

Summer camps requiring fixed-wing aircraft or helicopter support could be established to study wildlife populations, archeological sites, or other resources in the Planning Area. During 2002 and 2003, summer camps were established southeast of Teshekpuk Lake to study king eiders (Powell et al. 2004). In some cases supplies could be cached at research campsites during the winter when eiders are not present. Research camps would likely be active for 6 to 12 weeks during the summer breeding season. In most cases, the effects of aircraft associated with re-supply activities for large research camps would likely be short-term because re-supply flights would be infrequent. Eiders displaced by aircraft activities near airstrips or landing zones would be able to return to preferred habitats shortly after completion of the re-supply mission. However, given the infrequency of re-supply flights at research camps, eiders might not be able to habituate to aircraft disturbance, and some eiders could be displaced from preferred habitats for the duration of the research activity. Locating research camps away from areas of high spectacled and Steller's eider concentrations could help to reduce the effects of aircraft activity. However, this precaution would not be possible if the purpose of the research camp was to study threatened eiders. It is important to note that any research not directly related to the action being considered here would require separate consultation.

**Increased Recreation**

Recreational use of the Northeast National Petroleum Reserve – Alaska is unlikely to increase from implementation of the final Preferred Alternative. Current levels of use by aircraft could disturb small amounts of habitat associated with off-airstrip landings, and recreational camps trample small areas of vegetation. Impacts to eiders would be limited to behavioral disturbance associated with the aircraft and presence of the camps, but a similar level of impact would be expected even if no development occurred in the area.

**Increased Village Aircraft Activity**

The final Preferred Alternative is unlikely to increase aircraft traffic into the villages, since development facilities in the National Petroleum Reserve – Alaska would have their own airstrips.

### D.4.3.5    Roads

**Oil Field Support**

Spectacled and Steller's eiders could be subjected to disturbances related to vehicular and pedestrian traffic and noise from equipment on roads and at facilities. Vehicular traffic, including large trucks, hauling cranes, and other equipment, and road maintenance equipment on access roads and pads, could impact threatened eiders during

summer activities in the Planning Area. In the North Slope oil fields, these types of disturbances have been documented for brant, and Canada (*Branta canadensis*) and white-fronted geese, and have been shown to have greater effects on geese feeding close to roads than on geese feeding further away (Murphy et al. 1988; Murphy and Anderson 1993). Disturbances occur most often during the pre-nesting period when these birds gather to feed in open areas near roads, and during brood-rearing and fall staging when some geese exhibit higher rates of disturbance (e.g., "heads up" behavior) in areas near roads than do birds in undisturbed areas. A small percentage of birds may walk, run, or fly to avoid vehicular disturbances (Murphy and Anderson 1993). Disturbance occurs most often within 164 feet (50 meters) of roads. However, some disturbance has been reported for birds as far as 490 to 690 feet (150 to 210 meters) from roads (Murphy and Anderson 1993).

The effects of disturbance to threatened eiders near roads and pads would likely differ depending on the reproductive stage. Anderson et al. (2003) reported that pre-nesting pairs of spectacled eiders in the Kuparuk oil field were located nearer to roads than nesting females. However, both Anderson et al. (2003) and TERA (1996) reported locations of spectacled eider nests that were within a few hundred meters of oil field facilities. Anderson et al. (2003) also reported that there was no significant difference in the distance of failed versus successful spectacled eider nests from oil field facilities.

Gravel placement for roads and well pads would be unlikely to cause physical obstructions to movements of threatened eiders. During the period when eiders can fly, they can easily move over or around these structures. Gravel roads and pads could present some temporary obstructions during brood-rearing and molting periods when birds are flightless, particularly if traffic levels are high (Murphy and Anderson 1993). However, TERA (1996) reported that spectacled eider broods moved extensively, averaging 0.33 miles (0.53 km) per day during the first week after hatch and that some of the longest movements occurred during the first day or two after hatch. Spectacled eider broods did not avoid facilities and broods were known to cross roads; one brood crossed roads repeatedly (TERA 1996).

