BIOLOGICAL ASSESSMENT

Alternative, could take a minimum of 3 years and up to 6 years or more. Once permitting was completed, site development and production drilling could begin. A maximum of eight production drilling rigs would be used during development. Production drilling could occur year-round. For safety, and due to space limitations on the pad, only one rig is used per pad. At a maximum estimate of 489 production and service wells, an average of approximately 38 wells/pad, and 20 to 30 days per well, it would take approximately 3 years to complete drilling on each pad. If all production began at the same time, an unlikely scenario, eight pads could be completed in 3 years with eight drilling rigs, and the remaining five could be completed with five drilling rigs in another 3 years.

Based on the above assumption, the number of drilling rig years for production would be 39 years [(eight drilling rigs x 3) +(five rigs x 3 years)]. All exploration is expected to occur during winter months when no listed eiders are present. Production drilling could occur year-round.

Exploration, permitting, and production are not expected to occur concurrently for all fields/pads. The timeline presented here would be affected by initial exploration activity, actual discoverable volume of recoverable oil, economics and emerging technologies. However, estimated rig-years are reasonable based on the development scenario for the final Preferred Alternative. Some fields may be proved-up prior to the end of estimated 10 year exploration period and production drilling completed before the end of total 22 year drilling period described above (10 years exploration drilling +6 years permitting +6 years production). Infrastructure development, economics, and permitting may result in some production drilling occurring outside the 22-year period. Again, the estimated number of rig years remains the same.

The estimated number of drilling rig days (4,890) is the total expected over the life of the project (10 to 20 years) and reflects the number of days drilling rigs would be active while eiders are on the North Slope. It is expected that no more than eight production drilling rigs would be used in the Planning Area in a given year. A typical rig derrick is approximately 18 feet wide by 12 feet deep at the base, 5 feet wide by 3 feet deep at the crown, and 150 feet tall. Thus eight drilling rig derricks would represent a very small portion of the 4.6 million-acre Planning Area, and render the probability for collision quite low.

### D.4.4.2    Production/Support Facilities

**Onshore**

Production and support facilities on gravel pads could also present a collision hazard to threatened eiders. Facilities are not expected to be located in inter-tidal or offshore areas, because surface occupancy would not be allowed within ¾ mile of shorelines (Lease Stipulation K-6), and thus would not affect migrating eiders in coastal areas. Human activity in the vicinity of facilities, such as vehicle and pedestrian traffic, could help to deter eiders from using habitats near these areas. Proper lighting, as required under ROP E-10, would be installed on buildings and towers, and could help to minimize eider collisions with facilities during periods of poor visibility.

Elevated pipelines could be located across numerous tundra habitats, and could pose a collision hazard to eiders, particularly during periods of low visibility or under foggy conditions. Under the development scenario, 225 miles of pipeline could be constructed. Because of their large size, pipelines would generally be visible to eiders; therefore, collisions with pipelines would be unlikely. If pipeline routes were sited to avoid spectacled and Steller's eider habitats, the potential for collisions with pipelines and support structures would be reduced.

Mortality of spectacled and Steller's eiders could result from road kills caused by collisions with vehicular traffic. Vehicular collision is the greatest source of bird mortality associated with TAPS, particularly along the Dalton Highway where dust shadows caused early green-up along the road that attracted birds (TAPSO 2001). The primary birds groups affected by vehicular collisions were grouse and passerines. Although the number of birds killed was not quantified, the level of mortality was probably low when compared to the size local populations. Levels of traffic (including vehicular traffic and machinery) in the Planning Area would be greatest during the winter construction period when eiders are not present. Activities during the summer and the production period would involve vehicular traffic for well monitoring and maintenance. During an oil production period with

**Exhibit 43, page 45 of 63**

BIOLOGICAL ASSESSMENT

continuing construction at the Alpine field in 2001, an average of 13 vehicles per hour passed the security check station between 6 a.m. and 6 p.m. during the latter half of June. Reduced speed limits along roads, particularly early in the season when eiders could be attracted to areas of early green-up near roads and pads, during periods of poor visibility, and during brood-rearing periods when flightless birds could cross gravel roads, would help to reduce the potential for eider collisions with vehicles.

**Intertidal/Offshore**

There are few reports of collisions of eiders with marine vessel traffic. Lovvorn et al. (2003) salvaged three spectacled eiders that collided with a ship during predawn hours in the Bering Sea. Spectacled or Steller's eiders staging in the Beaufort Sea adjacent to the Planning Area could potentially collide with vessel traffic during mid-July to September. Inexperienced young-of-the-year, which may be at higher risk for collisions with vessels, may occupy these marine habitats during August and September. However, good visibility associated with the long hours of daylight during much of this period could reduce the potential for eider collisions with vessel traffic. In addition, the number of barges transiting these offshore waters would be low.

**Power/Communication Lines**

The only elevated communication and power lines in the Planning Area would be those associated with the support structures for pipelines, which would present no more of a hazard to eiders than the pipeline itself. Other communication and power lines would be buried in access roads or suspended on VSMs to the extent practicable, and would present no additional hazard to eiders.

**Communication Towers**

Each CPF would each have a communications tower of approximately 60 feet in height and supported by guy wires, which would present a collision risk for spectacled and Steller's eiders. Quakenbush and Snyder-Conn (1993) reported that a Steller's eider was apparently killed by collision with a tower near Nanvak Bay, and local residents on St. Lawrence Island have reported eider collisions with wires associated with the Federal Aviation Administration tower (Day et al. 2003). Anderson and Murphy (1988) reported locating the remains of 15 birds in 1986 and 16 birds in 1987 that had been killed as a result of collisions with the Lisburne development powerline in the Prudhoe Bay area. None of the birds was identified as a spectacled or Steller's eider, although one unidentified eider was reported, along with several other waterfowl species. Although elevated powerlines are not part of the development scenario for the Planning Area, the effects of bird collisions with powerlines would be similar to collisions with guy wires for communication towers. The potential for eider collisions with communication towers or associated guy wires would likely be less than the potential for collisions at the Lisburne powerline because of the reduced amount of exposed wire hazard at communication towers. It is likely that less than one spectacled or Steller's eider would collide annually with communication towers or associated guy wires. Required Operating Procedure E-11(c) would require support wires for communication towers to be clearly marked along their entire length to improve visibility for low flying birds.

Scattered instances of collisions of eiders with various types of vessels or structures have been reported. A low probability exists that spectacled or Steller's eiders would collide with drill rigs, towers, buildings, pipelines, or other structures. Most of these structures are large and visible, and eiders would likely be able to avoid collisions in most cases. Structures such as powerlines or guy wires that are less visible could present the greatest potential for eider mortality due to collision. No aboveground powerlines are proposed in the Planning Area under the development scenario; although guy wires could be used to support communication towers. Based on the low numbers of eider collisions with structures that have been reported, it is likely that less than one spectacled or Steller's eiders annually would collide with structures in the Planning Area. However, any collisions that did occur would likely result in eider mortality.

**Exhibit 43, page 46 of 63**

BIOLOGICAL ASSESSMENT

## D.4.5    Increased Predation

There is evidence that some predators may be attracted to anthropogenic sources of food or denning/nesting sites associated with oil field development (Eberhardt et al. 1982, 1983a, b; Garrott et al. 1983; Martin 1997a; Day 1998; Burgess 2000). Increased predation could impact threatened eiders. Potential predators of adult eiders and their eggs and young that could be attracted to anthropogenic sources of food or denning/nesting sites in the Planning Area include Arctic fox, red fox, grizzly bear, glaucous gull, and common raven. Jaegers might also prey on eider eggs and young, but would probably not be attracted by human activities associated with development.

Major negative impacts have occurred at the Howe Island brant and snow goose (*Chen caerulescens*) colony in the Sagavanirktok River Delta as a result of predation by common ravens, Arctic foxes, and grizzly bears (Johnson 2000). Arctic foxes and glaucous gulls are also predators of common eider and brant eggs and young on the barrier islands (Noel et al. 2002). Increased levels of predation as a result of elevated numbers of predators could impact nesting and brood-rearing spectacled and Steller's eiders.

In recent years, oil field operators have installed predator-proof dumpsters at camps and implemented new refuse handling techniques to minimize the attraction of predators to the North Slope Borough landfill and areas of oil field development. In addition, oil field workers undergo training to make them aware of the problems associated with feeding wildlife and of stipulations and ROPs designed to mitigate the effects of increased levels of predation. The numbers of foxes and most avian predators at the existing Alpine field did not appear to increase during construction of the project, with the exception of common ravens, which nested on buildings at the Alpine field (Johnson et al. 2003b). Required Operating Procedures A-1, A-2, and E-9 specify measures that would be implemented to prevent attraction of predators to anthropogenic sources of food and to prevent man-made structures from being used as nesting, denning, or shelter sites for predators at future developments. These ROPs should minimize or eliminate increased predation pressure associated with oil development and production activities in the Planning Area on threatened eiders and other tundra nesting birds.

