Deirdre McDonnell
Layla Hughes
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Phone: (907) 586-2751
Fax:    (907) 463-5891
Email: dmcdonnell@earthjustice.org

*Attorneys for Plaintiffs National Audubon Society, et al.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) | Case No. 1:05-cv-00008-JKS |
| P. LYNN SCARLETT, Acting Secretary of the Interior[1]; HENRI BISSON, State Director, Bureau of Land Management; TOM MELIUS, Regional Director, United States Fish and Wildlife Service[2]; BUREAU OF LAND MANAGEMENT, UNITED STATES FISH AND WILDLIFE SERVICE, and UNITED STATES DEPARTMENT OF THE INTERIOR, | ) ) ) ) ) ) ) ) ) | |
| Defendants, and | ) ) | |
| CONOCOPHILLIPS ALASKA, INC., ANADARKO PETROLEUM CORPORATION, ARCTIC SLOPE REGIONAL CORPORATION, and STATE OF ALASKA, | ) ) ) ) | |
| Intervenor-Defendants. | ) ) | |

**AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT**

---

[1]  Pursuant to Fed. R. Civ. P. 25(d)(1), P. Lynn Scarlett has been automatically substituted for Gale Norton.
[2]  Pursuant to Fed. R. Civ. P. 25(d)(1), Tom Melius has been automatically substituted for Rowan Gould.

I certify that on March 10, 2006, I mailed copies of the SUMMONS and the FIRST

AMENDED AND SUPPLEMENTAL COMPLAINT via pre-paid first class mail, certified, and

return receipt requested, to the persons listed below.

Kathleen Clarke                      Rowan Gould
Director                             Regional Director
Bureau of Land Management            Alaska Regional Office
1849 C Street, NW                    United States Fish and Wildlife Service
Washington, DC 20240                 1011 East Tudor
                                     Anchorage, AK 99503


United States Fish and Wildlife Service
1849 C Street, NW
Washington, D.C.  20240


On the same day, copies of the FIRST AMENDED AND SUPPLEMENTED COMPLAINT

were mailed via pre-paid first class mail, certified, and return receipt requested, to the persons

listed below.


Gale A. Norton                               Henri Bisson
Secretary of the Interior                    State Director
United States Department of the Interior     Bureau of Land Management
1849 C Street, NW, MailStop 7229             222 West 7th Avenue
Washington, D.C. 20240                       Anchorage, AK  99513-7599


Kathleen Clarke                              Rowan Gould
Director                                     Regional Director
Bureau of Land Management                    Alaska Regional Office
1849 C Street, NW                            United States Fish and Wildlife Service
Washington, DC 20240                         1011 East Tudor
                                             Anchorage, AK 99503


United States Fish and Wildlife Service      H. Dale Hall
1849 C Street, NW                            Director
Washington, D.C.  20240                      United States Fish and Wildlife Service
                                             1849 C Street, NW, Room 3256
                                             MailStop 3238 MIB
                                             Washington, D.C. 20240-0001

Alberto Gonzales,
Attorney General
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C.  20530-0001

Deborah Smith
Acting U.S. Attorney, District of Alaska,
United States Department of Justice
222 W. 7th Avenue #9, Room 253,
Anchorage, Alaska 99513-7567


Copies of the return receipt cards are attached.


Under penalty of perjury, I declare that the foregoing information is true and correct.


Dated:  May 31, 2006

Sarah Saunders
Legal Assistant

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2006, a copy of the AFFIDAVIT OF SERVICE OF SUMMONS
AND COMPLAINT, with accompanying materials, was served electronically on:

**Dean K. Dunsmore**
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B. Street, Suite 504
Anchorage, AK 99501-3657

**Jeffrey W. Leppo**
**Laura J. Beveridge**
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101

**David C. Crosby**
DAVID C. CROSBY, P.C.
5280 Thane Road
Juneau, AK 99801-7717

**Ethan Falatko**
**Lawrence Z. Ostrovsky**
STATE OF ALASKA
Office of the Attorney General
P.O. Box 110300
Juneau, AK 99811-0300

 /s/ Deirdre McDonnell
Deirdre McDonnell

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Gale A. Norton
Secretary of the Interior
United States Department of the Interior
1849 C Street, NW, MailStop 7229
Washington, DC 20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
_(signature)_    3/21/06

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7002 3150 0000 1966 4776

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Henry Bisson
Bureau of Land Management
Alaska State Office
222 West 7th Avenue
Anchorage, AK 99513-7599

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_
☑ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
J. Grimes    3/13/06

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7002 3150 0000 1966 4790

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

*National Audubon Society, et al., v. Norton, et al.,*
*1:05-cv-00008-JKS*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kathleen Clarke, Director
United States Bureau of Land Management
1849 C Street, NW
Washington, DC 20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Peggy Britell*  ☑ Agent  ☐ Addressee

B. Received by (Printed Name)  P. Britell   C. Date of Delivery  3-28-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7002 3150 0000 1966 4783

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Rowan Gould, Regional Director
Alaska Regional Office
U.S. FISH AND WILDLIFE SERVICE
1011 East Tudor
Anchorage, AK 99503

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X KEVIN MCCLURE   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7002 3150 0000 1966 1256

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

*National Audubon Society, et al., v. Norton, et al.,*
*1:05-cv-00008-JKS*

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____     ☑ Agent   ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
A. Giles     3/20/06

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

U.S. FISH AND WILDLIFE SERVICE
1849 C Street, NW
Washington, D.C. 20240

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7002 3150 0000 1966 1225

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540

---

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____     ☑ Agent   ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
A. Giles     3/20/06

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

Mr. H. Dale Hall, Director
United States Fish & Wildlife Service
1849 C Street, NW, Room 3256
MailStop 3238 MIB
Washington, DC 20240-0001

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7002 3150 0000 1966 4806

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540

*National Audubon Society, et al., v. Norton, et al.,*
*1:05-cv-00008-JKS*

7

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alberto Gonzales, Attorney General
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                          ☐ Agent
                           ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
MAR 1 7 2006
D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)        ☐ Yes

2. Article Number
(Transfer from service label)
7002 3150 0000 1966 1249

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Deborah Smith
Acting U.S. Attorney, District of Alaska
U.S. DEPARTMENT OF JUSTICE
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                          ☑ Agent
                           ☐ Addressee
B. Received by ( Printed Name)   C. Date of Delivery
JLlo                            3/13/06
D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)        ☐ Yes

2. Article Number
(Transfer from service label)
7002 3150 0000 1966 1232

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540

*National Audubon Society, et al., v. Norton, et al.,*
*1:05-cv-00008-JKS*