Jeffrey W. Leppo
Laura J. Beveridge
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, Washington 98101
Phone: (206) 624-0900
Fax: (206) 386-7500
Email: jwleppo@stoel.com

*Attorneys for Intervenor-Defendants ConocoPhillips Alaska, Inc., and Anadarko Petroleum Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DIRK KEMPTHORNE, Secretary of the Interior;[1] HENRI BISSON, State Director, Bureau of Land Management; TOM MELIUS, Regional Director, United States Fish and Wildlife Service; BUREAU OF LAND MANAGEMENT, UNITED STATES FISH AND WILDLIFE SERVICE, and the UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>　　　　Defendants, and<br><br>CONOCOPHILLIPS ALASKA, INC., ANADARKO PETROLEUM CORPORATION, ARCTIC SLOPE REGIONAL CORPORATION, and the STATE OF ALASKA<br>　　　　Intervenor-Defendants | Case. No.<br>　1:05-CV-00008-JKS |

**INTERVENORS' OPPOSITION TO PLAINTIFFS' MOTION
TO FILE SECOND AMENDED COMPLAINT**

---

[1] Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Secretary Kempthorne, in his official capacity, is automatically substituted as a defendant.

National Audubon Society, et al. v. Kempthorne, et al.
1:05-CV-00008-JKS

1

Concurrent with the filing of plaintiffs' motion for summary judgment on the merits, plaintiffs have filed a motion seeking to amend their complaint. The principal purpose of the proposed amendment is to assert a claim under the citizen suit provision of the Endangered Species Act ("ESA") as a redundant statutory basis for federal liability under Count II of plaintiffs' First Amended Complaint. However, by plaintiffs' own admission, the motion is both unnecessary and futile. Plaintiffs' challenge to the biological opinion prepared by the U.S. Fish & Wildlife Service ("FWS") is both properly pled as a claim under the federal Administrative Procedure Act ("APA") and plaintiffs' exclusive cause of action for such allegations.

Plaintiffs seek to amend their complaint pursuant to Rule 15(a), which allows for amendment "by leave of court . . . [which] shall be freely given *when justice so requires*." Fed. R. Civ. P. 15(a) (emphasis added). Although Rule 15(a) establishes a policy of liberality, *futility of amendment* is a well-recognized grounds for denying an amendment. Foman v. Davis, 371 U.S. 178, 182 (1962); Texaco v. Ponsoldt, 939 F.2d 794, 798 (9th Cir. 1991). No legitimate purpose or interest of justice can be served in allowing an amendment that is facially insufficient. California v. Neville Chemical Co., 358 F.3d 661, 673-74 (9th Cir. 2004); Klamath-Lake Pharmaceutical Ass'n v. Klamath Medical Service Bureau, 701 F.2d 1276, 1293 (9th Cir. 1983); City of Whittier v. Department of Justice, 598 F.2d 561, 563-64 (9th Cir. 1979).

Plaintiffs' Count II challenges the biological opinion issued by the FWS after consultation with the Bureau of Land Management ("BLM") pursuant to Section 7 of the ESA, 16 U.S.C. § 1536. As plaintiffs admit in their motion, "[s]uch a challenge to a biological opinion is properly pled pursuant to the APA . . . ." Mot. to File Second Am. Comp. at 1. The APA, by

its terms, provides a right to judicial review of all "final agency action for which there is *no other adequate remedy in a court*" and applies except to the extent that statutes either preclude judicial review or agency action is committed to agency discretion by law. 5 U.S.C. §§ 701(a), 704 (emphasis added). Both the U.S. Supreme Court and the Ninth Circuit have determined that the ESA makes no provision for judicial review of final agency action and, accordingly, challenges to a biological opinion are governed by the APA. <u>Southwest Center for Biological Diversity v. Bureau of Reclamation</u>, 13 F.3d 515, 522 (9th Cir. 1998) (citing <u>Bennett v. Spear</u>, 520 U.S. 154, 174-75 (1998) (ESA citizen suit provision does not apply to "maladministration of the ESA")). Moreover, plaintiffs cannot collaterally challenge the decision of the FWS by bringing an ESA citizen suit claim against BLM. The only recognized avenue to challenge the substance of FWS's (or BLM's) actions is under the APA.[2]

In sum, plaintiffs' Count II has already been properly pled (and briefed by plaintiffs) as an APA claim. An APA claim is the appropriate and exclusive means for challenging a biological opinion issued pursuant to Section 7 of the ESA. An amendment to assert a redundant and improper claim under the citizens suit provision of the ESA is pointless. Accordingly, plaintiffs' motion to amend should be denied because it is futile.[3]

---

[2] To the extent plaintiffs contend that BLM is in violation of the ESA because the agency is relying on FWS's biological opinion, such a claim cannot be ripe unless and until (i) the biological opinion is invalidated through plaintiffs' APA challenge, and (ii) the BLM then implements its present decision without a valid biological opinion in contravention of the ESA.

[3] This opposition is filed on behalf of ConocoPhillips Alaska, Inc. and Anadarko Petroleum Corporation. The State of Alaska and Arctic Slope Regional Corporation have authorized these parties to represent that they join in the presented arguments and authorities.

National Audubon Society, et al. v. Kempthorne, et al.
1:05-CV-00008-JKS

Seattle-3325425.1 0028116-00025

DATED this 10th day of June, 2006.

        STOEL RIVES, LLP

        s/Jeffrey W. Leppo
        Jeffrey W. Leppo, AK Bar #0001003
        Laura J. Beveridge, Pro Hac Vice
        600 University Street, Suite 3600
        Seattle, Washington 98101
        Phone: (206) 624-0900
        Fax: (206) 386-7500
        Email: jwleppo@stoel.com

        *Attorneys for Intervenor-Defendants*
        *ConocoPhillips Alaska, Inc., and*
        *Anadarko Petroleum Corporation*

## Certificate of Service

I hereby certify that on June 12, 2006, a copy of foregoing *Intervenors' Opposition to Plaintiffs' Motion to File Second Amended Complaint* was served electronically on:

**Deirdre A. McDonnell**
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801

**Dean K. Dunsmore**
U.S. DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657

**David C. Crosby**
David C. Crosby, P.C.
5280 Thane Road
Juneau, Alaska 99801-7717

**Ethan Falatko**
**Lawrence Ostrovsky**
STATE OF ALASKA
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811-0300


s/Jeffrey W. Leppo
Jeffrey W. Leppo


National Audubon Society, et al. v. Kempthorne, et al.
1:05-CV-00008-JKS

Seattle-3325425.1 0028116-00025