IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
NATIONAL AUDUBON SOCIETY, et al.,)
                                 )
       Plaintiffs,               )
                                 ) Case No. 1:05-cv-00008-JKS
     v.                          )
                                 )
DIRK KEMPTHORNE, Secretary of the) PROPOSED ORDER STRIKING
Interior, et al.,                ) EXTRA-RECORD MATERIALS
                                 )
       Defendants.               )
_____)
```

This matter came on for decision pursuant to the Motion of Intervenor/Defendants to Strike Extra-Record Materials. The Court having considered the pleadings in support of and opposition to the said motion, and being otherwise fully apprised of the file in this matter, it is accordingly

**ORDERED** that the Intervenor/Defendants' Motion to Strike Extra-Record Materials is **GRANTED** as follows:

1.   Exhibits 45, 59 and 60 to Plaintiffs' Opening Brief are stricken from the record; and

2.   All references to the said exhibits in

///////////////////////////////

//////////////////////

////////////

**ORDER GRANTING MOTION TO STRIKE**
**EXTRA RECORD MATERIALS**
Page 1 of 3

Plaintiffs' Opening Brief, and any argument based on the same, are likewise stricken.

DATED this ___ day of _____, 2006, at Anchorage, Alaska.

_____
James K. Singleton, Judge
United States District Court
District of Alaska

**ORDER GRANTING MOTION TO STRIKE**
**EXTRA RECORD MATERIALS**
Page 2 of 3

The undersigned certifies that on June 19, 2006, a copy of this document was served electronically on:

    Deirdre McDonnell
    Layla Hughes
    Eric P. Jorgensen
    EARTHJUSTICE
    325 Fourth Street
    Juneau, AK 99801

    Dean K. Dunsmore
    U.S. DEPARTMENT OF JUSTICE
    Environment & Natural Resources Division
    801 B Street, Suite 504
    Anchorage, AK 99501-3657

    Jeffrey W. Leppo
    Laura J. Beveridge
    STOEL RIVES LLP
    600 University Street, Suite 3600
    Seattle, WA 98101

    Ethan Falatko
    Lawrence Z. Ostrovsky
    STATE OF ALASKA
    P.O. Box 110300
    Juneau, AK 99811-0300

    /s/  David C. Crosby
    David C. Crosby