Deirdre McDonnell
Layla Hughes
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Phone: (907) 586-2751
Fax:    (907) 463-5891
Email: dmcdonnell@earthjustice.org

*Attorneys for Plaintiffs National Audubon Society, et al.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY, <br><br> Plaintiffs, <br><br> v. <br><br> P. LYNN SCARLETT, Acting Secretary of the Interior[1]; <br> HENRI BISSON, State Director, Bureau of Land Management; <br> TOM MELIUS, Regional Director, United States Fish and Wildlife Service[2]; <br> BUREAU OF LAND MANAGEMENT, <br> UNITED STATES FISH AND WILDLIFE SERVICE, and <br> UNITED STATES DEPARTMENT OF THE INTERIOR, <br><br> Defendants, and <br><br> CONOCOPHILLIPS ALASKA, INC., ANADARKO PETROLEUM CORPORATION, ARCTIC SLOPE REGIONAL CORPORATION, and STATE OF ALASKA, <br><br> Intervenor-Defendants. | Case No. 1:05-cv-00008-JKS |

**NOTICE OF ERRATA**

---

[1]  Pursuant to Fed. R. Civ. P. 25(d)(1), P. Lynn Scarlett has been automatically substituted for Gale Norton.
[2]  Pursuant to Fed. R. Civ. P. 25(d)(1), Tom Melius has been automatically substituted for Rowan Gould.

Plaintiffs National Audubon Society, et al., hereby provide notice of two errors that were made in the original filing of the Plaintiffs' Opening Brief on May 24, 2006 (Docket No. 49). Declaration of Stanley Senner, filed as Exhibit 62 to the Opening Brief, was inadvertently filed without Attachment 1 to that exhibit. The corrected version of Exhibit 62 is attached here as Exhibit A. Declaration of Eleanor Huffines, filed as Exhibit 67 to the Opening Brief, was inadvertently filed unsigned. A corrected version of the declaration is attached here as Exhibit B. Both documents should be substituted for the previously-filed documents. Plaintiffs regret any inconvenience to the Court or other parties.

Dated this 19th day of June, 2006.

Respectfully submitted,

 /s/ Deirdre McDonnell
Deirdre McDonnell (AK Bar # 0111082)
Layla Hughes (AK Bar # 0312094)
Eric P. Jorgensen (AK Bar # 8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Phone: (907) 586-2751
Fax:    (907) 463-5891
Email: dmcdonnell@earthjustice.org

*Attorneys for Plaintiffs National Audubon Society, Alaska Wilderness League, Center for Biological Diversity, Natural Resources Defense Council, Northern Alaska Environmental Center, Sierra Club, and The Wilderness Society*

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2006, a copy of the NOTICE OF ERRATA, with attachments, was served electronically on:

**Dean K. Dunsmore**
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B. Street, Suite 504
Anchorage, AK 99501-3657

**Jeffrey W. Leppo**
**Laura J. Beveridge**
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101

**David C. Crosby**
DAVID C. CROSBY, P.C.
5280 Thane Road
Juneau, AK 99801-7717

**Ethan Falatko**
**Lawrence Z. Ostrovsky**
STATE OF ALASKA
Office of the Attorney General
P.O. Box 110300
Juneau, AK 99811-0300


  /s/ Deirdre McDonnell
  Deirdre McDonnell