EXHIBIT A
to Plaintiffs' Notice of Errata

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY,<br><br>   Plaintiffs,<br><br>   v.<br><br>GALE NORTON, Secretary of the Interior; HENRI BISSON, State Director, Bureau of Land Management; BUREAU OF LAND MANAGEMENT, and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:05-cv-00008-JKS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF STANLEY E. SENNER**

  I, Stanley E. Senner, hereby declare as follows:

  1. I am Executive Director and Vice President of Audubon Alaska, which is the Alaska State Office of the National Audubon Society.

  2. The National Audubon Society is a non-profit organization with about 550,000 members. About 2,100 Audubon members reside in Alaska. Since our field trips and general meetings are open to the public at no cost, many non-Audubon members also participate in our activities. There are about 500 local chapters and 100 Audubon sanctuaries and nature centers nation wide.

3.      The mission of the National Audubon Society is to conserve and restore natural ecosystems, focusing on birds, other wildlife, and their habitats, for the benefit of humanity and the earth's biological diversity.  The Alaska staff works in close cooperation with six local chapters to create a culture of conservation and an environmental ethic that supports a healthy, sustainable economy and quality of life in harmony with Alaska's natural environment.  Audubon Alaska's primary goal is the conservation of nationally and internationally significant fish and wildlife populations, especially on public lands and waters.  In promoting this goal, Audubon Alaska seeks common ground shared by birdwatchers, wildlife viewers, photographers, hunters, fishers, hikers, educators, scientists, guides, tour operators, and other nature enthusiasts, but also by industry, Native Alaskans, and others.  Audubon Alaska's actions to conserve wildlife and wildlands are based on sound science and common sense.

4.      As part of its diverse program, the National Audubon Society supports several ongoing national campaigns, including in Western Arctic Alaska.  The goal of this campaign is to seek protection for the highest priority wildlife habitats in western Arctic Alaska, including in the National Petroleum Reserve-Alaska (NPR-A).  We are attempting to accomplish this goal through policy advocacy, informed grassroots activism, science-based planning, and public education.  Audubon Alaska communicates with its members and the general public about NPR-A through the semi-annual *Audubon Alaska News*, the Audubon Alaska website at www.audubonalaska.org, the biweekly Audubon Advisory (an electronic bulletin circulated nationally), "action alerts" mailed to members and activists, and news releases and other contacts with the news media in Alaska and nationally.

5.      In 2002, Audubon Alaska released its "Alaska WatchList" to highlight declining and vulnerable bird populations in the state.  Among the 42 species and subspecies of Alaskan

birds on the WatchList are at least 12 found seasonally in the NPR-A. These include: Red-throated Loon, Yellow-billed Loon, Common Eider, King Eider, Long-tailed Duck, Black Scoter, Golden Eagle, Peregrine Falcon (tundra subspecies), Dunlin (Arctic subspecies), and Buff-breasted Sandpiper.

6. In December 2002, Audubon Alaska completed an 18-month-long study on the ecological and commercial resources of the western Arctic, including in the NPR-A. This study resulted in a report titled "Alaska's Western Arctic: A Summary and Synthesis of Resources," consisting of more than 200 pages of narrative and 49 maps. This synthesis report was followed in February 2003 by specific recommendations framed as a "Wildlife Habitat Alternative" for the Northwest Planning Area of the NPR-A. Most recently, in 2004, Audubon Alaska published a special report, "Wildlife and Oil Development at Teshekpuk Lake" (see Attachment 1) focusing on the critical wildlife habitats of the Teshekpuk Lake region, one of the most important wetland complexes in the entire circumpolar Arctic.

7. Audubon Alaska's major concern regarding land management in the western Arctic is that the same pattern of incremental, piecemeal development that has occurred in the central Arctic could be repeated as industry moves westward. The ecological integrity of the western Arctic will depend, in large part, on balancing industrial development with conservation measures, including a protected-areas strategy for this region.

8. Audubon Alaska has developed specific recommendations for protection of key biological hot spots of the Northeast Planning Area, including the Teshekpuk Lake Special Area (TLSA). Our recommendations for the Teshekpuk Lake area and its resource values are summarized below:

**Teshekpuk Lake Special Area**: The TLSA, approximately 1.75 million acres (708,000 ha), encompasses highly vulnerable and important habitats, including a high percentage of wetland and riparian communities and significant wildlife populations, including black brant and other waterfowl nesting, molting, and staging areas, as well as the calving grounds and insect relief habitat for the Teshekpuk Caribou Herd (TCH). The TLSA is also a particularly important nesting area for threatened spectacled eiders and rare yellow-billed loons.

