EXHIBIT B
to Plaintiffs' Notice of Errata

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:05-cv-00008-JKS |
| v. | ) ) | |
| GALE NORTON, Secretary of the Interior; HENRI BISSON, State Director, Bureau of Land Management; ROWAN GOULD, Regional Director, United States Fish and Wildlife Service; BUREAU OF LAND MANAGEMENT, UNITED STATES FISH AND WILDLIFE SERVICE, and UNITED STATES DEPARTMENT OF THE INTERIOR, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**DECLARATION OF ELEANOR HUFFINES**

I, Eleanor Huffines, declare as follows:

1.      I reside in Anchorage, Alaska, and am a member in good standing of The Wilderness Society.

2.      I have a long-standing personal and professional interest in and understanding of the issues affecting the Alaskan Arctic, including the National Petroleum Reserve - Alaska (Reserve).  I have a degree in economics and have worked as a wilderness guide in the Arctic before working for The Wilderness Society.  I have also served on the Bureau of Land

Management's (BLM) Resource Advisory Council, a body that provides citizen counsel and advice to the Secretary of Interior on the planning and management of public resources in Alaska.  During my term, the Council spent significant time discussing the future of the Reserve.

3.       I am currently The Wilderness Society's Alaska Regional Director.  In that capacity, I am familiar with the operations of The Wilderness Society in Alaska and nationally.  I am offering this declaration on behalf of both The Wilderness Society and myself.

<u>The Wilderness Society's Involvement in the National Petroleum Reserve - Alaska</u>

4.       The Wilderness Society, founded in 1935, is a national non-profit membership organization devoted to preserving wilderness and wildlife, protecting America's prime forests, parks, rivers, deserts, and shorelines, and fostering an American land ethic.  The Wilderness Society has approximately 200,000 members nationwide, approximately 675 of whom live in Alaska, and has had a longstanding involvement with the issues surrounding the impacts of oil and gas development on public lands, including lands across Alaska's Arctic.

5.       An important goal of The Wilderness Society in Alaska is the protection of the wild natural ecosystems on Alaska's North Slope and the Arctic Coastal Plain, including the Reserve. The Society and its members advocate both in Congress and in the Executive branch for policies that will better protect those ecosystems and their wilderness-dependent wildlife, including caribou and numerous species of waterfowl and migratory birds.  These *de facto* wilderness areas are important to our members because of their value for wildlife and their aesthetic qualities. Our members rely on these areas for recreational, research, aesthetic, and scientific purposes.

6.       In 1998, The Wilderness Society participated in the public planning, policy development, and decision-making process regarding the Northeast Planning Area of the Reserve by providing comments to the BLM on the draft and final environmental impact statements (EIS)

and by testifying in the initial scoping meeting. It has dedicated staff time and resources to monitor the plan and the subsequent oil and gas leasing activities in the area.

7.    In 2003 and 2004, The Wilderness Society participated in BLM's public process regarding the Northwest Planning Area of the Reserve, submitting comments on both the draft and final EISs, and committing staff resources to monitor the plan to open this area to oil and gas leasing.

8.    The Wilderness Society has been actively engaged in the BLM's process to amend the 1998 plan for the Northeast Planning Area. I testified on behalf of organization in the scoping meeting in Anchorage in October 2003 and our staff also participated in the scoping meeting held in Barrow. The Wilderness Society, together with several other organizations, submitted extensive comments on the draft and final EISs, expressing our concerns over BLM's poorly planned, scientifically unjustified, and piecemeal approach to oil and gas development of the Reserve that is threatening the ecological integrity of the entire Arctic. In particular, we first outlined in great detail how the draft EIS, among other things, (1) violated BLM's obligation to provide maximum protection to the Reserve's biological and cultural resources, (2) failed to consider reasonable alternatives, and (3) failed to analyze adequately the site-specific and cumulative impacts of oil and gas exploration and development on the rich and diverse resources of the Northeast Planning Area. Further, our comments on the final EIS criticized the BLM's adoption of a modified Preferred Alternative that would open the entire Planning Area, including the Teshekpuk Lake Special Area, to oil and gas development.

9.    The Wilderness Society educates its members and the public concerning the management of public lands, including those within the Reserve, and advocates policies and practices that protect the wilderness values of these lands. In order to educate its members and

members of the public, The Wilderness Society has produced both textual and graphic information about the Reserve and the Alaska's North Slope in various publications and on our web site. For example, a map depicting areas either leased or proposed for leasing for oil and gas development on the North Slope is posted on our web site, and text adjacent to the map outlines some of the history and development threats to the Reserve. The Wilderness Society has also published and publicly distributed a document titled "Broken Promises – The Reality of Big Oil in America's Arctic." We have also created various media materials and held press briefings about the Northeast Planning Area.

