## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*National Audubon Society, et al. v. Scarlett, et al.*
Case No. 1:05-cv-00008-JKS

By:                THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:      Dan Maus, Case Management: 677-6123*

PROCEEDINGS:      ORDER FROM CHAMBERS

      Plaintiffs seek leave to file an amended complaint. Docket No. 51. The motion is opposed on the ground that amendment would be futile. Docket No. 64. Plaintiffs have replied. Docket No. 65. The Court is not convinced that the proposed amendment is futile. If the BLM, or other defendant, wishes to challenge the amendment or contend that it fails to state a claim, a proper motion may be brought for that purpose.

**IT IS THEREFORE ORDERED:**

The motion to file an amended complaint at **Docket No. 51** is **GRANTED**.

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: June 22, 2006

*       ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.