IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>DIRK KEMPTHORNE, Secretary of the Interior[1]; HENRI BISSON, State Director, Bureau of Land Management; TOM MELIUS, Regional Director, United States Fish and Wildlife Service[2]; BUREAU OF LAND MANAGEMENT, UNITED STATES FISH AND WILDLIFE SERVICE, and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>　　　Defendants, and<br><br>CONOCOPHILLIPS ALASKA, INC., ANADARKO PETROLEUM CORPORATION, ARCTIC SLOPE REGIONAL CORPORATION, and STATE OF ALASKA,<br><br>　　　Intervenor-Defendants. | Case No. 1:05-cv-00008-JKS |

**PROPOSED ORDER DENYING INTERVENOR-DEFENDANTS' MOTION TO STRIKE**

Upon consideration of Intervenor-Defendants' Motion to Strike Extra-Record Materials (Docket No. 67) and Plaintiffs' Opposition thereto, it is hereby ORDERED that the motion is DENIED.  It is hereby ORDERED that the Expert Declarations of John Schoen and  Jack

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), Dirk Kempthorne has been automatically substituted for P. Lynn Scarlett.

[2] Pursuant to Fed. R. Civ. P. 25(d)(1), Tom Melius has been automatically substituted for Rowan Gould.

Lentfer, and the scientific article by Ward, et al., that were submitted as Exhibits 59, 60, and 45 to Plaintiffs' Opening Brief (Docket No. 49), respectively, are admitted for Court's consideration in the above-captioned case.

    SO ORDERED this _____day of _____2006.

                                                              _____
                                                              JAMES K. SINGLETON, JR.
                                                              United States District Judge