DEAN K. DUNSMORE
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone:(907)271-5452
Facsimile: (907)271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, et al.<br><br>              Plaintiffs,<br><br>   v.<br><br>DIRK KEPMTHORNE, Secretary of the Interior; HENRI BISSON, et al.<br><br>             Defendants, | No. 1:05-cv-00008-JKS<br><br>DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANTS & INTERVENORS TO FILE BRIEFS (UNOPPOSED) |

Defendants Dirk Kempthorne, Secretary of the Interior; Henri Bisson, Alaska State Director, Bureau of Land Management; the Bureau of Land Management; Tom Melius, Regional Director, United States Fish and Wildlife Service; the United States Fish and Wildlife Service; and the United States Department of the Interior, move the court for an enlargement of time from July 21, 2006, to and including August 3, 2006, in which the parties (including intervenors) may file briefs in response to Plaintiffs' Opening Brief (Docket Entry No. 49) and request that Plaintiffs Reply to these briefs be extended from August 9, 2006 to August 18, 2006.

In support of the above motion defendants show:

1. Pursuant to the Order Modifying Briefing Schedule (Docket

Entry No. 47) filed May 19, 2006, defendants and intervenors' briefs in response to Plaintiffs' Opening Brief are due to be filed July 21, 2006.

    2. Defendants need additional time to complete and file their brief. Undersigned counsel for defendants has in particular been required to devote a substantial amount of his attention and time to matters other than this action that could not have been specifically anticipated.[1]/ Further, counsel has because of illness just recently to be out of his office and unable to work for three days which counsel had set aside for the task of preparing the response to Plaintiffs' Opening Brief. Counsel will also now be without any staff support from July 26 through August 2, 2006 (this sole individual needs to be out of the State visit an elderly and seriously ill grandparent), and that will affect defendants' ability to complete and file defendants' brief.

    3. The subject matter of this action is a decision by the Bureau of Land Management (BLM) to amend its implementation plan for oil and gas leasing in the Northeast Planning Area of the National Petroleum Reserve - Alaska. The briefing schedule originally agreed to by the parties in this case was established so

---

[1]/   These included counsel's the need to draft and serve over 140 pages of responses to written discovery in *Paul G. Shearer v. United States*, No. 3:03-cv-00263-JKS(D. Alaska)[see Order From Chambers (Docket Entry No. 89) filed July 14, 2006] and a series of motions for reconsiderations pursuant to Fed. R. Civ. P. 59 and 60 from the court's Order Motion for Summary Judgment (Docket Entry No. 269) filed on June 12, 2006, in *Safari Club Int'l et al. v. Mitch Demientieff et al.* No. 3:98-cv-00414-HRH(D. Alaska). Pursuant to the Fed. R. Civ. P. 6(b), enlargements of time cannot be granted for the filing of Rule 59 and 60(b) motions.

that briefing on the merits could be completed and a decision entered before BLM would proceed to hold any lease sale under this amended plan. That sale had been anticipated to occur in September 2006, and is now expected to occur on September 27, 2006. The parties still desire to have this matter adjudicated before the lease sale and believe this request to be consistent with that goal. Granting of this motion, along with the two-week enlargement granted to plaintiffs to file their brief, Order Modifying Briefing Schedule (Docket Entry No. 47) filed May 19, 2006, will shorten the time the court would have to enter a decision. To assist in the expeditious resolution of this matter, plaintiffs agree to shorten the time for their reply from the nineteen days originally negotiated to fourteen days.

    4. Defendants are authorized to represent that intervenors do not oppose this motion. Plaintiffs do not oppose this motion, based on their belief that a decision will be possible before the September 27, 2006 lease sale. In the event that the Court's schedule does not permit a decision within this time frame, plaintiffs may find it necessary to request preliminary relief to prevent irreparable harm to their interests.

    Dated this 20th day of July 2006.

                                      /s/ Dean K. Dunsmore
                                      DEAN K. DUNSMORE
                                      DEPARTMENT OF JUSTICE
                                      Environment & Natural Resources Division
                                      801 B Street, Suite 504
                                      Anchorage, Alaska 99501-3657
                                      Telephone:(907)271-5452
                                      Facsimile: (907)271-5827
                                      Email: dean.dunsmore@usdoj.gov

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 20th day of July, 2006 a copy of the foregoing DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TIME FOR DEFENDANTS & INTERVENORS TO FILE BRIEFS (UNOPPOSED) together with a (Proposed) ORDER were served electronically on:

Deirdre McDonnell
Jeffrey W. Leppo
Laura J. Beveridge
Ethan Falatko
David C. Crosby


/s/ Dean K. Dunsmore
DEAN K. DUNSMORE