DEAN K. DUNSMORE
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone:(907)271-5452
Facsimile: (907)271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, and THE WILDERNESS SOCIETY et al.<br><br>               Plaintiffs,<br><br>  v.<br><br>GALE NORTON, Secretary of the Interior; HENRI BISSON, Bureau of Land Management State Director; and UNITED STATES DEPARTMENT OF THE INTERIOR et al.<br><br>               Defendants, | No. 1:05-cv-0008-JKS<br><br>(PROPOSED) ORDER |

     IT IS HEREBY ORDERED THAT Defendants' Motion for Enlargement of Time For Defendants & Intervenors to File Briefs (Unopposed) filed July 20, 2006, is granted and that Defendants and Intervenors are granted an enlargement of time to and including August 3, 2006, in which to file briefs in response to Plaintiffs' Opening Brief (Docket Entry No. 49) and the filing of Plaintiffs' reply to these

briefs is extended to August 18, 2006.

DATED this ____ day of _____, 2006.

                                               _____
                                             JAMES K. SINGLETON, Jr.
                                             United States District Judge