Jeffrey W. Leppo
Laura J. Beveridge
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, Washington 98101
Phone: (206) 624-0900
Fax: (206) 386-7500
Email: jwleppo@stoel.com
Email: ljbeveridge@stoel.com

*Attorneys for Intervenor-Defendants ConocoPhillips Alaska, Inc. and Anadarko Petroleum Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY,<br><br>　　　　　　　Plaintiffs,<br>　　　v.<br><br>DIRK KEMPTHORNE, Secretary of the Interior; HENRI BISSON, State Director, Bureau of Land Management; TOM MELIUS, Regional Director, United States Fish and Wildlife Service; BUREAU OF LAND MANAGEMENT; UNITED STATES FISH AND WILDLIFE SERVICE; and the UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>　　　　　　　Defendants, and<br><br>CONOCOPHILLIPS ALASKA, INC. ANADARKO PETROLEUM CORPORATION, ARCTIC SLOPE REGIONAL CORPORATION, and the STATE OF ALASKA,<br>　　　　　　　Intervenor-Defendants | Case No.<br>　1:05-CV-00008-JKS |

**INTERVENOR-DEFENDANTS' NOTICE
RE CONVERSATION WITH CASE MANAGER**

**National Audubon Society, et al. v. Kempthorne, et al.**
1:05-CV-00008-JKS

Seattle-3331640.1 0028116-00025

ConocoPhillips Alaska, Inc. and Anadarko Petroleum Corporation hereby file this notice on behalf of all Intervenor-Defendants to confirm the undersigned counsel's telephone conversation with Dan Maus, case manager for Judge Singleton, on July 20, 2006, regarding Defendants' pending unopposed motion to extend the filing date for both Defendants' and Intervenor-Defendants' Response Briefs.  In light of Defendants' unopposed motion, Intervenor-Defendants will not file their Response Brief on July 21, 2006.  Intervenor-Defendants will file their Response Brief as instructed by the Court when it rules on Defendants' pending unopposed motion.

DATED this 21st day of July, 2006.

STOEL RIVES LLP

s/Laura J. Beveridge
Jeffrey W. Leppo, AK Bar #0001003
Laura J. Beveridge, *Pro Hac Vice*
600 University Street, Suite 3600
Seattle, Washington  98101
Phone:  (206) 624-0900
Fax:  (206) 386-7500
Email:  jwleppo@stoel.com
Email:  ljbeveridge@stoel.com

*Attorneys for Intervenor-Defendants ConocoPhillips Alaska, Inc., and Anadarko Petroleum Corporation*

2

**Certificate of Service**

  I hereby certify that on July 21, 2006, a copy of foregoing document was served electronically on:

**Deirdre A. McDonnell**
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801

**Dean K. Dunsmore**
U.S. DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657

**David C. Crosby**
David C. Crosby, P.C.
5280 Thane Road
Juneau, Alaska 99801-7717

**Ethan Falatko**
**Lawrence Ostrovsky**
STATE OF ALASKA
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811-0300


s/Laura J. Beveridge
Laura J. Beveridge


**National Audubon Society, et al. v. Kempthorne, et al.**
1:05-CV-00008-JKS

2

Seattle-3331640.1 0028116-00025