DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Ethan Falatko
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska  99811-0300
Ph:  (907) 465-3600
Fax:  (907) 465-2417
ethan_falatko@law.state.ak.us
Attorney for the State of Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON  SOCIETY et al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>GALE NORTON, )<br>Secretary of the Interior, et al., )<br>)<br>Defendants. )<br>_____ ) | Case No. J05-008CV (JKS) |

## STATE OF ALASKA'S MOTION TO FILE ANSWER
## TO PLAINTIFFS' SECOND AMENDED COMPLAINT

The State of Alaska, through counsel, respectfully requests leave of the court to file its Answer to Plaintiffs' Second Amended Complaint.  Pursuant to F.R.C.P 12, the State's Answer was due July 13.  The court issued an order July 21 noting that the State had not filed its answer to Plaintiffs' Second Amended Complaint, and instructing the Plaintiff to either require an answer immediately from the State or file for default within 20 days from the date of the order.  In response to the court's order the State

respectfully requests leave to file an untimely Answer and files its Answer to Plaintiffs'

Second Amended Complaint.

Dated this 21st day of July, 2006, at Juneau, Alaska.

> DAVID W. MÁRQUEZ
> ATTORNEY GENERAL
>
> By:   s/Ethan Falatko
> Assistant Attorney General
> Alaska Bar No. 0112093
> Office of the Attorney General
> P.O. Box 110300
> Juneau, Alaska  99811-0300
> Ph:  (907) 465-3600
> Fax:  (907) 465-2417
> ethan_falatko@law.state.ak.us
> *Attorney for the State of Alaska*

**Certificate of Service**

I hereby certify that on July 21, 2006, a copy of the forgoing documents, *State of Alaska's Motion to File Answer to Plaintiffs' Second Amended Complaint*; *Answer of Intervenor-Defendant State of Alaska to the Second Amended Complaint*, and a proposed *Order* were served electronically on:

| | |
|---|---|
| Dean K. Dunsmore<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>801 B Street, Suite 504<br>Anchorage, Alaska, 99501-3657 | Deirdre McDonnell<br>Layla Hughes<br>Eric P. Jorgensen<br>EARTHJUSTICE<br>325 4th Street<br>Juneau, Alaska  99801 |
| Jeffrey W. Leppo.<br>600 University Street, Suite 3600<br>Seattle, Washington  98101 | David Crosby<br>5280 Thane Road<br>Juneau, Alaska  99801 |

s/Ethan Falatko