DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Ethan Falatko
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811-0300
Ph: (907) 465-3600
Fax: (907) 465-2417
ethan_falatko@law.state.ak.us
Attorney for the State of Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| GALE NORTON, Secretary of the Interior, et al., | ) ) ) |
| Defendants. | ) ) |

Case No. J05-008CV (JKS)

## **ORDER**

THIS MATTER came before the court on the State of Alaska's Motion File Answer to Second Amended Complaint. The parties having opportunity to respond, it is hereby ORDERED that the State of Alaska's Motion to File Answer to Second Amended Complaint is GRANTED.

Dated this _____ day of July, 2006, at Anchorage, Alaska.

_____
James K. Singleton, Jr.
District Court Judge