David C. Crosby
David C. Crosby, PC
5280 Thane Road
Juneau, Alaska 99801-7717
Tel: (907) 586-6262
Fax: (907) 586-5959
E-Mail: crosbylaw@gci.net

Attorney for Intervenor/Defendant
Arctic Slope Regional Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| DIRK KEMPTHORNE, Secretary of the ) | |
| Interior, et al., ) | |
| ) | |
| Defendants, and ) | |
| ) | |
| CONOCOPHILLIPS ALASKA, INC., ) | |
| et al., ) | |
| ) | |
| Intervenor/Defendants ) | Case No. 1:05-cv-00008-JKS |
| _____) | |

MOTION OF INTERVENOR/DEFENDANT
ARCTIC SLOPE REGIONAL CORPORATION FOR EXTENSION OF
TIME TO FILE ANSWER TO AMENDED COMPLAINT

Intervenor/Defendant Arctic Slope Regional Corporation moves the

court for an extension of time in which to file its answer to the amended

complaint until August 21, 2006, based on the attached declaration of counsel.

DATED this 25th day of July, 2006, at Portsmouth, New Hampshire.

>Respectfully submitted,
>
>DAVID C. CROSBY, P.C.
>
>/s/  David C. Crosby
>David C. Crosby
>Alaska Bar No. 7106006
>
>Attorney for Intervenor/
>Defendant Arctic Slope
>Regional Corporation

The undersigned certifies that on July 25, 2006, a copy of this document was served electronically on:

>Deirdre McDonnell
>Layla Hughes
>Eric P. Jorgensen
>EARTHJUSTICE
>325 Fourth Street
>Juneau, AK 99801
>
>Dean K. Dunsmore
>U.S. DEPARTMENT OF JUSTICE
>Environment & Natural Resources Division
>801 B Street, Suite 504
>Anchorage, AK 99501-3657
>
>Jeffrey W. Leppo
>Stoel Rives
>Seattle, WN

Ethan Falatko
State of Alaska
Department of Law
Juneau, AK



                                                      <u>/s/  David C. Crosby</u>
                                                      David C. Crosby

ASRCForExtension.045