IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| DIRK KEMPTHORNE, Secretary of the Interior, et al., | ) ) ) |
| | ) |
| Defendants, and | ) |
| | ) |
| CONOCOPHILLIPS ALASKA, INC., et al., | ) ) |
| | ) |
| Intervenor/Defendants | ) Case No. 1:05-cv-00008-JKS |
| _____ | ) |

ORDER EXTENDING TIME FOR INTERVENOR/DEFENDANT
ARCTIC SLOPE REGIONAL CORPORATION'S TIME TO ANSWER
AMENDED COMPLAINT

Intervenor/Defendant Arctic Slope Regional Corporation's Motion for Extension of Time to File Answer to Amended Complaint is GRANTED. ASRC shall file its Answer to the Amended Complaint on or before August 21, 2006.

DATED this ____ day of _____, at Anchorage, Alaska.

_____
James K. Singleton, Jr., Judge
United States District Court
District of Alaska

The undersigned certifies that on July 25, 2006, a copy of this document was served electronically on:

    Deirdre McDonnell
    Layla Hughes
    Eric P. Jorgensen
    EARTHJUSTICE
    325 Fourth Street
    Juneau, AK 99801

    Dean K. Dunsmore
    U.S. DEPARTMENT OF JUSTICE
    Environment & Natural Resources Division
    801 B Street, Suite 504
    Anchorage, AK 99501-3657

    Jeffrey W. Leppo
    Stoel Rives
    Seattle, WN

    Ethan Falatko
    State of Alaska
    Department of Law
    Juneau, AK

                                      /s/  David C. Crosby
                                      David C. Crosby

OrderExtendTimeASRC.045