David C. Crosby
David C. Crosby, PC
5280 Thane Road
Juneau, Alaska 99801-7717
Tel: (907) 586-6262
Fax: (907) 586-5959
E-Mail: crosbylaw@gci.net

Attorney for Intervenor/Defendant
Arctic Slope Regional Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| DIRK KEMPTHORNE, Secretary of the Interior, et al., | ) ) |
| | ) |
| Defendants, and | ) |
| | ) |
| CONOCOPHILLIPS ALASKA, INC., et al., | ) ) |
| | ) |
| Intervenor/Defendants | ) Case No. 1:05-cv-00008-JKS |
| _____ | ) |

DECLARATION OF DAVID C. CROSBY

DAVID C. CROSBY declares under penalty of perjury as follows:

1.  I am counsel to Intervenor/Defendant Arctic Slope Regional Corporation ("ASRC"), and I make this declaration in support of its motion

for an extension of time in which to file an answer to the amended complaint.

    2.    ASRC has filed an answer to the Complaint, but not to the Amended Complaint.

    3.    ASRC anticipates that its Answer will be substantially similar to the Answers filed by the other Defendants.

    4.    This is a proceeding for review under the Administrative Procedure Act on the record that has been fully briefed on the merits and that is awaiting decision. There will be no trial or other proceeding in which ASRC's admissions or denials could be outcome determinative.

    5.    I am on vacation out of state and will not return to Juneau until August 13, 2006. I am a sole practitioner, and there is no one who can prepare the Answer in my absence.

6.	For the foregoing reasons, I ask that the Court enter an order extending ASRC's time to answer until August 21, 2006.

DATED this July 25, 2006, at Portsmouth, New Hampshire.

> Respectfully submitted,
>
> DAVID C. CROSBY, P.C.
>
> /s/  David C. Crosby
> David C. Crosby
> Alaska Bar No. 7106006
>
> Attorney for Intervenor/
> Defendant Arctic Slope
> Regional Corporation

The undersigned certifies that on July 25, 2006, a copy of this document was served electronically on:

Deirdre McDonnell
Layla Hughes
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801

Dean K. Dunsmore
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, AK 99501-3657

Jeffrey W. Leppo
Stoel Rives
Seattle, WN

Ethan Falatko
State of Alaska
Department of Law
Juneau, AK

              <u>/s/  David C. Crosby</u>
              David C. Crosby

ASRCDeclaration ofDavidC.045