DEAN K. DUNSMORE
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone:(907)271-5452
Facsimile: (907)271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>DIRK KEMPTHORNE, Secretary of the Interior; HENRI BISSON, et al.<br><br>　　　　　Defendants, | No. 1:05-cv-00008-JKS<br><br>DEFENDANTS' MOTION TO FILE CONVENTIONAL COPIES |

　　　Pursuant to D. Ak. LR 5.3, defendants Dirk Kempthorne, Secretary of the Interior; Henri Bisson, Alaska State Director, Bureau of Land Management; the Bureau of Land Management; Tom Melius, Regional Director, United States Fish and Wildlife Service; the United States Fish and Wildlife Service; and the United States Department of the Interior, move the court for leave to file in conventional form one copy of each of the following documents:

　　　(1) Northeast National Petroleum Reserve-Alaska Draft Integrated Final Activity Plan/ Environmental Impact Statement issued in June 2004;

　　　(2) the Northeast National Petroleum Reserve-Alaska,

Final Amended Integrated Activity Plan/Environmental Impact Statement issued in January 2005,

(3) Final Biological Opinion (01-12-2005); and

(4) Record of Decision: Northeast National Petroleum Reserve-Alaska, Final Amended Integrated Activity Plan/Environmental Impact Statement (hereinafter referred to as ROD) signed by Deputy Assistant Secretary of the Interior Chad Calvert on January 11, 2006.

In support of the above motion defendants show:

Plaintiffs seek review in this action of the defendants' decision to amend the Bureau of Land Management's Integrated Activity Plan for oil and gas leasing in the 4.6-million acre Northeast Study or Planning Area of the National Petroleum Reserve - Alaska. That decision is embodied in the Record of Decision: Northeast National Petroleum Reserve-Alaska, Final Amended Integrated Activity Plan/Environmental Impact Statement signed by Deputy Assistant Secretary of the Interior Chad Calvert on January 11, 2006. The ROD was preceded by the Northeast National Petroleum Reserve-Alaska Draft Integrated Final Activity Plan/ Environmental Impact Statement, June 2004; the Northeast National Petroleum Reserve-Alaska, Final Amended Integrated Activity Plan/Environmental Impact Statement issued in January 2005; consultation and preparation of a Final Biological Opinion (01-12-2005), pursuant to the Endangered Species Act (ESA), 16 U.S.C. § 1531; and the Northeast National Petroleum Reserve-Alaska, Final Amended Integrated Activity Plan/Environmental

Impact Statement Supplemental Information Report in January 2006.[1]/ The (1) Northeast National Petroleum Reserve-Alaska Draft Integrated Final Activity Plan/ Environmental Impact Statement; (2) the Northeast National Petroleum Reserve-Alaska, Final Amended Integrated Activity Plan/Environmental Impact Statement, (3) Final Biological Opinion (01-12-2005); and (4) Record of Decision: Northeast National Petroleum Reserve-Alaska, Final Amended Integrated Activity Plan/Environmental Impact Statement are the principle administrative documents at issue in this litigation. Defendants believe that the court will find it useful to have complete conventional copies of these documents, in addition to the copies available in the electronic version of the record lodged (Docket Entry No. 21) on March 17, 2006.

Intervenors have authorized defendants to represent that they have no objection to this motion.

Dated this 3rd day of August, 2006.

/s/ Dean K. Dunsmore
DEAN K. DUNSMORE
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone:(907)271-5452
Facsimile: (907)271-5827
Email: dean.dunsmore@usdoj.gov

---

[1]/ A complete copy of the Supplemental Information Report is Exhibit 54 to Plaintiffs' Opening Brief (Docket Entry No. 49). Therefore, defendants do not believe there is any need to lodge an additional conventional copy of that document.

Case No. 1:05-cv-00008-JKS
Defs' Motion to File Copies                -3-

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 3rd day of August, 2006 a copy of the foregoing DEFENDANTS' MOTION TO FILE CONVENTIONAL COPIES and a proposed Order were served electronically on:

Deirdre McDonnell
Jeffrey W. Leppo
Laura J. Beveridge
Ethan Falatko
David C. Crosby


/s/ Dean K. Dunsmore
DEAN K. DUNSMORE