DEAN K. DUNSMORE
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone:(907)271-5452
Facsimile: (907)271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

                    UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF ALASKA

NATIONAL AUDUBON SOCIETY, ALASKA   )
WILDERNESS LEAGUE, et al.          )
                                   )
                Plaintiffs,        )
                                   ) No. 1:05-cv-00008-JKS
        v.                         )
                                   )
DIRK KEMPTHORNE, Secretary of the  )
Interior; HENRI BISSON, et al.     )
                                   )
                Defendants,        )
                                   )
_____)

                       (PROPOSED) ORDER

     It is hereby ordered that Defendants' Motion to file
Conventional Copies filed August 3, 2006 is granted and that
defendants may file with the court in conventional form one copy of
the following:

     (1) Northeast National Petroleum Reserve-Alaska Draft
Integrated Final Activity Plan/ Environmental Impact Statement
issued in June 2004;

     (2) the Northeast National Petroleum Reserve-Alaska, Final
Amended Integrated Activity Plan/Environmental Impact Statement
issued in January 2005,

     (3) Final Biological Opinion (01-12-2005); and

     (4) Record of Decision: Northeast National Petroleum Reserve-

Alaska, Final Amended Integrated Activity Plan/Environmental Impact Statement signed by Deputy Assistant Secretary of the Interior Chad Calvert on January 11, 2006.

  DATED this _____ day of _____, 2006.


         _____
         JAMES K. SINGLETON, Jr.
         United States District Judge