# STATE OF ALASKA

**DEPARTMENT OF NATURAL RESOURCES**

*OFFICE OF THE COMMISSIONER*

FRANK H. MURKOWSKI, GOVERNOR

☐ 400 WILLOUGHBY AVENUE
JUNEAU, ALASKA 99801-1796
PHONE: (907) 465-2400
FAX:   (907) 465-3886

☐ 550 WEST 7TH AVENUE, SUITE 1400
ANCHORAGE, ALASKA 99501-3650
PHONE: (907) 269-8431
FAX:   (907) 269-8918

Mr. Henry R. Bisson, State Director
U.S. Department of Interior
Bureau of Land Management
222 West 7th Avenue, No. 13
Anchorage, AK 99513-7599

February 28, 2005

Dear Mr. Bisson:

The State of Alaska has reviewed the Final Amended Integrated Activity Plan/Environmental Impact Statement (FIAP/EIS) produced by the U.S. Department of the Interior Bureau of Land Management (BLM) for the Northeast National Petroleum Reserve-Alaska (NE NPR-A). This document considers opening portions of the NE NPR-A that are currently unavailable or under a no surface occupancy restriction for oil and gas leasing. It also considers replacing current prescriptive-based stipulations with performance-based lease stipulations and Required Operating Procedures (ROPs).

BLM has developed a final preferred alternative that opens the entire planning area to leasing, with areas of No Surface Occupancy (NSO) within the Goose Molting Area (GMA) north and east of Teshekpuk Lake and within the Caribou Habitat Area east and south of Teshekpuk Lake, along with deferral of leasing for 10 years within the boundaries of Teshekpuk Lake. These are considerable changes to the draft preferred alternative (Alternative B) presented in the June 2004 draft IAP/EIS which would have allowed leasing within the boundaries of Teshekpuk Lake yet made unavailable for leasing a contiguous block of most of the GMA.

The final preferred alternative proposes a system of seven large lease tracts ranging from 46,000 to 59,000 acres each within the GMA north and east of Teshekpuk Lake. Within each of these lease tracts, a considerable portion (from 30 to 74 percent) of the least tract contains NSO limitations for permanent facilities around lakes used by molting geese. Irregularly interspersed within these NSO areas are areas that are open to exploration and development. Permanent surface disturbance within each of the seven lease tracts would be limited to 300 acres.

The final preferred alternative incorporates a number of changes recommended by the State. These include addition of the Tingmiaksiqvik River (Ublutuoch River) into lease stipulation K-1 (Rivers area), establishing Lease Stipulation K-9, a caribou movement corridor with no permanent facilities between Teshekpuk Lake and Kogru River, deferring leasing in Teshekpuk Lake, and adopting Lease Stipulation K-10, the Southern Caribou Calving Area, which provides an area of no permanent oil and gas facilities in an area used by caribou for calving. While Stipulations K-9 and K-10 do not incorporate the full extent of the area proposed by the state, these areas will nonetheless

*"Develop, Conserve, and Enhance Natural Resources for Present and Future Alaskans."*

Exhibit A, page 1 of 3

provide some degree of protection to caribou from disturbance by oil and gas facilities and activities. These major changes incorporated in the final preferred alternative, while addressing some of the state's concerns regarding protection of resources, also create additional concerns for caribou and molting geese.

Therefore we recommend the BLM consider adopting the conditions originally set forth in the State's 1998 comments for the NE NPR-A IAP/EIS and reiterated in our August 23, 2004 comments for inclusion into the Record of Decision. These comments requested:

A. Defer leasing in the Goose Molting Area or make leasing available with the caveat that no permanent oil and gas facilities be allowed in the Goose Molting Area until the conditions set forth in the State's 1998 comments summarized below are met:

> 1. Goose and caribou disturbance studies, designed and implemented by a joint state, federal, NSB, and industry research and monitoring team are conducted.
> 2. Technology is advanced and it can be demonstrated that proposed oil and gas activities will not negatively impact molting geese behavior.
> 3. The consultation [collaboration] process is developed and successfully implemented in conjunction with an NPR-A exploration and development planning process.
> 4. The Federal Aviation Administration (FAA) and BLM, in consultation with the Alaska Department of Fish and Game (ADF&G) and the U.S. Fish and Wildlife Service (USFWS), develop and implement appropriate helicopter planning and routing restrictions for this area to prevent disturbance during the critical goose molting period.

B. Establish a 3-mile wide corridor along the south and west shores of Teshekpuk Lake and along the coast from Cape Halkett south to the Kogru River where no permanent oil and gas facilities would be allowed unless it can be demonstrated to the satisfaction of the BLM State Director in collaboration with state resource agencies, that proposed oil and gas activities will not negatively impact wildlife resources.

C. Work with lessees and resource agencies to develop strategies and alternatives for shared infrastructure such as pipelines and processing facilities in order to maximize operation efficiency while minimizing potential impacts to surface resources.

In addition, we recommend additional modification to some of the measures recommended by the state and adopted by BLM. These include:

a. Expand the Caribou Movement Corridor the entire width of the corridor between Teshekpuk Lake and the Kogru River or to a distance of six miles with a pipeline corridor along the eastern margin of the corridor.

b. Expand the Southern Caribou Calving Area to include all of T13N, R2-5W, and the northern half of T12N, R2-5W). Expand the caribou calving area to include the core calving areas north, south, and east of Teshekpuk Lake with the application of NSO (with no exceptions), including

roads and pipelines, but allowing a limited area for a pipeline along the eastern side of the calving area to allow access to the area north of Teshekpuk Lake.

<u>c.</u>  Northwestern caribou migration corridor. We recommend continuation of NSO under 1998 ROD and expansion of the NSO to the northeast.

<u>d.</u>  Reasonable protection of subsistence use, users and resources within NE NPR-A focusing on stipulation and ROP performance over time through a locally accepted, independent monitoring, assessment and evaluation program of key subsistence protection provisions. A rigorous subsistence stipulation and ROP monitoring, assessment and evaluation program, coupled with baseline studies, should yield information that can be used to protect these surface resources.

The state looks forward to working with the BLM to achieve our common goals for management of this area consistent with development of its significant oil and gas resources.

Sincerely,

Dick Lefebrve
Deputy Commissioner
Department of Natural Resources

cc:    Susan Childs, BLM
       Tom Irwin, DNR
       Kerry Howard, DNR
       John Katz, Governors' Office
       Mike Menge, Governor's Office