# Draft

# Amendment to the Northeast National Petroleum Reserve Integrated Activity Plan/ Environmental Impact Statement

## Volume 1

Prepared by

U.S. Department of the Interior, Bureau of Land Management
Anchorage, Alaska

June 2004

# EXECUTIVE SUMMARY

The BLM is amending its 1998 *Northeast Integrated Activity Plan/Environmental Impact Statement* (1998 Northeast IAP/EIS) to consider opening portions of the BLM-administered lands that are currently unavailable or under a No Surface Occupancy restriction for oil and gas leasing in the Northeast National Petroleum Reserve – Alaska (Planning Area). In addition, the BLM proposes to develop performance-based lease stipulations and Required Operating Procedures (ROPs) in the Planning Area similar to the stipulations and ROPs included in the *Northwest National Petroleum Reserve – Alaska IAP/EIS Record of Decision* (Northwest IAP/EIS ROD; USDOI BLM and MMS 2004).

In amending the 1998 Northeast IAP/EIS, the BLM fulfills a mandate by the President's energy policy that directs the Secretary of the Interior to "consider additional environmentally responsible oil and gas development, based on sound science and the best available technology, through further lease sales in the National Petroleum Reserve – Alaska." The mandate states that "such consideration should ***include areas not currently leased within the northeast corner of the National Petroleum Reserve – Alaska***" (bold added). Congress, in a 1981 amendment to the Naval Petroleum Reserves Production Act (NPRPA), 42 USC § 6508, also directed the BLM to undertake oil and gas leasing in the Planning Area. North Slope oil production, centered at the massive Prudhoe Bay field, is key to meeting the nation's domestic oil supply. The North Slope contributes about 16 percent of America's current domestic production. The oil industry has discovered and developed other fields both to the east and west of Prudhoe Bay. However, production is in decline from these older fields, and there are indications that the Planning Area contains oil and natural resources that could help to stem the decline.

> - *An important reason for amending the northeast decision includes the Energy Policy and Conservation Act Amendments of 2000 (EPCA), which directed the Secretary of the Interior, to conduct an inventory of oil and natural gas resources beneath federal lands and to identify any restrictions or impediments to the development of these resources.*
> - *The energy resources of the Petroleum Reserve are essential to meeting our nation's energy demands, will enhance domestic energy production, and decrease our nation's dependency on foreign oil sources.*

To carry out its management responsibilities and respond to the Presidential and congressional directives to the Secretary of the Interior, the BLM is proposing to amend its 1998 Northeast IAP/EIS to:

- Consider leasing portions of lands currently closed or under a No Surface Occupancy restriction to oil and gas leasing in the Northeast National Petroleum Reserve - Alaska; and

> *To carry out its management responsibilities and respond to the Presidential and congressional directives, the BLM is proposing to amend its 1998 Northeast IAP/EIS to:*
> - *Consider leasing portions of lands currently closed or under a No Surface Occupancy (NSO) restriction to oil and gas leasing in the Northeast National Petroleum Reserve - Alaska; and*
> - *Develop performance-based measures to protect important surface resources from the impacts of oil and gas activities, similar to those developed for the Northwest National Petroleum Reserve – Alaska.*

- Develop performance-based measures to protect important surface resources from the impacts of oil and gas activities, similar to those developed for the Northwest National Petroleum Reserve – Alaska.

Subsistence activities, particularly hunting and fishing, are important to local residents, including the Iñupiat, the Native people of Alaska's North Slope. Subsistence hunting and fishing are central to the Iñupiat's ages-old cultural system. Moreover, subsistence activities provide critical sustenance for people who live off Alaska's road network at an extreme distance from the nation's food-distribution system.

# EXECUTIVE SUMMARY

Several portions of the Planning Area have particularly important surface values. Teshekpuk Lake Special Area in the northern third of the planning area is designated to protect caribou and waterfowl habitat; it also is the area with the highest potential for oil and gas resources. The Colville River Special Area, in the southernmost part of the Planning Area, provides habitat for raptors, moose, and fish. In addition, it contains world-class paleontological deposits and is an important all-season access corridor.

This amendment analyzes a No Action Alternative and two other alternatives, one of which is the agency's Preferred Alternative, that would make additional areas of the Planning Area available for oil and gas leasing, and adopt performance-based stipulations, in a manner consistent with responsible protection of other important surface resources. These alternatives present a range of actions that the BLM could take to achieve these objectives, consistent with statutory direction for management of the National Petroleum Reserve – Alaska.

