# Northwest National Petroleum Reserve-Alaska

## Final
Integrated Activity Plan/
Environmental Impact Statement

## Volume 1

Prepared by

U. S. Department of the Interior
Bureau of Land Management

In cooperation with the

U. S. Department of the Interior
Minerals Management Service

November 2003

Exhibit D, page 1 of 3

Northwest National Petroleum Reserve - Alaska

The IAP/EIS analyzes a No Action Alternative and four other alternative future management plans for making part or all of the Northwest NPR-A Planning Area available for oil and gas leasing in a manner consistent with responsible protection of other important surface resources. These alternatives present a range of actions that BLM could take to manage the surface and subsurface resources of the Planning Area consistent with statutory direction for management of the NPR-A.

Each alternative includes management actions and mitigation measures that broadly apply to the Northwest NPR-A Planning Area. For example, there are stipulations and required operating procedures addressing: waste prevention, handling and disposal; spill prevention and response; potential impacts of oil and gas exploration and development; protection of subsistence activities; and protection of vegetation, raptors, and cultural and paleontological resources. This IAP/EIS also includes land allocation decisions, stipulations, and required operating procedures specific to portions of the Planning Area. These address, in part, some of the issues raised by the public during scoping as well as decisions BLM is directed to address in land management plans.

The alternatives presented in the IAP/EIS are consistent with the purposes of the NPR-A's governing statutes. Each alternative offers a different balance between serving the "total energy needs of the nation," a goal of the NPRPA, and protecting surface resources from "unnecessary and undue degradation," as required by the Federal Land Policy and Management Act. See Table II-01 for a comparison of these alternatives. The alternatives are:

**No Action Alternative (Map 14):** The No Action Alternative reflects current BLM management of the Planning Area. Under this alternative, no new oil and gas leasing would occur; no new designations such as Special Areas, Wilderness Study Areas (WSA's), or Wild and Scenic Rivers (WSR's) would be proposed; no Visual Resource Management (VRM) classifications or off-highway vehicle (OHV) designations would be made; and no rights-of-way would be designated. Existing Special Area designations for the Colville River and Teshekpuk Lake areas and stipulations BLM applies when permitting activities would continue to provide protection of surface resources. Stipulations listed in the 1983 oil and gas leasing EIS for the NPR-A apply under this No Action Alternative. However, because oil and gas leasing do not occur under this alternative, the stipulations from that EIS have no practical effect. Under this alternative, two options exist with regard to seismic activity. Winter seismic activity could occur throughout the Planning Area (the existing management situation), or seismic activity could be prohibited.

**Alternative A (Map 15):** Alternative A would make all BLM-administered lands in the Planning Area available to oil and gas leasing. Under this alternative, no Special Areas, WSA's, or WSR's would be proposed. The entire Planning Area would be open to OHV use. Protective measures include applying stipulations and required operating procedures, and identifying VRM areas. Additional protection may be introduced following future additional NEPA analysis on specific activities.

**Alternative B (Map 16):** Alternative B would make 96 percent of the BLM-administered lands in the Planning Area (100 percent of the area of high oil and gas potential) available for oil and gas leasing. The proposed Kasegaluk Lagoon Special Area would not be available for leasing and no permanent oil and gas facilities would be allowed either in the Special Areas or--excepting two right-of-way sites to be designated near Peard Bay and near Wainwright--in and along the shores of the coastal bays and lagoons (including islands in those bays and lagoons). Stipulations and required operating procedures would place further restrictions on the placement of permanent oil and gas facilities around lakes, rivers, and important habitat. Offshore exploratory drilling would only be allowed in winter in the coastal bays and lagoons from bottom-fast ice pads, natural islands, and human-made gravel islands. Protective measures include applying the relevant stipulations and required operating procedures, recommending the Kasegaluk Lagoon area be designated a Special Area, limiting OHV and airboat use, and identifying VRM areas. Additional protection may be introduced following future additional NEPA analysis on specific activities.

**Alternative C (Map 19):** Alternative C would make 47 percent of the BLM-administered lands in the Planning Area available for oil and gas leasing while emphasizing protection of specific surface resources through barring

*Northwest National Petroleum Reserve—Alaska*

**Table IV-16**
**Production, Reserves, and Resource Estimates Used in the Cumulative Analysis** [1]

| Timeframes and Field or Area | Oil (Bbbl) | Gas (Bcf) |
|---|---|---|
| **Past and Present (total)** | **5.432** | **33** [2] |
| Onshore—past (Prudhoe Bay, Kuparuk River, Milne Point, Badami, Colville River & NPR-A) | 4.938 | 33 [2] |
| Offshore—past (Duck Island Unit and Northstar) | 0.356 | |
| Onshore—present (CD North, CD South, and Orion) | 0.138 | |
| **Reasonably Foreseeable Future (total)** | **5.62** | **—** [3] |
| Discovered Onshore | 0.500 | |
| Discovered Offshore | 1.070 | |
| Undiscovered Offshore (Beaufort Sea Sales 186, 195, and 202) | 1.380 [6a] | |
| Undiscovered Onshore | 2.300 [5] | |
| Undiscovered Onshore (NW NPR-A Multiple Sales) | 0.370 | |
| **Speculative (total)** | **3.59** | **32,800** [4] |
| Onshore | 2.67 [5] | |
| Offshore | 0.92 [6b] | |
| **Total** | **14.642** | **32,834** |

**Notes:**
[1] Production and reserve data are as of July 2002.
[2] Gas production to date is from Barrow gas fields supplied for local use to the Barrow community.
[3] All gas production from existing oilfields is used by facilities for fuel or reinjected for reservoir pressure maintenance. No gas production is transported and marketed outside the North Slope.
[4] Future production of natural gas assumes that a transportation system will eventually be constructed to move North Slope gas resources to outside markets. All proposed systems are uneconomic under current conditions.
[5] Includes 2.0 billion barrels in unnamed satellite fields and enhanced oil recovery from existing oil fields. Also includes 0.300 and 0.370 billion barrels estimated for NE and NW NPR-A multiple sales, respectively.
[6a] Includes 50% of the mid-point undiscovered resources between the base case ($18.00/bbl) and high case ($30.00/bbl) of the 2000 Beaufort Sea Assessment (MMS).
[6b] Includes the remaining 50% of the mid-point undiscovered offshore resources recoverable between $18.00 and $30.00 per barrel of 2000 Beaufort Sea Assessment (MMS).

**Key:**
Bbbl = Billion barrels.
Bcf = Billion cubic feet.

**Source:**
USDOI, MMS, Alaska OCS Region.