# Public Scoping Summary Report for the Amendment to the Northeast National Petroleum Reserve-Alaska Integrated Activity Plan/Environmental Impact Statement

## February 2004








Prepared for:



U.S. Department of the Interior
Bureau of Land Management
Alaska State Office

Prepared by:



**ENSR**
*INTERNATIONAL*

4600 Business Park Blvd.
Anchorage, AK 99503



# TABLE OF CONTENTS

**Page**

**INTRODUCTION** ........................................................................................................ 1
    Project Purpose .................................................................................................. 1
    Project Need ....................................................................................................... 1
    Planning Area ..................................................................................................... 2
    Scoping Process .................................................................................................. 2
    Public Notices and News Releases .................................................................... 2
    Public Meetings ................................................................................................. 4

**ISSUES SUMMARY** ................................................................................................... 5
    Topics Identified During Scoping ...................................................................... 6
        Proposed Action ............................................................................................ 6
            Purpose and Need for Action ................................................................ 6
            Documents that Influence the Scope of this EIS ................................... 6
            Relationship to Statutes, Regulations, and Policies ............................. 6
            Consultation ......................................................................................... 6
            Public Involvement and Scoping .......................................................... 6
        Alternatives Including the Proposed Action .................................................. 6
            Proposed Action and Alternatives ........................................................ 7
            Stipulations, Regulations, and Operating Procedures .......................... 7
            Research and Monitoring ....................................................................... 7
        Affected Environment and Environmental Consequences ............................. 7
            General ................................................................................................. 7
            Air Quality ........................................................................................... 7
            Geology, Soils, and Gravel .................................................................. 7
            Paleontological Resources .................................................................... 8
            Water Resources ................................................................................... 8
            Vegetation ............................................................................................ 8
            Fish ...................................................................................................... 8
            Wildlife Resources - General ................................................................ 8
            Birds .................................................................................................... 8
            Mammals (Caribou and Polar Bear) ..................................................... 8
            Protected Areas/Wilderness/Special Management Designations ........... 9
            Cultural Resources ............................................................................... 9
            Native Subsistence Resources .............................................................. 9
            Socioeconomic Resources - General ..................................................... 9
            Environmental Justice .......................................................................... 9
            Economic Resources ............................................................................ 9
            Transportation and Infrastructure ......................................................... 9
            Restoration and Reclamation ................................................................ 9
            Human Health ...................................................................................... 10
        Cumulative Impacts ...................................................................................... 10
    Issues Not Considered in the EIS ...................................................................... 10
    Summary of Future Steps .................................................................................. 10

**Exhibit E, page 2 of 23**



FINAL SCOPING REPORT

## LIST OF FIGURES

1.  Northeast National Petroleum Reserve...................................................................................................... 3
2.  Scoping Comments by Category .......................................................................................................... 5

## LIST OF TABLES

1.  Location and Dates of Public Scoping Meetings ................................................................................ 4

## APPENDICES

A.  Detailed Description of Comments and Issues.................................................................................. A-1

# INTRODUCTION

## PROJECT PURPOSE

To carry out its management responsibilities and respond to Presidential and Congressional directives to the Secretary of the Interior, the Bureau of Land Management (BLM) is amending its 1998 Northeast National Petroleum Reserve-Alaska Integrated Activity Plan/Environmental Impact Statement (Northeast IAP/EIS) to address the following:

1. Consider leasing all or a portion of the lands currently closed to oil and gas leasing in the Northeast National Petroleum Reserve-Alaska.

2. Develop mitigation measures to protect important surface resources from the impacts of oil and gas activities, and determine whether these measures can be made consistent with those developed for the Northwest National Petroleum Reserve-Alaska.

3. Reformat the existing prescriptive-based stipulations to performance-based stipulations similar to those developed for the recent 2004 Record of Decision (ROD) for the Northwest National Petroleum Reserve-Alaska Integrated Activity Plan/Environmental Impact Statement (Northwest IAP/EIS).

4. Identify non-oil and gas land allocations to be considered for this portion of the National Petroleum Reserve-Alaska that would be consistent with the existing statutory direction for the area.

## PROJECT NEED

In November 2000, Congress passed, and President Clinton signed, the Energy Policy and Conservation Act Amendments of 2000 (EPCA), which directed the Secretary of the Interior, in consultation with the Secretaries of Energy and Agriculture, to conduct an inventory of oil and natural gas resources beneath Federal lands and to identify the extent and nature of any restrictions or impediments to the development of these resources.

In 2002, the President's National Energy Policy Development Group recommended that the President direct the Secretary of the Interior to consider additional environmentally responsible oil and gas development, based on sound science and the best available technology, through further lease sales in the National Petroleum Reserve-Alaska. Such consideration should include areas not currently leased within the northeast corner of the National Petroleum Reserve.

The BLM published a ROD on October 7, 1998, for the Northeast IAP/EIS. The Northeast IAP/EIS ROD outlined multiple-use management of this 4.6-million-acre area and emphasized restrictions on surface activities, consultation with local residents, and coordinated scientific studies to protect wildlife habitat, subsistence use areas, and other resources. Among other decisions, this document made approximately 87 percent of the planning area available for leasing, while 589,000 acres in the Teshekpuk Lake area were unavailable for leasing and an additional 268,862 acres were restricted to leasing with no permanent facilities and no exploratory wells. The ROD also contained a set of prescriptive stipulations to protect natural and cultural resources in the Northeast National Petroleum Reserve-Alaska.

