| | | |
|---|---|---|
| **Henri R Bisson**/AKSO/AK/BLM/DOI<br>11/18/2004 11:03 AM | To | Chad Calvert/SIO/OS/DOI@DOI |
| | cc | Peter Ditton/WO/BLM/DOI@BLM |
| | bcc | |
| | Subject | Re: Teshekpuk |

Chad:

We have fully discussed this issue with our Regional Solicitor. The final EIS and ROD, when it is completed, will emphatically address this point.

FYI We met yesterday with F&WS and gave them our suggested edits. Several of my key staff are going to sit down with them this afternoon to work out the final changes.

Henri
Chad Calvert/SIO/OS/DOI@DOI



| | | |
|---|---|---|
| **Chad Calvert**/SIO/OS/DOI@DOI<br>11/17/2004 02:16 PM | To | Henri R Bisson/AKSO/AK/BLM/DOI@BLM |
| | cc | Peter Ditton/WO/BLM/DOI@BLM |
| | Subject | Teshekpuk |

You know we were asked about the standard of wildlife protection needed in the proposed area in the course of development, as provided by the NPRPA. I have discussed it with the solicitors office. The standard, located at USC 6504(b) is simply that "Any exploration... shall be conducted in a manner which will assure the maximum protection of such surface values to the extent consistent with the requirements of this Act for the exploration of the reserve." The requirements of the Act are that "The Secretary of the Interior shall commence further petroleum exploration of the reserve as of the date of transfer...".

Thus it is important that as we move forward, we be sure that the proposed -- some would say required -- exploration activities would be done in a way that assures maximimum protection of subsistence, recreational, and fish and wildlife surface values. It is probably important to discuss ion the record which and what mitigation would be required in order to accomplish that goal.

Chad Calvert
Deputy Assistant Secretary
Land and Minerals Management
U.S. Department of the Interior
(202) 208-5676

Exhibit F, page 1 of 1

