Memorandum

TO: Michael Schwartz, Group Manager for Regulatory Affairs

FROM: Susan Childs – Northeast NPR-A Amendment Project Manager

SUBJECT: Federal Register Document Clearance

Attached is a Notice that requires publication in the Federal Register. The document is entitled "Draft Amendment to the Northeast National Petroleum Reserve-Alaska Integrated Activity Plan/Environmental Impact Statement". Please review the Notice as soon as possible so that it may be published by May 17, 2004. Please confirm the date with me before publication in the event this document has been delayed for distribution. If you have any questions or require additional information, please contact me at (907) 271-1985.

3 Attachments
    1-Briefing Paper (2 pp)
    2- Cover Letter to Federal Register (1 p)
    3- Notice Document (5 pp)(3 originals)
1 Enclosure
    1 – 3.5 disk

DATE: March 25, 2004

SUBJECT: Briefing Prior to Publication of the Northeast National Petroleum Reserve-Alaska Integrated Activity Plan\Environmental Impact Statement (IAP/EIS) Draft Amendment.

CONTACTS: Susan Childs, Alaska State Office; Horace Traylor, Washington Office (WO-210)

BACKGROUND: The Bureau of Land Management (BLM) initiated the Northeast National Petroleum Reserve-Alaska (IAP/EIS) Amendment to consider leasing portions of lands either currently unavailable to oil and gas leasing or unavailable for surface drilling activity, and to re-format the current 1998 Northeast National Petroleum Reserve-Alaska Record of Decision 79 prescriptive-based stipulations into a combination of prescriptive and performance-based stipulations and required operating procedures. The potential use of the area for oil development is a major focus of the IAP/EIS.

MAJOR DECISIONS:
- What lands currently unavailable should BLM offer for oil and gas leasing?
- What measures should we develop to protect important surface resources during oil and gas activities?

ISSUES:
- The Teshekpuk Lake and surrounding "Goose Molting lakes" northeast of Teshekpuk Lake are the dominant geographic features of the region and provide over-wintering habitat for fish, and are critical molting and staging habitat annually for a large percentage of the world's Pacific black brant population, Canada geese, and greater white-fronted geese. The lakes are also important for subsistence-based cultures in the region.
- Large portions of the two Secretarially designated Special Areas are within the planning area:
  o The Teshekpuk Lake Caribou Habitat Area is essential for all season use, including calving and rearing, insect relief, and migration.
  o The Colville River Area supports the highest concentrations of raptors, passerines, and moose on Alaska's North slope
- Subsistence activities are exceedingly important to local residents.
- Federally listed, threatened species are spectacled eider and Steller's eider.

ALTERNATIVES:

Alternative A (No Action Alternative)
- This alternative reflects current BLM management of the Planning Area resulting from the 1998 Record of Decision.
- No new oil and gas leasing would occur in areas currently off limits; no new designations such as Special Area, Wilderness Study Area (WSA), or WSR would be proposed.
- The 79 stipulations plus existing Special Area designations for the Colville River and Teshekpuk Lake areas and stipulations BLM applies when permitting activities would provide protection of surface resources.

Alternative B (Preferred Alternative)
- Would make approximately 95% BLM-administered lands in the Planning Area (approximately 75 percent of the area of high oil and gas potential) available to oil and gas leasing. Protective measures would include stipulations and general required operating procedures for the entire planning.
- Site-specific stipulations would be applied to protect rivers, deep water lakes, goose molting lakes, Teshekpuk Lake, Teshekpuk Lake Caribou habitat area, the Coastal area, the Colville River Special area, and the Pik Dunes.
- Approximately 213,000 acres northeast of Teshekpuk Lake (sensitive goose molting and caribou habitat) would be unavailable for oil and gas leasing.
- Additional protection could be introduced following future site-specific NEPA analysis.

Alternative C
- Would make 100 percent of the BLM-administered lands in the Planning Area (100 percent of the area of high oil and gas potential) available for oil and gas leasing.
- Site-specific stipulations would be applied to protect rivers, deep water lakes, goose molting lakes, Teshekpuk Lake, Teshekpuk Lake caribou habitat area, the Coastal area, the Colville River Special area, and the Pik Dunes.

