```
From: 7Susan_Childs@ak.blm.gov
Sent: 3/3/2006 6:06:27 PM (Pacific Time)
To: NENPRA Admin Record
Subject: Fw:
```

Susan Childs
Division Planning Coordinator
Division of Energy and Minerals
Bureau of Land Management - AKSO (940)
Anchorage Alaska 99513-7599

(907) 271-1985
(907) 271-5479 Fax


----- Forwarded by 7Susan Childs/AKSO/AK/BLM/DOI on 03/03/2006 05:06 PM -----

| | |
|---|---|
| Terry Smith/AKSO/AK/BLM/DOI<br><br>03/03/2006 02:42 PM | To: 7Susan Childs/AKSO/AK/BLM/DOI@BLM<br>cc:<br>Subject: Fw: |


----- Forwarded by Terry Smith/AKSO/AK/BLM/DOI on 03/03/2006 02:42 PM -----

| | |
|---|---|
| Debbie Hollen/AKSO/AK/BLM/DOI<br><br>08/27/2004 01:53 PM | To: Timothy Jennings/R7/FWS/DOI@FWS, Rowan Gould/R7/FWS/DOI@FWS<br>cc: Henri R Bisson/AKSO/AK/BLM/DOI@BLM, 7Susan Childs/AKSO/AK/BLM/DOI@BLM, George Oviatt/AKSO/AK/BLM/DOI@BLM<br>Subject: NE Amendment process |

Rowan/Tim -- Attached is my cut at describing the agreement we made yesterday re: the NE amendment process.

Please look it over, and get back to us if your understanding is different. If you agree... please forward directly to your staff, and just let us know, so we can come to the meeting with some handouts.

Right now, we understand the meeting to be on Wednesday in Fairbanks

Talk to you soon....

Debbie


NE - NPRA Amendment Interagency Discussions/alternative

Objectives:

Develop alternatives for management of the landbase N of Teshepuk Lake that meet the following criteria:

1) maintains between 88-90% of the critical molting habitat for geese
2) provides areas for oil and gas production facilities
3) minimizes impacts to important wildlife species (caribou, polar bear, shorebirds)
4) provides opportunities for winter exploration activities

The intent of these criteria is to provide a background on what multiple use issues should be addressed in the development of the alternatives.
   It is expected that staff will work with the known data and existing mapping that has been completed to revise or modify to achieve different balance points on these topics.  One alternative may better meet the criteria to provide oil and gas production facilities, while another may better meet the criteria for maintaining the 88-90% molting areas.

It is not expected that all parties would reach any consensus agreement on which alternative is "the best"... but instead that all the knowledge comes together to understand the trade-offs that are depicted by the alternatives.
Debbie A. Hollen
Acting Deputy State Director
Resources Lands & Planning
AK State Office -- BLM
222 W 7th Ave #13
Anchorage, AK  99513
907-271-3344
907-271-5479 FAX

****************************************************************
Information contained in this communication is confidential and privileged
proprietary information for business purposes only.
Unauthorized use, distribution, copying or disclosure is prohibited.
If you received this e-mail in error,
please contact the sender immediately.
****************************************************************