From: Alexandra_M_Post@ak.blm.gov
Sent: 10/29/2004 4:31:34 PM (Pacific Time)
To: nenpraar@ensr.com
Subject: Fw: Changes to "welcome"


----- Forwarded by Alexandra M Post/AKSO/AK/BLM/DOI on 10/29/2004 04:31 PM -----

  "Wolf, Janet" <jwolf@ensr.com>

12/19/2003 04:08 PM
        To:        "'7susan_childs@blm.gov'" <7susan_childs@blm.gov>,
"'ed_bovy@ak.blm.gov'" <ed_bovy@ak.blm.gov>
        cc:        "Paulus, Stuart" <SPaulus@ENSR.com>
        Subject:        Changes to "welcome"


Susan and Ed -

I took a look at the text currently on the website and tried to address the
concerns mentioned to me:  too bureaucratic; use information from Bob's ppt;
and use tone and information from Resource Development Council article June
2003.

Please take a look at the following and see if it is closer to what you had
in mind.  If not give me some feedback; I am happy to rewrite as many times
as it takes.

I have not yet had an editor or Stuart review; but the facts are from the
aforementioned sources.

I will work on the History section re-write on Monday.  Still need to talk
to Ed about any specific changes he might like to see from a Public Affairs
perspective.

Have a good weekend and please drive super careful this afternoon going
home,

Janet

Welcome

The BLM believes that this is the ideal time to reevaluate the current plan,
established in 1998, for the Northeast portion of the National Petroleum
Reserve - Alaska for several reasons:  First, the President's National
Energy Policy and Section 604 of the Energy Policy and Conservation Act
(EPCA), require that all Federal lands must be inventoried to identify oil
and gas resources underlying Federal lands and to identify the extent and
nature of any restrictions or impediments to the development of such
resources.  Second, the current plan is 5 years old and since it was
written, BLM has been gathering data and conducting additional biological
studies.   BLM now believes that it is safe to explore in the northeast part
of the Reserve without significant impact to sensitive wildlife and
subsistence resources.  Therefore, the decisions made in 1998 must be

reviewed to see if they still make sense, if so, the questions of how the decisions should be changed needs to be answered.

It is important to understand that BLM has:
*                    NOT made the decision to change the meaning or intent of any existing northeast National Petroleum Reserve stipulation;
*                    NOT decided to open additional lands for oil and gas leasing; and
*                    NOT decided to reduce setbacks and buffer zones.
However, the BLM must conduct an amendment to the 1998 Northeast National Petroleum Reserve-Alaska Environmental Impact Statement to evaluate whether the natural resources can be developed in ways that will protect the environment.

The BLM is also considering changing the current prescriptive stipulations that apply to the Northeast National Petroleum Reserve - Alaska into a mixture of prescriptive and performance-based stipulations similar to those developed for the Northwest portion of the Reserve.  Prescriptive stipulations are very specific and in some cases inappropriately or needlessly restrictive.  Performance-based stipulations often can accomplish the same goal, but are more flexible. [we need to illustrate an example of a persecriptive stip to a performance-based stip - the pipeline height one seems like a good example - perhaps in an inset table within the "welcome" text].

Since the original plan was completed in 1998, the agency has awarded leases on about 1.4 million acres in the Northeast corner of the reserve and industry has drilled 13 exploratory wells.  BLM geologists and petroleum experts believe that areas currently off-limits for exploration in the reserve may contain more than two billion barrels of technically-recoverable petroleum.  Many of these lands, near Teshekpuk Lake, lie within an area with significant populations of caribou, raptors, and waterfowl.  This will all be taken into account during the evaluation conducted in the Amendment document.


*************************************************************************************
****
Information contained in this communication is confidential and privileged proprietary information
for business use purposes only. Unauthorized use, distribution, copying or disclosure is prohibited.
If you received this communication in error, please contact the sender immediately. Thank you.
Note: this email message was swept for computer viruses.
*************************************************************************************
****