| 7Susan<br>Childs/AKSO/AK/BLM/DOI<br>01/10/2006 05:45 PM | To | Peter Ditton |
|---|---|---|
| | cc | |
| | bcc | |
| | Subject | Fw: npra |

You need to be in this loop

Susan Childs
Division Planning Coordinator
Division of Energy and Minerals
Bureau of Land Management - AKSO (940)
Anchorage Alaska 99513-7599

(907) 271-1985
(907) 271-5479 Fax

----- Forwarded by 7Susan Childs/AKSO/AK/BLM/DOI on 01/10/2006 01:44 PM -----



| Jody Weil/AKSO/AK/BLM/DOI<br>01/10/2006 01:09 PM | To | Jennifer Thomson/SIO/OS/DOI@DOI |
|---|---|---|
| | cc | Patrick Wilkinson/WO/BLM/DOI@BLM, Henri R Bisson/AKSO/AK/BLM/DOI@BLM, 7Susan Childs/AKSO/AK/BLM/DOI@BLM |
| | Subject | Re: npra |

Please use this version of the talking points per Chad. He just wanted us to move up the point about the maximum surface disturbance allowed in a lease tract is 300 acres. He feels this is a significant point and needs to be moved to a more prominent position in the talking points.

ROD and Final EIS Talking Pts.doc
_____
Jody Weil
BLM Office of Communications
907-271-4418
907-271-4596 (FAX)
Jennifer Thomson/SIO/OS/DOI@DOI

| Jennifer<br>Thomson/SIO/OS/DOI@DOI<br>01/10/2006 01:00 PM | To | Jody Weil/AKSO/AK/BLM/DOI@BLM, Patrick Wilkinson/WO/BLM/DOI@BLM@BLM |
|---|---|---|
| | cc | |
| | Subject | Re: npra |

Okay, thanks!
_____
Sent from my BlackBerry Wireless Handheld

**Exhibit J, page 1 of 8**

Jody Weil

**From:** Jody Weil
**Sent:** 01/10/2006 04:40 PM
**To:** Patrick Wilkinson/WO/BLM/DOI@BLM
**Cc:** Jennifer Thomson
**Subject:** Re: npra

use this news release, we had the wrong link on the one I sent earlier.



AK-06-06_NE2 NPRA ROD_childs.doc

---

Jody Weil
BLM Office of Communications
907-271-4418
907-271-4596 (FAX)
Patrick Wilkinson/WO/BLM/DOI

| | | |
|---|---|---|
| **Patrick Wilkinson/WO/BLM/DOI** | To | Jennifer Thomson/SIO/OS/DOI@DOI |
| 01/10/2006 12:33 PM | cc | Jody Weil/AKSO/AK/BLM/DOI@BLM |
| | Subject | Re: npra |

Jen,
Just left you a vmail. Are you going to call them or send the press release or both? In addition to those you listed I'll send the release to Jay Cranford and the Comm. Dems. If you're calling them (Ak offices and Bouts/Kish), I can add them to our fax list if that helps.
Pat

Jennifer Thomson/SIO/OS/DOI@DOI

| | | |
|---|---|---|
| **Jennifer Thomson/SIO/OS/DOI@DOI** | To | Patrick Wilkinson/WO/BLM/DOI@BLM |
| 01/10/2006 02:52 PM | cc | Jody Weil/AKSO/AK/BLM/DOI@BLM@BLM |
| | Subject | Re: npra |

I am going to contact the AK offices, Bouts and Kish. I take it you will handle any other necessary contacts.

------------------------
Sent from my BlackBerry Wireless Handheld
Patrick Wilkinson

**From:** Patrick Wilkinson
**Sent:** 01/10/2006 02:15 PM
**To:** Jennifer Thomson

**Exhibit J, page 2 of 8**

Cc: Jody Weil/AKSO/AK/BLM/DOI@BLM
Subject: Re: npra

Hi Jen,
Acc. to Jon Hrobsky, your office is handling notifying the Hill about the attached.
I just wanted to confirm that's correct?
Thanks,
Pat

Jody Weil/AKSO/AK/BLM/DOI



**Jody
Weil/AKSO/AK/BLM/DOI**
01/10/2006 12:27 PM

To  Patrick Wilkinson/WO/BLM/DOI@BLM

cc

Subject  Re: npra

Patrick,

Here is the communications plan, talking points and news release.  The comm. plan and talking pts. are
for internal use only.  Currently the release is scheduled for tomorrow, but some other things need to fall in
place first so I'm not sure.  If it is tomorrow, I will call your voice mail late today so you can send the press
release to the Hill first thing Wed.



NE communication plan ROD.1.2006.doc



News NE2 NPRA ROD_childs.doc



ROD and Final EIS Talking Pts.doc

P.S. There is much sensitivity about the release date, the date is internal information.

