## MEETING NOTES

To:             Files

From:           L. Bright

Date/Time:      Aug. 26, 2004

Subject:        Northeast NPR-A Draft EIS

Location:       BLM Alaska Office, Anchorage

Participants:   BLM - Henri Bisson, Susan Childs, Debbie Hollen, Bruce Hollen.
                USFWS - Rowan Gould, Bob Leedy, Larry Bright.

Summary:        Primary purpose was to review BLM's direction to open as much area to leasing
                as possible and to compare the FWS response to the NE NPR-A Draft EIS to what
                BLM is currently considering for the Northeast Planning Area.

Henri would like the Service to look at other options (other than the proposal set forth in our
Draft EIS comments). He's willing to consider other options that protect 90% of the area used by
brant if we can design an alternative that provides more access (for oil exploration/development)
than would be allowed in our proposal or the existing condition.

We were asked to defend our recommendation to protect more coastal areas than the BLM
Preferred Alternative. We discussed the importance of these areas to shorebirds, geese, sea
ducks (long tails and eiders), and to denning polar bears. Rowan defended this recommendation
firmly.

The discussion moved on to our recommendation for protecting part of the northern shore of
Teshekpuk Lake. We explained the primary purpose was to protect an important caribou calving
area. Rowan was not as firm in his defense of this recommendation, yet he did defend it. He
also suggested it may be an area we could talk to BLM about further.

At Henri's urging, Rowan agreed to have staffs meet in Fairbanks to discuss further options. Our
charge would be to meet, examine other potential options, provide technical information/advice
to BLM, and then prepare for Rowan the fish and wildlife costs and benefits associated with any
additional alternatives that BLM decided to carry forward. It was made clear that we would stick
to protecting at least 90% of the area used by molting brant. Henri agreed to this condition.

Specifically, the Service would not "negotiate" a new position or agree to a new alternative. Our
Draft EIS comments stand and that is our current position. We are happy to work with BLM and
supply what technical information we have, but the decision about a final preferred alternative is
theirs to make. We may or may not comment on a Final EIS.

**Exhibit K, page 1 of 2**

Henri suggested it would be wise for the Service and BLM to come closer to a joint position on Northeast NPR-A, and for Rowan to travel back to DC with Henri to sell it.

Debbie Hollen agreed to write up and provide draft goals and objectives for the next meeting between staffs. Susan Childs agreed to coordinate that meeting.

**Exhibit K, page 2 of 2**

2