# NORTHEAST NATIONAL PETROLEUM – RESERVE ALASKA IAP/EIS DRAFT
## SYNOPSIS OF COMMENTS RECEIVED BY AUGUST 23, 2004

We received a total of approximately 215,000 comments regarding the Northeast NPR-A draft amendment. The breakdown of substantive comments is as follows:

**Substantive Comments:**

U. S. Congressional Members
John Dingell

Both Dingell prefer the No Action Alternative – protect geese, caribou, Teshekpuk Lake, not in favor of new mitigation direction.

U. S. House of Representatives
Richard Pombo

In favor of Alternative C – supports our response to the Nation's energy needs

Mark Udall

Prefers the No Action Alternative – protect geese, caribou, Teshekpuk Lake, not in favor of new mitigation direction.

Federal Agencies

USGS

Has no opinion – comments were correcting inaccuracies in the content of the document.

EPA

Prefers the No Action Alternative with a new set of Performance based mitigations. Believes we have not fulfilled our native consultation requirements and that we have not adequately assessed the impacts to the native communities. They do not support our transition from Prescriptive stipulations to Performance-based mitigations. EPA does not support our response to the energy needs of the nation. EPA believes we have not done a good job in assessing potential impacts to camps and campsites within the Northeast National Petroleum Reserve-Alaska.

USFWS

Prefers the No Action Alternative, however, has provided a new Alternative map that completely removes any access north of Teshekpuk Lake and requests that all lake beds including TL be unavailable for leasing. The Service also rejects our Performance based language regarding mitigations. They encourages adaptive management test case before allowing any activities north of Teshekpuk Lake. They are mostly concerned about molting geese and caribou. Their solution to a lack of information regarding an observed decline in black Brandt populations is to complete limit access north of Teshekpuk Lake.

Alaska State Agencies

DNR
Fish and Game
DEC

Comments indicate a support of our plan with a few caveats in terms of land allocation. Agencies prefer Teshekpuk Lake be unavailable until an Oil Spill Response Plan is proven to work in broken ice. They also prefer the land allocation North of Teshekpuk Lake, however, support any consideration regarding NSO restrictions that would allow exploration. Concerned about Caribou movement between Teshekpuk Lake and the Kogru River and would like to see protections developed for Caribou calving area south of TL. Generally support our transition from Prescription to Performance-based mitigations, with some recommended edits.

Industry

Conoco Phillips Alaska
Anadarko
Alaska Oil and Gas Association

      Alaska Miners Association, Inc.

All of the above industrial organizations support our efforts in considering a different land allocation that might result in more areas becoming available for exploration and development. Conoco-Phillips Alaska submitted a map very similar to Alternative C with more rigorous mitigations focused on certain high use lakes of molting geese. They appear to want to work on making sure they do not inflict undue impacts on a known sensitive area while at the same time providing some different rationale for protections that would make more of the area in the high oil potential regions of the Northeast planning area available for exploration and development. Conoco-Phillips has also commented extensively on our Performance-based mitigations that would provide broader access to areas for exploration and development.

    Native Entities

      Kuukpik Corporation

Prefers the No Action Alternative. Kuukpik completely rejects any change to the current management strategy as far any changes to the 79 stipulations. They also do not support our response to the energy needs of this Nation. Continue to assert that we have conducted an arbitrary and capricious planning process based on their challenge that we have no new information to go forward with this amendment.

      North Slope Borough

Prefers the No Action Alternative but is more concerned about the Teshekpuk Lake than the area north of the Teshekpuk Lake. The NSB wants the BLM to continue to consult with their biologists until we arrive at a consensus among the NSB entities and the BLM.

      Inupiat Community of the Arctic Slope (ICAS)

Prefers the No Action Alternative

      Alaska Eskimo Whaling Commission

Prefers the No Action Alternative

All of the above Native entities commented on perceived impacts to their traditional lifestyle, potential impacts to subsistence resources and a lack of impact compensations monies.

    Environmental Organizations
- Alaska Center for Environment
- Audubon Society
- Audubon Ornithologists Group
- Northern Alaska Environmental Center
- National Wildlife Society
- Nature Conservancy
- Ducks Unlimited
- California Waterfowl Association
- Pacific Flyway Council
- Central Sierra Environmental Resource Center

All of the above entities prefer the No Action Alternative based on potential impacts to black Brandt and Caribou, natives, Teshekpuk Lake, new mitigations, timing of planning procedure, and believed lack of new information. All do not support our response to the Nation's energy needs.

**Campaign Form Letters:**

| | |
|---|---:|
| Audubon (Washington D.C. Office) (mail) | 4,905 |
| National Resource Defense Council (NRDC) (website, faxes, mail) | 138,535 |
| Campaign for America's Wilderness (website, mail | 10,427 |
| Earth Justice (website, mail) | 19,483 |
| National Wildlife Federation (website, mail) | 761 |
| Sierra Club (website, mail) | 824 |
| Wilderness Society (from campaign website) | 26,501 |
| World Wildlife Fund (website and mail) | 12,621 |
| TOTAL | **214,057** |

All of the above campaigns prefer the No Action Alternative.

Exhibit L page 2 of 2