MEETING NOTES

To:             Files

From:           J. Zelenak/L. Bright

Date/Time:      Aug. 31, 2004/09:00-16:15

Subject:        NE NPR-A FEIS Alternatives

Location:       BLM Northern Field Office, Fairbanks

Participants:   BLM – Bob Schneider, Susan Childs, Dave Yokel, Deb Nigro, Mike Klevens, Bruce Hollen, Steve Martinus, Don Meares, Tim Hammond
                USFWS – Larry Bright, Jim Zelenak, Philip Martin, Ted Swem, Russ Oates, Julian Fischer, Ed Mallek

Summary:        Primary purpose was for the BLM to present a series of post-DEIS alternatives they were considering for inclusion in the FEIS and that were intended to represent a compromise between their DEIS Draft Preferred Alternative and the Service's recommended (in our Aug. 23, 2004 comments) modifications to it.

This meeting was a follow-up to a meeting between Rowan Gould and Henri Bisson at which they discussed the Service's comments on the DEIS. Susan opened the meeting with a summary of what she believes Henri and Rowan wanted us to accomplish at this meeting. She said that the Service's proposed modifications to BLM's no-lease/no-surface-occupancy boundary do not provide adequate areas for oil and gas production facilities. She stated that the goal of the meeting was to develop alternatives for management of the land base north of Teshekpuk Lake that meet the following criteria:

1. Maintains 88-90% of critical goose molting area
2. Provides areas for oil and gas production facilities
3. Minimizes impacts to important wildlife species (caribou, polar bears, shorebirds)
4. Provides opportunities for winter exploration activities

Larry thanked BLM for the opportunity to meet, agreed to the guidelines, and explained that the Service was there to provide technical assistance regarding any new alternatives. He stressed that we were not there to negotiate and/or agree on a new alternative, and that our position continues to be reflected in our Aug. 23 comments. He reiterated our concerns regarding potential irreversible impacts to molting brant and the possibility for population-level effects to this already declining population, and he discussed adjacency (edge-effect) concerns if development were to occur immediately adjacent to important molting lakes/habitats.

BLM (Martinus) reviewed the geology of the area north of Teshekpuk Lake and results of a single test well suggesting high oil-recovery potential. We then reviewed maps and discussed several possible alternatives, including an alternative by Yokel, one by B. Hollen, another showing buffers around molting lakes with access in between. We discussed how well each

alternative met the 4 criteria above; essentially concluding that additional leasing would result in reduced protection for molting geese, caribou, and other trust resources.

Addendum: Sept. 7, 2004

As a follow-up to this meeting, Susan Childs on Sept. 2 e-mailed Larry a series of 4 working-map PDFs (Attachment 1) of the alternatives we discussed. Each map was accompanied by a series of themes in which no-surface-occupancy (NSO) buffers may or may not be implemented around no-lease areas, the existing southern NSO may or may not be retained, and a "critical caribou corridor" east of the lake may or may not be implemented.

*Attachment 1*



**Larry Bright**
09/07/2004 09:25 AM

To: Jim Zelenak/R7/FWS/DOI@FWS, Philip Martin/R7/FWS/DOI@FWS, Ted Swem/R7/FWS/DOI@FWS, Jonathan Priday/R7/FWS/DOI@FWS, Russ Oates/R7/FWS/DOI@FWS, Julian Fischer/R7/FWS/DOI@FWS,
cc: Steve A Lewis/R7/FWS/DOI@FWS
Subject: Fw: Maps from meeting

Here are maps sent to me last Thursday. No explanation with them, so I assume they are the new "alternatives". I'll chat with Susan today to see if that' indeed what they are. Jim - you'll need to start crafting talking points on these for Rowan. More once I talk with Susan.

Larry

---

Larry K. Bright
Branch Chief, Project Planning
Fairbanks Fish and Wildlife Field Office/US Fish & Wildlife Service
101 12th Avenue, Box 19, Room 110
Fairbanks, Alaska 99701
Phone: 907-456-0324; Fax: 907-456-0208
larry_bright@fws.gov

----- Forwarded by Larry Bright/R7/FWS/DOI on 09/07/2004 09:21 AM -----

7Susan Childs@BLM
09/02/2004 08:18 AM

To: Larry Bright/R7/FWS/DOI@FWS
cc:
Subject: Maps from meeting

Hi Larry

Thank you once again for your time and efforts and the efforts of your team. Here are the maps that were the products of our meeting on Tuesday. Let me know if you have any questions. Thanks again Larry.

   
workmapFWS.pdf  workmap2.pdf  workmap1.pdf  workmap7_8.pdf

Susan Childs
Environmental Program Analyst
NE NPR-A Amendment Project Manager
Bureau of Land Management - AKSO (930)
Anchorage Alaska 99513-7599

(907) 271-1985
(907) 271-5479 Fax

Map labels (main map):
- No Leasing 270,005 ac
- Cape Halkett
- Pitt Point
- Potential Garry Creek addition 7,175 ac
- 15 N 1 W
- Kogru River
- Atigaru(?)
- Harrison(?)
- Smith Bay
- Potential Pitt Pt. addition 13,060 ac
- Teshekpuk Lake

Inset maps (right side):
- No Lease 116,342 ac / NSO (3 mile setback) 153,663 ac
- No Leasing 270,005 ac / Critical caribou corridor 9,392 ac / Southern NSO 268,840 ac
- No Lease 116,342 ac / Critical caribou corridor 9,392 ac / Southern NSO 268,840 ac / NSO (3 mile setback) 153,663 ac
- No Leasing 270,005 ac / Southern NSO 268,840 ac
- No Lease 116,342 ac / Southern NSO 268,840 ac / NSO (3 mile setback) 153,663 ac

Workmap 1
DRAFT
FOR INTERNAL REVIEW

**Exhibit M, page 4 of 7**







Exhibit M, page 7 of 7