NE NPR-A Plan Amendment
Comments on Mitigation for Preferred Alternative
Sept. 1, 2004

Yesterday we met with representatives of the USFWS to discuss their comments on the Preferred Alternative from the DEIS and their recommendation for a different area north of Teshekpuk Lake to be unavailable for leasing. Our goals during the meeting were to suggest additional alternatives that would still protect the habitat for 88-90% of molting brant (geese) and minimize impacts to other wildlife species (caribou, other molting geese, shorebirds, etc.), but would also provide more opportunity for both oil and gas exploration and permanent development facilities. None of the alternative land allocations we developed met the goals for geese and other wildlife. In order to further approach those goals while allowing more exploration and development, we need to look at our mitigation measures.

These comments describe mitigation originally developed by biology and oil/gas experts from federal, state and borough governments and the oil industry, during a workshop held by the BLM in May, 1997. They were included in Alternative E of the 1998 FEIS, or the 1998 ROD, and previous drafts or discussion on the Preferred Alternative for the Plan Amendment. The four mitigation measures described below include only the most important of those entertained earlier but deleted from, or altered in, the 2004 DEIS. If included in the Preferred Alternative for the FEIS, they could result in significant progress toward meeting our stated goals. These mitigation measures are meant to apply only within the Molting Goose or Caribou Habitat Areas.

1. Under Alt. E (1998) permanent facilities would be prohibited (NSO) onshore within 1,640' (0.5 km) of goose molting lakes, and within 3,280' (1.0 km) of high-use lakes. No permanent facilities would be allowed on or under the water of the lakes. The 2004 DEIS reduces the onshore buffer width to 1,320' (0.25 mi) for all lakes and would allow facilities on or under the water of lakes as long as they are at least ¾ mi from the shoreline. It is critical to minimize disturbance of flightless geese during wing-molt. Their energy balance may already be negative during this period, and they must go on to conduct a long-distance migration immediately afterwards. Mitigation that would preclude development on the water, and onshore within at least ½ mile of the more heavily used lakes, would bring us much closer to our stated goal by increasing the protection around goose molting lakes in areas available for leasing.
2. Under Alt. E (1998) permanent facilities would be prohibited within a zone extending 4 mi eastward from the eastern shore of Teshekpuk Lake in the area between the lake and Kogru Inlet. This is a critical area for caribou movement during the calving and insect-relief seasons, and pregnant cows or cows with new calves are known to avoid oil field infrastructure. This NSO could be moved to the east one mile, which would provide an infrastructure/transportation corridor around the east of the lake and still allow the same just west of the Kogru Inlet. And, this would still provide a major mitigation for caribou during a critical period.

**Exhibit O, page 1 of 2**

3. The 1998 ROD prohibited helicopter overflights of the Goose Molting Area by lessees and permittees from June 15 to August 20. This was an extreme measure and was only implemented because biologists had insufficient data to suggest a biologically appropriate limit on overflights and because an oil/gas industry representative stated they didn't need helicopters during that period. The 2004 DEIS would only review, and perhaps limit, "nonessential" overflights by lessees. The oil industry will certainly argue that "nonessential" flights are an unnecessary expense and they never indulge in such. It would be appropriate, and more likely a benefit to the protection of molting geese, if that "requirement/standard" in our mitigation package called for submission and review of a helicopter flight plan for the entire period of concern. This would allow the BLM an opportunity to suggest ways to reduce the number of flights and perhaps reroute some away from the most heavily used lakes.
4. The 1998 ROD included an area west, south and southeast of Teshekpuk Lake, and about 6 mi wide, that allowed leasing but no surface activity (NSA; more restrictive than NSO). The 2004 DEIS removed this restriction entirely, despite the fact that a significant portion of this acreage was already sold in the 1999 and 2002 lease sales. If this stands it will result in a significant decrease in protection for calving and post-calving caribou, a windfall value increase to the current lessees, and an unnecessary value-opportunity lost to the federal government. Surely a suitable compromise could be formed to provide some protection for caribou, an increased (over 1998) opportunity for oil/gas development, and a better monetary return to the people of the United States. A good start would be to remove the winter exploration restrictions and allow for linear facilities (roads and pipelines) across the area where necessary for development on the north side. If necessary to allow an opportunity for development along the south shore of the lake, a narrow corridor along the lake could be removed from the NSO restriction.

I would be happy to discuss these comments with BLM management.

Dave Yokel
Wildlife Biologist
Northern Field Office