# ALPINE NO ENVIRONMENTAL SHOWPIECE

## Harm to Wildlife Habitat and Wilderness

Proponents of opening the Coastal Plain of the Arctic National Wildlife Refuge to oil development profess a commitment to strict environmental regulation, and they assert that new technologies – particularly ice roads and directional drilling – will make drilling in the Arctic Refuge environmentally benign. They cite the recent Alpine oil development as the state-of-the-art showcase for this new technology.  Yet the sprawling, piecemeal development that has actually occurred at Alpine – has far exceeded the oil companies' initial disclosures, and its environmental and other impacts keep increasing.

## BIG SPRAWL UNFOLDS, AGAIN

*"Smallest footprint ever...we'll develop Alpine from just two drill sites of less than 115 acres."*
ConocoPhillips (formerly ARCO) "Alpine- Discovering the Future" (1998)

On December 6, 2004, federal agencies approved the industry's plans to build five more drill sites connecting to the initial Alpine oil field.[1]  Once these are constructed, the Alpine Project will total 7 drill sites, 33 miles of permanent gravel roads; two airstrips; two gravel mines; and 72 miles of pipelines.[2]

By 2004, even the U.S. Army Corps of Engineers had documented the negative effects of Alpine oil development:

> *Cumulative effects to subsistence uses, hydrology and wetlands of the Delta, and aesthetics are the most obvious parts of the overall change that is occurring in this area.  What was until 20 years ago a remote, wilderness area inhabited by a few hundred people, is becoming an industrial zone..."[3]*

But that is just the beginning; the Bureau of Land Management shows future long-term oil and gas development for the Alpine Project could include 24 more production drill sites, 122 more miles of roads, 7 more airports, 150 miles of pipeline, and 1262 more acres of tundra smothered by gravel.[4]

> *"The Alpine experience has made us realize how great the differences are between what is planned and what actually happens.*     -- Community of Nuiqsut, 2002[5]

## FAILURE TO ENFORCE PROMISED ENVIRONMENTAL REGULATIONS

*Abandonment of previous restrictions on permanent roads has been commonplace*
Even though the U.S. Army Corps of Engineers permit for the initial Alpine oil field included a condition requiring roadless production facilities for future additions in the Colville Delta,[6] two roads for currently planned projects connect with Alpine.

> *"The industry touted roadless development as the way of the future, and is now abandoning the concept."*                 -- Community of Nuiqsut comments to BLM, 2004[7]

> *"The 'roadless' concept... has not been abandoned... "Roadless" development never meant no roads only that the construction of permanent roads would be minimized.*
> -- BLM response[8]

Even today the agency and industry promote Alpine as a "roadless" development despite the decision to build 33 new miles of permanent gravel roads.

Attachment B

*Buffer zones violated due to limits of directional drilling technology*

Despite the prohibition on permanent facilities in a three-mile buffer zone established to protect wildlife habitat and subsistence hunting and fishing areas along Fish Creek, BLM approved construction of an Alpine production drill site with 30 wells, a power plant, eight miles of permanent roads and pipelines within the buffer. BLM cited the economic and geological limitations of directional drilling for Alpine Satellites when it granted the oil company's requested exception to the lease stipulation.[9]

*Level of industry activity underestimated and impact to resources not measured*

During the initial Alpine permitting, the oil company said they would only need 13 flights per month to support summer construction and production activities.[10] This prediction was off by a factor or more than 100. During the June 1 and July 15, 2000 bird nesting season, 1,980 airplane and helicopter take-offs and landings occurred at Alpine—an average of 44 per day.[11]

## POLLUTION

Negative impacts from the Alpine oil field extend well beyond the permanent production sites, roads and airports, pipelines, and the rest. Air pollution, spills and noisy disturbance to animals and people have occurred.

> *"The impact of oil and gas development on our village has been far reaching... We are literally surrounded by the infrastructure required to produce oil and gas. This has affected our day-to-day lives in several ways. Our ability to hunt and gather traditional foods has been severely impacted by development..."*[12]
>
> — City of Nuiqsut Council, 2001

*Clean Air Act violations.* In 2004, the Alaska Department of Environmental Conservation imposed an $80,000 civil penalty on ConocoPhillips for Clean Air Act violations at the Alpine oil field.[13] High carbon monoxide emissions from turbines at the Central Processing Facility used to re-inject natural gas exceeded the air quality permit over a year-long period.

