05/44/2005 TUE 14:28 FAX 907 463 5891 Earthjustice Juneau                    ☒002/005

*Call Regina about the timing.*



**EARTHJUSTICE**

BOZEMAN, MONTANA   DENVER, COLORADO   HONOLULU, HAWAII
JUNEAU, ALASKA   NEW ORLEANS, LOUISIANA   SAN FRANCISCO, CALIFORNIA
SEATTLE, WASHINGTON   TALLAHASSEE, FLORIDA   WASHINGTON, D.C.
ENVIRONMENTAL LAW CLINIC AT UNIVERSITY OF DENVER
ENVIRONMENTAL LAW CLINIC AT STANFORD UNIVERSITY

May 24, 2005

<u>Sent via facsimile, email, and regular mail.</u>

John Montgomery
FOIA Coordinator
Bureau of Land Management
222 West 7th Avenue, #13
Anchorage, AK 99513-5076

Fax: 907-271-3624
Email: jmontgomery@blm.gov

### FREEDOM OF INFORMATION ACT REQUEST

Dear Mr. Montgomery:

On behalf of Audubon Alaska, The Wilderness Society, and Earthjustice, we submit this request for records pursuant to Freedom of Information Act, 5 U.S.C. § 552 (FOIA). We request copies of all comments submitted on the Bureau of Land Management's (BLM) Final Amended Integrity Activity Plan/Environmental Impact Statement (EIS) for the Northeast National Petroleum Reserve – Alaska (January 2005).

We also request a waiver of any fees associated with this request. Under FOIA, "[d]ocuments shall be furnished without any charge . . . if disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester." 5 U.S.C. § 552(a)(4)(A)(iii). In addition to this statutory direction, the BLM has issued regulations outlining four factors that it will consider in deciding whether a fee waiver is warranted: (1) how the request concerns the operations or activities of government; (2) how the disclosure will likely contribute to public understanding of government operations or activities; (3) that the disclosure will contribute significantly to the public understanding; and (4) that the disclosure is not primarily in the requesters' commercial interest. *See* 43 C.F.R. Pt. 2, App. D (b). The information provided below shows that the requesters meet all above criteria and, therefore, they are entitled to a full fee waiver.

325 FOURTH STREET, JUNEAU, AK 99801
T: 907 586-2751   F: 907 463-5891   E: eajuneau@earthjustice.org   W: www.earthjustice.org
NON WOOD FIBER • POST CONSUMER PAPER • PROCESSED CHLORINE FREE

May 24, 2005
Page 2

1. <u>The request concerns the operations of government</u>

This FOIA request seeks information relevant to BLM's management of public lands in the National Petroleum Reserve-Alaska (Reserve) and its plans to offer valuable wildlife habitat for oil and gas leasing. The Reserve covers 23.5 million acres of public land on Alaska's North Slope, making it the largest single unit of public land in the nation. It has high values for many species of fish and wildlife, including Alaska's largest caribou herd, large carnivores, marine mammals, millions of migratory birds, and one of the densest populations of nesting birds of prey in the world. In 1998, the BLM approved a management plan for a 4.6 million-acre area located in the northeast corner of the Reserve. That plan precluded leasing in a 589,000-acre portion of the Teshekpuk Lake Special Area, which contains particularly sensitive wildlife habitat.

In 2003, the BLM began a process in which it sought to open to oil and gas leasing the portion of the Teshepuk Lake Special Area that was put off limits in the 1998 plan. That process led to the publication of the Final EIS that is the subject of the groups' current FOIA request. Our request seeks the public comments submitted on the Final EIS, documents which the BLM is required to consider before making its final decision. Accordingly, the request concerns directly the operations and activities of the government in managing public lands in the Arctic.

2. <u>The disclosure will likely contribute to public understanding of government operations or activities</u>

There is a clear connection between the requested records and the groups' interest in and desire to inform the public about BLM's land management activities. The requested records will enable the groups to evaluate the BLM's compliance with applicable laws and regulations as it considers and incorporates the public's input in its final decision making process. Accordingly, the requested documents are critical for a meaningful assessment of the entire agency action and necessary for thorough public understanding of the government's operations and activities in the Northeast portion of the Reserve.

