



Good evening. We are here this evening to keep a commitment we made to the North Slope Borough Mayor to meet with local communities prior to the release of the final Plan Amendment for the North East Planning area of the National Petroleum Reserve-Alaska. We committed to the mayor to keep residents informed, respond to their questions and ensure local voices were heard prior to completing the Record of Decision.



The Draft Plan Amendment and EIS were released in June of 2004

•Since that time we've received, reviewed and responded to over 220,00 comments.

•We've held numerous meetings with the public, agencies, non-government organizations tribal governments, and others to understand their concerns and issues and make the best decisions we can.

•We expect the Final Plan to be released by the end of January. The Record of Decision will be issued no earlier than 30 days after the Notice of Availability is published in the Federal Register.



We are often asked why we are amending the 1998 Northeast NPR-A Plan.

•1st  - We've been directed to address requirements of the President's National Energy Policy.  This specifically asked BLM to look at unleased areas of NPR-A and see if additional lands could be made available for oil and gas leasing

•2nd – The 2000 amendment of the Energy Policy and Conservation Act directed BLM to evaluate public lands for additional oil and gas exploration, development and production.  It also directed the agency to evaluate current restrictions on oil and gas activities and determine if these restrictions are still appropriate.



- The Amendment looks at making areas of Northeast NPR-A that are currently unavailable or restricted <u>open</u> to oil and gas activities.

- We also want to establish one set of operating procedures and general lease stipulations for all 23 million acres of NPR-A. This plan amendment accomplishes this goal by making **Required Operating Procedures** and **General Lease Stipulations** consistent to the 2004 Northwest NPR-A Plan.



The Plan Amendment addresses 1) subsistence resources and activities, including subsistence cabins and campsites (Click), 2) sensitive wildlife resources including two listed species (Click), and 3) providing access to oil and gas and related activities such as seismic exploration. (Click)



At this time let's review the Draft Northeast NPR-A Plan Amendment and EIS that was issued in June of 2004.



The **No Action Alternative of the Draft Plan Amendment** is the current **1998 Northeast NPR-A Plan**. If we stopped the planning process today, this would be how the Northeast Planning Area would be managed (Click).

- The plan makes approximately **600,000 acres** in the northern region of the planning area **unavailable for oil and gas leasing. (Click)**
- The plan makes an additional **240,000 acres** available for leasing but prohibits any surface activity, including winter exploration, from this area. Much of this area has been leased. (Click)
- The plan establishes **special caribou stipulations** in area surrounding these two areas. These stipulations address special timing requirements and aircraft restrictions intended to reduce impacts to caribou calving and insect relief areas. (Click)
- The plan created areas of **No Surface Occupancy**. Within these areas, lands could be leased and explored but permanent facilities would be prohibited. (Click)
- Within the large block of land, there are numerous **"deep water lakes."** These are lakes that are deeper than 7-8 feet. Because of their depth, they don't freeze to the bottom. These lakes provide over wintering habitat for important subsistence fish species and a year round source of water. Oil and gas facilities are prohibited within ¼ mile of these lakes. (Click)
- Finally, surrounding major setback areas or buffer zones, **special consultation zones** are identified. When actions are proposed within a buffer zone, this would trigger additional consultation procedures with local, effected communities. (Click)
- **The No Action Alternative** makes **4 million** acres, or approximatley 87% of the planning area available for oil and gas leasing.
- The plan established a package of 79 prescriptive stipulations to guide all aspects of oil and gas related activities including water withdrawals, waste handling, facility development, overland moves, seismic operations, orientation programs, and community and tribal consultation.



Consistent with the requirements of NEPA we identified **two alternatives**.

**Alternative B** makes all but approximately 213,000 acres of the planning area available for oil and gas leasing (outlined in orange). Leasing would be subject to **general and site specific stipulations**. The area unavailable for leasing is located northeast of Teshekpuk Lake – the largest lake on the North Slope.

**Alternative C** is similar to Alternative B except that **all 4.6 million acres** of the planning area would be available for leasing. Again, leasing would be subject to **general and site specific stipulations and required operating procedures.**



In the June 2004 draft Plan Amendment and EIS we identified **Alternative B** as BLM's Preferred Alternative



Here is a summary of the **June 2004 Preferred Alternative** (Click)

•The Amendment made Teskekpuk Lake available for leasing. The plan established a ¾ mile setback on the lake and a ¼ mile setback on-shore. Oil and gas and seismic activities could take place on the lake. All activities are subject to rigorous, site specific stipulations. (Click)

▪The 213,000 acre Goose Molting Area is unavailable for oil and gas leasing. (Click)

▪The Teshekpuk Lake Caribou Herd Habitat Area is available for leasing. The Plan Amendment lifts the no-surface activity restriction established in the 1998 plan. Special timing and study requirements are established to address caribou management concerns. (Click)

▪Along the coastal, the plan established a ¾ mile setback to protect sensitive shoreline areas. Existing disturbed sites such as Point Lonely DEW Line facility can be used for staging activities. (Click)

▪The 1998 plan failed to address the Tingmiaksigvik River near Nuiqsut. Based upon comments from the community, the Plan Amendment includes a new ½ mile setback along this river. (Click)

▪The Plan Amendment continues the ¼ setback away from all deep water lakes. (Click)

▪The Plan Amendment also continues established setbacks along all other rivers located within the planning area. (Click)

▪The amendment committed BLM to complete a river management plan for the entire Colville River as part of the upcoming NPR-A South planning effort. Special timing and siting stipulations apply to protect the area's large number of birds of prey. (Click)

▪The Plan Amendment established 27 Performance Based Required Operating Procedures, 8 General Stipulations and 8 Site Specific Stipulations. Required Operating Procedures apply both on and off leases. Compliance is mandatory for both Required Operating Procedures and Lease Stipulations. (Click)

▪Through the Plan Amendment, we were able to make an additional 400,000 acres available to oil and gas activities.

11



Before reviewing the Final Northeast NPR-A Plan Amendment, it may be useful to look at some of the key issues that were considered when revising the proposed plan.

•This is the Teshekpuk Lake Caribou Herd core calving area. The darker area labeled "50%" is an area where the probability is 50% that a calf will be born in this area during any given year. Within the larger area, the probability is 75%, 80% and 95%, respectively. Clearly, the dark area is an extremely sensitive area for caribou calving and the entire shaded area comprises the majority of the herd's calving area. (Click)

These routes (in yellow) are important travel corridors for caribou. The north-south corridor provides land access to insect relief and calving grounds located to the north of the lake. The major east-west corridor provides for insect relief along the coast. The corridor north of the lake provides access to insect relief areas along the shoreline south of Smith Bay. (Click)



Caribou frequently travel long distances to escape harassment from biting insects. Insect relief areas are locations of cooler temperatures and breezes which help reduce insect numbers. Depending on the insect populations, temperature, winds/wind direction and availability of forage, caribou may move back and forth from feeding areas to insect relief areas on a daily basis.



Teshekpuk Lake was identified by local residents as extremely important to them for subsistence activities, especially fishing. There are numerous subsistence cabins and camps located along the lake shore. The shallows along the southern shore of the lake provide insect relief habitat for caribou. (Click)