

The area to the north east of Teshekpuk Lake is important to a variety of waterfowl species including a large percentage of the western flyway's black brandt population.  Thousands of birds spend a portion of their summer here. During the molting season the birds loose their feathers and are flightless. Their behavior is much more unsettled than at other times.  Disturbances during this time may cause birds to move away from shore, thus causing them to expend more energy.  This is thought to have an impact on their long-term survival when they migrate south in the fall. The lakes shown in tan are lakes with the highest bird densities, followed by the lakes shown in blue, green and red. (Click)



Please direct your attention to the green and maroon blocks shown on the map. These are existing lease block sold during the 1999 lease sale (green) and the 2002 lease sale (maroon). The smaller lease blocks are 5,760 acres in size and were sold in areas of high potential for oil and gas resources. The larger blocks (11,520 acres) are in areas thought to be of lower oil and gas potential. If you recall the map of core caribou calving areas (Click) earlier in the presentation, you will note that virtually all of the most important core calving area was leased under the 1998 plan and two wells were drilled in the core calving area in 2000 (BP's Trailblazer Wells). All this activity was conducted under the **existing 1998 plan**. As we discuss the Final Plan Amendment with regard to the Goose Molting Area, keep in mind the size of existing lease blocks. (Click)



Now for a summary of the Final Northeast NPR-A Plan Amendment
(Click)





In the Final Plan Amendment, because of the issues raised about the sensitivity of Teshekpuk Lake, we've taken the lake off the table for leasing at this time. While exploration activities could take place sometime in the future, there are still no proven approaches to oil spill clean-up actions during open water and broken ice conditions. Industry has indicated little interest in leasing the lake. Seismic exploration, while possible, would be difficult due to the depth of the lake. If technology is developed to conduct extended reach drilling beyond current limits, the BLM could consider leasing in the future. (Click)



The Teshekpuk Lake Caribou Calving Area and East-West travel corridor are available for leasing with **no-surface occupancy restrictions**. The area would be available for winter activities only as caribou are not is the area in high numbers during winter. Pipelines would be allowed to cross the corridor but special studies would be required before making siting decisions. Other methods to allow the free movement of caribou through the corridor would have to be evaluated and implemented as part of future development plans.

Publicly funded roads and inter-community roads would be allowed to cross this area. Oil and gas related roads would not be permitted through the corridor. (Click)



Immediately east of Teshekpuk Lake is a key north-south travel corridor.  This area is available for oil and gas leasing subject to **no surface occupancy restrictions**.  Within this 16,590 acres area, no roads or pipelines would be permitted.  **No exceptions** to this stipulation will be considered.

Immediately east of the corridor is a narrow strip of land that would be available for pipelines and roads. The intent of this site specific stipulations is to ensure the free, unimpeded movement of caribou around Teshekpuk Lake to feeding and insect relief areas located to the north of the lake. (Click)



**Remember the existing lease blocks in Northeast NPR-A.** Within the Goose Molting Area, the Final Plan Amendment establishes **7 large lease blocks** ranging in size from 46,000 to 59,000 acres. Within these lease blocks, areas of **no surface occupancy** have been established to protect important goose molting lakes/areas. Within each lease block, on lands <u>providing surface occupancy</u>, the development footprint is limited to 300 acres.

The Plan Amendment would allow publicly funded roads, inter-community roads, and pipelines to be built in areas of no-surface occupancy. Oil and gas related roads would be permitted only in areas where surface occupancy is allowed. Such roads would count against the 300 acre development footprint limit imposed by the lease stipulation.

Finally, in areas of no surface occupancy, no exceptions to the stipulation will be considered. To make a change in this stipulation would require a new plan amendment and appropriate NEPA evaluation.



Here is a close-up of the Goose Molting Area. The areas shown in blue are available for leasing with no surface occupancy restrictions. The areas in tan are available with surface occupancy. Surface occupancy in the tan areas is limited to 300 acres per lease block or some .5% to .6 % of the entire lease block. (Click)



The Final Plan Amendment continues the ¾ mile setback along the coast line. (Click)



The Final Plan Amendment established rigorous timing and study requirements to protect key calving and feeding areas of the Teshekpuk Lake Caribou Herd Habitat area. (Click)



The Plan Amendment carries forward all existing river setbacks (Click)

Adds the Tingmiaksiqvik River for protection and (Click)

Continues protective setback restrictions around all deep water lakes. (Click)



As proposed in the Draft Plan Amendment in June of 2004, the Final Plan established 27 Required Operating Procedures, 8 General Lease Stipulations and adds three (3) new Site Specific Lease Stipulations. The additional Site Specific Lease Stipulations address the Goose Molting Area and the two travel/insect relief corridors. Compliance with Required Operating Procedures and Lease Stipulations continues to be mandatory.

The Final Plan Amendment makes 4.3 million acres available for oil and gas leasing, an increase of 390,000 acres from the 1998 plan.



By the end of January we will issue the Notice of Availability and release the plan for public review. During February we will conduct additional meetings (as necessary) and review comments.  If changes in the Final Plan Amendment are warranted, these changes will be reflected in the Record of Decision.  The Record of Decision will not be issued sooner than 30 days from the issuance of the Notice of Availability. (Click)



Are there any questions?