**From:**          Jonathan_Schick@ak.blm.gov
**Sent:**          Friday, March 11, 2005 4:04 PM
**To:**            NENPRA Admin Record
**Subject:**       Fw: Meetings on Northeast Final Preferred Alternative

---- Forwarded by Jonathan Schick/AKSO/AK/BLM/DOI on 03/11/2005 03:04 PM ----

**7Susan Childs**

01/14/2005 11:54 AM

    To:    Henri R Bisson/AKSO/AK/BLM/DOI
    cc:
    Subject:    Meetings on Northeast Final Preferred Alternative

Henri

I will travel to Portland, OR to meet with Ducks Unlimited and then to Seattle WA to meet with Regional EPA officials on January 21, 2004.  I will provide a briefing on our final Preferred Alternative for the Northeast Plan Amendment.

Susan Childs
Minerals and Energy Planning Specialist
Bureau of Land Management - AKSO (940)
Anchorage Alaska 99513-7599

(907) 271-1985
(907) 271-5479 Fax

1