# Climate Change 2001: Synthesis Report

Edited by:

**Robert T. Watson**
The World Bank

and the
**Core Writing Team**

Based on a draft prepared by:

*Core Writing Team*
Daniel L. Albritton, Terry Barker, Igor A. Bashmakov, Osvaldo Canziani, Renate Christ, Ulrich Cubasch, Ogunlade Davidson, Habiba Gitay, David Griggs, Kirsten Halsnaes, John Houghton, Joanna House, Zbigniew Kundzewicz, Murari Lal, Neil Leary, Christopher Magadza, James J. McCarthy, John F.B. Mitchell, Jose Roberto Moreira, Mohan Munasinghe, Ian Noble, Rajendra Pachauri, Barrie Pittock, Michael Prather, Richard G. Richels, John B. Robinson, Jayant Sathaye, Stephen Schneider, Robert Scholes, Thomas Stocker, Narasimhan Sundararaman, Rob Swart, Tomihiro Taniguchi, and D. Zhou

*All IPCC Authors*

*Editorial Team*
David J. Dokken, Maria Noguer, Paul van der Linden, Cathy Johnson, Jiahua Pan, and the GRID-Arendal Design Studio

Contribution of Working Groups I, II, and III to the Third Assessment Report of the Intergovernmental Panel on Climate Change

*Published for the Intergovernmental Panel on Climate Change*


CAMBRIDGE UNIVERSITY PRESS

Exhibit V, page 1 of 10