PUBLISHED BY THE PRESS SYNDICATE OF THE UNIVERSITY OF CAMBRIDGE
The Pitt Building, Trumpington Street, Cambridge, United Kingdom

CAMBRIDGE UNIVERSITY PRESS
The Edinburgh Building, Cambridge CB2 2RU, UK
40 West 20th Street, New York, NY 10011-4211, USA
477 Williamstown Road, Port Melbourne, VIC 3207, Australia
Ruiz de Alarcón 13, 28014 Madrid, Spain
Dock House, The Waterfront, Cape Town 8001, South Africa

http://www.cambridge.org

©IPCC 2001

This book is in copyright. Subject to statutory exception
and to the provisions of relevant collective licensing agreements,
no reproduction of any part may take place without
the written permission of Cambridge University Press.

First published 2001

Printed in the United States of America

*Typeface* Times New Roman 10/12.5 pt. *System* Adobe PageMaker 6.5 [AU]

A catalog record for this book is available from the British Library.

Library of Congress Cataloging in Publication Data available

ISBN 0 521 80770 0 hardback
ISBN 0 521 01507 3 paperback

*Referencing the Volume*
IPCC, 2001: *Climate Change 2001: Synthesis Report. A Contribution of Working Groups I, II, and III to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [Watson, R.T. and the Core Writing Team (eds.)]. Cambridge University Press, Cambridge, United Kingdom, and New York, NY, USA, 398 pp.

*Cover Image Credits*
**Center:** Earth—shown for a projection centered on Asia—as seen by the Moderate-Resolution Imaging Spectroradiometer (MODIS) on board the National Aeronautics and Space Administration (NASA) EOS-Terra satellite. Land-surface data composited spatially at 1 km and temporally during May and June 2001; cloud layer derived from EOS-Terra, GOES 8/10, GMS-5, and Meteosat 5/7 sensor data; sea-ice composited over an 8-day period using MODIS data; and U.S. Geological Survey topography data overlain to visualize the terrain. Image by Reto Stöckli, Science Systems and Applications, Inc., and the Visualization and Analysis Laboratory at NASA Goddard Space Flight Center.
**Right:** The Lena Delta, Sakha Republic (Yakutia), Russia, as imaged from two Landsat-7 scenes taken at noon, 27 July 2000. Generated by the Norwegian Mapping Authority and GRID-Arendal, with palette derived from infrared channels to yield "natural colors" for the various landscape elements.
**Lower Left:** "One Way Water" (Thailand). Photograph provided by Topham/UNEP/Waranun Chutchawantipakorn.
**Upper Left:** "In Search of Water" (India). Photograph provided by Topham/UNEP/P.K. De.