**The linkages among local, regional, and global environmental issues, and their relationship to meeting human needs, offer opportunities to capture synergies in developing response options and reducing vulnerabilities to climate change, although trade-offs between issues may exist.** Multiple environmental and development goals can be achieved by adopting a broad range of technologies, policies, and measures that explicitly recognize the inextricable linkages among environmental problems and human needs. Addressing the need for energy, while reducing local and regional air pollution and global climate change cost-effectively, requires an interdisciplinary assessment of the synergies and trade-offs of meeting energy requirements in the most economically, environmentally, and socially sustainable manner. Greenhouse gas emissions, as well as local and regional pollutants, could be reduced through more efficient use of energy and increasing the share of lower carbon-emitting fossil fuels, advanced fossil-fuel technologies (e.g., highly efficient combined cycle gas turbines, fuel cells, and combined heat and power) and renewable energy technologies (e.g., increased use of environmentally sound biofuels, hydropower, solar, wind- and wave-power). Further, the increase of greenhouse gas concentrations in the atmosphere can be reduced also by enhanced uptake of carbon through, for example, afforestation, reforestation, slowing deforestation, and improved forest, rangeland, wetland, and cropland management, which can have favorable effects on biodiversity, food production, land, and water resources. Reducing vulnerability to climate change can often reduce vulnerability to other environmental stresses and *vice versa*. In some cases there will be trade-offs. For example, in some implementations, monoculture plantations could decrease local biodiversity.

→ Q8.21-25

**The capacity of countries to adapt and mitigate can be enhanced when climate policies are integrated with national development policies including economic, social, and other environmental dimensions.** Climate mitigation and adaptation options can yield ancillary benefits that meet human needs, improve well-being, and bring other environmental benefits. Countries with limited economic resources and low level of technology are often highly vulnerable to climate change and other environmental problems.

→ Q8.26-27

**A great deal of interaction exists among the environmental issues that multilateral environmental agreements address, and synergies can be exploited in their implementation.** Global environmental problems are addressed in a range of individual conventions and agreements, as well as a range of regional agreements. They may contain, *inter alia*, matters of common interest and similar requirements for enacting general objectives—for example, implementation plans, data collection and processing, strengthening human and infrastructural capacity, and reporting obligations. For example, although different, the Vienna Convention for the Protection of the Ozone Layer and the United Nations Framework Convention on Climate Change are scientifically interrelated because many of the compounds that cause depletion of the ozone layer are also important greenhouse gases and because some of the substitutes for the now banned ozone-depleting substances are greenhouse gases.

→ Q8.11 & Q8.28

---

## Question 9

What are the most robust findings and key uncertainties regarding attribution of climate change and regarding model projections of:
- Future emissions of greenhouse gases and aerosols?
- Future concentrations of greenhouse gases and aerosols?
- Future changes in regional and global climate?
- Regional and global impacts of climate change?
- Costs and benefits of mitigation and adaptation options?



---

In this report, a ***robust finding*** for climate change is defined as one that holds under a variety of approaches, methods, models, and assumptions and one that is expected to be relatively unaffected by uncertainties. ***Key uncertainties*** in this context are those that, if reduced, may lead to new and

robust findings in relation to the questions of this report. In the examples in Table SPM-3, many of the robust findings relate to the *existence* of a climate response to human activities and the sign of the response. Many of the key uncertainties are concerned with the *quantification* of the magnitude and/or timing of the response. After addressing the attribution of climate change, the table deals in order with the issues illustrated in Figure SPM-1. Figure SPM-10 illustrates some of the main robust findings regarding climate change. Table SPM-3 provides examples and is not an exhaustive list.

