# APPENDIX C: Final Endangered and Threatened Species Documentation




United States Department of the Interior
U.S. FISH AND WILDLIFE SERVICE
Fairbanks Fish and Wildlife Field Office
101 12th Avenue, Box 19, Room 110
Fairbanks, Alaska 99701
January 6, 2004

Memorandum

To:          Curt Wilson, Chief of Environmental Coordination - Bureau of Land Management, Alaska State Office

From:      Steve Lewis, Field Supervisor - U.S. Fish and Wildlife Service, Fairbanks Fish and Wildlife Field Office

Subject:    Endangered Species Act, Section 7 Biological Opinion for the Northwest National Petroleum Reserve-Alaska Integrated Activity Plan / Environmental Impact Statement

This document transmits the U.S. Fish and Wildlife Service's (Service's) biological opinion (BO) based on our review of the Bureau of Land Management's (BLM's) biological assessment (BA) addressing their proposed Integrated Activity Plan/Environmental Impact Statement (IAP/EIS) for the Northwest National Petroleum Reserve-Alaska (NW NPR-A), and its effects on Steller's eiders (*Polysticta stelleri*) and spectacled eiders (*Somateria fischeri*) in accordance with section 7 of the Endangered Species Act of 1973 (Act), as amended (16 U.S.C. 1531 et seq.). BLM originally initiated formal consultation on December 9, 2002, and the BO was finalized on May 20, 2003. However, BLM subsequently requested that formal consultation again be conducted, focusing on the Preferred Alternative, with the resulting BO to replace the original (May, 2003) BO. This request (signed October 2, 2003) was received on October 10, 2003, with additional materials received on September 30, October 17 and October 30, 2003.

The NW Planning Area is within the breeding ranges of spectacled and Alaska-breeding Steller's eiders, both listed as threatened under the Act. We are particularly concerned with the proposed action because the NW Planning Area contains important breeding habitat for over 70% of spectacled eiders and over 90% of Steller's eiders on the Arctic Coastal Plain (ACP) and both species are known to occur/nest at comparatively medium to high densities within BLM's designated Area of High Geologic Potential (Figure 1). Across the NW Planning Area, we have found that these two species are unevenly distributed. Although somewhat different, both species show a general gradient in density from high in the Northern and Western portions of the NW Planning Area to low in the

**Record of Decision**

in corresponding uncertainty regarding potential impacts to listed eiders. Therefore, while developing the effects analysis and associated Incidental Take Statement (ITS) for this BO, we have provided the benefit of the doubt to the species and developed reasonable projections of potential conflicts between activities that could occur under the BLM's Preferred Alternative and the protection of listed eiders.

This BO is based on information provided in BLM's October 17, 2003, BA, October 30, 2003, attachments to evaluate the effects of proposed oil/gas leasing, exploration, development, production and abandonment actions under the IAP/EIS's Preferred Alternative, and on other information available to the Service. The following document represents the Service's BO on the effects of that action on the threatened spectacled eider (*Somateria fischeri*) and Steller's eider (*Polysticta stelleri*), in accordance with section 7 of the Act. Based on the information provided on the proposed and potential activities, and the information currently available on listed and proposed species and designated and proposed critical habitat, the Service has determined that it is unlikely that the action will violate section 7(a)(2) of the Act. Section 7(a)(2) of the Act states that Federal agencies must ensure that their activities are not likely to: 1) jeopardize the continued existence of any listed species, or 2) result in the destruction or adverse modification of designated critical habitat. To arrive at this "non-jeopardy" determination, we used a five-step approach for applying the section 7(a)(2) standards. The steps are as follows:

1. Define the biological requirements and current status of each listed eider species,
2. Evaluate the relevance of the environmental baseline to the species' current status,
3. Determine the effects of the proposed or continuing action on listed species,
4. Determine whether the species can be expected to survive with an adequate potential for recovery under the effects of the proposed or continuing action, the effects of the environmental baseline, and any cumulative effects, and considering measures for survival and recovery specific to other life stages, and
5. Identify reasonable and prudent alternatives (RPAs) to a proposed or continuing action when that action is likely to jeopardize the continued existence of a listed species. Thus, this step is relevant only when the conclusion of the previously described analysis for Step 4, above, is that the proposed action would jeopardize listed species. The RPA would have to reduce the impacts associated with the proposed action to a level that does not jeopardize the species.

