# The Regional Impacts of Climate Change



Table of contents | Next page

**INTERGOVERNMENTAL PANEL ON CLIMATE CHANGE**

Other reports in this collection

# IPCC Special Report on The Regional Impacts of Climate Change
# An Assessment of Vulnerability



Foreword
Preface

Summary for Policymakers

**Chapters**
Chapter 1: Introduction
Chapter 2: Africa
Chapter 3: The Arctic and the Antarctic
Chapter 4: Australasia
Chapter 5: Europe
Chapter 6: Latin America
Chapter 7: Middle East and Arid Asia
Chapter 8: North America
Chapter 9: Small Island States
Chapter 10: Temperate Asia
Chapter 11: Tropical Asia

Chapitre 2 : Afrique pdf
Capítulo 6 : América Latina pdf
Cap

**Annexes**
Annex A
Annex B
Annex C
Annex D
Annex E
Annex F
Annex G
Annex H
Annex I

**Authors:** *Robert T. Watson (co-chair of IPCC Working Group II until September 1997, at which time he assumed the overall chairmanship of the IPCC. He also is Director of the Environment Department of the World Bank. Before taking up his current responsibilities, he was Associate Director for Environment in the Office of Science and Technology Policy, Executive Office of the President of the United States of America. He previously held the positions of Director of the Science Division and Chief Scientist for the Office of Mission to Planet Earth at NASA. He served as Chair of the Science and Technical Advisory Panel to the Global Environmental Facility), Marufu C. Zinyowera (co-chair of IPCC Working Group II until September 1997. He has been Director of the Zimbabwe Meteorological Services since 1984, and has represented Zimbabwe in many meteorological and environmental fora) and Richard H. Moss (Head of the IPCC Working Group II Technical Support Unit since 1993. Prior to this, he was Deputy Director of the Human Dimensions of Global Environmental Change Programme at the International Geosphere-Biosphere Programme in Stockholm, Sweden. He also served on the faculty of Princeton University, United States).*

**Edited by:** *Robert T. Watson (The World Bank), Marufu C. Zinyowera (Zimbabwe Meteorological Services), Richard H. Moss (Battelle Pacific Northwest National Laboratory), David J. Dokken (Project Administrator)*

http://www.grida.no/climate/ipcc/regional/

EXHIBIT 1
Page 1 of 13

06/02/2006 12:22 FAX 907 271 4143    SOL AK REGION                                    ⌀008/019
Case 1:05-cv-00008-JKS   Document 86-2   Filed 08/03/2006   Page 2 of 13
AUG-01-2006 TUE 02:12 PM BLM DIV RESCS, LANDS,&PLN    FAX NO. 907 271 5479              P. 06/23

The Regional Impacts of Climate Change                                         Page 1 of 6

**The Regional Impacts of Climate Change**

Chapter 1: Introduction

Table of contents | Previous page | Next page



UNEP  WMO
INTERGOVERNMENTAL PANEL
ON CLIMATE CHANGE
Other reports in this collection

# 1.3. Baseline Data and Climate Scenarios

## 1.3.1. Climate Observations

Current trends in regional variations of temperature and precipitation also are important parts of the baseline against which the potential effects of climate change should be assessed. IPCC (1996, WG I, Chapter 3) provided time series plots and global maps depicting trends for temperature and precipitation. This information was extended and updated by one of the lead authors of the WG I assessment (T. Karl, USA). The information was provided to the regional assessment lead authors and is contained in Annex A of this special report, which describes the data sets used for depicting these trends. Additional information based on regional analyses has been added to several of the regional chapters by the lead authors.

## 1.3.2. Climate Scenarios

GCM-based scenarios are the most credible and frequently used projections of climate change. Other types of climate projections include synthetic scenarios and analogue scenarios. These approaches and their limitations are described in IPCC (1994b).

In the IPCC's second assessment (1996, WG I, Chapter 6), seven regions were identified for regional analysis of climate simulations. That analysis was based on transient runs with atmosphere-ocean general circulation models (AOGCMs) suitable for construction of regional climate scenarios, using additional regionalization techniques to improve the simulation of regional climate change. The team of lead authors that conducted that analysis, led by F. Giorgi and G. Meehl, prepared information on the simulation of regional climate change with global coupled climate models and regional modeling techniques for use by the regional assessment teams. That information, which is presented in Annex B of this report, is based entirely on the information included in the WG I contribution to the SAR. No new information has been added to the previous analysis.

