

EXHIBIT 2
Page 1 of 3

PUBLISHED BY THE PRESS SYNDICATE OF THE UNIVERSITY OF CAMBRIDGE
The Pitt Building, Trumpington Street, Cambridge, United Kingdom

CAMBRIDGE UNIVERSITY PRESS
The Edinburgh Building, Cambridge, CB2 2RU, UK
40 West 20th Street, New York, NY 10011-4211, USA
10 Stamford Road, Oakleigh, VIC 3166, Australia
Ruiz de Alarcón 13, 28014 Madrid, Spain
Dock House, The Waterfront, Cape Town 8001, South Africa

http://www.cambridge.org

First published 2004
Printed in Canada

ISBN 0 521 61778 2 paperback

© Arctic Climate Impact Assessment, 2004

**Author**
Susan Joy Hassol

**Project Production and Graphic Design**
Paul Grabhorn, Joshua Weybright, Clifford Grabhorn (Cartography)

**Photography**
Bryan and Cherry Alexander, and others; credits on page 139

**Technical editing**
Carolyn Symon

**Contributors**

**Assessment Integration Team**

Robert Corell, Chair
Pål Prestrud, Vice Chair
Gunter Weller
Patricia A. Anderson
Snorri Baldursson
Elizabeth Bush
Terry V. Callaghan

Paul Grabhorn
Susan Joy Hassol
Gordon McBean
Michael MacCracken
Lars-Otto Reiersen
Jan Idar Solbakken

American Meteorological Society, USA
Centre for Climate Research in Oslo, Norway
University of Alaska Fairbanks, USA
University of Alaska Fairbanks, USA
Liaison for the Arctic Council, Iceland
Environment Canada, Canada
Abisko Scientific Research Station, Sweden,
Sheffield Centre for Arctic Ecology, UK
Grabhorn Studio, Inc., USA
Independent Scholar and Science Writer, USA
University of Western Ontario, Canada
Climate Institute, USA
Arctic Monitoring and Assessment Programme, Norway
Permanent Participants, Norway

**ACIA Secretariat**
Gunter Weller, Executive Director
Patricia A. Anderson, Deputy Executive Director
Barb Hameister, Sherry Lynch
International Arctic Research Center
University of Alaska Fairbanks
Fairbanks, AK 99775-7740, USA
Tel: +907 474 5818
Fax: +907 474 6722
http://www.acia.uaf.edu

**Lead Authors of the Full Science Report**

Jim Berner
Terry V. Callaghan

Shari Fox
Christopher Furgal
Alf Håkon Hoel
Henry Huntington
Arne Instanes
Glenn P. Juday
Erland Källén
Vladimir M. Kattsov
David R. Klein
Harald Loeng
Marybeth Long Martello

Alaska Native Tribal Health Consortium, USA
Abisko Scientific Research Station, Sweden,
Sheffield Centre for Arctic Ecology, UK
University of Colorado at Boulder, USA
Laval University, Canada
University of Tromsø, Norway
Huntington Consulting, USA
Instanes Consulting Engineers, Norway
University of Alaska Fairbanks, USA
Stockholm University, Sweden
Voeikov Main Geophysical Observatory, Russia
University of Alaska Fairbanks, USA
Institute of Marine Research, Norway
Harvard University, USA

Gordon McBean
James J. McCarthy
Mark Nuttall

Terry D. Prowse
James D. Reist
Amy Stevermer
Aapo Tanskanen
Michael B. Usher
Hjálmar Vilhjálmsson
John E. Walsh
Betsy Weatherhead
Gunter Weller
Fred J. Wrona

University of Western Ontario, Canada
Harvard University, USA
University of Aberdeen, Scotland, UK
University of Alberta, Canada
National Water Research Institute, Canada
Fisheries and Oceans Canada, Canada
University of Colorado at Boulder, USA
Finnish Meteorological Institute, Finland
University of Stirling, Scotland, UK
Marine Research Institute, Iceland
University of Alaska Fairbanks, USA
University of Colorado at Boulder, USA
University of Alaska Fairbanks, USA
National Water Research Institute, Canada

*Note: A full list of additional contributors is found on page 139.*

This report was prepared in English and translated into several other languages; the English version constitutes the official version.
Recommended Citation: ACIA, Impacts of a Warming Arctic: Arctic Climate Impact Assessment. Cambridge University Press, 2004.
http://www.acia.uaf.edu

EXHIBIT 2
Page 2 of 3

Regardless of the emissions scenario or computer model selected, every model simulation projects significant global warming over the next 100 years. Even using the lowest emissions scenario, and the model that generates the least warming in response to changes in atmospheric composition, leads to a projection that the earth will warm more than twice as much in this century as it warmed over the past century. Model simulations further indicate that the warming in the Arctic will be substantially greater than the global average (in some regions, more than double). While the models differ in their projections of some of the features of climate change, they are all in agreement that the world will warm significantly as a result of human activities and that the Arctic is likely to experience noticeable warming particularly early and intensely.

The climate models and emissions scenarios reviewed by the IPCC generate a range of possible conditions for the future. To provide an indication of the types of impacts that are likely to occur, ACIA drew upon the results of five climate models from leading climate research centers and one moderate emissions scenario (known as B2, see Appendix 1 for more information) to be the primary basis for its assessment of the impacts of future climate conditions. The maps of projected climate conditions in this report are based on this B2 emissions scenario. A second emissions scenario (called A2) was added to some analyses to explore another possible future. The focus on these two scenarios here reflects a number of practical limits to conducting this assessment, and is not a judgment that these are the most likely outcomes.

When viewing the model results in this report, it is important to remember that these are not worst-case or best-case scenarios, but rather fall slightly below the middle of the range of temperature rise projected by global climate models. It is also important to note that for many of the impacts summarized in this report, information was also drawn from additional sources, including observed changes in climate, observed impacts, extrapolation of current trends, and laboratory and field experiments published in the peer-reviewed scientific literature.

*When viewing the model results in this report, it is important to remember that these are not worst-case or best-case scenarios, but rather fall slightly below the middle of the range of temperature rise projected by global climate models.*

**Global Climate Model**



Global climate models are computer simulations based on physical laws represented by mathematical equations that are solved using a three-dimensional grid over the globe. The models include the major components of the climate system including the atmosphere, oceans, land surface, snow and ice, living things, and the processes that go on within and between them. As illustrated in the figure, the resolution (grid size) of the global models is fairly coarse, meaning that there is generally higher confidence in larger scale projections and greater uncertainty at increasingly small scales.



Projected Arctic Surface Air Temperatures 2000-2100
60°N – Pole: Change from 1981-2000 average

The ten lines show air temperatures for the region from 60°N to the pole as projected by each of the five ACIA global climate models using two different emissions scenarios. The projections remain similar through about 2040, showing about a 2°C temperature rise, but then diverge, showing increases from around 4° to over 7°C by 2100. The full range of models and scenarios reviewed by the IPCC cover a wider range of possible futures. Those used in this assessment fall roughly in the middle of this range, and thus represent neither best- nor worst-case scenarios.

Note: The full names of these models and a description of the A2 and B2 emissions scenarios can be found in Appendix 1, on pages 126 - 127.

27

EXHIBIT 2
Page 3 of 3