IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, et al.,<br><br>        Plaintiffs,<br><br>  vs.<br><br>DIRK KEMPTHORNE, Secretary of the Interior, et al.,<br><br>        Defendants, and<br><br>CONOCOPHILLIPS ALASKA, INC., et al.,<br><br>        Intervenor/Defendants. | Case No. 1:05-cv-00008-JKS<br><br>O R D E R |

    It is hereby ordered that Defendants' unopposed Motion for Enlargement of Time for Defendants & Intervenors to File Briefs at **Docket No. 77** is **GRANTED**, and that Defendants and Intervenors are granted an enlargement of time to and including August 3, 2006, in which to file briefs in response to Plaintiffs' Opening Brief, and the filing of Plaintiffs' reply to these briefs is extended to August 18, 2006.

    Dated at Anchorage, Alaska, this 3rd day of August 2006.

                                            /s/ James K. Singleton, Jr.
                                            **JAMES K. SINGLETON, JR.**
                                                United States District Judge