IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>DIRK KEMPTHORNE, Secretary of the Interior, et al.,<br><br>    Defendants, and<br><br>CONOCOPHILLIPS ALASKA, INC., et al.,<br><br>    Intervenor/Defendants. | Case No. 1:05-cv-00008-JKS<br><br>O R D E R |

   This matter came before the Court on the State of Alaska's Motion to File Answer to Second Amended Complaint at Docket No. 80. The parties having opportunity to respond, it is hereby ORDERED that the State of Alaska's Motion to File Answer to Second Amended Complaint at **Docket No. 80** is **GRANTED**.

   Dated at Anchorage, Alaska, this 3rd day of August 2006.

/s/ James K. Singleton, Jr.
**JAMES K. SINGLETON, JR.**
United States District Judge

1