IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, et al.,<br><br>        Plaintiffs,<br><br>    vs.<br><br>DIRK KEMPTHORNE, Secretary of the Interior, et al.,<br><br>        Defendants, and<br><br>CONOCOPHILLIPS ALASKA, INC., et al.,<br><br>        Intervenor/Defendants. | Case No. 1:05-cv-00008-JKS<br><br>O R D E R |

   Intervenor/Defendant Arctic Slope Regional Corporation's Motion for Extension of Time to File Answer to Amended Complaint at **Docket No. 82** is **GRANTED**. ASRC shall fill its Answer to the Amended Complaint on or before **August 21, 2006.**

   Dated at Anchorage, Alaska, this 3rd day of August 2006.

                                           /s/ James K. Singleton, Jr.
                                           **JAMES K. SINGLETON, JR.**
                                           United States District Judge

1