

U.S. Department of the Interior
Bureau of Land Management

in cooperation with the
U.S. Department of the Interior
Minerals Management Service

January 2004

# Northwest National Petroleum Reserve-Alaska

# Integrated Activity Plan/ Environmental Impact Statement

# Record of Decision



## The Bureau of Land Management Today

*Our Vision*
To enhance the quality of life for all citizens through
the balanced stewardship of America's
public lands and resources.

*Our Mission*
To sustain the health, diversity, and productivity of
the public lands for the use and enjoyment of
present and future generations.

*Our Values*
To serve with honesty, integrity, accountability, respect,
courage, and committment to make a difference.

*Our Priorities*
To improve the health and productivity of the land
to support the BLM multiple-use mission.

To cultivate community-based conservation,
citizen-centered stewardship, and partnership
through consultation, cooperation, and communication.

To respect, value, and support our employees,
giving them resources and opportunities to succeed.

To pursue excellence in business practices,
improved accountability to our stakeholders,
and deliver better service to our customers.

*BLM/AK/PL-04/008+3130+931*



| | Cover photos: | | |
|---|---|---|---|
| | 1. Roger Delaney | *Photo of Northwest NPRA* |
| | 2. Edward Bovy | *Photo of drilling rig* |
| | 3. BLM file photo | *Photo of Native Subsistence* |
| | 4. BLM file photo | *Photo of Polar Bear* |
| | 5. Dennis R. Green | *Photo of Caribou* |
| | 6. © B. Randall/Vireo | *Photo of King Eider* |
| | 7. Edward Bovy | *Photo of low-ground-pressure vehicle* |

**Exhibit 1, Page 2 of 3**

and allow a moderate level of visual change. These VRM classes apply to all lands within 3 miles of the banks of all identified water bodies. The remainder of the planning area is designated VRM Class IV, where major modifications of the existing scenic character can occur.

**Conclusion.** This decision satisfies the goals of the NPRPA to conduct an expedited program of oil and gas leasing, while providing maximum protection to the important surface values of Special Areas. It places strict restrictions on activities and imposes all practicable mitigation measures and monitoring to ensure adequate protection of the environment of the planning area overall and the avoidance of unnecessary and undue degradation. The BLM's obligations to protect threatened and endangered species, subsistence uses and resources, wild and scenic rivers, and wetlands and floodplains resources also have been satisfied.