3.3.7.2, Page 3-55, Polar Bear, Paragraph 3: We recommend adding the following sentence prior to the existing last sentence:

"In the Planning Area, polar bears are known to have denned at or near Cape Simpson, Smith Bay, Lonely, Pogik Bay, Cape Halkett, Eskimo Islands, Atigaru Point, and the Colville River Delta."

3.4.2, Page 3-69, Subsistence: Oil and gas development in the Northeast Planning Area of the NPR-A could have dramatic effects on bird populations should residents (both native and non-native) have access to newly built roads for hunting. This is particularly relevant given the recent legalization of an Alaska Subsistence Spring/Summer Migratory Bird Harvest. Across the state, residents are able to legally harvest some 34 waterfowl, 6 waterbirds, 30 seabirds, 1 crane, 2 owls and 18 shorebird species. In the Planning Area, legal spring and summer harvest may occur between 2 April and 6 June, and between 16 July and 31 August in 2004 (except for King and Common eiders which have a slightly different season). This new legal harvest may increase the number of non-native hunters that now can legally harvest birds in the spring and summer. Efforts should be made to minimize any use of oil and gas development infrastructure that would promote access to new hunting areas previously difficult to access. More information on this new harvest can be obtained at http://alaska.fws.gov/ambcc/Regulations.htm.

Map 3-19: This map depicts shorebird distributions across the NPR-A based on aerial breeding pair surveys. This map is likely inaccurate for several reasons. First, these surveys were designed to sample waterfowl and thus transect methods are likely inappropriate for shorebirds (even large ones) that are difficult to see and seldom fly up while planes are flying over. Second, shorebirds are counted opportunistically (i.e., when duck numbers are not overwhelming the observers). We recommend using data from the more accurate ground-based surveys described above.

Map 3-24: Several known polar bear den sites have been omitted from the map. We recommend contacting the Service's Marine Mammal Management office at (907) 786-3800 for a listing of current and historic den locations known to occur in and adjacent to the Northeast Planning Area. Polar bear sightings data for 2000-2003 along the coast of the Planning Area are also available.

**Environmental Consequences**

4.3.8.2, Pages 4-104 and 4-105, Effects of Spills: In the fourth paragraph of this section, the text needs to explain that spills occurring during the broken ice and solid ice periods (over 200 days per year) will likely be difficult or impossible to clean up before the ice free period and could, therefore, represent a hazard to spring migrating birds that land in broken ice areas or open leads containing floating oil.

4.3.8.4, Page 4-106, Conclusion: The effects of water draw down on vegetation important as forage for molting geese are unknown. If draw down were to significantly damage important vegetation geese would either be displaced or negatively impacted.

4.3.9.2, Page 4-121, Effects From a Large Spill, Paragraph 3: Please replace this paragraph with the following text:

> "Polar bears are known to travel and den along the Colville River and would be most vulnerable during fall (open water), winter, and spring months. Polar bears may be affected directly through contacting spilled oil or ingesting contaminated prey, or indirectly through loss of habitat or prey species. However, the low probability of a large scale oil spill combined with the likelihood of low numbers of bears occurring in the area indicates that population-level effects would likely be low, unless spilled oil traveled extensively into the marine environment, or aggregations of bears encountered oil."

4.3.10.2, Page 4-130, Effects of Spills, Spectacled and Steller's Eiders, Paragarph 2, Sentence 3: It is not necessarily true that an offshore spill in summer would have a greater effect on threatened eiders than a winter spill. A winter spill may not be cleaned up until well after spring breakup. If floating oil was present during the spring broken ice period, migrating eiders would be oiled when landing in contaminated leads.

4.4.8, Page 4-202, Birds: Besides birds being simply displaced, the authors should note the possibility that displaced birds may breed less successfully or not at all and may have higher mortality rates than birds able to return to their original breeding site. This is a distinct possibility because displaced birds may be forced to settle for lesser quality habitat.

4.4.8.2, Page 4-203, Effects of Disturbances, Exploration: The introductory paragraph of this section states that temporary displacement of a small number of birds from preferred sites may occur. The third paragraph, however, states that permanent displacement from nesting, feeding or brood-rearing habitats may occur. The discrepancy should be reconciled in the introduction, which should summarize the general finding that is supported in subsequent paragraphs. The DEIS also states that conducting surveys after the nesting season would eliminate potential for nest abandonment. This sentence should acknowledge that information on nesting would be sacrificed if it was not collected during the nesting season.

