# Final

# Amendment to the Northeast National Petroleum Reserve Integrated Activity Plan/ Environmental Impact Statement

## Volume 2

**Chapter 4: Environmental Consequences (Sections 4.7 to 4.12)**
**Chapter 5: Consultation and Coordination**
**Chapter 6: Response to Public Comments**

Prepared by

U.S. Department of the Interior, Bureau of Land Management
Anchorage, Alaska

January 2005

# CHAPTER 4
# ENVIRONMENTAL CONSEQUENCES
## Sections 4.7 – 4.12

ENVIRONMENTAL CONSEQUENCES

from federal leases at Northstar) totals 13.97 Bbbl. The latest state lease sales—North Slope Areawide and Beaufort Sea Areawide—were held in October 2004 (Petroleum News Alaska 2004c). Between the end of 2004 and 2008, the State of Alaska is expected to hold the following annual areawide lease sales annually:

- Beaufort Sea Areawide sale including unleased state (within 3 miles of coastline) waterbottoms from Barrow to the Canadian border each October;

- North Slope Areawide sale, including unleased state lands between the Arctic National Wildlife Refuge and the National Petroleum Reserve – Alaska each October; and

- North Slope Foothills Areawide sale, extending into the foothills of the Brooks Range each May.

The state has not yet estimated oil and gas resources involved in these future lease sales, but informal industry estimates project 4 Bbbl in undiscovered resources on state lands on the North Slope, which include both leased and unleased state properties. Most are expected to be producible only as satellites.

The State of Alaska is continuing efforts to drill a stratigraphic test well offshore of Arctic National Wildlife Refuge. The state also recently developed a new mitigation measure (Mitigation Measure 18) to ensure that exploration, development, and production activities are conducted in a manner that prevents unreasonable conflicts between oil and gas activities and subsistence whale hunting. The lessee has to consult with the NSB and Alaska Eskimo Whaling Commission to discuss how siting, timing, and methods of proposed operations can be planned and carried out to avoid potential conflicts with subsistence whale hunting (Petroleum News Alaska 2004c, d).

### 4.7.3.7 Federal Lease Sales Considered in This Cumulative Effects Analysis

In this analysis, lease sales for the federal OCS and the National Petroleum Reserve – Alaska are considered. Although Northstar production from the federal OCS is small (1,131,639 bbl to May 2002), possible future production from Sale 186 is estimated at 460 MMbbl. As indicated above, speculative future onshore and offshore production of 6.17 Bbbl of currently undiscovered resources is also estimated (Table 4-36).

Since December 1979, the USDOI has held eight lease sales in federal waters of the Beaufort Sea. The latest, Sale 186, was held in September 2003. The Beaufort Sea Sale 195 is scheduled for March 2005; another sale is scheduled for March 2007. Over 720 leases have been issued in the Beaufort Sea, totaling 3.7 million acres. About 30 wells have been drilled on federal leases, with 9 wells determined to be producible. All wells have been plugged and abandoned, because field economics have not favored production. There are 64 active leases on federal submerged lands in the Beaufort Sea. The Kuvlum and Hammerhead units are potentially producible, although not currently leased, but there are no estimates of available resources. The Northstar Unit comprises two federal tracts. These tracts contain less than 20 percent of Northstar's estimated 158 MMbbl of oil reserves.

Table 4-35. Summary of Reserve and Resource Estimates Used in the Cumulative Analysis.

| Production Activity | Oil (Bbbl) | Contribution to Total North Slope Resources by Volume of Oil (%) |
|---|---|---|
| Low End of the Range (Past and Present) | 7.37 | 0 |
| Middle Portion (Past, Present, and Reasonably Foreseeable) | 12.60 | 8 |
| High End (Past, Present, Reasonably Foreseeable, and Speculative) | 18.77 | 11 |
| Sources: USDOI BLM and MMS (2003), USDOI MMS (2003c), and AOGCC (2004). | | |

Table 4-36. Production, Reserves, and Resource Estimates Used in the Cumulative Analysis[1].

