DEAN K. DUNSMORE
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone:(907)271-5452
Facsimile: (907)271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, et al.,<br><br>            Plaintiffs,<br><br>  v.<br><br>DIRK KEMPTHORNE, Secretary of the Interior; et al.,<br><br>            Defendants, | No. 1:05-cv-00008-JKS<br><br>DEFENDANTS' REQUEST FOR ORAL ARGUMENT |

    Defendants, Dirk Kempthorne, Secretary of the Interior, et al., request oral argument on the issues presented by the parties' briefs, Docket Entry Nos. 49, 85, 86 and 93.

    The Bureau of Land Management has announced that the proposed lease sale which is the subject of these briefs will be held on September 27, 2006. Exhibit 1 hereto. Bids must be received by September 22, 2006. *Id*. The parties agreed to a briefing schedule in this case that they hoped would enable the Court to decide the merits of this action before the proposed lease sale. If oral argument would prevent the court from entering a decision by

September 27, 2006, defendants preference is for entry of a decision rather than oral argument.

Dated this 23rd day of August 2006.

/s/ Dean K. Dunsmore
DEAN K. DUNSMORE
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone:(907)271-5452
Facsimile: (907)271-5827
Email: dean.dunsmore@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 23rd day of August 2006 a copy of the foregoing DEFENDANTS' REQUEST FOR ORAL ARGUMENT and attached Exhibit were served electronically on:

Deirdre McDonnell
Jeffrey W. Leppo
Laura J. Beveridge
Ethan Falatko
David C. Crosby

/s/ Dean K. Dunsmore
DEAN K. DUNSMORE