

# News

Bureau of Land Management, Alaska State Office, Office of Communications
222 W. 7th Avenue #13, Anchorage AK 99513-7599
Tel: 907-271-5555  Fax: 907-271-5421

**FOR IMMEDIATE RELEASE**　　　　　　　　　　News Release No. AK 06-16
**Contact: Edward Bovy (907) 271-3318**　　　　　　　Date: August 23, 2006

## BLM announces details of Petroleum Reserve lease sale

The Bureau of Land Management will offer 696 tracts on 8,036,485 acres in the northeast and northwest planning areas of the National Petroleum Reserve-Alaska at a competitive sealed bid lease sale September 27, 2006 in Anchorage. The Notice of Sale appears in the August 23, 2006 issue of the *Federal Register*.

Included in the sale offering will be a reoffering of leases on 183,200 acres that have been relinquished since the 2002 lease sale. Also included are about 373,000 acres north of Teshekpuk Lake which will be offered for the first time following the completion of a revised land use plan for the reserve's Northeast Planning Unit in January 2006. Teshekpuk Lake and areas along the Colville River will <u>not</u> be leased.

Potential bidders and the public can obtain the Detailed Statement of Sale from the BLM Public Information Center at the first floor of the Anchorage Federal Building, 222 W. 7th Avenue, Anchorage AK 99513 during normal business hours (Monday-Friday, 7:45 a.m. to 3:45 p.m.) or request one by mail (907-271-5960). The Detailed Statement of Sale, including maps, also can be viewed on the BLM-Alaska website www.blm.gov/ak.

Bids, regardless of how they are sent, must be received by 3:45 p.m. September 22, 2006, at the above address. Bids will be opened beginning at 9:00 a.m. at the Z. J. Loussac Public Library, 3200 Denali St., Anchorage.

"In order to mitigate possible impacts to biological and subsistence values surrounding Teshekpuk Lake, BLM has crafted 11 additional stipulations that will apply to biologically sensitive areas. Some areas will also need to have another 3 years of monitoring and study before we will authorize activities beyond winter exploration," said acting State Director Julia Dougan.

The National Petroleum Reserve is thought to contain between 5.9 and 13.2 billion barrels of technically recoverable oil resources and 39 to 83 trillion cubic feet of natural gas. The area surrounding Teshekpuk Lake is thought to have 2 billion barrels of technically recoverable oil. "This is a significant amount of oil that will help decrease our dependence on imported oil," added Dougan.

### ###

EXHIBIT 1
Page 1 of 1