```
                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA

NATIONAL AUDUBON SOCIETY, ALASKA   )
WILDERNESS LEAGUE, et al.          )
                                   )
              Plaintiffs,          )
                                   )  No. 1:05-cv-00008-JKS
     v.                            )
                                   )
DIRK KEMPTHORNE, Secretary of the  )
Interior; HENRI BISSON, et al.     )
                                   )
              Defendants,          )
                                   )
_____)
```

ORDER

It is hereby ordered that Defendants' Motion to file Conventional Copies filed August 3, 2006, is granted and that defendants may file with the court in conventional form one copy of the following:

(1) Northeast National Petroleum Reserve-Alaska Draft Integrated Final Activity Plan/ Environmental Impact Statement issued in June 2004;

(2) the Northeast National Petroleum Reserve-Alaska, Final Amended Integrated Activity Plan/Environmental Impact Statement issued in January 2005,

(3) Final Biological Opinion (01-12-2005); and

(4) Record of Decision: Northeast National Petroleum Reserve-Alaska, Final Amended Integrated Activity Plan/Environmental Impact Statement signed by Deputy Assistant Secretary of the Interior Chad Calvert on January 11, 2006.

DATED this 31st day of August 2006.

                                             /s/James K. Singleton, Jr.
                                            JAMES K. SINGLETON, Jr.
                                            United States District Judge