DEAN K. DUNSMORE
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone:(907)271-5452
Facsimile: (907)271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>GALE NORTON, Secretary of the Interior; HENRI BISSON, et al.<br><br>　　　　　Defendants, | No. 1:05-cv-00008-JKS<br><br>DEFENDANTS' NOTICE OF FILING OF CONVENTIONAL COPIES |

　　　Defendants give notice that on this date they have pursuant to the Order (Docket Entry No. 96) filed in conventional form one copy of the following documents:

　　　(1) Northeast National Petroleum Reserve-Alaska Draft Integrated Final Activity Plan/ Environmental Impact Statement issued in June 2004 (consisting of 2 volume);

　　　(2) the Northeast National Petroleum Reserve-Alaska, Final Amended Integrated Activity Plan/Environmental Impact Statement issued in January 2005 (consisting of 3 volumes);

　　　(3) Final Biological Opinion (01-12-2005); and

　　　(4) Record of Decision: Northeast National Petroleum Reserve-Alaska, Final Amended Integrated Activity Plan/Environmental Impact Statement (hereinafter referred to as ROD) signed by Deputy

Assistant Secretary of the Interior Chad Calvert on January 11, 2006.

Dated this 1st day of September 2006.

/s/ Dean K. Dunsmore
DEAN K. DUNSMORE
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone:(907)271-5452
Facsimile: (907)271-5827
Email: dean.dunsmore@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 1st day of September 2006 a copy of the foregoing DEFENDANTS' NOTICE OF FILING OF CONVENTIONAL COPIES was served electronically on:

Deirdre McDonnell
Jeffrey W. Leppo
David C. Crosby
Ethan Falatko


/s/ Dean K. Dunsmore
DEAN K. DUNSMORE