UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY; ALASKA WILDERNESS LEAGUE; CENTER FOR BIOLOGICAL DIVERSITY; NATURAL RESOURCES DEFENSE COUNCIL; NORTHERN ALASKA ENVIRONMENTAL CENTER; SIERRA CLUB; and THE WILDERNESS SOCIETY,<br><br>        Plaintiffs,<br><br>        vs.<br><br>DIRK KEMPTHORNE,[1] Secretary of the Interior; HENRI BISSON, State Director, Bureau of Land Management; TOM MELIUS,[2] Regional Director, United States Fish & Wildlife Service; BUREAU OF LAND MANAGEMENT; UNITED STATES FISH AND WILDLIFE SERVICE; and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>        Defendants, and<br><br>CONCOCOPHILIPS ALASKA, INC.; ANDARKO PETROLEUM CORPORATION; ARCTIC SLOPE REGIONAL CORPORATION; and STATE OF ALASKA,<br><br>        Intervenor-Defendants. | No. 1:05-cv-00008-JKS<br><br>ORDER RE: ADDITIONAL BRIEFING ON PRELIMINARY DECISION |

---

[1] Dirk Hempthorne substituted for P. Lynn Scarlett. FED. R. CIV. P. 25(d)(1).

[2] Tom Melius substituted for Rowan Gould. FED. R. CIV. P. 25(d)(1).

Attached hereto is a preliminary decision that sets out the Court's preliminary analysis of this matter. The preliminary decision does **not** decide the matter. Rather, it provides the parties with the Court's current view. In lieu of oral argument the Court invites further briefing addressing the preliminary decision as set forth below. In addition to presenting those matters on which the party may disagree, the Court invites the views of the parties on the scope of the injunctive relief to be granted.

This matter has been extensively briefed by the parties and the Court has carefully considered all the arguments raised, whether or not the argument is specifically referred to in the Preliminary Decision. Accordingly, additional briefing should address specific errors of law or fact in the preliminary decision, not rehash arguments previously made.

Briefs, not to exceed 15 pages in length, must be served (to be received by) and filed not later than September 15, 2006.

Each party may serve and file a rebuttal brief, not to exceed seven pages in length, not later than September 21, 2006.

After the Court reviews the additional briefing, it may adopt all, some or none of this preliminary decision when it decides the matter.

Dated: September 6, 2006

s/ James K. Singleton, Jr.
JAMES K. SINGLETON, JR.
United States District Judge
