**NATIONAL PETROLEUM RESERVE - ALASKA**
Northeast Plan Area
Lease Tracts 2006

- Available
- Leased in 1999
- Leased in 2002
- Unavailable
- H — High Oil Potential Area
- L — Low Oil Potential Area

Ex. A, p. 1