Westlaw.

71 FR 49471-02                                                          Page 1

71 FR 49471-02, 2006 WL 2417117 (F.R.)

(Cite as: 71 FR 49471)


NOTICES

DEPARTMENT OF THE INTERIOR

Bureau of Land Management

[AK940-1310EI-002L-241A; AK940-1310EI-002L-241A]

National Petroleum Reserve--Alaska Oil and Gas Lease Sale 2006

Wednesday, August 23, 2006

AGENCY: Bureau of Land Management, Interior.

*49471 ACTION: Notice of National Petroleum Reserve--Alaska Oil and Gas Lease Sale
2006.

SUMMARY: National Petroleum Reserve--Alaska; Notice of Sale and Notice of
Availability of the Detailed Statement of Sale for Oil and Gas Lease Sale 2006.

 The Bureau of Land Management, Alaska State Office, will hold an oil and gas
lease sale bid opening for the Northeast and Northwest Planning Areas of the
National Petroleum Reserve--Alaska.

 Tracts offered for competitive bid in the Northeast Planning Area cover land not
previously offered for sale, as identified in the January 11, 2006, Record of
Decision on the Amended Integrated Activity Plan/Environmental Impact Statement;
land previously offered in Sale Numbers 991 (1999) and 2002, but for which no bid
was received; and land from leases issued after the 2002 Sale that have been
relinquished by lessees. All the tracts in the Northwest Planning Area cover land
offered in the 2004 Sale but that did not receive any bid.

DATES: The oil and gas lease sale bid opening will be held at 8 a.m. on September
27, 2006, at the Wilda Marston Theatre in the Z. J. Loussac Public Library, 3600
Denali Street, Anchorage, Alaska.

FOR FURTHER INFORMATION CONTACT: Bob Fisk at (907) 271-4407.

SUPPLEMENTARY INFORMATION: All bids must be submitted by sealed bid in accordance
with the provisions identified in the Detailed Statement of Sale and received at
the Bureau of Land Management, Alaska State Office, 222 W. 7th Ave., #13,
Anchorage, Alaska 99513-7599 no later than 3:45 p.m., September 22, 2006.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Ex. B, p. 1

71 FR 49471-02                                                              Page 2

71 FR 49471-02, 2006 WL 2417117 (F.R.)

**(Cite as: 71 FR 49471)**


 The Detailed Statement of Sale for Sale 2006 may be obtained by written request
to the Public Information Center, Bureau of Land Management, **Alaska** State Office,
222 W. 7th Ave., #13, Anchorage, **Alaska** 99513-7599, or by telephone at (907)
271-5960. It will include, among other things, a description of the land to be
offered for lease, the lease terms, conditions, special stipulations, required
operating *49472 procedures, and how and where to submit bids. It will be
available to the public immediately after publication of this Notice.

 Dated: June 1, 2006.

Julia Dougan,

State Director, **Alaska** State Office, Bureau of Land Management.

[FR Doc. E6-13925 Filed 8-22-06; 8:45 am]

BILLING CODE 4310-GG-P

 71 FR 49471-02, 2006 WL 2417117 (F.R.)

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Ex. B, p. 2