

**Jim Hughes/WO/BLM/DOI**
04/11/2003 03:24 PM

To   Bob Johns/WO/BLM/DOI@BLM
cc
bcc
Subject   Re: News Release for approval:  NPRA NE

Bob. It looks okay to me. This will probably be a touch controversial

--------------------------
Sent from my BlackBerry Wireless Handheld

----- Original Message -----
From:Bob Johns/WO/BLM/DOI
To:Celia Boddington/WO/BLM/DOI@BLM,
     Jim Hughes/WO/BLM/DOI@BLM
Cc:
Date: 04/11/2003 02:36:31 PM
Subject: Re: News Release for approval:  NPRA NE

OK, get it to Lillie in ASLM and I will forward it to Jim Hughes for his concurrence since Fran is out.


   Celia Boddington
   04/11/2003 10:27 AM

           To: Bob Johns/WO/BLM/DOI@BLM
           cc:
           Subject: News Release for approval:  NPRA NE

FYI -- I've already run this up to John W. and Henri has sent it to Dave Bernhardt.  Perhaps Fran Cherry
wnats to see it.  Plus I"m getting an Early ALert sent in on it.
----- Forwarded by Celia Boddington/WO/BLM/DOI on 04/11/2003 10:31 AM -----

   Jody Weil
   04/10/2003 04:19 PM

           To: Celia Boddington/WO/BLM/DOI@BLM
           cc: Drue Pearce/SIO/OS/DOI@DOI, Cam Toohey/SIO/OS/DOI@DOI
           Subject: News Release for approval:  NPRA NE

We plan to release this on Tues. April 15 following a press conference.

News
U.S. Department of the Interior
Bureau of Land Management

DRAFT  DRAFT  DRAFT  April 15, 2003
For additional information: Jody Weil, 271-4418

**Exhibit 1, Page 1 of 2**

BLM plans to revise plan for Northeast
National Petroleum Reserve-Alaska

The Bureau of Land Management (BLM) announced plans to amend its 1998 land use plan for 4.6 million acres of public land in the northeast corner of the National Petroleum Reserve-Alaska (NPR-A).

"We've learned a lot during the past four years," said BLM Alaska State Director Henri Bisson. "We know that we can safely explore this area without significant impact to sensitive wildlife and subsistence resources. We also believe that we can develop critical hydrocarbon resources in a manner that protects these same values". Bisson believes this is the ideal time to reevaluate the current plan for this portion of the National Petroleum Reserve to (1) evaluate exploration and development opportunities that could provide access to significant new oil discoveries, while remaining sensitive to biological and subsistence values and, (2) consider changing the current prescriptive stipulations into a mixture of prescriptive and performance-based stipulations similar to those being developed for the Northwest portion of the National Petroleum Reserve.

BLM geologists and petroleum experts believe that areas currently off-limits for exploration in the reserve may contain more than two billion barrels of technically-recoverable petroleum. Many of these lands, near Teshekpuk Lake, lie within an area with significant populations of caribou, raptors and waterfowl.

Prescriptive stipulations are very specific and in some cases inappropriately or needlessly restrictive. Performance-based stipulations often can accomplish the same goal, but are more flexible. "For example, if oil and gas exploration is planned in the same area that has sensitive wildlife habitat, it is possible to allow exploration in the winter when the animals are not present," said Bisson.

Bisson said that he expects intense public interest in this proposal to amend the current plan. "This is a National Petroleum Reserve and we believe that there are billions of gallons of oil that can be responsibly extracted from the northeast portion of this area. There clearly needs to be additional public review of prior decisions for this area, regardless of the outcome of the plan amendment process".

BLM will release a schedule for revising the current plan soon; there will be two opportunities for public comment. BLM will prepare a supplemental Environmental Impact Statement and expects the entire process to be completed by the end of 2004.

Since the original plan was completed in 1998, the agency has awarded leases on about 1.4 million acres in the northeast corner of the reserve and industry has drilled 13 exploratory wells. BLM also has been gathering data and conducting additional biological studies and monitoring exploration activities.

Two other environmental impact statements for the National Petroleum Reserve-Alaska are underway. One is developing a land use plan for 8.8 million acres of land in the northwest portion and a second effort is evaluating a proposal from Conoco-Phillips for expanding production from the Alpine field.

# # #

**Exhibit 1, Page 2 of 2**