DEAN K. DUNSMORE
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone:(907)271-5452
Facsimile: (907)271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, et al.<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, Secretary of the Interior; HENRI BISSON, et al.<br><br>Defendants, | No. 1:05-cv-00008-JKS<br><br>DEFENDANTS' NOTICE OF FILING CORRECTED BRIEF |

    Defendants give notice of the filing of the accompanying Defendants' Supplemental Reply Brief -- Corrected. This brief corrects an error and an ambiguity in footnote 7 on page 7 of Defendants' Supplemental Reply Brief (Docket Entry No. 103).

    Dated this 22nd day of September 2006.

                                    /s/ Dean K. Dunsmore
                                    DEAN K. DUNSMORE
                                    DEPARTMENT OF JUSTICE
                                    Environment & Natural Resources Division
                                    801 B Street, Suite 504
                                    Anchorage, Alaska 99501-3657
                                    Telephone:(907)271-5452
                                    Facsimile: (907)271-5827
                                    Email: dean.dunsmore@usdoj.gov
                                    Attorney for Defendants

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 22nd day of September 2006 a copy of the foregoing DEFENDANTS' NOTICE OF FILING CORRECTED BRIEF  was served electronically on:

Deirdre McDonnell
Jeffrey W. Leppo
Laura J. Beveridge
Ethan Falatko
David C. Crosby


/s/ Dean K. Dunsmore
DEAN K. DUNSMORE