

Map 1. Northeast National Petroleum Reserve-Alaska Amendment, Record of Decision

**EXHIBIT 1**