**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

NATIONAL AUDUBON SOCIETY; ALASKA
WILDERNESS LEAGUE; CENTER FOR
BIOLOGICAL DIVERSITY; NATURAL
RESOURCES DEFENSE COUNCIL;
NORTHERN ALASKA ENVIRONMENTAL
CENTER; SIERRA CLUB; and THE
WILDERNESS SOCIETY,

      Plaintiffs,

                                    Case Number 1:05-cv-00008-JKS

v.

DIRK KEMPTHORNE,[1/] Secretary
of the Interior; HENRI BISSON,
State Director, Bureau of Land
Management; TOM MELIUS,[2/] Regional
Director, United States Fish &
Wildlife Service; BUREAU OF LAND
MANAGEMENT; UNITED STATES FISH AND
WILDLIFE SERVICE; and UNITED
STATES DEPARTMENT OF THE INTERIOR,

      Defendants, and

CONCOCOPHILIPS ALASKA, INC.;
ANDARKO PETROLEUM CORPORATION;
ARCTIC SLOPE REGIONAL CORPORATION;
and STATE OF ALASKA,

      Intervenor-Defendants.

**JUDGMENT IN A CIVIL CASE**

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

---

    [1/] Dirk Hempthorne substituted for P. Lynn Scarlett. FED. R. CIV. P. 25(d)(1).

    [2/] Tom Melius substituted for Rowan Gould. FED. R. CIV. P. 25(d)(1).

[~4261970.wpd]{JMT2.WPT*Rev.3/03}

__X__  **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED THAT:

1.     The Record of Decision made by the Secretary of the Interior dated July 11, 2006, is hereby vacated and remanded for further action consistent with the Memorandum Decision of even date herewith; and

2.     The Secretary of the Interior is enjoined from taking any further action with respect to the Northeast Planning Area under the Record of Decision dated January 11, 2006, except as consistent with the Memorandum Decision of even date herewith, without further order of the Court.

APPROVED:

_s/ James K. Singleton Jr._
JAMES K. SINGLETON, JR.
United States District Judge

_____
Date: September 25, 2006

*NOTE: Award of costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

_Ida Romack_
Ida Romack, Clerk of Court