Deirdre McDonnell
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Phone: (907) 586-2751
Fax:    (907) 463-5891
Email: dmcdonnell@earthjustice.org

*Attorneys for Plaintiffs National Audubon Society, et al.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY,<br><br>    Plaintiffs,<br><br>    v.<br><br>DIRK KEMPTHORNE, Secretary of the Interior;[1] HENRI BISSON, State Director, Bureau of Land Management; TOM MELIUS, Regional Director, United States Fish and Wildlife Service;[2] BUREAU OF LAND MANAGEMENT, UNITED STATES FISH AND WILDLIFE SERVICE, and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>    Defendants, and<br><br>CONOCOPHILLIPS ALASKA, INC., ANADARKO PETROLEUM CORPORATION, ARCTIC SLOPE REGIONAL CORPORATION, and STATE OF ALASKA,<br><br>    Intervenor-Defendants. | Case No. 1:05-cv-00008-JKS |

**APPLICATION FOR ATTORNEYS' FEES AND EXPENSES**

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), Dirk Kempthorne has been automatically substituted for P. Lynn Scarlett.

[2] Pursuant to Fed. R. Civ. P. 25(d)(1), Tom Melius has been automatically substituted for Rowan Gould.

Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(1)(B), Plaintiffs National Audubon Society, Alaska Wilderness League, Center for Biological Diversity, Natural Resources Defense Council, Northern Alaska Environmental Center, Sierra Club, and The Wilderness Society ("Applicants") hereby apply for an award from the Federal Defendants of attorney's fees in the amount of $197,098.10 and expenses in the amount of $1,365.75. Applicants do not seek any fees or expenses from any of the Intervenor-Defendants.

Applicants are prevailing parties as a result of this Court's decision of September 25, 2006. This application is timely because it is filed within 30 days of when the time for appeal ended. *See* 28 U.S.C. § 2412(d)(1)(B); *Id.* § 2412(d)(2)(G); *Melkonyan v. Sullivan*, 501 U.S. 89, 96 (1991); Fed. R. App. P. 4(a)(1)(B). Applicants are eligible for an award of fees and expenses under EAJA, because they are organizations described in section 501(c)(3) of the Internal Revenue Code with fewer than 500 employees. *See* 28 U.S.C. § 2412(d)(2)(B). This motion is supported by the attached itemized statements of time expended and expenses. *See* Exhibits 1 and 2. These statements establish that Applicants are entitled to an award of fees and expenses as follows:

| Attorney | Hours | Hourly Rate | Fees |
|---|---|---|---|
| Deirdre McDonnell | 398.46 | $275 | $109,576.50 |
| Eric Jorgensen | 146.90 | $325 | $47,742.50 |
| Michael LeVine | 162.36 | $160 | $25,977.60 |
| Layla Hughes | 58.68 | $160 | $9,388.80 |
| Thomas Waldo | 3.50 | $325 | $1,137.50 |
| Katherine Glover | 20.47 | $160 | $3,275.20 |
| **TOTAL FEES** | **790.37** | | **$197,098.10** |

| Expense | Amount |
|---|---|
| Court Fees | $252.32 |
| Computerized Research | $450.10 |
| Supplies and Exhibits | $42.00 |
| Postage & Delivery | $204.66 |
| Copying | $272.50 |
| Telephone | $132.05 |
| Facsimile | $12.12 |
| **TOTAL EXPENSES** | **$1,365.75** |

Pursuant to the Unopposed Motion for Extension of Time filed herewith, Applicants seek additional time to file the following materials in support of this application:

- declarations establishing Applicants' eligibility under EAJA;

- declarations establishing the hours expended and hourly rate;

- an allegation that the position of the United States was not substantially justified; and

- a memorandum of law in support of the application.

Applicants may also modify their itemized statements of time and costs, and the total amounts, at the time they submit these materials. Applicants request this extension for the purpose of seeking to settle this application with the Federal Defendants.

Dated this 27th day of December, 2006.

Respectfully submitted,

/s/ Deirdre McDonnell
Deirdre McDonnell (AK Bar # 0111082)
Eric P. Jorgensen (AK Bar # 8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801

        Phone: (907) 586-2751
        Fax:    (907) 463-5891
        Email: dmcdonnell@earthjustice.org

*Attorneys for Plaintiffs National Audubon Society, Alaska Wilderness League, Center for Biological Diversity, Natural Resources Defense Council, Northern Alaska Environmental Center, Sierra Club, and The Wilderness Society*

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2006, a copy of the APPLICATION FOR THE ATTORNEYS' FEES AND EXPENSES, with accompanying materials, was served electronically on:

**Dean K. Dunsmore**
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B. Street, Suite 504
Anchorage, AK 99501-3657

**Jeffrey W. Leppo**
**Laura J. Beveridge**
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101

**David C. Crosby**
DAVID C. CROSBY, P.C.
5280 Thane Road
Juneau, AK 99801-7717

**Ethan Falatko**
**Lawrence Z. Ostrovsky**
STATE OF ALASKA
Office of the Attorney General
P.O. Box 110300
Juneau, AK 99811-0300


  /s/ Deirdre McDonnell
  Deirdre McDonnell