## ITEMIZED STATEMENT OF ATTORNEYS' FEES

**ATTORNEYS' FEES BY ITEM**

| ITEM | HOURS | RATE | FEES |
|---|---|---|---|
| **Research Claims, Prepare Complaint (2/2/05 -- 3/28/05)** | | | |
| Deirdre McDonnell | 21.87 | $275 | $6,014.25 |
| Eric Jorgensen | 19.60 | $325 | $6,370.00 |
| Michael LeVine | 14.87 | $160 | $2,379.20 |
| Layla Hughes | 10.75 | $160 | $1,720.00 |
| **TOTAL** | **67.09** | | **$16,483.45** |
| **ROD Review (1/11/06 -- 2/1/06)** | | | |
| Deirdre McDonnell | 8.00 | $275 | $2,200.00 |
| Layla Hughes | 2.25 | $160 | $360.00 |
| **TOTAL** | **10.25** | | **$2,560.00** |
| **Research Claims, Prepare Amended Complaint (1/25/06 -- 3/9/06)** | | | |
| Deirdre McDonnell | 41.71 | $275 | $11,470.25 |
| Eric Jorgensen | 16.07 | $325 | $5,222.75 |
| Layla Hughes | 30.58 | $160 | $4,892.80 |
| Thomas Waldo | 0.75 | $325 | $243.75 |
| **TOTAL** | **89.11** | | **$21,829.55** |
| **Record Review (3/30/06 -- 05/1/06)** | | | |
| Deirdre McDonnell | 52.22 | $275 | $14,360.50 |
| Eric Jorgensen | 7.03 | $325 | $2,284.75 |
| Michael LeVine | 29.92 | $160 | $4,787.20 |
| Layla Hughes | 15.10 | $160 | $2,416.00 |
| **TOTAL** | **104.27** | | **$23,848.45** |
| **Opening Brief (3/14/06 -- 5/24/06)** | | | |
| Deirdre McDonnell | 139.75 | $275 | $38,431.25 |
| Eric Jorgensen | 65.77 | $325 | $21,375.25 |
| Michael LeVine | 98.00 | $160 | $15,680.00 |
| Katharine Glover | 6.27 | $160 | $1,003.20 |
| **TOTAL** | **309.79** | | **$76,489.70** |

*National Audubon Society, et al., v. Kempthorne, et al.,*
1:05-cv-00008-JKS

**Exhibit 1, Page 1 of 3**

| ITEM | HOURS | RATE | FEES |
|---|---:|---:|---:|
| **Second Amended Complaint (5/22/06 -- 5/24/06)** | | | |
| Katharine Glover | 14.20 | $160 | $2,272.00 |
| **TOTAL** | **14.20** | | **$2,272.00** |
| | | | |
| **Reply in Support of Leave to Amend (6/9/06 -- 6/16/06)** | | | |
| Deirdre McDonnell | 2.18 | $275 | $599.50 |
| Eric Jorgensen | 3.28 | $325 | $1,066.00 |
| **TOTAL** | **5.46** | | **$1,665.50** |
| | | | |
| **Reply Merits (8/3/06 -- 8/18/06)** | | | |
| Deirdre McDonnell | 95.88 | $275 | $26,367.00 |
| Eric Jorgensen | 21.65 | $325 | $7,036.25 |
| Michael LeVine | 14.18 | $160 | $2,268.80 |
| Thomas Waldo | 2.55 | $325 | $828.75 |
| **TOTAL** | **134.26** | | **$36,500.80** |
| | | | |
| **Supplemental Briefing (9/7/06 -- 9/15/06)** | | | |
| Deirdre McDonnell | 23.32 | $275 | $6,413.00 |
| Eric Jorgensen | 10.50 | $325 | $3,412.50 |
| Michael LeVine | 4.87 | $160 | $779.20 |
| Thomas Waldo | 0.20 | $325 | $65.00 |
| **TOTAL** | **38.89** | | **$10,669.70** |
| | | | |
| **Rebuttal (9/18/06 -- 9/21/06)** | | | |
| Deirdre McDonnell | 13.53 | $275 | $3,720.75 |
| Eric Jorgensen | 3.00 | $325 | $975.00 |
| Michael LeVine | 0.52 | $160 | $83.20 |
| **TOTAL** | **17.05** | | **$4,778.95** |
| | | | |
| **GRAND TOTAL** | **790.37** | | **$197,098.10** |

*National Audubon Society, et al., v. Kempthorne, et al.,*
1:05-cv-00008-JKS

**ATTORNEYS' FEES BY ATTORNEY**

| ATTORNEY | HOURS | RATE | FEES |
|---|---|---|---|
| Deirdre McDonnell | 398.46 | $275 | $109,576.50 |
| Eric Jorgensen | 146.90 | $325 | $47,742.50 |
| Michael LeVine | 162.36 | $160 | $25,977.60 |
| Layla Hughes | 58.68 | $160 | $9,388.80 |
| Thomas Waldo | 3.50 | $325 | $1,137.50 |
| Katharine Glover | <u>20.47</u> | $160 | <u>$3,275.20</u> |
| **TOTAL** | **790.37** | | **$197,098.10** |