**ITEMIZED STATEMENT OF EXPENSES**

| DESCRIPTION | DATE | COST |
|---|---|---|
| Court Fees (U.S. District Court) | March 2005 | $250.00 |
| Court Fees (Pacer) | May 2006 | $0.40 |
| Court Fees (Pacer) | July 2006 | $0.40 |
| Court Fees (Pacer) | October 2006 | $1.52 |
| **Court Fees Total** | | **$252.32** |
| | | |
| Research (Westlaw on-line) | February 2005 | $25.05 |
| Research (Westlaw on-line) | March 2005 | $12.09 |
| Research (Westlaw on-line) | July 2006 | $23.41 |
| Research (Westlaw on-line) | September 2006 | $82.10 |
| Research (Westlaw on-line) | March 2006 | $48.47 |
| Research (Westlaw on-line) | April 2006 | $66.57 |
| Research (Westlaw on-line) | June 2006 | $129.35 |
| Research (Westlaw on-line) | August 2006 | $63.06 |
| **Research Total** | | **$450.10** |
| | | |
| Supplies & Exhibits (Copy Express) | April 2005 | $42.00 |
| **Supplies & Exhibits Total** | | **$42.00** |
| | | |
| Postage & Delivery (I/H postage) | January 2005 | $0.37 |
| Postage & Delivery (I/H postage) | February 2005 | $7.61 |
| Postage & Delivery (I/H postage) | March 2005 | $0.37 |
| Postage & Delivery (I/H postage) | April 2005 | $35.17 |
| Postage & Delivery (I/H postage) | June 2005 | $5.65 |
| Postage & Delivery (I/H postage) | November 2005 | $2.40 |
| Postage & Delivery (I/H postage) | January 2006 | $2.52 |
| Postage & Delivery (I/H postage) | February 2006 | $1.89 |
| Postage & Delivery (I/H postage) | March 2006 | $45.25 |
| Postage & Delivery (I/H postage & DHL) | April 2006 | $18.39 |
| Postage & Delivery (I/H postage) | May 2006 | $34.90 |
| Postage & Delivery (I/H postage & Fed Ex) | June 2006 | $46.87 |
| Postage & Delivery (I/H postage) | August 2006 | $3.27 |
| **Postage & Delivery Total** | | **$204.66** |

*National Audubon Society, et al., v. Kempthorne, et al.,*
1:05-cv-00008-JKS

**Exhibit 2, Page 1 of 3**

| DESCRIPTION | DATE | COST |
|---|---|---|
| Reproduction & Printing (I/H Copying) | January 2005 | $0.20 |
| Reproduction & Printing (I/H Copying) | February 2005 | $19.60 |
| Reproduction & Printing (I/H Copying) | March 2005 | $25.00 |
| Reproduction & Printing (I/H Copying) | April 2005 | $41.70 |
| Reproduction & Printing (I/H Copying) | June 2005 | $7.20 |
| Reproduction & Printing (I/H Copying) | August 2005 | $3.20 |
| Reproduction & Printing (I/H Copying) | September 2005 | $1.60 |
| Reproduction & Printing (I/H Copying) | November 2005 | $1.20 |
| Reproduction & Printing (I/H Copying) | January 2006 | $0.30 |
| Reproduction & Printing (I/H Copying) | February 2006 | $4.20 |
| Reproduction & Printing (I/H Copying) | March 2006 | $9.10 |
| Reproduction & Printing (I/H Copying & Copy Express) | April 2006 | $156.80 |
| Reproduction & Printing (I/H Copying) | May 2006 | $1.30 |
| Reproduction & Printing (I/H Copying) | June 2006 | $0.10 |
| Reproduction & Printing (I/H Copying) | August 2006 | $1.00 |
| **Reproduction & Printing Total** | | **$272.50** |
| Telephone (GCI) | January 2005 | $1.12 |
| Telephone (GCI) | February 2005 | $1.42 |
| Telephone (GCI) | March 2005 | $8.43 |
| Telephone (GCI) | April 2005 | $4.28 |
| Telephone (GCI) | May 2005 | $31.59 |
| Telephone (GCI) | July 2005 | $20.22 |
| Telephone (GCI) | August 2005 | $3.56 |
| Telephone (GCI) | October 2005 | $6.09 |
| Telephone (GCI) | November 2005 | $1.24 |
| Telephone (GCI) | December 2005 | $0.82 |
| Telephone (GCI) | January 2006 | $1.91 |
| Telephone (GCI) | March 2006 | $27.08 |
| Telephone (GCI) | April 2006 | $4.58 |
| Telephone (GCI) | May 2006 | $13.03 |
| Telephone (GCI) | June 2006 | $5.99 |
| Telephone (GCI) | July 2006 | $0.39 |
| Telephone (GCI) | August 2006 | $0.30 |
| **Telephone Total** | | **$132.05** |

| DESCRIPTION | DATE | COST |
|---|---:|---:|
| Facsimile (GCI) | February 2005 | $0.30 |
| Facsimile (GCI) | March 2005 | $9.65 |
| Facsimile (GCI) | April 2005 | $1.70 |
| Facsimile (GCI) | May 2005 | $0.47 |
| **Facsimile Total** | | **$12.12** |
| | | |
| **TOTAL EXPENSES** | | **$1,365.75** |