Deirdre McDonnell
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Phone: (907) 586-2751
Fax:    (907) 463-5891
Email: dmcdonnell@earthjustice.org

*Attorneys for Plaintiffs National Audubon Society, et al.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY,<br><br>    Plaintiffs,<br><br>    v.<br><br>DIRK KEMPTHORNE, Secretary of the Interior;[1] HENRI BISSON, State Director, Bureau of Land Management; TOM MELIUS, Regional Director, United States Fish and Wildlife Service;[2] BUREAU OF LAND MANAGEMENT, UNITED STATES FISH AND WILDLIFE SERVICE, and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>    Defendants, and<br><br>CONOCOPHILLIPS ALASKA, INC., ANADARKO PETROLEUM CORPORATION, ARCTIC SLOPE REGIONAL CORPORATION, and STATE OF ALASKA,<br><br>    Intervenor-Defendants. | Case No. 1:05-cv-00008-JKS |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MATERIALS IN SUPPORT OF APPLICATION FOR ATTORNEYS' FEES AND EXPENSES**

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), Dirk Kempthorne has been automatically substituted for P. Lynn Scarlett.

[2] Pursuant to Fed. R. Civ. P. 25(d)(1), Tom Melius has been automatically substituted for Rowan Gould.

Plaintiffs National Audubon Society, Alaska Wilderness League, Center for Biological Diversity, Natural Resources Defense Council, Northern Alaska Environmental Center, Sierra Club, and The Wilderness Society ("Applicants") hereby move for an extension of time until January 29, 2007, to file certain materials in support of their Application for Attorney's Fees and Expenses, filed herewith. Applicants further request that the time for Federal Defendants to file any opposition to the Application for Attorney's Fees and Expenses shall not begin to run until after Applicants submit the additional materials. The purpose of this motion is to provide time for the parties to attempt to negotiate a settlement of the application, which would avoid the need for adjudication by this Court and limit the hours of attorney time for which the Federal Defendants may be liable.

Applicants seek additional time to file the following materials in support of their application:

- declarations establishing Applicants' eligibility under the Equal Access to Justice Act;

- declarations establishing the hours expended and hourly rate;

- an allegation that the position of the United States was not substantially justified; and

- a memorandum of law in support of the application.

Applicants may also modify their itemized statements of time and costs, and the total amounts, at the time they submit these materials.

This motion is unopposed by the Federal Defendants, the only parties at interest. Applicants do not seek any fees or costs from any of the other parties.

Proposed order is attached.

Dated this 27th day of December, 2006.

                          Respectfully submitted,

                          /s/ Deirdre McDonnell
                        Deirdre McDonnell (AK Bar # 0111082)
                        Eric P. Jorgensen (AK Bar # 8904010)
                        EARTHJUSTICE
                        325 Fourth Street
                        Juneau, Alaska 99801
                        Phone: (907) 586-2751
                        Fax:    (907) 463-5891
                        Email: dmcdonnell@earthjustice.org

*Attorneys for Plaintiffs National Audubon Society, Alaska Wilderness League, Center for Biological Diversity, Natural Resources Defense Council, Northern Alaska Environmental Center, Sierra Club, and The Wilderness Society*

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2006, a copy of Plaintiffs' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MATERIALS IN SUPPORT OF APPLICATION FOR ATTORNEYS' FEES AND EXPENSES, with the accompanying PROPOSED ORDER, was served electronically on:

**Dean K. Dunsmore**
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B. Street, Suite 504
Anchorage, AK 99501-3657

**Jeffrey W. Leppo**
**Laura J. Beveridge**
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101

**David C. Crosby**
DAVID C. CROSBY, P.C.
5280 Thane Road
Juneau, AK 99801-7717

**Ethan Falatko**
**Lawrence Z. Ostrovsky**
STATE OF ALASKA
Office of the Attorney General
P.O. Box 110300
Juneau, AK 99811-0300

  /s/ Deirdre McDonnell
  Deirdre McDonnell