IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>DIRK KEMPTHORNE, Secretary of the Interior [1];<br>HENRI BISSON, State Director, Bureau of Land Management;<br>TOM MELIUS, Regional Director, United States Fish and Wildlife Service[2];<br>BUREAU OF LAND MANAGEMENT,<br>UNITED STATES FISH AND WILDLIFE SERVICE, and<br>UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>　　　　Defendants, and<br><br>CONOCOPHILLIPS ALASKA, INC., ANADARKO PETROLEUM CORPORATION, ARCTIC SLOPE REGIONAL CORPORATION, and STATE OF ALASKA,<br><br>　　　　Intervenor-Defendants. | Case No. 1:05-cv-00008-JKS |

**[PROPOSED] ORDER GRANTING SECOND EXTENSION OF TIME**

Plaintiffs National Audubon Society, *et al.*, have moved for a second extension of time to file materials in support of their Application for Attorneys' Fees and Expenses pursuant to the

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), Dirk Kempthorne has been automatically substituted for P. Lynn Scarlett.
[2] Pursuant to Fed. R. Civ. P. 25(d)(1), Tom Melius has been automatically substituted for Rowan Gould.

Equal Access for Justice Act, 28 U.S.C. § 2412. Docket No. 109. Federal Defendants do not oppose that motion. Accordingly, for good cause shown,

      IT IS ORDERED that the Plaintiffs' motion is **GRANTED**. The Plaintiffs shall submit their materials in support of their application no later than March 30, 2007. The time for Federal Defendants to file any opposition to the Plaintiffs' Application for Attorneys' Fees and Expenses shall not begin to run until after the Plaintiffs submit their additional materials.

      SO ORDERED this _____ day of _____, 2007.

                                                _____
                                                JAMES K. SINGLETON, JR.
                                                United States District Judge