UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUEON SOCIETY, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| DIRK KEMPTHORNE, et al., | ) ) |
| Defendants, and | ) ) |
| CONOCOPHILLIPS ALASKA, INC., et al., | ) ) ) |
| Intervenor-Defendants. | ) ) Case No. 1:05-cv-00008-JKS ) |

**INTERVENOR-DEFENDANT ARCTIC SLOPE REGIONAL CORPORATION'S MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTION OF COUNSEL PURSUANT TO LOCAL RULE 11.1**

Counsel of record for Intervenor-Defendant Arctic Slope Regional Corporation ("ASRC"), David C. Crosby, 5280 Thane Road, Juneau, Alaska 99801-7717, requests permission to withdraw as ASRC's attorney and to substitute as counsel of record the following:

    Steven T. Seward
    Washington Bar #16432
    Alaska Bar #9006044
    The Seaboard Building
    1500 Fourth Avenue, Suite 600
    Seattle, Washington 98101

    Tel: (206) 623-8010
    Fax: (206-343-8895
    Email: steve@stevenseward.com

David C. Crosby, P.C.
5280 Thane Road
Juneau, AK 99801-7717
(907) 586-8282   FAX (907) 586-5959
E-mail: crosbylaw@gci.net

DATED this ___ day of _____, 2007, at Juneau, Alaska.

                                          Respectfully submitted,

                                          DAVID C. CROSBY, P.C.

                                          _____
                                          David C. Crosby
                                          Alaska Bar No. 7106006

                                          Attorney for Intervenor-
                                          Defendant Arctic Slope
                                          Regional Corporation

**CONSENT OF ARCTIC SLOPE REGIONAL CORPORATION
TO WITHDRAWAL OF COUNSEL**

The Arctic Slope Regional Corporation consents to the withdrawal and substitution of counsel.

DATED this 4th day of June, 2007, at Anchorage, Alaska.

                                          _____
                                          Alma M. Upicksoun, Vice President
                                          And General Council
                                          Arctic Slope Regional Corporation

ASRC_MtnLeaveSubstitute.045

*David C. Crosby, P.C.*
*5280 Thane Road*
*Juneau, AK 99801-7717*
*(907) 586-4262  FAX (907) 586-5959*
*E-mail: crosbylaw@gci.net*