**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

NATIONAL AUDUBON SOCIETY,          )
et al.,                            )
                                   )
          Plaintiffs,              )
                                   )
     v.                            )
                                   )
DIRK KEMPTHORNE, et al.,           )
                                   )
          Defendants, and          )
                                   )
CONOCOPHILLIPS ALASKA, INC.,       )
et al.,                            )
                                   )
          Intervenor-              )
          Defendants.              )  Case No. 1:05-cv-00008-JKS
_____)

(Proposed)

ORDER GRANTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR
INTERVENOR-DEFENDANT ARCTIC SLOPE REGIONAL CORPORATION

The motion of intervenor-defendant Arctic Slope Regional Corporation ("ASRC") for withdrawal and substitution of counsel is **GRANTED.**

**IT IS FURTHER ORDERED** that all further pleadings in this case be served upon counsel for ASRC as follows:

        Steven T. Seward
        Washington Bar #16432
        Alaska Bar #9006044
        The Seaboard Building
        1500 Fourth Avenue, Suite 600
        Seattle, Washington 98101

        Tel: (206) 623-8010
        Fax: (206-343-8895
        Email: steve@stevenseward.com

Substituted counsel is **ORDERED** promptly to comply with the Local Rule 5.3 concerning registration of counsel to participate in the Case Management/Electronic Case Filing ("CM/ECF") System.

DATED this ___ day of _____, 2007, at Anchorage, Alaska.


_____
JAMES K. SINGLETON, JR.
United States District Judge


Order_Substitute.045