UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

NATIONAL AUDUBON SOCIETY, )
et al., )
 )
      Plaintiffs, )
 )
v. )
 )
DIRK KEMPTHORNE, et al., )
 )
      Defendants, and )
 )
CONOCOPHILLIPS ALASKA, INC., )
et al., )
 )
      Intervenor- )
      Defendants. ) Case No. 1:05-cv-00008-JKS
 )

**STEVEN T. SEWARD ENTRY OF APPEARANCE ON BEHALF OF
INTERVENOR-DEFENDANT ARCTIC SLOPE REGIONAL CORPORATION**

Please enter my appearance as counsel of record for Intervenor-Defendant Arctic Slope Regional Corporation ("ASRC"). Please serve all other pleadings directed to ASRC to me at the following address:

    Steven T. Seward
    Alaska Bar #9006044
    The Seaboard Building
    1500 Fourth Avenue, Suite 600
    Seattle, WA  98101

DATED this 7th day of June, 2007, at Seattle, Washington.

_____
Steven T. Seward
Alaska Bar #9006044
Attorney for Intervenor-
Defendant Arctic Slope
Regional Corporation