IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, et al.,<br><br>                    Plaintiffs,<br>     vs.<br><br>DIRK KEMPTHORNE, et al.,<br><br>                 Defendants, and<br><br>CONOCOPHILLIPS ALASKA, INC., et al.,<br><br>              Intervenor-<br>     Defendants. | Case No. 1:05-cv-00008-JKS<br><br>O R D E R |

The motion of intervenor-defendant Arctic Slope Regional Corporation ("ASRC") for withdrawal and substitution of counsel at **Docket No. 118** is **GRANTED**.

It is further ordered that all further pleadings in this case be served upon counsel for ASCR as follows:

Steven T. Seward
Washington Bar # 16432
Alaska Bar # 9006044
The Seaboard Building
1500 Fourth Avenue, Suite 600
Seattle, Washington 98101

Tel:   (206) 623-8010
Fax:   (206) 343-8895
Email: steve@stevenseward.com

1

Substituted counsel is ordered to promptly comply with District of Alaska Local Rule 5.3 concerning registration of counsel to participate in the Case Management/Electronic Case Filing ("CM/ECF") System.

Dated at Anchorage, Alaska, this 13th day of June 2007.

_____/s/ James K. Singleton, Jr._____
**JAMES K. SINGLETON, JR.**
United States District Judge

ORDER

F:\HOME\JUDGES\DOCS\SHARED\CV\D.AK 2005\J05-0008.007.wpd