IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

NATIONAL AUDUBON SOCIETY, ALASKA        )
WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL )
DIVERSITY, NATURAL RESOURCES DEFENSE    )
COUNCIL, NORTHERN ALASKA ENVIRONMENTAL  )
CENTER, SIERRA CLUB, and THE WILDERNESS )
SOCIETY,                                )
                                        )
            Plaintiffs,                 )
                                        )  Case No. 1:05-cv-00008-JKS
                  v.                    )
                                        )
DIRK KEMPTHORNE, Secretary of the Interior [1]; )
HENRI BISSON, State Director, Bureau of Land Management; )
TOM MELIUS, Regional Director, United States Fish and )
Wildlife Service[2];                    )
BUREAU OF LAND MANAGEMENT,              )
UNITED STATES FISH AND WILDLIFE SERVICE, and )
UNITED STATES DEPARTMENT OF THE INTERIOR, )
                                        )
            Defendants, and             )
                                        )
CONOCOPHILLIPS ALASKA, INC., ANADARKO   )
PETROLEUM CORPORATION, ARCTIC SLOPE     )
REGIONAL CORPORATION, and STATE OF ALASKA, )
                                        )
            Intervenor-Defendants.      )

**ORDER GRANTING FIFTH EXTENSION OF TIME**

Plaintiffs National Audubon Society, *et al.*, have moved for a fifth extension of time to

file materials in support of their Application for Attorneys' Fees and Expenses pursuant to the

---

[1]  Pursuant to Fed. R. Civ. P. 25(d)(1), Dirk Kempthorne has been automatically substituted for P. Lynn Scarlett.
[2]  Pursuant to Fed. R. Civ. P. 25(d)(1), Tom Melius has been automatically substituted for Rowan Gould.

Equal Access for Justice Act, 28 U.S.C. § 2412.  Docket No. 109.  Federal Defendants do not oppose that motion.  Accordingly, for good cause shown,

**IT IS ORDERED** that the Plaintiffs' motion is **GRANTED**.  The Plaintiffs shall submit their materials in support of their application no later than **August 31, 2007**.  The time for Federal Defendants to file any opposition to the Plaintiffs' Application for Attorneys' Fees and Expenses shall not begin to run until after the Plaintiffs submit their additional materials.


**IT IS SO ORDERED** this 6th day of August 2007.


   /s/James K. Singleton, Jr.   
JAMES K. SINGLETON, JR.
United States District Judge