Deirdre McDonnell
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Phone: (907) 586-2751
Fax:    (907) 463-5891
Email: dmcdonnell@earthjustice.org

*Attorneys for Plaintiffs National Audubon Society, et al.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, and THE WILDERNESS SOCIETY,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>DIRK KEMPTHORNE, Secretary of the Interior [1]; HENRI BISSON, State Director, Bureau of Land Management; TOM MELIUS, Regional Director, United States Fish and Wildlife Service[2]; BUREAU OF LAND MANAGEMENT, UNITED STATES FISH AND WILDLIFE SERVICE, and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>　　　　Defendants, and<br><br>CONOCOPHILLIPS ALASKA, INC., ANADARKO PETROLEUM CORPORATION, ARCTIC SLOPE REGIONAL CORPORATION, and STATE OF ALASKA,<br><br>　　　　Intervenor-Defendants. | Case No. 1:05-cv-00008-JKS |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO
FILE SETTLEMENT PAPERS OR MATERIALS IN SUPPORT OF APPLICATION
FOR ATTORNEYS' FEES AND EXPENSES**

---

[1]  Pursuant to Fed. R. Civ. P. 25(d)(1), Dirk Kempthorne has been automatically substituted for P. Lynn Scarlett.
[2]  Pursuant to Fed. R. Civ. P. 25(d)(1), Tom Melius has been automatically substituted for Rowan Gould.

Plaintiffs National Audubon Society, Alaska Wilderness League, Center for Biological Diversity, Natural Resources Defense Council, Northern Alaska Environmental Center, Sierra Club, and The Wilderness Society ("Applicants") and the Federal Defendants have reached a tentative settlement agreement of the application for attorneys' fees and expenses, subject only to final approval by Federal Defendants.  Accordingly, Applicants hereby move for an extension of time, until November 16, 2007, to file settlement papers withdrawing their Application for Attorneys' Fees and Expenses, filed on December 27, 2006 (Docket No. 109), or to file certain materials in support thereof.  Applicants further request that the time for Federal Defendants to file any opposition to the Application for Attorneys' Fees and Expenses shall not begin to run until after Applicants submit the additional materials.

The purpose of the previous motions for extension of time was to provide time for the parties to attempt to negotiate a settlement of the application, which would avoid the need for adjudication by this Court and limit the hours of attorney time for which the Federal Defendants may be liable.  The parties' attorneys have now reached such an agreement and the time requested is required for the Federal Defendants to obtain approval of the proposed settlement, so an extension to November 16, 2007, should be sufficient to conclude this matter.

This motion is unopposed by the Federal Defendants, the only parties at interest. Applicants do not seek any fees or costs from any of the other parties.

A proposed order is attached.

Dated this 1st day of October, 2007.

        Respectfully submitted,

        s/ Deirdre McDonnell
Deirdre McDonnell (AK Bar # 0111082)
Eric P. Jorgensen (AK Bar # 8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Phone: (907) 586-2751
Fax:    (907) 463-5891
Email: dmcdonnell@earthjustice.org

*Attorneys for Plaintiffs National Audubon Society, Alaska Wilderness League, Center for Biological Diversity, Natural Resources Defense Council, Northern Alaska Environmental Center, Sierra Club, and The Wilderness Society*

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2007, a copy of Plaintiffs' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SETTLEMENT PAPERS OR MATERIALS IN SUPPORT OF APPLICATION FOR ATTORNEYS' FEES AND EXPENSES, with the accompanying PROPOSED ORDER, was served electronically on:

**Dean K. Dunsmore**
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B. Street, Suite 504
Anchorage, AK 99501-3657

**Jeffrey W. Leppo**
**Laura J. Beveridge**
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101

**Steven T. Seward**
The Seaboard Building
1500 Fourth Avenue, Suite 600
Seattle, Washington 98101

**Ethan Falatko**
**Lawrence Z. Ostrovsky**
STATE OF ALASKA
Office of the Attorney General
P.O. Box 110300
Juneau, AK 99811-0300

  s/ Deirdre McDonnell
  Deirdre McDonnell