IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

NATIONAL AUDUBON SOCIETY, ALASKA )
WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL )
DIVERSITY, NATURAL RESOURCES DEFENSE )
COUNCIL, NORTHERN ALASKA ENVIRONMENTAL )
CENTER, SIERRA CLUB, and THE WILDERNESS )
SOCIETY, )
                                          )
          Plaintiffs,                     )
                                          ) Case No. 1:05-cv-00008-JKS
               v.                         )
                                          )
DIRK KEMPTHORNE, Secretary of the Interior[1]; )
HENRI BISSON, State Director, Bureau of Land Management; )
TOM MELIUS, Regional Director, United States Fish and )
Wildlife Service[2]; )
BUREAU OF LAND MANAGEMENT, )
UNITED STATES FISH AND WILDLIFE SERVICE, and )
UNITED STATES DEPARTMENT OF THE INTERIOR, )
                                          )
          Defendants, and                 )
                                          )
CONOCOPHILLIPS ALASKA, INC., ANADARKO )
PETROLEUM CORPORATION, ARCTIC SLOPE )
REGIONAL CORPORATION, and STATE OF ALASKA, )
                                          )
          Intervenor-Defendants.          )

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
SETTLEMENT PAPERS OR MATERIALS IN SUPPORT OF APPLICATION FOR
ATTORNEYS' FEES AND EXPENSES**

Plaintiffs National Audubon Society, *et al.*, have moved for an unopposed motion for

extension of time to file settlement papers or materials in support of their application for

---

[1]  Pursuant to Fed. R. Civ. P. 25(d)(1), Dirk Kempthorne has been automatically substituted for P. Lynn Scarlett.
[2]  Pursuant to Fed. R. Civ. P. 25(d)(1), Tom Melius has been automatically substituted for Rowan Gould.

attorneys' fees and expenses pursuant to the Equal Access for Justice Act, 28 U.S.C. § 2412.

Docket No. 109.  Federal Defendants do not oppose that motion.  Accordingly, for good cause

shown,

IT IS ORDERED that the Plaintiffs' motion is **GRANTED**.  The Plaintiffs shall submit

the settlement papers or their materials in support of their application no later than November 16,

2007.  The time for Federal Defendants to file any opposition to the Plaintiffs' Application for

Attorneys' Fees and Expenses shall not begin to run until after the Plaintiffs submit their

additional materials.

IT IS SO ORDERED this 2nd day of October 2007.

                                        ___/s/James K. Singleton, Jr.___
                                        JAMES K. SINGLETON, JR.
                                        United States District Judge