DEAN K. DUNSMORE
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone:(907)271-5452
Facsimile: (907)271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, et al.<br><br>                Plaintiffs,<br>   v.<br><br>DIRK KEMPTHORNE, Secretary of the Interior, et al.<br><br>                Defendants, | No. 1:05-cv-00008-JKS<br><br>DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME RE: ATTORNEYS' FEES APPLICATION (UNOPPOSED) |

     Defendants Dirk Kempthorne, Secretary of the Interior, et al. on behalf of the plaintiffs and the defendants move the court to further extend and defer briefing on plaintiffs' application for fees and expenses(Docket Entry No. 109) through December 17, 2007.

     In support of the above motion defendants show:

     1. This motion is also filed on behalf of and with the consent of the plaintiffs.

     2. Plaintiffs have filed an application for fees and expenses (Docket Entry No. 109). Briefing on the merits of that request including the submission by plaintiffs of additional materials in support of that application has been most recently extended to November 16, 2007, on order to permit the parties to engage in

negotiations for a settlement of plaintiffs' application, and obtain approval of any settlement. Order (Docket Entry No. 126).

    3. Counsel have negotiated a proposed settlement of plaintiffs' application for fees. A recommendation for approval of that settlement by the appropriate officials within the United States Department of Justice has been submitted, but has not yet acted upon. The enlargement of time sought herein is to continue to extend briefing on plaintiffs' application pending action by the Department of Justice to approve or disapprove the proposed settlement.

    Dated this 16th day of November, 2007.

/s/ Dean K. Dunsmore
DEAN K. DUNSMORE
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone:(907)271-5452
Facsimile: (907)271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 16th day of November, 2007, a copy of the foregoing DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME RE: ATTORNEYS' FEES APPLICATION (UNOPPOSED) and a Proposed Order were served electronically on:

Deirdre McDonnell
Jeffrey W. Leppo
Laura J. Beveridge
Ethan Falatko
David C. Crosby


/s/ Dean K. Dunsmore
DEAN K. DUNSMORE