UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, and THE WILDERNESS SOCIETY et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>DIRK KEMPTHORNE, Secretary of the Interior; et al.,<br><br>       Defendants, | No. 1:05-cv-0008-JKS<br><br>ORDER<br>APPLICATION FOR<br>FEES AND EXPENSES |

IT IS HEREBY ORDERED THAT Defendants' Motion for Enlargement of Time Re: Application for Attorneys' Fees (Unopposed) filed November 16, 2007, is granted. Plaintiffs shall submit the settlement papers or their materials in support of their application for fees and expenses (Docket Entry No. 109) no later than December 17, 2007. The time for Federal Defendants to file any opposition to plaintiffs' application for fees and expenses shall

not begin to run until after plaintiffs submit their additional materials.

DATED this 26 day of November, 2007.

**REDACTED SIGNATURE**

JAMES K. SINGLETON, Jr.
United States District Judge