DEAN K. DUNSMORE
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone:(907)271-5452
Facsimile: (907)271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, and THE WILDERNESS SOCIETY et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>DIRK KEMPTHORNE, Secretary of the Interior; et al.<br><br>        Defendants, | No. 1:05-cv-0008-JKS<br><br><br><br><br><br>PROPOSED ORDER<br>APPLICATION FOR<br>FEES AND EXPENSES |

    IT IS HEREBY ORDERED THAT Defendants' Motion for Enlargement of Time Re: Application for Attorneys' Fees (Unopposed) filed December 17, 2007, is granted. Plaintiffs shall submit the settlement papers or their materials in support of their application for fees and expenses (Docket Entry No. 109) no later than December 31, 2007. The time for Federal Defendants to file any opposition to plaintiffs' application for fees and expenses shall

not begin to run until after plaintiffs submit their additional materials.

 DATED this \_\_\_\_ day of _____, 2007.

             _____
             JAMES K. SINGLETON, Jr.
             United States District Judge