UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, and THE WILDERNESS SOCIETY et al.<br><br>              Plaintiffs,<br><br>    v.<br><br>DIRK KEMPTHORNE, Secretary of the Interior; et al.<br><br>              Defendants, | No. 1:05-cv-0008-JKS<br><br>ORDER<br>APPLICATION FOR<br>FEES AND EXPENSES |

IT IS HEREBY ORDERED THAT Defendants' Motion for Enlargement of Time Re: Application for Attorneys' Fees (Unopposed) filed December 17, 2007, is granted. Plaintiffs shall submit the settlement papers or their materials in support of their application for fees and expenses (Docket Entry No. 109) no later than December 31, 2007. The time for Federal Defendants to file any opposition to plaintiffs' application for fees and expenses shall

-1-

not begin to run until after plaintiffs submit their additional materials.

DATED this 17th day of December, 2007.

/s/ James K. Singleton, Jr.  
JAMES K. SINGLETON, Jr.  
United States District Judge