DEAN K. DUNSMORE
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone:(907)271-5452
Facsimile: (907)271-5827
Email: dean.dunsmore@usdoj.gov

ROBERT GULLEY
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7369
Ben Franklin Station
Washington, D.C. 20044-7369
Telephone: 202-305-0500
Facsimile: 202-305-0275
Email: robert.gulley@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>DIRK KEMPTHORNE, Secretary of the Interior; et al.<br><br>  Defendants, and<br><br>CONOCOPHILLIPS ALASKA, INC., et al.<br><br>  Intervenor-Defendants. | No. 1:05-cv-00008-JKS<br><br>STIPULATION AND SETTLEMENT RE: ATTORNEY'S FEES |

Defendants and plaintiffs stipulate and agree:

    1. The United States Department of the Interior shall pay to Earthjustice one hundred thousand dollars ($100,000.00) in full satisfaction of any and all claims by plaintiffs against federal defendants for attorney's fees, expenses and costs in this action incurred up to the date of the filing of this agreement.

    2. This settlement does not constitute an admission or

evidence as to the liability or lack of liability for fees, expenses, or costs as to any portion of this action. Nor shall it constitute an admission or evidence as to any other issue in this case or any future litigation.

    3. This settlement shall not be interpreted to require the payment of funds not appropriated by Congress.

Dated: December 31, 2007  s/ Dean K. Dunsmore (consent)
Dean K. Dunsmore
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone:(907) 271-5452
Facsimile:(907) 271-5827
Email: dean.dunsmore@usdoj.gov

ROBERT GULLEY
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7369
Ben Franklin Station
Washington, D.C. 20044-7369
Telephone: 202-305-0500
Facsimile: 202-305-0275
Email: robert.gulley@usdoj.gov

Attorneys for Defendants

Dated: December 31, 2007  s/ Deirdre McDonnell (consent)
Deirdre McDonnell
Eric Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Telephone: 907-586-2751
Facsimile: 907-463-5891
Email: dmcdonnell@earthjustice.org

Attorneys for Plaintiffs