Deirdre McDonnell
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Phone: (907) 586-2751
Fax:    (907) 463-5891
Email: dmcdonnell@earthjustice.org

*Attorneys for Plaintiffs National Audubon Society, et al.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>DIRK KEMPTHORNE, Secretary of the Interior,[1] et al.,<br><br>   Defendants, and<br><br>CONOCOPHILLIPS ALASKA, INC., et al.,<br><br>   Intervenor-Defendants. | Case No. 1:05-cv-00008-JKS |

**NOTICE OF SETTLEMENT OF PLAINTIFFS' APPLICATION FOR
ATTORNEYS' FEES AND EXPENSES**

Plaintiffs National Audubon Society, Alaska Wilderness League, Center for Biological Diversity, Natural Resources Defense Council, Northern Alaska Environmental Center, Sierra Club, and The Wilderness Society ("Plaintiffs") hereby give notice that the Stipulation and Settlement re: Attorney's Fees filed today at Docket No. 131 is a final settlement of Plaintiffs' Application for Attorneys' Fees and Expenses, filed on December 27, 2006 (Docket No. 109).

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), Dirk Kempthorne has been automatically substituted for P. Lynn Scarlett.

Dated this 31st day of December, 2007.

        Respectfully submitted,

        s/ Deirdre McDonnell
Deirdre McDonnell (AK Bar # 0111082)
Eric P. Jorgensen (AK Bar # 8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Phone: (907) 586-2751
Fax:     (907) 463-5891
Email: dmcdonnell@earthjustice.org

*Attorneys for Plaintiffs National Audubon Society, Alaska Wilderness League, Center for Biological Diversity, Natural Resources Defense Council, Northern Alaska Environmental Center, Sierra Club, and The Wilderness Society*

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2007, the foregoing NOTICE OF SETTLEMENT OF PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES AND EXPENSES was served electronically on:

**Dean K. Dunsmore**
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B. Street, Suite 504
Anchorage, AK 99501-3657

**Jeffrey W. Leppo**
**Laura J. Beveridge**
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101

**Steven T. Seward**
The Seaboard Building
1500 Fourth Avenue, Suite 600
Seattle, Washington 98101

**Ethan Falatko**
**Lawrence Z. Ostrovsky**
STATE OF ALASKA
Office of the Attorney General
P.O. Box 110300
Juneau, AK 99811-0300


  s/ Deirdre McDonnell
  Deirdre McDonnell