IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, *et al.*,<br><br>        Plaintiffs,<br><br>    vs.<br><br>DIRK KEMPTHORNE, Secretary of the Interior, *et al.*,<br><br>        Defendants, and<br><br>CONOCOPHILLIPS ALASKA, INC., *et al.,*<br><br>        Intervenor-Defendants. | Case No. 1:05-cv-00008 (JKS)<br><br>O R D E R |

      This matter is before the Court on Plaintiffs' motion for attorney fees and costs and expenses.  Docket No. 109.  The parties now inform the Court that they have settled the claim for attorney fees and costs and expenses.  Docket No. 132.

      The settlement agreement at **Docket No. 131** is **APPROVED**.  Plaintiffs' motion at **Docket No. 109** is **DISMISSED**.  Notwithstanding the dismissal, this Court shall retain jurisdiction to enforce the terms of the settlement agreement.

      Dated this 2nd day of January 2008.

                                                  /s/ James K. Singleton, Jr.
                                                **JAMES K. SINGLETON, JR.**
                                                    United States District Judge