DEAN K. DUNSMORE
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone:(907)271-5452
Facsimile: (907)271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, et al.<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>DIRK KEMPTHONRE, Secretary of the Interior;  et al.<br><br>　　　　　　Defendants, | No. 1:05-cv-00008-JKS<br><br>DEFENDANTS' MOTION FOR LEAVE TO RETRIEVE LAPTOP COMPUTER |

　　　Defendants Dirk Kempthorne et al. move the Court for an order permitting them to retrieve the laptop computer that contains the administrative record in the above-captioned case.

　　　In support of the above motion, defendants show:

　　　1. Pursuant to the Order (Docket Entry No. 20) filed March 14, 2006, defendants were permitted to file with the Court the administrative record in this proceeding on a laptop computer. The laptop computer containing that record was filed on March 17, 2006. Defendants' Notice of Delivery of a Laptop Computer (Docket Entry No. 21) filed March 17, 2006, and the Office of the Clerk issued Receipt No. 3576 (copy attached as Exhibit 1 hereto) for that laptop computer.

2. All proceedings in this case have now been concluded. There should be no further need for the Court to access the administrative record in this case. The laptop computer delivered to Court was the property of the Bureau of Land Management (BLM), and with return of that laptop, BLM may put that computer to further use. Therefore, return of the laptop computer is appropriate.

Dated this 1st day of February 2008.

/s/ Dean K. Dunsmore
DEAN K. DUNSMORE
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone:(907)271-5452
Facsimile: (907)271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 1st day of February 2008 a copy of the foregoing DEFENDANTS' MOTION FOR LEAVE TO RETRIEVE LAPTOP COMPUTER together with attached exhibit and a Proposed Order were served electronically on:

Deirdre McDonnell,
Eric Jorgenson

/s/ Dean K. Dunsmore
DEAN K. DUNSMORE