**RECEIPT**  DATE 3-17-06  No. 3576

RECEIVED FROM Dean Dunsmore

ADDRESS 801 B Street

Anchorage AK. 99501                    DOLLARS $

FOR Laptop Computer

| ACCOUNT | HOW PAID | |
|---|---|---|
| | CASH | |
| | CHECK | |
| | MONEY ORDER | |

BY

1:05-cv-00008-JKS

EXHIBIT 1
Page 1 of 1