UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, ALASKA WILDERNESS LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN ALASKA ENVIRONMENTAL CENTER, and THE WILDERNESS SOCIETY et al.,<br><br>    Plaintiffs,<br><br> v.<br><br>DIRK KEMPTHORNE, Secretary of the Interior; et al.<br><br>    Defendants, | No. 1:05-cv-0008-JKS<br><br><br><br>ORDER -<br>RETRIEVAL OF<br>LAPTOP COMPUTER |

IT IS HEREBY ORDERED THAT Defendants' Motion for Leave to Retrieve Laptop Computer filed February 1, 2008, is granted, and

IT IS FURTHER ORDERED THAT the Clerk of this court may return to the defendants the laptop computer delivered (Docket Entry No. 21) to the court on March 17, 2006.

DATED this 4th day of February 2008.

             /s/James K. Singleton, Jr.
             JAMES K. SINGLETON, Jr.
             United States District Judge