An analysis of the numbers of eiders that could potentially be disturbed by the gravel footprint of the development and in 656-foot (200-meter) and 1,640-foot (500 meters) buffers (or zones of influence) around the gravel footprint of the development scenario is shown in Table D-4. Spectacled and Steller's eider densities are assumed to be 2.85 and 0.16 birds per $mi^2$ (1.10 and 0.06 eiders per $km^2$), respectively. The analysis concluded that the total gravel footprint would displace 6.0 and 0.3 spectacled and Steller's eiders, respectively. The CPFs and satellite developments include a total of 103 miles of gravel road among the 13 developments. The gravel foot print of these roads totals approximately 773 acres and could displace 3.4 and 0.2 spectacled and Steller's eiders respectively. In the 656-foot zone (16,840 acres) of influence surrounding these roads, 75.0 spectacled and 4.1 Steller's eiders could potentially be disturbed, and in the 1,640-foot zone (43,730 acres) of influence, 194.7 and 10.6 spectacled and Steller's eiders, respectively, could potentially be disturbed. These numbers are probably high estimates, and the analysis assumes that no mitigating measures would be in place. Stipulations and ROPs would specify mitigation measures for siting of facilities, would require the use of fences to shield eiders from human activity on pads, and would place restrictions on aircraft use that would likely reduce the potential for aircraft to disturb spectacled and Steller's eiders.

**Village Access**

Most of the National Petroleum Reserve – Alaska is currently accessible to villages in the area by off road vehicles (four wheelers and snowmachines). Under the proposed alternative, access would not be increased unless roads were built that connected the developments directly to the North Slope road system.

**Recreation/Tourism**

Roads associated with potential development in the National Petroleum Reserve – Alaska would be unlikely to increase recreational use and tourism in the Planning Area.

BIOLOGICAL ASSESSMENT

### D.4.3.6   Watercraft-based Support

Barge traffic associated with the transportation of equipment and supplies could be present during the open-water period from mid-July to early October. The use of barges to transport heavy equipment could require the construction of two staging areas along the coast, that could cover up to 50 acres each, for storage of equipment before moving it to inland locations. There would likely be two large sealifts (1 year apart) for each CPF development, and up to 20 barges per year during the development period. Barge routes could pass through shallow, nearshore habitats of the Beaufort Sea adjacent to the Planning Area that are known to be used by spectacled eiders (Map 3-33; TERA 1999, Fischer et al. 2002, Troy 2003). Spectacled eider groups most likely to encounter vessel traffic would be failed nesting females and females with young. Most males would have departed the area by late June or early July before the onset of vessel traffic. Spectacled eiders are uncommon in the offshore waters of the Planning Area, but Fischer et al. (2002) reported that when spectacled eiders were sighted they occurred in relatively large flocks. The mean spectacled eider flock size during surveys in 1999 and 2000 was 21 eiders. Small numbers of Steller's eiders could also occur in this area. Vessel traffic could cause temporary disturbance to feeding eiders if barges were to pass through feeding habitat. The disturbance would be short-term, and eiders would be able to swim or fly to avoid oncoming vessel traffic. The low number of barges involved would also minimize disturbance to eiders. Given the low density of spectacled and Steller's eiders in the offshore waters of the Planning Area, few barges would be likely to cause disturbances to eiders. Based on the mean flock size, barges that did encounter spectacled eiders would likely cause disturbance to about 20 eiders. Eiders could also collide with barges during poor weather.

Activity sites, including exploration, drilling, and production sites, are required to have an oil-spill response plan with trained personnel and cleanup equipment at each site, in accordance with federal, state, and Borough regulations. Spill response requirements would be thoroughly addressed when and if parcels were leased, and three spill drills would be required every 3 years.

Spill response training activities using small boats on lakes would have the potential to disturb foraging, nesting, or brood-rearing eiders. During oil spill response training drills, 20 to 40 people would participate for 1 to 2 days annually at each CPF development. There is little information on the potential impacts of boat disturbance on spectacled and Steller's eiders, but boat activity can cause alert postures, disruption of feeding behavior, and flight in other waterfowl, shorebirds, and raptors (Burger 1986, Belanger and Bedard 1989, Steidl and Anthony 2000). To minimize the potential for boat disturbance, set-back distances for boat activity for various bird groups ranges from 330 feet (100 meters) for shorebirds to 600 feet (180 meters) for wading birds (Rodgers and Smith 1995, Rodgers and Schwikert 2001). Conducting these activities in areas not frequented by eiders should help to reduce the likelihood that boats would impact threatened eiders. During the incubation period, up to two or three incubating hens could be disturbed if training activities occurred at a location where several pairs were nesting in close proximity. During the brood-rearing period, oil spill response training activities could affect hens with broods. Pre- and post-development surveys would be able to identify lakes where eider activity would be unlikely, and use of these lakes for oil spill response training would minimize the potential for activities to affect spectacled and Steller's eiders.