### D.4.5.1    Increased Den/Nesting Sites

Foxes in the Prudhoe Bay area have used areas under buildings as den sites, and common ravens, which were infrequent visitors to the ACP prior to development, use buildings, towers, and other structures for nest sites (Johnson and Herter 1989). Common ravens began nesting on structures at the Alpine field shortly after its construction (Johnson et al. 2003b), and a raven nest was reported on a remote wellhead in the National Petroleum Reserve – Alaska. In addition, gyrfalcons have been reported nesting on pipelines (Ritchie 1991). Required Operating Procedure E-9 requires that the best available technology be used to prevent facilities from providing nesting, denning, or shelter sites for ravens, raptors, and foxes to mitigate the potential increases in predators attracted to developed areas. Mitigation measures at the Alpine field have been successful in preventing predator use of structures for denning sites; nonetheless, common ravens used structures at the Alpine field for nest sites (Johnson et al. 2003b).

### D.4.5.2    Increased Food

The availability of anthropogenic food sources, particularly during the winter, could increase winter survival of Arctic and red foxes and contribute to increases in the fox population. Anthropogenic sources of food at dumpsters and refuse sites could cause populations of foxes, gulls, and ravens to increase above natural levels. Increased predation pressure resulting from increases in the number of predators near camps could decrease the breeding success of local nesting eiders. Required Operating Procedures A-2 and E-9 would require measures be put in place to ensure that human-caused increases in predator populations did not occur in the Planning Area.

Predators, such as glaucous gulls and Arctic foxes, could attracted to anthropogenic food sources associated with summer maintenance of stored exploratory drilling and seismic equipment. Garbage associated with winter exploration activities could also attract foxes and ravens. Garbage should not be a problem in the Planning Area because all garbage would be removed from activity sites and taken to approved North Slope Borough landfills.

Exhibit 43, page 47 of 63

BIOLOGICAL ASSESSMENT

Required Operating Procedures A-1 and A-2 would require proper handling and disposal of solid waste and garbage.

**Additional Landfills**

No additional landfill sites would be opened in the National Petroleum Reserve – Alaska. All garbage would be removed from development sites and transported to landfill sites currently in operation outside of the Planning Area.

**Increased Garbage on the Tundra Resulting From Increased Access**

State law and ROPs address waste handling procedures at all developments in the Planning Area. If carefully followed, these procedures should greatly decrease or eliminate garbage entering the tundra ecosystem. However, it is likely that some additional garbage may result from development in the Planning Area.

### D.4.5.3    Increased Anthropogenic Perch/Hunting Sites

Building, towers, pipelines, and other structures provide perching sites that may be used by avian predators such as raptors, jaegers, snowy owls, and glaucous gulls. These perches may have the potential to increase predator efficiency, which could impact spectacled or Steller's eiders. The potential for impacts from avian predators using man-made hunting perches to affect eiders would be greatest during the brood-rearing period when hens with broods are moving across tundra habitats.

## D.4.6    Oil Spills

Oil spills or leaks onto tundra or marine habitats could negatively impact spectacled or Steller's eiders in numerous ways. Oil can come in contact with and adhere to feathers, causing the feathers to lose their insulating capabilities and resulting in hypothermia (Patten et al. 1991). In aquatic habitats, where birds come in contact with water and require feather integrity to maintain water repellency and buoyancy, the consequences would be most severe. Birds can suffer toxic effects from ingestion of oil by consuming food contaminated by an oil spill or by preening oiled feathers (Hansen 1981). Oil that comes in contact with bird eggs can cause toxic effects to embryos (Patten and Patten 1979, Stickel and Dieter 1979). Oil could come in contact with eggs directly as a result of a spill, or indirectly from the oiled feathers of incubating adults. Oil can also contaminate food sources.

### D.4.6.1    Terrestrial

Oil spills or leaks from a pipeline located in terrestrial habitats would be confined by topographical features. Spilled oil could also enter a lake or pond and be contained by the banks of these water bodies. McDonald et al. (2002) developed terrestrial and aquatic risk assessments for spectacled eiders based on a spill scenario constructed to mimic a spill entering and spreading across an entire lake to cover 1,134 acres, and a second spill scenario constructed to mimic a spill spraying onto the surrounding tundra and covering an area of 146 acres. Based on the assumptions of these scenarios, a maximum of 2.5 spectacled eiders would be exposed to oil from the aquatic spill, and 0.3 spectacled eiders would be exposed to oil from the terrestrial spill in the Colville, Kuparuk, and Prudhoe Bay areas. Assuming densities of 2.85 spectacled eiders per $mi^2$ (1.10 birds per $km^2$), 5 and 0.6 spectacled eiders could be affected by these aquatic and terrestrial spills, respectively. Steller's eiders occur in much lower densities in the Planning Area than spectacled eiders; therefore an oil spill in the Planning Area would likely impact fewer Steller's eiders than spectacled eiders.

During spring flooding, an oil spill could spread to a much larger area, depending on the amount of oil spilled, the surface topography, and the extent and duration of flooding. Oil entering a river or stream could spread into delta or coastal areas, where impacts to birds would likely be more severe. The potential for an oil spill to enter major rivers or streams would be minimized by lease stipulation K-1, which would provide setbacks of ½ to 1 mile from

**Exhibit 43, page 48 of 63**

specified rivers within which permanent oil and gas facilities, including gravel pads, roads, and airstrips would be prohibited. On a case-by case basis, and in consultation with federal, state, and NSB regulatory and resource agencies (as appropriate, based on agency legal authority and jurisdictional responsibility), essential pipeline and road crossings may be permitted through setback areas.

### D.4.6.2    Riverine/Intertidal

A small spill entering a riverine or intertidal area would be diluted and would be unlikely to affect threatened eiders. Larger spills would have the potential to spread to intertidal or offshore areas where staging eiders could be affected. The greatest potential for impacts to eiders would occur during the fall staging period when eider flocks are molting. The average flock size reported during aerial surveys in the offshore waters of Harrison Bay was 21 (Fischer et al 2002). An oil spill would be unlikely to contact eiders, given the low density of spectacled eiders in offshore waters; however, a spill that did contact spectacled eiders could impact 20 or more birds.

### D.4.6.3    Offshore

In marine habitats or on Teshekpuk Lake, wind and currents could potentially spread an oil spill over a larger area than would be likely under most terrestrial scenarios. Therefore, birds residing in marine habitats or on Teshekpuk Lake could be particularly at risk for negative impacts from an oil spill. Offshore development is not proposed for the Planning Area; however, a potential spill from an onshore source or from an offshore tanker or barge could result in oiling of marine waters. An oil spill occurring during the summer breeding and staging seasons would have a greater impact on threatened eiders than a spill occurring during the winter, when eiders are on wintering grounds. An oil spill that spread into offshore waters of Harrison Bay during the fall molting/staging period would have the potential to affect a greater number of spectacled eiders than a nearshore spill (Fischer et al. 2002). Stehn and Platte (2000) developed an oil spill scenario for the central Beaufort Sea based on a spill size of 5,912 bbl. When taking spectacled eider densities in the Beaufort Sea into consideration, the highest mean number of spectacled eiders exposed to oil was two birds. However, since there is some evidence that spectacled eiders may occur in flocks in offshore Beaufort Sea habitats (Fischer et al. 2002), an offshore spill could potentially impact more birds than the number proposed in the analysis of Stehn and Platte (2000). Lingering effects from a winter spill could impact birds returning during the following breeding season if clean-up activities did not adequately remove contaminants from bird habitats and food sources.

## D.4.7    Increased Subsistence Hunting

### D.4.7.1    Birds Hunted in Previously Inaccessible Areas

Subsistence hunting and egg collecting activities could affect spectacled and Steller's eiders. The numbers of eiders and other bird species reported in subsistence harvest surveys conducted by the USFWS in various areas of Alaska can be found on their website (http://alaskafws.gov/ambcc/index.htm). Data in the reports include both numbers of birds and eggs harvested. The numbers of spectacled and Steller's eiders in the harvest surveys are reported for the Y-K Delta, the Bristol Bay area, St. Lawrence Island, the Bering Strait area, and the northwest Arctic Region. Little current information on subsistence harvest of spectacled or Steller's eiders from most areas on the North Slope is available (Wentworth 2004); SRBA and ISER (1993) reported one spectacled eider and three Steller's eiders were harvested annually from the Barrow area from April 1987 through March 1990. The actual numbers are probably higher because the average annual harvest for eiders unidentified to species was 5,982, some of which may have been spectacled or Steller's eiders. In the Planning Area, some level of subsistence hunting of eiders probably occurs in the Nuiqsut area.