The TLSA has significant wilderness and subsistence values and represents an important ecological benchmark for future research and monitoring activities of Arctic wetlands. The border of Teshekpuk Lake was identified by the U.S. Bureau of Land Management (BLM) (1978) as an area of concentrated archeological sites. The area around the lake was identified by the U.S. Geological Survey (USGS) as a potential landform and lifeform natural landmark (BLM 1978), proposed by Veireck and Zasada (1972) as an ecological reserve, and proposed by Koranda and Evans (1975) as a potential natural landmark.

The 1998 final environmental impact statement and record of decision for oil and gas leasing in the Northeast Planning Area further recognized the unique values of the TLSA by prohibiting leasing in and around Teshekpuk Lake and restricting surface activity in a band around the western and southern portion of the lake (BLM 1998). This action was taken to protect the unique and sensitive habitat values of that region. The findings of Audubon Alaska's (2002) western Arctic synthesis suggest that the conservation

measures applied to the TLSA, including the no-lease and no-surface activity zones, were justified on biological grounds and should remain in place. However, the existing TLSA does not protect all the important caribou and waterbird values that occur just outside the special area boundary to the southeast. An additional area of about 93,000 acres (37,600 ha) should be considered for inclusion in the TLSA, slightly expanding it to the southeast. A portion of this expanded special area should also be given consideration as a no-surface activity zone to protect waterbird nesting and caribou calving areas. The Ikpikpuk River should be protected with a 2 mi (3.2 km) no-surface activity zone on each side of the riverbank, except where strategic crossing areas may be necessary.

9. Audubon Alaska does not oppose some oil drilling in the Northeast NPR-A, provided there is permanent protection for key areas with highest value wildlife habitat, such as the TLSA, and provided that any oil and gas activities are carried out with the highest environmental standards. Specifically in regard to the area around Teshekpuk Lake, Audubon Alaska believes that the existing Teshekpuk Lake Surface Protection Area, including the no-lease zone of 588,998 acres should be maintained as is. There should be no reduction in the size of the area, nor of the protections afforded to its surface and ecological and other resources.

10. Audubon and its members in Alaska and nationally are potentially negatively impacted by oil and gas activities in the Northeast NPR-A. Some Audubon members visit this area for purposes of birding, wildlife viewing, nature photography, and wilderness recreation, and these activities will unavoidably be harmed by industrial-scale oil and gas activities in the Northeast Planning Area. Other members appreciate viewing migratory birds that nest or summer in NPR-A and adjacent areas, and which then migrate to locations throughout the

continent. Numbers of some migratory birds may be reduced by oil and gas activities in the Northeast NPR-A, thus harming the interests of Audubon and our members throughout these birds' migratory ranges.

11. In the interests of our members, Audubon Alaska has been actively involved in resource management issues in the NPR-A over the years, including participation in and testimony at numerous public meetings held by the Bureau of Land Management (BLM) on oil and gas leasing in the NPR-A, comments on the associated draft and final Environmental Impact Statements (EIS), and presentation of such materials such as our 2002 synthesis report, "Alaska's Western Arctic," and our "Wildlife Habitat Alternative for the Northwest NPR-A," for consideration by BLM. Audubon Alaska's input has consistently raised concerns for protecting ecological and other values, including wildlife, fish, and subsistence, in the NPR-A.

12. Since BLM announced the intent to amend the Northeast Plan, including opening Teshekpuk Lake and other previously-protected areas for oil and gas leasing, Audubon Alaska has invested significant organizational resources to analyze, comment, and educate its members on the proposal. Audubon Alaska submitted scoping comments to BLM in October 2003 in advance of the draft EIS on the Northeast Plan Amendment. In these comments, Audubon Alaska stressed the need to address the cumulative effects of incremental sprawl of oilfield infrastructure and asked BLM to describe in detail the new science that would justify opening the Teshekpuk Lake Surface Protection Area to oil and gas activities. In August 2004, Audubon Alaska submitted joint comments with National Wildlife Federation on the draft EIS itself. These comments endorsed the No-Action Alternative and provided detailed objections to the Preferred Alternative that would jeopardize the biological and subsistence resources of the Northeast Planning Area and the Teshekpuk Lake Surface Protection Area in particular. The

August 2004 comments were followed in November by a letter to BLM State Director Henri Bisson further expressing Audubon Alaska's concerns about the variations on BLM's Preferred Alternative B that we understood were under consideration.