10.     It is impossible for The Wilderness Society to achieve its organizational purposes fully without adequate information and public participation in the processes required by law for the management of the Northeast Planning Area. The BLM's failure to prepare an adequate EIS has interfered with our ability to provide our members accurate information on how the proposed oil and gas leasing would affect the wilderness and other values of the Planning Area. The interests and organizational purposes of The Wilderness Society will be directly and irreparably injured by the defendants' actions in this case.

11.     Members of The Wilderness Society use areas within the Northeast Reserve for various purposes, including recreation, wildlife viewing, education, research, photography, and aesthetic and spiritual enjoyment, and enjoy or otherwise use migratory wildlife from the Northeast Planning Area. The planned oil and gas exploration and development activities, and the defendants' unlawful actions in this case, will harm our members' use and enjoyment of these areas. The oil and gas leasing activities authorized by the final EIS and ROD will directly and irreparably injure our members' interests in the Northeast Planning Area.

Personal Statement of Harm

12.     The proposed oil and gas leasing at issue in this case threatens to harm my personal use and enjoyment of the Reserve.

13.     I have personally visited the Reserve, and other areas of the Alaskan Arctic, multiple times, both for business and pleasure.

14.     Between 2002 and 2005, I made seven work-related trips to the North Slope.  These trips took me to Prudhoe Bay, Barrow, Arctic National Wildlife Refuge, and, in fall 2004, to ConocoPhillips' Alpine field directly east of the Northeast Planning Area.  During many of these visits, I also flew over large swaths of the Northeast Planning Area, including over the Teshekpuk Lake and the areas to where ConocoPhillips is currently planning to expand its Alpine operations.  I was able to look down to two very different realities:  one dominated, and permanently altered, by intrusive oil and gas development, and the other still pristine and untouched wilderness landscape.  I have also learned how important this vast region is for the native communities that depend on this land and its resources for year-round sustenance and cultural identity.

15.     In the fall of 2003, I also did a personal river trip on the Colville River.  I put in near the river's headwaters and took out in Umiat.  I enjoyed this magnificent river, its wildlife, and the lands surrounding it, for approximately ten days during which I camped on both sides of the river.  I also took multiple day hikes away from the river.  These hikes allowed me to get a sense of the broader landscape, the un-obstructed vistas of the Arctic tundra.  I was most captivated by the quiet expanse and biological diversity of this area.  Colville is known for its raptors and caribou and I was fortunate to see them in addition to grizzly bears and a host of other birds.  Seeing and experiencing untouched wilderness – free of man-made structures, noises, and

pollution – provided much-needed spiritual nourishment for me. I also developed a special caring for this river while I served on BLM' Resource Advisory Council and object to any development proposal that would jeopardize the integrity of this magnificent watershed.

16.    Last summer I returned to one of my favorite places in the Arctic National Wildlife Refuge, the Kongakut river valley. Unlike previous years, we decided to hike to the coast rather than raft. In a nine-day period we saw wolves, caribou, grizzles, musk ox, snowy owls, and countless other birds. We spent hours each night walking the ridges looking towards the Arctic ocean in hopes of catching a glimpse of a polar bear. Even though I have been to the Refuge dozens of times, I always discover something new.

17.    The Teshekpuk Lake sustains incredible numbers of waterfowl. I come from a family of duck hunters and grew up especially appreciative of and fascinated about migratory ducks. Many species support a large number of both native and non-native subsistence hunters along their migratory flyways. Even though I do not hunt myself, I am extremely concerned about the current proposal to open the entire Teshekpuk Lake Special Area for oil and gas leasing and how this will affect the birds that depend on it for nesting, molting, rearing, and feeding habitat, and further, those who depend on those birds for their sustenance. I was planning to go the Teshekpuk Lake in July 2005 but had to cancel the trip due to work conflicts. I look forward to the next available opportunity to visit this incredible place.

18.    I also intend to return to the Reserve, including the Northeast Planning Area, in the future, possibly as soon as this coming summer. Especially, I would like to go back to the Colville River and, this time, float the river from Umiat all the way to the coast. I also intend to continue to travel to various locations in the North Slope over the coming years.

19.    I am not opposed to all oil and gas development in the Reserve.  However, I am opposed to BLM's decision to endorse wholesale development of the Reserve that jeopardizes the key wildlife, cultural, and subsistence-use areas, such as, for instance, the Teshekpuk Lake region, and that ignores the cumulative impacts of such development on the entire Arctic ecosystem.  Any development that would bring roads, pipelines, drilling pads, rigs, airstrips, and the associated traffic, noises, and pollution to the undeveloped portions of the Northeast Planning Area would permanently destroy the wilderness character of this region.  Such development would destroy my enjoyment of the area to a degree that would make me not want to return there on personal time.

    I declare under penalty of perjury that the foregoing is true and correct.

    Dated this _28_ day of _April_ , 2006        _____
                                                                Eleanor Huffines