Each alternative includes mitigation measures that broadly apply to the Planning Area. For example, stipulations and ROPs address: waste prevention, handling, and disposal; spill prevention and response; potential impacts of oil and gas exploration and development; protection of subsistence activities; and protection of vegetation, fish, wildlife, cultural, and paleontological resources.

The alternatives presented in this amendment are consistent with the purposes of the National Petroleum Reserve – Alaska's governing statutes. Each alternative offers a different balance between serving the "total energy needs of the nation," a goal of the NPRPA, while protecting surface resources from "unnecessary and undue degradation," as required by the Federal Land Policy and Management Act. See Table 2-1 in Chapter 2 (Alternatives) for a comparison of these alternatives. The alternatives are described below:

> **Additional Protective Measures Included in the Preferred Alternative**
>
> - *All deep-water lakes south of the Teshekpuk Lake area will have ¼ mile buffer that is protected from oil and gas activities.*
> - *All water intake structures in fish bearing or non-fish bearing waters shall be designed, operated, and maintained to prevent fish entrapment, entrainment, or injury.*
> - *The 1998 subsistence consultation buffer has been expanded to include the entire Northeast planning area, not just portions of several buffers along various rivers as is the case in the 1998 decision.*
> - *The minimum required height of any new pipeline constructed is 7 feet as measured from the ground to the bottom of the pipeline at vertical support members; the current requirement is 5 feet.*
> - *All river setbacks (with the exception of the Ikpikpuk River) have been maintained as they were developed for the 1998 ROD. The 3-mile setback on Fish Creek will continue to be off-limits to permanent to oil and gas surface facilities.*
> - *The Tingmiaksiqvik River has been added to the list of rivers with set-backs that provide additional fish protection.*
> - *Activities along Coastal Areas include consultation requirements with the Nuiqsut Whaling Association as well as the Alaska Eskimo Whaling Commission and the North Slope Borough to minimize impacts to subsistence whaling activities.*

**Alternative A (No Action Alternative).** Alternative A, the No Action Alternative, is comprised of decisions established in the ROD for the 1998 Northeast IAP/EIS. The decisions described in this alternative constitute the existing management practices of the Northeast National Petroleum Reserve - Alaska.

Under this alternative, management practices would emphasize prescriptive-based restrictions on surface activities, consultation with local residents, and coordinated scientific studies to protect wildlife habitat, subsistence use areas, and other resources. At the same time, approximately 87 percent (4 million acres) of the Planning Area's 4.6 million acres would be available for oil and gas leasing (Map 2-1). The prescriptive-based stipulations developed for this alternative in the 1998 Northeast IAP/EIS ROD are listed in Appendix E. Appendix F (Standardized Stipulations Applied to Mitigate the Impacts of Non-Oil and Gas Authorizations) lists stipulations that apply to all non-oil and gas-related activities in the Planning Area.

estimated 3.2 billion barrels of technically recoverable oil in the Planning Area was made unavailable for helping to meet future energy needs. The 1998 Northeast IAP/EIS ROD also contained a set of prescriptive-based stipulations to protect natural and cultural resources in the Planning Area.

In the 5 years since the completion of the 1998 Northeast IAP/EIS ROD, the BLM has held oil and gas lease sales, leasing 133 tracts in 1999, and leasing an additional 60 tracts in 2002 (Map 1-2). Many lease tracts were sold around the perimeter of the Teshekpuk Lake area. Since the initial lease sale, industry has completed many miles of seismic lines and drilled 14 exploratory wells. ConocoPhillips Alaska, Inc., has proposed development of five drilling pads that would be satellites to its Alpine Project field, near the village of Nuiqsut. Two of the pads would be on public lands within the Planning Area.

Based on the results from exploration wells drilled on leases acquired in 1999, and from additional exploration and development drilling conducted in the Alpine Project field, the number and size of oil and gas deposits may be greater than previously thought. As noted above, the reserve potential for the Alpine Project field was estimated to be 365 MMbbl in 1998. More recent exploration studies indicate a reserve potential of 450 MMbbl, which would make the Alpine Project field one of the largest fields in Alaska.

In November 2000, Congress passed, and President Clinton signed, the Energy Policy and Conservation Act Amendments of 2000 (EPCA), which directed the Secretary of the Interior, in consultation with the Secretaries of Energy and Agriculture, to conduct an inventory of oil and natural gas resources beneath federal lands and to identify the extent and nature of any restrictions or impediments to the development of these resources.