The Naval Petroleum Reserves Production Act of 1976 (NPRPA), as amended, encourages oil and gas leasing in the National Petroleum Reserve-Alaska, while requiring protection of important surface resources and uses. In the 5 years since the completion of the Northeast IAP/EIS ROD, the BLM has held oil and gas lease sales, leasing 133 tracts in 1999, and an additional 60 tracts in 2002. Many lease tracts sold are located around the southern perimeter of Teshekpuk Lake. Since the initial lease sale, industry has completed many miles of seismic lines and drilled 13 exploratory wells. ConocoPhillips Alaska, Inc., has proposed development of five drilling pads that would be

1



satellites to its Alpine field, near the village of Nuiqsut. Two of the pads would be on BLM-administered lands within the Northeast National Petroleum Reserve-Alaska. The BLM, in cooperation with the U.S. Army Corps of Engineers, U.S. Environmental Protection Agency, and the State of Alaska, is currently conducting an EIS for this project (Alpine Satellite Development). The draft EIS was released in December 2003. In addition, the BLM recently completed a Northwest IAP/EIS, which examined a mixture of prescriptive-based and performance-based protection measures that are more flexible than the existing protective measures developed for the Northeast IAP/EIS ROD.

The BLM has conducted various scientific studies since the Northeast IAP/EIS ROD on the biological resources of the planning area, in cooperation with the North Slope Borough, the State of Alaska, and other Federal and State agencies. Information gained since the completion of the Northeast IAP/EIS ROD has led the BLM to conclude that it is appropriate to consider amending the Northeast IAP/EIS ROD with two specific objectives in mind: (1) to consider changing the current prescriptive stipulations on existing and future leases into a mixture of prescriptive and performance-based stipulations similar to those developed for the Northwest National Petroleum Reserve-Alaska planning area; and (2) to evaluate additional lands for exploration and development opportunities that could provide access to new oil discoveries, while remaining sensitive to biological and subsistence values.

## PLANNING AREA

The geographical area affected by the Amendment to the Northeast IAP/EIS (Amended IAP/EIS) includes surface and subsurface estate public lands administered by the BLM in the Northeast area of the National Petroleum Reserve-Alaska, as shown in Figure 1 below.

## SCOPING PROCESS

As part of the development process for the Amended IAP/EIS, the BLM initiated the public scoping process by publishing a Notice of Intent in the Federal Register and local newspapers. The scoping process included holding public meetings and requesting written and oral comments on issues and environmental concerns that the Amended IAP/EIS should address. The BLM held a public scoping period from June 23 through October 31, 2003, to allow the public to comment on the proposal. Comments on the proposal could be submitted in writing to the BLM Project Manager or via an interactive web-site (http://nenpra.ensr.com). In addition, the BLM held six public scoping meetings throughout Alaska. Written and oral comments were accepted at these meetings, and a court reporter prepared a transcript of the comments received by the BLM at each meeting. A translator was also provided for the public meetings in Atqasuk, Anaktuvuk Pass, Barrow, and Nuiqsut.

## PUBLIC NOTICES AND NEWS RELEASES

On June 23, 2003, the BLM published a Notice of Intent to amend the Northeast IAP/EIS, Request for Information, and Call for Nominations and Comments. The Notice of Intent also stated that the period in which comments would be taken on the proposal would be from June 23 through September 30, 2003. On September 15, 2003, the BLM published a Notice of Extension extending the period during which scoping comments would be accepted until October 31, 2003.

Public notices announcing the scoping period were placed in newspapers in or near locations where public meetings were held. These included the Anchorage Daily News (October 5 and 7), Fairbanks Daily News Miner (October 5 and 8), and Arctic Sounder (October 9, 16, and 23).

FINAL SCOPING REPORT

**Figure 1**

**National Petroleum Reserve**



**Exhibit E, page 6 of 23**



## PUBLIC MEETINGS

Six public meetings were held throughout Alaska between October 7 and November 13, 2003. The location and dates of these meetings, and number of attendees, are summarized in Table 1.

The scoping meetings were conducted in an open-house style. Informational displays were provided at the meeting, and a formal presentation provided the public with additional information on program goals and objectives. The formal presentation was followed by a public comment session.

### Table 1

### Location and Dates of Public Scoping Meetings

| Location | Date | Number of Attendees[a] |
|---|---|---|
| Anchorage | October 7, 2003 | 62 |
| Fairbanks | October 8, 2003 | 40 |
| Nuiqsut | October 15, 2003 | 25 |
| Barrow | October 16, 2003 | 24 |
| Anaktuvuk Pass | October 28, 2003 | 6 |
| Atqasuk | November 13, 2003 | 12 |
| a – Based on number of people signing in at the meeting. | | |



## ISSUES SUMMARY

The BLM received 72 requests from individuals, organizations, and government agencies to be placed on the project mailing list. Thirty written comment letters or facsimiles were submitted on the proposal. A total of 48 form letters were also submitted via e-mail, and comments from six individuals were received via the BLM's interactive web site. Several respondents requested that their comment letters from the Northwest IAP/EIS and Alpine Satellite Development EIS be incorporated by reference into the scoping record for the Amended IAP/EIS. In addition, comments were taken from the public at the public scoping meetings, although not all individuals were able to be identified at the meeting, making it difficult to determine the exact number of individuals presenting comments at the public meetings. Based on written and oral comments given during the scoping period, over 1,000 catalogued individual comments were received during scoping on the Amended IAP/EIS.

Figure 2, Scoping Comments by Category, summarizes the number of individual comments received on the Amended IAP/EIS by relevant section of the IAP/EIS.