- Additional protection could be introduced following future site-specific NEPA analysis.

**CONSTITUENT VIEWS:**
- The State of Alaska generally supports a leasing program and the plan.
- The North Slope Bureau and associated communities generally support a leasing program and the planning process, but want assurance that subsistence resources remain unaffected by this amendment and that their traditional land use activities are not impeded to any measurable extent.
- Industry maintains they have the ability to conduct oil and gas activities with minimal harm to the environment. They are disappointed in the Preferred Alternative land allocation north of Teshekpuk Lake. The area unavailable for lease is in the high oil and gas potential zone.
- Environmental groups remain adamantly opposed to any change to the 1998 Record of Decision land allocation and resulting stipulations.

## Federal Register Notice Briefing Paper

**What is the title of this Notice?**

- Draft Amendment to the Northeast National Petroleum Reserve-Alaska Integrated Activity Plan/Environmental Impact Statement.

**What is the date the field office forwarded this Notice to Washington?**

- March 31, 2004

**What is the reason for this Notice?**

- To announce the availability of the draft document for public review, comment, and public meetings.

**What are the reasons for the timing of the Notice and the consequence, if any, of delaying or canceling the release?**

- 40 CFR 1503.1 requires the lead agency to present a draft environmental impact statement for review and to invite comments.

**Does the Notice relate to an Administrative policy or priority, or a controversial issue or if so how?**

- Yes, this document is in response to the President's National Energy Policy and the Energy Policy and Conservation Act Amendments of 2000. This is a proposed amendment to the 1998 Record of decision in the Northeast National Petroleum Reserve-Alaska that makes approximately 600,000 acres of 4.6 million acres unavailable to oil and gas leasing with surface restrictions on an additional 240,000 acres.

**Does the action described in this Notice require coordination with State/Tribal/local government?**

- Yes, in addition to other Federal agencies such as USFWS and NMFS.

**Would a map enable the reviewer to better understand the impact or intent of the Notice?**

- Yes

**Does this Notice affect National Monuments or National Conservation Areas?**

- No

**Is there any additional pertinent information that reviewers need to know?**

- Yes, see attached Briefing Paper



Map 1-3. Special Areas within Northeast National Petroleum Reserve-Alaska

US Environmental Protection Agency
Office of Federal Activities
EIS Filing Section
Mail Code 2252-A, Room 7241
Areal Rios Building (South Oval Lobby)
1200 Pennsylvania Avenue, NW
Washington, DC 20460

Dear Sirs:

In compliance with the Federal Land Policy and Management Act, the Naval Petroleum Reserves Production Act of 1976, the National Environmental Policy Act of 1969 and 40 CFR Parts 1500-1508 the Bureau Of Land Management has prepared the Draft Amendment to the Northeast National Petroleum, Reserve-Alaska Integrated Activity Plan/Environmental Impact Statement (IAP/EIS).

Attached are five copies of this two-volume document. The number assigned to the document by the Department of the Interior's Office of Environmental Policy and Compliance is xxx xx-xx. Also attached is the required mailing list for the document.

CONFIRMATION OF PUBLICATION DATE

We would like your notice concerning this plan to be published on May 14, 2004. Please call me at (907) 271-1985, or email me at 7susan_childs@blm.gov to confirm that the notice will be published on the requested date.

Sincerely,


Susan Childs
Environmental Program Analyst and
Project Manager – Northeast NPR-A Amendment

The Office of the Federal Register
National Archives and Records Administration
Washington, D.C. 20002

Dear Sir:

We are submitting a 3.5 inch disk containing a true copy of the original signed document that requires publishing. The document is entitled "Draft Amendment to the Northeast National Petroleum Reserve-Alaska Integrated Activity Plan/Environmental Impact Statement". Please publish the Notice on May 17, 2004. Please call Susan Childs at (907) 271-1985 to confirm the publication date of this document in the event the date has been postponed or delayed.