Jody Weil
BLM Office of Communications
907-271-4418
907-271-4596 (FAX)
Patrick Wilkinson/WO/BLM/DOI

**Patrick
Wilkinson/WO/BLM/DOI**
01/10/2006 07:46 AM

To  Jody Weil/AKSO/AK/BLM/DOI@BLM

cc

Subject  npra

hi jody,
i understand you're doing an ak press release on npra this week?

Exhibit J, page 3 of 8

i also understand that doi (drue/jen) are handling contacts here, but i just want to mark sure nothing falls thru the cracks and i'll followup w/ jen.
can you pls. send me what you have and let me know the timing of the release?
thx!
pat

DRAFT – FOR INTERNAL USE ONLY

**National Petroleum Reserve – Alaska**
**Northeast Plan Amendment**
**Talking Points**

To carry out its management responsibilities and respond to the Presidential and congressional directives to the Secretary of the Interior, the BLM is proposing to amend its 1998 Northeast IAP/EIS:

- Consider leasing portions of lands currently unavailable or under a No Surface Activity restriction to oil and gas leasing in the Northeast National Petroleum Reserve – Alaska and

- Consider developing performance-based lease stipulations and Required Operating Procedures (ROPs) to provide the BLM with greater flexibility in protecting important surface resources from the impacts of oil and gas activities similar to mitigations developed for the Northwest National Petroleum Reserve – Alaska.

**BACKGROUND**

- The energy resources of the Petroleum Reserve are essential to meeting our nation's energy demands, will enhance domestic energy production and decrease dependency on foreign oil sources.

- Although 87 percent of the planning area is currently available to oil and gas leasing, 56 percent of the high potential area is off limits or encumbered by no-surface occupancy restrictions.

- The portions of the planning area currently unavailable to exploration and development may contain as much as two billion barrels of technically-recoverable oil and 3.5 trillion cubic feet of gas.

- The National Petroleum Reserve Production Act (NPRPA) of 1976 states that any exploration within the Teshekpuk Lake Area shall be conducted in a manner which will assure maximum protection of significant surface values "….to the extent consistent with the requirements of this Act [NPRPA] for the exploration of the reserve."

- Further clarification of this statement is provided in a Federal Register notice dated January 25, 1977, which states "such maximum protection efforts are not intended as a prohibition of exploration activities within such areas, only that such activities are conducted in a manner which will minimize adverse impacts on the environment."

- Public Law 96-514 dated December 12, 1980, amended the NPRPA authorizing oil and gas leasing in the reserve by stating "There shall be conducted, not withstanding any other provision of law and pursuant to such rules and regulations as the Secretary may prescribe, an expeditious program of competitive leasing of oil and gas in the National Petroleum Reserve in Alaska provided, (1) activities undertaken pursuant to this section shall include or provide for such conditions, restrictions, and prohibitions as the Secretary deems necessary or appropriate to mitigate reasonably foreseeable and significantly adverse affects on the surface resources of the National Petroleum Reserve in Alaska.…"

DRAFT – FOR INTERNAL USE ONLY

- The President's National Energy Policy Development group has recommended that the President direct the Secretary of Interior to "consider additional environmentally responsible oil and gas development based on sound science and the best available technology through further lease sales in the National Petroleum Reserve – Alaska" and that "such consideration should include areas not currently leased within the northeast corner of the National Petroleum Reserve- Alaska."

- It is possible to develop oil resources identified as unavailable under the Northeast plan while protecting important biological resources and subsistence resources using more flexible means than total prohibition. The final proposed action provides an estimated 2.1 billion barrels of economically recoverable oil potential as opposed to the potential for 600 million barrels under the current plan.

- Performance-based stipulations provide increased flexibility allowing for improved resource mitigation. They are driven by an objective, for example: "minimize disruption of caribou movement and subsistence use." The activities on the ground **must** meet this objective. They also identify current accepted standards such as "all pipelines must be a minimum of 7 feet as measured from the ground to the bottom of the pipeline". The current prescriptive stipulation provides for an elevation of 5 feet, a standard that does not effectively permit caribou movement.

- Performance-based stipulations allow us to implement adaptive management principles recognizing that knowledge about natural resource systems is sometimes uncertain and changing. The ability to adapt management decisions allows us to maintain those objectives, outcomes and goals identified during our environmental analysis.

- Making general plan stipulations and required operating procedures consistent, when applicable, with those developed in the Northwest plan (i.e. performance-based) will allow industry to work from the same standards/rules for the entire Reserve focusing on exploration and development methods to meet the desired objectives, outcomes, and goals for both the Northwest and Northeast sections of the National Petroleum Reserve.