*Gas flaring.* When the Alpine oil field began production in 2000, gas flaring episodes lasting longer than one hour exceeded the quantities released in such upsets at all the other North Slope oil fields combined in 2000.[14] In that year, over 900 million cubic feet of gas was flared from Alpine. Adverse human health effects from chronic exposure to repeated flaring discharges have been observed for people living or working near flaring.[15] This oil field is located only 7 miles from the village of Nuiqsut.

*Lost drilling mud.* Over 2.3 million gallons of drilling muds -- toxic manmade fluids pumped into wells to make the oil easier to pump -- disappeared under the Colville River in 1998 during horizontal drilling of the crossing for the Alpine oil field pipeline below the river.[16] The following year, 24,654 gallons of hazardous drilling fluids spilled at the Colville River pipeline crossing.[17]

*Spills.* Oil industry activities for the Alpine fields caused 170 spills totaling 36,000 gallons of hazardous substances by 2004, according to the Alaska Department of Environmental Conservation.[18]

**This pattern of incremental expansion of oil field development sprawl and pollution has been reported over and over again across Alaska's North Slope, harming wildlife habitat and wilderness.**

**Most Americans maintain that there are some places so special that they should be off-limits to oil drilling and industrial development, and they believe the coastal plain of the Arctic National Wildlife Refuge is one of them. Policy makers evaluating proposals to open the Arctic Refuge to oil drilling should look carefully at the industry's promises and its track record.**

*February 2005*

# References

[1] BLM. November 8, 2004. *Alpine Satellite Development Plan Record of Decision.* Signed by Rebecca W. Watson, Assistant Secretary Land and Minerals Management.
U.S. Army Corps of Engineers. December 6, 2004. *Record of Decision, Alpine Satellite Development Project, Satellites CD-3 and CD-4.* Signed by Colonel Timothy J. Gallagher.

[2] Initial Alpine: U.S. Army Corps of Engineers. February 13, 1998. *Permit evaluation and decision document.* Application No. 2-960874. Colville River 18. Pp. 1-3. Initial Alpine (ASRC gravel mine): U.S. Army Corps of Engineers Alaska District. June 24, 1997. *Permit Colville River 17 4-960869)* to Nuiqsut Constructors.
Alpine Satellites: U.S. Army Corps of Engineers. December 6, 2004. *Record of Decision, Alpine Satellite Development Project, Satellites CD-3 and CD-4.* Signed by Colonel Timothy J. Gallagher. Table 1, P.6.; U.S. Army Corps of Engineers. September 3, 2004. *Public Notice POA-2004-253-2, Colville River.* (ConocoPhillips Alpine satellites CD-3, CD-4). Table 2, (CD-5, CD-6, CD-7).

[3] U.S. Army Corps of Engineers. December 6, 2004. P.42.

[4] BLM. September 2004. *Alpine Satellite Development Plan. Final Environmental Impact Statement.* Vol. 1, Sec. 2, Tables 2.4.1-6, 2.4.1-7, 2.4.1-8, pp.69-71.

[5] Kuukpik Corporation, Native Village of Nuiqsut, City of Nuiqsut, and Kuukpikmiut Subsistence Oversight Panel. March 6, 2002. Letter to U.S. Army Corps of Engineers, Alaska District, on Colville River 26 & 27, 4-2001-0321 CD South (Nanuq) and 4-2001-0322 CD North (Fiord). P.*38.*

[6] U.S. Army Corps of Engineers. February 13, 1998. *Permit evaluation and decision document.* Application No. 2-960874. Colville River 18. *"Permit Special Condition #10. If additional oil and gas development occurs between the East and Nechelik channels of the Colville River delta with pipeline connections tot the Alpine facility, it shall be accomplished with a minimum of additional fill. Within this region, the design of fields with pipeline connections to the Alpine facility shall incorporate the concept of roadless satellite production facilities. Exceptions may be granted in cases where alternative designs are environmentally preferable or if roadless design is infeasible."*

[7] BLM. January 2005. *Final Amendment to the Northeast National Petroleum Reserve: Integrated Activity Plan/ Environmental Impact Statement.* Vol.2, Response to comments; Kuukpik Corporation, Native Village of Nuiqsut, City of Nuiqsut, and Kuukpikmuit Subsistence Oversight Panel. Comment Letter No. 197616. p.6-262.