3. <u>The disclosure will contribute significantly to the public understanding</u>

Disclosure of these records will further the understanding of the public at large and is likely to be of interest to a broad audience. The Requesters are public-interest organizations, whose core missions involve protecting the environment, public resources, and human health by, among other mechanisms, monitoring government management of public lands, encouraging public participation in government processes, and ensuring enforcement of applicable public laws. The requested documents will undergo scientific and legal scrutiny by the groups and these analyses will form the foundation for issue campaigns and legal actions, as appropriate. They will also further the groups and their members' understanding of the governmental process

May 24, 2005
Page 3

and will be used as a basis for continued participation in the management of the Teshekpuk Lake area and the northeast portion of the Reserve. Access to these documents will help the public evaluate the Final EIS, the eventual Record of Decision, and may influence the ongoing litigation related to the Northeast Plan Amendment.

The groups possess the experience and expertise necessary to evaluate the requested information and provide it to the public in a useful form. *Cf. Western Watersheds Project v. Brown*, 318 F. Supp. 2d 1036, 1040 (D. Idaho 2004). The groups are highly qualified to extract, synthesize, analyze, and convey the requested information to their members, other organizations, and the public at large in a way that will significantly increase their understanding of government's actions affecting public lands and resources in Alaska. The groups' staffs include scientists with masters and doctorate degrees, lawyers, and professionals who specialize in public outreach. *See, e.g.*, http://www.audubon.org/chapter/ak/ak/m1item1.html (explaining qualifications of Audubon Alaska's staff scientists). The groups use that expertise to analyze and evaluate information about public lands decisions, such as the management of the Reserve, and provide their analysis and evaluation to members and the general public.

Moreover, each of the groups has been involved throughout the public debate in the management of the Reserve. Each of the groups has submitted extensive comments on the NEPA documents supporting management decisions in the northeast and northwest portions of the Reserve, and Audubon Alaska and The Wilderness Society are among the clients represented by Earthjustice in lawsuits challenging previous management decisions.

The groups have a long history of digesting information similar to that requested here, and disseminating it to the public to help inform the public and encourage it to participate in future planning processes. The groups will disseminate the information through various means, including direct-mail letters, newsletters, reports, magazine articles, electronic action alerts, the organizations' web sites, and through other formal and informal communications. This type of public dissemination is sufficient to warrant a fee waiver. *See Western Watersheds Project*, 318 F. Supp. 2d at 1041 (finding "statements of intent to disseminate requested information through newsletters, popular news outlets, and presentations to public interest groups, government agencies, and the general public sufficient to entitle an organization to a fee waiver") (citations omitted).

The requested documents are critical for an informed assessment of the BLM's compliance with the law in completing the EIS and the eventual Record of Decision. These documents have not been available to the public. As discussed above, the records will inform the public about the conclusions underlying the agency's eventual final decision. To facilitate public participation in the NEPA process, those documents should be made available to the public pursuant to FOIA at no cost. *See* 40 C.F.R. § 1506.6(f); *cf. Friends of the Coast Fork*, 110 F.3d at 55 (stating that the expressed intent to "challenge publicly the scientific basis for the western pond turtle listing denial ... suffices as a prima facie showing that disclosure to Friends and

May 24, 2005
Page 4

ONRC is 'likely to contribute significantly to public understanding.'").

4. **The groups have no commercial interest in the disclosure of the information**

Audubon Alaska, The Wilderness Society, and Earthjustice are nonprofit organizations that have absolutely no commercial interest in the requested records. The materials discussed above, including the groups' publications, websites, comments, and newsletters, are freely available to the public at no cost.

If you have any questions regarding the scope of this request, please do not hesitate to contact me at (907) 586-2751.

Thank you for your time and attention to this request.

Sincerely,

Deirdre McDonnell
Staff Attorney
EARTHJUSTICE