| Table SPM-3 | Robust findings and key uncertainties.[a] | |
|---|---|---|
| **Robust Findings** | | **Key Uncertainties** |
| Observations show Earth's surface is warming. Globally, 1990s very likely warmest decade in instrumental record (Figure SPM-10b). [Q9.8]<br><br>Atmospheric concentrations of main anthropogenic greenhouse gases ($CO_2$ Figure SPM-10a), $CH_4$, $N_2O$, and tropospheric $O_3$) increased substantially since the year 1750. [Q9.10]<br><br>Some greenhouse gases have long lifetimes (e.g., $CO_2$, $N_2O$, and PFCs). [Q9.10]<br><br>Most of observed warming over last 50 years likely due to increases in greenhouse gas concentrations due to human activities. [Q9.8] | **Climate change and attribution** | Magnitude and character of natural climate variability. [Q9.8]<br><br>Climate forcings due to natural factors and anthropogenic aerosols (particularly indirect effects). [Q9.8]<br><br>Relating regional trends to anthropogenic climate change. [Q9.8 & Q9.22] |
| $CO_2$ concentrations increasing over 21st century virtually certain to be mainly due to fossil-fuel emissions (Figure SPM-10a). [Q9.11]<br><br>Stabilization of atmospheric $CO_2$ concentrations at 450, 650, or 1,000 ppm would require global anthropogenic $CO_2$ emissions to drop below year 1990 levels, within a few decades, about a century, or about 2 centuries, respectively, and continue to decrease steadily thereafter to a small fraction of current emissions. Emissions would peak in about 1 to 2 decades (450 ppm) and roughly a century (1,000 ppm) from the present. [Q9.30]<br><br>For most SRES scenarios, $SO_2$ emissions (precursor for sulfate aerosols) are lower in the year 2100 compared with year 2000. [Q9.10] | **Future emissions and concentrations of greenhouse gases and aerosols based on models and projections with the SRES and stabilization scenarios** | Assumptions underlying the wide range[b] of SRES emissions scenarios relating to economic growth, technological progress, population growth, and governance structures (lead to largest uncertainties in projections). Inadequate emission scenarios for ozone and aerosol precursors. [Q9.10]<br><br>Factors in modeling of carbon cycle including effects of climate feedbacks.[b] [Q9.10] |
| Global average surface temperature during 21st century rising at rates very likely without precedent during last 10,000 years (Figure SPM-10b). [Q9.13]<br><br>Nearly all land areas very likely to warm more than the global average, with more hot days and heat waves and fewer cold days and cold waves. [Q9.13]<br><br>Rise in sea level during 21st century that will continue for further centuries. [Q9.15]<br><br>Hydrological cycle more intense. Increase in globally averaged precipitation and more intense precipitation events very likely over many areas. [Q9.14]<br><br>Increased summer drying and associated risk of drought likely over most mid-latitude continental interiors. [Q9.14] | **Future changes in global and regional climate based on model projections with SRES scenarios** | Assumptions associated with a wide range[c] of SRES scenarios, as above. [Q9.10]<br><br>Factors associated with model projections[c], in particular climate sensitivity, climate forcing, and feedback processes especially those involving water vapor, clouds, and aerosols (including aerosol indirect effects). [Q9.16]<br><br>Understanding the probability distribution associated with temperature and sea-level projections. [Q9.16]<br><br>The mechanisms, quantification, time scales, and likelihoods associated with large-scale abrupt/non-linear changes (e.g., ocean thermohaline circulation). [Q9.16]<br><br>Capabilities of models on regional scales (especially regarding precipitation) leading to inconsistencies in model projections and difficulties in quantification on local and regional scales. [Q9.16] |