The BA and other documents provided to the Service include two important categories of information intended to clarify potential actions under the IAP/EIS. Prior to leasing and exploration, it is difficult to predict exactly how much and where oil and gas development will occur. Therefore, to form a basis for predicting impacts to spectacled and Steller's eiders, BLM provided a "reasonable and foreseeable oil development scenario" that describes the location and extent of development expected by BLM in the NW Planning Area. Additionally, BLM further defined potential actions under the IAP/EIS through a set of explicit "assumptions" upon which impact evaluation could be based. One example is the assumption that all of the projected development would occur in the Area of High Geologic Potential (Figure 1). In combination, the development scenario and accompanying assumptions form the basis for the Service's impact evaluation, and provide a means of measuring the accuracy of this basis in the future. Thus, should the development scenario prove unrealistic or one or more assumptions be violated, the need to evaluate impacts not considered in this BO can be assessed.

This determination is also based on BLM's commitment to consult with respect to all aspects of future oil development, production and abandonment. Additionally, consultation requirements must be met before granting of an exception to a Required Operating Procedure (ROP). This does not mean that separate consultations must be done for each individual development project; several

**Final Endangered and Threatened Species Documentation**                                **Appendix C-7**

**Record of Decision**

1982. Two subsequent sales followed in 1983 and 1984, and a fifth lease sale was canceled. In 1998 the BLM consulted with the Service pursuant to a new IAP/EIS for NE Planning Area. The NE Planning Area IAP/EIS was somewhat similar to the current NW Planning Area IAP/EIS in that it coarsely described potential ground-impacting management actions such as oil and gas exploration and potential development/production activities. In the BO for the NE Planning Area IAP/EIS, the Service issued incidental take for 25 spectacled eiders and 1 Steller's eider and stated that the action would not result in jeopardy for threatened eiders. Sales covered by the NE Planning Area IAP/EIS were held in 1999 and 2001. To date a total of approximately 129 wells have been drilled in the NPR-A. Eighty-nine exploration wells have been drilled in the NW Planning Area since 1944; 47 Navy sponsored wells, 9 deep Husky/USGS wells, 32 wells on North Slope Borough (NSB) land, and 1 industry well (ARCO) (IAP/EIS). Of 688 leases issued in various Federal offshore Beaufort Sea sales adjacent to the NW Planning Area, 52 are still active, and a total of 30 exploration wells have been drilled, plugged and abandoned. Currently, only one offshore production facility is in operation in the Beaufort Sea. Nine offshore wells are considered producible but uneconomic for development and production at current oil prices.

The oil and gas potential of the NW Planning Area is dominated by three "plays", the Alpine field, the Brookian Foldbelt and the Fortress Mountain Formation. A play refers to a group of petroleum deposits (pools) that share a common history of hydrocarbon generation, migration, reservoir development and trap configuration. The Alpine play contains greater than 52 percent of NPR-A's estimated economically recoverable oil and gas. The geologic conditions associated with the 500 million barrels targeted by the Alpine Oil Field in the Northeast Planning Area, are expected to persist west across the northern portion of the NW Planning Area. Therefore, areas west and northwest of the Alpine oil field to the banks of the Topugoruk River are expected to be the principle targets for future exploration in the NW Planning Area. The Brookian Foldbelt and Fortress Mountain Formation are located in the southwest portion of NW Planning Area. These plays offer modest oil reserve sizes and are far from existing infrastructure. However, if plans for a natural gas pipeline are ever realized on the North Slope, these two plays are estimated to contain 32 percent of the economic gas resources in the combined NW, NE and Southern Planning Areas.