The wide range of changes in temperature and precipitation indicated at the time of doubled $CO_2$ concentrations for each region is illustrated in Figures B-1 and B-2, which show large model-to-model differences. Annex B provides the following conclusion regarding the confidence that can be placed in regional climate projections:

> "Analysis of surface air temperature and precipitation results from regional climate change experiments carried out with AOGCMs indicates that the biases in present-day simulations of regional climate change and the inter-model variability in the simulated regional changes are still too large to yield a high level of confidence in simulated change scenarios. The limited number of experiments available with statistical downscaling techniques and nested regional models has shown that complex topographical features, large lake systems, and narrow land masses not resolved at the resolution of current GCMs significantly affect the simulated regional and local change scenarios, both for precipitation and (to a lesser extent) temperature (IPCC, 1996). This adds a further degree of uncertainty in the use of GCM-produced scenarios for impact assessments. In addition, most climate change experiments have not accounted for human-induced landscape changes and only recently has the effect of aerosols been investigated. Both these factors can further affect projections of regional climate change."

http://www.grida.no/climate/ipcc/regional/003.htm

EXHIBIT 1
Page 2 of 13

08/02/2006 12:22 FAX 907 271 4143     SOL AK REGION                    ⌀009/019
                Case 1:05-cv-00008-JKS    Document 86-2    Filed 08/03/2006    Page 3 of 13
AUG-01-2006 TUE 02:13 PM BLM DIV RESCS, LANDS, &PLN    FAX NO. 907 271 5479              P. 07/23

The Regional Impacts of Climate Change                                      Page 1 of 3

**The Regional Impacts of Climate Change**

Chapter 3: The Arctic and the Antarctic



UNEP WMO
INTERGOVERNMENTAL PANEL ON CLIMATE CHANGE
Other reports in this collection

# 3.3. Vulnerability and Potential Impacts

The polar systems are extremely sensitive to the variability of temperature, and several aspects of these systems will be affected by any further climate change. The primary impacts will be on the physical environment, including ice, permafrost, and hydrology; on biota and ecosystems, including fisheries and terrestrial systems; and on human activities, including social and economic impacts on settlements, on resource extraction and transportation, and on existing infrastructure.

### 3.3.1. Ice and Snow

Sea ice covers about 11% of the world's ocean, depending on the season. It affects albedo, salinity, and ocean-atmosphere thermal exchange (IPCC 1996, WG II, Section 8.3.1.4). Studies on regional changes in the Arctic and Antarctic indicate trends of decadal length, often with plausible mechanisms proposed for periodicities of a decade or more (IPCC 1996, WG II, Section 8.3.1.4). At present, however, there is considerable year-to-year variation and no convincing evidence of long-term changes in the extent of global sea ice.

In Antarctica, temperatures are so low that comparatively little surface melting occurs on the continental ice sheet; ice loss is mainly by iceberg calving, the rates of which are determined by dynamic processes involving long response times (thousands of years). Even if Antarctica were to warm in the future, its mass balance is expected to become more positive: The rise in temperature would be insufficient to initiate melt but would increase snowfall (IPCC 1996, WG II, Section 7.4). Little change in Antarctic ice sheets is expected over the next 50 years, although longer-term behavior-including that of West Antarctic ice-remains uncertain, and some instability is possible. Some areas of Antarctica may show a pronounced change and dynamic response. The Antarctic Peninsula, for instance, receives 28% of the continent's snowfall and experiences warmer temperatures and summer melting at sea level. A rise in temperature would be expected to cause continued wasting of marginal ice shelves in the Antarctic Peninsula, but this melting has no direct effects on sea level, nor is it indicative of changes in the Antarctic ice sheets.

In the Antarctic, where the sea-ice cover is divergent and land boundaries are less important, it is more reasonable to suppose that the main effect of global warming will be a simple retreat of the ice edge southward. Even here, however, a complex set of feedback mechanisms comes into play when the air temperature changes. The balance of lead concentration, upper ocean structure, and pycnocline depth adjusts itself to minimize the impact of changes, tending to preserve an ice cover even though it may be thinner and more diffuse (IPCC 1996, WG II, Section 7.4.5). The modeling of Gordon and O'Farrell (1997) demonstrates an ultimate reduction in Antarctic sea ice of about 25% for a doubling of $CO_2$, with the ice retreating fairly evenly around the continent.