4.4.8.2, Page 4-203, Effects of Disturbances-Exploration: The use of airguns for seismic work in Teshekpuk Lake or other lakes during summer could not only "temporarily displace" birds from preferred habitats but could also prevent them from putting on adequate fat reserves for successful migration. Thus, there could be more far-reaching consequences than simply causing a bird to move to a new area of the lake. Conducting seismic work only in winter months would eliminate this concern.

4.4.8.2, Page 4-204, Effects of Disturbances, Oil and Gas Development, Activities on Roads and Pads: The first sentence refers to pedestrian traffic on roads and pads. This suggests that pedestrians would not be prohibited from access to these roads. While currently there is no road access to this region, the public and subsistence hunters may use the area to a greater degree if roads are constructed. A thorough analysis of the impacts to natural resources associated with public access or increased subsistence hunting to a currently undeveloped and relatively inaccessible region is needed in the Final EIS.

17

Additionally, the draft acknowledges that impacts from disturbance would occur in habitats with high bird concentrations (goose molting lakes), or if species with low population numbers (brant are well below flyway objectives) or declining populations (brant) are disturbed. The draft states that effects would be mitigated by Lease Stipulation K-4. This explanation fails to note that Alternatives B and C would eliminate a stipulation that currently reduces disturbances from overflights (Pg. 2-65, Table 2-2, Air Traffic, #53), which have been demonstrated to have significant disturbance effects on molting brant (Derksen et al. 1992). The difference between Alternatives, with regard to overflight mitigation measures, is significant and should be discussed in this section.

<u>4.4.8.2, Page 4-205, Effects of Disturbances, Oil and Gas Development, Activities, Air Traffic</u>: The draft states, "...some birds could acclimate to aircraft activity by either remaining in habitats located near aircraft activities, or by moving to nearby habitats." The existing literature suggests that brant do not easily habituate to aircraft disturbances (Owens 1977, Burger 1981, Derksen et al. 1992), and there is no evidence that nearby areas provide the suite of resources (adequate forage and security from predators) present in the areas currently used by molting brant in the TLSA and selected in the absence of disturbance.

<u>4.4.8.2, Page 4-205, Effects of Disturbance, Oil and Gas Development, Watercraft</u>: Watercraft use along rivers could affect some bird species that rely almost strictly on gravel bars and shrubs that occur along the streams. Among the shorebirds, such species include Semipalmated Plovers, Baird's Sandpipers, and Ruddy Turnstones. Repeated displacement of these birds could result in failure to nest, abandonment of nest sites, and generally lower productivity.

<u>4.4.8.2, Page 4-206, Effects of Disturbances, Mortality</u>: Despite the intent of ROP E-9, the Service does not concur that the potential effects to birds of increases in predators would be similar under the No Action Alternative and the draft Preferred Alternative (or for Alternative C). Although North Slope operators have, with the encouragement of the resource agencies, implemented measures to reduce the availability to predators of anthropogenic food sources and nesting or denning structures, these measures have not been completely effective, as evidenced by the continued nesting efforts of ravens on permanent and temporary structures and the persistence of unusually large concentrations of gulls associated with human activities. Because Alternatives B and C would open significantly more area, much of which supports important bird populations and habitats, to oil and gas leasing and development, increases in predators and related impacts to birds would likely be higher under these Alternatives than under the No Action Alternative.

<u>4.4.8.2, Page 4-207, Effects of Spills</u>: Some lakes within the core goose molting area are connected to marine waters. While these lakes would be deferred from development under Alternative B, they could be impacted by potential oil spills from wells located between the proposed no-lease area and the coast in areas proposed to be open for leasing (E and SE of Pogik Bay (T 18N, R3W-R4W), and SW of Cape Halkett (T 16N, R2W), or from spills in marine waters that originate from increased barge traffic. To reduce this risk, it would be prudent to defer these on-shore sites in the blocks T 18N, R3W-R4W, and T 16N, R2W.

<u>4.4.8.4, Page 4-208, Conclusion</u>: It seems unlikely that "once exploration and development/production ceases in an area, bird populations and habitat could recover" unless the land area can be restored to its previous state. Restoration is cost prohibitive, and there are no assurances that roads and pads ultimately will be removed and habitats restored. These areas would still have habitat loss, and the roads may provide increased and continued long-term access routes in the future for the public to hunt, and thus birds using the surrounding area would continue to be affected by increased access in areas with historically lower levels of access. This comment applies also to 4.5.8.4, Page 4-291, Conclusion.