| Timeframes and Field or Area | Oil (Bbbl)[1] | Gas (Bcf)[1] |
|---|---|---|
| **Past and Present (total)** | 7.37 | 33[2] |
| Onshore–past | 6.69 | 33[2] |
| Offshore–past | 0.35 | |
| Onshore–present | 0.33 | |
| **Reasonably Foreseeable Future (total)** | 5.23 | 0.75[3] |
| Discovered Onshore and Offshore | 1.57 | |
| Undiscovered Onshore | 3.66[4] | |
| **Speculative (total)** | 6.17 | 32,800[5] |
| Onshore | 3.66[6] | |
| Offshore | 2.51[7] | |
| **Total** | 18.77 | 32,834 |

[1] Production and reserve data are as of December 2003.
[2] Gas production to date is from Barrow gas fields supplied for local use to the Barrow community.
[3] All gas production from existing oil fields is used by facilities for fuel or reinjected for reservoir pressure maintenance. No gas production is transported and marketed outside the North Slope.
[4] Includes one-half of the resource of 2.054 Bbbls from Northeast National Petroleum Reserve - Alaska (this amendment) and one-half of the resource of 1.260 Bbbls from Northwest National Petroleum Reserve - Alaska at $30 per bbl. Also includes 2.0 Bbbls from unnamed satellite fields.
[5] Future production of natural gas assumes that a transportation system will eventually be constructed to move North Slope gas resources to outside markets. All proposed systems are uneconomic under current conditions.
[6] Includes one-half of the resource of 2.054 Bbbls from Northeast National Petroleum Reserve - Alaska (this amendment) and one-half of the resource of 1.260 Bbbls from Northwest National Petroleum Reserve – Alaska at $30 per bbl. Also includes 2.0 Bbbls from unnamed satellite fields. No economic resource estimates for BLM defined plays were available for the Southern Planning Area of National Petroleum Reserve – Alaska.
[7] The midpoint of the $20 to $30 per bbl estimates for the 2000 Beaufort Sea Assessment.
Sources: USDOI BLM and MMS (2003), USDOI MMS (2003c), and AOGCC (2004).

From an historical standpoint, only about one-third of the federal sales originally scheduled in the Beaufort Sea were held, and only a small fraction of the tracts offered in the sales were leased (less than 7 percent). Few of those leases were actually tested by drilling (30 wells on 20 prospects). Most discoveries (11 wells determined to be producible) were too small or too costly to become viable fields. One field (Northstar, discovered in 1984) started production in 2001, while another (Liberty, discovered in 1982) is being considered for development.

The BLM held lease sales in the Planning Area in the early 1980s. Recent lease sales by the BLM include leasing 133 tracts in 1999, and leasing an additional 60 tracts in 2002. ConocoPhillips has drilled 13 wells, with announced discoveries of gas, oil, and condensate in five or six wells. British Petroleum has drilled two wells, and Anadarko has drilled one well, but neither company has made any announcements regarding the producibility of these wells.

The BLM held an oil and gas lease sale on June 2, 2004, for 484 tracts in the Northwest National Petroleum Reserve – Alaska, and for 22 tracts that combine lands from the Northwest and Northeast National Petroleum Reserve – Alaska along the Ikpikpuk River that had not been offered previously. About 5.8 million acres were offered. Five companies submitted bonus bids totaling $53,904,491 to win rights to develop 123 oil and gas lease tracts. The single largest bid was $13,745,000 for tract D-19 near the Ikpikpuk River. The BLM may also hold lease sales in the Planning Area in 2005, depending upon the outcome of the Amended IAP/EIS.

### 4.7.3.8   Infrastructure and Transportation

Production of any North Slope petroleum reserves would not occur without a means of exporting the production to market. The transportation infrastructure system for any project includes four components: pipelines from the production pads to a CPF, pipeline from the CPF to TAPS, TAPS from Prudhoe Bay to Valdez, and seagoing tankers that travel from Valdez to ports on the west coast of the U.S. and in Asia.