### D.4.3.7   Pipeline Maintenance

Most pipelines would not be associated with roads, and routine maintenance of pipelines would be conducted during the winter when eiders are not present in the Planning Area. Routine maintenance activities during the winter would not cause any disturbance to threatened eiders. Although emergency maintenance or repairs would be unlikely to occur during the summer, such activities would have the potential to affect eiders. The level of impact would depend on the location and type of maintenance or repair activities. Given the low densities of spectacled and Steller's eiders in the Planning Area, the probability that emergency maintenance or repair activities would occur in an area occupied by threatened eiders is low. If these activities did occur in an area occupied by eiders, their effects could range from short-term displacement to nest abandonment and loss of breeding opportunity for the season. Helicopter activity at remote locations could have a greater impact than vehicular activity at locations along roads where eiders may be more accustomed to human activity.

Helicopters would be used on a weekly basis for surveillance to examine oil pipelines for leaks or damage. Helicopter surveillance flights could cause disturbance that would temporarily displace eiders from preferred feeding, nesting, or brood-rearing habitats. Under the maximum development scenario, up to 205 miles of pipeline could be constructed across numerous tundra habitats. A 1,640-foot (500-meter) buffer established around 205 miles of pipeline would include habitat that could support 363 spectacled and 20 Steller's eiders, assuming eider densities of 2.85 and 0.16 birds per $mi^2$ (1.10 and 0.06 spectacled and Steller's eiders per $km^2$), respectively. Although 363 spectacled and 20 Steller's eiders may use habitats within this buffer, far fewer eiders would likely be disturbed by helicopter surveillance of the pipeline. Displaced eiders would likely return to preferred habitats after surveillance surveys were completed, and some eiders could habituate to helicopter activity.

### D.4.3.8   Tower Maintenance

Local companies could construct up to two cellular telephone towers in the Planning Area. Maintenance of communication towers would likely cause no more disturbance to threatened eiders than other pad activities, though it could potentially disturb eiders several times during the breeding season, as these sites would probably be remote and accessed by helicopter. Helicopters and ground personnel near areas of eider activity could cause displacement of eiders from foraging areas, disruption of incubation, nest abandonment, or disturbance to broods. Locating cellular telephone towers in habitats not frequented by threatened eiders would minimize or eliminate these potential disturbances.

### D.4.3.9   Gravel Mining/Transport

Gravel mining and transport during construction of infrastructure would occur during the winter when threatened eiders are not present in the Planning Area. Gravel mining and transport would not cause disturbances that affect spectacled and Steller's eiders. The potential effects of habitat loss associated with gravel mining and transport are discussed in the section on habitat loss.

### D.4.3.10   Oil Spill Response Activity/Training

Although the likelihood of an oil spill in areas occupied by spectacled or Steller's eiders is low, oil spills and associated clean-up procedures must be considered. The effects of oil spills in terrestrial and marine environments are considered in Section 4.2.2 (Oil Spills) of the amendment; here we consider the effects of oil clean-up activities in terrestrial environments associated with gravel roads and pads.

Oil spill response and clean-up activities would be immediate, and could not be planned to avoid eider habitats. Clean-up activities would involve the use of vehicles, equipment, and ground personnel, and their effects would be similar to those described for other activities associated with gravel roads and pads. Depending on the location and activity of eiders in relation to the spill, eider response could include anything from alert responses to nest abandonment. Clean-up activities at an oil spill associated with a pipeline located some distance from the road system could require helicopter support in addition to ground personnel with equipment. In this scenario, clean-up activities would be more likely to affect eiders unaccustomed to human activities.