Nuiqsut and Umiat are the only communities located within the Planning Area, although hunters from Barrow and some other villages also use areas around Teshekpuk Lake for subsistence activities. Increased access of the Planning Area road system by subsistence hunters could result if the road system were accessible by ATV trails near Nuiqsut or Umiat, or if ATVs could be transported by boat to the road system at locations along river systems.

Exhibit 43, page 49 of 63

BIOLOGICAL ASSESSMENT

Motorized access to oil field infrastructure could open a much larger area to subsistence hunting than the area currently available. However, unless future roads or other means of access from villages to infrastructure in the Planning Area were developed, it is unlikely that the proposed development would increase access to subsistence hunters in the Planning Area. In addition, subsistence hunters often avoid developed areas for subsistence hunting. Therefore, increased subsistence hunting pressure on spectacled and Steller's eiders would be unlikely to result from the final Preferred Alternative.

### D.4.7.2    Lead Shot Accumulation Over a Greater Area

Lead poisoning has been reported as a source of spectacled eider mortality in the Y-K Delta that may have implications on a population level (Franson et al. 1995; Flint et al. 1997; Flint and Grand 1997; Grand et al. 1998). Lead shot used for hunting accumulates in wetland sediments used as feeding habitat by eiders and other waterfowl. Lead poisoning occurs primarily via ingestion of spent lead shot, which may remain available for consumption by eiders and other waterfowl for many years because of its low settlement rate (Flint 1998). Fewer studies have been conducted on the ACP; however, blood samples from nesting female Steller's eiders at Barrow in 1999 and 2000 all had concentrations exceeding the clinical level for lead exposure (USDOI USFWS 2002). If the source of the lead is on the breeding grounds, levels of exposure would be expected to increase for adults and young during the course of the breeding season (Flint et al. 1997).

The use of lead shot is currently illegal for hunting waterfowl, but is legal for hunting upland game birds such as ptarmigan. Lead shot used legally to hunt upland game birds could enter eider foraging habitats located adjacent to upland areas. Additionally, lead shot could also enter eider foraging habitats if used illegally to hunt waterfowl. Increased access to subsistence hunting areas in the Planning Area could increase the potential for both legal and illegal accumulation of lead shot in spectacled and Steller's eider habitats. High priority recovery tasks proposed by the Steller's Eider Recovery Team include monitoring of lead exposure levels throughout the species' range, and banning the use of lead shot for upland game birds in wetland environments (Swem 2004).

## D.4.8    Toxics

Organic pollutants and metals can be found in various types of environments throughout the world. The availability of these contaminants and their effects on waterfowl are becoming popular topics of study for researchers (e.g., Franson et al. 1995; Henny et al. 1995, 1998; Stout 1998; Trust et al. 2000; Stout et al. 2002; Grand et al. 2002). Contaminants that are sometimes spilled during oil and gas exploration and development activities include drilling mud, waste water, used crankcase oil, dust-control chemicals, reserve pit fluids, diesel fuel, glycol, crude oil, and salt water (Walker 1996). Current policies in North Slope oil fields require that any spills of toxic materials, including small quantities of material, be reported and cleaned up as soon as possible. In addition, current and future development practices have eliminated hazardous reserve pits that may have been a source of contaminants for threatened eiders.

## D.4.9    Mitigating Measures

Implementation of stipulations and ROPs (selected and abbreviated from the list of final Preferred Alternative stipulations and ROPs presented in Table 2-2 of the Final Amended IAP/EIS) could conserve important eider habitats, decreasing the probability of disturbance or displacement of eiders. The two following mitigation measures are specifically directed toward avoiding listed eiders, as much as possible, during the placement of oil facilities:

* Aerial surveys for breeding pairs would occur in areas proposed for development, and consultation with USFWS and BLM concerning the design and location of structures would be required before approval of any construction, if listed eiders were present in such areas (ROP E-11); and

**Exhibit 43, page 50 of 63**

- An ecological land classification map would be developed for use in siting facilities, with the intent of moving the proposed location of facilities, to the extent possible, away from habitat types of greater importance for listed eiders to those of lesser importance (ROP E-12).

The following seven mitigation measures are directed toward protection of fisheries, lake-dwelling waterbirds, raptor nesting areas, and human subsistence activities. Nonetheless, they could benefit listed eiders if eider habitat were to occur within the prescribed setbacks and No Surface Occupancy areas:

- Approval for location of permanent oil and gas facilities within 500 feet (150 meters) of fish-bearing waterbodies or within 100 feet (30 meters) of non-fish-bearing water bodies would be restricted to those facilities that are likely to cause minimal impacts to wildlife (Lease Stipulation E-2);

- Permanent oil and gas facilities would be prohibited within setback zones of ½ to 1 mile of listed waterways (Lease Stipulation K-1);

- Permanent oil and gas facilities would be prohibited within ¼ mile of deepwater lakes with depths greater than 13 feet (4 meters; Lease Stipulation K-2);

- Within the Goose Molting Area no permanent oil and gas facilities, except for pipelines, would be allowed on the approximately 216,000 acres shown on Map 2-4. No exceptions would be considered (Lease Stipulation K-4);

- Within the Caribou Movement Corridor, no permanent oil and gas facilities, including pipelines, would be allowed on the approximately 16,000 acres shown on Map 2-4 (Lease Stipulation K-9);

- Within the Southern Caribou Calving Area, no permanent oil and gas facilities, excluding pipelines, would be allowed on the approximately 141,000 acres shown on Map 2-4 (Lease Stipulation K-10); and

- Surface disturbance would be limited to 300 acres within each of seven lease tracts shown on Map 2-4; this does not include surface disturbance activities from pipeline construction (No Exceptions; Lease Stipulation K-11).

These mitigation measures are intended to benefit wildlife and fisheries in general, and so would provide some benefit to listed eiders as well:

- The facility footprint would be minimized and air traffic would be reduced (ROP E-5);

- Facilities would be prevented from providing nesting, denning, or shelter sites for ravens, raptors, and foxes (ROP E-9);

- Lighting would be provided on structures exceeding 20 feet (6 meters) in height to prevent migrating waterfowl, including threatened eiders, from striking oil and gas related facilities during low light conditions (ROP E-10);

- All personnel would be provided with information about applicable ROPs and stipulations, and the importance of not disturbing biological resources, habitats, and bird colonies (ROP I-1); and

- Permanent oil and gas facilities would be prohibited within ¾ mile of the coast, to the extent practicable (Lease Stipulation K-6).

## D.4.10  Effects of Abandonment

Abandonment and reclamation of satellite fields would likely coincide with abandonment and reclamation of corresponding CPFs. Abandonment operations would entail removing all equipment, cutting well casings a minimum of 3 feet below the surface, and plugging wells. Gravel, or gravel/sand pads would not be removed, but allowed to bed naturally. Overall, abandonment operations would take many years, as revegetation and environmental monitoring studies would continue to document the long-term effects of operations at a particular site. A series of permitting and inspection activities would be associated with abandonment procedures (Stipulation

**Exhibit 43, page 51 of 63**

BIOLOGICAL ASSESSMENT

G-1). Abandonment activities would occur during winter months, when ice roads could be constructed to allow the removal of equipment. Abandonment monitoring would require periodic revisits to gather information on environmental parameters related to natural bedding and to document the success of abandonment actions. Normally, one helicopter with a crew of three would visit the sites annually for the first 5 years, followed by visits with increasing time gaps over the next 10 years. Each site visit would last a maximum of 1 day per visit, and there would be a maximum of 1 visit per year. It is expected that effects from abandonment would be negligible, because the pads would have been in place for nearly 3 decades, and eiders would have relocated to more suitable habitat.

### D.4.11   Protection Recommendations

Protection recommendations are addressed in Section 4.2.2.5 (Spill Prevention and Response).

# D.5   Cumulative Effects on Spectacled and Steller's Eiders

Since 1965, approximately 9.7 million acres of North Slope/Beaufort Sea acreage have been leased through 32 state sales, including many combined sales. In the past 10 years, the State of Alaska has conducted 12 lease sales in this area, leasing approximately 4.5 million acres. The State of Alaska has conducted annual area-wide sales in the Beaufort Sea and on the North Slope since 1995. Each Beaufort Sea offering would extend from Barrow to the Canadian border, while onshore sales would offer all unleased state lands between the Arctic National Wildlife Refuge and the National Petroleum Reserve – Alaska. The most recent sales were held in October 2004.

There currently are 25 producing oil fields on the North Slope, with Prudhoe Bay, North Prudhoe Bay, Kuparuk River, Alpine field, Milne Point, and Endicott being the most productive. The Alpine field, which began producing on the Colville River Delta in 2000, is the closest that oil field infrastructure has come to the Planning Area. Plans to construct satellite developments associated with the Alpine field in the eastern portion of the Planning Area are being prepared, and construction would likely begin within the next 1 to 2 years.