13. The National Audubon Society, its members, and its staff rely on Audubon Alaska to represent their interests in the preservation of imperiled species and ecosystems, such as those found in the Northeast Planning Area. BLM's inadequate analysis of the environmental effects of the proposed Northeast Plan Amendment has interfered with Audubon Alaska's ability to accurately educate them, and the general public, regarding oil development and its effects on the Northeast NPR-A and the entire North Slope environment.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12 Sept. 2005               _____
                                    Stanley E. Senner

# Wildlife and Oil Development
## at
# Teshekpuk Lake



*A Special Report by the National Audubon Society's Alaska State Office on Wildlife and Oil Development at Teshekpuk Lake, National Petroleum Reserve-Alaska*

Originally established in 1923 by President Warren Harding as a source of oil for the U.S. Navy, the 23.5-million-acre National Petroleum Reserve-Alaska ("Reserve") is the nation's largest single block of public land. In 1976, Congress transferred management authority from the Navy to the Department of the Interior and required "maximum protection" of fish, wildlife and other surface values during petroleum exploration in the Reserve. In 1980, Congress authorized leasing and development, but again directed the Secretary of the Interior to minimize ecological disturbance throughout the Reserve.

Indeed, the Reserve has superb surface resources, including two caribou herds, world-class densities of raptors, millions of migratory birds, tens of thousands of molting geese, large concentrations of beluga whales and other marine mammals, vast wilderness landscapes, wild rivers, and rich geological, scientific, archaeological and paleontological sites.

This booklet focuses on the area around Teshekpuk Lake—one of the most important wetland complexes in the entire circumpolar Arctic. Critical wildlife habitats in this wetland complex are now at risk from oil development proposed by the federal government.

**Mixed flock of eiders** Photo by Gary Braasch
**Inset: Northern pintail** Photo by David Menke

# AUDUBON'S FINDINGS

3

## A History of Protection

Congress and three Secretaries of the Interior—serving under three different Presidents—have recognized the importance of wildlife habitats around Teshekpuk Lake.

First was Secretary of the Interior Cecil Andrus. Prompted by Congress in 1976, Andrus created the 1,734,000-acre Teshekpuk Lake Special Area in 1977. Second was Secretary of the Interior James Watt. In 1983, under his leadership, the Bureau of Land Management ("BLM") initiated an oil and gas leasing program in the Reserve, but an area of more than 200,000 acres north of Teshekpuk Lake was closed to leasing. Although inadequate in size, this area was closed because of its high density of molting brant (a marine goose).

Third, in 1998, under the leadership of Secretary of the Interior Bruce Babbitt, BLM designated the 857,859-acre Teshekpuk Lake Surface Protection Area. Of this area, 588,998 acres were closed to oil and gas leasing in order to protect caribou, geese and other resources.

Under Secretary Babbitt, 87 percent of the 4,600,000-acre Northeast Planning Area was opened for leasing. To date, 1,300,000 acres have been leased; none of those leases are north or east of the lake.

## Ecological Resources and Impacts of Oil Development

After nearly two years gathering information on ecological and commercial resources in the western Arctic, Audubon scientists reached the following conclusions:

- Teshekpuk Lake and the many nearby lakes and wetlands comprise one of the most important wetland complexes in the circumpolar Arctic;

- Tens of thousands of geese gather at Teshekpuk Lake to molt, making it one of the most important goose-molting habitats in the Arctic;

- Disturbance associated with routine human activities in an industrial oilfield could displace molting geese and reduce their populations;

- Oilfields attract predators, which then prey on nesting birds and their eggs and young;

- Most concentrated calving activity for the 45,000-animal Teshekpuk Lake Caribou Herd occurs south, east and northeast of the lake;

- After calving, much of the caribou herd moves to coastal habitats east, north and northwest of Teshekpuk Lake, seeking relief from swarms of biting insects;

- The Teshekpuk Lake herd is growing and is the most important herd for subsistence harvests by Alaska Natives living on the North Slope;

- It may not be possible to sustain the current level of subsistence harvests if industrial-scale oil development encroaches on calving and insect-relief habitats.