To assess opportunities for oil and gas production on federal lands in the Northwest National Petroleum Reserve – Alaska, the BLM began assessing the potential impacts from oil and gas development in the Northwest National Petroleum Reserve – Alaska in 2001. The Northwest IAP/EIS was completed in December 2003 (USDOI BLM and MMS 2003) and culminated in a ROD in January 2004 that superseded the decisions of the 1983 EIS and included a decision to make 8.8 million acres available for oil and gas leasing. The ROD also contained a set of performance-based stipulations to protect natural and cultural resources in the Northwest National Petroleum Reserve – Alaska. These stipulations differ from those developed for the 1998 Northeast IAP/EIS in that they:

- Do not include actions that already exist in the form of regulation or law; and

- Provide the BLM and other land users, including industry, greater flexibility by emphasizing the intent or objective of the mitigation to protect the environment.

In 2002, the President's National Energy Policy Development Group recommended that the President direct the Secretary of the Interior to "consider additional environmentally responsible oil and gas development, based on sound science and the best available technology, through further lease sales in the National Petroleum Reserve – Alaska" and that "such consideration should *include areas not currently leased within the northeast corner of the National Petroleum Reserve – Alaska*" (bold added).

To carry out its management responsibilities and respond to the Presidential and Congressional directives to the Secretary of the Interior, the BLM is proposing to amend its 1998 Northeast IAP/EIS to:

- Consider leasing portions of lands currently closed to oil and gas leasing in the Planning Area; and

- Develop performance-based measures to protect important surface resources from the impacts of oil and gas activities, similar to those developed for the Northwest National Petroleum Reserve – Alaska.

INTRODUCTION

### 1.12.4.1    Impacts on Water Resources

Numerous comments addressed water quality issues, and the effects of water withdrawals on hydrology and fish and wildlife habitat. Comments recommended that ROPs regarding water resources conform to state stipulations since the ADNR has the authority to approve water withdrawals from surface and subsurface water bodies in Alaska.

### 1.12.4.2    Impacts on Waterfowl and Shorebirds and Their Habitats

Comments encouraged the BLM to address impacts from disturbance, spills, garbage dumping, thermokarsting, displacement, and an increase in predator populations on bird nesting, rearing, and molting habitats. The following species were specifically mentioned: loon (yellow-billed and red-throated), brant, eider (spectacled, king, and Steller's), goose, duck (long-tailed), raptors, and shorebird (buff-breasted sandpiper) populations. It was also suggested that impacts to subsistence use of bird resources and impacts to waterbird populations on their ranges outside of the North Slope be addressed.

### 1.12.4.3    Impacts to Caribou, Polar Bear, and Grizzly Bear

Concern was expressed over the impacts to caribou, polar bear, and grizzly bear and subsistence use of these wildlife resources. It was suggested that important habitat areas be identified and protected. Some comments requested clarification about how populations would be monitored. Other comments suggested specific ROPs and stipulations to protect these resources.

### 1.12.4.4    Wilderness Values and Special Area Protections

The protection of important historic, cultural, and scenic values, and fish and wildlife resources was encouraged, with specific ROPs, stipulations, and protection measures to ensure this suggested. Consideration of the wilderness qualities of lands in the Planning Area was also recommended.

The Teshekpuk Lake Special Area is important to North Slope residents for subsistence hunting and fishing and is recognized for its importance during critical lifestages of waterbirds and the Teshekpuk Lake caribou herd. This area also includes some of the lands under study considered to have the highest potential for oil and gas resources. Surface resources could be impacted by oil and gas development and other potential land use activities in the Planning Area.

### 1.12.4.5    Impacts to Cultural Resources and Subsistence

Some commentors were concerned about minimizing the impacts on the Iñupiat subsistence culture by maintaining cultural, historic, scientific, and wildlife values, and understanding, respecting, and protecting the historic uses of the Iñupiat people. There was concern about alterations to subsistence resources, access, Native food sources, fish and wildlife migration patterns, and traditional places both within and outside the Planning Area. They are worried that oil and gas pipelines or roads may affect caribou migration, that oil spills could affect fish or marine mammals, and that shoreline development such as docks or causeways, could impact marine animal migrations.