**Figure 2**

**Scoping Comments by Category**

The following section summarizes the issues that were identified during scoping. They are organized in a format similar to what will be used for the Amended IAP/EIS. By cataloging comments in this format, IAP/EIS preparers are better able to ensure that issues of concern are addressed in the corresponding sections of the Amended IAP/EIS. A more detailed description of the comments and issues identified during the scoping process are provided in Appendix A.

## TOPICS IDENTIFIED DURING SCOPING

### Proposed Action

This chapter in the Amended IAP/EIS will describe what the BLM is proposing to do, and why, and provide reasons why the Northeast IAP/EIS should be amended. This section also includes a discussion of other documents that influence the IAP/EIS, decisions that will be made, consultation activities, and issues identified during scoping.

#### Purpose and Need for Action

In general, commentors either supported the proposal to amend the Northeast IAP/EIS, or did not and wanted to know why the Northeast IAP/EIS was being amended. Many commentors proposed factors for determining the need and timing for amendments to the Northeast IAP/EIS. Others requested clarification about the motivation or justification for the BLM to amend the Northeast IAP/EIS, beyond Presidential Directives to the Secretary of the Interior. Some commented in support of recent North Slope development and related impact levels.

#### Documents that Influence the Scope of this EIS

Thirteen documents were identified and recommended for reference in the process.

#### Relationship to Statutes, Regulations, and Policies

Four areas of concern were noted:

- North Slope Borough Coastal Management Program
- "Maximum protection" standard of NPRPA and Federal Land Policy and Management Act (FLPMA)
- International wildlife treaties (e.g., Migratory Bird Treaty Act)
- Endangered Species Act (e.g., peregrine falcon)

#### Consultation

There was support for wide-reaching consultation. Specifically mentioned were affected communities, the Subsistence Advisory Panel, tribal government, industry, scientific and academic communities, State agencies, and other Federal agencies. Use of Traditional Knowledge was encouraged.

#### Public Involvement and Scoping

Locations recommended for additional meetings include the Yukon-Kuskokwim Delta and Bristol Bay in Alaska; Washington, D.C.; and the West Coast outside Alaska.

### Alternatives Including the Proposed Action

This chapter describes the potential actions that the BLM could take when amending the Northeast IAP/EIS, summarizes the environmental consequences of the alternatives, and discusses why the alternatives were analyzed or eliminated from analysis.



**Proposed Action and Alternatives**

Commentors suggested various land management alternatives, including opening up additional areas to leasing and development, not opening up new areas to leasing and development, and permanently protecting subsistence and wildlife habitat areas, such as the Teshekpuk Lake Surface Protection Area and the Colville River. Some commented in support of incorporating traditional knowledge in the development of alternatives.

### Stipulations, Regulations, and Operating Procedures

Comments ranged from retaining current stipulations to developing consistent, performance-based stipulations and operating procedures throughout the National Petroleum Reserve-Alaska. Some commentors supported review of current stipulations to determine their current applicability and ability to protect surface resources, taking into account technological advancements. Some comments requested clarification about the need to revise the Northeast IAP/EIS stipulations and wanted to know which stipulations would be changed. Many commentors said stipulations should provide adequate protection to wildlife and sensitive resources, as well as subsistence and cultural resources. Some commentors also made suggestions for specific stipulations and operating procedures.

### Research and Monitoring

Some commentors addressed the level of information that is currently available concerning resources in the National Petroleum Reserve-Alaska region. Some commentors requested clarification about the dissolved Research and Monitoring Team, and how future research and monitoring activities on the North Slope would be conducted. Other commentors were interested in how the enforcement of regulations would take place.

## Affected Environment and Environmental Consequences

The Affected Environment chapter presents the relevant resource components of the existing environment, while the Environmental Consequences chapter describes the probable consequences of each alternative on the relevant resource components.

### General

The BLM was encouraged to utilize realistic development scenarios, including the scenario of full-field development. Commentors suggested considering technological advances in exploration and development, and addressing how the natural and human environment has changed in the planning area since 1998. Criteria for determining impacts significance and an explanation of these criteria was also requested.

### Air Quality

The effects of development on air quality and its influence on the regional and global climate were raised as important issues.

### Geology, Soils, and Gravel

It was suggested that new oil and gas resources should be identified, and the impacts of gravel extraction, and soil loss from the potential loss of vegetation should be addressed.

**Exhibit E, pg 10 of 23**



FINAL SCOPING REPORT

**Paleontological Resources**

Consideration of the value of cultural and paleontological resources was raised as an issue. Preparing and maintaining cultural and paleontological resource inventories and protecting important resources, such as dinosaur finds at the mouth of the Colville River, were recommended.

### Water Resources

Numerous comments addressed water quality issues, and the effects of water withdrawals on hydrology and habitat. Commentors recommended that stipulations regarding water resources conform to State stipulations since the Alaska Department of Natural Resources maintains exclusive authority to approve water withdrawals from all surface and subsurface water bodies in Alaska.

### Vegetation

Some commentors encouraged the identification and mapping of wetlands and vegetation types in the planning area in order to evaluate the impacts to tundra from development.

### Fish

Commentors suggested that fish-bearing habitats be mapped and impacts from water withdrawals, gravel mining, and pollution be addressed.

### Wildlife Resources - General

Many commentors recommended that impacts to wildlife species and habitat, sensitive species, and subsistence use of wildlife should be thoroughly analyzed using the most up-to-date information. Commentors expressed concern for special areas such as Teshekpuk Lake and the Colville River Special Area, and for subsistence use.