Sincerely,

Curtis J. Wilson
Acting Chief, Resources and Planning
Division of Lands, Minerals, and Resources

2 Enclosures
    1 – Notice Document (5pp)(3 originals)
    2 – 3.5 inch disk

4310-JA-P

DEPARTMENT OF THE INTERIOR Bureau of Land Management

(AK-930-1310-DP-NEAM)

Proposed Amendment to the Integrated Activity Plan for the Northeast National Petroleum Reserve-Alaska

AGENCY: Bureau of Land Management

ACTION: Notice of Availability and Announcement of Public Subsistence-Related Hearing Schedule

SUMMARY: The Bureau of Land Management announces the availability of the Draft Amendment to the Northeast National Petroleum Reserve-Alaska Integrated Activity Plan/Environmental Impact Statement (IAP/EIS). The planning area is roughly bounded by the Beaufort Sea to the North, the Ikpikpuk River to the west and the Colville River to the east and south of the planning area (Map 1-3). In November 2000, Congress passed and President Clinton signed the Energy Policy and Conservation Act Amendments of 2000 (EPCA), which directed the Secretary of the Interior, in consultation with the Secretaries of Energy and Agriculture, to conduct an inventory of oil and natural gas resources beneath federal lands and to identify the extent and nature of any restrictions or impediments to the development of these resources. In 2002, the President's National Energy Policy Development Group recommended that the President direct the Secretary of the Interior to consider additional environmentally responsible oil and gas development, based on sound science and the best available technology, through further lease sales in the National Petroleum Reserve-Alaska and that such consideration should include areas not currently leased within the northeast corner of the National Petroleum reserve-Alaska. This IAP/EIS amendment contains three alternatives for a land management

plan for the 4.6 million-acre planning area and assessments of each plan's impacts on the surface resources present there. These alternatives provide varying answers to two primary questions that are consistent with EPCA and the President's Energy Policy. First, will BLM conduct oil and gas lease sales in the planning area on lands currently unavailable or surface restricted, and, if so, which of those lands will be made available for leasing? Second, what measures should we develop to protect important surface resources during oil and gas activities?

Alternative A, the No Action Alternative, makes approximately 87 percent of 4.6 million acres available for oil and gas leasing and calls for no change from the status quo rendered under the 1998 Record of Decision (ROD) for the Northeast National Petroleum Reserve-Alaska. Under the No Action Alternative A, no leasing would occur on lands currently unavailable and the existing No Surface Restrictions would be maintained. Alternatives B, the Preferred Alternative, and C make progressively more land, especially environmentally sensitive land, available to possible leasing. Alternative B makes approximately 97% percent of 4.6 million acres in the planning area available for oil and gas leasing and Alternative C makes 100 percent of 4.6 million acres in the planning area available for oil and gas leasing. Mitigations would provide protections for natural and cultural resources under all alternatives, but their nature, number and scope would vary between alternatives.

The No Action Alternative A would maintain the current land allocation that makes approximately 840,000 acres either unavailable (600,000 ac) or surface restricted (240,000) to leasing. It maintains the 79 prescriptive stipulations as set forth in the 1998 ROD. The Preferred Alternative, Alternative B, makes approximately 213,000 acres of sensitive bird habitat north of Teshekpuk Lake unavailable to leasing. This alternative also contains a mitigation package that is comprised of a combination of prescriptive and performance-based mitigations very similar to

those developed for the 2004 Northwest National Petroleum Reserve-Alaska Record of Decision. Performance-based mitigations provide the BLM and other land users, including industry, greater flexibility by emphasizing the intent or objective of the mitigation to protect the environment. In addition, there are site-specific mitigations protecting key biological resources throughout the planning area. Alternative C contains no land allocation prohibiting leasing, and includes performance-based mitigations similar to those in Alternative B and site specific mitigations protecting identified key biological resources throughout the planning area.

The Secretary of the Interior is authorized to identify specific lands in the NPR-A as "Special Areas", and there are of two previously designated Special Areas within the planning area - The Colville River Special Area and the Teshekpuk Lake Special Area.. As required by 43 CFR 2361.1, all three alternatives proposed through this amendment process, using stipulations, ROPs, and allocation decisions, mitigate or avoid unnecessary surface damage and miminize ecological disturbance throughout the reserve to the extent consistent with the requirement of the NPRPA for the exploration of the reserve. Also, each alternative presents for public comment a different approach to providing maximum protection to surface resources within designated Special Areas.