**PROVISIONS OF THE FINAL PREFERRED ALTERNATIVE D REFLECTED IN THE AMENDED IAP/EIS:**

- The area north of Teshekpuk Lake would be delineated into seven large lease tracts. These tracts would range from 46,000 to 59,000 acres. Each tract would **establish a maximum limit of 300 acres of permanent surface disturbance resulting from oil and gas activities.** The total allowed surface disturbance in the Lease Tract Area would be approximately 2,100 acres. See Lease Stipulation K-11 in Section 2.6.4 (Alternative D Stipulations and Required Operating Procedures).

- The final Preferred Alternative would make available approximately 389,000 acres that were unavailable in the 1998 ROD. The additional lands made available by the final Preferred Alternative would be within the area of highest oil and gas potential in the Northeast Planning Area, and would be within the TLSA. However, several major protective measures would be implemented to protect important resources and subsistence activities in the TLSA:

DRAFT – FOR INTERNAL USE ONLY

- Areas north of Teshekpuk Lake that are important for molting black brant and other sensitive waterfowl would be protected with a NSO stipulation (approximately 217,000 acres). Lakes and adjacent lands identified as important habitat for molting geese and other waterfowl would be included in the NSO area. Because many of these lakes are in very close proximity, the buffer areas around the lakes often overlap resulting in the NSO area depicted by Map 5. In addition to providing protection to molting geese and other waterfowl, this restriction would also provide protection for caribou calving, and insect-relief habitats. While providing necessary protections to key resources, this stipulation would allow for exploration of the region. Within the NSO area(s), permanent oil and gas facilities would be prohibited, but pipelines and inter-community or other permanent roads constructed with public funds for general transportation purposes would be allowed. Exploration activities would be allowed within the NSO, including seismic acquisition and exploratory drilling during the winter season only. See Lease Stipulation K-4 in Section 2.6.4 (Alternative D Stipulations and Required Operating Procedures).

- The area extending from the eastern shore of Teshekpuk Lake approximately 4 miles eastward towards the Kogru Inlet would be protected with a NSO stipulation (approximately 16,500 acres). This area is currently identified as important for caribou movement during the calving and insect-relief seasons. The area is a relatively narrow passage between the Teshekpuk Lake and Kogru Inlet that is inundated with many smaller lakes, and is currently identified as a "bottleneck" to caribou north/south movement. Within the NSO area, permanent oil and gas facilities would be prohibited, including pipelines and inter-community public access roads. Exploration activities would be allowed within this NSO including seismic acquisition and exploratory drilling during the winter season only. See Lease Stipulation K-9 in Section 2.6.4 (Alternative D Stipulations and Required Operating Procedures).

- The area south/southeast of Teshekpuk Lake would be protected with a NSO stipulation (approximately 141,000 acres). This area, in addition to areas north of Teshekpuk Lake, is currently identified as important to caribou calving, post-calving, and insect relief. Within the NSO area, permanent oil and gas facilities would be prohibited, excluding pipelines and inter-community public access roads. Exploration activities would be allowed within this NSO, including seismic acquisition and exploratory drilling during the winter season only. See Lease Stipulation K-10 in Section 2.6.4 (Alternative D Stipulations and Required Operating Procedures).

## MODIFICATIONS TO THE FINAL AMENDED IAP/EIS THAT ARE REFLECTED IN THE RECORD OF DECISION INCLUDE THE FOLLOWING:

- An expansion of the "No Surface Occupancy" restriction protecting sensitive goose molting habitat area north of Teshekpuk Lake from 217,000 to 242,000 acres.

- The establishment of an additional "No Surface Occupancy" restriction protecting 47,000 acres of important caribou habitat and calving area located southwest of Teshekpuk Lake. The ROD reflects a total of approximately 188,000 acres of protection for caribou calving habitat southeast (141,000) and southwest (47,000) of the Lake.

- The Establishment of an additional "No Surface Occupancy" restriction protecting 9,700 acres for caribou movement northwest of Teshekpuk Lake. The ROD reflects a total of

DRAFT – FOR INTERNAL USE ONLY

approximately 26,000 acres of protection for corridors east (45,000 acres) and northwest (9700 acres)

- Implementation requirements for a formal workshop(s) with federal, state and local, North Slope Borough representatives, and North Slope Science Initiative members and others, to recommend ways to minimize the impact of pipelines on subsistence users and wildlife resources.

- Deletes language that would consider applications for the construction of publicly funded community roads within the Teshekpuk Lake Caribou Habitat Area.

- Requires a minimum three-year study focused on protecting molting geese that utilize the lakes north of Teshekpuk Lake. The study must be completed before BLM will authorize construction of any proposed permanent facilities within the Goose Molting Area.

- Defers leasing of the Colville River Special Area until a river management plan is completed.

The Secretary's 4 C's begin at the grassroots level. In developing the preferred alternative, BLM has consulted continually with the Alaska Natives in the area. A concerted effort was and continues to be made to closely coordinate with the Fish and Wildlife Service to develop appropriate protections for migratory waterfowl that depend on the area.

The Record of Decision will be available on January 11, 2006.