[8] BLM. January 2005. Response to Comment Letter No. 197616. P.6-263; 6-271.

[9] BLM. November 8, 2004. p. 17.

[10] ARCO Alaska, Inc., Anadarko Petroleum Corporation, and Union Texas Petroleum. September 1997 (revised). *Alpine Development Project: Environmental Evaluation Document.* Table 2.3.1.

[11] Johnson, C.B., B.E. Lawhead, D.C. Payer, J.L. Petersen, J.R. Rose, A.A. Stickney, and A.M. Wildman. May 2001. *Alpine avian monitoring program, 2000. Third annual report.* Prepared for Phillips Alaska, Inc. and Kuukpik Unit Owners. ABR, Inc. Fairbanks. P. i.

[12] City of Nuiqsut Council. April 11, 2001. Letter to National Research Council submitted by Vice-Mayor R. Ahtuangaruak.

[13] ConocoPhillips Alaska, Inc. and Alaska Department of Environmental Conservation. March 1, 2004. *Settlement Agreement on Alpine Central Processing Facility, Permit No. 0073-ACO60* issued January 31, 2001. 3 pp. Alaska Department of Law.
EPA. December 11, 2004 Enforcement & compliance information outline, Detailed facility report, ConocoPhillips Alaska- Alpine CPF. (CAA, AFS, Source IDs 0218500071; 021850095; 021850095C). http://www.epa.gov/cgi-bin/get1cReport.cgi?tool=echo&IDNumber=110010418645. (accessed January 31, 2005).

[14] Alaska Oil & Gas Conservation Commission. 2000. *Annual Report.* P.50.

[15] Argo, J. 2001. *Unhealthy effects of upstream oil and gas flaring.* A report prepared for Save Our Seas and Shores, for presentation before the Public Review Commission into effects of potential oil and gas exploration, drilling activities within Licences 2364, 2365, 2368. Sydney, Nova Scotia, January 18, 2002. IntrAmericans Centre for Environment and Health, Wolfe Island, ON, Canada.

[16] *Fairbanks Daily News-Miner.* October 1, 1998. "Arco to adopt stricter monitoring after loss of drilling mud at Alpine." P. B-1. This drill muds spill was not to surface tundra, so it is not listed in ADEC's spill database.

[17] Alaska Department of Environmental Conservation. 2004. Spill database. Spill occurred March 5, 1999.

[18] Alaska Department of Environmental Conservation. 2004. Spill database.

**Exhibit P, pg 31 of 34**

## THE NEW TECHNOLOGY SCAM

### Permanent Harm to Wildlife Habitats Caused by North Slope Oil Development

In the push to open the Arctic National Wildlife Refuge to oil development, the big oil companies and their allies in the Congress, Administration, and Alaska state government say drilling on Alaska's North Slope has been clean and environmentally benign. They profess a commitment to strict environmental regulation, and they assert that new technologies – particularly ice roads and directional drilling – will reduce even further any impact of drilling in the Arctic National Wildlife Refuge.

This is misleading because industry has caused significant environmental damage, the benefits of dubious "new" technologies are often exaggerated, and state of the art practices are often not used due to economics or practical reasons. The result: cumulative harm to the pristine environment.

## LIMITATIONS OF ICE ROADS

*"Now let me show you how we operate. I said we are not going to have roads. We are not going to open up gravel pits. That is drilling in the Arctic. That is the same as in the 1002 area of ANWR. That is a winter road. It is a road that is frozen. It works fine... Where are they talking about these big gravel roads? It isn't done anymore. We use technology. "*[1] Senator Frank Murkowski (April 17, 2002)

### Ice road travel season is melting away
Global warming, a direct result of burning fossil fuels, is diminishing the oil industry's ability to use ice roads. Over the past three decades, ice road use on the North Slope has been shortened from 204 to 124 days.[2]

### Ice roads require vast quantities of water
Construction of ice roads requires enormous quantities of fresh water, mostly in the winter when liquid water is hard to come by. According to Alaska Department of Natural Resources, North Slope oil exploration and development consumed 1.5 billion gallons of water in 2000.[3]