31

**Table SPM-3** | Robust findings and key uncertainties.[a] (continued)

| Robust Findings | | Key Uncertainties |
|---|---|---|
| Projected climate change will have beneficial and adverse effects on both environmental and socio-economic systems, but the larger the changes and the rate of change in climate, the more the adverse effects predominate. [Q9.17]<br><br>The adverse impacts of climate change are expected to fall disproportionately upon developing countries and the poor persons within countries. [Q9.20]<br><br>Ecosystems and species are vulnerable to climate change and other stresses (as illustrated by observed impacts of recent regional temperature changes) and some will be irreversibly damaged or lost. [Q9.19]<br><br>In some mid- to high latitudes, plant productivity (trees and some agricultural crops) would increase with small increases in temperature. Plant productivity would decrease in most regions of the world for warming beyond a few °C. [Q9.18]<br><br>Many physical systems are vulnerable to climate change (e.g., the impact of coastal storm surges will be exacerbated by sea-level rise, and glaciers and permafrost will continue to retreat). [Q9.18] | **Regional and global impacts of changes in mean climate and extremes** | Reliability of local or regional detail in projections of climate change, especially climate extremes. [Q9.22]<br><br>Assessing and predicting response of ecological, social (e.g., impact of vector- and water-borne diseases), and economic systems to the combined effect of climate change and other stresses such as land-use change, local pollution, etc. [Q9.22]<br><br>Identification, quantification, and valuation of damages associated with climate change. [Q9.16, Q9.22, & Q9.26] |
| Greenhouse gas emission reduction (mitigation) actions would lessen the pressures on natural and human systems from climate change. [Q9.28]<br><br>Mitigation has costs that vary between regions and sectors. Substantial technological and other opportunities exist for lowering these costs. Efficient emissions trading also reduces costs for those participating in the trading. [Q9.31 & Q9.35-36]<br><br>Emissions constraints on Annex I countries have well-established, albeit varied, "spill-over" effects on non-Annex I countries. [Q9.32]<br><br>National mitigation responses to climate change can be more effective if deployed as a portfolio of policies to limit or reduce net greenhouse gas emissions. [Q9.35]<br><br>Adaptation has the potential to reduce adverse effects of climate change and can often produce immediate ancillary benefits, but will not prevent all damages. [Q9.24]<br><br>Adaptation can complement mitigation in a cost-effective strategy to reduce climate change risks; together they can contribute to sustainable development objectives. [Q9.40]<br><br>Inertia in the interacting climate, ecological, and socio-economic systems is a major reason why anticipatory adaptation and mitigation actions are beneficial. [Q9.39] | **Costs and benefits of mitigation and adaptation options** | Understanding the interactions between climate change and other environmental issues and the related socio-economic implications. [Q9.40]<br><br>The future price of energy, and the cost and availability of low-emissions technology. [Q9.33-34]<br><br>Identification of means to remove barriers that impede adoption of low-emission technologies, and estimation of the costs of overcoming such barriers. [Q9.35]<br><br>Quantification of costs of unplanned and unexpected mitigation actions with sudden short-term effects. [Q9.38]<br><br>Quantification of mitigation cost estimates generated by different approaches (e.g., bottom-up vs. top-down), including ancillary benefits, technological change, and effects on sectors and regions. [Q9.35]<br><br>Quantification of adaptation costs. [Q9.25] |

[a] In this report, a *robust finding* for climate change is defined as one that holds under a variety of approaches, methods, models, and assumptions and one that is expected to be relatively unaffected by uncertainties. *Key uncertainties* in this context are those that, if reduced, may lead to new and robust findings in relation to the questions of this report. This table provides examples and is not an exhaustive list.
[b] Accounting for these above uncertainties leads to a range of $CO_2$ concentrations in the year 2100 between about 490 and 1,250 ppm.
[c] Accounting for these above uncertainties leads to a range for globally averaged surface temperature increase, 1990-2100, of 1.4 to 5.8°C (Figure SPM-10b) and of globally averaged sea-level rise of 0.09 to 0.88 m.

Significant progress has been made in the TAR in many aspects of the knowledge required to understand climate change and the human response to it. However, there remain important areas where further work is required, in particular:
- The detection and attribution of climate change
- The understanding and prediction of regional changes in climate and climate extremes
- The quantification of climate change impacts at the global, regional, and local levels
- The analysis of adaptation and mitigation activities
- The integration of all aspects of the climate change issue into strategies for sustainable development
- Comprehensive and integrated investigations to support the judgment as to what constitutes "dangerous anthropogenic interference with the climate system."



**Figure SPM-10a: Atmospheric $CO_2$ concentration from year 1000 to year 2000** from ice core data and from direct atmospheric measurements over the past few decades. Projections of $CO_2$ concentrations for the period 2000 to 2100 are based on the six illustrative SRES scenarios and IS92a (for comparison with the SAR).

 Q9 Figure 9-1a

33

Exhibit V, page 6 of 10



**IPCC Special Report on Emissions Scenarios**

Table of contents



# Special Report on Emissions Scenarios

Foreword
Preface

Summary for policymakers
Technical Summary

**Chapters**
Chapter 1: Background and Overview
Chapter 2: An Overview of the Scenario Literature
Chapter 3: Scenario Driving Forces
Chapter 4: An Overview of Scenarios
Chapter 5: Emission Scenarios
Chapter 6: Summary Discussions and Recommendations

**Appendices index**
I: SRES Terms of Reference: New IPCC Emission Scenarios
II: SRES Writing Team and SRES Reviewers
III: Definition of SRES World Region
IV: Six Modeling Approaches
V: Database Description
VI: Open Process
VII Data tables
VIII Acronyms and Abbreviations
IX Chemical Symbols
X Units
XI Glossary of Terms
XII List of Major IPCC Reports