Threatened spectacled eiders are rarely observed using habitat over the southern gas fields of the Brookian Foldbelt and Fortress Mountain Formation. However, spectacled eiders, especially females and broods, utilize the coastal plain habitat associated with the Alpine geologic formation that runs into the northeast portion of NW Planning Area (TERA 2003). Aerial surveys in the central Beaufort area done from 1993-1998 estimated that 16% of all spectacled eiders observed in early June on the North Slope have utilized the coastal plain habitat between the eastern boundary of the NW Planning Area and the Topogoruk River (Stehn and Platte 2000). Steller's eiders are infrequently found southeast of the Barrow area into the Alpine Field and even less common south into the surface areas associated with the Brookian Foldbelt and Fortress Mountain Formations.

The following sections detail proposed oil and gas leasing, exploration, development, production and abandonment within the NW Planning Area under the Preferred Alternative. Because BLM's BA provides reasonably certain estimates of leasing and exploration activity, this BO best assesses adverse impacts to listed eider from these phases. Due to uncertainty in how much and where development will occur, BLM provided a list of assumptions upon which the impact evaluation and determination were based. Violation of one or more assumptions may result in effects that were not analyzed in the BO and therefore would require BLM to reinitiate consultation. For example, assuming that a given amount of development will occur, the impacts to listed eiders will vary with where development occurs because the density of listed eiders varies across the NW Planning Area. Obviously, the greatest impacts could occur where listed eider density is highest, such as the Barrow Triangle for Steller's eiders. BLM used a model incorporating geologic information, economics of

**Northwest NPR-A Integrated Activity Plan/Environmental Impact Statement**

extraction, and proximity to existing infrastructure in the Colville River Delta to estimate reasonable numbers and locations of oil developments within the NW Planning Area. One assumption used in our analyses, therefore, is that the results of this model reasonably predict the maximum amount of development and maximum resulting impact to eiders. If, however development occurs that exceeds the original predictions of potential effects to listed eiders, reinitiation will be required.

Through the development of such assumptions, BLM is essentially agreeing to conditions that must be adhered for the BO and accompanying ITS to remain valid. For this reason, the assumptions are clearly documented in the BO and should be monitored by BLM as appropriate (Appendix 4). These assumptions are reiterated in the "Description of the Proposed Action" and "Effects of the Action" sections of this BO, and procedures for monitoring the enforceable elements of assumptions are presented in the Terms and Conditions.

<u>Reasonably Foreseeable Oil and Gas Leasing, Exploration, Development, Production and Abandonment Activities Under the Preferred Alternative</u>

The action primarily addressed within the IAP/EIS is the opening up the NW Planning Area for oil and gas leasing/exploration. Although this BO assesses all impacts that may result from the proposed action (leasing through oilfield abandonment), separate consultations for individual developments and associated infrastructure will still be conducted at a later date if oil is discovered and project specific development plans are proposed. BLM issued a final BA to the Service on October 17, 2003, addressing their Preferred Alternative that will be further described in the final IAP/EIS due out in January 2004. BLM fully describes its "Reasonable and Foreseeable Oil Development Scenario" starting on page 3 of the BA.

Under the Preferred Alternative, BLM assumes that at $30-per-barrel oil, 1,260 million barrels of oil could be developed in the NW Planning Area. BLM's Preferred Alternative would offer for lease all BLM administered surface lands within the NW Planning Area encompassing about 8.8 million acres. It also encompasses the bays, lagoons, inlets, and tidal waters between NW Planning Area's outlying islands and the mainland west of the Ikpikpuk River including Dease Inlet and Admiralty Bay. BLM's analyses of the geologic plays indicate commercial fields are most likely to be discovered in the terrestrial portion of the NW Planning Area designated as the Area of High Geologic Potential. Although the Preferred Alternative provides an opportunity to lease in the immediate offshore area of the NW Planning Area, including Dease Inlet, Admiralty Bay and Elson Lagoon, BLM does not anticipate production facilities offshore. BLM plans to protect these shorelines and nearshore habitats with a ¾ mile no surface occupancy (NSO) requirement both offshore and onshore. While BLM does not reasonably foresee any production facilities offshore, these areas likely would be included in the exploration phase. Offshore areas would likely be reached using directional drilling techniques either anchored onshore or from bottom-founded offshore ice islands. The Preferred Alternative does not extend to subsurface estate owned by the North Slope Borough and regional or village corporations.