A recent study by Nicholls (1997) discounts the significance of air temperature-induced melting of the more massive ice shelves south of the Antarctic Peninsula in a climate-warming scenario. Studies of the seasonal water temperature changes of the sub-ice-shelf cavity of the Antarctic Filchner-Ronne Ice Shelf indicate that the flux of high-salinity shelf water (HSSW) is responsible for the net melting at the ice shelf's base. As rates of sea-ice formation decrease during warmer winters, the flux of HSSW beneath the ice shelf is reduced. Subjected to less warm water flux, the sub-ice cavity will cool. Nicholls concludes that a moderate warming of the climate could, in fact, lead to a basal thickening of the Filchner-Ronne Ice Shelf, perhaps increasing its longevity.

EXHIBIT 1
Page 3 of 13

With climate warming, ice cover in lakes and rivers is expected to decrease, with large changes in lake water levels. In the largest Antarctic desert, the McMurdo Dry Valleys, closed-basin lakes fed by glacier meltwater streams rose as much as 10 m from 1970 to 1990, or almost 480 mm per year. In the Antarctic Dry Valley, ice cover has thinned for some permanently ice-covered lakes. Lake Hoare thinned by 20 cm/yr over a 10-year period beginning in 1977. Because light attenuation by the ice is a major limiting factor, these climate-related changes are expected to cause shifts in the biota of such lakes (IPCC 1996, WG II, Section 10.6.1.4).

The Greenland ice sheet, which has no floating ice shelves of consequence, is different from the Antarctic ice sheets. Ice loss from surface melting and runoff is of the same order of magnitude as loss from iceberg calving. Thus, climate change in Greenland could have immediate effects on the surface mass balance of the ice sheet through melting and runoff as well as through accumulation. If there is warming, both the melt rates at the margins and the accumulation rates in the interior should increase. The former rate is expected to dominate. Thus, the mass balance could become negative (IPCC 1996, WG II, Section 7.4). Nevertheless, changes in the general form of the total ice sheet over the next century are expected to be small.

Increased temperatures in the Arctic are likely to shorten the duration of ice cover on Arctic lakes. A longer open-water period, together with warmer summer conditions, will increase evaporative loss. Some patchy wetlands and shallow lakes owe their existence to a positive water balance and the presence of an impermeable permafrost substrate that inhibits deep percolation; enhanced evaporation and ground thaw will cause some to disappear (IPCC 1996, WG II, Section 7.4.4). If there is decreased precipitation and lower flood frequency, the Mackenzie Delta in the Canadian arctic could shrink in several decades (IPCC 1996, WG II, Section 10.5.2), although the pre-Pleistocene depositions of gravel in the delta are sufficiently large that a more likely scenario is a profound change in the delta's form and extent.

A major source of uncertainty about sea-level change relates to the future behavior of the polar ice sheets, which hold most of the nonoceanic water on Earth's surface. Most of their volumes lie on land above sea level. However, much of the West Antarctic ice sheet is below sea level. The discovery of major recent changes in certain Antarctic ice streams has focused public attention on the possibility of "collapse" of this ice reservoir within the next century, with potential impacts on sea level (IPCC 1996, WG I, Section 7.3.3.1). the collapse of the West Antarctic ice sheet by the year 2100-with consequential major sea-level rise-is not impossible, but its likelihood is considered to be very low (IPCC 1996, WG I, Section 7.5.5).

Observed variations in sea-ice thickness are in accord with the predictions of numerical models that take account of ice dynamics and deformation as well as ice thermodynamics. The limited information available does not provide evidence of detectable change in the thickness of Antarctic sea ice (IPCC 1996, WG II, Section 7.2.5). Nevertheless, researchers have identified significant reductions in the summer sea-ice cover in the Bellingshausen and Admundsen Seas in the late 1980s and early 1990s that are consistent with a warming climate west of the Antarctic Peninsula (Jacobs and Comiso, 1993). Measurements from a series of submarine transects near the North Pole show large interannual variability in ice draft over the period 1979-1990. There is some evidence of a decline in mean thickness in the late 1980s relative to the late 1970s (IPCC 1996, WG II, Section 7.2.5). Between 1978 and 1994, the Arctic sea ice appears to have decreased by 5.5%.

Based on some global model scenarios for a doubling of $CO_2$, a large change in the extent and thickness of sea ice is possible, not only from warming but also from changes in circulation patterns of both atmosphere and oceans. There is likely to be substantially less sea ice in the Arctic Ocean (IPCC 1996, WG II, Chapter 7 Executive Summary). Major areas that are now ice-bound throughout the year are likely to have long periods during which waters are open and navigable. Some models even predict an ice-free Arctic, although most scenarios maintain significant summer ice centered on the North Pole. Melting of snow and glaciers will lead to increased freshwater influx, changing the chemistry and salinity of oceanic areas affected by the runoff.