The final paragraph should state that potential additive effects would likely be greatest for Pacific brant due to their sensitivity to disturbance, the current decreasing population trend, and the concentration of up to 30% of the Pacific flyway population in the TLSA.

<u>4.4.9.2, Page 4-214, Activities Not Associated with Oil and Gas Exploration and Development, Paragraph 2</u>: Please add a sentence at the end of this paragraph that states that overland traffic could disturb denning bears, potentially resulting in abandonment of the den site and death of cubs.

<u>4.4.9.2, Page 4-215, Effects of Disturbances, Paragraph 3</u>: We believe that, under the Preferred Alternative and despite the proposed ¾-mile coastal buffer, increased levels of exploratory drilling and development near the coast would increase the likelihood of displacing or attracting polar bears or causing den abandonment, and request that the first sentence of Paragraph 3 be re-stated accordingly. Also, please replace the last sentence in paragraph 3 with the following:

> "The effects of exploration activities, including disturbance and potential spills, would depend on the scale and duration of the activity and could affect some marine mammals. However, numbers of marine mammals in the planning area are likely to be low, and therefore significant effects at the population level are not expected."

<u>4.4.9.2, Page 4-215, Effects of Disturbances, Paragraph 4</u>: We disagree with the last sentence in paragraph 4, which states: "Onshore [exploratory] activities would affect local tundra habitats but would not likely affect individual marine mammals or populations." Individual polar bears may be affected by exploration activities. Of particular concern are winter seismic surveys which are a primary disturbance factor for denning polar bears. This section should reflect that seismic surveys in close proximity to polar bear dens may cause abandonment of maternity dens by polar bears, however, numbers of dens affected would likely be low. Also, mitigation measures (e.g. use of habitat classification system to identify den habitat, pre-activity FLIR reconnaissance flights, use of scent-trained dogs to locate/validate dens, one mile den buffer), incorporated through site-specific Letters of Authorization, would minimize the possibility of disturbance occurring.

<u>4.4.9.2, Page 4-216, Effects from a Large Spill</u>: Please add the same language as recommended for the same section under Alternative A and note that the probability of a spill would be expected to increase with increasing levels of exploration and development.

4.4.9.2, Page 4-217, Conclusion, Paragraph 1: Please insert the word "likely" between "would' and "be" in the first sentence.

4.4.12.2, Page 4-229, Subsistence Harvest Patterns, Paragraph 4, Last Sentence: Given the importance of the molting area to mid-continent white-fronted geese, population level effects could affect subsistence and sport goose harvest on the ACP, and in interior Alaska, Canada, the Midwest states, and Mexico.

4.4.16.2, Page 4-246, Effects of Development: It should be noted that if development activities reduce waterfowl populations sufficiently to cause managers to restrict subsistence harvest (as indicated in Section 4.4.12.2), sport harvest will be restricted as well.

4.5.8.2, Page 4-289, Effects of Disturbances, Oil and Gas Development, Air Traffic: Under Alternative C, aircraft traffic, including takeoffs and landings, apparently could occur within the entire Goose Molting Area. Derksen et al. (1992) did not detect any habituation by molting brant to helicopters on a daily or seasonal basis and predicted serious reductions in body weight at high helicopter travel frequencies. Given the uniqueness of the Goose Molting Area and the status of the brant population, frequent aircraft activity could have serious population-level impacts. While disturbance effects of ground activities (construction and operation on roads and pads) have not been adequately examined, results obtained from helicopter disturbance studies suggest that ground disturbances could have serious impacts as well (Page 4-288). Our comments (above) for Section 4.4.8.2, Page 4-205, Effects of Disturbances, Oil and Gas Development, Activities, Air Traffic are incorporated here by reference.

4.6.3, Page 4-337, Scope of the (Cumulative Case) Analysis: The introduction to the cumulative impacts analysis should state clearly that it will consider loss of breeding, molting, staging, migrating and wintering habitats for migratory birds.