## D.4.4   Collisions (Strikes)

Structures and equipment associated with oil development and production that could represent potential collision hazards to spectacled or Steller's eiders include drill rigs, production and support facilities, pipelines, vehicles (trucks, heavy equipment), barges and other vessels, power and communication lines and towers, and bridges. Good visibility associated with extended day length during the summer breeding season would minimize the potential for eider mortality due to collisions. The greatest potential for eider collisions would occur during periods of reduced visibility, such as rain or foggy conditions. Placement of lighting on potentially hazardous structures could help to minimize eider mortality due to collisions. Required Operating Procedures E-10 and E-11 would establish measures to prevent migrating waterfowl from striking oil and gas

BIOLOGICAL ASSESSMENT

facilities during low light conditions, and to reduce the possibility of spectacled or Steller's eiders striking aboveground utility lines.

### D.4.4.1   Drill Rigs

Drill rigs and production facilities, which would be located onshore on gravel pads, could present a hazard to local movements of eiders, particularly during periods of low light or fog. Quakenbush and Snyder-Conn (1993) reported that a Steller's eider was apparently killed by collision with a tower near Nanvak Bay. Day et al. (2002) concluded that the probability of collisions of migrating eiders with existing structures at Barrow was low, but this finding was influenced by the offshore route followed by most eiders during fall migration. The potential for such collisions would likely be low because of constant daylight and good visibility during the summer season. In addition, this equipment would usually have a low profile and be located in a small area. The greatest chance for eider collisions with exploration equipment would occur during periods of foggy weather or other conditions that reduced visibility. Required Operating Procedure E-10 would establish guidelines for illuminating drilling structures, production facilities, and other structures that exceed 20 feet in height.

A typical drill rig used on the North Slope consists of a base structure which at ground level is approximately 30 feet by 40 feet and rises above the ground approximately 35 feet to the rig floor. Drill rig derricks extend approximately 150 feet above the rig floor, and could present a potential collision hazard.

Virtually all exploration drilling activities would occur during the winter when eiders are not present. Some exploration drilling equipment, such as pipe racks, drill rigs, towers, and other machinery, may be stored on ice-pads or on existing gravel pads over summer and could present a collision hazard to eiders. However, such rigs are typically stored (stacked) with the derrick laying down parallel to the ground. Federal Aviation Administration permits are required for such structures and are often conditioned so that they require the derrick to be laid down. Thus, exploration drilling poses little or no opportunity for eider collisions.

Development and production drilling can, and is often, conducted year-round from gravel pads. Therefore these drilling activities present opportunities for eider collisions with drill rig derricks. The final Preferred Alternative is expected to result in up to 489 wells (Table 4-5; Final Amended IAP/EIS). North Slope wells typically require 20 to 30 days of drilling, per well (Mark Major, ConocoPhillips Alaska Inc., pers. comm.).

The following estimate is based on the development scenario provided in the Final Amended IAP/EIS for the final Preferred Alternative. This scenario is based on existing knowledge of geologic potential and current exploration and development practices. Under the final Preferred Alternative, the plan area is estimated to contain 12 fields that are economically viable and could be developed from 13 production drill pads.

The development scenario assumes that a maximum of four exploration and delineation drill rigs would be available and working at the same time. Exploration and delineation of leaseable areas would take approximately 10 years. All exploration and delineation would take place during winter months (mid-December through early April; about 33 percent of the year). During the remaining portion of the year, the rigs would be cold-stacked with derricks lowered. Because of the short-winter season and distance from existing infrastructure, rigs would stacked at existing gravel pads or staging facilities and possibly multi-year ice pads within the Planning Area. The Camp Lonely, Inigok, and Umiat sites have been identified as potential staging areas that may be used for rig storage. The actual location of exploration and delineation would influence which area or method is used.

Based on the above assumption, the number of drilling rig years for the first years of exploration and delineation would be 13.3 (four drilling rigs x 10 years x 0.33). All exploration is expected to occur during winter months when no listed eiders are present.

Once fields are discovered and "proved-up," which could happen at any time during exploration, the leaseholder would apply for a development permit. This permit would require National Environmental Policy Act and ESA compliance. This process, including surveys required by the ROPs and stipulations in the final Preferred