Cumulative effects are defined in 50 CFR § 402.02 (Interagency Cooperation on the Endangered Species Act of 1973, as amended) as "…those effects of future state or private activities not involving federal activities that are reasonably certain to occur within the action area of the federal action subject to consultation." The cumulative effects described in this section relate to potential effects to spectacled and Steller's eiders that may result from state or private actions reasonably certain to occur within or near the Planning Area. These actions can include subsistence harvest activities, commercial fishing activities, and recreational activities. The potential for construction of a road from Nuiqsut to existing infrastructure in the Prudhoe Bay oil field could also affect spectacled or Steller's eiders on State lands.

## D.5.1   Potential Effects to Subsistence Harvest

Subsistence harvesting of spectacled and Steller's eiders is estimated to remove hundreds of birds annually from the Alaskan breeding population (AMBCC 2003). Surveys conducted by the USFWS have reported numbers of birds and eggs harvested annually for western Alaska and the Bristol Bay area. No estimates of the numbers of spectacled and/or Steller's eiders harvested annually are available for most areas of the North Slope. Stephen R. Braund Associates and ISER (1993) reported that a few spectacled and Steller's eiders were harvested in the Barrow area from 1987 to 1990, but most harvested eiders were not identified to species. Likewise, no recent information is available on the numbers of spectacled or Steller's eiders that may be harvested by residents of Nuiqsut.

Under the development scenario for the final Preferred Alternative, no roads connecting development infrastructure to Nuiqsut or other North Slope villages would be constructed. Thus, the proposed development would be unlikely to increase access to subsistence hunters in the Planning Area. However, the potential construction of a road from Nuiqsut to existing infrastructure in the Prudhoe Bay oil field could increase access to spectacled and Steller's eider habitats for subsistence hunters at the eastern edge of the Planning Area and adjacent lands to the east. This

BIOLOGICAL ASSESSMENT

increased access could result in a greater level of eider mortality, and could increase the potential for contamination of eider habitats with lead shot.

## D.5.2    Potential Effects to Commercial Fishing

A small commercial fishery is located in the Colville River Delta, where fishing activities occur at numerous scattered locations. Commercial fishing activities are conducted under the ice during the winter when eiders are not present on the ACP. The commercial fishery would not be expected to have any additional increased negative impact to spectacled or Steller's eiders.

## D.5.3    Recreational Activities

A small amount of recreational activity could occur within or adjacent to the Planning Area. Approximately eight summer float trips are expected to occur annually on the Colville River, typically with four persons per party. Recreational activity on the Colville River near the coast, where spectacled eider densities are greatest, is expected to be less than activity further up river. Float trip traffic would generally pass through most areas without causing significant disturbance to spectacled or Steller's eiders. Float trip groups that stop at campsites along the river for overnight camping could cause disturbance to eiders and result in temporary or permanent displacement from preferred feeding, nesting, or brood-rearing habitats. Based on the low densities of eiders in the Planning Area and adjacent lands, and on the relatively small number and size of float groups expected annually, the impacts of recreational activities would not be likely to affect more than a few spectacled or Steller's eiders.

## D.5.4    Nuiqsut Road Construction

The State of Alaska, Department of Transportation is considering the possibility of a new road that would be constructed from Nuiqsut to existing roads in the Prudhoe Bay oil field. Road construction could cause permanent and temporary habitat loss or alteration on state lands along and adjacent to the footprint of the road, which could affect spectacled and Steller's eider habitats. The effects of habitat loss would be the same as those discussed for gravel roads and pits in the Planning Area. Disturbance from vehicular or pedestrian traffic along the road could also cause permanent or temporary displacement of eiders from preferred habitats near the road, which could in turn disrupt feeding behavior and affect energy budgets, cause permanent or temporary nest abandonment, or cause behavioral disturbance to brood-rearing groups. Vehicular traffic on the Nuiqsut road could increase the potential for eider mortality due to collisions with vehicles, particularly during the spring when eiders may be attracted to areas near the road where habitats are open early in the season. A road from Nuiqsut to roads in the Prudhoe Bay oil field could increase access by subsistence hunters, which could result in increased eider mortality due to subsistence hunting. In addition, increased contamination of eider feeding habitats could potentially result from the use of lead shot, which could also impact survival of individual eiders.

# D.6  Agency Determination

In accordance with Section 7(a)(2), Endangered Species Act of 1973, as amended (16 USC 1531 et seq.), the BLM's action of amending the Northeast National Petroleum Reserve – Alaska IAP/EIS **may affect and is likely to adversely affect** the listed spectacled and Steller's eiders within the Planning Area. Using conservative (high) estimates of eider density, approximately 84 spectacled eiders and 5 Steller's eiders (assuming impacts occur to eiders within 200 meters of zone of influence) could be impacted over the life span of the reasonably foreseeable development activities analyzed by the Amended IAP/EIS. Required Operating Procedures and stipulations are expected to substantially reduce the number of eiders expected to be impacted. No designated Critical Habitat for either species occurs within the Planning Area, thus no adverse modification would occur.

Exhibit 43, page 53 of 63

BIOLOGICAL ASSESSMENT

## D.7  Bibliography

**Alaska Biological Research, Inc. (ABR). 2002.** Biological Assessment for the Spectacled Eider at the CD North Satellite Development, Colville River Delta, 2002. Report Prepared for Phillips Alaska, Inc., by Alaska Biological Research, Inc., Fairbanks, Alaska.

**Alaska Migratory Bird Co-Management Council (AMBCC). 2003.** [http://alaska.fws.gov/ambcc/index.htm].

**Anderson, B.A., and S.M. Murphy. 1988.** Lisburne Terrestrial Monitoring Program-1986 and 1987: The Effects of the Lisburne Powerline on Birds. Report Prepared by Alaska Biological Research, Inc., Fairbanks, Alaska, for ARCO Alaska, Inc., Anchorage, Alaska.

_____, _____, **M.T. Jorgenson, D.S. Barber, and B.A. Kugler. 1992.** GHX-1 Waterbird and Noise Monitoring Program. Final Report Prepared by Alaska Biological Research, Inc., and BNN Systems and Technologies Corporation for ARCO Alaska, Inc., Anchorage, Alaska.

_____, **C.B. Johnson, B.A. Cooper, L.N. Smith, and A. Stickney. 1999.** Habitat Associations of Nesting Spectacled Eiders on the Arctic Coastal Plain of Alaska. Pages 27-33 *In* R.I. Goudie, M.R. Petersen, and G.J. Robertson, (eds.). Canadian Wildlife Service Occasional Paper No. 100.

_____, **R.J. Ritchie, A.A. Stickney, J.E. Shook, J.P. Parrett, A.M. Wildman, and L.B. Attanas. 2003.** Avian Studies in the Kuparuk Oil Field, Alaska, 2002. Report Prepared by Alaska Biological Research, Inc., Fairbanks, Alaska, for ConocoPhillips Alaska, Inc., Anchorage, Alaska.

**Auerbach, N.A., M.D. Walker, and D.A. Walker. 1997.** Effects of Roadside Disturbance on Substrate and Vegetation Properties in Arctic Tundra. Ecological Applications 7(1):218-235.

**Balogh, G. 1997.** Spectacled Eiders: Threatened Seaduck on the National Petroleum Reserve – Alaska. National Petroleum Reserve – Alaska Symposium Proceedings: Science, Traditional Knowledge, and the Resources of the Northeast Planning Area of the National Petroleum Reserve – Alaska, April 16-18, 1997, Anchorage, Alaska.

**Bart, J. 1977.** The Impact of Human Visitation on Avian Nesting Success. Living Bird 16:187-192.

**Belanger, L., and J. Benard. 1989.** Responses of Staging Greater Snow Geese to Human Disturbance. Journal of Wildlife Management 53(3):713-719.

**Benson, A.J., and A.W. Trites. 2002.** Ecological Effects of Regime Shifts in the Bering Sea and Eastern North Pacific Ocean. Fish and Fisheries 3:95-113.

**Bergman, R.D., R.L. Howard, K.F. Abraham, and M.W. Weller. 1977.** Water Birds and Their Wetland Resources in Relation to Oil Development at Storkerson Point, Alaska. U.S. Fish and Wildlife Service Resource Publication 129. U.S. Department of Interior, U.S. Fish and Wildlife Service, Washington, D.C.

**Burger, J. 1986.** The Effect of Human Activity on Shorebirds in Two Coastal Bays in Northeastern United States. Environmental Conservation 13(2):123-130.