- The interactive, cumulative effects of climate warming and industrial oil development could have major consequences for Teshekpuk Lake wildlife.

*There is no permanent protection for any wildlife habitat on the Arctic Coastal Plain, and there are proposals to open even the coastal plain within the Arctic National Wildlife Refuge. Teshekpuk Lake is ecologically unique and one of the most critical wildlife habitats in the Arctic. It provides habitat for molting geese from three nations, nesting birds from six continents, and caribou on which several North Slope communities depend for subsistence. If this wetland wilderness is degraded by industrial-scale oil development, the likely impacts on wildlife will be felt in Alaska from Barrow to Hooper Bay and Izembek Lagoon, in the Lower 48 states, and in Mexico, Canada and Siberia.*



**Brant**
Photo by Nikolai Konyukhov

**Exhibit 62, page 10 of 15**

4

# AUDUBON'S ANALYSIS

**Molting Geese Are Highly Vulnerable**

Geese prefer remote, secure sites for their annual molt, during which they replace old, worn feathers. During this time, energy demands are high and geese are flightless. The area north and east of Teshekpuk Lake provides the conditions required by molting geese, and it is no accident they gather there by the tens of thousands. In fact, the Teshekpuk Lake area is among the most important goose molting habitats in the circumpolar Arctic:

- As many as 37,000 brant—up to 30 percent of all Pacific brant—gather each summer to molt north and east of Teshekpuk Lake. These brant come from elsewhere on the North Slope, the Yukon-Kuskokwim Delta to the south, the western Canadian high Arctic, and Siberia. The brant is an Audubon WatchList species.

- Numbers of greater white-fronted geese molting at Teshekpuk Lake are increasing and range as high as 35,000. These geese are part of the mid-continental population, wintering in gulf coastal states and Mexico; and

- Thousands of Canada and snow geese also gather to molt in the safety of this unique wetland complex.

Geese are gregarious creatures, highly vulnerable to disturbance during their molt. Human presence in molting areas and aircraft overflights are particularly disturbing. Many studies have shown that geese react more negatively to human presence in the post-breeding season than at other times. Behavioral responses to disturbance add stress to the already-taxing energetic requirements of molting and staging geese. Reductions in available feeding time or excessive energy expenditures can result from human disturbance. The ultimate effects may be to lower success of migration, completion of feather growth, and overall survival.

Teshekpuk Lake is located on a large, remote coastal peninsula, with many large lakes on which geese escape from natural predators and with rich food resources in the abundant drained-lake basins. The fine grasses and sedges grazed by the geese are vulnerable to encroachment by woody vegetation



Photo by Mike North

**Flocks of molting geese respond to disturbance by gathering on deep water.**

*I saw a larger party of geese legging it upstream... They were extremely wild—much wilder than when they are full-winged. They saw me at over half a mile, and started running at once...*

*Peter Scott (1949)*
*Perry River (Canada) Expedition*



Greater white-fronted geese
Photo by Milo Burcham

5

**Primary Goose Molting Areas**



U.S. Fish & Wildlife Service

**Concentrated Caribou Calving Area**



Alaska Dept. Fish & Game

**Primary Caribou Insect Relief Area**



ADFG and No. Slope Borough Wildlife Dept.



due to climate warming. If this habitat is reduced or degraded by industrial infrastructure, human activity and overflights, the cumulative effects of climate warming and oilfield impacts would likely force many geese to use other, less optimal areas, with negative consequences for goose populations.

These effects would be felt in the Yukon-Kuskokwim Delta, where subsistence hunters harvest brant, and as far away as Mexico, where most Pacific brant overwinter. Nearly 70 percent of all banded brant recaptured at Teshekpuk Lake during their molt originated at nesting colonies on the Yukon-Kuskokwim Delta.

## Caribou Are Critical Subsistence Resources

In addition to molting geese, the Teshekpuk Lake Surface Protection Area was established to protect caribou, particularly during calving and insect-relief seasons. The Teshekpuk Lake Caribou Herd now numbers about 45,000 animals and is the most important herd for subsistence users on the North Slope, particularly from Atqasuk, Barrow, Nuiqsut and Wainwright.