### 1.12.4.6    Social and Economic Impacts

Comments encouraged the analysis of social, cultural, and traditional uses, interests, and views of the Iñupiat Eskimo people, other residents of the NSB (particularly residents within or immediately adjacent to the National Petroleum Reserve – Alaska such as Nuiqsut, Barrow, Atqasuk, and Wainwright), and Arctic Slope

ALTERNATIVES

Performance-based stipulations and ROPs (patterned after those developed for the northwest portion of the National Petroleum Reserve – Alaska) would be used to mitigate the impacts of energy development and other land uses throughout the Planning Area. These restrictions are presented in Section 2.6 (Stipulations and Required Operating Procedures) and pertain to the following activities:

- Waste Prevention Handling, Disposal, Spills, and Public Safety
- Water Use for Permitted Activities
- Winter Overland Moves and Seismic Work
- Oil and Gas Exploratory Drilling
- Facility Design and Construction
- Use of Aircraft for Permitted Activities
- Oilfield Abandonment
- Subsistence Consultation for Permitted Activities
- Orientation Programs Associated with Permitted Activities
- Endangered Species Act Section 7 Consultation Process

Additional seasonal and spatial restrictions are applied to provide protection of specific environmentally sensitive areas. These areas are described in Section 2.2.1 (Areas with Additional Stipulations) and in the stipulations outlined in Section 2.6.2.3 (Stipulations That Apply to Biologically Sensitive Areas). These stipulations would also apply to the approximately 387,000 acres that are unavailable for leasing under the No Action Alternative, but would be made available under the Preferred Alternative. Environmentally sensitive areas and their applicable stipulations are listed below.

- Rivers Area (see Lease Stipulation K-1)
- Deep Water Lakes (see Lease Stipulation K-2)
- Teshekpuk Lake (see Stipulation K-3)
- Goose Molting Area (see Lease Stipulation K-4)
- Teshekpuk Lake Caribou Habitat Area (see Lease Stipulation K-5)
- Coastal Area (see Stipulation K-6)
- Colville River Special Area (see Lease Stipulation K-7)
- Pik Dunes (see Lease Stipulation K-8)

### 2.3.3 Alternative C

Alternative C is intended to allow maximum oil and gas activities permitted by law. Alternative C also utilizes the same performance-based stipulations and ROPs developed for the Preferred Alternative to mitigate the impacts of energy development and other land uses on resources in the Planning Area.

All lands within the Planning Area would be available for leasing; however, additional seasonal and spatial stipulations would be applied to protect environmentally sensitive areas (Map 2-3). Performance-based stipulations and ROPs (patterned after those developed for the northwest portion of the National Petroleum Reserve – Alaska) will be used to mitigate the impacts of energy development and other land uses, throughout

the Planning Area. These restrictions are presented in Section 2.6 (Stipulations and Required Operating Procedures) and pertain to the following activities:

- Waste Prevention Handling, Disposal, Spills, and Public Safety
- Water Use for Permitted Activities
- Winter Overland Moves and Seismic Work
- Oil and Gas Exploratory Drilling
- Facility Design and Construction
- Use of Aircraft for Permitted Activities
- Oilfield Abandonment
- Subsistence Consultation for Permitted Activities
- Orientation Programs Associated with Permitted Activities
- Endangered Species Act Section 7 Consultation Process

Additional seasonal and spatial stipulations and ROPs are applied to provide protection of environmentally sensitive areas. These areas are described in Section 2.2.1 (Areas with Additional Stipulations) and in the stipulations outlined in Section 2.6.2.3 (Stipulations That Apply in Biologically Sensitive Areas). These stipulations would apply to those areas that would be unavailable for leasing under alternatives A and B, but would be made available under this alternative. Environmentally sensitive areas and their applicable stipulations are listed below.

- Rivers Area (see Lease Stipulation K-1)
- Deep Water Lakes (see Lease Stipulation K-2)
- Teshekpuk Lake (see Stipulation K-3)
- Goose Molting Area (see Lease Stipulation K-4)
- Teshekpuk Lake Caribou Habitat Area (see Lease Stipulation K-5)
- Coastal Area (see Stipulation K-6)
- Colville River Special Area (see Lease Stipulation K-7)
- Pik Dunes (see Lease Stipulation K-8)

## 2.4 Alternatives Considered but Eliminated from Detailed Analysis

### 2.4.1 Alternatives Considered in 1998 Northeast IAP/EIS

As this planning process analyzes a proposed amendment to the 1998 Northeast IAP/EIS, it is not necessary to repeat the four additional alternatives that were analyzed during the 1998 Northeast IAP/EIS planning process. Instead, the alternatives developed in this amendment process are intended to supplement those identified and analyzed in the 1998 Northeast IAP/EIS. See the 1998 ROD in Appendix A for a detailed description of the above mentioned additional alternatives.