### Birds

Commentors encouraged the BLM to address impacts from disturbance, spills, garbage dumping, thermokarsting, displacement, and an increase in predator populations on bird nesting, rearing, and molting habitats. The following species or groups were specifically mentioned: loon (yellow-billed and red-throated), brant, eider (spectacled, king and Steller's), goose, duck (long-tailed), raptors, and shorebird (buff-breasted sandpiper). It was also suggested that impacts to subsistence use of bird resources and impacts to waterbird populations on their ranges outside of the North Slope be addressed.

### Mammals (Caribou and Polar Bear)

Concern was expressed over the impacts to caribou and polar bear and subsistence use of these wildlife resources. It was suggested that important habitat areas be identified and protected. Some commentors requested clarification about how populations would be monitored. Other commentors suggested specific stipulations to protect these resources.



### Protected Areas/Wilderness/Special Management Designations

The protection of important historic, cultural, and scenic values, and fish and wildlife resources was encouraged with specific stipulations and protection measures to ensure this suggested. Consideration of the wilderness qualities of lands in the planning area was also recommended.

### Cultural Resources

Some commentors were concerned about minimizing the impacts on the Inupiat subsistence culture by maintaining cultural, historic, scientific, and wildlife values, and understanding, respecting, and protecting the historic uses of the Inupiat people.

### Native Subsistence Resources

There was concern about alterations to subsistence resources, access, Native foods sources, fish and wildlife migration patterns, and traditional places both within and outside the planning area.

### Socioeconomic Resources - General

Commentors encouraged the analysis of social, cultural, and traditional uses, interests, and views of the Inupiat Eskimo people, other residents of the North Slope Borough (particularly residents within or immediately adjacent to the National Petroleum Reserve-Alaska such as Nuiqsut, Barrow, Atqasuk, and Wainwright) and Arctic Slope Regional Corporation's shareholders. The impacts from an increased number of visitors to the North Slope and impacts to recreation were also mentioned.

### Environmental Justice

Commentors were concerned about impacts to minority and/or low income populations, how these impacts would be mitigated, and how environmental justice requirements would be met in the Amended IAP/EIS process.

### Economic Resources

There was support for environmentally sound oil and gas exploration and development because of related tax revenues. Some comments encouraged employment and economic opportunities for affected Native communities, institutions, and local governments.

### Transportation and Infrastructure

The construction of gravel roads and drill pads, permanent roads, ice roads, pipelines, airstrips, docks, bridges, and other infrastructure were raised as issues that should be considered both as benefits and environmental impacts. Specific mention was also made of tundra travel restrictions and aircraft use. Some commentors recommended addressing an alternative that considers a full field development scenario, including transportation infrastructure.

### Restoration and Reclamation

Questions about how spill clean-up and reclamation and restoration of developed sites would occur were raised.



**Human Health**

The potential health impacts to North Slope communities from oil and gas development was raised as an issue of concern.

### Cumulative Impacts

The Cumulative Impacts chapter presents the impact on the environment which results from the incremental impact of the action when added to other past, present, and reasonably foreseeable future actions regardless of what agency (Federal and non-Federal) or person undertakes such other actions.

Commentors recognized that oil and gas and other exploration and development activities have occurred, are occurring, and will occur throughout the North Slope. Commentors stated that these actions collectively have effects that go beyond those that will result from actions taken within the Northeast National Petroleum Reserve-Alaska, and emphasized the need to evaluate them in the Amended IAP/EIS. Specific concerns raised included cumulative impacts from other onshore and offshore activities both within and outside the planning area, and cumulative impacts to subsistence resources, including fish and wildlife resources, and the subsistence range.

## ISSUES NOT CONSIDERED IN THE EIS

A number of comments will not be addressed in the Amended IAP/EIS. Comments were removed from further analysis for several reasons. In many cases, comments were of a general nature and did not lend themselves to analysis (e.g., agreement that BLM should prepare an IAP/EIS), or gave the respondent's opinion on BLM or government operations and activities. A large number of comments dealt with issues that were best addressed at the local level, rather than at the level of the Northeast National Petroleum Reserve-Alaska planning area. Other comments addressed issues that are outside of the BLM's jurisdiction or were not specific this Amended IAP/EIS. A detailed list of these comments is included in Appendix A.

## SUMMARY OF FUTURE STEPS

Based on comments received during scoping, the BLM is developing and refining the project alternatives. These alternatives will be developed to provide the BLM decision-maker with a range of project alternatives that meet the project purpose and need and address issues identified during scoping.

The BLM, and its contractor, ENSR International, are preparing the Amended IAP/EIS. The scheduled date of completion of the Draft Amended IAP/EIS is late April 2004. The Draft Amended IAP/EIS will be made available to the public for review for 45 days. In addition, the BLM will hold public hearings, where the public will also be given the opportunity to provide public testimony. The Amended IAP/EIS will be revised based on comments from the public, and the Final Amended IAP/EIS will be completed by late autumn 2004. The public will be given 30 days to review on the Final Amended IAP/EIS.



# APPENDIX A

This Appendix provides a list of the comments identified during the scoping process for the Amended IAP/EIS. Table A-1, Topics, summarizes the number of individual comments by relevant section of the EIS and is found at the end of this section.

## PROPOSED ACTION AND PURPOSE AND NEED

### Purpose and Need for Action

- Provide justification for amending the Northeast IAP/EIS.
- 30 years of history on the North Slope show that industry can conduct cost-effective operations that also protect the environment.
- Oil and gas development impacts only a small area and can be conducted in harmony with the environment and traditional uses.
- Identify what new data or studies are available since 1998 to justify offering opening up closed areas of the planning area or removing current protections.
- Explore the planning area first before making development decisions.
- Why is the BLM preparing the Amended IAP/EIS now, when several relevant studies of caribou, tundra access, and other resources issues won't be completed for several years?
- Why is the BLM proposing to modify stipulations to protect resources on the Northeast National Petroleum Reserve-Alaska?
- Why is the BLM considering using stipulations developed for the Northwest National Petroleum Reserve-Alaska in the Amended IAP/EIS, when the two areas are quite different?