Public participation has occurred throughout the period since the Notice of Intent to Prepare the Amendment and Environmental Impact Statement was published on June 23, 2003. In addition to holding scoping meetings in Anaktuvuk Pass, Nuiqsut, Atqasuk, Barrow, Fairbanks and Anchorage, several publicly attended meetings have addressed important issues within the planning area. The planning area provides particularly important habitat for caribou, waterfowl and other species and many of the local residents of the area rely on harvesting these resources for subsistence purposes. Ensuring adequate protection of these resources has been one of the driving

forces behind the meetings to seek input from a variety of public sources with information in related fields. Information from these meetings has also been helpful in developing this draft document.

The BLM has worked closely with native communities within or adjacent to the planning area in developing this draft IAP/EIS. In addition to native representatives, the State of Alaska, the North Slope Borough, and other Federal agencies have participated in meetings that identified areas of concern to be addressed during the development of the alternatives presented here. BLM is solely responsible for the form the alternatives took.

Section 810 of the Alaska National Lands Conservation Act requires the BLM to evaluate the effects of the alternatives presented in this DEIS on subsistence activities in the area of the proposed action and alternatives, and to hold public hearings if it finds that any alternative may significantly restrict subsistence activities. The analysis of environmental consequences indicates that Alternative C and the cumulative case for all alternatives may significantly restrict subsistence activities. Therefore, the BLM will hold public hearings on subsistence in conjunction with the public meetings in the potentially affected communities.

DATES: Written comments on the Amended DIAP/DEIS will be accepted for 45 days following the date the Environmental Protection Agency publishes the Notice of Availability in the <u>Federal Register</u>. Future meetings or hearings and any other public involvement activities will be announced at least 15 days in advance through public notices, media news releases, and/or mailings.

ADDRESS: Written comments should be sent to: NPR-A Planning Team, Bureau of Land Management, Alaska State Office (931), 222 West 7th Avenue, Anchorage, Alaska 99513-7599. Comments can also be submitted at the project website **http://nenpra.ensr.com**. Individual

respondents may request confidentiality. If you wish to withhold your name or street address from public review or from disclosure under the Freedom of Information Act, you must state this prominently at the beginning of your written comment. Such requests will be honored to the extent allowed by law. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be available for public inspection in their entirety. The amended DIAP/DEIS will be available in either hard copy or on compact disks at the Alaska State Office Public Room at 222 West 7th Avenue, Anchorage, Alaska 99513-7599 at the above address. The entire document can also be reviewed at the project website http://www.ak.blm.gov/nwnpra

FOR FURTHER INFORMATION CONTACT: Susan Childs (907)-271-1945; 7susan_childs@ak.blm.gov) or Mike Kleven (907)-474-2317, Mike_Kleven@ak.blm.gov.

SUPPLEMENTAL INFORMATION: Authority for developing this document is derived from the Federal Land Policy and Management Act, the Naval Petroleum Reserves Production Act of 1976 and the National Environmental Policy Act (NEPA).

Copies of the draft IAP/EIS amendment will be available for pubic review at the following locations: Tuzzy Public Library, Barrow, AK; City of Nuiqsut, Nuiqsut, AK; City of Atqasuk, Atqasuk, AK; City of Anaktuvuk, Pass, Anaktuvuk Pass, AK; Z. J. Loussac Public Library, Anchorage, AK; Noel Wien Public Library, Fairbanks, AK

Curtis J. Wilson
Acting Chief, Planning and Resources
Alaska State Office
Signed March 31, 2004

**Exhibit G, pg 13 of 14**

6

*STEVE GRIMES*
*AK-954*

Steve:

Please FedEx the attached to:

Michael Schwartz, Group Manager
Regulatory Affairs Group
Bureau of Land Management
1620 L Street NW Suite 401
Washington DC 20036

(202) 452-5198

From:

Susan Childs
AK-931
222 West 7th Avenue
Anchorage, AK 99513

(907) 271-1985

BLM AK SO 952
ANCHORAGE AK
2004 APR -2 AM 7:59