The Arctic Refuge coastal plain, however, has few lakes, and water is very limited. A 1995 U.S. Fish and Wildlife Service report confirmed earlier conclusions: *"Additional investigations since 1987 substantiate the fact that water in the 1002 area is very limited and the impact upon water resources should be considered major."*[4]

### There is not one oil field on Alaska's North Slope that does not have permanent gravel roads.
Gravel roads are still standard practice for oil development on land. The Tarn and Meltwater oil fields were developed between 1998 and 2001 with 20 miles of new road as well as a new 25-acre gravel mine.[5] Exxon recently proposed 15 miles of new roads joining new drill pads, jet airport, dock, gravel mine, and production sites for its Pt. Thomson gas hydrocarbon project.[6]

Even the original Alpine field -- promoted to this day as a "roadless development" -- had three miles of roads when it began pumping crude in 2000. In December 2004, a new road into NPR-A and others connecting to the initial oil field bump the total to 33 miles of Alpine roads and BLM predicted 122 more miles would be needed for the next phase of Alpine expansion.[7]

Alaska's Governor Frank Murkowski vaulted two major roads on the North Slope to the top of his "industrial roads" program in 2005.[8] These would be year-round, permanent gravel roads:
- Foothills Road heading for 50 miles west from the Trans-Alaska Pipeline towards the NPR-A.
- Bullen Point Road pushing east from Prudhoe Bay for 48 miles to ExxonMobil's Pt. Thomson oil and gas field--just a few miles from the Arctic National Wildlife Refuge.

## ECONOMIC AND GEOLOGIC LIMITATIONS OF DIRECTIONAL DRILLING

*"With new horizontal drilling, companies make one hole and tap reserves up to 7 miles away."[9]*
Interior Secretary Gale Norton (April 5, 2001)

Contrary to Secretary Norton's claims, no wells have extended out 4 miles on the North Slope. Of more than 4,800 wells drilled on the North Slope to date, only 21 have reached more than 3 miles away.[10] For 95% of all North Slope wells, the reach across the landscape was less than 2 miles away from where the drill rig sat. Even at the recently developed Alpine oil field—touted as a model of new technology—the average production well has extended only 1.6 miles laterally from the wellhead.[11]

Economic factors play a major role in determining whether extended-reach wells are drilled at all. In 2000, BP noted "the company stopped drilling extended reach wells—those which reach out a long distance from the pad—after oil prices crashed in the late 1990's, because extended-reach drilling is expensive."[12] In 2004, BLM cited economic and geological limitations of directional drilling when it granted ConocoPhillips an exemption from a lease stipulation prohibiting the company from building a drill site for 30 wells, powerplant, road, and other permanent facilities in the sensitive fish and wildlife habitat of Fish Creek.[13]

Even if the technology performed as well as its proponents claimed, directional drilling would do little if anything to mitigate the full impacts of oil production in the Arctic Refuge. Permanent gravel roads and busy airports are still used for access, and production well sites must be connected by pipelines. Intrusive, noisy and damaging seismic surveys on the surface are still necessary for exploration.

## WINTER ONLY FALLACY

*"Oil and gas activity only takes place in the winter time—not in the summertime."[14]*
Senator Ted Stevens (April 10, 2002)

### Oil development and production activities occur year round
Like directional drilling, the chorus of "we'll only drill in the winter" is deliberately misleading propaganda. Once oil is discovered, efforts to recover it continue year-round. Year-long vehicle traffic, production plant noise, helicopter and airplane traffic, air pollution, and other activities create inevitable conflicts with wildlife in every month and season. Oil companies have never ceased production activity in the summer months on the North Slope.[15]

### Winter exploration is anything but harmless to the environment.
Winter exploration can disturb polar bears in their maternity dens and frighten sensitive muskoxen, year-round residents of the Coastal Plain. Exploration also impacts fish habitats in rivers and lakes by removing massive amounts of water to build ice roads and ice pads, and seismic trails damage plants and permafrost even through snow and ice.[16]

Ultimately, drilling proponents have no intention of limiting their activity to the winter season – they drill and produce oil through the summer now, and they can be expected to do so in the future.