*Authors:* Nebojsa Nakicenovic, Joseph Alcamo, Gerald Davis, Bert de Vries, Joergen Fenhann, Stuart Gaffin, Kenneth Gregory, Arnulf Grübler, Tae Yong Jung, Tom Kram, Emilio Lebre La Rovere, Laurie Michaelis, Shunsuke Mori, Tsuneyuki Morita, William Pepper, Hugh Pitcher, Lynn Price, Keywan Riahi, Alexander Roehrl, Hans-Holger Rogner, Alexei Sankovski, Michael Schlesinger, Priyadarshi Shukla, Steven Smith, Robert Swart, Sascha van Rooijen, Nadejda Victor, Zhou Dadi

*Edited by:* **Nebojsa Nakicenovic** *(Leader of the Transitions to New Technologies Project at the International Institute for Applied Systems Analysis (IIASA), in Austria)* and **Rob Swart** *(Head of the Technical Support Unit of Working Group III on Mitigation of the Intergovernmental Panel on Climate Change (IPCC), in the Netherlands).*

**IPCC Special Report on Emissions Scenarios**

Technical Summary 

Table of contents | Previous page | Next page



INTERGOVERNMENTAL PANEL
ON CLIMATE CHANGE

Other reports in this collection

# 1. Introduction and Background

The Intergovernmental Panel on Climate Change (IPCC) decided at its September 1996 plenary session in Mexico City to develop a new set of emissions scenarios (see Appendix I for the Terms of Reference). This Special Report on Emission Scenarios (SRES) describes the new scenarios and how they were developed.

The SRES writing team formulated a set of emissions scenarios. These scenarios cover a wide range of the main driving forces of future emissions, from demographic to technological and economic developments. The scenarios encompass different future developments that might influence greenhouse gas (GHG) sources and sinks, such as alternative structures of energy systems and land-use changes. As required by the Terms of Reference however, *none* of the scenarios in the set includes any future policies that explicitly address additional climate change initiatives [1], although GHG emissions are directly affected by non-climate change policies designed for a wide range of other purpose.

The set of SRES emissions scenarios is based on an extensive assessment of the literature, six alternative modeling approaches, and an "open process" that solicited wide participation and feedback from many groups and individuals. The set of scenarios includes anthropogenic emissions of all relevant GHG species, sulfur dioxide ($SO_2$), carbon monoxide (CO), nitrogen oxides ($NO_x$), and non-methane volatile organic compounds (NMVOCs), see Table 1-1 in Chapter 1. It covers most of the range of GHG emissions compared with the published scenario literature. For example, emissions of carbon dioxide ($CO_2$) in 2100 range from more than 40 to less than 6 giga (or billion) tons [2] of elemental carbon (GtC), that is, from almost a sevenfold increase to roughly the same emissions level as in 1990.

Future emissions and the evolution of their underlying driving forces are highly uncertain, as reflected in the very wide range of future emissions paths in the literature that is also captured by the SRES scenarios. The use of scenarios in this report addresses the uncertainties related to known factors. Uncertainties related to *unknown* factors can of course never be persuasively captured by any approach. As the prediction of future anthropogenic GHG emissions is impossible, alternative GHG emissions scenarios become a major tool for analyzing potential long-range developments of the socio-economic system and corresponding emission sources.

Emissions scenarios are a central component of any assessment of climate change. GHG and $SO_2$ emissions are the basic input for determining future climate patterns with simple climate models, as well as with complex general circulation models (GCMs). Possible climate change, together with the major driving forces of future emissions, such as demographic patterns, economic development and environmental conditions, provide the basis for the assessment of vulnerability, possible adverse impacts and adaptation strategies and policies to climate change. The major driving forces of future emissions also provide the basis for the assessment of possible mitigation strategies and policies designed to avoid climate change. The new set of emissions scenarios is intended for use in future IPCC assessments and by wider scientific and policymaking communities for analyzing the effects of future GHG emissions and for developing mitigation and adaptation measures and policies.

# 2. Emissions Scenarios and Their Purposes

Scenarios are images of the future, or alternative futures. They are neither predictions nor forecasts. Rather, each scenario is one alternative image of how the future might unfold (see Chapter 1 and Chapter 4 for more detail). As such they enhance our understanding of how systems behave, evolve and interact. They are useful tools for scientific assessments, learning about complex systems behavior and for policymaking and assist in climate change analysis, including climate modeling and the assessment of impacts, adaptation and mitigation.

Future levels of global GHG emissions are a product of very complex, ill-understood dynamic systems, driven by forces such as population growth, socio-economic development, and technological progress among others, thus making long-term predictions about emissions virtually impossible. However, near-term policies may have profound long-term climate

impacts. Consequently, policy makers need a summary of what is understood about possible future GHG emissions, and given the uncertainties in both emissions models and our understanding of key driving forces, scenarios are an appropriate tool for summarizing both current understanding and current uncertainties.