Within the Area of High Geologic Potential, BLM assumes that two Alpine-size fields, or anchor developments, would be discovered, with six additional satellite fields tied into the infrastructure of the anchor fields. BLM's reasonable and foreseeable scenario suggests each satellite field would be connected to an anchor development (Alpine-size) field (Figure 5). Current pipeline engineering constraints dictate satellite fields be located within 20 miles of an anchor field. Currently, no infrastructure exists to transport natural gas from the North Slope to a market. While natural gas is a byproduct of oil development, BLM does not consider natural gas production as reasonably foreseeable. Therefore, in this BO we did not consider impacts to listed species from gas development, production or abandonment.

are not likely to jeopardize the continued existence of the spectacled and Steller's eider. There is no designated or proposed critical habitat on the North Slope for spectacled or Steller's eiders.

Regulations (51 FR 19958) that implement section 7(a)(2) of the Act define "jeopardize the continued existence of" as "to engage in an action that reasonably would be expected, directly or indirectly, to reduce appreciably the likelihood of both the survival and recovery of a listed species in the wild by reducing the reproduction, numbers, or distribution of that species." In evaluating the impacts of the proposed IAP/EIS to Steller's and spectacled eiders, the Service identified a series of direct and indirect impacts that could result, such as disturbance from oil development/production activities, collisions with drill rig facilities by migrants, habitat loss and changes in the number or distribution of predators. However, the Service believes that the combined impacts to spectacled and Steller's eiders through these avenues will not rise to the level that the likelihood of survival and recovery of either species is appreciably reduced for the reasons given in the *Effects of the Action* section of this BO.

Using methods and logic explained in the Incidental Take Statement (which follows this BO), the Service estimates that 20 adult and 97 eggs or young spectacled eiders will be taken during the life of the proposed project. Across the 30-year life of the project, this equates to an average of 0.67 adults and 3.2 eggs or young spectacled eiders taken per year. Thus, on average, about 0.0001 of the adult breeding population and less than 0.0004 of the annual reproductive effort will be taken as a result of this project (assuming a breeding population size of 6919 adults, which result in 3000 pairs producing an average of 3 eggs per pair, both of which are conservative estimates to compensate for possible non-breeding pairs). The Service believes that this level of loss will not significantly affect the likelihood of survival and recovery of the spectacled eider.

It should be noted that for the purposes of determining jeopardy/non-jeopardy for this consultation, the impacts to spectacled eiders were evaluated at the scale of the North Slope breeding population. However, the impacts of the proposed project would also not jeopardize the survival and recovery of the larger global population.

Using methods and logic explained in the Incidental Take Statement, the Service estimates that 4 adult and 5 eggs or young Steller's eiders will be taken during the life of the proposed project. Across the 30-year life of the project, this equates to an average of 0.13 adult and 0.17 eggs or young Steller's eiders taken per year. Thus, on average, about 0.0001 of the adult breeding population and 0.0001 of the average annual reproductive effort will be taken as a result of this project (assuming a breeding population size of 1250 adults, which result in 500 pairs producing 5 eggs per pair every other year, which are conservative estimates to compensate for non-breeding pairs and for the fact that the species does not appear to nest every year in northern Alaska). The Service believes that this level of loss will not significantly affect the likelihood of survival and recovery of the Alaska-breeding population of the Steller's eider.

## INCIDENTAL TAKE STATEMENT

Section 9 of the Act and Federal regulations pursuant to section 4(d) of the Act prohibit the take of endangered and threatened species, respectively, without special exemption. Take is defined as to harass, harm, pursue, hunt, shoot, wound, kill, trap, capture or collect, or attempt to engage in any such conduct. "Harm" is further defined by the Service to include significant habitat modification or degradation that results in death or injury to listed species by significantly impairing essential behavioral patterns, including breeding, feeding, or sheltering. "Harass" is defined by the Service as intentional or negligent actions that create the likelihood of injury to listed species to such an extent as to significantly disrupt normal behavior patterns which include, but are not limited to, breeding,