EXHIBIT 1
Page 4 of 13

However, the ability of existing GCMs to predict the extent of Arctic ice change is limited by the inadequacy of regional polar models to simulate the multiscale dynamics of sea ice. GCM experiments with simplified treatments of sea-ice processes produce widely varying results and do not portray the extent of and seasonal changes in sea ice for the current climate very well. Given these limitations in existing ice modeling, some authors estimate that with a doubling of greenhouse gases, sea ice would cover only about 50% of its present area; others project a sea-ice reduction of 43% for the Southern Hemisphere and 33% for the Northern Hemisphere. The global area of sea ice is projected to shrink by up to $17 \times 10^6$ km$^2$ (IPCC 1996, WG II, Section 7.4.5).

(continues on next page...)

---

Table of contents | Previous page | Next page
Other reports in this collection

INTERGOVERNMENTAL PANEL ON CLIMATE CHANGE 
UNEP  WMO

http://www.grida.no/climate/ipcc/regional/046.htm

EXHIBIT 1
Page 5 of 13

AUG-01-2006 TUE 02:13 PM BLM DIV RESCS, LANDS, &PLN    FAX NO. 907 271 5479    P. 10/23
Case 1:05-cv-00008-JKS   Document 86-2   Filed 08/03/2006   Page 6 of 15

The Regional Impacts of Climate Change                    Page 1 of 2

# The Regional Impacts of Climate Change
## Chapter 3: The Arctic and the Antarctic

Table of contents | Previous page | Next page

INTERGOVERNMENTAL PANEL ON CLIMATE CHANGE
Other reports in this collection

(continued...)

Ramsden and Fleming (1995) suggest that Arctic sea ice would be little altered under doubled $CO_2$ conditions. More recent analyses by Gordon and O'Farrell (1997), who use a dynamic ice procedure within a transient-coupled-atmosphere-ocean model, predict a 60% loss in summer sea ice in the Northern Hemisphere by the time $CO_2$ has doubled. In their model, ice loss appeared earlier and proceeded more rapidly than it did in the Southern Hemisphere.

Although current polar models are subject to considerable uncertainty, they are the best available tools to explore possible future scenarios. A regional study of the Canadian sector of the Beaufort Sea proposed an increase from 60 days to 150 days in the open-water (ice-free) season (McGillivray et al., 1993). There could also be reduced ice thickness. The maximum extent of open water in summer could increase from the current 150-200 km to 500-800 km offshore. At the same time, if longer fetches are available, wave heights would increase (e.g., the proportion of waves in excess of 6 m would rise from 16% to 39%) (IPCC 1996, WG II, Section 7.5.4). This increased open-water exposure of the ice-rich coastlines would most certainly result in increased erosion.

Using empirical ice growth-melt models, Wadhams (1990) predicts that in the NorthWest Passage and Northern Sea Route, a century of warming would lead to a decline in winter fast-ice thickness from 1.8-2.5 m at present to 1.4-1.8 m and an increase in the ice-free season of 41-100 days. Other researchers, using another mix of models, find these ice-free day estimates a little high (Flato and Brown, 1996). This effect will be of great importance for the extension of the navigation season in the Russian Northern Sea Route and the NorthWest Passage.

Predicting the future character of moving pack ice is a difficult problem because dynamics (ocean and wind currents), rather than thermodynamics (radiation and heat components), determine its average thickness. Wind stress acting on the ice surface causes the ice cover to open up to form leads (ice-free areas). Later, under convergent stress, refrozen leads and thinner ice elements are crushed to form pressure ridges. Exchanges of heat, salt, and momentum are all different from those that would occur in fast-ice cover. The area-averaged growth rate of ice is dominated (especially in autumn and early winter, when much lead and ridge creation take place) by the small fraction of the sea surface occupied by ice less than 1 m thick (IPCC 1996, WG II, Section 7.4.5).

In the coastal zones of the Arctic Ocean-such as off the Canadian Arctic Archipelago, where there is net convergence of currents-the mean ice thickness is very high (7 m or more) because of ridging. Here the mean thickness is determined by mechanical factors, largely the strength of the ice, and may not be as sensitive to global warming as in other regions (IPCC 1996, WG II, Section 7.4.5).