4.6.9.8, Page 4-381, Birds, Cumulative Analysis, Paragraph 2: We disagree that there would be only minor differences in cumulative effects to birds under the Alternatives. Alternatives B and C would almost certainly result in substantially increased intrusion into the Goose Molting Area of the TLSA. As described above, preliminary results of USGS-BRD analysis suggests that since 1999, on average, 47% of molting brant in the TLSA use lakes that would be partially or wholly outside the boundary of the no-lease area proposed under the draft Preferred Alternative (USGS unpubl. data). Similarly, since 1999, on average, 44% of molting greater white-fronted geese and 58% of Canada geese have congregated on lakes in the area that would be available for leasing and development if the draft Preferred Alternative is adopted. Under Alternative C, the entire Goose Molting Area would be open to leasing, with development and related activities allowed within ¼-mile of all goose molting lakes.

After five years of intensive study, Derksen et al. (1992) concluded that the Goose Molting Area was unique and essentially irreplaceable. It is not evident that displaced birds could find alternative molting areas that would provide comparable resources and survival. The Pacific brant population has declined gradually since the 1960s and is currently nearly 50,000 birds below the Pacific Flyway population objective of 162,000 wintering birds (Pacific Flyway Council 2002). Migration and wintering habitats for this species have been degraded

substantially by anthropogenic activities during this period, and recent work has identified human-caused damage to breeding habitat in some areas (Anthony 2003). The harvest of this species, which is highly valued by sport and subsistence hunters, is already restricted well below desired levels. Given the species' inability to habituate to disturbance while molting and the uniqueness of the Goose Molting Area, any encroachment into this area (such as that proposed by Alternatives B and C), could jeopardize this important resource.

The Service believes, therefore, that the likelihood of significant impacts (direct, indirect, and cumulative) to molting geese in general and Pacific brant in particular is greater under the draft Preferred Alternative and Alternative C than under the No Action Alternative, and that this constitutes more than "minor differences" in the cumulative effects these alternatives are likely to have on birds in the Planning Area and specifically in the TLSA. This issue needs to be clearly presented and evaluated in the *Effects of Disturbance* sections (pages 4-382, 4-383, 4-384, and 4-386) of the final EIS.

Additionally, the claim regarding only minor differences in cumulative effects between the Alternatives appears to be based on the assumption that only a small percentage of the overall Planning Area is likely to be developed. Without a greater understanding of the distribution of birds throughout the Northeast Planning Area and how this distribution overlaps with future oil development, this conclusion appears unsubstantiated. For example, we have very little information on how different BCC species are distributed throughout the NPR-A. This lack of knowledge prevents us from determining how development would affect wildlife under the various Alternatives.

The last sentence of this paragraph states that the portion of habitat affected would be a small percentage of total habitat on the ACP. This statement is misleading because it does not consider the fact that birds are not evenly distributed across the ACP. Instead, molting geese in particular concentrate in specific habitats where leasing is currently closed, some or all of which would be made available for oil and gas leasing and development under alternatives B or C. Additionally, impacts to birds may not be related only to the amount of habitat affected (the development "footprint"), but to a somewhat larger area that includes the "zone of influence" of oil and gas activities that may impact birds beyond the development footprint, including development-related disturbances such as increased air traffic.

<u>4.6.9.8, Page 4-382, Birds, Cumulative Analysis, Effects of Disturbance, Aircraft and Vessel Disturbance</u>: The last sentence of paragraph 3 states that disturbance from aircraft would affect a small percentage of total bird populations. This statement is speculative, particularly because there are no stipulations that specifically and with certainty direct how air traffic will occur in the goose molting area. Our comments (above) for Section <u>4.4.8.2, Page 4-205, Effects of Disturbances, Oil and Gas Development, Activities, Air Traffic</u> are incorporated here by reference.

<u>4.6.9.8, Page 4-383, Cumulative Analysis, Effects of Disturbance, Other Disturbance Factors</u>: Lacroix et al. (2003) found no major effects of seismic activity on **long-range** movements and diving behavior of **molting (i.e., flightless)** long-tailed ducks in the lagoons near Prudhoe Bay (information in bold is important but omitted in the DEIS). This does not mean such activities

would not affect the thousands of flight-capable shorebirds that use the Colville Delta and other river mouths in or adjacent to the Northeast Planning Area. These birds are trying to put on fat reserves in preparation for a long-distance migration. Disturbance in areas used by staging shorebirds could limit their ability to acquire food and the fat reserves necessary for migration.