**Burgess, R.M. 2000.** Arctic Fox. Pages 159-178 *In* The Natural History of an Arctic Oil Field: Development and the Biota, J.C. Truett and S.R. Johnson (eds.). Academic Press, San Diego, California.

**Exhibit 43, page 54 of 63**

BIOLOGICAL ASSESSMENT

_____, C.B. Johnson, B.E. Lawhead, A.M. Wildman, P.E. Seizer, A.A. Stickney, and J.R. Rose. 2003a. Wildlife Studies in the CD South Study Area, 2002. Third Annual Report. Prepared by Alaska Biological Research, Inc., Environmental Research and Services, Fairbanks, Alaska, for ConocoPhillips.

_____, _____, A.M. Wildman, P.E. Seiser, J.R. Rose, A.K. Prichard, T.J. Mabee, A.A. Stickney, and B.E. Lawhead. 2003b. Wildlife Studies in the Northeast Planning Area of the National Petroleum Reserve – Alaska, 2002. Prepared by Alaska Biological Research, Inc., Environmental Research and Services, Fairbanks, Alaska, for Phillips Alaska, Inc.

Bustnes, J.O., and G.H. Systad. 2001. Comparative Feeding Ecology of Steller's Eider and Long-tailed Duck in Winter. Waterbirds 24(3):407-412.

Dau, C. 1974. Nesting Biology of the Spectacled Eider, *Somateria fischeri* (Brant), on the Yukon-Kuskokwim Delta, Alaska. M.S. Thesis. University of Alaska, Fairbanks, Alaska.

Day, R.H. 1998. Predator Populations and Predation Intensity on Tundra-nesting Birds in Relation to Human Development. Report Prepared by Alaska Biological Research, Inc., Fairbanks, Alaska, for U.S. Department of Interior, U.S. Fish and Wildlife Service, Northern Ecological Services.

_____, and J.R. Rose. 2000. Eider Surveys at ASAF Radar Sites in Northern Alaska, June 2000. Report Prepared by Alaska Biological Research. Inc., Fairbanks, Alaska, for U.S. Department of Interior, U.S. Fish and Wildlife Service, Northern Alaska Ecological Services.

_____, R.J. Ritchie, and D.A. Flint. 1995. Spectacled and Steller's Eider Surveys at Remote Air Force Sites in Alaska, 1994. Annual Report, Legacy Project 000350. Prepared by Alaska Biological Research, Inc., Fairbanks, Alaska, for EA Engineering, Science, and Technology, and the United States Air Force, Elmendorf Air Force Base, Alaska.

_____, J.R. Rose, B.A. Cooper, and R.J. Blaha. 2002. Migration Rates and Flight Behavior of Migrating Eiders Neat Towers at Barrow, Alaska. Pages 141-142 *In* Climate Monitoring and Diagnostics Laboratory Summary Report No. 26, 2001-2002, D.B. King, R.C. Schnell, R.M. Rosson, and C. Sweet (eds.). U.S. Department of Commerce, National Oceanic and Atmospheric Administration, Boulder, Colorado.

_____, _____, R.J. Ritchie, J.E. Shook, and B.A. Cooper. 2003. Collision Potential of Eiders and Other Birds Near a Proposed Windfarm at St. Lawrence Island, October-November 2002. Prepared by Alaska Biological Research, Inc., Fairbanks, Alaska, for Alaska Industrial and Development Authority, Alaska Energy Authority.

Derksen, D.V., T.C. Rothe, and W.D. Eldridge. 1981. Use of Wetland Habitats by Birds in the National Petroleum Reserve – Alaska. Resource Publication 141. U.S. Department of Interior, U.S. Fish and Wildlife Service, Washington, D.C.

_____, K.S. Bollinger, D. Esler, K.C. Jensen, E.J. Taylor, M.S. Miller, and M.W. Weller. 1992. Effects of Aircraft on Behavior and Ecology of Molting Black Brant Near Teshekpuk Lake, Alaska. Prepared by U.S. Fish and Wildlife Service, Alaska Fish and Wildlife Research Center, Anchorage, Alaska, and Department of Wildlife and Fisheries Science, Texas A&M University, College Station, Texas, for U.S. Department of Interior, Bureau of Land Management, Fairbanks, Alaska, and Minerals Management Service, Anchorage, Alaska.

Eberhardt, L.E., R.A. Garrott, and W.C. Hanson. 1983a. Winter Movements of Arctic Foxes, *Alopex lagopus*, in a Petroleum Development Area. Canadian Field-Naturalist 97(1):66-70.

Exhibit 43, page 55 of 63

BIOLOGICAL ASSESSMENT

_____, _____, and _____. **1983b.** Den Use by Arctic Foxes in Northern Alaska. Journal of Mammalogy 64(1):97-102.

_____, **W.C. Hanson, J.L. Bengston, R.A. Garrot, and E.E. Hanson. 1982.** Arctic Fox Home Range Characteristics in an Oil-developed Area. Journal of Wildlife Management 46:183-190.

Ely, C.R., C.P. Dau, and C.A. Babcock. **1994.** Decline in a Population of Spectacled Eiders Nesting on the Yukon-Kuskokwim Delta, Alaska. Northwestern Naturalist 75:81-87.

Fischer, J.B., T.J. Tiplady, and W.W. Larned. **2002.** Monitoring Beaufort Sea Waterfowl and Marine Birds, Aerial Survey Component. Outer Continental Shelf Study, MMS 2002-002. U.S. Department of Interior, U.S. Fish and Wildlife Service, Division of Migratory Bird Management, Anchorage, Alaska.

Flint, P.L. **1998.** Settlement Rate of Lead Shot in Tundra Wetlands. Journal of Wildlife Management 62(3):1099-1102.

_____ and J.B. Grand. **1997.** Survival of Spectacled Eider Adult Females and Ducklings During Brood Rearing. Journal of Wildlife Management 61(1):217-221.

_____ and M.P. Herzog. **1999.** Breeding of Steller's Eiders, *Polysticta stelleri*, on the Yukon-Kuskokwim Delta, Alaska. Canadian Field-Naturalist 113:306-308.

_____, M.R. Peterson, and J.B. Grand. **1997.** Exposure of Spectacled Eiders and Other Diving Ducks to Lead in Western Alaska. Canadian Journal of Zoology 75:439-443.

_____, J.B. Grand, J.A. Morse, and T.F. Fondell. **2000a.** Late Summer Survival of Adult and Juvenile Spectacled Eiders on the Yukon-Kuskokwim Delta, Alaska. Waterbirds 23(2):292-297.

_____, M.R. Peterson, C.P. Dau, and J.D. Nichols. **2000b.** Annual Survival and Site Fidelity of Steller's Eiders Molting Along the Alaska Peninsula. Journal of Wildlife Management 64(1):261-268.

Franson, J.C., M.R. Petersen, C.U. Meteyer, and M.R. Smith. **1995.** Lead Poisoning of Spectacled Eiders (*Somateria fischeri*) and of a Common Eider (*Somateria mollissima*) in Alaska. Journal of Wildlife Diseases 31(2):268-271.

_____, _____, L.H. Creekmore, P.L. Flint, and M.R. Smith. **1998.** Blood Lead Concentrations of Spectacled Eiders Near the Kashunuk River, Yukon Delta National Wildlife Refuge, Alaska. Ecotoxicology 7:175-181.

Fredrichson, L.H. **2001.** Steller's Eider (*Polysticta stelleri*). *In* The Birds of North America, No. 571, A. Poole and F. Gill (eds.). The Birds of North America, Inc., Philadelphia, Pennsylvania.

Garrott, R.A., L.E. Eberhardt, and W.C. Hanson. **1983.** Summer Food Habits of Juvenile Arctic Foxes in Northern Alaska. Journal of Wildlife Management 47(2):540-544.

_____, J.R. Goldberry, and R.A. Davis. **1974.** Aircraft Disturbance to Moulting Sea Ducks, Herschel Island, Yukon Territory, August, 1972. *In* Arctic Gas Biological Report Series No. 14.

Götmark, F. **1992.** The Effect of Investigator Disturbance on Nesting Birds. Current Ornithology 9:63-104.

**Exhibit 43, page 56 of 63**

BIOLOGICAL ASSESSMENT

Grand, J.B., P.L. Flint, M.R. Petersen, and P.J. Heglund. 1994. Nesting Success and Brood Survival of Spectacled Eiders on the Lower Kashunuk River, Yukon-Kuskokwim Delta, Alaska. Unpublished Progress Report. Migratory Bird Management, Alaska Fish and Wildlife Research Center, National Biological Survey, Anchorage, Alaska.

_____, J.C. Franson, P.L. Flint, and C.L. Moran. 1998. Effect of Lead Poisoning on Spectacled Eider Survival Rates. Journal of Wildlife Management 62(3):1103-1109.