The Teshekpuk Lake herd generally lives on the Arctic Coastal Plain year-round. In May, most of the herd converges on their annual calving grounds, primarily south, east and northeast of the lake, but also to the north. Caribou seek

> *With hunters from seven villages taking animals from the Teshekpuk Lake Caribou Herd, it remains the most important herd on the North Slope from a subsistence standpoint.*
>
> *George Ahmaogak, Mayor (2003)*
> *North Slope Borough*
> *NPR-A Scoping Comments*



**Caribou are often funneled through narrow corridors around Teshekpuk Lake and in between smaller lakes and the coast.**

**Exhibit 62, page 12 of 15**

calving grounds with few predators, low levels of disturbance, and abundant, high-quality forage. Oil development moving west of the Colville River Delta is now beginning to encroach on this important calving ground.

Following calving in June, most Teshekpuk Lake caribou seek relief from insects on unvegetated or elevated sites within a few miles of the Beaufort Sea coast, primarily between Dease Inlet and the mouth of the Kogru River. The most important insect-relief habitat is on the coast north and east of Teshekpuk Lake. The herd disperses widely starting in August.

Current numbers of Teshekpuk Lake caribou are relatively high and have increased over the last decade, and the herd is in balance with Native subsistence harvests. Wildlife managers are concerned about cumulative effects from potential impacts of oil development and climate change on caribou that could lead to population declines and reduced subsistence harvests.

Based on the experience with the Central Arctic Caribou Herd in the Prudhoe Bay and Kuparuk oilfields, most caribou biologists predict that pregnant cows and cows with newborn calves will avoid areas of oilfield infrastructure. If caribou are displaced from their traditional calving grounds to lower quality habitats, the herd would likely decline.

During calving in June, and in July, when the the herd moves continuously to avoid biting insects, the herd is often funneled through narrow corridors around Teshekpuk Lake and between smaller lakes and the coast. Oilfield infrastructure could restrict caribou movements in the areas between insect relief and foraging habitats, thus reducing nutritional intake. Displacement and disturbance of caribou could result in reduced recruitment and higher rates of mortality, likely reducing the size of the herd and subsistence harvests.



**Arctic fox are effective predators on bird eggs and young.**



**Spectacled eider ducklings.**

## Oilfields Attract Predators

Human garbage and oilfield structures attract predators and result in artificially high densities of gulls, common ravens, foxes and bears. All of these predators, in turn, prey on nesting birds and especially on their eggs and young.

According to the National Research Council, increased predation on bird nests is the most apparent effect of development on birds nesting in oilfields. According to the oil industry's own studies, predation has been a significant impact of oil development on Pacific loons, brant, snow geese and common eiders. A major field study now underway is looking more closely at impacts of oilfield predation on shorebirds nesting on the North Slope.

The Teshekpuk Lake area, especially to the north and east, is very remote and presently free of the influences of industrial-scale oil development. This area provides prime nesting habitat for many waterfowl, shorebirds and loons, including rare yellow-billed loons (an Audubon *WatchList* species), which would be vulnerable to increased predation by gulls, ravens and foxes. Experience in the central Arctic oilfields suggests that the apparent stability of some bird populations nesting in oilfields is due to immigration, which means that these areas are population "sinks" for birds. In the long run, fragmenting and degrading some of the most important bird-nesting habitat in the Arctic can only be detrimental to bird populations.

According to BLM's 23 June 2003 *Federal Register* notice inviting scoping comments on a revised oil and gas leasing plan in the northeastern Reserve, "BLM has conducted various scientific studies on the biological resources of the area in cooperation with the North Slope Borough, the State of Alaska and other federal agencies. Information gained since the completion of the NE plan has led BLM to conclude that it is appropriate to consider amending it." Audubon's review of the scientific literature and consultations with experts does not bear out this conclusion.