### Documents that Influence the Scope of this EIS

- Report on the seminar Combating Marine Oil Spills in Ice and Cold Arctic Conditions, Proceedings of the Finnish Environmental Institute, November 2001 (for information on oil spill response and recovery).
- National Academy of Sciences, National Research Council. March 2003. Cumulative Environmental Effects of Oil and Gas Activities on Alaska's North Slope (for information on cumulative effects).
- U.S. Government Accounting Office. June 2002. Report to Congressional Requesters. Alaska's North Slope: Requirements for Restoring Lands After Oil Production Ceases (for information on dismantling, removal, and reclamation).
- Audubon Alaska. December 2002. Alaska's Western Arctic: A Summary and Synthesis of Resources (for background and new information on resources).
- The Wilderness Society. 2003. Broken Promises: The Reality of Big Oil in America's Arctic (to address industry claims of development impacts).
- Alaska Conservation Foundation's Early Warning From Alaska: Global Warming's Front Line Forum held May 14, 2003 in Washington, D.C. [http://www.akcf.org/gw.htm] (for information on climate change).
- Gibson, M.A. and S.B. Schullinger. 1998. Answers from the Ice Edge: The Consequences of Climate Change on Life in the Bering and Chukchi Seas (for information on climate change).

In addition to these references, several respondents requested that their scoping comments submitted on the Draft Northwest IAP/EIS and the Alpine Satellite Development Draft EIS be included in the scoping process for the Amended IAP/EIS. These include:

- "Scoping Comments and Recommendations of the North Slope Borough" letter from the North Slope Borough dated April 18, 1997 for the Northeast IAP/EIS.
- "The Inupiat People's History and Future with Regard to the National Petroleum Reserve-Alaska, a 1997



Perspective from the North Slope Borough" included as an appendix to Northeast IAP/EIS.
- March 6, 2002 comment letter from Kuukpik Corporation to the U.S. Army Corps of Engineers on ConocoPhillips' proposal to add two new production pads in the Colville River Delta without an EIS.
- March 31, 2003 comment letter from Kuukpik Corporation and Kuukpikmuit Subsistence Oversight Panel (KSOP) to the BLM on Draft Northwest IAP/EIS.
- April 2, 3003 comment letter from Kuukpik Corporation and KSOP to the BLM on the Alpine Satellite Development EIS.
- April 2, 2003 comment letter from Eleanor Huffines and Stan Senner to the BLM on the Draft Northwest IAP/EIS, and July 3, 2003 letter to Henri Bisson on the Draft Northwest IAP/EIS.

**Relationship to Statutes, Regulations, and Policies**

- Recognize the applicability of the North Slope Borough Coastal Management Program to lease activities within the Planning Area.
- Meet both the "maximum protection" standard of the NPRPA, as well as the standard imposed by the FLPMA.
- Address the impacts of development, including overflights and other associated activities, on international wildlife treaties (e.g. Migratory Bird Treaty Act) with Canada, Mexico, Japan, and Russia.

**Consultation**

- How will the BLM contact and consult with potentially affected communities, including minority and low-income populations, both on and beyond the North Slope?
- Include the National Petroleum Reserve-Alaska Subsistence Advisory Panel in the decision-making process.
- Develop a Government-to-Government consultation plan and document the tribal consultation process.
- Seek out and integrate Traditional Knowledge, including subsistence use and harvest data, when developing the Amended IAP/EIS.
- Strengthen the consultation stipulation in the Northeast IAP/EIS ROD intended to ensure communication between industry, the BLM, and subsistence communities.
- How will the multiple interests of conservation agencies, State and Federal resource agencies, local government, Native peoples, the oil and gas industry, academics, and the public at large be represented in the reevaluation of the current stipulations and future oversight of development?
- Consult with the U. S. Fish and Wildlife Service (USFWS), Alaska Department of Fish and Game, and the University of Alaska to design specific mitigation measures to minimize impacts in caribou and polar bears.
- Contact other State and Federal agency partners for information from ongoing North Slope cumulative effect analyses they may be conducting.

**Public Involvement and Scoping**

- Hold meetings in the Yukon-Kuskokwim Delta and Bristol Bay, Alaska, in Washington, D.C., and on the West Coast, and additional meetings in Nuiqsut, Alaska.
- Do not ignore the earlier public process that resulted in portions of the Northeast National Petroleum Reserve being given special protection.
- Will the BLM or USFWS establish an office on the North Slope to better communicate with local citizens?



## ALTERNATIVES INCLUDING THE PROPOSED ACTION

### Proposed Action and Alternatives

- Open up additional areas, or the entire Northeast National Petroleum Reserve to leasing and development.
- Promote oil and gas development while respecting the people, land, fish and wildlife resources, and Inupiat traditional way of life.
- Do not amend the Northeast IAP/EIS and do not open up new areas to leasing and development.
- Crucial wildlife habitat areas, such as the Teshekpuk Lake Surface Protection Area, Colville River, Yutaka, and Blens should be permanently protected from leasing and development.
- Permanently protect the Colville River and Teshekpuk Lake Surface Protection Area.
- Continue restrictions on development in important subsistence areas.
- Identify environmentally sensitive areas and designate additional special areas to provide protection for subsistence users.
- Develop an alternative that strengthens the existing ROD stipulations.
- Develop an alternative that makes use of the Kuukpik Corporation's and KSOP's Subsistence Representatives program, or a similar type of program, to oversee industry activities on the North Slope.
- Incorporate traditional knowledge in the development of alternatives.
- Do not consider any alternative or mix of alternatives that involve additional withdrawals or designations that prevent subsistence activity or properly regulated development in the National Petroleum Reserve.
- Conduct an inventory analysis to ensure that all alternatives are carefully evaluated.