**Most Americans maintain that there are some places so special that they should be off-limits to oil drilling and industrial development, and they believe the coastal plain of the Arctic National Wildlife Refuge is one of them. Policy makers evaluating proposals to open the Arctic Refuge to oil drilling should look carefully at the industry's promises and its track record.**

*February 2005*

# References

[1] Senator Frank Murkowski. April 17, 2002. *Congressional Record*. P. S2861.

[2] BLM. 2002. *Environmental Assessment: EA: AK-023-03-008. National Petroleum Reserve-Alaska (NPR-A) Exploration Drilling Program Puviaq #1 and #2 Exploration wells*. ConocoPhillips Alaska, Inc. p.4-22.

[3] National Research Council. 2003. *Cumulative environmental effects of oil and gas activities on Alaska's North Slope.* National Academies Press, Washington DC. P. 40.

[4] U.S. Fish and Wildlife Service. 1995. *A preliminary review of the Arctic National Wildlife Refuge, Alaska, coastal plain resource assessment: report and recommendation to the Congress of the United States and Final Legislative Environmental Impact Statement.* Anchorage.

[5] U.S. Army Corps of Engineers. October 11, 2000. Public notice of application for permit Kuparuk River 128 (4-2000-1037), p. 1 {Meltwater field development}; U.S. Army Corps of Engineers, Public notice of application for permit (August 26, 1997), Kuparuk River 124 (4—970705) p.1 {Tarn field}.

[6] ExxonMobil. July 30, 2001. *Point Thomson Gas Cycling Project, Environmental Report*, Fig. 2-1.

[7] BLM. September 2004. *Alpine Satellite Development Plan. Final Environmental Impact Statement.* Vol. 1, Sec. 2, p. 28.

[8] Alaska Department of Transportation and Public Facilities. December 2004. *Industrial Ports and Roads Program. Status Report.* Mike McKinnon. http://www.dot.state.ak.us/stwdplng/industrialroads/assets/IRP12-04.pdf

[9] *Denver Post.* April 5, 2001. "*Norton Praises Oil Drilling Practices.*"

[10] Data analysis by A. Baldivieso, GIS Analyst, Alaska Center for the Environment. February 4, 2005. Well data base obtained from H. Okland, January 13, 2005, Alaska Oil and Gas Conservation Commission (geographic areas: Arctic Foothills, Arctic Ocean, Arctic Slope, Beaufort Sea, Chukchi Sea), supplemented with 27 offshore wells from Alaska Department of Natural Resources, Division of Oil and Gas, (well database, last updated in 2002) (http://www.dog.dnr.state.ak.us/oil/products/data/wells/wells.htm; www_well_lat_lon).
  Drilling distance was calculated as lateral offset between top-hole and bottom-hole latitude and longitude locations for a total of 4865 wells that have been drilled (wells with insufficient data were excluded; a total of 5119 wells were in the combined database but we excluded those without completion dates for the analysis). Information for all wells was used for charts categorized by miles, and for determining total number greater than 2 or 3 miles away. Chart for average distance by year is based on production wells only (excluding exploratory wells; including all types of production wells –service, injection, ngls, and waste disposal). The average distance for 4865 wells (production and exploration) analyzed was 0.93 miles.

[11] Analysis by A. Baldivieso, February 4, 2005, for Alpine wells, defined as encompassing all within the Colville River Unit. Alaska Department of Natural Resources. August 23, 2004.

[12] *Petroleum News Alaska.* October 2000. "BP plans busy exploration season, both in NPR-A and satellites."

[13] BLM. September 2004. *Alpine Satellite Development Plan. Final Environmental Impact Statement.* Vol. 3. Appendix I, CPAI request for exception to stipulations. ConocoPhillips letter dated April 8, 2004 to BLM. Pp.3-4.

[14] Senator Ted Stevens. April 10, 2002. Congressional Record. P. S.2461.

[15] BLM. 2004. *Alpine satellite development plan: Final Environmental Impact Statement, Vol.1.* Table 2.3.10-1. Sec. 2, p.53.

[16] National Research Council. 2003. *Cumulative environmental effects of oil and gas activities on Alaska's North Slope.* Pp. 48; 86-88; 117; 126-127; 155-158.