GHG emissions scenarios are usually based on an internally consistent and reproducible set of assumptions about the key relationships and driving forces of change, which are derived from our understanding of both history and the current situation. Often these scenarios are formulated with the help of formal models. Sometimes GHG emissions scenarios are less quantitative and more descriptive, and in a few cases they do not involve any formal analysis and are expressed in qualitative terms. The SRES scenarios involve both qualitative and quantitative components; they have a narrative part called "storylines" and a number of corresponding quantitative scenarios for each storyline. SRES scenarios can be viewed as a linking tool that integrates qualitative narratives or stories about the future and quantitative formulations based on different formal modeling approaches. Although no scenarios are value free, the SRES scenarios are descriptive and are not intended to be desirable or undesirable in their own right. They have been built as descriptions of plausible alternative futures, rather than preferred developments.

However, developing scenarios for a period of one hundred years is a relatively new field. This is not only because of large scientific uncertainties and data inadequacies. For example, within the 21st century technological discontinuities should be expected, and possibly major shifts in societal values and in the balance of geopolitical power. The study of past trends over such long periods is hampered by the fact that most databases are incomplete if we go back much further than 50 years. Given these gaps in our data, methods, and understanding, scenarios are the best way to integrate demographic, economic, societal, and technological knowledge with our understanding of ecological systems to evaluate sources and sinks of GHG emissions. Scenarios as an integration tool in the assessment of climate change allow a role for intuition, analysis, and synthesis, and thus we turn to scenarios in this report to take advantage of those features to aid the assessment of future climate change, impacts, vulnerabilities, adaptation, and mitigation. Since the scenarios focus on the century time scale, tools have been used that have been developed for this purpose. These tools are less suitable for analysis of near-term developments and this report does not intend to provide reliable projections for the near term.

## 3. Review of Past IPCC Emissions Scenarios

The IPCC developed sets of emissions scenarios in 1990 and 1992. The six IS92 scenarios developed in 1992 (Leggett *et al.*, 1992; Pepper *et al.*, 1992), have been used very widely in climate change assessments. In 1995 the IPCC formally evaluated the 1992 scenarios and found that they were innovative at the time of their publication, path-breaking in their coverage of the full range of GHG emissions and useful for the purpose of driving atmospheric and climate models (Alcamo *et al.*, 1995). Specifically, their global carbon emissions spanned most of the range of other scenarios identified in the literature at that time.

The review also identified a number of weaknesses. These included the limited range of carbon intensities of energy (carbon emissions per unit energy) and the absence of any scenario with significant closure in the income gap between developed and developing countries, even after a full century (Parikh, 1992). Furthermore, rapid growth of sulfur emissions in the IS92 scenarios had been questioned on the basis that they did not reflect recent legislation in Japan, Europe, and North America and that in general regional and local air quality concerns might prompt limits on future sulfur emissions.

An important recommendation of the 1995 IPCC review was that, given the degree of uncertainty about future climate change, analysts should use the full range of IS92 emissions as input to climate models rather than a single scenario. This is in stark contrast to the actual use of one scenario from the set, the IS92a scenario, as the reference scenario in numerous studies. The review concluded that the mere fact of the IS92a being an intermediate, or central, $CO_2$ emissions scenario at the global level at that time does not equate it with being the most likely scenario. Indeed, the conclusion was that there was no objective basis on which to assign likelihood to any of the scenarios. Furthermore, the IS92a scenario was shown to be "central" for only a few of its salient characteristics such as global population growth, global economic development and global $CO_2$ emissions. In other ways, IS92a was found not to be central with respect to the published literature, particularly in some of its regional assumptions and emissions. The same is the case with the new set of SRES scenarios, as is shown below.

The new set of SRES scenarios presented here is designed to respond to the IS92 weaknesses identified in the 1995 IPCC scenario evaluation and to incorporate advances in the state of the art since 1992. As in the case of the IS92 scenario

series, also in this new set of SRES scenarios there is no single central case with respect to all characteristics that are relevant for different uses of emissions scenarios and there is no objective way to assign likelihood to any of the scenarios. Hence there is no "best guess" or "business-as-usual" scenario.

---

Table of contents | Previous page | Next page
Other reports in this collection

INTERGOVERNMENTAL PANEL ON CLIMATE CHANGE 
UNEP   WMO