Feedback mechanisms in the Arctic often are strong and complex, and not all have been fully identified or quantified. Most are positive in nature. For example, as biomes migrate northward, taller plants will tend to lower albedo, especially where they protrude through the snow. This will lead to a further enhancement of warming. Similarly, decreases in the extent of snow and ice cover will lower albedo and act to warm the water and land. Increased precipitation, expected with many warming scenarios, could provide a possible negative feedback as some will contribute to increased snow thickness. As Arctic warming increases the open-water

area, precipitation may further increase and cause thicker snow cover, including on sea ice. The growth rate of land-fast ice could be expected to decrease, as has been directly observed (Brown and Coté, 1992). However, if snow thickness is increased to the point where not all of it is melted in summer, more protection may be conferred on the ice surface-which could lead to an increase, rather than a decrease, in equilibrium ice thickness (IPCC 1996, WG II, Section 7.4.5). This scenario also would increase the stability of the upper mixed layer of the ocean, leading to more sea ice production.

---

Table of contents | Previous page | Next page
Other reports in this collection

INTERGOVERNMENTAL PANEL ON CLIMATE CHANGE   UNEP  WMO

AUG-01-2006 TUE 02:14 PM BLM DIV RESCS, LANDS, &PLN    FAX NO. 907 271 6479    P. 18/23
Case 1:05-cv-00008-JKS  Document 86-2  Filed 08/03/2006  Page 8 of 13

# The Regional Impacts of Climate Change

## Chapter 3: The Arctic and the Antarctic

INTERGOVERNMENTAL PANEL ON CLIMATE CHANGE

Other reports in this collection

(continued...)

In the recent geologic past, the tundra was a carbon sink. Recent climatic warming in the Arctic, coupled with the concomitant drying of the active layer and the lowering of the water table, has shifted areas of the Arctic from sinks to sources of $CO_2$ (Oechel et al., 1993). Extrapolating results from the Alaskan tundra to the circumpolar Arctic, regional warming could have caused a net flux from the land to the atmosphere of about 0.2 GtC/yr during the 1980s (IPCC 1996, WG I, Section 9.2.3.1). However, unpublished evidence from the Land-Atmosphere-Ice-Interactions component of ARCSS indicates that there may be substantial interannual variability in the source-sink relationship of Arctic tundra. This concern is reinforced by recent study by Myneni et al. (1997). Loss of a sizable portion of more than 50 Gt of carbon in Arctic soils and 450 Gt of carbon in soils of all tundra ecosystems could cause an appreciable positive feedback on the atmospheric rise of $CO_2$ (IPCC 1996, WG II, Section 7.4.3). It should be noted, however, that the preceding projections are based on an assessment for all high-latitude ecosystems, not just the tundra, and could be misleading as an indication of the potential for tundra ecosystems to act as a positive feedback. In addition, Schimel et al. (1994) and McGuire et al. (1995) have modeled the temperature sensitivity of soil carbon responses and find levels much less than 450 GtC.

Enhanced decomposition of soil organic matter leads to the release of trace gases and feedbacks on the global climate. A change in total CH4 flux from Arctic wetlands can be expected if the areal extent of wetlands changes, the duration of the active period changes, or the per-unit-area production or oxidation of CH4 changes (IPCC 1996, WG II, Section 6.3.3.2.2). The limited available data for the CH4 content of permafrost has substantial variability. High CH4 concentrations in ice-bonded sediments and gas releases suggest that pore-space hydrate may be found at depths as shallow as 119 m. These data raise the possibility that gas hydrates could occur at much shallower depths and may be more rapidly influenced by climate change than previously thought (IPCC 1996, WG II, Section 7.4.3).

In Antarctica, the terrestrial ecosystem is comparatively simple, constrained by an exposed land area that is very cold. Only 2% of the Antarctic surface is not covered by ice. This limited regime is mostly rocky areas where the temperature is below freezing except for periods of a few days or weeks during the Austral summer. These "Antarctic oases" provide a natural laboratory for assessing the vulnerability and response of this ecosystem to climate change. The mainland plays host to a number of microscopic plants that are found mainly in crevices and cavities of exposed rocks. Even the poorly developed soil of Antarctica harbors bacteria, algae, yeast and other fungi, lichens, and even moss spore (though usually in a dormant stage). The coastal region is particularly hospitable to the vegetation of lichens and mosses. Meltwater in the area helps to support herbaceous species such as grass. Some species of invertebrates survive in the harsh environment by super-cooling or anhydrobiosis mechanisms (Walton and Bonner, 1985). The Dry Valley's environmental conditions resemble those on Mars; this area is one of the world's most extreme desert regions. It was formed by the advances and retreats of glaciers through the coastal mountain ranges. The ecosystem there consists of microorganisms, microinvertebrates, mosses, and lichens. Climate change will impact on the physiology, distribution, and species composition of this terrestrial ecosystem.