4.6.9.8, Page 4-385, Cumulative Analysis, Effects of a Large Oil Spill: The first sentence of the first paragraph suggests that any oil spill is likely "to be contained and cleaned up before substantial bird loss can occur." This seems unlikely if the spill should occur during the spring break-up season, when moving ice flows make distribution of containment booms impossible, or in the fall months, when large storms frequently hit the coast. This seems like an overly optimistic assessment of industry's ability to clean up spills should they occur.

The potential impact of a large oil spill on staging shorebirds on the Colville River Delta also appears to be understated given that between 45,000 and 300,000 shorebirds stage on the delta between the 25 July and 5 September (Andres 1994, Andres, pers. comm.). The uncertainty in these numbers occurs because information on turnover rates of birds is poor (45,000 would be present if birds stayed at least 7 days and 300,000 would be present if birds stayed one day). Large numbers of shorebirds could die during this critical staging period should they encounter oil on shorelines through oil exposure and subsequent hypothermia, or indirectly by birds eating contaminated prey or their invertebrate food sources dying (Andres 1994). Contamination of sediments and thereby invertebrates could affect intertidal areas (and thus feeding shorebirds) for years to come as has been seen in Prince William Sound. Disturbances such as these could have population-level effects (as opposed to the loss of a few nests as described in the DEIS) because very large number of birds would be affected.

4.6.9.8, Page 4-386, Birds, Cumulative Analysis, Conclusion, Paragraph 2: The final sentence of this paragraph states that the (cumulative) effects on bird populations resulting from future project infrastructure, including that related to the Alternatives analyzed in the DEIS, would be expected to be less severe than previous developments. While this may be true in a general sense based on improved technologies and a growing understanding of impacts and measures for effectively mitigating them, it is unlikely that this generalization holds true for all bird populations on the ACP. For example, it certainly is not accurate with regard to potential impacts to molting geese that concentrate specifically within the TLSA. Nowhere else on the ACP would past or future development and related infrastructure be expected to have as great a potential for impacts to populations of molting geese, particularly Pacific brant, as would development that could result from implementation of the draft Preferred Alternative or Alternative C. This needs to be clearly acknowledged and evaluated in the cumulative analysis for the Final EIS.

4.6.9.9, Page 4-391, Marine Mammals, Cumulative Analysis, Effects of Noise and Disturbance on Polar Bears: Please replace the fourth sentence with the following:

> "The cumulative effects of these combined disturbances are unknown and will depend on the type, level, frequency, and duration of the disturbance, as well as the number of bears affected. If low numbers of bears are affected, populations would be expected to recover within a year or two."

<u>4.6.9.9, Page 4-392, Marine Mammals, Cumulative Analysis, Effects of Spills</u>: Please add the following text:

> "The potential for increased dependence on terrestrial habitats by polar bears combined with increased human development from multiple lease sales and subsequent exploration and development within NPR-A and ongoing development at Alpine, Northstar, Prudhoe Bay, and Point Thompson increases risks to polar bears from oil spills. Increased encounters with humans and spilled oil or other contaminants could increase cumulative effects to the polar bear population."

<u>4.6.9.14, Page 4-411, Cumulative Analysis, Paragraph 2</u>: This analysis should address the significant threats to the subsistence lifestyles of the Native peoples of western and southwestern Alaska if the proposed encroachment into Goose Molting Area results in a population-level effect on Pacific brant. Similarly, subsistence hunters in interior Alaska could be affected by impacts on the mid-continent white-fronted goose population.

<u>4.7.8, Page 4-421, Birds</u>: Pre-migratory staging shorebirds may be particularly susceptible to disturbance associated with aircraft flying over the delta as people travel to the various pad sites. Staging birds are typically very prone to fly when disturbed, which could interrupt feeding and prevent them from gaining the necessary fat to successfully migrate to the lower portions of North America and Latin America. This may be especially problematic for Dunlins, the most common staging bird in the area, as they are also undergoing an energetically expensive, pre-migratory molt at this time. Given that there are a limited number of staging areas along the North Slope, birds might have few options for moving to new areas that provide comparable resources.

<u>4.7.8, Page 4-421, Unavoidable Adverse Impacts, Birds and 4.9.8, Page 4-432, Unavoidable Adverse Impacts, Birds</u>: These sections should adequately describe the potential consequences of encroachment into the Goose Molting Area. There is little evidence that displaced birds simply move to adjacent habitat.