_____, J.C. Franson, P.L. Flint, and M.R. Petersen. 2002. Concentrations of Trace Elements in Eggs and Blood of Spectacled and Common Eiders on the Yukon-Kuskokwim Delta, Alaska. Environmental Toxicology and Chemistry 21(8):1673-1678.

Hansen, D.J. 1981. The Relative Sensitivity of Seabird Populations in Alaska to Oil Pollution. BLM-YK-ES-006-1792. U.S. Department of Interior, Bureau of Land Management, Anchorage, Alaska.

Henny, C.J., D.D. Rudis, T.J. Roffe, and E. Robinson-Wilson. 1995. Contaminants and Sea Ducks in Alaska and the Circumpolar Region. Environmental Health Perspectives 103 (Supplement) 14:41-49.

Hodges, J.I., and W.D. Eldridge. 2001. Aerial Surveys of Eiders and Other Waterbirds on the Eastern Arctic Coast of Russia. Wildfowl 52:127-142.

Hollmén T., J.C. Franson, D.E. Docherty, M. Kilpa, M. Hario, L.H. Creekmore, and M.R. Petersen. 2000. Infectious Bursal Disease Virus Antibodies in Eider Ducks and Herring Gulls. Condor 102:688-691.

Johnson, C.B., M.T. Jorgenson, R.M. Burgess, B.E. Lawhead, and A.A. Stickney. 1996. Wildlife Studies on the Colville River Delta, Alaska, 1995. Fourth Annual Report Prepared by Alaska Biological Research, Inc., Fairbanks, Alaska, for ARCO Alaska, Inc., and the Kuukpik Unit Owners.

_____, B.E. Lawhead, D.C. Payer, J.L. Petersen, J.R. Rose, A.A. Stickney, and A.M. Wildman. 2001. Alpine Avian Monitoring Program, 2000. Prepared by Alaska Biological Research, Inc., Fairbanks, Alaska, for Phillips Alaska, Inc., Anchorage, Alaska, and Kuukpik Unit Owners.

_____, R.M. Burgess, B.E. Lawhead, J.P. Parrett, J.R. Rose, A.A. Stickney, and A.M. Wildman. 2003a. Wildlife Studies in the CD North Study Area, 2002. Third Annual Report Prepared by Alaska Biological Research, Inc., Environmental Research and Services, Fairbanks, Alaska, for ConocoPhillips Alaska, Inc., Anchorage, Alaska.

_____, _____, _____, J.A. Neville, J.P. Parrett, A.K. Prichard, J.R. Rose, A.A. Stickney, and A.M. Wildman. 2003b. Alpine Avian Monitoring Program, 2001. Fourth Annual and Synthesis Report Prepared by Alaska Biological Research, Inc., Environmental Research & Services, Fairbanks, Alaska, for ConocoPhillips Alaska, Inc., and Anadarko Petroleum Corporation.

Johnson, S.R. 1984. Habitat Use and Behavior of Nesting Common Eiders and Molting Oldsquaws at Thetis Island, Alaska, During a Period of Industrial Activity. Report Prepared by LGL Alaska Research Associates, Inc., for SOHIO Alaska Petroleum Company, Anchorage, Alaska.

_____. 2000. Lesser Snow Goose. Pages 233-257 In The Natural History of an Arctic Oil Field: Development and the Biota, J.C. Truett and S.R. Johnson (eds.). Academic Press, San Diego, California.

_____, and D.R. Herter. 1989. The Birds of the Beaufort Sea. BP Exploration (Alaska), Inc., Anchorage, Alaska.

BIOLOGICAL ASSESSMENT

Kertell, K. 1991. Disappearance of the Steller's Eider from the Yukon-Kuskokwim Delta, Alaska. Arctic 44(3):177-187.

_____. 1993. Macroinvertebrate Production and Waterbird Use of Natural Ponds and Impoundments in the Prudhoe Bay Oil Field, Alaska. Report Prepared by LGL Alaska Research Associates, Inc., Anchorage, Alaska, for BP Exploration (Alaska), Inc.

_____. 1994. Water Quality and Pacific Loon Breeding Biology on Natural Ponds and Impoundments in the Prudhoe Bay Oil Field, Alaska. Report Prepared by LGL Alaska Research Associates, Inc., Anchorage, Alaska, for BP Exploration (Alaska), Inc.

Kevan, P.G., B.C. Forbes, S.M. Kevan, and V. Behan-Pelletier. 1995. Vehicle Tracks on High Arctic Tundra: Their Effects on the Soil, Vegetation, and Soil Arthropods. Journal of Applied Ecology 32:655-667.

Larned, W.W. 2003. Steller's Eider Spring Migration Surveys Southwest Alaska 2003. Report Prepared by U.S. Department of Interior, U.S. Fish and Wildlife Service, Migratory Bird Management, Waterfowl Branch, Anchorage, Alaska.

_____, and G.R. Balogh. 1997. Eider Breeding Population Survey, Arctic Coastal Plain, Alaska, 1992-96. U.S. Department of Interior, U.S. Fish and Wildlife Service, Migratory Bird Management, Soldotna, Alaska, and Ecological Services, Anchorage, Alaska.

_____, and T. Tiplady. 1999. Late Winter Population and Distribution of Spectacled Eiders (*Somateria fischeri*) in the Bering Sea 1998. U.S. Department of Interior, U.S. Fish and Wildlife Management, Migratory Bird Management, Waterfowl Branch, Anchorage, Alaska.

_____, G.R. Balogh, and M.R. Petersen. 1995. Distribution and Abundance of Spectacled Eiders (*Somateria fischeri*) in Ledyard Bay, Alaska September 1995. Report Prepared by U.S. Department of Interior, U.S. Fish and Wildlife Management, Migratory Bird Management, Alaska Science Center, Anchorage, Alaska.

_____, R. Stehn, and R. Platte. 2003. Eider Breeding Population Survey, Arctic Coastal Plain, Alaska 2003. U.S. Department of Interior, U.S. Fish and Wildlife Management, Migratory Bird Management, Waterfowl Management Branch, Soldotna and Anchorage, Alaska.

LGL. 1992. Use of Kasegaluk Lagoon, Chukchi Sea, Alaska, by Marine Birds and Mammals. Report Prepared by LGL Alaska Research Associates, Inc., Anchorage, Alaska, and Alaska Department of Fish and Game, Fairbanks, Alaska, for U.S. Department of Interior, Minerals Management Service, Herndon, Virginia.

Lovvorn, J.R., S.E. Richman, J.M. Grebmeier, and LW. Cooper. 2003. Diet and Body Condition of Spectacled Eiders Wintering in Pack Ice of the Bering Sea. Polar Biology 26:259-267.

Mallek, E.J., R. Platte, and R. Stehn. 2003. Aerial Breeding Pair Surveys of the Arctic Coastal Plain of Alaska-2002. Unpublished Report by U.S. Department of Interior, U.S. Fish and Wildlife Service, Waterfowl Management, Fairbanks, Alaska.

Major, M. 2004. Personal Communication between S. Ellsworth (ENSR) and Mark Major (ConocoPhillips Alaska Inc.) on the Number of Days to Drill a Typical North Slope Well.

Mantua, N.J., S.R. Hare, Y. Zhang, J.M. Wallace, and R.C. Francis. 1997. A Pacifical Interdecadal Climate Oscillation with Impacts on Salmon Production. Bulletin of the American Meteorological Society 78(6):1069-1079.

Exhibit 43, page 58 of 63

BIOLOGICAL ASSESSMENT

Martin, P. 1997a. Predators and Scavengers Attracted to Locales of Human Activity. National Petroleum Reserve – Alaska Symposium Proceedings: Science, Traditional Knowledge, and the Resources of the Northeast Planning Area of the National Petroleum Reserve – Alaska, April 16-17, 1997, Anchorage, Alaska.

_____. 1997b. Personal Communication as Cited in U.S. Department of Interior, Bureau of Land Management, 2003, Biological Assessment for Threatened and Endangered Species with Respect to the Proposed Northwest National Petroleum Reserve – Alaska Integrated Activity Plan. Anchorage, Alaska.

McDonald, T.L., S. Wolfe, P. Jensen, B. Haley, W.J. Wilson, and R.G.B. Senner. 2002. Risk Assessment for a Proposed Spectacled Eider Unusually Sensitive Area (USA), Alaska North Slope. Report Prepared by Western Ecosystems Technology, Inc., Cheyene, Wyoming, and LGL Alaska Research Associates, Inc., Anchorage, Alaska.

McKechnie, A.M., and D.N. Gladwin. 1993. Aircraft Overflight Effects on Wildlife Resources. Report No. 290940.22. Prepared for by Harris, Miller, Miller, & Hanson, Inc., Lexington, Massachusetts, and Sterna Fuscata, Inc., Fort Collins, Colorado, for U.S. Department of Interior, National Park Service, Denver, Colorado.