## CONSIDER THE OPINIONS OF OTHER EXPERTS

**From the National Research Council's 2003 report on the "Cumulative Environmental Effects of Oil and Gas Activities on Alaska's North Slope":**

- Because of higher predator densities, increased predation on nests is the most apparent effect of oil development on birds that nest in the oil fields. (p. 122)

- If development moves into the Teshekpuk Lake area of the National Petroleum Reserve-Alaska, molting waterfowl could be adversely affected, especially brant. (p. 123)

- …if inland lease tracts in the northeastern portion of the National Petroleum Reserve-Alaska are developed, effects on midsummer distribution, habitat use, and productivity of [Teshekpuk Lake caribou] are possible. (p. 115)

- Expanded loss of preferred habitats, which could accompany the spread of industrial activity across the National Petroleum Reserve-Alaska… and climate change that increases insect harassment, are likely to depress energy and nutrient status and, therefore, summer weight gain of lactating [caribou] females. (p. 116)

**From The Wildlife Society's Alaska Chapter October 2003 scoping comments to BLM on revised leasing plans for the northeastern Reserve:**

- The Bureau of Land Management should retain the Teshekpuk Lake Surface Protection Area… as established in the 1998 Record of Decision.

- The Alaska Chapter… is unaware of scientific information published since the 1998… Record of Decision that clearly demonstrates that molting geese in the Teshekpuk Lake Surface Protection Area will not be negatively impacted by oil development…

- The Alaska Chapter… is unaware of scientific information published since the 1998…Record of Decision that clearly demonstrates that oil development in the Teshekpuk Lake Area will not result in the displacement of the Teshekpuk Lake Caribou Herd from traditional calving grounds…

**From a January 1998 Pacific Flyway Council letter to Secretary of the Interior Bruce Babbitt on proposed oil and gas leasing in the northeastern Reserve:**

- Eventual development of oil and gas fields and associated structures and disturbance in or near this area could have significant, long-term impacts on unique habitats used by geese, and the condition and survival of molt-stressed brant.

- The sensitive goose molting area should not be offered for leasing; it should not be open to construction of roads, pipelines, or other facilities; and seasonal human activity should be restricted, as necessary, to preserve the security of molting geese from disturbance and stress.

- The Pacific Flyway Council also recommends that the Teshekpuk Lake Special Area be given permanent protection from future development…

**Yellow-billed loon**
Photo by P. Tomkovich

## SELECTED REFERENCES

Audubon Alaska. 2002. Alaska's western Arctic: a summary and synthesis of resources. Audubon Alaska, Anchorage.

Carroll, G. 2002. Teshekpuk Lake caribou herd. Survey-inventory management report, Unit 26A. pp. 257-268 in M.V. Hicks (ed.). Caribou. Federal Aid Wildlife Survey-Inventory Activities July 1998-June 2000, Alaska Department of Fish and Game, Juneau, Alaska.

Derksen, D.V., W.D. Eldridge and M.W. Weller. 1982. Habitat ecology of Pacific brant and other geese moulting near Teshekpuk Lake, Alaska. Wildfowl 33:39-57.

Jensen, K.C. 1990. Responses of molting Pacific black brant to experimental disturbance in the Teshekpuk Lake Special Area, Alaska. Ph.D. thesis. Texas A&M University, College Station, Texas.

Miller, M.W., K.C. Jensen, W.E. Grant and M.W. Weller. 1994. A simulation model of helicopter disturbance of molting Pacific black brant. Ecological Modeling 73:293-309.

National Research Council. 2003. Cumulative environmental effects of oil and gas activities on Alaska's North Slope. The National Academies Press, Washington, DC.

Streever, B. and B. Wilson (eds.). 2001. Technical briefs: Alaska's North Slope oilfields. BP Exploration (Alaska), Inc., Anchorage, Alaska.

Sturm, M., C. Racine, and K. Tape. 2001. Increasing shrub abundance in the Arctic. Nature 411:546-547.



**Rough-legged hawk**  Audubon file photo

**Cover-main image: Teshekpuk Lake** Photo by Gary Braasch
**Cover-left inset: Brant** Photo by Steven C. Kaufman
**Cover-middle inset: Cottongrass** Northern Center file photo
**Cover-right inset: Caribou** Photo by Ken Whitten



This special report was prepared with financial support provided by Alaska Conservation Foundation, American Conservation Association, Hartford Foundation for Public Giving (Beatrice Fox Auerbach Foundation Fund), The Brainerd Foundation, 444S Foundation, The Wilderness Society, and Wilburforce Foundation. For more information or copies of this brochure, please contact:

Audubon Alaska
715 L Street, Suite 200
Anchorage, AK 99501
www.audubonalaska.org

Printed on recycled paper



**Brant**
Photo by Gary Braasch