### Stipulations, Regulations, and Operating Procedures

- Develop consistent, performance-based stipulations and operating procedures throughout the National Petroleum Reserve-Alaska.
- When developing stipulations, provide flexibility to allow operators to improve their operations while protecting the environment.
- Reevaluate stipulation requirements for tundra travel to allow for travel during all months of the year.
- Review all site-specific stipulations in the Northeast IAP/EIS ROD to determine their current applicability and ability to protect surface resources, and to take into account technological advancements during the last 5 years, as well as future advancements.
- Use the stipulations developed for the Northwest IAP/EIS as a template for stipulations for the Amended IAP/EIS.
- When developing stipulations for most sensitive areas, place a higher burden of proof on the operator.
- Stipulations that exclude areas from leasing should be evaluated carefully to determine their impacts on industry.
- Lease stipulations and performance-based operating procedures would protect the environment, are cost effective, and would bring new investment dollars to the North Slope.
- Explain why it is necessary to revise the Northeast IAP/EIS stipulations.
- Why is the BLM reducing the number of stipulations in the Amended IAP/EIS as compared to the Northeast IAP/EIS?
- Explain how stipulations developed as part of the Amended IAP/EIS provide similar or greater levels of protection as the Northeast IAP/EIS stipulations.
- Compare the Northeast IAP/EIS stipulations to the Amended IAP/EIS stipulations, discuss how they differ and why they were changed, and provide the scientific data supporting those changes.
- Is there sufficient information available to develop performance-based stipulations, and wouldn't it be wise to continue with prescriptive-based stipulations until this information is available?
- How would performance-based stipulations be implemented, monitored, and enforced, and would they be applied the same or differently for each project?
- Develop stipulations to protect caribou and minimize disturbance by aircraft to molting waterfowl.



- Protect lakes deeper than 7 feet and waterbird brooding and nesting habitat from permanent developments.
- Prohibit water withdrawals from fish-bearing lakes less than 7 feet deep, and take no more than 15 percent of water from lakes greater than 7 feet deep. Prohibit compaction or removal of snow from fish-bearing lakes.
- Consider subsistence resources and wildlife when developing stipulations.
- Permanently protect the Teshekpuk Lake and Colville River areas and maintain buffers for Fish and Judy creeks.
- Exclude development from within 1 mile of cabins and campsites.
- Use traditional knowledge when developing stipulations and other mitigation measures.
- Develop stipulations to preserve Native movement and subsistence activities near industry activities, and to prohibit development in areas with high subsistence use.
- Evaluate the effects of the placement of new gravel to support exploration activities.
- If portions of the Teshekpuk Lake Surface Protection Area are proposed for leasing, conduct a thorough interagency review to develop adequate protections for biological and human resources.
- Develop a stipulation that requires annual compliance audits, spill response field drills, and refresher training courses regarding waste handling.
- How would revising the stipulations affect existing lease agreements?
- What mechanisms will the BLM have in place to mitigate for unforeseen impacts?

### Research and Monitoring

- What types of monitoring have been conducted since 1998?
- Has sufficient information been collected since 1998 to justify amending the 1998 IAP/EIS?
- There is insufficient time to conduct studies needed to support the decision-making process for the Amended IAP/EIS.
- Conducting new studies would delay development.
- Why was the Research and Monitoring Team dissolved, and will a new agency/group be developed to conduct research and monitor activities on the North Slope?
- What types of monitoring will be conducted to ensure compliance and accountability with plan decisions?
- Will the BLM conduct long-term monitoring that includes biological control areas within the planning area, and what would be the cost and schedule for monitoring activities?
- How will the BLM enforce its stipulations, and who will monitor and enforce other agency rules and regulations that apply to the North Slope and that are no longer covered by stipulations?
- Make monitoring reports available to the public.

## AFFECTED ENVIRONMENT AND ENVIRONMENTAL CONSEQUENCES

### General

- Address a broad range of issues, including both physical and nonphysical (e.g., noise, visual) elements in the Amended IAP/EIS.
- Describe and address changes in the natural and human environment that have occurred in the planning area since 1998.
- Take into consideration advances in exploration and development technologies when assessing likely impacts.
- Base the analyses in the Amended IAP/EIS on realistic development scenarios, including full-field development.
- The Amended IAP/EIS should provide criteria for determining whether or not impacts are significant and justification for these criteria.
- Address incremental development, including in the Colville River Special Area.
- Review and comply with all applicable Executive Orders.



### Air Quality

- Evaluate the effects of oil and gas development on air quality on the North Slope.
- Will industrial activities on the North Slope influence regional and global climate warming, and if so, what would be the effects of global warming on water levels and on the permafrost, and low-lying facilities near the coast and facilities underlain by permafrost?
- Monitor air pollution to assess its impacts to the people living in on the North Slope.

### Geology, Soils, and Gravel

- Identify any new oil and gas resources that were not identified in the Northeast IAP/EIS.
- Evaluate the impacts of gravel extraction, and soil loss from the potential loss of vegetation.

### Paleontological Resources

- Consider the value of cultural and paleontological resources in the decision-making, prepare and maintain cultural and paleontological resource inventories, and protect important dinosaur resources at the mouth of the Colville River.