### 3.3.4. Freshwater and Marine Ecological Systems

The ranges of many species in lakes and streams are likely to shift poleward by about 150 km for every 1°C

http://www.grida.no/climate/ipcc/regional/050.htm

EXHIBIT 1
Page 8 of 13

AUG-01-2006 TUE 02:15 PM BLM DIV RESCS, LANDS, &PLN   FAX NO. 907 271 5479   P. 19/23
Case 1:05-cv-00008-JKS   Document 86-2   Filed 08/03/2006   Page 9 of 13

The Regional Impacts of Climate Change                                            Page 2 of 2

increase in air temperature (IPCC 1996, WG II, Technical Summary, Section 3.3.1). This axiom is not useful for extrapolation in oceanic waters. If global warming effects continue, the sea surface temperature increases would be about 3°C in the North Pacific in 50 years. This change represents the same effect that would be seen in a present isotherm shift northward of about 500 km in mid-latitudes (Kim, 1995). Climate change or regime shifts might change distribution, species composition, and productivity in the North Pacific as well as adjacent subarctic areas.

Water temperatures have a direct impact on the productivity of fish species and the relative abundance of different fish species. Climatic changes are likely to affect not only water temperatures but also salinity and seasonal water cycles. Temperature influences biological production and can have a profound effect on growth and metabolic processes. Observations show that biological rates double or halve with a 10°C increase or decrease in temperature, respectively. Over the range of temperatures encountered in the ocean (-2 to +30°C), maximum growth rates of plankton vary by about a factor of 10. At high latitudes, where the temperature range is smaller (-2 to +3°C), temperature changes may have a relatively larger effect. Even small changes in temperature could have pronounced effects on biological rates of growth and development. Further, glacial meltwater is known to affect the nearshore zonation of Antarctic marine invertebrates (Berkman, 1994) and increased meltwater production may further impact species in the Antarctic coastal zone. Climate impacts on long-lived benthic invertebrate species such as sponges and some calcareous species, some of which have decadal and perhaps century-long lifespans, are unknown.

Greenhouse warming of the troposphere would be accompanied by cooling of the stratosphere. Changes in the stratospheric ozone layer have occurred over both the Arctic and the Antarctic. In the Antarctic, the occurrence of a persistent stratospheric ozone hole occurs during the spring and is due to ozone-depleting substances, including chlorofluorocarbons. The low human and species populations in the Antarctic have limited the biological damage, although there is evidence that significant changes in ecosystem function could occur. In the Arctic, where considerably more biological activity may be affected, ozone depletion and increased uv radiation have been observed over the past decade. Ozone depletion has occurred both as a steady decline and also with short, isolated areas of very low ozone (Weatherhead and Morseth, 1997). Climate change may further ozone depletion. The cooling of the stratosphere is likely to increase this depletion with current chlorine loading. However, chlorine loading can be expected to decline considerably in the future. Some of the episodes of low ozone observed in the Arctic are not associated with chemical depletion but are due to the influx of low-ozone air from lower latitudes (Taalas, 1993; Taalas et al., 1995). Whether these episodes will increase or decrease will depend on stratospheric circulation patterns near the Arctic; thus, it also may be influenced by climate changes. The chemically induced and the dynamically induced episodes of low ozone occurring in the Arctic both appear to be increasing in frequency and severity (Taalas et al., 1997; Weatherhead and Morseth, 1997). These depletion events are most prevalent in the spring, when biological activity is highly sensitive to UV-B radiation. Increased levels are likely to affect the human populations as well as the aquatic and terrestrial species and ecosystems (Taalas, 1993; SCOPE, 1996).

Sea ice is important in the development and sustenance of temperate-to-polar ecosystems. Ice conditions conducive to ice-edge primary production provide a primary food source in polar ecosystems. Ice-dependent activities of organisms ensure energy transfer from primary producers (algae and phytoplankton) to higher trophic levels (fish, marine birds, and mammals). As a consequence, the ice-dependent habitat maintains and supports abundant biological communities (IPCC 1996, WG II, Section 8.3.2).

(continues on next page...)

---

Table of contents | Previous page | Next page
Other reports in this collection

INTERGOVERNMENTAL PANEL ON CLIMATE CHANGE  
UNEP   WMO

http://www.grida.no/climate/ipcc/regional/050.htm

EXHIBIT 1
Page 9 of 13

Case 1:05-cv-00008-JKS   Document 86-2   Filed 08/03/2006   Page 10 of 13
AUG-01-2006 TUE 02:15 PM BLM DIV RESCS, LANDS, &PLN   FAX NO. 907 271 5479   P. 20/23

The Regional Impacts of Climate Change                                                  Page 1 of 2

# The Regional Impacts of Climate Change
## Chapter 3: The Arctic and the Antarctic

INTERGOVERNMENTAL PANEL ON CLIMATE CHANGE
UNEP  WMO
Other reports in this collection

(continued...)