<u>4.8.8, Page 4-427, Relationship Between the Local Short-term Uses and Maintenance and Enhancement of Long-term Productivity, Birds</u>: This section should adequately describe the potential long-term consequences of encroachment into the Goose Molting Area.

<u>4.9.8, Page 4-432, Irreversible and Irretrievable Commitment of Resources, Birds</u>: This section should adequately describe the potential long-term consequences of encroachment into the Goose Molting Area.

<u>4.11.3.8, Page 4-456, Birds</u>: The potential for a permanent road to lead to increased access and, subsequently, a larger subsistence harvest of birds is understated as it does not mention that the new legal subsistence harvest will allow native and non-native hunters to harvest birds during the spring and summer (in addition to the normal fall hunt). The authors did a good job indicating the differential effect of roads on shorebird species (i.e., intolerant versus tolerant species).

23

**Appendices**

<u>B.2.2.1, Page B-7, Evaluation of the Effect of Use, Occupancy, or Disposition on Subsistence Uses and Needs</u>: This section needs to mention the potential effects of Alternatives B and C on Native peoples in western, southwestern, and interior Alaska if long-term impacts to molting geese were to occur.

<u>D.4.2.4, Page D-27, Withdrawal of Freshwater From Lakes and Ponds, Paragraph 2</u>: Emphasis should be placed on protecting ponds and lakes that are used for nesting and brood-rearing.

<u>J.7, Page J-8, Contemporary Subsistence Uses</u>: This and the following sections should acknowledge the importance of migratory birds from the project area to Native peoples in western, southwestern and interior Alaska.

Attachment 2
U. S. Fish and Wildlife Service References
Northeast National Petroleum Reserve-Alaska
Draft Amended Integrated Activity Plan/Environmental Impact Statement

**References for Specific Comments**

Alaska Shorebird Group. 2004. A Conservation Plan for Alaska Shorebirds, Second Edition. Unpubl. Report, Alaska Shorebird Group. Available through U.S. Fish and Wildlife Service, Migratory Bird Management, Anchorage, AK, (scheduled for completion in December 2004).

Amstrup, S.C. 2000. Polar Bear. Pp. 133-157, *in* J.J. Truett and S.R. Johnson, eds., The Natural History of an Arctic Oil Feild: Development and the Biota. Academic Press, Inc. NY.

Amstrup, S.C. and C. Gardner. 1994. Polar bear maternity denning in the Beaufort Sea. Journal of Wildlife Management 58:1-10.

Andres, B.A. 1994. Coastal zone use by postbreeding shorebirds in northern Alaska. J. Wildl. Manage. 58:206-213.

Andres, B.A. 2004. Density of shorebirds breeding in the National Petroleum Reserve – Alaska. Unpubl. Report, U.S. Fish and Wildlife Service, Denver, CO.

Anthony, R.M. 2003. Aerial videography of brant colonies on Yukon Delta NWR in 2003. Unpubl. USGS Report, Anchorage, AK.

Baker, A.J., P.M. Gonzalez, T. Piersma, L.J. Niles, I. de Lima Serrano do Nascimento, P.W. Atkinson, N.A. Clark, C.D.T. Minton, M. Peck, and G. Aarts. 2004. Rapid population decline in red knots: fitness consequences of refueling rates and late arrival in Delaware Bay. Pro. R. Soc. London B. 271:875-882.

Barter, M. 2003. The Yellow Sea—a race against time. Wader Study Group Bull. 100:111–113.

Brown, S., C. Hickey, B. Harrington, and R. Gill. Eds. 2001. The U. S. Shorebird Conservation Plan, Second Edition. Manomet Center for Conservation Sciences. Manomet, MA.

Burger, J. 1981. The effect of human activity on birds at a coastal bay. Biol. Conserv. 21:231-241.

Conant, B. and R.J. King. 2003. Winter Waterfowl Survey, Mexico West Coast and Baja California. Unpubl. Report. U.S. Fish and Wildlife Service, Anchorage, AK. 23 pp.

Derksen, D.V., K.S. Bollinger, D. Esler, K.C. Jensen, E.J. Taylor, M.W. Miller, and M.W. Weller. 1992. Effects of Aircraft on Behavior and Ecology of Molting Black Brant near Teshekpuk Lake, Alaska. Final Report. Department of the Interior, U.S. Fish and Wildlife Service, Anchorage, AK. 227 pp.