McKendrick, J.D. 2000. Vegetative Responses to Disturbance. Pages 35-56 *In* The Natural History of an Arctic Oil Field: Development and the Biota, J.C. Truett and S.R. Johnson (eds.). Academic Press, San Diego, California.

Merrick, R.L. 1997. Current and Historic Roles of Apex Predators in the Bering Sea Ecosystem. Journal of Northwest Atlantic Fisheries Science 22:343-355.

Murphy, S.M., and B.A. Anderson. 1993. Lisburne Terrestrial Monitoring Program: The Effects of the Lisburne Development Project on Geese and Swans, 1985-1989. Report by Alaska Biological Research, Inc., Fairbanks, Alaska, for ARCO Alaska, Inc.

_____, _____, C.L. Cranor, and C.B. Johnson. 1988. Lisburne Terrestrial Monitoring Program-1987: The Effects of the Lisburne Development Project on Geese and Swans. Report by Alaska Biological Research, Inc., Fairbanks, Alaska, for ARCO Alaska, Inc.

Myers, M.T. 1958. Preliminary Studies of the Behavior, Migration and Distributional Ecology of Eider Ducks in Northern Alaska, 1958. University of British Columbia, Department of Zoology, Vancouver, Canada.

Noel, L.E., C.T. Schick, and S.R. Johnson. 1996. Quantification of Habitat Alterations and Bird Use of Impoundments in the Prudhoe Bay Oil Field, Alaska, 1994. Report Prepared by LGL Alaska Research Associates, Inc., Anchorage, Alaska, for BP Exploration (Alaska), Inc.

_____, R.J. Rodrigues, and S.R. Johnson. 2001. Pre-nesting, Brood-rearing, and Molting Waterfowl in the National Petroleum Reserve – Alaska Planning Area, Summer 2000. Report Prepared by LGL Alaska Research Associates, Inc., Anchorage, Alaska, for BP Exploration (Alaska), Inc.

_____, G.M. O'Doherty, and S.R. Johnson. 2002. Nesting Status of the Common Eider and the Glaucous Gull in the Central Alaskan Beaufort Sea, 2002. Report Prepared by LGL Alaska Research Associates, Inc., Anchorage, Alaska, for BP Exploration (Alaska), Inc.

Obritschkewitsch, T., and P.D. Martin. 2002a. Breeding Biology of Steller's Eiders Nesting Near Barrow, Alaska 2001. U.S. Fish and Wildlife Service Technical Report NAES-TR-02-01. U.S. Department of Interior, U.S. Fish and Wildlife Service, Fairbanks, Alaska.

**Exhibit 43, page 59 of 63**

BIOLOGICAL ASSESSMENT

_____, and _____. 2002b. Breeding Biology of Steller's Eiders Nesting Near Barrow, Alaska 2002. U.S. Fish and Wildlife Service Technical Report. U.S. Department of Interior, U.S. Fish and Wildlife Service, Fairbanks, Alaska.

_____, _____, and R.S. Suydam. 2001. Breeding Biology of Steller's Eiders Nesting Near Barrow, Alaska, 1999-2000. Technical Report NAES-TR-01-04. U.S. Department of Interior, U.S. Fish and Wildlife Service, Fairbanks, Alaska, and North Slope Borough, Barrow, Alaska.

Patten, S.M., and L.R. Patten. 1979. Evolution, Pathobiology, and Breeding Ecology of Large Gulls (*Larus*) in Northeast Gulf of Alaska and Effects of Petroleum Exposure on the Breeding Ecology of Gulls and Kittiwakes. U.S. Department of Commerce, National Oceanic and Atmospheric Administration, Boulder, Colorado.

_____, R. Gustin, and T. Crowe. 1991. Injury Assessment of Hydrocarbon Uptake by Sea Ducks in Prince William Sound and the Kodiak Archipelago, Alaska. State-Federal Natural Resource Damage Assessment for December 1990-November 1991. Draft Preliminary Natural Resource Damage Assessment Status Report, Bird Study Number 11.

Petersen, M.R., J.F. Piatt, and K.A. Trust. 1998. Foods of Spectacled Eiders (*Somateria fischeri*) in the Bering Sea, Alaska. Wildfowl 49:124-128.

_____, W.W. Larned, and D.C. Douglas. 1999. At-sea Distribution of Spectacled Eiders: A 120-year-old Mystery Resolved. Auk 116(4):1009-1020.

_____, J.B. Grand, and C.P. Dau. 2000. Spectacled Eider (*Somateria fischeri*) *In* The Birds of North America, No. 547, A. Poole and F. Gill (eds.). The Birds of North America, Inc., Philadelphia, Pennsylvania.

Platt, B. 2004. Personal Communication Between Robert Rodrigues (LGL) and B. Platt (USFWS). Fairbanks, Alaska.

Powell, A.N., R.L. McGuire, and R.S. Suydam. 2004. Breeding Biology and Habitat Use of King Eiders on the Coastal Plain of Northern Alaska. Coastal Marine Institute, Annual Report No. 10, Outer Continental Shelf Study MMS 2004-002. University of Alaska, Fairbanks, Alaska.

Quakenbush, L.T., and E. Snyder-Conn. 1993. Pathology and Contaminant Case Report on Three Steller's Eiders from Alaska. Technical Report NAES-TR-01. U.S. Department of Interior, U.S. Fish and Wildlife Service, Fairbanks, Alaska.

_____, and R. Suydam. 1999. Periodic Non-breeding of Steller's Eiders Near Barrow, Alaska, with Speculations on Possible Causes in Behaviour and Ecology of Sea Ducks. Pages 34-40 *In* R.I. Goudie, M.R. Petersen, and G.J. Robertson, (eds.). Canadian Wildlife Service Occasional Paper 100.

_____, _____, K.M. Fluetsch, and C.L. Donaldson. 1995. Breeding Biology of Steller's Eiders Nesting Near Barrow, Alaska 1991-1994. Technical Report NAES-TR-95-03. U.S. Department of Interior, U.S. Fish and Wildlife Service, Fairbanks, Alaska.

_____, R.H. Day, B.A. Anderson, F.A. Petelka, and B.J. McCaffery. 2002. Historical and Present Breeding Season Distribution of Steller's Eiders in Alaska. Western Birds 33:99-120.

Richardson, W.J., and S.R. Johnson. 1981. Waterbird Migration Near the Yukon and Alaskan Coast of the Beaufort Sea: I. Timing, Routes, and Numbers in Spring. Arctic 34(2):108-121.

Ritchie, R.J. 1987. Responses of Adult Peregrine Falcons to Experimental and Other Disturbance Along the Trans-Alaskan Pipeline System, Sagavanirktok River, Alaska, 1985, 1986. Final Report Prepared by Alaska Biological Research, Inc., Fairbanks, Alaska, for Alyeska Pipeline Service Company.

_____. 1991. Effects of Oil Development on Providing Nesting Opportunities for Gyrfalcons and Rough-legged Hawks in Northern Alaska. Condor 93:180-184.

_____, and J.C. King. 2002. Steller's Eider Surveys Near Barrow and the Meade River, Alaska, 2001.

_____, and _____. 2003. Steller's Eider Surveys Near Barrow and the Meade River, Alaska, 2002.

_____, and _____. 2004. Steller's Eider Surveys Near Barrow, Alaska, 2003. Annual Report Prepared for the U.S. Fish and Wildlife Service, Fairbanks, Alaska, North Slope Borough Department of Wildlife Management, Barrow, Alaska, and Alaska Army National Guard, Fort Richardson, Alaska, by ABR, Incorporated-Environmental Research and Services. Fairbanks, Alaska

_____, C.T. Schick, and J.E. Shook. 2003. Spectacled and Steller's Eiders Surveys and Habitat Mapping at U.S. Air Force Radar Sites in Northern Alaska, 2002. Report Prepared by Alaska Biological Research, Inc., Environmental Research and Services, Fairbanks, Alaska, for U.S. Department of Interior, U.S. Fish and Wildlife Service and U.S. Air Force, Elmendorf Air Force Base.

Rodgers, J.A., and H.T. Smith. 1995. Set-back Distances to Protect Nesting Bird Colonies from Human Disturbance in Florida. Conservation Biology 9(1):89-99.

_____, and S.T. Schwikert. 2001. Buffer-zone Distances to Protect Foraging and Loafing Waterbirds from Disturbance by Personal Watercraft and Outboard-powered Boats. Conservation Biology 16(1):216-224.

Rojek, N.A., and P.D. Martin. 2003. Breeding Biology of Steller's Eiders Nesting Near Barrow, Alaska 2002. U.S. Fish and Wildlife Service Technical Report. U.S. Department of Interior, U.S. Fish and Wildlife Service, Fairbanks, Alaska.