### Water Resources

- Recognize that the Alaska Department of Natural Resources maintains exclusive authority to approve water withdrawals from all surface and subsurface water bodies in Alaska.
- Conform water withdrawal stipulations to State stipulations, with flexibility for adjustment based on new information.
- What would be the effects of water withdrawals on regional hydrology, lake and marsh habitat, and fish and wildlife?
- Would exploration and development on the North Slope, including drilling and ice road and pad development, alter the regional hydrology and water quality?
- How would industrial pollutants affect water quality on the North Slope, and what types of facilities would be constructed to treat wastewater.

### Vegetation

- Identify wetlands and vegetation types on the planning area.
- The Northeast IAP/EIS has no vegetation or wetland mapping, and does not describe or rank wetland areas. Include this information in the Amended IAP/EIS.
- Evaluate impacts to tundra from development.

### Fish Resources

- Provide up-to-date maps of fish-bearing habitats.
- Evaluate impacts to fish and habitats from water withdrawal, gravel mining, and pollution.

### Wildlife Resources - General

- Analyze the impacts from development, including human disturbance, to a full range of wildlife species and using the most up-to-date information.
- Describe how exploration and development would impact sensitive species, and how these species would be



protected.
- Discuss the impacts of habitat loss and fragmentation on wildlife resources.
- Focus on impacts to fish and wildlife species using special areas, like Teshekpuk Lake and the Colville River Special Area.
- Address impacts to resident and migratory species.
- Address subsistence use of wildlife.

### Birds

- Address the impacts from exploration and development to loon (yellow-billed and red-throated), brant, eider (spectacled, king and Steller's), goose, duck (long-tailed), raptors, and shorebird (buff-breasted sandpiper) populations and habitat in the Amended IAP/EIS. These impacts include disturbance, spills, garbage dumping, thermokarsting, displacement, and increase in predator populations.
- How would oil and gas development impact nesting, brood rearing, and molting geese?
- Address the impacts of oil and gas exploration and development to waterbird populations on their ranges outside of the North Slope.
- How many brant are taken for subsistence, and how would subsistence activities be impacted by industry?
- How would sensitive wildlife populations be monitored and protected in developed areas?

### Mammals (Caribou and Polar Bear)

- Evaluate impacts from oil and gas exploration and development to caribou and polar bear.
- Incorporate new data and mitigation measures (e.g., traffic convoying) from ConocoPhillips in the Kuparuk oilfield to demonstrate that oil and gas development can coexist with caribou in calving areas.
- How will caribou and polar bear populations and habitat be monitored and protected in developed areas?
- Address concerns identified by other State and Federal agencies that oil and gas exploration and development in the Teshekpuk Lake area would adversely impact the Teshekpuk Caribou Herd (TCH) population and recruitment rates, and use of the herd for subsistence.
- Identify important TCH calving and insect relief habitats, and migration corridors, and how these areas would be protected.
- How do impediments (e.g. roads, pipelines, and snowdrift accumulations) restrict caribou movements, and how would they be mitigated, monitored, and assessed?
- Place pipelines a minimum of 7 feet above the ground in areas used by caribou.
- Address impacts to polar bear, including impacts to denning habitat, increased bear use of anthropogenic food sources, diminishing sea ice, and increased use of terrestrial denning sites.
- How will polar bear populations be monitored and protected in the planning area?

### Protected Areas/Wilderness/Special Management Designations

- Identify the full range of administrative and legislative tools available to protect and prevent irreparable damage to important historic, cultural, or scenic values, and fish and wildlife resources.
- Ascertain the full extent of resource values on Alaska public lands, including those potentially eligible for future Wilderness or Wild and Scenic River designations.
- Set aside permanently protected areas to serve as benchmarks for long-term scientific investigations.
- Add the 155,000 acres between the Kikiakrorak and Kogosukruk rivers to the Colville River Special Area, and establish a 2-mile no-surface activity zone around each side of the Kogosukruk River and a 1-mile zone around each side of the Kikiakrorak River.
- Recognize wilderness as a resource category and address impacts to wilderness values in land use plans.



### Cultural Resources

- Address the impacts of oil and gas exploration and development on the Inupiat subsistence culture, by maintaining cultural, historic, scientific, and wildlife values.
- Understand, respect, and protect the historic uses of the Inupiat people in the National Petroleum Reserve-Alaska.

### Native Subsistence Resources

- Address the impacts of oil and gas exploration and development on subsistence resources, including the TCH. These include damage to subsistence species and habitats, loss of access to resources, reduction of Native foods, interruption of fish and wildlife migration patterns, degradation of traditional places, damage to culture, and insufficient recognition of traditional knowledge.
- Address impacts to Native villages outside of the planning area.
- Will pipeline development impact caribou herds and subsistence hunting opportunities?
- Have oil facilities on the North Slope impacted caribou and other subsistence resources, and the use of these resources by the Inupiat people?

### Socioeconomic Resources - General

- Analyze the social, cultural, and traditional uses, interests, and views of the Inupiat Eskimo people, other residents of the North Slope Borough (particularly residents within or immediately adjacent to the National Petroleum Reserve-Alaska such as Nuiqsut, Barrow, Atqasuk, and Wainwright), and Arctic Slope Regional Corporation's shareholders.
- Address impacts to North Slope residents from an increased number of visitors.
- Address impacts to recreation.

### Environmental Justice

- Address oil and gas exploration and development impacts to minority and/or low income populations, and describe actions that would be taken to mitigate for these impacts to ensure that environmental justice requirements are met in the Amended IAP/EIS process.