One of the direct effects of global warming will be a change in the extent of sea ice-which will have the beneficial effect of increasing the extent of many aquatic species but may negatively impact one of the areas most important for primary production: the ice edge. For some species, this change would be beneficial because it would allow greater penetration of light and freer movement. The absence of ice over the continental shelf of the Arctic Ocean would produce a sharp rise in the productivity of this region, provided that a sufficient supply of nutrients is maintained. For other species, there appear to be significant disadvantages. For example, in southern latitudes, warming could affect pack-ice movement and timing and reduce its extent, in turn affecting the distribution and reducing the abundance and productivity of krill. Krill is the fundamental link in the food web of the Southern Ocean. Changes in wind strength, the effects of the Antarctic Convergence, and the west-east and east-west surface currents of the Southern Ocean also may affect productivity in the ice edge zone (IPCC 1996, WG II, Section 16.2.2.2).

In the polar regions, the seasonal development and regression of sea ice is of substantial biological importance (in addition to its profound role in global ocean-atmosphere exchange of heat, water, and gases). Blooms of phytoplankton at the ice edge, induced by upwelling of nutrient-rich water and/or the stabilizing effect of melting icewater, are significant at high latitudes in both hemispheres. Changes in the extent and thickness of ice affect the timing, magnitude, and duration of the seasonal pulse of primary production in polar regions. The composition of the marine ecosystem depends on the mode of sea-ice formation. These changes in turn affect the quantity and quality of food available to grazers and the timing and magnitude of vertical flux of carbon and other elements. Such series of events are particularly important in highly productive systems such as the Bering Sea, where a 5% reduction in sea ice has been observed over the past decade.

UV-B radiation may directly affect fish and their larvae, phytoplankton, and krill. The development and survival of some species are at apparent threshold levels at current UV-B levels. Significant changes in ecosystem function and functioning could occur as species sensitive to UV-B radiation are replaced by more resistant species (IPCC 1996, WG II, Section 16.2.7). Experimental results have shown damaging effects on aquatic organisms from polar regions, particularly on phytoplankton (photosystem damage, DNA damage, modifications in nutrient uptake, changes in species composition, etc.), but a series of internal and external protective mechanisms (synthesis of photoprotective pigments, DNA repair mechanisms, vertical mixing in the water column, etc.) may counteract these negative effects (Vincent and Roy, 1993). On the other hand, large-scale ice retreat due to global warming would increase the exposure to UV-B radiation in the water column during the maximum development of the ozone hole (September-October). However, the solar angle during the spring period is very low. This factor may minimize the penetration of UV-B radiation in the water column, thus reducing harmful effects on the biota (Arrigo, 1994; McMinn et al., 1994). Thus, care should be taken in extrapolating experimental results to the real world. More in situ studies and modeling efforts are necessary to assess the effects of increased UV-B radiation during ozone hole episodes.

In the Arctic, mean levels of ozone have decreased. In addition, smaller, less well-understood ozone-depletion events, or mini-ozone holes, have occurred. Presently, Arctic ozone-depletion events are not sufficiently understood, and whether they will increase in severity also is not clear. However, there is some indication that ozone depletion in the Arctic is tied closely to global warming and the accompanying cooling of the Arctic stratosphere. Arctic ozone-depletion events are most prevalent in the spring when biological activity is highly sensitive to UV-B radiation. Increased levels are likely to affect human populations as well as aquatic and

terrestrial species and ecosystems.

Warming, changes in upwellings, circulation variations, and wind changes would affect the distribution and characteristics of polynyas (ice-free areas) and ice edges that are vital to polar ecosystems. Predicted climate change also may have important impacts on marine mammals such as whales, dolphins, and seals and seabirds such as cormorants, penguins, storm petrels, and albatross. Geographic centers of food production will most certainly shift. Underlying primary productivity will change due to changes in upwelling, loss of ice-edge effects, and ocean temperatures. Changes in critical habitats such as sea ice (due to climate warming) and nesting and rearing beaches (due to sea-level rise) will occur. Diseases and production of oceanic biotoxins due to warming temperatures and shifts in coastal currents will increase (IPCC 1996, WG II, Section 8.3.2). However, it is presently impossible to predict the magnitude and significance of these impacts. Recent changes in the penguin population on the Antarctic Peninsula have been related to climate warming (Fraser et al., 1992), but should also be interpreted in the context of penguin rookery variations that have occurred in the past (Baroni and Orombelli, 1994). Penguin are a good example for illustrating the vulnerability and complex responses of Antarctic ecosystems to climate, environmental, and ecosystem changes.