Donaldson, G., C. Hyslop, G. Morrison, L. Dickson, and I. Davidson (eds.). 2001. Canadian shorebird conservation plan. Canadian Wildlife Service, Environment Canada, Ottawa, Ontario. 27 pp.

Engelmoer, M., and C. Roselaar. 1998. Geographical variation in waders. Kluwer Academic Publishers, Dordrecht, The Netherlands.

Gabrielson, I.N., and F. C. Lincoln. 1959. The Birds of Alaska. Stackpole Co., Harrisburg, PA, and Wildlife Management Institute, Washington, D.C.

Gibson, D.D., and B. Kessel. 1997. Inventory of the species and subspecies of Alaska birds. West. Birds 28:45–95.

Gill R.E., Jr., and C.M. Handel. 1990. The importance of subarctic intertidal habitats to shorebirds: A study of the central Yukon-Kuskokwim Delta, Alaska. Condor 92:702–725.

Gotthardt, T., and R. Lanctot. 2002. Status report on the Buff-breasted Sandpiper (*Tryngites subruficollis*). Unpubl. Report prepared for U. S. Fish and Wildlife Service (Ecological Services), Anchorage, AK. 49 pp.

Groves, D.J. 2004. Alaska Productivity Surveys of Geese, Swans, and Brant, 2003. Unpubl. Report. U.S. Fish and Wildlife Service, Migratory Bird Management, Juneau, AK. 14 pp.

Groves, D.J., B. Conant, R.J. King, J.I. Hodges, and J.G. King. 1996. Status and trends of loon populations summering in Alaska, 1971-1993. Condor 98:189-195.

Handel, C.M., and C.P. Dau. 1988. Seasonal occurrence of migrant Whimbrels and Bristle-thighed Curlews on the Yukon-Kuskokwim Delta, Alaska. Condor 90:782–790.

Harrington, B. 2001. Red Knot (*Calidris canutus*). *In* The Birds of North America, No. 563 (A. Poole and F. Gill, eds.). The Birds of North America, Inc., Philadelphia, PA.

Holmes, R.T., and F.A. Pitelka. 1998. Pectoral Sandpiper (*Calidris melanotos*). *In* The Birds of North America, No. 348 (A. Poole and F. Gill, eds.). The Birds of North America, Inc., Philadelphia, PA.

Howe, M. A., P.H. Geissler, and B.A. Harrington. 1989. Population trends of North American shorebirds based on the International Shorebird Survey. Biol. Consv. 49:185–199.

Johnson, O.W. 2003. Pacific and American Golden-Plovers: Reflections on conservation needs. Wader Study Group Bull. 100:10-13.

Kalxdorff, S. and K. Proffitt. 2003. Demography and behavior of polar bears feeding on stranded marine mammal carcasses. *In* Presentation Summaries of the U.S. Department of the Interior, Minerals Management Service Information Transfer Meeting, March 10-12, 2003, Anchorage, AK.

Kessel, B., and D.D. Gibson. 1978. Status and distribution of Alaska birds. Stud. Avian Biol. 1.

Lacroix, D.L., R.B. Lanctot, J.A. Reed, and T.L. McDonald. 2003. Effect of underwater seismic surveys on molting male Long-tailed Ducks in the Beaufort Sea, Alaska. Can. J. Zool. 81:1862-1875.

Lanctot, R.B., and C.D. Laredo. 1994. Buff-breasted Sandpiper (*Tryngites subruficollis*). *In* The Birds of North America, No. 91 (A. Poole and F. Gill, eds.). The Academy of Natural Sciences, Philadelphia, and The American Ornithologists' Union, Washington, D.C.

Lanctot, R.B. and P.J. Weatherhead. 1997. Ephemeral lekking behavior in the buff-breasted sandpiper, *Tryngites subruficollis*. Behav. Ecol. 8:268-278.

Lanctot, R.B., D.E. Blanco, R.A. Dias, J.P. Isacch, V.A. Gill, J.B. Almeida, K. Delhey, P.F. Petracci, G.A. Bencke, and R.A. Balbueno. 2002. Conservation status of the buff-breasted sandpiper: historic and contemporary distribution and abundance in South America. Wilson Bull. 114:44-72.

Larned, W.W., R. Stehn, and R. Platte. 2003. Eider Breeding Population Survey, Arctic Coastal Plain, Alaska, 2003. Unpubl. U.S. Fish and Wildlife Service, Soldotna, AK. 44 pp.