Rovansek, R. J., L. D. Hinzman, and D. L. Kane. 1996. Hydrology of a Tundra Wetland Complex on the Alaskan Arctic Coastal Plain, U.S.A. Arctic and Alpine Research 28: 311-317.

Schweinsburg, R.E. 1974. Snow Geese Disturbance by Aircraft on the North Slope, September, 1972. *In* Arctic Gas Biological Report Series No. 14.

Springer, A., and J. Pirtle. 1997. Spectacled Eiders in Norton Sound: Natural History and Conservation Concerns. Summary Report to the University of Alaska, Institute of Marine Science, Spectacled Eider Recovery Team, Fairbanks, Alaska.

Stehn, R., and R. Platte. 2000. Exposure of Birds to Assumed Oil Spills at the Liberty Project. U.S. Department of Interior, U.S. Fish and Wildlife Service, Migratory Bird Management, Anchorage, Alaska.

_____, C.P. Dau, B. Conant, and W.I. Butler, Jr. 1993. Decline of Spectacled Eiders Nesting in Western Alaska. Arctic 46(3):264-277.

Steidl, R.J., and R.G. Anthony. 2000. Experimental Effects of Human Activity on Breeding Bald Eagles. Ecological Applications 10(1):258-268.

Stephen R. Braund and Associates (SRBA) and Institute of Social and Economic Research (ISER). 1993. North Slope Subsistence Study, Barrow 1987, 1988, 1989. Outer Continental Shelf Report, MMS 91-0086. U.S. Department of Interior, Minerals Management Service, Anchorage, Alaska.

Exhibit 43, page 61 of 63

BIOLOGICAL ASSESSMENT

Stickel, L.F., and M.P. Dieter. 1979. Ecological and Physiological/Toxicological Effects of Petroleum on Aquatic Birds: A Summary of Research Activities FY 1976 through FY 1978. FWS/OBS-79/23. U.S. Department of Interior, U.S. Fish and Wildlife Service, Biological Services Program, Slidell, Louisiana.

Stout, J.H. 1998. Spectacled Eider (*Somateria fischeri*) Contaminants Summary Report. Technical Report WAES-TR-98-01. U.S. Department of Interior, U.S. Fish and Wildlife Service, Ecological Services, Anchorage, Alaska.

_____, K.A. Trust, J.F. Cochrane, R.S. Suydam, and L.T. Quakenbush. 2002. Environmental Contaminants in Four Eider Species from Alaska and Arctic Russia. Environmental Pollution 119:215-226.

Suydam, R., L. Quakenbush, M. Johnson, J.C. George, and J. Young. 1997. Migration of King and Common Eiders Past Point Barrow, Alaska, in Spring 1987, Spring 1994, and Fall, 1994. Pages 1-29 *In* Occasional Paper No. 94, D.L. Dixon (ed.). Canadian Wildlife Service, Ottawa, Ontario.

_____, _____, D.L. Dickson, and T. Obritschkewitsch. 2000. Migration of King Eiders, *Somateria spectabilis*, and Common Eiders, *S. mollissima nigra*, Past Point Barrow, Alaska, During Spring and Summer/Fall 1996. Canadian Field-Naturalist 114:444-452.

Swem, T. 2004. Electronic Mail Received April 19, 2004 from T. Swen, U.S. Fish and Wildlife Service.

Trans-Alaska Pipeline System Owners (TAPSO). 2001. Environmental Report for Trans-Alaska Pipeline System Right-of-Way Renewal.

Troy, D.M. 2003. Molt Migration of Spectacled Eiders in the Beaufort Sea Region. Report Prepared by Troy Ecological Research Associates, Anchorage, Alaska, for BP Exploration (Alaska), Inc, Anchorage, Alaska.

_____, and T.A. Carpenter. 1990. The Fate of Birds Displaced by the Prudhoe Bay Oil Field: The Distribution of Birds Nesting Before and After P-Pad Construction. Troy Ecological Research Associates, Anchorage, Alaska, for BP Exploration (Alaska), Inc, Anchorage, Alaska.

Troy Ecological Research Associates (TERA). 1995. Distribution and Abundance of Spectacled Eiders in the Vicinity of Prudhoe Bay, Alaska: 1991-1993. Report Prepared by Troy Ecological Research Associates, Anchorage, Alaska, for BP Exploration (Alaska), Inc.

_____. 1996. Distribution and Abundance of Spectacled Eiders in the Vicinity of Prudhoe Bay, Alaska: 1994 Status Report. Report Prepared by Troy Ecological Research Associates, Anchorage, Alaska, for BP Exploration (Alaska), Inc.

_____. 1997. Distribution and Abundance of Spectacled Eiders in the Vicinity of Prudhoe Bay, Alaska: 1997 Status Report. Report Prepared by Troy Ecological Research Associates, Anchorage, Alaska, for BP Exploration (Alaska), Inc.

_____. 1999. Spectacled Eiders in the Beaufort Sea: Distribution and Timing of Use. Report Prepared by Troy Ecological Research Associates, Anchorage, Alaska, for BP Exploration (Alaska), Inc.

Trust, K.A., K.T. Rummel, A.M. Scheuhammer, I.L. Brisbin, and M.J. Hooper. 2000. Contaminant Exposure and Biomarker Responses in Spectacled Eiders (*Somateria fischeri*) from St. Lawrence Island, Alaska. Archives of Environmental Contamination and Toxicology 38:107-113.

Exhibit 43, page 62 of 63

BIOLOGICAL ASSESSMENT

U.S. Department of Interior, Bureau of Land Management (USDOI BLM). 2003. Biological Assessment for Threatened and Endangered Species with Respect to the Proposed Northwest National Petroleum Reserve – Alaska Integrated Activity Plan. Anchorage, Alaska.

_____. 2004a. Alpine Satellite Development Plan Final Environmental Impact Statement, U.S. Department of the Interior, Bureau of Land Management, Anchorage Alaska.

_____. 2004b. Alpine Satellite Development Plan Final Biological Assessment, U.S. Department of the Interior, Bureau of Land Management, Anchorage Alaska.

_____, and Ducks Unlimited. 2002. Waterfowl Earth Cover Selection Analysis Within the National Petroleum Reserve – Alaska. Technical Report 41. U.S. Department of Interior, Bureau of Land Management, Anchorage, Alaska, and Ducks Unlimited, Inc., Rancho Cordova, California.

_____, and Minerals Management Service (USDOI BLM and MMS). 1998. Northeast National Petroleum Reserve – Alaska Final Integrated Activity Plan/Final Environmental Impact Statement. U.S. Department of the Interior, Bureau of Land Management and Minerals Management Service, Anchorage, Alaska.

_____, and _____. 2003. Northwest National Petroleum Reserve – Alaska Integrated Activity Plan/Environmental Impact Statement. U.S. Department of the Interior, Bureau of Land Management and Minerals Management Service, Anchorage, Alaska.

_____, and _____. 2004. Northwest National Petroleum Reserve-Alaska, Integrated Activity Plan/ Environmental Impact Statement, Record of Decision. U.S. Department of the Interior, Bureau of Land Management and Minerals Management Service, Anchorage, Alaska.

U.S. Department of Interior, U.S. Fish and Wildlife Service (USDOI USFWS). 1996. Spectacled Eider Recovery Plan. Anchorage, Alaska.

_____. 2002. Steller's Eider Recovery Plan. Fairbanks, Alaska.

Walker, D.A. 1996. Disturbance and Recovery of Arctic Alaskan Vegetation. Chapter 3 *In* Landscape Function and Disturbance in Arctic Tundra, J.F. Reynolds and J.D. Tenhunen (eds.). Ecological Studies 120.

_____, and K.R. Everett. 1987. Road Dust and its Environmental Impact on Alaskan Taiga and Tundra. Arctic and Alpine Research 19(4):479-489.

_____, P. J. Webber, E. F. Binnian, K. R. Everett, N. D. Lederer, E. A. Nordstrand, and M. D. Walker. 1987. Cumulative Impacts of Oil Fields on Northern Alaskan Landscapes. Science 238:257-261.

Ward, D.H., and R.A. Stehn. 1989. Response of Brant and Other Geese to Aircraft Disturbance at Izembek Lagoon, Alaska. Final Report Prepared by U.S. Department of Interior, U.S. Fish and Wildlife Service for U.S. Department of Interior, Minerals Management Service, Anchorage, Alaska.

Warnock, N.D., and D.M. Troy. 1992. Distribution and Abundance of Spectacled Eiders at Prudhoe Bay, Alaska: 1991. Report Prepared by Troy Environmental Research Associates, Anchorage, Alaska, for BP Exploration (Alaska), Inc.

Wentworth, C. 2004. Personal Communication. Telephone Conversation on April 22, 2004.