### Economic Resources

- Encourage environmentally sound oil and gas exploration and development, because those taxes provide municipal revenues, jobs, infrastructure, and services.
- Inupiat institutions and local governments should derive benefit from and actively participate in the terms and conditions that regulate development of the resources.
- Appropriate impact aid, employment, and economic opportunities must be provided for affected Native communities. Provide an economic analysis of the impacts of each alternative.

### Transportation and Infrastructure

- Consider the construction of new gravel roads and pads for permanent staging and access along certain transportation corridors.
- Assess the impacts of constructing and operating permanent roads in the planning area.
- Update tundra travel regulations to make them consistent with State of Alaska regulations (i.e., allowing low ground-pressure vehicles during spring and summer).
- Evaluate the feasibility of an extended tundra travel season.
- Address the impacts associated with ice road construction and use once spring break-up has occurred.



- Address the impact of a network of drill pads, permanent roads, pipelines, airstrips, docks, and bridges, rather than relying on the small footprint concept.
- Bury pipelines, where feasible.
- Address the effects of aircraft on caribou and waterfowl.
- Describe the potential transportation infrastructure within the Northeast National Petroleum Reserve-Alaska and its integration within the larger National Petroleum Reserve-Alaska, North Slope communities, and Prudhoe Bay.
- Provide an analysis of the maximum impact of development in the Northeast through a full field development scenario, including transportation infrastructure.
- Work with industry to identify ways to avoid activities that force subsistence users to avoid development areas.

### Restoration and Reclamation

- Identify measures that would be taken to clean up spills and other hazardous materials, and reclaim exploration and development sites.
- Address the responsibility of all involved parties for dismantling, removal, and restoration once production ends, where funding comes from for restoration, and whether or not it will be bonded.
- Address how any land disturbed by oil industry activities in the National Petroleum Reserve-Alaska would be restored to a condition similar to its previous use.

### Human Health

- Address existing and future health impacts to North Slope communities from oil and gas development. These include increased incidence of cancer and diabetes, disruption of traditional social systems, contamination of food source, increased use of alcohol and drugs, increased obesity, and other societal ills.

## CUMULATIVE IMPACTS

- Address cumulative impacts, including those associated with leasing 9 million additional acres in the Southern National Petroleum Reserve-Alaska and past, present, and reasonably foreseeable exploration and development of North Slope resources, both onshore and offshore.
- Address how proposed development would facilitate development outside the current leasing area.
- Include all facilities, as well as the secondary effects of development.
- Address cumulative impacts to subsistence resources, including fish and wildlife resources, and the subsistence range.

## ISSUES NOT CONSIDERED IN THE EIS

- Has the BLM already decided what it will do, and is therefore not in compliance with NEPA, due process, or the Federal requirement for administrative procedures?
- Commend the BLM for the great job it is doing.
- The scoping process was inadequate.
- Scoping comments cannot be provided until the Final Northwest IAP/EIS ROD is completed, since the Amended IAP/EIS is following these stipulations.
- Extend the scoping process until the Final Northwest IAP/EIS ROD and the Alpine Satellite Development EIS ROD are completed and there is time to review them.
- The Amended IAP/EIS is being prepared too quickly so extend the time for review of the Draft Amended IAP/EIS.
- Resolve outstanding land issues with Native peoples before any further oil and gas leasing and other important management decisions are made.
- Survey the planning area for the existence of special status plant species communities.



- Address how to prevent the peregrine falcon from returning to the Endangered Species List.
- Preserve Kuukpik Corporation's and Arctic Slope Regional Corporation's land selection rights and entitlements within the former Alaska Native Claims Settlement Act Section 11(a)(1) withdrawal area in the Northeast National Petroleum Reserve-Alaska by assuring that these rights take precedence over and are protected from any Federal oil and gas leasing within the withdrawal area.
- Specify plans to clean up remaining "legacy" wells in the Northeast National Petroleum Reserve-Alaska.
- Define the term "environmentally preferable," and specify the process to develop an environmentally preferable development alternative.



### Table A-1

### Summary of Comments Received by Topic

| Comment Subject | Number of Comments |
|---|---|
| **Proposed Action and Purpose and Need** | |
| Purpose and Need for Action | 39 |
| Documents that Influence the Scope of this EIS | 13 |
| Relationships to Statues, Regulations, and Policies | 11 |
| Consultation | 27 |
| Public Involvement and Scoping | 44* |
| **Proposed Action and Alternatives** | |
| Analysis of Alternatives | 31 |
| Stipulations, Regulations, and Operating Procedures | 111* |
| Research and Monitoring | 32 |
| **Affected Environment** | |
| Air Quality | 2 |
| Climate | 1 |
| Water Resources | 2 |
| Vegetation | 2 |
| Wildlife | 33 |
| Protected Areas/Wilderness/Special Management Designations | 23 |
| Socioeconomic Resources | 9 |
| **Environmental Consequences** | |
| General | 40 |
| Air Quality | 14 |
| Climate | 10 |
| Water Resources | 26 |
| Soils and Gravel | 6 |
| Vegetation | 5 |
| Wildlife | 216 |
| Protected Areas/Wilderness/Special Management Designations | 49** |
| Cultural and Native Subsistence Resources | 85 |
| Paleontological Resources | 5 |
| Transportation and Infrastructure | 56 |
| Restoration and Reclamation | 32 |
| Socioeconomic Resources | 26 |
| Human Health | 6 |
| Cumulative Impacts | 69* |
| **Other Comments** | |
| Terminology | 1 |
| Other Issues | 4 |
| **Total Comments** | **1030** |
| * Includes comment from an e-mail form letter submitted by 48 respondents. | |