(continues on next page...)

---

Table of contents | Previous page | Next page
Other reports in this collection

INTERGOVERNMENTAL PANEL ON CLIMATE CHANGE  
UNEP   WMO

AUG-01-2006 TUE 02:15 PM BLM DIV RESCS, LANDS, &PLN    FAX NO. 907 271 5479    P. 22/23
Case 1:05-cv-00008-JKS    Document 86-2    Filed 08/03/2006    Page 12 of 13

The Regional Impacts of Climate Change                                      Page 1 of 2

# The Regional Impacts of Climate Change

Chapter 3: The Arctic and the Antarctic

(continued...)

A number of marine mammals depend explicitly on ice cover. For example, the extent of the polar bear's habitat is determined by the maximum seasonal surface area of marine ice in a given year. The disappearance of or a major reduction in ice cover would threaten the very survival of the polar bear, as well as certain marine seals. Similarly, a reduction in ice cover would reduce food supplies for seals and walruses and increase their vulnerability to natural predators and human hunters and poachers. Other animals, such as the sea otter, could benefit by moving into new territories with reduced ice (IPCC 1996, WG II, Section 8.3.2).

Furthermore, many species of penguins and seals that are dependent upon krill production in the Southern Ocean use coastal areas as breeding sites. Year-class strength of krill is closely related to climate change or sea-ice distribution, and the growth, survival, and hatching rates of penguin chicks or seal pups at the rookery are directly influenced by krill abundance in the sea.

Animals that migrate great distances-as do most of the great whales and seabirds-are subject to possible disruptions in the distribution and timing of their food sources during migration. It remains unclear how the contraction of ice cover would affect the migration routes of animals that normally follow the ice front. The timing and order of whale migration, for instance, may be influenced by changes in sea-ice cover, with subsequent impacts on their energetics (e.g., feeding and reproductive biology). At least some migrating species may respond rapidly to new situations; for example, migrating ducks have altered their routes to take advantage of the recent exploding population of zebra mussels in the Great Lakes (IPCC 1996, WG II, Section 8.3.2).

Many pelagic marine mammals (e.g., the great whales) are able to locate and follow seasonal centers of food production that frequently change from year to year because of local oceanographic conditions. Similarly, their migrations may change to accommodate interannual differences in environmental conditions. However, some marine mammal stocks (e.g., seals and sea lions) have life histories that tie them to specific geographic features (e.g., pupping beaches or ice fields). Although they have some flexibility in their need for specific habitats, some marine mammals may be more severely affected than others by changes in the availability of necessary habitats and prey species that result from climate change.

With sea-level rise, marine mammal calving and pupping beaches may disappear from areas where there are no alternatives. Some species will be able to take advantage of increases in prey abundance and spatial/temporal shifts in prey distribution toward or within their primary habitats. Conversely, some populations of birds and seals will be adversely affected by climatic changes if food sources decline or are displaced away from regions suitable for breeding or rearing of young (IPCC 1996, WG II, Section 8.3.2).

Furthermore, recent evidence indicates that the extent of seasonal sea ice, at least in some areas of the Northern Hemisphere, is retreating. This information, coupled with predictions of warming from GCMs, suggests that current barriers to gene flow among marine mammal stocks in the Arctic may change dramatically in the next 50 years. Although this shift may not result in a reduction in abundance at the species level, it could very well change the underlying population structure of many species of Arctic whales and seals, which will greatly affect their management.

Although the impacts of these ecological changes are likely to be significant, they cannot be reliably forecast or evaluated. Climate change may have positive and negative impacts, even on the same species. Positive effects

EXHIBIT 1
Page 12 of 13

such as extended feeding areas and seasons in higher latitudes, more-productive high latitudes, and lower winter mortality may be offset by negative factors that alter established reproductive patterns, breeding habitats, disease vectors, migration routes, and ecosystem relationships (IPCC 1996, WG II, Section 8.3.2).

---

Table of contents | Previous page | Next page
Other reports in this collection

INTERGOVERNMENTAL PANEL ON CLIMATE CHANGE  
UNEP   WMO

http://www.grida.no/climate/ipcc/regional/052.htm

EXHIBIT 1
Page 13 of 13