MacWhirter, B., P. Austin-Smith, Jr., and D. Kroodsma. 2002. Sanderling (*Calidris alba*). *In* The Birds of North America, No. 653 (A. Poole and F. Gill, eds.). The Birds of North America, Inc., Philadelphia, PA.

Mallek, E.J. 2004. Teshekpuk Lake Area Molting Goose Survey - 2003. Unpubl. Report, U.S. Fish and Wildlife Service, Waterfowl Management, Fairbanks, AK. 13 pp.

Mallory, E.P. 1981. Ecological, behavioral, and morphological adaptations of a shorebird (the Whimbrel, *Numenius phaeopus hudsonicus*) to its different migratory environments. Ph.D. diss., Dartmouth College, Hanover, NH.

McCaffery, B.J. 1996. The status of Alaska's large shorebirds: a review and an example. Internat. Wader Stud. 8:28–32.

McCaffery, B., and R. Gill. 2001. Bar-tailed Godwit (*Limosa lapponica*). *In* The Birds of North America, no. 581 (A. Poole and F. Gill, eds.). The Birds of North America, Inc., Philadelphia, PA.

Morrison, R.I.G., R.E. Gill, Jr., B.A. Harrington, S. Skagen, G.W. Page, C.L. Grattor-Trevor, and S.M. Haig. 2001. Estimates of shorebird populations in North America. Occasional Paper No. 104, Canadian Wildlife Service, Ottawa, Ontario. 64 pp.

Morrison, R.I.G., R.K. Ross, and L.J. Niles. 2004. Declines in wintering populations of Red Knots in southern South America. Condor 106:60–70.

Neiman, D., K. Warner, J. Smith, J. Solberg, F. Roetker, D. Lobpries, N. Lyman, R. Walters, and S. Durham. 2003. Fall inventory of mid-continent white-fronted geese, 2003. Unpubl. Report, Canadian Wildlife Service, Saskatoon, Saskatchewan.

Owens, N.W. 1977. Responses of wintering brent geese to human disturbance. Wildfowl 28:5-14.

Pacific Flyway Council. 2002. Pacific Flyway Management Plan for Pacific Brant. Unpubl. Report, Pacific Flyway Study Committee, c/o U.S. Fish & Wildlife Service, DMBM, Portland, OR.

Schliebe, S., S.B. Miller, and K. Proffitt. In Review. Pack ice position and polar bear distribution in the Central Beaufort Sea, Alaska during fall open water and freeze-up period, 2000-2002. *In* Presentations of the Fifteenth International Conference on Bear Research and Management, Febrauary 8-13, 2004, San Diego, CA.

Skeel, M.A., and E.P. Mallory. 1996. Whimbrel (*Numenius phaeopus*). *In* The Birds of North America, No. 219 (A. Poole and F. Gill, eds.). The Academy of Natural Sciences, Philadelphia, PA, and The American Ornithologists' Union, Washington, D.C.

Stirling, I. and D. Andriashek. 1992. Terrestrial maternity denning of polar bears in the eastern Beaufort Sea area. Arctic 45:363-366.

Stout, J. and G.W. Cornwell. 1976. Nonhunting mortality of fledged North American waterfowl. J. Wildl. Manage. 40:681-693.

Suydam, R.S., D.L. Dickson, J.B. Fadely, and L.T. Quakenbush. 2000. Population declines of king and common eiders of the Beaufort Sea. Condor 102:219-222.

Thompson, M.C. 1974. Migratory patterns of ruddy turnstones in the central Pacific region. Living Bird 12:5–23.

Trost, R.E., and M.S. Drut. 2003. 2003 Pacific Flyway Data Book. Unpubl. Report, U.S. Fish and Wildlife Service, Portland, OR.

Troy, D.M. 2003. Molt migration of spectacled eiders in the Beaufort Sea Region. Unpubl. report for BP Exploration Inc., Anchorage. 17 pp.

U.S. Fish and Wildlife Service. 2003. Waterfowl population status, 2003. U.S. Dept. of Interior, Washington, D.C. 53 pp.

Warnock, N., and R.E. Gill, Jr. 1996. Dunlin (*Calidris alpina*). *In* The Birds of North America, No. 203 (A. Poole and F. Gill, eds.). The Academy of Natural Sciences, Philadelphia, and The American Ornithologists' Union, Washington, D.C.